# Exhibit A

The following images were obtained from the Homepage of the Ackerman McQueen website.[1]

> Perhaps their vision motivated future peers to take control. Today, our leading voice for *motivation* comes from a shoe brand. *Independence* is owned by a computer company. *Extreme adventure* is presented by an energy drink. *Freedom* is the territory of a gun rights organization.
>
> That's the one we created.
>
> The best brands have always understood that the key to retaining influence was to control the narrative. But what they haven't always controlled was the means in which to distribute it.
>
> This is where Ackerman McQueen's modern story begins.

> **WE HAVE FOUND OURSELVES AT ODDS WITH MANY IN OUR INDUSTRY.**
>
> Those who crave mass impressions, viral videos or short-term results have never understood the lasting value of this type of media investment. Those who believe in this concept see it as the most efficient and unique means by which to build influence over time.
>
> As we waited for the media industry to catch up, we honed our craft. We built media companies on behalf of theme parks, indigenous cultures, personal legacies, the Second Amendment to the Constitution and more. Each of these endeavors didn't grow their influence through full-page spreads, social media posts or TV spots alone. They recognized that there was white space in a narrative that they could control with years-long dedication to owned storytelling.

---

[1] Ackerman McQueen website, *Homepage*, https://www.am.com/ (last visited: Aug. 29, 2019).

The following images were obtained from the Ackerman Website webpage entitled "Our Media Evolution"[2]:



2016

# NRATV

*Broadcasting Second Amendment-related programming in live streaming HD, 24 hours a day, 7 days a week.*

NRATV offers the world's most comprehensive video coverage of freedom-related news, events and culture. No one else in the news media can match NRATV's authority, expertise and perspective on Second Amendment issues.

The NRATV network is comprised of four channels — NRA News presented by Ruger, NRA Women presented by Smith & Wesson, NRA Country and NRA Hunting — and features nearly three dozen original shows that include 20+ hours of live news and commentary, as well as investigative reports, lifestyle pieces, profiles and more. Every episode of every show is available on demand.

NRATV is available online, on Apple TV and Roku, and through Google Chromecast or Amazon Fire TV.

---

[2] Ackerman McQueen website, *Our Media Evolution*, https://www.am.com/projects/nratv-project/ (last visited: Aug. 29, 2019).

The following image was obtained from the page entitled "Our Team" on the Ackerman McQueen website[3]:



The following images were obtained from the page entitled "Gallery" on the Ackerman McQueen website[4]:




---

[3] Ackerman McQueen website, *Our Team*, https://www.am.com/our-team/ (last visited: Aug. 29, 2019).

[4] Ackerman McQueen website, *Gallery*, https://www.am.com/gallery/ (last visited: Aug. 29, 2019).  These images also appear on the Ackerman Website under the "Clients" tab within the "Gallery" page.

3








4








