IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA | § § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, and JESSE GREENBERG | § § § § | |

**DEFENDANTS' APPENDIX IN SUPPORT OF**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants, Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, and Jesse Greenberg, offer the following evidence in support of Defendants' Motion to Dismiss for Failure to State a Claim (doc. 9):

| Tab | Description | Page Nos. |
|---|---|---|
| 1. | Printout of homepage from Ackerman McQueen's website available at http://www.am.com | 4 – 7 |
| 2. | Printout of timeline from Ackerman McQueen's homepage | 8 - 25 |
| 3. | Printout of "Team" page from Ackerman McQueen's website, available at https://www.am.com/our-team/ | 26 |
| 4. | Printout of "Gallery" page from Ackerman McQueen's website, available at https://www.am.com/gallery | 27 - 30 |
| 5. | Compilation of references to NRA "legacy" projects on "Gallery" page from Ackerman McQueen's website | 31 - 33 |

**DEFENDANTS' APPENDIX IN SUPPORT OF**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM – PAGE 1**

Dated: October 1, 2019.

        Respectfully submitted,

        */s/ Brian Vanderwoude*
        Jay J. Madrid, Esq.
        Texas Bar No. 12802000
        madrid.jay@dorsey.com

        Douglas S. Lang, Esq.
        Texas Bar No. 11895500
        lang.doug@dorsey.com

        J. Brian Vanderwoude, Esq.
        Texas Bar No. 24047558
        vanderwoude.brian@dorsey.com

        Christina M. Carroll, Esq.
        Texas Bar No. 24092868
        carroll.christina@dorsey.com

        **DORSEY & WHITNEY LLP**
        300 Crescent Court, Suite 400
        Dallas, Texas 75201
        (214) 981-9900 Phone
        (214) 981-9901 Facsimile

        **ATTORNEYS FOR DEFENDANTS ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, and JESSE GREENBERG**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2019, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                                  */s/ Brian Vanderwoude*
                                                  J. Brian Vanderwoude, Esq.