

EXHIBIT 2

































22





