



**EXHIBIT 3**

26