





*28*



