







EXHIBIT
5














*33*