AO 441 (Rev. 12/09) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA <br> *Plaintiff* <br> v. <br> ACKERMAN MCQUEEN, INC., et al. <br> *Defendant, Third-party plaintiff* <br> v. <br> WAYNE LAPIERRE <br> *Third-party defendant* | Civil Action No. 3:19-CV-02074-G |

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*   WAYNE LAPIERRE
11250 WAPLES MILL ROAD
FAIRFAX, VA 22030

   A lawsuit has been filed against defendant   Ackerman McQueen, Inc.  , who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff   National Rifle Association  .

   Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

Ackerman McQueen, Inc. c/o Jay Madrid
Dorsey & Whitney
300 Crescent Court, Suite 400
Dallas, Texas 75201

   It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:
National Rifle Association of America c/o Michael J. Collins
Brewer Attorneys & Counselors
1717 Main Street, Suite 9500
Dallas, Texas 75201

   If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint.  You also must file the answer or motion with the court and serve it on any other parties.

   A copy of the plaintiff's complaint is also attached.  You may – but are not required to – respond to it.

Date:   11/6/2019

CLERK OF COURT

s/ N. Taylor
*Signature of Clerk or Deputy Clerk*

AO 441 (Rev. 12/09) Summons on Third-Party Complaint (Page 2)

Civil Action No. 3:19-CV-02074-G

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: