IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| Plaintiff and Counter-Defendant, | § § | |
| and | § § | |
| WAYNE LAPIERRE, | § § | |
| Third-Party Defendant, | § § | CIVIL ACTION NO. |
| v. | § § | 3:19-CV-2074-G |
| ACKERMAN MCQUEEN, INC., | § § | |
| Defendant and Counter-Plaintiff, | § § | |
| and | § § § | |
| MERCURY GROUP, INC., ET AL. | § § | |
| Defendants. | § | |

## ORDER ON STIPULATED BRIEFING SCHEDULE

On October 30, 2019, this court ordered that the parties "shall meet and confer concerning a reasonable schedule for briefing any additional motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) and present such schedule to the court no later than

November 1, 2019, for the court's approval." *See* ECF 22.  Pursuant to the parties' joint stipulation on briefing schedule (docket entry 23), the court hereby orders that:

- Defendants Melanie Montgomery and Bill Winkler have been served with the National Rifle Association of America's First Amended Complaint as of October 30, 2019;

- Defendants responsive pleadings, including any answers and/or Fed. R. Civ. P. 12(b) motions to the National Rifle Association of America's First Amended Complaint, shall be filed no later than November 15, 2019; and

- The Parties shall comply with the Northern District of Texas Local Rules regarding the filing of any response or reply briefs to any motion, including any renewed motion to dismiss the National Rifle Association of America's First Amended Complaint.

**SO ORDERED.**

November 5, 2019.

_____
**A. JOE FISH**
**Senior United States District Judge**

**APPROVED AS TO FORM:**

*/s/ Jason McKenney*
Jason McKenney
***Counsel for the NRA***

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude
***Counsel for Defendants and Counter-Plaintiff***