IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § | |
| | § | |
| *Plaintiff and Counter-Defendant,* | § | |
| | § | |
| and | § | |
| | § | |
| WAYNE LAPIERRE, | § | |
| | § | |
| *Third-Party Defendant,* | § | |
| | § | |
| v. | § | Case No. 3:19-cv-02074-G |
| | § | |
| ACKERMAN MCQUEEN, INC., | § | |
| | § | |
| *Defendant and Counter-Plaintiff,* | § | |
| | § | |
| and | § | |
| | § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, | § | |
| | § | |
| *Defendants.* | § | |

**DEFENDANTS' APPENDIX IN SUPPORT OF**
**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendants, Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, William Winkler, Melanie Montgomery, and Jesse Greenberg, offer the following evidence in support of *Defendants' Motion to Dismiss for Failure to State a Claim* (doc. 28):

| Tab | Description | Page Nos. |
|---|---|---|
| **1.** | Printout of homepage from Ackerman McQueen's website available at http://www.am.com | 4 – 7 |
| **2.** | Printout of timeline from Ackerman McQueen's homepage | 8 - 25 |
| **3.** | Printout of "Team" page from Ackerman McQueen's website, available at https://www.am.com/our-team/ | 26 |
| **4.** | Printout of "Gallery" page from Ackerman McQueen's website, available at https://www.am.com/gallery | 27 - 30 |
| **5.** | Compilation of references to NRA "legacy" projects on "Gallery" page from Ackerman McQueen's website | 31 - 33 |

Dated: November 15, 2019.

Respectfully submitted,

*/s/ Brian Vanderwoude*

**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG**

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas.  I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian Vanderwoude*
J. Brian Vanderwoude, Esq.

Case 3:19-cv-02074-G Document 11-1 Filed 10/01/19 Page 1 of 3 PageID 161

AM

# EVERY BRAND MUST BE ITS OWN MEDIA COMPANY.

## The best ones own the narrative.

*At the start of the 20th century, there were fewer than 3,000 cars on the road in France. Freedom to travel independently was a little-known luxury.*

André and Édouard Michelin, two brothers with an emerging tire company, needed to compel the few existing drivers to use their cars and ultimately buy more tires.

### 1900

But a call to travel meant nothing without places worth traveling to. So in 1900, the Michelin Guide was born, a free publication featuring popular restaurants, hotels, mechanics and gas stations.

Nearly 120 years later, a tire brand still owns the indisputable rating system for the finest restaurants in the world.

EXHIBIT 1

Perhaps their vision motivated future peers to take control. Today, our leading voice for *motivation* comes from a shoe brand. *Independence* is owned by a computer company. *Extreme adventure* is presented by an energy drink. *Freedom* is the territory of a gun rights organization.

That's the one we created.

The best brands have always understood that the key to retaining influence was to control the narrative. But what they haven't always controlled was the means in which to distribute it.

This is where Ackerman McQueen's modern story begins.

## 1999

In 1999, many businesses in the energy sector realized they had important narratives to deliver to a niche group of influencers. While communication seemed limited to mass distribution, they knew they weren't selling a mass product to a mass audience.

One of our partners, Williams Energy, felt a growing concern that too much money was being spent reaching people that didn't feel anything for their brand. So, we lost the business.

However, their CEO offered a dim hope for salvation in this request:

> "If you can figure out how to get the 500 people that matter most to my business in my living room for a drink every night, I'll give you your money back."

At the time, investors, executives and analysts, in order to receive timely energy information, kept TVs in their offices running constantly in hopes of catching an energy headline here and there. They wanted energy news only, but had no way of receiving it.

Not only could Williams Energy provide this value to these few influencers, certain technologies, while in their infancy, could stream news directly to them – with no dependence on any third party. They could control the story *and* how it was experienced.

*Energy News Live*, a top-of-the-hour daily broadcast, became the first news program to stream online on behalf of a single brand. Flagship studios were constructed in their Tulsa-headquartered trading floor and Washington, D.C., supported by national and international satellite bureaus.

A team of full-time reporters provided live updates, in-depth journalism and exclusive interviews with industry leaders, elected officials, key traders and media influentials. And nearly six years before the invention of YouTube, *Energy News Live* streamed from a proprietary technology platform that enabled direct connection to the brand's most important audiences.

Williams Energy's commitment to owning a narrative had firmly positioned them as a clear leader in the energy space.

Brands could, in fact, become their own media companies. It was as successful a concept as it was controversial.

Brands were supposed to be advertisers, not news outlets. Journalism schools laughed at our philosophy, local stations thought it was cute and the media refused to see these brands as peers.

## WE HAVE FOUND OURSELVES AT ODDS WITH MANY IN OUR INDUSTRY.

Those who crave mass impressions, viral videos or short-term results have never understood the lasting value of this type of media investment. Those who believe in this concept see it as the most efficient and unique means by which to build influence over time.

As we waited for the media industry to catch up, we honed our craft. We built media companies on behalf of theme parks, indigenous cultures, personal legacies, the Second Amendment to the Constitution and more. Each of these endeavors didn't grow their influence through full-page spreads, social media posts or TV spots alone. They recognized that there was white space in a narrative that they could control with years-long dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.

## EVERY BUSINESS AND INDIVIDUAL HAS THE ABILITY TO BECOME A MEDIA COMPANY.

If you have an audience that cares about what you have to say, you can create and distribute content with complete autonomy. No one else should capture or distribute those stories better than you. And in this era of communication, it has never been more affordable or efficient for you to begin.

AM

Clients Offices Contact Us



dedication to owned storytelling.

## OUR MEDIA EVOLUTION

ENERGY NEWS LIVE
The World's First Real-Time Energy Network
More
2000

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.

EXHIBIT
2



dedication to owned storytelling.

## OUR MEDIA EVOLUTION





We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.



Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 3 of 19 PageID 106

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

NRA NEWS
Born out of a refusal to be silenced by the mainstream media, NRA News offered the most comprehensive video coverage of Second Amendment issues, events and culture, anywhere in the world.
More
NRA NEWS
2004
2007

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.



Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 4 of 19 PageID 107

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

OKLATRAVELNET
The World's First Online Travel Channel
More
OklaTravelNet
2008
2007

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 5 of 19 PageID 108

dedication to owned storytelling.

# OUR MEDIA EVOLUTION

CLEANSKIES.TV
The world's first live online news channel devoted exclusively to energy and the environment.
More
2007
CleanSkies.tv
OKLAVISION
2009
2008

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





dedication to owned storytelling.

## OUR MEDIA EVOLUTION



We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.



dedication to owned storytelling.

## OUR MEDIA EVOLUTION





We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 10 of 19 PageID 113

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands



dedication to owned storytelling.

## OUR MEDIA EVOLUTION





We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





dedication to owned storytelling.

## OUR MEDIA EVOLUTION

OSU TV
As the Cowboys kicked off the 2011 football season, we began a series of videos highlighting all the reasons "Orange" is synonymous with "Pride."
More
INTEGRIS
STATE TV
BROKEN TRUST
2012
2014
2012

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





dedication to owned storytelling.

## OUR MEDIA EVOLUTION



We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.

Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 15 of 19 PageID 118

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.



dedication to owned storytelling.

## OUR MEDIA EVOLUTION





We live today in a world that values niche reporting and emotional storytelling more than ever before. It can come from anywhere. More and more, it is expected to come from the brands.





Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 17 of 19 PageID 120

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

SPRINGFIELD ARMORY
The oldest name in American Firearms made history with the first product launch supported by a feature-length film.
More
2014
SPRINGFIELD ARMORY
SINCE 1794
2015
2016

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can





Case 3:19-cv-02074-G Document 11-2 Filed 10/01/19 Page 18 of 19 PageID 121

dedication to owned storytelling.

## OUR MEDIA EVOLUTION

We live today in a world that values niche reporting and emotional storytelling more than ever before. It can



dedication to owned storytelling.

## OUR MEDIA EVOLUTION



We live today in a world that values niche reporting and emotional storytelling more than ever before. It can



Case 3:19-cv-02074-G Document 11-3 Filed 10/01/19 Page 1 of 8 PageID 123

Leadership Employees Founders

# Storytelling is the root of all influence.

*Experienced mentors, fresh talent, brilliant strategists and exceptional creative thinkers, we are strongest together.*

It is our duty to identify, capture and deliver those stories to the audiences that need to hear them.

*Leadership* +

*Employees* +

*Founders* +

EXHIBIT 3



Case 3:19-cv-02074-G Document 11-4 Filed 10/01/19 Page 1 of 4 PageID 124

# A great story lasts forever.

*Our work is a showcase of the great narratives our clients have come to own, with our help.*

Its quality is a foundational element in the successful relationships we've built with our clients and in the ones they share with their stakeholders.

## We don't showcase awards. We don't celebrate our clients' victories as our own.

And most importantly, we will never outline the strategies we develop for them. Confidentiality and respect for privacy is extremely important in a world where every "communication strategist" scrambles to get in front of a camera to take a bow for something that, frankly, isn't theirs. We do not distribute case studies for this reason.

However, with client approval, we can discuss the work in more detail in our offices. Instead, our focus on this page is on the aesthetic spectrum of the work we execute. Although it may not be the full picture, everything you see has a strategic purpose and is intended to illustrate that every communications strategy depends on beautifully crafted content.

Enjoy the gallery, and we look forward to discussing more context in person.

EXHIBIT 4

HEALTH SCIENCES
OKC Memorial Marathon
Colorado
CLINT

A|M

Clients Offices Contact Us

Case 3:19-cv-02074-G Document 11-5 Filed 10/01/19 Page 1 of 3 PageID 128

National Rifle Association (Legacy)

National Rifle Association (Legacy)

NRATV (Legacy)

National Rifle Association (Legacy)

EXHIBIT 5



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)



National Rifle Association (Legacy)