UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| and | ) ) | |
| WAYNE LAPIERRE, | ) ) | |
| Third-Party Defendant, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-2074-G |
| ACKERMAN MCQUEEN, INC., | ) ) | |
| Defendant and Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| MERCURY GROUP, INC., ET AL., | ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the parties' Joint Motion to Extend and Modify Deadlines Regarding Defendants' Pending Motion to Dismiss and Defendant and Counter-Plaintiff's Amended Third Party Complaint and Amended Counterclaims (docket entry 34).  The motion is **GRANTED** as follows:

1. Plaintiff NRA's deadline to respond to Defendants' motion to dismiss (docket entry 28) is extended from December 6, 2019 to **December 20, 2019**.

2. Plaintiff NRA's deadline to respond to Defendant and Counter-Plaintiff Ackerman's amended counterclaims (docket entry 31) is extended from December 6, 2019 to **December 20, 2019.**

3. Defendants' deadline to file a reply brief in support of the pending motion to dismiss (docket entry 28) is **January 17, 2020**.

**SO ORDERED.**

December 6, 2019.

_____
**A. JOE FISH
Senior United States District Judge**