# EXHIBIT D



05-102
(Rev.9-15/33)

Comptroller
of Public
Accounts
FORM

# Texas Franchise Tax Public Information Report

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP),*
*Professional Associations (PA) and Financial Institutions*

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 5 | 7 | 6 | 9 | 1 | 6 | 7 | 0 | 2 | 0 | 1 | 8 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you. Contact us at 1-800-252-1381.*

| Taxpayer name | |
|---|---|
| DJ INVESTMENTS LLC | ■ ○ Blacken circle if the mailing address has changed. |

| Mailing address | | |
|---|---|---|
| 1601 NW EXPRESSWAY STE 1100 | | Secretary of State (SOS) file number or Comptroller file number |
| City OKLAHOMA CITY | State OK | ZIP code plus 4 73118 |
| | | 0802247369 |

○ Blacken circle if there are currently no changes from previous year; if none is displayed, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| 1601 NW EXPRESSWAY STE 1100, OKLAHOMA CITY, OK, 73118 |
| Principal place of business |
| 1601 NW EXPRESSWAY STE 1100, OKLAHOMA CITY, OK, 73118 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1000000000015

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**   Name, title and mailing address of each officer, director, member, general partner or manager.

| Name | Title | Director | | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| ANGUS MCQUEEN 2007 REV TRUST | MEMBER | ○ YES | | | |
| Mailing address 3501 HARRIS DR | City EDMOND | State OK | | ZIP Code 73013 | |
| Name JESSE S GREENBERG | Title MEMBER | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address 1900 MCKINNEY AVE 802 | City DALLAS | State TX | | ZIP Code 75201 | |
| Name REVAN A MCQUEEN | Title MEMBER | Director ○ YES | | Term expiration | m m d d y y |
| Mailing address 2609 ISLAND DR | City EDMOND | State OK | | ZIP Code 73034 | |

**SECTION B**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**   Enter information for each corporation, LLC, LP, PA or financial institution, if any, that owns an interest of 10 percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | | |
|---|---|---|
| Agent: JESSE GREENBERG | | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
| Office: 1717 MCKINNEY STE 1800 | City DALLAS | State TX   ZIP Code 75202 |

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution. | | | |
|---|---|---|---|
| sign here ▶ WF WINKLER | Title MEMBER | Date 03/03/2018 | Area code and phone number ( 405 ) 843 - 7777 |

## Texas Comptroller Official Use Only

| VE/DE ○ | PIR IND ○ |
|---|---|



05-102
(Rev.9-15/33)

**Texas Franchise Tax Public Information Report**

*To be filed by Corporations, Limited Liability Companies (LLC), Limited Partnerships (LP), Professional Associations (PA) and Financial Institutions*

Comptroller of Public Accounts FORM

■ **Tcode** 13196 Franchise

| ■ Taxpayer number | | | | | | | | | | ■ Report year | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 2 | 0 | 5 | 7 | 6 | 9 | 1 | 6 | 7 | 0 | 2 | 0 | 1 | 8 |

*You have certain rights under Chapter 552 and 559, Government Code, to review, request and correct information we have on file about you.  Contact us at 1-800-252-1381.*

| Taxpayer name | |
|---|---|
| DJ INVESTMENTS LLC | ■ ◯ Blacken circle if the mailing address has changed. |

| Mailing address | |
|---|---|
| 1601 NW EXPRESSWAY STE 1100 | Secretary of State (SOS) file number or Comptroller file number |

| City | State | ZIP code plus 4 | |
|---|---|---|---|
| OKLAHOMA CITY | OK | 73118 | 0802247369 |

◯ Blacken circle if there are currently no changes from previous year; if no display is shown, complete the applicable information in Sections A, B and C.

| Principal office |
|---|
| 1601 NW EXPRESSWAY STE 1100, OKLAHOMA CITY, OK, 73118 |
| Principal place of business |
| 1601 NW EXPRESSWAY STE 1100, OKLAHOMA CITY, OK, 73118 |

*You must report officer, director, member, general partner and manager information as of the date you complete this report.*

1000000000015

*Please sign below!* **This report must be signed to satisfy franchise tax requirements.**

**SECTION A**  Name, title and mailing address of each officer, director, member, general partner  or manager.

| Name | | Title | Director | Term expiration | m m d d y y |
|---|---|---|---|---|---|
| BRANDON WINKLER | | MEMBER | ◯ YES | | |
| Mailing address | City | | | State | ZIP Code |
| 1601 NW EXPRESSWAY STE 1100 | OKLAHOMA CITY | | | OK | 73118 |
| Name | | Title | Director | Term expiration | m m d d y y |
| WF WINKLER | | MEMBER | ◯ YES | | |
| Mailing address | City | | | State | ZIP Code |
| 708 GLENLAKE DR | EDMOND | | | OK | 73013 |
| Name | | Title | Director | Term expiration | m m d d y y |
| | | | ◯ YES | | |
| Mailing address | City | | | State | ZIP Code |
| | | | | | |

**SECTION B**  Enter information for each corporation, LLC, LP, PA or financial institution, if any, in which this entity owns an interest of 10 percent  or more.

| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |
| Name of owned (subsidiary) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
| | | | |

**SECTION C**  Enter information for each corporation , LLC, LP, PA or financial institution, if any, that owns an interest of 10  percent or more in this entity.

| Name of owned (parent) corporation, LLC, LP, PA or financial institution | State of formation | Texas SOS file number, if any | Percentage of ownership |
|---|---|---|---|
| | | | |

| Registered agent and registered office currently on file *(see instructions if you need to make changes)* | *You must make a filing with the Secretary of State to change registered agent, registered office or general partner information.* |
|---|---|
| Agent:  JESSE GREENBERG | |

| Office:  1717 MCKINNEY STE 1800 | City | DALLAS | State | TX | ZIP Code | 75202 |
|---|---|---|---|---|---|---|

The information on this form is required by Section 171.203 of the Tax Code for each corporation, LLC, LP, PA or financial institution that files a Texas Franchise Tax Report. Use additional sheets for Sections A, B and C, if necessary. The information will be available for public inspection.

| | |
|---|---|
| I declare that the information in this document and any attachments is true and correct to the best of my knowledge and belief, as of the date below, and that a copy of this report has been mailed to each person named in this report who is an officer, director, member, general partner or manager and who is not currently employed by this or a related corporation, LLC, LP, PA or financial institution. | |

| sign here ▶ | WF WINKLER | Title | MEMBER | Date | 03/03/2018 | Area code and phone number | ( 405 )  843 - 7777 |
|---|---|---|---|---|---|---|---|

**Texas Comptroller Official Use Only**

| VE/DE ◯ | PIR IND ◯ |
|---|---|

TRANSMITTER ID = LACERTE

TLN = 00039329459