IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Plaintiff and Counter-Defendant <br><br> and <br><br> WAYNE LAPIERRE, <br><br> Third-Party Defendant, <br><br> v. <br><br> ACKERMAN MCQUEEN, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, <br><br> Defendants. | § § § § § § § § § § § § § § § § § § § § § § § § § Civil Action No. 3:19-cv-02074-G |

## MOTION TO COMPEL AND FOR SANCTIONS

Plaintiff National Rifle Association of America (the "NRA") hereby files, through the undersigned counsel, the instant Motion to Compel and Motion for Sanctions against Defendants. Accompanying this Motion is a Memorandum of Law In Support Thereof. In that Memorandum of Law the NRA's sets forth multiple violations of Federal Rule of Civil Procedure 34 committed by Defendants and demonstrates the need to strike objections and compel the production of documents. In addition, the Memorandum sets forth the factual record of Defendants' repeated pattern of extreme violations of the discovery rules, including, among other things, Defendants'

1

failure to satisfy Defendants obligation to meet and confer with the NRA over the substance of their responses.

WHEREFORE, for good cause shown in the submissions filed with the Court, the NRA request the following relief:

1. An order striking or overruling of all of Defendants' General Objections

2. An order compelling production of all documents in light of the overruling of the General Objects and in response to the multiple, specific Requests for Product discussed in the memorandum.

3. An order sanctioning Defendants for the reasons set forth in the Memorandum pursuant to Fed. R. Civ. P. 37(d).

Dated: January 22, 2019

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/ Jason C. McKenney*
    Michael J. Collins
    State Bar No. 00785493
    mjc@brewerattorneys.com
    Jason C. McKenney
    State Bar No. 24070245
    jcm@brewerattorneys.com

    1717 Main Street, Suite 5900
    Dallas, Texas 75201
    Telephone: (214) 653-4000
    Facsimile: (214) 653-1015

    **ATTORNEYS FOR THE PLAINTIFF-COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 22nd day of January 2019:

                                        */s/ Jason C. McKenney*
                                        Jason McKenney