# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, §§§<br>  Plaintiff and Counter-Defendant §§<br>and §§<br>WAYNE LAPIERRE, §§<br>  Third-Party Defendant, §§<br>v. §§<br>ACKERMAN MCQUEEN, INC., §§<br>  Defendant and Counter-Plaintiff, §§<br>and §§<br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, §§<br>  Defendants. § | Civil Action No. 3:19-cv-02074-G |

**DECLARATION OF JASON C. MCKENNEY IN SUPPORT OF
PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S REPLY IN
SUPPORT OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM
DEFENDANTS AND MOTION FOR SANCTIONS**

I, Jason C. McKenney, declare, pursuant to 28 U.S.C. § 1746, as follows:

1.  I am Of Counsel with the law firm Brewer, Attorneys & Counselors, counsel to the National Rifle Association of America (the "NRA") in the above-captioned action (the "Action"). I submit this declaration in support of the NRA's Motion to Compel Production of Documents and Motion for Sanctions (the "Motion").

1

2. I am a member in good standing with the State Bar of Texas and am the requisite age to submit this declaration.

3. As counsel for the NRA, I have reviewed pleadings, and other documents related to the Action, and I am familiar with, and have personal knowledge of, the facts and circumstances of this case.

4. In connection with the NRA/AMc litigations, the NRA has collected approximately 6.4 million documents, the vast majority being irrelevant. These documents came from 72 potential document custodians.

5. In connection with the collection of documents from these individuals, the NRA captured documents from a variety of sources, including email accounts, laptops, network file shares, and personal devices such as cell phones and tablets.

6. Of the universe of documents collected discussed above (the vast majority being irrelevant), in the Virginia litigation the NRA produced approximately 29,000 documents equaling approximately 79,000 pages.

7. I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of February 2020.

/s/ Jason C. McKenney
JASON C. MCKENNY

4845-3826-1430, v. 1