IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>    Plaintiff and Counter-Defendant,<br><br>and<br><br>WAYNE LAPIERRE,<br><br>    Third-Party Defendant,<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>    Defendant and Counter-Plaintiff,<br><br>and<br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG,<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§  Civil Action No. 3:19-cv-02074-G<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ |

**PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO DISQUALIFY THE LAW FIRM DORSEY & WHITNEY LLP AS COUNSEL FOR DEFENDANTS AND FOR OTHER <u>APPROPRIATE SANCTIONS AND RELIEF</u>**

Plaintiff National Rifle Association of America files this motion for entry of an order disqualifying the law firm of Dorsey & Whitney LLP ("Dorsey") as counsel for Defendants, and for other appropriate sanctions and relief as explained in Plaintiff's Memorandum of Law in Support of the Motion to Disqualify the Law Firm of Dorsey & Whitney LLP as Counsel for Defendants and For Other Appropriate Sanctions and Relief.

1

This Motion is based upon all files, records, and proceedings herein, as well as memoranda and supporting affidavits, declarations, and any additional evidence filed in support thereof.

Dated: April 16, 2020                Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By:  */s/ Michael J. Collins*
Michael J. Collins, Esq.
State Bar No. 00785493
mjc@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 16th day of April 2020.

*/s/ Michael J. Collins*
Michael J. Collins