# EXHIBIT 20

# FILED UNDER SEAL

APPX355

# EXHIBIT B-9

# *CONFIDENTIAL*

# *FILED UNDER SEAL*