IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br>  Plaintiff and Counter-Defendant, <br><br> and <br><br> WAYNE LAPIERRE, <br><br>  Third-Party Defendant, <br><br> v. <br><br> ACKERMAN MCQUEEN, INC., <br><br>  Defendant and Counter-Plaintiff, <br><br> and <br><br> MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, <br><br>  Defendants. | Civil Action No. 3:19-cv-02074-G |

**PLAINTIFF NATIONAL RIFLE ASSOCIATION'S MOTION TO STRIKE DEFENDANTS' REPLY IN SUPPORT OF THEIR MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL, OR IN THE ALTERNATIVE, MOTION FOR LEAVE TO FILE SUR-REPLY**

Plaintiff National Rifle Association files this motion to strike Defendant's reply in support of their motion to disqualify Plaintiff's counsel, or in the alternative, motion for leave to file sur-reply.

This Motion is based upon all files, records, and proceedings herein, as well as memoranda and any additional evidence filed in support thereof.

1

Dated: June 26, 2020

                                    Respectfully submitted,

                                    **BREWER, ATTORNEYS & COUNSELORS**

By:   */s/ Michael J. Collins*
       Michael J. Collins, Esq.
       State Bar No. 00785493
       mjc@brewerattorneys.com
       Alessandra P. Allegretto
       State Bar No. 24109575
       apa@brewerattorneys.com
       1717 Main Street, Suite 5900
       Dallas, Texas 75201
       Telephone: (214) 653-4000
       Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF CONFERENCE**

I, the undersigned attorney, hereby certify to the Court that on June 12, 2020, I informed Brian Mason, counsel for Defendants, of this motion, and he indicated that Defendants oppose this motion.

/s/ *Michael J. Collins*
Michael J. Collins

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 26th day of June 2020.

/s/ *Michael J. Collins*
Michael J. Collins