IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| and | § § | |
| WAYNE LAPIERRE, | § § § | |
| *Third-Party Defendant*, | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff*, | § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, | § § § § § | |
| *Defendants*. | | |

**PLAINTIFF THE NATIONAL RIFLE ASSOCIATION AND THIRD-PARTY DEFENDANT WAYNE LAPIERRE'S RULE 26 INITIAL DISCLOSURE STATEMENT**

Pursuant to Rule 26(a) of the Federal Rules of Civil Procedure, Plaintiff the National Rifle Association and Third-Party Defendant Wayne LaPierre (collectively, the "NRA" or "Plaintiff") make their initial disclosures relating to their causes of action against Defendants/Counter-Plaintiffs Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, William Winkler, Melanie Montgomery, and Jesse Greenberg (collectively, "Defendants" or "AMc"), as stated below.

1

The NRA makes these initial disclosures subject to, and without waiving, their right to protect from disclosure any and all documents and communications protected by the attorney-client privilege, attorney-work product doctrine, and any other applicable privilege or exemption from discovery.

In addition, the NRA makes these initial disclosures without waiving any argument they may have concerning the relevancy or admissibility of, or proper weight to be accorded to, any of the materials or information disclosed or referenced herein. The NRA reserves the right to amend or supplement this Initial Disclosure based upon further investigation, further development of applicable facts, or receipt and review of Defendants' responses or other information.

## I.

## DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(i)

The following individuals are likely to have discoverable information that Plaintiff may use to support Plaintiff's claims and defenses in this action, as follows:

| No. | Name | Organization and Title | Contact Information | Subject Matter |
|---|---|---|---|---|
| 1. | Corporate Representative, 5.11 Tactical | NRATV Sponsor | 1360 Reynolds Ave, Suite 101 Irvine, CA 92614 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 2. | Corporate Representative, Adcor Defense | NRATV Sponsor | 7104 Biter Lane, Highland, MD 20777 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 3. | Alexander Varney | Former AMc Producer | 1409 Bankston Dr. Wylie, TX 75098 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 4. | Andrew Arulanandam | NRA Managing Director of | 1717 Main Street Dallas, TX 75201 | NRA's requests for AMc books and records, and AMc's |

|    |                                                      | Public Affairs                                  | (214) 653-4000                                                          | unauthorized use of the NRA's intellectual property. |
|----|------------------------------------------------------|-------------------------------------------------|-------------------------------------------------------------------------|------------------------------------------------------|
| 5. | Andrew Butler                                        | Former AMc Employee                             | Address Unknown                                                         | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 6. | Anthony Makris                                       | President of Mercury Group                      | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929   | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 7. | Bill Winkler                                         | AMc CFO                                         | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929   | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 8. | Brandon Winkler                                      | AMc Chief Administrative Officer                | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929   | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 9. | Brian Darley                                         | AMc Vice President, Digital Media               | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929   | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 10.| Corporate Representative, Cabela's Outdoor Fund      | NRATV Sponsor                                   | 69160 1 Cabelas Dr. Sidney, NE 69162                                    | NRATV viewership analytics, and AMc's budget for NRATV. |
| 11.| Cam Edwards                                          | NRATV host                                      | 18125 E James Anderson Hwy Dillwyn, VA 23936                            | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 12.| Carl Warner                                          | Former AMc Exec. VP / Creative Director         | 5519 Anita St. Dallas, TX 75206                                         | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 13.| Carly Jimeson                                        | Former AMc                                      | Address Unknown                                                         | NRATV viewership analytics, |

3

|  | | Account Executive | | the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
|---|---|---|---|---|
| 14. | Carolyn Meadows | NRA Director and President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | Extortion attempt against Wayne LaPierre. |
| 15. | Charles Berthelot | Former AMc Senior Director | 3225 Gidran Drive Fort Worth, TX 76244 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 16. | Charles Cotton | NRA Director | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding AMc spending of NRA funds. |
| 17. | Chester Campbell | Former AMc Vice President / Digital Development | 2313 Owens Blvd. Richardson, Texas 75082 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 18. | Clay Turner | Former AMc Executive Vice President / Creative Director | 505 Red Cliff R. Colorado Springs, CO 80906 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 19. | Collins Idehen | Former NRATV host | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 20. | Corporate Representative, Colt Manufacturing Company LLC | NRATV Sponsor | 545 New Park Ave., West Hartford, CT 06110 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 21. | Corporate Representative, Compass RE Texas | Former AMc Client | 211 7th Street, Suite 620, Austin TX 78701 | AMc's business practices, billing, and reputation in the industry. |
| 22. | Corporate Representative, American Clean | Former AMc Client | 1875 Connecticut Avenue, Suite 705 Washington DC, 20009 | AMc's reputation including but not limited to its billing practices, its business practices, |

4

|  | | | | |
|---|---|---|---|---|
|  | Skies Foundation | | | and its client retention. |
| 23. | Corporate Representative, Chesapeake Energy Corporation | Former AMc Client | 6100 North Western Ave. Oklahoma City, OK 73118 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 24. | Corporate Representative, Crossman Corporation | NRATV Sponsor | 7629 Routes 5 & 20 Bloomfield, NY 14469 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 25. | Corporate Representative, Greater Oklahoma City Chamber of Commerce | Former AMc Client | 123 Park Avenue Oklahoma City, OK 73102 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 26. | Corporate Representative, Hornady Manufacturing Company | NRATV Sponsor | 3625 West Old Potash Hwy Grand Island, NE 68803 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 27. | Corporate Representative, Integris Health, Inc. | Former AMc Client | 3300 NW Expressway Oklahoma City, OK 73122 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 28. | Corporate Representative, Kimber Mfg. Inc. | NRATV Sponsor | 1120 Saw Mill River Rd. Yonkers, NY 10710 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 29. | Corporate Representative, LeapFrog Enterprises | Former AMc Client | 6401 Hollis Street, Ste. 100 Emeryville, CA 94608 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 30. | Corporate Representative, Mossberg Corporation | NRATV Sponsor | 7 Grasso Avenue North Haven, CT 06473 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 31. | Corporate Representative, Oklahoma Department of | Former AMc Client | 900 N Stiles Ave #3234 Oklahoma City, OK 73104 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |

5

|  | | | | |
|---|---|---|---|---|
|  | Tourism and Recreation | | | |
| 32. | Corporate Representative, Oklahoma Gas & Electric | Former AMc Client | 321 North Harvey P.O Box 321 Oklahoma City, OK 73101 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 33. | Corporate Representative, Oklahoma State University Foundation | Former AMc Client | 400 S. Monroe Street Stillwater, OK 74074 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 34. | Corporate Representative, Remington Firearms | NRATV Sponsor | 870 Remington Drive P.O. box 700 Madison, NC 27025 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 35. | Corporate Representative, Senior Star | Former AMc Client | 1516 S. Boston, Ste. 301 Tulsa, OK 74119 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 36. | Corporate Representative, Six Flags of America | Former AMc Client | 13710 Central Ave Bowie, MD 20721 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 37. | Corporate Representative, Vista Outdoor Inc. | NRATV Sponsor | 1 Vista Way Anoka, MN 55303 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 38. | Corporate Representative, Williams Companies Inc. | Former AMc Client | 1 One Williams Center Tulsa, OK 74103 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 39. | Corporate Representative, Workamajig, Inc. | AMc time-tracking application | 721 Auth Ave. Oakhurst, NJ 07755 | AMc's time-keeping practices and information for services rendered, and identities of employees working on projects. |
| 40. | Corporate Representative, WPX Energy Inc. | Former AMc Client | 3500 One Williams Center Tulsa, OK 74172 | AMc's reputation including but not limited to its billing practices, its business practices, and its client retention. |
| 41. | Craig Spray | NRA CFO and | 1717 Main Street | NRA's requests for AMc books |

6

|     |                                              | Treasurer                                                                      | Dallas, TX 75201<br>(214) 653-4000                            | and records; NRA's concerns regarding spending of NRA funds.                                                                                                                                 |
|-----|----------------------------------------------|--------------------------------------------------------------------------------|---------------------------------------------------------------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 42. | Corporate Representative, CXIII Rex          | Cigar Bar founded by AMc executives                                            | 113 King St,<br>Alexandria, VA 22314                          | AMc's business practices, billing, and reputation in the industry.                                                                                                                          |
| 43. | Dan Boren                                    | Former NRA Director                                                            | 3600 NW 174th St.,<br>Edmond, OK 73012<br>(580) 320-0435      | AMc's accounting for time and services of personnel.                                                                                                                                        |
| 44. | Dana Loesch                                  | NRATV host                                                                     | 150 Lilac Ln, Southlake, TX 76092-7408                        | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.                                                         |
| 45. | David Valinski                               | Former Special Assistant to Lt Col. Oliver North                               | 200 Bella Harbor Ct.,<br>Unit 107<br>Palm Coast, FL 32137     | NRATV viewership analytics, and AMc's budget for NRATV.                                                                                                                                     |
| 46. | Denise Sinisi                                | Former AMc Executive Producer                                                  | 309 Timberline Drive N.<br>Colleyville, TX 76034              | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.                                                         |
| 47. | Dennis Azato                                 | Former AMc VP / Director of Photography / Producer                             | 10905 Ravenwood Dr.<br>Manassas, VA 20111                     | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.                                                         |
| 48. | Duane Reno                                   | NRA Travel Specialist and Office Coordinator, Office of the Treasurer          | 1717 Main Street<br>Dallas, TX 75201<br>(214) 653-4000        | NRA's requests for AMc books and records; NRA's concerns regarding spending of NRA funds                                                                                                    |
| 49. | Edmund Martin                                | Former Chairman of AMc Board                                                   | 1916 Worthington LN,<br>Edmond, OK 73013                      | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV; AMc's business practices, billing; the NRA's conspiracy |

7

| | | | | |
|---|---|---|---|---|
| | | | | claims; AMc's breaches of confidentiality. |
| 50. | Edward Camron Selfridge | Former AMc host of Cam & Co. | 18125 E James Anderson Hwy Dillwyn, VA 23936 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 51. | Emily Cummins | Former NRA Risk Manager | 12104 Garden Grove Circle, Unit 403 Fairfax, VA | NRA's concerns regarding AMc spending of NRA funds. |
| 52. | Eric Van Horn | Former AMc Account Executive | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 53. | Gayle Stanford | I&IS Travel Principal | 6100 Kentland Ave, Woodland Hills, CA 91367 | NRA's payment of AMc's pass-through expenses. |
| 54. | George Szucs | Former AMc Executive Producer | 1460 Meandro Ria Ln. McKinney, TX 75069 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 55. | Gina Betts | Registered agent of WBB Investments, LLC | 3413 Cornell Ave, Dallas, TX 75205 | AMc's business practices, billing, and reputation in the industry. |
| 56. | Ginny Simone | NRATV host | 8614 Cavano St Naples, FL 34119 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 57. | Corporate Representative, GPI-M Uptown, LP | AMc's landlord for Dallas office | 1999 Bryan Street, Suite 900, Dallas TX 75201-3136 | AMc's business practices, billing, and reputation in the industry. |
| 58. | Grant Spofford | AMc Executive Vice President, Interactive Producer | 2712 Pinehurst Drive Grapevine, TX 76051 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 59. | Grant | NRATV host | 6217 Goliad Avenue | NRATV viewership analytics, |

8

|     |                                                         |                                                  |                                                              |                                                                                                                                          |
| --- | ------------------------------------------------------- | ------------------------------------------------ | ------------------------------------------------------------ | ---------------------------------------------------------------------------------------------------------------------------------------- |
|     | Stinchfield                                             |                                                  | Dallas, TX 75214                                             | the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.                                  |
| 60. | Guy Mitchell                                            | Former AMc Executive Producer                    | 4128 Starlight Creek Ln. Celina, TX 75009                    | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.     |
| 61. | Corporate Representative, HBC Auditors & Advisors       | AMc's outside Auditor                            | 9905 North May Ave., Oklahoma City, OK, 73120                | AMc's business practices, billing, and reputation in the industry.                                                                       |
| 62. | Henry Martin                                            | AMc Chief Creative Officer                       | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.     |
| 63. | Corporate Representative, Hornady Manufacturing         | NRATV Sponsor                                    | State Spur 430, P.O. Box 1848, Grand Island, NE 68802        | NRATV viewership analytics, and AMc's budget for NRATV.                                                                                  |
| 64. | Jace Whatcott                                           | Former AMc Media Strategist                      | 3427 Cedar Springs, Apt. 1405 Dallas, TX 75219               | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.     |
| 65. | Jesse Greenberg                                         | AMc Chief Strategy Officer                       | 3902 Fairfax Avenue, Dallas, TX 75209                        | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV.     |
| 66. | John Frazer                                             | NRA General Counsel                              | 1717 Main Street Dallas, TX 75201 (214) 653-4000             | NRA's requests for AMc books and records, concerns regarding spending of NRA funds and AMC's unauthorized use of NRA intellectual property. |
| 67. | John Popp                                               | Former AMc Executive Producer at Mercury Group   | 7414 Spring Summit Rd. Springfield, VA 22150                 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and                              |

9

|  |  |  |  | AMc's budget for NRATV. |
|---|---|---|---|---|
| 68. | Jon Carter | Former AMc Senior Associate / Political Strategy | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 69. | Josh Himes | AMc, Time-lapse Cinematographer | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 70. | Joshua Powell | Former NRA Chief of Staff | 11552 Marquette Drive New Buffalo, MI 49117 | NRA's requests for AMc books and records. |
| 71. | Katie McQueen | AMC, Executive Vice President Management Supervisor | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 72. | Kristy Titus | NRATV host | 1450 NW Gardner Road Prineville, OR 97754 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 73. | Lacey Duffy Cremer | AMc, Executive Vice President of Account Management | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 74. | Lance Olson | Former NRA Board Member | 785 William Avenue Marengo, IA 52301 | AMc's business practices, billing, and reputation in the industry, and the NRA's conspiracy claims. |
| 75. | Corporate Representative, Landini Brothers Restaurant | Restaurant frequently billed to NRA | 115 King St, Alexandria, VA 22314 | AMc's business practices, billing, and reputation in the industry. |
| 76. | Lisa Supernaugh | NRA Managing Director, Executive | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerning AMc's spending of NRA funds. |

10

|  |  |  | Operations |  |  |
|---|---|---|---|---|---|
| 77. | Mark Chestnut | Former AMc Sr. VP / Editorial Services | 714 W 115th St. SW Jenks, OK 74037 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 78. | Melanie Montgomery | AMc Executive Vice President / Management Supervisor | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 79. | Michael Aitken | Former AMc VP/Video Production | 6030 River Forest Drive Manassas, VA 20112 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 80. | Michael Erstling | NRA Director of Budget and Financial Analysis | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding spending of NRA funds and AMC's unauthorized use of NRA intellectual property. |
| 81. | Michael Ives | Former AMc SVP / Corporate Director of Photography | 4503 Charleswood Ave. Memphis, TN 38117 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 82. | Millie Hallow | NRA Executive Assistant | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's requests for AMc books and records and Oliver North's attempt to extort Wayne LaPierre. |
| 83. | Corporate Representative, Mojack Distributors | NRATV Sponsor | 301 N Main Street 1600, Epic Center, Wichita, KS 67202 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 84. | Nader Tavangar | AMc Executive | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 85. | Nancy Martin | Former AMc Executive Producer | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and |

11

| | | | | AMc's budget for NRATV. |
|---|---|---|---|---|
| 86. | Natalie Foster | NRATV host | 723 Sweet Gum Acres Road, El Dorado, AR 71730 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 87. | Nick Perrine | NRA, Special Assistant to the President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's requests for AMc books and records; NRA's concerns regarding spending of NRA funds. |
| 88. | Noe Landini | Owner of Landini Brothers Restaurants and CXIII REX | 726 Timber Branch Dr, Alexandria, VA 22302 | NRA's payment of AMc's pass-through expenses. |
| 89. | Corporate Representative, Nosler Inc. | NRATV Sponsor | 107 SW Columbia Bend, OR 97702 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 90. | Oliver North | NRA Director and Former President | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | Extortion attempt against Wayne LaPierre. |
| 91. | Corporate Representative, Omni Air Transport | Former AMc Client | 1833 S Morgan Road Oklahoma City, OK 73128 | AMc's business practices, billing, and reputation in the industry. |
| 92. | Corporate Representative, Performance Improvement Partners | Former AMc Client | 30 Trinity Street Hartford, CT 01606-0470 | AMc's business practices, billing, and reputation in the industry. |
| 93. | Portia Padilla | NRA Accounts Payable Manager | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding spending of NRA funds. |
| 94. | Rachel Bonilla | Former AMc Producer | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 95. | Revan McQueen | AMc CEO | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and |

| | | | | AMc's budget for NRATV. |
|---|---|---|---|---|
| 96. | Rick Tedrick | NRA Employee | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding AMc spending of NRA funds. |
| 97. | Rodney Autaubo | AMc Senior Producer | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 98. | Rodney Lipe | AMc Director of Client services | Brian Mason 300 Crescent Ct. Ste. 400 Dallas, TX 75201 (214) 981-9929 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 99. | Corporate Representative, RSUI Indemnity, Inc. | Former AMc Client | 900 Elm Street, Manchester, NH 03101 | AMc's business practices, billing, and reputation in the industry. |
| 100. | Corporate Representative, Smith & Wesson | NRATV Sponsor | 2100 Roosevelt Ave Springfield, MA 01104 | NRATV viewership analytics, and AMc's budget for NRATV. |
| 101. | Sonya Rowling | NRA Director of Accounting and Operations and Financial Reporting | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding AMc spending of NRA funds. |
| 102. | Stephanie West | Former AMc Assistant to the President | Address unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 103. | Stephen Walters | Former AMc Director of Photography / Colorist | Address unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| 104. | Steve Hart | Former NRA Counsel | 1200 New Hampshire Ave. NW, Suite 800 Washington, DC 20036 (202) 517-0585 | NRA's requests for AMc books and records. |

| | | | | |
|---|---|---|---|---|
| **105.** | Tammy Payne | AMc Senior Vice President / Creative Director | 1513 Two Bridge Drive, Oklahoma City, OK 73131 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| **106.** | Corporate Representative, The Rendon Group | Oliver North consultant | 1875 Connecticut Ave, Washington, DC 20009 | NRA's conspiracy claims. |
| **107.** | Tim Herr | Former AMc Copywriter / Editor | Address Unknown | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| **108.** | Travis Lee Almand | AMc Senior Interactive Developer | 815 Fairlawn St. Allen, TX 75002 | NRATV viewership analytics, the presentations regarding NRATV analytics that were presented to the NRA, and AMc's budget for NRATV. |
| **109.** | Tyler Schropp | NRA Executive Director for the Office of Advancement, and former AMc employee | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's concerns regarding AMc spending of NRA funds. |
| **110.** | Corporate Representative, Velocity Outdoor | NRATV Sponsor | 7629 State 5 and 20 Bloomfield, NY 14469 | NRATV viewership analytics, and AMc's budget for NRATV. |
| **111.** | Wayne LaPierre | NRA Executive Vice President and CEO | 1717 Main Street Dallas, TX 75201 (214) 653-4000 | NRA's requests for AMc books and records, and North's extortion attempt against him. |
| **112.** | Wilson Phillips | Former NRA CFO and Treasurer | 4602 Gilbert Avenue Dallas, TX  75219 (703) 626-6757 | NRA's payment of AMc's pass-through expenses. |

In addition, Plaintiff anticipates that other, unknown individuals may have discoverable information that Plaintiff may use to support its claims or defenses. Plaintiff incorporates by

14

reference any other individuals disclosed by other parties in this matter and reserves the right to supplement this disclosure pursuant to Federal Rule of Civil Procedure 26(e).

Plaintiff also reserves the right to obtain discovery in support of its claims or defenses from any witness identified in any other party's Rule 26(a)(1) disclosure.

## II.

### DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(ii)

Plaintiff submits the following description of documents, electronically stored information or tangible things in its personal possession, custody or control that Plaintiff may use to support its claims or defenses, by category:

   a. Documents relating to services provided under the parties' Services Agreement;

   b. Communications between Plaintiff and Defendants regarding services provided under the Services Agreement;

   c. Communications and documents regarding NRATV;

   d. Communications and documents regarding AMc's pass-through expenses to the NRA;

   e. Documents regarding AMc employee time spent on NRA projects.

## III.

### DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(iii)

The NRA is seeking compensatory damages for injuries sustained as a result of Defendants' wrongful conduct, in at least the amount of $40 million; punitive or exemplary damages in an amount to be determined at trial; forfeiture and disgorgement in at least the amount of $100 million; attorneys' fees, costs, and expenses, in an amount to be determined by the Court; pre-judgment and post-judgment interest at the highest lawful rate; and such other relief at law or in equity, to which it may be justly entitled.

Plaintiff will provide Defendants with an expert damages report as to all the claims in Plaintiff's Amended Complaint, in accordance with the scheduling order entered in this case.[1]

## IV.

## DISCLOSURE PURSUANT TO RULE 26(a)(1)(A)(iv)

The NRA will make available for inspection by Defendants any and all insurance agreements that may indemnify or reimburse Plaintiff for any payments made to satisfy any judgment in this action, on conditions that any such agreements shall be treated as "Confidential" under the Protective Order entered in this case.

Dated: October 15, 2020

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/* Alessandra P. Allegretto
Alessandra P. Allegretto
State Bar No. 24109575
apa@brewerattorneys.com
Michael J. Collins
State Bar No. 00785493
mjc@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND THIRD-PARTY DEFENDANT WAYNE LAPIERRE**

---

[1] ECF No. 174.

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was served upon counsel of record in accordance with the Federal Rules of Civil Procedure.

                              */s/* Alessandra P. Allegretto
                              Alessandra P. Allegretto

4828-1367-2140.2
2277-08