IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
| Plaintiff and Counter-Defendant | § § § |
| and | § § |
| WAYNE LAPIERRE, | § § § |
| Third-Party Defendant, | § § § |
| v. | §  Civil Action No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § |
| Defendant and Counter-Plaintiff, | § § § |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, | § § § § § § |
| Defendants. | § |

## MOTION TO WITHDRAW AS COUNSEL

Attorneys Daniel D. Tostrud, William D. Cobb, Jr., and Matthew E. Last of the law firm Cobb Martinez Woodward, PLLC (collectively, "CMW") file this Motion to Withdraw as Counsel for non-parties William A. Brewer III and Brewer, Attorneys & Counselors (collectively, "BAC") in the above-numbered and captioned cause, as follows:

CMW is filing this motion to withdraw pursuant to Texas Disciplinary Rule of Professional Conduct 1.15(b)(5). Good cause exists for the withdrawal, as the purpose for the appearance (motion to disqualify counsel) has been resolved. The withdrawal can be accomplished without

material adverse effect on the interests of BAC, because BAC is not a party to this lawsuit and BAC is not subject to any pending motion.

CMW has notified BAC of the intent to withdraw and its right to object.  BAC does not oppose the withdrawal.  BAC's contact information is on file with the Court, as BAC is counsel of record in this suit.

The withdrawal is for good cause and is not sought for purposes of delay.

WHEREFORE, PREMISES CONSIDERED, Daniel D. Tostrud, William D. Cobb, Jr., and Matthew E. Last of the law firm Cobb Martinez Woodward, PLLC request that the Court grant this Motion to Withdraw and enter an order permitting their withdrawal as counsel for William A. Brewer III and Brewer, Attorneys & Counselors in this case.

        Respectfully submitted,

By:    */s/ Daniel D. Tostrud*
        **DANIEL D. TOSTRUD**
        Texas Bar No. 20146160
        **WILLIAM D. COBB, JR.**
        Texas Bar No. 04444150
        **MATTHEW E. LAST**
        Texas Bar No. 24054910

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Avenue, Suite 3100
Dallas, Texas 75201
(214) 220-5200
(214) 220-5299 fax
dtostrud@cobbmartinez.com
wcobb@cobbmartinez.com
mlast@cobbmartinez.com

**ATTORNEYS FOR NON-PARTIES WILLIAM A. BREWER III AND BREWER, ATTORNEYS & COUNSELORS**

**CERTIFICATE OF SERVICE**

  I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 23rd day of October 2020.

             */s/ Daniel D. Tostrud*
             Daniel D. Tostrud