UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| and | ) ) | |
| WAYNE LAPIERRE, | ) ) | |
| Third-Party Defendant, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) | 3:19-CV-2074-G |
| ACKERMAN MCQUEEN, INC., | ) ) | |
| Defendant and Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, | ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER OF REFERENCE

Under the authority of 28 U.S.C. § 636(b), the defendants' motion for leave to file under seal certain exhibits to the joint status report in connection with plaintiff's motion to compel and for sanctions (docket entry 47), and defendants' motion to compel plaintiff's document production and motion for sanctions (docket

entry 54) (docket entry 181) is hereby **REFERRED** to **United States Magistrate Judge Renée Harris Toliver** for a hearing, if necessary, and for determination.

    **SO ORDERED.**

November 5, 2020.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**