IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
| **Plaintiff and Counter-Defendant,** | § § |
| and | § § |
| WAYNE LAPIERRE, | § § |
| **Third-Party Defendant,** | § § |
| v. | § § Civil Action No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § |
| **Defendant and Counter-Plaintiff,** | § § |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, | § § § § § |
| **Defendants.** | § |

**JOINT STATUS REPORT REGARDING DEFENDANTS' MOTION TO QUASH THE NRA'S THIRD PARTY SUBPOENA ON INTEGRIS HEALTH, INC.**

Pursuant to the Order entered by the Honorable Renee H. Toliver, dated November 18, 2020 (ECF No. 186), Plaintiff the National Rifle Association of America (the "NRA" or "Plaintiff"), Defendant/Counter-Plaintiff Ackerman McQueen, Inc., and Defendants Mercury Group, Inc., Henry Martin, William Winkler, Melanie Montgomery, and Jesse Greenberg (collectively, "AMc" or "Defendants"), (The NRA and Defendants together, the "Parties"), file the instant Joint Status Report (the "Report") regarding Defendants' Motion to Quash Third Party Subpoena on Integris Health, Inc. (ECF No. 83).

1

Counsel for Defendants (Brian E. Mason and Christina M. Carroll) and counsel for the NRA (Michael J. Collins, Alessandra P. Allegretto, and Claudia V. Colón) conferred via phone on November 23, 2020 and November 25, 2020. Counsel for the Parties considered the nature and basis of their positions, and the NRA has agreed that, at the current time, it will withdraw its subpoena to Integris Health, Inc. without prejudice.  Therefore, the Parties wish to inform the Court that no additional intervention is required at this time relating to the NRA's third party subpoena to Integris Health, Inc.

Dated:  November 30, 2020

Respectfully submitted,

*/s/ Brian E. Mason*
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, JESSE GREENBERG, WILLIAM WINKLER, AND MELANIE MONTGOMERY BREWER, ATTORNEYS & COUNSELORS**

/s/ Michael J. Collins
Michael J. Collins, Esq.
State Bar No. 00785493
mjc@brewerattorneys.com
Alessandra P. Allegretto
State Bar No. 24109575
apa@brewerattorneys.com
1717 Main St. Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT THE NATIONAL RIFLE ASSOCIATION**

**CERTIFICATE OF CONFERENCE**

I hereby certify that all counsel conferred on November 23, 2020 and November 25, 2020 in an effort to resolve the subject of this Motion to Quash, and that the NRA has agreed to withdraw the third party subpoena to Integris Health, Inc. without prejudice.

/s/ Michael J. Collins
Michael J. Collins, Esq.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 30th day of November 2020.

/s/ Michael J. Collins
Michael J. Collins, Esq.

3

4820-9473-6594.3
-