IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, §§§ | |
| Plaintiff and Counter-Defendant, § | |
| and § | |
| WAYNE LAPIERRE, §§ | |
| Third-Party Defendant, § | |
| v. § | Civil Action No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., §§ | |
| Defendant and Counter-Plaintiff, § | |
| and § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, §§§§ | |
| Defendants. § | |

**NOTICE AND SUGGESTION OF BANKRUPTCY
FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA AND SEA GIRT LLC**

Please be advised that the National Rifle Association of America (the "NRA" or the "Association") and Sea Girt LLC ("Sea Girt") (collectively, the "Debtors"), filed petitions commencing voluntary cases under chapter 11 of Title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code") on January 15, 2021. The bankruptcy cases are pending in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, and are administered under Case Nos. 21-30080-11 and 21-30085-11.

1

4832-3310-5879.5
-

Section 362(a) (Automatic Stay) of the Bankruptcy Code, 11 U.S.C. §362(a), automatically prohibits, *inter alia*, the following:

- the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

- the enforcement, against the debtor or against property of the estate, of a judgment obtained before the commencement of the case under this title;

- any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate.

Dated:      January 15, 2021            Respectfully submitted,

*/s/ Michael J. Collins*
Michael J. Collins, Esq.
State Bar No. 00785493
mjc@brewerattorneys.com
Alessandra P. Allegretto
State Bar No. 24109575
apa@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone:  (214) 653-4000
Facsimile:  (214) 653-1015

**ATTORNEYS FOR PLAINTIFF AND COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**