UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
|     Plaintiff and Counter-Defendant, | ) ) | |
| and | ) ) | |
| WAYNE LaPIERRE, | ) ) | |
|     Third-Party Defendant, | ) ) | CIVIL ACTION NO. |
| vs. | ) ) | 3:19-CV-2074-G |
| ACKERMAN MCQUEEN, INC., | ) ) | |
|     Defendant and Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, | ) ) ) ) ) | |
|     Defendants. | ) | |

**<u>ORDER</u>**

This court has received notification that the plaintiff/counter-defendant National Rifle Association of America ("NRA") has filed a petition under Chapter 11 of the Bankruptcy Code. Pursuant to Section 362 of the Bankruptcy Code, an automatic stay of the claims against NRA is now in effect. In an effort to manage

this court's docket more efficiently, the claims against **NRA** will be **CLOSED**. They may be re-opened, without prejudice, upon the motion of any party, pursuant to any action taken in the related bankruptcy proceeding. The right to re-open such claims shall continue until 30 days after the related bankruptcy proceedings are concluded. **All other claims are unaffected by this order**.

    SO ORDERED.

February 1, 2021.

*C. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**