IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br>    Plaintiff and Counter-Defendant <br><br>and <br><br>WAYNE LAPIERRE, <br><br>    Third-Party Defendant, <br><br>v. <br><br>ACKERMAN MCQUEEN, INC., <br><br>    Defendant and Counter-Plaintiff, <br><br>and <br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, <br><br>    Defendants. | Civil Action No. 3:19-cv-02074-G |

**PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S
MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff National Rifle Association of America (the "NRA") respectfully moves the Court for leave to file its Second Amended Complaint, attached to the accompanying Brief in Support as Exhibit "1."

The NRA moves to file the Second Amended Complaint within the time frame permitted by the Court in the governing scheduling order.[1] This Court should grant the NRA's motion

---

[1] ECF No. 174.

1

because per Rule 15, the Court "should freely give leave [to amend] when justice so requires."[2] Allowing the NRA to file the Second Amended Complaint would serve justice and promote judicial efficiency. Further, there would be no substantial or undue prejudice against Defendants, bad faith, undue delay, or futility.

As further discussed in the accompanying brief, the NRA seeks to amend its complaint to add a new claim for trademark infringement against Defendants; to add new allegations, arising from information that has been uncovered during discovery, specific to Defendant Mercury Group, Inc., regarding fraud and conspiracy; to revise the conversion cause of action in order to address the Court's holding in its opinion[3] regarding Defendants' motion to dismiss, to allege that Defendants misappropriated the NRA's confidential information;[4] to remove the breach of fiduciary duty claim against the individual defendants; and, to remove the copyright infringement claim, which the Court dismissed without leave to replead in its Order dated September 14, 2020.

For all these reasons, and those stated in the accompanying Brief in Support, the NRA respectfully requests that the Court grant Plaintiff's leave to file the attached Second Amended Complaint.

---

[2] Fed. R. Civ. P. 15(a)(2).
[3] ECF No. 165.
[4] ECF No. 165.

Dated:  February 11, 2021                Respectfully submitted,


                                    **BREWER, ATTORNEYS & COUNSELORS**


By:     */s/ Alessandra P. Allegretto*
        Michael J. Collins, Esq.
        State Bar No. 00785493
        mjc@brewerattorneys.com
        Alessandra P. Allegretto, Esq.
        State Bar No. 24109575
        apa@brewerattorneys.com
        Claudia V. Colón García-Moliner
        cvm@brewerattorneys.com
        1717 Main Street, Suite 5900
        Dallas, Texas 75201
        Telephone: (214) 653-4000
        Facsimile: (214) 653-1015

        **ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF CONFERENCE**

I hereby certify that I, counsel for Plaintiff, conferred via email with all counsel of record on February 11, 2021 regarding the Motion for Leave to File Second Amended Complaint. Counsel for Wayne LaPierre indicated that he is not opposed to this Motion, and I did not receive a final answer regarding whether or not this Motion is opposed by counsel for Ackerman McQueen.

*/s/Alessandra P. Allegretto*
Alessandra P. Allegretto

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 11 day of February 2021.

*/s/Alessandra P. Allegretto*
Alessandra P. Allegretto

4815-0333-3587.8
-