UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> Plaintiff and Counter-Defendant, <br><br> and <br><br> WAYNE LaPIERRE and THE NRA FOUNDATION, INC., <br><br> Third-Party Defendants, <br><br> vs. <br><br> ACKERMAN McQUEEN, INC., <br><br> Defendant and Counter-Plaintiff, <br><br> and <br><br> MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, <br><br> Defendants. | CIVIL ACTION NO. <br><br> 3:19-CV-2074-G |

## **ORDER**

Before the court is the joint motion to amend scheduling order (docket entry 215) filed by the plaintiff/counter-defendant National Rifle Association of America ("NRA"), the third-party defendant Wayne LaPierre, the defendant/counter-plaintiff Ackerman McQueen, Inc., and the defendants Mercury Group, Inc., Henry Martin,

William Winkler, and Melanie Montgomery (collectively, "the Parties").

Upon consideration of the motion, the agreement of the Parties to the relief sought, and finding that good cause has been shown as a result of the petition for voluntary bankruptcy filed by the NRA under Chapter 11 of the United States Bankruptcy Code, the court **GRANTS** the motion.

It is therefore **ORDERED** that the court's scheduling order, as previously amended, is further amended as follows:

1. Unless otherwise stipulated or directed by order, the plaintiff shall file a written designation of the name and address of each **expert witness** who will testify at trial and shall otherwise comply with Rule 26(a)(2), FED. R. CIV. P. ("Rule 26(a)(2)"), on or before **May 24, 2021**.

Each defendant or third party shall file a written designation of the name and address of each **expert witness** who will testify at trial for that party and shall otherwise comply with Rule 26(a)(2) on or before **June 7, 2021**.

2. By **June 14, 2021**, all motions that would dispose of all or any part of this case (including motions for **summary judgment**), shall be filed.

3. By **July 16, 2021**, all **discovery** -- including discovery concerning expert witnesses -- shall be completed.

4. Unless otherwise directed by order, the parties must make the disclosures required by Rule 26(a)(3)(A)-(B), Fed. R. Civ. P., by **August 16, 2021**.

All other dates and terms set forth in the court's scheduling order, as

previously amended, remain operative.

**SO ORDERED.**

March 27, 2021.

*/s/ A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**