IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
| Plaintiff and Counter-Defendant | § § |
| and | § § |
| WAYNE LAPIERRE, | § § |
| Third-Party Defendant, | § § |
| v. | §  Civil Action No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § |
| Defendant and Counter-Plaintiff, | § § |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG, | § § § § § |
| Defendants. | § |

**MOTION TO WITHDRAW MICHAEL J. COLLINS
AS COUNSEL FOR PLAINTIFF THE NATIONAL RIFLE ASSOCIATION**

Pursuant to Local Rule 83.12(a), Plaintiff the National Rifle Association of America ("NRA") files this motion to withdraw Michael J. Collins as counsel for the NRA (the "Motion"), and states as follows:

1. Michael J. Collins is no longer with the law firm of Brewer, Attorneys & Counselors, counsel for the NRA.

2. Alessandra P. Allegretto of the law firm of Brewer, Attorneys & Counselors, at 1717 Main Street, Suite 5900, Dallas, Texas 75201, (214) 653-4000 (telephone), (214) 653-1015 (facsimile) has and will continue to serve as counsel for the NRA in this action.

Accordingly, the NRA respectfully requests that the Court enter an order granting the Motion and granting Michael J. Collins leave to withdraw.

Dated: April 15, 2021                Respectfully submitted,

                                               **BREWER, ATTORNEYS & COUNSELORS**

                                               By:    */s/ Alessandra P. Allegretto*
                                                         Alessandra P. Allegretto
                                                         State Bar No. 24109575
                                                         apa@brewerattorneys.com
                                                         1717 Main St. Suite 5900
                                                         Dallas, Texas 75201
                                                         Telephone: (214) 653-4000
                                                         Facsimile: (214) 653-1015

                                             **ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF CONFERENCE**

I hereby certify that on April 13th and April 15th, 2021, I conferred with all counsel of record via email, and all parties indicated that they are not opposed to the relief requested in this motion.

                                         */s/ Alessandra P. Allegretto*
                                         Alessandra P. Allegretto

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 15th day of April 2021.

                                         */s/ Alessandra P. Allegretto*
                                         Alessandra P. Allegretto