UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, </br></br> Plaintiff and Counter-Defendant, </br></br> and </br></br> WAYNE LaPIERRE, </br></br> Third-Party Defendant, </br></br> vs. </br></br> ACKERMAN MCQUEEN, INC., </br></br> Defendant and Counter-Plaintiff, </br></br> and </br></br> MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG, </br></br> Defendants. | CIVIL ACTION NO. </br></br> 3:19-CV-2074-G |

## ORDER

Before the court is the motion for relief from stay order ("motion") filed by the defendant/counter-plaintiff Ackerman McQueen, Inc. *See generally* Ackerman McQueen, Inc.'s Motion for Relief from Stay Order Due to Dismissal of the NRA's Bad Faith Bankruptcy Filing (docket entry 232).

After the plaintiff/counter-defendant National Rifle Association of America ("NRA") filed a petition under Chapter 11 of the Bankruptcy Code, this court closed the claims against NRA pursuant to Section 362 of the Bankruptcy Code with the right to be re-opened, without prejudice, upon the motion of any party, pursuant to any action taken in the related bankruptcy proceeding. *See* docket entry 200. On May 11, 2021, the bankruptcy court dismissed the related bankruptcy proceeding and found that "the NRA did not file the bankruptcy petition in good faith because this filing was not for a purpose intended or sanctioned by the Bankruptcy Code." Order Granting Motions to Dismiss at 37, *attached* to Motion as Exhibit A.

The motion is **GRANTED**. Accordingly, the stay is hereby **LIFTED**.

**SO ORDERED.**

May 12, 2021.

*[signature: A. Joe Fish]*

**A. JOE FISH**
**Senior United States District Judge**