IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>*Plaintiff and Counter-Defendant*,<br><br>and<br><br>WAYNE LAPIERRE and THE NRA FOUNDATION, INC.,<br><br>*Third-Party Defendants*,<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>*Defendant and Counter-Plaintiff*,<br><br>and<br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,<br><br>*Defendants*. | Case No. 3:19-cv-02074-G |

### NOTICE OF DISMISSAL WITHOUT PREJUDICE OF THE NRA FOUNDATION, INC.

PLEASE TAKE NOTICE that, pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i), Third-Party Plaintiff Ackerman McQueen, Inc. ("*AMc*") hereby dismisses all of its claims against Third-Party Defendant, the NRA Foundation, Inc. (the "*NRA Foundation*"), in this matter without prejudice to refiling same. AMc filed its Second Amended Third-Party Complaint naming the NRA Foundation as a Third-Party Defendant on March 12, 2021. *See* ECF 210. The NRA Foundation was served with AMc's Second Amended Third-Party Complaint. As of the

filing of this Notice, the NRA Foundation has not served either an answer or a motion for summary judgment.  *See* FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: June 8, 2021.

                                                Respectfully submitted,

                                                */s/ Brian E. Mason*
                                                **G. Michael Gruber, Esq.**
                                                Texas Bar No. 08555400
                                                gruber.mike@dorsey.com
                                                **Jay J. Madrid, Esq.**
                                                Texas Bar No. 12802000
                                                madrid.jay@dorsey.com
                                                **J. Brian Vanderwoude, Esq.**
                                                Texas Bar No. 24047558
                                                vanderwoude.brian@dorsey.com
                                                **Brian E. Mason, Esq.**
                                                Texas Bar No. 24079906
                                                mason.brian@dorsey.com

                                                **DORSEY & WHITNEY LLP**
                                                300 Crescent Court, Suite 400
                                                Dallas, Texas 75201
                                                (214) 981-9900 Phone
                                                (214) 981-9901 Facsimile

                                                **ATTORNEYS FOR DEFENDANTS ACKERMAN MCQUEEN, INC., MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY**

## CERTIFICATE OF SERVICE

       I hereby certify that on June 8, 2021, I served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                                */s/ Brian E. Mason*
                                                BRIAN E. MASON