IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>  Plaintiff and<br>  Counterclaim-Defendant,<br><br>and<br><br>WAYNE LAPIERRE,<br><br>  Third-Party Defendant,<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>  Defendant,<br>  Counterclaim-Plaintiff, and<br>  Third-Party Plaintiff,<br><br>and<br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,<br><br>  Defendants. | Civil Action No. 3:19-cv-02074-G |

### THIRD-PARTY DEFENDANT WAYNE LAPIERRE'S EXPERT WITNESS DESIGNATION

COMES NOW Third-Party Defendant Wayne LaPierre, by and through his counsel of record, and submits his Expert Witness Designation, as follows:

**Mark Rambin, CPA, CFF**

**Echelon Analytics**
1717 Main Street, Suite 3380
Dallas, Texas 75201

Dated: June 15, 2021                                     Respectfully submitted,

                                                                  **CORRELL LAW GROUP**

                                                         By:       */s/ P. Kent Correll*

                                                                 P. Kent Correll
                                                                 NY State Bar No. 1809219
                                                                 250 Park Avenue, 7th Floor
                                                                 New York, New York 10177
                                                                 Tel: (212) 475-3070
                                                                 Fax: (212) 409-8515
                                                                 E-mail: kent@correlllawgroup.com

                                                                ***Attorney for Third-Party***
                                                                ***Defendant Wayne LaPierre***

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record via the Court's electronic notification system in accordance with the Federal Rules of Civil Procedure on this 15th day of June 2021.

                                        */s/ P. Kent Correll*
                                          P. Kent Correll