IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, <br><br> **Plaintiff and Counter-Defendant** <br><br> and <br><br> WAYNE LAPIERRE, <br><br> **Third-Party Defendant,** <br><br> v. <br><br> ACKERMAN MCQUEEN, INC., <br><br> **Defendant and Counter-Plaintiff,** <br><br> and <br><br> MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, <br><br> **Defendants.** | § § § § § § § § § § § § § § § § § § § § § § § § § § | Civil Action No. 3:19-cv-02074-G |

**COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA'S
<u>EXPERT WITNESS DESIGNATIONS</u>**

COMES NOW Counter-Defendant, National Rifle Association of America (the "NRA" or the "Association"), by and through its counsel of record, and submits its Expert Witness Designations, as follows:

**A.     Matthew N. Klink**

**Klink Campaigns**
13007 Woodbridge Street
Studio City, CA 91604

1

B.      **Autumn V. Kraus, CPA, ABV, CFE, JD**

**Whitley Penn**
8343 Douglas Avenue, Suite 400
Dallas, TX 75225

| | |
|---|---|
| Dated: June 15, 2021 | Respectfully submitted, |
| | **BREWER, ATTORNEYS & COUNSELORS** |
| | By:    */s/ Philip J. Furia* <br> Jason Clouser <br> State Bar No. 24111395 <br> jfc@brewerattorneys.com <br> Philip J. Furia <br> *Pro Hac Vice* <br> pjf@brewerattorneys.com <br> 1717 Main St. Suite 5900 <br> Dallas, Texas 75201 <br> Telephone: (214) 653-4000 <br> Facsimile: (214) 653-1015 |
| | **ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA** |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 15th day of June 2021.

                                        */s/ Philip J. Furia*
                                        Philip J. Furia