UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| vs. | ) ) | |
| ACKERMAN MCQUEEN, INC., | ) ) | CIVIL ACTION NO. |
| Defendant and Counter-Plaintiff, | ) ) | 3:19-CV-2074-G |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Before the court is the plaintiff's unopposed motion for leave to file under seal certain exhibits in opposition to defendants' motion for partial summary judgment (docket entry 306). The motion is **GRANTED**. Accordingly, the plaintiff may file Exhibits 1, 6, 7, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 31, 33, 36, 37, 38, 39, 41, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 59 **UNDER SEAL**.

**SO ORDERED**.

August 4, 2021.

_____
**A. JOE FISH**
**Senior United States District Judge**