UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| vs. | ) ) | |
| ACKERMAN MCQUEEN, INC., | ) ) | CIVIL ACTION NO. |
| Defendant and Counter-Plaintiff, | ) ) | 3:19-CV-2074-G |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | ) ) ) ) | |
| Defendants. | ) | |

## AMENDED SCHEDULING ORDER

Based upon the parties' status reports (docket entries 342, 345), it is

**ORDERED** that the court's prior scheduling orders are amended as follows:

- This case is **RESET** for trial on the court's four-week trial docket beginning **March 7, 2022**.

- By **September 15, 2021**, the parties are **DIRECTED** to contact **Mr. Jeff Abrams**, A\BRAMS M\EDIATION & A\RBITRATION, I\NC., 5720 LBJ Freeway, Suite 560, Dallas, Texas 75240 **(972.702.9066, FAX: 214.526.5880, EMAIL: jeff@abramsmediation.com)** to discuss possible further mediation efforts.

- By **October 29, 2021**, all **discovery** -- including discovery concerning expert witnesses -- shall be completed.

- By **November 29, 2021**, all motions that would dispose of all or any part of this case (including motions for **summary judgment**), shall be filed.

- Unless otherwise directed by order, the parties must make the disclosures required by Rule 26(a)(3)(A)-(B), FED. R. CIV. P., by **February 7, 2022.**

- By **February 25, 2022**, all **pretrial materials** shall be filed.  *See* docket entry 174 for specifics.

- A **pretrial conference** in the case is set for **Friday, March 4, 2022**, at **10:30 a.m**.

**SO ORDERED**.

September 7, 2021.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**