UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| vs. | ) ) | |
| ACKERMAN MCQUEEN, INC., | ) ) | CIVIL ACTION NO. |
| Defendant and Counter-Plaintiff, | ) ) | 3:19-CV-2074-G |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | ) ) ) ) | |
| Defendants. | ) | |

## ORDER

A status conference in this case will be held before the undersigned on **Thursday, September 16, 2021**, at **2:00 p.m.** in **Courtroom 1505**. Lead counsel for each party shall be present and shall be prepared to address the issues set forth in the court's order of August 26, 2021 (docket entry 337).

**SO ORDERED**.

September 8, 2021.

*A. Joe Fish*
**A. JOE FISH**
**Senior United States District Judge**