**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § | |
| *Plaintiff and Counter-Defendant,* | § § | |
| **v.** | § § | **Case No. 3:19-cv-02074-G** |
| **ACKERMAN MCQUEEN, INC.,** | § § § | |
| *Defendant and Counter-Plaintiff,* | § § § | |
| **and** | § § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY** | § § § § | |
| *Defendants.* | § | |

## APPENDIX IN SUPPORT OF ACKERMAN MCQUEEN, INC.'S RESPONSE TO THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S MOTION TO COMPEL CERTAIN DOCUMENTS WITHHELD UNDER DEFICIENT CLAIMS OF PRIVILEGE

Defendant/Counter-Plaintiff Ackerman McQueen, Inc. ("*AMc*") and the National Rifle Association of America (the "*NRA*") (together, the "*Parties*") offer the following evidence in support of *Response to the NRA's Motion to Compel Certain Documents Withheld Under Deficient Claims of Privilege* (the "*Motion*").

| EX | DESCRIPTION | APPX |
|----|-------------|------|
| A. | Declaration of Brian E. Mason | APP001-APP008 |
| A-1 | Email from K. Taylor to A. Allegretto, dated December 3, 2020. | APP009 |
| A-2 | Email from K. Taylor to A. Allegretto, dated December 9, 2020. | APP010 |

| A-3 | AMc's Privilege Log, dated December 9, 2020. | APP011-APP049 |
|---|---|---|
| A-4 | Letter from B. Mason to NRA Counsel, dated July 7, 2021. | APP050-APP052 |
| A-5 | Email from S. Rogers to B. Mason, dated July 19, 2021. | APP053-APP057 |
| A-6 | Email from William A. Brewer to Jay Madrid (AMcTX-00065477) dated May 2, 2018 (*filed under seal*). | APP058 |
| A-7 | Email from William A. Brewer to Jay Madrid (AMcTX-00065542) dated May 12, 2018 (*filed under seal*). | APP059-APP060 |
| A-8 | Email from William A. Brewer to Jay Madrid (AMcTX-00065544) dated May 16, 2018 (*filed under seal*). | APP061-APP063 |
| A-9 | Email from William A. Brewer to Jay Madrid (AMcTX-00065615) dated May 23, 2018 (*filed under seal*). | APP064-APP067 |
| A-10 | Email from William A. Brewer to Jay Madrid (AMcTX-00065639) dated July 2, 2018 (*filed under seal*). | APP068-APP070 |
| A-11 | Email from Sarah Rogers to John Frazer (NRA-AMc_00057268) dated September 14, 2018 (*filed under seal*). | APP071-APP072 |
| A-12 | Email from Gina Betts to Sarah Rogers (NRA-AMc_00057270) dated September 14, 2018 (*filed under seal*). | APP073-APP074 |
| A-13 | Email from Gina Betts to Sarah Rogers (NRA-AMc_00057274) dated September 14, 2018 (*filed under seal*). | APP075-APP076 |
| A-14 | Email from Sarah Rogers to Gina Betts (NRA-AMc_00057276) dated September 14, 2018 (*filed under seal*). | APP077-APP078 |
| A-15 | Email from John Frazer to Gina Betts (NRA-AMc_00057281) dated September 14, 2018 (*filed under seal*). | APP079-APP082 |
| A-16 | Email from Gina Betts to John Frazer (AMcTX-00000395) dated January 31, 2019 (*filed under seal*). | APP083-APP087 |
| A-17 | Email from Gina Betts to John Frazer (AMcTX-00000400) dated February 3, 2019 (*filed under seal*). | APP088-APP092 |
| A-18 | Email from Bill Winkler to Jessica Bradley (AMc-057923) dated February 8, 2019 (*filed under seal*). | APP093-APP095 |

| A-19 | Letter from S. Rogers to B. Mason, dated October 15, 2021. | APP096-APP099 |
|------|-----------------------------------------------------------|---------------|
| A-20 | Letter from B. Mason to S. Rogers and C. Fanelli, dated October 22, 2021. | APP100-APP101 |
| A-21 | Draft letter to Wayne LaPierre from Angus McQueen, attached to an email from Ariana Azimi to Revan McQueen (AMc-058564) dated September 24, 2018 (*filed under seal*). | APP102-APP110 |

Dated: November 19, 2021

Respectfully submitted,

*/s/ Brian E. Mason*
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on November 19, 2021.

*Brian E. Mason*
Brian E. Mason

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| *Plaintiff and Counter-Defendant,* | § § | |
| v. | § § | **Case No. 3:19-cv-02074-G** |
| ACKERMAN MCQUEEN, INC., | § § | |
| *Defendant and Counter-Plaintiff,* | § § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § | |
| *Defendants.* | § | |

## <u>DECLARATION OF BRIAN E. MASON</u>

Pursuant to 28 U.S.C. § 1746, I, Brian E. Mason, hereby declare as follows:

1.      My name is Brian E. Mason.  I am over eighteen years of age.  I have never been convicted of a felony or misdemeanor involving moral turpitude.  I am fully competent to make this Declaration.  I am a partner at Dorsey & Whitney, LLP ("***Dorsey***") and counsel of record for Ackerman McQueen, Inc. ("***AMc***"), Mercury Group, Inc., Henry Martin, William Winkler, and Melanie Montgomery in the matter of *National Rifle Association of America v. Ackerman McQueen, et al.*, No. 3:19-cv-02074-G, currently pending in the Northern District of Texas (the "***Texas Action***").  I am also admitted *pro hac vice* representing AMc and Mercury Group in the following lawsuits in Virginia: *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*, Case Nos. CL19002067, CL19001757, and CL19002886, in the Circuit Court for the City of Alexandria, Virginia (collectively, the "***Virginia Action***"), which have now been stayed pending

the outcome of the Texas Action.  I am also admitted in the Bankruptcy Court of the Northern District of Texas and served as counsel of record for AMc in the bankruptcy matter *In re National Rifle Association*, No. 21-30085-hdh11 (Bkr. N.D. Tex. Jan. 15, 2021) ("***NRA Bankruptcy***").  I have personal knowledge of the facts set forth in this Declaration and acknowledge them to be true and correct.

2.      AMc served its privilege log on the NRA on December 9, 2020 ("***Original Privilege Log***").  At the time, AMc had just completed briefing its opposition to the NRA's motion to transfer before the Judicial Panel on Multidistrict Litigation.  On January 15, 2021, the NRA filed the NRA Bankruptcy.  Pursuant to this Court's order (ECF 200), the NRA Bankruptcy stayed AMc's litigation against the NRA, but did not prohibit the NRA from continuing to pursue its claims against AMc or otherwise engage in discovery activities.

3.      After the NRA Bankruptcy was dismissed in May 2021, the parties resumed litigation under the Court's applicable scheduling order, which established the discovery deadline of August 6, 2021.

4.      On August 17, 2021—eleven days after the August 6, 2021 discovery deadline and over eight months after AMc served its Original Privilege Log—AMc received a letter from NRA counsel complaining about AMc's Original Privilege Log for the first time.  In that letter, the NRA raised two issues related to the sufficiency of the existing privilege descriptions on the Original Privilege Log with regard to attorney-client and work product privileges.

5.      On September 1, 2021, AMc received an email from NRA counsel again regarding the Original Privilege Log.  This time, the NRA included a draft motion to compel of a joint status report relating to the Original Privilege Log and demanded that AMc complete its responsive portion within ten calendar days.  Like the August 17, 2021 letter, the joint status report only

addressed the NRA's complaints about the existing entries listed on AMc's Original Privilege Log.

6.      On September 7, 2021 (after the Court reviewed the parties' status reports on the litigation), the Court extended the discovery deadline from August 6, 2021 to October 29, 2021. Shortly thereafter, Dorsey conferred with counsel for the NRA regarding the concerns raised in its August 17, 2021 letter about AMc's Original Privilege Log.  During that conference, the NRA's counsel raised no concerns other than those previously raised with regard to AMc's Original Privilege Log.   In an attempt to address the NRA's concerns in good faith, AMc amended and served its privilege log on September 21, 2021 ("***First Amended Privilege Log***"), which included greater detail regarding AMc's privilege descriptions and mirrored the form of privilege descriptions used by the NRA in its privilege log—to which the NRA would presumably not object.  AMc also produced approximately one dozen documents that it agreed to remove from its privilege log altogether.

7.      On September 22, 2021, the NRA sent another letter to AMc, which for the first time suggested that certain categories of communications might be missing from AMc's Original Privilege Log—an issue that had not been raised at any time during the preceding nine months. Shortly thereafter, the parties held another meet and confer conference on October 6, 2021 to discuss numerous discovery issues, including the NRA's concerns regarding AMc's First Amended Privilege Log and the NRA's September 22, 2021 correspondence.

8.      Following this conference, Dorsey continued to investigate the NRA's concerns. During this process, on or about October 13, 2021, Dorsey came to learn that AMc's Original Privilege Log had inadvertently excluded certain privileged communications due to a coding misapplication by the e-discovery vendor.  Specifically, in order to expedite the review of the large volume of documents collected from AMc custodians certain privileged documents were reviewed

and coded separately from the documents in the main document database, which included documents responsive not only to discovery requests in the Texas Action, but documents relevant to the NRA's three additional lawsuits against AMc in the Virginia Action.

9.      Following an initial review in January 2020, AMc's counsel then conducted a second-level review of documents specifically relevant to the Texas Action throughout the summer of 2020.  During this process, the coding originally used for the previously segregated privileged documents was not properly applied by the e-discovery vendor to the documents slated for second-level review for the Texas Action.  Although some privileged documents were identified during the second-level review, which were included on the Original Privilege Log, the remaining privileged documents were inadvertently omitted.  This exclusion was unintentional and not the result of conscious indifference, and no attorney for AMc had knowledge of this omission until October 2021.  Had the NRA raised the issue sooner, AMc's counsel could have promptly investigated and resolved the issue.

10.     During this same time period, AMc was also in the process of reviewing many thousands of other documents related to AMc's pre-2018 communications related to NRATV and analytics, which the NRA had also complained about during the final weeks before the discovery deadline.  In an attempt to accommodate the NRA's demands without the need for intervention by the Court, AMc made weekly supplemental productions from mid-September through the October 29, 2021 discovery deadline. Simultaneously, AMc was also engaged in extensive communications with the NRA concerning access to certain information on AMc's server and NRA social media accounts, completing depositions, and preparing weekly status updates to the Court regarding the parties' discovery activities, among numerous other discovery activities.

11.     On or about October 13, 2021, Dorsey began its review of the previously segregated

privilege documents.  On October 22, 2021, one week in advance of the October 29, 2021 discovery deadline, AMc served its Second Amended Privilege Log on the NRA, which included the previously omitted entries. The omission of these documents on the prior privilege logs was unintentional, and AMc immediately undertook to address the issue at the point the possibility of omission was discovered.  As of the date of this declaration, I believe that AMc's Second Amended Privilege Log is complete and correct to the best of my knowledge.

12.     I understand that the NRA has suggested that AMc and/or its counsel somehow corrected the issues with respect to its privilege log after receiving the October 18, 2021 supplemental expert report of Andrew McLean.  I further understand that the NRA has alleged that AMc and/or its counsel has "plainly attempted to shield from this Court's view the significant role they played in frustrating the NRA's attempts to retrieve and review its business records." Mr. McLean's purported supplemental expert report had nothing to do with the timing, facts, or circumstances surrounding AMc and its counsel learning that certain entries had been inadvertently not logged.  Similarly, neither AMc nor its counsel intentionally or otherwise attempted to hide, misrepresent, or otherwise conceal certain privileged log entries from the NRA or its counsel.

13.     After AMc served its Second Amended Privilege Log, the NRA was completely silent with respect to issues it had previously raised.  Without making any effort to confer whatsoever, the NRA filed a "joint" motion to compel related to AMc's privilege log and privileged documents at 11:59 p.m. on October 29, 2021.  ECF 397.

14.     Attached hereto as **Exhibit A-1** is a true and correct copy of an email from K. Taylor to A. Allegretto, dated December 3, 2020.

15.     Attached hereto as **Exhibit A-2** is a true and correct copy of an email from

K. Taylor to A. Allegretto, dated December 9, 2020.

16.     Attached hereto as **Exhibit A-3** is a true and correct copy of AMc's Privilege Log, dated December 9, 2020.

17.     Attached hereto as **Exhibit A-4** is a true and correct copy of a letter from B. Mason to NRA Counsel, dated July 7, 2021.

18.     Attached hereto as **Exhibit A-5** is a true and correct copy of an email from S. Rogers to B. Mason, dated July 19, 2021.

19.     Attached hereto as **Exhibit A-6** is a true and correct copy of an email from William A. Brewer to Jay Madrid (AMcTX-00065477) dated May 2, 2018 (*filed under seal*).

20.     Attached hereto as **Exhibit A-7** is a true and correct copy of an email from William A. Brewer to Jay Madrid (AMcTX-00065542) dated May 12, 2018 (*filed under seal*).

21.     Attached hereto as **Exhibit A-8** is a true and correct copy of an email from William A. Brewer to Jay Madrid (AMcTX-00065544) dated May 16, 2018 (*filed under seal*).

22.     Attached hereto as **Exhibit A-9** is a true and correct copy of an email from William A. Brewer to Jay Madrid (AMcTX-00065615) dated May 23, 2018 (*filed under seal*).

23.     Attached hereto as **Exhibit A-10** is a true and correct copy of an email from William A. Brewer to Jay Madrid (AMcTX-00065639) dated July 2, 2018 (*filed under seal*).

24.     Attached hereto as **Exhibit A-11** is a true and correct copy of an email from Sarah Rogers to John Frazer (NRA-AMc_00057268) dated September 14, 2018 (*filed under seal*).

25.     Attached hereto as **Exhibit A-12** is a true and correct copy of an email from Gina Betts to Sarah Rogers (NRA-AMc_00057270) dated September 14, 2018 (*filed under seal*).

26.     Attached hereto as **Exhibit A-13** is a true and correct copy of an email from Gina Betts to Sarah Rogers (NRA-AMc_00057274) dated September 14, 2018 (*filed under seal*).

27.     Attached hereto as **Exhibit A-14** is a true and correct copy of an email from Sarah Rogers to Gina Betts (NRA-AMc_00057276) dated September 14, 2018 (***filed under seal***).

28.     Attached hereto as **Exhibit A-15** is a true and correct copy of an email from John Frazer to Gina Betts (NRA-AMc_00057281) dated September 14, 2018 (***filed under seal***).

29.     Attached hereto as **Exhibit A-16** is a true and correct copy of an email from Gina Betts to John Frazer (AMcTX-00000395) dated January 31, 2019 (***filed under seal***).

30.     Attached hereto as **Exhibit A-17** is a true and correct copy of an email from Gina Betts to John Frazer (AMcTX-00000400) dated February 3, 2019 (***filed under seal***).

31.     Attached hereto as **Exhibit A-18** is a true and correct copy of an email from Bill Winkler to Jessica Bradley (AMc-057923) dated February 8, 2019 (***filed under seal***).

32.     Attached hereto as **Exhibit A-19** is a true and correct copy of a letter from S. Rogers to B. Mason, dated October 15, 2021.

33.     Attached hereto as **Exhibit A-20** is a true and correct copy of a letter from B. Mason to S. Rogers and C. Fanelli, dated October 22, 2021.

34.     Attached hereto as **Exhibit A-21** is a true and correct copy of a draft letter to Wayne LaPierre from Angus McQueen, attached to an email from Ariana Azimi to Revan McQueen (AMc-058564) dated September 24, 2018 (***filed under seal***).

Executed this 19th day of November, 2021.

*/s/ Brian E. Mason*
Brian E. Mason

# EXHIBIT A-1

**Taylor, Kelsey**

---

| | |
|---|---|
| **From:** | Taylor, Kelsey |
| **Sent:** | Thursday, December 3, 2020 11:03 AM |
| **To:** | Alessandra Allegretto; Claudia Colon Garcia-Moliner; Michael Collins |
| **Cc:** | Mason, Brian; Carroll, Christina |
| **Subject:** | Document Subpoena and Privilege Logs |

Hi Ally,

Based on our previous discussions in October, you indicated that the Brewer Firm was going to be producing documents, subject to its objections, in response to the subpoena issued on August 24.  Please let us know when we can expect that document production and accompanying privilege log.

With regard to the privilege logs for the NRA and AMc's prior document productions, we will be ready to exchange privilege logs on Wednesday, December 9, 2020.  Please let me know if this is agreeable to you.

Thanks,
Kelsey


**Kelsey M. Taylor**
**Associate**



DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
**P:** 214.981.9981  **F:** 214.853.5607  **C:** 979.575.4026

**APP000009**

# EXHIBIT A-2

**Taylor, Kelsey**

---

| | |
|---|---|
| **From:** | Taylor, Kelsey |
| **Sent:** | Wednesday, December 9, 2020 5:08 PM |
| **To:** | 'Alessandra Allegretto'; Claudia Colon Garcia-Moliner; Michael Collins |
| **Cc:** | Mason, Brian; Carroll, Christina |
| **Subject:** | AMc Privilege Log |
| **Attachments:** | 2020-12-09 AMc Privilege Log.pdf |

Hi Ally,
Attached, please find AMc's privilege log reflecting documents withheld from AMc's prior document productions.
If you have any questions, please let me know.

Thank you,
Kelsey


**Kelsey M. Taylor**
**Associate**



DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
**P:** 214.981.9981  **F:** 214.853.5607  **C:** 979.575.4026

APP000010

# EXHIBIT A-3

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 001 | Attorney-Client | Message | 1/10/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Julie Rubash <JRubash@sheppardmullin.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | New Independent Contractor | Ccommunications with counsel regarding contract negotiation for NRA commentator, Dan Bongino |
| 002 | Attorney-Client | Message_Attachment | 1/10/2018 | | | | | | Communications with counsel regarding contract negotiation for NRA commentator, Dan Bongino |
| 003 | Forwarding Attorney-Client Communications | Message | 1/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Ariana Azimi <ariana-azimi@am.com> | | FW: Dan Bongino Talent Agreement | Communications with counsel regarding contract negotiation for NRA commentator, Dan Bongino |
| 004 | Forwarding Attorney-Client Communications | Message_Attachment | 1/15/2018 | | | | | | Communications with counsel regarding contract negotiation for NRA commentator, Dan Bongino |
| 005 | Forwarding Attorney-Client Communications | Message_Attachment | 1/15/2018 | | | | | | Communications with counsel regarding contract negotiation for NRA commentator, Dan Bongino |
| 006 | Work Product | Message | 3/28/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | Fwd: Attorney Bill Brewer -- information requests | Communication regarding engaging counsel to assist with information requests. |
| 007 | Attorney-Client | Message | 3/29/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 008 | Attorney-Client | Message_Attachment | 3/29/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 009 | Attorney-Client | Message | 3/29/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Brewer | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 010 | Attorney-Client | Message | 3/29/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Brewer | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 011 | Attorney-Client | Message | 4/4/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Follow-up: Information Request | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 012 | Forwarding Attorney-Client Communications | Message | 4/4/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey- | | | Fwd: Ackerman | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 013 | Attorney-Client | Message | 4/26/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 014 | Attorney-Client | Message | 4/26/2018 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | | | PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 015 | Attorney-Client | Message_Attachment | 4/26/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 016 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 017 | attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 018 | Attorney-Client | Message | 4/26/2018 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 019 | Attorney-Client | Message_Attachment | 4/26/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 020 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 021 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 022 | Attorney-Client | Message | 4/26/2018 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 023 | Attorney-Client | Message_Attachment | 4/26/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 024 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 025 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 026 | Attorney-Client | Message | 4/26/2018 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Existing Contract | Communications reflecting advice of counsel regarding negotiation of Oliver North's contract. |
| 027 | Attorney-Client | Message | 4/26/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Existing Contract | Communications reflecting advice of counsel regarding negotiation of Oliver North's contract. |
| 028 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 029 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 030 | Attorney-Client | Message | 4/27/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com> | | Re: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 031 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 032 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 033 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 034 | Attorney-Client | Message | 4/27/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com> | | Re: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 035 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 036 | Attorney-Client | Message | 4/27/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | | Re: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 037 | Attorney-Client | Message | 4/27/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | | Re: back in office | Communications with counsel regarding negotiation of Oliver North's contract. |
| 038 | Attorney-Client | Message | 4/27/2018 | <barton.casey@dorsey.com> | <bill-winkler@am.com>; <melanie-montgomery@am.com> | | | PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 039 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 040 | Attorney-Client | Message | 4/27/2018 | <barton.casey@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 041 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 042 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 043 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 044 | Attorney-Client | Message | 4/27/2018 | <barton.casey@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 045 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 046 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 047 | Attorney-Client | Message | 4/27/2018 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 048 | Attorney-Client | Message | 4/27/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 049 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 050 | Attorney-Client | Message | 4/27/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 051 | Attorney-Client | Message_Attachment | 4/27/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 052 | Attorney-Client | Message | 4/27/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Communications with counsel regarding negotiation of Oliver North's contract. |
| 053 | Attorney-Client | Message | 5/7/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" | | Re: Complaint.pdf | Communications with counsel regarding Lockton matter and Carry Guard allegations. |
| 054 | Attorney-Client | Message | 5/7/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" | | Re: Complaint.pdf | Communications with counsel regarding Lockton matter and Carry Guard allegations. |
| 055 | Attorney-Client | Message | 5/7/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | | North Contract | Communications with counsel regarding negotiation of Oliver North's contract. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 056 | Attorney-Client | Message | 5/7/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | | North Contract | Communications with counsel regarding negotiation of Oliver North's contract. |
| 057 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: Real Estate Follow Up | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 058 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: Real Estate Follow Up | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 059 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 060 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 061 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: Vaquero PDF | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 062 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 063 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 064 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 065 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 066 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 067 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 068 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 069 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 070 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 071 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 072 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 073 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 074 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 075 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 076 | Attorney-Client | Message | 5/9/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 077 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Ackerman - Consulting Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 078 | Attorney-Client | Message | 5/9/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Fwd: RE: | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 079 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 080 | Attorney-Client | Message_Attachment | 5/9/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 081 | Attorney-Client | Message | 5/10/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: RE: | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 082 | Attorney-Client | Message | 5/10/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | any updates | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 083 | Attorney-Client | Message | 5/10/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: any updates | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 084 | Attorney-Client | Message | 5/10/2018 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <bill-winkler@am.com> | | | FW: Ackerman - Employment Agreement | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 085 | Attorney-Client | Message | 5/10/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: do we have an update on how your research is coming | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 086 | Attorney-Client | Message_Attachment | 5/10/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 087 | Attorney-Client | Message | 5/10/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: do we have an update on how your research is coming | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 088 | Attorney-Client | Message | 5/10/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: do we have an update on how your research is coming | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |

APP000018

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 089 | Attorney-Client | Message_Attachment | 5/10/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 090 | Attorney-Client | Message | 5/11/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ackerman McQueen documents--CONFIDENTIAL | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 091 | Attorney-Client | Message | 5/11/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ackerman McQueen documents--CONFIDENTIAL | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 092 | Attorney-Client | Message | 5/11/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Ackerman Documents--CONFIDENTIAL | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 093 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 094 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 095 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 096 | Attorney-Client | Message | 5/11/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: PDF's | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 097 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 098 | Attorney-Client | Message | 5/11/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: PDF's | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 099 | Attorney-Client | Message | 5/11/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: PDF's | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 100 | Attorney-Client | Message | 5/11/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: PDF's | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 101 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 102 | Attorney-Client | Message_Attachment | 5/11/2018 | | | | | | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 103 | Attorney-Client | Message | 5/11/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: PDF's | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 104 | Attorney-Client | Message | 5/14/2018 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | | | FW: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |
| 105 | Attorney-Client | Message_Attachment | 5/14/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 106 | Attorney-Client | Message | 5/14/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |
| 107 | Attorney-Client | Message | 5/14/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |
| 108 | Attorney-Client | Message | 5/14/2018 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |
| 109 | Attorney-Client | Message_Attachment | 5/14/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 110 | Attorney-Client | Message | 5/14/2018 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 111 | Attorney-Client | Message_Attachment | 5/14/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 112 | Forwarding Attorney-Client Communications | Message | 5/14/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | FW: Brewer Interview request | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 113 | Attorney-Client | Message | 5/15/2018 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Communications with counsel regarding negotiation of Oliver North's contract. |
| 114 | Attorney-Client | Message_Attachment | 5/15/2018 | | | | | | Communications with counsel regarding negotiation of Oliver North's contract. |
| 115 | Attorney-Client | Message | 5/15/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | WBB | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 116 | Attorney-Client | Message | 5/15/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: WBB | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 117 | Attorney-Client | Message | 5/15/2018 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: WBB | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 118 | Attorney-Client | Message | 5/15/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: WBB | Communications with counsel related to Wayne LaPierre's request for AMc to assist with home purchase in Dallas. |
| 119 | Attorney-Client | Message | 8/8/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <Lacey-Cremer@am.com> | | FW: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 120 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 121 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 122 | Attorney-Client | Message | 8/8/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" | | FW: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 123 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 124 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 125 | Attorney-Client | Message | 8/8/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 126 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 127 | Attorney-Client | Message | 8/8/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 128 | Attorney-Client | Message | 8/8/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 129 | Attorney-Client | Message | 8/8/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; "Lacey (Duffy) | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 130 | Attorney-Client | Message | 8/8/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; "Lacey (Duffy) | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 131 | Attorney-Client | Message | 8/8/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 132 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 133 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 134 | Attorney-Client | Message | 8/8/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 135 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 136 | Attorney-Client | Message_Attachment | 8/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 137 | Attorney-Client | Message | 8/8/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Conversation Summary | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 138 | Attorney-Client | Message | 8/8/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Conversation Summary | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 139 | Forwarding Attorney-Client Communication | Message | 8/9/2018 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 140 | Forwarding Attorney-Client Communications | Message | 8/9/2018 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Conversation Summary | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 141 | Attorney-Client | Message | 8/13/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am... | | Response To W. Phillips Procedures Document | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 142 | Attorney-Client | Message_Attachment | 8/13/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 143 | Attorney-Client | Message_Attachment | 8/13/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 144 | Attorney-Client | Message | 8/13/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Wilson Phillips | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 145 | Attorney-Client | Message_Attachment | 8/13/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 146 | Attorney-Client | Message | 8/13/2018 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Letter to Wilson Phillips | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 147 | Attorney-Client | Message_Attachment | 8/13/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 148 | Attorney-Client | Message | 8/13/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 149 | Attorney-Client | Message | 8/13/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 150 | Attorney-Client | Message | 8/13/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 151 | Attorney-Client | Message | 8/14/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | FW: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 152 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 153 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 154 | Attorney-Client | Message | 8/14/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Gina Betts <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Revan McQueen | | FW: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 155 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 156 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 157 | Attorney-Client | Message | 8/14/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Gina Betts <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Revan | | FW: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 158 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 159 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 160 | Attorney-Client | Message | 8/14/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 161 | Attorney-Client | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 162 | Attorney-Client | Message | 8/14/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 163 | Attorney-Client | Message | 8/14/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 164 | Attorney-Client | Message | 8/14/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 165 | Forwarding Attorney-Client Communications | Message | 8/14/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 166 | Forwarding Attorney-Client Communications | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 167 | Forwarding Attorney-Client Communications | Message | 8/14/2018 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 168 | Forwarding Attorney-Client Communications | Message_Attachment | 8/14/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 169 | Attorney-Client | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 170 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 171 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 172 | Attorney-Client | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 173 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 174 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 175 | Attorney-Client | Message | 8/15/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 176 | Attorney-Client | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Re: Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 177 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 178 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 179 | Attorney-Client | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Re: Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 180 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 181 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 182 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 183 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Letter/memo with changes attached | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 184 | Attorney-Client | Message | 8/15/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter to Phillips (Services Agreement) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 185 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 186 | Attorney-Client | Message | 8/15/2018 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <Revan-McQueen@am.com> | <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 187 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 188 | Attorney-Client | Message | 8/15/2018 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | <Brandon-Winkler@am.com> | | FW: Letter to Muller.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 189 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 190 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@...> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina @dorsey.com> | | Re: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 191 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 192 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@...> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina @dorsey.com> | | Re: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 193 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 194 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@...> | | | Re: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 195 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 196 | Attorney-Client | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@...> | | | Re: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 197 | Attorney-Client | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 198 | Forwarding Attorney-Client Communications | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter to Phillips (Services Agreement) | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 199 | Forwarding Attorney-Client Communications | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 200 | Forwarding Attorney-Client Communications | Message | 8/15/2018 | Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | Re: Letter to Phillips (Services Agreement) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 201 | Forwarding Attorney-Client Communications | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 202 | Forwarding Attorney-Client Communications | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 203 | Forwarding Attorney-Client Communications | Message | 8/15/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 204 | Forwarding Attorney-Client Communications | Message_Attachment | 8/15/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 205 | Forwarding Attorney-Client Communications | Message | 8/15/2018 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Letter to Phillips (Fair Market Value) | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 206 | Attorney-Client | Message | 8/16/2018 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter - Fair Market Value Inquiry | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 207 | Attorney-Client | Message_Attachment | 8/16/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 208 | Attorney-Client | Message_Attachment | 8/16/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 209 | Forwarding Attorney-Client Communications | Message | 8/16/2018 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter - Fair Market Value Inquiry | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 210 | Forwarding Attorney-Client Communications | Message_Attachment | 8/16/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 211 | Forwarding Attorney-Client Communications | Message_Attachment | 8/16/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 212 | Attorney-Client | Message | 8/17/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 213 | Attorney-Client | Message | 8/17/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 214 | Attorney-Client | Message | 8/17/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 215 | Attorney-Client | Message | 8/17/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com> | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 216 | Attorney-Client | Message | 8/17/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 217 | Attorney-Client | Message | 8/17/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 218 | Attorney-Client | Message | 8/17/2018 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com> | | FW: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 219 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | | conference call on audit letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 220 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | | conference call on audit letter | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 221 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 222 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 223 | Attorney-Client | Message | 8/20/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 224 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 225 | Attorney-Client | Message | 8/20/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey | | RE: Message from KM_C368 | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 226 | Forwarding Attorney-Client Communications and Work Product | Message | 8/20/2018 | Ashley Hackler <ashley-hackler@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: Letter - Fair Market Value Inquiry | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 227 | Work Product | Message_Attachment | 8/20/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 228 | Work Product | Message_Attachment | 8/20/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 229 | Attorney-Client | Message | 8/21/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Ashley Hackler <ashley-hackler@am.com> | | RE: Updated Letter to Brewer | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 230 | Attorney-Client | Message | 8/21/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Ashley Hackler <ashley-hackler@am.com> | | RE: Updated Letter to Brewer | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 231 | Attorney-Client | Message | 8/21/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <ashley-hackler@am.com> | | | FW: Letter to Brewer.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 232 | Attorney-Client | Message_Attachment | 8/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 233 | Attorney-Client | Message | 8/21/2018 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Letter to Brewer.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 234 | Attorney-Client | Message | 8/21/2018 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com> | | RE: Jay - including Melanie's input per our phone conversation. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 235 | Attorney-Client | Message | 8/22/2018 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 236 | Attorney-Client | Message_Attachment | 8/22/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 237 | Forwarding Attorney-Client Communications | Message | 8/27/2018 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | | | Fwd: Please Read. attorney client communication and work product. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 238 | Forwarding Attorney-Client Communications | Message_Attachment | 8/27/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 239 | Forwarding Attorney-Client Communications | Message_Attachment | 8/27/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 240 | Work Product | Message | 9/17/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Report from this morning - ACC/AWP | Communications regarding NRA audits prepared for counsel. |
| 241 | Work Product | Message_Attachment | 9/17/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 242 | Work Product | Message | 9/17/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Re: Report from this morning - ACC/AWP | Communications regarding NRA audits prepared for counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 243 | Work Product | Message_Attachment | 9/17/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 244 | Work Product | Message | 9/17/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | Re: Report from this morning - ACC/AWP | Communications regarding NRA audits prepared for counsel. |
| 245 | Work Product | Message | 9/18/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | for review - ACC/AWP | Communications regarding NRA audits prepared for counsel. |
| 246 | Work Product | Message_Attachment | 9/18/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 247 | Work Product | Message_Attachment | 9/18/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 248 | Work Product | Message_Attachment | 9/18/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 249 | Work Product | Message_Attachment | 9/18/2018 | | | | | | Communications regarding NRA audits prepared for counsel. |
| 250 | Attorney-Client | Message | 9/19/2018 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com> | | | FW: NRA / Ackerman: Video Copying, Legal Fees | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 251 | Attorney-Client | Message_Attachment | 9/19/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 252 | Attorney-Client | Message_Attachment | 9/19/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 253 | Attorney-Client | Message_Attachment | 9/19/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 254 | Forwarding Attorney-Client Communications | Message | 9/19/2018 | Ashley Hackler <ashley-hackler@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: Letter from Gina (Jay drafted) to Frazer yesterday | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 255 | Forwarding Attorney-Client Communications | Message_Attachment | 9/19/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 256 | Work Product | Message | 9/20/2018 | Christy DeGiusti <christy-degiusti@am.com> | Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan- | Ariana Azimi <ariana-azimi@am.com> | | RE: media invoices backup - ACC/AWP | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 257 | Attorney-Client | Message | 9/21/2018 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <revan-mcqueen@am.com>; <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com>; | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 258 | Attorney-Client | Message_Attachment | 9/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 259 | Attorney-Client | Message_Attachment | 9/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 260 | Work Product | Message | 9/21/2018 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | <no subject> | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 261 | Work Product | Message_Attachment | 9/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 262 | Work Product | Message_Attachment | 9/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 263 | Work Product | Message_Attachment | 9/21/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 264 | Attorney-Client | Message | 9/25/2018 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <brandon-winkler@am.com>; <Melanie-Montgomery@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Copy of Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 265 | Attorney-Client | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 266 | Work Product | Message | 9/25/2018 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | Fwd: Copy of Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 267 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 268 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 269 | Work Product | Message | 9/25/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Copy of Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 270 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 271 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 272 | Work Product | Message | 9/25/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Nader Tavangar <nader-tavangar@am.com> | | | Fwd: Copy of Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 273 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 274 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 275 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 276 | Work Product | Message_Attachment | 9/25/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 277 | Work Product | Message | 9/26/2018 | Nader Tavangar <nader-tavangar@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | Past DueBackup | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 278 | Work Product | Message_Attachment | 9/26/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 279 | Work Product | Message | 9/28/2018 | Ariana Azimi <ariana-azimi@am.com> | Angus McQueen <angus-mcqueen@am.com> | Ashley Hackler <ashley-hackler@am.com> | | Letter to J.Powell | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 280 | Work Product | Message_Attachment | 9/28/2018 | | | | | | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 281 | Forwarding Attorney-Client Communication | Message | 9/30/2018 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | Fwd: Attorney Client Communication/Attorney Work Product | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 282 | Work Product | Message | 10/2/2018 | Melanie Montgomery <melomizzou81@gmail.com> | Tony Makris <Anthony-makris@am.com> | | | Fwd: Letter regarding Josh Powell | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 283 | Work Product | Message_Attachment | 10/2/2018 | | | | | | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 284 | Work Product | Message_Attachment | 10/2/2018 | | | | | | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 285 | Attorney-Client | Message | 10/5/2018 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com) <betts.gina@dorsey.com>; Angus McQueen <angus-... | | FW: Budget Adjustments | Communications regarding NRA budget reductions and response to same upon advice of counsel. |
| 286 | Attorney-Client | Message_Attachment | 10/5/2018 | | | | | | Communications regarding NRA budget reductions and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 287 | Work Product | Message | 10/8/2018 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 288 | Work Product | Message_Attachment | 10/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 289 | Work Product | Message_Attachment | 10/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 290 | Work Product | Message_Attachment | 10/8/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 291 | Work Product | Message | 10/8/2018 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon- | | Re: NRA / Ackerman: Video Copying, Legal Fees | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 292 | Work Product | Message | 10/8/2018 | Melanie Montgomery <Melanie-Montgomery@am.com> | Anthony Makris <Anthony-makris@am.com>; Revan McQueen<Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon- | | Re: NRA / Ackerman: Video Copying, Legal Fees | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 293 | Work Product | Message | 10/9/2018 | Angus McQueen <angus-mcqueen@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | <no subject> | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 294 | Work Product | Message_Attachment | 10/9/2018 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 295 | Attorney-Client | Message | 12/21/2018 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com> | | | Fwd: NRA / Ackerman McQueen | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 296 | Work Product | Message | 1/3/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler | | | Attorney Work Product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 297 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 298 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 299 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 300 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 301 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 302 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 303 | Work Product | Message | 1/3/2019 | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Attorney Work Product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 304 | Work Product | Message_Attachment | 1/3/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 305 | Work Product | Message | 1/4/2019 | Anthony Makris <Anthony-makris@am.com> | "me@warnerloughlin.com" <me@warnerloughlin.com> | | | Fwd: Attorney Work Product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 306 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 307 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 308 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 309 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 310 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 311 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 312 | Work Product | Message | 1/4/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | | Fwd: Letter to Hart | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 313 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 314 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 315 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 316 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 317 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 318 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 319 | Work Product | Message | 1/4/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Letter to Hart | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 320 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 321 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 322 | Work Product | Message | 1/4/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler | | | Fwd: Hart Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 323 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 324 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 325 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 326 | Work Product | Message_Attachment | 1/4/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 327 | Work Product | Message | 1/7/2019 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | Fwd: Hart Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 328 | Work Product | Message_Attachment | 1/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 329 | Work Product | Message_Attachment | 1/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 330 | Work Product | Message_Attachment | 1/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 331 | Work Product | Message_Attachment | 1/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 332 | Work Product | Message | 1/7/2019 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com>; Angus McQueen<angus-mcqueen@am.com> | | | Fwd: my first exchange. Attorney work product. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 333 | Work Product | Message | 1/7/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | Re: my first exchange. Attorney work product. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 334 | Work Product | Message | 1/7/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | Re: my first exchange. Attorney work product. Correction | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 335 | Work Product | Message | 1/8/2019 | Anthony Makris <Anthony-makris@am.com> | Nader Tavangar <nader-tavangar@am.com> | | | Fwd: Hart Letter.pdf | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 336 | Work Product | Message_Attachment | 1/8/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 337 | Work Product | Message_Attachment | 1/8/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 338 | Work Product | Message_Attachment | 1/8/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 339 | Work Product | Message_Attachment | 1/8/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 340 | Work Product | Message | 1/9/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler | | | FW: Attached: Draft Letter to Steve Hart/attorney work product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 341 | Work Product | Message_Attachment | 1/9/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 342 | Work Product | Message | 1/9/2019 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Anthony Makris<anthony | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 343 | Work Product | Message_Attachment | 1/9/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 344 | Work Product | Message | 1/10/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler-Revan | | | Fwd: Letter to Hart-attorney work product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 345 | Work Product | Message_Attachment | 1/10/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 346 | Work Product | Message_Attachment | 1/10/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 347 | Work Product | Message | 1/10/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler-Revan | | | Fwd: Attached Letter to Mr. Hart | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 348 | Work Product | Message_Attachment | 1/10/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 349 | Work Product | Message_Attachment | 1/10/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 350 | Work Product | Message | 1/16/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: NRA review of records: my suggested response please approve or improve. attorney client communication | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 351 | Work Product | Message | 1/16/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 352 | Work Product | Message | 1/17/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler-Revan | | | Fwd: Timing re NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 353 | Work Product | Message | 1/22/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Melanie | | | Fwd: Timing re NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 354 | Work Product | Message | 1/22/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Timing re NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 355 | Work Product | Message | 1/22/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon | | | Fwd: AMc RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 356 | Work Product | Message | 1/22/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon | | | Re: AMc response RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 357 | Work Product | Message | 1/23/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon | | | Fwd: AMc response RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 358 | Work Product | Message | 1/23/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: AMc response RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 359 | Work Product | Message | 1/30/2019 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon | | | Fwd: AMc response RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 360 | Work Product | Message | 1/30/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: AMc response RE: timing of NRA review of records | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 361 | Work Product | Message | 2/6/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon- | | | Fwd: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 362 | Work Product | Message | 2/6/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 363 | Work Product | Message | 2/7/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Interim response to NRA re: AMc document copies. | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 364 | Work Product | Message | 2/7/2019 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | FW: Privileged communication 4. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 365 | Work Product | Message | 2/7/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Privileged communication 4. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 366 | Forwarding Attorney-Client Communications | Message | 2/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | Fwd: Ackerman letter to NRA | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 367 | Forwarding Attorney-Client Communications | Message_Attachment | 2/12/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 368 | Forwarding Attorney-Client Communications | Message_Attachment | 2/12/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 369 | Work Product | Message | 2/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Ackerman letter to NRA | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 370 | Work Product | Message_Attachment | 2/12/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 371 | Work Product | Message_Attachment | 2/12/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 372 | Work Product | Message | 3/6/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | FW: [BULK] PLEASE PASS TO MILLIE | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 373 | Work Product | Message_Attachment | 3/6/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 374 | Work Product | Message_Attachment | 3/6/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 375 | Work Product | Message | 3/6/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | FW: North Videos | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 376 | Work Product | Message_Attachment | 3/6/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 377 | Attorney-Client | Message_Attachment | 3/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 378 | Work Product | Message | 3/7/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | Attorney Work Product | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 379 | Work Product | Message_Attachment | 3/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 380 | Work Product | Message_Attachment | 3/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 381 | Work Product | Message | 3/7/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | Re: Past North Travel & Videos | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 382 | Work Product | Message | 3/7/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | For RM | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 383 | Work Product | Message_Attachment | 3/7/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 384 | Work Product | Message | 3/7/2019 | Ariana Azimi <ariana-azimi@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | Fw: Documents for GB | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 385 | Work Product | Message | 3/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Melani... | | | Fwd: On behalf of Jay Madrid | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 386 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 387 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 388 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 389 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 390 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 391 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 392 | Work Product | Message | 3/12/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-... | | Re: On behalf of Jay Madrid | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 393 | Work Product | Message | 3/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | AWP/ACC | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 394 | Work Product | Message | 3/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | Please print 3 copies. | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 395 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 396 | Work Product | Message | 3/12/2019 | Revan McQueen <Revan-McQueen@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | 3 copies | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 397 | Work Product | Message_Attachment | 3/12/2019 | | | | | | Communications regarding concerns about Brewer leaking information to media prepared for counsel. |
| 398 | Work Product | Message | 3/13/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | Communications regarding concerns about Brewer leaking information and advice of counsel regarding same. |
| 399 | Work Product | Message | 3/13/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | Communications regarding concerns about Brewer leaking information and advice of counsel regarding same. |
| 400 | Work Product | Message | 3/13/2019 | Anthony Makris <Anthony-makris@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | Communications regarding concerns about Brewer leaking information and advice of counsel regarding same. |
| 401 | Work Product | Message | 3/14/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> Revan... | | | Fwd: NRA's response letter to Jay Madrid | Communications regarding concerns about Brewer leaking information and advice of counsel regarding same. |
| 402 | Work Product | Message_Attachment | 3/14/2019 | | | | | | Communications regarding concerns about Brewer leaking information and advice of counsel regarding same. |
| 403 | Forwarding Attorney-Client Communications | Message | 3/25/2019 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | Fw: NRA demands further contract review. note is privileged and confidential. | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 404 | Forwarding Attorney-Client Communications | Message_Attachment | 3/25/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 405 | Attorney-Client | Message | 4/2/2019 | <betts.gina@dorsey.com> | <sryan@mwe.com>; <madrid.jay@dorsey.com>; <revan-mcqueen@am.com>; <angus-mcqueen@am.com>; <bill- | | | Fwd: Confidentiality Agreement | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 406 | Work Product | Message | 4/5/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Brandon Winkler... | | | Fwd: 4/2 E-mail re: NDA | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 407 | Work Product | Message_Attachment | 4/5/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 408 | Work Product | Message_Attachment | 4/5/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 409 | Work Product | Message | 4/5/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Anthony Makris <Anthony-... | | | Fwd: 4/2 E-mail re: NDA | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 410 | Work Product | Message_Attachment | 4/5/2019 | | | | | | Communications regarding NRA request for documents and response to same upon advice of counsel. |
| 411 | Attorney-Client | Message | 4/8/2019 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; | | | FW: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 412 | Attorney-Client | Message | 4/9/2019 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-... | | Fwd: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 413 | Attorney-Client | Message | 4/9/2019 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-... | | Fwd: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 414 | Attorney-Client | Message | 4/9/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" | | Re: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 415 | Attorney-Client | Message | 4/9/2019 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" | | Re: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 416 | Work Product | Message | 4/9/2019 | Ariana Azimi <ariana-azimi@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | FW: FOR RM REVIEW | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 417 | Work Product | Message | 4/9/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | Fwd: FOR RM REVIEW -- REVISED | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 418 | Work Product | Message | 4/9/2019 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | Fwd: REVISED (3) | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |

| # | Privilege Type | RecordType | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 419 | Work Product | Message | 4/9/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Henry Martin <henry-martin@am.com> | | | FW: FOR RM REVIEW -- REVISED | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 420 | Work Product | Message | 4/9/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Henry Martin <henry-martin@am.com> | | | FW: REVISED (3) | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |
| 421 | Work Product | Message | 4/10/2019 | Melanie Montgomery <Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com> | Revan McQueen <Revan-McQueen@am.com> | | Re: Request for NRATV data | Communications regarding NRA request for information related to NRATV and response to same upon advice of counsel. |

# EXHIBIT A-4

**DORSEY**™
always ahead

**BRIAN E. MASON**
**Partner**
**(214) 981-9929**
**mason.brian@dorsey.com**

July 7, 2021

*Via email*
Sarah Rogers
Philip J. Furia
Jason Clouser
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Floor
New York, New York 10022

P. Kent Correll, Esq.
102 E. 10th Street
New York, New York 10003

Re:     *National Rifle Association of America* ("*NRA*") *v. Ackerman McQueen, Inc.* ("*AMc*"), *et al.*, No. 3:19-cv-02074 (N.D. Tex.); Depositions

Dear Counsel,

I am writing to follow up on the parties' prior correspondence and discussions regarding the scheduling of depositions.

*First*, as you know, we served a notice of deposition for Mr. Tedrick on June 10, 2021. We then followed up on June 16, 2021 asking whether Mr. Tedrick was available on July 13, 2021. We were then told Mr. Tedrick was not available. Since that time, we have repeatedly requested alternative dates for Mr. Tedrick's deposition, but have received no available dates. Once again, please advise as to when Mr. Tedrick is available for his deposition.

*Second*, in my June 16, 2021 correspondence and based on the NRA's concerns with our service of a third-party subpoena on Mrs. Brewer, we requested that the Brewer Firm accept service on behalf of Mr. Brewer. Since that time, we have discussed Mr. Brewer's deposition during a meet and confer and repeatedly asked whether the Brewer Firm is willing to accept service on his behalf. We have similarly received no response. Enclosed is the third-party subpoena for Mr. Brewer. Once again, we request a response as to whether you will accept service of the third party subpoena. We will obviously work with the parties on alternative dates if the noticed date poses a conflict.

**APP000050**

*Third*, enclosed is AMc's Notice of Deposition for the NRA's corporate representative(s). If the noticed date does not work, then please advise as soon as possible so that we find an alternative date that works for all parties.

*Fourth*, AMc would like to schedule the depositions of the NRA and Mr. LaPierre's experts. We would ask that you please provide dates of their availability.

*Fifth*, the NRA previously requested the depositions of Mr. Tavangar, Mr. Darley, and an AMc corporate representative. In my June 16, 2021 correspondence, I advised that Mr. Darley and/or counsel were not available on June 23, 2021. I then provided alternative dates of July 1, July 6, July 7, and July 8. Given that we received no confirmation as to these dates, they have now either passed or are no longer available. Further, I advised in my June 16, 2021 correspondence that Mr. Tavangar and/or counsel was not available on June 21, 2021, but offered June 25, July 6, July 7, July 8, and July 9 as alternative dates. Similar to Mr. Darley, we have received no confirmation from the NRA as to these dates that have now either passed or are no longer available. Mr. Darley's and Mr. Tavangar's additional availability is set forth below.

*Sixth*, on July 2, 2021, we received a request from the NRA to take the depositions of Tony Makris, Bill Winkler, Melanie Montgomery, Revan McQueen, Nadar Tavangar, Lacey Duffy, and Brandon Winkler. Regarding Mr. Duffy, she is no longer an employee of AMc, and therefore, we do not have the ability to control or compel her attendance at a deposition. Below is the availability for the other witnesses as of today. Please be sure each of these depositions are noticed for Dorsey's Dallas Office, whether in person or by zoom.

| Witness | Availability for Deposition |
| --- | --- |
| Bill Winkler | July 13-14; July 20-23; July 27-30 |
| Brandon Winkler | July 13-14; July 20-23; July 27-30 |
| Revan McQueen | July 14; July 20-23 |
| Melanie Montgomery | July 13-14; July 20-23; August 3-5 |
| Tony Makris | August 3-6 |
| Nader Tavangar | July 13-14; July 20-22; July 27-30; August 3-6 |
| Brian Darley | July 20-23; July 27-30; August 3-6 |

*Seventh*, subject to certain objections AMc will be serving, Ms. Montgomery, Mr. Winkler, and Mr. Darley will be AMc's corporate representatives. We would recommend that these witnesses corporate representative testimony be taken at the same scheduled time as their individual depositions, similarly to how the parties conducted certain depositions during the NRA Bankruptcy.

APP000051

*Finally*, we understand there was a request to confer on deposition dates and scheduling. We are of course willing to confer with all parties, but would ask that we do it as soon as practicable given the upcoming depositions that will be taking place.

Thank you for your attention to these issues.  I would be glad to confer further, if needed.


Sincerely,
DORSEY & WHITNEY LLP

*/s/ Brian E. Mason*

Brian E. Mason
Partner

cc:    G. Michael Gruber
       Kelsey M. Taylor
       Christina M. Carroll

3

# EXHIBIT A-5

**Taylor, Kelsey**

| | |
|---|---|
| **From:** | Sarah Rogers <sbr@BrewerAttorneys.com> |
| **Sent:** | Monday, July 19, 2021 7:26 PM |
| **To:** | Mason, Brian |
| **Cc:** | Philip Furia; Jason Clouser; Taylor, Kelsey |
| **Subject:** | RE: Meet/Confer |

EXTERNAL: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brian,

Further to the below, assuming the parties are able to agree on a scope for the deposition of Susan Dillon, she is available for a video deposition on July 28th.  Expert availability is as follows:

- Hochman: 08/9 – 08/13
- Goolsby:  Due to a conflicting proceeding, Goolsby is not available until the third week of August
- Buss: 08/02 – 08/06
- Mclean: 08/02 – 08/06
- Klink: 08/09, 8/10, 08/12, 08/13
- Kraus: 08/10-08/12, 08/18, 08/19
- Kanter: 08/09-08/12

Regards,
Sarah

---

**From:** Sarah Rogers <sbr@BrewerAttorneys.com>
**Sent:** Saturday, July 17, 2021 7:36 PM
**To:** mason.brian@dorsey.com
**Cc:** Philip Furia <pjf@brewerattorneys.com>; Jason Clouser <jfc@brewerattorneys.com>; Taylor.Kelsey@dorsey.com
**Subject:** Re: Meet/Confer

Brian,

The NRA responds as follows:

**<u>Depositions</u>**

Regarding Mr. Darley, you're correct that our prior email contained a typo -- apologies.  However, upon further consideration and in light of the court's recent ruling on Mr. LaPierre's MTD, the NRA modifies its slate of noticed depositions as follows:

- We no longer require a deposition of Brian Darley.
- We do wish to depose Ed Martin, Henry Martin, and Bill Powers -- please provide their availability.
- We intend to notice Nader Tavangar for 8/4.
- We are not able to proceed with Bill Winkler this Tuesday.  Since it appears he is no longer available on other dates, we reserve the right to specify another witness and will do so shortly.

APP000053

In addition, we decline to combine 30(b)(6) depositions with fact depositions of the same designees.  Instead, we request a single date on which Ackerman's 30(b)(6) designee(s) will be available for a single seven-hour deposition.  The NRA will make its own designee(s) available for a seven-hour virtual deposition on the date you have noticed, July 27th.

Given that Mr. LaPierre is no longer a party to the case, we no longer require dates for his experts.  However, we will provide deposition availability for the NRA's experts by Monday.

As discussed during our prior meet/confer, we do not believe Ackerman has explained, or can show, why a deposition of the NRA's outside litigation counsel in this matter is necessary or appropriate.   The fact that Ackerman separately seeks a deposition of counsel's wife further underscores the harassing nature of this request.

Regarding Susan Dillon, we did confer regarding the scope of the deposition -- in particular, the NRA requested that Ackerman specify topics for its examination, including so the parties could plan ahead to avoid or minimize privilege complications.  We still await these topics.  In the meantime -- on the assumption an agreement can be reached regarding scope -- we will provide potential dates for Ms. Dillon by Monday.

**Summary Judgment**

The NRA has no intention of seeking a trial continuance on the basis of the one-week briefing extension discussed here, and will note the parties' agreement on the same in our submission to the Court.  We do not address your other accusations (e.g. "scheme to scuttle"), except to note that they are inaccurate.  We are trying to coordinate in good faith with Ackerman to calendar outstanding discovery within a short timeframe.

**Protective Order**

We confirm our availability to meet and confer on a response if, and when, Ackerman amends its recent RFPs to indicate what, if any, bankruptcy materials it believes are relevant to the claims and defenses in this case.  In the meantime, please certify that Ackerman has complied with Paragraph 13.1 of the Bankruptcy Court's protective order.

Regards,
Sarah

---

**From:** mason.brian@dorsey.com <mason.brian@dorsey.com>
**Sent:** Thursday, July 15, 2021 10:05 PM
**To:** Sarah Rogers <sbr@BrewerAttorneys.com>
**Cc:** Philip Furia <pjf@brewerattorneys.com>; Jason Clouser <jfc@brewerattorneys.com>; Taylor.Kelsey@dorsey.com <Taylor.Kelsey@dorsey.com>
**Subject:** RE: Meet/Confer

Sarah,

Below are responses to the issues you raised.

**Depositions**

APP000054

Regarding the deposition dates, thank you for confirming Mr. Tedrick for August 2.  We have confirmed Mr. Hart is available for July 26 and will send an amended notice.  Regarding Mr. Darley, did you mean July 27 instead of August 27?  I will confirm that that date still works.  Regarding Brandon Winkler, I can confirm July 30, but we will need to begin that deposition at 8:00 am central time.  As for Bill Winkler's deposition, once we received confirmation that your preference for his deposition was July 20, we immediately confirmed that date, which required numerous people to move their schedules around and make travel arrangements.  Bill is no longer available on July 29.

Concerning the expert depositions, we asked for the NRA to provide us with dates in my July 7 correspondence.  We have still not received a single date for any one of the NRA or Mr. LaPierre's experts.  During our meet and confer on Tuesday, it appeared as though there has not even been any communication with your experts as to dates and availability.  As you know, the litigation between our clients has been pending since April 2019.  The NRA's bankruptcy filing effectively stayed this entire litigation for five months.  The NRA has already asked for a six-month continuance, which was granted in part when the Court moved the trial setting back three weeks to October 4.  The NRA also recently asked for the summary judgment deadline to be moved, which the Court denied.  This request further confirmed the NRA's interest in continuing this case once again.  AMc is not agreeable to another trial continuance.  We understand that there is a lot of discovery activity going on right now and over the course of the next few weeks, but it is our position that this situation was created solely by the actions (and inactions) of the NRA.  Further, there will undoubtedly be motion practice with respect to the NRA and Mr. LaPierre's experts.  It is important that these depositions get completed as soon as possible in accordance with the Court's scheduling order, as amended.

With that said, we request that you provide us with dates for the NRA and Mr. LaPierre's experts' availability immediately.  If some of those dates happen to spill over the August 6 discovery deadline, we are willing to discuss taking certain depositions after the deadline.  However, we will not agree to a blanket extension of the discovery deadline or to conduct all expert discovery in August as we believe that will potentially prejudice the October 4 trial setting and the Court's ability to decide issues relating to same.

I also write to reiterate our request for a response to Mr. Brewer's deposition.  As you may recall, the NRA complained about AMc serving Mrs. McQueen without first conferring or trying to see if the Brewer Firm would accept service.  We have since asked you on at least five separate occasions whether you will accept service for Mr. Brewer's deposition, and we also conferred about the topics of his deposition in response to your request for such conference.  We have yet to receive a response about accepting service.  As a result, we are preparing to bring this issue to Magistrate Toliver pursuant to her discovery protocol and would ask that the NRA begin preparing its opposition to AMc's motion to compel.

Finally, we similarly previously asked if you would accept service of a subpoena for Ms. Dillon.  We also conferred on the intended scope of that deposition.  Please provide us with deposition dates for Ms. Dillon no later than Monday, July 19, 2021.  If you are not willing to accept a subpoena on her behalf, please immediately so that we can take the issue up with the Court.

**Summary Judgment**

In the Court's original scheduling order, the Court set the parties' deadline to file summary judgments more than 30 days before the discovery deadline.  The Court further made clear in his scheduling order that the parties had 21 days to file responses to same.  As discussed above, it is our position that the request to conduct discovery prior to responding to AMc's motion for summary judgment is improper and not in keeping with the scheduling order, and the present time constraints are the direct result of the NRA's dilatory actions.  It appears the NRA continues to take actions consistent with an overall scheme to scuttle the current trial setting and that the NRA lacks a good faith effort in preparing for trial.  In fact, setting aside the discovery in the bankruptcy case, since the deposition of John Popp, which occurred *two years* ago on July 15, 2019, the NRA has not deposed a single AMc representative.

APP000055

With that said, AMc will agree to a one-week extension of the NRA's response deadline until Monday, August 2, 2021 upon the following two conditions: (1) the NRA agrees not to oppose a one-week extension of AMc's reply deadline, if requested; and (2) the certificate of conference in the NRA's motion for leave makes clear that AMc is only agreeable to the requested extension if it is not used as a basis to support a request by the NRA to continue the trial setting, to which the NRA is agreeable.

**Protective Order**

Pursuant to our prior discussions, we are in the process of identifying categories of documents that we believe are relevant to the claims and defenses in this suit.  We will provide you with separate correspondence on this particular issue.

Let us know if we need to discuss any of these issues further.

**Brian E. Mason**
**Partner**

DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
P: 214.981.9929   F: 214.981.9901   C: 214.675.6002

---

**From:** Sarah Rogers <sbr@BrewerAttorneys.com>
**Sent:** Thursday, July 15, 2021 7:59 AM
**To:** Mason, Brian <mason.brian@dorsey.com>
**Cc:** Philip Furia <pjf@brewerattorneys.com>; Jason Clouser <jfc@brewerattorneys.com>; Taylor, Kelsey <Taylor.Kelsey@dorsey.com>
**Subject:** Meet/Confer

EXTERNAL: This email originated from outside the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brian,

Further to our meet/confer call Tuesday, I write with the following additional dates and items:

**Deposition Dates**

We are able to confirm Rick Tedrick's availability for a remote video deposition on Monday 8/2.  We would like to schedule Brian Darley for 8/27 and Brandon Winkler for 7/30.   In addition, you previously noted Bill Winkler's availability for multiple dates, and we indicated a preference for 7/20.  However, if Mr. Winkler also remains available on 7/29, please let us know -- that date may ultimately work better for us.

We also note the need to calendar depositions for a number of experts.  If you are amenable to having these depositions extend past the August 6, 2021, cutoff, please let us know, since this creates additional scheduling possibilities.

**Summary Judgment Briefing**

APP000056

In view of the demands of upcoming depositions, we ask that Ackerman consent to a two-week extension of the deadline for the NRA's opposition to its MSJ (from 7/27 to 8/10).  Obviously, we would consent to a commensurate extension for Ackerman's reply.


**Protective Order**

As we emphasized during yesterday's call, Ackerman must comply with the bankruptcy court's protective order.   In the spirit of good faith and in light of the demanding schedule with which all parties and counsel have contended, if Ackerman agrees to the MSJ briefing extension outlined above, then we confirm that we are willing to extend Ackerman's deadline for compliance with the protective order until this Friday, July 16th - - or Monday, July 19 if preferred.


Regards,

Sarah

CAUTION: This email is from outside the organization. DO NOT CLICK a link or open an attachment unless you know the content is safe and are expecting it from the sender. If in doubt, contact the sender separately to verify the content.
=====================

APP000057

# EXHIBIT A-6
# *FILED UNDER SEAL*

# EXHIBIT A-7
# *FILED UNDER SEAL*

# EXHIBIT A-8
# *FILED UNDER SEAL*

# EXHIBIT A-9
# *FILED UNDER SEAL*

# EXHIBIT A-10
# *FILED UNDER SEAL*

# EXHIBIT A-11
# *FILED UNDER SEAL*

# EXHIBIT A-12
# *FILED UNDER SEAL*

# EXHIBIT A-13
# *FILED UNDER SEAL*

# EXHIBIT A-14
# *FILED UNDER SEAL*

# EXHIBIT A-15
# *FILED UNDER SEAL*

# EXHIBIT A-16
# *FILED UNDER SEAL*

# EXHIBIT A-17
# *FILED UNDER SEAL*

# EXHIBIT A-18
# *FILED UNDER SEAL*

# EXHIBIT A-19

# BREWER
## ATTORNEYS & COUNSELORS

October 15, 2021

<u>VIA EMAIL</u>

Brian Mason, Esq.
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, TX 75201

      Re:   *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*, No. 3:19-cv-02074 (N.D. Tex.)

Counsel:

On behalf of Plaintiff the National Rifle Association of America (the "NRA") in the above-captioned matter, I write in response to your letter dated October 12, 2021, regarding the NRA's privilege log. Contrary to the statement in your letter, these are not "lingering issues"— the majority are being raised by Defendants now, for the first time, two weeks before the already-extended discovery deadline. Nonetheless, the NRA is responding promptly.[1]

## 1.   <u>Work Product Assertions: Identifying the Anticipated Litigation</u>

There is no authority for the proposition that the NRA must specify which lawsuit(s) it anticipated in connection with each entry where work product protection is asserted. The NRA requested weeks ago that AMc clarify this issue in connection with its own privilege log because: (i) AMc asserted work product for dozens of entries without alleging ***any anticipation of litigation at all***; and (ii) AMc alleges that the prospect of litigation was concealed from it, rendering its assertion of work product protection implausible. In addition, while it is a matter of public record that the NRA confronted multiple pending and threatened legal matters during relevant years that involved some of the same subject matter as this case, it is difficult to imagine why AMc would prepare documents "in anticipation of litigation" on the dates, and concerning the subject matter, listed on its privilege log—unless AMc anticipated litigation against the NRA, which AMc denies. For example, AMc seemingly asserts that it prepared documents "in anticipation of litigation":

- On March 28, 2018, regarding Brewer's information requests;[2]
- On August 20, 2018, regarding the "fair market value" provisions of the NRA-AMc Services Agreement;[3]

---

[1] This contrasts with AMc's ongoing delay in redressing issues with its own privilege log, which it promised to amend more than a week ago.

[2] *See* AMc Amended Privilege Log, entry no. 006.

[3] *See* AMc Amended Privilege Log, entry no. 226.

October 15, 2021
Page 2

- On September 17, 2018, regarding the record examination conducted that morning;[4]

- On September 20, 2018, regarding backup for media invoices;[5] and

- On September 25, 2018, regarding the NRA's requests for documents.[6]

In contrast to Defendants—whose document production continues to exhibit significant, troubling date-range and subject-matter gaps, including as set forth in our prior letters[7]—the NRA delivered tens of thousands of responsive documents before the scheduled close of discovery in this case[8] and privilege-logged thousands more. AMc's recent demand that the NRA revise its privilege log to state which litigation it anticipated in connection with each work-product assertion is unduly burdensome and unsupported by any law. Nonetheless, to further enable Defendants and the Court to assess the NRA's claims of privilege, the NRA refers to the following legal matters that were pending and anticipated at relevant times, for which relevant documents are logged:

- *People of the State Of New York, by Letitia James, Attorney General of the State of New York v. the National Rifle Association of America, Inc., et al.*, Index No. 451625/2020 (N.Y. Comm. Div. 2020). This lawsuit was preceded by an investigation and by earlier public threats from Letitia James;[9]

- *In re. National Rifle Association of America*. New York Department of Financial Services, Case No. 2020-0003-C, preceded by an investigation formally commenced October 2017;

- *NRA v. Lockton Affinity Series of Lockton Affinity, LLC, et al.*, Case 1L18-ch-00639 (E.D. Va. 2018);

---

[4] *See* AMc Amended Privilege Log, entry no. 240.

[5] *See* AMc Amended Privilege Log, entry no. 256.

[6] *See* AMc Amended Privilege Log, entry no. 266.

[7] *See, e.g.*, Letter from S. Rogers to B. Mason dated Oct. 1, 2021 (discussing document production gaps); Letter from S. Rogers to B. Mason dated Sep. 22, 2021 (listing subject-matter categories for which few or no documents were produced or logged); Letter from S. Rogers to B. Mason dated Aug. 25, 2021 (listing categories of "missing" documents).

[8] As of July 1, 2021, the NRA had produced 59,750 documents. Since that date, Defendants have produced 12 additional volumes—and "dumped" hundreds of thousands of records on the NRA after the scheduled close of discovery, with only weeks remaining for the NRA to review and make use of them.

[9] *See, e.g*, July 12, 2018, Tish James for Attorney General Press Release, https://www.tishjames2018.com/press-releases/2018/7/12/taking-on-the-scourge-of-gun-violence-and-keeping-new-yorkers-safe/. AMc knew that the NRA anticipated litigation with New York state regulators concerning the NRA/AMc relationship at relevant times, because AMc's executives rebuffed requests for documents and transparency that explicitly invoked this risk. *See, e.g.*, AMcTX-00010667. Indeed, on August 22, 2018, AMc's outside counsel warned the NRA that it should not want copies of records kept by AMc, lest New York regulators subpoena them. *See* AMcTX-00065340.

October 15, 2021
Page 3

- *Kapoor v. NRA*, Case No. 1:18-cv-1320 (E.D. Va. 2018);

- *National Rifle Association of America v. Cuomo, et al.*, 18-CV-00566-TJM-CFH (N.D.N.Y. 2018);

- Sexual harassment litigation threatened by Melanie Montgomery in October 2018;

- *Dell'Aquila v. Wayne LaPierre, the National Rifle Association of America, and the NRA Foundation, Inc.*, Case No. 3:19-cv-00679 (M.D. Tenn. 2019);

- *Former Officer (Confidential) v. National Rifle Association of America*. Employment claims arbitration commenced September 2019; and

- *National Rifle Association of America v. Dycio*, Case No. 2019-17571 (Va, Fairfax Cty. 2019).

The NRA notes that the foregoing list is not exhaustive, and is prepared solely to aid the interpretation of the privilege log served by the NRA in this case. If there are particular privilege-log entries about which AMc seeks additional information, please me know.

### 2.  Names Associated With "Personal" Email Addresses

The NRA declines to undertake the burden of annotating each and every "personal email address" in its privilege log to identify relevant person(s).  The illustrative "personal" email address identified in AMc's letter belongs to an outside law firm, Spyros Counsel.  The other entries you identify consist of emails involving: (i) Calvin Coolidge, who provided administrative support to Lt. Col. North;[10] (ii) Julie Golob,[11] an NRA director whose identity and contact information were known to AMc[12] when AMc sent its October 12, 2021, letter claiming to be confused by her email address; and (iii) Pete Brownell, a former NRA director and officer.[13]

### 3.  Employee "Functional Equivalents"

AMc also demands that the NRA annotate and explain, for each of its privilege log entries to which the "functional equivalent" doctrine applies, the identities of relevant AMc employees and the jobs they were performing.[14]   However, this information is as readily

---

[10] NRA-AMc_00163802.

[11] NRA-AMc_00176538

[12] Indeed, AMc produced dozens of documents reflecting its own correspondence with Ms. Golob at the same email address.  A few examples may be found at: AMcTX-00272122; AMcTX-00271377; and, AMcTX-00001550, an email addressed to Ms. Golub in her capacity as an NRA director.

[13] NRA-AMc_00181011.

[14] Although each of the 154 entries challenged by AMc involves AMc itself, four entries also involve Membership Marketing Partners ("MMP") personnel Gurney Sloan and Peyton Knight.  As AMc knows, Mr. Sloan and Mr. Knight worked with the NRA and AMc to develop and disseminate communications to NRA members regarding Carry Guard.

October 15, 2021
Page 4

available to AMc as to the NRA.  **Indeed, AMc already has copies of the documents about which it claims to require more information**.  The NRA notes, moreover, that the "functional equivalent" exception to waiver need not be alleged on a basis specific to individual employees.[15]  The NRA also notes that it previously provided an affidavit from its general counsel concerning AMc's "functional equivalent" role, and refers AMc to the Affidavit of John Frazer filed at NYSCEF No. 26 in Case No. 451825/2019 (N.Y. Sup. 2019), to which Ackerman was party.

### 4.   Documents Logged as "Not Privileged"

Certain documents contained on the NRA's privilege log are neither individually privileged (on a standalone basis) nor responsive to discovery in this matter, but are attached to document "families" containing responsive, privileged material and are logged to provide information about the full context (the full "family") associated with each privileged document. However, the NRA notes that the nonresponsive, nonprivileged nature of many of these documents should be readily apparent from their filenames, which the privilege log already discloses.  For example, the very first document disputed in your letter is NRA-AMc_00162747, an email attachment with the filename "ATT00002.htm;" this is a "generic attachment data" artifact commonly generated by Microsoft Exchange.  Nonetheless, NRA's amended log will clarify the descriptions provided for these "Not Privileged" records.

The NRA reserves all rights, and waives none.

Sincerely,

Sarah B. Rogers

---

[15] *See, e.g.*, *In re Copper Mkt. Antitrust Litig.*, 200 F.R.D. 213, 216 (S.D.N.Y. 2001) (holding that a public relations firm was, as a whole, "the functional equivalent of an in-house public relations department;" therefore, privilege was preserved during communications with the firm).

# EXHIBIT A-20

# DORSEY™
## always ahead

**BRIAN E. MASON**
**Partner**
**(214) 981-9929**
**mason.brian@dorsey.com**

October 22, 2021

*Via email*
Sarah B. Rogers
Cecelia Fanelli
Brewer Attorneys & Counselors
750 Lexington Avenue, 14th Floor
New York, New York 10022

Re:     *National Rifle Association of America ("**NRA**") v. Ackerman McQueen, Inc.
        ("**AMc**"), et al.*, No. 3:19-cv-02074 (N.D. Tex.); AMc's Second Amended
        Privilege Log

Dear Counsel,

        At the NRA's request, enclosed with this letter is AMc's Second Amended Privilege Log.
The NRA has raised issues with respect to AMc's prior logs, namely that it does not provide a
sufficient amount of detail to ascertain the privilege and that certain documents appear to be
missing.

        Regarding the descriptions, AMc is confident this amended log meets, if not exceeds,
AMc's obligations under Fifth Circuit law and clearly sets forth the basis for privilege of each
document identified therein.  Moreover, AMc's Second Amended Privilege Log clarifies for which
entries documents are withheld as work product prepared in anticipation of litigation in the same
manner as the NRA reflected its designations of work product.  As you have previously requested,
and to enable the NRA and the Court to assess AMc's claims of work product privilege, AMc
refers to the following matters for which relevant documents are logged on the basis of work
product privilege:[1]

- *NRA v. Lockton Affinity Series of Lockton Affinity, LLC, et al.*, Case 1L18-ch-00639 (E.D.
  Va. 2018);

- *NRA v. Andrew Cuomo, et al.*, Case 18-CV-00566 (N.D.N.Y. 2018);

---

[1] Certain documents withheld on the basis of the work product doctrine were withheld on the basis of multiple matters.

APP000100

**DORSEY**™
always ahead

October 22, 2021
Page 2

- *People of the State Of New York, by Letitia James, Attorney General of the State of New York v. the National Rifle Association of America, Inc., et al*., Index No. 451625/2020 (N.Y. Comm. Div. 2020); and

- AMc anticipated litigation being brought by the NRA against AMc, including in large part due to the threats made by the NRA's counsel, Bill Brewer, to AMc.

Regarding the documents, AMc went back to confirm that all documents withheld on the basis of privilege were properly logged. During the course of that review, AMc first learned that certain documents were inadvertently not included on its Original Privilege Log.  The enclosed Second Amended Privilege Log includes these documents.

Should you have any questions or concerns, please feel free to contact me.

Sincerely,

DORSEY & WHITNEY LLP

*/s/ Brian E. Mason*

Brian E. Mason
Partner

cc:   G. Michael Gruber
Kelsey M. Taylor
Christina M. Carroll

2

**APP000101**

# EXHIBIT A-21
# *FILED UNDER SEAL*