**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>*Plaintiff and Counter-Defendant,*<br><br>**v.**<br><br>**ACKERMAN MCQUEEN, INC.,**<br><br>*Defendant and Counter-Plaintiff,*<br><br>**and**<br><br>**MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY**<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:19-cv-02074-G** |

**APPENDIX IN SUPPORT OF NRA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The National Rifle Association of America (the "NRA") offer the following evidence in support of NRA's Motion for Partial Summary Judgment.

| EX | DESCRIPTION | APP |
|---|---|---|
| | Declaration of Sarah B. Rogers dated November 29, 2021 | APP. 00001-APP. 00007 |
| EX 1 | Services Agreement between the NRA and AMc, dated April 30, 2017 *(filed under seal)* | APP. 00008-APP. 00019 |
| EX 2 | First Amendment to the Services Agreement between the NRA and AMc, dated May 6, 2018 *(filed under seal)* | APP. 00020-APP. 00022 |
| EX 3 | Services Agreement between the NRA and AMc, dated May 1, 1999 | APP. 00023-APP. 00036 |
| EX 4 | Expert Report of Matthew Klink dated July 15, 2021 | APP. 00037-APP. 00062 |

| | | |
|---|---|---|
| EX 5 | Plaintiffs Emergency Motion for Stay, National Rifle Association v. Ackerman McQueen, et al, Civil Case No. CL19001757 (Va. Cir. Ct. April 12, 2019) | APP. 00063-APP. 00090 |
| EX 6 | David Cole, ACLU.org, *New York State Can't Be Allowed to Stifle the NRA's Political Speech* (August 24, 2018) | APP. 00091-APP. 00096 |
| EX 7 | Declaration of John C. Frazer in support of NRA's Opposition to Defendants' Motion for Partial Summary Judgment, dated September 1, 2021 | APP. 00097-APP. 00101 |
| EX 8 | Declaration of Michael Erstling, dated April 29, 2020 *(filed under seal)* | APP. 00102-APP. 00106 |
| EX 9 | Letter from Wilson H. Phillips Jr. to Bill Winkler, dated August 08, 2018 (AMc-058776) *(filed under seal)* | APP. 00107-APP. 00110 |
| EX 10 | Declaration of Charles Cotton, dated August 3, 2021 *(filed under seal)* | APP. 00111-APP. 00118 |
| EX 11 | Letter from William Winkler to Wilson H. Phillips Jr., dated August 13, 2018 (AMcTX-00002893) *(filed under seal)* | APP. 00119-APP. 00122 |
| EX 12 | Letter draft from Wilson H. Phillips to Bill Winkler, dated August 14, 2018 (AMc-057545) *(filed under seal)* | APP. 00123-APP. 00125 |
| EX 13 | Deposition transcript of Susan Dillon, dated July 28, 2021 *(filed under seal)* | APP. 00126-APP. 00163 |
| EX 14 | Email chain including Sarah B. Rogers email to Gina Betts and Jay Madrid, dated October, 8, 2018 (AMcTX-00010683) *(filed under seal)* | APP. 00164-APP. 00175 |
| EX 15 | Email chain from Steve Hart to Anthony Makris, dated October 8, 2018 (AMcTX-00010526) *(filed under seal)* | APP. 00176-APP. 00181 |
| EX 16 | Letter draft from Angus McQueen to Wayne LaPierre, dated September 24, 2018 *(filed under seal)* | APP. 00182-APP. 00191 |
| EX 17 | Deposition transcript of Revan McQueen, dated August 23, 2021 *(filed under seal)* | APP. 00192-APP. 00274 |
| EX 18 | Deposition transcript of Melanie Montgomery, dated March 31, 2021 *(filed under seal)* | APP. 00275-APP. 00333 |
| EX 19 | Deposition transcript of Wayne LaPierre, dated August 20, 2021 *(filed under seal)* | APP. 00334-APP. 00417 |
| EX 20 | Email from Anthony Makris to Steven Hart dated October 11, 2018 (AMcTX-00010701) *(filed under seal)* | APP. 00418-APP. 00419 |
| EX 21 | Letter from Jay Madrid to Steve Hart dated January 4, 2019 (NRA-AMc_00065378) *(filed under seal)* | APP. 00420-APP. 00425 |
| EX 22 | NRA v. Lockton Affinity Series of Lockton Affinity, LLC, et al., Case 18-cv-00639 (E.D. Va. 2018) Docket | APP. 00426-APP. 00438 |
| EX 23 | Deposition transcript of William Winkler, dated March 26, 2021 *(filed under seal)* | APP. 00439-APP. 00526 |
| EX 24 | Email chain from Steven Hart to Ryan Stephen dated January 16, 2019 (AMcTX-00000400-404) | APP. 00527-APP. 00532 |
| EX 25 | Email chain between Steven Hart and Anthony Makris as sent to Revan McQueen on December 14, 2018 (AMc-044422-44424) *(filed under seal)* | APP. 00533-APP. 00536 |

| | | |
|---|---|---|
| EX 26 | Email from Anthony Makris to Steven Hart dated December 22, 2018 regarding response to Sarah B. Rogers email dated December 21, 2018 (AMcTX-00035850-35851) *(filed under seal)* | APP. 00537-APP. 00539 |
| EX 27 | Agreement for Forensic Accounting Services provided by Forensic Risk Alliance, dated January 29, 2019 *(filed under seal)* | APP. 00540-APP. 00558 |
| EX 28 | Forensic Risk Alliance draft spreadsheet regarding Ackerman McQueen, Inc.'s media buys | APP. 00559-APP. 00598 |
| EX 29 | Deposition transcript of Michael Trahar, dated September 18, 2019 *(filed under seal)* | APP. 00599-APP. 00682 |
| EX 30 | AMc Responses and Objections to NRA Fourth Set of Requests for Production (VA), dated February 21, 2020 | APP. 00683-APP. 00807 |
| EX 31 | Email from Charles Friedrich to Jason Collins, dated February 11, 2020 | APP. 00808-APP. 00848 |
| EX 32 | Deposition transcript of Brandon Winkler, dated July 30, 2021 *(filed under seal)* | APP. 00849-APP. 00936 |
| EX 33 | Triton Digital STRATA Website, dated November 28, 2021 | APP. 00937-APP. 00941 |
| EX 34 | Deposition transcript of Steven Hart, dated July 26, 2021 *(filed under seal)* | APP. 00942-APP. 01041 |
| EX 35 | Deposition transcript of John Frazer, dated August 2, 2021 *(filed under seal)* | APP. 01042-APP. 01089 |
| EX 36 | Email from Anthony Makris to Steve Hart, dated September 13, 2018 *(filed under seal)* | APP. 01090-APP. 01092 |
| EX 37 | Letter from Stephen Ryan to William H. Brewer, dated August 22, 2018 *(filed under seal)* | APP. 01093-APP. 01096 |
| EX 38 | Employment contract between Ackerman McQueen and Oliver North with amendments and exhibits, dated May 15, 2018 (AMcTX-0004557) *(filed under seal)* | APP. 01097-APP. 01107 |
| EX 39 | AMc's Second Amended Privilege Log, dated October 22, 2021 | APP. 01108-APP. 01302 |
| EX 40 | Employment contract between Ackerman McQueen and Dana Loesch, dated January 1, 2018 *(filed under seal)* | APP. 01303-APP. 01325 |
| EX 41 | Deposition transcript of Oliver North dated September 15, 2021 *(filed under seal)* | APP. 01326-APP. 01444 |
| EX 42 | Ryan W. Miller, USA Today, *Angry over diversity in children's show, NRA TV depicts 'Thomas & Friends' in KKK hoods* (Sept. 12, 2018) | APP. 01445-APP. 01446 |
| EX 43 | Robert J. Spitzer, CNN, What's behind NRA TV's grotesque take on 'Thomas & Friends' (Sept. 14, 2018) | APP. 01447-APP. 01451 |
| EX 44 | Danielle Cinone, New York Daily News, 'Thomas & Friends' owner fires back after NRA show portrays characters in KKK hoods (Sept. 14, 2018) | APP. 01452-APP. 01456 |
| EX 45 | Edwin Rios, Mother Jones, *Dear NRA: Putting KKK Hoods on Beloved Childhood Characters Probably Isn't the Best Strategy* (Sept. 11, 2018) | APP. 01457-APP. 01459 |
| EX 46 | Niraj Chokshi, The New York Times, *N.R.A. Show Puts Thomas the Tank Engine in White Hood to Criticize Diversity Move* (Sept. 12, 2018) | APP. 01460-APP. 01461 |

| | | |
|---|---|---|
| EX 47 | American Heroes planned release schedule, dated May 09, 2019 (AMcTX-00003938) *(filed under seal)* | APP. 01462-APP. 01467 |
| EX 48 | Danny Hakim, The New York Times, *In N.R.A. Power Struggle, Insurgents Seek to Oust Wayne LaPierre* (April 26, 2019) | APP. 01468-APP. 01471 |
| EX 49 | Eli Watkins and Kate Sullivan, CNN, *New York Attorney General investigating NRA finances amid group's internal dispute* (April 29, 2019) | APP. 01472-APP. 01474 |
| EX 50 | Deposition transcript of Daniel L. Jackson, dated October 27, 2021 *(filed under seal)* | APP. 01475-APP. 01518 |
| EX 51 | Sheppard Mullin legal bills for Dana Loesch contract (AMc-0031508-31524) *(filed under seal)* | APP. 01519-APP. 01536 |
| EX 52 | Exhibit 14 to Daniel L. Jackson deposition, dated October 27th, 2021 regarding AMc invoices of legal bills *(filed under seal)* | APP. 01537-APP. 01634 |
| EX 53 | Letter from John C. Frazer to Gina Betts, dated March 4, 2020 *(filed under seal)* | APP. 01635-APP. 01637 |
| EX 54 | Deposition transcript of Autumn Kraus, dated August 19, 2021 *(filed under seal)* | APP. 01638-APP. 01657 |
| EX 55 | Letter from Wilson H. Phillips, Jr. to Bill Winkler, dated August 8, 2018 (NRA-AMc_00068307-68308) *(filed under seal)* | APP. 01658-APP. 01660 |
| EX 56 | Letter from Josh Powell to William Winkler, dated October 4, 2018 *(filed under seal)* | APP. 01661-APP. 01674 |
| EX 57 | Lease agreement between Cisco Capital and Ackerman McQueen, Inc. dated March 28, 2018 *(filed under seal)* | APP. 01675-APP. 01680 |
| EX 58 | Lease agreement between Dell Financial Services and Ackerman McQueen, Inc. dated May 8, 2018 *(filed under seal)* | APP. 01681-APP. 01687 |
| EX 59 | Lease agreement between iland Internet Solutions and Ackerman McQueen dated March 22, 2018 *(filed under seal)* | APP. 01688-APP. 01730 |
| EX 60 | Deposition transcript of Larry Kanter dated, August 12, 2021 *(filed under seal)* | APP. 01731-APP. 01744 |
| EX 61 | Projected increases to NRA fees (AMcTX-00067704) *(filed under seal)* | APP. 01745-APP. 01746 |
| EX 62 | 2018 and 2019 Budget Comparisons spreadsheet *(filed under seal)* | APP. 01747-APP. 01763 |
| EX 63 | Expert Report of Autumn V. Kraus dated July 15, 2021 | APP. 01764-APP. 01789 |
| EX 64 | Expert Report of Larry Kanter dated July 15, 2021 | APP. 01790-APP. 01835 |
| EX 65 | Amended Expert Report of Daniel L. Jackson, dated October 15, 2021 *(filed under seal)* | APP. 01836-APP. 01912 |
| EX 66 | Invoice No. 166340, dated May 01, 2019 (AMc-041863) *(filed under seal)* | APP. 01913-APP. 01914 |
| EX 67 | Invoice No. 167038, dated June 01, 2019 (AMc-042052) *(filed under seal)* | APP. 01915-APP. 01916 |
| EX 68 | Deposition transcript of John Frazer, dated August 30, 2021 *(filed under seal)* | APP. 01917-APP. 01940 |

| | | |
|---|---|---|
| EX 69 | Forensic Risk Alliance draft spreadsheet regarding Anthony Makris' expenses | APP. 01941-APP. 02012 |
| EX 70 | Forensic Risk Alliance draft spreadsheet regarding Tyler Schropp's expenses | APP. 02013-APP. 02034 |
| EX 71 | Forensic Risk Alliance draft spreadsheet regarding budgets | APP. 02035-APP. 02043 |
| EX 72 | Forensic Risk Alliance draft spreadsheet regarding out of pocket expenses for various Ackerman McQueen, Inc. executives | APP. 02044-APP. 02093 |
| EX 73 | Forensic Risk Alliance draft spreadsheet regarding Nader Tavangar's expenses | APP. 02094-APP. 02147 |
| EX 74 | Letter from John C. Frazer to Jay Madrid, dated March 14, 2019 | APP. 02148-APP. 02153 |
| EX 75 | Email chain between Steven Hart and Anthony Makris from December 13, 2018 to December 14, 2018 (AMc-044411) *(filed under seal)* | APP. 02154-APP. 02156 |
| EX 76 | Email chain between Steven Hart and Anthony Makris as sent to Revan McQueen on December 14, 2018 (AMc-044422-44424) *(filed under seal)* | APP. 02157-APP. 02160 |
| EX 77 | NRA's Second set of Requests for Production in this action, dated February 3, 2020 | APP. 02161-APP. 02200 |
| EX 78 | NRA's Revised Second set of Requests for Production in this action, dated March 26, 2020 | APP. 02201-APP. 02240 |
| EX 79 | AMc's Responses and Objections to the NRA's Second Set of Requests for Production in this action, dated March 26, 2020 | APP. 02241-APP. 02297 |
| EX 80 | Letter from J. Madrid to S. Hart regarding response S. Rogers letter, dated January 04, 2019 *(filed under seal)* | APP. 02298-APP. 02303 |
| EX 81 | Deposition transcript of Millie Hallow, dated January 10, 2020 *(filed under seal)* | APP. 02304-APP. 02405 |
| EX 82 | Deposition transcript of Carolyn Meadows, dated January 29, 2020 *(filed under seal)* | APP. 02406-APP. 02554 |
| EX 83 | Deposition transcript of John Frazer, dated January 16, 2020 *(filed under seal)* | APP. 02555-APP. 02717 |
| EX 84 | Deposition transcript of AMC 30(b)(6) dated August 4, 2021 *(filed under seal)* | APP. 02718-APP. 02785 |
| EX 85 | Declaration of Michael Trahar, dated November 29, 2021 *(filed under seal)* | APP. 02786-APP. 02788 |
| EX 86 | Deposition transcript of Craig Spray, dated October 3, 2019 *(filed under seal)* | APP. 02789-APP. 02907 |
| EX 87 | Deposition transcript of John Frazer, dated March 18, 2021 *(filed under seal)* | APP. 02908-APP. 03057 |
| EX 88 | Email from Revan McQueen to Andrew Arulanandam dated May 29, 2019 | APP. 03058-APP. 03062 |
| EX 89 | Letter from William A. Brewer III to John Frazer regarding Amendment to Engagement Letter, dated June 17, 2019 (NRA-BK-00060639) *(filed under seal)* | APP. 03063-APP. 03072 |

| | | |
|---|---|---|
| EX 90 | Letter from William A. Brewer III to John Frazer regarding The National Rifle Association - Corporate Relationships Strategy, dated March 5, 2018 *(filed under seal)* | APP. 03073-APP. 03080 |
| EX 91 | Memorandum Of Law In Opposition To The Attorney General's Special Proceeding And Application To Compel Respondent Ackerman McQueen To Comply With An Investigatory Subpoena NYSCEF DOC. NO. 25 Index # 451825/2019 | APP. 03081-APP. 03106 |
| EX 92 | Excel spreadsheet of Carry Guard invoices sent by Office Assistant at Cooper and Kirk to AMc dated November 13, 2018, AMcTX-00065313 | APP. 03107-APP. 03118 |
| EX 93 | Email from John Frazer to Jean Haydon, dated March 14, 2019 | APP. 03119-APP. 03121 |
| EX 94 | Letter from John Frazer to Stephen Ryan, dated August 24, 2019 | APP. 03122-APP. 03124 |
| EX 95 | Declaration of John Frazer, dated November 29, 2021 | APP. 03125-APP. 03139 |

Dated: November 29, 2021

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/ Sarah B. Rogers*

Cecelia L. Fanelli
Pro Hac Vice
clf@brewerattorneys.com
Sarah B. Rogers
New York Bar No. 4755252
sbr@brewerattorneys.com
Philip J. Furia
Pro Hac Vice
pjf@brewerattorneys.com
Alessandra P. Allegretto
Texas Bar No. 24109575
apa@brewerattorneys.com
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically

served via the Court's electronic case filing system upon all counsel of record on this 29th day of

November 2021.

/s/ *Sarah B. Rogers*　　　　　　　　
Sarah B. Rogers

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>*Plaintiff and Counter-Defendant,*<br><br>**v.**<br><br>**ACKERMAN MCQUEEN, INC.,**<br><br>*Defendant and Counter-Plaintiff,*<br><br>**and**<br><br>**MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY**<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § | **Case No. 3:19-cv-02074-G** |

**DECLARATION OF SARAH B. ROGERS IN SUPPORT OF NRA'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, Sarah B. Rogers, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner at Brewer, Attorneys & Counselors, counsel for Plaintiff/Counter-Defendant National Rifle Association of America ("NRA") in this action. I submit this declaration in support of the NRA's motion for summary judgment as to the claims brought by Defendant/Counter-Plaintiff Ackerman McQueen, Inc. ("AMc") and/or their counsel.

2. As counsel for the NRA, I have reviewed pleadings and other documents related to this matter, and I am familiar with the facts and circumstances of this case.

3. I am fully competent and qualified in all respects to make this declaration. The facts stated herein are true and correct, and unless otherwise qualified, are within my personal knowledge.

4. Attached as exhibits to this Declaration are true and correct copies of the following documents:

1. **EXHIBIT 1:** Services Agreement between the NRA and AMc, dated April 30, 2017
2. **EXHIBIT 2:** "First Amendment to the Services Agreement between the NRA and AMc, dated May 6, 2018"
3. **EXHIBIT 3:** Services Agreement between the NRA and AMc, dated May 1, 1999
4. **EXHIBIT 4:** Expert Report of Matthew Klink dated July 15, 2021
5. **EXHIBIT 5:** Plaintiffs Emergency Motion for Stay, National Rifle Association v. Ackerman McQueen, et al, Civil Case No. CL19001757 (Va. Cir. Ct. April 12, 2019)
6. **EXHIBIT 6:** David Cole, ACLU.org, New York State Can't Be Allowed to Stifle the NRA's Political Speech (August 24, 2018)
7. **EXHIBIT 7:** Declaration of John C. Frazer in support of NRA's Opposition to Defendants' Motion for Partial Summary Judgment, dated September 1, 2021
8. **EXHIBIT 8:** Declaration of Michael Erstling, dated April 29, 2020
9. **EXHIBIT 9:** Letter from Wilson H. Phillips Jr. to Bill Winkler, dated August 08, 2018 (AMc-058776)
10. **EXHIBIT 10:** Declaration of Charles Cotton, dated August 3, 2021
11. **EXHIBIT 11:** Letter from William Winkler to Wilson H. Phillips Jr., dated August 13, 2018 (AMcTX-00002893)
12. **EXHIBIT 12:** Letter draft from Wilson H. Phillips to Bill Winkler, dated August 14, 2018 (AMc-057545)
13. **EXHIBIT 13:** Deposition transcript of Susan Dillon, dated July 28, 2021
14. **EXHIBIT 14:** Email chain including Sarah B. Rogers email to Gina Betts and Jay Madrid, dated October, 8, 2018 (AMcTX-00010683)
15. **EXHIBIT 15:** Email chain from Steve Hart to Anthony Makris, dated October 8, 2018 (AMcTX-00010526)
16. **EXHIBIT 16:** Letter draft from Angus McQueen to Wayne LaPierre, dated September 24, 2018
17. **EXHIBIT 17:** Deposition transcript of Revan McQueen, dated August 23, 2021

18. **EXHIBIT 18:** Deposition transcript of Melanie Montgomery, dated March 31, 2021

19. **EXHIBIT 19:** Deposition transcript of Wayne LaPierre, dated August 20, 2021

20. **EXHIBIT 20:** Email from Anthony Makris to Steven Hart dated October 11, 2018 (AMcTX-00010701)

21. **EXHIBIT 21:** Letter from Jay Madrid to Steve Hart dated January 4, 2019 (NRA-AMc_00065378)

22. **EXHIBIT 22**: NRA v. Lockton Affinity Series of Lockton Affinity, LLC, et al., Case 18-cv-00639 (E.D. Va. 2018) Docket

23. **EXHIBIT 23:** Deposition transcript of William Winkler, dated March 26, 2021

24. **EXHIBIT 24:** Email chain from Steven Hart to Ryan Stephen dated January 16, 2019 (AMcTX-00000400-404)

25. **EXHIBIT 25:** Email chain between Steven Hart and Anthony Makris as sent to Revan McQueen on December 14, 2018 (AMc-044422-44424)

26. **EXHIBIT 26:** Email from Anthony Makris to Steven Hart dated December 22, 2018 regarding response to Sarah B. Rogers email dated December 21, 2018 (AMcTX-00035850-35851)

27. **EXHIBIT 27:** Agreement for Forensic Accounting Services provided by Forensic Risk Alliance, dated January 29, 2019

28. **EXHIBIT 28:** Forensic Risk Alliance draft spreadsheet regarding Ackerman McQueen, Inc.'s media buys

29. **EXHIBIT 29:** Deposition transcript of Michael Trahar, dated September 18, 2019

30. **EXHIBIT 30:** AMc Responses and Objections to NRA Fourth Set of Requests for Production (VA), dated February 21, 2020

31. **EXHIBIT 31:** Email from Charles Friedrich to Jason Collins, dated February 11, 2020

32. **EXHIBIT 32:** Deposition transcript of Brandon Winkler, dated July 30, 2021

33. **EXHIBIT 33:** Triton Digital STRATA Website, dated November 28, 2021

34. **EXHIBIT 34:** Deposition transcript of Steven Hart, dated July 26, 2021

35. **EXHIBIT 35:** Deposition transcript of John Frazer, dated August 2, 2021

36. **EXHIBIT 36:** Email from Anthony Makris to Steve Hart, dated September 13, 2018

37. **EXHIBIT 37:** Letter from Stephen Ryan to William H. Brewer, dated August 22, 2018

38. **EXHIBIT 38:** Employment contract between Ackerman McQueen and Oliver North with amendments and Exhibits, dated May 15, 2018 (AMcTX-0004557)

39. **EXHIBIT 39:** AMc's Second Amended Privilege Log, dated October 22, 2021

40. **EXHIBIT 40:** Employment contract between Ackerman McQueen and Dana Loesch, dated January 1, 2018

41. **EXHIBIT 41:** Deposition transcript of Oliver North dated September 15, 2021

42. **EXHIBIT 42:** Ryan W. Miller, USA Today, Angry over diversity in children's show, NRA TV depicts 'Thomas & Friends' in KKK hoods (Sept. 12, 2018)

43. **EXHIBIT 43:** Robert J. Spitzer, CNN, What's behind NRA TV's grotesque take on 'Thomas & Friends' (Sept. 14, 2018)

44. **EXHIBIT 44:** Danielle Cinone, New York Daily News, 'Thomas & Friends' owner fires back after NRA show portrays characters in KKK hoods (Sept. 14, 2018)

45. **EXHIBIT 45:** Edwin Rios, Mother Jones, Dear NRA: Putting KKK Hoods on Beloved Childhood Characters Probably Isn't the Best Strategy (Sept. 11, 2018)

46. **EXHIBIT 46:** Niraj Chokshi, The New York Times, N.R.A. Show Puts Thomas the Tank Engine in White Hood to Criticize Diversity Move (Sept. 12, 2018)

47. **EXHIBIT 47:** American Heroes planned release schedule, dated May 09, 2019 (AMcTX-00003938)

48. **EXHIBIT 48:** Danny Hakim, The New York Times, In N.R.A. Power Struggle, Insurgents Seek to Oust Wayne LaPierre (April 26, 2019)

49. **EXHIBIT 49:** Eli Watkins and Kate Sullivan, CNN, New York Attorney General investigating NRA finances amid group's internal dispute (April 29, 2019)

50. **EXHIBIT 50:** Deposition transcript of Daniel L. Jackson, dated October 27, 2021

51. **EXHIBIT 51:** Sheppard Mullin legal bills for Dana Loesch contract (AMc-0031508-31524)

52. **EXHIBIT 52:** Exhibit 14 to Daniel L. Jackson deposition, dated October 27th, 2021 regarding AMc invoices of legal bills

53. **EXHIBIT 53:** Letter from John C. Frazer to Gina Betts, dated March 4, 2020

54. **EXHIBIT 54:** Deposition transcript of Autumn Kraus, dated August 19, 2021

55. **EXHIBIT 55:** Letter from Wilson H. Phillips, Jr. to Bill Winkler, dated August 8, 2018 (NRA-AMc_00068307-68308)

56. **EXHIBIT 56:** Letter from Josh Powell to William Winkler, dated October 4, 2018

57. **EXHIBIT 57:** Lease agreement between Cisco Capital and Ackerman McQueen, Inc. dated March 28, 2018

58. **EXHIBIT 58:** Lease agreement between Dell Financial Services and Ackerman McQueen, Inc. dated May 8, 2018

59. **EXHIBIT 59:** Lease agreement between iland Internet Solutions and Ackerman McQueen dated March 22, 2018

60. **EXHIBIT 60:** Deposition transcript of Larry Kanter dated, August 12, 2021

61. **EXHIBIT 61:** Projected increases to NRA fees (AMcTX-00067704)

62. **EXHIBIT 62:** 2018 and 2019 Budget Comparisons spreadsheet

63. **EXHIBIT 63:** Expert Report of Autumn V. Kraus dated July 15, 2021

64. **EXHIBIT 64:** Expert Report of Larry Kanter dated July 15, 2021

65. **EXHIBIT 65:** Amended Expert Report of Daniel L. Jackson, dated October 15, 2021

66. **EXHIBIT 66:** Invoice No. 166340, dated May 01, 2019 (AMc-041863)

67. **EXHIBIT 67:** Invoice No. 167038, dated June 01, 2019 (AMc-042052)

68. **EXHIBIT 68:** Deposition transcript of John Frazer, dated August 30, 2021

69. **EXHIBIT 69:** Forensic Risk Alliance draft spreadsheet regarding Anthony Makris' Expenses

70. **EXHIBIT 70:** Forensic Risk Alliance draft spreadsheet regarding Tyler Schropp's Expenses

71. **EXHIBIT 71:** Forensic Risk Alliance draft spreadsheet regarding budgets

72. **EXHIBIT 72:** Forensic Risk Alliance draft spreadsheet regarding out of pocket Expenses for various Ackerman McQueen, Inc. Executives

73. **EXHIBIT 73:** Forensic Risk Alliance draft spreadsheet regarding Nader Tavangar's Expenses

74. **EXHIBIT 74:** Letter from John C. Frazer to Jay Madrid, dated March 14, 2019

75. **EXHIBIT 75:** Email chain between Steven Hart and Anthony Makris from December 13, 2018 to December 14, 2018 (AMc-044411)

76. **EXHIBIT 76:** Email chain between Steven Hart and Anthony Makris as sent to Revan McQueen on December 14, 2018 (AMc-044422-44424)
77. **EXHIBIT 77:** NRA's Second set of Requests for Production in this action, dated February 3, 2020
78. **EXHIBIT 78:** NRA's Revised Second set of Requests for Production in this action, dated March 26, 2020
79. **EXHIBIT 79:** AMc's Responses and Objections to the NRA's Second Set of Requests for Production in this action, dated March 26, 2020
80. **EXHIBIT 80:** Letter from J. Madrid to S. Hart regarding response S. Rogers letter, dated January 04, 2019
81. **EXHIBIT 81:** Deposition transcript of Millie Hallow, dated January 10, 2020
82. **EXHIBIT 82:** Deposition transcript of Carolyn Meadows, dated January 29, 2020
83. **EXHIBIT 83:** Deposition transcript of John Frazer, dated January 16, 2020
84. **EXHIBIT 84:** Deposition transcript of AMC 30(b)(6) dated August 4, 2021
85. **EXHIBIT 85:** Declaration of Michael Trahar, dated November 29, 2021
86. **EXHIBIT 86:** Deposition transcript of Craig Spray, dated October 3, 2019
87. **EXHIBIT 87:** Deposition transcript of John Frazer, dated March 18, 2021
88. **EXHIBIT 88:** Email from Revan McQueen to Andrew Arulanandam dated May 29, 2019
89. **EXHIBIT 89:** Letter from William A. Brewer III to John Frazer regarding Amendment to Engagement Letter, dated June 17, 2019 NRA-BK-00060639
90. **EXHIBIT 90:** Letter from William A. Brewer III to John Frazer regarding The National Rifle Association - Corporate Relationships Strategy, dated March 5, 2018
91. **EXHIBIT 91:** Memorandum Of Law In Opposition To The Attorney General's Special Proceeding And Application To Compel Respondent Ackerman McQueen To Comply With An Investigatory Subpoena NYSCEF DOC. NO. 25 Index # 451825/2019
92. **EXHIBIT 92:** Excel spreadsheet of Carry Guard invoices sent by Office Assistant at Cooper and Kirk to AMc dated November 13, 2018, AMcTX-00065313
93. **EXHIBIT 93:** Email from John Frazer to Jean Haydon, dated March 14, 2019
94. **EXHIBIT 94:** Letter from John Frazer to Stephen Ryan, dated August 24, 2019
95. **EXHIBIT 95:** Declaration of John Frazer, dated November 29, 2021

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of November 2021.

*/s/ Sarah B. Rogers*

Sarah B. Rogers

# EXHIBIT 1
# (Filed Under Seal)

# EXHIBIT 2
# (Filed Under Seal)

# EXHIBIT 3

5152829019 IA REPUBLICAN PARTY 391 P01 AUG 02 '99 15:40

# CONTRACT REVIEW SUMMARY

Contract Name: Ackerman McQueen/Mercury Group

Amount: $89,000/mo for PR, Political Strategy, Marketing $16,600/mo for internet services

Negotiated By: LaPierce/Phillips

Division: Executive

Responsible Officer Approval: [signature]

Summary Prepared By: Phillips

Date: July 25, 1999

Legal Review: Chuck Cooper, Cooper Carvin & Rosenthal

Purchasing Review: N/A

Financial & Business Review: [signature]

Executive Vice President Review: [signature]

(Signatures Required Over $100,000 / Acknowledging Officers are Aware of Contract & Amount)

President: [signature]

1st Vice President: Kayne Robinson

2nd Vice President:

Note: many invoices are paid by PO (+ not covered by contract) OK - per Woody Phillips [initials] Ted

Initials for Subsequent Revisions
Revisions Requested by Vendor
Date:
Resp. Officer Approval:
Legal
Purchasing
Financial
EVP
President
1st VP
2nd VP

Original to: Financial Services
Copies to: Division Concerned
General Counsel

(7/97)

06/28/99 12:05 TX/RX NO.0920 P.001

# SERVICES AGREEMENT

**THIS AGREEMENT**, made this 1st day of May, 1999, by and between the National Rifle Association of America (hereinafter referred to as "**NRA**"), A New York Not-For-Profit Corporation, located at 11250 Waples Mill Road, Fairfax, Virginia 22030, and Ackerman McQueen, Inc., an Oklahoma corporation, and its wholly owned subsidiary, Mercury Group Inc., an Oklahoma corporation, (hereinafter collectively referred to as "**AMc**"), whose principal office is located in Oklahoma at 1100 The Tower, 1601 N.W. Expressway, Oklahoma City, Oklahoma 73118.

**WITNESSETH:**

**WHEREAS,** AMc is in the business of providing public relations, strategic marketing, advertising, creative, direct marketing and internet services and warrants and represents that it possesses the capability, necessary personnel, political strength, equipment and other related items to perform such services; and,

**WHEREAS,** NRA is a Membership Organization and desires to retain AMc as a nonexclusive source for services described herein for NRA upon the terms and conditions hereinafter set forth.

**NOW, THEREFORE,** in consideration of the mutual promises and covenants set forth herein, the parties hereto agree as follows:

## I. SERVICES

### A. Public Relations/Political Strategy/Strategic Marketing Services

Services include a combination of generating earned media, responsive public relations, political consultation and strategic thinking to promote a positive image of the NRA as described below: (These services are provided as part of the monthly fee as described in the "**Compensation**" Section.)

- Public relations advice and counsel, including crisis management
- Ongoing media relations -- solicitation and placement of features in national, regional and local media; liaison with print and broadcast news media on a daily basis for unsolicited inquiries; ongoing media training for NRA officials; Editorial Board meetings; features for outdoor publications.
- Specialized public relations writing services (news releases, columns, editorials), and distribution of same as required (e.g. Via wire service or individual contact).

- Research and information retrieval as necessary for NRA issues management at NRA's request and approval.
- Coordination, scheduling and on-site assistance when necessary for NRA officials' speeches and personal appearances.
- Coordination with internal NRA public relations staff in the Executive Office, General Operations and Institute for Legislative Action.
- Development of proactive earned media in national and regional media as it relates to NRA officials' appearances at special events (i.e. National Gun Shows, Camp Perry, YHEC, National Police Shooting Championships, Annual Meetings, etc.).
- Coordination and scheduling appearances for NRA officials and celebrities; including on-site assistance (where necessary).
- Develop, produce and place op-ed pieces for national and regional media coinciding with Special Events and NRA Officials' appearances.
- Development of relations with and liaison with celebrities, opinion leaders, and lawmakers to further NRA issues in a positive manner.
- Advise and counsel with NRA Officials on strategic issues to provoke public debate and frame NRA's point-of-view for the general public.
- Advice and counsel on political issues as they relate to the Second Amendment and NRA's political agenda. Research into and development of new political strategies.
- Limited speechwriting services (pivotal speeches for major events are discussed in "Advertising/Creative Services" Section).
- Assistance in the production and coordination of NRA Radio Show.

**B.** <u>**Advertising/Creative Services**</u>

The services described below (with the exception of "Media Planning and Placement" which is addressed separately as a subcategory of this Section) will be provided to NRA on a project ("**Job**") basis based on the fair market value of the work as determined by AMc and take into consideration, among other things, the hourly rates of the personnel assigned to the Job and the time required to complete the Job. When reasonable time is available, cost estimates will be submitted for approval by NRA prior to the initiation of the Job.

- Speechwriting services for NRA dignitaries to be delivered at major events (includes background research, interviews with NRA Officials/Speaker, drafts and rehearsals if appropriate).
- Conceive, copywrite, design and produce local, regional and national print and broadcast advertising and other appropriate forms of communication to present NRA's message.
- Original photography services and film processing (on location and/or in AMc's photo studio).
- Audio/Visual and Event Management services (i.e. Annual Meetings).
- Video Taping, Editing and Production.
- Music composition and arrangement and audio production.
- Primary Research services (quantitative and qualitative).

**Media Planning and Placement Services**

Detail of AMc's compensation for Media Services are provided in the "Compensation" Section. Services rendered for such are:

- With NRA's approval, plan and order by written contract or insertion order the print space, radio and television time, or other media to be used for advertising, always endeavoring to secure the best available rates. AMc shall remain solely liable for payment, to the extent NRA has paid AMc.
- Incorporate the advertising in the required form and forward it to media with proper instructions for fulfillment of the contract or insertion order.
- Diligently check and verify broadcasts, insertions, displays, or other means used to carry the message to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.
- For direct response paid media advertising (i.e. Infomercial), provide ongoing analysis and ROI to determine most effective media markets, dayparts, and stations on a time sensitive basis for redirection or concentration of funds as evaluation indicates.
- Carefully audit invoices and make timely payment to media and suppliers for space and time purchased by AMc on NRA's behalf.

C. New Media/Internet Services

- Full-time webcasting for ongoing NRA news program, nraLIVE. Involves creation, writing, conducting interviews (on location and via telephone) as well as on-camera host talent for daily programming. Production services include all audio and video components for daily stories (shooting, recording, editing and rendering QuickTime movies and conversion into "Real Player" format for uploading on WWW server) and creation and maintenance of "crawler" information

- Support services for nraLIVE provided by AMc New Media include daily creation of graphics, flash animation for daily stories and synchronization to audio/video.

- Ongoing technical support service and advice for NRAHQ site (e.g. Answer to questions on service provider issues and simple "how-tos"). Application development or re-working requiring complex execution to be estimated on a project basis for NRA approval in advance of work performance.

- Full time marketing services to promote NRA internet sites as well as on-site promotion of NRA programs, activities and current events. New Media marketing director is responsible for integrating all NRA marketing to contain and promote the URLs as well as an **aggressive search engine placement program** that also will entail ongoing creation of pages that are optimized for individual engines. Exploration and execution of site links with other gun and hunting related URLs. Additional marketing efforts will utilize traditional news outlets to create further awareness for NRA sites.

II. COMPENSATION

A. Public Relations/Political Strategy/Strategic Marketing Services

1. During the term of this Agreement, for ongoing Public Relations, Political Strategy and Strategic Marketing, NRA will pay AMc a professional service fee of $89,000 per month.

B. Advertising/Creative/Media Planning and Placement Services

1. During the term of this Agreement, for ongoing study of your business, including account service, creative development and other support functions in connection with the day-to-day administration and operation of your account, NRA will pay AMc 15% commission of the gross media expenditure, or a 17.65% mark-up of the net media billing, for all media researched, planned, placed and administered by AMc on NRA's behalf.

For any outdoor media researched, planned, placed and administered by AMc on your behalf, the agency will be compensated by a 16.67% commission of the gross expenditure, or a 20% mark-up of the net billing.

2. For collateral advertising services and products purchased on your behalf from external suppliers (such as separations, engravings, typography, printing, etc.), by a 15% commission if offered, or a 17.65% mark-up of net billing. Estimates of the cost of external services and products are prepared, when reasonable time is available, for approval in advance and are subject to no more then a +/-10% variance provided we are authorized to proceed with production within thirty (30) days of the date the estimate is presented. Client changes in job specifications usually will result in the preparation and submission of a revised estimate; however, you agree to assume financial responsibility for all changes specified by you, then executed by us with your knowledge.

3. For art concepts, design layout, photography and film processing, copywriting, music composition and arrangement, audio and video production, etc., by cost quotations submitted for approval in advance, when reasonable time is available, or at the comprehensive art, storyboard, demo music, etc. stage. These quotations are based on the fair market value of the work as determined by AMc, and take into consideration, among other things, the hourly rates of the personnel assigned to the project and the required to complete the job. Written estimates are subject to no more than a +/- 10% variance provided they are approved by you are we are expressly authorized to proceed with production within thirty (30) days of the date the estimate is presented. Client changes in job specifications will usually result in a revised estimate; however, you agree to assume financial responsibility for all changes specified by you, then executed by us with your knowledge.

**C. Internet Services**

During the term of this agreement, for ongoing website management, hosting and creation of nraLIVE, as well as full time marketing services, NRA will pay AMc a professional service fee of $66,600.00 per month.

**D. Other Projects**

If we undertake, at your request, additional or special assignments, not included within the services described in this project, the charges made by us will be agreed-upon in advance whenever possible. If no specific

agreement was made, we will charge you a fair market price for the work performed.

## III. BILLING AND PAYMENT

A. Mailing and express charges, long distance telephone calls, photocopies, deliveries, sales taxes and reasonable out-of-town travel including transportation, meals and lodging, etc. on NRA's express behalf, shall be billed at AMc's cost. All out of town travel expenses shall require prior written approval in accordance with written procedures established by the NRA Executive Vice President or his designee. Payment of travel expenses not approved in advance may result in denial of reimbursement. Expenses not listed above shall be considered to be normal business expenses of AMc and not billable to NRA unless specifically authorized in writing by the NRA Executive Vice president or his designee.

B. All sales, use and similar taxes and all import, export and foreign taxes imposed by all applicable governmental authorities shall be billed to NRA at the amount imposed by such governmental authorities. AMc shall not be obligated to contest the applicability of any such taxes to the transactions performed pursuant to this Services Agreement.

C. Fees shall be billed on or before the 5th of each month. This billing shall include costs specified in paragraph III A.

D. Special assignments not included in this Agreement which cannot reasonably be included under the monthly fee must be approved in accordance with written procedures established by the NRA Executive Vice President or his designee, and the charges made by AMc shall be agreed upon in advance, where reasonable, otherwise such charges shall be not greater than the usual and customary charges for such services or expenses in the industry.

E. All sums payable to AMc under this Services Agreement (except for travel and entertainment, Media and Broadcast Production addressed in Section III.F shall be payable at AMc's corporate headquarters in Oklahoma City, Oklahoma within 30 days of the invoice date. Any amounts not received by AMc within 60 days from the date of the invoice shall bear interest at the rate of 1.0% per month from the date of the invoice until paid. NRA shall notify AMc of any questions concerning any invoices within 10 business days after receipt.

F. All sums payable to AMc for travel and entertainment, Media expenditures and Broadcast Production shall be payable at AMc's corporate headquarters in Oklahoma City, Oklahoma within three (3) business days of the invoice date, unless for political advertising, which shall be due upon receipt.

## IV. CONFIDENTIALITY

A. 1. AMc shall not disclose, directly or indirectly, to any third party any NRA membership data or mailing lists, any materials or information relating thereto, or any other data, materials or information coming to the knowledge of AMc, supplied to AMc by NRA, or otherwise made known to AMc as a result of AMc's providing Services (hereinafter collectively, referred to as the "**Confidential Information**"), without the prior express written permission of NRA. This Services Agreement shall control AMc's providing fulfillment services to NRA.

2. AMc shall not make or cause to have made any copies of any NRA Confidential Information without the prior express written authorization of NRA.

3. AMc may use such Confidential Information only for the limited purpose of providing its Services to NRA.

4. AMc may disclose such Confidential Information to AMc's employees but only to the extent necessary to provide its Services. AMc warrants and agrees to prevent disclosure of Confidential Information by its employees agents, successors, assigns and subcontractors.

B. AMc, its employees and agents, shall comply with any and all security arrangements imposed by NRA respecting access to Confidential Information.

C. AMc acknowledges NRA's exclusive right, title and interest in the Confidential Information, and shall not at any time do or cause to be done any act or thing contesting or in any way impairing or tending to impair any part of such right, title or interest.

D. AMc shall cease and desist from any and all use of the Confidential Information, and AMc shall promptly return to NRA, in a manner satisfactory to NRA, any and all Confidential Information, upon the earlier to occur of the following: the completion or termination of the Services Agreement.

## V. INDEMNIFICATION/INSURANCE

A. 1. AMc agrees to indemnify, defend and hold harmless NRA from and against any loss, liability and expenses including attorney's fees which NRA shall become obligated to pay in respect to materials prepared by AMc on behalf of NRA which gives rise to any claims pertaining to libel, slander, defamation, infringement of copyright, title or slogan, or privacy or invasion of rights of privacy, insurance coverage for which shall be maintained by AMc. AMc's liability under this indemnity and hold harmless agreement is limited to $2,000,000 or any greater

amount which may be recoverable under AMc's insurance policies. This indemnity and hold harmless does not cover any fines or penalties. AMc agrees to furnish NRA with a certificate of insurance reflecting $2,000,000 in coverage for the defined liability.

2. NRA agrees to give AMc prompt notice of such claims and to permit AMc, through AMc's insurance carrier and/or counsel of AMc's choice, to control the defense or settlement thereof. However, NRA reserves the right to participate in the defense of any such claim through NRA's own counsel and at NRA's own expense.

3. AMc shall take reasonable precautions to safeguard NRA's property entrusted to AMc's custody or control, but in the absence of negligence on AMc's part or willful disregard of NRA's property rights, AMc shall not be held responsible for any loss, damage, destruction or unauthorized use by others of any such property.

4. AMc shall not be liable to NRA by reason of default of suppliers of materials and services, owners of media, or other persons not AMc employees or contractors unless supplier(s) is under control of AMc or AMc should have reasonably anticipated default.

B.   1. NRA agrees to indemnify, defend and hold harmless AMc, and its directors, officers, employees, agents, contractors and representatives (collectively, the "**AMc Indemnified Parties**," such directors, officers, employees, agents, contractors and representatives being hereby deemed third party beneficiaries of this indemnity provision), from and against any and all claims, demands, causes of action, suits, liabilities, losses, damages settlements, judgments, and expenses (including attorneys' fees), arising from (1) any data, materials, or service performance claims furnished to any AMc Indemnified Party by NRA, or approved by NRA, from which a AMc Indemnified Party prepared any publicity materials or public relations materials, or which were used by a AMc Indemnified Party in the production of advertising which was approved by NRA, or (2) any claim, action or proceeding by any person(s), entity(ies), the United States of America, any state(s), county(ies), or municipality(ies), or any department, agency, board, bureau, commission, attorney general, or other instrumentality(ies) or political subdivision(s) of any of the foregoing, seeking (a) damages (whether actual, exemplary, or both), reimbursement or other compensation for any alleged injury(ies), death(s), or private or public losses, damages or costs related to one or more incidents of violence committed with firearms, or (b) an injunction or other equitable relief with respect to the activities of a AMc Indemnified Party performed on behalf of NRA pursuant to this Agreement or otherwise requested or approved by NRA. NRA agrees to furnish AMc with a certificate of insurance reflecting not less than $5,000,000 in coverage for the foregoing.

2. AMc agrees to give NRA prompt notice of any matter covered by NRA's indemnity set forth above and to permit NRA, through NRA's insurance carrier and/or counsel of NRA's choice, to control the defense or settlement thereof. However, AMc and the other AMc Indemnified Parties reserve the right to participate in the defense of any such claim through the AMc Indemnified Parties' own counsel and at the AMc Indemnified Parties' own expense.

C. 1. NRA shall reserve the right, in NRA's best interest, to modify, reject, cancel or stop any and all plans, schedule, and work in progress. In such event AMc shall immediately take proper and responsible action to carry out such instruction; NRA, however, agrees to assume AMc's liability for agreed upon commitments and to reimburse AMc for losses AMc may derive therefrom, and to pay AMc for all internal and external expenses incurred on NRA's behalf with NRA's authorization and to pay AMc charges relating thereto in accordance with the provisions of this Services Agreement.

## VI. OWNERSHIP OF PRODUCTS

All creative works developed by AMc in fulfilling its obligations under this Services Agreement shall constitute works made for hire, and shall be the property of NRA. In the event that such works should not be "works made for hire," as such works are defined at 17 U.S.C. § 101, then AMc transfers and assigns to NRA the ownership of all copyright in such works. In the event that AMc should employ a subcontractor, AMc shall arrange for the transfer of such intellectual property to NRA. All other, and further, intellectual property and mailing lists, under any definition, whether common law or statutory, created or developed by AMc in fulfilling its obligations under this Services Agreement, are NRA's sole and exclusive property, and AMc does hereby assign all right, title and interest in same to NRA to the extent that AMc has such rights to assign and transfer. In no event shall AMc be deemed to be assigning or transferring greater rights than it has acquired from any supplier or contractor from who it may have acquired certain elements of the material prepared for NRA.

## VII. NO COMPETITION

For the duration of this Service Agreement, AMc shall not represent any other entity in public relations services directly competitive with NRA without NRA's prior written approval.

## VIII. EXAMINATION OF RECORDS

During the term of this Services Agreement, AMc authorizes NRA, upon reasonable notice, to examine Mercury's files, books, and records, with respect to matters covered under this Services Agreement.

## IX. AUTHORIZED CONTACTS

AMc is authorized to act upon written communications received from the NRA Executive Vice President or his designee. He or his designee are the only persons within NRA who have the actual authority to issue such communications.

## X. MISCELLANEOUS

1. Severability. If any provision of this Services Agreement shall be held to be void or unenforceable for any reason, the remaining terms and provisions hereof shall not be affected thereby.

2. Binding Effect; Agents. The provisions of this Services Agreement shall inure to the benefit of and bind the heirs, legal representatives, successors and assigns of the parties hereto. In performing the Services described above and in taking any action necessarily incident thereto, AMc may utilize the services of AMc's employees and/or such agents or independent contractors approved by NRA as AMc deems appropriate.

3. Section Headings. Section headings contained in this Services Agreement are for reference purposes only and shall not affect in any way the meaning or interpretation thereof.

4. Integrated Agreement. This Services Agreement, together with any Exhibits hereto, constitute the entire agreement between NRA and AMc relating to the matters covered by this Services Agreement at the time of its signing. There are no contemporaneous agreements, understandings, restrictions, warranties, or representations with respect to the services to be performed other than as set forth at this time. This Services Agreement supersedes all prior agreements, including letter agreements and memoranda of understanding.

5. Survival. The terms, covenants, and conditions of Section IV and Section V shall survive the termination or expiration of this Services Agreement.

## XI. TERMINATION

A. This Services Agreement shall become effective upon the execution hereof.

B. This Services Agreement shall continue in full force and effect for an initial period of eight (8) months ending 12/31/99. After the initial period of eight (8) months, NRA or AMc may at their sole and exclusive discretion, terminate this Services Agreement, without any cause whatsoever, upon ninety (90) days written notice. Without such written notice, it is the intention of the parties that the Services Agreement will automatically renew. Any written notice to cancel this Contract shall be effective ninety

(90) days from the date the Party giving notice to cancel tenders such written notice to the other Party. In the event of said termination, all further obligations of each party to perform shall cease, except as otherwise specifically provided in this Services Agreement. In said case NRA shall, pursuant to Section III, reimburse AMc for expenses incurred on NRA's behalf up to the date of termination.

C. This Services Agreement may be terminated by NRA immediately upon written notice if: (1) AMc fails to diligently and in good faith perform any of its obligations contemplated hereunder; (2) AMc breaches any term, promise or covenant hereunder; (3) AMc files for bankruptcy; (4) there occurs any assignment for the benefit of creditors or the placement of any of AMc's assets in the hands of a trustee or receiver; (5) AMc becomes insolvent or bankrupt; (6) AMc is dissolved. If NRA so terminates this Services Agreement, NRA shall have no obligation to make payments except that NRA shall, pursuant to Section III, reimburse AMc for expenses incurred up to the date of said notice of termination.

D. This Services Agreement may be terminated by AMc immediately upon written notice if (1) NRA fails to diligently and in good faith perform any of its obligations contemplated hereunder; (2) NRA breaches any term, promise or covenant hereunder; (3) NRA files for bankruptcy; (4) there occurs any assignment for the benefit of creditors or the placement of any of NRA's assets in the hands of a trustee or receiver; (5) NRA becomes insolvent or bankrupt; or, (6) NRA is dissolved.

E. Upon the expiration or termination of this Services Agreement, AMc shall immediately return to NRA, to such place and in such manner as NRA may specify, any and all of NRA's property, materials, documents, Confidential Information, etc., that may be in AMc's possession. All charges for accumulating said materials shall be approved and paid in advance of receipt by the NRA.

F. The terms, covenants, and conditions of Section IV and Section V shall survive the termination or expiration of this Services Agreement.

## XII. GOVERNING LAW AND CONSENT TO JURISDICTION, VENUE AND SERVICE

A. This Services Agreement and any disputes arising thereunder shall be governed by and construed solely under the laws of the Commonwealth of Virginia, or, if applicable by federal law.

B. AMc consents and agrees that all legal proceedings relating to the subject matter of this Services Agreement shall be maintained exclusively in courts sitting within the City of Alexandria or the County or Fairfax,

Commonwealth of Virginia, and AMc hereby consents and agrees that jurisdiction and venue for such proceedings shall lie exclusively with such courts. AMc furthermore consents to the exercise of personal jurisdiction by said courts over AMc.

**IN WITNESS WHEREOF,** and intending to be legally bound hereby, and further intending to bind their employees, agents, successors and assigns, the parties have executed this Services Agreement the day and date above written.

**NATIONAL RIFLE ASSOCIATION ("NRA")**

[signature] (Signature)

WAYNE LAPIERRE (Print Name)

EXECUTIVE VICE PRESIDENT (Print Title)
Executive Vice President

**ACKERMAN MCQUEEN, INC. ("AMc")**

[signature] (Signature)

W. F. Winkler (Print Name)

Chief Financial Officer (Print Title)

# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

NATIONAL RIFLE ASSOCIATION OF AMERICA,

PLAINTIFF AND COUNTER-DEFENDANT,

AND

WAYNE LAPIERRE,

THIRD-PARTY DEFENDANT,

V.

ACKERMAN MCQUEEN, INC.,

DEFENDANT AND COUNTER-PLAINTIFF

AND

MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY,

DEFENDANTS.

CIVIL ACTION NO. 3:19-CV-02074-G

---

EXPERT REPORT AND DISCLOSURE OF
MATTHEW KLINK
OWNER AND PRESIDENT
KLINK CAMPAIGNS, INC.

SUBMITTED JUNE 15, 2021

TABLE OF CONTENTS

I. RETENTION AND SCOPE OF ASSIGNMENT ..... 2

II. PROFESSIONAL BACKGROUND ..... 2

III. INFORMATION CONSIDERED ..... 4

IV. EXECUTIVE SUMMARY OF OPINIONS ..... 5

V. BACKGROUND OF MATTER ..... 5

*A. Relevant Parties* ..... *5*

*B. General Background* ..... *6*

VI. DISCUSSION OF MY OPINIONS ..... 8

A. IN MY OPINION, THE TERMS OF THE SERVICES AGREEMENT REGARDING PUBLIC RELATIONS SERVICES WAS CONSISTENT WITH INDUSTRY PRACTICE, INCLUDING THE PROTECTION AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION REQUIREMENT FOR ACKERMAN. THERE WAS NO RECIPROCAL OBLIGATION OF THE NRA TO MAINTAIN CONFIDENCES FOR ACKERMAN. ..... 8

B. IN MY OPINION, ACKERMAN ENGAGED IN A SOPHISTICATED PUBLIC RELATIONS STRATEGY DESIGNED TO DISCREDIT THE NRA AND ITS LEADERSHIP, AS WELL AS CAUSE THE NRA, ITS LEADERS, AND CERTAIN ADVISORS SIGNIFICANT REPUTATIONAL HARM. ACKERMAN REFUSED TO COMPLY WITH THE NRA'S REQUESTS FOR COMMUNICATIONS WITH NEWS MEDIA OUTLETS RELATED TO THIS STRATEGY. ..... 10

C. IN MY OPINION, IN THE MONTHS FOLLOWING THE NRA'S FIRST LAWSUIT AGAINST ACKERMAN IN APRIL 2019, ACKERMAN PROACTIVELY RELEASED NUMEROUS PUBLIC STATEMENTS THAT GENERATED SIGNIFICANT NEGATIVE MEDIA ATTENTION FOR THE NRA. ..... 12

D. IN MY OPINION, BREWER, ATTORNEYS & COUNSELORS' PR INVOLVEMENT WITH THE NRA WAS COMMONPLACE FOR A CLIENT FACING MULTIPLE LITIGATION AND REGULATORY CHALLENGES. INVOLVING THE PR ARM OF A LITIGATION FIRM IS A WELL-ESTABLISHED, CUSTOMARY AND NORMAL PRACTICE. ..... 13

E. IN SUMMARY AND RIGHT TO UPDATE AND SUPPLEMENT ..... 16

EXHIBITS:
Exhibit A: Curriculum Vitae
Exhibit B: Documents Considered

## I. RETENTION AND SCOPE OF ASSIGNMENT

1. This action is brought by the National Rifle Association of America ("NRA" or the "Counter-Defendant") against Ackerman McQueen, Inc. ("Ackerman" or the "Counter-Plaintiff"), Mercury Group, Inc. ("Mercury"), Henry Martin ("Mr. Martin"), William Winkler ("Mr. Winkler") and Melanie Montgomery ("Ms. Montgomery") (collectively, the "Defendants").[1]

2. I have been retained by Brewer, Attorneys & Counselors ("Counsel") on behalf of the NRA to examine various aspects of Ackerman's public relations and communications involvement with the Counter-Defendants, particularly public statements of Ackerman, management of confidential information, and overall interactions with the news media.

3. My report examines the case facts and while I may use legal terms, I am not an attorney. My report's opinions should not be considered legal conclusions or arguments.

## II. PROFESSIONAL BACKGROUND

1. I am a strategic communications professional specializing in crisis communication, reputation and issues management, strategic and corporate communications, and public affairs. I have more than three decades of professional experience working on behalf of clients with traditional, trade, ethnic and digital media. In addition, I have experience buying all types of advertising for clients.

2. In my current role in strategic communications, I primarily advise clients facing controversial, highly visible – and often difficult – situations regarding effective proactive and reactive communications strategy. These clients include Fortune 150 companies (across multiple industry sectors), high-net-worth individuals, business leaders and political figures, trade associations, government agencies, and start-ups. Assignments have included, but are not limited to, litigation support on civil matters, legislative and public policy engagement at the international, federal, state and local levels, complex, technical energy and environmental clients, as well as helping clients establish or rebuild their reputation through a variety of external and internal communications activities.

3. I have detailed, hands-on knowledge of how public relations firms operate, as well as experience in strategic planning, budget setting, staffing allocation and billing practices. Before becoming a

[1] Second Amended Complaint, February 11, 2021 ("Complaint"). "Ackerman" refers to both Ackerman McQueen Group, Inc. and Mercury Group, Inc. throughout this report, unless specifically stated otherwise.

communications consultant, I worked in public affairs and political positions starting at entry-level, advancing up through senior-level, and ultimately to partner and owner. I have worked for multiple public affairs and government relations firms, served as a legislative analyst for The University of California system and Lawrence Berkeley Laboratory, and for a media buying firm. I worked as a strategist on a California statewide initiative campaign, where I was one of the campaign's principal media spokespeople. I have assisted hundreds of clients with restoring damaged off-line and online reputations using techniques that reflect industry best practices. I also have managed the online and social personas for public figures and issue/cause-driven campaigns. I have a long-term association with the International Association of Political Consultants, where I serve as General Secretary , and engage with political and public affairs consultants worldwide.

4. During the past 30 years, I have at varying times been a member of the Los Angeles Chapter of the Public Relations Society of America (PRSA). Accordingly, I am familiar with the PRSA's *Code of Ethics* and integrate these practices into all my client engagements.[2]

5. Additionally, I am an active and long-standing member of the American Association of Political Consultants. As a member, I am required to sign and adhere to a *Code of Professional Ethics*.[3]

6. I have also "sat on the other side of the table" as a corporate representative dealing with public relations ("PR") firms. For example, I was responsible for hiring and managing consultants when I was director of Government Affairs for Philip Morris International based in Lausanne, Switzerland. While working on the "client side" of the equation, I personally hired public affairs and strategic communications consultants and helped individual government affairs personnel in more than 70 countries hire consultants for a variety of strategic projects. In addition, I provided valuable insight on industry best practices to Philip Morris personnel on hiring PR and communications firms, agency evaluations and analysis, and client management.

7. My curriculum vitae is attached as Exhibit A.

8. I am a graduate of the George Washington University's Graduate School of Political Management, where I earned a Master of Arts in Political Management (with a concentration in political and

---

[2] https://www.prsa.org/about/prsa-code-of-ethics
[3] https://theaapc.org/wp-content/uploads/2015/10/AAPC-Code-of-Ethics.pdf

issues management) and The University of California at Berkeley, where I earned a Bachelor of Arts Degree in History.

9. I have not provided expert testimony or authored any academic or professional articles during the past decade because my focus professionally has been on providing PR guidance and strategic counsel to numerous clients. I am a hands-on practitioner with a detailed understanding of PR and not a professional witness for hire. The analysis and opinions presented in this report reflect that experience.

10. I was engaged for this assignment at the hourly billing rates of the individuals assigned, plus expenses. My billing rate is $800 per hour, which includes $200 per hour in recruiter fees. My fees are not contingent upon the opinions expressed herein or the outcome of this matter.

## III. INFORMATION CONSIDERED

11. My opinions are derived from information available to me as of the date of this report and the application of my experience, knowledge, skills, education and training. I have considered documents produced by the parties in this matter, legal filings, and other publicly available information. A listing of all documents considered is attached as Exhibit B. I also had conversations with Andrew Arulanandam, Managing Director of Public Affairs at the NRA and Travis Carter, Managing Director of Public Affairs, Brewer, Attorneys & Counselors.

12. My opinions are based on my reliance on the accuracy and authenticity of the evidence I have been provided, by my review of documents, independent research, and my years of experience helping companies and individuals manage and influence public relations and reputational issues. Sourcing for my research is indicated with footnotes, and hyperlinks are provided, where applicable, to access the source material.

13. I understand that I may be asked to testify about my opinions contained herein, as well as related matters, including those raised on cross examination, to rebut matters raised by Defendants' witnesses, and those otherwise presented at trial by Defendants' attorneys or the trier-of-fact in relation to the issues set forth in this report. I understand discovery is ongoing, and I reserve the right to change, revise, amend, modify or supplement my report and the opinions expressed herein, as necessary, to address any additional materials that may become known to me before or during the trial.

## IV. EXECUTIVE SUMMARY OF OPINIONS

14. The terms of the Services Agreement between Ackerman and the NRA regarding PR services was consistent with industry practices, including the protection and non-disclosure of confidential information requirement for Ackerman. There was no reciprocal obligation of the NRA to maintain confidences for Ackerman.

15. Ackerman engaged in a sophisticated public relations strategy designed to discredit the NRA and its leadership and cause the NRA, its leadership, and certain advisors significant reputational harm. Ackerman refused to comply with the NRA's requests for communications with news media outlets related to this strategy – material that *could have helped prove* Ackerman played no role in the campaign to harm the NRA.

16. In the months following the NRA's first lawsuit against Ackerman in April 2019, Ackerman proactively released numerous public statements that generated significant negative media attention for the NRA.

17. Brewer, Attorneys & Counselors' PR involvement with the NRA was commonplace for a client facing multiple litigation and regulatory challenges. Involving the PR arm of a litigation firm in the legal and regulatory matters being handled by the firm is a well-established, customary and normal practice.

## V. BACKGROUND OF MATTER

### *A. Relevant Parties*

18. The allegations of this case are covered in the legal filings and will not be repeated in their entirety here. When examining an issue, I made sure to have a clear understanding of the underlying legal filings and claims and allegations made therein. Below is a recap of the relevant claims, as detailed in the Complaint[4] and the public record.

19. Plaintiff, and Counter-Defendant, NRA, is a not-for-profit corporation organized under the laws of New York with its principal place of business located in Fairfax, Virginia, provides gun-safety

[4] NRA Second Amended Complaint, February 11, 2021 ("Complaint").

and marksmanship education for civilians and law enforcement. It is also the foremost defender of the Second Amendment of the United States Constitution.[5]

20. Defendant, and Counter-Plaintiff, Ackerman, a for-profit business corporation organized under the laws of the State of Oklahoma with its principal place of business located in Oklahoma City, Oklahoma, is an advertising and public relations agency.[6]

21. Defendant Mercury Group, a for-profit business corporation organized under the laws of the State of Oklahoma with its last known principal place of business, as of June 30, 2020, located in Alexandria, Virginia, is a wholly owned subsidiary of Ackerman and specializes in public communications strategy.[7]

22. Defendant Mr. Martin is an individual who resides in Dallas County, Texas and served as Chief Creative Officer of Ackerman since 2010 and during the Relevant Period.[8]

23. Defendant Mr. Winkler is an individual who resides in Edmond, Oklahoma and served in senior leadership at Ackerman as Chief Financial Officer ("CFO") during the Relevant Period.[9]

24. Defendant Ms. Montgomery is an individual who resides in Dallas County, Texas and held several roles at Ackerman during the Relevant Period, including Executive Vice President/Management Supervisor.[10]

### *B. General Background*

25. The NRA and Ackerman had a professional relationship for almost four decades.[11] During that decades-long relationship, the NRA paid hundreds of millions of dollars[12] to Ackerman for a wide range of services, including public relations and strategic marketing; planning and placement of media; management of digital media and websites; crisis counsel; and the creation and management of NRATV, a digital-media platform.[13]

---

[5] Complaint, ¶ 1.
[6] Complaint, ¶ 3.
[7] Complaint, ¶ 4.
[8] Complaint, ¶ 7.
[9] Complaint, ¶ 5.
[10] Complaint, ¶ 6.
[11] Complaint, ¶ 19.
[12] Per counsel.
[13] Complaint, ¶ 19.

26. Ackerman's work on behalf of the NRA was governed by a Services Agreement containing detailed specifications for how various types of work performed by Ackerman should be budgeted and billed.[14] The relevant services agreements in this matter executed by the NRA and Ackerman were dated May 1, 1999 ("1999 Services Agreement") and April 30, 2017 with Amendment No. 1 to the Services Agreement executed by the NRA and Ackerman dated May 6, 2018 ("2017 Services Agreement"), (collectively, "Services Agreements").[15]

27. As part of its compliance efforts, the NRA asked Ackerman to provide "files, books and records," as outlined in the Services Agreement, so that the NRA could ensure all internal compliance and control protocols were being properly followed. Such a request is not unusual in the course of such business arrangements.

28. The NRA alleged that it noticed several concerning practices carried out by Ackerman, including a lack of transparency in its budgets and billing, as well as misleading, or nonexistent, key metrics and data to assess its return on investment for its online video streaming platform, NRATV.

29. On June 25, 2019, the NRA sent a letter to AMc to terminate the Services Agreement. On June 27, 2019, AMc sent a letter to the NRA to terminate the Services Agreement.[16]

30. The NRA filed three lawsuits in Virginia to address these concerns, which were later consolidated into one action via court order, dated October 8, 2019. The consolidated matter is National Rifle Association of America v. Ackerman McQueen, Inc., and Mercury Group, Inc., Cons. Case Nos. CL19002067; CL19001757; CL19002886 (Va. Cir. 2019).

31. The Virginia Court stayed the consolidated actions on March 11, 2020, pending the outcome of the litigation before the United States District Court for the Northern District of Texas. There is currently no active litigation in Virginia.

32. The complaint in the current litigation pending in Texas was originally filed on August 30, 2019, and later amended via a Second Amended Complaint filed on March 12, 2021.

---

[14] Complaint, ¶ 20.
[15] *See* NRA-AMc_00163614-3623; Plaintiff's Complaint and Jury Demand, Civil Case No.19002886, dated September 5, 2019, Exhibit A.
[16] Complaint, ¶ 99.

33. On November 15, 2019, Ackerman filed an amended answer to the NRA's First Amended Complaint in Texas, as well as amended counterclaims for breach of contract, libel, tortious interference, declaratory judgement, and fraud (against Mr. Wayne LaPierre only).

34. On May 22, 2021, Ackerman filed a second amended counterclaim, expanding its causes of action to include defamation, civil conspiracy, and piercing the corporate veil.

## VI. DISCUSSION OF MY OPINIONS

### A. IN MY OPINION, THE TERMS OF THE SERVICES AGREEMENT REGARDING PUBLIC RELATIONS SERVICES WAS CONSISTENT WITH INDUSTRY PRACTICES, INCLUDING THE PROTECTION AND NON-DISCLOSURE OF CONFIDENTIAL INFORMATION REQUIREMENT FOR ACKERMAN. THERE WAS NO RECIPROCAL OBLIGATION OF THE NRA TO MAINTAIN CONFIDENCES FOR ACKERMAN.

35. Management of confidential information is a cornerstone of the obligations a PR firm owes its client. In my 30-year experience as a PR professional, I have signed hundreds of services agreements that include confidentiality obligations for PR firms.

36. In many cases, PR professionals work with clients on complex, controversial and/or high-profile issues where confidentiality agreements are a common and important component of a successful working relationship. PR professionals provide the client the assurance that the contracting third party will not share confidential or sensitive information. To provide effective counsel, a consultant must know specific details about a client – information that helps develop strategies, tactics and messaging which has no business being shared with the news media or the general public. This professional obligation to maintain confidentiality extends not only to current clients, but also former clients.

37. Confidentiality provisions are a longstanding PR industry best practice. Groups such as PRSA highlight the importance of confidentiality. Specifically, in PRSA's Code of Ethics, under "Safeguarding Confidences," the organization highlights the best practices for such agreements:[17]

    a. Safeguard the confidences and privacy rights of present, former and prospective clients and employees.

    b. Protect privileged, confidential, or insider information gained from a client or organization.

[17] https://www.prsa.org/about/prsa-code-of-ethics

c. Immediately advise an appropriate authority if a member discovers that confidential information is being divulged by an employee of a company or organization.

38. Furthermore, in the American Association of Political Consultants *Code of Professional Ethics,* Point #3 in the code states: "I will respect the confidence of my clients and not reveal confidential or privileged information obtained during our professional relationship."[18]

39. The jointly signed Services Agreement, consistent with other services agreements I have seen and executed, is precise when it discusses "Confidential Information" and what can and cannot be done with it. In fact, the term is even bolded and underlined in the document for emphasis and clarity.[19]

40. The document states that "AMc shall not disclose, directly or indirectly, to any third party any NRA membership data or mailing lists, any materials or information coming to the knowledge of Ackerman, supplied to Ackerman by NRA, or otherwise made known to Ackerman as a result of Ackerman's providing Services (hereinafter collectively, referred to as the "Confidential Information"), without the prior express written permission of the NRA.

41. In Ackerman's Confidentiality Agreement, the Services Agreement highlights that Ackerman shall not make or cause to have made any copies of any of the NRA's Confidential Information without the prior express written authorization of the NRA.

42. The Service Agreement's Confidentiality Provisions bind and limit Ackerman, as the NRA's advertising and PR firm. As the document states, "AMc acknowledges NRA's exclusive right, title and interest in the Confidential Information, and shall not at any time do or cause to be done any act or thing contesting or in any way impairing or tending to impair any part of such right, title or interest."[20]

43. Based on my decades of industry experience and review of the Services Agreement, Ackerman agreed to keep confidential and not distribute its client's material –period. Note that Section 4 only contains conditions related to Ackerman, not the NRA.[21]

44. Based on my decades of industry experience and review of the Services Agreement, the NRA was under no obligation to protect or maintain confidences for Ackerman. No obligation exists under

---

[18] https://theaapc.org/wp-content/uploads/2015/10/AAPC-Code-of-Ethics.pdf

[19] NRA-AMc_00183419

[20] NRA-AMC_00183419 see section IV.C.

[21] NRA-AMC_00183419

the Services Agreement and it would be contrary to the usual custom and practice in the PR industry to expect a client to maintain the confidences of its PR firm. Even absent an express agreement, confidentiality obligations arise for the PR firm itself, not the client.

45. Should the client, for whatever reason, purposefully determine that information should be publicly released as it understands it to be true, it is well within its rights to do so – and it is not a "leak" of such information.

### B. In My Opinion, Ackerman engaged in a sophisticated public relations strategy designed to discredit the NRA and its leadership, as well as cause the NRA, its leaders, and Certain advisors significant reputational harm. Ackerman refused to comply with the NRA's requests for communications with news media outlets related to this strategy.

46. Based on my review of the documents provided as well as publicly available media reports, Ackerman was a catalyst for numerous negative media stories involving the NRA –whether it was through services provided by the agency or through financial arrangements made possible by the agency (e.g., renting an apartment for an intern, paying for flights and limousine services, or purchasing clothing).

47. I reviewed numerous newspaper articles about Mr. LaPierre's alleged spending, including reports about $39,000 spent on wardrobe expenses in one day and a $13,800 expense to rent an apartment for a female NRA intern, among other expenses, all of which appear to involve services or financial arrangements with Ackerman.[22] [23]

48. The sophistication regarding the release of this information is noteworthy. Rather than simply leaking information without any context, which would require a reporter to "dig" to develop a story, Ackerman helped to frame and advance these "negative" stories for reporters. This framing is a tool commonly utilized by PR and media professionals.

49. For example, Ackerman's Chief Financial Officer, William Winkler, wrote a series of letters via email on April 22, 2019 containing allegedly derogatory information about Mr. LaPierre and other

---

[22] Maremont, Mark, "Leaked Letters Reveal Details of NRA Chief's Alleged Spending," *Wall Street Journal,* May 11, 2019

[23] Hakim, Danny, "At the N.R.A., a Cash Machine Sputtering," *New York Times*, May 14, 2019

NRA executives that quickly reached public circulation. In a letter to Mr. LaPierre, Ackerman claims to suddenly realize, *after decades* of working for the NRA, that it lacked receipts for Mr. LaPierre's purchases at Beverly Hills clothier, Zegna.[24] Although framed as an attempt to comply with the audit, as a PR professional, it is clear to me that this was a calculated attempt to expose allegedly negative information about Mr. LaPierre and the NRA.

50. We later learn in a deposition of Mr. Winkler on March 26, 2021 that the NRA *never* paid for the Zegna clothes: "Angus McQueen believed that Wayne LaPierre needed to look the role that he had at NRA. He told Wayne he needed to get clothes that looked appropriate for his television appearances…And he [Mr. LaPierre] would bill that – that bill would come back to Ackerman McQueen. It was never billed back to the NRA. We actually absorbed it through income."[25]

51. Ackerman CFO William Winkler sent a second letter on April 22, 2019 via email to Mr. LaPierre that purports to document expenses on an Ackerman American Express card for certain travel expenses and $13,804.84 for "the apartment you required we rent for the period of May 27 – August 30, 2016 in Fairfax VA for Megan Allen and billed to the NRA." The letter contains the highly suggestive line at its close, "Also, for the apartment, please provide the business relationship with Ms. Allen."[26]

52. As intended, the letter, when leaked in a trove of documents, generated significant misleading and negative media coverage – not only about the expenses for travel, airfare and limo charges, but also fueling speculation in the national media about LaPierre having an alleged inappropriate relationship a 20-year old college student intern, Ms. Allen. Articles appeared that referenced her LinkedIn page and Facebook page photos.[27]

53. An email exchange between Ms. Allen and Ackerman executive Nader Tavangar and others show that Ackerman was aware of the business relationship between Ms. Allen and the NRA. In fact, Mr. Tavangar rented the apartment for Ms. Allen *in his name*. A second Ackerman employee

[24] Letter from William Winkler to Wayne La Pierre, April 22, 2019
[25] Winkler, Corp. Rep of Ackerman McQueen – 786251, p. 64, lines 4-17
[26] Letter from William Winkler to Wayne La Pierre, April 22, 2019
[27] Silverstein, Ken, "Exclusive: Did the head of the NRA have an intimate relationship with a Russian spy and have his group pay her apartment rent?," *washingtonbabylon.com*, May 13, 2019

familiar with the financial arrangement, Eric Van Horn, cautioned Ms. Allen that "As far as they [the apartment's owners] are concerned, Nader is living there, not you."[28]

54. With the bait cast by Mr. Winkler's letters, a reading of subsequent newspaper articles demonstrates how Ackerman engineered a media campaign that was consumed by the news media. The published news stories were purposefully vague as to the alleged "relationship" between Mr. LaPierre and Ms. Allen, but entrepreneurial reporters at mainstream and online publications combed social media and populated subsequent articles with photos that played-up the alleged "relationship" that Mr. Winkler referenced in his April 22 letter. [29]

55. With the negative stories circulating about this alleged "relationship," NRA spokesman Andrew Arulanandam provided clarifying background about the business relationship between Ms. Allen and the NRA, but the damage to Mr. LaPierre and the NRA (and to Ms. Allen) was done.[30]

56. From my review of Mr. Winkler's letters and the accompanying press coverage, it is clear that the financial arrangements questioned in national headlines were made possible by Ackerman. While negative press articles swirled around both the NRA and Ackerman, Ackerman ensured doubt and suspicion raised about the arrangements in question was directed *solely* at the NRA and its leadership. This effort was accomplished via carefully crafted media framing.

### C. In my opinion, in the months following the NRA's first lawsuit against Ackerman in April 2019, Ackerman Proactively released numerous public statements that generated significant negative media attention for the NRA.

57. With the stage set by negative stories generated as described above, Ackerman undertook efforts to keep the story alive --commonly referred to as "giving it legs" in the PR industry-- by releasing numerous damaging new releases from April through December 2019.

58. I reviewed nine Ackerman press statements from April 2019 through December 2019 —all designed to create negative, unwanted media attention for its former client, the NRA. These statements attempted to justify and/or defend Ackerman's representation of the NRA, to highlight

---

[28] See Megan Allen email exchange with Nader Tavangar – May 2016.
[29] See Tweet DTwyan @dtwyman – May 13, 2019 with photo of Ms. Allen on a pink flamingo in a pool.
[30] Hakim, Danny, "At the N.R.A., a Cash Machine Sputtering," *New York Times*, May 14, 2019.

what the agency termed "serious governance and legal issues in the NRA," and to position Ackerman as the victim in this dispute."[31] [32]

59. Given that these statements did not address new facts, these press statements were issued for one reason: to generate negative news coverage and disrupt the NRA's relationship with its key stakeholders. For example, a statement made by Ackerman on July 3, 2019 states that the NRA is "pursuing groundless litigation against the company" and is "threaten[ing] our people with the loss of their employment and benefits.[33] Based on my review of media statements by the NRA during this time period and discussions with NRA executives[34], no new information was provided by this Ackerman statement, the day before the Fourth of July. The statement's timing is shrewd and calculated, given that the July 4 holiday gave the news media ample time to cover the story — but potentially complicated the NRA's ability to timely respond given the national holiday.

60. On that same day, Josh Kovensky, an investigative reporter with *Talking Points Memo*, published an article, "Jilted NRATV firm accuses gun group of 'hurting as many people as possible." In the article, Kovensky makes the same points that Ackerman makes in its press statement.[35]

### D. In my opinion, Brewer, Attorneys & Counselors' PR involvement with the NRA was commonplace for a client facing multiple litigation and regulatory challenges. Involving the PR arm of a litigation firm in the legal and regulatory matters in which the firm is involved is a well-established, customary and normal practice.

61. Ackerman, through their attorneys, advanced the argument that Brewer, Attorneys & Counselors was seeking to replace Ackerman as the NRA's advertising and public relations firm. This claim lacks merit for several reasons.

62. First, it is commonplace for law firms to have in-house public relations or public affairs professionals, as Brewer does. These PR practitioners often work closely with attorneys, clients and the client's external PR counsel. A 2016 *PR News* article highlights, "Today, members of the

---

[31] Ackerman Press Statements April 15, 2019, May 29, 2019, June 26, 2019, June 26, 2019, July 3, 2019, August 30, 2019, September 13, 2019, October 29, 2019 and December 28, 2019.

[32] AMc Statement, Dec. 28, 2019, *The Oklahoman* – "Will NRA Get Insider Info,"

[33] July 3, 2019 Statement from Ackerman McQueen

[34] Discussion with Andrew Arulanandam, Managing Director, Public Affairs for the NRA.

[35] Kovensky, Josh, "Jilted NRATV Firm Accuses Gun Group of "Hurting As Many People As Possible," *Talking Points Memo,* July 3, 2018.

'Am Law 100' (the top 100 law firms) have in-house marketing and PR arms and use PR agencies.[36]

63. Second, Brewer has a small, three-person in-house public affairs group that works in the field of legal communications and crisis management. At times, this group included four professionals, but, based on a review of Brewer-related communications and media reports involving BAC clients, none of these professionals likely worked on NRA matters on a full-time basis. Brewer's PR group does not possess the number of professionals, experience or the skill sets necessary to handle the expansive suite of communications services required by the NRA.

64. Specifically, the Services Agreement lists the following services that Ackerman is required to provide[37]:

   a. Public Relations/Crisis Management/Strategic Marketing Services

   b. Advertising/Creative Services

   c. Media Planning and Placement Services

   d. Owned Media Services

   e. Digital Systems Operations Support

65. To paraphrase relevant language from the Services Agreement that highlights the requirements that Ackerman is required to meet, Brewer would be unable to "warrant and represent that it possessed the capability, necessary personnel, political strength, equipment and other related items to perform such services."[38]

66. Third, it is common in the public relations industry, particularly with clients facing a multitude of legislative and regulatory issues, to seek public relations counsel from different sources. On matters related to the NRA, the assistance provided by Brewer personnel about PR-related legal matters would complement – not conflict with – Ackerman's representation of the NRA.

67. The Council of Public Relations Firms has written about clients working with multiple firms. Specifically, the organization states: "There will likely be times when you will be working with

[36] https://www.prnewsonline.com/law-firm-pr
[37] NRA-AMc_00183414
[38] Ibid

more than one outside agency. Integrating multiple agencies effectively – a public relations firm, an advertising agency and a direct marketing group, for example – will require a deft touch and a firm hand from the client contact(s)…Healthy competition is good – but a cooperative spirit among all of the players is even better."[39]

68. Fourth, nothing in the Services Agreement indicates that Ackerman was the *exclusive* public relations firm to the NRA or that the NRA was precluded from working with other PR counsel if the Association chose to do so. It is my understanding that the NRA used a variety of communications firms in the past. In fact, the only limitation on work contained in the Services Agreement rests with Ackerman. The Services Agreement highlights that "AMc shall not represent any other entity in public relations services directly competitive with NRA without NRA's prior written approval."[40] No such provision applies to the NRA.

69. In addition, I reviewed a declaration from Travis Carter, Managing Director, Brewer Public Affairs, dated March 4, 2020, in which Mr. Carter declares that the Brewer firm has never viewed itself as a competitor to Ackerman. In fact, Mr. Carter says the law firm was a *client* of the agency for many years – "an arrangement that continued until 2019."

70. Mr. Carter testifies that Ackerman provided "many services for the Brewer firm, including, but not limited to, design and management of multiple websites, creative development of advertisements, video production, brand and log development, and design and implementation of marketing materials for the law firm's charitable foundation."

71. From speaking with Mr. Carter, I understand the Brewer firm, over the years, paid Ackerman professional fees in excess of seven figures.

72. I also know that Mr. Makris testified that Ackerman (via Mercury Group) was employed by the Brewer firm to provide media and PR services for Brewer clients. Bizarrely, Mr. Makris testified during recent court proceedings before Judge Harlin D. Hale that he terminated a 2006 relationship with the Brewer firm because of ethical considerations.[41] My review of communications between Mr. Makris and Mr. Brewer, dated March 6, 2006, and March 16, 2006, respectively, indicates Mr. Makris did not resign from this account because of ethical concerns involving Mr. Brewer, but

[39] https://prcouncil.net/wp-content/uploads/2011/04/working.pdf
[40] NRA-AMc_00183422
[41] T. Makris, testimony in NRA / Sea Girt Motion to Appoint Examiner, p. 132, lines 4-5

rather, because principals from the Brewer firm advised the Mercury Group that the firm sought to decrease the personal involvement of Mr. Makris in this assignment – in favor of other Mercury Group professionals. Proceeding his "resignation" from this account, Mr. Makris wrote Mr. Brewer, "When you told Bill [Powers][42] you wanted me off the field, you made it impossible for us to play our game." It appears Mr. Makris's "ethical concerns" about Mr. Brewer are contradicted by this communication, and the fact that Ackerman continued its professional relationship with the Brewer firm for more than 13 years after the dispute referenced in Mr. Makris's oral testimony. These facts indicate that Mr. Makris's testimony is not accurate.

### *E.* In Summary and Right to update and supplement

73. In summary, it is my professional opinion that Ackerman engineered and promoted a sophisticated and aggressive PR and communications campaign against the NRA – to the detriment of the NRA, its senior officials, and its advisors. Such activity violates the professional and ethical obligations communications firms owe to their clients, both current and former. This campaign, designed to tarnish the NRA's reputation, was unlike any other I have ever witnessed in my professional career.

74. Ackerman also directed an earned media campaign aimed at the most unlikely of targets: the Brewer law firm, outside counsel to the NRA on a variety of legal and regulatory matters. This campaign was based upon a contrived and impossible notion: that the Brewer firm, with its small communications team, sought to replace Ackerman as the Association's leading PR and crisis management firm. Not only does the Brewer firm, like most law firms, lack the headcount to provide such services, it would appear the firm lacks the desire to work in such a generalized capacity. It is clear the firm provides strategic and customized PR and communications services – most often associated with matters and issues in which the law firm is directly involved. There is nothing in the public record to indicate the Brewer firm has ever endeavored to become a full-service PR agency or communications firm.

75. Law firms often supplement the professional PR resources of their clients and the agencies those clients employ. Likely because Ackerman recognized these arrangements are not unusual, the agency's attack on the Brewer firm did not publicly commence until Ackerman's billing arrangements and work came under scrutiny by the NRA.

[42] EVP, Public Relations at Ackerman.

76. My report, with supporting schedules and exhibits, is contained herein and presents my opinions and the bases and reasons thereof. I reserve the right to consider any new or additional information produced by either party and update and amend my report, as necessary, up to the point of my intended testimony. This report was prepared solely for the above-captioned matter and should not be used for any other purpose without prior written authorization.

Respectively submitted,

Matthew N. Klink

June 15, 2021

**Exhibit A**

## Matthew N. Klink
**Curriculum Vitae**
**Expert Witness**

### Media and Communications Expert

Matt Klink is an award-winning public relations, communications and marketing executive with almost three decades of hands-on professional and political experience. He has been an owner and partner in a number of public affairs and strategic communications firms, as an in-house executive for a Fortune 150 company, where he served as a director of global government affairs, and as the owner of a boutique strategic communications and public affairs firm for more than 20 years. Matt has provided senior-level strategic counsel to hundreds of clients in a range of industries, including business, trade association, government and non-profit organizations at the local, state, national and international levels.

Matt is a recognized expert in crisis communication, reputation management, image repair and strategic counseling. He has created public relations and communications programs for clients in preparation for and during litigation and previewing potential outcomes to key audiences in order to create and shape an environment favorable to the client's position. Matt has successfully prepared post-verdict communications strategies to publicize favorable verdicts, diminish less-than-favorable verdicts and present his clients and their legal counsel in the best possible light.

### Matt Klink's Areas of Expertise

- Brand Management
- Crisis Communication and Management
- Media Training
- Public Relations
- Reputation Management
- Strategic Communications
- Stakeholder Engagement
- Social Media

### Professional Experience

Matt has almost three decades of experience working on complex, controversial and high-profile issues for public and private sector clients, as well as candidates for elected office and ballot measure campaigns.

Throughout his career, Matt has worked for numerous clients encompassing a range of industries and subjects, including automotive, cable, energy, fast-moving consumer goods, finance, healthcare/pharmaceutical, oil and natural gas, retail, shipping, sports and entertainment, telecommunications, water and other regulated and taxed industries. Additionally, Klink has worked on candidate and initiative campaigns at multiple levels of government, where he has performed a variety of roles that include general consulting, campaign management, media consulting, campaign spokesperson, direct mail design and production, and coalition building.

Matt is an adept communicator skilled at crafting and implementing strategic campaigns and crisis communication programs. He has substantial experience in integrating grassroots outreach and alliance development efforts to support lobbying activities. An award-winning writer, Klink has developed effective messaging and captivating copy to meet a variety of client needs, including targeted direct mail, speeches, brochures, op-eds, and other types of traditional, online and digital materials. Skilled at working with the news media, Matt has functioned as a spokesperson and primary media contact for many corporate clients and statewide initiative campaigns. He has appeared on national and local television news broadcasts on behalf of his clients and offered political analysis and commentary.

Matt's past work experience includes a senior-level position as Director of Government Affairs for Philip Morris International, based in Lausanne, Switzerland. He led a team that created and executed communications and stakeholder outreach programs on regulatory and fiscal issues in more than 35 countries on six continents. Klink has also been an owner and partner of two Los Angeles-based public affairs and government relations firms. Matt also worked as a corporate communications consultant to America Honda Motor Co., Inc. and, while living in Arlington, Virginia, as a media consultant to candidates for U.S. Congress and the Virginia House of Delegates.

Matt holds a MA in political management from The George Washington University's Graduate School of Political Management and a BA in history from the University of California at Berkeley. He serves as the General Secretary for the International Association of Political Consultants.

**Exhibit B – Documents Considered**

**Court Cases:**

Plaintiff's Second Amended Complaint, NRA and Wayne LaPierre v Ackerman McQueen, Inc. and Mercury Group, Inc., U.S. District Court for the Northern District of Texas, Dallas Division

Counter-Plaintiff Ackerman McQueen, Inc.'s Second Amended Counterclaim, NRA and Wayne LaPierre v Ackerman McQueen, Inc. and Mercury Group, Inc., U.S. District Court for the Northern District of Texas, Dallas Division

Affidavit of Andrew Arulanandam, The People of the State of New York against Ackerman McQueen and the National Rifle Association, Supreme Court of the State of New York, County of New York (Index No. 451825/2019)

Affidavit of Andrew Arulanandam in Support of the NRA's Motion for Leave to Renew and Reargue and for a Stay of Any Further Document Production in Response to the Attorney General's Subpoena, The People of the State of New York against Ackerman McQueen and the National Rifle Association (Index No. 451825/2019)

Declaration of Andrew Arulanandam, NRA and Wayne LaPierre v. Ackerman McQueen, Inc. and Mercury Group, Inc., United States District Court for the Northern District of Texas, Dallas Division

Document 122, Filed 05/04/20, Page 198 of 509, Page ID 8137, Declaration of Andrew Arulanandam, NRA and Wayne LaPierre v. Ackerman McQueen, Inc. and Mercury Group, Inc., United States District Court for the Northern District of Texas, Dallas Division

Affidavit of Travis J. Carter, NRA v. Ackerman McQueen, Inc. and Mercury Group, Inc., Virginia: In the Circuit Court for the City of Alexandria

Declaration of Travis J. Carter., NRA and Wayne LaPierre v. Ackerman McQueen, Inc. and Mercury Group, Inc., United States District Court for the Northern District of Texas, Dallas Division

Document 122, Filed 05/04/20, Page 190 of 509, Page ID 8129, Declaration of Travis J. Carter, NRA and Wayne LaPierre v. Ackerman McQueen, Inc. and Mercury Group, Inc., United States District Court for the Northern District of Texas, Dallas Division

**Depositions and Hearings**

In the Matter of: National Rifle Association and Sea Girt – deposition of Corporate Representative of Ackerman McQueen by and through William Winkler dated March 26, 2021

In the Matter of: National Rifle Association and Sea Girt – testimony of Tony Makris dated April 16, 2021

**Other Documents:**

Public Relations Society of America Code of Ethics https://www.prsa.org/about/prsa-code-of-ethics – No Date

American Association of Political Consultants Code of Professional Ethics https://theaapc.org/wp-content/uploads/2015/10/AAPC-Code-of-Ethics.pdf - No Date

Services Agreement, May 1, 1999 (NRA-AMc_00163614 to MRA-AMc_00163623)

Email Exchange from Megan Allen to Nader Tavangar and Eric Van Horn, June 2, 2016

Services Agreement, April 30, 2018 (NRA-AMc_00183414 to NRA-AMc_00183424)

Amendment No. 1 to Services Agreement, May 6, 2018 (NRA-AMc_00057325 to NRA-AMc_00057326)

Memo to all NRA Employee Retirement Plan Participants and/or Beneficiaries from Shawne Soto re: 2018 Annual Funding Notice – NRA Employee Retirement Plan, April 15, 2019

Note to John Frazier and William "Wit" Davis from Oliver North re: Formation of Special Committee on Crisis Management (undated)

Letter to John Frazier and Charles Cotton from Oliver North re: Brewer Attorneys & Counselors, April 18, 2019

Memo to NRA Executive Committee from Oliver North re: Formation of a Crisis Management Committee, April 25, 2019

Letter to NRA Board from Wayne LaPierre, April 25, 2019

Picture of Annual Meeting Minutes, NRA Annual Meeting, Indianapolis, IN, April 27, 2019

Statement of Lt. Col. Oliver North to the NRA Board, April 27, 2019

Open Letter to NRA Membership from Steve Hoback, NRA Training Counselor, April 29, 2019

Open Letter to NRA Board of Directors from Andrew Lander, NRA Senior Training Counselor, April 29, 2019

Email to Bill Winkler from Andrew Arulanandam re: Recent Confidentiality Violations and Requested Affirmations to Angus McQueen, Bill Powers, Bill Winkler, Melanie Montgomery, Nader Tavangar, Revan McQueen and Tony Makris (May 6, 2019)

Email to Andrew Arulanandam from David Dickieson (Schertler & Onoroto, L.L.P.) re: letter response to requested affirmations (May 7, 2019)

Letter to Anthony Makris (Ackerman) from William Brewer (Brewer, Attorneys & Counselors) re: Ackerman services provided to Brewer, Attorneys & Counselors, f/k/a Bickel & Brewer (March 3, 2006).

Letter to William Brewer (Brewer, Attorneys & Counselors) from Anthony Makris (Ackerman) re: Ackerman services provided to Brewer, Attorneys & Counselors, f/k/a Bickel & Brewer (March 16, 2006).

**Ackerman-McQueen Media Statements**

April 19, 2019
May 29, 2019
June 26, 2019
July 3, 2019
August 30, 2019
September 13, 2019
Oct. 29, 2019
December 28, 2019

**Ackerman-McQueen Documents**

April 22, 2019 letters from William Winkler to Wayne LaPierre re: expenses

**News Articles**

Rupal Parekh, "The NRA and Ackerman McQueen: One of the strongest relationships in AdLand," *AdAge*, March 11, 2019 (https://adage.com/article/agency-news/nra-ackerman-mcqueen-strongest-relationships-adland/240218)

Hermes, Grant, "NRA Sues Oklahoma City Based Ad Firm Ackerman McQueen," *News9.com*, April 16, 2019 (https://www.news9.com/story/5e345d713196993fcfd052d1/nra-sues-oklahoma-city-based-ad-firm-ackerman-mcqueen)

Spies, Mike, "Secrecy, Self-Dealing, and Greed at the NRA," *New Yorker*, April 17, 2019 (https://www.newyorker.com/news/news-desk/secrecy-self-dealing-and-greed-at-the-nra)

Kovensky, Josh, "WSJ: NRA Chief Asked About Bills for Expensive Suits, Overseas Travel, *Talking Points Memo*, May 3, 2019 (https://talkingpointsmemo.com/muckraker/wayne-lapierre-travel-expenses-nra)

Maremont, Mark, "Leaked Letters Reveal Details of NRA Chief's Alleged Spending, *Wall Street Journal,* May 11, 2019 (https://www.wsj.com/articles/leaked-letters-reveal-details-of-nra-chiefs-alleged-spending-11557597601)

Brigham, Bob, "BUSTED: National Rifle Association caught spending $275,000 at Beverly Hills boutique – on suits for Wayne LaPierre," *rawstory.com,* May 11, 2019 (https://www.rawstory.com/2019/05/busted-national-rifle-association-caught-spending-275000-at-beverly-hills-boutique-on-suits-for-wayne-lapierre/)

Richardson, John, "Ack-Mac Letter Regarding LaPierre Expenses," *Onlygunsandmoney.com,* May 12, 2019 (https://onlygunsandmoney.com/2019/05/12/ack-mac-letter-regarding-lapierre.html)

Puckett, Lily, "Wayne LaPierre spent hundreds of thousands from NRA funds on suits and travel, leaked documents show," *Independent*, May 13, 2019 (https://www.independent.co.uk/news/world/americas/nra-leaked-documents-wayne-lapierre-suit-travel-expenses-a8910771.html)

Wolf, Cam, "The CEO of the NRA Spent Almost $300,000 on Suits," *GQ,* May 13, 2019 (https://www.gq.com/story/nra-ceo-wayne-lapierre-suits)

Kutsch, Tom, "Read the Leaked NRA Docs that Detail Wayne LaPierre's Lavish Spending," *The Trace*, May 13, 2019 (https://www.thetrace.org/newsletter/leaked-nra-documents-wayne-lapierre-lavish-spending/)

Madden May, Pete, "NRA infighting spills into public view with anonymous leak of documents," abcnews.go.com, May 13, 2019 (https://abcnews.go.com/Politics/nra-infighting-spills-public-view-anonymous-leak-documents/story?id=63012618)

Silverstein, Ken, "Exclusive: Did the head of the NRA have an intimate relationship with a Russian spy and have his group pay her apartment rent," *WashingtonBabylon.com,* May 13, 2019 (https://washingtonbabylon.com/exclusive-did-the-head-of-the-nra-have-an-intimate-relationship-with-a-russian-spy-and-have-his-group-pay-her-apartment-rent/)

Christensen, Dan, "NRA pays lobbyist Marion Hammer big bucks, but you won't find that disclosed in Tallahassee," *Floridabulldog.org*, May 14, 2019 (https://www.floridabulldog.org/2020/07/nra-lobbyist-marion-hammer-to-face-ethics-commission-hearing/)

Hakim, Danny, "At the N.R.A., a Cash Machine Sputtering," *New York Times,* May 14, 2019 (https://www.nytimes.com/2019/05/14/us/nra-finances-executives-board-members.html)

Dickinson, Tim., "Leaked Documents Reveal 'Mindboggling' Spending at the National Rifle Association, *Rolling Stone*, May 17, 2019 (https://www.rollingstone.com/politics/politics-features/mindboggling-spending-at-the-national-rifle-association-836980/)

Swan, Betsy, "NRA Sues Advertising Firm for Alleged Media Leaks, Coup Attempt, *Daily Beast*, May 23, 2019 (https://www.thedailybeast.com/nra-sues-advertising-firm-ackerman-mcqueen-for-alleged-media-leaks-coup-attempt)

Hakim, Danny and Montague, Zach, "Ad Firm Fires Back at N.R.A. With $50 Million Lawsuit," *New York Times*, May 23, 2019 (https://www.nytimes.com/2019/05/23/us/nra-ackerman-mcqueen-lawsuit.html)

Weinberg, Neil and Voreacos, David, "Ad Firm Cuts Ties with NRA, Says 'Chaos Led Us to Lose Faith' After 38 Years," *Bloomberg*, May 29, 2019 (https://www.bloomberg.com/news/articles/2019-05-29/nra-s-longtime-ad-agency-severs-ties-as-legal-battle-escalates)

Kovensky, Josh, "Jilted NRATV Firm Accuses Gun Group of 'Hurting As Many People as Possible'," *Talking Points Memo*, July 3, 2019 (https://talkingpointsmemo.com/muckraker/nratv-severance-ackerman-mcqueen)

Maremont, Mark, "NRA Chief Sought Help of Group's Ad Agency in Trying to buy $5 Million Mansion," *Wall Street Journal*, August 6, 2019 (https://www.wsj.com/articles/nra-chief-sought-help-of-groups-ad-agency-in-buying-5-million-mansion-11565145754)

Leonnig, Carol D., and Reinhard, Beth, "NRA chief sought purchase of $6 million mansion in wake of Parkland shooting," *Washington Post,* August 7, 2019 (https://www.washingtonpost.com/politics/documents-show-nra-discussions-to-purchase-luxury-mansion-for-use-of-its-chief-executive/2019/08/06/eb8b0490-b7ce-11e9-b3b4-2bb69e8c4e39_story.html)

Maremont, Mark, "Check for Dallas Mansion Raises New Questions About NRA Plans," *Wall Street Journal,* August 12, 2019 (https://www.wsj.com/articles/check-for-dallas-mansion-raises-new-questions-about-nra-plans-11565626607)

Maremont, Mark, "NRA Promised $6.5 Million to Buy Mansion for CEO Wayne LaPierre, Document Shows," *Wall Street Journal*, August 13, 2019 (https://www.wsj.com/articles/nra-promised-6-5-million-to-buy-mansion-for-ceo-wayne-lapierre-document-shows-11565714149)

Leonnig, Carol D., and Hamburger, Tom, "How a hard-charging lawyer helped fuel a civil war inside the NRA," *Washington Post*, September 18, 2019 (https://www.washingtonpost.com/politics/how-a-hard-charging-lawyer-helped-fuel-a-civil-war-inside-the-nra/2019/09/18/9ae0a01e-a986-11e9-a3a6-ab670962db05_story.html)

Reinhard, Beth, "NRA chief Wayne LaPierre received a 57 percent pay raise in 2018, tax filings show," *Washington Post*, November 15, 2019 (https://www.washingtonpost.com/investigations/nra-chief-wayne-lapierre-received-a-57-percent-pay-raise-in-2018-tax-filings-show/2019/11/15/dba9ef54-07cf-11ea-b388-434b5c1d7dd8_story.html)

Stockler, Asher, "NRATV Creator Threatens 'Legal Action' Against Former Host over "Fabrications'," *Newsweek*, December 18, 2019 (https://www.newsweek.com/nratv-ackerman-mcqueen-nra-guns-1477939)

Clay, Nolan, "Will NRA get insider info?," *The Oklahoman,* December 28, 2019 (https://www.oklahoman.com/article/5650953/will-nra-get-insider-info)

Maremont, Mark, "NRA Fails to Stop Former Ad Agency From Cooperating With New York Probe," *Wall Street Journal,* February 24, 2020 (https://www.wsj.com/articles/nra-fails-to-stop-former-ad-agency-from-cooperating-with-new-york-probe-11582575899)

# EXHIBIT 5

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | |
| | § | **Civil Case No. CL19001757** |
| **ACKERMAN MCQUEEN, INC.** | § | |
| | § | |
| **and** | § | |
| | § | |
| **MERCURY GROUP, INC.** | § | |
| | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S EMERGENCY MOTION FOR ENTRY OF AN ORDER STAYING THIS ACTION SO THAT PLAINTIFF MAY CONDUCT LIMITED DISCOVERY INTO DEFENDANTS' THEFT OF PLAINTIFF'S PROPERTY**

Plaintiff the National Rifle Association of America (the "NRA") hereby moves this honorable Court for the issuance of a stay to enable the NRA to conduct limited discovery into possible sanctionable conduct and ethical violations involving Defendants Ackerman McQueen, Inc. and Mercury Group, Inc. (together, "AMc") and others. Based on the facts that the NRA knows thus far, it appears that the conduct of AMc has at least threatened the integrity of the litigation process. In order to determine appropriate remedies, it is necessary for the NRA to take limited discovery. Accordingly, the NRA requests that the Court enter a brief stay so that it can take limited, focused discovery and then decide how to proceed. The grounds for this motion are set forth in more detail in the accompanying memorandum in support hereof.

WHEREFORE Plaintiff NRA requests that the Court (1) enter an order staying this action so that the NRA may conduct limited discovery, (2) authorize the NRA to take the discovery it seeks, and (3) grant the NRA all other appropriate relief.

Dated: May 23, 2019

Respectfully submitted,

James W. Hundley (VA Bar No. 30723)
Robert H. Cox (VA Bar No. 33118)
Amy L. Bradley (VA Bar No. 80155)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
jhundley@brigliahundley.com
rcox@brigliahundley.com
abradley@brigliahundley.com
Phone: 703-883-0880
Facsimile: 703-883-0899

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2019, I caused Plaintiff's Motion for Entry of an Order Staying this Action so that Plaintiff May Conduct Limited Discovery Into Defendants' Theft of Plaintiff's Property, accompanying memorandum in support, exhibits, and a proposed order to be served via electronic mail and first-class mail upon:

David Schertler
Schertler & Onorato, LLP
901 New York Avenue, N.W.
Suite 500
Washington, D.C. 20001
dschertler@schertlerlaw.com

*Counsel for the Defendants*

James W. Hundley (VA Bar No. 30723)
Robert H. Cox (VA Bar No. 33118)

# EXHIBIT A

**CIRCUIT COURT OF VIRGINIA**
**CITY OF ALEXANDRIA**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** <br><br> **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. CL19001757** |
| **ACKERMAN MCQUEEN, INC.; MERCURY GROUP, INC.** <br><br> **Defendants.** | ) | |

**AFFIDAVIT OF ANDREW ARULANANDAM**

1. My name is Andrew Arulanandam. I am over twenty-one years old and am fully competent to make this affidavit. Unless otherwise noted, I have personal knowledge of all matters stated herein.

2. I am the Managing Director of Public Affairs of the National Rifle Association (the "NRA"). I have worked for the NRA for more than 18 years.

3. As part of my job responsibilities, I attend most NRA board meetings, and sometimes coordinate with NRA officers, employees, or professionals who make presentations at those meetings.

4. I am aware that the NRA often receives technical assistance from meeting-venue staff and from Ackerman McQueen, in connection with setting up audio-visual ("AV") equipment and media for presentations at meetings. When confidential or privileged discussions occur, AV technicians not properly party to those discussions may be asked to leave the room; however, after the technician steps out, the NRA continues to make use of their equipment. It is

my understanding that the NRA sometimes authorizes third-party AV technicians to handle digital media containing privileged material—for example, to insert the media into a drive for "setup" purposes. However, it is never the NRA's intent to thereby disclose the substance of the digital media to a third party.

5. Ackerman has been a trusted agent of the NRA for many years, including for purposes of assisting us with AV technology at meetings. I would never have expected Ackerman to copy or misappropriate the contents of any digital presentation media without explicit consent from the NRA. Indeed, it is my understanding that the NRA's contract with Ackerman specifically prohibits Ackerman from copying any NRA confidential information without express written authorization from the NRA.

6. On Monday, April 29, 2019, I attended a meeting of the board of directors of the NRA that was held at the JW Marriott hotel in Indianapolis, Indiana, in connection with the NRA's annual meeting.

7. The NRA board meeting was held in a large ballroom at the hotel, with a dais and large projection screen in the front of the room, seating for the NRA board members and other attendees in the middle of the room, and a table with a variety of audio-visual equipment located in the back of room behind the seating. The audio-visual equipment included two laptops for displaying PowerPoint presentations and other information on the large screen in the front of the room. I was cognizant that there were staff assisting with AV setup, but did not specifically note their identities.

8. After a short recess during the NRA board meeting, Travis Carter of Brewer, Attorneys & Counselors approached me and asked whether I knew someone named John who might have been assisting with AV in the back of the room. I determined that the individual he

was talking about was John Popp.  Mr. Carter stated that he provided the flash drive to Mr. Popp

with the Brewer Firm's PowerPoint presentation, and that Mr. Popp copied the presentation to his

laptop—but then, Mr. Popp and his laptop appeared to have vanished from the meeting room.

9.      I have known Mr. Popp for a number of years.  Mr. Popp is a long-time employee

of Ackerman McQueen.  Mr. Popp has attended numerous NRA board meetings and provides

technical assistance with the audio-visual equipment used during those meetings.  Neither I—nor,

to my knowledge, anyone at the NRA—ever intended to disclose the contents of Brewer's

presentation to Mr. Popp.

10.      Brewer's privileged presentation occurred in an executive session of the NRA

board meeting, which no one from Ackerman was allowed to attend.

11.      Not surprisingly, Mr. Carter expressed surprise and dismay that the AV technician

to whom he had handed the presentation was affiliated with Ackerman.  Mr. Carter expressed an

urgent need to speak to Mr. Popp to ensure the PowerPoint presentation had not been retained on

Mr. Popp's laptop.

12.      I informed Mr. Carter that I could call Mr. Popp as I had Mr. Popp's cell phone

number.  (Most attendees are required to hand in their mobile phones to security before entering

the Board meeting; However, given the nature of my responsibilities, I was allowed to hold on to

my phones and had them on me when Mr. Carter made this request.)  Mr. Carter requested that I

do so.  Mr. Popp answered my call and agreed that I could hand my cell phone to Mr. Carter so

that Mr. Carter could speak with him.

13.      I was standing next to Mr. Carter during the call and, although I could not hear Mr.

Popp's side of the conversation, I could hear Mr. Carter's side of the conversation.  Mr. Carter

twice asked Mr. Popp whether he deleted the PowerPoint presentation that Mr. Carter put on the

laptop in Mr. Popp's possession. I could tell that Mr. Carter was satisfied by Mr. Popp's assurances that the PowerPoint presentation had been deleted from the laptop and no copy of the presentation remained in Mr. Popp's possession.

14. If I had been there at the time when Mr. Carter handed the presentation to Mr. Popp and realized the content of the Brewer presentation, and specifically its relevance to ongoing litigation against Ackerman, I would have certainly advised Mr. Carter against coordinating with Mr. Popp, or any Ackerman employee, for purposes of AV setup. Furthermore, regardless of the presentation's contents, if I had known that Mr. Popp would retain a copy of the presentation without the NRA's consent, or that Ackerman would make additional copies without the NRA's consent, I would have strongly recommended to the NRA that Ackerman be barred from the meeting altogether. Therefore, in my view, Ackerman's insistence that the NRA waived its attorney-client privilege is preposterous. I have worked with Ackerman for years and view this incident as reflecting a serious breach of trust. Needless to say, the NRA never intended to disclose the substance of the presentation to Ackerman or compromise the NRA's privilege in any way.

Further affiant sayeth not.

Andrew Arulanandam

Sworn to before me this
22 day of May, 2019

Colleen Patricia Shoemaker
Notary Public

COLLEEN PATRICIA SHOEMAKER
NOTARY PUBLIC
REG. #7164428
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES OCT. 31. 2020

4818-9477-2119.4
2277-03

# EXHIBIT B

APP. 00072

**VIRGINIA:**
**IN THE CIRCUIT COURT FOR THE**
**CITY OF ALEXANDRIA**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**ACKERMAN MCQUEEN, INC.,**<br><br>**and**<br><br>**MERCURY GROUP, INC.**<br><br>**Defendants.** | ) | **Civil Case No. CL19001757** |

**AFFIDAVIT OF TRAVIS J. CARTER**

**District of Columbia** :

BEFORE ME on this day appeared TRAVIS J. CARTER, a person known to me, who did upon his oath depose and state:

1. My name is TRAVIS CARTER. I am over the age of twenty-one years and am fully competent and able to testify herein and able to swear, as do hereby swear, that all of the facts and statements herein contained are true and correct and that, except as expressly noted otherwise, I have personal knowledge of the same.

2. I am the Managing Director of Public Affairs at Brewer, Attorneys & Counselors, outside counsel for the NRA.

3. In the days leading up to the NRA's Board of Directors meeting on April 29, 2019, the Brewer law firm prepared a privileged and confidential PowerPoint presentation for use during the meeting. The meeting was to occur at the JW Marriott Hotel in Indianapolis, Indiana, in conjunction with the NRA's 2019 Annual Meeting.

4. The PowerPoint was intended for use during a presentation by William A. Brewer III to the NRA Board of Directors. The purpose of Mr. Brewer's privileged and confidential presentation was to, among other things, discuss litigation strategy in the above-captioned case. Several of the slides in the presentation contained highly confidential information about the lawsuit and other matters. I understand from attorneys at our firm that the confidential information contained in the PowerPoint presentation is protected, as a legal matter, by both the attorney-client privilege and the work product doctrine.

5. Appropriately, every page of the presentation was marked with the name of our law firm ("Brewer") and the legends: "ATTORNEY WORK PRODUCT" and "PRIVILEGED & CONFIDENTIAL." A similar legend appears in bold font on the cover page of the presentation: **"Attorney Work Product; Privileged & Highly Confidential."**

6. Before the meeting, I stored a copy of the PowerPoint presentation on a USB "thumb" drive. I then carried the thumb drive on my person to the board meeting, at all times keeping it secure and protected.

7. On April 29, 2019, I arrived at the location of the board meeting. It was in a large hotel ballroom with a dais on one side of the room, seating room for board members and others, as well as space in the back of the room with a variety of Audio and Visual ("AV") equipment placed on top of a table. Among the items on the AV table were two laptops. I observed that the laptops were connected through cable cords to some of the other AV equipment, and the location of the laptops and their configuration in relation to the rest of the equipment made it clear that they were being used to display PowerPoint and other presentations on the large screen in the front of the room for use during the meeting. This configuration did not surprise me: I had observed a similar setup at previous NRA board meetings.

8. In my experience (including, but not limited to, my experience at other NRA board meetings), such configurations are fairly common, and multiple presenters make use of a shared laptop or laptops (typically furnished by the meeting venue) to display different presentations. This is much more practical than having every presenter use his own laptop, because switching multiple laptops "in" and "out" can cause disruption and delay as the various AV technical settings are calibrated anew to accommodate every new laptop. Rather, presenters use thumb drives and the like to display their presentations via the venue-provided laptops. It is my understanding that

although AV technicians who are not properly party to privileged conversations may be asked to leave the room, presenters use the AV equipment furnished by the technicians and may request their assistance "setting up" presentations. These technicians may be entrusted with digital copies of documents for the purpose of loading the files onto one device or another. I often verbally confirm that the technical staff has not retained the contents of any files handed to him or her and that the presentation is deleted from their laptop.

9.     When I entered the ballroom on April 29, 2019, I saw two individuals stationed at the AV area. Recognizing these individuals were operating in the capacity of AV professionals, I approached, introduced myself, and explained that I was with the Brewer firm and that Mr. Brewer would be making a privileged presentation to an executive session of the NRA board.

10.     In response, one of the individuals—who I later learned was not an employee of the meeting venue, but rather an Ackerman McQueen employee named John Popp—greeted me and agreed to assist me. He told me it would be easier to run the presentation if the PowerPoint file was copied to the laptop's hard drive. I acceded to this request because, in my prior experience, running a presentation directly from a piece of external media can sometimes slow things down and I wanted to maintain physical possession of my thumb drive. I handed Mr. Popp the thumb drive. (The thumb drive has a logo on it displaying the former name of our law firm, "Bickel &

Brewer.") I then observed Mr. Popp plug the thumb drive into the laptop, and helped him select the correct file from the thumb drive.

11. Very quickly, Mr. Popp handed back to me the thumb drive and I continued to keep it safely in my possession. Mr. Popp then launched the PowerPoint off the laptop, causing the first slide of the presentation to open on a large screen at the front of the room. (The first slide of the presentation contains our firm's logo and the title "Executive Session Briefing," along with confidentiality and privilege legends, but no detailed information or legal advice. Therefore, I was comfortable displaying the first slide in the presence of the individual who I believed to be an AV technician.) This was necessary to "test" that the presentation would display properly.

12. Following a short recess of the meeting, and prior to the proceedings moving into executive session, I returned to the AV table and was shocked to discover that the "technician" and his laptop were gone.

13. I immediately turned to Andrew Arulanandam, Managing Director of Public Affairs at the NRA, and asked where the person assisting with our AV needs had gone. Another NRA representative standing nearby told me and Mr. Arulananadam that the AV person had to leave because he had a plane to catch, or words to that effect. There was then discussion through which I was informed for the first time that Mr. Popp works for Ackerman McQueen.

14. I could not believe what I had just heard. At no point leading up to this moment did I observe or hear anything that could have possibly disclosed that Mr. Popp

was an employee of Ackerman McQueen, the litigation adversary discussed in the confidential PowerPoint presentation. Nor had I been advised that anyone from Ackerman McQueen was in the room that day. It was clear to everyone that the materials to be presented during the executive session of the meeting were highly confidential, so much so that all attendees were required to "check in" prior to the meeting and turn over their phones and any electronic devices.

15. Promptly thereafter, I stated to Mr. Arulanandam that we needed to speak directly to Mr. Popp. I asked how we might reach him and Mr. Arulanandam offered to call Mr. Popp directly, as the meeting was on recess. (He informed me that he had Mr. Popp's number saved on his mobile device.) I did not think that it was necessary for me to call Mr. Popp, but I chose to do so out of an abundance of caution. I wanted to confirm that he did not retain a digital copy of the PowerPoint presentation and, if he had, I wanted to direct him to delete it. Had he not left without my knowledge, I would have personally asked him to delete the PowerPoint presentation from his laptop before he left. Mr. Arulanandam called Mr. Popp at my request.

16. Mr. Popp answered the phone right away. After Mr. Arulanandam handed me the phone, I said to Mr. Popp in sum and substance: I did not know you were leaving. I then asked point blank: "You don't still have the presentation on your computer, do you?" He answered: "No, I don't have a copy." I said: "What do you mean you don't have a copy?" He then stated in sum and substance: "It is always my practice to delete the presentations that I run on my computer." I reminded him that he

might have had a copy on his desktop and potentially would have had it in his archived files or something to that effect. I asked Mr. Popp to confirm that he deleted the presentation not only from the desktop of his laptop but also from any archived folders existing on his laptop. He assured me that he did. Mr. Arulanandam was a witness to me having a significant part, if not all, of this conversation on his cell phone.

17. Subsequently, I used the other laptop that was left in the room after Mr. Popp had left to display the PowerPoint presentation during Mr. Brewer's remarks in executive session. After the presentation was delivered, I deleted the PowerPoint, which I had downloaded from the thumb drive, from the other laptop so that the PowerPoint would be erased. I retained possession of my thumb drive to bring the device back with me to my office in Dallas, where I currently have the thumb drive in my possession.

18. Several weeks later, on May 15, 2019, I learned through a letter from Ackerman McQueen's counsel David Schertler that Ackerman McQueen had <u>two</u> thumb drives with the PowerPoint presentation on it. I was shocked to learn that Ackerman McQueen was in possession of such material. First, I knew that the presentation previously existed only on <u>one</u> thumb drive and that device was and still is in my personal possession. Second, I knew that for someone to have created those copies, Mr. Popp must have been untruthful with me during our conversation when he said that he had <u>deleted</u> the presentation. Moreover, it shocked me that someone from Ackerman McQueen must have participated in a process that involved copying and

storing the presentation on thumb drives – even as they knew that the presentation they were copying—twice—was privileged and highly confidential.

19. I have now learned that the two thumb drives were provided by Ackerman McQueen's counsel to the NRA via NRA's counsel James Hundley.

20. Also, I understand that Jamente Cooper, Lead Forensic Analyst, Contact Discovery Solutions, located in Washington D.C., who was retained by the NRA to assist it in this matter, extracted in a forensically sound manner the PowerPoint presentations contained on the two thumb drives that had been provided by Ackerman McQueen to its counsel, Mr. Schertler. On May 22, 2019, after Mr. Cooper extracted the PowerPoint presentations from the two thumb drives, Contact Discovery Solutions shared with our firm copies of those two PowerPoint presentations. Our firm then compared them to the one contained on the thumb drive I handed to Mr. Popp at the JW Marriott on April 29, 2019. After comparing the presentations, our firm is confident that the presentation saved on the Ackerman McQueen thumb drives are copies of the presentation located on the thumb drive I handed to Mr. Popp on April 29, 2019.

Travis J. Carter

Sworn to before me this
22 day of May, 2019

Notary Public

TATIANA SENDERSKAYA NOTARY PUBLIC EXP. 10/31/2022 DISTRICT OF COLUMBIA

# EXHIBIT C



SCHERTLER & ONORATO, L.L.P.

May 15, 2019

***VIA ELECTRONIC MAIL AND FIRST CLASS MAIL***

James W. Hundley
Briglia Hundley, P.C.
1921 Gallows Road
Suite 750
Tysons Corner, VA 22182

RE: ***National Rifle Association of America v. Ackerman McQueen, Inc.***, CL19001757

Dear Jim:

As you know, this law firm represents Ackerman McQueen in connection with the above-captioned litigation. We recently became aware that our client came into possession of a power-point presentation used in connection with an Executive Session meeting of the NRA's Board of Directors on April 29, 2019. The power-point presentation may contain confidential material. To our understanding, at the direction of an attorney or employee of the Brewer Law Firm, the power-point presentation was loaded on a laptop computer belonging to Ackerman McQueen and remained on that laptop computer when it was retrieved later by an Ackerman McQueen employee.

We understand there are two thumb drives that contain a copy of the power-point presentation. An attorney in our office, without knowing the contents of the file, opened one of the thumb drives, viewed the first cover page and realized that the document appeared to be confidential. He immediately closed the file without viewing any of its contents and reported the existence of the document to me.

The two thumb drives have been secured in a safe in our offices. Our understanding is that those are the only two copies of the power-point presentation in our possession or in our client's possession. No attorney or other employee at our firm or any other law firm has reviewed the power-point presentation nor are we aware of the contents or substance of that document. We would be happy to either destroy those two thumb drives or deliver them to you, at your discretion.

If you have any questions regarding this matter, please feel free to contact me.

Sincerely,

David Schertler

# EXHIBIT D

APP. 00083

DALLAS | NEW YORK

BREWER
ATTORNEYS & COUNSELORS

May 16, 2019

**VIA EMAIL**

David Schertler
Schertler & Onorato, LLP
901 New York Avenue, N.W.
Suite 500 West
Washington, D.C. 20001

Re: Your May 15, 2019 Letter to James W. Hundley re National Rifle Association v. Ackerman McQueen, CL19001757

Dear David:

The NRA received your letter to James W. Hundley dated May 15, 2019, in which you state that your client Ackerman McQueen came into possession of two thumb drives with a Powerpoint presentation used in connection with an Executive Session meeting of the NRA's Board of Directors on April 29, 2019.

First, thank you for bringing the issue to the NRA's attention, securing the two thumb drives in a safe, and offering to deliver them to the NRA. As each page of the presentation states, the presentation at issue is a privileged, confidential document. It is protected not only by the attorney-client privilege but also the work product doctrine. As a result, please deliver the two thumb drives with the presentation to Mr. Hundley.

Second, please let me know:

1. The names, positions, and titles of all who participated in your investigation into how Ackerman McQueen came in possession of the privileged presentation and how the presentation came to exist on two thumb drives;

2. Your understanding as to who copied the presentation onto the thumb drives, when, where, and why;

3. Who at Ackerman McQueen reviewed the presentation or is otherwise aware of the contents of the presentation;

4. How the thumb drives came into your firm's possession;

5. The basis for your statement that you understand that the two thumb drives are the only two copies of the presentation in your firm's or in Ackerman McQueen's possession;

6. The steps that have been taken to ensure that the presentation does not exist in Ackerman McQueen's possession on any media other than the two thumb drives; and

7. Whether the thumb drives at any point contained any other privileged or confidential information belonging to the NRA.

Finally, I ask you to please confirm that Ackerman McQueen is not now nor has ever been, to its knowledge, in possession of any other privileged Powerpoint presentations belonging to the NRA.

Sincerely,

/s/ Svetlana M. Eisenberg
Svetlana M. Eisenberg

cc: John Frazer, General Counsel, The National Rifle Association
James W. Hundley, Briglia Hundley, P.C.

# EXHIBIT E



SCHERTLER & ONORATO, L.L.P.

May 20, 2019

***VIA ELECTRONIC MAIL AND FIRST CLASS MAIL***

Svetlana M. Eisenberg
Brewer Attorneys & Counselors
750 Lexington Avenue
14th Floor
New York, New York  10022

      RE: ***National Rifle Association of America v. Ackerman McQueen, Inc.***, CL19001757

Dear Ms. Eisenberg:

      I am in receipt of your letter of May 16, 2019 and respond by way of this letter.

      First, we will hand-deliver today the two thumb drives in our possession to Mr. Hundley as you request.

      Second, you state that "as each page of the presentation states, the presentation at issue is a privileged, confidential document." (May 16, 2019 letter at p. 1).  We do not know what each page of the presentation states.  However, the fact that a Brewer Law Firm attorney or employee directed that the power-point be downloaded to a laptop computer that did not belong to the Brewer Law Firm and, in fact, a laptop that belonged to an adversarial party, and then allowed the power-point to remain on that laptop when it was returned to that employee, may well have waived any privilege or confidentiality of the document.  Despite our view in this regard, we have elected to return the document to you.

      Third, the information you request in Paragraphs (1) through (7) is protected from disclosure by the attorney-client privilege and we decline to disclose that information to protect the privilege.

      If you have any questions regarding this matter, please feel free to contact me.

                  Sincerely,

                  David Schertler

cc: James W. Hundley, Esq.

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. CL19001757** |
| **ACKERMAN MCQUEEN, INC.,** | ) | |
| **and** | ) | |
| **MERCURY GROUP, INC.** | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter came before the Court on the Plaintiff's Motion for Entry of an Order Staying this Action so that Plaintiff May Conduct Limited Discovery Into Defendants' Theft of Plaintiff's Property; and

The Court having reviewed the Motion and determining that good cause exists to support the Motion;

The Plaintiff's Motion for Entry of an Order Staying this Action so that Plaintiff May Conduct Limited Discovery Into Defendants' Theft of Plaintiff's Property is hereby GRANTED. The action is temporarily stayed for sixty (60) days to permit Plaintiff to conduct limited discovery of Defendants. Plaintiff is authorized to issue interrogatories and requests for production of documents regarding the misappropriation of Plaintiff's privileged documents during the temporary stay. Plaintiff is directed to issue its discovery requests within five (5) days after the entry of this Order. Defendants have fifteen (15) days to respond to the discovery requests.

It is further Ordered that Plaintiff is authorized to depose John Popp and the corporate representative of each defendant under Rule 4:5(b)(6) of the Rules of the Supreme Court of Virginia. These depositions are to begin no later than 21 days after the entry of this Order.

So Ordered this ____ day of May, 2019.

______________________________
Circuit Court Judge

We ask for this:

______________________________
James W. Hundley (VA Bar No. 30723)
Robert H. Cox (VA Bar No. 33118)
Amy L. Bradley (VA Bar No. 80155)
BRIGLIA HUNDLEY, P.C.
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
jhundley@brigliahundley.com
rcox@brigliahundley.com
abradley@brigliahundley.com
Phone: 703-883-0880
Fax: 703-883-0899

*Attorneys for the National Rifle Association*

Seen and ____________:

______________________________
David H. Dickieson (VA Bar No. 31768)
Schertler & Onorato, LLP
901 New York Avenue, N.W., Suite 500 West
Washington, DC 20001
ddickieson@schertlerlaw.com

Phone: 202-628-4199

*Attorney for Ackerman McQueen, Inc. and Mercury Group, Inc.*

# EXHIBIT 6

APP. 00091







# New York State Can't Be Allowed to Stifle the NRA's Political Speech

By David Cole, National Legal Director
AUGUST 24, 2018 | 5:00 PM

TAGS: Free Speech

ɢN UP FOR BREAKING
ᴡS
ur email address
ᴾ code

ew York Gov. Andrew Cuomo is no fan of the National mailer his campaign sent to New York voters this week tters: "If the NRA goes bankrupt, I will remember them in ayers."

APP. 00092

There's nothing wrong with the governor singling out a political adversary for criticism, or even mockery. That's just politics, and the NRA itself is no stranger to hardball tactics.

But in a lawsuit the NRA filed against Cuomo this spring, the organization contends that he did more than criticize it. The NRA alleges that Cuomo and top members of his administration abused their regulatory authority over financial institutions to threaten New York banks and insurers that associate with the NRA or other "gun promotion" groups, and that those threats have jeopardized the NRA's access to basic insurance and banking services in New York.

In the ACLU's view, targeting a nonprofit advocacy group and seeking to deny it financial services because it promotes a lawful activity (the use of guns) violates the First Amendment. Because we believe the governor's actions, as alleged, threaten the First Amendment rights of all advocacy organizations, the ACLU on Friday filed a friend-of-the-court brief supporting the NRA's right to have its day in court.

The state has asked the court to dismiss the case without even permitting discovery into the administration's actions. Our brief supports the NRA's right to discovery on its First Amendment claims. To be clear, the ACLU does not oppose reasonable restrictions on guns (you can read more about that here). Our position in this case has nothing to do with our opinions on the NRA's policies — it's about the First Amendment rights of all organizations to engage in political advocacy without fear that the state will use its regulatory authority to penalize them for doing so.

Political advocacy organizations like the NRA (or the ACLU or Planned Parenthood) need basic business services, like insurance and banking, to
…ays that the state, using its regulatory powers over those
…ening financial companies that do business with the NRA.

…N UP FOR BREAKING
…WS
…ur email address
… code

…oth public and non-public actions taken by the Cuomo
…nalize it for its views. State officials issued press releases

and sent threatening letters to banks and insurance companies, and also allegedly communicated "backchannel threats" to companies with ties to the NRA, warning that they would face regulatory action if they failed to end their relationships with the organization.

If the NRA's charges are true, the state's actions would clearly violate the First Amendment. Public officials are, of course, free to criticize groups with which they disagree. But they cannot use their regulatory authority to penalize advocacy groups by threatening companies that do business with those groups. And here the state has admitted, in its own words, that it focused on the NRA and other groups not because of any illegal conduct, but because they engage in "gun promotion" — in other words, because they advocate a lawful activity.

Substitute Planned Parenthood or the Communist Party for the NRA, and the point is clear. If Cuomo can do this to the NRA, then conservative governors could have their financial regulators threaten banks and financial institutions that do business with any other group whose political views the governor opposes. The First Amendment bars state officials from using their regulatory power to penalize groups merely because they promote disapproved ideas.

In April 2018, the New York State Department of Financial Services sent "guidance letters" to banks and insurance companies. It wrote, "The Department encourages its insurers to continue evaluating and managing their risks, including reputational risks, that may arise from their dealings with the NRA or similar gun promotion organizations… The Department encourages regulated institutions to review any relationships they have with the NRA or similar gun promotion organizations, and to take prompt actions to managing these risks and promote public health and safety."

Two weeks later, the department announced consent decrees with two
nillions of dollars in fines and barring them from selling
products that are endorsed by the NRA. Days later, the
›rporate insurance carrier severed ties and said it would
with insurance at any price.

ìN UP FOR BREAKING
WS
ur email address
ᴾ code

The NRA says that it has since had serious difficulty replacing its corporate insurance because nearly every potential replacement was afraid of being investigated by the state. The NRA also says that numerous banks have withdrawn bids to provide basic financial services because the April letters from the state indicated that any association with the NRA could expose them to regulatory retaliation.

The state argues that even if all of the NRA's claims are true, the First Amendment doesn't apply. We disagree, and as we note in our brief, dismissing the NRA case:

> would set a dangerous precedent for advocacy groups across the political spectrum. Public officials would have a readymade playbook for abusing their regulatory power to harm disfavored advocacy groups without triggering judicial scrutiny.

There are acceptable measures that the state can take to curb gun violence. But using its extensive financial regulatory authority to penalize advocacy groups because they "promote" guns isn't one of them.

Fight for everyone's rights - support the ACLU.

DONATE NOW

## RELATED STORIES

Congress ...uldn't Be ...ced Off to ... People it ...resents

...CH 9, 2021

The Weeknd is Safe Enough for the Super Bowl, but Contraband in Prison

FEBRUARY 18, 2021

...N UP FOR BREAKING ...WS

...ur email address

... code

## STAY INFORMED

Your email address

ZIP code

**JOIN OUR NEWSLETTER**

iN UP FOR BREAKING
WS

ur email address

P code

# EXHIBIT 7

APP. 00097

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>*Plaintiff and Counter-Defendant,*<br><br>**v.**<br><br>**ACKERMAN MCQUEEN, INC.,**<br><br>*Defendant and Counter-Plaintiff,*<br><br>**and**<br><br>**MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:19-cv-02074-G** |

**DECLARATION OF JOHN C. FRAZER IN SUPPORT OF THE NRA'S OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

I, JOHN C. FRAZER, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the Secretary and General Counsel of the National Rifle Association of America (the "NRA"). I submit this declaration in support of the NRA's Opposition to Defendants' Motion for Partial Summary Judgment.

2. Unless otherwise noted, I have personal knowledge of the matters stated herein.

3. I have served as Secretary and General Counsel of the NRA since 2015. In this capacity, I negotiate engagement letters with outside counsel, review and approve legal invoices submitted by outside counsel, and oversee major litigation involving the NRA. I also provide legal advice to the NRA where appropriate regarding contractual relationships, and contractual disputes, with vendors, including Ackerman McQueen, Inc. and Mercury Group, Inc. (collectively, "AMc").

4. The NRA first retained BAC in March 2018 at the recommendation of our former outside counsel, Steve Hart.[1] The NRA hired BAC to develop and pursue litigation strategy addressing a range of existing and potential issues, including an investigation by New York State's insurance regulator and additional, anticipated partisan attacks by other New York officials. It is my understanding that Mr. Hart has recently testified that BAC was retained only to handle a lawsuit against the NRA's affinity insurance broker and administrator, Lockton, and not for any other purpose, including the New York State insurance investigation. This is baffling and inaccurate. The insurance investigation, and the expectation of additional potential regulatory hostilities in New York, predated and informed BAC's retention. The Lockton lawsuit did not exist until months later.

5. Attached hereto as Exhibit 1 is a true and correct copy of the engagement letter executed among BAC and the NRA on March 5, 2018. The purposed of the records examination was to determine whether AMc had complied with the provisions of Section III of the Services Agreement in rendering bills to NRA.

6. On September 17-18, 2018, several BAC professionals visited AMc's offices to conduct a record examination pursuant to Section VIII of that certain Services Agreement among the NRA and AMc dated April 30, 2017 (the "Services Agreement"). The Services Agreement was amended on May 6, 2018. I communicated with BAC before, during, and after the visit regarding the progress and findings of the review. Without divulging legal advice or litigation strategy discussions I had with BAC, I formed the view following BAC's visit that there were significant issues warranting additional investigation. Among other things, the on-site team was

---

[1] The NRA suspended Mr. Hart's engagement on April 22, 2019, and no longer has an attorney-client relationship with Mr. Hart. Certain functions formerly performed by Mr. Hart are performed by BAC.

not able to access supporting detail regarding the business purpose for many out-of-pocket expenses billed to the NRA. Moreover, based on at least one telephone call I overheard between a BAC attorney and AMc's outside counsel, I perceived AMc was surprisingly hostile to the NRA's record-examination effort. This caused some concern that AMc was less than forthright in its production of records. The purpose of the records examination was to determine whether AMc had complied with the provisions of section III of the Services Agreement in rendering bills to NRA.

7.      I have reviewed AMc's allegation that another "audit" of its records was performed by the law firm Cooper & Kirk LLP in November 2018. This is inaccurate. Although my office requested that Cooper & Kirk review a discrete set of AMc records in order to tally a list of invoices potentially reimbursable under a settlement agreement, the scope of this review was extremely limited and unrelated to the purpose for which BAC's efforts were undertaken in September 2018.

8.      During February 2019, my office retained Forensic Risk Alliance ("FRA") to complete and supplement the review of AMc's records which BAC attempted in September 2018. Although FRA did not generate a formal report, I received regular briefings and analyses from the FRA audit team, typically in the form of conference calls and/or Zoom sessions. At the conclusion of the FRA record examination, I formed the view that although AMc had interacted in a more professional manner with FEA representatives than with BAC, they nonetheless were no more responsive in providing "files, books and records" to support the propriety of AMc's spending and the backup records maintained to justify and substantiate it. In sum, AMc was still not providing the information to enable NRA to determine whether and to what extent AMc complied with its obligations under the Services Agreement. Moreover, the NRA still had not been able to review

a seven-figure related-party contract between AMc and NRA's then-President (and board member), Lt. Col. Oliver North ("North") (such contract, the "North Contract").

9. I finally gained access to the North Contract when it was brought to my office by AMc's outside counsel, McDermott Will & Emery, in late February of 2019. Unfortunately, my review of the contract did not fully answer the NRA's questions or resolve its concerns. The NRA was still unable to ascertain the total production cost for American Heroes. The North Contract appeared to contemplate compensation for aides or support staff for North, but the NRA had no visibility regarding what associated costs it was bearing. And because North turned out to be a full-time employee (not a contractor) of Ackerman, it was important for the NRA to understand whether, and to what extent, the NRA was underwriting non-cash compensation for North such as health or retirement benefits. Attached hereto as Exhibits 2 and 3 are true and correct copies of letters I sent to AMc's outside counsel, Stephen Ryan, on March 25 and 26, 2019, respectively, raising questions that remained after the FRA examination and my review of the North Contract. I never received a response.

10. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of September, 2021.

John C. Frazer

# EXHIBIT 8
# (Filed Under Seal)

# EXHIBIT 9
# (Filed Under Seal)

# EXHIBIT 10
# (Filed Under Seal)

# EXHIBIT 11
# (Filed Under Seal)

# EXHIBIT 12
# (Filed Under Seal)

# EXHIBIT 13
# (Filed Under Seal)

# EXHIBIT 14
# (Filed Under Seal)

# EXHIBIT 15
# (Filed Under Seal)

# EXHIBIT 16
# (Filed Under Seal)

# EXHIBIT 17
# (Filed Under Seal)

APP. 00192-APP. 00274

# EXHIBIT 18
# (Filed Under Seal)

# EXHIBIT 19
# (Filed Under Seal)

# EXHIBIT 20
# (Filed Under Seal)

# EXHIBIT 21
# (Filed Under Seal)

# EXHIBIT 22

APP. 00426

CLOSED,JURY

**U.S. District Court**
**Eastern District of Virginia - (Alexandria)**
**CIVIL DOCKET FOR CASE #: 1:18-cv-00639-LO-JFA**

| | |
|---|---|
| National Rifle Association of America v. Lockton Affinity Series of Lockton Affinity, LLC et al | Date Filed: 05/29/2018 |
| Assigned to: District Judge Liam O'Grady | Date Terminated: 11/16/2018 |
| Referred to: Magistrate Judge John F. Anderson | Jury Demand: Plaintiff |
| Cause: 28:1332 Diversity-Breach of Contract | Nature of Suit: 110 Insurance |
| | Jurisdiction: Diversity |

**Plaintiff**

**National Rifle Association of America**

represented by

**Robert H. Cox**
BrigliaHundley PC (Tysons)
1921 Gallows Rd
Suite 750
Tysons Corner, VA 22182
703-883-9105
Fax: 703-883-0899
Email: rcox@brigliahundley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynn Bradley**
BrigliaHundley PC (Tysons)
1921 Gallows Rd
Suite 750
Tysons Corner, VA 22182
703-883-0880
Fax: 703-883-0899
Email:
abradley@brigliahundley.com
*ATTORNEY TO BE NOTICED*

**James W. Hundley**
BrigliaHundley PC (Tysons)
1921 Gallows Rd
Suite 750
Tysons Corner, VA 22182
(703) 883-0880
Fax: (703) 883-0899
Email:

jhundley@brigliahundley.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Lockton Affinity Series of Lockton Affinity, LLC** | represented by | **Timothy J. McEvoy**<br>Cameron McEvoy PLLC<br>4100 Monument Corner Dr<br>Suite 420<br>Fairfax, VA 22030<br>(703) 273-8898<br>Fax: (703) 273-8897<br>Email:<br>tmcevoy@cameronmcevoy.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick James McDonald**<br>Cameron McEvoy PLLC<br>4100 Monument Corner Dr<br>Suite 420<br>Fairfax, VA 22030<br>703-273-8898<br>Fax: 703-273-8897<br>Email:<br>pmcdonald@cameronmcevoy.com<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Kansas City Series of Lockton Companies, LLC** | represented by | **Timothy J. McEvoy**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Patrick James McDonald**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **Bureau of Insurance of the Virginia State Corporation Commission** | represented by | **Patricia Ann Collins McCullagh**<br>State Corporation Commission<br>PO Box 1197<br>Richmond, VA 23218<br>804-371-0445<br>Email:<br>patricia.mccullagh@scc.virginia.gov |

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Kansas City Series of Lockton Companies, LLC**     represented by     **Timothy J. McEvoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Lockton Affinity Series of Lockton Affinity, LLC**     represented by     **Timothy J. McEvoy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Patrick James McDonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Defendant**

**National Rifle Association of America**     represented by     **Robert H. Cox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy Lynn Bradley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James W. Hundley**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/29/2018 | 1 | COMPLAINT against Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC ( Filing fee $ 400, receipt number 0422-6106461.), filed by National Rifle Association of America. (Attachments: # 1 Civil Cover Sheet)(dest, ) Modified on 5/31/2018 to correct receipt number (dest, ). (Entered: 05/31/2018) |

| | | |
|---|---|---|
| 05/29/2018 | 2 | Corporate Disclosure Statement by National Rifle Association of America. (dest, ) (Entered: 05/31/2018) |
| 05/31/2018 | 3 | Summons Issued as to Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. NOTICE TO ATTORNEY: Print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (Attachments: # 1 Notice)(dest, ) (Entered: 05/31/2018) |
| 05/31/2018 | 4 | NOTICE of Appearance by Timothy J. McEvoy on behalf of Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC (McEvoy, Timothy) (Entered: 05/31/2018) |
| 05/31/2018 | 5 | NOTICE of Appearance by Patrick James McDonald on behalf of Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC (McDonald, Patrick) (Entered: 05/31/2018) |
| 06/05/2018 | 6 | NOTICE of Appearance by James W. Hundley on behalf of National Rifle Association of America (Hundley, James) (Entered: 06/05/2018) |
| 06/05/2018 | 7 | NOTICE of Appearance by Amy Lynn Bradley on behalf of National Rifle Association of America (Bradley, Amy) (Entered: 06/05/2018) |
| 06/18/2018 | 8 | Motion to appear Pro Hac Vice by Brenton Tippett Culpepper and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | | Electronic Fee Payment - Pro Hac Vice as to 8 Motion to appear Pro Hac Vice by Brenton Tippett Culpepper and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. Filing fee $ 75, receipt number 0422-6137115.. (McEvoy, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 9 | Motion to appear Pro Hac Vice by Tawfiq Saifee Rangwala and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | | Electronic Fee Payment - Pro Hac Vice as to 9 Motion to appear Pro Hac Vice by Tawfiq Saifee Rangwala and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. Filing fee $ 75, receipt number 0422-6137150.. (McEvoy, Timothy) (Entered: 06/18/2018) |
| 06/18/2018 | 10 | Motion to appear Pro Hac Vice by Scott Alexander Edelman and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 06/18/2018) |

| | | |
|---|---|---|
| 06/18/2018 | | Electronic Fee Payment - Pro Hac Vice as to 10 Motion to appear Pro Hac Vice by Scott Alexander Edelman and Certification of Local Counsel Timothy J. McEvoy by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. Filing fee $ 75, receipt number 0422-6137184.. (McEvoy, Timothy) (Entered: 06/18/2018) |
| 06/19/2018 | 11 | Motion to appear Pro Hac Vice by Michael Lee Smith and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139190. by National Rifle Association of America. (Cox, Robert) (Entered: 06/19/2018) |
| 06/19/2018 | 12 | Motion to appear Pro Hac Vice by Sarah Brooke Rogers and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139209. by National Rifle Association of America. (Cox, Robert) (Entered: 06/19/2018) |
| 06/19/2018 | 13 | Motion to appear Pro Hac Vice by William Andrew Brewer III and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139700. by National Rifle Association of America. (Cox, Robert) (Entered: 06/19/2018) |
| 06/19/2018 | 14 | ANSWER to Complaint , COUNTERCLAIM against National Rifle Association of America by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC.(McEvoy, Timothy) (Entered: 06/19/2018) |
| 06/19/2018 | 15 | Corporate Disclosure Statement by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 06/19/2018) |
| 06/21/2018 | 16 | ORDER granting 11 Motion for Pro hac vice for Michael Lee Smith. Signed by District Judge Liam O'Grady on 6/21/2018. (dest, ) (Entered: 06/22/2018) |
| 06/21/2018 | 17 | ORDER granting 12 Motion for Pro hac vice for Sarah Brooke Rogers. Signed by District Judge Liam O'Grady on 6/21/2018. (dest, ) (Entered: 06/22/2018) |
| 06/21/2018 | 18 | ORDER granting 8 Motion for Pro hac vice for Brenton Tippett Culpepper. Signed by District Judge Liam O'Grady on 6/21/2018. (dest, ) (Entered: 06/22/2018) |
| 06/21/2018 | 19 | ORDER granting 9 Motion for Pro hac vice for Tawfiq Saifee Rangwala. Signed by District Judge Liam O'Grady on 6/21/2018. (dest, ) (Entered: 06/22/2018) |
| 06/22/2018 | 20 | ORDER granting 13 Motion for Pro hac vice for William Andrew Brewer III. Signed by District Judge Liam O'Grady on 6/21/2018. (dest, ) (Entered: 06/22/2018) |

| | | |
|---|---|---|
| 07/02/2018 | 21 | ORDER granting 10 Motion for Pro hac vice. Signed by District Judge Liam O'Grady on 7/2/2018. (rban, ) (Entered: 07/02/2018) |
| 07/10/2018 | 22 | ANSWER to Counterclaim re 14 Answer to Complaint, Counterclaim by National Rifle Association of America. (Cox, Robert) (Entered: 07/10/2018) |
| 07/27/2018 | 23 | SCHEDULING ORDER:Initial Pretrial Conference set for 8/29/2018 at 11:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. Final Pretrial Conference set for 12/21/2018 at 01:30 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. Discovery due by 12/14/2018.. Signed by District Judge Liam O'Grady on 7/27/2018. (Attachments: # 1 Magistrate Consent Form, # 2 Pretrial Notice)(awac, ) (Entered: 07/30/2018) |
| 08/10/2018 | 24 | Consent MOTION to Continue *Rule 16(b) Conference* by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 08/10/2018) |
| 08/10/2018 | 25 | ORDER granting in part and denying in part 24 Motion to Continue. The parties shall submit a joint discovery plan by 5:00 p.m. on August 22, 2018 as previously required and indicate in the plan whether they believe a Rule 16(b) conference is necessary. If a conference is needed, it will be held before the undersigned at 11 :00 a.m. on September 5, 2018. Signed by Magistrate Judge John F. Anderson on 08/10/2018. (wgar, ) (Entered: 08/10/2018) |
| 08/10/2018 | | Reset Scheduling Order Deadlines: Initial Pretrial Conference reset for 9/5/2018 at 11:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (wgar, ) (Entered: 08/10/2018) |
| 08/14/2018 | 26 | ORDER re 13 Motion to appear Pro Hac Vice by William Andrew Brewer III and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139700. filed by National Rifle Association of America Docket Call set for 9/14/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. Court finds it necessary to hold a hearing on this matter to make further inquiry into the accuracy of counsels' certifications to this Court. William Andrew Brewer III and Robert H. Cox are ordered to appear before this Court for the hearing. Signed by District Judge Liam O'Grady on 8/14/2018. (awac, ) (Entered: 08/14/2018) |
| 08/22/2018 | 27 | *Joint Rule 26(f) Report and* Discovery Plan by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC.(McEvoy, Timothy) (Entered: 08/22/2018) |
| 08/23/2018 | 28 | Order Rule 16(b) Scheduling Order - Upon consideration of the representations made by the parties in the Joint Rule 26(f) Report and |

| | | |
|---|---|---|
| | | Discovery Plan, and taking note of the Scheduling Order entered in this case, the court makes the following rulings: The Joint Discovery Plan filed by the parties is approved and shall control discovery to the extent of its application unless further modified by the court. Signed by Magistrate Judge John F. Anderson on 08/23/2018. SEE ORDER FOR FURTHER DETAILS.(wgar, ) (Entered: 08/23/2018) |
| 09/04/2018 | | Reset Deadlines as to Motion Hearing set for 9/13/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (Per LO chambers) (clar, ) (Entered: 09/04/2018) |
| 09/06/2018 | | Re-Set Deadlines/Hearings Docket Call set for 9/13/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady in re: Motion to appear Pro Hac Vice by William Andrew Brewer III and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139700. Court finds it necessary to hold a hearing on this matter to make further inquiry into the accuracy of counsels' certifications to this Court. William Andrew Brewer III and Robert H. Cox are ordered to appear before this Court for the hearing. (clar, ) (Entered: 09/06/2018) |
| 09/07/2018 | 29 | Joint MOTION for Entry of Stipulation and [Proposed] Protective Order by National Rifle Association of America. (Cox, Robert) (Entered: 09/07/2018) |
| 09/07/2018 | 30 | Memorandum in Support re 29 Joint MOTION for Entry of Stipulation and [Proposed] Protective Order filed by National Rifle Association of America. (Attachments: # 1 Joint Stipulation and [Proposed] Protective Order)(Cox, Robert) (Entered: 09/07/2018) |
| 09/11/2018 | 31 | Response to 26 Order,,, Set Hearings,, *Robert H. Cox's Response to the Court's Order Setting a Hearing to Review William Andrew Brewer III's Application to Qualify as a Foreign Attorney* filed by National Rifle Association of America. (Cox, Robert) (Entered: 09/11/2018) |
| 09/13/2018 | 32 | PROTECTIVE ORDER - Re Handling and Labeling of Confidential Information. Signed by Magistrate Judge John F. Anderson on 09/13/2018. See ORDER for further details. (wgar, ) (Entered: 09/13/2018) |
| 09/13/2018 | 33 | Minute Entry for proceedings held before District Judge Liam O'Grady:Motion Hearing held on 9/13/2018 re 13 Motion to appear Pro Hac Vice by William Andrew Brewer III and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139700. filed by National Rifle Association of America. Counsel enter their appearances and present arguments. Mr. DiMiro admits exhibits 1-5 (held in Clerk's Office). Court revokes motion for pro hac vice. Order to follow. (Court Reporter N. Linnell.)(awac, ) (Entered: 09/14/2018) |

| | | |
|---|---|---|
| 09/13/2018 | 34 | ORDER REVOKING re 13 Motion to appear Pro Hac Vice by William Andrew Brewer III and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6139700. filed by National Rifle Association of America. Mr. Cox will be permitted to remain as Plaintiff's local counsel on this case. Signed by District Judge Liam O'Grady on 9/13/2018. (awac, ) (Entered: 09/14/2018) |
| 09/13/2018 | 35 | Exhibit List by National Rifle Association of America from Motion hearing on 9/13/2018 re: 13 Motion for Pro Hac Vice (awac, ) (Main Document 35 replaced on 9/14/2018) (awac, ). (Entered: 09/14/2018) |
| 09/17/2018 | 36 | TRANSCRIPT of pro hac vice matters held on 9-13-2018 before Judge Liam O'Grady. Court Reporter Norman Linnell, telephone number 703-549-4626. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 10/17/2018. Redacted Transcript Deadline set for 11/19/2018. Release of Transcript Restriction set for 12/17/2018.(linnell, norman) (Entered: 09/17/2018)** |
| 09/20/2018 | 37 | Consent MOTION for Extension of Time to Complete Discovery / *Case Deadlines* by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 09/20/2018) |
| 09/21/2018 | 38 | ORDER granting 37 Motion for Extension of Time to Complete Discovery.<br>ORDERED that the motion is granted and the dates in the Joint Discovery Plan and Rule16 Scheduling Order are modified as follows:<br><br>Substantial completion of document production by October 31, 2018, except for documents responsive to requests for production served after October 1, 2018;<br>Expert disclosures on which a party bears the burden of proof served by November 14, 2018;<br>Rebuttal expert disclosures served by December 14, 2018;<br>Discovery completed by January 14, 2019;<br>Final pretrial conference held on January 18, 2019 at 1 :30 p.m.;<br>Dispositive, *Daubert,* and *in limine* motions filed by January 18, 2019;<br>Opposition to dispositive, *Daubert,* and *in limine* motions filed by February 1, 2019; |

| | | |
|---|---|---|
| | | Reply in support of dispositive, *Daubert*, and *in limine* motions filed by February 8, 2019.<br>Signed by Magistrate Judge John F. Anderson on 9/21/2018. (wgar, ) (Entered: 09/21/2018) |
| 09/21/2018 | | Reset Scheduling Order Deadlines: Final Pretrial Conference reset for 1/18/2019 at 01:30 PM in Alexandria Courtroom 1000 before District Judge Liam O'Grady. (wgar, ) (Entered: 09/21/2018) |
| 10/18/2018 | 39 | Motion to appear Pro Hac Vice by Michael William Kirk and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6323099. by National Rifle Association of America. (Attachments: # 1 Exhibit A-B)(Cox, Robert) (Entered: 10/18/2018) |
| 10/18/2018 | 40 | Motion to appear Pro Hac Vice by Charles Justin Cooper and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6323124. by National Rifle Association of America. (Attachments: # 1 Exhibit A-B)(Cox, Robert) (Entered: 10/18/2018) |
| 10/19/2018 | 41 | Consent MOTION for Extension *of Case Deadlines* by National Rifle Association of America. (Cox, Robert) (Entered: 10/19/2018) |
| 10/22/2018 | 42 | ORDER denying 41 Motion for Extension of Time to File. Signed by Magistrate Judge John F. Anderson on 10/22/2018. (wgar, ) (Entered: 10/22/2018) |
| 10/22/2018 | 43 | ORDER granting 39 Motion to appear Pro Hac Vice by Michael William Kirk and Certification of Local Counsel Robert H. Cox. Signed by District Judge Liam O'Grady on 10/22/2018. (jlan) (Entered: 10/23/2018) |
| 10/22/2018 | 44 | ORDER granting 40 Motion to appear Pro Hac Vice by Charles Justin Cooper and Certification of Local Counsel Robert H. Cox. Signed by District Judge Liam O'Grady on 10/22/2018. (jlan) (Entered: 10/23/2018) |
| 10/23/2018 | 45 | Motion to appear Pro Hac Vice by Jose Joel Alicea and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6329991. by National Rifle Association of America. (Cox, Robert) (Entered: 10/23/2018) |
| 10/23/2018 | 46 | Motion to appear Pro Hac Vice by Nicole Frazer Reaves and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6329999. by National Rifle Association of America. (Cox, Robert) (Entered: 10/23/2018) |
| 10/25/2018 | 47 | ORDER granting 45 Motion for Pro hac vice for Jose Joel Alicea. Signed by District Judge Liam O'Grady on 10/25/2018. (See order for further details). (acha, ) (Entered: 10/25/2018) |

| | | |
|---|---|---|
| 10/25/2018 | 48 | ORDER granting 46 Motion for Pro hac vice Nicole Frazer Reaves. Signed by District Judge Liam O'Grady on 10/25/2018. (acha, ) (Entered: 10/25/2018) |
| 11/01/2018 | 49 | NOTICE by National Rifle Association of America *Of Issuance of Subpoena to Produce Documents* (Attachments: # 1 Exhibit AGIA Subpoena)(Cox, Robert) (Entered: 11/01/2018) |
| 11/01/2018 | 50 | NOTICE by National Rifle Association of America *Of Issuance of Subpoena to Produce Documents* (Attachments: # 1 Exhibit Chubb Supoena)(Cox, Robert) (Entered: 11/01/2018) |
| 11/01/2018 | 51 | NOTICE by National Rifle Association of America *Of Issuance of Subpoena to Produce Documents* (Attachments: # 1 Exhibit Metlife Subpoena)(Cox, Robert) (Entered: 11/01/2018) |
| 11/01/2018 | 52 | NOTICE by National Rifle Association of America *Of Issuance of Subpoena to Produce Documents* (Attachments: # 1 Exhibit New Jersey Office of Legislative & Regulatory Affairs Subpoena)(Cox, Robert) (Entered: 11/01/2018) |
| 11/01/2018 | 53 | NOTICE by National Rifle Association of America *Of Issuance of Subpoena to Produce Documents* (Attachments: # 1 Exhibit Virginia Bureau of Insurance Subpoena)(Cox, Robert) (Entered: 11/01/2018) |
| 11/05/2018 | 54 | Motion to appear Pro Hac Vice by Gary Adam Rubin and Certification of Local Counsel Robert H. Cox Filing fee $ 75, receipt number 0422-6350056. by National Rifle Association of America. (Cox, Robert) (Entered: 11/05/2018) |
| 11/08/2018 | 55 | MOTION for the Issuance of a Letter of Request *for the Production of Documents under the Hague Convention* by National Rifle Association of America. (Cox, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 56 | Memorandum in Support re 55 MOTION for the Issuance of a Letter of Request *for the Production of Documents under the Hague Convention* filed by National Rifle Association of America. (Cox, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 57 | Notice of Hearing Date set for November 16, 2018 re 55 MOTION for the Issuance of a Letter of Request *for the Production of Documents under the Hague Convention* (Cox, Robert) (Entered: 11/08/2018) |
| 11/08/2018 | 58 | Letter *of Proposed Request for International Judicial Assistance*. (Attachments: # 1 Exhibit A- Schedule A, # 2 Exhibit B-Schedule B, # 3 Exhibit 1)(Cox, Robert) (Entered: 11/08/2018) |
| 11/09/2018 | | Set Deadlines as to 55 MOTION for the Issuance of a Letter of Request *for the Production of Documents under the Hague Convention*. Motion |

| | | |
|---|---|---|
| | | Hearing set for 11/16/2018 at 10:00 AM in Alexandria Courtroom 600 before District Judge Liam O'Grady. (clar, ) (Entered: 11/09/2018) |
| 11/13/2018 | | Set Deadlines as to 55 MOTION for the Issurance of a Letter of Request *for the Production of Documents under the Hague Convention*. Motion Hearing set for 11/16/2018 at 10:00 AM in Alexandria Courtroom 501 before Magistrate Judge John F. Anderson. (Per LO chambers) (clar, ) (Entered: 11/13/2018) |
| 11/13/2018 | | MOTIONS REFERRED to Magistrate Judge: Anderson. 55 MOTION for the Issurance of a Letter of Request *for the Production of Documents under the Hague Convention* (clar, ) (Entered: 11/13/2018) |
| 11/13/2018 | 59 | ORDER granting 54 Motion for Pro hac vice for Gary Adam Rubin. Signed by District Judge Liam O'Grady on 11/13/2018. (acha, ) (Entered: 11/14/2018) |
| 11/14/2018 | 60 | Opposition to 55 MOTION for the Issurance of a Letter of Request *for the Production of Documents under the Hague Convention* filed by Kansas City Series of Lockton Companies, LLC, Lockton Affinity Series of Lockton Affinity, LLC. (McEvoy, Timothy) (Entered: 11/14/2018) |
| 11/15/2018 | 61 | NOTICE of Appearance by Patricia Ann Collins McCullagh on behalf of Bureau of Insurance of the Virginia State Corporation Commission (McCullagh, Patricia) (Entered: 11/15/2018) |
| 11/15/2018 | 62 | Motion to appear Pro Hac Vice by Justin Lo and Certification of Local Counsel Patricia McCullagh Filing fee $ 75, receipt number 0422-6364813. by Bureau of Insurance of the Virginia State Corporation Commission. (McCullagh, Patricia) (Entered: 11/15/2018) |
| 11/15/2018 | 63 | RESPONSE in Support re 55 MOTION for the Issurance of a Letter of Request *for the Production of Documents under the Hague Convention* filed by National Rifle Association of America. (Cox, Robert) (Entered: 11/15/2018) |
| 11/15/2018 | 64 | MOTION to Quash *Third-Party Subpoena to the Bureau of Insurance of the Virginia State Corporation Commission* by Bureau of Insurance of the Virginia State Corporation Commission. (McCullagh, Patricia) (Entered: 11/15/2018) |
| 11/15/2018 | 65 | Memorandum in Support re 64 MOTION to Quash *Third-Party Subpoena to the Bureau of Insurance of the Virginia State Corporation Commission* filed by Bureau of Insurance of the Virginia State Corporation Commission. (Attachments: # 1 Exhibit A)(McCullagh, Patricia) (Entered: 11/15/2018) |
| 11/15/2018 | 66 | Joint MOTION to Voluntarily Dismiss *Without Prejudice* by National Rifle Association of America. (Hundley, James) (Entered: 11/15/2018) |

| | | |
|---|---|---|
| 11/16/2018 | 67 | MOTION to Withdraw 55 MOTION for the Issurance of a Letter of Request *for the Production of Documents under the Hague Convention* by National Rifle Association of America. (Hundley, James) (Entered: 11/16/2018) |
| 11/16/2018 | 68 | ORDER - Given the joint stipulation of dismissal without prejudice filed by the parties (Docket no.66), the hearing on plaintiff's motion for the issuance of a letter request under the Hague Convention (Docket no. 55) scheduled for November 16, 2018 is cancelled. Signed by Magistrate Judge John F. Anderson on 11/16/2018. (wgar, ) (Entered: 11/16/2018) |
| 11/16/2018 | 69 | ORDER- The Court has received the parties' Joint Stipulation of Dismissal Without Prejudice (Dkt. 66 ) and finds good cause to DISMISS this action in its entirety WITHOUT PREJUDICE. Signed by District Judge Liam O'Grady on 11/16/2018. (See order for further details). (acha, ) (Entered: 11/16/2018) |

# EXHIBIT 23
# (Filed Under Seal)

# EXHIBIT 24

APP. 00527

**From:** <betts.gina@dorsey.com>
**Sent:** Sun, 3 Feb 2019 09:35:20 -0500 (EST)
**To:** <John.Frazer@nrahq.org>
**Cc:** <SRyan@mwe.com>; <Jbradley@forensicrisk.com>
**Subject:** Re: AMc response RE: timing of NRA review of records

---

The Tuesday meeting will start at 8:45 am at HBC, 9905 N. May, OKC 73120.

Sent from my iPhone

On Feb 3, 2019, at 8:12 AM, Betts, Gina <betts.gina@dorsey.com> wrote:

Earlier we agreed the meeting would be on Tuesday. Are they now requesting Monday?

Sent from my iPhone

On Feb 3, 2019, at 8:04 AM, Frazer, John <John.Frazer@nrahq.org> wrote:

Gina,
Here's the on-site team of three:

1. Jessica Bradley, Director - Cell Phone: (610) 533-6933 Direct Office (202) 355-1222. Her e-mail is Jbradley@forensicrisk.com. I'm copying her here, and please feel free to contact her directly on scheduling and logistical matters.
2. Hakob Stepanyan, Senior Associate
3. Tyler Daley, Associate

FRA travel is currently scheduled to begin on Monday, Feb. 4 (early morning). Please let me know if there's any difficulty so that FRA can adjust travel plans accordingly.

In addition, I understand that Ackerman previously made a digital copy, or copies, of the Carry Guard Raw Footage pursuant to a request by Brewer. Please let me know how Ackerman can best transmit the footage to me.

Thanks again for your help, and please let me know if you have any questions.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute or copy it.

On Feb 1, 2019, at 8:25 PM, betts.gina@dorsey.com wrote:

We can be available at 8:30 a.m. on Tuesday in OKC for the day. No one thinks it will take more than a day, but we are not available Wednesday. We need to know the number of people attending so Ackerman can secure a location. Thank you

Sent from my iPhone

On Feb 1, 2019, at 6:34 PM, Frazer, John <John.Frazer@nrahq.org> wrote:

On further discussion, to expedite the project, FRA can have a team there on the 5th after all. I'll be back to you shortly on the number of personnel and contact person.
Have a good weekend and please let me know if you have any questions.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

On Jan 31, 2019, at 4:25 PM, "betts.gina@dorsey.com" <betts.gina@dorsey.com> wrote:

February 12th works for all of us. Can you let me know how many people will be meeting with us so we can plan a meeting place?
Thank you

**Gina E. Betts**
Partner

DORSEY & WHITNEY LLP
300 Crescent Ct, Suite 400 | Dallas, TX 75201
**P:** 214.981.9910 **F:** 214.292.8664 **C:** 214.532.0623

**CONFIDENTIAL COMMUNICATION**
*E-mails from this firm normally contain confidential and privileged material, and are for the sole use of the intended recipient. Use or distribution by an unintended recipient is prohibited, and may be a violation of law. If you believe that you received this e-mail in error, please do not read this e-mail or any attached items. Please delete the e-mail and all attachments, including any copies thereof, and inform the sender that you have deleted the e-mail, all attachments and any copies thereof. Thank you.*

**From:** Frazer, John <John.Frazer@nrahq.org>
**Sent:** Thursday, January 31, 2019 3:14 PM
**To:** 'Ryan, Stephen' <SRyan@mwe.com>
**Cc:** Betts, Gina <betts.gina@dorsey.com>

**Subject:** RE: AMc response RE: timing of NRA review of records

Steve,

I've heard back from FRA. Unfortunately, due to schedule conflicts, they can't come to Oklahoma until the afternoon of February 12. It appears that any dates on or after the 12th would work for them.

Again, we appreciate your prompt reply and look forward to concluding the project quickly.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged. If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.

**From:** Ryan, Stephen [mailto:SRyan@mwe.com]
**Sent:** Thursday, January 31, 2019 2:32 PM
**To:** Frazer, John <John.Frazer@nrahq.org>
**Cc:** betts.gina@dorsey.com
**Subject:** AMc response RE: timing of NRA review of records

John,

I am responding to your attached note of yesterday concerning the documents your FRA team wish to review. AMc is prepared to make these materials available in Oklahoma City next Tuesday, Feb. 5, if that is a convenient date. AMc outside counsel Gina Betts will be present at the address we will share for the review. Please let us know as soon as possible if Tuesday is convenient. If it is not, we will need to work out a new date, as we have some moving parts in a date change. Based on what I currently know, a single day will be more than enough to review the materials that conform to your request. We will need to know the names and affiliation of each person who we can expect.

AMc has moved with speed to respond to this NRA request. We look forward to continuing to cooperate with the NRA request.

Sincerely,

Steve Ryan

**From:** Frazer, John <John.Frazer@nrahq.org>
**Sent:** Wednesday, January 30, 2019 1:31 PM
**To:** Ryan, Stephen <SRyan@mwe.com>
**Cc:** jshart@stevehartesq.com
**Subject:** RE: AMc response RE: timing of NRA review of records

Steve,

I'm sorry for the delay getting back to you. Further to the below, our forensic team wishes to review the below categories of material:

1. **Out of Pocket Expenses** – Please provide supporting documentation for the amounts classified as out of pocket expenses for the following invoices from 2016 to 2018. Of note, it is the NRA's understanding (per Bill Winkler's letter dated August 27, 2018) that the same set of materials would have been assembled for the Brewer team – which should hopefully reduce the burden of marshalling them again:

| | | |
|---|---|---|
| 136165 | 146420 | 155170 |
| 138653 | 147112 | 155929 |
| 137631 | 148014 | 155520 |
| 137066 | 148749 | 156967 |
| 136859 | 149459 | 158232 |
| 141517 | 150457 | 157570 |
| 140440 | 150823 | 158118 |
| 139727 | 152775 | 159547 |
| 143559 | 151745 | 158521 |
| 142347 | 153476 | 159388 |
| 143169 | 154706 | 160161 |
| 144737 | 154707 | 160896 |
| 145808 | 154261 | 161682 |
| 145564 | 154552 | |
| 145983 | 155996 | |

2. **Media Buys** – Please provide documentation supporting the amounts paid for media buys for 2015 and 2016 calendar years. It is not obvious to FRA, based on the descriptions on the face of the invoices, which expenses would be categorized as media buys. Specifically, FRA seeks backup for:

   Any billing for media planning, placement, or administration under Section II.B.1 of the Services Agreement; and

   Any other third-party media buys undertaken by Ackerman and billed to the NRA.

Here, we seek information that would allow FRA to identify any intermediaries involved in media placement, as well as the amounts paid to those intermediaries, paid to media outlets, and billed back to the NRA.

3. **Ackerman Employees Working on NRA Matters/Projects** – Please provide, in whatever form is most efficient and amenable, information that would allow the FRA team to identify Ackerman personnel that (i) have performed work on NRA-related projects for which invoiced charges exceed $5000 in any one-year period; and/or (ii) performed work on NRA-related projects while simultaneously a "related party" of the NRA—e.g., a director, officer, or a family member of the foregoing.

4. **Budgets** – Please provide what Ackerman believes are the agreed upon (between Ackerman and NRA) annual budgets for NRA related work for the years 2016, 2017 and 2018. We are not asking that Ackerman prepare new documents, but just to provide the budget under which expense amounts were billed for the relevant years.

Although it is possible that FRA will request additional documents, or categories of documents, based on the results of its review, the above should suffice for now. The FRA team is ready to proceed at any time. Please let me know when the materials will be ready.

Sincerely,

John Frazer
Secretary and General Counsel
National Rifle Association of America

11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

STEPHEN M. RYAN
PARTNER
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8333 | **Fax** +1 202 756 8087
sryan@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn | Blog**

---

**From:** Ryan, Stephen [mailto:SRyan@mwe.com]
**Sent:** Tuesday, January 22, 2019 1:03 PM
**To:** Frazer, John <John.Frazer@nrahq.org>
**Cc:** jshart@stevehartesq.com
**Subject:** AMc response RE: timing of NRA review of records

Dear John:

AMc acknowledges your note of last night (below). AMc is happy to work out the details between our personnel and your chosen firm. We will receive the FRA auditors in Oklahoma City when we agree on the date, particular document set and parameters. A member of the Dorsey law firm will be present on site to assist.

Along those lines, the Cooper firm gave us specific invoice numbers they wished to review and that process facilitated the efficiency of AMc's response and the review. Can your new firm perform in the same manner? We can discuss this with FRA (and you) at NRA/FRA's convenience.

Steve Ryan

Counsel to AMc

STEPHEN M. RYAN
PARTNER
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8333 | **Fax** +1 202 756 8087
sryan@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn | Blog**

---

**From:** Frazer, John
**Sent:** Monday, January 21, 2019 8:26 PM
**To:** Ryan, Stephen
**Cc:** jshart@stevehartesq.com
**Subject:** Re: Timing re NRA review of records

Steve,

We've now engaged a Dallas-based team from Forensic Risk Alliance. They are getting up to speed to determine what they'll need to review, but could potentially be on site as early as the end of the week - depending, obviously, on their needs and the readiness of records. We're happy to discuss at your convenience.

John Frazer

Secretary and General Counsel

National Rifle Association of America

11250 Waples Mill Rd.

Fairfax, VA 22030

(703) 267-1254

john.frazer@nrahq.org

On Jan 17, 2019, at 6:39 PM, Ryan, Stephen <SRyan@mwe.com> wrote:

Thanks John.

STEPHEN M. RYAN
PARTNER
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8333 | **Fax** +1 202 756 8087
sryan@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn | Blog**

**From:** Frazer, John [mailto:John.Frazer@nrahq.org]
**Sent:** Thursday, January 17, 2019 6:17 PM
**To:** Ryan, Stephen
**Cc:** jshart@stevehartesq.com
**Subject:** Re: Timing re NRA review of records

I'll be engaging the firm and will let you know the timing as soon as possible.

John Frazer

Secretary and General Counsel

National Rifle Association of America

11250 Waples Mill Rd.

Fairfax, VA 22030

(703) 267-1254

john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged. If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.

On Jan 17, 2019, at 6:09 PM, Ryan, Stephen <SRyan@mwe.com> wrote:

Are you ready to send folks? And if so how soon? And who do they report to?

STEPHEN M. RYAN
PARTNER
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8333 | **Fax** +1 202 756 8087
sryan@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn | Blog**

**From:** jshart@stevehartesq.com [mailto:jshart@stevehartesq.com]
**Sent:** Thursday, January 17, 2019 6:08 PM
**To:** Ryan, Stephen
**Cc:** john.frazer@nrahq.org
**Subject:** Re: Timing re NRA review of records

Thank you. We assumed a need for a conference call to discuss specifics

I will join whatever call you and Frazer can set up.

Sent from my iPad
On Jan 17, 2019, at 4:33 PM, Ryan, Stephen <SRyan@mwe.com> wrote:

Steve,

If the scope of the examination is the same as the September meeting, AMc can be prepared with limited notice. If the scope goes beyond the September meeting, a sample listing of materials needs to be provided to AMc with at least a week's notice to ensure we have an opportunity to (1) efficiently segregate the key materials sought in the visit; and (2) make sure we have the correct personnel to support you. Additional days may be necessary depending on the size of the sample/pull. AMc is willing to have phone discussions to determine a reasonable scope and timeline.

Steve Ryan

STEPHEN M. RYAN
PARTNER
**McDermott Will & Emery LLP** The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8333 | **Fax** +1 202 756 8087
sryan@mwe.com
**Biography | Website | vCard | Twitter | LinkedIn | Blog**

**From:** jshart@stevehartesq.com [mailto:jshart@stevehartesq.com]
**Sent:** Wednesday, January 16, 2019 3:20 PM
**To:** Ryan, Stephen
**Cc:** john.frazer@nrahq.org
**Subject:** NRA review of records

At this time we have not yet identified an accounting firm to assist us but will alert you as soon as possible. How much notice will your client need?

Thanks,

Steve

January 16, 2019

**Via E-Mail**

Stephen Ryan
McDermott, Will & Emery
500 North Capitol Street, NW
Washington, DC 20001-1531
*sryan@mwe.com*

Re: AMc and NRA

Dear Stephen:

On behalf of the National Rifle Association of America (the "NRA"), I write in response to your letter dated January 10, 2019. Please copy John Frazer on any additional communications. He will be supervising the review of records going forward and therefore best able to address concerns.

The NRA appreciates Ackerman's offer of compliance with the records-examination clause of the parties' Services Agreement, and especially appreciates Ackerman's willingness to provide copies of documents—which we expect will facilitate our review. Feel free to comment regarding the categories of documents discussed below:

**Out-of-pocket expenses.** It is the NRA's understanding that a full set of out-of-pocket expense records for the past three years was previously gathered for the NRA in connection with the Brewer firm's September 17-18 audit. The NRA wishes to complete the review of these materials which the prior audit commenced. We are happy to discuss this category of documents further, if helpful.

**Information about Ackerman's employees.** The NRA does not seek personal financial information pertaining to Ackerman's employees. To the extent that such information incidentally occurs in records the NRA requested, the NRA consents to Ackerman's proposed redactions. Notwithstanding

any of the foregoing, consistent with Sarah Rogers' prior letter to Jay Madrid, the NRA seeks access to records sufficient to identify names of individuals whose work is being billed to the NRA [1]. The related party review is significant for all NRA vendors.

**Third-party media buys.** If the volume of information relating to third-party media buys makes mustering such documents difficult, the NRA is willing in the first instance to limit its request to media buys occurring during 2015-2016.

Our recent discussions have been productive, so I will not derail them by addressing the contentions in Jay Madrid's letter of January 4, 2019. The NRA has the right to choose its own counsel. That said, if it will facilitate Ackerman's compliance with the Services Agreement, the NRA's John Frazer will deploy and supervise other professionals to interface with Ackerman in connection with this effort.

Please let me know when you are available to meet to discuss any concerns further with John and me. There is some timing sensitivity.

Sincerely,

Steve Hart

---

[1] The NRA is willing to make an exception for *de minimis*, clerical or administrative functions performed on a sporadic or one-off basis. For example, at this time, the NRA does not request that Ackerman identify every administrative assistant who has fetched coffee or made photocopies in connection with NRA-related projects. However, at a minimum, the NRA requests records sufficient to identify any individual whom Ackerman has a reasonable, good-faith basis to believe: (i) performed work on NRA-related projects for which corresponding, invoiced charges exceed $10,000 in any one-year period; and/or (ii) performed work on NRA-related projects while simultaneously a "related party" of the NRA—*e.g.*, a director, officer, or a family member of the foregoing.

---

*****************************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.

*****************************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

# EXHIBIT 25
# (Filed Under Seal)

# EXHIBIT 26
# (Filed Under Seal)

# EXHIBIT 27
# (Filed Under Seal)

# EXHIBIT 28

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Table of Contents

| Tab | Description |
|---|---|
| Key Observations | Observations resulting from the analysis of media buys |
| Process Flow | Overview of the media buy process |
| Summary | Summary overview of testing |
| Reconciliation | Reconciliation of the documentation received from Ackerman in response to the request for media buy documentation to the listing of invoices received by FRA from the NRA |
| Vendors Ranked by Total Spend | Total spend by vendor for NRA Media and NRA Foundation media buys |
| FOX News Invoices | List of Fox News invoices for NRA Media and NRA Foundation media buys along with summary table showing breakdown by program |
| Total Spend by Month | Monthly spend comparison for NRA Media and NRA Foundation during 2015 and 2016 |
| Unit Cost Comparison (2015) | Monthly comparison of advertisement unit costs by program for media buys on Fox News for 2015 |
| Unit Cost Comparison (2016) | Monthly comparison of advertisement unit costs by program for media buys on Fox News for 2016 |
| Monthly Spend by Program | Trend analysis showing monthly amount spent per month by program for advertisements on Fox News |
| The Kelly File | Unit cost trend analysis by program by day |
| O'Reilly | Unit cost trend analysis by program by day |
| Hannity | Unit cost trend analysis by program by day |
| Special Report | Unit cost trend analysis by program by day |
| The Five | Unit cost trend analysis by program by day |
| Fox & Friends | Unit cost trend analysis by program by day |
| Fox & Friends First | Unit cost trend analysis by program by day |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| Key Observations |
| --- |
| The contract regarding Media Planning and Placement Services states, "Detail of AMC's compensation for Media Services are provided in the "Compensation" Section. Services rendered for such are:<br>- With NRA's approval, plan and order by written contract or insertion order the print space, radio and television time, or other media to be used for advertising, always endeavoring to secure the best available rates. AMc shall remain solely liable for payment, to the extent NRA has paid AMc.<br>- Incorporate the advertising in the required form and forward it to media with proper instructions for fulfillment of the contract or insertion order.<br>-Diligently check and verify broadcasts, insertions, displays, or other means used to carry the message to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.<br>- For direct response paid media advertising (i.e. Infomercial), provide ongoing analysis and ROI to determine most effective media markets, dayparts on a time sensitive basis for redirection or concentration of funds as evaluation indicates.<br>-Carefully audit invoices and make timely payment to media and suppliers for space and time purchased by AMc on NRA's behalf." |
| There appears to be a lack of control surrounding the media buy process. Media purchases are initiated through an undocumented phone call between executives at the NRA and Ackerman McQueen. There is no documentation regarding NRA's approval. |
| FRA did not receive any documentation regarding the assessment of the selection of media outlets, dates of airing and/or the price being charged. Allegedly all were determined via verbal discussions. FRA was told that the negotiation process to determine pricing was proprietary and FRA could not have access to this information. |
| The media outlets included a gross cost and a 15% commission on their invoices. FRA is unaware if commission was considered in price negotiations. FRA asked Mr. Winkler about the commission amount and he answered that it was always done this way. |
| The NRA prepays Ackerman for media purchases and this process resulted in an unspent balance greater than $350k for the period from 2015 and 2016. Two Media Buy pool of funds are maintained by Ackerman McQueen for the NRA Foundation and NRA Media. The NRA should consider revisiting their agreement with Ackerman McQueen in regards to prepaying media buys as this results in foregone cashflow and interest on prepaid balances. Ackerman has incentive to obtain pre-payments, as they receive their commission based on the prepayment amount they invoice to the NRA. |
| The NRA paid more for media than the NRA Foundation, based on average unit cost, in 2016. FRA was not provided with documentation to evidence how the unit cost was derived. Ackerman McQueen explained the differential may have been due to the political nature of some of the media buys. Documentation should be maintained to explain the reasons for price variances to assess the validity of the expense. |
| FRA identified invoices from Ackerman McQueen to the NRA Foundation in the NRA's General Ledger. It is FRA's understanding that the General Ledger provided should not contain entries for the Foundation. It is important to account for expense in the proper entity. This will need to be verified with NRA financial representatives. |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Media Buy Process Flow

The following flow chart represents a high level overview of the media buy process for 2015 and 2016, as described by William Winkler, Chief Financial Officer for Ackerman McQueen.

Payment by NRA
Media Buy
Vendor

- Verbal communications occur between Angus McQueen and Wayne LaPierre
- Angus McQueen verbally instructs the accounting team to generate an invoice to the NRA for prepayment of the agreed upon services
- Invoice is sent to NRA prior to any execution of media purchases
- Ackerman McQueen has immediate use of their fees generated from prepaid media purchases

- Angus McQueen directs the account executives to reach out to vendor(s) and negotiate days, times, and rates for media spots
- After negotiations are complete, the media outlet sends a cost estimate report for media spots
- An order is created by Ackerman which reflects the agreed upon services and an accompanying payment is sent to the media outlet

- For every week an advertisement is scheduled to run, the media outlet and Ackerman negotiate placement of the advertisements
- The media outlet issues a monthly invoice, which reflects the spots run time and any adjustments that deviate from the original order
- Ackerman McQueen reconciles each invoice with orders and other relevant documentation to confirm pricing, correct run time, and verify that commercials ran; media outlets issue a unique advertisement identifier referred to as ISCI code to track where and when advertisements are run
- Ackerman confirms advertisements are run by reconciling the invoices to:
    - the post logs which contain ISCI codes. According to Ackerman these codes verify the advertisement ran
    - the Buy Detail to verify unit pricing
    - the Traffic Directions in order to identify and explain spot changes
- Price discrepancies are negotiated for carryover to subsequent invoices or a refund is made to the NRA

**Note:** FRA tested this process on a sample of 7 invoices, four of which were from the Fox News Network. Notable gaps include: lack of documentation surrounding the procurement process between Ackerman McQueen and NRA; lack of paper-trail or documentation of instructions to Ackerman accounting and media account executives for media purchases; and lack of documentation regarding the negotiation process with the media vendors regarding cost, timing etc. The negotiation process is considered propietary, per Ackerman, and no additional information was provided to FRA to support unit costs.

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Summary of Media Buys

Ackerman provided FRA with support for 27 invoices related to media buys for the time period 2015 and 2016. These media buys were segregated by four categories: 2015 NR Foundation, 2015 NRA, 2015 NRA Annual Meetings, and 2016 NRA Annual Meeting. In addition, media vendor invoices billed to Ackerman were also provided to FRA.

**Summary of Procedures Performed:** Ackerman defined media buys to FRA as "placements of advertising in external media outlets." Prior to our visit, FRA reviewed the NRA listing of invoices for 2015 and 2016 provided by NRA Counsel (NRA invoice listing), to identify media buy invoices. Based upon this review, FRA believes the invoices Ackerman provided for 2015 and 2016 are reasonable. Three invoices, provided by Ackerman, were not on the NRA invoice listing and are believed to be NRA Foundation invoices, as NRA Foundation is identified on the invoices.

Of the four categories, FRA reviewed the NRA Foundation and NRA Media vendor invoices as they account for 97% of the total vendor spend. Upon review of these invoices, FRA identified that FOX News media invoices accounted for 75% of the total media spend for the NRA Foundation and NRA Media. Further analysis was performed on the Fox News invoices and is summarized herein.

Based upon discussions with Ackerman, FRA documented its understanding of the media buy process (see tab 'Process Flow'). To test the process, FRA selected seven media invoices and requested documentation evidencing the document flow from NRA's request for media service through the ordering, invoicing and airing of media spots.

**Summary of Procedures Performed:** Ackerman defined media buys to FRA as "placements of advertising in external media outlets." Prior to our visit, FRA reviewed the NRA listing of invoices for

The following table summarizes the total Ackerman invoices billed to the NRA and the total media buys invoices billed to Ackerman. The difference between the two amounts of $357,050 was carried forward, per Ackerman, into future periods; however, no evidence of the carry forward purchases was provided.

| | Ackerman Invoices billed to NRA | | | | Vendor Invoices billed to Ackerman | | | Credits from Media Vendors refunded to NRA | | Carried to 2017 (5) |
|---|---|---|---|---|---|---|---|---|---|---|
| | Gross (1) | Net (2) | % of Total | Quantity | Invoice Net (3) | % of Total | Quantity | Amount (4) | Quantity | |
| NRA Foundation Media | $ 13,550,000 | $ 11,517,500 | 50.1% | 7 | $ 11,485,380 | 51% | 138 | $ - | 0 | $ 32,120 |
| NRA Media | $ 12,306,171 | $ 10,497,437 | 45.5% | 10 | $ 10,464,973 | 46% | 230 | $ (29,841) | 2 | $ 2,623 |
| 2015 NRA Annual Meetings Media | $ 340,588 | $ 289,500 | 1.3% | 2 | $ 284,359 | 1% | 20 | $ (5,141) | 1 | $ (0) |
| 2016 NRA Annual Meetings and Digital Media | $ 857,455 | $ 728,837 | 3.2% | 8 | $ 397,950 | 2% | 49 | $ (8,580) | 2 | $ 322,307 |
| | ***$ 27,054,215*** | ***$ 23,033,274*** | ***100%*** | ***27*** | ***$ 22,632,663*** | ***100%*** | ***437*** | ***$ (43,561)*** | ***5*** | ***$ 357,050*** |

**Definitions:**

(1) The amount Ackerman McQueen invoiced to the NRA for media buys prior to the services being rendered, for the period of 2015 and 2016. The gross amount includes the 15% commission, per the contract between Ackerman and the NRA. In one instance, the media vendor did not charge a commission.

(2) The amount Ackerman McQueen invoiced to the NRA for media buys prior to the services being rendered, for the period of 2015 and 2016. The net amount excludes the 15% commission, per the contract between Ackerman and the NRA.

(3) The vendor's invoice less 15% for commission.

(4) Overpayments resulting from change in broadcasting schedule, etc. or NRA directed changes to the lineup according to Ackerman McQueen. At the end of the year, these overpayments are either credited back to NRA or carried forward to the next year. Of the $43,561; $13,720 was credited in 2016 and $29,841 was credited in 2017.

(5) The carry forward amount results from overpayment of vendor invoices. Per Ackerman McQueen, the amount carried forward would be the beginning balance of the amount paid by NRA to Ackerman, in advance, for the following year.

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Reconciliation of Physical Invoices to NRA General Ledger

FRA performed a reconciliation of the documentation received from Ackerman in response to the request for media buy documentation to the listing of invoices received by FRA from the NRA. The referenced invoices relate to amounts charged to the NRA by Ackerman for media buys. FRA validated that the listing of invoices ties to the General Ledger provided by the NRA.

The following table shows the yearly amounts for media buys.

| Years | 2015 Annual Meeting | 2016 Annual Meetings | NRA Foundation (See Note) | NRA Media | Grand Total |
|---|---|---|---|---|---|
| 2015 | $ 340,588 | | $ 6,800,000 | $ 1,208,228 | $ 8,348,816 |
| 2016 | | $ 857,455 | $ 6,750,000 | $ 11,097,943 | $ 18,705,399 |
| **Grand Total** | **$ 340,588** | **$ 857,455** | **$ 13,550,000** | **$ 12,306,171** | **$ 27,054,215** |

Note: Seven invoices from Ackerman to the NRA were provided to FRA for media buys in 2015 and 2016 in the 'NRA Foundation' folder. Of those seven invoices, four were identified on the listing of invocies provided by the NRA totaling $6,550,000 and three (in red in the table below) were not identified on the listing and therefore are not included in the General Ledger provided to FRA.

The following table shows the information from the invoice listing provided by the NRA along with the information transcribed from the physical invoices received while on-site.

| | | Information from Invoice Listing Provided by NRA[1] | | | | | | | | Information Transcribed from Invoices[2] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Type | Year | Invoice Number | Invoice Date | Invoice Amount | Check Number | Check Date | Check Amount | Description | Net Ackerman to NRA Invoice | Premium (%) | NRA Folder Name | Notes | Broadcast Order Vendors |
| 2015 Annual Meeting | Invoice | 2015 | 124710 | 2/20/2015 | $ 270,000.00 | 541379 | 4/7/2015 | $ 290,025.00 | 2015 A/M Media | $ 229,500.00 | 15% | 2015 NR Annual Meetings Media | 2015 A/M Media | Newspaper; Radio; Outdoor |
| 2015 Annual Meeting | Invoice | 2015 | 128112 | 6/10/2015 | $ 70,588.24 | 550240 | 7/23/2015 | $ 70,588.24 | NRA 2015 Lindy's Sports Annuals | $ 60,000.00 | 15% | 2015 NR Annual Meetings Media | NRA 2015 Lindy's Sports Annuals | NRA 2015 Lindy's Sports Annuals |
| NRA Foundation | Invoice1 | 2015 | 129895 | 7/22/2015 | $ 5,000,000.00 | | | | | $ 4,250,000.00 | 15% | 2015 NR Foundation Media | Americal Values Campaign | Fox News Channel: Fox and Friends, Megyn Kelly, The O'Reily Factor, The Five, Non-cancellable |
| NRA Media | Invoice | 2015 | 130885 | 9/1/2015 | $ 308,228.00 | 553467 | 9/3/2015 | $ 308,228.00 | 2015 NRA | $ 261,993.00 | 15% | 2015 NRA Media | 501(c)(4) -September Fox News - Clark | The Five, O'Reilly, Kelly File, Special Report, and Hannity |
| NRA Media | Invoice | 2015 | 133361 | 11/17/2015 | $ 266,564.00 | 558866 | 11/19/2015 | $ 400,000.00 | 2015 NRA 501(c)(4) My President | $ 226,579.40 | 15% | 2015 NRA Media | 2015 NRA 501(c)(4) My Defense | Fox News Network LLC, Fox Business Network |
| NRA Media | Invoice | 2015 | 133360 | 11/17/2015 | $ 133,436.00 | 558866 | 11/19/2015 | $ 400,000.00 | 2015 NRA 501(c)(4) My President | $ 113,420.60 | 15% | 2015 NRA Media | 2015 NRA 501(c)(4) My Defense | Fox News Network LLC, Fox Business Network |
| NRA Foundation | Invoice | 2015 | 133661 | 12/1/2015 | $ 1,500,000.00 | 561148 | 12/3/2015 | $ 2,300,000.00 | 2015 NRA | $ 1,275,000.00 | 15% | 2015 NR Foundation Media | 501c3 - January/February Fox National Cable | N/A |
| NRA Media | Invoice | 2015 | 133660 | 12/1/2015 | $ 500,000.00 | 561148 | 12/3/2015 | $ 2,300,000.00 | 2015 NRA | $ 425,000.00 | 15% | 2015 NRA Media | 501(c)(4) - January/February Fox National Cable | N/A |
| NRA Foundation | Invoice | 2015 | 133715 | 12/1/2015 | $ 300,000.00 | 561148 | 12/3/2015 | $ 2,300,000.00 | 2015 NRA Media-SID | $ 255,000.00 | 15% | 2015 NR Foundation Media | 501c3 - Fox National Cable | N/A |
| NRA Media | Invoice | 2016 | 134776 | 1/5/2016 | $ 247,943.30 | 565073 | 1/26/2016 | $ 247,943.30 | 2015 NRA | $ 247,943.30 | 0% | 2015 NRA Media | 501(c)(4) - Fox National Cable - January "Disarmament" | N/A |
| NRA Foundation | Invoice | 2016 | 135119 | 1/14/2016 | $ 2,250,000.00 | 564934 | 1/21/2016 | $ 3,000,000.00 | 2015 NRA | $ 1,912,500.00 | 15% | 2015 NR Foundation Media | 501c3 - Fox National Cable - March - May 2016 | N/A |
| NRA Media | Invoice | 2016 | 135117 | 1/14/2016 | $ 750,000.00 | 564934 | 1/21/2016 | $ 3,000,000.00 | 2015 NRA | $ 637,500.00 | 15% | 2015 NRA Media | 501(c)(4) - Fox National Cable March-May 2016 | N/A |
| NRA Media | Invoice | 2016 | 136353 | 2/16/2016 | $ 600,000.00 | 567676 | 2/23/2016 | $ 675,036.32 | 2015 NRA | $ 510,000.00 | 15% | 2015 NRA Media | 501(c)(4) - Fox (February - April) | N/A |
| NRA Media | Invoice | 2016 | 137286 | 3/17/2016 | $ 5,000,000.00 | 570507 | 3/25/2016 | $ 5,000,000.00 | Fox News National Schedule | $ 4,250,000.00 | 15% | 2015 NRA Media | Fox News National Schedule June-August base buy + convention | N/A |
| 2016 Annual Meetings | Invoice | 2016 | 137296 | 3/24/2016 | $ 22,439.00 | 574906 | 5/5/2016 | $ 286,867.05 | NRA 2016 Lexington/Evansville 2Q Radio 60 | $ 19,073.15 | 15% | 2016 Annual Meetings | | |
| 2016 Annual Meetings | Invoice | 2016 | 137297 | 3/24/2016 | $ 54,007.00 | 574906 | 5/5/2016 | $ 286,867.05 | NRA 2016 Louisville 2Q Radio 60 | $ 45,905.95 | 15% | 2016 Annual Meetings | | |
| 2016 Annual Meetings | Invoice | 2016 | 137298 | 3/24/2016 | $ 138,794.00 | 574906 | 5/5/2016 | $ 286,867.05 | 2016 NRA Annual Meetings Print - Louisville | $ 117,974.90 | 15% | 2016 Annual Meetings | | |
| 2016 Annual Meetings | Invoice | 2016 | 137299 | 3/24/2016 | $ 71,627.05 | 574906 | 5/5/2016 | $ 286,867.05 | 2016 NRA Annual Meetings Print - Louisville | $ 60,882.99 | 15% | 2016 Annual Meetings | | |
| NRA Foundation | Invoice | 2016 | 137955 | 4/15/2016 | $ 2,500,000.00 | 573349 | 4/19/2016 | $ 5,000,000.00 | 2015 NRA Media-SID | $ 2,125,000.00 | 15% | 2015 NR Foundation Media | Fox National Cable - c3 -September-November 7, 2016 | N/A |
| NRA Media | Invoice | 2016 | 137956 | 4/15/2016 | $ 2,500,000.00 | 573349 | 4/19/2016 | $ 5,000,000.00 | 2015 NRA Media-SID | $ 2,125,000.00 | 15% | 2015 NRA Media | Fox National Cable September-November 7, 2016 | N/A |
| NRA Foundation | Invoice | 2016 | 138208 | 4/26/2016 | $ 1,000,000.00 | | | | | $ 850,000.00 | 15% | 2015 NR Foundation Media | Cars for National Radio Promotion March 16 - August 16, 2016 | N/A |
| 2016 Annual Meetings | Invoice | 2016 | 138752 | 5/12/2016 | $ 200,000.00 | 579012 | 6/23/2016 | $ 200,000.00 | NRA 2016 Digital Media- PAID | $ 170,000.00 | 15% | 2016 Annual Meetings | NRA 2016 Digital Media-PAID | Digital Media May - July 2016; Promotional support for NRATV on Apple TV launch and curated content promotion |
| 2016 Annual Meetings | Invoice | 2016 | 139828 | 6/14/2016 | $ 150,000.00 | 581529 | 7/18/2016 | $ 920,650.21 | NRA 2016 Digital Media - Paid | $ 127,500.00 | 15% | 2016 Annual Meetings | NRA 2016 Digital Media-PAID | Promotional support for NRATV on AppleTV launche and curated content promotion |
| 2016 Annual Meetings | Invoice | 2016 | 139726 | 6/15/2016 | $ 70,588.24 | 581529 | 7/18/2016 | $ 920,650.21 | NRA 2016 Lindy's Sports Annuals | $ 60,000.00 | 15% | 2016 Annual Meetings | | |
| 2016 Annual Meetings | Invoice | 2016 | 140874 | 7/14/2016 | $ 150,000.00 | 584433 | 8/25/2016 | $ 850,738.77 | NRA 2016 Digital Media - Paid | $ 127,500.00 | 15% | 2016 Annual Meetings | NRA 2016 Digital Media-PAID | Promotional support for NRATV on AppleTV launche and curated content promotion |
| NRA Foundation | Invoice | 2016 | 141020 | 7/29/2016 | $ 1,000,000.00 | | | | | $ 850,000.00 | 15% | 2015 NR Foundation Media | Spot Market Media-c(3) | N/A |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NRA Media | Invoice | 2016 | 141002 | 7/29/2016 | $ 2,000,000.00 | 582580 | 8/14/2016 | $ 2,000,000.00 | Spot Market Media -c(4) | $ 1,700,000.00 | 15% | 2015 NRA Media | Spot Market Media-c(4) | N/A |
| 2015 Annual Meeting | Adjustment | 2016 | 142043 | 9/5/2016 | $ (5,140.60) | 587181 | 9/29/2016 | $ 359,775.58 | | $ (5,140.60) | | 2015 NR Annual Meetings Media | 2015 A/M Media | N/A |
| 2016 Annual Meetings | Adjustment | 2017 | 144626 | 12/5/2016 | $ (4,979.90) | 594627 | 1/5/2017 | $ 2,195,018.26 | | $ (4,979.90) | | 2016 Annual Meetings | | |
| 2016 Annual Meetings | Adjustment | 2017 | 144625 | 12/5/2016 | $ (3,599.99) | 594627 | 1/5/2017 | $ 2,195,018.26 | | $ (3,599.99) | | 2016 Annual Meetings | | |
| NRA Media | Adjustment | 2017 | 146779 | 3/1/2017 | $ (29,542.35) | 603186 | 4/13/2017 | $ 1,252,122.85 | | $ (29,542.35) | | 2015 NRA Media | 2016 Media Reconciliation | |
| NRA Media | Adjustment | 2017 | 146767 | 3/20/2017 | $ (298.62) | 603186 | 4/13/2017 | $ 1,252,122.85 | | $ (298.62) | | 2015 NRA Media | Harrisburg TV 30; Credit for WPMT-TV est 3205 (297.5) | N/A |
| | | | | | | | | | | $ - | | | | |

[1]Information obtained from the listing of invoices provided by the NRA to FRA. Note that the information for the invoices listed in red was not included on this listing; however, the relevant information has been transcribed into those fields.

[2]Information transcribed from the physical documentation received.

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Vendors Ranked by Total Spend for NRA Foundation and NRA Media**

Ackerman provided NRA and NRA Foundation media invoices for the following vendors for 2015 and 2016. The following chart shows the invoice amounts, by network, for the NRA Media and Foundation.

**Observation:** Fox News accounts for 77% of the total spend for NRA Foundation and 74% of the total spend for the NRA Media; which accounts for 75% of the total spend.

| Network | NRA Foundation Media | % of Total | NRA Media | % of Total | Grand Total | % of Total |
|---|---|---|---|---|---|---|
| C-FOXNEWS | $ 8,771,542 | 77% | $ 7,735,750 | 74% | $ 16,507,292 | 75% |
| C-FOXBUS | $ 967,731 | 8% | $ 845,476 | 8% | $ 1,813,207 | 8% |
| FM-IHEART | $ 561,723 | 5% | | 0% | $ 561,723 | 3% |
| FM-PRN | $ 100,000 | 1% | | 0% | $ 100,000 | 0% |
| FM-WEST | $ 72,786 | 1% | | 0% | $ 72,786 | 0% |
| TV-WTVT | $ 43,860 | 0% | $ 88,740 | 1% | $ 132,600 | 1% |
| FM-SIRI | $ 43,839 | 0% | | 0% | $ 43,839 | 0% |
| TV-WKMG | $ 41,055 | 0% | $ 53,295 | 1% | $ 94,350 | 0% |
| TV-WKRC | $ 39,440 | 0% | $ 27,370 | 0% | $ 66,810 | 0% |
| TV-KDKA | $ 35,445 | 0% | $ 31,620 | 0% | $ 67,065 | 0% |
| TV-WBNS | $ 34,340 | 0% | $ 12,325 | 0% | $ 46,665 | 0% |
| C-CINTWI | $ 31,362 | 0% | $ 56,673 | 1% | $ 88,035 | 0% |
| C-TAMPIN | $ 30,923 | 0% | $ 59,990 | 1% | $ 90,913 | 0% |
| TV-WFTV | $ 30,804 | 0% | $ 51,344 | 0% | $ 82,148 | 0% |
| FM-STATE | $ 26,945 | 0% | | 0% | $ 26,945 | 0% |
| TV-WNEP | $ 26,520 | 0% | $ 36,784 | 0% | $ 63,304 | 0% |
| C-COLTWI | $ 26,421 | 0% | $ 55,640 | 1% | $ 82,062 | 0% |
| C-JACKIN | $ 26,024 | 0% | $ 48,579 | 0% | $ 74,603 | 0% |
| TV-WGAL | $ 24,480 | 0% | $ 34,612 | 0% | $ 59,092 | 0% |
| TV-WESH | $ 23,375 | 0% | $ 77,435 | 1% | $ 100,810 | 0% |
| TV-WJW | $ 22,610 | 0% | $ 45,943 | 0% | $ 68,553 | 0% |
| TV-WTOV | $ 22,508 | 0% | $ 33,082 | 0% | $ 55,590 | 0% |
| TV-WHTM | $ 20,570 | 0% | $ 30,175 | 0% | $ 50,745 | 0% |
| TV-WFLA | $ 19,839 | 0% | $ 8,373 | 0% | $ 28,212 | 0% |
| TV-WOFL | $ 19,720 | 0% | $ 38,675 | 0% | $ 58,395 | 0% |
| TV-WOIO | $ 19,550 | 0% | $ 31,450 | 0% | $ 51,000 | 0% |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TV-WPXI | $ | 16,830 | 0% | $ | 34,425 | 0% | $ | 51,255 | 0% |
| TV-WJAX | $ | 16,490 | 0% | $ | 13,813 | 0% | $ | 30,303 | 0% |
| TV-WTAE | $ | 16,150 | 0% | $ | 18,955 | 0% | $ | 35,105 | 0% |
| TV-WTSP | $ | 15,300 | 0% | $ | 9,435 | 0% | $ | 24,735 | 0% |
| TV-WJAC | $ | 14,705 | 0% | $ | 13,813 | 0% | $ | 28,518 | 0% |
| TV-WFMJ | $ | 14,620 | 0% | $ | 17,765 | 0% | $ | 32,385 | 0% |
| TV-WCPO | $ | 14,450 | 0% | $ | 13,940 | 0% | $ | 28,390 | 0% |
| TV-WFTS | $ | 12,835 | 0% | $ | 24,565 | 0% | $ | 37,400 | 0% |
| TV-WKYC | $ | 11,900 | 0% | $ | 42,840 | 0% | $ | 54,740 | 0% |
| TV-WEWS | $ | 10,880 | 0% | $ | 22,610 | 0% | $ | 33,490 | 0% |
| TV-WCMH | $ | 10,540 | 0% | $ | 27,328 | 0% | $ | 37,868 | 0% |
| TV-WTLV | $ | 10,200 | 0% | $ | 14,450 | 0% | $ | 24,650 | 0% |
| TV-WHIO | $ | 10,030 | 0% | $ | 10,646 | 0% | $ | 20,676 | 0% |
| FACEBOOK | $ | 9,966 | 0% | $ | 208,582 | 2% | $ | 218,548 | 1% |
| TV-WFOX | $ | 9,937 | 0% | $ | 10,646 | 0% | $ | 20,583 | 0% |
| TV-WTVG | $ | 8,500 | 0% | $ | 9,584 | 0% | $ | 18,084 | 0% |
| TV-WJHG | $ | 7,608 | 0% | $ | 8,266 | 0% | $ | 15,874 | 0% |
| TV-WXIX | $ | 6,375 | 0% | $ | 10,646 | 0% | $ | 17,021 | 0% |
| TV-WJET | $ | 5,865 | 0% | $ | 8,772 | 0% | $ | 14,637 | 0% |
| TV-WKRG | $ | 5,780 | 0% | $ | 5,993 | 0% | $ | 11,773 | 0% |
| TV-WLWT | $ | 5,695 | 0% | $ | 33,745 | 0% | $ | 39,440 | 0% |
| TV-WSYX | $ | 5,610 | 0% | $ | 17,850 | 0% | $ | 23,460 | 0% |
| TV-WCTV | $ | 5,483 | 0% | $ | 9,733 | 0% | $ | 15,215 | 0% |
| TV-WCJB | $ | 5,228 | 0% | $ | 8,628 | 0% | $ | 13,855 | 0% |
| TV-WTTE | $ | 5,100 | 0% | $ | 19,720 | 0% | $ | 24,820 | 0% |
| TV-WTOL | $ | 4,760 | 0% | $ | 10,774 | 0% | $ | 15,534 | 0% |
| TV-WEAR | $ | 4,616 | 0% | $ | 7,931 | 0% | $ | 12,546 | 0% |
| TV-WPMI | $ | 4,590 | 0% | $ | 893 | 0% | $ | 5,483 | 0% |
| TV-WBRE | $ | 4,395 | 0% | | | 0% | $ | 4,395 | 0% |
| TV-WMBB | $ | 4,301 | 0% | $ | 7,378 | 0% | $ | 11,679 | 0% |
| TV-WKBN | $ | 3,740 | 0% | $ | 7,421 | 0% | $ | 11,161 | 0% |
| TV-WICU | $ | 3,392 | 0% | $ | 3,995 | 0% | $ | 7,387 | 0% |
| TV-WWSB | $ | 3,315 | 0% | $ | 2,295 | 0% | $ | 5,610 | 0% |
| TV-WOLF | $ | 2,550 | 0% | $ | 4,675 | 0% | $ | 7,225 | 0% |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TV-WKEF | $ | 2,423 | 0% | $ | 731 | 0% | $ | 3,154 | 0% |
| TV-WTAJ | $ | 2,295 | 0% | $ | 4,038 | 0% | $ | 6,333 | 0% |
| TV-WDTN | $ | 2,168 | 0% | $ | 4,123 | 0% | $ | 6,290 | 0% |
| Google | $ | 2,107 | 0% | | | 0% | $ | 2,107 | 0% |
| TV-WYOU | $ | 1,887 | 0% | $ | 5,495 | 0% | $ | 7,382 | 0% |
| TV-WJXX | $ | 1,870 | 0% | | | 0% | $ | 1,870 | 0% |
| TV-WYFX | $ | 1,870 | 0% | $ | 2,240 | 0% | $ | 4,110 | 0% |
| TV-WWCP | $ | 1,445 | 0% | $ | 684 | 0% | $ | 2,129 | 0% |
| TV-WGFL | $ | 1,403 | 0% | $ | 1,806 | 0% | $ | 3,209 | 0% |
| TV-WALA | $ | 1,148 | 0% | $ | 5,665 | 0% | $ | 6,813 | 0% |
| TV-WSEE | $ | 1,020 | 0% | $ | 2,112 | 0% | $ | 3,132 | 0% |
| TV-WOGX | $ | 935 | 0% | $ | 1,658 | 0% | $ | 2,593 | 0% |
| TV-WTRF | $ | 859 | 0% | $ | 2,627 | 0% | $ | 3,485 | 0% |
| TV-WUPW | $ | 850 | 0% | $ | 1,743 | 0% | $ | 2,593 | 0% |
| TV-WTXL | $ | 842 | 0% | $ | 493 | 0% | $ | 1,335 | 0% |
| TV-WNWO | $ | 680 | 0% | $ | 2,329 | 0% | $ | 3,009 | 0% |
| TV-WNBW | $ | 531 | 0% | | | 0% | $ | 531 | 0% |
| TV-WYTV | $ | 519 | 0% | $ | 982 | 0% | $ | 1,500 | 0% |
| TV-WRGT | $ | 510 | 0% | $ | 1,326 | 0% | $ | 1,836 | 0% |
| TV-WTWC | $ | 306 | 0% | $ | 344 | 0% | $ | 650 | 0% |
| TV-WATM | $ | 272 | 0% | | | 0% | $ | 272 | 0% |
| TV-GTRF | $ | 230 | 0% | $ | 514 | 0% | $ | 744 | 0% |
| TV-WECP | $ | 136 | 0% | $ | 812 | 0% | $ | 948 | 0% |
| TV-WBRE | $ | - | 0% | $ | 4,446 | 0% | $ | 4,446 | 0% |
| ADSWERVE | | | 0% | $ | 3,011 | 0% | $ | 3,011 | 0% |
| C-CNN | | | 0% | $ | 204,428 | 2% | $ | 204,428 | 1% |
| JAMLOOP | | | 0% | $ | 122,582 | 1% | $ | 122,582 | 1% |
| TV-WATMA | | | 0% | $ | 2,032 | 0% | $ | 2,032 | 0% |
| TV-WHP | | | 0% | $ | 3,443 | 0% | $ | 3,443 | 0% |
| TV-WJXT | | | 0% | $ | 10,311 | 0% | $ | 10,311 | 0% |
| TVWJXX | | | 0% | $ | 3,400 | 0% | $ | 3,400 | 0% |
| TV-WPGH | | | 0% | $ | 4,505 | 0% | $ | 4,505 | 0% |
| TV-WPMT | | | 0% | $ | 1,658 | 0% | $ | 1,658 | 0% |
| **Total** | **$** | **11,401,445** | | **$** | **10,464,973** | | **$** | **21,866,418** | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| Reconciling Item | | |
|---|---|---|
| (Note 1) | $ | 83,936 |

**Note 1:** Invoice 1215-1015-118-1 was recorded on the annual reconciliation, prepared and provided by Ackerman, as a higher amount than the physical invoice provided by Fox. The discrepancy in these amounts resulted in a difference of $83,935.80. The result of this discrepancy is that the total carry over balance to 2017 should be $116,055 as opposed to the $32,119.55 shown on the Summary tab for NRA Foundation. FRA suggests that follow-up questions are asked to Ackerman about this invoice.

**FOX News Invoices**

The table below details details the spend for NRA, by program. The O'Reilly Factor and the Kelly File represent the largest portion of the expense at 31% and 27%, respectively.

| Program | NRA Foundation | | NRA Media | | Total Amount | Total % Total |
|---|---|---|---|---|---|---|
| EL/Republican Convention | | 0% | $ 1,125,440 | 12% | 1,125,440 | 6% |
| Fox & Friends | $ 107,247 | 1% | | 0% | 107,247 | 1% |
| Fox & Friends First | $ 7,344 | 0% | | 0% | 7,344 | 0% |
| Hannity | $ 1,702,569 | 16% | $ 1,614,688 | 18% | 3,317,257 | 17% |
| O'Reilly Factor | $ 2,952,038 | 29% | $ 3,048,308 | 33% | 6,000,346 | 31% |
| Special Report | $ 1,035,790 | 10% | $ 728,733 | 8% | 1,764,523 | 9% |
| The Five | $ 1,018,087 | 10% | $ 819,783 | 9% | 1,837,870 | 9% |
| The Kelly File | $ 3,496,386 | 34% | $ 1,862,678 | 20% | 5,359,064 | 27% |
| **Grand Total** | **$ 10,319,461** | **100%** | **$ 9,199,630** | **100%** | **$ 19,519,091** | **100%** |
| | | | | Less 15% commission | **$ 16,591,227** | |
| | | | | Less Invoice 1215-1018-1 | (83,936) | |
| | | | | Net invoice amount | **$ 16,507,292** | See Note 1 on tab 'Vendors Ranked by Total Spend' |

**The following table is a transcription of detail from the FOX News invoices:**

| Invoice | Order Number | Invoice Date | Broadcast Month | FRA Month | FRA Year | Program | Date | Length (Duration of commercial) | Commercial Name | Cost | Net of 15% | Source | FRA Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Hannity | 9/28/2015 | 1:00 | Moms Like Me Rev.2 | $49,394.00 | $41,984.90 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Special Report | 9/30/2015 | 1:00 | My rights | $35,572.00 | $30,236.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Five | 10/14/2015 | 1:00 | Moms Like Me Rev.2 | $31,092.00 | $26,428.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Kelly File | 10/14/2015 | 1:00 | My Story | $114,306.00 | $97,160.10 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Hannity | 10/15/2015 | 1:30 | Carol Browne | $74,091.00 | $62,977.35 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | O'Reilly Factor | 10/15/2015 | 1:00 | Freedom Rev1 | $89,580.00 | $76,143.00 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Special Report | 10/15/2015 | 1:00 | My rights | $35,572.00 | $30,236.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Special Report | 10/16/2015 | 1:00 | Freedom Rev1 | $35,572.00 | $30,236.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Five | 10/16/2015 | 1:00 | My rights | $31,092.00 | $26,428.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Kelly File | 10/16/2015 | 1:00 | Moms Like Me Rev.2 | $76,204.00 | $64,773.40 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | O'Reilly Factor | 10/19/2015 | 1:00 | My rights | $89,580.00 | $76,143.00 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Hannity | 10/20/2015 | 1:00 | Moms Like Me Rev.2 | $49,394.00 | $41,984.90 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Five | 10/20/2015 | 1:30 | My Story | $46,638.00 | $39,642.30 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Kelly File | 10/20/2015 | 1:00 | Freedom Rev1 | $76,204.00 | $64,773.40 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | O'Reilly Factor | 10/21/2015 | 1:00 | My rights | $89,580.00 | $76,143.00 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Five | 10/21/2015 | 1:00 | Freedom Rev1 | $31,092.00 | $26,428.20 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Kelly File | 10/22/2015 | 1:30 | Carol Browne | $114,306.00 | $97,160.10 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | Special Report | 10/23/2015 | 1:00 | Moms Like Me Rev.2 | $35,574.00 | $30,237.90 | NRA Foundation | |
| 1015-1411-1 | 138155 | 10/25/2015 | Oct-15 | Oct | 2015 | The Kelly File | 10/23/2015 | 1:00 | My rights | $76,204.00 | $64,773.40 | NRA Foundation | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | The Five | 9/27/2016 | 1:00 | Racism | $40,534.00 | $34,453.90 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/6/2016 | 1:00 | Naïve Clingers | $64,406.00 | $54,745.10 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/12/2016 | 1:00 | Never Again | $116,786.00 | $99,268.10 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/17/2016 | 1:00 | Naïve Clingers | $64,406.00 | $54,745.10 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | Special Report | 10/18/2016 | 1:00 | Truth About Benghazi | $44,132.00 | $37,512.20 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | The Five | 10/19/2016 | 1:30 | My Story | $60,801.00 | $51,680.85 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/20/2016 | 1:00 | Racism | $116,786.00 | $99,268.10 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 10/21/2016 | 1:00 | Never Again | $99,358.00 | $84,454.30 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/24/2016 | 1:00 | Never Again | $64,406.00 | $54,745.10 | NRA Media | |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/24/2016 | 1:00 | Truth About Benghazi | $116,786.00 | $99,268.10 | NRA Media | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 10/25/2016 | 1:00 | Naïve Clingers | $99,358.00 | $84,454.30 NRA Media |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/26/2016 | 1:00 | Racism | $64,406.00 | $54,745.10 NRA Media |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | The Five | 10/27/2016 | 1:00 | Never Again | $40,534.00 | $34,453.90 NRA Media |
| 1016-1027-1 | 151092 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/28/2016 | 1:00 | Racism | $116,786.00 | $99,268.10 NRA Media |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 9/27/2016 | 1:00 | Didn't Listen | $99,358.00 | $84,454.30 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 9/28/2016 | 1:00 | Real Empowerment | $64,406.00 | $54,745.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 9/29/2016 | 1:00 | Freedom Rev1 | $99,358.00 | $84,454.30 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 9/30/2016 | 1:00 | Haven't Met America | $116,786.00 | $99,268.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/3/2016 | 1:00 | Real Empowerment | $116,786.00 | $99,268.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Special Report | 10/4/2016 | 1:00 | Freedom Rev1 | $44,132.00 | $37,512.20 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/5/2016 | 1:00 | Didn't Listen | $64,406.00 | $54,745.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 10/5/2016 | 1:00 | Freedom Rev1 | $99,358.00 | $84,454.30 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 10/7/2016 | 1:00 | Southside | $99,358.00 | $84,454.30 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Kelly File | 10/10/2016 | 1:00 | Didn't Listen | $99,358.00 | $84,454.30 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/11/2016 | 1:00 | Real Empowerment | $64,406.00 | $54,745.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/13/2016 | 1:00 | Freedom Rev1 | $64,406.00 | $54,745.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Five | 10/13/2016 | 1:00 | Real Empowerment | $40,534.00 | $34,453.90 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/14/2016 | 1:00 | Southside | $116,786.00 | $99,268.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | O'Reilly Factor | 10/17/2016 | 1:00 | Didn't Listen | $116,786.00 | $99,268.10 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | The Five | 10/20/2016 | 1:00 | My rights | $40,534.00 | $34,453.90 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Special Report | 10/21/2016 | 1:00 | Real Empowerment | $44,132.00 | $37,512.20 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Special Report | 10/25/2016 | 1:00 | Freedom Rev1 | $44,132.00 | $37,512.20 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Special Report | 10/26/2016 | 1:00 | Didn't Listen | $44,132.00 | $37,512.20 NRA Foundation |
| 1016-1028-1 | 151093 | 10/30/2016 | Oct-16 | Oct | 2016 | Hannity | 10/28/2016 | 1:00 | Real Empowerment | $64,406.00 | $54,745.10 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 11/25/2015 | 1:00 | Freedom Rev1 | $76,204.00 | $64,773.40 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 10/26/2015 | 1:30 | Carol Browne | $114,306.00 | $97,160.10 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 10/27/2015 | 1:00 | Moms Like Me Rev.2 | $76,204.00 | $64,773.40 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Five | 10/28/2015 | 1:30 | Carol Browne | $46,638.00 | $39,642.30 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | O'Reilly Factor | 10/29/2015 | 1:00 | My rights | $89,580.00 | $76,143.00 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | Special Report | 10/30/2015 | 1:00 | Freedom Rev1 | $36,138.00 | $30,717.30 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Five | 11/2/2015 | 1:30 | My Story | $46,638.00 | $39,642.30 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | O'Reilly Factor | 11/3/2015 | 1:00 | Moms Like Me Rev.2 | $89,580.00 | $76,143.00 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 11/4/2015 | 1:00 | Freedom Rev1 | $76,204.00 | $64,773.40 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | Special Report | 11/5/2015 | 1:30 | Carol Browne | $54,204.00 | $46,073.40 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | O'Reilly Factor | 11/9/2015 | 1:00 | Freedom Rev1 | $89,580.00 | $76,143.00 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Five | 11/9/2015 | 1:00 | Moms Like Me Rev.2 | $31,092.00 | $26,428.20 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | Special Report | 11/10/2015 | 1:00 | My rights | $36,138.00 | $30,717.30 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 11/11/2015 | 1:30 | My Story | $114,306.00 | $97,160.10 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | Hannity | 11/16/2015 | 1:00 | Freedom Rev1 | $49,394.00 | $41,984.90 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Five | 11/18/2015 | 1:00 | Freedom Rev1 | $31,092.00 | $26,428.20 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Kelly File | 11/19/2015 | 1:30 | My Story | $114,306.00 | $97,160.10 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | Hannity | 11/23/2015 | 1:30 | My Story | $74,091.00 | $62,977.35 NRA Foundation |
| 1115-1528-1 | 139317 | 11/29/2015 | Nov-15 | Nov | 2015 | The Five | 11/23/2015 | 1:00 | Freedom Rev1 | $31,092.00 | $26,428.20 NRA Foundation |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | The Kelly File | 1/6/2016 | 1:00 | Truth About Benghazi | $99,358.00 | $84,454.30 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | O'Reilly Factor | 10/31/2016 | 1:00 | Naïve Clingers | $116,786.00 | $99,268.10 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | The Five | 10/31/2016 | 1:00 | We Don't Need You | $40,534.00 | $34,453.90 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | The Kelly File | 11/1/2016 | 1:00 | Never Again | $99,358.00 | $84,454.30 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | Hannity | 11/2/2016 | 1:00 | We don't Need You | $64,406.00 | $54,745.10 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | O'Reilly Factor | 11/2/2016 | 1:00 | Real Empowerment | $116,786.00 | $99,268.10 NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | Special Report | 11/3/2016 | 1:00 | We don't Need You | $44,132.00 | $37,512.20 NRA Media |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | Hannity | 11/4/2016 | 1:00 | Didn't Listen | $64,406.00 | $54,745.10 | NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | O'Reilly Factor | 11/4/2016 | 1:00 | Never Again | $116,786.00 | $99,268.10 | NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | Hannity | 11/7/2016 | 1:00 | Real Empowerment | $64,406.00 | $54,745.10 | NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | O'Reilly Factor | 11/7/2016 | 1:00 | We don't Need You | $116,786.00 | $99,268.10 | NRA Media |
| 1116-1020-1 | 152319 | 11/27/2016 | Nov-16 | Nov | 2016 | The Five | 11/7/2016 | 1:00 | Never Again | $40,534.00 | $34,453.90 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | Special Report | 1/4/2016 | 1:00 | Disarmament | $28,654.00 | $24,355.90 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/11/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | Hannity | 1/13/2016 | 1:00 | Disarmament | $41,970.00 | $35,674.50 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | The Kelly File | 1/19/2016 | 1:00 | Disarmament | $64,586.00 | $54,898.10 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/22/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 | NRA Media |
| 116-1021-1 | 141857 | 1/31/2016 | Jan-16 | Jan | 2016 | Hannity | 1/26/2016 | 1:00 | Disarmament | $41,970.00 | $35,674.50 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | Hannity | 1/5/2016 | 1:00 | Disarmament | $41,970.00 | $35,674.50 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/5/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | O'Reilly Factor | 1/6/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | Special Report | 1/6/2016 | 1:00 | Disarmament | $28,654.00 | $24,355.90 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/7/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 | NRA Media |
| 116-1022-1 | 141938 | 1/31/2016 | Jan-16 | Jan | 2016 | The Kelly File | 1/7/2016 | 1:00 | Disarmament | $64,586.00 | $54,898.10 | NRA Media |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/4/2016 | 1:00 | Like My Rev.2 | $26,310.00 | $22,363.50 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Kelly File | 1/4/2016 | 1:00 | Freedom Rev1 | $64,586.00 | $54,898.10 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | Hannity | 1/5/2016 | 1:00 | Demons at our door | $41,970.00 | $35,674.50 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/6/2016 | 1:00 | Demons at our door | $26,310.00 | $22,363.50 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | O'Reilly Factor | 1/7/2016 | 1:00 | Southside | $75,944.00 | $64,552.40 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | Special Report | 1/8/2016 | 1:00 | My rights | $28,654.00 | $24,355.90 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | O'Reilly Factor | 1/11/2016 | 1:00 | Demons at our door | $75,944.00 | $64,552.40 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Five | 1/14/2016 | 1:00 | Freedom Rev1 | $26,310.00 | $22,363.50 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | Special Report | 1/15/2016 | 1:00 | Like My Rev.2 | $28,654.00 | $24,355.90 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Kelly File | 1/18/2016 | 1:00 | Demons at our door | $64,586.00 | $54,898.10 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | The Kelly File | 1/20/2016 | 1:00 | Southside | $64,586.00 | $54,898.10 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | O'Reilly Factor | 1/21/2016 | 1:00 | Southside | $75,944.00 | $64,552.40 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | Special Report | 1/25/2016 | 1:00 | Southside | $28,654.00 | $24,355.90 | NRA Foundation |
| 116-1023-1 | 141858 | 1/31/2016 | Jan-16 | Jan | 2016 | Hannity | 1/27/2016 | 1:00 | Demons at our door | $41,970.00 | $35,674.50 | NRA Foundation |
| 1215-1015-1 | 140484 | 12/27/2015 | Dec-15 | Dec | 2015 | The Five | 12/8/2015 | 1:00 | Demons at our door | $30,844.00 | $26,217.40 | NRA Foundation |
| 1215-1015-1 | 140484 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/9/2015 | 1:00 | Demons at our door | $49,006.00 | $41,655.10 | NRA Foundation |
| 1215-1015-1 | 140484 | 12/27/2015 | Dec-15 | Dec | 2015 | The Kelly File | 12/9/2015 | 1:00 | Demons at our door | $75,600.00 | $64,260.00 | NRA Foundation |
| 1215-1015-1 | 140484 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/11/2015 | 1:00 | Demons at our door | $49,006.00 | $41,655.10 | NRA Foundation |
| 1215-1016-1 | 140301 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 11/30/2016 | 1:00 | My President | $49,004.00 | $41,653.40 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | Special Report | 12/3/2015 | 1:00 | My Defense | $33,588.00 | $28,549.80 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | The Five | 12/7/2015 | 1:00 | My Defense | $30,844.00 | $26,217.40 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/8/2015 | 1:00 | My Defense | $49,004.00 | $41,653.40 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | O'Reilly Factor | 12/8/2015 | 1:00 | My Defense | $88,612.00 | $75,320.20 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | The Kelly File | 12/14/2015 | 1:00 | My Defense | $75,360.00 | $64,056.00 | NRA Media |
| 1215-1017-1 | 140300 | 12/27/2015 | Dec-15 | Dec | 2015 | Special Report | 12/17/2015 | 1:00 | My Defense | $33,588.00 | $28,549.80 | NRA Media |
| 1215-1018-1 | 140484 | 12/27/2015 | Dec-15 | Dec | 2015 | O'Reilly Factor | 12/3/2015 | 1:00 | Demons at our door | $98,748.00 | $83,935.80 | NRA Media |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | The Kelly File | 12/1/2015 | 1:00 | Demons at our door | $76,204.00 | $64,773.40 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/3/2015 | 1:00 | Demons at our door | $49,394.00 | $41,984.90 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | The Five | 12/3/2015 | 1:00 | Demons at our door | $31,090.00 | $26,426.50 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/4/2015 | 1:00 | Demons at our door | $49,394.00 | $41,984.90 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Special Report | 12/4/2015 | 1:00 | Demons at our door | $36,138.00 | $30,717.30 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/7/2015 | 1:00 | Demons at our door | $49,394.00 | $41,984.90 | NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | O'Reilly Factor | 12/7/2015 | 1:00 | Demons at our door | $89,580.00 | $76,143.00 | NRA Foundation |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | The Kelly File | 12/8/2015 | 1:00 | Demons at our door | $76,204.00 | $64,773.40 NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | The Five | 12/9/2015 | 1:00 | Demons at our door | $34,272.00 | $29,131.20 NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/14/2015 | 1:00 | Demons at our door | $49,394.00 | $41,984.90 NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Special Report | 12/14/2015 | 1:00 | Demons at our door | $36,138.00 | $30,717.30 NRA Foundation |
| 1215-1019-1 | 140286 | 12/27/2015 | Dec-15 | Dec | 2015 | Hannity | 12/16/2015 | 1:00 | Demons at our door | $49,394.00 | $41,984.90 NRA Foundation |
| 216-1015-1 | 142760 | 2/28/2016 | Feb-16 | Feb | 2016 | O'Reilly Factor | 2/4/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 NRA Media |
| 216-1015-1 | 142760 | 2/28/2016 | Feb-16 | Feb | 2016 | The Five | 2/9/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 NRA Media |
| 216-1015-1 | 142760 | 2/28/2016 | Feb-16 | Feb | 2016 | Hannity | 2/17/2016 | 1:00 | Disarmament | $41,970.00 | $35,674.50 NRA Media |
| 216-1015-1 | 142760 | 2/28/2016 | Feb-16 | Feb | 2016 | The Kelly File | 2/22/2016 | 1:00 | Disarmament | $64,586.00 | $54,898.10 NRA Media |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Special Report | 2/1/2016 | 1:00 | Demons at our door | $28,654.00 | $24,355.90 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | The Five | 2/2/2016 | 1:30 | My Story | $39,465.00 | $33,545.25 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | The Kelly File | 2/2/2016 | 1:00 | Southside | $64,586.00 | $54,898.10 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Hannity | 2/8/2016 | 1:00 | Southside | $41,970.00 | $35,674.50 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Special Report | 2/10/2016 | 1:30 | My Story | $42,981.00 | $36,533.85 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | The Kelly File | 2/11/2016 | 1:00 | Like My Rev.2 | $64,586.00 | $54,898.10 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | O'Reilly Factor | 2/12/2016 | 1:00 | Demons at our door | $75,944.00 | $64,552.40 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | The Five | 2/15/2016 | 1:00 | Like My Rev.2 | $26,310.00 | $22,363.50 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Special Report | 2/16/2016 | 1:00 | Demons at our door | $28,654.00 | $24,355.90 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Hannity | 2/18/2016 | 1:30 | My Story | $62,955.00 | $53,511.75 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | O'Reilly Factor | 2/19/2016 | 1:00 | Southside | $75,944.00 | $64,552.40 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Hannity | 2/24/2016 | 1:00 | Demons at our door | $41,970.00 | $35,674.50 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | The Five | 2/24/2016 | 1:00 | Southside | $26,310.00 | $22,363.50 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Hannity | 2/25/2016 | 1:00 | Like My Rev.2 | $41,970.00 | $35,674.50 NRA Foundation |
| 216-1016-1 | 142762 | 2/28/2016 | Feb-16 | Feb | 2016 | Special Report | 2/26/2016 | 1:00 | Demons at our door | $28,654.00 | $24,355.90 NRA Foundation |
| 216-114-1 | 143509 | 2/28/2016 | Feb-16 | Feb | 2016 | Special Report | 2/24/2016 | 1:00 | Disarmament | $28,654.00 | $24,355.90 NRA Media |
| 216-114-1 | 143509 | 2/28/2016 | Feb-16 | Feb | 2016 | O'Reilly Factor | 2/26/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 NRA Media |
| 316-1016-1 | 143637 | 3/27/2016 | Mar-16 | Mar | 2016 | The Five | 3/2/2016 | 1:00 | Disarmament | $26,310.00 | $22,363.50 NRA Media |
| 316-1016-1 | 143637 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/9/2016 | 1:00 | Disarmament | $64,586.00 | $54,898.10 NRA Media |
| 316-1016-1 | 143637 | 3/27/2016 | Mar-16 | Mar | 2016 | O'Reilly Factor | 3/10/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 NRA Media |
| 316-1016-1 | 143637 | 3/27/2016 | Mar-16 | Mar | 2016 | O'Reilly Factor | 3/14/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 NRA Media |
| 316-1016-1 | 143637 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/23/2016 | 1:00 | Truth About Benghazi | $64,586.00 | $54,898.10 NRA Media |
| 316-1017-1 | 143636 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/4/2016 | 1:00 | Disarmament | $64,586.00 | $54,898.10 NRA Media |
| 316-1017-1 | 143636 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 3/8/2016 | 1:00 | Disarmament | $28,654.00 | $24,355.90 NRA Media |
| 316-1017-1 | 143636 | 3/27/2016 | Mar-16 | Mar | 2016 | O'Reilly Factor | 3/16/2016 | 1:00 | Disarmament | $75,944.00 | $64,552.40 NRA Media |
| 316-1017-1 | 143636 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 3/24/2016 | 1:00 | Disarmament | $28,654.00 | $24,355.90 NRA Media |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | O'Reilly Factor | 2/29/2016 | 1:00 | Demons at our door | $75,944.00 | $64,552.40 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 2/29/2016 | 1:00 | Southside | $28,654.00 | $24,355.90 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Five | 3/1/2016 | 1:00 | Venezuela | $26,310.00 | $22,363.50 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/1/2016 | 1:00 | Demons at our door | $64,586.00 | $54,898.10 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | Hannity | 3/2/2016 | 1:00 | Hypocrisy | $41,970.00 | $35,674.50 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Five | 3/4/2016 | 1:00 | Hypocrisy | $26,310.00 | $22,363.50 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/7/2016 | 1:00 | Hypocrisy | $64,586.00 | $54,898.10 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 3/8/2016 | 1:00 | Demons at our door | $28,654.00 | $24,355.90 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 3/15/2016 | 1:00 | Venezuela | $28,654.00 | $24,355.90 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | Special Report | 3/16/2016 | 1:00 | Hypocrisy | $28,654.00 | $24,355.90 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Five | 3/17/2016 | 1:30 | My Story | $39,465.00 | $33,545.25 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/18/2016 | 1:00 | Truly Free | $64,586.00 | $54,898.10 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | O'Reilly Factor | 3/22/2016 | 1:00 | Haven't Met America | $75,944.00 | $64,552.40 NRA Foundation |
| 316-1018-1 | 143638 | 3/27/2016 | Mar-16 | Mar | 2016 | The Kelly File | 3/25/2016 | 1:00 | Truly Free | $64,586.00 | $54,898.10 NRA Foundation |
| 416-1012-1 | 144104 | 4/24/2016 | Apr-16 | Apr | 2016 | Special Report | 3/29/2016 | 1:00 | Truth About Benghazi | $29,030.00 | $24,675.50 NRA Media |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 416-1012-1 | 144104 | 4/24/2016 | Apr-16 | Apr | 2016 | Hannity | 4/1/2016 | 1:00 | Truly Free | $42,364.00 | $36,009.40 | NRA Media |
| 416-1012-1 | 144104 | 4/24/2016 | Apr-16 | Apr | 2016 | The Five | 4/5/2016 | 1:00 | San Bernandino | $26,662.00 | $22,662.70 | NRA Media |
| 416-1012-1 | 144104 | 4/24/2016 | Apr-16 | Apr | 2016 | Special Report | 4/6/2016 | 1:00 | San Bernandino | $29,030.00 | $24,675.50 | NRA Media |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Five | 3/28/2016 | 1:00 | Haven't Met America | $26,662.00 | $22,662.70 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | O'Reilly Factor | 3/29/2016 | 1:00 | Demons at our door | $76,836.00 | $65,310.60 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | Special Report | 3/31/2016 | 1:00 | Hypocrisy | $29,030.00 | $24,675.50 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Kelly File | 4/4/2016 | 1:00 | Truly Free | $65,368.00 | $55,562.80 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | Hannity | 4/5/2016 | 1:00 | Haven't Met America | $42,364.00 | $36,009.40 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | Special Report | 4/7/2016 | 1:30 | Haven't Met America | $43,545.00 | $37,013.25 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | O'Reilly Factor | 4/8/2016 | 1:00 | Hypocrisy | $76,836.00 | $65,310.60 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | Hannity | 4/11/2016 | 1:00 | Hypocrisy | $42,364.00 | $36,009.40 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Kelly File | 4/12/2016 | 1:00 | Southside | $65,368.00 | $55,562.80 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Five | 4/13/2016 | 1:00 | Hypocrisy | $26,662.00 | $22,662.70 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | Special Report | 4/15/2016 | 1:00 | Truly Free | $29,030.00 | $24,675.50 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Five | 4/19/2016 | 1:00 | My Story | $26,662.00 | $22,662.70 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | The Kelly File | 4/20/2016 | 1:00 | Haven't Met America | $65,368.00 | $55,562.80 | NRA Foundation |
| 416-1013-1 | 144106 | 4/24/2016 | Apr-16 | Apr | 2016 | O'Reilly Factor | 4/21/2016 | 1:00 | Truly Free | $76,836.00 | $65,310.60 | NRA Foundation |
| 516-1008-1 | 145913 | 5/29/2016 | May-15 | May | 2015 | Hannity | 4/29/2016 | 1:00 | San Bernandino | $42,364.00 | $36,009.40 | NRA Media |
| 516-1008-1 | 145913 | 5/29/2016 | May-15 | May | 2015 | O'Reilly Factor | 5/5/2016 | 1:00 | San Bernandino | $76,836.00 | $65,310.60 | NRA Media |
| 516-1008-1 | 145913 | 5/29/2016 | May-15 | May | 2015 | Hannity | 5/11/2016 | 1:00 | Truth About Benghazi | $42,364.00 | $36,009.40 | NRA Media |
| 516-1008-1 | 145913 | 5/29/2016 | May-15 | May | 2015 | Hannity | 5/17/2016 | 1:00 | San Bernandino | $42,364.00 | $36,009.40 | NRA Media |
| 516-1008-1 | 145913 | 5/29/2016 | May-15 | May | 2015 | Hannity | 5/26/2016 | 1:00 | Truth About Benghazi | $42,364.00 | $36,009.40 | NRA Media |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | The Five | 4/25/2016 | 1:30 | My Story | $39,993.00 | $33,994.05 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | The Kelly File | 4/26/2016 | 1:00 | Hypocrisy | $65,368.00 | $55,562.80 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | Special Report | 4/28/2016 | 1:00 | Haven't Met America | $29,030.00 | $24,675.50 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | O'Reilly Factor | 5/2/2016 | 1:00 | Haven't Met America | $76,836.00 | $65,310.60 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | Hannity | 5/4/2016 | 1:00 | Truly Free | $42,364.00 | $36,009.40 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | The Kelly File | 5/9/2016 | 1:00 | Truly Free | $65,368.00 | $55,562.80 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | O'Reilly Factor | 5/10/2016 | 1:00 | Hypocrisy | $76,836.00 | $65,310.60 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | Special Report | 5/16/2016 | 1:00 | Hypocrisy | $29,030.00 | $24,675.50 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | O'Reilly Factor | 5/18/2016 | 1:00 | Truly Free | $76,836.00 | $65,310.60 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | Special Report | 5/24/2016 | 1:00 | Truly Free | $29,030.00 | $24,675.50 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | The Kelly File | 5/24/2016 | 1:00 | Haven't Met America | $65,368.00 | $55,562.80 | NRA Foundation |
| 516-1009-1 | 145912 | 5/29/2016 | May-16 | May | 2016 | O'Reilly Factor | 5/27/2016 | 1:00 | Southside | $76,836.00 | $65,310.60 | NRA Foundation |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | O'Reilly Factor | 6/1/2016 | 1:00 | Truth About Benghazi | $76,836.00 | $65,310.60 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | Hannity | 6/2/2016 | 1:00 | Hypocrisy | $42,364.00 | $36,009.40 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Kelly File | 6/3/2016 | 1:00 | San Bernandino | $65,368.00 | $55,562.80 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Kelly File | 6/7/2016 | 1:00 | Disarmament | $65,368.00 | $55,562.80 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | O'Reilly Factor | 6/8/2016 | 1:00 | You haven't met America | $76,836.00 | $65,310.60 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | Hannity | 6/9/2016 | 1:00 | Truth About Benghazi | $42,364.00 | $36,009.40 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Kelly File | 6/10/2016 | 1:00 | Moms Like Me Rev.2 | $65,368.00 | $55,562.80 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | O'Reilly Factor | 6/17/2016 | 1:00 | Demons at our door | $76,836.00 | $65,310.60 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | Hannity | 6/20/2016 | 1:00 | Demons at our door | $42,364.00 | $36,009.40 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | O'Reilly Factor | 6/21/2016 | 1:00 | My Freedom Rev1 | $76,836.00 | $65,310.60 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Kelly File | 6/21/2016 | 1:00 | Demons at our door | $65,368.00 | $55,562.80 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | Hannity | 6/22/2016 | 1:00 | My Freedom Rev1 | $42,364.00 | $36,009.40 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Five | 6/22/2016 | 1:30 | My Story | $39,993.00 | $33,994.05 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | O'Reilly Factor | 6/23/2016 | 1:00 | Demons at our door | $76,836.00 | $65,310.60 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | Special Report | 6/24/2016 | 1:00 | My Freedom Rev1 | $29,030.00 | $24,675.50 | NRA Media |
| 616-1386-1 | 146611 | 6/26/2016 | Jun-16 | Jun | 2016 | The Five | 6/24/2016 | 1:00 | Demons at our door | $26,662.00 | $22,662.70 | NRA Media |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 6/27/2016 | 1:00 | Compassion | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 6/29/2016 | 1:00 | Demons at our door | $27,658.00 | $23,509.30 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 6/30/2016 | 1:00 | Truth About Benghazi | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/5/2016 | 1:00 | Truth About Benghazi | $27,658.00 | $23,509.30 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/6/2016 | 1:00 | We don't Need You | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/8/2016 | 1:00 | Demons at our door | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/11/2016 | 1:00 | Demons at our door | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/13/2016 | 1:00 | Racism | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/15/2016 | 1:00 | Naïve Clingers | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | EL/Republican C | 7/18/2016 | 1:00 | Generations | $135,440.00 | $115,124.00 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/19/2016 | 1:00 | Racism | $25,390.00 | $21,581.50 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/21/2016 | 1:00 | Generations | $0.00 | $0.00 | NRA Media | No charge |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/22/2016 | 1:00 | We don't Need You | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/22/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/26/2016 | 1:00 | Didn't Listen | $27,658.00 | $23,509.30 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/27/2016 | 1:00 | Compassion | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/28/2016 | 1:00 | Never Again | $25,390.00 | $21,581.50 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/29/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/7/2016 | 1:00 | We don't Need You | $25,390.00 | $21,581.50 | NRA Media | |
| 716-1013-1 | 147699 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/15/2016 | 1:30 | My Story | $38,085.00 | $32,372.25 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/11/2016 | 1:00 | Naïve Clingers | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/11/2016 | 1:00 | Never Again | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/12/2016 | 1:00 | Generations | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/12/2016 | 1:00 | Didn't Listen | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/12/2016 | 1:00 | Real Empowerment | $27,658.00 | $23,509.30 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/12/2016 | 1:00 | Never Again | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/13/2016 | 1:00 | We don't Need You | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | The Kelly File | 7/13/2016 | 1:00 | Never Again | $62,268.00 | $52,927.80 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/14/2016 | 1:00 | Racism | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Hannity | 7/15/2016 | 1:00 | Naïve Clingers | $40,366.00 | $34,311.10 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | O'Reilly Factor | 7/15/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/15/2016 | 1:00 | Didn't Listen | $25,390.00 | $21,581.50 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | EL/Republican C | 7/18/2016 | 1:00 | Real Empowerment | $247,500.00 | $210,375.00 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/18/2016 | 1:30 | My Story | $41,487.00 | $35,263.95 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | EL/Republican C | 7/19/2016 | 1:00 | Real Empowerment | $247,500.00 | $210,375.00 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | EL/Republican C | 7/20/2016 | 1:00 | Didn't Listen | $247,500.00 | $210,375.00 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/20/2016 | 1:00 | Never Again | $25,390.00 | $21,581.50 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | EL/Republican C | 7/21/2016 | 1:00 | We don't Need You | $247,500.00 | $210,375.00 | NRA Media | |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/21/2016 | 1:00 | Compassion | $27,658.00 | $23,509.30 | NRA Media | |
| 716-1015-1 | 148738 | 7/31/2016 | Jul-16 | Jul | 2016 | The Five | 7/21/2016 | 1:00 | Generations | $0.00 | $0.00 | NRA Media | No charge |
| 716-1015-1 | 147701 | 7/31/2016 | Jul-16 | Jul | 2016 | Special Report | 7/22/2016 | 1:00 | Never Again | $27,658.00 | $23,509.30 | NRA Media | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Fox & Friends Fi | 8/18/2015 | 1:00 | Mom and Dad - Foundation | $3,672.00 | $3,121.20 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | O'Reilly Factor | 8/18/2015 | 1:00 | Neighbors - Foundation | $58,316.00 | $49,568.60 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Fox & Friends | 8/19/2015 | 1:00 | Work Ethic - Foundation | $10,284.00 | $8,741.40 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | O'Reilly Factor | 8/19/2015 | 1:30 | Service - Foundation | $87,474.00 | $74,352.90 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | The Kelly File | 8/20/2015 | 1:00 | Neighbors - Foundation | $49,468.00 | $42,047.80 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | The Five | 8/21/2015 | 1:00 | Courage - Foundation | $20,196.00 | $17,166.60 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Fox & Friends | 8/24/2015 | 1:00 | Selective law enforcement - Fo | $10,284.00 | $8,741.40 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | The Kelly File | 8/24/2015 | 1:00 | Mom and Dad - Foundation | $49,468.00 | $42,047.80 | NRA Foundation | |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | O'Reilly Factor | 8/25/2015 | 1:00 | Work Ethic - Foundation | $58,316.00 | $49,568.60 | NRA Foundation | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Fox & Friends | 8/26/2015 | 1:00 | Service - Foundation | $15,426.00 | $13,112.10 | NRA Foundation |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Hannity | 8/26/2015 | 1:00 | Neighbors - Foundation | $32,120.00 | $27,302.00 | NRA Foundation |
| 815-1017-1 | 136678 | 8/30/2015 | Aug-15 | Aug | 2015 | Fox & Friends Fi | 8/28/2015 | 1:00 | Golden Rule - Foundation | $3,672.00 | $3,121.20 | NRA Foundation |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | O'Reilly Factor | 8/1/2016 | 1:00 | Never Again | $73,172.00 | $62,196.20 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Kelly File | 8/2/2016 | 1:00 | Didn't Listen | $62,268.00 | $52,927.80 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | Hannity | 8/3/2016 | 1:00 | Naïve Clingers | $40,366.00 | $34,311.10 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | Special Report | 8/5/2016 | 1:00 | Racism | $27,658.00 | $23,509.30 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Five | 8/8/2016 | 1:00 | Never Again | $25,390.00 | $21,581.50 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Kelly File | 8/9/2016 | 1:00 | Real Empowerment | $62,268.00 | $52,927.80 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | O'Reilly Factor | 8/10/2016 | 1:00 | Didn't Listen | $73,172.00 | $62,196.20 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Five | 8/11/2016 | 1:30 | My Story | $38,085.00 | $32,372.25 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | O'Reilly Factor | 8/12/2016 | 1:00 | Compassion | $73,172.00 | $62,196.20 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Kelly File | 8/15/2016 | 1:00 | Never Again | $62,268.00 | $52,927.80 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | O'Reilly Factor | 8/17/2016 | 1:00 | Racism | $73,172.00 | $62,196.20 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | Special Report | 8/18/2016 | 1:00 | Didn't Listen | $27,658.00 | $23,509.30 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | Hannity | 8/19/2016 | 1:00 | Real Empowerment | $40,366.00 | $34,311.10 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | Hannity | 8/22/2016 | 1:00 | Didn't Listen | $40,366.00 | $34,311.10 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | O'Reilly Factor | 8/23/2016 | 1:00 | Never Again | $73,172.00 | $62,196.20 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Kelly File | 8/25/2016 | 1:00 | Racism | $62,268.00 | $52,927.80 | NRA Media |
| 816-1019-1 | 149025 | 8/28/2016 | Aug-16 | Aug | 2016 | The Five | 8/26/2016 | 1:00 | Real Empowerment | $25,390.00 | $21,581.50 | NRA Media |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 8/31/2015 | 1:00 | Work Ethic - Foundation | $32,120.00 | $27,302.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/1/2015 | 1:00 | Mom and Dad - Foundation | $58,316.00 | $49,568.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/2/2015 | 1:00 | Mom and Dad - Foundation | $10,284.00 | $8,741.40 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/2/2015 | 1:00 | Neighbors - Foundation | $20,196.00 | $17,166.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/4/2015 | 1:30 | Service - Foundation | $74,202.00 | $63,071.70 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/7/2015 | 1:30 | My Story | $48,180.00 | $40,953.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/7/2015 | 1:00 | Freedom Rev1 | $58,316.00 | $49,568.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/8/2015 | 1:00 | Freedom Rev1 | $32,120.00 | $27,302.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/9/2015 | 1:00 | Moms Like Me Rev.2 | $10,284.00 | $8,741.40 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/10/2015 | 1:00 | Moms Like Me Rev.2 | $49,468.00 | $42,047.80 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/11/2015 | 1:00 | Freedom Rev1 | $58,316.00 | $49,568.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/11/2015 | 1:00 | My rights | $20,196.00 | $17,166.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/14/2015 | 1:30 | My Story | $14,691.00 | $12,487.35 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/15/2015 | 1:30 | Carol Browne | $30,288.00 | $25,744.80 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/16/2015 | 1:00 | My rights | $58,316.00 | $49,568.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/16/2015 | 1:30 | Carol Browne | $74,202.00 | $63,071.70 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/17/2015 | 1:00 | My rights | $10,284.00 | $8,741.40 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/17/2015 | 1:00 | Moms Like Me Rev.2 | $32,120.00 | $27,302.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/18/2015 | 1:00 | Freedom Rev1 | $20,196.00 | $17,166.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/18/2015 | 1:00 | Freedom Rev1 | $49,468.00 | $42,047.80 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/21/2015 | 1:30 | My Story | $15,426.00 | $13,112.10 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/21/2015 | 1:30 | Carol Browne | $48,180.00 | $40,953.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Fox & Friends | 9/22/2015 | 1:00 | Moms Like Me Rev.2 | $10,284.00 | $8,741.40 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/23/2015 | 1:00 | Freedom Rev1 | $32,120.00 | $27,302.00 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/24/2015 | 1:00 | Moms Like Me Rev.2 | $20,196.00 | $17,166.60 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/24/2015 | 1:00 | My rights | $49,468.00 | $42,047.80 | NRA Foundation |
| 915-1016-1 | 136982 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/25/2015 | 1:00 | Freedom Rev1 | $58,316.00 | $49,568.60 | NRA Foundation |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/8/2015 | 1:00 | My Honor | $65,958.00 | $56,064.30 | NRA Media |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | The Five | 9/8/2015 | 1:00 | My Honor | $22,840.00 | $19,414.00 | NRA Media |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | The Kelly File | 9/9/2015 | 1:00 | My Honor | $55,950.00 | $47,557.50 | NRA Media |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/10/2015 | 1:00 | My Honor | $36,328.00 | $30,878.80 | NRA Media |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | Special Report | 9/11/2015 | 1:00 | My Honor | $24,866.00 | $21,136.10 | NRA Media |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | O'Reilly Factor | 9/14/2015 | 1:00 | My Honor | $65,958.00 | $56,064.30 | NRA Media |
| 915-1017-1 | 137194 | 9/27/2015 | Sep-15 | Sep | 2015 | Hannity | 9/15/2015 | 1:00 | My Honor | $36,328.00 | $30,878.80 | NRA Media |
| 916-1021-1 | 149639 | 9/25/2016 | Sep-16 | Sep | 2016 | The Five | 9/2/2016 | 1:30 | My Story | $38,085.00 | $32,372.25 | NRA Media |
| 916-1021-1 | 149639 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/9/2016 | 1:00 | Never Again | $62,268.00 | $52,927.80 | NRA Media |
| 916-1021-1 | 149639 | 9/25/2016 | Sep-16 | Sep | 2016 | Special Report | 9/12/2016 | 1:00 | Racism | $27,658.00 | $23,509.30 | NRA Media |
| 916-1021-1 | 149639 | 9/25/2016 | Sep-16 | Sep | 2016 | Special Report | 9/23/2016 | 1:00 | Never Again | $27,658.00 | $23,509.30 | NRA Media |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | O'Reilly Factor | 8/29/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 8/30/2016 | 1:00 | Truly Free | $62,268.00 | $52,927.80 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | O'Reilly Factor | 9/2/2016 | 1:00 | Didn't Listen | $73,172.00 | $62,196.20 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/5/2016 | 1:00 | Freedom Rev1 | $62,268.00 | $52,927.80 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/5/2016 | 1:00 | Didn't Listen | $62,268.00 | $52,927.80 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | O'Reilly Factor | 9/15/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/16/2016 | 1:00 | Didn't Listen | $62,268.00 | $52,927.80 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | Hannity | 9/19/2016 | 1:00 | Real Empowerment | $40,366.00 | $34,311.10 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/20/2016 | 1:00 | My rights | $62,268.00 | $52,927.80 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | O'Reilly Factor | 9/21/2016 | 1:00 | Real Empowerment | $73,172.00 | $62,196.20 | NRA Foundation |
| 916-1022-1 | 149642 | 9/25/2016 | Sep-16 | Sep | 2016 | The Kelly File | 9/22/2016 | 1:00 | Didn't Listen | $62,268.00 | $52,927.80 | NRA Foundation |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Monthly Spend Comparison for NRA Media and NRA Foundation

The charts below show the monthly spend comparison for NRA Media and NRA Foundation during 2015 and 2016. We observed that in 2015 the NRA Foundation purchased the majority of the media spots; whereas, in 2016 the NRA Media purchased the majority of media spots. There are significant portions of the year where the spending on FOX News media is exclusively for NRA Foundation or NRA Media, which could be indicative of available funding driving media strategy.

**Results of Analysis**

NRA Foundation spending was almost 4 times as much as NRA Media spending in 2015; this is mainly due to number of units purchased. There were approximately 4.5x more units purchased by NRA Foundation. The unit cost was similar.

In 2016, the spending shifts to NRA Media. This is due to 30% more units being purchased by NRA Media and the unit cost is 6% more for NRA Media as opposed to the NRA Foundation. Bill Winkler, Ackerman CFO, stated the price difference was due to the political nature of the commercials; however, as this is a subjective determination FRA is unable to confirm.

The table below summarizes the commercials run exclusively for NRA Media and those that overlap with NRA Foundation:

| NRA Media Only | Overlap |
|---|---|
| Racism | My Story |
| Naïve Clingers | Real Empowerment |
| Never Again | Didn't Listen |
| Truth About Benghazi | Truly Free |
| We Don't Need You | Hypocrisy |
| Disarmament | Demons at our door |
| San Bernandino | |
| You haven't met America | |
| Moms Like Me Rev.2 | |
| My Freedom Rev1 | |
| Compassion | |
| Generations | |





DRAFT Privileged and Confidential
Prepared at the Request of Counsel



DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Monthly Unit Cost Comparison of Fox News Programs for NRA Media and NRA Foundation**

The chart below shows every instance where a commercial has aired, for NRA Media and NRA Foundation, during the 2015 calendar year.

| Program | Date | NRA Foundation | NRA Media |
|---|---|---|---|
| Fox & Friends | Aug-19 | $ 10,284 | |
| Fox & Friends | Aug-24 | $ 10,284 | |
| Fox & Friends | Aug-26 | $ 15,426 | |
| Fox & Friends | Sep-02 | $ 10,284 | |
| Fox & Friends | Sep-09 | $ 10,284 | |
| Fox & Friends | Sep-14 | $ 14,691 | |
| Fox & Friends | Sep-17 | $ 10,284 | |
| Fox & Friends | Sep-21 | $ 15,426 | |
| Fox & Friends | Sep-22 | $ 10,284 | |
| Fox & Friends First | Aug-18 | $ 3,672 | |
| Fox & Friends First | Aug-28 | $ 3,672 | |
| Hannity | Aug-26 | $ 32,120 | |
| Hannity | Aug-31 | $ 32,120 | |
| Hannity | Sep-07 | $ 48,180 | |
| Hannity | Sep-08 | $ 32,120 | |
| Hannity | Sep-10 | | $ 36,328 |
| Hannity | Sep-15 | | $ 36,328 |
| Hannity | Sep-17 | $ 32,120 | |

| Summary: | NRA Foundation | NRA Media |
|---|---|---|
| Total Cost | $ 4,683,135 | $ 1,013,268 |
| Total # of Units | $ 93 | $ 20 |
| Average Unit Cost | $ 50,356 | $ 50,663 |
| Number of units over 1 minute in duration | 18 | - |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Monthly Unit Cost Comparison of Fox News Programs for NRA Media and NRA Foundation**

The chart below shows every instance where a commercial has aired, for NRA Media and NRA Foundation, during the 2016 calendar year.



| Program | Date | NRA Foundation | NRA Media |
|---|---|---|---|
| EL/Republican Convention | Jul-18 | | $ 135,440 |
| EL/Republican Convention | Jul-19 | | $ 247,500 |
| EL/Republican Convention | Jul-20 | | $ 247,500 |
| EL/Republican Convention | Jul-21 | | $ 247,500 |
| Hannity | Jan-05 | $ 41,970 | $ 41,970 |
| Hannity | Jan-13 | | $ 41,970 |
| Hannity | Jan-26 | | $ 41,970 |
| Hannity | Jan-27 | $ 41,970 | |
| Hannity | Feb-08 | $ 41,970 | |
| Hannity | Feb-17 | | $ 41,970 |
| Hannity | Feb-18 | $ 62,955 | |
| Hannity | Feb-24 | $ 41,970 | |
| Hannity | Feb-25 | $ 41,970 | |
| Hannity | Mar-02 | $ 41,970 | |
| Hannity | Apr-01 | | $ 42,364 |
| Hannity | Apr-05 | $ 42,364 | |
| Hannity | Apr-11 | $ 42,364 | |
| Hannity | May-04 | $ 42,364 | |

| Summary: | NRA Foundation | NRA Media |
|---|---|---|
| Total Cost | $ 5,574,058 | $ 7,900,777 |
| Total # of Units | 99 | 132 |
| Average Unit Cost | $ 56,304 | $ 59,854 |
| Number of units over 1 minute in duration | 6 | 6 |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Monthly Spend by Program**

Trend analysis of total spend by invoice period

According to discussions with Ackerman, price fluctuations are driven by a number of reasons including, but not limited to, major events, inventory, negotiation leverage, duration of commercials (and volume of longer commercials in a given month). A trend analysis for the individual programs can be found on the subsequent tabs.



DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## The Kelly File

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Unit Cost | Number of Units | % Change | FRA Notes on Price Deviations |
|---|---|---|---|---|
| 8/20/2015 | $ 49,468.00 | 1.00 | - | |
| 8/24/2015 | $ 49,468.00 | 1.00 | 0% | |
| 9/4/2015 | $ 74,202.00 | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |

| | | | | | |
|---|---|---|---|---|---|
| 9/9/2015 | $ | 55,950.00 | 1.00 | -25% | Ben Carson appeared on the program |
| 9/10/2015 | $ | 49,468.00 | 1.00 | -12% | |
| 9/16/2015 | $ | 74,202.00 | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 9/18/2015 | $ | 49,468.00 | 1.00 | -33% | |
| 9/24/2015 | $ | 49,468.00 | 1.00 | 0% | |
| 10/14/2015 | $ | 114,306.00 | 1.00 | 131% | The show contained a discussion of gun laws and presidential candidates' policies. |
| 10/16/2015 | $ | 76,204.00 | 1.00 | -33% | Period surrounding 2016 Presidential debates |
| 10/20/2015 | $ | 76,204.00 | 1.00 | 0% | Period surrounding 2016 Presidential debates |
| 10/22/2015 | $ | 114,306.00 | 1.00 | 50% | Hillary Clinton Benghazi hearing was held this day and the commercial duration was 1:30 |
| 10/23/2015 | $ | 76,204.00 | 1.00 | -33% | |
| 10/26/2015 | $ | 114,306.00 | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 10/27/2015 | $ | 76,204.00 | 1.00 | -33% | |
| 11/4/2015 | $ | 76,204.00 | 1.00 | 0% | |
| 11/11/2015 | $ | 114,306.00 | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 11/19/2015 | $ | 114,306.00 | 1.00 | 0% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 11/25/2015 | $ | 76,204.00 | 1.00 | -33% | |
| 12/1/2015 | $ | 76,204.00 | 1.00 | 0% | |
| 12/8/2015 | $ | 76,204.00 | 1.00 | 0% | |
| 12/9/2015 | $ | 75,600.00 | 1.00 | -1% | |
| 12/14/2015 | $ | 75,360.00 | 1.00 | 0% | |
| 1/4/2016 | $ | 64,586.00 | 1.00 | -14% | |
| 1/6/2016 | $ | 99,358.00 | 1.00 | 54% | The show discussed Benghazi |
| 1/7/2016 | $ | 64,586.00 | 1.00 | -35% | |
| 1/18/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 1/19/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 1/20/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 2/2/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 2/11/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 2/22/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/1/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/4/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/7/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/9/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/18/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/23/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 3/25/2016 | $ | 64,586.00 | 1.00 | 0% | |
| 4/4/2016 | $ | 65,368.00 | 1.00 | 1% | |
| 4/12/2016 | $ | 65,368.00 | 1.00 | 0% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | |
|---|---|---|---|---|---|
| 4/20/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 4/26/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 5/9/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 5/24/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 6/3/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 6/7/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 6/10/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 6/21/2016 | $ | 65,368.00 | 1.00 | 0% | |
| 7/8/2016 | $ | 62,268.00 | 1.00 | -5% | |
| 7/11/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 7/12/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 7/13/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 7/15/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 7/27/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 8/2/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 8/9/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 8/15/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 8/25/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 8/30/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 9/5/2016 | $ | 62,268.00 | 2.00 | 0% | Two commercial spots for NRA were run on this day @62,268 for a total of 124,536 |
| 9/9/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 9/16/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 9/20/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 9/22/2016 | $ | 62,268.00 | 1.00 | 0% | |
| 9/27/2016 | $ | 99,358.00 | 1.00 | 60% | Presidential election period |
| 9/29/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 10/5/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 10/7/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 10/10/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 10/21/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 10/25/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |
| 11/1/2016 | $ | 99,358.00 | 1.00 | 0% | Presidential election period |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## O'Reilly Factor

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Sum of Cost | Number of Units | % Change of Monthly Average | FRA Notes |
|---|---|---|---|---|
| 8/18/2015 | $ 58,316.00 | 1 | - | |
| 8/19/2015 | $ 87,474.00 | 1 | 50% | Donald Trump appeared on the O'Reilly Factor. |
| 8/25/2015 | $ 58,316.00 | 1 | -33% | |
| 9/1/2015 | $ 58,316.00 | 1 | 0% | |
| 9/7/2015 | $ 58,316.00 | 1 | 0% | |

| | | | | | |
|---|---|---|---|---|---|
| 9/8/2015 | $ | 65,958.00 | 1 | 13% | Bill O'Reilly had a planned interview with Donald Trump. |
| 9/11/2015 | $ | 58,316.00 | 1 | -12% | |
| 9/14/2015 | $ | 65,958.00 | 1 | 13% | Unknown |
| 9/16/2015 | $ | 58,316.00 | 1 | -12% | |
| 9/25/2015 | $ | 58,316.00 | 1 | 0% | |
| 10/15/2015 | $ | 89,580.00 | 1 | 54% | Period surrounding 2016 Presidential debates |
| 10/19/2015 | $ | 89,580.00 | 1 | 0% | Period surrounding 2016 Presidential debates |
| 10/21/2015 | $ | 89,580.00 | 1 | 0% | Period surrounding 2016 Presidential debates |
| 10/29/2015 | $ | 89,580.00 | 1 | 0% | Period surrounding 2016 Presidential debates (Republicans Hold Third 2016 Presidential Candidate Debate; Paul Ryan elected as speaker of the House) |
| 11/3/2015 | $ | 89,580.00 | 1 | 0% | Planned Parenthood incident |
| 11/9/2015 | $ | 89,580.00 | 1 | 0% | |
| 12/3/2015 | $ | 98,748.00 | 1 | 10% | Day after San Bernandino Incident. |
| 12/7/2015 | $ | 89,580.00 | 1 | -9% | |
| 12/8/2015 | $ | 88,612.00 | 1 | -1% | |
| 1/6/2016 | $ | 75,944.00 | 1 | -14% | |
| 1/7/2016 | $ | 75,944.00 | 1 | 0% | |
| 1/11/2016 | $ | 75,944.00 | 1 | 0% | |
| 1/21/2016 | $ | 75,944.00 | 1 | 0% | |
| 2/4/2016 | $ | 75,944.00 | 1 | 0% | |
| 2/12/2016 | $ | 75,944.00 | 1 | 0% | |
| 2/19/2016 | $ | 75,944.00 | 1 | 0% | |
| 2/26/2016 | $ | 75,944.00 | 1 | 0% | |
| 2/29/2016 | $ | 75,944.00 | 1 | 0% | |
| 3/10/2016 | $ | 75,944.00 | 1 | 0% | |
| 3/14/2016 | $ | 75,944.00 | 1 | 0% | |
| 3/16/2016 | $ | 75,944.00 | 1 | 0% | |
| 3/22/2016 | $ | 75,944.00 | 1 | 0% | |
| 3/29/2016 | $ | 76,836.00 | 1 | 1% | |
| 4/8/2016 | $ | 76,836.00 | 1 | 0% | |
| 4/21/2016 | $ | 76,836.00 | 1 | 0% | |
| 5/2/2016 | $ | 76,836.00 | 1 | 0% | |
| 5/5/2016 | $ | 76,836.00 | 1 | 0% | |
| 5/10/2016 | $ | 76,836.00 | 1 | 0% | |
| 5/18/2016 | $ | 76,836.00 | 1 | 0% | |
| 5/27/2016 | $ | 76,836.00 | 1 | 0% | |
| 6/1/2016 | $ | 76,836.00 | 1 | 0% | |
| 6/8/2016 | $ | 76,836.00 | 1 | 0% | |
| 6/17/2016 | $ | 76,836.00 | 1 | 0% | |
| 6/21/2016 | $ | 76,836.00 | 1 | 0% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | |
|---|---|---|---|---|---|
| 6/23/2016 | $ | 76,836.00 | I | 0% | |
| 6/27/2016 | $ | 73,172.00 | I | -5% | |
| 7/11/2016 | $ | 73,172.00 | I | 0% | |
| 7/12/2016 | $ | 73,172.00 | I | 0% | |
| 7/13/2016 | $ | 73,172.00 | I | 0% | |
| 7/15/2016 | $ | 73,172.00 | I | 0% | |
| 7/22/2016 | $ | 73,172.00 | I | 0% | |
| 7/29/2016 | $ | 73,172.00 | I | 0% | |
| 8/1/2016 | $ | 73,172.00 | I | 0% | |
| 8/10/2016 | $ | 73,172.00 | I | 0% | |
| 8/12/2016 | $ | 73,172.00 | I | 0% | |
| 8/17/2016 | $ | 73,172.00 | I | 0% | |
| 8/23/2016 | $ | 73,172.00 | I | 0% | |
| 8/29/2016 | $ | 73,172.00 | I | 0% | |
| 9/2/2016 | $ | 73,172.00 | I | 0% | |
| 9/15/2016 | $ | 73,172.00 | I | 0% | |
| 9/21/2016 | $ | 73,172.00 | I | 0% | |
| 9/30/2016 | $ | 116,786.00 | I | 60% | Presidential election period |
| 10/3/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/12/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/14/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/17/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/20/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/24/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/28/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 10/31/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 11/2/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 11/4/2016 | $ | 116,786.00 | I | 0% | Presidential election period |
| 11/7/2016 | $ | 116,786.00 | I | 0% | Presidential election period |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Hannity

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.



| Date | Unit Cost | Number of Units | % Change | FRA Notes |
|---|---|---|---|---|
| 8/26/2015 | $ 32,120.00 | 1 | - | |
| 8/31/2015 | $ 32,120.00 | 1 | 0% | |
| 9/7/2015 | $ 48,180.00 | 1 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 9/8/2015 | $ 32,120.00 | 1 | -33% | |
| 9/10/2015 | $ 36,328.00 | 1 | 13% | |
| 9/15/2015 | $ 36,328.00 | 1 | 0% | |

| | | | | | |
|---|---|---|---|---|---|
| 9/17/2015 | $ | 32,120.00 | 1 | -12% | |
| 9/21/2015 | $ | 48,180.00 | 1 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 9/23/2015 | $ | 32,120.00 | 1 | -33% | |
| 9/28/2015 | $ | 49,394.00 | 1 | 54% | |
| 10/15/2015 | $ | 74,091.00 | 1 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 10/20/2015 | $ | 49,394.00 | 1 | -33% | |
| 11/16/2015 | $ | 49,394.00 | 1 | 0% | |
| 11/23/2015 | $ | 74,091.00 | 1 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 12/3/2015 | $ | 49,394.00 | 1 | -33% | |
| 12/4/2015 | $ | 49,394.00 | 1 | 0% | |
| 12/7/2015 | $ | 49,394.00 | 1 | 0% | |
| 12/8/2015 | $ | 49,004.00 | 1 | -1% | |
| 12/9/2015 | $ | 49,006.00 | 1 | 0% | |
| 12/11/2015 | $ | 49,006.00 | 1 | 0% | |
| 12/14/2015 | $ | 49,394.00 | 1 | 1% | |
| 12/16/2015 | $ | 49,394.00 | 1 | 0% | |
| 1/5/2016 | $ | 41,970.00 | 2 | -15% | Two commercials aired on this day @ $41,970 for a total of $83,940 |
| 1/13/2016 | $ | 41,970.00 | 1 | 0% | |
| 1/26/2016 | $ | 41,970.00 | 1 | 0% | |
| 1/27/2016 | $ | 41,970.00 | 1 | 0% | |
| 2/8/2016 | $ | 41,970.00 | 1 | 0% | |
| 2/17/2016 | $ | 41,970.00 | 1 | 0% | |
| 2/18/2016 | $ | 62,955.00 | 1 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 2/24/2016 | $ | 41,970.00 | 1 | -33% | |
| 2/25/2016 | $ | 41,970.00 | 1 | 0% | |
| 3/2/2016 | $ | 41,970.00 | 1 | 0% | |
| 4/1/2016 | $ | 42,364.00 | 1 | 1% | |
| 4/5/2016 | $ | 42,364.00 | 1 | 0% | |
| 4/11/2016 | $ | 42,364.00 | 1 | 0% | |
| 4/29/2016 | $ | 42,364.00 | 1 | 0% | |
| 5/4/2016 | $ | 42,364.00 | 1 | 0% | |
| 5/11/2016 | $ | 42,364.00 | 1 | 0% | |
| 5/17/2016 | $ | 42,364.00 | 1 | 0% | |
| 5/26/2016 | $ | 42,364.00 | 1 | 0% | |
| 6/2/2016 | $ | 42,364.00 | 1 | 0% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | |
|---|---|---|---|---|---|
| 6/9/2016 | $ | 42,364.00 | 1 | 0% | |
| 6/20/2016 | $ | 42,364.00 | 1 | 0% | |
| 6/22/2016 | $ | 42,364.00 | 1 | 0% | |
| 6/30/2016 | $ | 40,366.00 | 1 | -5% | |
| 7/6/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/11/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/12/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/13/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/14/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/15/2016 | $ | 40,366.00 | 1 | 0% | |
| 7/22/2016 | $ | 40,366.00 | 1 | 0% | |
| 8/3/2016 | $ | 40,366.00 | 1 | 0% | |
| 8/19/2016 | $ | 40,366.00 | 1 | 0% | |
| 8/22/2016 | $ | 40,366.00 | 1 | 0% | |
| 9/19/2016 | $ | 40,366.00 | 1 | 0% | |
| 9/28/2016 | $ | 64,406.00 | 1 | 60% | Presidential election period |
| 10/5/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/6/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/11/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/13/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/17/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/24/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/26/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 10/28/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 11/2/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 11/4/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 11/7/2016 | $ | 64,406.00 | 1 | 0% | Presidential election period |
| 11/30/2016 | $ | 49,004.00 | 1 | -24% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Special Report

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Unit Cost | Number of Units | % Change | FRA Notes |
|---|---|---|---|---|
| 9/11/2015 | $ 24,866.00 | $ 1.00 | | |
| 9/30/2015 | $ 35,572.00 | $ 1.00 | 43% | |
| 10/15/2015 | $ 35,572.00 | $ 1.00 | 0% | |
| 10/16/2015 | $ 35,572.00 | $ 1.00 | 0% | |
| 10/23/2015 | $ 35,574.00 | $ 1.00 | 0% | |
| 10/30/2015 | $ 36,138.00 | $ 1.00 | 2% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/5/2015 | $ | 54,204.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 11/10/2015 | $ | 36,138.00 | $ | 1.00 | -33% | |
| 12/3/2015 | $ | 33,588.00 | $ | 1.00 | -7% | |
| 12/4/2015 | $ | 36,138.00 | $ | 1.00 | 8% | |
| 12/14/2015 | $ | 36,138.00 | $ | 1.00 | 0% | |
| 12/17/2015 | $ | 33,588.00 | $ | 1.00 | -7% | |
| 1/4/2016 | $ | 28,654.00 | $ | 1.00 | -15% | |
| 1/6/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 1/8/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 1/15/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 1/25/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 2/1/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 2/10/2016 | $ | 42,981.00 | $ | 1.00 | 50% | |
| 2/16/2016 | $ | 28,654.00 | $ | 1.00 | -33% | |
| 2/24/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 2/26/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 2/29/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 3/8/2016 | $ | 28,654.00 | $ | 2.00 | 0% | Two commercials aired on this day @ $28,654 with a total of $57,308. |
| 3/15/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 3/16/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 3/24/2016 | $ | 28,654.00 | $ | 1.00 | 0% | |
| 3/29/2016 | $ | 29,030.00 | $ | 1.00 | 1% | |
| 3/31/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 4/6/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 4/7/2016 | $ | 43,545.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 4/15/2016 | $ | 29,030.00 | $ | 1.00 | -33% | |
| 4/28/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 5/16/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 5/24/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 6/24/2016 | $ | 29,030.00 | $ | 1.00 | 0% | |
| 6/29/2016 | $ | 27,658.00 | $ | 1.00 | -5% | |
| 7/5/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 7/12/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 7/18/2016 | $ | 41,487.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/21/2016 | $ | 27,658.00 | $ | 1.00 | -33% | |
| 7/22/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 7/26/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 8/5/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 8/18/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 9/12/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 9/23/2016 | $ | 27,658.00 | $ | 1.00 | 0% | |
| 10/4/2016 | $ | 44,132.00 | $ | 1.00 | 60% | Presidential election period |
| 10/18/2016 | $ | 44,132.00 | $ | 1.00 | 0% | Presidential election period |
| 10/21/2016 | $ | 44,132.00 | $ | 1.00 | 0% | Presidential election period |
| 10/25/2016 | $ | 44,132.00 | $ | 1.00 | 0% | Presidential election period |
| 10/26/2016 | $ | 44,132.00 | $ | 1.00 | 0% | Presidential election period |
| 11/3/2016 | $ | 44,132.00 | $ | 1.00 | 0% | Presidential election period |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## The Five

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Average of Cost | Count of Program | % Change | FRA Notes |
|---|---|---|---|---|
| 8/21/2015 | $ 20,196.00 | $ 1.00 | - | |
| 9/2/2015 | $ 20,196.00 | $ 1.00 | 0% | |
| 9/8/2015 | $ 22,840.00 | $ 1.00 | 13% | |
| 9/11/2015 | $ 20,196.00 | $ 1.00 | -12% | |
| 9/15/2015 | $ 30,288.00 | $ 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 9/18/2015 | $ 20,196.00 | $ 1.00 | -33% | |
| 9/24/2015 | $ 20,196.00 | $ 1.00 | 0% | |
| 10/14/2015 | $ 31,092.00 | $ 1.00 | 54% | |
| 10/16/2015 | $ 31,092.00 | $ 1.00 | 0% | |
| 10/20/2015 | $ 46,638.00 | $ 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 10/21/2015 | $ 31,092.00 | $ 1.00 | -33% | |
| 10/28/2015 | $ 46,638.00 | $ 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 11/2/2015 | $ 46,638.00 | $ 1.00 | 0% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 11/9/2015 | $ 31,092.00 | $ 1.00 | -33% | |
| 11/18/2015 | $ 31,092.00 | $ 1.00 | 0% | |
| 11/23/2015 | $ 31,092.00 | $ 1.00 | 0% | |
| 12/3/2015 | $ 31,090.00 | $ 1.00 | 0% | |
| 12/7/2015 | $ 30,844.00 | $ 1.00 | -1% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/8/2015 | $ | 30,844.00 | $ | 1.00 | 0% | |
| 12/9/2015 | $ | 34,272.00 | $ | 1.00 | 11% | |
| 1/4/2016 | $ | 26,310.00 | $ | 1.00 | -23% | |
| 1/5/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 1/6/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 1/7/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 1/11/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 1/14/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 1/22/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 2/2/2016 | $ | 39,465.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 2/9/2016 | $ | 26,310.00 | $ | 1.00 | -33% | |
| 2/15/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 2/24/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 3/1/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 3/2/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 3/4/2016 | $ | 26,310.00 | $ | 1.00 | 0% | |
| 3/17/2016 | $ | 39,465.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 3/28/2016 | $ | 26,662.00 | $ | 1.00 | -32% | |
| 4/5/2016 | $ | 26,662.00 | $ | 1.00 | 0% | |
| 4/13/2016 | $ | 26,662.00 | $ | 1.00 | 0% | |
| 4/19/2016 | $ | 26,662.00 | $ | 1.00 | 0% | |
| 4/25/2016 | $ | 39,993.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 6/22/2016 | $ | 39,993.00 | $ | 1.00 | 0% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 6/24/2016 | $ | 26,662.00 | $ | 1.00 | -33% | |
| 7/15/2016 | $ | 31,737.50 | $ | 2.00 | 19% | |
| 7/19/2016 | $ | 25,390.00 | $ | 1.00 | -20% | |
| 7/20/2016 | $ | 25,390.00 | $ | 1.00 | 0% | |
| 7/21/2016 | $ | - | $ | 2.00 | - | |
| 7/28/2016 | $ | 25,390.00 | $ | 1.00 | 0% | |
| 8/8/2016 | $ | 25,390.00 | $ | 1.00 | 0% | |
| 8/11/2016 | $ | 38,085.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 8/26/2016 | $ | 25,390.00 | $ | 1.00 | -33% | |
| 9/2/2016 | $ | 38,085.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00 |
| 9/27/2016 | $ | 40,534.00 | $ | 1.00 | 6% | |
| 10/13/2016 | $ | 40,534.00 | $ | 1.00 | 0% | |
| 10/19/2016 | $ | 60,801.00 | $ | 1.00 | 50% | Commercial duration 1:30 vs. standard duration of 1:00; Period included the presidential elections |
| 10/20/2016 | $ | 40,534.00 | $ | 1.00 | -33% | |
| 10/27/2016 | $ | 40,534.00 | $ | 1.00 | 0% | |
| 10/31/2016 | $ | 40,534.00 | $ | 1.00 | 0% | |
| 11/7/2016 | $ | 40,534.00 | $ | 1.00 | 0% | |
| 7/7/2016 | $ | 25,390.00 | $ | 1.00 | -37% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Fox & Friends

This chart shows unit cost trend analysis by program by day.

**Observation:** FRA analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts; where transcripts were not available Infoplease.com is referenced as the website compiles and archives the major news for each month. FRA did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Unit Cost | # Units | % Change | FRA Notes |
|---|---|---|---|---|
| 8/19/2015 | $ 10,284.00 | 1.00 | - | |
| 8/24/2015 | $ 10,284.00 | 1.00 | 0% | |
| 8/26/2015 | $ 15,426.00 | 1.00 | 50% | Unknown |
| 9/2/2015 | $ 10,284.00 | 1.00 | -33% | |
| 9/9/2015 | $ 10,284.00 | 1.00 | 0% | |
| 9/14/2015 | $ 14,691.00 | 1.00 | 43% | Unknown |
| 9/17/2015 | $ 10,284.00 | 1.00 | -30% | |
| 9/21/2015 | $ 15,426.00 | 1.00 | 50% | Unknown |
| 9/22/2015 | $ 10,284.00 | 1.00 | -33% | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Fox & Friends First

This chart shows unit cost trend analysis by program by day.

**Observation:** We analyzed percent changes greater than 10% between each media buy. The table below contains, where possible, desktop research from public domain sources to provide context around price increases over 10%. The public domain sources included show transcripts, where transcripts were not available Infoplease.com is referenced, as the website compiles and archives the major news for each month. We did not identify notable information in some instances and labeled those fluctuations as unknown.

| Date | Unit Cost | # of Units |
|---|---|---|
| 8/18/2015 | $ 3,672.00 | $ 1.00 |
| 8/28/2015 | $ 3,672.00 | $ 1.00 |

# EXHIBIT 29
# (Filed Under Seal)

APP. 00599-APP. 00682

# EXHIBIT 30

APP. 00683

**VIRGINIA:**

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br>**Plaintiff**<br>**v.**<br>**ACKERMAN MCQUEEN, INC.**<br>**and**<br>**MERCURY GROUP, INC.,**<br>**Defendants.** | **Case Nos. CL19001757; CL19002067; CL19002886.** |

**DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S FOURTH SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS**

Defendants Ackerman McQueen, Inc. ("AMc") and Mercury Group, Inc. ("Mercury Group") (collectively "Defendants"), by counsel and pursuant to Rule 4:9 of the Rules of the Supreme Court of Virginia (the "Rules"), hereby submit the following Responses and Objections to Plaintiff the National Rifle Association of America's ("NRA") Request for Production of Documents in the above-captioned action (the "Lawsuit"). These Responses are based on information currently available to Defendants. Defendants reserve the right to amend, supplement or correct their responses in accordance with the Virginia Rules of the Supreme Court.

**GENERAL OBJECTIONS**

1. The General Objections (collectively, the "Objections") set forth below apply to the Requests generally and to each Definition, Instruction and specific Request and, unless otherwise stated, shall have the same force and effect as if set forth in full in response to each Definition, Instruction and specific Request. Any objection to a Definition or Instruction shall

also apply equally to any other Definition, Instruction or Request that incorporates that Definition or Instruction. Any undertaking to search for or provide information or documents in response to any specific Request remains subject to these objections. The fact that an objection is not listed herein does not constitute a waiver of that objection or otherwise preclude Defendants from raising that objection at a later time.

2. These Responses, while based on a diligent search to date by Defendants (which is ongoing), reflect only the current state of the knowledge, understanding and belief of Defendants with respect to the matters addressed in the Requests. These Responses are given without prejudice to the right of Defendants to use or rely on at any time, including at any hearing or at trial, subsequently discovered information or information omitted from these Responses as a result of mistake, error, oversight or inadvertence.

3. Defendants object to instructions to the extent that the instructions seek to impose onerous methods and/or forms of production. Defendants will produce documents as they are kept in the usual course of business.

4. Defendants object to the Requests to the extent that they are vague and ambiguous, overly broad, unduly burdensome, lacking in particularity, unreasonable or seek the discovery of information that is neither relevant to the claims or defenses of any party to, nor proportional to the needs of, the Lawsuit, as well as to the extent that the Requests are unduly burdensome because they impose a significant burden, expense and inconvenience on Defendants that outweighs the likely benefit of the Requests. In the event that Defendants agree to conduct a reasonable search for documents in response to any of the Requests, Defendants do not concede that any of the Requests seek information or documents that are relevant to the claims, defenses or subject matter, or are proportional to the needs, of the Lawsuit.

5. Any agreement by Defendants to produce documents is made without waiver of any Objections and is not intended to constitute a representation that any such responsive documents exist, but only that Defendants will produce those responsive documents that do exist, are in Defendants' possession, custody or control, are found in a reasonable search, are not subject to applicable privileges (including the attorney-client privilege), do not constitute trial preparation or other work product materials, and are otherwise within the scope of discovery.

6. Irrespective of whether Defendants produce documents or provide information in response to the Requests, Defendants reserve the right to: (i) revise, amend, correct, supplement, clarify or modify the content of the Response in accordance with the applicable rules and court orders; (ii) provide additional responsive information and documents in the future; (iii) object to further discovery in the Lawsuit, including discovery relating to the subject matter of documents produced; (iv) use or rely upon any information and documents produced in the Lawsuit in any hearing, proceeding or trial; (v) use or rely upon subsequently discovered information or information omitted from this Response as a result of mistake, error, oversight or inadvertence in any hearing, proceeding or trial; and (vi) challenge the authenticity or admissibility of any information or documents in any hearing, proceeding or trial.

7. Defendants object to the Requests to the extent that they purport to require anything beyond a reasonable, good faith search for responsive documents within Defendants' immediate possession, custody or control.

8. Defendants object to the Requests to the extent that they call for the production of information protected by the attorney-client privilege, the attorney work product doctrine or any other applicable privilege, doctrine, immunity, law or rule protecting information from disclosure. Specific Objections on the ground of privilege are provided herein for emphasis and clarity only,

and the absence of a specific Objection should not be interpreted as indicating that Defendants do not object to a Request on the basis of any applicable privilege, doctrine, immunity, law or rule protecting information from disclosure. Any inadvertent disclosure of such material is not intended to be, nor shall in any way be construed as, a waiver of any attorney client privilege, work product doctrine, or any other applicable privilege, doctrine, law or rule protecting information from disclosure. Defendants shall have the right to claw back materials unintentionally, accidentally, or otherwise produced that are subject to privilege and/or work product protection.

9. Defendants object to the Requests to the extent that they purport to require Defendants to: (i) produce documents that are not in Defendants' possession, custody or control; (ii) create, generate, compile or develop documents that do not currently exist and/or are not currently in Defendants' possession, custody or control; (iii) produce documents that are available from a more comprehensive, more convenient, more efficient, less burdensome or less expensive source than Defendants or through a more convenient, more efficient, less burdensome or less expensive means than the Requests; (iv) produce documents that are public, equally available to or already in the possession, custody or control of Plaintiff or of third persons or entities, including Plaintiffs' agents, attorneys or other representatives; (v) produce documents that are in the possession, custody or control of a third party or documents that are otherwise not in the possession, custody or control of Defendants; (vi) produce information regarding documents that have been lost, discarded or destroyed; or (vii) discern or inquire about the governance of entities that are unaffiliated with Defendants. Subject to the Objections, in responding to the Requests, Defendants will produce only documents in their possession, custody or control as of the date of the Response.

10. Defendants object to the Requests to the extent that they define the applicable time period for all Requests as beginning January 1, 2015. For many Requests the time period before January 1, 2018 is either not relevant, overly broad, or disproportionately burdensome given that the expense and inconvenience on Defendants outweighs any benefit of a response to the Requests.

11. Defendants object to the Requests to the extent that: (i) they are unduly burdensome because they would impose expense and inconvenience on Defendants significantly disproportionate to any likelihood of discovering relevant information not already produced in the Lawsuit; and (ii) they purport to require Defendants to conduct anything beyond a reasonable and diligent search of readily-accessible files, where responsive documents reasonably would be expected to be found.

12. Defendants object to the Requests to the extent that they request documents that are already in the possession of the NRA and/or were previously produced by AMc in the litigation.

13. Defendants object to the Requests to the extent that they purport to seek the production of information or documents that reflect trade secrets, or information that is confidential, proprietary, commercially sensitive or competitively significant, or personal information relating to Defendants, its affiliates, employees and/or clients, customers or counterparties, or information that is subject to other protective orders, non-disclosure agreements or other confidentiality undertakings. Defendants further object to producing proprietary information to Plaintiff's lawyers who have a public relations unit within the law firm that directly competes with Defendants and who have no right to view Defendants' proprietary information.

14. Defendants object to the Instructions to the extent that they seek to have AMc seize the personal devices of its employees and demand access to its employees' personal email

accounts. If the NRA has a reasonable basis for believing that a particular AMc employee possesses responsive documents, AMc requests that the NRA address the issue with AMc counsel.

15. Defendants object to the Instructions and Definitions to the extent that they are inconsistent with the above objections and seek to impose search obligations beyond those set forth in the Rules of the Supreme Court of Virginia. For clarity's sake, this objection includes, but is not limited to, Plaintiff's definition of "affiliated entity." Defendants' search for documents will be confined to the records in the possession, custody or control of AMc, Mercury Group, and any employee or agent directly controlled by either and likely to have responsive documents.

16. Defendants object to the overall burdensome and oppressive nature of not only individual Requests for documents, but also the cumulative burden of 194 separate Requests. The Requests appear to be hastily constructed not to elicit admissible evidence, but to create endless work for Defendants and their counsel in an effort to increase Defendants' legal burden.

17. Defendants object to the Requests because they were apparently formulated without regard to the documents that Plaintiffs have already received in discovery and often simply make a different request aimed at the same set of documents. To date, Defendants have turned over more than 60,000 pages of documents which provide documents responsive to many of the Plaintiff's requests.

**DEFENDANTS' OBJECTIONS AND RESPONSES**

**Request For Production No. 54:**

All files and books and records concerning matters covered under the Services Agreement dated April 30, 2017 (as amended May 6, 2018), as required under Section VIII.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The Request, as constructed, appears to request any file, book, or record, relating to the NRA. This alone could potentially implicate large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. But the use of the phrase "concerning" makes the request even less manageable. Including the phrase "as required under Section VIII" further complicates and confuses the request because this clause simply authorizes examinations and thus fails to impose a reasonable limitation on the request. Moreover, Section VIII does not require the production of any documents, so it cannot be used as a justification for a document production request. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to the Services Agreement.

**Request For Production No. 55:**

All documents and communications referring or relating to invoices or billing requests provided by Defendants to the NRA, including but not limited to, any and all backup documentation, substantiation, justification, and supporting documentation.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "[a]ll documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. While certain non-privileged communications and related documentation may be within the scope of discovery, the request as constructed, is flawed. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Additionally, to the extent that this request seeks documents already "provided by Defendants to the NRA," it is objectionable on the grounds that the information is already possessed by the NRA.

Subject to and without waiving the foregoing objections, Defendants have already produced thousands of documents responsive to this request – including the documents provided to FRA. Defendants will supplement this prior production following a continued diligent search.

**Request For Production No. 56:**

All documents referring or relating to time records or time logs for all AMc employees who worked on the NRA account, including all data stored by AMc through third-party providers, including but not limited to, information contained on web-based project management software, Workamajig.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendant further objects because it has already produced "time records or time logs for all AMc employees who worked on the NRA account." These include a 717-page print out via Workamajig software that contains the time records and over 10,000 pages in time sheets. The phrase "all data stored by AMc through third-party providers" is also overly broad for the reasons set forth in Defendants' Motion to Quash Third Party Subpoena on Workamajig. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 57:**

All documents and communications referring or relating to the daily time records or time logs for all AMc employees who worked on the NRA account produced in response to Request No. 56 above, including specifically information to identify all project descriptions for each time record or time log, and categories of billable services as defined in Section I of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendant further objects because it has already produced "time records or time logs for all AMc employees who worked on the NRA account." These include a 717-page print out via Workamajig software that contains the time records and over 10,000 pages in time sheets. Defendants further object because the final clause of the request, which begins with "specifically information to identify…," appears to attempt to impose on AMc document collection obligations not required under the Rules. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 58:**

All documents referring or relating to AMc company policies, including but not limited to employee handbooks, employee reference guides, and any other similar documents.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object to this Request because the documents explicitly requested are not relevant to the subject matter of

the lawsuit. The request is designed solely to harass the Defendants and fish into other areas solely to oppress the Defendant. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants are prepared to meet and confer to receive any rationale for why these requested documents should be produced in this case.

**Request For Production No. 59:**

All documents referring or relating to complaints about AMc, including but not limited to its services, officers, and executives from any sources.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrases "All documents referring or relating" and "any sources" in this context lack any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Moreover, the term "complaints" is vague and therefore needs additional clarification. The request is designed solely to harass the Defendants and fish into other areas solely to oppress the Defendant. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 60:**

Documents to show a list of all AMc projects or services that were billed to the NRA as "Other Projects" as defined in Section II.E of the Services Agreement, including but not limited to, such "Other Projects" for which no specific agreement was made and for which AMc charged a fair market value price for the work performed.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object because the phrase "Documents to show a list" appears to attempt to impose on AMc document collection obligations not required under the Rules.  Defendants do not need to produce documents that do not exist.  Defendants further object because it is unclear what information the NRA wants on the "list" that it is requesting.  Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 61:**

All documents and communications referring or relating to backup, substantiation, support and justification relied on in assessing and determining the "fair market value" of the projects listed in response to Request No. 60 above.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object to this because it relies on the creation of a "list" which is not appropriate through this discovery tool. Defendants further object because it inaccurately assumes certain steps in relation to fair market value determinations. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Since Defendants object to the creation of a list in response to No. 60, it follows that there are no documents to back up that list.

**Request For Production No. 62:**

All documents and communications referring or relating to "Special Assignments" as defined in Section III.D of the Services Agreement that were billed to the NRA, and for which AMc determined could not be "reasonably be included under the monthly fee."

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest

doctrine, and/or any other privilege or immunity from disclosure. Defendants have already produced many documents that relate to "Special Assignments" and many more such documents were provided to the NRA during the parties' contractual period.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 63:**

For each "special assignment," provide all documents related to the special assignment, procedures related to the special assignment, and all backup information for the monthly fee that was approved or agreed upon.

**RESPONSE:**

Defendants incorporate by reference the response to No. 62. Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The terms "procedures" and "backup information" are unclear in this context. Defendants further object because the Request contains factual assumptions of "approved or agreed upon" are contradicted by the Services Agreement clause upon which the Request relies. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have

turned over more than 60,000 pages of documents which provide many documents concerning and relating to special assignments.

**Request For Production No. 64:**

Documents which list all "Jobs," as defined in Section I.B. of the Services Agreement, that were billed to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place. However, Defendants note that they are not presently aware of any document that lists all "Jobs" defined in section I.B of the Services Agreement.

**Request For Production No. 65:**

All documents and communications referring or relating to the fair market value work

and cost estimates submitted for approval by NRA prior to the initiation of all "Jobs" that were billed to the NRA, as defined in Section LB. of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object because it inaccurately assumes certain steps in relation to fair market value determinations. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants note that they are not presently aware of any document that was submitted for approval prior to the initiation of all "Jobs" billed to the NRA. It is believed that each job was handled separately.

**Request For Production No. 66:**

All documents and communications referring or relating to backup information for all "Media Planning and Placement Services," as defined in Section I.C. of the Services Agreement, concerning the NRA, including but not limited to documents to show AMc's work to verify broadcasts, insertions, displays, or other means used to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this Request because it seeks "documents to show" which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to the Services Agreement. Moreover, Defendants have allowed Plaintiff's audit firm FRA to examine the media purchases and the documents produced to FRA have already been provided in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 67:**

All documents and communications referring or relating to backup information for cost quotations submitted by AMc for approval by the NRA for art concepts, design layout, photography, and film processing, copywriting, music composition and arrangement, audio and video production and any other "Advertising/Creative/Media Planning and Placement Services" performed by AMc pursuant to II.B.3 of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to the Services Agreement. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to film processing, music composition, etc., but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot

avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 68:**

All documents and communications referring or relating to backup information for and procedures to determine cost quotations for "2018 FSP Media C4," pursuant to II.B.3 of the Services Agreement, whether or not submitted by AMc for approval by the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned

over more than 60,000 pages of documents which provide documents concerning and relating to the Services Agreement. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to film processing, music composition, etc., but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 69:**

Produce all D&O liability insurance, professional liability insurance, and any other insurance policies or indemnity contracts and agreements that refer or relate to services provided by AMc to the NRA or any other AMc clients.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "refer or relate to services" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because AMc's agreements with other clients, and documents related to such agreements are not relevant to the case. Releasing such documents to anyone associated with the Brewer law

firm would jeopardize AMc's by providing documents to a competitor. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 70:**

All prior drafts of the letters sent on April 22, 2019 by William Winkler to (i) Wayne LaPierre entitled, "RE: Clothing purchases by Ackerman McQueen (AMc) on your behalf'; (ii) Tyler Schropp entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA);" and (iii) Craig Spray entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)."

**RESPONSE:**

Defendants object to this Request because it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 71:**

All documents and communications referring or relating to the April 2019 Board of Directors meeting for the NRA, including but not limited to regarding any preparations

or planning for that meeting.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to because the clause "April 2019 Board of Directors meeting for the NRA" is unclear about what Board of Directors it is referring to. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to communications by persons involved in preparing for the April 2019 Board of Directors meeting. In addition, Defendants have provided the deposition testimony of their employee, John Popp about his work at the April 2019 meeting.

**Request For Production No. 72:**

All documents and communications referring or relating to any meeting(s) between Angus McQueen or Defendants and Wayne LaPierre or other representatives from the NRA regarding the creation and development of NRATV prior to and subsequent to the initial

launch of NRATV in 2016.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendant further objects because the phrase "development of NRATV" is especially vague in this circumstance given the absence of a reasonable date limitation. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 73:**

All documents and communications referring or relating to AMc's identification of the target NRATV consumer, including but not limited to any studies, focus groups, presentations, surveys, reports on demographics, or target content for programing, whether performed or conducted by AMc or any third- party.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendant further objects because the phrase "identification of the target NRATV consumer" is unclear in the Request. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 74:**

All documents and communications referring or relating to financial projections, estimates, forecasts, and/or predictions concerning profitability, performance, and success of NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated

to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV and NRATV analytics. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 75:**

All documents concerning the actual financial performance of NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The

phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.   Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV and NRATV analytics.  In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information.  The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce additional non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 76:**

All documents and communications referring or relating to statements made to the NRA in reliance upon or based on the documents and materials referenced in Request No.

74 or Request No. 75.

**RESPONSE:**

Defendants incorporate their objections to Request No. 74 and 75 into this response. Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce additional non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 77:**

All documents and communications referring or relating to any valuation of NRATV, the NRATV brand, or the valuations of parts of NRATV (e.g., NRATV TV shows) or NRATV brand, including but not limited to, any analyses regarding the same.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV and NRATV analytics. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production by producing non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 78:**

Documents concerning the performance, significance, and/or importance of the live broadcasting portion of NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because the terms "significance" and "importance" are unclear in the context of the Request. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV and NRATV analytics. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement its prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 79:**

All documents and communications referring or relating to any actual or potential sponsorship or advertising contracts and agreements for NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because the term "potential" is unclear in the context of the Request. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production withDefendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 80:**

All documents and communications referring or relating to the basis for AMc's statement, made on or about October 28, 2019, that "Ackerman McQueen routinely offered and toward the end of the relationship demanded that an outside firm audit NRATV performance but LaPierre refused."

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the addition of the phrase "to the basis for AMc's statement" adds an extra level of analysis inappropriate for this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production withDefendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 81:**

All documents and communications referring or relating to NRATV viewership.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect; numerous documents from numerous non-relevant custodians "relate" to NRATV and thus its viewership. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 82:**

All documents and communications referring or relating to NRATV viewership numbers, analytics, or data claiming to represent, correspond, or otherwise relate to "unique," "genuine," "complete," "incomplete," and "incidental," "engaged," or "total" views.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The

phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect; numerous documents from numerous non-relevant custodians "relate" to NRATV and thus its viewership. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 83:**

All documents and communications referring or relating to the actual or contemplated measurement of unique viewers of NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect; numerous documents from numerous non-relevant custodians "relate" to NRATV and

thus its viewership. Defendants further object to this Request because the term "contemplated" is unclear in this context. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 84:**

Documents concerning the meaning or definition of "engaged views" and "completed views," as outlined on slide labeled "Valuation Methodology To Calculate Duration" (Bates No. AMC-002741- 002771) and whether the definition or meaning for "engaged views" and "completed views" can be applied to the broader document (Bates No. AMC-002741-002771) or not.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.

Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 85:**

Documents concerning how you determined "4.89MM Completed Views" and "9.30MM Engaged Views" as outlined on slide labeled "NRATV vs. NRA News 1 Year Comparison" I Oct- Sept" (Bates No. AMC-002741-002771).

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or

information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production withDefendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 86:**

All documents and communications referring or relating to measures of "engagement," defined as the percentage of the available content that was consumed by customers, including third party studies and proprietary data collected, as well as any other similar measures of customer engagement that AMc measured.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool and is not limited to the NRA. Defendants further object to this Request to the extent it seeks AMc's proprietary information. Defendants further object to this Request to the extent it calls for the production of

documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 87:**

All documents and communications referring or relating to efforts to procure, secure, contract with, or to use a third-party vendor (e.g., Google Analytics) that would facilitate, assist in, or otherwise perform work related to the development, generation, creation, provision, and/or presentation of viewership numbers, metrics, or analytics related to NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will

supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.


**Request For Production No. 88:**

All documents referring or relating to the provision or presentation of NRATV viewership numbers, data, metrics, and/or analytics to the NRA, including but not limited to:

    a.    the presentations and materials provided at meetings between the NRA and AMc to discuss NRATV metrics;

    b.    all drafts of those or any other viewership presentations and accompanying materials; and,

    c.    all communications related to any such meetings and/or any other provision or presentation of NRATV viewership data, metrics, and/or analytics to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because it is a compound request, which is further complicated by the vague phrase the "provision or presentation[.]" Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-

product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 89:**

All documents concerning Defendants' actual or contemplated response to any request by the NRA for unique viewership data for NRATV, as well as documents concerning factors that were part of Defendants' decision-making process or the basis for its decision as to how to respond.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the term "contemplated" is unclear in this context. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 90:**

All documents and communications referring or relating to AMc's "Unified Data Source" outline in the graphic below and that was presented to the NRA *(see* Bates No. AMC-002741-002771) including but not limited to data used to analyze the "Unified Data Source."

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 91:**

All documents and communications referring or relating to concerning viewpoints, perceptions, evaluations, and/or beliefs concerning NRATV communicated by the NRA to AMc, including but not limited to, documents AMc contends evince "praise," "support," "approval," or any other type of positive affirmation for NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "viewpoints" is vague in this context. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 92:**

All documents and communications referring or relating to any analyses or assessments of the actual or potential benefits or detriments of operating a live online broadcasting service in house versus alternative mediums for distributing live online

broadcasting content.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the phrase "potential benefits or detriments" is vague in this context. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 93:**

All documents and communications referring or relating to the employment, work, services, and activities of Tamara ("Tammy") Payne.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The

phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the phrase to the "employment, work, services, and activities" is near limitless and also lacks relevance. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 94:**

All documents and communications referring or relating to the employment, work, or services disputes, including termination, of Tamara ("Tammy") Payne.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the phrase to the "employment, work, or services" is near limitless and also lacks relevance. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 95:**

All budgets and business plans for NRATV, whether in draft form or otherwise.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 96:**

All documents and communications referring or relating to key performance indicators ("KPIs") that Defendants used to measure the performance and success of NRATV, including but not limited to, documents concerning any decision-making process about which KPIs to use or which KPIs not to use- for what?

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object because the last clause of the sentence appears nonsensical. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 97:**

All documents and communications referring or relating to the raw data used to construct the following table on the slide labeled "NRATV Talent Valuation By Tv Show I Valuation By Duration" (Bates No. AMC-002772-002817), including but not limited to documents regarding the "media buying prices based on 60s Buys in Q2 and Q3."

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated

to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 98:**

The raw data used to construct the slide labeled "Earned Media Valuation I Online Media Publications" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "$2,500/mention" and "3,973 Online Mentions" and documents and communications regarding the same.

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine,

the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 99**

The raw data used to construct the slide labeled "Monetization- Q3 2018" (Bates No. AMC- 002772-002817), including but not limited to, supporting information for "Revenue - Digital Efforts", "Revenue - NRA Store", "Revenue - Phone Upsells" and documents and communications regarding the same.

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 100:**

The raw data for "Owned Digital Platforms", "Facebook, Youtube, Twitter, Instagram"

that is noted as available on the left-hand side of following slide labeled "Appendix I Data Notes" (Bates No. AMC-002772-002817).

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 101:**

The raw data for all listed information on the following slide labeled "NRATV Video Performance I YTD Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, "13.1MM completed views", "41.8MM engaged views, "206.0MM total views", "6.7MM reactions", "3.0MM shares" and "443k comments" and documents and communications concerning the same.

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The

word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 102:**

For slide labeled, "YTD Q3 2018 Vs YTD Q3 2017" (Bates No. AMC-002772-002817), the raw data to support all information listed, including but not limited to "Completed Views", "Engaged Views", "Total Views" and "Engaged+, Non-YT Total Watch Duration (Min)," as well as all documents and communications regarding the same in the slide referenced below

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent

it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 103:**

For slide labeled "Valuation Overview" (Bates No. AMC-002772-002817) below, the raw data to support all information listed, including but not limited to, "Total Watch Duration (Sec)", "Value Per Second Watched (Sec)", the regression analysis referenced and the calculation of"$0.003/S*," as well as all communications and documents regarding the same.

[GRAPHIC OMITTED]

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 104:**

All documents and communications referring or relating to the strategy and tactics, as well as the ultimate goals, for NRATV, that were developed prior to the launch of NRATV, including but not limited to documents describing the process for selecting the specific shows to be filmed, produced and televised on NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because it is a compound request, which is further complicated by the vague phrase the "strategy and tactics" and the conceptually distinct request for the "process for selecting the specific shows to be filmed[.]" Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery and documents made available to the NRA. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV and NRATV analytics. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 105:**

Produce the rental contracts for Alexandria, VA and Oklahoma City, OK office properties, as well as any other office property rental contracts not produced to date.

**RESPONSE:**

Defendants object to this Request as overly broad to the extent it seeks information not relevant to this case. Defendants have already provided information concerning its damages relating to the premature termination of its rental contracts, through the expert report of Dan Jackson. To the extent that this request seeks information about expert testimony that exceeds the limits on expert discovery allowed under Virginia law, this request is objectionable.

Subject to and without waiving the foregoing objections, following a reasonably diligent

search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.


**Request For Production No. 106:**

Produce the Commercial Sublease dated October 2, 2019, by and between AMc and Innately/New Planet Technologies, Inc.

**RESPONSE:**

Defendants object to this Request as overly broad to the extent it seeks information not relevant to this case. Defendants have already provided information concerning its damages relating to the premature termination of its rental contracts, through the expert report of Dan Jackson. To the extent that this request seeks information about expert testimony that exceeds the limits on expert discovery allowed under Virginia law, this request is objectionable.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.


**REQUEST FOR PRODUCTION NO. 107:**

Produce all records of payments made on all leased properties where NRA activities were performed.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "all records of payments" in this context is disproportionately burdensome to search

for and/or collect, and thus potentially harassing, especially if the information is memorialized in a smaller subset of documents. Defendants further object to the extent that the NRA seeks every property lease of AMc's, which the NRA is not entitled to. Defendants further object because the phrase "NRA activities" is vague. Defendants further object to this Request because it is a compound request, which is further complicated by the vague phrase the "strategy and tactics" and the conceptually distinct request for the "process for selecting the specific shows to be filmed[.]" Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants have already provided information concerning its damages relating to the premature termination of its rental contracts, through the expert report of Dan Jackson. To the extent that this request seeks information about expert testimony that exceeds the limits on expert discovery allowed under Virginia law, this request is objectionable.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 108:**

Produce justification / supporting documentation for allocation percentages applied on Exhibit 2 labeled, "Summary of Amounts Payable by AMc Related to Office Leases. Subsequent to the Termination of the Services Agreement," as referenced in the Jackson Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

Defendants object to this Request as inappropriate expert discovery pursuant to the Virginia Rules of Civil Procedures. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object because the Amended Complaint has pushed back the date of expert discovery. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 109:**

Produce the "A-1 Freeman Moving & Storage invoice for $60,157" referenced in the Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

Defendants object to this Request as inappropriate expert discovery pursuant to the Virginia Rules of Civil Procedures. Defendants further object because the Amended Complaint has pushed back the date of expert discovery. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 110:**

All documents and communications referring or relating to the development of the Carry Guard brand.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The NRA needs to further reduce the scope of this request so that AMc can engage in a manageable and reasonably proportionate search. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 111:**

All documents and communications referring or relating to the Carry Guard training platform.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or

collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 112:**

All documents and communications referring or relating to the Carry Guard media strategy.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged

documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 113:**

All documents and communications referring or relating to the Carry Guard customer acquisition and sales strategy.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No.114:**

All documents and communications referring or relating to the performance management of the Carry Guard program.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object because the phrase "performance management" is vague. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 115:**

All presentation and reports delivered to the NRA regarding the Carry Guard program.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of

documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 116:**

All documents and communications referring or relating to data AMc maintained regarding celebrity brand awareness such as scores and social media following, including but not limited to, documents and data provided by third party reports such as Q Score.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. This request appears to be a poorly-worded effort by the Brewer law firm to gain access to proprietary data of the Defendants about their work and is not related to any valid issue in this litigation. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the focus of this request is not relevant to the subject matter of the case. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the

attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 117:**

The NRA-account documents that AMc relied upon and performed to, by year, for the annual budget.

**RESPONSE:**

Defendants object to this Request as vague because it is unclear what is meant by "NRA-account documents" and "performed to[.]" Defendants further object to this Request as overly broad, unduly burdensome and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The failure to clarify the meaning of these two phrases in this context potentially seeks documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 118:**

Provide all documents referring or relating to the annual budget and annual budget process, pursuant to the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRA budgeting and accounts payable records. Defendants also object on the grounds that NRA employees have testified in depositions that they possess this information within the NRA files.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 119:**

All documents and communications referring or relating to AMc employee's budgetary compliance, invoicing, and payments responsibilities regarding work performed on behalf of the NRA, including but not limited to:

    a.    documents providing information to identify the individuals who were responsible for these duties; and,

    b.    documents showing the scope of the duties involved in their positions as to

budgetary compliance, invoicing, and payments to the NRA.

**RESPONSE:**

Defendants object to this Request as vague because it is unclear what is meant by "AMc employee's budgetary compliance ..." Defendants further object to this Request as overly broad, unduly burdensome, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because it is a compound request, which is further complicated by the expansive scope of its individual subparts. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRA budgeting and accounts payable records. Defendants also object on the grounds that NRA employees have testified in depositions that they possess this information within the NRA files.

**Request For Production No. 120:**

Produce an organizational chart for AMc describing the owner relationships between

legal entities in the corporate family of AMc, including but not limited to, ownership lines and percentages, all subsidiaries and corporate forms.

**RESPONSE:**

Defendants object to this Request because it seeks the creation of a document rather than the production of an existing document which is not appropriate through this discovery tool. Defendants further object to this Request as not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 121:**

Documents showing all personnel, including their titles, departments and salaries, employed by AMc at the end of each calendar year.

**RESPONSE:**

Defendants object to this Request because it seeks the creation of a document rather than the production of an existing document which is not appropriate through this discovery tool. Defendants further object to this Request as not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object because it has already provided a document that lists all AMc employees that worked on NRA matters and the hours they worked. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 122:**

All documents and communications referring or relating to the data from "AMc employment records" used to construct Exhibit 5 of the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

Defendants object to this Request as inappropriate expert discovery pursuant to the Virginia Rules of Civil Procedures. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object because the Amended Complaint has pushed back the date of expert discovery. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 123:**

For each year from 2015 - 2019, documents or data that show the total number of hours spent on NRA account activities and the total number of hours spent on all activities at Ackerman McQueen for each employee listed in Exhibit 5. Report details should be provided in excel or native format, or via usemame access to electronic records, such that NRA project details are available for all employee hours billed to the NRA.

**RESPONSE:**

Defendants object to this Request as inappropriate expert discovery pursuant to the Virginia Rules of Civil Procedures. Defendants further object to this Request because it seeks

information which is not appropriate through this discovery tool. Defendants further object because the Amended Complaint has pushed back the date of expert discovery. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to time records and summary time reports.

**Request For Production No. 124:**

All documents and communications referring or relating to leaks to the media and others of documents and information the NRA contends is confidential.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because AMc does not necessarily know what "information the NRA contends is confidential" in the context of this Request. Defendants further object to this Request because it has not leaked anything and already produced documents that are responsive to this request. Defendants further object to this Request to the extent it calls

for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants also object because the information it possesses about leaks has been gained through discovery in this case showing the various leaks emanating from the NRA, including but not limited to leaks from the NRA's treasurer's office, Bill Brewer, and Josh Powell. Such information gleaned form discovery is equally available to the NRA. As addressed during the February 6, 2020 hearing on the NRA's motion to compel, the Defendants do not possess documents relating to any leaks from their employees.

Subject to and without waiving the foregoing objections, following a continued reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 125:**

All documents referring or relating to Vox Media, LLC journalist Dylan Matthews's 08/03/18 article entitled, "The National Rifle Association, America's most powerful lobby, claims it's in financial crisis. What?" including but not limited to, documents and communications concerning outlining steps taken by AMc, as agent of the NRA, to identify the "anonymous source at AMc" who provided the confidential information to Vox Media, LLC.

**RESPONSE:**

Defendants object to the premise of this request that there is a source at AMc who provided confidential information to Vox Media. Defendants also object to the legal conclusion that AMc

has taken steps "as agent of the NRA" in this matter. Defendants object to this Request as not reasonably relevant to any party's claim or defense and the proportional needs of the case. The statements in this Request are not the subject matter of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 126:**

All documents referred to in or relied on by the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

Defendants object to this Request as inappropriate expert discovery pursuant to the Virginia Rules of Civil Procedures. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object because the Amended Complaint has pushed back the date of expert discovery. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 127:**

All documents referring or relating to the design and composition of AMc's website (www.am.com) that identify the individuals involved in the decision-making related to the website's content, design, and composition.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, subject matter, or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 128:**

All documents referring or relating to Cambridge Analytica and any actual or potential services related to NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case

and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 129:**

All documents referring or relating to Performance Improvement Partners and any actual or potential services related to NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to NRATV analytics.

**Request For Production No. 130:**

All documents referring or relating to The American Clean Skies' "Clean Skies TV"

project, produced or otherwise managed by Defendants.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because AMc's interactions with other clients, and documents related to such agreements are not relevant to the case. Releasing such documents to anyone associated with the Brewer would jeopardize AMc by providing sensitive documents to a competitor. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the request for documents outside of the time parameters set forth in the instructions.

**Request For Production No. 131:**

All documents referring or relating to information on viewership or viewership analytics for The American Clean Skies' "Clean Skies TV" project.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case

and disproportionately burdensome to search for and/or collect. Defendants further object because AMc's interactions with other clients, and documents related to such agreements are not relevant to the case. Releasing such documents to anyone associated with the Brewer would jeopardize AMc by providing sensitive documents to a competitor. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the request for documents outside of the time parameters set forth in the instructions.

**Request For Production No. 132:**

All documents referring or relating to the actual or contemplated basis for the ultimate cancellation of the 'The American Clean Skies' "Clean Skies TV" project.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because AMc's interactions with other clients, and documents related to such agreements are not relevant to the case. Releasing such documents to anyone associated with the Brewer would jeopardize AMc by providing sensitive documents to a competitor. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or

any other privilege or immunity from disclosure.  Defendants object to the request for documents outside of the time parameters set forth in the instructions.

**Request For Production No. 133:**

All documents referring or relating to the impact (financial or otherwise) of North joining NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because it is unclear why the impact of North joining NRATV is relevant to the claims in this case.  Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to Lt. Col. Oliver North.

**Request For Production No. 134:**

Produce all documents that refer or relate to the development of American Heroes.

**RESPONSE:**

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to Lt. Col. Oliver North. The NRA has already issued this discovery request and AMc has already made a substantial production of documents in response to it. AMc incorporates its objections therein.

**Request For Production No. 135:**

All documents concerning the consequences of not filming American Heroes episodes in a timely manner or in a manner arguably inconsistent with the language of North's contract with AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents concerning" in this context lacks any kind of reasonable limitation. Defendants further object because the phrases "the consequences" and "arguably inconsistent" appear to require assumptions on what those mean which are both improper and confusing. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned

over more than 60,000 pages of documents which provide documents concerning and relating to Lt. Col. Oliver North.

**Request For Production No. 136:**

Documents that show the office locations and production studios operated in part or in whole for AMc's Branded News subsidiary.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 137:**

Documents that show the clients managed by AMc's Branded News subsidiary from 2000-2019.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "All documents referring or relating" in this context lacks any kind of reasonable

limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object that this request seeks documents outside of the time parameters addressed as the relevant period in the instructions. Defendants also object that this request seeks proprietary information unrelated to the litigation, but that would potentially be valuable to the Brewer Law Firm and thus, the purpose of this request is improper and an abuse of the discovery process.

**Request For Production No. 138:**

All documents referring or relating to the April 2019 Board of Directors meeting for the NRA and/or the preparations for that meeting.

**RESPONSE:**

This request is redundant of Request No. 71 and the objections to that request are incorporated herein. Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to because the clause "April 2019 Board of Directors meeting for the NRA" is unclear about what Board of Directors it is referring to. Defendants

further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 139:**

All documents and communications referring or relating to North from April 1, 2019 to May 31, 2019.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc requests that the NRA limit scope of this Request to relevant areas of inquiry. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, many of which provide documents concerning and relating to Lt. Col. Oliver North.

**Request For Production No. 140:**

All documents referring or relating to the existence of any agreement, understanding, combination, or collaboration between and among the Defendants, on one hand, and persons not employed by or affiliated with AMc (e.g., Dan Boren), on the other, concerning efforts:

a. to de-rail, stop, impede, obstruct, not cooperate, or otherwise delay the NRA's investigation and/or,

b. to remove Mr. LaPierre or other senior NRA leadership from their positions at the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because it is unclear what is meant by the phrase "the NRA's investigation[.]" Defendants further object because it specifically denies the apparent premise in under (b) that AMc was involved in any kind of "conspiracy." Plaintiff has already taken depositions and obtained document production from key witnesses disproving its "conspiracy" theory. Defendants further object to this Request because it is a compound request, which is further complicated by the expansive scope of its individual subparts. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 141:**

All documents referring or relating to, and including, communications between and among AMc and Dan Boren regarding the NRA, after January 1, 2016.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range and limitation of subject matter. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents some of which provide documents concerning and relating to Dan Boren and the NRA. Moreover, the NRA has obtained document production from Dan Boren himself and then failed to take his deposition. Consequently, this request is merely another burdensome request by the NRA for information that it already possesses.

**Request For Production No. 142:**

All documents referring or relating to, and including, communications between and among AMc and David Lehman regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range and limitation of subject matter. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents of which 274 specifically refer to David Lehman.

**Request For Production No. 143:**

All documents referring or relating to, and including, communications between and among AMc and Steven Hart regarding the NRA, after January 1, 2017.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range and limitation

of subject matter. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, many of which relate to Steven Hart. In addition, Defendants have served a subpoena on Mr. Hart for relevant documents, but the NRA has blocked substantial production of documents on the grounds of attorney-client and work product privileges.

**Request For Production No. 144:**

All documents referring or relating to, and including, communications between and among AMc and Chris Cox regarding the NRA, after January 1, 2019.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range and limitation of subject matter. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to

the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents, many of which provide documents concerning and relating to Chris Cox.

**Request For Production No. 145:**

All documents referring or relating to, and including, communications between and among AMc and Oliver North regarding the NRA, after January 1, 2018.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range, limitation of subject matter, and clarification.   Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents which provide documents concerning and relating to Lt. Col. Oliver North.

**Request For Production No. 146:**

All documents referring or relating to, and including, communications between and among AMc and Lance Olson regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a more limited date range, limitation of subject matter, and clarification. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to Lance Olson.

**Request For Production No. 147:**

All documents referring or relating to, and including, communications between and among AMc and any NRA Board members regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The NRA has approximately 75 board members and AMc has numerous employees. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, many of which provide documents concerning and relating to NRA board members, including Oliver North.

**Request For Production No. 148:**

All drafts of the Company Agreement for WBB Investments, LLC and all documents and communications related thereto.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 149:**

All documents concerning the actual or contemplated creation, formation, negotiation, and/or terms of the Company Agreement of WBB Investments, LLC, including but not limited to, documents concerning any actual or contemplated decision to form or create that entity or a similar entity or the actual or contemplated factors related to the creation or formation thereto.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 150:**

Documents that show AMc's largest client account for the years 2015, 2016, 2017, 2018 and 2019.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The Request lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the terms "show" and "largest client" are unclear in this context. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 151:**

Documents that show Ackerman's gross revenue throughout 2012, 2013, 2014, 2015, 2016, 2017, 2018 and 2019, on a monthly basis.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The Request lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the date range is excessively large and the "monthly basis" frequency not relevant and disproportionate. Defendants further object to this Request because the terms "show" and is unclear in this context.

Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. To the extent that this request is a demand that Defendants create a document rather then merely produce a document, it is also objectionable.

**Request For Production No. 152:**

All documents and communications referring or relating to letters sent by William Winkler to Craig Spray, Wayne LaPierre and Tyler Schropp on April 22, 2019.

**RESPONSE:**

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the Winkler letters. The NRA has already issued this discovery request and AMc has already made a substantial production of documents in response to it. AMc incorporates its objections therein.

**Request For Production No. 153:**

Documents to show the services category attributable to invoices of A-E, as outlined in Section I of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not

reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants cannot interpret this vague request. The Request lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because it is unclear what the NRA means by "invoices of A-E" and what the phrase "to show" means in the context. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 154:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, including AMc, in which Oliver North maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to

this Request because it presupposes that AMc has intimate knowledge of North's finances and business endeavors and knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the premise of the question that Oliver North maintains an ownership interest, manages, operates or controls AMc. To the extent that this request seeks information about Oliver North's private business interests unrelated to AMc, the request is objectionable and not calculated to lead to the discovery of information within the custody, possession and control of the Defendants.

**Request For Production No. 155:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Revan McQueen maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to

this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 156:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Anthony Makris maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine,

the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 157:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Nader Tavangar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the

expense of the Defendants.

**Request For Production No. 158:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Edmund Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 159:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Bill Powers maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 160:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Lacey Duffy-Cremer maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 161:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Melanie Montgomery maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All

documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 162:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Brandon Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended

Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 163:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which William Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.

Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 164:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Carl Warner maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This

request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 165:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Jesse Greenberg maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 166:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Henry Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 167:**

All documents and communications referring or relating to any vendor who provides

goods or services to the NRA, other than AMc, in which Kyle Millar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 168:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which David Valinski maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants.

**Request For Production No. 169:**

All documents referring or relating to the production and management of Shale.tv (http ://shale.tv) by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this

case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 170:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for Shale.tv (http://shale.tv).

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of

documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 171:**

All documents referring or relating to the production and management of OklaTravelNet.com by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 172:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership

analytics, and/or viewership statistics) for OklaTravelNet.com.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 173:**

All documents referring or relating to the production and management of EnergyNewsLive.com by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint

does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Product Ion No. 174:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for EnergyNewsLive.com.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine,

the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 175:**

All documents referring or relating to the production and management of "6FL," or Six Flags Live by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 176:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for "6FL," or Six Flags Live.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 177:**

All documents and communications referring or relating to any audits of or accounting of AMc services by any of its clients.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern the activities of AMc's other clients and the NRA has no entitlement to this

information. This request is made solely to oppress and harass the Defendants and it seeks information that is confidential information relating to other client finances. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 178:**

All documents and communications referring or relating to AMc's loans, borrowings or other financial relationships.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendant further objects because a detailed accounting of AMc's loans, borrowings or other financial relationships is not relevant to this case and therefore harassing. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding AMc in an effort to damage AMc. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any

other privilege or immunity from disclosure.

**Request For Production No. 179:**

All documents and communications referring or relating to clothing stores where AMc maintains corporate accounts whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, subject matter, or other scope limitation adds to overbroadness and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. It appears that this request is intended to obtain documents relating to the Zegna clothing store purchases by Wayne LaPierre, and such information has been provided in prior document production.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 180:**

All documents and communications referring or relating to makeup artists, including but not limited to makeup artists located in Nashville, TN, whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, subject matter, or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the the Nashville make-up artists.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged

documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 181:**

All documents and communications referring or relating to any lawyers, accountants, and any other professional service firms whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to professional services billed to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent

search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 182:**

All documents and communications referring or relating to any restaurants, clubs, concierge services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

**Request For Production No. 183:**

All documents and communications referring or relating to any and all limousine or chauffeur services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.


**Request For Production No. 184:**

All documents and communications referring or relating to any and all security

services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to over overbroadness and undue burden. Defendants further object because the term "security services" is vague. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

**Request For Production No. 185:**

All documents and communications referring or relating to any and all philanthropic and not-for- profit entities in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

**Request For Production No. 186:**

All documents and communications referring or relating to Youth for Tomorrow and the Women's Leadership Forum in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 187:**

All documents and communications referring or relating to travel and entertainment by Angus McQueen, Revan McQueen, Anthony Makris, Oliver North, Nadar Tavangar, Edmund Martin, William Powers, Lacey Duffey-Cremer, Melanie Montgomery, Brandon Winkler, William

Winkler, Carl Warner, Jesse Greenberg, Henry Martin, Kyle Millar, and David Valinski that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the expenses passed through to the NRA.

**Request For Production No. 188:**

All documents and communications referring or relating to the identity of family members or extended family by third degree of separation that work for AMc currently and that worked for the NRA in any period in the past.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. In addition, to the extent that this request demands that the Defendants research and create a new document that compiles requested information, it is objectionable.

**Request For Production No. 189:**

All documents and communications referring or relating to any regular providers of food, drink, cigars, alcohol, and other substances obtained by AMc personnel that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated

to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to over overbroadness and undue burden. If the NRA is seeking billing related to Landini Brothers it needs to reformulate this request so that AMc can respond accordingly. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

**Request For Production No. 190:**

All documents and communications referring or relating to in any way to tangible or intangible assets obtained by AMc whose acquisition cost or maintenance costs were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the phrase "tangible or intangible

assets" is vague and thus fails to adequately explain the focus of the Request. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. In addition, to the extent that this request demands that the Defendants research and create a new document that compiles requested information, it is objectionable.

**Request For Production No. 191:**

All documents and communications referring or relating to any communications with spokespeople whose services were obtained by AMc and billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "spokespeople whose services were obtained by AMc" is undefined and indecipherable. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the phrase "communications referring or relating to any communications" multiplies the complexity of the request and thus the burden. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 192:**

All documents and communications referring or relating to any communications regarding fundraising activities organized by AMc, including but not limited to Anthony Makris, and billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The term "fundraising activities" is undefined and overbroad. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the phrase "communications referring or relating to any communications" multiplies the complexity of the request and thus the burden. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**Request For Production No. 193:**

All documents and communications referring or relating to other contracts for services obtained by AMc for the benefit of the NRA and billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not

reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**Request For Production No. 194:**

All documents and communications related to annual audit and audit process of AMc's financial statements.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications related" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents, some of which provide documents concerning and

relating to AMc's audits. Defendants further object to this Request because it has already provided the NRA its annual audit for the last three years. Defendants further object to this Request as a continuing unlawful effort by the NRA and the Brewer firm to obtain sensitive information regarding AMc in an effort to damage AMc business interests unrelated to this litigation. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

ACKERMAN MCQUEEN, INC. and
MERCURY GROUP, INC.
By Counsel

Dated: February 21, 2020

Respectfully submitted,

David H. Dickieson (VA Bar #31768)
SCHERTLER & ONORATO, LLP
901 New York Avenue, NW, Suite 500
Washington, DC 20001
Telephone: 202-628-4199
Facsimile: 202-628-4177
ddickieson@schertlerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Defendants' Responses to Plaintiff's Fourth Set of Document Requests to was served on February 21, 2020, on the following counsel for Plaintiff by agreement via email:

James W. Hundley
Robert H. Cox
BRIGLIA HUNDLEY, PC
1921 Gallows Road, Suite 750
Tysons Corner, VA 22182
jhundley@brigliahundley.com
rcox@brigliahundley.com

Michael J. Collins
Brewer Attorneys & Counselors
1717 Main Street, Suite 5900
Dallas, Texas 75201
MJC@brewerattorneys.com
*Admitted Pro Hac Vice*

David H. Dickieson

# EXHIBIT 31

APP. 00808

**From:** Charles H. Friedrich
**Sent:** Tuesday, February 11, 2020 2:21 PM
**To:** jem@brewerattorneys.com
**CC:** Beth Landes; Morris D. Gindi (MorrisG@Workamajig.com)
**Subject:** FW: Ackerman McQueen docs
**Attachments:** workamajig_invoice_12023215.pdf; workamajig_invoice_12025547.pdf;
workamajig_invoice_12015762.pdf; workamajig_invoice_12014593.pdf;
workamajig_invoice_12025543.pdf; workamajig_invoice_12033042.pdf;
workamajig_invoice_12032977.pdf; workamajig_invoice_12035651.pdf;
workamajig_invoice_12046987.pdf; workamajig_invoice_12048247.pdf;
workamajig_invoice_12046984.pdf; ack160coSign 2.10.12.pdf;
workamajig_invoice_12063669.pdf; workamajig_invoice_12070237.pdf;
workamajig_invoice_12080643.pdf; Ackerman McQueen Subpoena.pdf;
workamajig_invoice_12098782.pdf; Workamajig - feature overview (002).pdf; Workamajig -
feature overview (002).pdf


Jason:

As promised, I am attaching copies of (i) the License Agreement between our client, Creative Manager,
Inc., and Ackerman McQueen Inc. (AMc), and (ii) invoices sent by Creative Manager to AMc.  Also
attached is a description of the various features of Creative Manager's WMJ System.  These documents
are being delivered in response to your Subpoena Duces Tecum for, inter alia, Production of Documents,
which was served upon Creative Manager, Inc. in connection with the action by your client, National
Rifle Association of America, against Ackerman McQueen Inc., et al., currently pending in the Circuit
Court for the City of Alexandria, Civil Case Nos. CL19001757, CL19002067, and CL19002886.  The
attached documents are all of the documents in the possession or control of Creative Manager that are
responsive to the Document Demand in the Subpoena.

As we discussed, AMc opted for the installed version of the WMJ System, meaning that all of the
information (called "User Content" in the License Agreement) that it uploads into the WMJ System is on
its server and not on the server of Creative Manager.  Creative Manager does not, therefore, have any
contractual or other right to access Amc's server and copy its User Content.  I have asked AMc's counsel
for permission of Creative Manager to do so in response to the Subpoena, but was denied such
permission.

After you have reviewed the attached material, please confirm that this production satisfies the
obligations of Creative Manager under the Subpoena and that a deposition of a representative of
Creative Manager will not be necessary. If you need anything else from our client, please let me
know.  As I advised you, Morris Gindi, the President of Creative Manager, will be out of the country on a
family matter from Feb. 16 through Feb. 26, so if a deposition is still required, we request that it be
rescheduled.

Charlie

**CHARLES H. FRIEDRICH** | **Partner**
CFriedrich@sh-law.com  | Bio  | vCard  | LinkedIn
Direct Phone: 201.896.7031 | Direct Fax: 201.896.7032

SCARINCI | HOLLENBECK
**1100 Valley Brook Ave. | P.O. Box 790 | Lyndhurst, NJ 07071 | map**
P: 201.896.4100 | F: 201.896.8660

**SH-LAW.com | New York | New Jersey | California | D.C.**

**CAUTION: This email is from outside the organization. DO NOT CLICK a link or open an attachment unless you know the content is safe and are expecting it from the sender. If in doubt, contact the sender separately to verify the content.**
===================

Ackerman McQueen

workamajig

Fax transmission
To : Rebecca Kassin or Rebecca Safdieh
Voice Number : 800.203.7684 x6
Fax Number : 866.779.1545
(or 732.907.1258 or 732.663.1121)
number of Pages : 7 (including this page)

---

Instructions:

Please print out this PDF document, and fill out the information on the last page, including your preferred payment method. Please sign and date that page and fax all seven pages - incomplete agreements cannot be processed until all required information is completed.

We can start processing your complete agreement within a few hours of receiving it. Please note that the New Jersey Administrative office closes Monday through Thursday at 5:00pm and on Friday at Noon Eastern time.

In order to expedite your order, please fax the full Agreement to one of the fax numbers above, using this sheet as the header sheet of the fax. Or scan your signed Agreement and email it to us at admin@workamajig.com

Then, please mail the signed agreement to the following address:

Shana Hirsch
Workamajig
721 Auth Avenue
Oakhurst NJ 07755-2965

admin@workamajig.com
phone: 800.203.7684 option 6

We look forward to working with you. Thank you.

CREATIVE MANAGER LICENSING AGREEMENT – INSTALLED

This Agreement is by and between Creative Manager, Inc., a New Jersey Corporation with administrative offices at 721 Auth Avenue, Oakhurst, NJ 07755 (the 'Licensor' or 'Creative Manager'), and Ackerman McQueen , an Oklahoma corporation, located at 1601 N.W. Expressway, Suite 1100, Oklahoma City, OK 73118 (the 'User' or 'Licensee').

PART A – General Terms and Conditions.

A.1. DEFINITIONS. This Agreement (including Parts A, B and C) covers the use of the software applications which are included in "Workamajig®" and referred to as "WMJ" or the "WMJ System" in the remainder of this Agreement. References to Creative Manager include (i) its employees, officers and agents, and (ii) its subsidiaries, subcontractors, affiliates, licensors, associates, suppliers, co-branders and other partners providing services related to the WMJ software, and their respective officers, employees and agents.

A.2. ACCEPTANCE OF TERMS. Creative Manager shall make available to User through WMJ information, documents, images, software, products and services (collectively, the "Materials"), subject to the terms and conditions set forth in this Agreement. If User breaches any of the terms of this Agreement ("Terms of Use"), Creative Manager shall have the right, upon written (including email) notice to User and subject to any applicable cure period as set forth in this Agreement, to terminate User's authorization to use the WMJ System, and to require User (a) to cease making use of the WMJ System, (b) to destroy any and all Materials downloaded or printed therefrom and, (c) within ten (10) days after the date of the termination notice, to certify in writing to Creative Manager its compliance with these requirements.

A.3. LIMITED COPYRIGHT LICENSE. The Materials described in this Agreement, including, but not limited to, the compilation of all content, are protected by copyright and/or other intellectual property laws and/or common law rights; and any unauthorized use of the Materials may violate such laws and/or rights. The parties understand and agree that the restrictions contained in this Agreement regarding the use of the Materials expressly exclude any and all User information, content, data and/or materials of any kind which are uploaded or added to, or placed on, the WMJ System by User (collectively, "User Content"). Except as expressly provided herein: Creative Manager does not grant any express or implied rights to User under any patents, copyrights, trademarks, trade secrets, or other intellectual property rights with respect to the Materials; and no portion of the Materials may be reproduced by User in any form or by any means without the prior written permission of Creative Manager.

Use of Software. This Agreement governs the use of the WMJ software. User will not be able to download, install or use any WMJ software that is accompanied by or includes an end-user license agreement unless User agrees to the terms thereof. User may not decompile, reverse engineer, or otherwise attempt to discover the source code of any of the WMJ software available under this Agreement, unless, and only to the extent that, applicable law prohibits contractual limitations upon User's right to do so, and then only after User has notified Creative Manager in writing of User's intended activities.

Use of Information. This subsection does not apply or refer to any User Content, but only to the Materials made available by Creative Manager through the WMJ System. Except as otherwise set forth in this Agreement, User may view, download and print the Materials available through the WMJ System, subject to the following conditions:
o The supporting documentation for the Materials may be used only for the User's informational and internal purposes.
o Except as expressly permitted by this Agreement or by Creative Manager in writing, the Materials may not be modified or altered in any way.
o Downloaded Materials (except the software) may be distributed to User's employees, agents, contractors and the customers and/or vendors of User, but only for the benefit of User's internal business operations.
o User may not remove any copyright, trademark or other proprietary notices contained or set forth in any of the Materials; and any and all electronic copies of the Materials permitted to be made by the terms of this Agreement shall include such notices.

The rights granted to User under this Agreement constitute a limited license and not a transfer of title. Title and copyrights in and to the Materials remain with Creative Manager and its licensor. User may not transfer its license to use the WMJ software and other Materials to anyone else without the prior written permission of Creative Manager. Any transfers of the WMJ software and other Materials without such prior written permission will immediately terminate User's rights to use the WMJ software, without further action by Creative Manager, and User's payment obligations under this Agreement through the end of the term of this Agreement shall be accelerated and all then unpaid amounts under this Agreement shall be due and payable promptly after the date of termination. Creative Manager reserves the right to charge a transfer fee if permission to transfer the WMJ software is granted.

The rights granted to User to view, download and print the Materials do not include any right to copy the design, layout, or look and feel of the WMJ System or, except as expressly permitted by this Agreement, the Materials. Elements of the WMJ System are protected by trade dress and other laws and may not be copied or imitated in whole or in part. User agrees not to use any means to circumvent login, password and other protections that Creative Manager puts in place to restrict access to certain Materials and parts of the WMJ System.

A.4. PRICING. The license and login user fees and other fees and charges payable by User in consideration of the license and use rights granted to User under this Agreement are set forth in Part B (Additional Terms and Conditions) and Part C (Pricing) of this Agreement.

A.5. USER INFORMATION. User represents and warrants that (a) User is authorized to enter into this Agreement and (b) the information provided about User in Part C (Pricing) of this Agreement is current, complete and accurate. User shall from time to time update this information to ensure that it is reasonably current, complete and accurate.

A.6. USE AND PROTECTION OF USER ID AND PASSWORD. User is responsible for maintaining the confidentiality of User's account, User ID and password. User is also responsible for all uses of User's account, whether or not authorized by User. If there is any breach of security in or through User's account, User shall notify Creative Manager promptly by email at support@workamajig.com.

A.7. TERMS OF USE. User may access and use the WMJ System only in accordance with the terms of this Agreement. User shall use WMJ only for the direct benefit of User's internal business operations, and shall not resell project management, hosting or any other services. With respect to the Materials, User may view and print the Materials, but only for use in accordance with this Agreement and then only for so long as those copies are distributed in accordance with the terms of this Agreement.

Use of the WMJ System by User for the solicitation of quotes, the placement of purchase orders or similar documentation, and the purchase of goods or services (collectively "Supplies") provided by third parties is subject to this Agreement. User understands, acknowledges and agrees that:
o Creative Manager provides only a platform whereby buyer and seller may communicate, display information about seller's products or services (i.e., prices, quotes, availability of Supplies, delivery dates, and related information), and place orders for Supplies. Creative Manager does not sell Supplies and is not an agent or representative of either buyers or sellers.
o USER ASSUMES FULL AND EXCLUSIVE RESPONSIBILITY FOR ANY PURCHASE, SALE OR OTHER TRANSACTION INTO WHICH USER MAY ENTER WITH ANY THIRD PARTY THROUGH THE MATERIALS PROVIDED.

A.8. CONSENT TO USE OF INFORMATION. In order to make various features and functions of the Materials available to User, Creative Manager may collect information about User and User's use of WMJ and, in connection with its support services provided to User, may receive suggestions and other information from User regarding the WMJ System and its functions (all such information being referred to herein, collectively, as "User Information"). User agrees that Creative Manager may use such User Information to improve the WMJ System for User and other users, and to provide customized services and technologies to User, provided that, in the case of User Information used by Creative Manager to improve the WMJ System for other users, such use will not result in the disclosure to other users of specific User Information or of the identity of, or the connection of such User Information with, User. User acknowledges and agrees that Creative Manager's collection and use of User Information as set forth above, and Creative Manager's operation and provision of WMJ, as contemplated by this Agreement, is not a breach of User's right of privacy, publicity, or any other right related to the protection of personal data, whether in equity or law, or by contract or otherwise. Creative Manager reserves the right to publicize its user list in press releases, case studies, and marketing materials in print on its web site to promote WMJ to potential clients; and User hereby acknowledges and agrees to such use. Any such list may include a reference to User as a client of Creative Manager. If Creative Manager refers to User's trademarked names or symbols, proper reference will be made that User is the owner of such names or symbols.
END OF PAGE 2

A.9 LINKS TO OTHER INTERNET WEB SITES. WMJ may contain links to third-party Web sites that are not under the control of Creative Manager. Creative Manager makes no representations or warranties whatsoever about any other Web sites to which User may have access through the WMJ System. When User accesses a non-Creative Manager Web site, User does so at its own risk and Creative Manager is not responsible for (i) the accuracy or reliability of any information, data, opinions, advice, or statements made on these other sites, (ii) the quality of any products or services available on these other sites, or (iii) any damage or loss caused or alleged to be caused through or in connection with use of or reliance on the content, goods or services available on or through any such third-party link, site, or resources. Creative Manager provides these links only as a convenience and the inclusion of such links does not imply that Creative Manager endorses or accepts any responsibility for the content or use of any such other Web sites.

A.10. RESPONSIBILITY FOR SUBMITTED INFORMATION. User is solely responsible for the content of any and all comments, information, questions, data, feedback, ideas, descriptions of processes, or other information User submits to Creative Manager through the WMJ System. User may submit only content that (i) is owned by User, (ii) is submitted with the express permission of the owner, or (iii) is in the public domain. User is prohibited from posting or transmitting to the WMJ System any materials or information prohibited by the Acceptable Use Policy set forth in Section A.19 of this Agreement.

A.11 USER CONTENT

Obligations and Warranties. User shall obtain, before the submission or placement by User of any User Content on the WMJ System, any and all licenses to, or releases of intellectual or proprietary rights in or to, the User Content. User warrants that User Content will not contain any content that violates the Acceptable Use Policy set forth in Section A.19 of this Agreement.

Use of Content. By using the WMJ System, User acknowledges and agrees that: (i) Creative Manager does not pre-screen User Content and does not guarantee or warrant the accuracy, integrity or quality of any User Content; (ii) User will evaluate and bear all risks associated with the use by User or third parties of any User Content, including any reliance on the accuracy, completeness or usefulness of such User Content; and (iii) Creative Manager will not be liable in any way for any User Content, including, but not limited to, any errors or omissions in any User Content, or for any loss or damages of any kind incurred as a result of the use of any User Content by User or by any third party.

Confidentiality. During the course of performance of this Agreement, each party may disclose to the other party information concerning such party's policies and procedures, earnings, financial condition, operations, volume of business, methods, systems, practices, plans, purchaser discounts, contract terms, customers, clients and other confidential or commercially valuable proprietary information which is or should reasonably be understood to be confidential, including, without limitation, User Content ("Confidential Information"). Each party acknowledges that the disclosing party shall at all times be and remain the owner of its Confidential Information and that the recipient of Confidential Information may use such Confidential Information only in connection with and for the purposes of the performance of its promises, duties and obligations under this Agreement. The recipient of any Confidential Information shall use efforts consistent with the manner in which it protects its own Confidential Information, but not less than reasonable efforts, to preserve the confidentiality of all Confidential Information disclosed to it. Except as otherwise expressly permitted by the terms of this Agreement, neither party shall, without the prior written permission of the disclosing party, use the Confidential Information of the other party for its own or any other person's benefit, nor disclose any Confidential Information to any third party, except employees and subcontractors of the receiving party who have a need to know such Confidential Information to enable the receiving party to perform its obligations under this Agreement and who are subject to or bound by confidentiality obligations no less restrictive than those set forth in this Agreement. The confidentiality restrictions contained herein shall not apply with respect to any portion of the Confidential Information that: (a) is or becomes publicly known through no breach or fault of the receiving party; (b) is disclosed to the receiving party by a third party who is not under an obligation of confidentiality to the disclosing party; (c) was already known to the receiving party; (d) is independently developed by the receiving party without reference to the Confidential Information; and/or (e) is required to be disclosed pursuant to a court, government or administrative order or subpoena, provided that the receiving party shall give the disclosing party prior written notice of any such legally required disclosure to enable the disclosing party to seek a protective order or other appropriate relief.

A.12. WARRANTIES AND DISCLAIMERS. Creative Manager warrants that the WMJ software, the WMJ System and the Materials substantially conform to the documentation therefor (i.e., the WMJ user guide). EXCEPT FOR THIS EXPRESS WARRANTY AND EXCEPT AS MAY BE EXPRESSLY PROVIDED IN A WRITTEN AGREEMENT SIGNED BY THE PARTIES, ALL MATERIALS ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO, THE IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, AND THE WARRANTY OF NON-INFRINGEMENT, WHETHER ARISING BY STATUTE OR OTHERWISE BY LAW, OR FROM ANY COURSE OF DEALING OR USAGE OF TRADE. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, CREATIVE MANAGER MAKES NO WARRANTY: (I) THAT THE MATERIALS WILL MEET USER'S REQUIREMENTS; (II) THAT THE MATERIALS WILL BE UNINTERRUPTED, TIMELY, SECURE OR FREE FROM ERROR, VIRUSES OR OTHER HARMFUL COMPONENTS, (III) THAT THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE MATERIALS WILL BE EFFECTIVE, ACCURATE OR RELIABLE; (IV) THAT THE QUALITY OF ANY PRODUCTS, SERVICES, OR INFORMATION PURCHASED OR OBTAINED BY USER FROM THE MATERIALS OR THE WMJ SYSTEM WILL MEET USER'S EXPECTATIONS; OR (V) THAT ANY ERRORS IN THE WMJ SOFTWARE LICENSED OR OBTAINED FROM CREATIVE MANAGER WILL BE CORRECTED. Some states or jurisdictions do not allow the exclusion of implied warranties or limitations on how long an implied warranty may last, so certain of the above limitations may not apply to User. To the extent permissible by applicable law, any implied warranties that cannot by law be excluded are limited to ninety (90) days from the date that User signs this Agreement.

Creative Manager may make changes to the Materials, including descriptions of any products listed herein, at any time without notice to User. CREATIVE MANAGER MAKES NO REPRESENTATION OR WARRANTY AS TO THE ACCURACY, COMPLETENESS OR CURRENCY OF ANY OF THE MATERIALS AND EXPRESSLY DISCLAIMS ANY COMMITMENT OR OBLIGATION TO UPDATE THE MATERIALS.

Creative Manager assumes no responsibility for information, materials or services of third parties that are referenced by the Materials, including those of Creative Manager's associates. REFERENCES TO OTHER COMPANIES AND TO THEIR SERVICES AND PRODUCTS ARE PROVIDED "AS IS" AND "AS AVAILABLE" WITHOUT WARRANTY OF ANY KIND, EITHER EXPRESSED OR IMPLIED. In no event will Creative Manager be responsible for factors outside its direct control, such as the Mac or Windows operating systems, fonts, printer drivers, or the Microsoft SQL database, and not the result of acts or omissions by Creative Manager or any of its employees or agents.

IN NO EVENT SHALL CREATIVE MANAGER BE LIABLE TO USER OR TO ANY THIRD PARTY FOR ANY SPECIAL, PUNITIVE, INCIDENTAL, INDIRECT OR CONSEQUENTIAL DAMAGES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, FOR LOSS OF USE, DATA, BUSINESS OR PROFITS, WHETHER OR NOT CREATIVE MANAGER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES OR LOSS, REGARDLESS OF THE THEORY OF LIABILITY (WHETHER TORT, CONTRACT, STRICT LIABILITY OR OTHERWISE), ARISING OUT OF OR IN CONNECTION WITH (i) THE USE OF WMJ AND THE MATERIALS, OR THE TERMS AND CONDITIONS OF THIS AGREEMENT OR OF ANY WEB SITE REFERENCED ON OR LINKED TO THE WMJ SYSTEM, INCLUDING THOSE OF CREATIVE MANAGER'S ASSOCIATES, OR (ii) THE PERFORMANCE OR NON-PERFORMANCE BY CREATIVE MANAGER HEREUNDER. Some jurisdictions prohibit the exclusion or limitation of liability for consequential or incidental damages, so the foregoing limitations may not apply to User. The use of the Materials or the downloading or other acquisition of other materials and services from the WMJ System is at User's discretion and risk, and User will be solely responsible for any damage to User's computer system or loss of data that results from such activities. No advice or information, whether oral or written, obtained by User from Creative Manager, or obtained through or from the WMJ System, shall create any warranty not expressly stated in this Agreement. Some states do not allow the exclusion of implied warranties, so some of the above exclusions may not apply to User. User may also have other rights, which vary from state to state.

IN ADDITION TO THE LIMITATIONS AND EXCLUSIONS SET FORTH IN THIS SECTION A.12 AND ELSEWHERE IN THIS AGREEMENT, IN NO EVENT WILL CREATIVE MANAGER'S LIABILITY FOR ANY MATTER ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT EXCEED AN AMOUNT EQUAL TO FIFTY PERCENT (50%) OF THE SUMS PAID BY USER TO CREATIVE MANAGER DURING THE TWELVE (12) CALENDAR MONTHS IMMEDIATELY PRECEDING THE DATE OF THE ACT OR OMISSION UPON WHICH SUCH LIABILITY OF CREATIVE MANAGER IS BASED. User acknowledges that the allocation of risk and the limitations of liabilities contained in this Agreement are material considerations for Creative Manager entering into this Agreement. Any future enhancements to the WMJ software which are not specifically described in this Agreement are hereby excluded.

A.13. TERM AND TERMINATION. The term of this Agreement and the provisions relating to its termination are set forth in Part B (Additional Terms and Conditions) of this Agreement.

END OF PAGE A

A.14. INDEMNITY

By Creative Manager. Creative Manager shall, subject to Section A.12 of this Agreement and the limitation of liability and damages provisions set forth therein, indemnify, defend and hold harmless User and its shareholders, directors, officers and employees from and against any and all losses, damages, liabilities, costs and expenses (including, without limitation, reasonable attorneys' fees and costs, investigative and defense costs, settlement costs, court costs and the costs of appeal, if any)(collectively, "Losses") arising out of or related to any third-party claim, action or allegation based upon facts or alleged facts that constitute a breach of any of the representations, warranties or covenants of Creative Manager set forth in this Agreement. User shall have the right, at its option and expense, to participate in the defense and settlement of any such indemnifiable claim, action or allegation and to do so by counsel satisfactory to Creative Manager, provided that Creative Manager shall have exclusive control of the defense and settlement of such claim, action or allegation, and provided further that unless such settlement contains a full and irrevocable release of User from any such claim, action or allegation. Creative Manager shall not enter into any settlement thereof without the prior approval of User, which approval shall not be unreasonably withheld or delayed.

By User. User shall, at its own expense, indemnify, defend, and hold harmless Creative Manager and its subsidiaries, affiliates, officers, employees, agents, co-branders, associates, suppliers, subcontractors, licensors and other partners from and against any and all Losses, arising out of or related to a third-party claim, action or allegation (i) related in any way to any transaction or dispute between User and any third party, (ii) based on or caused by unauthorized access to the Materials through User's account, (iii) based on facts or alleged facts that constitute a breach of any of User's representations, warranties or covenants set forth in this Agreement, (iv) based on or arising out of any User Content, (v) arising out of the use by User of the WMJ software, the WMJ System and/or the Materials in a manner that is inconsistent with the documentation, updates, upgrades and or instructions provided to User in writing by Creative Manager, or (vi) arising out of a request for Creative Manager to remove or disable access to any User Content in or on the WMJ System.; provided that User shall not enter into any settlement of any such claim, action or allegation without the prior written approval of Creative Manager, which approval shall not be unreasonably withheld or delayed. If User shall fail to promptly assume or diligently prosecute the defense and settlement of any such indemnifiable claim, action or allegation, Creative Manager shall have and hereby reserves the right, at its option and at User's expense, to do so by counsel of its own choosing and reasonably satisfactory to User; provided that in such event Creative Manager shall not enter into any settlement of any such claim, action or allegation without the prior written approval of User, which approval shall not be unreasonably withheld or delayed.

A.15. ENTIRE AGREEMENT. This Agreement, together with all attachments, exhibits, Schedules and Parts (including Parts A, B and C), constitutes the entire agreement between User and Creative Manager with respect to the subject matter hereof and supersedes all prior or contemporaneous agreements, understandings or discussions (written or oral) between User and Creative Manager concerning the subject matter hereof. This Agreement may be modified only by an agreement in writing signed by both parties.

A.16. MISCELLANEOUS PROVISIONS. Neither party's failure to enforce any provision of, or right under, this Agreement will be construed as a waiver by such party of any such provision or right. If any portion of this Agreement is held unenforceable by a court or rendered unenforceable as a result of a change in law or regulation, the unenforceable portion shall be construed in accordance with applicable law as nearly as possible to reflect the original intentions of the parties or, if such construction is not possible, deleted and the remainder of the provisions will remain in full force and effect. Waiver by either party of a breach of any provision of this Agreement or the failure by either party to exercise any right hereunder shall not operate or be construed as a waiver of any subsequent breach of that right or as a waiver of any other right.

Neither party will be liable for any failure to perform any obligation under this Agreement to the extent that such failure is caused by circumstances or events beyond the reasonable control of such party, including, without limitation, outages of the Internet or connections thereto, communication outages, earthquakes, fires, floods, war, civil strife, acts of God, acts of terror or terrorism, acts of governmental or regulatory bodies or authorities, or labor strikes.

Creative Manager makes no representation that any of the Materials are appropriate or available for use in locations other than as specified and/or agreed to herein, and further states that accessing them from territories where their contents are illegal is prohibited. Any person or entity (including, without limitation, User) which chooses to access the Materials from other locations does so on its own initiative and is responsible for compliance with local laws. Without limiting the generality of the foregoing, User (i) acknowledges that software, including technical data, is subject to U.S. export control laws, including the U.S. Export Administration Act and the regulations promulgated thereunder, and may be subject to export or import regulations in other countries, and (ii) agrees to comply with all such regulations and, if required by such regulations, to obtain licenses to export, re-export or import the WMJ software licensed under this Agreement.

A.17. GOVERNING LAW AND JURISDICTION. The statutes and laws of the State of New Jersey, without regard to the conflicts of law principles thereof, shall govern this Agreement and all disputes and/or disagreements arising hereunder. Both parties agree and hereby submit to the exclusive jurisdiction and venue of the Superior Court of New Jersey, in Monmouth County, New Jersey, or, if competent jurisdiction exists, the United States District Court for the District of New Jersey, in Newark, New Jersey, with respect to any and all disputes arising out of or relating to this Agreement or any of the transactions contemplated hereby; and each party irrevocably submits to the jurisdiction of such court, waives any objection that it may now or hereafter have to the venue or convenience of such forum, and agrees that all such disputes shall be heard and determined in such court. User irrevocably consents to the service of process out of such court in any such dispute by the mailing of copies thereof by registered or certified mail, postage prepaid, to User at its address set forth in the preamble to this Agreement.

A.18. WAIVER OF JURY TRIAL. EACH OF CREATIVE MANAGER AND USER IRREVOCABLY WAIVES ALL RIGHT TO A TRIAL BY JURY IN ANY ACTION, PROCEEDING OR COUNTERCLAIM ARISING OUT OF OR IN CONNECTION WITH THIS AGREEMENT OR ANY MATTER ARISING HEREUNDER.

A.19. ACCEPTABLE USE POLICY. User and login users must not use the WMJ System to:

o Upload, post or otherwise transmit any data or content that is unlawful, harmful, threatening, abusive, harassing, tortious, libelous, defamatory, vulgar, obscene, pornographic, invasive of another's privacy, hateful, or racially, ethnically or otherwise objectionable;
o Impersonate any person or entity, including, but not limited to, any Creative Manager officer, employee or agent, or any forum leader, guide or host, or falsely state or otherwise misrepresent User's affiliation with any person or entity;
o Upload, post or otherwise transmit any content that User or a login user does not have a right to transmit under any law or by contractual or fiduciary relationship (such as inside information, or proprietary and confidential information learned or disclosed as part of employment relationships or under nondisclosure agreements);
o Upload, post or otherwise transmit any content that infringes any patent, trademark, trade secret, copyright or other intellectual property rights of any person or entity.
o Upload, post or otherwise transmit any unsolicited or unauthorized advertising, promotional material, "junk mail", "spam", "chain letters", "pyramid schemes" or, except as and to the extent permitted by Section A.7 of this Agreement, any other form of solicitation;
o Upload, post or otherwise transmit any material that contains software viruses or any other computer code, files or programs designed to interrupt, contaminate, infect, destroy or limit the functionality of any computer software or hardware or telecommunications equipment;
o Interfere with or disrupt the WMJ System or any servers or networks connected to the WMJ System, or disobey any requirements, procedures, policies or regulations of networks connected to the WMJ System;
o Promote or provide instructional information about illegal activities or promote physical harm or injury against any group or individual, including, but not limited to, providing instructions on how to assemble bombs, grenades and other weapons, and creating "crush" sites;
o Use User's project hosting site (or directory) as storage for remote loading or as a door or signpost to another home page, whether inside or beyond the WMJ System;
o Violate any law, rule or regulation; or
o Engage in commercial activities, except as permitted by, and subject to, the Terms of Use set forth in Section A.7 hereof. Commercial activities include, but are not limited to: (a) offering for sale any products or services; (b) soliciting for advertisers or sponsors; (c) conducting raffles or contests that require any type of entry fee; (d)displaying a sponsorship banner of any kind; or (e) displaying banners for services that provide cash or cash-equivalent prizes to users in exchange for hyperlinks to their Web sites.

A.20. SERVICE

Performance. The performance of the WMJ System may vary based on the capabilities of User's server, the available bandwidth of User's network, the number of users, other than User, actively accessing the database at any one time, and the volume of content, including without limitation, User Content, entered into the WMJ System at any one time. The performance of the WMJ System Web server will vary based on the number of concurrent Web users, User's network environment, and the Internet.

Bugs. IF A BUG, VIRUS OR OTHER HARMFUL COMPONENT ("BUG") INFECTS THE WMJ SOFTWARE AND/OR THE WMJ SYSTEM, CREATIVE MANAGER WILL USE COMMERCIALLY REASONABLE EFFORTS IN ATTEMPTING TO RID THE SOFTWARE AND/OR THE WMJ SYSTEM OF SUCH BUG, AND/OR TO RESOLVE PROBLEMS RESULTING THEREFROM. IF CREATIVE MANAGER IS NOT ABLE TO RID THE SOFTWARE AND/OR THE WMJ SYSTEM OF ANY CRITICAL BUGS (AS HEREINAFTER DEFINED) OR TO RESOLVE ANY SUCH PROBLEMS RESULTING THEREFROM, CREATIVE MANAGER WILL, AT ITS OPTION, (i) PROMPTLY PROVIDE ALTERNATIVE SOFTWARE FOR THE REMAINDER OF THE TERM OF THIS AGREEMENT OR (ii) PERMIT USER TO

END OF PAGE 4

TERMINATE THIS AGREEMENT AND RECEIVE FROM CREATIVE MANAGER A CREDIT OR REFUND , ON A PRO RATA BASIS, IN THE AMOUNT OF THE FEES, IF ANY, PREPAID BY USER FOR THE REMAINDER OF THE TERM. For purposes hereof, "Critical Bugs" are Bugs (a) which prevent User from operating the WMJ software in accordance with the associated documentation, and (b) for which there is no workaround, and (c) which severely and adversely affect User's business operations. While WMJ is based on a proven platform and has been tested, it may contain known and unknown Bugs that affect its operation. Most Bugs typically do not prevent the program from working entirely, but usually affect only a small part of a function. Creative Manager will attempt to fix first Bugs that are most critical to the software and will attempt to fix less critical Bugs, including cosmetic problems, as time allows. The best way to notify Creative Manager of Critical Bugs is by email to the Support Center (support@workamajig.com) with a complete description of the problem. Cosmetic and other Bugs are also best reported via e-mail to support@workamajig.com.

Complaints. If User becomes dissatisfied with any portion of WMJ for any reason, User should notify Creative Manager via email and send a detailed list of errors, Bugs, complaints or other problems with the Materials (including, without limitation, the software, customer service, or support for which User has paid or is paying pursuant to this Agreement or any software license). User should include as much detail as possible to help Creative Manager investigate User's problems. Such detail will help Creative Manager to identify and attempt to resolve each problem, point by point. Creative Manager will attempt to resolve User's problems to make WMJ work in accordance with the documentation and the specifications set forth therein. EXCEPT AS OTHERWISE EXPRESSLY PROVIDED IN THIS AGREEMENT, IN NO EVENT WILL CREATIVE MANAGER MAKE ANY ADJUSTMENTS, GIVE ANY CREDITS, OR PAY ANY REFUNDS AS A RESULT OF SUCH USER PROBLEMS, EVEN IF CREATIVE MANAGER IS UNSUCCESSFUL IN RESOLVING SUCH PROBLEMS.

A.21. SUPPORT. The WMJ Support Center will provide email support for the WMJ System on business days from 8 AM to 5 PM Arizona local time. The WMJ Support Center is closed on weekends, legal holidays and bank holidays. When emailing requests to Creative Manager, all emails must be sent by one point person of User. (This enables User's team to gather the problem and resolution information internally, and to learn from each other, thereby enriching User's knowledge and enhancing User's use of the system.) User is limited to one thousand (1,000) emails annually as part of the license fees paid by User hereunder. This is an unusually high number of emails and should provide User with ample support via email, while enabling Creative Manager to limit abuse. All emails from User regarding support should be directed to support@workamajig.com.

Telephone technical support is available during the same hours as the email support hours to troubleshoot application-related problems with the WMJ software. Telephone support is not included in User's license fee, and is provided at the rates described in Part C (Pricing) of this Agreement. Requests for support staff to call User's office will also be billed at the rates set forth in Part C (Pricing). No support will be provided to User accounts for any period during which User has unpaid undisputed amounts previously invoiced.

Software Updates and Upgrades. Software updates and upgrades ("Updates"), which include Bug fixes and minor enhancements, may be released throughout the year in the form of "patches" that are installed on each copy of the WMJ System and/or WMJ software application in use. Updates may contain significant new features and enhancements and are included at no extra charge to registered users with current account balances. Updates are designed on the basis of user feedback, technical feasibility, and other factors. The release of Updates is not guaranteed. Notification of software Updates is provided via email. Training on new features and enhancements is available at standard hourly rates.

Documentation. The WMJ user guide is the documentation for, and provides descriptions of, the software's function and operation. The user guide focuses on how the software works and presents a general discussion of the software's design. Copies of the user guide are included as printable Adobe Acrobat files through the Help link in the WMJ System at no additional cost or charge to User.

Permitted Login User Contacts. User acknowledges and agrees that Creative Manager has the right to provide WMJ software Updates and other information relating to the WMJ System directly to those login users who have full access under User's account to the WMJ System and the Materials.

A.22. SERVICES. All training and support services which are included in this Agreement are via telephone and the Internet (email, web-based training, etc.) in accordance with the provisions, including the pricing schedules, of this Agreement. Programming or on-site consulting, training or other professional services that are not otherwise included in this Agreement may be provided to User by Creative Manager or by third-party consultants who are not affiliated with Creative Manager.

A.23. SERVICES CANCELLATION POLICY. Creative Manager schedules appointments for professional employees to provide consulting services. Once a schedule is confirmed, Creative Manager requires two (2) full business days' advance notice of any cancellations or schedule changes. If a schedule change or cancellation is made with less than two (2) business days notice, User agrees to pay for one half (1/2) of the time reserved, based upon the rates for separate support and training set forth in Part C (Pricing) of this Agreement.

A.24. RESTRICTIVE COVENANT. It is understood and agreed that neither party will, during the term of this Agreement and for a period of six (6) months after its termination or expiration, solicit, employ, contract with or otherwise use in any way any person who was an employee of the other party while this Agreement was in effect.

A.25. U.S. GOVERNMENT RESTRICTED RIGHTS. The WMJ software licensed under this Agreement and associated documentation are commercial in nature and have been developed exclusively at private expense. The rights of U.S. Government end users to use, duplicate and disclose the commercial computer software and commercial computer software documentation licensed hereunder shall be restricted rights and shall be only those rights granted to all other end users in accordance with the terms and conditions contained in this Agreement. The licensor of the WMJ software under this Agreement is Creative Manager, Inc., 721 Auth Avenue, Oakhurst, New Jersey 07755.

A.26. ASSIGNMENT. Neither party hereto shall, without the prior written consent of the other party, assign or transfer this Agreement or assign, transfer, share or license any of its rights or obligations hereunder to any other person or entity, except that Creative Manager may assign or transfer this Agreement to a parent, subsidiary, affiliate or successor corporation in the event of a merger, consolidation, or transfer or sale of all or substantially all of the assets of Creative Manager. Any assignment or transfer in violation of the provisions of this Section shall be null and void and of no effect.

A.27. SURVIVAL. The provisions of this Agreement (including all of the Parts of this Agreement) that are, by their nature, intended to survive the expiration or earlier termination of this Agreement shall so survive, including, without limitation, those sections relating to limitations and disclaimers of warranties, limitation of damages, the indemnification obligations of the parties, the no solicitation covenant, confidentiality, governing law, jurisdiction and venue, waiver of jury trial, and assignments.

A.28. SECTION AND PARAGRAPH HEADINGS. The section and paragraph headings used in this Agreement are for purposes of convenience of reference only and shall not be used to interpret, explain, limit or extend the meaning of any part of this Agreement.

PART B - Additional Terms and Conditions - (Installed Version)

B.1. ONE LICENSE PER NAMED ORGANIZATION. The WMJ software is licensed to the User named in Section C.2. of Part C of this Agreement. If, during the initial three (3) year term of this Agreement, User divests itself of any part of its business or any subsidiary or affiliate, the Materials made available to User under this Agreement will, upon the request of User, be made available to the divested business, subsidiary or affiliate at no additional charge for so long as this Agreement shall remain in effect and shall be covered by this Agreement with the same terms and conditions (including, but not limited to, the payment of the Annual Maintenance Agreement Fee), as though the new divested entity were the same entity as User; provided (i) that User shall have given Creative Manager written notice of the divestiture not less than thirty (30) days prior to its effective date, and (ii) that at no time shall there be more than one official user under this Agreement and, therefore, if User designates any new (divested) entity as the new official user, User shall not, from and after the effective date of the divestiture, be authorized to use the WMJ software without licensing its own authorized copy from Creative Manager. User is responsible for determining, after any such divestiture, which new entity, if any, will be the official user. No entity (including User, if User is not, after the divestiture, the official user) other than the new entity designated by User as the official user is authorized to use the WMJ software without licensing its own authorized copy from Creative Manager. Each WMJ software installation is licensed for the original number of companies within the database. Additional companies must be licensed separately. If a different department, division, remote office or business unit needs its own WMJ database, it must license its own installation.

END OF PAGE 5

B.2. ADDITIONAL TERMS OF USE. User may install the WMJ software on a SQL database server. User may not (i) make copies of the WMJ software (including disks and/or documentation) for distribution to others, whether to persons or entities within User's organization or to third parties; (ii) rent, transfer, or grant to any person or entity any rights to the WMJ software in any form or to the accompanying Materials, without the prior written consent of Creative Manager; (iii) modify, translate, reverse engineer, decompile, disassemble, or create derivative works based on the WMJ software or the accompanying Materials, or (iv) remove any proprietary notices, copyright labels or other marks on the WMJ software or any of the accompanying Materials.

B.3. CONFIDENTIALITY. Creative Manager makes no representation or warranty that any of the data stored in User's SQL Server database will be secure and private. Creative Manager has no control over access to User's SQL Server database, whether from within or outside User's organization. User, therefore, is solely responsible for securing the SQL Server and controlling access to the WMJ database. Creative Manager agrees that any accounting, operational and other competitive and proprietary information of User to which it has access will be kept confidential in accordance with the provisionso f Section A.11 of this Agreement.

B.4. TERM. The initial term of this Agreement and the WMJ license granted to User thereunder shall commence on the date that User signs this Agreement, shall continue for a period of three (3) years, and shall not be cancellable by User during this initial term. This Agreement and User's WMJ license shall thereafter renew automatically on an annual basis, unless User give Creative Manager written notice of cancellation not less than thirty (30) days prior to the expiration of the initial three (3) year term or any annual renewal term.

The term of User's maintenance agreement shall be twelve (12) months, commencing on the date that User signs this Agreement, and shall thereafter renew automatically on an annual basis at rates set by Creative Manager for annual maintenance, as in effect on each renewal date. User's annual maintenance agreement shall not be cancellable by User for the first three (3) years after the effective date of this Agreement and thereafter shall be cancellable by User only upon written notice of cancellation given not less than thirty (30) days prior to the expiration of the applicable renewal term. Payment of the annual maintenance agreement fee is due not less than thirty (30) days before each annual anniversary date of this Agreement; and User agrees to pay annual maintenance fees for the first three (3) years after the effective date of this Agreement and for so long thereafter as the annual maintenance agreement remains in effect.

B.5. TERMINATION
(i) Either party may terminate this Agreement upon written (or email) notice to User if there is a material breach by the other party of any of the terms or conditions of this Agreement and the other party fails to cure such breach within thirty (30) days from the date of such notice of breach.
(ii) Either party shall have the right to terminate this Agreement, effective upon the written notice to the other party, in the event that (a) the other party becomes insolvent or is subject to the direct control of a temporary or permanent liquidator, receiver, trustee or custodian for all or a substantial part of its assets or business; (b) the other party makes an assignment for the benefit of creditors; (c) the other party files a bankruptcy petition or a petition to take advantage of any insolvency laws; or (d) a petition in bankruptcy is filed against the other party and not dismissed within thirty (30) days after its filing.

B.6. EFFECT OF CANCELLATION OR TERMINATION. Except as otherwise provided in this Agreement, during the applicable notice (cure) period, this Agreement will remain in full force and effect and the parties' rights, duties and obligations shall likewise continue in full force and effect to and including the effective date of termination. Upon the effective date of cancellation or termination of this Agreement: (i) User shall cease to access or to use any of the Materials; (ii) User shall no longer have access to any support services from Creative Manager, including, but not limited to, software updates, software upgrades, and email support; and (iii) all unpaid license, maintenance and other fees and charges payable under this Agreement shall be accelerated and such fees and charges shall be due and payable immediately upon the effective date of cancellation or termination.

B.7. TELEPHONE. Telephone support is not included in User's license fee or Annual Maintenance Agreement Fee, and is provided at the rates specified in Part C (Pricing) of this Agreement.

B.8. SOFTWARE UPDATES. Software updates and upgrades ("Updates") are available for downloading by use of the WMJ AutoUpdate tool. User is responsible for keeping up with the current release of WMJ software; and Creative Manager will not support User installations of WMJ that are not current. Changes made to WMJ software through Updates are and will be documented in the emails that User receives.

B.9. PRICING. User agrees to pay the Software Fee and the Annual Maintenance Agreement Fee, as specified in Part C (Pricing) of this Agreement, for each active login user or in bulk, based upon an agreed number of login users. Any additional login users added to the system that fall outside of the prepaid user count will be billed on an annual basis, unless the charges for these additional login users are prepaid. Payments returned by a bank for any reason will incur a $25 charge. Late and overdue accounts will incur a monthly collection fee of $25 or 1.5% monthly interest, whichever is higher. Bank charges for EFT's (Electronic Funds Transfers) and for non-US checks are the responsibility of User.

A "login user" is any User employee, contractor, client or vendor for whom User has purchased a login ID and who, therefore, may access and use the WMJ System in accordance with the terms of this Agreement. Other client/vendor logins for whom login IDs have not been purchased do not count toward the number of login users. (Please review the documentation to ensure that you properly mark them as client/vendor logins.)

Maximum Number of Login Users. The WMJ System, including any and all documentation, Updates, and email-based support as set forth in this Agreement, shall be licensed for use by the maximum number of login users specified in Part C (Pricing) of this Agreement. User will be required to receive a registration key based on User's installation that will allow the WMJ System to run for the specified number of login users. The WMJ software may electronically monitor compliance with User's software license agreement, including random, automatic e-mail authentications.

All prices, fees and charges are stated in U.S. Dollars, and all payments by User must be made in U.S. Dollars. Shipping costs are not included. California, Arizona and New Jersey users may be charged state sales tax on software license fees. All invoices are due upon receipt.

B.10. INCLUDED/EXCLUDED SOFTWARE. Creative Manager will provide the WMJ software needed to install a full working copy of the WMJ software. Source code is not provided as part of the license granted under the Agreement. Updates of the WMJ software are included only for as long as the Annual Maintenance Agreement Fees are paid; and any other future enhancements to the WMJ software are hereby expressly excluded.

What Is Not Included. User shall provide a server with the Windows server operating system with IIS installed and the Microsoft SQL Server ("SQL Server") database software. Creative Manager does not provide the drivers for the SQL Server or any hardware. Creative Manager will provide installation and configuration of the SQL Server system, but only upon request, at an additional cost and subject to the exculpatory provisions set forth below. Installation by or on behalf of User should be performed only by a qualified and experienced database administrator (DBA). Creative Manager provides only limited technical support for installing, configuring, and maintaining the SQL Server database. Encryption keys are required to operate the system using SSL. SSL is not required, but provides additional security when using the WMJ System.

USER ACKNOWLEDGES AND UNDERSTANDS THAT CREATIVE MANAGER IS NOT PRIMARILY IN THE BUSINESS OF INSTALLING AND CONFIGURING THE SERVER SYSTEMS OF WMJ USERS AND THAT MOST USERS PERFORM THESE FUNCTIONS THROUGH THEIR OWN TECHNICAL PERSONNEL OR THIRD-PARTY TECHNICAL CONSULTANTS. USER, THEREFORE, ACKNOWLEDGES AND AGREES THAT IF, AT USER'S REQUEST, CREATIVE MANAGER ASSISTS USER IN INSTALLING, CONFIGURING OR MAINTAINING USER'S SERVER SYSTEM, CREATIVE MANAGER SHALL HAVE NO RESPONSIBILITY OR LIABILITY FOR ANY ACT OR OMISSION (INCLUDING, BUT NOT LIMITED TO, ANY NEGLIGENT ACT OR OMISSION) BY CREATIVE MANAGER OR ANY OF ITS EMPLOYEES, AGENTS OR SUBCONTRACTORS IN CONNECTION WITH ANY OF THOSE TECHNICAL SUPPORT SERVICES, OR FOR ANY DAMAGE OR LOSS OF ANY KIND RESULTING THEREFROM.

Hardware and Software Requirements. Please refer to http://CreativeManagerPro.com/fp_SysReq.asp or contact the Creative Manager technical department for the latest hardware requirements and the most current version of the server software that WMJ supports.

END OF PAGE 6

PART C - Pricing - (Installed Version)

C1 Pricing Terms
___ Product: Workamajig (Creative Manager Pro)

Maximum number of login users 175
Software Fee $132,000
Annual Maintenance Agreement Fee $ 26,400

If User pays for the Annual Software Maintenance Agreement (SMA) Fee through year number three, and then subsequently cancels this Annual SMA, User is hereby given permission to continue to use the WMJ software, and understands that it will be without any updates and without any technical support whatsoever.

First year pricing breakdown: Software $105,600 and Maintenance $26,400. TOTAL: $132,000.

(Two additional entities, usually $995 each, are included at no additional charge.)

C2. LICENSED ENTITIES. The following corporate entity is licensed to use one delivered copy of the WMJ software: Ackerman McQueen . Additional entities are $995 each.

C3. ACCESS TO TELEPHONE TECHNICAL SUPPORT AND TRAINING - User may be provided with web-training classes, approximately one hour each in length. These classes are delivered in an instructor led web-training format, and are scheduled one training session per week, with time in between reserved for homework assignments and review of the provided Implementation Guides. The User may have as many employees participate in these classes as is practical. After you complete your included training, you may purchase additional training time, as needed:

| Quantity | Description | # of classes | Class Duration | Price | |
|---|---|---|---|---|---|
| X | Initial Training | 25 | One hour classes | N/C | Included at no charge. Value of $4,938 |
| | Additional Training | 2 | One hour classes | $395 | May be scheduled at any time. |
| | Import File Prep | | | $30 | Our staff can help you prepare your file import @ $30 per hour. |
| | On site consulting | | | | Pricing available through third party consultants upon request. |
| ___ | Additional Users | | | $995 | Annual Maintenance Invoice increases by $199 per user. |
| ___ | Test Server | | | $999 | Test server is for up to five users, and for testing purposes only. |

Please select an optional quarterly telephone support plan, which will provide you with reduced pricing on telephone support incidents per quarter. Additional incidents will be charged at $55 per incident. Clients not on a support plan will be charged $60 per incident. The prices listed below are per quarter.

| | Plan | Incidents | Price | |
|---|---|---|---|---|
| ___ | Bronze Support Plan | Five support incidents per quarter | $245 | Four quarters of Bronze support provided at no additional charge. |
| ___ | Silver Support Plan | Ten support incidents per quarter | $470 | |
| | Gold Support Plan | Fifteen support incidents per quarter | $695 | |

C4. METHOD OF PAYMENT. User will provide a valid checking account for the term of this Agreement. The account will be charged a one-time one dollar ($1.00) charge to ensure that the account is in good standing. For annual charges, the annual fee will be billed within the first ten days (10) of the month of the anniversary date. Minimum signup period is one year.

User authorizes Creative Manager, Inc. to debit its US-based checking account identified below for all related charges for this Agreement, including access to the Materials, quarterly support, incidental support, and any additional services requested by User. (Charges will appear on User's bill from "Creative Manager, Inc.".) Please attach a copy of a voided check. (If User pays by check, that check's account will be used to debit incidental expenses.)

Name of Bank ______________________

Branch Name ______________________

Full Account name ______________________

City and State of Bank ______________________

Transit ABA Number ______________________

Account Number ______________________

Please attach a copy of a void check.

All payments are final. Valid only if signed on or before Saturday, March 10, 2012.

IN WITNESS WHEREOF, the parties have caused this Agreement to be signed by their duly authorized representative on the respective dates set forth below under their signatures.

User: Ackerman McQueen
Sign: X [signature]
Name: WF Winkler
Title & Date: CFO 2/10/12

Creative Manager, Inc.
Sign: X [signature]
Name: Morris Cond[illegible]
Title & Date: President 12 Feb '[illegible]

**Plaintiff or Filing Attorney Information:**

Name John Canoni

NJ Attorney ID Number 04018-1993

Address 1717 Main Street, Suite 5900
Dallas, Texas 75201

Telephone Number (214)653-4000

| | |
|---|---|
| National Rifle Association of America, Plaintiff, v. Ackerman McQueen, Inc. and Mercury Group, Inc., Defendant. | Superior Court of New Jersey<br>Law Division: Civil Part<br>Monmouth County<br><br>Docket No. ______<br><br>MISC. ACTION<br>*Subpoena Duces Tecum* |

**STATE OF NEW JERSEY TO:** Workamajig, also known as Creative Manager, Inc., by service to its registered corporate agent, Gerhson Biegeleisen & Co. at 111 Madison Avenue, Lakewood, NJ, 08701.

**YOU ARE HEREBY COMMANDED** to appear in person at Veritext Legal Solutions, 535 Route 38 East, Ste. 330, Cherry Hill, New Jersey 08002, on February 18, 2020 at 12:00 p.m., to testify as a witness in the above-captioned action, regarding the topics listed in Attachment "A" hereto.

**YOU ARE ALSO COMMANDED** to produce the below described books, papers, documents and other tangible things at Veritext Legal Solutions, 535 Route 38 East, Ste. 330, Cherry Hill, New Jersey 08002, on February 18, 2020 at 12:00 p.m.:

1. See Attachment B.
2. 
3. 

Provided that if you are notified that a motion to quash the subpoena has been filed, the subpoenaed evidence shall not be produced or released until ordered to do so by the court or the release is consented to by all parties to the action.

Failure to appear or comply with the command of this Subpoena will subject you to the penalties provided by law.

Dated: 1/27/2020

Michelle M. Smith, Clerk of the Superior Court

PROOF OF SERVICE

I, ______________________, being over the age of 18, served the attached subpoena by delivering a copy to ____________________ at ___________ and by handing him/her the fee of $2.00 for one day's attendance and, if applicable, a mileage fee of $_______, as allowed by law

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date ___________ Signature ________________________________

**SUPERIOR COURT OF NEW JERSEY**
**Law Division: Civil Part, Monmouth County**

**For the Issuance of a New Jersey Subpoena Under New Jersey Rule 4:11-4(b)**

| | |
|---|---|
| **National Rifle Association of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Ackerman McQueen Inc.,**<br><br>**and**<br><br>**Mercury Group, Inc.**<br><br>**Defendants.** | **NJ Misc. Case No. __________**<br><br>**Originating case**<br>**VA Civil Case No. CL19001757; CL19002067; CL19002886** |

**ATTACHMENT A**
**TO SUBPOENA FOR WITNESS**

**I.**
**DEFINITIONS**

1. The term "**AMc**" shall mean Ackerman McQueen, Inc. and its subsidiary Mercury Group, Inc., and all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, and entities acting on behalf of, or pursuant to the direction of, Ackerman McQueen, Inc or Mercury Group, Inc.

2. The term "**information**" or "**data**" shall mean all records or writings of any sort and shall be construed in its broadest sense to include, but not be limited to, all original and non-identical copies, whether by reason of marginalia or other notes or alterations, and all preliminary or subsequent drafts of the following items, whether printed or recorded or reproduced by any other mechanical or electronic process, or written or produced by hand: agreements, communications, correspondence, letters, telegrams, cables, telexes, memoranda, records, books, journals, summaries of records or papers, minutes, calendars, affidavits, recordings (video or audio), electronic mail, text messages, memoranda of telephone calls, conversations, telephone calls, meetings, contracts, notes, marginal comments appearing on or affixed to any document, day timers, date books, messages, letters of credit, invoices, statements of account, financial statements, receipts, promissory notes, security agreements, deeds of trust, instruments purporting to grant or evidencing any security interest or lien, loan agreements, projections, working papers, securities, ledgers, cancelled checks and bank drafts (front and back), check stub receipts, and other data, documents, papers, or writings of whatever description including, but not limited to,

any code, data or information which is electronically recorded or shared, contained in any computer, mobile device, or other information retrievable device or that otherwise can be obtained or translated through detection devices or other means into any reasonably useable or recordable format.

3. The term "**related to**" shall mean concerning, relating to, reflecting, referring to, having a relationship to, pertaining to, identifying, containing, pertinent to, setting forth, showing, disclosing, describing, explaining, summarizing, evidencing, or constituting, directly or indirectly, in whole or in part, or to be otherwise factually, legally or logically connected to the subject matter of the particular Request.

4. The term "**You**," or "**Your**," shall mean the person or entity summoned in the attached Subpoena, including all present and former agents, employees, representatives, advisors, officers, task force officers, attorneys, consultants, investigators, individuals, subsidiaries, parent-entities, and entities acting on behalf of, or pursuant to, the direction of such person or entity.

5. In reference to data or information stored or processed using a Workamjig account, service or product, the term "**Entered**" shall mean inputted, supplied, submitted, provided or otherwise recorded.

6. The term "**Derived Information**" shall refer to any data or information dependent in any way on data or information Entered by Your users or clients, including but not limited to the results of computations or calculations, or generated reports.

7. All Designated Topics seek information dated January 1, 2015 and later.

## II.
## DESIGNATED TOPICS FOR DEPOSITION OF CORPORATE DESIGNEE

1. AMc's acquisition and use of any of Your service(s) or product(s).

2. AMc's Workamajig account information, including all credentials required to access information, data or documents AMc has Entered, supplied, created, stored, or made available by or through Your service(s) or product(s).

3. The manner in which AMc's information or data is stored by, through, or in connection with, Your service(s) or product(s), including, without limitation, how and where AMc information or data is stored.

4. The types of Derived Information available to clients or users of Your service(s) or product(s) generally.

5. The types of Derived Information available to be generated from AMc data, information or documents Entered into or through, or captured by, any Workamajig service(s) or product(s).

6. The terms of AMc's agreement, contract or engagement of Workamajig.

**SUPERIOR COURT OF NEW JERSEY**
**Law Division: Civil Part, Monmouth County**

**For the Issuance of a New Jersey Subpoena Under New Jersey Rule 4:11-4(b)**

| | |
|---|---|
| **National Rifle Association of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Ackerman McQueen Inc.,**<br><br>**and**<br><br>**Mercury Group, Inc.**<br><br>**Defendants.** | **NJ Misc. Case No. __________**<br><br>**VA Civil Case No. CL19001757; CL19002067; CL19002886** |

**ATTACHMENT B**
**TO SUBPOENA FOR PRODUCTION OF DOCUMENTS**

## I.
## DEFINITIONS

1. The term "**AMc**" shall mean Ackerman McQueen, Inc. and its subsidiary Mercury Group, Inc., and all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, and entities acting on behalf of, or pursuant to the direction of, Ackerman McQueen, Inc or Mercury Group, Inc.

2. The term "**information**" or "**data**" shall mean all records or writings of any sort and shall be construed in its broadest sense to include, but not be limited to, all original and non-identical copies, whether by reason of marginalia or other notes or alterations, and all preliminary or subsequent drafts of the following items, whether printed or recorded or reproduced by any other mechanical or electronic process, or written or produced by hand: agreements, communications, correspondence, letters, telegrams, cables, telexes, memoranda, records, books, journals, summaries of records or papers, minutes, calendars, affidavits, recordings (video or audio), electronic mail, text messages, memoranda of telephone calls, conversations, telephone calls, meetings, contracts, notes, marginal comments appearing on or affixed to any document, day timers, date books, messages, letters of credit, invoices, statements of account, financial statements, receipts, promissory notes, security agreements, deeds of trust, instruments purporting to grant or evidencing any security interest or lien, loan agreements, projections, working papers, securities, ledgers, cancelled checks and bank drafts (front and back), check stub receipts, and other data, documents, papers, or writings of whatever description including, but not limited to, any code, data or information which is electronically recorded or shared, contained in any

computer, mobile device, or other information retrievable device or that otherwise can be obtained or translated through detection devices or other means into any reasonably useable or recordable format.

      3.     The term "**related to**" shall mean concerning, relating to, reflecting, referring to, having a relationship to, pertaining to, identifying, containing, pertinent to, setting forth, showing, disclosing, describing, explaining, summarizing, evidencing, or constituting, directly or indirectly, in whole or in part, or to be otherwise factually, legally or logically connected to the subject matter of the particular Request.

      4.     The term "**Person**" shall mean refer to either an individual or an entity.

      5.     The term "**You**," or "**Your**," shall mean the person or entity summoned in the attached subpoena, including all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, subsidiaries, parent-entities, and entities acting on behalf of, or pursuant to, the direction of such person or entity.

      6.     In reference to data or information stored or processed using a Workamjig account, service or product, the term "**Entered**" shall mean inputted, supplied, submitted, provided or otherwise recorded.

      7.     The term "**Derived Information**" shall refer to any data or information dependent in any way on data or information Entered by Your users or clients, including but not limited to the results of computations or calculations, or generated reports.

      8.     All Requests seek documents dated January 1, 2015 and later.

      9.     You are requested to produce the information sought herein in a standard data format (*e.g.* CSV or similar).

      10.    To the extent that you harbor concerns about any of the requests propounded herein, you are directed to contact counsel for Plaintiff, the National Rifle Association of America, as soon as practicable to enable Plaintiff to timely resolve or otherwise address such concerns.

## II.
## REQUESTS FOR PRODUCTION

      1.     All data, information, or documents Entered into or through, or captured by, any of Your accounts, services or products by AMc or related to any AMc account.

      2.     All Derived Information based upon or relating to any data, information, or documents Entered into, by or through any of Your accounts, services, or products by AMc or related to any AMc account.

      3.     Your contract(s) or agreement(s) with AMc and any amendment or corollary to any such contract and agreement.

**SUBPOENA FOR WITNESS (CIVIL) – ATTORNEY ISSUED**

Commonwealth of Virginia
VA. CODE §§ 8.01-407; 16.1-265; Supreme Court Rules 1:4, 4:5

Case No. CL19001757; -2067; -2886

12:00 pm
HEARING DATE AND TIME

Circuit Court for the City of Alexandria Court

520 King Street, Alexandria, VA 22314
ADDRESS OF COURT

National Rifle Association of America **v./*In re:*** Ackerman McQueen, Inc. and Mercury Group, Inc.

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**
You are commanded to summon

Corporate Designee for Workamajig, also known as Creative Manager, Inc.
NAME

721 Auth Avenue
STREET ADDRESS

Oakhurst | New Jersey | 07755
CITY | STATE | ZIP

**TO the person summoned:** You are commanded to appear

[ ] in the ______ Court

[X] at Veritext Legal Solutions, 535 Route 38 East, Ste. 330, Cherry Hill, NJ 08002
ADDRESS (DEPOSITION USE IN CIRCUIT COURT ONLY)

on February 18, 2020 at 12:00 pm to testify in the above-named case.

This subpoena is issued by the attorney for and on behalf of

National Rifle Association of America
PARTY NAME

Robert H. Cox
NAME OF ATTORNEY

33118
VIRGINIA STATE BAR NUMBER

1921 Gallows Road, Suite 750
OFFICE ADDRESS

(703) 883-0880
TELEPHONE NUMBER OF ATTORNEY

Tysons Corner, VA 22182
OFFICE ADDRESS

(703) 883-0899
FACSIMILE NUMBER OF ATTORNEY

1/28/20
DATE ISSUED

[signature]
SIGNATURE OF ATTORNEY

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this form)

**TO the person summoned:**
If you are served with this subpoena less than 5 calendar days before your appearance is required, the court may, after considering all of the circumstances, refuse to enforce the subpoena for lack of adequate notice. If you are served less than 5 calendar days before your appearance is required and you are a judicial officer generally incompetent to testify pursuant to § 19.2-271, this subpoena has no legal force or effect. If you are served with this subpoena less than 5 calendar days before your appearance is required, you may wish to contact the attorney who issued this subpoena and the clerk of the court.

---

**[X] This SUBPOENA FOR WITNESS is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.**

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the clerk of court.

NAME: Gerhson Biegeleisen & Co.

ADDRESS: 111 Madison Avenue, Lakewood, NJ, 08701

[ ] PERSONAL SERVICE  Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

[ ] Delivered to a person found in charge of usual place of business or employment during business hours and giving information of its purport.

[ ] Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

[ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

[ ] not found  ______, Sheriff

______ DATE  By ______, Deputy Sheriff

## CERTIFICATE OF COUNSEL

I, Robert H. Cox, counsel for Plaintiff, hereby certify that a copy of the foregoing subpoena for witness was served by email (DELIVERY METHOD) to David Schertler + David Dickieson, counsel of record for Defendants, on the 28th day of January, 2020.

[signature] SIGNATURE OF ATTORNEY

FORM DC-497 (MASTER, PAGE TWO OF TWO) 04/13

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

| | |
|---|---|
| **National Rifle Association of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Ackerman McQueen Inc.,**<br><br>**and**<br><br>**Mercury Group, Inc.**<br><br>**Defendants.** | **Civil Case Nos. CL19001757; CL19002067; CL19002886** |

**ATTACHMENT**
**TO SUBPOENA FOR WITNESS**

**I.**
**DEFINITIONS**

1. The term "**AMc**" shall mean Ackerman McQueen, Inc. and its subsidiary Mercury Group, Inc., and all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, and entities acting on behalf of, or pursuant to the direction of, Ackerman McQueen, Inc or Mercury Group, Inc.

2. The term "**information**" or "**data**" shall mean all records or writings of any sort and shall be construed in its broadest sense to include, but not be limited to, all original and non-identical copies, whether by reason of marginalia or other notes or alterations, and all preliminary or subsequent drafts of the following items, whether printed or recorded or reproduced by any other mechanical or electronic process, or written or produced by hand: agreements, communications, correspondence, letters, telegrams, cables, telexes, memoranda, records, books, journals, summaries of records or papers, minutes, calendars, affidavits, recordings (video or audio), electronic mail, text messages, memoranda of telephone calls, conversations, telephone calls, meetings, contracts, notes, marginal comments appearing on or affixed to any document, day timers, date books, messages, letters of credit, invoices, statements of account, financial statements, receipts, promissory notes, security agreements, deeds of trust, instruments purporting to grant or evidencing any security interest or lien, loan agreements, projections, working papers, securities, ledgers, cancelled checks and bank drafts (front and back), check stub receipts, and other data, documents, papers, or writings of whatever description including, but not limited to, any code, data or information which is electronically recorded or shared, contained in any computer, mobile device, or other information retrievable device or that

otherwise can be obtained or translated through detection devices or other means into any reasonably useable or recordable format.

3. The term "**related to**" shall mean concerning, relating to, reflecting, referring to, having a relationship to, pertaining to, identifying, containing, pertinent to, setting forth, showing, disclosing, describing, explaining, summarizing, evidencing, or constituting, directly or indirectly, in whole or in part, or to be otherwise factually, legally or logically connected to the subject matter of the particular Request.

4. The term "**You**," or "**Your**," shall mean the person or entity summoned in the attached Subpoena, including all present and former agents, employees, representatives, advisors, officers, task force officers, attorneys, consultants, investigators, individuals, subsidiaries, parent-entities, and entities acting on behalf of, or pursuant to, the direction of such person or entity.

5. In reference to data or information stored or processed using a Workamjig account, service or product, the term "**Entered**" shall mean inputted, supplied, submitted, provided or otherwise recorded.

6. The term "**Derived Information**" shall refer to any data or information dependent in any way on data or information Entered by Your users or clients, including but not limited to the results of computations or calculations, or generated reports.

7. All Designated Topics seek information dated January 1, 2015 and later.

## II.
## DESIGNATED TOPICS FOR DEPOSITION OF CORPORATE DESIGNEE

1. AMc's acquisition and use of any of Your service(s) or product(s).

2. AMc's Workamajig account information, including all credentials required to access information, data or documents AMc has Entered, supplied, created, stored, or made available by or through Your service(s) or product(s).

3. The manner in which AMc's information or data is stored by, through, or in connection with, Your service(s) or product(s), including, without limitation, how and where AMc information or data is stored.

4. The types of Derived Information available to clients or users of Your service(s) or product(s) generally.

5. The types of Derived Information available to be generated from AMc data, information or documents Entered into or through, or captured by, any Workamajig service(s) or product(s).

6. The terms of AMc's agreement, contract or engagement of Workamajig.

**SUBPOENA DUCES TECUM (CIVIL) – ATTORNEY ISSUED** VA. CODE §§ 8.01-413, 16.1-89, 16.1-265; Supreme Court Rules 1:4, 4:9
Commonwealth of Virginia

Case No.: CL19001757; -2067; -2886

HEARING DATE AND TIME

Circuit Court for the City of Alexandria Court

520 King Street, Alexandria, VA 22314
COURT ADDRESS

National Rifle Association of America v./*In re:* Ackerman McQueen, Inc. and Mercury Group, Inc.

**TO THE PERSON AUTHORIZED BY LAW TO SERVE THIS PROCESS:**

You are commanded to summon

Workamajig, also known as Creative Manager, Inc.
NAME

721 Auth Avenue
STREET ADDRESS

Oakhurst — New Jersey — 07755
CITY — STATE — ZIP

**TO the person summoned:** You are commanded to make available the documents and tangible things designated and described below:

See Attachment A requesting certain documents, communications, and electronically stored information. Electronically stored information should be produced in the form in which it is ordinarily maintained. N.J. Ct. R. 4:18-1.

at Veritext Legal Sols. 535 Rte. 38 East, Ste. 330, Cherry Hill, NJ 08002 at 12:00pm on February 18, 2020
LOCATION — DATE AND TIME

to permit such party or someone acting in his or her behalf to inspect and copy, test or sample such tangible things in your possession, custody or control.

This Subpoena Duces Tecum is issued by the attorney for and on behalf of

National Rifle Association of America
PARTY NAME

| | |
|---|---|
| Robert H. Cox<br>NAME OF ATTORNEY | 33118<br>VIRGINIA STATE BAR NUMBER |
| 1921 Gallows Road, Suite 750<br>OFFICE ADDRESS | 703-883-0880<br>TELEPHONE NUMBER OF ATTORNEY |
| Tysons Corner, VA 22182<br>OFFICE ADDRESS | 703-883-0899<br>FACSIMILE NUMBER OF ATTORNEY |
| 1/28/20<br>DATE ISSUED | [signature]<br>SIGNATURE OF ATTORNEY |

**Notice to Recipient:** See page two for further information.

**RETURN OF SERVICE** (see page two of this form)

FORM DC-498 (MASTER, PAGE ONE OF TWO) 7/01

**TO the person summoned:**
If you are served with this subpoena less than 14 days prior to the date that compliance with this subpoena is required, you may object by notifying the party who issued the subpoena of your objection in writing and describing the basis of your objection in that writing.

☒ **This SUBPOENA DUCES TECUM is being served by a private process server who must provide proof of service in accordance with Va. Code § 8.01-325.**

**TO the person authorized to serve this process:** Upon execution, the return of this process shall be made to the clerk of court.

NAME: Gerhson Biegeleisen & Co.

ADDRESS: 111 Madison Avenue, Lakewood, NJ, 08701

☐ PERSONAL SERVICE | Tel. No.

Being unable to make personal service, a copy was delivered in the following manner:

☐ Delivered to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of party named above after giving information of its purport. List name, age of recipient, and relation of recipient to party named above:

☐ Posted on front door or such other door as appear to be the main entrance of usual place of abode, address listed above. (Other authorized recipient not found.)

☐ NOT FOUND ______________, Sheriff

______ DATE by ______________ Deputy Sheriff

**CERTIFICATE OF COUNSEL**

I, Robert H. Cox, counsel for Plaintiff, hereby certify that a copy of the foregoing subpoena duces tecum was served by email (DELIVERY METHOD) to David Schertler & David Dickieson, counsel of record for Defendants, on the 28th day of January, 2020.

[signature]
SIGNATURE OF ATTORNEY

**NOTICE:** Upon receipt of the subpoenaed documents, the requesting party must, if requested, provide true and full copies of those documents to any other party or to the attorney for any other party, provided the other party or attorney for the other party pays the reasonable cost of copying or reproducing those documents. This does not apply when the subpoenaed documents are returnable to and maintained by the clerk of the court in which the action is pending. Va. Code § 8.01-417

FORM DC-498 (MASTER, PAGE TWO OF TWO) 07/04

**IN THE CIRCUIT COURT FOR THE CITY OF ALEXANDRIA**

**National Rifle Association of America,**

**Plaintiff,**

**v.**

**Ackerman McQueen Inc.,**

**and**

**Mercury Group, Inc.**

**Defendants.**

**Civil Case Nos. CL19001757; CL19002067; CL19002886**

**ATTACHMENT A**
**TO SUBPOENA FOR PRODUCTION OF DOCUMENTS**

## I. DEFINITIONS

1. The term "**AMc**" shall mean Ackerman McQueen, Inc. and its subsidiary Mercury Group, Inc., and all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, and entities acting on behalf of, or pursuant to the direction of, Ackerman McQueen, Inc or Mercury Group, Inc.

2. The term "**information**" or "**data**" shall mean all records or writings of any sort and shall be construed in its broadest sense to include, but not be limited to, all original and non-identical copies, whether by reason of marginalia or other notes or alterations, and all preliminary or subsequent drafts of the following items, whether printed or recorded or reproduced by any other mechanical or electronic process, or written or produced by hand: agreements, communications, correspondence, letters, telegrams, cables, telexes, memoranda, records, books, journals, summaries of records or papers, minutes, calendars, affidavits, recordings (video or audio), electronic mail, text messages, memoranda of telephone calls, conversations, telephone calls, meetings, contracts, notes, marginal comments appearing on or affixed to any document, day timers, date books, messages, letters of credit, invoices, statements of account, financial statements, receipts, promissory notes, security agreements, deeds of trust, instruments purporting to grant or evidencing any security interest or lien, loan agreements, projections, working papers, securities, ledgers, cancelled checks and bank drafts (front and back), check stub receipts, and other data, documents, papers, or writings of whatever description including, but not limited to, any code, data or information which is electronically recorded or shared, contained in any computer, mobile device, or other information retrievable device or that otherwise can be obtained

or translated through detection devices or other means into any reasonably useable or recordable format.

3. The term "**related to**" shall mean concerning, relating to, reflecting, referring to, having a relationship to, pertaining to, identifying, containing, pertinent to, setting forth, showing, disclosing, describing, explaining, summarizing, evidencing, or constituting, directly or indirectly, in whole or in part, or to be otherwise factually, legally or logically connected to the subject matter of the particular Request.

4. The term "**Person**" shall mean refer to either an individual or an entity.

5. The term "**You**," or "**Your**," shall mean the person or entity summoned in the attached subpoena, including all present and former agents, employees, representatives, advisors, officers, attorneys, consultants, investigators, individuals, subsidiaries, parent-entities, and entities acting on behalf of, or pursuant to, the direction of such person or entity.

6. In reference to data or information stored or processed using a Workamjig account, service or product, the term "**Entered**" shall mean inputted, supplied, submitted, provided or otherwise recorded.

7. The term "**Derived Information**" shall refer to any data or information dependent in any way on data or information Entered by Your users or clients, including but not limited to the results of computations or calculations, or generated reports.

8. All Requests seek documents dated January 1, 2015 and later.

9. You are requested to produce the information sought herein in a standard data format (*e.g.* CSV or similar).

10. To the extent that you harbor concerns about any of the requests propounded herein, you are directed to contact counsel for Plaintiff, the National Rifle Association of America, as soon as practicable to enable Plaintiff to timely resolve or otherwise address such concerns.

## II.
## REQUESTS FOR PRODUCTION

1. All data, information, or documents Entered into or through, or captured by, any of Your accounts, services or products by AMc or related to any AMc account.

2. All Derived Information based upon or relating to any data, information, or documents Entered into, by or through any of Your accounts, services, or products by AMc or related to any AMc account.

3. Your contract(s) or agreement(s) with AMc and any amendment or corollary to any such contract and agreement.



Workamajig is an ERP system that is customized for the creative industry, including ad agencies, marketing firms, and in-house marketing teams.

Sales/CRM
Workamajig helps agencies manage new business with a built-in CRM that allows them to track sales opportunities, report on the sales pipeline & turn opportunities into projects upon approval.

Finance & KPIs
Workamajig allows businesses to run profitability reports by projects and clients. It also allows users to forecast revenue to help guide hiring decisions. Integrated billing allows you to easily send out invoices with all relevant data and improves cash flow. An integrated credit card connector can automatically download charges to connect to projects to update the budgets.

Task Management
Workajig has built-in dashboards for every role at an agency. Each of these is populated with the report data and actionable information that the role will need to work on a daily basis.

Project Management
This is the core of Workamajig. You can track conversations, manage files, review & approve change requests, monitor budgets & more. Schedules can be auto-generated with associated resourcing & timelines based on templates. From higher-level campaigns to multiple to-dos for each task, Workamajig is completely configurable to the user's needs.

Resourcing & Traffic Management
Workamajig provides full visibility across the team's schedule and availability businesses can get the right people working on the right projects at the right time. It can be used to manage multiple teams, forecast resource demand and offers real-time visibility into who is working on what, and what's due.

Creative Management
Clear task lists & schedules make work easier for creative users and help improve utilization which helps the company's bottom line. Time tracking is easy & simple and helps make sure all data and future estimates are accurate.

Integrated Data
The primary benefit of Workamajig is the integration of all of these pieces. Accurate data helps businesses make informed decisions to grow their company.



Workamajig is an ERP system that is customized for the creative industry, including ad agencies, marketing firms, and in-house marketing teams.

Sales/CRM
Workamajig helps agencies manage new business with a built-in CRM that allows them to track sales opportunities, report on the sales pipeline & turn opportunities into projects upon approval.

Finance & KPIs
Workamajig allows businesses to run profitability reports by projects and clients. It also allows users to forecast revenue to help guide hiring decisions. Integrated billing allows you to easily send out invoices with all relevant data and improves cash flow. An integrated credit card connector can automatically download charges to connect to projects to update the budgets.

Task Management
Workajig has built-in dashboards for every role at an agency. Each of these is populated with the report data and actionable information that the role will need to work on a daily basis.

Project Management
This is the core of Workamajig. You can track conversations, manage files, review & approve change requests, monitor budgets & more. Schedules can be auto-generated with associated resourcing & timelines based on templates. From higher-level campaigns to multiple to-dos for each task, Workamajig is completely configurable to the user’s needs.

Resourcing & Traffic Management
Workamajig provides full visibility across the team’s schedule and availability businesses can get the right people working on the right projects at the right time. It can be used to manage multiple teams, forecast resource demand and offers real-time visibility into who is working on what, and what’s due.

Creative Management
Clear task lists & schedules make work easier for creative users and help improve utilization which helps the company’s bottom line. Time tracking is easy & simple and helps make sure all data and future estimates are accurate.

Integrated Data
The primary benefit of Workamajig is the integration of all of these pieces. Accurate data helps businesses make informed decisions to grow their company.



# INVOICE

PAID

| | |
|---|---|
| Invoice Number | 12014593 |
| Invoice Date | February 13, 2015 |
| Due Date | February 13, 2015 |

Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 45 additional users | $8,955.00 USD |

| | |
|---|---|
| Subtotal: | $35,355.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $35,355.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
325932



# INVOICE

Invoice Number 12015762
Invoice Date January 6, 2015
Due Date January 6, 2015
Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Invoice for Customizations: PO # 105104

| Description | Amount |
|---|---|
| Split the security options for Global options between setup options and lists | $500.00 USD |

| | |
|---|---|
| Subtotal: | $500.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $500.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
325644



# INVOICE

PAID

| | |
|---|---|
| Invoice Number | 12023215 |
| Invoice Date | June 18, 2015 |
| Due Date | June 18, 2015 |

Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

SMA for 5 Additional Users

| Description | Amount |
|---|---|
| Annual Software Maintenance fee for 5 additional users | $995.00 USD |

| | |
|---|---|
| Subtotal: | $995.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $995.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

PAID

Reference #

AL0EC497019E/049048/....
85727



# INVOICE

Invoice Number 12025543
Invoice Date July 30, 2015
Due Date July 30, 2015
Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Invoice for Customizations

| Description | Amount |
|---|---|
| Added the 2 checkboxes to the billing worksheet generation screen: | $1,100.00 USD |
| 1) Expense Report checkbox, if this is checked, expense reports will be included on the Time and Material project's BWS | $0.00 USD |
| 2) Include Zero Unbilled checkbox for the Fixed Fee projects. If this is unchecked, only FF projects with Unbilled <> 0 will be included | $0.00 USD |
| Creative Manager Inc. and / or its licensors retain all rights to all modifications. | $0.00 USD |
| Subtotal: | $1,100.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $1,100.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
330386



# INVOICE

| | |
|---|---|
| Invoice Number | 12025547 |
| Invoice Date | July 30, 2015 |
| Due Date | July 30, 2015 |

PAID

Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

SMA for 5 Additional Users

| Description | Amount |
|---|---|
| Annual Software Maintenance fee for 5 additional users | $995.00 USD |

| | |
|---|---|
| Subtotal: | $995.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $995.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #

AX0ED6C45F5A/068677/....
85727

 # INVOICE

Invoice Number 12032977
Invoice Date December 1, 2015
Due Date December 1, 2015
Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

SMA for 5 Additional Users

| Description | Amount |
|---|---|
| SMA for Five Reserve Users | $995.00 USD |

| | |
|---|---|
| Subtotal: | $995.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $995.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #

AX0ADD743B4E/041215/....
85727



# INVOICE

Invoice Number 12033042
Invoice Date February 13, 2016
Due Date February 13, 2016
Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement for 175 Full Users, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 60 additional users | $11,940.00 USD |
| Subtotal: | $38,340.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $38,340.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
333577



# INVOICE

| | |
|---|---|
| Invoice Number | 12035651 |
| Invoice Date | February 24, 2016 |
| Due Date | February 24, 2016 |

Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

SMA for 5 Additional Users

| Description | Amount |
|---|---|
| SMA for Five Reserve Users | $995.00 USD |

| | |
|---|---|
| Subtotal: | $995.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $995.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #

AU0AE1890280/095036/....
85727

workamajig™
CREATIVE MANAGEMENT

# INVOICE

Invoice Number 12046984
Invoice Date November 7, 2016
Due Date November 7, 2016
Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Invoice for Customizations: PO 111501

| Description | Amount |
|---|---|
| Add ability to sync the Strata Voucher Description to the Workamajig Vendor Invoice Description | $900.00 USD |
| Creative Manager Inc. and/or its licensors retain all rights to all modifications. | $0.00 USD |

| | |
|---|---|
| Subtotal: | $900.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $900.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
339118



# INVOICE

Invoice Number 12046987
Invoice Date November 7, 2016
Due Date November 7, 2016
Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Invoice for Customizations: PO 111503

| Description | Amount |
|---|---|
| add checkbox, calendar date selection field to each order type area: Set the posting date of all vendor invoices sync'd during the session to the selected date.<br>The date selected will override other system settings for Posting Date.<br>PO 111503 | $1,600.00 USD |
| Creative Manager Inc. and/or its licensors retain all rights to all modifications. | $0.00 USD |

| | |
|---|---|
| Subtotal: | $1,600.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $1,600.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
339118

workamajig™
CREATIVE MANAGEMENT

# INVOICE

| | |
|---|---|
| Invoice Number | 12048247 |
| Invoice Date | February 13, 2017 |
| Due Date | February 13, 2017 |

PAID

Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement for 175 Full Users, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 50 additional users | $9,950.00 USD |
| Subtotal: | $36,350.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $36,350.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
339874

workamajig™
CREATIVE MANAGEMENT

# INVOICE

Invoice Number 12063669
Invoice Date December 5, 2017
Due Date February 13, 2018
Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement for 175 Full Users, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 30 additional users | $5,970.00 USD |

| | |
|---|---|
| Subtotal: | $32,370.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $32,370.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
345274



# INVOICE

Invoice Number 12070237
Invoice Date April 18, 2018
Due Date April 18, 2018
Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

PAID

SMA for 10 Additional Users

| Description | Amount |
| --- | --- |
| SMA for 10 Reserve Users | $1,990.00 USD |
| Subtotal: | $1,990.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $1,990.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
AY0A0C8B0B43/....85727



# INVOICE

Invoice Number 12080643
Invoice Date December 4, 2018
Due Date February 13, 2019
Terms: Due Upon Receipt

PAID

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement for 175 Full Users, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 7 additional users | $1,393.00 USD |
| Subtotal: | $27,793.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $27,793.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
350121



# INVOICE

| | |
|---|---|
| Invoice Number | 12098782 |
| Invoice Date | January 10, 2020 |
| Due Date | February 13, 2020 |

Terms: Due Upon Receipt

Ackerman McQueen
1601 NW Expressway Ste 1100
Oklahoma City OK 73118-1463

PAID

Annual Software Maintenance Fee

| Description | Amount |
|---|---|
| Annual Maintenance Agreement for 175 Full Users, includes all upgrades, updates and email support | $26,400.00 USD |
| Annual Software Maintenance fee for 7 additional users | $1,393.00 USD |
| Subtotal: | $27,793.00 USD |
| Sales Tax: | $0.00 USD |
| Total Due: | $27,793.00 USD |

Please remit payment in US Dollars to:
Creative Manager, Inc., 721 Auth Avenue, Oakhurst, NJ 07755-2965

If you have any questions regarding this invoice, please call 732.663.0162 ext 5031.

Any terms and conditions contained in a PO issued by client will not apply, and will be superseded by client's Workamajig contract.

Reference #
AF0O2BB6C342/....96369

# EXHIBIT 32
# (Filed Under Seal)

# EXHIBIT 33

APP. 00937

MENU

TRITON

| LOG IN

OUR PARTNERSHIPS

BACK TO ALL PARTNERS

STRATA

# STRATA

*Category: Certified Integration*

STRATA is a leader in media buying and selling software that empowers clients to buy and sell all media types. For nearly a quarter of a century STRATA's innovative products have set the standard in the media industry.

MENU
TRITON
| LOG IN

Agencies integrates all media into one cohesive database and user interface that allows organizations to conduct large-scale transactions transforming their operations for the future. As the leader in EDI development, STRATA has integrated automated tools for order delivery, confirmations, makegoods, Client Approvals, Electronic Invoices, and much more.

**Our Partnership**

Data from our Webcast Metrics Local online audio audience measurement platform is integrated into the Strata media buying system, enabling buyers to efficiently add premium audio inventory to their buys.

---

Email: STRATA

Learn More: Visit Website

TRITON
DIGITAL

MENU

TRITON

LOG IN

Login

Contact

Support

Newsletter

## ABOUT

Company

Partners

Newsroom

Careers

Locations

## SOLUTIONS

Audio Streaming

Podcasting

Audio Advertising

Audience Measurement

## RESOURCES

Podcast Reports

Streaming Metrics Rankers

Preferred Partners

Programmatic for Buyers

Programmatic for Publishers

Downloads

## CONNECT

Contact Us

Events Calendar

SUPPORT

Blog

SYSTEM STATUS

MENU

TRITON

LOG IN

© 2021 Triton Digital® | Terms of Use | Privacy Policies |

Acceptable Use Policy | Copyright Policy

# EXHIBIT 34
# (Filed Under Seal)

# EXHIBIT 35
# (Filed Under Seal)

# EXHIBIT 36
# (Filed Under Seal)

# EXHIBIT 37
# (Filed Under Seal)

# EXHIBIT 38
# (Filed Under Seal)

# EXHIBIT 39

APP. 01108

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Attorney-Client Communications | Message | 1/10/2018 13:29 | Melanie Montgomery <Melanie-Montgomery@am.com> | Julie Rubash <JRubash@sheppardmullin.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | New Independent Contractor | Confidential communication between AMc employee and counsel at Sheppard Mullin for purposes of obtaining legal advice regarding contract negotiations with NRA commentator Dan Bongino. |
| 2 | Attorney-Client Communications | Message_Attachment | 1/10/2018 13:29 | | | | | Dan Bongino Proposed Deal Sheet | Confidential communication between AMc employee and counsel at Sheppard Mullin for purposes of obtaining legal advice regarding contract negotiations with NRA commentator Dan Bongino. |
| 3 | Forwarding Attorney-Client Communications | Message | 1/15/2018 18:45 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Ariana Azimi <ariana-azimi@am.com> | | FW: Dan Bongino Talent Agreement | AMc employee internally forwarding confidential communication between AMc employee and counsel at Sheppard Mullin for purposes of obtaining legal advice regarding contract negotiations with NRA commentator Dan Bongino. |
| 4 | Forwarding Attorney-Client Communications | Message_Attachment | 1/15/2018 18:45 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Sheppard Mullin for purposes of obtaining legal advice regarding contract negotiations with NRA commentator Dan Bongino. |
| 5 | Forwarding Attorney-Client Communications | Message_Attachment | 1/15/2018 18:45 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Sheppard Mullin for purposes of obtaining legal advice regarding contract negotiations with NRA commentator Dan Bongino. |
| 6 | Attorney-Client Communications; Work Product | Message | 3/28/2018 8:19 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | Fwd: Attorney Bill Brewer -- information requests | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 7 | Attorney-Client Communications | Message | 3/29/2018 10:38 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 8 | Attorney-Client Communications | Message_Attachment | 3/29/2018 10:38 | | | | | KM_364e-20170430171645 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 9 | Attorney-Client Communications | Message | 3/29/2018 11:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 10 | Attorney-Client Communications | Message | 3/29/2018 11:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 11 | Attorney-Client Communications | Message | 3/29/2018 12:00 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | RE: Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 12 | Attorney-Client Communications | Message | 3/30/2018 13:27 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | RE: Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 13 | Attorney-Client Communications | Message | 4/3/2018 22:11 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | FW: Follow-up: Information Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 14 | Attorney-Client Communications | Message | 4/3/2018 22:11 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | FW: Follow-up: Information Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 15 | Attorney-Client Communications | Message | 4/4/2018 7:54 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <Revan-McQueen@am.com>; <lacey-cremer@am.com> | | Re: Follow-up: Information Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 16 | | Message_Attachment | 4/4/2018 7:54 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 17 | Attorney-Client Communications | Message | 4/4/2018 8:30 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Follow-up: Information Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications from Bill Brewer. |
| 18 | Attorney-Client Communications | Message | 4/4/2018 8:30 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Follow-up: Information Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 19 | Attorney-Client Communications | Message | 4/4/2018 8:38 | <madrid.jay@dorsey.com> | <Melanie-montgomery@am.com> | <betts.gina@dorsey.com> | | Fwd: Ackerman | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 20 | Forwarding Attorney-Client Communications | Message | 4/4/2018 8:42 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | Fwd: Ackerman | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 21 | Attorney-Client Communications | Message | 4/4/2018 10:49 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 22 | Attorney-Client Communications | Message | 4/4/2018 10:49 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 23 | Work Product | Message | 4/4/2018 11:20 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | | RE: Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 24 | Attorney-Client Communications | Message | 4/4/2018 11:28 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 25 | Attorney-Client Communications | Message | 4/4/2018 11:28 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 26 | Attorney-Client Communications | Message | 4/10/2018 10:19 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | | | FW: Ackerman | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel and NRA request for documents. |
| 27 | Attorney-Client Communications | Message | 4/10/2018 11:42 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com> | | Re: Ackerman | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel and NRA request for documents. |
| 28 | | Message_Attachment | 4/10/2018 11:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 29 | Attorney-Client Communications | Message | 4/10/2018 11:42 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com> | | Re: Ackerman | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel and NRA request for documents. |
| 30 | | Message_Attachment | 4/10/2018 11:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 31 | Attorney-Client Communications | Message | 4/23/2018 18:05 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Morning Call re: Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 32 | Attorney-Client Communications | Message_Attachment | 4/23/2018 18:05 | | | | | American Heroes(RV2) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 33 | | Message_Attachment | 4/23/2018 18:05 | | | | | | Oliver North Deal Points Memorandum, dated 4/22/18. Previously produced. |
| 34 | Attorney-Client Communications | Message | 4/23/2018 18:05 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Morning Call re: Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 35 | Attorney-Client Communications | Message_Attachment | 4/23/2018 18:05 | | | | | American Heroes(RV2) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 36 | Attorney-Client Communications | Message_Attachment | 4/23/2018 18:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 37 | Attorney-Client Communications | Message | 4/23/2018 18:40 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | Re: Morning Call re: Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 38 | | Message_Attachment | 4/23/2018 18:40 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 39 | Attorney-Client Communications | Message | 4/24/2018 13:18 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | | | Contract Start Date | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 40 | Attorney-Client Communications | Message | 4/26/2018 8:33 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | RE: Status | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 41 | Attorney-Client Communications | Message | 4/26/2018 10:43 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 42 | Attorney-Client Communications | Message | 4/26/2018 10:48 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | | | PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 43 | Attorney-Client Communications | Message_Attachment | 4/26/2018 10:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 44 | Attorney-Client Communications | Message | 4/26/2018 15:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 45 | Attorney-Client Communications | Message | 4/26/2018 15:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 46 | Attorney-Client Communications | Message | 4/26/2018 15:55 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 47 | Attorney-Client Communications | Message_Attachment | 4/26/2018 15:55 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 48 | Attorney-Client Communications | Message | 4/26/2018 15:56 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 49 | Attorney-Client Communications | Message | 4/26/2018 15:56 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 50 | Attorney-Client Communications | Message | 4/26/2018 17:23 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 51 | Attorney-Client Communications | Message_Attachment | 4/26/2018 17:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 52 | Attorney-Client Communications | Message | 4/26/2018 17:24 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 53 | Attorney-Client Communications | Message | 4/26/2018 17:24 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Existing Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 54 | Attorney-Client Communications | Message | 4/26/2018 17:26 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Existing Contract | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 55 | Attorney-Client Communications | Message | 4/26/2018 17:27 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Existing Contract | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 56 | Attorney-Client Communications | Message | 4/27/2018 10:19 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 57 | Attorney-Client Communications | Message | 4/27/2018 10:19 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 58 | Attorney-Client Communications | Message | 4/27/2018 10:21 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com> | | Re: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 59 | Attorney-Client Communications | Message_Attachment | 4/27/2018 10:21 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 60 | Attorney-Client Communications | Message | 4/27/2018 10:29 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 61 | Attorney-Client Communications | Message | 4/27/2018 10:29 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 62 | Attorney-Client Communications | Message | 4/27/2018 10:56 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com> | | Re: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 63 | Attorney-Client Communications | Message_Attachment | 4/27/2018 10:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 64 | Attorney-Client Communications | Message | 4/27/2018 11:05 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | | Re: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 65 | Attorney-Client Communications | Message | 4/27/2018 11:05 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | | Re: back in office | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 66 | Attorney-Client Communications | Message | 4/27/2018 11:59 | <barton.casey@dorsey.com> | <bill-winkler@am.com>; <melanie-montgomery@am.com> | | | PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 67 | Attorney-Client Communications | Message_Attachment | 4/27/2018 11:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 68 | Attorney-Client Communications | Message | 4/27/2018 12:10 | <barton.casey@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 69 | Attorney-Client Communications | Message_Attachment | 4/27/2018 12:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 70 | Attorney-Client Communications | Message | 4/27/2018 12:38 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 71 | Attorney-Client Communications | Message | 4/27/2018 12:38 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 72 | Attorney-Client Communications | Message | 4/27/2018 12:47 | <barton.casey@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 73 | Attorney-Client Communications | Message_Attachment | 4/27/2018 12:47 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 74 | Attorney-Client Communications | Message | 4/27/2018 12:49 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 75 | Attorney-Client Communications | Message | 4/27/2018 12:49 | Bill Winkler <bill-winkler@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 76 | Attorney-Client Communications | Message | 4/27/2018 13:16 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 77 | Attorney-Client Communications | Message_Attachment | 4/27/2018 13:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 78 | Attorney-Client Communications | Message | 4/27/2018 13:16 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 79 | Attorney-Client Communications | Message_Attachment | 4/27/2018 13:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 80 | Attorney-Client Communications | Message | 4/27/2018 13:35 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | Re: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 81 | | Message_Attachment | 4/27/2018 13:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 82 | | Message_Attachment | 4/27/2018 13:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 83 | | Message_Attachment | 4/27/2018 13:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 84 | Attorney-Client Communications | Message | 4/27/2018 13:43 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: PRIVILEGED & CONFIDENTIAL ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 85 | Attorney-Client Communications | Message | 5/4/2018 17:43 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | | | redline.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 86 | Attorney-Client Communications | Message_Attachment | 5/4/2018 17:43 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 87 | Attorney-Client Communications | Message_Attachment | 5/4/2018 17:43 | | | | | Ollie North Employment Agreement 4-27-18 - Ollie North Employment Agreement 4-27-18 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations with Oliver North. |
| 88 | Attorney-Client Communications | Message | 5/7/2018 13:06 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com> | <melanie-montgomery@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | FW: Complaint.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 89 | Attorney-Client Communications | Message_Attachment | 5/7/2018 13:06 | | | | | | Plaintiff's Complaint and Jury Demand in Lockton matter. Attached to privileged email and publicly available. |
| 90 | Attorney-Client Communications | Message | 5/7/2018 13:07 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com>; <melanie-montgomery@am.com>; <bill-winkler@am.com> | <betts.gina@dorsey.com> | | FW: Consent Order.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton matter. |
| 91 | | Message_Attachment | 5/7/2018 13:07 | | | | | | Consent order in Lockton Matter. Attached to privileged email and publicly available. |
| 92 | Attorney-Client Communications; Work Product | Message | 5/7/2018 14:01 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Complaint.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/Carry Guard, and work product created in anticipation of litigation. |
| 93 | Attorney-Client Communications; Work Product | Message | 5/7/2018 14:01 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Complaint.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/Carry Guard, and work product created in anticipation of litigation. |
| 94 | Attorney-Client Communications | Message | 5/7/2018 14:38 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | | North Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 95 | Attorney-Client Communications | Message | 5/7/2018 14:38 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | | North Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 96 | Attorney-Client Communications | Message | 5/7/2018 14:59 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | FW: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 97 | Attorney-Client Communications; Work Product | Message_Attachment | 5/7/2018 14:59 | | | | | C:\Users\barton.casey\AppData\Local\Temp\Workshare\wmtemp248c\~wtf2BB6AC6C.ps | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North and work product in drafting of contract regarding same. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 98 | Attorney-Client Communications; Work Product | Message_Attachment | 5/7/2018 14:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North and work product in drafting of contract regarding same. |
| 99 | Attorney-Client Communications | Message | 5/7/2018 15:23 | <betts.gina@dorsey.com> | <moconnor@wc.com>; <rbarnett@wc.com> | | | FW: Ackerman - Employment Agreement | Confidential communication between Dorsey & Whitney and Williams & Connolly regarding North contract. |
| 100 | Attorney-Client Communications; Work Product | Message_Attachment | 5/7/2018 15:23 | | | | | C:\Users\barton.casey\AppData\Local\Temp\Workshare\wmtemp248c\~wtf2BB6AC6C.ps | Working draft of North Contract with attorney comments and revisions. |
| 101 | Attorney-Client Communications; Work Product | Message_Attachment | 5/7/2018 15:23 | | | | | | Working draft of North Contract with attorney comments and revisions. |
| 102 | Attorney-Client Communications | Message | 5/7/2018 19:24 | <betts.gina@dorsey.com> | <MOConnor@wc.com> | <RBarnett@wc.com> | | Re: Ackerman - Employment Agreement | Confidential communication between Dorsey & Whitney and Williams & Connolly regarding North contract. |
| 103 | | Message_Attachment | 5/7/2018 19:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 104 | Attorney-Client Communications | Message | 5/7/2018 19:50 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | Re: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 105 | | Message_Attachment | 5/7/2018 19:50 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 106 | Attorney-Client Communications | Message | 5/7/2018 21:14 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | Re: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 107 | | Message_Attachment | 5/7/2018 21:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 108 | Attorney-Client Communications | Message | 5/7/2018 21:15 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 109 | Attorney-Client Communications | Message | 5/8/2018 15:49 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | | | OLN Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 110 | Attorney-Client Communications | Message | 5/8/2018 16:02 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | RE: OLN Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting of Oliver North's contract. |
| 111 | Attorney-Client Communications | Message | 5/8/2018 16:11 | <betts.gina@dorsey.com> | <BSullivan@wc.com> | | | Employment Agreement--CONFIDENTIAL | Confidential communication between Dorsey & Whitney and Williams & Connolly regarding North contract. |
| 112 | Attorney-Client Communications | Message | 5/9/2018 10:11 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: Real Estate Follow Up | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 113 | Attorney-Client Communications | Message | 5/9/2018 12:10 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: Real Estate Follow Up | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 114 | Attorney-Client Communications | Message_Attachment | 5/9/2018 12:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 115 | Attorney-Client Communications | Message_Attachment | 5/9/2018 12:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 116 | Attorney-Client Communications | Message | 5/9/2018 12:35 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: Vaquero PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 117 | Attorney-Client Communications | Message_Attachment | 5/9/2018 12:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 118 | Attorney-Client Communications | Message | 5/9/2018 14:46 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 119 | Attorney-Client Communications | Message | 5/9/2018 14:55 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 120 | Attorney-Client Communications | Message_Attachment | 5/9/2018 14:55 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 121 | Attorney-Client Communications | Message | 5/9/2018 15:03 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 122 | Attorney-Client Communications | Message_Attachment | 5/9/2018 15:03 | | | | | C:\Users\barton.casey\AppData\Local\Temp\Workshare\wmtemp20a8\~wtf24361BC0.ps | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 123 | Attorney-Client Communications | Message_Attachment | 5/9/2018 15:03 | | | | | CONSULTING AGREEMENT | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 124 | Attorney-Client Communications | Message | 5/9/2018 15:53 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 125 | Attorney-Client Communications | Message_Attachment | 5/9/2018 15:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 126 | Attorney-Client Communications | Message | 5/9/2018 15:53 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 127 | Attorney-Client Communications | Message_Attachment | 5/9/2018 15:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 128 | Attorney-Client Communications | Message | 5/9/2018 15:54 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Ackerman - Consulting Agreement | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 129 | Attorney-Client Communications | Message_Attachment | 5/9/2018 15:54 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 130 | Attorney-Client Communications | Message | 5/9/2018 16:29 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 131 | Attorney-Client Communications | Message | 5/9/2018 16:37 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 132 | Attorney-Client Communications | Message | 5/9/2018 16:38 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Ackerman - Consulting Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 133 | Attorney-Client Communications | Message | 5/9/2018 21:57 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Fwd: RE: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 134 | Attorney-Client Communications | Message_Attachment | 5/9/2018 21:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 135 | Attorney-Client Communications | Message_Attachment | 5/9/2018 21:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 136 | Attorney-Client Communications | Message | 5/10/2018 9:23 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: RE: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 137 | Attorney-Client Communications | Message | 5/10/2018 15:34 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | any updates | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 138 | Attorney-Client Communications | Message | 5/10/2018 15:36 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: any updates | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 139 | Attorney-Client Communications | Message | 5/10/2018 16:36 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <bill-winkler@am.com> | | | FW: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 140 | Attorney-Client Communications | Message | 5/10/2018 19:29 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: do we have an update on how your research is coming | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 141 | Attorney-Client Communications | Message_Attachment | 5/10/2018 19:29 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 142 | Attorney-Client Communications | Message | 5/10/2018 20:12 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: do we have an update on how your research is coming | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 143 | Attorney-Client Communications | Message | 5/10/2018 20:23 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: do we have an update on how your research is coming | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 144 | Attorney-Client Communications | Message_Attachment | 5/10/2018 20:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 145 | Attorney-Client Communications | Message | 5/11/2018 12:24 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ackerman McQueen documents--CONFIDENTIAL | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 146 | Attorney-Client Communications | Message | 5/11/2018 12:24 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ackerman McQueen documents--CONFIDENTIAL | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 147 | Attorney-Client Communications | Message | 5/11/2018 12:48 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Ackerman Documents--CONFIDENTIAL | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 148 | Attorney-Client Communications | Message_Attachment | 5/11/2018 12:48 | | | | | Microsoft Word - Revised 304_Reg of Foreign LLC.doc | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 149 | Attorney-Client Communications | Message_Attachment | 5/11/2018 12:48 | | | | | New Blank Document | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 150 | Attorney-Client Communications | Message_Attachment | 5/11/2018 12:48 | | | | | Microsoft Word - 651_boc Rev 04 11.doc | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 151 | Attorney-Client Communications | Message | 5/11/2018 13:03 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: PDF's | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 152 | Attorney-Client Communications | Message_Attachment | 5/11/2018 13:03 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 153 | Attorney-Client Communications | Message | 5/11/2018 13:10 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: PDF's | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 154 | Attorney-Client Communications | Message | 5/11/2018 13:13 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: PDF's | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 155 | Attorney-Client Communications | Message | 5/11/2018 13:14 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: PDF's | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 156 | Attorney-Client Communications | Message_Attachment | 5/11/2018 13:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 157 | Attorney-Client Communications | Message_Attachment | 5/11/2018 13:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 158 | Attorney-Client Communications | Message | 5/11/2018 13:15 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: PDF's | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 159 | Attorney-Client Communications | Message | 5/14/2018 10:23 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | | | North Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Oliver North's contract. |
| 160 | Attorney-Client Communications | Message | 5/14/2018 12:59 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com> | <Melanie-Montgomery@am.com>; <betts.gina@dorsey.com> | | Brewer Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview requests from NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 161 | Forwarding Attorney-Client Communications and Work Product | Message | 5/14/2018 13:29 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | FW: Brewer Interview request | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard,, and work product created in anticipation of litigation. |
| 162 | Attorney-Client Communications | Message | 5/14/2018 14:22 | <betts.gina@dorsey.com> | <MOConnor@wc.com> | | | RE: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Oliver North's contract. |
| 163 | Attorney-Client Communications | Message | 5/14/2018 14:36 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Ackerman - Employment Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Oliver North's contract. |
| 164 | | Message_Attachment | 5/14/2018 14:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 165 | | Message_Attachment | 5/14/2018 14:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 166 | Attorney-Client Communications | Message | 5/14/2018 17:03 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | | | FW: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 167 | Attorney-Client Communications | Message_Attachment | 5/14/2018 17:03 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 168 | Attorney-Client Communications | Message | 5/14/2018 17:38 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 169 | Attorney-Client Communications | Message | 5/14/2018 17:38 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 170 | Attorney-Client Communications | Message | 5/14/2018 18:37 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 171 | Attorney-Client Communications | Message_Attachment | 5/14/2018 18:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 172 | Attorney-Client Communications | Message | 5/14/2018 18:37 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 173 | Attorney-Client Communications | Message_Attachment | 5/14/2018 18:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 174 | Attorney-Client Communications | Message | 5/15/2018 9:19 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Emailing: Ackerman McQueen - Oliver North Agreement.PDF | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 175 | Attorney-Client Communications | Message_Attachment | 5/15/2018 9:19 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Oliver North. |
| 176 | Attorney-Client Communications | Message | 5/15/2018 13:51 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | WBB | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 177 | Attorney-Client Communications | Message | 5/15/2018 13:55 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: WBB | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 178 | Attorney-Client Communications | Message | 5/15/2018 13:56 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: WBB | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 179 | Attorney-Client Communications | Message | 5/15/2018 13:59 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: WBB | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Wayne LaPierre's request for AMc to assist with home purchase. |
| 180 | Attorney-Client Communications | Message | 5/17/2018 19:02 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com> | <betts.gina@dorsey.com> | | Visit with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by NRA counsel. |
| 181 | Attorney-Client Communications | Message | 5/18/2018 11:32 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Visit with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by Brewer. |
| 182 | Attorney-Client Communications | Message | 5/21/2018 15:11 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com> | <betts.gina@dorsey.com> | | RE: Visit with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by Brewer. |
| 183 | Attorney-Client Communications | Message | 5/23/2018 16:11 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | <betts.gina@dorsey.com>; <lacey-cremer@am.com>; <Grant-Spofford@am.com>; <Eric-vanhorn@am.com> | | Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 184 | Attorney-Client Communications | Message | 5/23/2018 16:43 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | FW: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 185 | Attorney-Client Communications | Message | 5/23/2018 16:43 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | FW: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 186 | Attorney-Client Communications | Message | 5/23/2018 17:39 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Grant Spofford" <grant-spofford@am.com>; Eric Van Horn <Eric- | | Re: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 187 | | Message_Attachment | 5/23/2018 17:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 188 | Attorney-Client Communications | Message | 5/23/2018 17:39 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Grant Spofford" <grant-spofford@am.com>; Eric Van Horn <Eric- | | Re: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 189 | | Message_Attachment | 5/23/2018 17:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 190 | Attorney-Client Communications | Message | 5/24/2018 9:46 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com> | | RE: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc employee interviews by NRA counsel. |
| 191 | Attorney-Client Communications | Message | 5/24/2018 10:12 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Meeting with Brewer CONFIDENTIAL SUBJECT TO ATTORNEY CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc employee interviews by NRA counsel. |
| 192 | | Message_Attachment | 5/24/2018 10:12 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 193 | | Message_Attachment | 5/24/2018 10:12 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 194 | Attorney-Client Communications | Message | 5/31/2018 15:20 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <Brandon-Winkler@am.com> | | | RE: Legal discussion | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 195 | Attorney-Client Communications | Message | 5/31/2018 15:33 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <Brandon-Winkler@am.com> | | | RE: Legal discussion | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 196 | Attorney-Client Communications | Message | 6/1/2018 16:53 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by NRA counsel. |
| 197 | Attorney-Client Communications | Message | 6/1/2018 17:17 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by NRA counsel. |
| 198 | | Message_Attachment | 6/1/2018 17:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 199 | Attorney-Client Communications | Message | 6/1/2018 17:17 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by NRA counsel. |
| 200 | | Message_Attachment | 6/1/2018 17:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 201 | Attorney-Client Communications | Message | 6/4/2018 18:10 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com> | | Topics raised by Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 202 | Attorney-Client Communications | Message | 6/4/2018 18:32 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | RE: Topics raised by Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 203 | Attorney-Client Communications | Message | 6/8/2018 12:59 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | | RE: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 204 | Attorney-Client Communications | Message | 6/8/2018 14:45 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 205 | Attorney-Client Communications | Message | 6/8/2018 15:45 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 206 | | Message_Attachment | 6/8/2018 15:45 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 207 | | Message_Attachment | 6/8/2018 15:45 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 208 | Attorney-Client Communications | Message | 6/8/2018 15:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request by NRA counsel, and work product created in anticipation of litigation relating to Lockton/CarryGuard and state agency investigations into the NRA. |
| 209 | Attorney-Client Communications | Message | 6/8/2018 16:00 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Interview request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 210 | | Message_Attachment | 6/8/2018 16:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 211 | | Message_Attachment | 6/8/2018 16:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 212 | Attorney-Client Communications | Message | 6/14/2018 10:51 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | | Interview Off | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 213 | Attorney-Client Communications | Message | 6/14/2018 11:37 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Interview Off | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 214 | | Message_Attachment | 6/14/2018 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 215 | Attorney-Client Communications | Message | 6/14/2018 11:37 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Interview Off | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding interview request from NRA counsel. |
| 216 | | Message_Attachment | 6/14/2018 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 217 | Attorney-Client Communications | Message | 6/22/2018 10:44 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | | Meeting with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 218 | Attorney-Client Communications | Message | 6/22/2018 12:15 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Meeting with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 219 | | Message_Attachment | 6/22/2018 12:15 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 220 | Attorney-Client Communications | Message | 6/22/2018 12:15 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Meeting with Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications with NRA counsel. |
| 221 | | Message_Attachment | 6/22/2018 12:15 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 222 | Attorney-Client Communications | Message | 6/23/2018 17:53 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | | Analytics Meeting | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding analytics and billing practices. |
| 223 | Attorney-Client Communications; Work Product | Message | 6/28/2018 12:45 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski and work product regarding same. |
| 224 | Attorney-Client Communications; Work Product | Message | 6/28/2018 12:47 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski and work product regarding same. |
| 225 | Attorney-Client Communications; Work Product | Message | 6/28/2018 12:47 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski and work product regarding same. |
| 226 | Attorney-Client Communications | Message | 6/28/2018 15:56 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski. |
| 227 | Attorney-Client Communications | Message | 6/28/2018 16:18 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski. |
| 228 | Attorney-Client Communications | Message | 6/28/2018 16:22 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Dave Valinski Deal Sheet | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski. |
| 229 | Attorney-Client Communications; Work Product | Message | 6/28/2018 17:36 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | CONFIDENTIAL | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski and work product regarding same. |
| 230 | Attorney-Client Communications; Work Product | Message_Attachment | 6/28/2018 17:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinski and work product regarding same. |
| 231 | Attorney-Client Communications | Message | 7/2/2018 11:18 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | <betts.gina@dorsey.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding document requests by NRA. |
| 232 | Attorney-Client Communications | Message | 7/2/2018 11:23 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and communications with NRA counsel. |
| 233 | Attorney-Client Communications; Work Product | Message | 7/13/2018 15:14 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 234 | Attorney-Client Communications; Work Product | Message_Attachment | 7/13/2018 15:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 235 | Attorney-Client Communications; Work Product | Message | 7/13/2018 15:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 236 | Attorney-Client Communications; Work Product | Message | 7/13/2018 15:51 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 237 | Attorney-Client Communications; Work Product | Message | 7/13/2018 15:55 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 238 | Attorney-Client Communications; Work Product | Message | 7/13/2018 16:40 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 239 | Attorney-Client Communications; Work Product | Message | 7/13/2018 17:00 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 240 | | Message_Attachment | 7/13/2018 17:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 241 | | Message_Attachment | 7/13/2018 17:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 242 | Attorney-Client Communications; Work Product | Message | 7/13/2018 17:03 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <Revan-McQueen@am.com>; <lacey-cremer@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 243 | Attorney-Client Communications; Work Product | Message | 7/13/2018 17:22 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com>; <bill-winkler@am.com> | <lacey-cremer@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 244 | Attorney-Client Communications; Work Product | Message_Attachment | 7/13/2018 17:22 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 245 | Attorney-Client Communications | Message | 7/13/2018 17:24 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 246 | | Message_Attachment | 7/13/2018 17:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 247 | | Message_Attachment | 7/13/2018 17:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 248 | Attorney-Client Communications | Message | 7/16/2018 10:59 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 249 | Attorney-Client Communications | Message | 7/16/2018 10:59 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 250 | Attorney-Client Communications | Message | 7/16/2018 12:42 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com>; <bill-winkler@am.com> | <lacey-cremer@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 251 | Attorney-Client Communications | Message | 7/16/2018 12:47 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 252 | Attorney-Client Communications | Message | 7/16/2018 12:47 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 253 | Attorney-Client Communications | Message | 7/17/2018 18:21 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com>; <betts.gina@dorsey.com> | | FW: Answer & Counterclaim.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and Lockton/CarryGuard matter. |
| 254 | | Message_Attachment | 7/17/2018 18:21 | | | | | | Answer and Counterclaim in Lockton Matter. Attached to privileged email and publicly available. |
| 255 | Attorney-Client Communications | Message | 7/24/2018 12:18 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Nader Tavangar <nader-tavangar@am.com> | | FW: Dave Valinski Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with David Valinski. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 256 | Attorney-Client Communications | Message_Attachment | 7/24/2018 12:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with David Valinski. |
| 257 | Attorney-Client Communications | Message | 7/24/2018 12:18 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Nader Tavangar <nader-tavangar@am.com> | | FW: Dave Valinski Contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with David Valinski. |
| 258 | Attorney-Client Communications | Message_Attachment | 7/24/2018 12:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with David Valinski. |
| 259 | Attorney-Client Communications | Message | 7/24/2018 14:43 | <betts.gina@dorsey.com> | <Brandon-Winkler@am.com> | | | Revised Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinkski. |
| 260 | Attorney-Client Communications; Work Product | Message_Attachment | 7/24/2018 14:43 | | | | | C:\Users\BARTON~1.CAS\AppData\Local\Temp\Workshare\wmtemp3774\~wtf33FCCBE1.ps | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinkski. |
| 261 | Attorney-Client Communications | Message_Attachment | 7/24/2018 14:43 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding contract negotiations with Dave Valinkski. |
| 262 | Attorney-Client Communications; Work Product | Message | 7/27/2018 11:17 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 263 | Attorney-Client Communications | Message | 8/1/2018 12:46 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: The Trace -- re: NY lawsuit issues | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding media inquiries to AMc. |
| 264 | Attorney-Client Communications; Work Product | Message | 8/6/2018 15:04 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 265 | Attorney-Client Communications; Work Product | Message_Attachment | 8/6/2018 15:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 266 | Attorney-Client Communications; Work Product | Message | 8/6/2018 17:10 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 267 | Attorney-Client Communications; Work Product | Message_Attachment | 8/6/2018 17:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 268 | Attorney-Client Communications; Work Product | Message | 8/6/2018 17:19 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <bill-winkler@am.com> | | FW: Updated Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 269 | Attorney-Client Communications; Work Product | Message_Attachment | 8/6/2018 17:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 270 | Attorney-Client Communications; Work Product | Message | 8/6/2018 18:19 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | | | FW: Revised Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 271 | Attorney-Client Communications; Work Product | Message_Attachment | 8/6/2018 18:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 272 | Attorney-Client Communications; Work Product | Message | 8/7/2018 11:16 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | | | Re: Revised Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 273 | Attorney-Client Communications; Work Product | Message_Attachment | 8/7/2018 11:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 274 | Attorney-Client Communications; Work Product | Message | 8/7/2018 11:16 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | | | Re: Revised Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 275 | Attorney-Client Communications; Work Product | Message_Attachment | 8/7/2018 11:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 276 | Attorney-Client Communications | Message | 8/7/2018 13:26 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | | | RE: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 277 | Attorney-Client Communications; Work Product | Message | 8/7/2018 13:39 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | | | FW: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 278 | Attorney-Client Communications; Work Product | Message_Attachment | 8/7/2018 13:39 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 279 | Attorney-Client Communications | Message | 8/7/2018 14:10 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Gina Betts <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel. |
| 280 | | Message_Attachment | 8/7/2018 14:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 281 | Attorney-Client Communications | Message | 8/7/2018 14:10 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Gina Betts <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel. |
| 282 | | Message_Attachment | 8/7/2018 14:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 283 | Attorney-Client Communications | Message | 8/8/2018 16:09 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | FW: 2018.08.07 WP Ltr to AMc Requesting Books, Records.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests. |
| 284 | | Message_Attachment | 8/8/2018 16:09 | | | | | | Automated text file attached to privileged email. Not privileged. |
| 285 | | Message_Attachment | 8/8/2018 16:09 | | | | | | Draft letter from NRA to AMc, dated 8/7/18. Attached to privileged email. Not privileged. |
| 286 | Attorney-Client Communications | Message | 8/8/2018 16:09 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | FW: 2018.08.07 WP Ltr to AMc Requesting Books, Records.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests. |
| 287 | | Message_Attachment | 8/8/2018 16:09 | | | | | | Automated text file attached to privileged email. Not privileged. |
| 288 | | Message_Attachment | 8/8/2018 16:09 | | | | | | Draft letter from NRA to AMc, dated 8/7/18. Attached to privileged email. Not privileged. |
| 289 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:10 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 290 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 291 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 292 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:10 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 293 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 294 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 295 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:28 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 296 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:28 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 297 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:36 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 298 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:36 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 299 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:37 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 300 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:37 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 301 | Attorney-Client Communications; Work Product | Message | 8/8/2018 16:56 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 302 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 303 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 16:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 304 | Attorney-Client Communications; Work Product | Message | 8/8/2018 19:02 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 305 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 19:02 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 306 | Attorney-Client Communications; Work Product | Message_Attachment | 8/8/2018 19:02 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 307 | Attorney-Client Communications | Message | 8/8/2018 19:04 | Melanie Montgomery <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: 2018.08.07 WP Ltr to AMc Contract Compliance.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel. |
| 308 | Attorney-Client Communications; Work Product | Message | 8/8/2018 21:43 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Conversation Summary | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 309 | Attorney-Client Communications; Work Product | Message | 8/8/2018 21:43 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Conversation Summary | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 310 | Forwarding Attorney-Client Communications and Work Product | Message | 8/9/2018 9:21 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 311 | Forwarding Attorney-Client Communications and Work Product | Message | 8/9/2018 11:33 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Conversation Summary | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 312 | Attorney-Client Communications | Message | 8/9/2018 20:50 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding media leaks. |
| 313 | Attorney-Client Communications | Message | 8/9/2018 20:55 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding media leaks. |
| 314 | | Message_Attachment | 8/9/2018 20:55 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 315 | Attorney-Client Communications | Message | 8/13/2018 10:01 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding letters received by AMc from NRA. |
| 316 | Attorney-Client Communications | Message | 8/13/2018 10:04 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | RE: Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding letters received by AMc from NRA. |
| 317 | Attorney-Client Communications | Message | 8/13/2018 10:05 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding letters received by AMc from NRA. |
| 318 | | Message_Attachment | 8/13/2018 10:05 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 319 | | Message_Attachment | 8/13/2018 10:05 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 320 | Attorney-Client Communications | Message | 8/13/2018 10:18 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | RE: Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding letters received by AMc from NRA. |
| 321 | Attorney-Client Communications | Message | 8/13/2018 10:22 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding letters received by AMc from NRA. |
| 322 | | Message_Attachment | 8/13/2018 10:22 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 323 | | Message_Attachment | 8/13/2018 10:22 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 324 | Attorney-Client Communications; Work Product | Message | 8/13/2018 14:18 | Melanie Montgomery <Melanie-Montgomery@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Response To W. Phillips Procedures Document | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 325 | Attorney-Client Communications; Work Product | Message_Attachment | 8/13/2018 14:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 326 | Attorney-Client Communications; Work Product | Message_Attachment | 8/13/2018 14:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 327 | Attorney-Client Communications; Work Product | Message | 8/13/2018 16:27 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | FW: Letter to Wilson Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 328 | Attorney-Client Communications; Work Product | Message_Attachment | 8/13/2018 16:27 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 329 | Attorney-Client Communications; Work Product | Message | 8/13/2018 16:34 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | | FW: Letter to Wilson Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 330 | Attorney-Client Communications; Work Product | Message_Attachment | 8/13/2018 16:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 331 | Attorney-Client Communications; Work Product | Message | 8/13/2018 17:38 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 332 | Attorney-Client Communications; Work Product | Message | 8/13/2018 17:38 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 333 | Attorney-Client Communications; Work Product | Message | 8/13/2018 17:45 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | RE: Letter to Wilson Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 334 | Attorney-Client Communications; Work Product | Message | 8/14/2018 11:48 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 335 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 11:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 336 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 11:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 337 | Forwarding Attorney-Client Communications and Work Product | Message | 8/14/2018 13:19 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Letter | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 338 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/14/2018 13:19 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 339 | Attorney-Client Communications; Work Product | Message | 8/14/2018 14:05 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding legal compliance and NRA non-profit status, and work product created in anticipation of litigation. |
| 340 | Attorney-Client Communications; Work Product | Message | 8/14/2018 14:24 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Gina Betts <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 341 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 14:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 342 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 14:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 343 | Attorney-Client Communications; Work Product | Message | 8/14/2018 14:24 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Gina Betts <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 344 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 14:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 345 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 14:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for document, and work product created in anticipation of litigation. |
| 346 | Attorney-Client Communications; Work Product | Message | 8/14/2018 17:40 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Gina Betts <betts.gina@dorsey.com> | | Fair Market Value | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 347 | Attorney-Client Communications; Work Product | Message | 8/14/2018 18:34 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 348 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 18:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 349 | Forwarding Attorney-Client Communications and Work Product | Message | 8/14/2018 18:36 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 350 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/14/2018 18:36 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 351 | Attorney-Client Communications; Work Product | Message | 8/14/2018 18:37 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 352 | Attorney-Client Communications; Work Product | Message | 8/14/2018 18:37 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 353 | Attorney-Client Communications; Work Product | Message | 8/14/2018 18:47 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 354 | Attorney-Client Communications; Work Product | Message | 8/14/2018 18:49 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Notes We Discussed | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 355 | Attorney-Client Communications; Work Product | Message_Attachment | 8/14/2018 18:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 356 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:04 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 357 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 358 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 359 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:04 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 360 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 361 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 362 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:39 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 363 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:42 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Re: Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 364 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:42 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 365 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:42 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 366 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:42 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Re: Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 367 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:42 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 368 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 12:42 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 369 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:44 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 370 | Attorney-Client Communications; Work Product | Message | 8/15/2018 12:44 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Letter/memo with changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 371 | Attorney-Client Communications; Work Product | Message | 8/15/2018 14:48 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter to Phillips (Services Agreement) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 372 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 14:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 373 | Attorney-Client Communications; Work Product | Message | 8/15/2018 14:59 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter to Phillips (Services Agreement) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 374 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 14:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 375 | Attorney-Client Communications; Work Product | Message | 8/15/2018 15:02 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com> | | RE: Fair Market Value | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 376 | Attorney-Client Communications; Work Product | Message | 8/15/2018 15:30 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <Revan-McQueen@am.com> | <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter to Phillips (Fair Market Value) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 377 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 15:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 378 | Attorney-Client Communications; Work Product | Message | 8/15/2018 15:30 | Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | Re: Letter to Phillips (Services Agreement) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 379 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 15:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 380 | Attorney-Client Communications; Work Product | Message | 8/15/2018 17:17 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | <Brandon-Winkler@am.com> | | FW: Letter to Muller.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 381 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 17:17 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 382 | Attorney-Client Communications; Work Product | Message | 8/15/2018 17:23 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Phillips (Fair Market Value) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 383 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 17:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 384 | Attorney-Client Communications; Work Product | Message | 8/15/2018 17:23 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Phillips (Fair Market Value) | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 385 | Attorney-Client Communications; Work Product | Message_Attachment | 8/15/2018 17:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 386 | Forwarding Attorney-Client Communications and Work Product | Message | 8/15/2018 18:01 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Letter to Phillips (Fair Market Value) | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 387 | Forwarding Attorney-Client Communications and Work Product | Message | 8/15/2018 18:03 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com> | | | Re: Letter to Phillips (Fair Market Value) | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 388 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/15/2018 18:03 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 389 | Forwarding Attorney-Client Communications and Work Product | Message | 8/15/2018 18:04 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | RE: Letter to Phillips (Fair Market Value) | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 390 | Attorney-Client Communications; Work Product | Message | 8/16/2018 17:59 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Letter - Fair Market Value Inquiry | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 391 | Attorney-Client Communications; Work Product | Message_Attachment | 8/16/2018 17:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 392 | Attorney-Client Communications; Work Product | Message_Attachment | 8/16/2018 17:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 393 | Forwarding Attorney-Client Communications and Work Product | Message | 8/16/2018 18:08 | Bill Winkler <bill-winkler@am.com> | Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Letter - Fair Market Value Inquiry | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 394 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/16/2018 18:08 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 395 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/16/2018 18:08 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding pending audit, and work product created in anticipation of litigation. |
| 396 | Attorney-Client Communications; Work Product | Message | 8/16/2018 18:20 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: Letter - Fair Market Value Inquiry | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 397 | | Message_Attachment | 8/16/2018 18:20 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 398 | Attorney-Client Communications; Work Product | Message_Attachment | 8/16/2018 18:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 399 | | Message_Attachment | 8/16/2018 18:20 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 400 | Attorney-Client Communications; Work Product | Message_Attachment | 8/16/2018 18:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 401 | | Message_Attachment | 8/16/2018 18:20 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 402 | | Message_Attachment | 8/16/2018 18:20 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 403 | Attorney-Client Communications | Message | 8/16/2018 19:15 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Letter - Fair Market Value Inquiry | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests. |
| 404 | Attorney-Client Communications | Message | 8/16/2018 19:19 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: Letter - Fair Market Value Inquiry | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 405 | | Message_Attachment | 8/16/2018 19:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 406 | Attorney-Client Communications; Work Product | Message | 8/17/2018 8:18 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: attorney work product: bullet point ideas for the letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 407 | Attorney-Client Communications; Work Product | Message | 8/17/2018 8:41 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: attorney work product: bullet point ideas for the letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 408 | Attorney-Client Communications | Message | 8/17/2018 9:27 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Fwd: Draft response | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA about audit requests. |
| 409 | | Message_Attachment | 8/17/2018 9:27 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 410 | | Message_Attachment | 8/17/2018 9:27 | | | | | | Draft letter from NRA to AMc, dated 8/14/18. Attached to privileged email. Not privileged. |
| 411 | Attorney-Client Communications; Work Product | Message | 8/17/2018 10:44 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | FW: attorney work product: bullet point ideas for the letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests, and work product created in anticipation of litigation. |
| 412 | | Message_Attachment | 8/17/2018 10:44 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 413 | Attorney-Client Communications; Work Product | Message | 8/17/2018 11:07 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | | | RE: attorney work product: bullet point ideas for the letter PERSONAL AND CONFIDENTIAL SUBJECT TO A/C PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests, and work product created in anticipation of litigation. |
| 414 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:07 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com> | FW: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 415 | | Message_Attachment | 8/17/2018 15:07 | | | | | SKM_C36818081510100 | Letter from NRA to AMc, dated 8/14/18. Attached to privileged email. Not privileged. |
| 416 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:07 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com> | FW: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 417 | | Message_Attachment | 8/17/2018 15:07 | | | | | SKM_C36818081510100 | Letter from NRA to AMc, dated 8/14/18. Attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 418 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:18 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 419 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 420 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 421 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:23 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 422 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:41 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 423 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:41 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 424 | Attorney-Client Communications; Work Product | Message | 8/17/2018 15:42 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com> | | FW: Message from KM_C368 | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 425 | Attorney-Client Communications; Work Product | Message | 8/20/2018 11:11 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 426 | Attorney-Client Communications; Work Product | Message | 8/20/2018 11:11 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 427 | Attorney-Client Communications; Work Product | Message | 8/20/2018 11:25 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: On behalf of Steve Ryan--Attached Draft Letter/attorney client privilege-attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests, and work product created in anticipation of litigation. |
| 428 | Attorney-Client Communications; Work Product | Message_Attachment | 8/20/2018 11:25 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests, and work product created in anticipation of litigation. |
| 429 | Forwarding Attorney-Client Communications and Work Product | Message | 8/20/2018 12:06 | Ashley Hackler <ashley-hackler@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: Letter - Fair Market Value Inquiry | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract, and work product created in anticipation of litigation. |
| 430 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/20/2018 12:06 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract, and work product created in anticipation of litigation. |
| 431 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 8/20/2018 12:06 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract, and work product created in anticipation of litigation. |
| 432 | Attorney-Client Communications; Work Product | Message | 8/20/2018 14:43 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 433 | Attorney-Client Communications; Work Product | Message | 8/20/2018 15:20 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 434 | Attorney-Client Communications; Work Product | Message | 8/20/2018 15:20 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: Message from KM_C368 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 435 | Attorney-Client Communications; Work Product | Message | 8/20/2018 15:43 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | conference call on audit letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 436 | Attorney-Client Communications; Work Product | Message | 8/20/2018 15:43 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | conference call on audit letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 437 | Attorney-Client Communications; Work Product | Message | 8/20/2018 20:37 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: On behalf of Steve Ryan--Attached Draft Letter/attorney client privilege-attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests, and work product created in anticipation of litigation. |
| 438 | | Message_Attachment | 8/20/2018 20:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 439 | | Message_Attachment | 8/20/2018 20:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 440 | Attorney-Client Communications; Work Product | Message | 8/21/2018 11:46 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: On behalf of Steve Ryan--Attached Draft Letter/attorney client privilege-attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 441 | Attorney-Client Communications; Work Product | Message | 8/21/2018 13:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Ashley Hackler <ashley-hackler@am.com> | | RE: Updated Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 442 | Attorney-Client Communications; Work Product | Message | 8/21/2018 13:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Ashley Hackler <ashley-hackler@am.com> | | RE: Updated Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 443 | Attorney-Client Communications; Work Product | Message | 8/21/2018 14:38 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <ashley-hackler@am.com> | | | FW: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 444 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 14:38 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 445 | Attorney-Client Communications; Work Product | Message | 8/21/2018 15:09 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | | | FW: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 446 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 15:09 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 447 | Attorney-Client Communications; Work Product | Message | 8/21/2018 15:50 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Letter to Brewer.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 448 | Attorney-Client Communications; Work Product | Message | 8/21/2018 16:37 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | | RE: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 449 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 16:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 450 | Attorney-Client Communications; Work Product | Message | 8/21/2018 16:37 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | | RE: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 451 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 16:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 452 | Attorney-Client Communications; Work Product | Message | 8/21/2018 17:17 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | Jay - including Melanie's input per our phone conversation. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 453 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 17:17 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 454 | Attorney-Client Communications; Work Product | Message | 8/21/2018 17:17 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | Jay - including Melanie's input per our phone conversation. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 455 | Attorney-Client Communications; Work Product | Message_Attachment | 8/21/2018 17:17 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 456 | Attorney-Client Communications; Work Product | Message | 8/21/2018 18:28 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com> | | RE: Jay - including Melanie's input per our phone conversation. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 457 | Attorney-Client Communications; Work Product | Message | 8/22/2018 10:01 | "Jordan, Cheryl" <Cajordan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 458 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 10:01 | | | | | | Draft correspondence of letter from AMc Counsel to NRA counsel. |
| 459 | Attorney-Client Communications; Work Product | Message | 8/22/2018 11:03 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 460 | Attorney-Client Communications; Work Product | Message | 8/22/2018 11:09 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 461 | Attorney-Client Communications; Work Product | Message | 8/22/2018 11:16 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 462 | Attorney-Client Communications; Work Product | Message | 8/22/2018 11:17 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 463 | Attorney-Client Communications; Work Product | Message | 8/22/2018 11:36 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Re: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 464 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 11:36 | | | | | | Draft correspondence of letter from AMc Counsel to NRA counsel. |
| 465 | Attorney-Client Communications | Message | 8/22/2018 12:01 | <betts.gina@dorsey.com> | <Lbasha@mwe.com> | <Revan-McQueen@am.com> | | Engagement Letter Comments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc-NRA business relationship. |
| 466 | Attorney-Client Communications | Message_Attachment | 8/22/2018 12:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship with AMc. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 467 | Attorney-Client Communications; Work Product | Message | 8/22/2018 12:22 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 468 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 12:22 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 469 | Attorney-Client Communications; Work Product | Message | 8/22/2018 12:28 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 470 | Attorney-Client Communications; Work Product | Message | 8/22/2018 12:28 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: On behalf of Steve Ryan -- Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 471 | Attorney-Client Communications; Work Product | Message | 8/22/2018 12:48 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | wfw changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 472 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 12:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 473 | Attorney-Client Communications; Work Product | Message | 8/22/2018 12:48 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | wfw changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 474 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 12:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 475 | Attorney-Client Communications; Work Product | Message | 8/22/2018 13:06 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: wfw changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 476 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 13:06 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 477 | Attorney-Client Communications; Work Product | Message | 8/22/2018 13:06 | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: wfw changes attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 478 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 13:06 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 479 | Attorney-Client Communications; Work Product | Message | 8/22/2018 15:40 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com> | | | FW: Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 480 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 15:40 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 481 | Attorney-Client Communications; Work Product | Message | 8/22/2018 15:58 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 482 | Attorney-Client Communications; Work Product | Message_Attachment | 8/22/2018 15:58 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 483 | Attorney-Client Communications | Message | 8/22/2018 16:04 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Re: Attached draft/Attorney Work Product-attorney client privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA business relationship. |
| 484 | Attorney-Client Communications; Work Product | Message | 8/24/2018 10:34 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com> | | FW: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 485 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 10:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 486 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 10:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 487 | Attorney-Client Communications; Work Product | Message | 8/24/2018 10:52 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 488 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 10:52 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 489 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 10:52 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 490 | Attorney-Client Communications; Work Product | Message | 8/24/2018 12:19 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 491 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 492 | Attorney-Client Communications; Work Product | Message_Attachment | 8/24/2018 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 493 | Attorney-Client Communications | Message | 8/24/2018 12:27 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests. |
| 494 | | Message_Attachment | 8/24/2018 12:27 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 495 | | Message_Attachment | 8/24/2018 12:27 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 496 | Attorney-Client Communications | Message | 8/27/2018 13:25 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 497 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 498 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 499 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 500 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 501 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 502 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 503 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 504 | | Message_Attachment | 8/27/2018 13:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 505 | Attorney-Client Communications; Work Product | Message | 8/27/2018 14:20 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Fwd: <no subject> | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding planned response to letter from NRA counsel, and work product created in anticipation of litigation. |
| 506 | | Message_Attachment | 8/27/2018 14:20 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 507 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 14:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding planned response to letter from NRA counsel, and work product created in anticipation of litigation. |
| 508 | Attorney-Client Communications; Work Product | Message | 8/27/2018 15:41 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Letter to Phillips | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA, and work product created in anticipation of litigation. |
| 509 | | Message_Attachment | 8/27/2018 15:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 510 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 15:41 | | | | | | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA, and work product created in anticipation of litigation. |
| 511 | | Message_Attachment | 8/27/2018 15:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 512 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 15:41 | | | | | | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA, and work product created in anticipation of litigation. |
| 513 | | Message_Attachment | 8/27/2018 15:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 514 | | Message_Attachment | 8/27/2018 15:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 515 | Attorney-Client Communications; Work Product | Message | 8/27/2018 16:37 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Please Read | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA, and work product created in anticipation of litigation. |
| 516 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 16:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA, and work product created in anticipation of litigation. |
| 517 | Attorney-Client Communications | Message | 8/27/2018 16:57 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 518 | | Message_Attachment | 8/27/2018 16:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 519 | Attorney-Client Communications; Work Product | Message | 8/27/2018 18:14 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com> | | Letter to Wilson H.Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence from AMc to NRA, and work product created in anticipation of litigation. |
| 520 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 18:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence from AMc to NRA, and work product created in anticipation of litigation. |
| 521 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 18:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence from AMc to NRA, and work product created in anticipation of litigation. |
| 522 | Attorney-Client Communications | Message | 8/27/2018 18:25 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 523 | Forwarding Attorney-Client Communications | Message | 8/27/2018 18:47 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | | | Fwd: Please Read. attorney client communication and work product. | AMc employee internally forwarding and discussing confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract. |
| 524 | Forwarding Attorney-Client Communications | Message_Attachment | 8/27/2018 18:47 | | | | | | AMc employee internally forwarding and discussing confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 525 | Forwarding Attorney-Client Communications | Message_Attachment | 8/27/2018 18:47 | | | | | | AMc employee internally forwarding and discussing confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding talent contract. |
| 526 | Attorney-Client Communications | Message | 8/27/2018 18:55 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 527 | | Message_Attachment | 8/27/2018 18:55 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 528 | | Message_Attachment | 8/27/2018 18:55 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 529 | Attorney-Client Communications; Work Product | Message | 8/27/2018 19:30 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document request, and work product created in anticipation of litigation. |
| 530 | Attorney-Client Communications; Work Product | Message | 8/27/2018 19:33 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document request, and work product created in anticipation of litigation. |
| 531 | | Message_Attachment | 8/27/2018 19:33 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 532 | | Message_Attachment | 8/27/2018 19:33 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 533 | | Message_Attachment | 8/27/2018 19:33 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 534 | Attorney-Client Communications | Message | 8/27/2018 19:35 | <betts.gina@dorsey.com> | <ariana-azimi@am.com> | <Revan-McQueen@am.com> | | Re: Letter to Wilson H.Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 535 | | Message_Attachment | 8/27/2018 19:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 536 | Attorney-Client Communications | Message | 8/27/2018 20:05 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Letter Final | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 537 | | Message_Attachment | 8/27/2018 20:05 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 538 | Attorney-Client Communications; Work Product | Message_Attachment | 8/27/2018 20:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 539 | Attorney-Client Communications | Message | 8/27/2018 20:25 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 540 | | Message_Attachment | 8/27/2018 20:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 541 | | Message_Attachment | 8/27/2018 20:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 542 | | Message_Attachment | 8/27/2018 20:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 543 | Attorney-Client Communications | Message | 8/27/2018 20:30 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 544 | | Message_Attachment | 8/27/2018 20:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 545 | | Message_Attachment | 8/27/2018 20:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 546 | Attorney-Client Communications | Message | 8/27/2018 20:30 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 547 | | Message_Attachment | 8/27/2018 20:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 548 | Attorney-Client Communications | Message | 8/27/2018 20:37 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 549 | | Message_Attachment | 8/27/2018 20:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 550 | Attorney-Client Communications | Message | 8/27/2018 20:42 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 551 | | Message_Attachment | 8/27/2018 20:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 552 | Attorney-Client Communications | Message | 8/27/2018 20:47 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | Re: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 553 | | Message_Attachment | 8/27/2018 20:47 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 554 | | Message_Attachment | 8/27/2018 20:47 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 555 | Attorney-Client Communications | Message | 8/28/2018 8:46 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 556 | Attorney-Client Communications | Message | 8/28/2018 8:46 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Please Read. attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 557 | Attorney-Client Communications; Work Product | Message | 8/28/2018 9:08 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Additional Items | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit, and work product created in anticipation of litigation. |
| 558 | Attorney-Client Communications; Work Product | Message_Attachment | 8/28/2018 9:08 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit, and work product created in anticipation of litigation. |
| 559 | Attorney-Client Communications; Work Product | Message_Attachment | 8/28/2018 9:08 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit, and work product created in anticipation of litigation. |
| 560 | Attorney-Client Communications; Work Product | Message | 8/28/2018 11:01 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Additional Items | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit, and work product created in anticipation of litigation. |
| 561 | Attorney-Client Communications; Work Product | Message_Attachment | 8/28/2018 11:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit, and work product created in anticipation of litigation. |
| 562 | Attorney-Client Communications | Message | 8/28/2018 18:14 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | Re: Additional Items | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit. |
| 563 | | Message_Attachment | 8/28/2018 18:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 564 | Attorney-Client Communications; Work Product | Message | 8/29/2018 11:26 | Ariana Azimi <ariana-azimi@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Timeline | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm requests for documents, and work product created in anticipation of litigation. |
| 565 | Attorney-Client Communications; Work Product | Message_Attachment | 8/29/2018 11:26 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm requests for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 566 | Attorney-Client Communications | Message | 8/29/2018 16:38 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | Re: Please Read | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and audit. |
| 567 | | Message_Attachment | 8/29/2018 16:38 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 568 | | Message_Attachment | 8/29/2018 16:38 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 569 | Attorney-Client Communications | Message | 8/30/2018 13:25 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "sryan@mwe.com" <sryan@mwe.com> | | | Fwd: Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about document requests. |
| 570 | | Message_Attachment | 8/30/2018 13:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 571 | | Message_Attachment | 8/30/2018 13:25 | | | | | SKM_C36818083013210 | Letter from NRA to AMc, dated 8/29/18. Attached to privileged email. Not privileged. |
| 572 | Attorney-Client Communications | Message | 8/30/2018 13:25 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "sryan@mwe.com" <sryan@mwe.com> | | | Fwd: Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA about document requests. |
| 573 | | Message_Attachment | 8/30/2018 13:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 574 | | Message_Attachment | 8/30/2018 13:25 | | | | | SKM_C36818083013210 | Letter from NRA to AMc, dated 8/29/18. Attached to privileged email. Not privileged. |
| 575 | Attorney-Client Communications | Message | 9/1/2018 19:17 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 576 | | Message_Attachment | 9/1/2018 19:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 577 | | Message_Attachment | 9/1/2018 19:17 | | | | | Microsoft Word - 2018.09.01 Ltr to AMC Counsel re North Contract.docx | Letter from NRA to AMc, dated 9/1/18. Attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 578 | Attorney-Client Communications; Work Product | Message | 9/1/2018 19:41 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "Gina E. Betts"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "bill-winkler@am.com" <bill-winkler@am.com> | | | Fwd: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 579 | | Message_Attachment | 9/1/2018 19:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 580 | | Message_Attachment | 9/1/2018 19:41 | | | | | Microsoft Word - 2018.09.01 Ltr to AMC Counsel re North Contract.docx | Letter from NRA to AMc, dated 9/1/18. Attached to privileged email. Not privileged. |
| 581 | Attorney-Client Communications | Message | 9/1/2018 19:43 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 582 | Attorney-Client Communications | Message | 9/1/2018 19:43 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 583 | Attorney-Client Communications | Message | 9/1/2018 23:19 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 584 | Attorney-Client Communications | Message | 9/2/2018 7:15 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 585 | Attorney-Client Communications | Message | 9/2/2018 7:58 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 586 | Attorney-Client Communications | Message | 9/2/2018 9:31 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 587 | Attorney-Client Communications | Message | 9/2/2018 10:13 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about Oliver North's contract. |
| 588 | Attorney-Client Communications; Work Product | Message | 9/2/2018 11:06 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Notes | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Lockton/CarryGuard, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 589 | Attorney-Client Communications; Work Product | Message_Attachment | 9/2/2018 11:06 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Lockton/CarryGuard, and work product created in anticipation of litigation. |
| 590 | Attorney-Client Communications | Message | 9/2/2018 13:43 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 591 | Attorney-Client Communications | Message | 9/2/2018 13:43 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 592 | Attorney-Client Communications | Message | 9/2/2018 13:48 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <bill-winkler@am.com> | | Re: National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about AMc's contract with Oliver North. |
| 593 | | Message_Attachment | 9/2/2018 13:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 594 | Attorney-Client Communications | Message | 9/2/2018 14:04 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | ", \"madrid.jay@dorsey.com" <betts.gina@dorsey.com> | | FW: Confidential: Col. North and the National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 595 | | Message_Attachment | 9/2/2018 14:04 | | | | | | Letter from NRA to AMc, dated 9/1/18. Attached to privileged email. Not privileged. |
| 596 | Attorney-Client Communications | Message | 9/2/2018 14:06 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | ", \"madrid.jay@dorsey.com" <betts.gina@dorsey.com> | | RE: Confidential: Col. North and the National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 597 | Attorney-Client Communications | Message | 9/2/2018 14:06 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: Confidential: Col. North and the National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 598 | Attorney-Client Communications | Message | 9/2/2018 14:13 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | RE: Confidential: Col. North and the National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 599 | Attorney-Client Communications | Message | 9/2/2018 14:17 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com> | | Re: Confidential: Col. North and the National Rifle Association | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 600 | Attorney-Client Communications | Message | 9/3/2018 9:33 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 601 | Attorney-Client Communications | Message | 9/3/2018 9:33 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 602 | Attorney-Client Communications | Message | 9/3/2018 10:13 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 603 | | Message_Attachment | 9/3/2018 10:13 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 604 | Attorney-Client Communications | Message | 9/3/2018 10:21 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 605 | | Message_Attachment | 9/3/2018 10:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 606 | Attorney-Client Communications | Message | 9/3/2018 10:21 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 607 | Attorney-Client Communications | Message | 9/3/2018 10:23 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 608 | | Message_Attachment | 9/3/2018 10:23 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 609 | | Message_Attachment | 9/3/2018 10:23 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 610 | Attorney-Client Communications | Message | 9/3/2018 10:30 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 611 | | Message_Attachment | 9/3/2018 10:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 612 | | Message_Attachment | 9/3/2018 10:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 613 | Attorney-Client Communications | Message | 9/3/2018 10:30 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 614 | Attorney-Client Communications | Message | 9/3/2018 10:42 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <SRyan@mwe.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 615 | | Message_Attachment | 9/3/2018 10:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 616 | | Message_Attachment | 9/3/2018 10:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 617 | | Message_Attachment | 9/3/2018 10:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 618 | Attorney-Client Communications; Work Product | Message | 9/3/2018 11:26 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 619 | | Message_Attachment | 9/3/2018 11:26 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 620 | | Message_Attachment | 9/3/2018 11:26 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 621 | Attorney-Client Communications | Message | 9/3/2018 11:41 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 622 | | Message_Attachment | 9/3/2018 11:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 623 | Attorney-Client Communications | Message | 9/3/2018 11:43 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 624 | Attorney-Client Communications | Message | 9/3/2018 13:04 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 625 | | Message_Attachment | 9/3/2018 13:04 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 626 | | Message_Attachment | 9/3/2018 13:04 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 627 | Attorney-Client Communications; Work Product | Message | 9/3/2018 13:05 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 628 | Attorney-Client Communications | Message | 9/3/2018 13:05 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 629 | Attorney-Client Communications | Message | 9/3/2018 13:05 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 630 | Attorney-Client Communications; Work Product | Message | 9/3/2018 17:06 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <sryan@mwe.com> | <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 631 | Attorney-Client Communications; Work Product | Message_Attachment | 9/3/2018 17:06 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 632 | Attorney-Client Communications | Message | 9/3/2018 17:12 | Bill Winkler <bill-winkler@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "sryan@mwe.com" <sryan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 633 | Attorney-Client Communications | Message | 9/3/2018 17:12 | Bill Winkler <bill-winkler@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "sryan@mwe.com" <sryan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 634 | Attorney-Client Communications | Message | 9/3/2018 17:13 | Bill Winkler <bill-winkler@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "sryan@mwe.com" <sryan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | RE: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 635 | Attorney-Client Communications; Work Product | Message | 9/3/2018 17:18 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <sryan@mwe.com> | <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 636 | Attorney-Client Communications; Work Product | Message_Attachment | 9/3/2018 17:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 637 | Attorney-Client Communications; Work Product | Message | 9/3/2018 17:34 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 638 | | Message_Attachment | 9/3/2018 17:34 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 639 | | Message_Attachment | 9/3/2018 17:34 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 640 | Attorney-Client Communications | Message | 9/3/2018 17:57 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <haydon.jean@dorsey.com>; <Revan-McQueen@am.com>; <sryan@mwe.com>; <madrid.jay@dorsey.com> | | Re: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 641 | | Message_Attachment | 9/3/2018 17:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 642 | | Message_Attachment | 9/3/2018 17:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 643 | Attorney-Client Communications; Work Product | Message | 9/3/2018 20:43 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com>; <bill-winkler@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com> | | | Fwd: Second letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 644 | | Message_Attachment | 9/3/2018 20:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 645 | Attorney-Client Communications; Work Product | Message_Attachment | 9/3/2018 20:43 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 646 | Attorney-Client Communications | Message | 9/3/2018 20:49 | <madrid.jay@dorsey.com> | <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <revan-mcqueen@am.com>; <betts.gina@dorsey.com> | | | Re: Second letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 647 | Attorney-Client Communications | Message | 9/3/2018 21:56 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Brandon-Winkler@am.com" <Brandon-Winkler@am.com>; "bill-winkler@am.com"<bill-winkler@am.com>; "revan-mcqueen@am.com" <revan-mcqueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Second letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents. |
| 648 | Attorney-Client Communications; Work Product | Message | 9/4/2018 6:13 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | "bill-winkler@am.com" <bill-winkler@am.com> | | Attorney client communication and work product Brewer draft. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 649 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 6:13 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 650 | Attorney-Client Communications; Work Product | Message | 9/4/2018 6:16 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | "bill-winkler@am.com" <bill-winkler@am.com> | | Brewer Letter: Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 651 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 6:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 652 | Attorney-Client Communications; Work Product | Message | 9/4/2018 6:25 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com>; "bill-winkler@am.com"<bill-winkler@am.com> | | | draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 653 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 6:25 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 654 | Attorney-Client Communications; Work Product | Message | 9/4/2018 7:31 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Brewer Letter: Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 655 | Attorney-Client Communications; Work Product | Message | 9/4/2018 7:31 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Brewer Letter: Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 656 | Attorney-Client Communications; Work Product | Message | 9/4/2018 9:10 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | North | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 657 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 9:10 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 658 | Attorney-Client Communications | Message | 9/4/2018 9:17 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: North. Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 659 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:00 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 660 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:00 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 661 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:04 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <Revan-McQueen@am.com> | <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 662 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:05 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan McQueen" <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 663 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:09 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <Revan-McQueen@am.com> | <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 664 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:26 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 665 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 10:26 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 666 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:33 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Re: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 667 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:33 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Re: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 668 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:33 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Lonnie Heim<ldheim@hbc-cpas.com> | RE: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 669 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:33 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Lonnie Heim<ldheim@hbc-cpas.com> | RE: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 670 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:34 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <bill-winkler@am.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com> | | RE: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 671 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:35 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 672 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:35 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 673 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:37 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <SRyan@mwe.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 674 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:41 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | RE: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 675 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:41 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | RE: Letter re Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 676 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:42 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 677 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:43 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 678 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:53 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 679 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:54 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "bill-winkler@am.com"<bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 680 | Attorney-Client Communications; Work Product | Message | 9/4/2018 10:54 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 681 | Attorney-Client Communications; Work Product | Message | 9/4/2018 11:01 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | | RE: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 682 | Attorney-Client Communications; Work Product | Message | 9/4/2018 11:12 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | Re: draft Letter to Phillips Jr. Attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 683 | | Message_Attachment | 9/4/2018 11:12 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 684 | | Message_Attachment | 9/4/2018 11:12 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 685 | Attorney-Client Communications; Work Product | Message | 9/4/2018 12:28 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 686 | Attorney-Client Communications | Message | 9/4/2018 12:28 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests and audit. |
| 687 | | Message_Attachment | 9/4/2018 12:28 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 688 | Attorney-Client Communications; Work Product | Message | 9/4/2018 13:03 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Re: Audit Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 689 | | Message_Attachment | 9/4/2018 13:03 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 690 | | Message_Attachment | 9/4/2018 13:03 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 691 | Attorney-Client Communications; Work Product | Message | 9/4/2018 15:15 | Revan McQueen <Revan-McQueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Brewer Letter: Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 692 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 15:15 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 693 | Attorney-Client Communications; Work Product | Message | 9/4/2018 15:15 | Revan McQueen <Revan-McQueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: Brewer Letter: Attorney client communication and work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 694 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 15:15 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 695 | Attorney-Client Communications; Work Product | Message | 9/4/2018 16:56 | Revan McQueen <Revan-McQueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | 3 letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 696 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 16:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 697 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 16:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 698 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 16:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 699 | Attorney-Client Communications; Work Product | Message | 9/4/2018 17:43 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Ryan revised North letter. attorney work product. Privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 700 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 17:43 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 701 | Attorney-Client Communications | Message | 9/4/2018 17:47 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | RE: Ryan revised North letter. attorney work product. Privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 702 | Attorney-Client Communications | Message | 9/4/2018 17:57 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Ryan revised North letter. attorney work product. Privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 703 | Attorney-Client Communications; Work Product | Message | 9/4/2018 18:05 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Two Letters to be Sent Today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 704 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 18:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 705 | Attorney-Client Communications; Work Product | Message_Attachment | 9/4/2018 18:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 706 | Attorney-Client Communications | Message | 9/5/2018 8:43 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 707 | Attorney-Client Communications | Message | 9/5/2018 9:13 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 708 | Attorney-Client Communications | Message | 9/5/2018 10:06 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 709 | Attorney-Client Communications | Message | 9/5/2018 10:12 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | RE: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 710 | Attorney-Client Communications; Work Product | Message | 9/5/2018 10:17 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding revisions to draft correspondence to NRA. |
| 711 | Attorney-Client Communications | Message | 9/5/2018 10:54 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | | FW: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about document requests. |
| 712 | Attorney-Client Communications | Message | 9/5/2018 11:07 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about document requests. |
| 713 | Attorney-Client Communications; Work Product | Message | 9/5/2018 11:42 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 714 | Attorney-Client Communications; Work Product | Message_Attachment | 9/5/2018 11:42 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 715 | Attorney-Client Communications; Work Product | Message | 9/5/2018 12:01 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "bill-winkler@am.com" <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 716 | Attorney-Client Communications | Message | 9/5/2018 12:57 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and Oliver North's contract, and work product created in anticipation of litigation relating to state agency investigations into the NRA and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 717 | | Message_Attachment | 9/5/2018 12:57 | | | | | | Letter from NRA to AMc, dated 9/1/18. Attached to privileged email. Not privileged. |
| 718 | Attorney-Client Communications; Work Product | Message | 9/5/2018 12:58 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 719 | | Message_Attachment | 9/5/2018 12:58 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 720 | Attorney-Client Communications; Work Product | Message | 9/5/2018 12:58 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 721 | | Message_Attachment | 9/5/2018 12:58 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 722 | Attorney-Client Communications | Message | 9/5/2018 13:00 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document request and Oliver North's contract. |
| 723 | Attorney-Client Communications | Message | 9/5/2018 13:06 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding sending correspondence to NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 724 | Attorney-Client Communications | Message | 9/5/2018 13:07 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding sending correspondence to NRA counsel. |
| 725 | | Message_Attachment | 9/5/2018 13:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 726 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:23 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | <madrid.jay@dorsey.com> | | Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 727 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:26 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 728 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:27 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | RE: Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 729 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:29 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 730 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:35 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 731 | Attorney-Client Communications; Work Product | Message | 9/5/2018 13:35 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com> | | RE: Draft Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding confidentiality of Oliver North's contract, and work product created in anticipation of litigation. |
| 732 | Attorney-Client Communications | Message | 9/5/2018 13:57 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | | RE: On behalf of Steve Ryan -- Attached Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about Oliver North's contract. |
| 733 | Attorney-Client Communications | Message | 9/5/2018 15:17 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence sent to NRA counsel about Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 734 | Attorney-Client Communications | Message | 9/5/2018 15:31 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Final to Bill | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel about Oliver North's contract. |
| 735 | Attorney-Client Communications | Message | 9/5/2018 17:14 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Conference call. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract. |
| 736 | Attorney-Client Communications | Message | 9/5/2018 17:20 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: Conference call. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract. |
| 737 | Attorney-Client Communications | Message | 9/5/2018 17:42 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | FW: Confidential Information | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from Oliver North's counsel about Oliver North's contract. |
| 738 | Attorney-Client Communications | Message | 9/5/2018 18:43 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: Conference call. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract. |
| 739 | Attorney-Client Communications; Work Product | Message | 9/5/2018 20:44 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Response | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract, and work product created in anticipation of litigation. |
| 740 | Attorney-Client Communications; Work Product | Message_Attachment | 9/5/2018 20:44 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract, and work product created in anticipation of litigation. |
| 741 | Attorney-Client Communications; Work Product | Message | 9/6/2018 6:44 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |
| 742 | Attorney-Client Communications; Work Product | Message | 9/6/2018 6:44 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures and NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 743 | Attorney-Client Communications | Message | 9/6/2018 7:31 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Status of Remaining Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract and NRA document and information requests. |
| 744 | Attorney-Client Communications | Message | 9/6/2018 8:29 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Status of Remaining Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract and NRA document and information requests. |
| 745 | Attorney-Client Communications | Message | 9/6/2018 8:32 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | <madrid.jay@dorsey.com> | | RE: Status of Remaining Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract and NRA document and information requests. |
| 746 | Attorney-Client Communications | Message | 9/6/2018 8:35 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com>; <SRyan@mwe.com> | | | RE: Conference call | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract and NRA document and information requests. |
| 747 | Attorney-Client Communications | Message | 9/6/2018 9:41 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com> | <betts.gina@dorsey.com> | | Fwd: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel. |
| 748 | | Message_Attachment | 9/6/2018 9:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 749 | | Message_Attachment | 9/6/2018 9:41 | | | | | | Letter from AMc to NRA, dated 9/5/18. Attached to privilegd email. Not privileged. |
| 750 | Attorney-Client Communications | Message_Attachment | 9/6/2018 9:41 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel. |
| 751 | | Message_Attachment | 9/6/2018 9:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 752 | Attorney-Client Communications | Message | 9/6/2018 9:43 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel. |
| 753 | | Message_Attachment | 9/6/2018 9:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 754 | | Message_Attachment | 9/6/2018 9:43 | | | | | | Letter from AMc to NRA, dated 9/5/18. Attached to privilegd email. Not privileged. |
| 755 | Attorney-Client Communications | Message_Attachment | 9/6/2018 9:43 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel. |
| 756 | | Message_Attachment | 9/6/2018 9:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 757 | Attorney-Client Communications; Work Product | Message | 9/6/2018 10:35 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: Attorney work product draft. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence with NRA counsel about Oliver North's contract, and work product created in anticipation of litigation. |
| 758 | Attorney-Client Communications; Work Product | Message | 9/6/2018 10:43 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Attorney work product draft. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence with NRA counsel about Oliver North's contract, and work product created in anticipation of litigation. |
| 759 | Attorney-Client Communications; Work Product | Message | 9/6/2018 11:02 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Fwd: Out-of-Pocket Expenses | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedure and expenses, and work product created in anticipation of litigation. |
| 760 | Attorney-Client Communications; Work Product | Message | 9/6/2018 11:05 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | | Fwd: Carry Guard, Special Assignments and Out-of-Pocket Expenses | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA information requests about CarryGuard and AMc expenses, and work product created in anticipation of litigation. |
| 761 | Attorney-Client Communications; Work Product | Message | 9/6/2018 11:17 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: Attorney work product draft. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding. |
| 762 | | Message_Attachment | 9/6/2018 11:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 763 | Attorney-Client Communications; Work Product | Message | 9/6/2018 11:25 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | FW: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding. |
| 764 | Attorney-Client Communications | Message | 9/6/2018 12:08 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com> | | FW: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for Oliver North's contract. |
| 765 | Attorney-Client Communications; Work Product | Message | 9/6/2018 12:30 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com>; <sryan@mwe.com> | <madrid.jay@dorsey.com> | | On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA regarding special assignments, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 766 | Attorney-Client Communications; Work Product | Message_Attachment | 9/6/2018 12:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA regarding special assignments, and work product created in anticipation of litigation. |
| 767 | Attorney-Client Communications | Message | 9/6/2018 13:29 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | Re: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 768 | | Message_Attachment | 9/6/2018 13:29 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 769 | Attorney-Client Communications; Work Product | Message | 9/6/2018 13:30 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com> | | RE: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 770 | Attorney-Client Communications | Message | 9/6/2018 14:37 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | Re: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 771 | | Message_Attachment | 9/6/2018 14:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 772 | | Message_Attachment | 9/6/2018 14:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 773 | | Message_Attachment | 9/6/2018 14:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 774 | Attorney-Client Communications; Work Product | Message | 9/6/2018 14:48 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 775 | Attorney-Client Communications | Message | 9/6/2018 14:57 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 776 | | Message_Attachment | 9/6/2018 14:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 777 | Attorney-Client Communications; Work Product | Message | 9/6/2018 15:19 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 778 | Attorney-Client Communications; Work Product | Message | 9/6/2018 15:28 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 779 | Attorney-Client Communications; Work Product | Message | 9/6/2018 15:29 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 780 | Attorney-Client Communications; Work Product | Message | 9/6/2018 15:36 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 781 | Attorney-Client Communications; Work Product | Message | 9/6/2018 15:40 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Re: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and work product created in anticipation of litigation. |
| 782 | | Message_Attachment | 9/6/2018 15:40 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 783 | Attorney-Client Communications | Message | 9/6/2018 16:44 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 784 | Attorney-Client Communications | Message | 9/6/2018 18:10 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | Re: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 785 | | Message_Attachment | 9/6/2018 18:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 786 | Attorney-Client Communications | Message | 9/6/2018 19:05 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 787 | | Message_Attachment | 9/6/2018 19:05 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 788 | Attorney-Client Communications | Message | 9/6/2018 21:58 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Confidential | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 789 | Attorney-Client Communications | Message | 9/6/2018 21:59 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Privileged and Confidential | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 790 | Attorney-Client Communications | Message | 9/6/2018 21:59 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Audit Committee agenda | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 791 | Attorney-Client Communications; Work Product | Message | 9/6/2018 23:24 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | Re: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract, and Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding |
| 792 | | Message_Attachment | 9/6/2018 23:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 793 | Attorney-Client Communications | Message | 9/6/2018 23:25 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Fwd: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 794 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 795 | | Message_Attachment | 9/6/2018 23:25 | | | | | wdNOSTAMP | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 796 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 797 | | Message_Attachment | 9/6/2018 23:25 | | | | | wdNOSTAMP | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 798 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 799 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 800 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 801 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 802 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 803 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Letter from NRA to AMc, dated 9/6/18. Attached to privileged email. Not privileged. |
| 804 | Attorney-Client Communications | Message_Attachment | 9/6/2018 23:25 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 805 | | Message_Attachment | 9/6/2018 23:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 806 | Attorney-Client Communications | Message | 9/7/2018 8:43 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | Re: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about Oliver North's contract and audit procedure. |
| 807 | | Message_Attachment | 9/7/2018 8:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 808 | Attorney-Client Communications | Message | 9/7/2018 9:35 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan-McQueen@am.com" <Revan-McQueen@am.com> | | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about Oliver North's contract and audit procedure. |
| 809 | Attorney-Client Communications | Message | 9/7/2018 11:07 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence in response to letter from NRA counsel. |
| 810 | | Message_Attachment | 9/7/2018 11:07 | | | | | wdNOSTAMP | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 811 | | Message_Attachment | 9/7/2018 11:07 | | | | | wdNOSTAMP | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 812 | | Message_Attachment | 9/7/2018 11:07 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 813 | | Message_Attachment | 9/7/2018 11:07 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 814 | | Message_Attachment | 9/7/2018 11:07 | | | | | | Letter from NRA to AMc, dated 9/6/18. Attached to privileged email. Not privileged. |
| 815 | Attorney-Client Communications | Message | 9/7/2018 14:11 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | RE: draft. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract. |
| 816 | Attorney-Client Communications; Work Product | Message | 9/7/2018 18:36 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 817 | Attorney-Client Communications; Work Product | Message_Attachment | 9/7/2018 18:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 818 | Attorney-Client Communications | Message | 9/7/2018 18:43 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests. |
| 819 | | Message_Attachment | 9/7/2018 18:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 820 | Attorney-Client Communications; Work Product | Message | 9/10/2018 12:32 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: v. 1 PR issue, attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding a public relations concern. |
| 821 | Attorney-Client Communications; Work Product | Message | 9/10/2018 12:33 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel about NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 822 | Attorney-Client Communications; Work Product | Message_Attachment | 9/10/2018 12:33 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA counsel about NRA request for documents, and work product created in anticipation of litigation. |
| 823 | Attorney-Client Communications | Message | 9/10/2018 12:39 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 824 | Attorney-Client Communications | Message | 9/10/2018 13:21 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 825 | Attorney-Client Communications; Work Product | Message | 9/10/2018 13:52 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 826 | Attorney-Client Communications; Work Product | Message_Attachment | 9/10/2018 13:52 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 827 | Attorney-Client Communications; Work Product | Message | 9/10/2018 14:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 828 | Attorney-Client Communications; Work Product | Message | 9/10/2018 14:21 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 829 | Attorney-Client Communications; Work Product | Message | 9/10/2018 15:02 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com> | | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 830 | Attorney-Client Communications; Work Product | Message | 9/10/2018 16:15 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 831 | | Message_Attachment | 9/10/2018 16:15 | | | | | | Letter from NRA to AMc, dated 8/29/18. Attached to privileged email. Not privileged. |
| 832 | Attorney-Client Communications; Work Product | Message | 9/10/2018 17:07 | Brandon Winkler <Brandon-Winkler@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 833 | Attorney-Client Communications; Work Product | Message | 9/10/2018 17:07 | Brandon Winkler <Brandon-Winkler@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Audit Protocol Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 834 | Attorney-Client Communications; Work Product | Message | 9/10/2018 17:54 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 835 | | Message_Attachment | 9/10/2018 17:54 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 836 | Attorney-Client Communications; Work Product | Message | 9/10/2018 17:56 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com> | <Brandon-Winkler@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 837 | Attorney-Client Communications; Work Product | Message_Attachment | 9/10/2018 17:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 838 | Attorney-Client Communications | Message | 9/10/2018 18:00 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | <SRyan@mwe.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 839 | Attorney-Client Communications; Work Product | Message | 9/10/2018 18:06 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 840 | Attorney-Client Communications; Work Product | Message | 9/10/2018 18:06 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 841 | Attorney-Client Communications; Work Product | Message | 9/10/2018 18:42 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 842 | | Message_Attachment | 9/10/2018 18:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 843 | | Message_Attachment | 9/10/2018 18:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 844 | Attorney-Client Communications | Message | 9/11/2018 7:49 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 845 | | Message_Attachment | 9/11/2018 7:49 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 846 | | Message_Attachment | 9/11/2018 7:49 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 847 | | Message_Attachment | 9/11/2018 7:49 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 848 | Attorney-Client Communications; Work Product | Message | 9/11/2018 10:30 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Brewer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 849 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 10:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 850 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 10:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 851 | Attorney-Client Communications; Work Product | Message | 9/11/2018 16:22 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | draft letter to Brewer - SMR Redline. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 852 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 16:22 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 853 | Attorney-Client Communications; Work Product | Message | 9/11/2018 17:16 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | letter attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 854 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 17:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 855 | Attorney-Client Communications; Work Product | Message | 9/11/2018 17:16 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | letter attached | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 856 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 17:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 857 | Attorney-Client Communications | Message | 9/11/2018 17:49 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: draft letter to Brewer - SMR Redline. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 858 | Attorney-Client Communications; Work Product | Message | 9/11/2018 19:05 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com> | | FW: Letter to Phillips | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 859 | Attorney-Client Communications; Work Product | Message_Attachment | 9/11/2018 19:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 860 | Attorney-Client Communications | Message | 9/11/2018 19:07 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 861 | | Message_Attachment | 9/11/2018 19:07 | | | | | | Letter from AMc to NRA, dated 9/11/18. Attached to privilegd email. Not privileged. |
| 862 | Attorney-Client Communications | Message | 9/12/2018 16:31 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Please don't forget | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 863 | Attorney-Client Communications | Message_Attachment | 9/12/2018 16:31 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 864 | Attorney-Client Communications | Message | 9/12/2018 16:31 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: Please don't forget | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 865 | Attorney-Client Communications | Message_Attachment | 9/12/2018 16:31 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 866 | Attorney-Client Communications | Message | 9/13/2018 9:37 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding response letter from NRA counsel. |
| 867 | | Message_Attachment | 9/13/2018 9:37 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 868 | | Message_Attachment | 9/13/2018 9:37 | | | | | | Exhibit from W. Brewer correspondence attached to privileged email. Not privileged. |
| 869 | | Message_Attachment | 9/13/2018 9:37 | | | | | | Letter from NRA to AMc, dated 9/12/18. Attached to privilegd email. Not privileged. |
| 870 | Attorney-Client Communications | Message | 9/13/2018 9:39 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: On behalf of Jay Madrid. Attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding response correspondence to NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 871 | Attorney-Client Communications | Message | 9/13/2018 9:42 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: On behalf of Jay Madrid. Attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding response correspondence to NRA counsel. |
| 872 | | Message_Attachment | 9/13/2018 9:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 873 | | Message_Attachment | 9/13/2018 9:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 874 | Attorney-Client Communications | Message | 9/13/2018 11:17 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 875 | Attorney-Client Communications | Message | 9/13/2018 11:17 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 876 | Attorney-Client Communications | Message | 9/13/2018 11:18 | <betts.gina@dorsey.com> | <lacey-cremer@am.com>; <madrid.jay@dorsey.com> | <bill-winkler@am.com> | | RE: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 877 | Attorney-Client Communications | Message | 9/13/2018 11:20 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 878 | Attorney-Client Communications | Message | 9/13/2018 11:20 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 879 | Attorney-Client Communications | Message | 9/13/2018 11:22 | <betts.gina@dorsey.com> | <lacey-cremer@am.com>; <madrid.jay@dorsey.com> | <bill-winkler@am.com> | | RE: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 880 | Attorney-Client Communications | Message | 9/13/2018 11:42 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <lacey-cremer@am.com> | <bill-winkler@am.com> | | RE: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 881 | Attorney-Client Communications | Message | 9/13/2018 11:56 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <lacey-cremer@am.com> | <bill-winkler@am.com> | | RE: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 882 | Attorney-Client Communications | Message | 9/13/2018 12:02 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 883 | Attorney-Client Communications | Message | 9/13/2018 12:03 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 884 | Attorney-Client Communications | Message | 9/13/2018 12:11 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com>; <betts.gina@dorsey.com> | <bill-winkler@am.com> | | RE: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit procedures. |
| 885 | Attorney-Client Communications | Message | 9/13/2018 12:23 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: Lockton | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 886 | | Message_Attachment | 9/13/2018 12:23 | | | | | | Joint Stipulation and Protective Order in Lockton Matter. Attached to privileged email and publicly available. |
| 887 | Attorney-Client Communications | Message | 9/13/2018 14:32 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: NRA - 9/13/18 - Lawyer representing NRA is kicked out of Virginia federal case | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter and NRA audit request. |
| 888 | Attorney-Client Communications | Message | 9/13/2018 15:00 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: NRA - 9/13/18 - Lawyer representing NRA is kicked out of Virginia federal case | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter and NRA audit request. |
| 889 | Attorney-Client Communications | Message | 9/13/2018 15:02 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: NRA - 9/13/18 - Lawyer representing NRA is kicked out of Virginia federal case | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter and NRA audit request. |
| 890 | Attorney-Client Communications | Message | 9/13/2018 15:02 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: NRA - 9/13/18 - Lawyer representing NRA is kicked out of Virginia federal case | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter and NRA audit request. |
| 891 | Attorney-Client Communications | Message | 9/13/2018 15:06 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: NRA - 9/13/18 - Lawyer representing NRA is kicked out of Virginia federal case | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Lockton/CarryGuard matter and NRA audit request. |
| 892 | Attorney-Client Communications | Message | 9/13/2018 17:05 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | FW: Brewer team and document inspections | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA about legal representation and pending audit. |
| 893 | Attorney-Client Communications | Message | 9/13/2018 18:07 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Bill Winkler<bill-winkler@am.com> | | Re: prep for next week | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audit request. |
| 894 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 895 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 896 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 897 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 898 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 899 | | Message_Attachment | 9/13/2018 18:07 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 900 | Attorney-Client Communications; Work Product | Message | 9/14/2018 13:26 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | <SRyan@mwe.com>; <bill-winkler@am.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about audit procedures, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 901 | Attorney-Client Communications; Work Product | Message_Attachment | 9/14/2018 13:26 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about audit procedures, and work product created in anticipation of litigation. |
| 902 | Attorney-Client Communications; Work Product | Message | 9/14/2018 13:39 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about audit procedures, and work product created in anticipation of litigation. |
| 903 | Attorney-Client Communications; Work Product | Message | 9/14/2018 14:18 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA counsel about audit procedures, and work product created in anticipation of litigation. |
| 904 | Attorney-Client Communications | Message | 9/14/2018 15:54 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: Brewer team and document inspections | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding participants in audit procedures. |
| 905 | | Message_Attachment | 9/14/2018 15:54 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 906 | Attorney-Client Communications | Message | 9/14/2018 16:40 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: Brewer team and document inspections | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding participants in audit procedures. |
| 907 | Attorney-Client Communications; Work Product | Message | 9/17/2018 14:56 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: <no subject> | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding, and work product created in anticipation of litigation. |
| 908 | Attorney-Client Communications; Work Product | Message_Attachment | 9/17/2018 14:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding, and work product created in anticipation of litigation. |
| 909 | Attorney-Client Communications; Work Product | Message | 9/17/2018 14:56 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | FW: <no subject> | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding, and work product created in anticipation of litigation. |
| 910 | Attorney-Client Communications; Work Product | Message_Attachment | 9/17/2018 14:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding, and work product created in anticipation of litigation. |
| 911 | Work Product | Message | 9/17/2018 15:18 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Report from this morning - ACC/AWP | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 912 | Work Product | Message_Attachment | 9/17/2018 15:18 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 913 | Work Product | Message | 9/17/2018 20:17 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Re: Report from this morning - ACC/AWP | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 914 | Work Product | Message_Attachment | 9/17/2018 20:17 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 915 | Work Product | Message | 9/17/2018 21:46 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | | Re: Report from this morning - ACC/AWP | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 916 | Attorney-Client Communications; Work Product | Message | 9/17/2018 23:00 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: new invoice | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 917 | Attorney-Client Communications; Work Product | Message | 9/18/2018 8:53 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 918 | Attorney-Client Communications; Work Product | Message_Attachment | 9/18/2018 8:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 919 | Attorney-Client Communications; Work Product | Message_Attachment | 9/18/2018 8:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 920 | Attorney-Client Communications; Work Product | Message_Attachment | 9/18/2018 8:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 921 | Attorney-Client Communications; Work Product | Message | 9/18/2018 8:58 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <bill-winkler@am.com> | | Re: Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 922 | | Message_Attachment | 9/18/2018 8:58 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 923 | Attorney-Client Communications; Work Product | Message | 9/18/2018 9:22 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding audit by Brewer Firm, and work product created in anticipation of litigation. |
| 924 | Attorney-Client Communications; Work Product | Message | 9/18/2018 9:25 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 925 | Attorney-Client Communications; Work Product | Message | 9/18/2018 9:38 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com>; <bill-winkler@am.com> | | RE: Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 926 | Attorney-Client Communications; Work Product | Message | 9/18/2018 10:43 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Re: Attorney Client Coverage/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audit and document requests, and work product created in anticipation of litigation. |
| 927 | | Message_Attachment | 9/18/2018 10:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 928 | Attorney-Client Communications | Message | 9/18/2018 11:31 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | FW: new invoice - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 929 | Attorney-Client Communications; Work Product | Message | 9/18/2018 13:04 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | <SRyan@mwe.com> | | FW: Letter to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 930 | Attorney-Client Communications; Work Product | Message_Attachment | 9/18/2018 13:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 931 | Work Product | Message | 9/18/2018 16:11 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | for review - ACC/AWP | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 932 | Work Product | Message_Attachment | 9/18/2018 16:11 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 933 | Work Product | Message_Attachment | 9/18/2018 16:11 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 934 | Work Product | Message_Attachment | 9/18/2018 16:11 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 935 | Work Product | Message_Attachment | 9/18/2018 16:11 | | | | | | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 936 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:00 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Fwd: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 937 | | Message_Attachment | 9/18/2018 18:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 938 | | Message_Attachment | 9/18/2018 18:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 939 | | Message_Attachment | 9/18/2018 18:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 940 | Work Product | Message_Attachment | 9/18/2018 18:00 | | | | | | Work product compilation of AMc invoices. |
| 941 | | Message_Attachment | 9/18/2018 18:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 942 | Work Product | Message_Attachment | 9/18/2018 18:00 | | | | | | Work product compilation of AMc invoices. |
| 943 | | Message_Attachment | 9/18/2018 18:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 944 | Work Product | Message_Attachment | 9/18/2018 18:00 | | | | | | Work product compilation of AMc invoices. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 945 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:17 | <betts.gina@dorsey.com> | <lacey-cremer@am.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 946 | | Message_Attachment | 9/18/2018 18:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 947 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:22 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 948 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:24 | <betts.gina@dorsey.com> | <lacey-cremer@am.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 949 | | Message_Attachment | 9/18/2018 18:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 950 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:29 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 951 | Attorney-Client Communications | Message | 9/18/2018 18:33 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Ariana Azimi <ariana-azimi@am.com>; Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Only document that was taken - acc/awp | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding documents in NRA audit. |
| 952 | | Message_Attachment | 9/18/2018 18:33 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 953 | Attorney-Client Communications | Message_Attachment | 9/18/2018 18:33 | | | | | | Excel spreadsheet regarding CarryGuard marketing and strategy. |
| 957 | Attorney-Client Communications; Work Product | Message | 9/18/2018 18:35 | <betts.gina@dorsey.com> | <lacey-cremer@am.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 958 | | Message_Attachment | 9/18/2018 18:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 959 | Attorney-Client Communications | Message | 9/19/2018 7:49 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com>; <Brandon-Winkler@am.com>; <bill-winkler@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | | Fwd: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 960 | Attorney-Client Communications; Work Product | Message | 9/19/2018 9:59 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Gina Betts <betts.gina@dorsey.com> | | | Re: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 961 | | Message_Attachment | 9/19/2018 9:59 | | | | | | AMc invoiced attached to privileged email. Not privileged and previously produced. |
| 962 | Attorney-Client Communications | Message | 9/19/2018 10:41 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 963 | Attorney-Client Communications | Message | 9/19/2018 10:41 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 964 | Attorney-Client Communications | Message | 9/19/2018 10:44 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 965 | Attorney-Client Communications | Message | 9/19/2018 10:47 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 966 | Attorney-Client Communications; Work Product | Message | 9/19/2018 10:57 | <betts.gina@dorsey.com> | <lacey-cremer@am.com> | | | RE: for review - ACC/AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 967 | Attorney-Client Communications | Message | 9/19/2018 11:51 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 968 | Attorney-Client Communications | Message | 9/19/2018 12:39 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 969 | Attorney-Client Communications | Message | 9/19/2018 12:39 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 970 | Attorney-Client Communications | Message | 9/19/2018 13:28 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 971 | Attorney-Client Communications | Message | 9/19/2018 13:33 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 972 | Attorney-Client Communications | Message | 9/19/2018 14:17 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | FW: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 973 | Attorney-Client Communications | Message | 9/19/2018 14:17 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | FW: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 974 | Attorney-Client Communications | Message | 9/19/2018 14:21 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Copies of AMc records | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit procedures. |
| 975 | Forwarding Attorney-Client Communications | Message | 9/19/2018 17:00 | Ashley Hackler <ashley-hackler@am.com> | Bill Winkler <bill-winkler@am.com> | | | FW: Letter from Gina (Jay drafted) to Frazer yesterday | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 976 | Forwarding Attorney-Client Communications | Message_Attachment | 9/19/2018 17:00 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 977 | Attorney-Client Communications | Message | 9/19/2018 18:04 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com> | | | FW: NRA / Ackerman: Video Copying, Legal Fees | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 978 | Attorney-Client Communications | Message_Attachment | 9/19/2018 18:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 979 | Attorney-Client Communications | Message_Attachment | 9/19/2018 18:04 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 980 | Attorney-Client Communications | Message_Attachment | 9/19/2018 18:04 | | | | | ackmc agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 981 | Attorney-Client Communications; Work Product | Message | 9/19/2018 18:38 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | | DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 982 | Attorney-Client Communications; Work Product | Message | 9/19/2018 18:45 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com> | | | RE: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 983 | | Message_Attachment | 9/19/2018 18:45 | | | | | | Letter from AMc to NRA, dated 8/15/18. Attached to privilegd email. Not privileged. |
| 984 | Attorney-Client Communications; Work Product | Message | 9/19/2018 20:43 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 985 | Attorney-Client Communications; Work Product | Message | 9/19/2018 21:09 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 986 | Attorney-Client Communications; Work Product | Message | 9/19/2018 21:17 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 987 | Attorney-Client Communications | Message | 9/19/2018 21:32 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests and audit procedures. |
| 988 | | Message_Attachment | 9/19/2018 21:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 989 | | Message_Attachment | 9/19/2018 21:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 990 | | Message_Attachment | 9/19/2018 21:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 991 | Attorney-Client Communications | Message | 9/20/2018 10:16 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Fwd: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices. |
| 992 | | Message_Attachment | 9/20/2018 10:16 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 993 | Attorney-Client Communications; Work Product | Message | 9/20/2018 10:46 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com> | | | RE: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 994 | Attorney-Client Communications; Work Product | Message | 9/20/2018 10:52 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | Re: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 995 | | Message_Attachment | 9/20/2018 10:52 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 996 | | Message_Attachment | 9/20/2018 10:52 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 997 | Attorney-Client Communications; Work Product | Message | 9/20/2018 10:56 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | Re: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 998 | Attorney-Client Communications; Work Product | Message | 9/20/2018 10:56 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | Re: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 999 | | Message_Attachment | 9/20/2018 10:56 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1000 | Attorney-Client Communications; Work Product | Message | 9/20/2018 10:59 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 1001 | | Message_Attachment | 9/20/2018 10:59 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1002 | | Message_Attachment | 9/20/2018 10:59 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1003 | | Message_Attachment | 9/20/2018 10:59 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1004 | Attorney-Client Communications; Work Product | Message | 9/20/2018 12:26 | Christy DeGiusti <christy-degiusti@am.com> | Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon- | Ariana Azimi <ariana-azimi@am.com> | | RE: media invoices backup - ACC/AWP | Confidential internal communications to gather information to send to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA audits, and work product created in anticipation of litigation. |
| 1005 | Attorney-Client Communications; Work Product | Message | 9/20/2018 12:45 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | Re: NR Production invoices | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc invoice practices, and work product created in anticipation of litigation. |
| 1006 | | Message_Attachment | 9/20/2018 12:45 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1007 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:10 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | <SRyan@mwe.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | FW: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1008 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:16 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1009 | | Message_Attachment | 9/20/2018 13:16 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1010 | | Message_Attachment | 9/20/2018 13:16 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1011 | | Message_Attachment | 9/20/2018 13:16 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1012 | | Message_Attachment | 9/20/2018 13:16 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1013 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:18 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | RE: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1014 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:30 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com> | | FW: E-Mail | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1015 | Attorney-Client Communications | Message_Attachment | 9/20/2018 13:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation relating to Lockton/CarryGuard and state agency investigations into the NRA, and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 1016 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:30 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1017 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:33 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: E-Mail | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1018 | Attorney-Client Communications; Work Product | Message_Attachment | 9/20/2018 13:33 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1019 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:33 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: E-Mail | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1020 | Attorney-Client Communications; Work Product | Message_Attachment | 9/20/2018 13:33 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1021 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:38 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | RE: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1022 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:46 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications from Brewer Firm, and work product created in anticipation of litigation. |
| 1023 | | Message_Attachment | 9/20/2018 13:46 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1024 | | Message_Attachment | 9/20/2018 13:46 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1025 | | Message_Attachment | 9/20/2018 13:46 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1026 | | Message_Attachment | 9/20/2018 13:46 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1027 | Attorney-Client Communications; Work Product | Message | 9/20/2018 13:48 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: DRAFT/ATTORNEY CLIENT CORRESPONDENCE--please edit. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about document requests and audit procedures, and work product created in anticipation of litigation. |
| 1028 | | Message_Attachment | 9/20/2018 13:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1029 | | Message_Attachment | 9/20/2018 13:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1030 | Attorney-Client Communications; Work Product | Message | 9/20/2018 14:17 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | FW: Email 4820-4813-1955 v.2.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1031 | Attorney-Client Communications; Work Product | Message_Attachment | 9/20/2018 14:17 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1032 | Attorney-Client Communications; Work Product | Message | 9/20/2018 14:18 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com> | | Re: Email 4820-4813-1955 v.2.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1033 | | Message_Attachment | 9/20/2018 14:18 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1034 | Attorney-Client Communications; Work Product | Message | 9/20/2018 14:42 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: Email 4820-4813-1955 v.2.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1035 | Attorney-Client Communications; Work Product | Message | 9/20/2018 14:42 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: Email 4820-4813-1955 v.2.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and communications from NRA counsel, and work product created in anticipation of litigation. |
| 1036 | Attorney-Client Communications | Message | 9/21/2018 9:01 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <revan-mcqueen@am.com>; <madrid.jay@dorsey.com>; <Brandon-Winkler@am.com>; <SRyan@mwe.com> | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1037 | Attorney-Client Communications | Message_Attachment | 9/21/2018 9:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1038 | Attorney-Client Communications | Message_Attachment | 9/21/2018 9:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1039 | Work Product | Message | 9/21/2018 13:09 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | <no subject> | Confidential internal communications to gather information regarding Carry Guard requested by counsel at Dorsey & Whiteny for purposes of obtaining legal advice regarding same, and work product created in anticipation of litigation. |
| 1040 | Work Product | Message_Attachment | 9/21/2018 13:09 | | | | | | Confidential internal communications to gather information regarding Carry Guard requested by counsel at Dorsey & Whiteny for purposes of obtaining legal advice regarding same, and work product created in anticipation of litigation. |
| 1041 | Work Product | Message_Attachment | 9/21/2018 13:09 | | | | | Ackerman Analysis.xlsx | Confidential internal communications to gather information regarding Carry Guard requested by counsel at Dorsey & Whiteny for purposes of obtaining legal advice regarding same, and work product created in anticipation of litigation. |
| 1042 | Work Product | Message_Attachment | 9/21/2018 13:09 | | | | | Exhibit B CG budgets 2016 2017 Actuals and 2018 YTD ACC:AWP | Confidential internal communications to gather information regarding Carry Guard requested by counsel at Dorsey & Whiteny for purposes of obtaining legal advice regarding same, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1043 | Attorney-Client Communications; Work Product | Message | 9/21/2018 13:58 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | FW: Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1044 | Attorney-Client Communications; Work Product | Message_Attachment | 9/21/2018 13:58 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1045 | Attorney-Client Communications; Work Product | Message | 9/24/2018 9:35 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1046 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 9:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1047 | Attorney-Client Communications; Work Product | Message | 9/24/2018 12:57 | "Jordan, Cheryl" <Cajordan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | On behalf of Steve Ryan -- RE: Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1048 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 12:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1049 | Attorney-Client Communications; Work Product | Message | 9/24/2018 13:10 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: meeting letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1050 | Attorney-Client Communications; Work Product | Message | 9/24/2018 13:10 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: meeting letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1051 | Attorney-Client Communications; Work Product | Message | 9/24/2018 14:02 | Revan McQueen <Revan-McQueen@am.com> | "Jordan, Cheryl" <Cajordan@mwe.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | Re: On behalf of Steve Ryan -- RE: Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1052 | Attorney-Client Communications; Work Product | Message | 9/24/2018 15:27 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1053 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 15:27 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1054 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:02 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "bill-winkler@am.com"<bill-winkler@am.com>; "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "Melanie-Montgomery@am.com" <Melanie-Montgomery@am.com> | "Brandon-Winkler@am.com" <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1055 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:03 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1056 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 16:03 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1057 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:03 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1058 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 16:03 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1059 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:04 | Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Revan McQueen<Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1060 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:04 | Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Revan McQueen<Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1061 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:04 | Brandon Winkler <Brandon-Winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Revan McQueen<Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1062 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:04 | Brandon Winkler <Brandon-Winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Revan McQueen<Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Bill Winkler <bill-winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1063 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:06 | <betts.gina@dorsey.com> | <lacey-cremer@am.com>; <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <angus-mcqueen@am.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1064 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:08 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Angus McQueen" <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1065 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:08 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Angus McQueen" <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1066 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:09 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com> | <betts.gina@dorsey.com>; <madrid.jay@dorsey.com>; <Revan-McQueen@am.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1067 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 16:09 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1068 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:09 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <lacey-cremer@am.com>; <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <angus-mcqueen@am.com> | <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1069 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:10 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | <Revan-McQueen@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1070 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:13 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Angus McQueen" <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1071 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:19 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1072 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:21 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Angus McQueen<angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1073 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:21 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1074 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:21 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com>; <bill-winkler@am.com>; <lacey-cremer@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com>; | <Brandon-Winkler@am.com>; <ariana-azimi@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1075 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:21 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1076 | | Message_Attachment | 9/24/2018 16:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1077 | | Message_Attachment | 9/24/2018 16:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1078 | Attorney-Client Communications; Work Product | Message | 9/24/2018 16:27 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Angus McQueen" <angus-mcqueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter - ACC / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1079 | Attorney-Client Communications; Work Product | Message | 9/24/2018 17:24 | "Jordan, Cheryl" <Cajordan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | RE: On behalf of Steve Ryan -- RE: Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1080 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 17:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship, and work product created in anticipation of litigation. |
| 1081 | Attorney-Client Communications | Message | 9/24/2018 18:34 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA business relationship. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1082 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 18:34 | | | | | | Draft letter containing attorney advice and mental impressions regarding AMc business relationship with NRA. |
| 1083 | Attorney-Client Communications | Message | 9/24/2018 20:06 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Services Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc services agreement. |
| 1084 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:16 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1085 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:16 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1086 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:35 | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1087 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:35 | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1088 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:57 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1089 | Attorney-Client Communications; Work Product | Message | 9/24/2018 21:57 | Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1090 | Attorney-Client Communications; Work Product | Message | 9/24/2018 22:13 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Bill Winkler<bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1091 | Attorney-Client Communications; Work Product | Message | 9/24/2018 22:13 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Bill Winkler<bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1092 | Attorney-Client Communications; Work Product | Message | 9/24/2018 22:37 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1093 | Attorney-Client Communications; Work Product | Message | 9/24/2018 22:40 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1094 | Attorney-Client Communications; Work Product | Message | 9/24/2018 22:40 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1095 | Attorney-Client Communications; Work Product | Message | 9/24/2018 23:14 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Bill Winkler<bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1096 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 23:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1097 | Attorney-Client Communications; Work Product | Message | 9/24/2018 23:14 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Bill Winkler<bill-winkler@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1098 | Attorney-Client Communications; Work Product | Message_Attachment | 9/24/2018 23:14 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1099 | Attorney-Client Communications; Work Product | Message | 9/25/2018 7:25 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1100 | | Message_Attachment | 9/25/2018 7:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1101 | | Message_Attachment | 9/25/2018 7:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1102 | Attorney-Client Communications; Work Product | Message | 9/25/2018 7:35 | <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1103 | | Message_Attachment | 9/25/2018 7:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1104 | | Message_Attachment | 9/25/2018 7:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1105 | Attorney-Client Communications; Work Product | Message | 9/25/2018 7:45 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1106 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 7:45 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1107 | Attorney-Client Communications; Work Product | Message | 9/25/2018 7:45 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1108 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 7:45 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1109 | Attorney-Client Communications; Work Product | Message | 9/25/2018 8:50 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1110 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 8:50 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1111 | Attorney-Client Communications; Work Product | Message | 9/25/2018 8:50 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1112 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 8:50 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1113 | Attorney-Client Communications; Work Product | Message | 9/25/2018 8:51 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <madrid.jay@dorsey.com>; <SRyan@mwe.com>; <bill-winkler@am.com>; <lacey-cremer@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1114 | Attorney-Client Communications | Message | 9/25/2018 8:55 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding S. Hart review of North Contract and AMc business relationship with NRA; work product created in anticipation of litigation relating to Lockton/CarryGuard and state agency investigations into the NRA, and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 1115 | Attorney-Client Communications | Message | 9/25/2018 9:00 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | <madrid.jay@dorsey.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding S. Hart review of North Contract. |
| 1116 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:17 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Bill Winkler <bill-winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Revan McQueen <Revan-McQueen@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1117 | | Message_Attachment | 9/25/2018 9:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1118 | | Message_Attachment | 9/25/2018 9:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1119 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:17 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1120 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:17 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1121 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:19 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; | | | FW: [Ackerman] Letter to Steve Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1122 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 9:19 | | | | | Letter to Steve Hart - Letter to Steve Hart(1) | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1123 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 9:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1124 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:22 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | RE: [Ackerman] Letter to Steve Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1125 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:22 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | RE: [Ackerman] Letter to Steve Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1126 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:31 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: [Ackerman] Letter to Steve Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1127 | | Message_Attachment | 9/25/2018 9:31 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1128 | Attorney-Client Communications; Work Product | Message | 9/25/2018 9:31 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: [Ackerman] Letter to Steve Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding drafting correspondence to NRA, and work product created in anticipation of litigation. |
| 1129 | | Message_Attachment | 9/25/2018 9:31 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1130 | Attorney-Client Communications; Work Product | Message | 9/25/2018 10:20 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com>; <brandon-winkler@am.com>; <Melanie-Montgomery@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: Copy of Letter.pdf | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1131 | Attorney-Client Communications | Message_Attachment | 9/25/2018 10:20 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1132 | Attorney-Client Communications; Work Product | Message | 9/25/2018 10:26 | Melanie Montgomery <Melanie-Montgomery@am.com> | Nader Tavangar <nader-tavangar@am.com> | | | Fwd: Copy of Letter.pdf | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1133 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:26 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1134 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:26 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1135 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:26 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1136 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:26 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1137 | Attorney-Client Communications; Work Product | Message | 9/25/2018 10:56 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | Fwd: Copy of Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1138 | | Message_Attachment | 9/25/2018 10:56 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1139 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:56 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1140 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 10:56 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1141 | | Message_Attachment | 9/25/2018 10:56 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1142 | Attorney-Client Communications; Work Product | Message | 9/25/2018 11:00 | Melanie Montgomery <Melanie-Montgomery@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Copy of Letter.pdf | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1143 | | Message_Attachment | 9/25/2018 11:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1144 | Work Product | Message_Attachment | 9/25/2018 11:00 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1145 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 11:00 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1146 | | Message_Attachment | 9/25/2018 11:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1147 | Attorney-Client Communications | Message | 9/25/2018 11:10 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Copy of Letter.pdf | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding AMc business relationship with NRA. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1148 | | Message_Attachment | 9/25/2018 11:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1149 | | Message_Attachment | 9/25/2018 11:10 | | | | | | Letter from J. Madrid to S. Hart dated 9/25/18 attached to privilege email. Not privileged. |
| 1150 | | Message_Attachment | 9/25/2018 11:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1151 | | Message_Attachment | 9/25/2018 11:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1152 | Attorney-Client Communications; Work Product | Message | 9/25/2018 12:14 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: Attorney client communication. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding analysis of AMc's business with NRA. |
| 1153 | | Message_Attachment | 9/25/2018 12:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1154 | Attorney-Client Communications | Message | 9/25/2018 12:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | RE: Attorney client communication. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding analysis of AMc's business with NRA. |
| 1155 | Attorney-Client Communications | Message | 9/25/2018 12:21 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: Attorney client communication. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding analysis of AMc's business with NRA. |
| 1156 | | Message_Attachment | 9/25/2018 12:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1157 | Attorney-Client Communications; Work Product | Message | 9/25/2018 12:48 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attached: proposed final Letter re work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Josh Powell, and work product created in anticipation of litigation. |
| 1158 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 12:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Josh Powell, and work product created in anticipation of litigation. |
| 1159 | Attorney-Client Communications | Message | 9/25/2018 13:30 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: Backup for OOP job | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA billing relationship; work product created in anticipation of litigation relating to Lockton/CarryGuard and state agency investigations into the NRA. |
| 1160 | Attorney-Client Communications; Work Product | Message | 9/25/2018 13:31 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: letter coming overnight | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA billing relationship, and work product created in anticipation of litigation. |
| 1161 | | Message_Attachment | 9/25/2018 13:31 | | | | | | Letter to W. Phillips dated 9/12/18 attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1162 | Attorney-Client Communications; Work Product | Message | 9/25/2018 13:36 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | NRA-Exec-Sum-Aug-2018-RV6[3].pdf | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding NRATV performance, and work product created in anticipation of litigation. |
| 1163 | | Message_Attachment | 9/25/2018 13:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1164 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 13:36 | | | | | | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding NRATV performance, and work product created in anticipation of litigation. |
| 1165 | Attorney-Client Communications; Work Product | Message | 9/25/2018 14:26 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <betts.gina@dorsey.com> | | RE: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA billing relationship, and work product created in anticipation of litigation. |
| 1166 | Attorney-Client Communications; Work Product | Message | 9/25/2018 14:30 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA billing relationship, and work product created in anticipation of litigation. |
| 1167 | | Message_Attachment | 9/25/2018 14:30 | | | | | | Letter to W. Phillips dated 8/15/18 attached to privileged email. Not privileged. |
| 1168 | Attorney-Client Communications; Work Product | Message | 9/25/2018 15:25 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | | Fwd: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA billing relationship, and work product created in anticipation of litigation. |
| 1169 | | Message_Attachment | 9/25/2018 15:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1170 | | Message_Attachment | 9/25/2018 15:25 | | | | | SKM_C36818092515240 | Letter from J. Powell to W. Winkler dated 9/25/18 attached to privileged email. Not privileged. |
| 1171 | | Message_Attachment | 9/25/2018 15:25 | | | | | | Email from L. Supernaugh to W. Winkler dated 9/25/18 attached to privileged email. Not privileged. |
| 1172 | | Message_Attachment | 9/25/2018 15:25 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1173 | Attorney-Client Communications | Message | 9/25/2018 15:26 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc business relationship with NRA. |
| 1174 | | Message_Attachment | 9/25/2018 15:26 | | | | | SKM_C36818092515240 | Letter from J. Powell to W. Winkler dated 9/25/18 attached to privileged email. Not privileged. |
| 1175 | Attorney-Client Communications | Message | 9/25/2018 15:36 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding Brewer's representation of NRA. |
| 1176 | Attorney-Client Communications; Work Product | Message | 9/25/2018 15:49 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding AMc's business relationship with NRA. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1177 | Attorney-Client Communications | Message | 9/25/2018 16:43 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | FW: Response Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA. |
| 1178 | Attorney-Client Communications | Message | 9/25/2018 16:45 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA. |
| 1179 | Attorney-Client Communications | Message | 9/25/2018 16:53 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | RE: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA. |
| 1180 | Attorney-Client Communications | Message | 9/25/2018 16:57 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | Re: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to the NRA. |
| 1181 | | Message_Attachment | 9/25/2018 16:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1182 | | Message_Attachment | 9/25/2018 16:57 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1183 | Attorney-Client Communications; Work Product | Message | 9/25/2018 17:11 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com> | <Revan-McQueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |
| 1184 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 17:11 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |
| 1185 | Attorney-Client Communications | Message | 9/25/2018 17:12 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <lacey-cremer@am.com> | | RE: Response to letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to the NRA. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1186 | Attorney-Client Communications | Message | 9/25/2018 17:21 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA. |
| 1187 | | Message_Attachment | 9/25/2018 17:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1188 | Attorney-Client Communications | Message | 9/25/2018 17:21 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA. |
| 1189 | | Message_Attachment | 9/25/2018 17:21 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1190 | Attorney-Client Communications; Work Product | Message | 9/25/2018 18:36 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com> | RE: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1191 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 18:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1192 | Attorney-Client Communications; Work Product | Message | 9/25/2018 18:36 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com> | RE: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1193 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 18:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1194 | Attorney-Client Communications | Message | 9/25/2018 18:44 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc business relationship with NRA. |
| 1195 | Attorney-Client Communications | Message | 9/25/2018 18:53 | <madrid.jay@dorsey.com> | <bill-winkler@am.com> | <Melanie-Montgomery@am.com>; <Brandon-Winkler@am.com>; <Revan-McQueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1196 | | Message_Attachment | 9/25/2018 18:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1197 | | Message_Attachment | 9/25/2018 18:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1198 | Attorney-Client Communications; Work Product | Message | 9/25/2018 19:06 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1199 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 19:06 | | | | | | Work product created in anticipation of litigation. |
| 1200 | Attorney-Client Communications; Work Product | Message | 9/25/2018 19:06 | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1201 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 19:06 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1202 | Attorney-Client Communications | Message | 9/25/2018 19:19 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1203 | | Message_Attachment | 9/25/2018 19:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1204 | Attorney-Client Communications; Work Product | Message | 9/25/2018 19:24 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1205 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 19:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1206 | Attorney-Client Communications; Work Product | Message | 9/25/2018 19:24 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Bill Winkler <bill-winkler@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1207 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 19:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence, and work product created in anticipation of litigation. |
| 1208 | Attorney-Client Communications | Message | 9/25/2018 19:27 | Revan McQueen <Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Ryan, Stephen" <SRyan@mwe.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence. |
| 1209 | Attorney-Client Communications | Message | 9/25/2018 20:08 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com>; <Melanie-Montgomery@am.com>; <ariana-azimi@am.com> | | Re: Letter to Josh Powell | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence. |
| 1210 | | Message_Attachment | 9/25/2018 20:08 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

APP. 01220

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1211 | Attorney-Client Communications; Work Product | Message | 9/25/2018 20:30 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance. |
| 1212 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 20:30 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance. |
| 1213 | Attorney-Client Communications; Work Product | Message | 9/25/2018 20:54 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1214 | Attorney-Client Communications; Work Product | Message_Attachment | 9/25/2018 20:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1215 | Attorney-Client Communications | Message | 9/25/2018 22:38 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance. |
| 1216 | Attorney-Client Communications; Work Product | Message | 9/25/2018 23:04 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1217 | Attorney-Client Communications; Work Product | Message | 9/26/2018 4:22 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1218 | Attorney-Client Communications; Work Product | Message_Attachment | 9/26/2018 4:22 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1219 | Attorney-Client Communications; Work Product | Message | 9/26/2018 8:18 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1220 | Attorney-Client Communications; Work Product | Message | 9/26/2018 8:19 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1221 | | Message_Attachment | 9/26/2018 8:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1222 | | Message_Attachment | 9/26/2018 8:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1223 | | Message_Attachment | 9/26/2018 8:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1224 | Attorney-Client Communications | Message | 9/26/2018 8:46 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding public response to AMc productions. |
| 1225 | Attorney-Client Communications | Message | 9/26/2018 8:49 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding public response to AMc productions. |
| 1226 | Attorney-Client Communications; Work Product | Message | 9/26/2018 9:32 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1227 | Attorney-Client Communications; Work Product | Message | 9/26/2018 9:34 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1228 | Attorney-Client Communications; Work Product | Message_Attachment | 9/26/2018 9:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1229 | Attorney-Client Communications | Message | 9/26/2018 10:14 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: (4:00 p.m. 9/25/18) Meeting -- Steven Hart and Steve Ryan | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding update on correspondence with NRA counsel. |
| 1230 | Attorney-Client Communications | Message | 9/26/2018 10:24 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: (4:00 p.m. 9/25/18) Meeting -- Steven Hart and Steve Ryan | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding update on correspondence with NRA counsel. |
| 1231 | Attorney-Client Communications | Message | 9/26/2018 10:25 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: (4:00 p.m. 9/25/18) Meeting -- Steven Hart and Steve Ryan | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding update on correspondence with NRA counsel. |
| 1232 | Attorney-Client Communications | Message | 9/26/2018 10:45 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | rule 408 learnings from yesterday's meeting. Attorney work product. Close hold. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding substance and analysis of communications with NRA counsel. |
| 1233 | Attorney-Client Communications; Work Product | Message | 9/26/2018 10:49 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Attorney Client Communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1234 | Attorney-Client Communications; Work Product | Message_Attachment | 9/26/2018 10:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRATV performance, and work product created in anticipation of litigation. |
| 1235 | Attorney-Client Communications; Work Product | Message_Attachment | 9/26/2018 10:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Josh Powell, and work product created in anticipation of litigation. |
| 1236 | Attorney-Client Communications | Message | 9/26/2018 10:53 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: Attorney Client Communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1237 | Attorney-Client Communications; Work Product | Message | 9/26/2018 12:43 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | Highly confidential draft to Hart. Is this ok or amend. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding terms of Oliver North's contract. |
| 1238 | Attorney-Client Communications | Message | 9/27/2018 9:24 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | FW: North Authorization and Release | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1239 | | Message_Attachment | 9/27/2018 9:24 | | | | | | Authorization and Release Agreement signed by Oliver North. Attached to privileged email. |
| 1240 | Attorney-Client Communications; Work Product | Message | 9/27/2018 9:27 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | RE: Highly confidential draft to Hart. Is this ok or amend. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding terms of Oliver North's contract. |
| 1241 | Attorney-Client Communications | Message | 9/27/2018 9:46 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's compensation and benefits, and work product created in anticipation of litigation relating to state agency investigations into the NRA and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 1242 | Attorney-Client Communications; Work Product | Message | 9/27/2018 9:46 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's compensation and benefits, and work product created in anticipation of litigation. |
| 1243 | Attorney-Client Communications; Work Product | Message | 9/27/2018 11:25 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding terms of Oliver North's contract. |
| 1244 | Attorney-Client Communications; Work Product | Message | 9/27/2018 14:24 | "Ryan, Stephen" <SRyan@mwe.com> | "bill-winkler@am.com" <bill-winkler@am.com> | | | FW: Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's compensation and benefits, and work product created in anticipation of litigation. |
| 1245 | Attorney-Client Communications | Message | 9/28/2018 10:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA about Oliver North's contract. |
| 1246 | Attorney-Client Communications | Message | 9/28/2018 10:22 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA about Oliver North's contract. |
| 1247 | Attorney-Client Communications | Message | 9/28/2018 10:24 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | <bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA about Oliver North's contract. |
| 1248 | Attorney-Client Communications | Message | 9/28/2018 10:37 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | <bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence to NRA about Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1249 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:34 | <barton.casey@dorsey.com> | <bill-winkler@am.com> | <Revan-McQueen@am.com>; <lacey-cremer@am.com>; <betts.gina@dorsey.com> | | Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1250 | Attorney-Client Communications; Work Product | Message_Attachment | 9/28/2018 11:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1251 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:41 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1252 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:42 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "bill-winkler@am.com"<bill-winkler@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1253 | | Message_Attachment | 9/28/2018 11:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1254 | | Message_Attachment | 9/28/2018 11:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1255 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:45 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1256 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:48 | <barton.casey@dorsey.com> | <lacey-cremer@am.com>; <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <bill-winkler@am.com> | | RE: Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1257 | Attorney-Client Communications; Work Product | Message_Attachment | 9/28/2018 11:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1258 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:58 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1259 | Attorney-Client Communications; Work Product | Message_Attachment | 9/28/2018 11:58 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1260 | Attorney-Client Communications; Work Product | Message | 9/28/2018 11:58 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "barton.casey@dorsey.com" <barton.casey@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com>; Ariana Azimi<ariana-azimi@am.com> | | Re: Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1261 | Attorney-Client Communications; Work Product | Message_Attachment | 9/28/2018 11:58 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1262 | Attorney-Client Communications | Message | 9/28/2018 11:59 | <betts.gina@dorsey.com> | <lacey-cremer@am.com>; <barton.casey@dorsey.com> | <Revan-McQueen@am.com>; <Brandon-Winkler@am.com>; <bill-winkler@am.com>; <ariana-azimi@am.com> | | RE: Attorney Client Correspondence | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1263 | Attorney-Client Communications; Work Product | Message | 9/28/2018 12:37 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "bill-winkler@am.com"<bill-winkler@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1264 | | Message_Attachment | 9/28/2018 12:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1265 | Attorney-Client Communications; Work Product | Message | 9/28/2018 12:41 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1266 | Attorney-Client Communications; Work Product | Message | 9/28/2018 12:44 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1267 | Attorney-Client Communications; Work Product | Message | 9/28/2018 14:43 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "bill-winkler@am.com"<bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1268 | Attorney-Client Communications; Work Product | Message | 9/28/2018 14:51 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Bill Winkler<bill-winkler@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1269 | | Message_Attachment | 9/28/2018 14:51 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1270 | Attorney-Client Communications; Work Product | Message | 9/28/2018 14:55 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "bill-winkler@am.com"<bill-winkler@am.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | FW: Attorney Client Communication Ryan v. 3 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1271 | Attorney-Client Communications; Work Product | Message | 9/28/2018 14:58 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Bill Winkler<bill-winkler@am.com> | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1272 | Attorney-Client Communications; Work Product | Message | 9/28/2018 15:01 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com> | | Re: Attorney Client Communication Ryan v. 3 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1273 | Attorney-Client Communications; Work Product | Message | 9/28/2018 15:12 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | | Re: Attorney Client Communication Ryan v. 3 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1274 | Attorney-Client Communications; Work Product | Message | 9/28/2018 15:14 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | RE: Attorney Client Communication Ryan v. 3 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about Oliver North's contract, and work product created in anticipation of litigation. |
| 1275 | Attorney-Client Communications; Work Product | Message | 9/30/2018 11:24 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding media coverage of AMc, and work product created in anticipation of litigation. |
| 1276 | Attorney-Client Communications; Work Product | Message | 9/30/2018 11:24 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding media coverage of AMc, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1277 | Attorney-Client Communications; Work Product | Message | 10/2/2018 11:37 | Melanie Montgomery <melomizzou81@gmail.com> | Tony Makris <Anthony-makris@am.com> | | | Fwd: Letter regarding Josh Powell | AMc employee internally forwarding confidential communicaiton between AMc employee and counsel at Sayles Werbner for purposes of obtaining legal advice regarding communications with counsel at Dorsey & Whitney, and work product created in anticipation of litigation. |
| 1278 | Attorney-Client Communications; Work Product | Message_Attachment | 10/2/2018 11:37 | | | | | | AMc employee internally forwarding confidential communicaiton between AMc employee and counsel at Sayles Werbner for purposes of obtaining legal advice regarding communications with counsel at Dorsey & Whitney, and work product created in anticipation of litigation. |
| 1279 | Attorney-Client Communications; Work Product | Message_Attachment | 10/2/2018 11:37 | | | | | | AMc employee internally forwarding confidential communicaiton between AMc employee and counsel at Sayles Werbner for purposes of obtaining legal advice regarding communications with counsel at Dorsey & Whitney, and work product created in anticipation of litigation. |
| 1280 | Attorney-Client Communications; Work Product | Message | 10/2/2018 16:27 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Ariana Azimi <ariana-azimi@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | ACC/AWP - letter for today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1281 | Attorney-Client Communications; Work Product | Message_Attachment | 10/2/2018 16:27 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1282 | Attorney-Client Communications; Work Product | Message | 10/2/2018 16:27 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Ariana Azimi <ariana-azimi@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | ACC/AWP - letter for today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1283 | Attorney-Client Communications; Work Product | Message_Attachment | 10/2/2018 16:27 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1284 | Attorney-Client Communications | Message | 10/5/2018 10:39 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: Additional Invoice Compliance Guidance Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from Josh Powell. |
| 1285 | | Message_Attachment | 10/5/2018 10:39 | | | | | SKM_C36818100414530 | Letter from J. Powell to W. Winkler dated 10/4/18 attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1286 | Attorney-Client Communications | Message | 10/5/2018 11:49 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget reductions |
| 1287 | Attorney-Client Communications | Message_Attachment | 10/5/2018 11:49 | | | | | SKM_C36818100510230 | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget reductions |
| 1288 | Attorney-Client Communications | Message | 10/5/2018 11:49 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA about budget adjustments. |
| 1289 | | Message_Attachment | 10/5/2018 11:49 | | | | | SKM_C36818100510230 | Letter from C. Spray to W. Winkler dated 10/5/18 attached to privileged email. Not privileged. |
| 1290 | Attorney-Client Communications | Message | 10/5/2018 11:50 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Additional Invoice Compliance Guidance Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from Josh Powell. |
| 1291 | Attorney-Client Communications | Message | 10/5/2018 12:26 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | FW: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to Josh Powell about budget adjustments. |
| 1292 | | Message_Attachment | 10/5/2018 12:26 | | | | | | Letter from W. Winkler to J. Powell dated 9/28/18 attached to privileged email. Not privileged. |
| 1293 | | Message_Attachment | 10/5/2018 12:26 | | | | | | Letter from W. Winkler to J. Powell dated 10/2/18 attached to privileged email. Not privileged. |
| 1294 | | Message_Attachment | 10/5/2018 12:26 | | | | | SKM_C36818100510230 | Letter from C. Spray to W. Winkler dated 10/5/18 attached to privileged email. Not privileged. |
| 1295 | Attorney-Client Communications; Work Product | Message | 10/5/2018 16:18 | <madrid.jay@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <Brandon-Winkler@am.com>; <lacey-cremer@am.com>; <betts.gina@dorsey.com> | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |
| 1296 | Attorney-Client Communications; Work Product | Message_Attachment | 10/5/2018 16:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1297 | Attorney-Client Communications; Work Product | Message | 10/5/2018 16:54 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |
| 1298 | Attorney-Client Communications; Work Product | Message_Attachment | 10/5/2018 16:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |
| 1299 | Attorney-Client Communications; Work Product | Message | 10/5/2018 16:54 | Melanie Montgomery <Melanie-Montgomery@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |
| 1300 | Attorney-Client Communications; Work Product | Message_Attachment | 10/5/2018 16:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA, and work product created in anticipation of litigation. |
| 1301 | Attorney-Client Communications | Message | 10/5/2018 17:15 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1302 | Attorney-Client Communications | Message | 10/5/2018 17:15 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1303 | Attorney-Client Communications | Message | 10/5/2018 17:17 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1304 | Attorney-Client Communications | Message | 10/5/2018 17:17 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1305 | Attorney-Client Communications | Message | 10/5/2018 17:28 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1306 | Attorney-Client Communications | Message | 10/5/2018 17:28 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Revan McQueen<Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1307 | Attorney-Client Communications | Message | 10/5/2018 17:29 | Bill Winkler <bill-winkler@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1308 | Attorney-Client Communications | Message | 10/5/2018 17:30 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com>; <Melanie-Montgomery@am.com>; <bill-winkler@am.com>; <Revan- | <Brandon-Winkler@am.com>; <betts.gina@dorsey.com>; <ariana-azimi@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1309 | Attorney-Client Communications | Message | 10/5/2018 17:31 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com>; "Revan McQueen" <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA. |
| 1310 | Attorney-Client Communications | Message | 10/5/2018 17:31 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Revan McQueen" <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1311 | Attorney-Client Communications | Message | 10/5/2018 17:31 | Revan McQueen <Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Ariana Azimi <ariana-azimi@am.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1312 | | Message_Attachment | 10/5/2018 17:31 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1313 | | Message_Attachment | 10/5/2018 17:31 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1314 | Attorney-Client Communications; Work Product | Message | 10/5/2018 17:34 | Ariana Azimi <ariana-azimi@am.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1315 | Attorney-Client Communications; Work Product | Message_Attachment | 10/5/2018 17:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1316 | Attorney-Client Communications; Work Product | Message | 10/5/2018 17:34 | Ariana Azimi <ariana-azimi@am.com> | Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments, and work product created in anticipation of litigation. |
| 1317 | | Message_Attachment | 10/5/2018 17:34 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1318 | Attorney-Client Communications; Work Product | Message | 10/5/2018 17:36 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com>; Revan McQueen <Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1319 | Attorney-Client Communications | Message | 10/5/2018 17:37 | Revan McQueen <Revan-McQueen@am.com> | Ariana Azimi <ariana-azimi@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1320 | Attorney-Client Communications | Message | 10/5/2018 17:37 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Ariana Azimi <ariana-azimi@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1321 | Attorney-Client Communications | Message | 10/5/2018 17:40 | Ariana Azimi <ariana-azimi@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Revan McQueen<Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1322 | | Message_Attachment | 10/5/2018 17:40 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1323 | Attorney-Client Communications | Message | 10/5/2018 17:41 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com>; <ariana-azimi@am.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence to NRA about budget adjustments. |
| 1324 | Attorney-Client Communications; Work Product | Message | 10/5/2018 17:50 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Revan McQueen<Revan-McQueen@am.com> | | Re: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1325 | | Message_Attachment | 10/5/2018 17:50 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1326 | Attorney-Client Communications; Work Product | Message | 10/5/2018 17:53 | <betts.gina@dorsey.com> | <lacey-cremer@am.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | | Re: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1327 | | Message_Attachment | 10/5/2018 17:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1328 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:04 | <madrid.jay@dorsey.com> | <lacey-cremer@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <betts.gina@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | | RE: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1329 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:05 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <lacey-cremer@am.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | | RE: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1330 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:15 | Ariana Azimi <ariana-azimi@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1331 | Attorney-Client Communications; Work Product | Message_Attachment | 10/5/2018 18:15 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1332 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:15 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "Bill Winkler" <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests, and work product created in anticipation of litigation. |
| 1333 | | Message_Attachment | 10/5/2018 18:15 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1334 | | Message_Attachment | 10/5/2018 18:15 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1335 | Attorney-Client Communications | Message | 10/5/2018 18:16 | Bill Winkler <bill-winkler@am.com> | Ariana Azimi <ariana-azimi@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1336 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:17 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <lacey-cremer@am.com>; <Brandon-Winkler@am.com>; <madrid.jay@dorsey.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | | Re: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1337 | | Message_Attachment | 10/5/2018 18:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1338 | | Message_Attachment | 10/5/2018 18:17 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1339 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:21 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <bill-winkler@am.com> | <lacey-cremer@am.com>; <Brandon-Winkler@am.com>; <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | | RE: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1340 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:23 | Ariana Azimi <ariana-azimi@am.com> | Bill Winkler <bill-winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Revan McQueen <Revan-McQueen@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1341 | | Message_Attachment | 10/5/2018 18:23 | | | | | | Letter from W. Winkler to C. Spray dated 10/5/18 attached to privileged email. Not privileged. |
| 1342 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:32 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Revan McQueen <Revan-McQueen@am.com> | | Re: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1343 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:39 | Bill Winkler <bill-winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; Revan McQueen <Revan-McQueen@am.com> | | RE: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1344 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:41 | Bill Winkler <bill-winkler@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Revan McQueen <Revan-McQueen@am.com> | | RE: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1345 | Attorney-Client Communications; Work Product | Message | 10/5/2018 18:43 | Melanie Montgomery <Melanie-Montgomery@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Revan McQueen <Revan-McQueen@am.com> | | Re: Invoice Info - ACP / AWP | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to NRA about document requests, and work product created in anticipation of litigation. |
| 1346 | | Message_Attachment | 10/5/2018 18:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1347 | | Message_Attachment | 10/5/2018 18:43 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1348 | Attorney-Client Communications | Message | 10/8/2018 9:25 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Angus McQueen<angus-mcqueen@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget adjustments. |
| 1349 | | Message_Attachment | 10/8/2018 9:25 | | | | | SKM_C36818100809040 | Letter from C. Spray to W. Winkler dated 10/6/18 attached to privileged email. Not privileged. |
| 1350 | Attorney-Client Communications | Message | 10/8/2018 10:18 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Revan-McQueen@am.com>; <Brandon-Winkler@am.com> | <madrid.jay@dorsey.com>; <angus-mcqueen@am.com>; <Melanie-Montgomery@am.com>; <lacey-cremer@am.com> | | RE: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget adjustments. |
| 1351 | Attorney-Client Communications | Message | 10/8/2018 10:40 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; Angus McQueen<angus-mcqueen@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget adjustments. |
| 1352 | Attorney-Client Communications | Message | 10/8/2018 10:42 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: Budget Adjustments | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA budget adjustments. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1353 | Attorney-Client Communications; Work Product | Message | 10/8/2018 18:01 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com> | | FW: Letter PERSONAL & CONFIDENTIAL; SUBJECT TO A/C PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about Services Agreement, and work product created in anticipation of litigation. |
| 1354 | Attorney-Client Communications; Work Product | Message_Attachment | 10/8/2018 18:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about Services Agreement, and work product created in anticipation of litigation. |
| 1355 | Attorney-Client Communications; Work Product | Message_Attachment | 10/8/2018 18:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about Services Agreement, and work product created in anticipation of litigation. |
| 1356 | Attorney-Client Communications | Message | 10/8/2018 18:36 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Letter PERSONAL & CONFIDENTIAL; SUBJECT TO A/C PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about Services Agreement. |
| 1357 | | Message_Attachment | 10/8/2018 18:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1358 | Attorney-Client Communications | Message | 10/8/2018 20:14 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about Services Agreement. |
| 1359 | | Message_Attachment | 10/8/2018 20:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1360 | | Message_Attachment | 10/8/2018 20:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1361 | | Message_Attachment | 10/8/2018 20:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1362 | Attorney-Client Communications; Work Product | Message | 10/8/2018 20:22 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |
| 1363 | Attorney-Client Communications; Work Product | Message_Attachment | 10/8/2018 20:22 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1364 | Attorney-Client Communications; Work Product | Message_Attachment | 10/8/2018 20:22 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |
| 1365 | Attorney-Client Communications; Work Product | Message_Attachment | 10/8/2018 20:22 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |
| 1366 | Attorney-Client Communications; Work Product | Message | 10/8/2018 21:14 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | Re: NRA / Ackerman: Video Copying, Legal Fees | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |
| 1367 | Attorney-Client Communications; Work Product | Message | 10/8/2018 22:02 | Melanie Montgomery <Melanie-Montgomery@am.com> | Anthony Makris <Anthony-makris@am.com>; Revan McQueen<Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Re: NRA / Ackerman: Video Copying, Legal Fees | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and response to same, and work product created in anticipation of litigation. |
| 1368 | Work Product | Message | 10/9/2018 8:58 | Angus McQueen <angus-mcqueen@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | <no subject> | Confidential internal communications prepared by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1369 | Work Product | Message_Attachment | 10/9/2018 8:58 | | | | | | Confidential internal communications prepared by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1370 | Attorney-Client Communications; Work Product | Message | 10/9/2018 9:01 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRA counsel, and work product created in anticipation of litigation. |
| 1371 | | Message_Attachment | 10/9/2018 9:01 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1372 | Attorney-Client Communications; Work Product | Message_Attachment | 10/9/2018 9:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1373 | Attorney-Client Communications; Work Product | Message | 10/9/2018 9:13 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about NRA counsel, and work product created in anticipation of litigation. |
| 1374 | Attorney-Client Communications | Message | 10/9/2018 10:40 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com>; <SRyan@mwe.com> | | | RE: NRA / Ackerman: Video Copying, Legal Fees | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc audit and operating status. |
| 1375 | Attorney-Client Communications | Message | 10/9/2018 12:11 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: NRA / Ackerman: Video Copying, Legal Fees. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding access to Oliver North contract. |
| 1376 | Attorney-Client Communications | Message | 10/9/2018 18:35 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letters | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about audit procedures and document requests. |
| 1377 | Attorney-Client Communications; Work Product | Message_Attachment | 10/9/2018 18:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about audit procedures and document requests, and work product created in anticipation of litigation. |
| 1378 | Attorney-Client Communications; Work Product | Message_Attachment | 10/9/2018 18:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about audit procedures and document requests, and work product created in anticipation of litigation. |
| 1379 | Attorney-Client Communications | Message | 10/10/2018 18:18 | <madrid.jay@dorsey.com> | <ariana-azimi@am.com> | | | FW: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding prior correspondence to NRA counsel. |
| 1380 | | Message_Attachment | 10/10/2018 18:18 | | | | | | Letter from J. Madrid to W. Brewer dated 4/20/18 attached to privileged email. Not privileged. |
| 1381 | Attorney-Client Communications | Message | 10/10/2018 18:43 | <madrid.jay@dorsey.com> | <ariana-azimi@am.com> | | | RE: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding prior correspondence to NRA counsel. |
| 1382 | Attorney-Client Communications | Message | 10/10/2018 18:51 | Ariana Azimi <ariana-azimi@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding prior correspondence to NRA counsel. |
| 1383 | | Message_Attachment | 10/10/2018 18:51 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1384 | | Message_Attachment | 10/10/2018 18:51 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1385 | Attorney-Client Communications; Work Product | Message | 10/10/2018 19:08 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about audit procedures and document requests, and work product created in anticipation of litigation. |
| 1386 | Attorney-Client Communications; Work Product | Message_Attachment | 10/10/2018 19:08 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about audit procedures and document requests, and work product created in anticipation of litigation. |
| 1387 | Attorney-Client Communications; Work Product | Message | 10/11/2018 9:23 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Ariana Azimi <ariana-azimi@am.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to Oliver North about the Services Agreement, and work product created in anticipation of litigation. |
| 1388 | Attorney-Client Communications; Work Product | Message_Attachment | 10/11/2018 9:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft correspondence to Oliver North about the Services Agreement, and work product created in anticipation of litigation. |
| 1389 | Attorney-Client Communications; Work Product | Message | 10/11/2018 10:59 | <betts.gina@dorsey.com> | <ariana-azimi@am.com> | | | Fwd: NRA / Ackerman: Video Copying, Legal Fees | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm request for documents, and work product created in anticipation of litigation. |
| 1390 | | Message_Attachment | 10/11/2018 10:59 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1391 | | Message_Attachment | 10/11/2018 10:59 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1392 | Attorney-Client Communications; Work Product | Message | 10/11/2018 11:00 | <betts.gina@dorsey.com> | <ariana-azimi@am.com> | | | Fwd: Update | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm request to review North Contract, and work product created in anticipation of litigation. |
| 1393 | Attorney-Client Communications; Work Product | Message | 10/11/2018 11:21 | <betts.gina@dorsey.com> | <ariana-azimi@am.com> | | | Fwd: Brewer team and document inspections | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |
| 1394 | Attorney-Client Communications; Work Product | Message | 10/11/2018 11:22 | <betts.gina@dorsey.com> | <ariana-azimi@am.com> | | | Fwd: Brewer team and document inspections | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Brewer Firm audit of AMc, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1395 | Attorney-Client Communications; Work Product | Message | 10/11/2018 12:09 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to Oliver North about the Services Agreement, and work product created in anticipation of litigation. |
| 1396 | | Message_Attachment | 10/11/2018 12:09 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1397 | Attorney-Client Communications; Work Product | Message_Attachment | 10/11/2018 12:09 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to Oliver North about the Services Agreement, and work product created in anticipation of litigation. |
| 1398 | Attorney-Client Communications | Message | 10/27/2018 16:16 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Attorney-Client Privileged: Template Separation Agreements | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1399 | Attorney-Client Communications | Message_Attachment | 10/27/2018 16:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1400 | Attorney-Client Communications | Message_Attachment | 10/27/2018 16:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1401 | Attorney-Client Communications | Message | 10/29/2018 16:48 | <brown.trevor@dorsey.com> | <Brandon-Winkler@am.com> | <Raphan.Melissa@dorsey.com>; <betts.gina@dorsey.com> | | Attorney-Client Privilege: Upcoming Separations | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1402 | Attorney-Client Communications | Message | 10/30/2018 12:36 | <brown.trevor@dorsey.com> | <Brandon-Winkler@am.com> | <Raphan.Melissa@dorsey.com>; <betts.gina@dorsey.com> | | RE: Attorney-Client Privilege: Upcoming Separations | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1403 | Attorney-Client Communications | Message_Attachment | 10/30/2018 12:36 | | | | | _ | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1404 | Attorney-Client Communications | Message_Attachment | 10/30/2018 12:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1405 | Attorney-Client Communications | Message_Attachment | 10/30/2018 12:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |
| 1406 | Attorney-Client Communications | Message | 10/30/2018 15:41 | <Raphan.Melissa@dorsey.com> | <Brandon-Winkler@am.com> | <betts.gina@dorsey.com>; <brown.trevor@dorsey.com>; <knoblauch.cheryl@dorsey.com> | | RE: Attorney-Client Privilege: Upcoming Separations | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding employee separation obligations and preparation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1407 | Attorney-Client Communications | Message | 11/4/2018 12:03 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com> | <betts.gina@dorsey.com>; <bill-winkler@am.com> | | Fwd: Ackerman third-party subpoena | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding subpoena compliance. |
| 1408 | Attorney-Client Communications | Message | 11/12/2018 11:40 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Lacey (Duffy) Cremer"<lacey-cremer@am.com> | | | RE: Wed mtg? | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document request and budget amendments. |
| 1409 | Attorney-Client Communications | Message | 11/12/2018 11:52 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | | | FW: <no subject> | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document request and budget amendments. |
| 1410 | Attorney-Client Communications | Message | 12/4/2018 15:56 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Fwd: [BULK] OLIVER NORTH EMPLOYMENT CONTRACT | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding negotiations for Oliver North's contract. |
| 1411 | Attorney-Client Communications | Message | 12/10/2018 14:49 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | RE: status on new OLN contract | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |
| 1412 | Attorney-Client Communications; Work Product | Message | 12/10/2018 17:02 | <betts.gina@dorsey.com> | <Brandon-Winkler@am.com>; <bill-winkler@am.com> | | | FW: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract, and work product created in anticipation of litigation. |
| 1413 | Attorney-Client Communications; Work Product | Message_Attachment | 12/10/2018 17:02 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract, and work product created in anticipation of litigation. |
| 1414 | Attorney-Client Communications | Message | 12/10/2018 17:22 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Melanie Montgomery <Melanie-Montgomery@am.com> | RE: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |
| 1415 | Attorney-Client Communications | Message | 12/10/2018 17:24 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <Brandon-Winkler@am.com> | | Re: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |
| 1416 | | Message_Attachment | 12/10/2018 17:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1417 | | Message_Attachment | 12/10/2018 17:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1418 | Attorney-Client Communications | Message | 12/10/2018 17:26 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |
| 1419 | Attorney-Client Communications; Work Product | Message | 12/21/2018 16:00 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com> | | | Fwd: NRA / Ackerman McQueen | Confidential internal communications prepared by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1420 | Attorney-Client Communications | Message | 12/21/2018 16:01 | <madrid.jay@dorsey.com> | <revan-mcqueen@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | | Fwd: NRA / Ackerman McQueen | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 1421 | | Message_Attachment | 12/21/2018 16:01 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1422 | | Message_Attachment | 12/21/2018 16:01 | | | | | | Letter from S. Rogers to J. Madrid dated 12/21/18 attached to privileged email. Not privileged. |
| 1423 | Attorney-Client Communications | Message | 12/21/2018 16:33 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "revan-mcqueen@am.com"<revan-mcqueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: NRA / Ackerman McQueen. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 1424 | Attorney-Client Communications; Work Product | Message | 12/21/2018 16:36 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1425 | Attorney-Client Communications | Message | 12/21/2018 16:41 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: NRA / Ackerman McQueen. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel. |
| 1426 | Attorney-Client Communications; Work Product | Message | 12/21/2018 16:54 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <madrid.jay@dorsey.com>; <SRyan@mwe.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1427 | | Message_Attachment | 12/21/2018 16:54 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1428 | Attorney-Client Communications; Work Product | Message | 12/21/2018 16:59 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1429 | Attorney-Client Communications; Work Product | Message | 12/22/2018 21:24 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1430 | Attorney-Client Communications; Work Product | Message_Attachment | 12/22/2018 21:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1431 | Attorney-Client Communications; Work Product | Message | 12/23/2018 16:10 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Attorney Client Communication/attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1432 | Attorney-Client Communications; Work Product | Message | 12/23/2018 17:27 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Attorney Client Communication/attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1433 | | Message_Attachment | 12/23/2018 17:27 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1434 | Attorney-Client Communications; Work Product | Message | 12/25/2018 18:08 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | Re: Attorney Client Communication/attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1435 | | Message_Attachment | 12/25/2018 18:08 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1436 | Attorney-Client Communications | Message | 12/27/2018 17:38 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com> | <bill-winkler@am.com> | | Fwd: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |
| 1437 | | Message_Attachment | 12/27/2018 17:38 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1438 | Attorney-Client Communications; Work Product | Message_Attachment | 12/27/2018 17:38 | | | | | | Amendment to Oliver North's Employment Agreement, dated 1/1/19. Attached to privileged email. |
| 1439 | | Message_Attachment | 12/27/2018 17:38 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1440 | | Message_Attachment | 12/27/2018 17:38 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1441 | Attorney-Client Communications; Work Product | Message | 12/30/2018 0:12 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Attorney Client Communication/attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1442 | Attorney-Client Communications; Work Product | Message_Attachment | 12/30/2018 0:12 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft response correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1443 | Attorney-Client Communications | Message | 12/31/2018 15:08 | Ariana Azimi <ariana-azimi@am.com> | Gina Betts <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Amendment Number One to Talent Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding drafting and negotiations for Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1444 | | Message_Attachment | 12/31/2018 15:08 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1445 | Attorney-Client Communications; Work Product | Message | 1/2/2019 17:35 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1446 | Attorney-Client Communications; Work Product | Message_Attachment | 1/2/2019 17:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1447 | Attorney-Client Communications; Work Product | Message | 1/2/2019 17:48 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1448 | Attorney-Client Communications; Work Product | Message_Attachment | 1/2/2019 17:48 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1449 | Attorney-Client Communications | Message | 1/2/2019 18:51 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com> | | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1450 | | Message_Attachment | 1/2/2019 18:51 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1451 | Attorney-Client Communications | Message | 1/2/2019 19:06 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1452 | | Message_Attachment | 1/2/2019 19:06 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1453 | Attorney-Client Communications; Work Product | Message | 1/3/2019 10:20 | "Jordan, Cheryl" <Cajordan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | On behalf of Steve Ryan -- RE: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1454 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 10:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1455 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 10:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1456 | Attorney-Client Communications | Message | 1/3/2019 10:40 | <madrid.jay@dorsey.com> | <Cajordan@mwe.com>; <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | RE: On behalf of Steve Ryan -- RE: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1457 | Attorney-Client Communications; Work Product | Message | 1/3/2019 11:02 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1458 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 11:02 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1459 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 11:02 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1460 | Attorney-Client Communications | Message | 1/3/2019 11:05 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com> | <SRyan@mwe.com> | | RE: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1461 | Attorney-Client Communications | Message | 1/3/2019 11:56 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1462 | | Message_Attachment | 1/3/2019 11:56 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1463 | Attorney-Client Communications | Message | 1/3/2019 11:57 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | RE: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1464 | Attorney-Client Communications | Message | 1/3/2019 12:36 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1465 | | Message_Attachment | 1/3/2019 12:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1466 | | Message_Attachment | 1/3/2019 12:36 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1467 | Attorney-Client Communications | Message | 1/3/2019 13:39 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1468 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 13:39 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1469 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 13:39 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1470 | Attorney-Client Communications; Work Product | Message | 1/3/2019 14:12 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | | Attorney Work Product | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1471 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1472 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1473 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1474 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding communications with NRA counse, and work product created in anticipation of litigation. |
| 1475 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1476 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 14:12 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice and work product regarding communications with NRA counse, and work product created in anticipation of litigation. |
| 1477 | Attorney-Client Communications; Work Product | Message | 1/3/2019 15:49 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1478 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 15:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1479 | Attorney-Client Communications | Message | 1/3/2019 16:14 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | | | RE: attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1480 | Attorney-Client Communications; Work Product | Message | 1/3/2019 16:32 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1481 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 16:32 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1482 | Attorney-Client Communications; Work Product | Message | 1/3/2019 17:00 | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Attorney Work Product | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1483 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 17:00 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1484 | Attorney-Client Communications; Work Product | Message | 1/3/2019 18:35 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Fwd: Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1485 | | Message_Attachment | 1/3/2019 18:35 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1486 | Attorney-Client Communications; Work Product | Message_Attachment | 1/3/2019 18:35 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1487 | Attorney-Client Communications; Work Product | Message | 1/4/2019 8:31 | Anthony Makris <Anthony-makris@am.com> | "me@warnerloughlin.com" <me@warnerloughlin.com> | | | Fwd: Attorney Work Product | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1488 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1489 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1490 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1491 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1492 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1493 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 8:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1494 | Attorney-Client Communications | Message | 1/4/2019 9:55 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1495 | | Message_Attachment | 1/4/2019 9:55 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1496 | Attorney-Client Communications; Work Product | Message | 1/4/2019 11:29 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1497 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:29 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1498 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:29 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1499 | Attorney-Client Communications; Work Product | Message | 1/4/2019 11:31 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: Letter to Hart | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1500 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1501 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1502 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding confidential communication between AMc Employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1503 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1504 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1505 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:31 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1506 | Attorney-Client Communications; Work Product | Message | 1/4/2019 11:37 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Fwd: attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1507 | | Message_Attachment | 1/4/2019 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1508 | | Message_Attachment | 1/4/2019 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1509 | | Message_Attachment | 1/4/2019 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1510 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 11:37 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1511 | | Message_Attachment | 1/4/2019 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1512 | | Message_Attachment | 1/4/2019 11:37 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1513 | Attorney-Client Communications; Work Product | Message | 1/4/2019 12:19 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1514 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1515 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1516 | Attorney-Client Communications; Work Product | Message | 1/4/2019 12:20 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Anthony Makris<Anthony-makris@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | | FW: Letter to Hart | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1517 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 12:20 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1518 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 12:20 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1519 | Attorney-Client Communications | Message | 1/4/2019 12:48 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1520 | Attorney-Client Communications; Work Product | Message | 1/4/2019 13:05 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1521 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 13:05 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1522 | Attorney-Client Communications; Work Product | Message | 1/4/2019 14:36 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Hart Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1523 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 14:36 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer, and work product created in anticipation of litigation. |
| 1524 | Attorney-Client Communications; Work Product | Message | 1/4/2019 15:52 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler <bill-winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Fwd: Hart Letter.pdf | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1525 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 15:52 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1526 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 15:52 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1527 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 15:52 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1528 | Attorney-Client Communications; Work Product | Message_Attachment | 1/4/2019 15:52 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1529 | Attorney-Client Communications | Message | 1/4/2019 15:56 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Hart Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1530 | Attorney-Client Communications | Message | 1/4/2019 16:10 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Hart Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1531 | | Message_Attachment | 1/4/2019 16:10 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1532 | Attorney-Client Communications | Message | 1/4/2019 16:13 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Hart Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1533 | Attorney-Client Communications | Message | 1/4/2019 17:09 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: Hart Letter.pdf | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1534 | | Message_Attachment | 1/4/2019 17:09 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1535 | Attorney-Client Communications | Message | 1/4/2019 17:13 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | Re: Letter to Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about communications from Brewer. |
| 1536 | | Message_Attachment | 1/4/2019 17:13 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1537 | | Message_Attachment | 1/4/2019 17:13 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1538 | Attorney-Client Communications; Work Product | Message | 1/6/2019 12:41 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <revan-mcqueen@am.com>; "Gina E. Betts"<betts.gina@dorsey.com>; Madrid Jay <madrid.jay@dorsey.com> | | | Hart talking points. Attorney work product and privileged. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc communications with Brewer, and work product created in anticipation of litigation. |
| 1539 | Attorney-Client Communications; Work Product | Message | 1/7/2019 15:50 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com>; Angus McQueen<angus-mcqueen@am.com> | | | Fwd: my first exchange. Attorney work product. | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1540 | Attorney-Client Communications; Work Product | Message | 1/7/2019 16:06 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | Re: my first exchange. Attorney work product. | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1541 | Attorney-Client Communications; Work Product | Message | 1/7/2019 16:07 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | Re: my first exchange. Attorney work product. Correction | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1542 | Attorney-Client Communications; Work Product | Message | 1/7/2019 23:45 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | Fwd: Hart Letter.pdf | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1543 | Attorney-Client Communications; Work Product | Message_Attachment | 1/7/2019 23:45 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1544 | Attorney-Client Communications; Work Product | Message_Attachment | 1/7/2019 23:45 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1545 | Attorney-Client Communications; Work Product | Message_Attachment | 1/7/2019 23:45 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1546 | Attorney-Client Communications; Work Product | Message_Attachment | 1/7/2019 23:45 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1547 | Attorney-Client Communications; Work Product | Message | 1/8/2019 14:59 | Anthony Makris <Anthony-makris@am.com> | Nader Tavangar <nader-tavangar@am.com> | | | Fwd: Hart Letter.pdf | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1548 | Attorney-Client Communications; Work Product | Message_Attachment | 1/8/2019 14:59 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1549 | Attorney-Client Communications; Work Product | Message_Attachment | 1/8/2019 14:59 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1550 | Attorney-Client Communications; Work Product | Message_Attachment | 1/8/2019 14:59 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1551 | Attorney-Client Communications; Work Product | Message_Attachment | 1/8/2019 14:59 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1552 | Attorney-Client Communications | Message | 1/9/2019 9:03 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: We had a pretty busy day yesterday regarding the exchange of letters. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc communications with Brewer. |
| 1553 | | Message_Attachment | 1/9/2019 9:03 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1554 | Attorney-Client Communications; Work Product | Message | 1/9/2019 16:12 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1555 | Attorney-Client Communications; Work Product | Message_Attachment | 1/9/2019 16:12 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1556 | Attorney-Client Communications; Work Product | Message | 1/9/2019 16:20 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1557 | Attorney-Client Communications; Work Product | Message_Attachment | 1/9/2019 16:20 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1558 | Attorney-Client Communications; Work Product | Message | 1/9/2019 16:22 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | | FW: Attached: Draft Letter to Steve Hart/attorney work product | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1559 | Attorney-Client Communications; Work Product | Message_Attachment | 1/9/2019 16:22 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1560 | Attorney-Client Communications; Work Product | Message | 1/9/2019 16:49 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Anthony Makris <Anthony-makris@am.com>; "Brandon Winkler" <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1561 | Attorney-Client Communications; Work Product | Message_Attachment | 1/9/2019 16:49 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1562 | Attorney-Client Communications | Message | 1/9/2019 17:05 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1563 | Attorney-Client Communications | Message | 1/9/2019 17:06 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1564 | Attorney-Client Communications | Message | 1/9/2019 17:38 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1565 | Attorney-Client Communications | Message | 1/9/2019 17:45 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1566 | Attorney-Client Communications | Message | 1/9/2019 17:48 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1567 | Attorney-Client Communications | Message | 1/9/2019 18:03 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attached: Draft Letter to Steve Hart/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1568 | | Message_Attachment | 1/9/2019 18:03 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1569 | Attorney-Client Communications; Work Product | Message | 1/9/2019 18:21 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | End of day draft being held for now. attorney client communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1570 | Attorney-Client Communications; Work Product | Message_Attachment | 1/9/2019 18:21 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1571 | Attorney-Client Communications | Message | 1/9/2019 19:52 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: End of day draft being held for now. attorney client communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1572 | Attorney-Client Communications | Message | 1/10/2019 0:08 | <madrid.jay@dorsey.com> | <SRyan@mwe.com> | <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | | Re: End of day draft being held for now. attorney client communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1573 | Attorney-Client Communications | Message | 1/10/2019 10:21 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | | | RE: End of day draft being held for now. attorney client communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1574 | Attorney-Client Communications | Message | 1/10/2019 13:42 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | Re: End of day draft being held for now. attorney client communication and work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1575 | | Message_Attachment | 1/10/2019 13:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1576 | Attorney-Client Communications; Work Product | Message | 1/10/2019 15:34 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | Draft to Hart - Redline and clean attached/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1577 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 15:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1578 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 15:34 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1579 | Attorney-Client Communications; Work Product | Message | 1/10/2019 16:01 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Letter to Hart-attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1580 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 16:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1581 | Attorney-Client Communications; Work Product | Message | 1/10/2019 16:04 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: Letter to Hart-attorney work product | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney regarding substance of communications with NRA counsel, and work product created in anticipation of litigation. |
| 1582 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 16:04 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney regarding substance of communications with NRA counsel, and work product created in anticipation of litigation. |
| 1583 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 16:04 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney regarding substance of communications with NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1584 | Attorney-Client Communications; Work Product | Message | 1/10/2019 16:44 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Letter to Hart-attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1585 | Attorney-Client Communications | Message | 1/10/2019 16:55 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Attached Letter to Mr. Hart | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1586 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 16:55 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1587 | Attorney-Client Communications; Work Product | Message | 1/10/2019 17:07 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: Attached Letter to Mr. Hart | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1588 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 17:07 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1589 | Attorney-Client Communications; Work Product | Message_Attachment | 1/10/2019 17:07 | | | | | | AMc employee internally forwarding, for review and input, confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding communications to NRA counsel, and work product created in anticipation of litigation. |
| 1590 | Attorney-Client Communications | Message | 1/12/2019 15:07 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Should I send this draft to Hart ? | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 1591 | Attorney-Client Communications | Message | 1/16/2019 16:23 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1592 | Attorney-Client Communications | Message | 1/16/2019 16:33 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1593 | Attorney-Client Communications | Message | 1/16/2019 16:38 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1594 | Attorney-Client Communications; Work Product | Message | 1/16/2019 16:51 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: NRA review of records: my suggested response please approve or improve. attorney client communication | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1595 | Attorney-Client Communications; Work Product | Message | 1/16/2019 17:12 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1596 | Attorney-Client Communications | Message | 1/16/2019 17:20 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1597 | Attorney-Client Communications | Message | 1/16/2019 20:34 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1598 | Attorney-Client Communications | Message | 1/16/2019 20:36 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1599 | Attorney-Client Communications | Message | 1/17/2019 13:38 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1600 | Attorney-Client Communications | Message | 1/17/2019 13:44 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1601 | Attorney-Client Communications | Message | 1/17/2019 14:01 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1602 | Attorney-Client Communications; Work Product | Message | 1/17/2019 14:15 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and additional audit request, and work product created in anticipation of litigation. |
| 1603 | Attorney-Client Communications; Work Product | Message | 1/17/2019 14:36 | Brandon Winkler <Brandon-Winkler@am.com> | Revan McQueen <Revan-McQueen@am.com>; "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA document requests and additional audit request, and work product created in anticipation of litigation. |
| 1604 | Attorney-Client Communications; Work Product | Message | 1/17/2019 16:15 | "Ryan, Stephen" <SRyan@mwe.com> | Brandon Winkler <Brandon-Winkler@am.com>; Revan McQueen<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Work product created in anticipation of litigation. |
| 1605 | Attorney-Client Communications | Message | 1/17/2019 16:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | RE: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests. |
| 1606 | Attorney-Client Communications | Message | 1/17/2019 16:30 | Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: NRA review of records: my suggested response please approve or improve. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests. |
| 1607 | | Message_Attachment | 1/17/2019 16:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1608 | Attorney-Client Communications | Message | 1/17/2019 16:32 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Timing re NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1609 | Attorney-Client Communications | Message | 1/17/2019 18:24 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Timing re NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1610 | Attorney-Client Communications; Work Product | Message | 1/17/2019 18:58 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: Timing re NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1611 | Attorney-Client Communications | Message | 1/21/2019 22:06 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "Gina E. Betts"<betts.gina@dorsey.com>; Jay Madrid Esq. <madrid.jay@dorsey.com> | | | Fwd: Timing re NRA review of records. Attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1612 | Attorney-Client Communications | Message | 1/21/2019 22:08 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; Jay Madrid Esq.<madrid.jay@dorsey.com> | | Re: Timing re NRA review of records. Attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1613 | Attorney-Client Communications | Message | 1/21/2019 22:12 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina E. Betts" <betts.gina@dorsey.com>; Jay Madrid Esq.<madrid.jay@dorsey.com> | | Re: Timing re NRA review of records. Attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1614 | Attorney-Client Communications | Message | 1/22/2019 8:23 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Timing re NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1615 | Attorney-Client Communications; Work Product | Message | 1/22/2019 8:30 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | | Fwd: Timing re NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1616 | Attorney-Client Communications | Message | 1/22/2019 8:33 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | RE: Timing re NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1617 | Attorney-Client Communications; Work Product | Message | 1/22/2019 9:12 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Timing re NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1618 | Attorney-Client Communications | Message | 1/22/2019 9:50 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | RE: Timing re NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures. |
| 1619 | Attorney-Client Communications; Work Product | Message | 1/22/2019 11:10 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | Revan McQueen <revan-mcqueen@am.com>; "Gina E. Betts"<betts.gina@dorsey.com>; Jay Madrid Esq. <madrid.jay@dorsey.com> | | Ryan v. 1 re NRA review of records Privileged draft can you send around at AMc ? Jay said ok. | Work product created in anticipation of litigation. |
| 1620 | Attorney-Client Communications; Work Product | Message | 1/22/2019 12:06 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Ryan v. 1 re NRA review of records Privileged draft can you send around at AMc ? Jay said ok. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit timing and procedures, and work product created in anticipation of litigation. |
| 1621 | Attorney-Client Communications | Message | 1/22/2019 12:10 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | this just in. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA counsel about audit timing and procedures. |
| 1622 | Attorney-Client Communications | Message | 1/22/2019 12:13 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ryan v. 1 re NRA review of records Privileged draft can you send around at AMc ? Jay said ok. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document request and audit procedures. |
| 1623 | Attorney-Client Communications | Message | 1/22/2019 12:15 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | | RE: this just in. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA counsel about audit timing and procedures. |
| 1624 | Attorney-Client Communications | Message | 1/22/2019 12:16 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: this just in. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1625 | Attorney-Client Communications | Message | 1/22/2019 12:17 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <betts.gina@dorsey.com> | | | RE: this just in. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1626 | Attorney-Client Communications | Message | 1/22/2019 12:18 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: this just in. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1627 | Attorney-Client Communications | Message | 1/22/2019 12:24 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | Brandon Winkler <Brandon-Winkler@am.com> | | Re: Ryan v. 1 re NRA review of records Privileged draft can you send around at AMc ? Jay said ok. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for documents and audit procedures for same. |
| 1628 | | Message_Attachment | 1/22/2019 12:24 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1629 | Attorney-Client Communications | Message | 1/22/2019 12:40 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com> | | RE: Ryan v. 1 re NRA review of records Privileged draft can you send around at AMc ? Jay said ok. | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for documents and audit procedures for same. |
| 1630 | Attorney-Client Communications | Message | 1/22/2019 13:08 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "bill-winkler@am.com" <bill-winkler@am.com> | | FW: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests. |
| 1631 | Attorney-Client Communications; Work Product | Message | 1/22/2019 13:24 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1632 | Attorney-Client Communications | Message | 1/22/2019 13:29 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1633 | Attorney-Client Communications | Message | 1/22/2019 13:30 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1634 | | Message_Attachment | 1/22/2019 13:30 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1635 | Attorney-Client Communications | Message | 1/22/2019 13:32 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1636 | | Message_Attachment | 1/22/2019 13:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1637 | Attorney-Client Communications | Message | 1/22/2019 13:32 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1638 | | Message_Attachment | 1/22/2019 13:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1639 | | Message_Attachment | 1/22/2019 13:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1640 | | Message_Attachment | 1/22/2019 13:32 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1641 | Attorney-Client Communications; Work Product | Message | 1/22/2019 13:38 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Re: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1642 | Attorney-Client Communications | Message | 1/22/2019 14:00 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1643 | Attorney-Client Communications | Message | 1/22/2019 14:29 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Oliver North's contract. |
| 1644 | | Message_Attachment | 1/22/2019 14:29 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1645 | Attorney-Client Communications; Work Product | Message | 1/23/2019 8:28 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1646 | Attorney-Client Communications; Work Product | Message | 1/23/2019 8:31 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1647 | Attorney-Client Communications | Message | 1/23/2019 23:01 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1648 | | Message_Attachment | 1/23/2019 23:01 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1649 | Attorney-Client Communications | Message | 1/24/2019 9:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior communications between AMc and NRA counsel. |
| 1650 | | Message_Attachment | 1/24/2019 9:19 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1651 | Attorney-Client Communications | Message | 1/24/2019 22:13 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA about media inquiries. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1652 | | Message_Attachment | 1/24/2019 22:13 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1653 | Attorney-Client Communications | Message | 1/28/2019 15:18 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | RE: NRA audit. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding timing of audit. |
| 1654 | Attorney-Client Communications | Message | 1/28/2019 15:23 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: NRA audit. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding timing of audit. |
| 1655 | | Message_Attachment | 1/28/2019 15:23 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1656 | | Message_Attachment | 1/28/2019 15:23 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1657 | Attorney-Client Communications | Message | 1/28/2019 15:39 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | Re: NRA audit. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding timing of audit. |
| 1658 | | Message_Attachment | 1/28/2019 15:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1659 | Attorney-Client Communications | Message | 1/28/2019 16:03 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | RE: NRA audit. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding timing of audit. |
| 1660 | Attorney-Client Communications | Message | 1/28/2019 18:08 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | Re: NRA audit. attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding timing of audit. |
| 1661 | | Message_Attachment | 1/28/2019 18:08 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1662 | Attorney-Client Communications | Message | 1/30/2019 13:41 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit scope and procedure. |
| 1663 | Attorney-Client Communications | Message | 1/30/2019 13:46 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | | FW: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and audit procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1664 | Attorney-Client Communications; Work Product | Message | 1/30/2019 13:49 | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | | | Fwd: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1665 | Attorney-Client Communications; Work Product | Message | 1/30/2019 14:19 | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen<angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com> | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | Re: AMc response RE: timing of NRA review of records | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1666 | Attorney-Client Communications | Message | 1/30/2019 18:48 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Re: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and audit procedures. |
| 1667 | | Message_Attachment | 1/30/2019 18:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1668 | | Message_Attachment | 1/30/2019 18:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1669 | Attorney-Client Communications | Message | 1/31/2019 13:32 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: 161996 - ATTORNEY CLIENT COMMUNICATION / PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc-NRA billing matter. |
| 1670 | Attorney-Client Communications | Message_Attachment | 1/31/2019 13:32 | | | | | | Invoice detail attached to privileged email. |
| 1671 | Attorney-Client Communications | Message | 1/31/2019 13:35 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: OOP Job - ATTORNEY CLIENT COMMUNICATION / PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc-NRA billing matter. |
| 1672 | Attorney-Client Communications | Message | 2/3/2019 9:11 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <revan-mcqueen@am.com>; <Brandon-Winkler@am.com> | | | Fwd: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and audit procedures. |
| 1673 | Attorney-Client Communications | Message | 2/4/2019 11:50 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: AMc response RE: timing of NRA review of records | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit scope and procedure. |
| 1674 | Attorney-Client Communications | Message | 2/4/2019 12:43 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | FW: Emailing - NRA INVOICE.pdf | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior business practices at AMc. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1675 | Attorney-Client Communications | Message_Attachment | 2/4/2019 12:43 | | | | | | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding prior business practices at AMc. |
| 1676 | Attorney-Client Communications | Message | 2/4/2019 15:05 | "Ryan, Stephen" <SRyan@mwe.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: ATTORNEY/CLIENT PRIVILEGE/attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with AMc employees and NRA. |
| 1677 | Attorney-Client Communications | Message | 2/4/2019 21:05 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: AM : Media Inquiry | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding media inquiries. |
| 1678 | Attorney-Client Communications | Message | 2/5/2019 13:10 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | FW: Urgent need someone to go take notes on the meeting below. 106234=0011 | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding media engagement by NRA counsel. |
| 1679 | Attorney-Client Communications | Message | 2/6/2019 13:56 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | Fwd: Document copies | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA document requests and audit procedures. |
| 1680 | Attorney-Client Communications | Message | 2/6/2019 14:43 | Bill Winkler <bill-winkler@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Melanie Montgomery<Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | FW: Follow-Up Questions | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1681 | Attorney-Client Communications | Message | 2/6/2019 14:48 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: Follow-Up Questions | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1682 | Attorney-Client Communications | Message | 2/6/2019 14:49 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <bill-winkler@am.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <Brandon-Winkler@am.com> | | RE: Follow-Up Questions | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1683 | Attorney-Client Communications | Message | 2/6/2019 14:49 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: Follow-Up Questions | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1684 | Attorney-Client Communications | Message | 2/6/2019 14:57 | "Ryan, Stephen" <SRyan@mwe.com> | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com>; Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | RE: Follow-Up Questions | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1685 | Attorney-Client Communications | Message | 2/6/2019 16:04 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Audit bumps and scrapes and requests for copies and follow-up answers. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1686 | Attorney-Client Communications | Message | 2/6/2019 16:11 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | | | RE: ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1687 | Attorney-Client Communications | Message | 2/6/2019 16:14 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | <SRyan@mwe.com> | | Re: ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1688 | | Message_Attachment | 2/6/2019 16:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1689 | Attorney-Client Communications; Work Product | Message | 2/6/2019 16:16 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "SRyan@mwe.com"<SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1690 | Attorney-Client Communications; Work Product | Message_Attachment | 2/6/2019 16:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures, and work product created in anticipation of litigation. |
| 1691 | Attorney-Client Communications | Message | 2/6/2019 16:46 | "Ryan, Stephen" <SRyan@mwe.com> | Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; Bill Winkler <bill-winkler@am.com> | Revan McQueen <Revan-McQueen@am.com> | | RE: ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1692 | Attorney-Client Communications; Work Product | Message | 2/6/2019 17:38 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA and audit procedures, and work product created in anticipation of litigation. |
| 1693 | Attorney-Client Communications; Work Product | Message | 2/6/2019 17:50 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Anthony Makris<Anthony- | | | Fwd: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1694 | Attorney-Client Communications | Message | 2/6/2019 18:02 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; Brandon Winkler <Brandon-Winkler@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com> | | RE: ATTORNEY-CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1695 | Attorney-Client Communications; Work Product | Message | 2/6/2019 18:08 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney regarding substance of communications with NRA counsel, and work product created in anticipation of litigation. |
| 1696 | Attorney-Client Communications; Work Product | Message | 2/6/2019 22:58 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA and audit procedures, and work product created in anticipation of litigation. |
| 1697 | Attorney-Client Communications; Work Product | Message | 2/7/2019 8:28 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA and audit procedures, and work product created in anticipation of litigation. |
| 1698 | Attorney-Client Communications; Work Product | Message | 2/7/2019 8:33 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA and audit procedures, and work product created in anticipation of litigation. |
| 1699 | Attorney-Client Communications; Work Product | Message | 2/7/2019 9:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Ryan/Betts v.1 response RE: Document copies. Attorney client communication. For Revan's review, edits or approval. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA and audit procedures, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1700 | Attorney-Client Communications | Message | 2/7/2019 10:51 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | privileged communication. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding media inquiries. |
| 1701 | Attorney-Client Communications | Message | 2/7/2019 10:52 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | privileged communication #2. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA counsel about audit information requests. |
| 1702 | Attorney-Client Communications | Message | 2/7/2019 10:53 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | privileged communication 3. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA counsel about audit scope. |
| 1703 | Attorney-Client Communications | Message | 2/7/2019 10:53 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | Privileged communication 4. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA counsel about audit scope. |
| 1704 | Attorney-Client Communications; Work Product | Message | 2/7/2019 11:28 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com> | | | FW: Privileged communication 4. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1705 | Attorney-Client Communications; Work Product | Message | 2/7/2019 11:34 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Privileged communication 4. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1706 | Attorney-Client Communications | Message | 2/7/2019 18:37 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | | Fwd: Interim response to NRA re: AMc document copies. | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 1707 | Attorney-Client Communications; Work Product | Message | 2/7/2019 18:54 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Interim response to NRA re: AMc document copies. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1708 | Attorney-Client Communications | Message | 2/7/2019 19:39 | Bill Winkler <bill-winkler@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Fwd: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1709 | | Message_Attachment | 2/7/2019 19:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1710 | Attorney-Client Communications; Work Product | Message | 2/7/2019 22:48 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1711 | | Message_Attachment | 2/7/2019 22:48 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1712 | | Message_Attachment | 2/7/2019 22:48 | | | | | | Letter from S. Ryan to S. Hart dated 1/10/19 attached to privileged email. Not privileged. |
| 1713 | Attorney-Client Communications; Work Product | Message | 2/8/2019 6:01 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about audit protocol, and work product created in anticipation of litigation. |
| 1714 | Attorney-Client Communications; Work Product | Message_Attachment | 2/8/2019 6:01 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about audit protocol, and work product created in anticipation of litigation. |
| 1715 | Attorney-Client Communications | Message | 2/8/2019 13:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "Gina E. Betts" <betts.gina@dorsey.com> | | Fwd: Interim response to NRA re: AMc document copies. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol. |
| 1716 | Attorney-Client Communications | Message | 2/8/2019 13:46 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "Gina E. Betts" <betts.gina@dorsey.com> | | Fwd: Interim response to NRA re: AMc document copies. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol. |
| 1717 | Attorney-Client Communications | Message | 2/8/2019 14:53 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Fwd: Interim response to NRA re: AMc document copies. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol. |
| 1718 | Attorney-Client Communications | Message | 2/8/2019 15:19 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "Gina E. Betts"<betts.gina@dorsey.com>; Winkler Bill <bill-winkler@am.com> | | | Attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA. |
| 1719 | Attorney-Client Communications | Message | 2/8/2019 16:09 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | FW: today | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1720 | Attorney-Client Communications | Message | 2/8/2019 16:16 | <betts.gina@dorsey.com> | <bill-winkler@am.com>; <JBradley@forensicrisk.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | RE: today | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1721 | Attorney-Client Communications; Work Product | Message | 2/8/2019 16:38 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com> | | FW: [Ackerman McQueen] Letter to John Frazer, NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1722 | Attorney-Client Communications; Work Product | Message_Attachment | 2/8/2019 16:38 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1723 | Attorney-Client Communications | Message | 2/8/2019 16:39 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | RE: today | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1724 | Attorney-Client Communications | Message | 2/8/2019 17:19 | Bill Winkler <bill-winkler@am.com> | "Gina Betts - Dorsey (betts.gina@dorsey.com)" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | | RE: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA. |
| 1725 | Attorney-Client Communications; Work Product | Message | 2/8/2019 19:07 | Brandon Winkler <Brandon-Winkler@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1726 | Attorney-Client Communications; Work Product | Message | 2/8/2019 19:54 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1727 | Attorney-Client Communications; Work Product | Message_Attachment | 2/8/2019 19:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1728 | Attorney-Client Communications; Work Product | Message | 2/9/2019 9:00 | "Ryan, Stephen" <SRyan@mwe.com> | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1729 | | Message_Attachment | 2/9/2019 9:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1730 | | Message_Attachment | 2/9/2019 9:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1731 | | Message_Attachment | 2/9/2019 9:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1732 | | Message_Attachment | 2/9/2019 9:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1733 | | Message_Attachment | 2/9/2019 9:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1734 | Attorney-Client Communications; Work Product | Message | 2/9/2019 10:58 | Brandon Winkler <Brandon-Winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Revan McQueen<Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | RE: Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1735 | Attorney-Client Communications; Work Product | Message | 2/9/2019 13:27 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "bill-winkler@am.com"<bill-winkler@am.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | Attorney Client Communication answers.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1736 | Attorney-Client Communications; Work Product | Message_Attachment | 2/9/2019 13:27 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1737 | Attorney-Client Communications; Work Product | Message | 2/9/2019 14:40 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | FW: Letter to John Frazer NRA 02-08-2019 4825-4465-7288 v.1.docx | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1738 | Attorney-Client Communications; Work Product | Message_Attachment | 2/9/2019 14:40 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1739 | Attorney-Client Communications; Work Product | Message | 2/10/2019 12:33 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1740 | Attorney-Client Communications; Work Product | Message_Attachment | 2/10/2019 12:33 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1741 | Attorney-Client Communications | Message | 2/10/2019 15:02 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol. |
| 1742 | | Message_Attachment | 2/10/2019 15:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1743 | Attorney-Client Communications | Message | 2/10/2019 15:17 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <Revan-McQueen@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol. |
| 1744 | Attorney-Client Communications; Work Product | Message | 2/10/2019 16:53 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1745 | Attorney-Client Communications; Work Product | Message_Attachment | 2/10/2019 16:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1746 | Attorney-Client Communications | Message | 2/11/2019 10:50 | <betts.gina@dorsey.com> | <Brandon-Winkler@am.com> | | | RE: Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and audit procedures for same. |
| 1747 | Attorney-Client Communications; Work Product | Message | 2/11/2019 10:55 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | RE: Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1748 | Attorney-Client Communications | Message | 2/11/2019 10:57 | <betts.gina@dorsey.com> | <Brandon-Winkler@am.com> | | | RE: Attorney-Client Communication FW: today | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and audit procedures for same. |
| 1749 | Attorney-Client Communications; Work Product | Message | 2/11/2019 11:44 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding FRA audit, and work product created in anticipation of litigation. |
| 1750 | Attorney-Client Communications; Work Product | Message_Attachment | 2/11/2019 11:44 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding FRA audit, and work product created in anticipation of litigation. |
| 1751 | Attorney-Client Communications | Message | 2/11/2019 11:50 | <betts.gina@dorsey.com> | <Brandon-Winkler@am.com> | | | ATTORNEY-CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents and audit procedures for same. |
| 1752 | Attorney-Client Communications; Work Product | Message | 2/11/2019 12:19 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Proposed final letter to John Frazer NRA. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1753 | Attorney-Client Communications; Work Product | Message_Attachment | 2/11/2019 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1754 | Attorney-Client Communications; Work Product | Message_Attachment | 2/11/2019 12:19 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1755 | Attorney-Client Communications; Work Product | Message | 2/11/2019 12:42 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Re: Proposed final letter to John Frazer NRA. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA about audit protocol, and work product created in anticipation of litigation. |
| 1756 | | Message_Attachment | 2/11/2019 12:42 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1757 | Attorney-Client Communications | Message | 2/11/2019 13:54 | Brandon Winkler <Brandon-Winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Bill Winkler <bill-winkler@am.com> | | RE: ATTORNEY-CLIENT PRIVILEGE | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding information requests from FRA. |
| 1758 | Attorney-Client Communications | Message | 2/11/2019 15:36 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA counsel about documents received from AMc. |
| 1759 | Attorney-Client Communications | Message | 2/11/2019 15:44 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Re: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications from NRA counsel about documents received from AMc. |
| 1760 | Attorney-Client Communications; Work Product | Message | 2/11/2019 15:49 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about status and scope of audit, and work product created in anticipation of litigation. |
| 1761 | Attorney-Client Communications; Work Product | Message_Attachment | 2/11/2019 15:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about status and scope of audit, and work product created in anticipation of litigation. |
| 1762 | Attorney-Client Communications | Message | 2/11/2019 16:01 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about status and scope of audit. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1763 | Attorney-Client Communications | Message | 2/11/2019 16:16 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | RE: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA about status and scope of audit. |
| 1764 | Attorney-Client Communications | Message | 2/11/2019 18:09 | <betts.gina@dorsey.com> | <sryan@mwe.com> | <revan-mcqueen@am.com> | | Fwd: Contract—Attorney Client Privilege | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 1765 | | Message_Attachment | 2/11/2019 18:09 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1766 | Attorney-Client Communications; Work Product | Message | 2/11/2019 18:49 | "Lacey (Duffy) Cremer" <lacey-cremer@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Bill Winkler <bill-winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1767 | Attorney-Client Communications; Work Product | Message_Attachment | 2/11/2019 18:49 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding information requests from FRA, and work product created in anticipation of litigation. |
| 1768 | Attorney-Client Communications | Message | 2/12/2019 18:53 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Fwd: Ackerman letter to NRA | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel about audit. |
| 1769 | | Message_Attachment | 2/12/2019 18:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1770 | | Message_Attachment | 2/12/2019 18:53 | | | | | 00206BB492F5190212173210 | Letter from J. Frazer to S. Ryan dated 2/12/19 attached to privileged email. Not privileged. |
| 1771 | Forwarding Attorney-Client Communications and Work Product | Message | 2/12/2019 19:16 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com> | | | Fwd: Ackerman letter to NRA | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft memo prepared for the NRA, and work product created in anticipation of litigation. |
| 1772 | Forwarding Attorney-Client Communications and Work Product | Message_Attachment | 2/12/2019 19:16 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft memo prepared for the NRA, and work product created in anticipation of litigation. |
| 1773 | Work Product | Message_Attachment | 2/12/2019 19:16 | | | | | 00206BB492F5190212173210 | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1774 | Forwarding Attorney-Client Communications and Work Product | Message | 2/12/2019 19:16 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | Fwd: Ackerman letter to NRA | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding draft memo prepared for the NRA, and work product created in anticipation of litigation. |
| 1775 | Attorney-Client Communications; Work Product | Message_Attachment | 2/12/2019 19:16 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1776 | Attorney-Client Communications; Work Product | Message_Attachment | 2/12/2019 19:16 | | | | | 00206BB492F5190212173210 | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1777 | Attorney-Client Communications | Message | 2/13/2019 15:39 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Audit | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding information request from FRA. |
| 1778 | | Message_Attachment | 2/13/2019 15:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1779 | | Message_Attachment | 2/13/2019 15:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1780 | Attorney-Client Communications | Message | 2/14/2019 9:34 | <betts.gina@dorsey.com> | <sryan@mwe.com>; <revan-mcqueen@am.com> | | | Fwd: Audit | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding information request from FRA. |
| 1781 | | Message_Attachment | 2/14/2019 9:34 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1782 | | Message_Attachment | 2/14/2019 9:34 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1783 | Attorney-Client Communications | Message | 2/15/2019 13:36 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <bill-winkler@am.com> | | Re: what's happening on the audit front today? or have they gone home? | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding status of FRA audit. |
| 1784 | Attorney-Client Communications | Message | 2/15/2019 13:51 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Angus McQueen <angus-mcqueen@am.com> | Re: what's happening on the audit front today? or have they gone home? | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding status of FRA audit. |
| 1785 | Attorney-Client Communications | Message | 2/17/2019 13:53 | <betts.gina@dorsey.com> | <revan-mcqueen@am.com>; <Brandon-Winkler@am.com> | | | Fwd: Additional Request | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding information request from auditors. |
| 1786 | | Message_Attachment | 2/17/2019 13:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1787 | | Message_Attachment | 2/17/2019 13:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1788 | | Message_Attachment | 2/17/2019 13:53 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1789 | Attorney-Client Communications | Message | 2/20/2019 11:46 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | FW: Review of North K. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 1790 | Attorney-Client Communications | Message | 2/20/2019 16:47 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Review of North K. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 1791 | Attorney-Client Communications | Message | 2/22/2019 20:50 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: Revan McQueen | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding media inquiries. |
| 1792 | Attorney-Client Communications | Message | 2/23/2019 9:44 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com> | | | Re: Revan McQueen | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding media inquiries. |
| 1793 | | Message_Attachment | 2/23/2019 9:44 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1794 | Attorney-Client Communications | Message | 2/23/2019 10:03 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding media inquiries and possible media leaks. |
| 1795 | Attorney-Client Communications; Work Product | Message | 2/23/2019 14:06 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | | Why he needs to go. attorney work product | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding NRA outside counsel and possible media leaks, and work product created in anticipation of litigation. |
| 1796 | Attorney-Client Communications | Message | 2/25/2019 15:39 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "bill-winkler@am.com"<bill-winkler@am.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com> | | Tomorrow's NRA visit. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1797 | Attorney-Client Communications | Message | 2/25/2019 15:54 | Bill Winkler <bill-winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | RE: Tomorrow's NRA visit. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1798 | Attorney-Client Communications | Message | 2/25/2019 16:05 | Brandon Winkler <Brandon-Winkler@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | Revan McQueen <Revan-McQueen@am.com>; Bill Winkler <bill-winkler@am.com> | | RE: Tomorrow's NRA visit. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1799 | Attorney-Client Communications | Message_Attachment | 2/25/2019 16:05 | | | | | 2015 - 2019 Employees.xlsx | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding audit procedures. |
| 1800 | Attorney-Client Communications | Message | 2/26/2019 11:55 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Heads up. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA's review of Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1801 | Attorney-Client Communications | Message | 2/26/2019 11:55 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: Can we have an update call. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA's review of Oliver North's contract. |
| 1802 | Attorney-Client Communications | Message | 3/4/2019 15:31 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "bill-winkler@am.com" <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | AMc review - follow up letter from NRA. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel. |
| 1803 | | Message_Attachment | 3/4/2019 15:31 | | | | | | Letter from J. Frazer to S. Ryan dated 3/4/19 attached to privileged email. Not privileged. |
| 1804 | Attorney-Client Communications | Message | 3/5/2019 9:36 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communication from NRA about document requests. |
| 1805 | | Message_Attachment | 3/5/2019 9:36 | | | | | | Letter from J. Frazer to S. Ryan dated 2/12/19 attached to privileged email. Not privileged. |
| 1806 | Attorney-Client Communications | Message | 3/5/2019 9:36 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communication from NRA about document requests. |
| 1807 | | Message_Attachment | 3/5/2019 9:36 | | | | | | Letter from J. Frazer to S. Ryan dated 3/4/19 attached to privileged email. Not privileged. |
| 1808 | Attorney-Client Communications | Message | 3/5/2019 9:47 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: AMc review - follow up letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communication from NRA about document requests. |
| 1809 | Attorney-Client Communications | Message | 3/5/2019 12:08 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <madrid.jay@dorsey.com>; <SRyan@mwe.com> | | | Talent Contract--ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North's contract. |
| 1810 | Attorney-Client Communications; Work Product | Message | 3/5/2019 16:53 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | FW: Letter to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1811 | Attorney-Client Communications; Work Product | Message_Attachment | 3/5/2019 16:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1812 | Attorney-Client Communications; Work Product | Message | 3/6/2019 15:06 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | FW: [BULK] PLEASE PASS TO MILLIE | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1813 | Attorney-Client Communications; Work Product | Message_Attachment | 3/6/2019 15:06 | | | | | American Heroes(RV2) | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1814 | Attorney-Client Communications; Work Product | Message_Attachment | 3/6/2019 15:06 | | | | | | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1815 | Attorney-Client Communications; Work Product | Message | 3/6/2019 15:07 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | FW: North Videos | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1816 | Attorney-Client Communications; Work Product | Message_Attachment | 3/6/2019 15:07 | | | | | | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1817 | Attorney-Client Communications | Message | 3/7/2019 8:45 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | Can I call both of you right now and link us together? | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communications with NRA about Oliver North's contract. |
| 1818 | Attorney-Client Communications; Work Product | Message | 3/7/2019 9:59 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | Suggested response. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1819 | Attorney-Client Communications; Work Product | Message | 3/7/2019 10:06 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com> | | | ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1820 | Attorney-Client Communications; Work Product | Message | 3/7/2019 10:10 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com> | | | RE: ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1821 | Attorney-Client Communications; Work Product | Message | 3/7/2019 10:28 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | Re: ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1822 | Attorney-Client Communications; Work Product | Message | 3/7/2019 10:41 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: ATTORNEY CLIENT CORRESPONDENCE | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1823 | | Message_Attachment | 3/7/2019 10:41 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1824 | Attorney-Client Communications; Work Product | Message | 3/7/2019 10:47 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | | Re: Suggested response. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1825 | Attorney-Client Communications; Work Product | Message | 3/7/2019 11:25 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: amended draft. attorney work product. I highlighted in yellow some of my changes but dropped language is not shown. Revan's original below. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1826 | Attorney-Client Communications; Work Product | Message | 3/7/2019 11:29 | <madrid.jay@dorsey.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <Revan-McQueen@am.com> | | | RE: amended draft. attorney work product. I highlighted in yellow some of my changes but dropped language is not shown. Revan's original below. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation. |
| 1827 | Attorney-Client Communications | Message | 3/7/2019 12:00 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | FW: AMc review - North K issue in follow-up letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence sent to NRA counsel about NRA requests to review Oliver North's contract, and work product created in anticipation of litigation relating to state agency investigations into the NRA and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 1828 | Attorney-Client Communications; Work Product | Message | 3/7/2019 13:22 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | Re: Past North Travel & Videos | Confidential internal communications drafting correspondence to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding documents collected by counsel's request, and work product created in anticipation of litigation. |
| 1829 | Attorney-Client Communications | Message | 3/7/2019 13:44 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: AMc review - North K issue in follow-up letter. Attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel requesting additional review of Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1830 | Attorney-Client Communications | Message | 3/7/2019 13:45 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | | FW: AMc review - North K issue in follow-up letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel requesting additional review of Oliver North's contract. |
| 1831 | Attorney-Client Communications | Message | 3/7/2019 13:49 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: AMc review - North K issue in follow-up letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding correspondence from NRA counsel requesting additional review of Oliver North's contract. |
| 1832 | Attorney-Client Communications; Work Product | Message | 3/7/2019 14:19 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding improper disclosure of North Contract, and work product created in anticipation of litigation. |
| 1833 | Attorney-Client Communications; Work Product | Message | 3/7/2019 14:22 | Melanie Montgomery <Melanie-Montgomery@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | For RM | Confidential internal communications drafting correspondence to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding documents collected by counsel's request, and work product created in anticipation of litigation. |
| 1834 | Attorney-Client Communications; Work Product | Message_Attachment | 3/7/2019 14:22 | | | | | | Confidential internal communications drafting correspondence to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding documents collected by counsel's request, and work product created in anticipation of litigation. |
| 1835 | Attorney-Client Communications; Work Product | Message | 3/7/2019 14:28 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding improper disclosure of North Contract, and work product created in anticipation of litigation. |
| 1836 | Attorney-Client Communications | Message | 3/7/2019 14:57 | <george.linda@dorsey.com> | <revan-mcqueen@am.com> | <betts.gina@dorsey.com> | | [SENT ON BEHALF OF GINA BETTS] ATTORNEY CLIENT CORRESPONDENCE: North Contract Excerpt | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding the North Contract. |
| 1837 | Attorney-Client Communications | Message_Attachment | 3/7/2019 14:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding the North Contract. |
| 1838 | Attorney-Client Communications | Message | 3/7/2019 15:00 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: [SENT ON BEHALF OF GINA BETTS] ATTORNEY CLIENT CORRESPONDENCE: North Contract Excerpt | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding the North Contract. |
| 1839 | | Message_Attachment | 3/7/2019 15:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1840 | Attorney-Client Communications | Message_Attachment | 3/7/2019 15:00 | | | | | | Confidential communication between AMc employee and counsel at McDermott Will & Emery for purposes of obtaining legal advice regarding the North Contract. |
| 1841 | | Message_Attachment | 3/7/2019 15:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1842 | | Message_Attachment | 3/7/2019 15:00 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1843 | Attorney-Client Communications; Work Product | Message | 3/7/2019 15:07 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com> | | | Attorney Work Product | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1844 | Attorney-Client Communications; Work Product | Message_Attachment | 3/7/2019 15:07 | | | | | | Confidential internal communications drafting correspondence to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding documents collected by counsel's request, and work product created in anticipation of litigation. |
| 1845 | Attorney-Client Communications; Work Product | Message_Attachment | 3/7/2019 15:07 | | | | | | Confidential internal communications drafting correspondence to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding documents collected by counsel's request, and work product created in anticipation of litigation. |
| 1846 | Attorney-Client Communications; Work Product | Message | 3/7/2019 15:34 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com> | | | RE: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding the NRA's improper disclosure of the North Contract, and work product created in anticipation of litigation. |
| 1847 | Attorney-Client Communications; Work Product | Message | 3/7/2019 17:05 | Ariana Azimi <ariana-azimi@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | | | Fw: Documents for GB | Confidential internal communications collecting documents requested by counsel at Dorsey & Whitney for purposes of obtaining legal advice, and work product created in anticipation of litigation. |
| 1848 | | Message_Attachment | 3/7/2019 17:05 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1849 | Attorney-Client Communications; Work Product | Message | 3/8/2019 6:55 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc's billing relationship with the NRA and Oliver North, and work product created in anticipation of litigation. |
| 1850 | Attorney-Client Communications; Work Product | Message | 3/8/2019 10:02 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com> | | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding AMc's billing relationship with the NRA and Oliver North, and work product created in anticipation of litigation. |
| 1851 | | Message_Attachment | 3/8/2019 10:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1852 | Attorney-Client Communications; Work Product | Message | 3/8/2019 10:09 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com> | | Re: V1. for Friday am consideration. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1853 | Attorney-Client Communications; Work Product | Message | 3/8/2019 10:48 | <madrid.jay@dorsey.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | <Revan-McQueen@am.com> | | RE: V1. for Friday am consideration. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1854 | Attorney-Client Communications; Work Product | Message | 3/8/2019 11:40 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: V1. for Friday am consideration. attorney work product. I reorganized this. I kept your first question but not the why question. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1855 | Attorney-Client Communications; Work Product | Message | 3/8/2019 11:50 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Re: V1. for Friday am consideration. attorney work product. I reorganized this. I kept your first question but not the why question. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1856 | Attorney-Client Communications; Work Product | Message | 3/8/2019 12:13 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | FW: North K leak to NYT. attorney work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1857 | | Message_Attachment | 3/8/2019 12:13 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1858 | Attorney-Client Communications; Work Product | Message | 3/8/2019 17:57 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1859 | Attorney-Client Communications; Work Product | Message | 3/9/2019 10:13 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | Re: Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |
| 1860 | Attorney-Client Communications; Work Product | Message | 3/11/2019 12:06 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA unauthorized disclosure of North Contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1861 | Attorney-Client Communications; Work Product | Message | 3/12/2019 9:53 | Revan McQueen <Revan-McQueen@am.com> | Revan McQueen <Revan-McQueen@am.com> | | | AWP/ACC | AMc employee drafting confidential memo by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media, and work product created in anticipation of litigation. |
| 1862 | Attorney-Client Communications; Work Product | Message | 3/12/2019 10:00 | Revan McQueen <Revan-McQueen@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | Please print 3 copies. | AMc employee forwarding to AMc employee confidential memo by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media, and work product created in anticipation of litigation. |
| 1863 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 10:00 | | | | | | AMc employee forwarding to AMc employee confidential memo by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media, and work product created in anticipation of litigation. |
| 1864 | Attorney-Client Communications; Work Product | Message | 3/12/2019 10:16 | Revan McQueen <Revan-McQueen@am.com> | Ariana Azimi <ariana-azimi@am.com> | | | 3 copies | AMc employee forwarding to AMc employee confidential memo by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media, and work product created in anticipation of litigation. |
| 1865 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 10:16 | | | | | | AMc employee forwarding to AMc employee confidential memo by request of and to provide to counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media, and work product created in anticipation of litigation. |
| 1866 | Attorney-Client Communications; Work Product | Message | 3/12/2019 10:25 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1867 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 10:25 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1868 | Attorney-Client Communications | Message | 3/12/2019 13:55 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | Anthony Makris <Anthony-makris@am.com>; Angus McQueen<angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding media coverage of AMc. |
| 1869 | Attorney-Client Communications; Work Product | Message | 3/12/2019 14:18 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com> | <sryan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1870 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 14:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1871 | Attorney-Client Communications; Work Product | Message | 3/12/2019 14:23 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com> | <sryan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | Additional Revision to Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1872 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 14:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1873 | Attorney-Client Communications | Message | 3/12/2019 14:43 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com> | | Re: Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding media coverage for AMc. |
| 1874 | Attorney-Client Communications | Message | 3/12/2019 15:15 | <betts.gina@dorsey.com> | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <sryan@mwe.com>; <madrid.jay@dorsey.com> | | Re: Additional Revision to Letter | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 1875 | | Message_Attachment | 3/12/2019 15:15 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1876 | Attorney-Client Communications; Work Product | Message | 3/12/2019 15:53 | Revan McQueen <Revan-McQueen@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Angus McQueen<angus-mcqueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1877 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 15:53 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1878 | Attorney-Client Communications | Message | 3/12/2019 15:54 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "haydon.jean@dorsey.com"<haydon.jean@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1879 | Attorney-Client Communications; Work Product | Message | 3/12/2019 15:57 | Revan McQueen <Revan-McQueen@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Angus McQueen<angus-mcqueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | Re: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1880 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 15:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1881 | Attorney-Client Communications; Work Product | Message | 3/12/2019 15:57 | Revan McQueen <Revan-McQueen@am.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Angus McQueen<angus-mcqueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | Re: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1882 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 15:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1883 | Attorney-Client Communications | Message | 3/12/2019 16:01 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "haydon.jean@dorsey.com"<haydon.jean@dorsey.com>; Angus McQueen <angus-mcqueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com> | | RE: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 1884 | Attorney-Client Communications | Message | 3/12/2019 17:14 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "haydon.jean@dorsey.com" <haydon.jean@dorsey.com>; Angus McQueen<angus-mcqueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 1885 | | Message_Attachment | 3/12/2019 17:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1886 | | Message_Attachment | 3/12/2019 17:14 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1887 | Attorney-Client Communications; Work Product | Message | 3/12/2019 17:23 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | attorney work product and privileged | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1888 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 17:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1889 | Attorney-Client Communications; Work Product | Message | 3/12/2019 17:24 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | redline intact, | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1890 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 17:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1891 | Attorney-Client Communications; Work Product | Message | 3/12/2019 18:09 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Attorney Client Communicaton | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1892 | Attorney-Client Communications; Work Product | Message_Attachment | 3/12/2019 18:09 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1893 | Attorney-Client Communications; Work Product | Message | 3/12/2019 18:39 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com> | | Re: Attorney Client Communicaton | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1894 | | Message_Attachment | 3/12/2019 18:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1895 | | Message_Attachment | 3/12/2019 18:39 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1896 | Attorney-Client Communications | Message | 3/12/2019 18:47 | <haydon.jean@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com> | <madrid.jay@dorsey.com>; <betts.gina@dorsey.com> | | FW: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding correspondence sent to NRA counsel. |
| 1897 | | Message_Attachment | 3/12/2019 18:47 | | | | | | Letter from J. Madrid to J. Frazer dated 3/12/19 attached to privileged email. Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1898 | Attorney-Client Communications | Message | 3/12/2019 18:50 | Revan McQueen <Revan-McQueen@am.com> | Anthony Makris <Anthony-makris@am.com>; Bill Winkler<bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Melanie Montgomery" <Melanie-Montgomery@am.com>; Angus McQueen <angus-mcqueen@am.com> | | | Fwd: On behalf of Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1899 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1900 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1901 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1902 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1903 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1904 | Attorney-Client Communications | Message_Attachment | 3/12/2019 18:50 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1905 | Attorney-Client Communications; Work Product | Message | 3/12/2019 19:02 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com> | | | Fwd: On behalf of Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1906 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1907 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Letter from J. Madrid to J. Frazer dated 3/12/19 attached to privileged email. Not privileged. |
| 1908 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1909 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1910 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1911 | | Message_Attachment | 3/12/2019 19:02 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1912 | Attorney-Client Communications | Message | 3/12/2019 23:21 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen <angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1913 | Attorney-Client Communications | Message | 3/13/2019 7:51 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; Angus McQueen<angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1914 | Attorney-Client Communications | Message | 3/13/2019 8:23 | Melanie Montgomery <Melanie-Montgomery@am.com> | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1915 | Attorney-Client Communications | Message | 3/13/2019 9:17 | Anthony Makris <Anthony-makris@am.com> | Melanie Montgomery <Melanie-Montgomery@am.com> | Revan McQueen <Revan-McQueen@am.com>; Angus McQueen <angus-mcqueen@am.com> | | Re: On behalf of Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1916 | Attorney-Client Communications; Work Product | Message | 3/14/2019 17:22 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | NRA's response letter to Jay Madrid | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA media leaks by Brewer Firm, and work product created in anticipation of litigation. |
| 1917 | | Message_Attachment | 3/14/2019 17:22 | | | | | | Letter from J. Frazer to J. Madrid dated 3/14/19 attached to privileged email. Not privileged. |
| 1918 | Attorney-Client Communications | Message | 3/14/2019 18:04 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Fwd: NRA's response letter to Jay Madrid | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |
| 1919 | Attorney-Client Communications | Message_Attachment | 3/14/2019 18:04 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding concerns about Brewer leaking information to media. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1920 | | Message_Attachment | 3/14/2019 18:04 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1921 | Attorney-Client Communications; Work Product | Message | 3/18/2019 15:19 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1922 | Attorney-Client Communications; Work Product | Message | 3/18/2019 15:24 | "Ryan, Stephen" <SRyan@mwe.com> | Revan McQueen <Revan-McQueen@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1923 | Attorney-Client Communications; Work Product | Message | 3/18/2019 15:29 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | RE: Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1924 | Attorney-Client Communications; Work Product | Message | 3/18/2019 16:30 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: Attorney Work Product/Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1925 | Attorney-Client Communications; Work Product | Message | 3/18/2019 17:25 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com>; <betts.gina@dorsey.com> | | | FW: Dorsey and MWE Correspondence to and from the NRA/collection is work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1926 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1927 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1928 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1929 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1930 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1931 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1932 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1933 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1934 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1935 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1936 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1937 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1938 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1939 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1940 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1941 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1942 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1943 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1944 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1945 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1946 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1947 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1948 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1949 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1950 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1951 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1952 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1953 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1954 | Work Product | Message_Attachment | 3/18/2019 17:25 | | | | | | Work product compilation of non-privileged communications. |
| 1955 | Attorney-Client Communications; Work Product | Message | 3/19/2019 11:26 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: Dorsey and MWE Correspondence to and from the NRA/collection is work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1956 | Attorney-Client Communications; Work Product | Message | 3/19/2019 11:27 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Requested information for NRA Board | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1957 | Attorney-Client Communications; Work Product | Message | 3/19/2019 11:29 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <madrid.jay@dorsey.com>; <Revan-McQueen@am.com> | | | RE: Dorsey and MWE Correspondence to and from the NRA/collection is work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1958 | Attorney-Client Communications; Work Product | Message | 3/19/2019 11:30 | "Ryan, Stephen" <SRyan@mwe.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "Revan-McQueen@am.com" <Revan-McQueen@am.com> | | | RE: Dorsey and MWE Correspondence to and from the NRA/collection is work product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc, and work product created in anticipation of litigation. |
| 1959 | Attorney-Client Communications; Work Product | Message | 3/25/2019 10:08 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: NRA demands further contract review. note is privileged and confidential. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA audits of AMc and leaks of confidential information by NRA, and work product created in anticipation of litigation. |
| 1960 | Attorney-Client Communications; Work Product | Message | 3/25/2019 10:28 | Revan McQueen <Revan-McQueen@am.com> | "Ryan, Stephen" <SRyan@mwe.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1961 | Forwarding Attorney-Client Communications | Message | 3/25/2019 10:38 | Revan McQueen <Revan-McQueen@am.com> | Brandon Winkler <Brandon-Winkler@am.com>; Bill Winkler<bill-winkler@am.com> | | | Fw: NRA demands further contract review. note is privileged and confidential. | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1962 | Forwarding Attorney-Client Communications | Message_Attachment | 3/25/2019 10:38 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents. |
| 1963 | Attorney-Client Communications; Work Product | Message | 3/25/2019 10:49 | <madrid.jay@dorsey.com> | <Melanie-Montgomery@am.com>; <Revan-McQueen@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | Proposed e-mail to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Dana Loesch media statements, Loesch contract, and leaks of confidential information by NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1964 | Attorney-Client Communications; Work Product | Message | 3/25/2019 10:51 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | Melanie Montgomery <Melanie-Montgomery@am.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | | Re: Proposed e-mail to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Dana Loesch media statements, Loesch contract, and leaks of confidential information by NRA, and work product created in anticipation of litigation. |
| 1965 | | Message_Attachment | 3/25/2019 10:51 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1966 | Attorney-Client Communications; Work Product | Message | 3/25/2019 11:11 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <Melanie-Montgomery@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | RE: Proposed e-mail to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Dana Loesch media statements, Loesch contract, and leaks of confidential information by NRA, and work product created in anticipation of litigation. |
| 1967 | Attorney-Client Communications; Work Product | Message | 3/25/2019 11:16 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com>; <madrid.jay@dorsey.com> | | FW: [Ackerman McQueen] Letter to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA, and work product created in anticipation of litigation. |
| 1968 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 11:16 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA, and work product created in anticipation of litigation. |
| 1969 | Attorney-Client Communications; Work Product | Message | 3/25/2019 16:23 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com>; <Melanie-Montgomery@am.com> | | FW: [Ackerman McQueen] Letter to J Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NNRA, and work product created in anticipation of litigation. |
| 1970 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 16:23 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NNRA, and work product created in anticipation of litigation. |
| 1971 | Attorney-Client Communications; Work Product | Message | 3/25/2019 16:53 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com> | <SRyan@mwe.com>; <Melanie-Montgomery@am.com> | | RE: [Ackerman McQueen] Letter to J Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1972 | Attorney-Client Communications; Work Product | Message | 3/25/2019 17:04 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <Melanie-Montgomery@am.com> | <SRyan@mwe.com>; <betts.gina@dorsey.com> | | RE: [Ackerman McQueen] Letter to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding AMc business relationship with NRA, and work product created in anticipation of litigation. |
| 1973 | Attorney-Client Communications; Work Product | Message | 3/25/2019 17:40 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com>; <madrid.jay@dorsey.com> | | FW: [Ackerman McQueen] Letter to J. Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1974 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 17:40 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1975 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 17:40 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1976 | Attorney-Client Communications; Work Product | Message | 3/25/2019 17:55 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <Melanie-Montgomery@am.com> | <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: [Ackerman McQueen] Letter to J. Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1977 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 17:55 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1978 | Attorney-Client Communications; Work Product | Message_Attachment | 3/25/2019 17:55 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1979 | Attorney-Client Communications; Work Product | Message | 3/25/2019 19:12 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "Revan-McQueen@am.com" <Revan-McQueen@am.com>; "angus-mcqueen@am.com"<angus-mcqueen@am.com>; "Melanie-Montgomery@am.com"<Melanie-Montgomery@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: [Ackerman McQueen] Letter to J. Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1980 | | Message_Attachment | 3/25/2019 19:12 | | | | | | Microsoft Exchange file (i.e. logo image file or .htm file). Not privileged. |
| 1981 | Attorney-Client Communications; Work Product | Message | 3/26/2019 10:59 | "Jordan, Cheryl" <Cajordan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "Revan-McQueen@am.com"<Revan-McQueen@am.com>; "angus-mcqueen@am.com" <angus-mcqueen@am.com>; "Melanie-Montgomery@am.com" <Melanie-Montgomery@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "Ryan, Stephen"<SRyan@mwe.com> | | On behalf of Steve Ryan -- RE: [Ackerman McQueen] Letter to J. Frazer 3/25/2019 | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |
| 1982 | Attorney-Client Communications; Work Product | Message_Attachment | 3/26/2019 10:59 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1983 | Attorney-Client Communications; Work Product | Message | 3/26/2019 15:54 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com> | <bill-winkler@am.com>; <betts.gina@dorsey.com>; <SRyan@mwe.com> | | FW: Letter to Frazer | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1984 | Attorney-Client Communications; Work Product | Message_Attachment | 3/26/2019 15:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1985 | Attorney-Client Communications; Work Product | Message_Attachment | 3/26/2019 15:54 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA, and work product created in anticipation of litigation. |
| 1986 | Attorney-Client Communications; Work Product | Message | 3/26/2019 15:55 | "Ryan, Stephen" <SRyan@mwe.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com>; "betts.gina@dorsey.com"<betts.gina@dorsey.com>; "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)" <Revan-McQueen@am.com> | | | NRA new and further contract review | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North and American Heroes, and work product created in anticipation of litigation. |
| 1987 | Attorney-Client Communications; Work Product | Message_Attachment | 3/26/2019 15:55 | | | | | | Letter from J. Frazer to S. Ryan dated 3/26/19 attached to privileged email. Not privileged. |
| 1988 | Attorney-Client Communications; Work Product | Message | 3/26/2019 16:49 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <madrid.jay@dorsey.com>; <SRyan@mwe.com> | | | FW: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding Oliver North NDA; work product created in anticipation of litigation relating to state agency investigations into the NRA and litigation anticipated by AMc from the NRA as a result of, in large part, Bill Brewer's threats against AMc. |
| 1989 | Attorney-Client Communications; Work Product | Message_Attachment | 3/26/2019 16:49 | | | | | | Draft NDA Agreement for Brewer Firm and NRA. |
| 1990 | Attorney-Client Communications; Work Product | Message | 3/26/2019 16:56 | <betts.gina@dorsey.com> | <SRyan@mwe.com>; <Revan-McQueen@am.com>; <madrid.jay@dorsey.com> | | | RE: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NDA for North Contract, and work product created in anticipation of litigation. |
| 1991 | Attorney-Client Communications; Work Product | Message | 3/26/2019 17:11 | <betts.gina@dorsey.com> | <MOConnor@wc.com> | | | RE: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NDA for North Contract, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 1992 | Attorney-Client Communications; Work Product | Message | 3/28/2019 16:18 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <SRyan@mwe.com> | | | FW: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NDA for review of North Contract, and work product created in anticipation of litigation. |
| 1993 | Attorney-Client Communications; Work Product | Message_Attachment | 3/28/2019 16:18 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft of NDA for North Contract, and work product created in anticipation of litigation. |
| 1994 | Attorney-Client Communications; Work Product | Message | 3/28/2019 16:24 | "Ryan, Stephen" <SRyan@mwe.com> | "Revan McQueen - Ackerman McQueen (Revan-McQueen@am.com)"<Revan-McQueen@am.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | | | Letter to Frazer - attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NRA requests for information, and work product created in anticipation of litigation. |
| 1995 | Attorney-Client Communications; Work Product | Message_Attachment | 3/28/2019 16:24 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NRA requests for information, and work product created in anticipation of litigation. |
| 1996 | Attorney-Client Communications; Work Product | Message | 4/2/2019 17:40 | <betts.gina@dorsey.com> | <sryan@mwe.com>; <madrid.jay@dorsey.com>; <revan-mcqueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com>; <Brandon-Winkler@am.com> | | | Fwd: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 1997 | Attorney-Client Communications | Message | 4/3/2019 7:40 | <betts.gina@dorsey.com> | <madrid.jay@dorsey.com>; <revan-mcqueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com>; <sryan@mwe.com> | | | Fwd: Confidentiality Agreement | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for documents. |
| 1998 | Attorney-Client Communications | Message | 4/3/2019 7:48 | <betts.gina@dorsey.com> | <SRyan@mwe.com> | <madrid.jay@dorsey.com>; <revan-mcqueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com> | | Re: Confidentiality Agreement. attorney client communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding NRA request for documents. |
| 1999 | Attorney-Client Communications | Message | 4/3/2019 9:48 | <betts.gina@dorsey.com> | <Revan-McQueen@am.com>; <angus-mcqueen@am.com>; <bill-winkler@am.com> | | | Brewer Emails | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding substance of correspondence to NRA counsel. |
| 2000 | Attorney-Client Communications | Message | 4/3/2019 12:01 | <betts.gina@dorsey.com> | <bill-winkler@am.com> | | | FW: NDA | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request to review Oliver North's contract. |
| 2001 | Attorney-Client Communications | Message | 4/3/2019 12:46 | Bill Winkler <bill-winkler@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | RE: NDA | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding Oliver North's contract. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 2002 | Attorney-Client Communications; Work Product | Message | 4/5/2019 13:25 | <madrid.jay@dorsey.com> | <Revan-McQueen@am.com> | <betts.gina@dorsey.com> | | 4/2 E-mail re: NDA | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding access to Oliver North's contract and possible media leaks, and work product created in anticipation of litigation. |
| 2003 | Attorney-Client Communications; Work Product | Message | 4/5/2019 13:40 | Revan McQueen <Revan-McQueen@am.com> | "madrid.jay@dorsey.com" <madrid.jay@dorsey.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | Re: 4/2 E-mail re: NDA | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding access to Oliver North's contract and possible media leaks, and work product created in anticipation of litigation. |
| 2004 | Attorney-Client Communications; Work Product | Message | 4/5/2019 18:18 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; "Bill Winkler" <bill-winkler@am.com> | | | Fwd: 4/2 E-mail re: NDA | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 2005 | Attorney-Client Communications; Work Product | Message_Attachment | 4/5/2019 18:18 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 2006 | Attorney-Client Communications; Work Product | Message_Attachment | 4/5/2019 18:18 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 2007 | Attorney-Client Communications; Work Product | Message | 4/5/2019 21:15 | Revan McQueen <Revan-McQueen@am.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Anthony Makris <Anthony-makris@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | | Fwd: 4/2 E-mail re: NDA | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 2008 | Attorney-Client Communications; Work Product | Message_Attachment | 4/5/2019 21:15 | | | | | | AMc employee internally forwarding confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for documents, and work product created in anticipation of litigation. |
| 2009 | Attorney-Client Communications | Message | 4/8/2019 17:56 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "sryan@mwe.com" <sryan@mwe.com> | | | FW: Request for NRATV data | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for NRATV information. |
| 2010 | Attorney-Client Communications; Work Product | Message | 4/8/2019 17:57 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "sryan@mwe.com" <sryan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 2011 | Attorney-Client Communications; Work Product | Message_Attachment | 4/8/2019 17:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |
| 2012 | Attorney-Client Communications; Work Product | Message | 4/8/2019 17:57 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "sryan@mwe.com" <sryan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Anthony Makris<Anthony-makris@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |
| 2013 | Attorney-Client Communications; Work Product | Message_Attachment | 4/8/2019 17:57 | | | | | | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to the NRA, and work product created in anticipation of litigation. |
| 2014 | Attorney-Client Communications; Work Product | Message | 4/8/2019 18:15 | Revan McQueen <Revan-McQueen@am.com> | "sryan@mwe.com" <sryan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | FW: Letter to Frazer - attorney work product. | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NRA requests for documents, and work product created in anticipation of litigation. |
| 2015 | Attorney-Client Communications; Work Product | Message_Attachment | 4/8/2019 18:15 | | | | | | Draft letter to J. Frazer regarding leaks of confidential information by NRA and NRA requests for documents. |
| 2016 | Attorney-Client Communications | Message | 4/8/2019 18:29 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "sryan@mwe.com" <sryan@mwe.com>; Angus McQueen<angus-mcqueen@am.com>; Melanie Montgomery <Melanie-Montgomery@am.com> | | Re: Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding draft correspondence to NRA counsel. |
| 2017 | Attorney-Client Communications; Work Product | Message | 4/8/2019 20:33 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NRA requests for documents, and work product created in anticipation of litigation. |
| 2018 | Attorney-Client Communications; Work Product | Message_Attachment | 4/8/2019 20:33 | | | | | | Draft letter to J. Frazer regarding NRA leaks of confidential information and requests for documents. |
| 2019 | Attorney-Client Communications; Work Product | Message | 4/8/2019 21:13 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Re: Attorney Client Communication/Attorney Work Product | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding leaks of confidential information by NRA and NRA requests for documents, and work product created in anticipation of litigation. |

| # | Privilege Type | Record Type | Document Date | Email From | Email To | Email CC | Email BCC | Email Subject | Privilege Description |
|---|---|---|---|---|---|---|---|---|---|
| 2020 | Attorney-Client Communications; Work Product | Message_Attachment | 4/8/2019 21:13 | | | | | | Draft letter to J. Frazer regarding NRA leaks of confidential information and requests for documents. |
| 2021 | Attorney-Client Communications | Message | 4/9/2019 18:48 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Anthony Makris<Anthony-makris@am.com> | | Fwd: Request for NRATV data | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for NRATV information. |
| 2022 | Attorney-Client Communications | Message | 4/9/2019 18:48 | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com> | Angus McQueen <angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler <Brandon-Winkler@am.com>; Anthony Makris<Anthony-makris@am.com> | | Fwd: Request for NRATV data | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for NRATV information. |
| 2023 | Attorney-Client Communications | Message | 4/9/2019 19:00 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Angus McQueen<angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Request for NRATV data | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for NRATV information. |
| 2024 | Attorney-Client Communications | Message | 4/9/2019 19:00 | Anthony Makris <Anthony-makris@am.com> | Revan McQueen <Revan-McQueen@am.com> | "betts.gina@dorsey.com" <betts.gina@dorsey.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "SRyan@mwe.com" <SRyan@mwe.com>; Angus McQueen<angus-mcqueen@am.com>; Bill Winkler <bill-winkler@am.com>; Brandon Winkler<Brandon-Winkler@am.com> | | Re: Request for NRATV data | Confidential communication between AMc employee and counsel at Dorsey & Whitney for purposes of obtaining legal advice regarding NRA request for NRATV information. |
| 2025 | Attorney-Client Communications; Work Product | Message | 4/10/2019 7:41 | Revan McQueen <Revan-McQueen@am.com> | "SRyan@mwe.com" <SRyan@mwe.com>; "madrid.jay@dorsey.com"<madrid.jay@dorsey.com>; "betts.gina@dorsey.com" <betts.gina@dorsey.com> | | | Attorney Client Communication | Confidential communication between AMc employee and counsel at Dorsey & Whitney and McDermott Will & Emery for purposes of obtaining legal advice regarding communication from W. LaPierre and appointment of designee under Services Agreement, and work product created in anticipation of litigation. |

# EXHIBIT 40
# (Filed Under Seal)

# EXHIBIT 41
# (Filed Under Seal)

# EXHIBIT 42

APP. 01445

NATION NOW

# Angry over diversity in children's show, NRA TV depicts 'Thomas & Friends' in KKK hoods

Ryan W. Miller USA TODAY

Published 11:08 p.m. ET Sept. 12, 2018 | **Updated 3:24 p.m. ET Sept. 13, 2018**

Using a jarring image to blast increased diversity on a children's TV show, a National Rifle Association online show depicted characters from "Thomas & Friends" in white, Ku Klux Klan-style hoods on burning train tracks.

Host of NRA TV's "Relentless," Dana Loesch went after the classic children's character Thomas The Tank Engine after its maker, Mattel, joined forces with the United Nations in efforts to increase gender diversity and representation on the program and include new characters from around the globe.

Loesch, a conservative spokeswomen for the gun rights group, specifically called out one new character – Nia, a steam engine from Kenya.

"That's where it gets really strange to me," Loesch says on Friday's episode. "Am I to understand this entire time that Thomas and his trains were white? Because they all have gray faces. How do you bring ethnic diversity? I mean they had to paint what I guess they thought was some sort of African pattern on the side of Nia's engine."

The program cut to an image with three trains wearing white hoods and tracks on fire. "Fair, I get it," Loesch sarcastically says. "Thomas the Tank Engine has been a blight on race relations for far too long. Clearly this is overdue."

The NRA did not immediately respond to USA TODAY's request for comment.

Mattel announced Friday that "Thomas & Friends," a Nick Jr. show, would add characters to its newest season from around the world and partner with the UN to promote its Sustainable Development Goals.

In the new season, Thomas will travel from his fictional home Sodor for the first time in the series to visit China, India and Australia, Mattel said. More female characters will also be represented, the company added.

"This change will deepen the brand's engagement with girls who represent over 40% of the show's viewership and provide a strong message of gender equality to the young audience," Mattel said in a statement.

*Follow Ryan Miller on Twitter @RyanW_Miller*

# EXHIBIT 43

APP. 01447

 

# What's behind NRA TV's grotesque take on 'Thomas & Friends'

By Robert J. Spitzer
Updated 10:08 PM EDT, Fri September 14, 2018

KIDS SHOW NOW BRINGING GENDER AND ETHNIC DIVERSITY
NRATV

02:07 - Source: CNN

NRATV host slammed over KKK reference

**Editor's Note:** Robert J. Spitzer is Distinguished Service Professor of Political Science at SUNY Cortland, and the author of 5 books on gun policy, including "Guns across America" and "The Politics of Gun Control." The views expressed here are solely the author's. View more opinion articles on CNN.

**(CNN) —** NRA TV host Dana Loesch seems to thrive on dog whistle controversy. Case in point: in a recent segment of her internet show "Relentless," she castigated the British cartoon series "Thomas & Friends," featuring Thomas the Tank Engine, for seeking to bring "gender balance" and "ethnic diversity" to the show.

Robert Spitzer

The special focus of her ire? A tank character named Nia from Kenya who was introduced as part of the program's effort to internationalize and diversify its characters. Horrible as that may seem to Loesch, she capped her critique by displaying a doctored picture of Thomas and two of his friends in KKK hoods riding on track seen to be burning in the background.

Loesch considers the program "creepy." But next to the image of children cartoon characters in Klan outfits – well, readers and viewers can draw their own conclusions about what constitutes "creepy." But what does Loesch's grotesque distortion of a children's cartoon have to do with gun rights? Nothing, according to the laws of common sense. But in the era of President Donald Trump, everything.

This tale begins with the NRA's early and fulsome endorsement of Trump's presidential campaign – even before he had officially captured the nomination. That political move was significant for two reasons: first, the gun rights group has normally not made political endorsements so early in an election cycle; second, the NRA was taking a political risk because of the unorthodox nature of Trump's campaign. But the NRA's gamble hit the jackpot. Trump won the nomination, and the presidency.

RELATED VIDEO
Cooper presses Loesch on Trump's gun comments

---

The NRA has taken its culture war cues from Trump, especially through NRA TV where, according to Time magazine, "its segments are anti-Black Lives Matter, pro-cop, anti-media and pro-Trump." Add to that list that it's against Hollywood liberals and so-called coastal liberal elites, all Trump targets. The point is that it's not just guns the NRA is defending, but its way of life, its identity. If these messaging themes are good enough for the President, then why not for the NRA? Absent a demonic figure in the White House like Barack Obama or Bill Clinton, here is a new focus to gin up fear, anger, and gun sales.

Despite the fact that a decade earlier, Trump had supported gun measures like the assault weapons ban and longer gun waiting periods, his conversion to NRA dogma was thorough and unwavering. But more than that, Trump's core constituencies coincided closely with that of the NRA – especially older white males from rural areas, who are also highly likely to be gun owners.

It was a natural fit. Multiple studies have found that fears of "racial and global status threat," as political scientist Diana Mutz puts it, and fear of change in an increasingly multiethnic nation were core forces driving much of the Trump vote. This does not mean that all or even most Trump voters were racists, but that race-based fear and anxiety was nevertheless an important animating force explaining Trump's victory. NRA core supporters share many of the same beliefs.

RELATED ARTICLE
Finally, a cop is convicted for recklessly shooting an unarmed teenager

---

One need look no further than Trump's obsessive condemnation of NFL players, mostly African-Americans, who chose to kneel before the start of games to protest unjust police shootings of African-Americans, to understand Trump's dog whistle race baiting. When Nike recently featured Colin Kaepernick, who led the kneeling movement, in an advertisement, Trump used it as a convenient symbol to rally his base and divert attention from the parade of scandals and missteps that have characterized his administration.

Even if one questions whether there was racial animus embedded in Trump's verbal attacks on NFL players, Trump's shocking defense of neo-Nazi protestors who demonstrated in Charlottesville in 2017 as including "some very fine people" – and which neo-Nazis were the "fine people," I wonder? – has to lead us to realize that Trump has carved out a safe space for virulent racists.

Admittedly, there is nothing the NRA would like more than to cultivate gun ownership and use among segments of the population that have shown little or substantially less interest in guns, including women, African-Americans, Latinos, and the LGBT community. To date, however, efforts to increase gun ownership among these groups don't seem to be yielding many gains. Surely the angry, dark, and relentlessly apocalyptic messaging that is the steady rhetorical diet of the NRA is not disposed to broaden the NRA's appeal, which goes double for its recent Trumpish foray into the culture wars.

RELATED VIDEO
CNN anchor to NRA spokeswoman: How dare you

---

The NRA's reaction, or lack of reaction, to recent shootings involving police and African-Americans certainly hasn't helped it broaden its base. Consider the case of Philando Castile, a 32-year-old African-American pulled over by police outside of St. Paul, Minnesota, in 2016. When the officer asked for the man's license and registration, Castile told the officer that he had a firearm (and was a licensed gun owner). In the car was Castile's girlfriend and young daughter. After yelling at the man to not pull out his gun, and after Castile replied that he was not, within seconds the officer fired 7 shots, killing Castile. (The officer was acquitted of

manslaughter, but was removed from the force.)

For its part, the NRA has been quick to defend, in a highly public way both with words and legal assistance, civilians who were, in its view, properly exercising their gun rights – even if authorities said otherwise. From Bernhard Goetz, the 1980s "subway vigilante" who shot four African-American youths he said were harassing him, to its fierce advocacy for expanded "stand your ground" laws that give special legal protections to people who kill others who feel threatened in public places, the NRA has been unstinting in extolling civilian gun use.

GET OUR FREE WEEKLY NEWSLETTER

• Sign up for CNN Opinion's newsletter.

• Join us on Twitter and Facebook

Yet in the Castile case, and despite the fact that the man wound up dead for simply exercising his so-called "gun rights," they were silent. In the culture wars debate the NRA wants to have, criticism of police, even when they mistakenly use deadly force against African-Americans, is a bridge too far – even if invoking the KKK isn't.





Weather
More
CNN Opinion
FOLLOW CNN
Terms of Use Privacy Policy Do Not Sell My Personal Information Accessibility & CC About Newsletters Transcripts
© 2021 Cable News Network. A Warner Media Company. All Rights Reserved.
CNN Sans ™ & © 2016 Cable News Network.

# EXHIBIT 44

APP. 01452

SECTIONS DAILY NEWS ONLY $1 FOR 6 MONTHS Our best offer ends soon LOG IN

NEW YORK'S HOMETOWN NEWSPAPER® — Learn About Subscriptions

Giants fire offensive coordinator Jason Garrett as season spirals: source

Even Jeffrey Epstein's girlfriend, the last person to speak on phone with him...

Malcolm X daughter suffered from long-term illness before she died, NYPD commission...

Maryland police offic convicted of ra allowed to ser

U.S. NEWS

# 'Thomas & Friends' owner fires back after NRA show portrays characters in KKK hoods

By DANIELLE CINONE
NEW YORK DAILY NEWS | SEP 14, 2018

Screengrab from NRATV showing Thomas & Friends wearing white Ku Klux Klan hoods on fiery train tracks. (NRATV)

Listen to this article

That idea sure Tank-ed!

Mattel — the company that owns Thomas the Tank Engine — is firing back at NRA TV host Dana Loesch for portraying "Thomas & Friends" characters in Ku Klux Klan hoods.

On Friday, Loesch showed characters from the children's TV show "Thomas & Friends" in white hoods while discussing the show's move to diversify its characters.

"We are not associated with images that promote hate and denounce any images of our brands that are being used to convey a message not in line with the values of the company," the company said in a statement.

"For more than 70 years, Thomas & Friends has delivered life lessons about friendship and teamwork to young children. At Mattel, insuring our brands promote a message of inclusivity and kindness has always been a priority."

"Thomas & Friends" announced on Friday Sept. 7 it was collaborating with the United Nations to promote Sustainable Development Goals and inspire future global citizens.

The show's upcoming Season 22 will have a more contemporary feel — including a gender-balanced cast with international characters.

In response to the announcement, NRA's online show "Relentless" depicted "Thomas & Friends" characters wearing white Ku Klux Klan hoods on fiery train tracks, as Loesch criticized the ethnic diversity of the children's show.



"I've looked at "Thomas and Friends," at their pictures, and I see gray and blue. Am I to understand this entire time that Thomas and his trains were white? Because they all have gray faces," Loesch said.

"How do you bring ethnic diversity to a show that literally has no ethnicities because they're trains. They don't even have skin pigmentation."

The new series of "Thomas & Friends" will feature an African steam engine from Kenya named Nia, as well as three other female characters — Isla from Australia, Noor Jehan from India, and Hong-Mei from China.

Thomas will explore new countries such as China, India, and Australia — leaving their island of Sodor for the first time in the show's history.

Michelle Chidoni, Mattel's VP of Global Brand Communications, explained how the trains are "characters that teach kids about teamwork and collaboration — these are loving and notable characters which the team felt it was important to evolve and modernize."

MOST READ

Giants fire offensive coordinator Jason Garrett as season spirals: source

Even Jeffrey Epstein's girlfriend, the last person to speak on phone with him before suicide, shocked he killed himself: source

Malcolm X daughter suffered from long-term illness before she died, NYPD commissioner says

In an effort to connect with the audience, the newly modernized series will have Thomas end each episode with a sing-along and deliver a "life lesson"

"As we looked to modernize Thomas & Friends and make it more culturally relevant, there was no better partner than the UN to help us deliver the important messages of the Sustainable Development Goals," Richard Dickson, President and COO of Mattel, said in a statement.

"This in turn allows us to convey the discovery and learning of other countries and cultures with a character that is known and loved to inspire the next generation of global citizens."

This all-new series titled "Big World! Big Adventures!" will come to Nick Jr. on Sept. 17.

CONNECT

TRIBUNE PUBLISHING

Chicago Tribune
The Baltimore Sun
Orlando Sentinel
Sun Sentinel of Fla.
The Morning Call of Pa.
Hartford Courant
Daily Press of Va.
The Virginian-Pilot
The Daily Meal
Studio 1847

COMPANY INFO

Careers
Contact Us
Help Center
Site Map

Manage Web Notifications

Place an Ad

Media Kit

Privacy Policy

Terms of Service

Manage Subscription

Contests

Special Sections

Daily News archives

About Us

Copyright © 2021, New York Daily News

# EXHIBIT 45

APP. 01457

Mother Jones

MEDIA SEPTEMBER 11, 2018

# Dear NRA: Putting KKK Hoods on Beloved Childhood Characters Probably Isn't the Best Strategy

*Nobody ever said Thomas the Tank Engine was a racist. Geez.*

EDWIN RIOS

NRATV

*Fight disinformation. Get a daily recap of the facts that matter. Sign up for the free* Mother Jones *newsletter.*

The producers of Thomas the Tank Engine's decades-old hit television show recently made Thomas & Friends more modern. They changed the theme song and brought in new female characters, including Nia, a train from Kenya created in cahoots with the UN. "Through Nia, we're able to see an African character really taking a leadership role as a female engine with lots of strong values and goals, herself," Women's Africa program adviser Tolulope Lewis-Tamoka told *CBS News*.

But over at *Relentless*, a show on NRATV—the TV channel of the National Rifle Association—NRA spokesman Dana Loesch didn't see why *Thomas & Friends* needed ethnic diversity. After all, Thomas and his friends are gray and blue.

"How do you bring ethnic diversity? I mean they had to paint, what I guess they thought was some sort of African pattern on the side of Nia's engine?" Loesch says in a video clip shared by Media Matters. "How do you bring ethnic diversity to a show that literally has no ethnicities because they're trains. They don't even have skin pigmentation. Was there some concern that the show had racist undertones? "

11/27/21, 12:27 PM Dear NRA: Putting KKK Hoods on Beloved Childhood Characters Probably Isn't the Best Strategy – Mother Jones

The segment then cuts to Thomas and his friends riding on flaming tracks and wearing white KKK hoods. "I get it. Thomas the Tank Engine has been a blight on race relations for far too long," Loesch told viewers. "Clearly this is overdue, right? Seriously, with trains?"

Classy.

Media Matters
@mmfa
While complaining about diversity, NRATV put a KKK hood on Thomas the Tank Engine mm4a.org/4o9
5:27 PM · Sep 10, 2018
1K
449
Copy link to Tweet
Tweet your reply

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

Copyright © 2021 Mother Jones and the Foundation for National Progress. All Rights Reserved.

https://www.motherjones.com/media/2018/09/dear-nra-putting-kkk-hoods-on-beloved-childhood-characters-probably-isnt-the-best-strategy/ 2/2

APP. 01459

# EXHIBIT 46

APP. 01460

The New York Times https://www.nytimes.com/2018/09/12/us/nra-tv-thomas-tank-engine.html

# *N.R.A. Show Puts Thomas the Tank Engine in White Hood to Criticize Diversity Move*

**By Niraj Chokshi**
Sept. 12, 2018

Even by the standards of today's political culture, it was a startling image: the talking trains from the children's television show "Thomas & Friends," wearing Ku Klux Klan hoods.

That was what viewers of the National Rifle Association's online video channel saw as Dana Loesch, a spokeswoman for the gun rights group, took the show to task for diversifying its cast.

"They've decided that the next stop is Virtue Town," Ms. Loesch said Friday on "Relentless," the NRATV program that she hosts. She was responding to news that the children's show was adding several female and international characters.

The segment echoed complaints by some that the additions amounted to politically correct pandering. But it confounded many others who wondered why a spokeswoman for an organization known for fierce advocacy of gun rights would weigh in on programming aimed at preschoolers.

In the segment, Ms. Loesch, an outspoken conservative commentator, questioned the decision to add the new characters, including Nia, a train from Kenya. How, she asked, could the children's show introduce "ethnic diversity" when its anthropomorphized characters are mostly trains?

"I'm really, really struggling to understand how in the world there isn't any diversity in any of this," she said, before showing a photo of several characters in Ku Klux Klan hoods in front of burning tracks.

"Fair, I get it," she deadpanned in response to the image. "Thomas the Tank Engine has been a blight on race relations for far too long."

The segment drew the beloved children's franchise, whose story was created more than 70 years ago, into the increasingly partisan debate over diversity and multiculturalism.

In response, Mattel, which owns the Thomas the Tank Engine brand, said it had "always been a priority" for the company to promote inclusivity and kindness.

"We are not associated with images that promote hate and denounce any images of our brands that are being used to convey a message not in line with the values of the company," it said.

"Thomas & Friends" had announced on Friday that it was adding the new characters in partnership with the United Nations, part of an effort to introduce its preschool audience to new cultures and issues.

In the show's coming 22nd season, which begins this month on Nick Jr., the main character, Thomas the Tank Engine, will leave his home on the fictional island of Sodor for the first time in series history. He will travel to China, India and Australia, where he will meet other trains. The show will also add several new female characters.

The character Thomas the Tank Engine was invented more than 70 years ago by the Rev. W. Awdry, as a story for his son. Mr. Awdry turned the story into the first of many books in 1945, and in 1984, Thomas became the star of a new British animated show that was narrated by Ringo Starr. The show made its American debut in 1989 on PBS.

The N.R.A. did not immediately respond to a request for comment.

# EXHIBIT 47
# (Filed Under Seal)

# EXHIBIT 48

APP. 01468

The New York Times

# *In N.R.A. Power Struggle, Insurgents Seek to Oust Wayne LaPierre*

**By Danny Hakim**

April 26, 2019

INDIANAPOLIS — Turmoil wracking the National Rifle Association is threatening to turn the group's annual convention into outright civil war, as insurgents maneuver to oust Wayne LaPierre, the foremost voice of the American gun rights movement.

The confrontation pits Mr. LaPierre, the organization's longtime chief executive, against its recently installed president, Oliver L. North, the central figure in the Reagan-era Iran-contra affair, who remains a hero to many on the right.

Behind it is a widening crisis involving a legal battle between the N.R.A. and its most influential contractor, Ackerman McQueen, amid renewed threats from regulators in New York, where the N.R.A. is chartered, to investigate the group's tax-exempt status. With contributions lagging, the N.R.A. is also facing an increasingly well-financed gun rights movement, motivated by a string of mass shootings.

Mr. North asked Mr. LaPierre to resign on Wednesday, according to documents reviewed by The New York Times. He said he had also created a committee to review allegations of financial improprieties that threaten the N.R.A.'s status as a nonprofit organization.

But Mr. LaPierre, in a stinging letter sent on Thursday night to the N.R.A.'s board, accused Mr. North of threatening to leak damaging information about him and other N.R.A. executives unless he stepped down.

"Yesterday evening, I was forced to confront one of those defining choices — styled, in the parlance of extortionists — as an offer I couldn't refuse," Mr. LaPierre wrote. "I refused it."

Even as the leadership tussled behind the scenes, President Trump addressed the N.R.A. faithful at the convention on Friday and proclaimed himself a champion of gun rights. In a speech that was part political rally and part pep talk, he said his administration would not ratify an arms treaty designed to regulate the international sale of conventional weapons.

The power struggle within the N.R.A. is an abrupt escalation of a legal battle between the organization and Ackerman McQueen. The Times reported earlier this year that prominent members of the N.R.A. board had grown dismayed at the performance of Ackerman because of its

NRATV online media service, which has drifted into right-wing politics far beyond gun rights. Ackerman employs Mr. North, who hosts an NRATV series called "American Heroes."

It is not clear whether Mr. North has the board support to oust Mr. LaPierre, who has led the N.R.A. for decades. Previously, the presidency has been a ceremonial position, though Mr. North, in documents reviewed by The Times, has asked for it to be a paid post. A key factor will be Chris Cox, who runs the N.R.A.'s Institute for Legislative Action and is effectively the group's second-ranking official.

The dispute represents the N.R.A.'s deepest internal crisis since a struggle for control of the board in the late 1990s, when Mr. LaPierre and Ackerman were on the same side.

The crisis has led to the splintering of a more than three-decade relationship between the N.R.A. and Ackerman, which crafted such memorable lines as Charlton Heston's proclaiming that his gun would have to be pried "from my cold, dead hands." Ackerman's NRATV has taken on an apocalyptic tone, warning of race wars, calling for a march on the Federal Bureau of Investigation and portraying the talking trains in the children's show "Thomas & Friends" in Ku Klux Klan hoods.



The request for Mr. LaPierre's resignation came from Oliver L. North, the N.R.A.'s recently installed president.  Scott Olson/Getty Images

A lawsuit recently filed by the N.R.A. against Ackerman raised concerns that the company might have overbilled the N.R.A. and that Mr. North was conflicted in his duties because Ackerman paid him. Mr. North, it said, had refused to provide his contract with Ackerman to the N.R.A.

In the suit, the N.R.A. claimed that Ackerman had resisted providing financial records as part of a review of contractors it was conducting amid the threats of aggressive regulatory action.

"As you know, the N.R.A. has over this past year taken steps to strengthen its efforts to document and verify compliance by our vendors with our purchasing practices and their contracts," Mr. LaPierre wrote in his letter on Thursday to the board. "We've met extraordinary resistance from one vendor — Ackerman McQueen."

He noted that Ackerman paid Mr. North "millions of dollars annually," and that Ackerman, via Mr. North, was threatening to release a letter that would be "a devastating account of our financial status, sexual harassment charges against a staff member, accusations of wardrobe expenses and excessive staff travel expenses."

He also wrote that Mr. North said "the letter would not be sent — if I were to abruptly resign," adding, "He stated that he could 'negotiate' an 'excellent retirement' for me."

Later on Thursday evening, close to midnight, in his own letter to the board, Mr. North said he was creating a special committee to investigate allegations of financial impropriety reported by The Times, The Wall Street Journal and The New Yorker. "I did this because I am deeply concerned that these allegations of financial improprieties could threaten our nonprofit status."

He also said he tasked the special committee with "investigating allegations of financial misconduct related to Mr. LaPierre" that have been made by Ackerman in the wake of the lawsuit.

In a statement, a lawyer for the N.R.A., William A. Brewer III, said the organization had been reviewing many of the issues raised by Mr. North since last year.

"In our view," Mr. Brewer said, "the items involving Mr. LaPierre may reflect a misinformed view of his and the N.R.A.'s commitment to good governance."

Ackerman McQueen declined to comment.

With the N.R.A.'s board due to meet on Monday, the crisis could come to a head soon.

"All of this is painful for me," Mr. LaPierre wrote. "I will not judge Col. North, but must report what many of you already know: He has contractual and financial loyalties to AM."

Mr. North, for his part, wrote, "We are facing a serious crisis," adding, "To date, my repeated efforts to inquire about the propriety of management's financial decisions have consistently been rebuffed."

# EXHIBIT 49

APP. 01472

# New York Attorney General investigating NRA finances amid group's internal dispute - CNNPolitics

cnn.com/2019/04/27/politics/nra-new-york-investigation/index.html

"As part of this investigation, the Attorney General has issued subpoenas," a spokesperson for New York Attorney General Letitia James said in a statement to CNN. "We will not have further comment at this time."

The spokesperson would not confirm what the investigation was regarding.

However, the gun-safety group, Everytown for Gun Safety, said it filed a complaint about the NRA's tax-exempt status with the IRS.

The group said it was prompted by a recent report by The Trace, in conjunction with the New Yorker, alleging that a small group of executives, contractors and vendors affiliated with the NRA "have extracted hundreds of millions of dollars from non-profit's budget."
"In light of the recent, credible allegations of excessive invoicing and personal enrichment by insiders, it's encouraging that the New York Attorney General is looking into the NRA, and we renew our call for other state and federal authorities to do the same," said John Feinblatt, president of Everytown for Gun Safety.

The investigation comes after a dispute between the group's president, Oliver North, and chief executive officer, Wayne LaPierre, in which North accused LaPierre of financial misconduct, according to the Wall Street Journal.
James' office sent the NRA on Friday a document preservation order, according to the Journal.
NPR was the first to report on the New York attorney general investigation.
The Journal said New York investigators plan to look into alleged financial misconduct like the kind North recently raised in internal disputes.

The New York attorney general's probe centers on "related-party transactions between the NRA and its board members; unauthorized political activity; and potentially false or misleading disclosures in regulatory filings," a person familiar with language used in the order told the Journal.

"The NRA will fully cooperate with any inquiry into its finances," said William A. Brewer III, partner at Brewer, Attorneys & Counselors and counsel to the NRA in a statement to CNN. "The NRA is prepared for this, and has full confidence in its accounting practices and commitment to good governance."

In a letter to the NRA board Thursday, LaPierre claimed North was pressuring him to resign and attempting to extort him, the Journal reported Friday.
North sent the board his own letter, telling them he was forming a crisis committee to look into the NRA's finances, the newspaper noted.

He had previously accused LaPierre of charging over $200,000 in wardrobe purchases to a NRA vendor, according to the Journal.

North also raised other allegations to the board, including excessive travel expenses charged to a vendor and sexual harassment accusations against a senior NRA official, the Journal reported, citing people familiar with the matter.

On Saturday, North informed members in a letter he will not be renominated president of the gun rights group.
The dispute between LaPierre and North had stemmed in part from the NRA's relationship with its contracted ad agency, Ackerman McQueen Inc., the Journal noted.

CNN's Eli Watkins and Kate Sullivan contributed to this report.

# EXHIBIT 50
# (Filed Under Seal)

# EXHIBIT 51
# (Filed Under Seal)

# EXHIBIT 52
# (Filed Under Seal)

# EXHIBIT 53
# (Filed Under Seal)

# EXHIBIT 54
# (Filed Under Seal)

# EXHIBIT 55
# (Filed Under Seal)

# EXHIBIT 56
# (Filed Under Seal)

APP. 01661-APP. 01674

# EXHIBIT 57
# (Filed Under Seal)

# EXHIBIT 58
# (Filed Under Seal)

APP. 01681-APP. 01687

# EXHIBIT 59
# (Filed Under Seal)

# EXHIBIT 60
# (Filed Under Seal)

# EXHIBIT 61
# (Filed Under Seal)

# EXHIBIT 62
# (Filed Under Seal)

# EXHIBIT 63

APP. 01764

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § | |
| *Plaintiff and Counter-Defendant,* | § | |
| and | § | Case No. 3:19-cv-02074-G |
| WAYNE LAPIERRE | § | |
| *Third-Party Defendant,* | § | |
| v. | § | |
| ACKERMAN MCQUEEN, INC.; | § | |
| *Defendant and Counter-Plaintiff* | § | |
| and | § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER and MELANIE MONTGOMERY, | § | |
| *Defendants* | § | |

**EXPERT REPORT OF AUTUMN V. KRAUS**

**July 15, 2021**

## I. INTRODUCTION

1. The parties to this action worked together for nearly forty years, during which Ackerman McQueen, Inc. ("Ackerman" or "AMc") provided various services, which included advertising, branding, speech writing, and digital network support, to the National Rifle Association of America ("NRA"). Throughout 2017 and 2018, complaints about AMc began to reach a forward pitch. For that and other reasons, the NRA sought information from AMc regarding its services and whether it was complying with its obligations. When Ackerman refused to comply with certain provisions of the Services Agreement, notably the provision which obligated Ackerman to provide the NRA with information about services it rendered, the NRA filed suit in the Circuit Court of Virginia demanding, among other things, access to files, books and records. The lawsuits filed by the NRA in Virginia against Ackerman are currently stayed, pending resolution of the instant litigation pending in Texas. In Texas, through its Second Amended Complaint, the NRA asserts claims against Ackerman for violations of the Lanham Act, fraud, breaches of fiduciary duties, trademark infringement, conversion, breach of contract, and conspiracy. Ackerman has filed a counter-suit against the NRA. By way of its Second Amended Counterclaim, Ackerman asserts claims against the NRA for breach of contract, defamation, tortious interference with third-party contracts, business disparagement, fraud and civil conspiracy, declaratory judgment, and piercing the corporate veil. Ackerman seeks damages in excess of $50 million in their counter-suit against the NRA.

2. I have been retained by Brewer Attorneys & Counselors, attorneys for the NRA, and have been asked to review documents and testimony and render opinions concerning the damages Ackerman claims to have incurred.

3. A list of the documents I considered to render my opinion is attached as Exhibit C.

4. My opinions are summarized as follows:
   - Ackerman has not produced documents or information capable of supporting its claimed damages of over $50 million as alleged in their pleadings.
   - Ackerman has not provided sufficient information to correctly assess their damages related to the Services Agreement contract termination and certain damages are unsupported and speculative.

5. I am being compensated at the rate of $465/hour for my time. Whitley Penn is being compensated for time incurred by other professionals who have supported my analysis in this matter at $110 to $465 per hour. Neither Whitley Penn nor my compensation is dependent on the outcome of this litigation.

6. The services performed by Whitley Penn do not constitute an examination of financial statements or financial data in accordance with generally accepted auditing standards. I am not issuing any opinions based on an audit or examination of any financial statements in accordance with generally accepted auditing standards. The opinions contained in this report have been formulated based on an independent third-party perspective, utilizing generally accepted procedures.

7. This report is not to be copied or made available to third parties not associated with the above described litigation without the express written consent of Whitley Penn. Whitley Penn is not responsible for any unauthorized use of this report.

## II. <u>QUALIFICATIONS</u>

8. I have a Bachelor of Science (BS) degree in accounting and marketing from Millikin University, which I received in 1984. I have a Masters in Business

Administration (MBA) from Stephen F. Austin University, which I received in 1994. I have a Juris Doctorate (JD) from Texas Wesleyan University School of Law (n/k/a Texas A&M School of Law) which I received in 2005. I have earned the following credentials: Certified Public Accountant (CPA), Accredited in Business Valuation (ABV), and Certified Fraud Examiner (CFE). I am also a licensed attorney in the state of Texas.

9. As a Certified Public Accountant with specializations in business valuation, fraud and forensics, I am required to participate annually in continuing professional education courses with emphasis in my areas of specialization (120 hours every 3 years). I am and always have stayed in compliance with the continuing professional education hours. As a licensed attorney, I am required to participate annually in continuing legal education (at least 15 hours every year). I am and always have stayed in compliance with the continuing legal education hours, exceeding the requirements most years.

10. I am a member of numerous professional organizations that provide additional resources and up-to-date information on changes in the areas of forensic accounting, business valuations, and economic damages.   A list of the professional organizations is included in my CV attached as Exhibit A.

11. My accounting career spans over thirty years. My experience includes work as an internal auditor at a Fortune 100 company, a corporate controller at a financial institution, and for the past fifteen years as a public accountant serving as a financial expert specializing in the areas of business valuation, forensic investigations, tracing and characterization, lost profits and economic damages.  I regularly prepare analyses related to economic damage claims as well as review claims of other experts, offering rebuttal testimony on those claims, as warranted.

A copy of my curriculum vitae is attached as Exhibit A. Exhibit B includes a list of prior cases in which I have testified as an expert at trial or deposition in the preceding four (4) years.

12. I regularly speak at continuing education courses for attorneys and accounting professionals. Certain of those courses also require the submission of a paper. A list of publications I have authored in the preceding ten (10) years is included in my CV, attached as Exhibit A.

## III. OPINIONS

**In my opinion, Ackerman has not produced documents and information which support its claimed damages.**

13. Several causes of action include the allegation Ackerman suffered financial harm of not less than $50 million as a result of business Ackerman has lost or did not receive. The precise amounts of the financial harm are not determined for each cause of action.

14. I understand that regarding financial harm, Ackerman must prove first the loss is related to the alleged wrongful act and NRA caused the damages. Once the fact/causation of damages has been established, the amount of damages may be calculated. One need not determine the exact amount of the economic damages, but any assumptions and projections must have a reasonable basis. Opinions or estimates of lost profits must be based on objective facts, figures, or data from which the amount of lost profits can be ascertained. When economic damages are remote, speculative, hypothetical, and not within the realm of reasonable certainty, they cannot be recovered.

15. To perform such an analysis, I would expect to be provided with an expert report

identifying and quantifying lost business profits from other Ackerman clients that quit doing business with Ackerman and evidence they did so as a result of the NRA, as well as an analysis of lost profits from new clients that specifically refused to contract with Ackerman because of the business reputation harm and disparagement allegedly caused by NRA. The supporting documentation for such an analysis would likely include evidence from clients describing their reasons for leaving Ackerman, as well as evidence from prospective clients refusing to engage with Ackerman as a result of reputational harm. Additional evidence would include forecasts of expected revenue, costs and net profits from this lost business based on quantifiable deliverables. This damage analysis would also have to specifically exclude any lost profits/lost business that affected Ackerman as a result of the recent global pandemic, among other factors that could adversely affect Ackerman's operating results. Additionally, Ackerman has a duty to mitigate damages. As of the date of this report, no information of this kind has been provided by Ackerman related to these damage claims.

16. Ackerman provided their 2016-2019 Income Statement and Consolidating Schedule of Revenues, Expenses and Net Income for the years 2016 -2019.[1] The net income results of Ackerman, including its wholly owned subsidiary, The Mercury Group, Inc., indicate Ackerman had between $89,592 and $197,621 in operating profits for the years 2016 through 2018.[2]  In 2019, Ackerman reported an operating loss of $970,240.[3]

17. Given their historical net income, to arrive at a damage claim in excess of $50

---

[1] The Income Statements for 2016, 2018 and 2019 did not include the accompanying notes to the financial statements, which are relevant to make the income statements complete. Other pertinent financial statements such as the Balance Sheet and Statement of Cash Flows were not provided, nor was the Auditor's Opinion Letter.
[2] See AMcTX-00053145 – 53146, 53164 – 53165, and 53183 – 53184.
[3] See AMcTX-00053204 – 53205.

million would require proof of lost new highly profitable relationship(s) that would have allowed Ackerman to increase profits substantially, with little risk of failure. As of the date of this report, no information has been provided by Ackerman to warrant this size damage claim. And, given the small operating profits of Ackerman for the years 2016 - 2018, their claim of over $50 million in damages is remote, speculative, not within the realm of reasonable certainty, and unsupported by any information. At this point, a claim of over $50 million in damages is contradictory to any evidence produced.

18. The NRA has not received sufficient discovery relevant for a damages analysis. I have reviewed the NRA's request for documents and several of the documents requested by the NRA could be relevant to a damages assessment. I will update my report if and when these documents become available.

**In my opinion, Ackerman has not provided sufficient information to reliably support their damages related to the Services Agreement contract termination, and its damages are not supported and speculative.**

19. I reviewed the expert damages report of Daniel L. Jackson of Alix Partners ("Initial Jackson Report") filed in the Virginia litigation on January 7th, 2020 addressing amounts allegedly due to Ackerman from the NRA as a result of the termination of the Services Agreement, including Ackerman-Third Party NRA Contracts, Termination Fees, and Unpaid Invoices and Interest.

20. Jackson filed an expert damages report in the Texas litigation on June 15, 2021 addressing the same topics as the Virginia litigation report. In the new report, Mr. Jackson does not address the previously issued report; however, the new report appears to update Mr. Jackson's damages calculations originally presented in the Virginia report. I reviewed the June 15, 2021 expert damages report and the

critiques and opinions expressed in this report are in response to the report filed in the Texas litigation, which I refer to as the "Jackson Report," unless indicated otherwise.

**A. Ackerman Contract Damages**

21. The Jackson Report presents several damages calculations related to contractual commitments made by Ackerman. These contracts generally relate to office space leases, employment agreements, and other technological and operational support contracts. I reviewed documents provided regarding these contracts and have several critiques regarding the damage calculations in the Jackson Report.

**i. Office Leases**

22. The Jackson Report alleges damages for three separate office spaces leased by Ackerman:

    a. 10,390 square feet of space in Alexandria, Virginia at a base rate of $33,767 a month through December 31, 2020;[4]

    b. 4,567 square feet of space in Colorado Springs, Colorado at a base rate between $5,270-$6,013 a month through June 30, 2022;[5] and

    c. 25,343 square feet of space in Dallas, Texas at a base rate between $81,837-$97,148 a month through May 31, 2023;[6]

23. Mr. Jackson makes calculations of amounts owed to Ackerman for the leases related to the rental office space at the three locations described above. Part of his

[4] See AMcTX-00046341 – 46349.
[5] See AMcTX-00046265 – 46268.
[6] See AMxTX-00046290 – 46340.

rationale for assessing 100% of these costs against the NRA is based on the terms of the Amendment to the Services Agreement, and specifically the terms at Section XI.E that state

> " … For all noncancellable contracts entered into between AMc and third parties for the benefit of the NRA (herein "AMc-Third Party NRA Contracts"), the NRA agrees to pay AMc upon such expiration or termination the balance of the ***compensation payable*** (emphasis added) under such AMc-Third Party NRA Contracts (including but not limited to, the AMc-Third Party NRA Contracts with Dana Loesch and Oliver North) as of the date of expiration or termination so that AMc can fulfill its obligations under said Contracts after expiration or termination…"

24. This section of the Services Agreement discusses the payment of compensation payable under Third Party Contracts. Compensation is not generally a term used for amounts owed under lease agreements and other service contracts. Based on the specific use of the term compensation in this section of the Services Agreement, this provision seems only relevant to the contracts with the three identified individuals: Oliver North, Dave Valinski, and Dana Loesch.

25. We reviewed the Services Agreement and find no other provisions indicating the NRA would be responsible for the payment of the three leases through the end of their term. All three office lease agreements were negotiated by Ackerman. Ackerman accepted the business risk when it signed long-term lease agreements for these various office spaces knowing their concentration of business revenue was heavily dependent on one primary client, the NRA. Regarding the Dallas property, Ackerman independently rented office space in one of the most expensive sub-markets in the Dallas-Fort Worth area.[7]

26. Further, neither Ackerman nor the Jackson Report have provided any information regarding what the office spaces were used for and how the use specifically relates

[7] McKinney Avenue is one of the priciest office addresses in U.S. Dallas Business Journal. November 19, 2015.

to the NRA. Based on publicly available information, it appears that Ackerman planned to or actually supported numerous clients out of its Dallas property.[8] No support is provided to show the employees occupying the office space provided any services to the NRA. In addition, the Jackson Report or Ackerman should have provided documentation showing employees located in each of the three office spaces were either part of the employees whose services were severed or were relocated.

27. The number of employees included within the severance calculations is twenty-seven employees. The office space Ackerman is requesting reimbursement for totals 40,300 square feet or approximately 1,493 square feet per employee. Without more information about the employees and their job duties and the specific purpose of these office spaces, the square footage per employee appears extremely high[9] and outside the realm of reasonableness. It is my opinion the damages related to the office space allocation against the NRA lacks any appropriate analysis to show how or why these leases should be assessed against the NRA and, as such, is improper or is unsupported and speculative.

28. The Jackson Report briefly mentions the impact of the COVID-19 global pandemic on Ackerman's operations as it relates to the Colorado Springs, Colorado Office Space and its respective lease agreement and attempt to mitigate damages through a sub-lease. However, there is no substantive discussion or

[8] Ackerman McQueen's Dallas office designed to reinforce client relationships. Dallas Business Journal, February 28, 2018.

[9] Supreme Spaces estimates employee square footage requirements are between 80 to a maximum of 500 square feet per employee. How Much Office Space Per Employee Do You Need? - Supreme Spaces accessed July 9, 2021.
Antham Construction Group, Inc. suggest between 150 to 300 square feet per employee. How Much Office Space Per Employee Do You Need? (anthamgroup.com) accessed July 9, 2021.
Robin at Work indicates current standard office space is 150-175 square feet per employee. https://robinpowered.com/blog/new-office-determine-right-office-space-size accessed July 9, 2021.

analysis of the impact of the pandemic on the damage assessment as it relates to the various office leases. According to publicly available information, Ackerman received $2,940,000 in 2020 and an additional $2,000,000 in 2021 for Payroll Protection Program ("PPP") loans,[10] which is an admission that the agency was impacted by the pandemic. The PPP loans were put in place to allow businesses to retain employees and pay rent and related expenses. Businesses have been granted forgiveness on many of these loans. To the extent Ackerman used forgiven PPP loan funds to pay rent on the office leases addressed in the damage assessment, there should be a reduction in the damage assessment for these forgiven PPP funds. Otherwise the receipt of damages from the NRA in addition to the PPP loan proceeds would result in a wind-fall double payment to Ackerman.

**ii. Firewall Storage and Disaster Recovery Contracts**

29. In Section A(iv.)(f.), the Jackson Report calculates damages owed to Ackerman for upgraded firewall, storage, and disaster recovery solutions. There are three contracts for which damages are calculated:

a. Cisco Systems contract for $5,526 per month for 36 months through April 30, 2021;[11]

b. Dell Financial Services contract for $6,426 per month for 60 months through June 1, 2023;[12] and

c. iLand Internet Solutions contract for $10,253 per month for 36 months through March 22, 2021;[13]

[10] See Exhibit 1.
[11] See AMcTX-00045403 – 0045407.
[12] See AMcTX-00045408 – 0045413.
[13] See AMcTX-00045414 – 0045455.

30. Although the contracts with Cisco and Dell appear to be for leasing equipment, the contract with iLand Internet Solutions is different. Most of the contract with iLand is for cloud storage which is sold per gigabyte (GB). With the termination of the NRA services agreement, this amount of cloud storage was likely no longer needed. Therefore, Ackerman could have potentially mitigated its damages by renegotiating the terms of the iLand contract and reducing the storage fees. The Jackson report instead calculates damages assuming the entire contract is in place for the entire time frame.

31. Furthermore, in calculating the damages for all three IT contracts, the Jackson report relies on the initial contract to estimate the damages for the entire time frame, rather than providing documentation showing the costs actually incurred by Ackerman from July 2019 to the present.

32. We note the contract provided to us and used to estimate damages for the iLand contract is based on an unexecuted contract. We were not provided any documents to indicate this contract was actually executed without any changes to the terms.

33. The Jackson Report assesses 25% of the costs related to the upgraded firewall, storage and disaster recovery solutions to the NRA. His only statement regarding this is he "understands that it is estimated that the equipment was utilized to approximately 25-40% of its used capacity for purposes of the work related to the NRA." As a financial expert calculating damages, I would expect Mr. Jackson to perform his own assessment on the costs related to the NRA work. This would require him to receive substantial additional information from Ackerman regarding both their other clients and more detail about the NRA client and the costs related to NRA. Without this independent assessment, Mr. Jackson's analysis is inadequate to sufficiently support the use of 25% of the total costs as an

appropriate percentage to use for the claim against the NRA.

**iii. Ackerman Employment Agreements**

34. Section A(v.) of the Jackson Report presents damage calculations for employment agreements with three individuals:

    a. Oliver North through May 15, 2021 to serve as the host of NRATV documentary series titled "American Heroes";[14]

    b. Dave Valinski through May 15, 2021 to serve as Executive Assistant to Col. North;[15] and

    c. Dana Loesch through December 31, 2020 to serve as National Spokesperson for the NRA.[16]

35. Similar to our critiques previously, employment agreement calculations discussed in Section A(v.) of the Jackson Report do not require estimation, as these contracts have run their term and actual payments made would be additional and better source documents we would expect to see to prove out these claims. We believe the amounts calculated by Mr. Jackson are overstated.

36. Specifically, it is our understanding Dana Loesch entered into arbitration with Ackerman in mid-2019.[17] It is now two years later and except for some legal invoices, Ackerman has not provided documentation regarding the Loesch arbitration or any information regarding any settlement with Ms. Loesch of the amounts to be paid. Matters are complicated (and not discussed in the Jackson

[14] See AMc-056595 – 056604.
[15] See AMc-036766 – 036775.
[16] See AMc-000055 – 000076.
[17] See Jackson Report, pg.15 which refers to "expenses that arise from the Loesch arbitration."

Report) by Ms. Loesch's highly publicized remarks during her time on NRATV, which generated significant negative media attention for the NRA, such as the Thomas the Tank Engine incident.[18] Ms. Loesch's contract includes termination provisions for cause and is cancellable.

37. Similarly, Ackerman has not provided adequate documentation to assess Mr. North's contract. For example, I lack critical information related to Mr. North's admission to the NRA that he was not performing on his contract to film TV episodes of "American Heroes."[19]

38. In regards to Mr. Valinski's payments, we reviewed the Valinski Employment Agreement and determined it allowed for either party to terminate the agreement for "convenience" upon 30 days written notice to the other party.[20] Ackerman could have exercised this option and mitigated any potential damages it might have under the Valinski Employment Agreement. Applying this 30 day termination clause, Ackerman would be entitled to damages for only 30 days after the termination of the Services Agreement, regardless of the amount actually paid by Ackerman. The Jackson Report calculates the remaining costs relating to Mr. Valinski's contract are approximately $229,000 as damages owed to Ackerman by NRA. We disagree with this because of the Termination for Convenience provision in this employment contract. Applying the 30 day termination clause, the most the damages might be due to Ackerman for Mr. Valinski's contract

---

[18] Perez, Maria, September 11, 2019. N RA TV Airs Photo of Thomas The Tank Engine In KKK Hood In 'Ethnic Diversity' Segment: https://www.newsweek.com/nra-tv-thomas-tank-engine-kk-hood-ethnic-diversity-segment-1115652.

[19] NRA-AMc_00059426 – 00059430.

[20] See AMc-036766. Per Employment Agreement effective September 4, 2018 between Dave Valinski and Ackerman McQueen. There is a provision in the contract entitled "Termination for Convenience", which states either party may terminate the agreement at any time prior to the expiration of the term, without cause or penalty, upon 30 days' written notice to the other party.

would be approximately $10,000.[21]

## B. Termination Fees

### i. Employee Severance

39. The Jackson Report provides damages calculations as a result of the termination of the Services Agreement, including a discussion of the termination fee allegedly owed by NRA to Ackerman. We disagree with the termination fee calculations in regard to employee severance. Similar to our critiques previously, employee severance calculations discussed in Section B(i) of the report should no longer be an estimation calculation. Instead, supporting documentation of the actual amounts paid to the employees for their termination of service should be used to identify an amount to claim for damages against the NRA.

40. In order to assess the damages related to employee severance, we would need information to show all employees who were terminated actually worked on NRA projects including their job description, duties, and a list of clients each employee worked on. Mr. Jackson should have been provided information to make an independent assessment of each of the employees listed on the severance worksheet. Instead, he merely opines that the calculations performed by Ackerman are reasonable, without reviewing any supporting documents to verify the salaries paid or the actual amounts paid as severance to these employees that were allegedly terminated.

41. To the extent the PPP loans received by Ackerman were used to retain employees, then the damage calculations may be lower than the Jackson report estimates.

[21] Calculated as $9,167 for one month of salary plus $420 in FUTA, $568 in Social Security, and $133 in Medicare, the total damages for the Valinski contract are $10,288.

## ii. Wind-Down Fees

42. The Initial Jackson Report provides an analysis of $1.26 million for a Wind-Down Fee related to television and video and business intelligence/data resources/analytics services. Mr. Jackson states this Wind-Down Fee is owed to Ackerman to provide "a fair and equitable termination fee to compensate it for inevitable severances and other reasonable costs incurred in conjunction with such expiration or termination" of the Services Agreement. This fee appears to be an attempt to double-dip under the terms of the Agreement as other portions of the Jackson Report create specific calculations for severance payments to the employees as well as other costs for winding-down and terminating outside services used for the NRA Service Agreement. The updated Jackson Report filed in Texas on June 15, 2021 does not include an analysis for Wind-Down Fees that, in our opinion, appropriately should be excluded from any damage calculations alleged by Ackerman.

### C. Past Due Invoices and Invoices Paid Late

43. Section C. of the Jackson Report consists of a list of invoices which Ackerman alleges the NRA is contractually obligated to pay for which NRA has not yet remitted payment along with accruing interest charges for the alleged late payment of those invoices. Section C also includes calculations of interest owed on invoices paid late.

44. While documents were provided showing each invoice, many invoices are extremely vague and fail to identify details of the services provided by or paid for by Ackerman and how those expenses relate to the NRA Services Agreement. For example, Exhibit 7 of the Jackson Report, references an invoice #166109 for "NR-Legal – Legal Fees" for $81,811. An examination of this invoice, shows there are

actually two invoices, one from McDermott Will and Emery for $39,938 for "0011 contract dispute" and another from Dorsey & Whitney, LLP for $42,773 for "legal services rendered."[22] There is no additional documentation provided by Ackerman to support these legal fees should be paid by the NRA. Other invoices included in Exhibit 7 are similarly vague. Based on my review of the Services Agreement, Sections 3(A) and 3(D), as well as projects outlined in Section I(B), AMc is clearly required to obtain approval for a variety of the expenses outlined in Exhibit 7, including advertising and creative services, travel expenses and special assignments.

45. The Services Agreement, Section III(E) states the "NRA shall notify AMc of any questions concerning any invoices."[23] The NRA has repeatedly asked for documentation surrounding the invoices, provided clear instructions surrounding their documentation requests,[24] and Ackerman failed to comply . Because the NRA has questioned the validity of invoices and has requested additional detail supporting documents to support the amounts charged by Ackerman, until Ackerman complies with the request for additional supporting documents, NRA should not be assessed interest on late payments for the invoices it disputes.

## IV. CONCLUSION & RIGHT TO SUPPLEMENT

46. A list of documents considered and reviewed for this report is included as Exhibit C attached to this report.

47. Discovery is ongoing, and I reserve the right to consider any additional information produced by either party and amend my report, as necessary, up to the point of my intended testimony.

---

22 See AMcTX-00046116 – 46118.
23 See AM 00000162 – 172.
24 NRA-AMc_00064218 – 64230.

Respectfully submitted,

Autumn V. Kraus

Autumn V. Kraus, CPA·ABV, CFE, JD

Whitley Penn

Date: July 15, 2021

# EXHIBIT A - CV

# EXHIBIT B – Testimony List

# EXHIBIT C
## Documents Reviewed

- AMc-000001 – 003143
- AMc-002488 – 002494
- AMc-003369 – 003372
- AMc-003445
- AMc-003494 – 003498
- AMc-003549 – 003551
- AMc-003553 – 003555
- AMc-003602 – 003606
- AMc-003643 – 003649
- AMc-003979 – 003984
- AMc-004100 – 004120
- AMc-004269 – 004272
- AMc-004495 – 004499
- AMc-004570 – 004575
- AMc-004607 – 004609
- AMc-004634 – 004639
- AMc-004664 – 004666
- AMc-004671 – 004676
- AMc-004823 – 004826
- AMc-004960 – 004970
- AMc-004989 – 004995
- AMc-005042 – 005045
- AMc-005077 – 005081
- AMc-005129 – 005137
- AMc-005184 – 005194
- AMc-005233 – 005235
- AMc-005439
- AMc-005573 – 005580
- AMc-005746 – 005748
- AMc-005891 – 005895
- AMc-005921 – 005924
- AMc-005946 – 005950
- AMc-006017 – 006020
- AMc-006073 – 006077
- AMc-006152 – 006154
- AMc-006168 – 006170
- AMc-006173 – 006177
- AMc-006203 – 006206
- AMc-006214 – 006224
- AMc-006264 – 006269
- AMc-006339 – 006342
- AMc-006416 – 006423
- AMc-006490 – 006495
- AMc-006626 – 006630
- AMc-006635 – 006642
- AMc-006673 – 006682
- AMc-006719 – 006726
- AMc-006872 – 006876
- AMc-006887 – 006898
- AMc-006996 – 007002
- AMc-007051 – 007054
- AMc-007060 – 007065
- AMc-007071 – 007073
- AMc-007169 – 007175
- AMc-007234 – 007240
- AMc-007295 – 007299
- AMc-007314 – 007317
- AMc-007321 – 007325
- AMc-007341 – 007347
- AMc-007367 – 007370
- AMc-007385 – 007399
- AMc-007490 – 007492
- AMc-007627 – 007634
- AMc-007637 – 007641
- AMc-007674 – 007678
- AMc-007690 – 007695
- AMc-008026 – 008030
- AMc-008125 – 008128
- AMc-008402 – 008408
- AMc-008471 – 008477

- AMc-008614 – 008621
- AMc-008731 – 008752
- AMc-008766 – 008771
- AMc-008818 – 008823
- AMc-008837 – 008842
- AMc-008917 – 008927
- AMc-009340 – 009345
- AMc-009438 – 009445
- AMc-009592 – 009598
- AMc-009651 – 009661
- AMc-009757 – 009789
- AMc-009793 – 009803
- AMc-009813 – 009816
- AMc-009833 – 009843
- AMc-009877 – 009913
- AMc-009975 – 009984
- AMc-010007 – 010015
- AMc-010079 – 010092
- AMc-010169 – 010176
- AMc-010181 – 010191
- AMc-010207 – 010213
- AMc-010277 – 010284
- AMc-010391 – 010396
- AMc-010405 – 010414
- AMc-010454 – 010457
- AMc-010519 – 010528
- AMc-010546 – 010551
- AMc-010606 – 010614
- AMc-010624 – 010628
- AMc-010654 – 010660
- AMc-010667 – 010671
- AMc-010934 – 010937
- AMc-010943 – 010947
- AMc-010959 – 010967
- AMc-011140 – 011144
- AMc-011210 – 011214
- AMc-011370 – 011372
- AMc-011515 – 011580
- AMc-012968 – 012970
- AMc-013093
- AMc-013100
- AMc-013114 – 013115
- AMc-013266
- AMc-013407 – 013482
- AMc-015002 – 015004
- AMc-018990
- AMc-019097 – 019098
- AMc-019708 – 019720
- AMc-019738 – 019753
- AMc-019791 – 019824
- AMc-019826
- AMc-019828 – 019829
- AMc-019965 – 019973
- AMc-020429
- AMc-021089
- AMc-021220
- AMc-021241 – 021254
- AMc-021267 – 021293
- AMc-021335 – 021340
- AMc-021426 – 021431
- AMc-021630 – 021639
- AMc-021712 – 021717
- AMc-021980 – 021982
- AMc-021990 - 022043
- AMc-022045 – 022063
- AMc-022224
- AMc-022393 – 022395
- AMc-022401 – 022402
- AMc-022404 – 022427
- AMc-022540 – 022542
- AMc-022552 – 022553
- AMc-022570
- AMc-022653 – 022655
- AMc-022696
- AMc-022710 – 022727
- AMc-023003 – 023004
- AMc-023006 – 023008
- AMc-023405 – 023416
- AMc-023422 – 023433
- AMc-023491 – 023502
- AMc-025321 – 025323
- AMc-025594

- AMc-025730
- AMc-025732 – 025734
- AMc-025741 – 025754
- AMc-025810 – 025885
- AMc-026263 – 026275
- AMc-026303 – 026315
- AMc-027617
- AMc-027622 – 027623
- AMc-027625
- AMc-027634 – 027635
- AMc-027639 – 027820
- AMc-036766 – 036775
- AMc-039154 – 039168
- AMc-040053 – 040067
- AMc-041806 – 041820
- AMc-041863 – 041868
- AMc-041869
- AMc-041973
- AMc-041988 – 041990
- AMc-041994 – 042000
- AMc-042009 – 042015
- AMc-042051 – 042061
- AMc-042066
- AMc-042087 – 042088
- AMc-042092 – 042098
- AMc-042111 – 042121
- AMc-042125 – 042131
- AMc-042136
- AMc-056592 – 056593
- AMc-056595 – 056604
- AMc-056721 - 056730
- AMc-057610 – 057611
- AMc-058265 – 058266
- AMc-058561 – 058563
- AMc-059032 – 059036
- AMc-059376 – 059377
- AMc-059298 – 059299
- AMc-059503 – 059504
- AMc-059822 – 059823
- AMcTX-00000763
- AMcTX-00019289
- AMcTX-00036891 – 00043494
- AMcTX-00043499
- AMcTX-00045364 – 00045365
- AMcTX-00045368 – 00045387
- AMcTX-00045395 – 00045462
- AMcTX-00045467 – 00045470
- AMcTX-00045502 – 00045504
- AMcTX-00045510 – 00045519
- AMcTX-00045556 – 00045578
- NRA-AMc_00045619
- NRA-AMc_00045626 – 00045627
- NRA-AMc_00048503 – 00048514
- NRA-AMc_00050600 – 00050610
- NRA-AMc_00052210 – 00052352
- NRA-AMc_00052461 – 00052505
- NRA-AMc_00052595 – 00052639
- NRA-AMc_00052665 – 00052711
- NRA-AMc_00054474 – 00054874
- NRA-AMc_00054878 – 00055122
- NRA-AMc_00055834
- NRA-AMc_00055944
- NRA-AMc_00056150 – 00056556
- NRA-AMc_00057262 – 00057265
- NRA-AMc_00059415 – 00059432
- NRA-AMc_00059931 – 00059934
- NRA-AMc_00059956 – 00059957
- NRA-AMc_00060185

- NRA-AMc_00060542 – 00060559
- NRA-AMc_00061215
- NRA-AMc_00061216 – 00061226
- NRA-AMc_00062672 – 00062827
- NRA-AMc_00062871 – 00063095
- NRA-AMc_00063292 – 00063319
- NRA-AMc_00063518 – 00063714
- NRA-AMc_00063992
- NRA-AMc_00064235 – 00064250
- NRA-AMc_00064256 – 00064275
- NRA-AMc_00064316 – 00064318
- NRA-AMc_00068702 – 00068704
- NRA-AMc_00068869 – 00068871
- NRA-AMc_00068943 – 00068945
- NRA-AMc_00068947 – 00068949
- NRA-AMc_00068951 – 00068955
- NRA-AMc_00068957 – 00068962
- NRA-AMc_00068964 – 00068967
- NRA-AMc_00068969 – 00068973
- NRA-AMc_00068975 – 00068979
- NRA-AMc_00068981 – 00068988
- NRA-AMc_00069739 – 00069740
- NRA-AMc_00071193 – 00071194
- NRA-AMc_00071259 – 00071291
- NRA-AMc_00079126
- NRA-AMc_00079132
- NRA-BK-00037422 – 00037429
- NRA-NYAG-00060085 – 00060089
- OLN00009
- OLN00043 – 00045
- OLN00052 – 00055
- OLN00131 – 00133
- OLN00155 – 00160
- OLN00178 – 00184
- OLN00210 – 00211
- OLN00225 – 00397
- OLN00398 – 00402
- PIP-00000001 - PIP-00004465
- AMcTX-00046111 – 00046116
- AMcTX-00046084 – 00046101
- AMcTX-00046126 – 00046140
- AMcTX-00046141 – 00046167
- AMcTX-00046119 – 00046125
- AMcTX-00046102 – 00046110
- AMcTX-00046341 – 00046349
- AMcTX-00046179 – 00046198
- AMcTX-00045464
- AMcTX-00045471 – 00045476
- AMcTX-00045483 – 00045501
- AMcTX-00045506 – 00045509
- AMcTX-00046071 – 00046083
- AMcTX-00046169 – 00046173
- AMcTX-00046199
- AMcTX-00046213 – 00046257
- AMcTX-00046259 – 00046263
- AMcTX-00046265 – 00046269
- AMcTX-00046274 – 00046281
- AMcTX-00046286 – 00046382
- AMcTX-00046389
- AMcTX-00054116 – 00054117

- AMcTX-00054698 – 00054699
- AMcTX-00055789 – 00055790
- AMcTX-00055926 – 00055927
- AMcTX-00056632 – 00056633
- AMcTX-00059825 – 00059826
- AMcTX-00059946 – 00059947
- AMcTX-00060469 – 00060470
- AMcTX-00060676 – 00060677
- AMcTX-00060876 – 00060878
- AMcTX-00061002 – 00061003

- AMcTX-00061094 – 00061095
- AMcTX-00061256 – 00061257
- AMcTX-00061352 – 00061353
- AMcTX-00061482 – 00061483
- AMcTX-00061581 – 00061582
- NRA-AMc_00166094 – 00166125
- AM 00000162 – 00000172
- NRA-AMc_00056994 – 00056997

# EXHIBIT 64

APP. 01790



KANTER FINANCIAL FORENSICS, LLC

July 15, 2021

William Brewer, Esq.
Brewer, Attorneys & Counselors
1717 Main Street Suite 5900
Dallas, TX 75201

Re: National Rifle Association of America and Wayne LaPierre v. Ackerman McQueen, Inc and Mercury Group, Inc.; Henry Martin, William Winkler, and Melanie Montgomery

Dear Mr. Brewer:

Attached is my Expert Report in the above captioned matter. Please feel free to contact me with any questions you may have.

All the Best,

Larry Kanter CPA, CFF, CFE
Managing Director.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiff and Counter-Defendant,<br><br>And<br><br>WAYNE LAPIERRE,<br><br>Third-Party Defendant<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>And<br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 3:19-cv-02074-G |

# Expert Report of Larry Kanter CPA, CFF, CFE
# July 15, 2021

## Introduction

Kanter Financial Forensics, LLC ("KFF") has been retained by the NRA (the "Association") to assist their law firm, Brewer, Attorneys & Counselors ("Brewer") in connection with its lawsuit against Ackerman McQueen, Inc and Mercury Group, Inc.; Henry Martin, William Winkler, and Melanie Montgomery (for simplicity, in this report we will refer to the defendants collectively as ("AMc"). Generally, the purpose of our retention is to perform an analysis of the available documents and information produced in connection with this litigation for the purpose of investigating and commenting on the opinions contained in the Expert Report submitted by Daniel Jackson dated June 15, 2021.

## Qualifications and Experience

My Curriculum Vitea as well as my Rule 26 Disclosures can be found in Exhibit A to this report.

## Understanding

We understand that the above captioned lawsuit involves a range of claims and counterclaims among the parties. In his Expert Report, Mr. Jackson refers to AMc's counterclaims and identified the following breaches alleged by AMc:

- Breach of the NRA's obligations to pay for services rendered during litigation;
- Breach of the NRA's obligation to pay invoices for services prior to termination;
- Breach of the indemnification clause of the Services Agreement;
- Breach of the NRA's obligation to post a $3 million letter of credit;
- Breach of the NRA's obligation to pay invoices timely; and
- Breach of the NRA's obligation to pay a termination fee.

## Information Sources

In his Expert Report, Mr. Jackson has segmented his opinions into four sections, each of which has a subsection:

A. AMc-Third Party Contracts
    i. Alexandria, Virginia Office Space (Mercury Group)
    ii. Colorado Springs, Colorado Office Space
    iii. Dallas, Texas Office Space
    iv. Other AMc -Third Party Contracts
        a. Additional Contracts Related to the Alexandria Office
        b. Additional Contracts Related to the Colorado Springs Office
        c. Additional Contracts Related to the Dallas Office
        d. NRATV Farmville Studio
        e. Stock Photography
        f. Firewall, Storage, and Disaster Recovery
        g. Federal Firearms License (FFL) Services
        h. Other Cellular Services
    v. AMc Employment Agreements
        a. Oliver North
        b. Dave Valinski
        c. Dana Loesch
B. Termination Fee
    i. Employee Severance
    ii. Office Disassembly
C. Past Due Invoices and Invoices Paid Late
D. Legal Fees

A list of the materials considered in the preparation of this report has been provided in Exhibit B to this report.

## Opinions

Additional support for the following opinions can be found in Exhibit C which is an Excel Workbook that will be produced in .pdf form as well as electronically as an Excel file.

**Opinion 1**

Mr. Jackson submitted an Expert Report that alleges that AMc incurred expenses to various parties on behalf of, or as a result of, work performed for the NRA for which the NRA is contractually liable. However, Mr. Jackson has performed little, if any independent analysis of AMc's damage claims and has provided inadequate documentation that evidences the actual payment of monies to third parties. If AMc is attempting to recover monies in excess of amounts actually paid to third parties, those amounts are not recoverable.

**Basis for Opinion 1**

As an expert witness, it is my understanding that Mr. Jackson is required to provide testimony that will help the trier-of-fact understand the evidence or determine a fact at issue and that his opinions: (a) will be based on sufficient reliable facts or data, (b) will be the product of reliable methods that have been applied to the facts of the case, and (c) that the principles and methods utilized can be tested. Mr. Jackson's Expert Report contains little information that can be subjected to independent analysis.

**Opinion 2**

Many of the supporting documents included as justification or evidence of AMc's damages are incomplete or inappropriate. In the case of certain contracts, the contracts provided were not executed. Further, Mr. Jackson has given no indication that he traced back or confirmed that the documents provided by AMc evidence payments made by, are liabilities of, or solely relate to work performed on behalf of the NRA.

**Basis for Opinion 2**

We noted that evidence of budgets for work to be performed by AMc may exist, such as NRA-AMc_00185553 - NRA-AMc_00185568. However, those documents appear to be drafts and there is no evidence that the NRA actually approved those budgets. Significantly, we found no references to the existence of approved budgets in Mr. Jackson's Expert Report.

In addition, the following are examples of the issues identified in the above opinion:

- AMcTX-00045414-AMcTX-00045455: is a $369,123 item from iland Internet Solutions Corporation in Mr. Jackson's Expert Report, Exhibit 3a. This document is not completed, nor is it executed.
- AMcTX-00045408: is a $385,582 item from Dell in Mr. Jackson's Expert Report, Exhibit 3a that is again, not executed.

- AMc-036766: is a $228,659 item from an Employment Agreement (Valinski) in Mr. Jackson's report, Exhibit 4 that is labeled draft and again, not executed.
- AMcTX-00046389: allegedly supports a $9,900 item for FFL services from Axis Corporate Security in Mr. Jackson's Expert Report, Exhibit 3. This document is an invoice from Axis Corporate Security for a May 2019 retainer fee for Firearms Acquisition, Storage, Transport, Transfer, RSO duties and Investigations. There is no reference this was not a one-time fee and no evidence the services were continued monthly from July through September 2019.
- AMcTX-00046372: is an Excel spreadsheet that Mr. Jackson alleges supports a $509,492 item for COBRA bonus payments set forth in his Exhibit 5a. This support is nothing more than an Excel sheet listing employees and monthly amounts that sum to the total listed in Mr. Jackson's Expert Report. There is no third-party support such as bank statements, payroll records, or COBRA documents of actual payment to support the amounts. In addition, there is no evidence that Mr. Jackson performed any tests or procedures that substantiate the numbers provided.
- AMcTX-00046381 and AMcTX-00046382: allegedly supports the $1,929,146 in unpaid employee severance in Mr. Jackson's Expert Report, Exhibit 5. This support contains two Excel files which list individuals' names, personnel data, and amounts. There are no third-party support documents such as payroll records, employee payroll registers, bank statements, or other data. In addition, there is no evidence that Mr. Jackson performed any tests or procedures that substantiates the numbers provided.

In addition, Gary B. Goolsby, an expert retained in this case to examine AMc's compliance with its obligations under the Services Agreement, opined that, among other things, AMc failed to maintain adequate internal controls and failed to create and maintain adequate records. When employee time records were produced, Mr. Goolsby noted that those records were insufficient to validate that projects and personnel were correctly allocated and billed to the NRA as required by this Services Agreement[1]. In one example, Mr. Goolsby determined that AMc billed the NRA at least $8.8 million for the production of the *American Heroes* documentary series without having actually produced the series or providing appropriate supporting documentation.

**<u>Opinion 3</u>**

Ackerman McQueen is an independent business that is not affiliated with the NRA and, as such, has its own employees, offices, and corporate overhead. Ackerman McQueen has clients other than the NRA. Mr. Jackson attempts to attribute all office and employee related expenses in his Expert Report as the responsibility of the NRA without any analysis of how those offices or employees were utilized.

**<u>Basis for Opinion 3</u>**

According to Mr. Jackson, "AMc is a corporation organized and existing under the laws of the State of Oklahoma with its principal place of business in Oklahoma City, Oklahoma and is in the business of providing comprehensive communications services including public relations, crisis management, strategic marketing, advertising and creative, as well as owned media and internet services."[2] Mr. Jackson provided no evidence that the NRA has

[1] Expert Report of Gary B. Goolsby dated June 1, 2021.
[2] Expert Report of Daniel Jackson dated June 15, 2021, p. 8.

any ownership interest in or, management control over AMc, its affiliate Mercury Group nor does he allege that AMc is not an independent enterprise that is responsible for its own strategic direction and pursuit of clients.

Throughout his Expert Report, Mr. Jackson attributes costs of employee severance and office closures in Alexandria, VA, Colorado Springs, CO, and Dallas, TX to the NRA. However, at no point does Mr. Jackson reveal that he performed an analysis of how each one of these offices or employees were utilized, whether other clients were serviced out of that office or undertake any effort to determine how much, if any of the costs are even properly attributable to the NRA. Significantly, Mr. Jackson provides no evidence that the NRA approved AMc's entering into any of those leases.

In fact, the evidence supports the opposite conclusion, namely, that AMc attempted to leverage its client relationship with the NRA by expanding its geographic reach to other markets and other non-NRA related clients.

As an example of their reach, AMc had clients that included Leap Frog in San Francisco, CA, which was supported by a San Francisco office, an office in London to support a push into the European market[3], and an office in Colorado Springs to support a client relationship with the Colorado Springs Tourism Board that was reported to be a $750,000 to $1,000,000 account.[4]

In the early 2000s, AMc President David Lipson, stated "Dallas and San Francisco are really going to be the epicenters of the agency."[5] The move to 1717 McKinney Avenue in downtown Dallas from its former office in Irving, TX, a suburb of Dallas, was meant to provide the "wow factor" of the Dallas skyline and the AMc move was meant to "reinforce the relationships with [AMc] clients."[6] [7]

During 2013 and 2014, the period shortly before the AMc's expansion into its new Dallas office space, AMc had various clients, including Lone Star Park, INTEGRIS Health, Chesapeake Energy, Oklahoma City Thunder, Winstar World Casino, and Chickasaw Nation.[8]

Attempting to attribute the entirety of the employee severance and office closures of the Dallas, TX, Colorado Springs, CO, and Alexandria, VA offices entirely to the NRA, when there were clearly other accounts supported from those offices, is not appropriate.  Once again, Mr. Jackson provides no evidence of performing any analysis as to the actual use of those spaces that were used by AMc's various clients, nor has he considered that the loss of those client (to the extend AMc lost those clients) eliminated the need for those offices.

Also of significance is the effect the pandemic had on AMc.  According to a report published by ProPublica, which bills itself as an independent, nonprofit newsroom that produces

---

[3] Adweek, The Ride's Far From Over At Ackerman McQueen, August 4, 2004
[4] Adweek, Ackerman McQueen Collects 4 for $5 Mil., August 24, 1998; Colorado Springs Business Journal, CSCVB Hires Ackerman McQueen, October 2, 1998.
[5] Adweek, The Ride's Far From Over At Ackerman McQueen, August 4, 2004
[6] Dallas Business Journal, Ackerman McQueen's Dallas office designed to reinforce client relationships, February 28, 2018
[7] Staffelbach, Ackerman McQueen's New Dallas Uptown Office Offers VIP Client Experience, February 12, 2014.
[8] Largest North Texas Advertising Agencies – Dallas Business Journal – August 22, 2014.

investigative journalism, AMc was approved for a $2.9 million PPP loan on April 12, 2020, and another $2.0 million PPP loan on March 6, 2021. According to ProPublica, the loans were attributed to the preservation of 153 jobs and 125 jobs, respectively. Mr. Jackson does not acknowledge or consider these funds in his damage calculation. Nor is there any discussion regarding the current status of those jobs. It is notable that Mr. Jackson's Expert Report attempts to recover $1.929 million of costs related to the severance, medical and payroll taxes for 27 employees, a number that is similar to the change in employee headcount referenced in ProPublica (153-125 = 28) as the employee count change between April 12, 2020, and March 6, 2021. Mr. Jackson failed to consider how these funds were used by AMc, as AMc apparently received these funds to assist with covering employee salaries and benefits during the pandemic.

In addition, Mr. Jackson failed to provide any evidence that the opening of these offices were required by or approved by the NRA, nor did he even consider that the opening of these offices was anything other than a business decision taken by an entity independent of and separately operated by the owners of AMc.

**Opinion 4**

Mr. Jackson's Expert Report attempts to recover Firewall, Storage and Disaster Recovery Costs. Recovery of these costs is inappropriate because AMc, as an independent organization that services other clients, would likely need these services to operate its business. Mr. Jackson, arbitrarily, without any support, assigned an allocation factor of 25% of the cost for these services to the NRA. Assigning any of these overhead costs to the NRA is inappropriate.

**Basis for Opinion 4**

In Mr. Jackson's report, the alleged termination fees related to Firewall, Storage and Disaster Recovery are allocated based on estimated usage, which decreased the fees to the percentage attributable to the NRA. Mr. Jackson has apparently, without support or analysis of AMc's client mix allocated 25% of these costs, totaling $238,787, to the NRA.[9] In his Expert Report, Mr. Jackson states, "I understand that it is estimated that the equipment was utilized 25-40% of its used capacity for purposes of the work related to the NRA." [10]

Significantly, Mr. Jackson has provided no evidence that these alleged termination fees are costs that have actually been paid by AMc and he has failed to explain why these types of technology fees are nothing more than normal AMc overhead that are the responsibility of AMc.

**Opinion 5**

In his opinion attempting to recover damages for Employee Severance, Office and Leases, Other Contracts, Office Disassembly and Moveout, Mr. Jackson opines that 100% of those costs are the responsibility of the NRA. In addition to not being recoverable as damages

[9] Jackson Report, Exhibit 3A.
[10] Jackson Report, p. 24.

under the Services Agreement, his attempt to recover damages for Firewall, Storage and Disaster Recovery Costs directly contradicts his calculation of damages for Employee Severance, Office and Leases, Other Contracts, Office Disassembly and Moveout.

In paragraph 64 of his Expert Report, Mr. Jackson uses a cost allocation factor of 25% for Firewall, Storage and Disaster Recovery Costs. As stated in my opinion addressing those costs, Mr. Jackson arbitrarily, without any support, assigned an allocation factor of 25% of the cost for these services to the NRA. It is contradictory to, on the one hand use an allocation factor on one overhead related damage element while not using an allocation factor on another overhead related damage element.

By using the 25% allocation, Mr. Jackson has in effect proven that AMc has other clients and that his attempt to recover 100% of Employee Severance, Office and Leases, Other Contracts, Office Disassembly and Moveout is unsupported, erroneous, and intellectually dishonest.

**<u>Basis for Opinion 5</u>**

Section XI Paragraph F of the Services Agreement dated April 30, 2017, states:

> In consideration of the dedication of a substantial number of personnel and resources to provide the services under this Agreement (and the necessity to maintain such staffing levels and resource allocations to enable AMc to continue to provide such services upon any renewals hereof), the NRA agrees to pay AMc a fair and equitable termination fee to compensate it for the inevitable severances and other reasonable costs incurred in conjunction with such expiration or termination. Such termination fees shall be negotiated in good faith by the parties and paid to AMc no later than the last day of this Agreement.

There is no evidence that Mr. Jackson has attempted to calculate a "fair and equitable termination fee" as set forth in the Services Agreement dated April 30, 2017. Significantly, Mr. Jackson does not characterize his attempt to recover damages for the items described as Employee Severance, Office and Leases, Other Contracts, Office Disassembly and Moveout in his Expert Report as part of a "fair and equitable termination fee".

Section 3(A) and 3(D) of the Services Agreement dated April 30, 2017, states:

> Section 3(A) - Mailing and express charges, long distance telephone calls, photocopies, deliveries, sales taxes and reasonable out-of-town travel including transportation, meals and lodging, etc. on NRA's express behalf, shall be billed at NRA's cost. All out of town travel expenses shall require prior written approval in accordance with written procedures established by the NRA Executive Vice President or his designee. Payment of travel expenses not approved in advance may result in denial of reimbursement. Expenses not listed above shall be considered to be normal business expenses of AMc and not billable to NRA unless specifically authorized by the NRA Executive Vice president or his designee."
>
> Section 3(D) - Special assignments not included this Agreement which cannot reasonably be included under the monthly fee must be approved in accordance with written procedures established by the NRA Executive Vice President or his designee, and the charges made by AMc

> shall be agreed upon in advance otherwise such charges shall not be greater than the usual and customary charges for such services or expenses in the industry.[11] [12]

In his Expert Report, Mr. Jackson does not provide evidence that the approval requirements set forth in the Services Agreement were met prior to requesting payment for these items. In addition, he states directly in his Expert Report that "I understand that the upgraded firewall, storage, and disaster recovery solutions can be (and has been) also utilized by AMc for its other clients".

**Opinion 6**

In Exhibit 5 and Exhibit 6 to his Expert Report, Mr. Jackson attempts to recover damages associated with severance payments to 27 employees and COBRA payments on behalf of 14 employees. Mr. Jackson's attempt to recover damages for these items is not supported by reliable data, has not been independently tested by Mr. Jackson and has not been computed in accordance with the termination fee provision of the Services Agreement.

**Basis for Opinion 6**

Section XI Paragraph F of the Services Agreement dated April 30, 2017, states:

> In consideration of the dedication of a substantial number of personnel and resources to provide the services under this Agreement (and the necessity to maintain such staffing levels and resource allocations to enable AMc to continue to provide such services upon any renewals hereof), the NRA agrees to pay AMc a fair and equitable termination fee to compensate it for the inevitable severances and other reasonable costs incurred in conjunction with such expiration or termination. Such termination fees shall be negotiated in good faith by the parties and paid to AMc no later than the last day of this Agreement.

There is no evidence that Mr. Jackson has attempted to calculate a "fair and equitable termination fee" as set forth in the Services Agreement dated April 30, 2017. Mr. Jackson does not opine that his attempt to recover damages for the items in Exhibit 5 and 6 of his Expert Report are part of a "fair and equitable termination fee". He does, however, state that AMc severance calculation is "reasonable" but provides no data or analysis to support that assertion.

Mr. Jackson states "these employees have been placed on unpaid leave (i.e. furloughed)". If an employee is placed on unpaid leave, by definition, that employee has not been terminated. As such, said employee has not been severed nor terminated and no termination fee has been incurred.

**Opinion 7**

Mr. Jackson includes costs of $6,310,698 for amounts allegedly owed to Oliver North, Dave Valinski and Dana Loesch as amounts due to AMc. Mr. Jackson does not provide any

[11] Services Agreement, p.5.
[12] The terms "shall not be greater than the usual and customary charges for such services or expenses in the industry" is addressed in detail in the Expert Report of Andrew McLean, dated June 1, 2021.

evidence these costs were agreed upon in advance, does not consider whether the terminations were for violations of rules established in the AMc Agency Handbook, nor does he provide evidence of approval by a NRA Executive Vice President or his designee, as outlined in the Services Agreement. Further, Mr. Jackson does not consider the Employment Agreement between Ackerman and its employees.

**Basis for Opinion 7**

I have reviewed *Exhibit D to the Petition for Judicial Review and Motion to Quash or in the Alternative, to Modify Subpoena Duces Tecum Served on Non-Party in an Action Pending Outside of This State* filed in December of 2019. Exhibit D apparently contains the index from what is represented to be AMc's Agency Handbook. The index indicates that pages 5-28 contain various policies that relate to various personnel policies. Mr. Jackson has not referred to, or inquired of, AMc as to whether the terminations of North, Valinski and Loesch were made in accordance with the policies set forth in the AMc Agency Handbook nor has he inquired as to whether any of the aforementioned employees violated any of the policies contained in the Handbook.

For example, while a host of NRATV, Ms. Loesch made several inflammatory remarks which generated significant negative media attention, both domestically and internationally, for the NRA, such as Thomas the Tank Engine[13]. To assess the ability of Ms. Loesch to make any recovery would require review of the Handbook, specially it's professional conduct section. Other potential violations concern the contract with Mr. North. Nearly eleven months after signing his employment contract (i.e. April 2018), Mr. North wrote a letter to the NRA and admitted that he was not fulfilling his duties to produce episodes of American Heroes[14].

Mr. Jackson apparently relies on the language in Paragraph 3 of Amendment No 1 to the Services Agreement dated May 6, 2018, which states:

> …… For all non-cancellable contracts entered into between AMc and third parties for the benefit of the NRA (herein "AMc-Third Party NRA Contracts"), the NRA agrees to pay AMc upon such expiration or termination the balance of the compensation payable under such AMc-Third Party NRA Contracts (including, but not limited to, the AMc-Third Party NRA Contracts with Dana Loesch and Oliver North) as of the date of expiration or termination so that AMc can fulfill its obligations under said Contracts after expiration or termination.[15]

I have reviewed the Employment Agreements identified (but not included in) Mr. Jackson's Expert Report. The Employment Agreements in question do not state that they are "non-cancellable". In fact, each Employment Agreement contains termination provisions.

[13] Newsweek, "NRATV Airs Photo of Thomas The Tank Engine in KKK Hood in 'Ethnic Diversity' Segment." September 11, 2018.
[14] NRA-AMc_00059426 - NRA-AMc_00059430.
[15] Amendment No. 1 to Services Agreement, pp. 1-2. AMc-056592 – AMc-056593.

**Opinion 8**

Mr. Jackson attempts to recover legal fees of $593,264. The fees apparently relate to work AMc's lawyers purportedly provided in connection with an investigation of the NRA by the New York Attorney General, as well as AMc's defense of an employment arbitration brought by Dana Loesch. It appears that AMc seeks these fees based upon its claimed right to indemnification, pursuant to the Services Agreement. My understanding is that the issue of indemnification is legally disputed.

**Basis for Opinion 8**

Mr. Jackson is providing an opinion that is a matter of law. I have reviewed the letter from the General Counsel of the NRA, John Frazer, to AMc's counsel, Gina Betts, in response to letters from Bill Winkler, AMc's Chief Financial Officer.[16] This letter, which Mr. Jackson fails to cite in his report, demonstrates the legal controversary regarding indemnification. I am not in a position to render a legal opinion, as I am not a lawyer, but I do note that a legal controversy exists.

**Opinion 9**

In August 2018, the NRA notified AMc that it was strengthening its procedures for documentation and verification of compliance with vendor contracts.[17] The NRA followed up with a letter in October of 2018[18] providing additional guidance regarding procedures for compliance with the contract provisions identified in the August 2018 letter. In his Exhibit 7 & 8, Mr. Jackson attempts to recover costs associated with allegedly unpaid vendor invoices and calculated interest on late payments of invoices. Mr. Jackson provides no evidence that the invoices identified in Exhibit 8 were, in-fact approved by the NRA, paid late nor does he provide any evidence that AMc actually paid interest on these invoices. In addition, Mr. Jackson wrongly attempts to apply the obligation set forth under Section III. Paragraph E. of the Services Agreement dated April 30, 2017, regarding interest associated with the late payment of invoices while failing to apply other relevant sections of the Services Agreement and the NRA's August 2018 correspondence regarding proper support for invoices.

**Basis for Opinion 9**

Mr. Jackson has not provided any evidence of the approvals for payment of invoices as required in Section 3(A) and 3(D) of the Services Agreement dated April 30, 2017. That Agreement states:

> Section 3(A) - Mailing and express charges, long distance telephone calls, photocopies, deliveries, sales taxes and reasonable out-of-town travel including transportation, meals and lodging, etc. on NRA's express behalf, shall be billed at NRA's cost. All out of town travel expenses shall require prior written approval in accordance with written procedures established

[16] Letter from John Frazer to Gina Betts dated March 4, 2020.
[17] NRA-AMc_00068323.
[18] NRA-AMc_00064218 – 64230.

by the NRA Executive Vice President or his designee. Payment of travel expenses not approved in advance may result in denial of reimbursement. Expenses not listed above shall be considered to be normal business expenses of AMc and not billable to NRA unless specifically authorized by the NRA Executive Vice president or his designee."[19]

Section 3(D) - Special assignments not included this Agreement which cannot reasonably be included under the monthly fee must be approved in accordance with written procedures established by the NRA Executive Vice President or his designee, and the charges made by AMc shall be agreed upon in advance otherwise such charges shall not be greater than the usual and customary charges for such services or expenses in the industry.[20] [21]

All of the invoices identified in Mr. Jackson's Exhibit 7 & 8 are dated after August 1, 2018, and are, therefore, subject to compliance with the Services Agreement. Mr. Jackson has provided no evidence that any of the invoices set forth in his Exhibits 7 & 8 were, in fact, approved by the NRA.

---

The analyses, opinions, and certain observations in this report are based upon the data, documentation, and information available to date and my experience in performing similar analyses and expert reports. I, or others under my direct supervision, have performed these analyses based upon the materials available to date. I reserve the right to amend my analyses, opinions, observations, and this report should additional or updated materials become available and become relevant. My work in this matter does not constitute an internal control review, audit, review, compilation or attest service as those terms are defined by the TSBPA or by the AICPA. My firm is being compensated at rates of between $500 and $950 per hour for the work performed in this engagement. My firm's compensation is not contingent upon the outcome of this litigation.

Respectfully,

Larry Kanter, CPA, CFF, CFE

July 15, 2021

[19] Services Agreement, p. 5.
[20] Services Agreement, p. 5.
[21] The terms "shall not be greater than the usual and customary charges for such services or expenses in the industry" is addressed in detail in the Expert Report of Andrew McLean dated June 1, 2021.

Exhibit A
Curriculum Vitea

KANTER FINANCIAL FORENSICS, LLC

# Larry Kanter

CPA/CFF, CFE

Managing Director
2626 Cole Ave. Suite 300
Dallas, Texas 75204
214 207-5238
larry@kanterforensics.com

**Overview**

Larry Kanter, who formed Kanter Financial Forensics, LLC in 2011 is a forensic accounting professional with more than 20 years of combined Big 4 and international consulting firm experience. He was a Partner at PwC, EY and was a Managing Director at noted restructuring firm Alvarez and Marsal. He has served in leadership and testifying expert roles in numerous large, complex engagements involving GAAP, internal control, damage quantification and fraud/forensic investigative issues. Additionally, he has served as a consultant in a number of extrajudicial loan restructuring and business restructuring engagements involving a wide range of businesses and assets.

Since 2009, Mr. Kanter has been an adjunct professor at Southern Methodist University's Cox School of Business where he teaches a master's level course in Forensic Accounting and previously, he developed and taught SMU's first course in Data Analytics for masters level accounting students.

During his tenure in the Big 4, Mr. Kanter was on the leading edge of the integration of technology and forensic accounting, having founded one of the first forensic technology labs among the world's largest international accounting firms.

One of Mr. Kanter's most noteworthy engagements was leading the forensic data analytics component of the international investigation of the role of 26 Swiss banks in their appropriation of funds belonging to the victims of Nazi persecution.

**Licenses, Memberships and Affiliations**

Certified Public Accountant

Certified Fraud Examiner

AICPA Certificate in Financial Forensics

American Institute of Certified Public Accountants

Member - AICPA Forensics and Valuation Section

Texas Society of Certified Public Accountants

Dallas Chapter, Texas Society of Certified Public Accountants

Association of Certified Fraud Examiners

Member - Business Valuations, Forensics and Litigation Services Committee of the Texas Society of Certified Public Accountants

Faculty Member – SMU Cox School of Business

**Speaking Engagements**

Panelist – *Texas Society of CPA's Webinar* – The CPA Expert in the COVID-19 Era.

Speaker – *SMU Dedman School of Law, Maguire Center for Ethics, Certificate in Ethics & Compliance 2018 and 2019*.

Panelist – *Texas Society of CPA's 2017 Forensic, Valuation and Litigation Services Conference* - Using the Right E-Discovery Firm, Data Analytics, and Data Mining in Litigation.

Panelist, *Dallas Bar Association Business Litigation Section, February 2016* – Attaining Reasonable Certainty in Economic Damages Calculations.

Speaker, *Association of Certified Fraud Examiners - Dallas Chapter* – Institutional Fraud, November 2013.

KANTER FINANCIAL FORENSICS, LLC

**Representative Experience**

***Global Industrial Products Company, contract dispute*** – retained as a testifying expert to quantify damages associated with the breach of a long-term supply agreement. The dispute was resolved shortly after the release of our report to the opposing party.

***Private equity fund, partnership dispute*** - calculated the amounts to be contributed pursuant to a complex partnership like arrangement involving two large private equity investors. In addition, investigated a fraud claim filed against our client related to the management and operation of the arrangement. Presented our findings to a three-judge arbitration panel in New York.

***Electric utility, earn-out litigation*** – performed an analysis of the financial performance of an electricity retailer after the retailer was sold to our client. Calculated the amounts due the seller under the earn-out agreement and submitted an expert report to the arbitrator.

***Global retailer, point-of-sale sales tax collection litigation*** – investigated the processes used to calculate the amount of sales tax that should be refunded when retail purchases are returned by customers across sales tax jurisdictions. Our analysis involved the matching of original sales tax collections to the sales tax refunds in an effort to determine the accuracy of the refund calculations.

***Family office, forensic analysis*** – initially retained by outside counsel to perform an analysis of the accounting for a range of separate legal entities spanning several industries including real estate and investment companies in an effort to determine whether a fraud investigation was warranted. Ultimately determined that the books and records had been improperly maintained by the then CFO and assisted with the restatement of the financial information of 30+ legal entities.

***Class action plaintiffs, mortgage loan servicer*** – quantified damages as a result of the wrongful collection of lender placed insurance premiums by one of the nation's largest home mortgage loan servicers. This complex analysis involved almost $1 billion of premiums collected from both escrow accounts and through monthly borrower payments on more than 500,000 hazard insurance policies spanning 10 years. Our work involved the quantification of the amounts wrongfully collected by the servicer and resulted in a negotiated settlement.

***Industrial equipment manufacturer, profits disgorgement litigation*** - located, extracted and analyzed sales, production and shipping data from U.S., Italy, Mexico and Canada based operations of a global heavy industrial equipment manufacturer. The engagement involved the analysis of the data dictionaries for multiple ERP systems in multiple locations in an effort to identify the data fields that were necessary for inclusion in a database of sales that were potentially in violation of certain non-competition covenants. We worked with the client's IT, Product Development, Sales and Accounting personnel to identify and extract all potentially relevant sales and production data over a multi-year period. The data was used to reach a successful settlement with the plaintiff.

***Governmental entity, forensic Investigation*** – retained to investigate the alleged embezzling of funds from a governmental entity by its CEO. Our work involved the analysis of several bank accounts spanning a three-year period and concluded with the indictment and plea agreement of the now former leader of the organization.

***Nationwide retailer, destruction of business*** - the plaintiff, a neurologist, alleged that he sustained an injury in one of our client's stores that resulted in his private neurology practice sustaining millions of dollars of lost income. Our work involved the forensic analysis of the physician's historical CPT code data as well the plaintiff's expert's damage analysis. The dispute was favorably settled shortly after Mr. Kanter's deposition.

***Physician practice*** – retained to reconstruct the business records for a physician who had failed to file his tax returns for a 4-year period. The engagement involved the analysis of collections and disbursements involving every aspect of the physician's business.

***Nationally noted litigator and investor, shareholder oppression*** - performed a forensic investigation on behalf of our client, the minority shareholder of a real estate and timber mining operation regarding the use of funds by the majority shareholder. Our work uncovered actions by the majority shareholder that resulted in a favorable buy-out of the minority shareholder's interest by the majority shareholder.

***HVAC manufacturer, product defect damage quantification*** – evaluated and rebutted the damage model prepared by the plaintiff who alleged that the raw material used in a/c compressors was defective thereby leading to the early failure of the units.

***Building materials supplier, forensic investigation*** – investigated the embezzlement of funds by an officer of the company. Presented our findings to the district attorney who then used the results of our work to prosecute the officer. Our work was also used as a basis for a successful claim on the client's insurance policies.

***Media company, failed acquisition litigation*** – the proposed acquirer of a dozen television stations terminated its acquisition. Our work included the investigation of the reasons for the failure to close the transaction and involved the study of numerous GAAP accounting issues.

# Larry Kanter, CPA/CFF, CFE

**Rule 26 Disclosure – Testimony in the previous 4 years**

| ***Year*** | ***Jurisdiction*** | ***Type*** | ***Matter*** |
|---|---|---|---|
| 2021 | In The Circuit Court of Cook County, Illinois County Department, Chancery Division - District Court 1 | Courtroom Testimony (ZOOM) | SunAmerica Housing Fund 229, For Itself and on Behalf Of Eden's Garden Partners, L.P., v. Eddie R. Williams, Eden's Garden Development Group Inc., And South Parkway Management, Inc. |
| 2019 | 62nd Judicial District Court Lamar County, Texas | Deposition | Peter J. Edenhoffer, M.D. v. Office Depot, Inc. D/B/A OfficeMax, et al |
| 2018 | 116th Judicial District Court of Dallas County, Texas | Courtroom Testimony | Valtech Services, Inc. v. Cornerstone Staffing Solutions, Inc. v. Valtech Solutions, Inc. |
| 2018 | 116th Judicial District Court of Dallas County, Texas | Deposition | Valtech Services, Inc. v. Cornerstone Staffing Solutions, Inc. v. Valtech Solutions, Inc. |

# Larry Kanter, CPA/CFF, CFE

**Rule 26 Disclosure - Publications**

| ***Date*** | ***Publication*** | ***Title*** |
|---|---|---|
| 2000 | Microsoft Press | *"E-Commerce Strategy"* Contributor |
| 2011 | Texas Lawyer | Uncertainties Regarding GAAP and the IFRS |
| 2014 | Today's General Counsel | In Legal Disputes, Make the Most of Your Own Big Data |
| 2015 | Texas Lawbook | Finding a Road Map to "Reasonable Certainty" in Economic Damage Calculations |
| 2019 | Texas Society of CPA's | The Era of Visualization Based Analytics Has Arrived |
| 2020 | Texas Lawbook | Artificial Intelligence on the Witness Stand |

# Exhibit B
# Materials Considered

APP. 01807

# Larry Kanter Materials Considered

I also include by reference any materials cited in my report.

AMc-000001- AMc-003143
AMc-000055
AMc-000177
AMc-000203
AMc-000203- AMc-000207
AMc-000213
AMc-000215
AMc-000218
AMc-000222
AMc-000225
AMc-000228
AMc-000232
AMc-000266
AMc-000269
AMc-000323
AMc-000328
AMc-000332
AMc-000342
AMc-000348
AMc-000367
AMc-000372
AMc-000381
AMc-000399
AMc-000403
AMc-000443
AMc-000447
AMc-000452
AMc-000588
AMc-000589
AMc-000679
AMc-000700
AMc-000719
AMc-000720
AMc-000723
AMc-000766
AMc-000767
AMc-000917
AMc-000934
AMc-000936
AMc-000947
AMc-000948
AMc-000950
AMc-000952
AMc-000977
AMc-000978
AMc-000993
AMc-000997
AMc-000999- AMc-001000
AMc-001001
AMc-001001- AMc-001002
AMc-001012
AMc-001018
AMc-001025- AMc-001026
AMc-001030
AMc-001040
AMc-001043
AMc-001058
AMc-001059
AMc-001060
AMc-001099
AMc-001107
AMc-001123
AMc-001125
AMc-001201
AMc-001209
AMc-001210
AMc-001228
AMc-001237
AMc-001239
AMc-001241
AMc-001263
AMc-001277

AMc-001282
AMc-001284
AMc-001298
AMc-001329 - AMc-001332
AMc-001335
AMc-002488
AMc-002628
AMc-002656
AMc-002656- AMc-2685
AMc-002700
AMc-002700- AMc-2712
AMc-002713
AMc-002713- AMc-2740
AMc-002741
AMc-002741- AMc-2771
AMc-002772
AMc-002772- AMc-2817
AMc-002818
AMc-002818- AMc-2834
AMc-002835
AMc-002844
AMc-002844- AMc-2852
AMc-002853
AMc-0028792
AMc-002929
AMc-002956
AMc-002956- AMc-2990
AMc-0031227 - AMc-0031231
AMc-003369
AMc-003445
AMc-003494
AMc-003549
AMc-003552
AMc-003602
AMc-003643
AMc-003979
AMc-004100
AMc-004269
AMc-004495
AMc-004570
AMc-004607
AMc-004634
AMc-004664
AMc-004671
AMc-004823
AMc-004960
AMc-004989
AMc-005042
AMc-005077
AMc-005129
AMc-005184
AMc-005233
AMc-005439
AMc-005573
AMc-005746
AMc-005891
AMc-005921
AMc-005946
AMc-006017
AMc-006073
AMc-006152
AMc-006168
AMc-006173
AMc-006203
AMc-006214
AMc-006218
AMc-006222
AMc-006264
AMc-006267
AMc-006339

AMc-006416
AMc-006490
AMc-006626
AMc-006635
AMc-006673
AMc-006719
AMc-006872
AMc-006887
AMc-006996
AMc-007051
AMc-007060
AMc-007071
AMc-007169
AMc-007234
AMc-007295
AMc-007314
AMc-007321
AMc-007341
AMc-007367
AMc-007385
AMc-007490
AMc-007627
AMc-007637
AMc-007674
AMc-007690
AMc-008026
AMc-008125
AMc-008402
AMc-008471
AMc-008614
AMc-008731
AMc-008735
AMc-008739
AMc-008744
AMc-008749
AMc-008766
AMc-008818
AMc-008837
AMc-008917
AMc-008920
AMc-009340
AMc-009438
AMc-009592
AMc-009651
AMc-009757
AMc-009768
AMc-009779
AMc-009793
AMc-009813
AMc-009833
AMc-009839
AMc-009877
AMc-009883
AMc-009892
AMc-009901
AMc-009904
AMc-009908
AMc-009911
AMc-009975
AMc-009980
AMc-010007
AMc-010012
AMc-010079
AMc-010082
AMc-010085
AMc-010089
AMc-010169
AMc-010173
AMc-010181
AMc-010187
AMc-010207
AMc-010277
AMc-010391
AMc-010405

AMc-010454
AMc-010519
AMc-010523
AMc-010546
AMc-010606
AMc-010624
AMc-010654
AMc-010667
AMc-010934
AMc-010943
AMc-010959
AMc-011140
AMc-011210
AMc-011370
AMc-011515
AMc-011519
AMc-011574
AMc-011577
AMc-012968
AMc-012969
AMc-012970
AMc-013093
AMc-013100
AMc-013114
AMc-013115
AMc-013266
AMc-013407
AMc-015002
AMc-018990
AMc-019097
AMc-019098
AMc-019694
AMc-019809
AMc-019812
AMc-019815
AMc-019817
AMc-019820
AMc-019823
AMc-019826
AMc-019828
AMc-019940
AMc-019965
AMc-020429
AMc-021089
AMc-021220
AMc-021241
AMc-021248
AMc-021267
AMc-021274
AMc-021280
AMc-021287
AMc-021335
AMc-021426
AMc-021630
AMc-021712
AMc-021980
AMc-021990
AMc-022045
AMc-022224
AMc-022393
AMc-022394
AMc-022395
AMc-022401
AMc-022402
AMc-022404
AMc-022405
AMc-022406
AMc-022407
AMc-022408
AMc-022410
AMc-022412
AMc-022414
AMc-022416
AMc-022419

AMc-022422
AMc-022425
AMc-022540
AMc-022541
AMc-022552
AMc-022570
AMc-022653
AMc-022654
AMc-022655
AMc-022696
AMc-022710
AMc-022712
AMc-022713
AMc-022715
AMc-022717
AMc-022719
AMc-022722
AMc-022725
AMc-023003
AMc-023006
AMc-023405
AMc-023422
AMc-023491
AMc-025321
AMc-025594
AMc-025730
AMc-025732
AMc-025733
AMc-025741
AMc-025743
AMc-025745
AMc-025747
AMc-025749
AMc-025752
AMc-025810
AMc-026263
AMc-026303
AMc-027617
AMc-027622
AMc-027623
AMc-027625
AMc-027634
AMc-027639
AMc-036176
AMc-036766
AMc-039154
AMc-039154- AMc-39157
AMc-039158
AMc-039158- AMc-39161
AMc-039162
AMc-039162- AMc-39168
AMc-040053
AMc-040053- AMc-40067
AMc-041806
AMc-041807
AMc-041807- AMc-41820
AMc-041862
AMc-041863
AMc-041869
AMc-041973
AMc-041988
AMc-041994
AMc-042009
AMc-042051
AMc-042066
AMc-042078
AMc-042092
AMc-042111
AMc-042125
AMc-042136
AMc-047065 - AMc-047144
AMc-047791 - AMc-047868
AMc-049136 - AMc049212
AMc-053074 - AMc-053150

AMc-053385 - AMc-053462
AMc-053812 - AMc-053889
AMc-056592
AMc-056595
AMc-056721
AMc-057580
AMc-057610
AMc-058265
AMc-058561 - AMc-058563
AMc-059032
AMc-059225
AMc-059225 - AMc-059226
AMc-059298 - AMc-059299
AMc-059376
AMc-059377
AMc-059503 – AMc-059504
AMc-059822
AMcTX-00000763
AMcTX-00001636
AMcTX-00002191
AMcTX-00003282- AMcTX-3308
AMcTX-00019289
AMcTX-00024842- AMcTX-00024845
AMcTX-00036891
AMcTX-00039540
AMcTX-00039541
AMcTX-00041568
AMcTX-00041571
AMcTX-00042383
AMcTX-00042384
AMcTX-00043494
AMcTX-00043499
AMcTX-00045364
AMcTX-00045368
AMcTX-00045395
AMcTX-00045403
AMcTX-00045408
AMcTX-00045414
AMcTX-00045456
AMcTX-00045457
AMcTX-00045459
AMcTX-00045461
AMcTX-00045464
AMcTX-00045467
AMcTX-00045468
AMcTX-00045469
AMcTX-00045470
AMcTX-00045471
AMcTX-00045483
AMcTX-00045490
AMcTX-00045496
AMcTX-00045502
AMcTX-00045503
AMcTX-00045504
AMcTX-00045506
AMcTX-00045507
AMcTX-00045510
AMcTX-00045515
AMcTX-00045516
AMcTX-00045556
AMcTX-00045557
AMcTX-00045668
AMcTX-00045966- AMcTX-46043
AMcTX-00046071
AMcTX-00046077
AMcTX-00046084
AMcTX-00046089
AMcTX-00046093
AMcTX-00046098
AMcTX-00046102
AMcTX-00046107
AMcTX-00046111
AMcTX-00046116
AMcTX-00046119

AMcTX-00046126
AMcTX-00046130
AMcTX-00046134
AMcTX-00046137
AMcTX-00046141
AMcTX-00046144
AMcTX-00046147
AMcTX-00046168
AMcTX-00046169
AMcTX-00046170
AMcTX-00046171
AMcTX-00046172
AMcTX-00046173
AMcTX-00046179
AMcTX-00046181
AMcTX-00046199
AMcTX-00046213
AMcTX-00046257
AMcTX-00046259
AMcTX-00046260
AMcTX-00046261
AMcTX-00046262
AMcTX-00046263
AMcTX-00046265
AMcTX-00046269
AMcTX-00046274
AMcTX-00046286
AMcTX-00046290
AMcTX-00046341
AMcTX-00046350
AMcTX-00046366
AMcTX-00046367
AMcTX-00046368
AMcTX-00046369
AMcTX-00046370
AMcTX-00046371
AMcTX-00046372
AMcTX-00046373
AMcTX-00046374
AMcTX-00046381
AMcTX-00046382
AMcTX-00046389
AMcTX-00053145
AMcTX-00053147
AMcTX-00053157
AMcTX-00053164
AMcTX-00053166
AMcTX-00053176
AMcTX-00053183
AMcTX-00053185
AMcTX-00053196
AMcTX-00053204
AMcTX-00053206
AMcTX-00053216
AMcTX-00053224
AMcTX-00053225
AMcTX-00053226
AMcTX-00053241
AMcTX-00053242
AMcTX-00053243
AMcTX-00053244
AMcTX-00053245
AMcTX-00053246
AMcTX-00053247
AMcTX-00053248
AMcTX-00053249
AMcTX-00053250
AMcTX-00053251
AMcTX-00054116
AMcTX-00054117
AMcTX-00054698
AMcTX-00054699
AMcTX-00055789 – AMcTX-00055790
AMcTX-00055926 – AMcTX-00055927

AMcTX-00056632
AMcTX-00056633
AMcTX-00059825
AMcTX-00059826
AMcTX-00059946
AMcTX-00059947
AMcTX-00060469
AMcTX-00060470
AMcTX-00060676
AMcTX-00060677
AMcTX-00060876
AMcTX-00060878
AMcTX-00061002
AMcTX-00061003
AMcTX-00061094
AMcTX-00061095
AMcTX-00061256
AMcTX-00061257
AMcTX-00061352
AMcTX-00061353
AMcTX-00061482
AMcTX-00061483
AMcTX-00061581
AMcTX-00061582
NRA_AM_FRA_0000668
NRA_AM_FRA_0002613
NRA_AM_FRA_0002614
NRA_AM_FRA_0002621
NRA_AM_FRA_0002626
NRA_AM_FRA_0002628
NRA_AM_FRA_0002639
NRA_AM_FRA_0002646
NRA_AM_FRA_0002652
NRA_AM_FRA_0002658
NRA_AM_FRA_0002664
NRA_AM_FRA_0002673
NRA_AM_FRA_0002679
NRA_AM_FRA_0002690
NRA_AM_FRA_0002701
NRA_AM_FRA_0002712
NRA_AM_FRA_0002723
NRA_AM_FRA_0002734
NRA_AM_FRA_0002746
NRA_AM_FRA_0002758
NRA_AM_FRA_0002770
NRA_AM_FRA_0002782
NRA_AM_FRA_0002792
NRA_AM_FRA_0002802
NRA_AM_FRA_0002814
NRA_AM_FRA_0002828
NRA_AM_FRA_0002842
NRA_AM_FRA_0002856
NRA_AM_FRA_0002862
NRA_AM_FRA_0002873
NRA_AM_FRA_0002885
NRA_AM_FRA_0002895
NRA_AM_FRA_0002910
NRA_AM_FRA_0002925
NRA_AM_FRA_0003033
NRA_AM_FRA_0003034
NRA_AM_FRA_0003035
NRA_AM_FRA_0003142
NRA_AM_FRA_0003791
NRA_AM_FRA_0004391
NRA_AM_FRA_0004398
NRA_AM_FRA_0004405
NRA_AM_FRA_0004411
NRA_AM_FRA_0004417
NRA_AM_FRA_0004423
NRA_AM_FRA_0004432
NRA_AM_FRA_0004438
NRA_AM_FRA_0004449
NRA_AM_FRA_0004460
NRA_AM_FRA_0004471

NRA_AM_FRA_0004482
NRA_AM_FRA_0004493
NRA_AM_FRA_0004505
NRA_AM_FRA_0004517
NRA_AM_FRA_0004529
NRA_AM_FRA_0004541
NRA_AM_FRA_0004551
NRA_AM_FRA_0004561
NRA_AM_FRA_0004573
NRA_AM_FRA_0004587
NRA_AM_FRA_0004601
NRA_AM_FRA_0004615
NRA_AM_FRA_0004621
NRA_AM_FRA_0004632
NRA_AM_FRA_0004644
NRA_AM_FRA_0004654
NRA_AM_FRA_0004669
NRA_AM_FRA_0004684
NRA_AM_FRA_0004698
NRA_AM_FRA_0004713
NRA_AM_FRA_0004724
NRA_AM_FRA_0004736
NRA_AM_FRA_0004745
NRA_AM_FRA_0004754
NRA_AM_FRA_0004764
NRA_AM_FRA_0004774
NRA_AM_FRA_0004775
NRA_AM_FRA_0004785
NRA_AM_FRA_0004795
NRA_AM_FRA_0004805
NRA_AM_FRA_0004815
NRA_AM_FRA_0004825
NRA_AM_FRA_0004837
NRA_AM_FRA_0004848
NRA_AM_FRA_0004859
NRA_AM_FRA_0004870
NRA_AM_FRA_0004881
NRA_AM_FRA_0004892
NRA_AM_FRA_0004904
NRA_AM_FRA_0004918
NRA_AM_FRA_0004932
NRA_AM_FRA_0004946
NRA_AM_FRA_0004956
NRA_AM_FRA_0004966
NRA_AM_FRA_0004977
NRA_AM_FRA_0004988
NRA_AM_FRA_0005002
NRA_AM_FRA_0005128
NRA_AM_FRA_0005255
NRA_AM_FRA_0005258
NRA_AM_FRA_0005261
NRA_AM_FRA_0005264
NRA_AM_FRA_0005267
NRA_AM_FRA_0005271
NRA_AM_FRA_0005274
NRA_AM_FRA_0005277
NRA_AM_FRA_0005281
NRA_AM_FRA_0005285
NRA_AM_FRA_0005288
NRA_AM_FRA_0005291
NRA_AM_FRA_0005294
NRA_AM_FRA_0005297
NRA_AM_FRA_0005299
NRA_AM_FRA_0005301
NRA_AM_FRA_0005305
NRA_AM_FRA_0005309
NRA_AM_FRA_0005311
NRA_AM_FRA_0005313
NRA_AM_FRA_0005316
NRA_AM_FRA_0005319
NRA_AM_FRA_0005323
NRA_AM_FRA_0005327
NRA_AM_FRA_0005331
NRA_AM_FRA_0005332

NRA_AM_FRA_0005334
NRA_AM_FRA_0005336
NRA_AM_FRA_0005338
NRA_AM_FRA_0005340
NRA_AM_FRA_0005342
NRA_AM_FRA_0005345
NRA_AM_FRA_0005346
NRA_AM_FRA_0005347
NRA_AM_FRA_0005349
NRA_AM_FRA_0005351
NRA_AM_FRA_0005354
NRA_AM_FRA_0005357
NRA_AM_FRA_0005358
NRA_AM_FRA_0005359
NRA_AM_FRA_0005360
NRA_AM_FRA_0005361
NRA_AM_FRA_0005363
NRA_AM_FRA_0005365
NRA_AM_FRA_0005367
NRA_AM_FRA_0005369
NRA_AM_FRA_0005371
NRA_AM_FRA_0005373
NRA_AM_FRA_0005505
NRA_AM_FRA_0005507
NRA_AM_FRA_0005509
NRA_AM_FRA_0005511
NRA_AM_FRA_0005512
NRA_AM_FRA_0005513
NRA_AM_FRA_0005514
NRA_AM_FRA_0005515
NRA_AM_FRA_0005516
NRA_AM_FRA_0005517
NRA_AM_FRA_0005519
NRA_AM_FRA_0005521
NRA-00406
NRA-AMc_00045619
NRA-AMc_00045626
NRA-AMc_00048503
NRA-AMc_00050600
NRA-AMc_00052210
NRA-AMc_00052210 - NRA-AMc_00052291
NRA-AMc_00052210 - NRA-AMc_00052352
NRA-AMc_00052292
NRA-AMc_00052461
NRA-AMc_00052461 - NRA-AMc_00052505
NRA-AMc_00052595
NRA-AMc_00052595 - NRA-AMc_00052639
NRA-AMc_00052665
NRA-AMc_00052665 - NRA-AMc_00052688
NRA-AMc_00052689
NRA-AMc_00052689 - NRA-AMc_00052711
NRA-AMc_00052789 - NRA-AMc_00052801
NRA-AMc_00054474
NRA-AMc_00054474 - NRA-AMc_00054529
NRA-AMc_00054530
NRA-AMc_00054583
NRA-AMc_00054635
NRA-AMc_00054698
NRA-AMc_00054765
NRA-AMc_00054856
NRA-AMc_00054878
NRA-AMc_00054944
NRA-AMc_00054976
NRA-AMc_00054999
NRA-AMc_00055055
NRA-AMc_00055055 - NRA-AMc_00055122
NRA-AMc_00055834
NRA-AMc_00055834 - NRA-AMc_00055941
NRA-AMc_00055944
NRA-AMc_00055944 - NRA-AMc_00056149
NRA-AMc_00056150
NRA-AMc_00056393
NRA-AMc_00056393 - NRA-AMc_00056556
NRA-AMc_00057152

NRA-AMc_00057262
NRA-AMc_00057263
NRA-AMc_00057265
NRA-AMc_00059409- NRA-AMc_59411
NRA-AMc_00059415
NRA-AMc_00059416
NRA-AMc_00059426
NRA-AMc_00059431
NRA-AMc_00059522- NRA-AMc_00059523
NRA-AMc_00059652
NRA-AMc_00059930
NRA-AMc_00059931
NRA-AMc_00059956
NRA-AMc_00059982
NRA-AMc_00059983
NRA-AMc_00059991
NRA-AMc_00059992
NRA-AMc_00060114
NRA-AMc_00060115
NRA-AMc_00060185
NRA-AMc_00060542
NRA-AMc_00061215
NRA-AMc_00061216
NRA-AMc_00061638 - NRA-AMc_00061648
NRA-AMc_00062672
NRA-AMc_00062672 - NRA-AMc_00062708
NRA-AMc_00062709
NRA-AMc_00062758
NRA-AMc_00062826
NRA-AMc_00062826 - NRA-AMc_00062863
NRA-AMc_00062871
NRA-AMc_00062871 - NRA-AMc_00062911
NRA-AMc_00062912
NRA-AMc_00062912 - NRA-AMc_00062965
NRA-AMc_00062966
NRA-AMc_00062966 - NRA-AMc_00063021
NRA-AMc_00063022
NRA-AMc_00063089
NRA-AMc_00063292
NRA-AMc_00063292 - NRA-AMc_00063516
NRA-AMc_00063518
NRA-AMc_00063518 - NRA-AMc_00063714
NRA-AMc_00063978 - NRA-AMc_00063981
NRA-AMc_00063992
NRA-AMc_00064218
NRA-AMc_00064218 - NRA-AMc_00064230
NRA-AMc_00064235
NRA-AMc_00064236
NRA-AMc_00064237
NRA-AMc_00064239
NRA-AMc_00064250
NRA-AMc_00064256
NRA-AMc_00064257
NRA-AMc_00064257 - NRA-AMc_00064258
NRA-AMc_00064269
NRA-AMc_00064316
NRA-AMc_00064316 - NRA-AMc_00064318
NRA-AMc_00065065
NRA-AMc_00065066
NRA-AMc_00065094
NRA-AMc_00065098
NRA-AMc_00065102
NRA-AMc_00065378
NRA-AMc_00068307 - NRA-AMc_00068308
NRA-AMc_00068320
NRA-AMc_00068323
NRA-AMc_00068332
NRA-AMc_00068702
NRA-AMc_00068703
NRA-AMc_00068869
NRA-AMc_00068870
NRA-AMc_00068870 - NRA-AMc_00068871
NRA-AMc_00068874 - NRA-AMc_00068887
NRA-AMc_00068943

NRA-AMc_00068943 - NRA-AMc_00068945
NRA-AMc_00068947
NRA-AMc_00068947 - NRA-AMc_00068949
NRA-AMc_00068951
NRA-AMc_00068951 - NRA-AMc_00068955
NRA-AMc_00068957
NRA-AMc_00068957 - NRA-AMc_00068962
NRA-AMc_00068964
NRA-AMc_00068964 - NRA-AMc_00068967
NRA-AMc_00068969
NRA-AMc_00068969 - NRA-AMc_00068973
NRA-AMc_00068975
NRA-AMc_00068975 - NRA-AMc_00068979
NRA-AMc_00068981
NRA-AMc_00068981 - NRA-AMc_00068988
NRA-AMc_00069739
NRA-AMc_00071193
NRA-AMc_00071193 - NRA-AMc_00071194
NRA-AMc_00071259
NRA-AMc_00071260
NRA-AMc_00071263
NRA-AMc_00071265
NRA-AMc_00071267
NRA-AMc_00071290
NRA-AMc_00075497 - NRA-AMc_00075757
NRA-AMc_00076056 - NRA-AMc_00076394
NRA-AMc_00077292 - NRA-AMc_00077593
NRA-AMc_00078927 - NRA-AMc_00078937
NRA-AMc_00079033 - NRA-AMc_00079035
NRA-AMc_00079036 - NRA-AMc_00079041
NRA-AMc_00079043 - NRA-AMc_00079048
NRA-AMc_00079126
NRA-AMc_00079132
NRA-AMc_00079132 - NRA-AMc_00079133
NRA-AMc_00090556 - NRA-AMc_00090564
NRA-AMc_00100010
NRA-AMc_00124518 - NRA-AMc_00124518
NRA-AMc_00141097
NRA-AMc_00162483
NRA-AMc_00163614 - NRA-AMc_00163623
NRA-AMc_00166094
NRA-AMc_00173893 - NRA-AMc_00173897
NRA-AMc_00173989-00173990
NRA-AMc_00174005 - NRA-AMc_00174007
NRA-AMc_00174032 - NRA-AMc_00174033
NRA-AMc_00174083 - NRA-AMc_00174131
NRA-AMc_00174132-00174135
NRA-AMc_00174160 - NRA-AMc_00174210
NRA-AMc_00174211 - NRA-AMc_00174233
NRA-AMc_00174234-00174250
NRA-AMc_00174253 - NRA-AMc_00174298
NRA-AMc_00174417 - NRA-AMc_00174442
NRA-AMc_00185519 - NRA-AMc_00185551
NRA-AMc_00185553 - NRA-AMc_00185568
NRA-AMc_00185589 - NRA-AMc_00185598
NRA-AMc_00185712
NRA-AMc-00068873
NRA-BK-00037422 - NRA-BK-00037429
NRA-NYAG-00060085 - NRA-NYAG-00060089
NYAG-00120835
OLN00009
OLN00043
OLN00052
OLN00131
OLN00155
OLN00178
OLN00210
OLN00225 - OLN00372
OLN00398
PIP-00000001 - PIP-00004465
PIP-00000214
PIP-00000215
PIP-00000216
PIP-00000218

PIP-00000219
PIP-00000220
PIP-00000246
PIP-00000287
PIP-00000288
PIP-00000289
PIP-00000290
PIP-00000291
PIP-00001190
PIP-00001196
PIP-00001283
PIP-00001294
PIP-00001322
PIP-00001339
PIP-00001348
PIP-00002807
PIP-00002890
PIP-00004232
PIP-00004365
PIP-00004392

# Larry Kanter Materials Considered (Not Bate Stamped)

## Filed Documents

9/5/2019 - Plaintiffs Complaint and Jury Demand [VA Case]

10/8/2019 - VA protective order

11/5/2019 - Plaintiffs 1st Set-RFP-Defendants [TX Case]

6/22/2020 - TX protective order

3/12/2021 - Plaintiff's 2nd Amended Complaint [TX Case] (ECF # 209)

5/24/2021 - AMc 2nd Amended Counterclaim [TX Case] (ECF # 241)

## Expert Reports

Expert Report of Dr. Richard Bergin, Dated July 1, 2021

Expert Report of Gary B. Goolsby, Dated June 1, 2021

Expert Report of Daniel L. Jackson, Dated June 15, 2021

Expert Report of Daniel L. Jackson, Dated July 1, 2021

Expert Report of Andrew Mclean, Dated June 1, 2021

## Transcripts

6/26/2019 Hearing Transcript re Preliminary Injunction Motion

Deposition Transcript of Anthony Ferate - 7/8/2019 With Exhibits

Deposition Transcript of Melanie Montgomery – 3/31/2021 With Exhibits

Deposition Transcript of Craig Spray – 10/3/2019 With Exhibits

Deposition Transcript of Lisa Supernaugh - 1/30/2020 With Exhibits

Deposition Transcript of Mike Trahar - 9/18/2019 With Exhibits

## Not Produced Documents

6/4/2019 D. Schertler Letter to J Frazer re: NRA invoices owed

6/14/2019 A. Arulanandam Email Fwd to D. Schertler re: Attached Correspondence

6/14/2019 Ackerman McQueen Invoices (attachment to above referenced email)

3/4/2020 J. Frazer Reply Letter to G. Betts

AMc Agency Handbook-Personnel-Confidentiality Policies

**Articles**

Charlotte Alter, The NRA's Television Platform Isn't About Guns, TIME (Nov. 16, 2017) https://time.com/5027071/nras-tv-network-guns-are-weapon-in-culture-wars/.

Laura Bradley, "What the F- - k Is NRATV?" Let John Oliver Explain, VANITY FAIR (March 5, 2018) https://www.vanityfair.com/hollywood/2018/03/john-oliver-nra-tv-review-last-week-tonight.

Candace Carlisle, Ackerman McQueen's Dallas office designed to reinforce client relationships, Dallas Business Journal (Feb. 28, 2014) https://www.bizjournals.com/dallas/news/2014/02/28/ackerman-mcqueens-dallas-office-designed-to.html.

CSBJ Web Admin, CSCVB hires Ackerman McQueen, COLORADO SPRINGS BUSINESS JOURNAL (Oct. 2, 1998) https://www.csbj.com/cscvb-hires-ackerman-mcqueen/article_c727d3b2-55f4-5dee-ae45-e43777ab9d36.html.

Greg Evans, NRA's Dana Loesch branded a hypocrite for rant about abortion bill and 'murdering infants', INDEPENDENT (Feb. 1, 2019) https://www.indy100.com/news/nra-dana-loesch-fox-news-virginia-abortion-bill-watch-video-8757961.

Glen Fest, Ackerman McQueen Collects 4 For $5 Mil., ADWEEK (Aug. 24, 1988) https://www.adweek.com/brand-marketing/ackerman-mcqueen-collects-4-5-mil-36500/.

Glen Fest, Ackerman Lands Trammel Crow, ADWEEK (Nov. 23, 1998) https://www.adweek.com/brand-marketing/ackerman-lands-trammell-crow-22363/.

David Folkenfllik, NRATV Strays Seemingly Far Afield From Gun Ownership, NPR (May 7, 2018) https://www.npr.org/2018/05/07/609180824/nratv-strays-seemingly-far-afield-from-gun-ownership.

Dwayne Hartnett, Advertising Agency Back Downtown// Ackerman McQueen Likes "Heart of Tulsa", TULSA WORLD (Jul, 29, 1993) https://tulsaworld.com/archive/advertising-agency-back-downtown-ackerman-mcqueen-likes-heart-of-tulsa/article_ec2b4d0a-4377-5a29-80b0-adf25fcb1ea8.html.

Ben Heller, JLL: McKinney Avenue is one of the priciest office addresses in U.S., DALLAS BUSINESS JOURNAL (Nov. 19, 2015) https://www.bizjournals.com/dallas/blog/morning_call/2015/11/mckinney-avenue-is-one-of-the-priciest-office.html.

Ronald Linden, We Pittsburgh Jews Don't Want Your 'Thoughts and Prayers', HAARETZ (Oct. 28, 2018) https://www.haaretz.com/us-news/we-pittsburgh-jews-don-t-want-your-thoughts-and-prayers-1.6600943.

Alix Martichoux, NRA posts controversial 'Time's Up'- inspired ad targeting celebs, athletes amid Oscars, SF GATE (March 4, 2018) https://www.sfgate.com/entertainment/article/NRA-Times-Up-Dana-Loesch-Oscars-guns-12727103.php.

Chloe Melas, NRA TV depicts 'Thomas & Friends' characters in KKK hoods, CNN (Sep. 14, 2018) https://www.cnn.com/2018/09/13/entertainment/thomas-the-tank-engine-nra-kkk-trnd/index.html.

James Parker, Live-Streaming the Apocalypse With NRATV, THE ATLANTIC (June 1, 2018) https://www.theatlantic.com/magazine/archive/2018/06/nratv-live-streaming-the-apocalypse/559139/.

Maria Perez, NRA TV Airs Photo of Thomas the Tank Engine In KKK Hood In 'Ethnic Diversity' Segment, NEWSWEEK (Sep. 11, 2018) https://www.newsweek.com/nra-tv-thomas-tank-engine-kk-hood-ethnic-diversity-segment-1115652.

Laura Reston, *The NRA's New Scare Tactics*, THE NEW REPUBLIC (Oct. 3, 2017) https://newrepublic.com/article/145001/nra-new-scare-tactic-gun-lobby-remaking-itself-arm-alt-right.

Shawn Shinneman, Uptown Rents Are Still Sky High, but Downtown Might Be (Slowly) Catching Up, D MAGAZINE (July 1, 2019) https://www.dmagazine.com/frontburner/2019/07/uptown-rents-are-still-sky-high-but-downtown-might-be-slowly-catching-up/.

Press Release, Staffelbach, Ackerman McQueen's New Uptown Office Offers VIP Client Experience (Feb. 12, 2014).

Taylor Tompkins, Largest North Texas Advertising Agencies, DALLAS BUSINESS JOURNAL (Aug. 23, 2013) https://www.bizjournals.com/dallas/subscriber-only/2013/08/23/largest-north-texas-advertising-agencies.html.

Maegan Vazquez, *NRA's Dana Loesch: 'Many in legacy media love mass shootings'*, CNN (Feb. 22, 2018) https://www.cnn.com/2018/02/22/politics/dana-loesch-cpac-media/index.html.

Peter Weber, NRA warns about 2 Jewish, 1 Catholic 'gun grabbers' day after Pittsburgh synagogue shooting, THE WEEK (Oct. 29, 2018) https://theweek.com/speedreads/804394/nra-warns-about-2-jewish-1-catholic-gun-grabbers-day-after-pittsburgh-synagogue-shooting.

Richard Williamson, The Ride's Far From Over At Ackerman McQueen, ADWEEK (Aug. 2, 2004) https://www.adweek.com/brand-marketing/rides-far-over-ackerman-mcqueen-74043/.

Nick Wing, *How the NRA Stokes Conspiratorial Anti-Semitism*, HUFFINGTON POST (Oct. 29, 2018) https://www.huffpost.com/entry/nra-anti-semitism-george-soros_n_5bd70d7ce4b0a8f17ef9f36a.

Nick Wing, *2018 Was A Bad Year For The NRA, And The Worst Could Be Yet To Come*, HUFFINGTON POST (Dec. 30, 2018) https://www.huffpost.com/entry/nra-2018-gun-debate_n_5c081adee4b0844cda4f62f7.

**Other Public Documents**

AMC - 2020 PPP loan

AMC - 2021 PPP loan

Borrower application (final 3-18-21)

ProPublica, Ackerman McQueen First 100 Loans

FederalPay.org, PPP Loan Data – Ackerman McQueen Inc.

Exhibit C
Additional Support

APP. 01825

Exhibit C
Summary

**Jackson Report Analysis**
**Exhibit 1**

| Jackson | Jackson | Jackson | KFF Analysis |
|---|---|---|---|
| | | | Comments |
| AMc-Third Party NRA Contracts | | | |
| | Offices and Leases | $ 6,216,735 | Refer to [1] |
| | Other Contracts | 230,185 | Refer to [2] |
| | Employment Contracts | 6,310,698 | Refer to [3] |
| | | $ 12,757,618 | |
| Termination Fee | | | |
| | Employee Severance | $ 1,929,146 | Refer to [4] |
| | Office Disassembly/Move-Out | 78,516 | Refer to [5] |
| | | $ 2,007,662 | $1 rounding error |
| Unpaid Invoices, Late-Paid Invoices, and Interest | | | |
| | Past Due Invoices | $ 4,371,037 | Refer to [6] |
| | Interest on Past Due Invoices | 1,057,969 | Refer to [6] |
| | Interest on Late Payments | 39,077 | Refer to [7] |
| | | $ 5,468,083 | $1 rounding error |
| Legal Fees | | $ 593,264 | Refer to [8] |
| Total | | $ 20,826,627 | $1 rounding error |

Exhibit C
Offices and Leases

**Jackson Report Analysis**
**Exhibit 2**

| Jackson | Jackson | Jackson 2019 | Jackson 2020 | Jackson 2021 | Jackson 2022 | Jackson 2023 | Jackson Total | Jackson Footnotes | KFF Analysis Document tieout | KFF Analysis Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| Alexandria, VA | | | | | | | | | | |
| | Office Space | $ 208,683 | $ 71,648 | | | | $ 280,331 | Based on January 3, 2019 letter from Edward P. McCrystal [AMcTX-00046345], and the January 2020 invoice to Mercury Group [AMcTX-00046347]. Amount for 2020 consists of rental amounts for January and February. | AMcTX-00046341 - 00046345 | Agrees to document. No evidence of approval. |
| | Operating Expeses/Parking | 3,119 | 1,101 | | | | 4,220 | Operating expenses per January 3, 2019 letter from Edward P. McCrystal [AMcTX-00046345]. Parking is based on $356 per month for July - October 2019 (per Colonial Parking invoice). Parking fees in 2020 equal to $367/month for three months (per Colonial Parking invoices) [AMcTX-00046366]; [AMcTX-00046370] and [AMcTX-00046371]. | Operating Expenses = AMcTX-00046341 - 00046345 Parking = AMcTX-00045556, AMcTX-00046366, AMcTX-00046370, and AMcTX-00046371 | 2019 Calculation = $3,389 per year = $1,694.65 for 6-months of 2019 + 4 months of parking at $356/month ($1,424 total) = $3,119. 2020 Calculation = 3 months of parking at $367/month = $1,101. No evidence of approval. |
| | Sublease Realtor Fee | | 9,485 | | | | 9,485 | Stream Realty Partners fee related to sublease agreement [AMcTX-00046369] | AMcTX-00046369 | Agrees to document. No evidence of approval. |
| | Termination Fee | | 235,298 | | | | 235,298 | Per Termination Agreement between the Mercury Group/Ackerman McQueen and Boundary 201 N Union LLC. Consists of AMc's Post-Termination Obligations, the Moving and Cleaning Allowance, and a repayment of AMc's Security Deposit. [AMcTX-00046350-46356]. Also includes charges to produce copies of the office lease termination agreement and notary for execution of the agreement ($13.13) [AMcTX-00046259] | AMcTX-00046350-46356 AMcTX-00046259 | Agrees to document. No evidence of approval. |
| | | $ 211,802 | $ 317,532 | $ - | $ - | $ - | $ 529,334 | | | |
| Colorado Springs, CO | | | | | | | | | | |
| | Office Space | $ 33,851 | $ 68,816 | $ 71,045 | $ 36,079 | | $ 209,791 | Per Third Amendment to Lease between Ackerman McQueen and RDJ Cascade Properties, LLC [AMcTX-00046265-46266]. | Agrees to [1a] | Agrees to document. No evidence of approval. |
| | Operating Expenses | 13,572 | 27,143 | 27,143 | 13,572 | | 81,430 | Operating expenses from July 2019 through June 2021 = $2,261.93 per month [AMcTX-00046367] and [AMcTX-00046368]. No increases assumed in subsequent years | Agrees to [1a] | Agrees to document. No evidence of approval. |
| | Sublease Realtor Fees | 13,818 | | | | | 13,818 | Realtor fee = 6% of gross lease payments per Sublease Contract ($230,300). Per TLUX invoice [AMcTX-00046269] | Agrees to document at AMcTX-00046269. | Agrees to document. No evidence of approval. |
| | Less: Sublease Income | (6,500) | (58,500) | (29,250) | | | (94,250) | Per Email correspondence between Ackerman McQueen and Innate.ly. Innate.ly made 8 rent payments in 2020 of $6,500 each. Innate.ly planned to vacate by the end of January 2021. Unpaid balance of $29,250 to be paid in 2021 [AMcTX-00046274-46281]. | Amount agrees to AMcTX-00046274-46281 | Agrees to document Unable to locate sublet lease. No evidence of approval. |
| | | $ 54,741 | $ 37,459 | $ 68,938 | $ 49,651 | $ - | $ 210,789 | | | |
| Dallas, TX | | | | | | | | | | |
| | Office Space | $ 491,021 | $ 1,044,871 | $ 1,112,980 | $ 1,138,323 | $ 483,629 | $ 4,270,824 | Per First Amendment to Office Lease between Ackerman McQueen [AMcTX-00046290-46302] and GPI-M Uptown, LP and Basic Office Lease Information for Suite 1800 [AMcTX-00046303] | See documents as follows: AMcTX-00046290-46302 AMcTX-00046303 | Excludes the expansion premises. Discrepancy of $8k noted in recalculation. See tab [1a] No evidence of approval. |
| | Operating Expenses/Parking | 144,883 | 310,779 | 310,779 | 310,779 | 128,569 | 1,205,789 | Based on actual 2019 and 2020 Electricity and Operating Expense for Suite 1800 and actual 2019 and 2020 parking costs allocated to Suite 1800. [AMcTX-00046323-46324, AMcTX-00046288-46289, and AMcTX-00046373]. No increases assumed in subsequent years | AMcTX-00046373 - AMc G/L Detail of parking costs AMcTX-00046323-46324 - 2019 expenses AMcTX-00046309-00046310 - 2020 expenses carried-forward | No evidence of approval. Discrepancy noted in recalculation. See tab [1a] |
| | | $ 635,904 | $ 1,355,650 | $ 1,423,759 | $ 1,449,102 | $ 612,198 | $ 5,476,613 | | | $1 rounding error per the Jackson report |
| | | $ 902,447 | $ 1,710,641 | $ 1,492,697 | $ 1,498,753 | $ 612,198 | $ 6,216,736 | | | $1 rounding error per the Jackson report |

Exhibit C
Office Calcualtons

**Jackson Report Analysis**
**Exhibit 1 - tieout calculations**

**ALEXANDRIA, VA**

Termination Fee

| Item | Amount | Reference |
|---|---|---|
| Moving & Cleaning allow | (10,000.00) | AMcTX-00046352 |
| Security Deposit | (8,016.66) | AMcTX-00046354 |
| Initial Payment | 72,372.00 | AMcTX-00046352 |
| April Payment | 72,372.00 | AMcTX-00046352 |
| May Payment | 72,372.00 | AMcTX-00046352 |
| June Payment | 36,186.00 | AMcTX-00046352 |
| Copies/Notary | 13.13 | AMcTX-00046259 |
| | 235,298.47 | |
| Per Jackson | 235,298.00 | [1] |
| Difference | - | |

**COLORADO SPRINGS, CO**

**Lease**

Independent calc — Note: Lease commences 5/31/17 - Agrees to table at AMcTX-00045510.pdf

| Year | Lease | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | Total during period |
|---|---|---|---|---|---|---|---|---|
| 1 | $ 5,270.40 | $ 31,622.40 | $ 31,622.40 | | | | | |
| 2 | $ 5,456.11 | | $ 32,736.66 | $ 32,736.66 | | | | |
| 3 | $ 5,641.82 | | | $ 33,850.92 | $ 33,850.92 | | | |
| 4 | $ 5,827.53 | | | | $ 34,965.18 | $ 34,965.18 | | |
| 5 | $ 6,013.24 | | | | | $ 36,079.44 | $ 36,079.44 | |
| | | $ 31,622.40 | $ 64,359.06 | $ 66,587.58 | $ 68,816.10 | $ 71,044.62 | $ 36,079.44 | $ 209,791.08 |
| Per Jackson | | | | $ 33,851 | $ 68,816 | $ 71,045 | $ 36,079 | $ 209,791 [1] |
| | | | Difference | $ - | $ - | $ - | $ - | $ - |

**OpEx** 2,261.93 Monthly amount

Note: OpEx from 7/1/19 forward agrees to email at AMcTX-00045514

| | 2019 | 2020 | 2021 | 2022 | Total |
|---|---|---|---|---|---|
| | $ 13,572 | $ 27,143 | $ 27,143 | $ 13,572 | $ 81,430 |
| Per Jackson | 13,572 | 27,143 | 27,143 | 13,572 | 81,430 [1] |
| Difference | $ - | $ - | $ - | $ - | $ - |

**Dallas, TX**

| | Sq footage |
|---|---|
| 2012 Agreement | 25,343 |
| 2016 Agreement | 2,948 |
| | 28,291 |

**Office**

Per file starting with: AMcTX-00046290

| | 2017 | 2018 | 2019 | 2020 | 2021 | 2022 | 2023 |
|---|---|---|---|---|---|---|---|
| | 393,344 | 398,624 | 403,904 | 409,184 | 454,062 | 92,924 | 95,036 |
| | 558,074 | 565,466 | 572,857 | 635,687 | 650,470 | 1,045,399 | 388,593 |
| | 951,418 | 964,090 | 976,761 | 1,044,871 | 1,104,532 | 1,138,323 | 483,629 |
| | | | 491,021 | | | | |
| Per Jackson | | | $ 491,021 | $ 1,044,871 | $ 1,112,980 | $ 1,138,323 | $ 483,629 [1] |
| Difference | | | (0) | (0) | (8,448) | 0 | (0) |

| | 2019 | 2020 | 2021 | 2022 | 2023 | Total |
|---|---|---|---|---|---|---|
| Independent Recalculation | $ 491,021 | $ 1,044,871 | $ 1,104,532 | $ 1,138,323 | $ 483,629 | $ 4,262,376 |
| Jackson Calculation | 491,021 | 1,044,871 | 1,112,980 | 1,138,323 | 483,629 | 4,270,824 [1] |
| Difference | $ 0 | $ 0 | $ 8,448 | $ (0) | $ 0 | $ 8,448 |

**Other Costs**

| | 2019 | 2020 | 2021 | 2022 | 2023 | Total | |
|---|---|---|---|---|---|---|---|
| Parking Costs | 28,442.69 | 57,480.78 | 57,480.78 | 57,480.78 | 19160.26 | 220,045.29 | AMcTX-00046373 |
| Electrical | 116,440.00 | 0 | 0 | 0 | 0 | 116,440.00 | AMcTX-00046323-46324 |
| | 0 | 248161.67 | 248161.67 | 248,161.67 | 82,720.56 | 827,205.57 | AMcTX-0004628; Tied to AMcTX-00046309-AMcTX-00046310 |
| | 144,882.69 | 305642.45 | 305642.45 | 305642.45 | 101880.817 | 1,163,690.85 | |
| | 144,883 | 310,779 | 310,779 | 310,779 | 128,569 | 1,205,789 | |
| | (0.32) | (5,136.55) | (5,136.55) | (5,136.55) | (26,688.18) | (42,098.15) | |

Exhibit C
Other Contracts

**Jackson Report Analysis**
**Exhibit 3 & 3a**

| Jackson | Jackson | Jackson | Jackson | KFF Analysis | KFF Analysis |
|---|---|---|---|---|---|
| | | | Jackson Notes | Document tieout | Comments |
| Alexandria, VA | | | | | |
| | WAN Services | $ 18,954 | CenturyLink Early Termination Charge [AMcTX-00046374, AMcTX-00045364, and AMcTX-00045395]. | Amount ties to AMcTX-00045395 - 00045402 | Cannot tie this directly tied to the services being disconnected at VA location. Noted the customer-level disconnect charge on the invoice. No evidence of NRA approval of initial contract or termination charges. |
| | Internet Services | 10,788 | AT&T Early Termination Charge [AMcTX-00045459 and AMcTX-00045457] | Invoice - AMcTX-00045459 | Amount ties to invoice. Service cancelation charges of $9,804.41. Also includes Oklahoma state taxes of $578.64 and surcharges of $404.88. No evidence of NRA approval of initial contract or termination charges. |
| | | $ 29,742 | | | |
| Colorado Springs, CO | | | | | |
| | WAN Services | $ 8,928 | CenturyLink Early Termination Charge [AMcTX-00046374, AMcTX-00045364, and AMcTX-00045395]. | AMcTX-00045364 | Agrees to invoice. MLPS/IP VPN disconnect charges. No evidence of NRA approval of initial contract or termination charges. |
| | Internet Services | 4,807 | CenturyLink Early Termination Charge [AMcTX-00046374, AMcTX-00045364, and AMcTX-00045395]. | AMcTX-00046374 - 00046380 | Agrees to invoice. Email noting this is for Denver. No evidence of NRA approval of initial contract or termination charges. |
| | | $ 13,735 | | | |
| Dallas, TX | | | | | |
| | Internet Services | $ 2,186 | AT&T Early Termination Charge [AMcTX-00045459 and AMcTX-00045457] | Invoice - AMcTX-00045457 | Agrees to document. Service cancelation charges of $2,367.91. Also includes Surcharges of $113.53, Oklahoma taxes of $162.25, and Credits of ($458.17). No evidence of NRA approval of initial contract or termination charges. |
| | | $ 2,186 | | | |
| Additional Services | | | | | |
| | NRATV Farmville Studio - Kyle Morgan | $ 1,200 | AMcTX-00045456 and AMcTX-00036891. | Lease agreement - AMcTX-00036891<br>Invoice - AMcTX-00045456 | Lease agreement identifies dates effective 1/1/19-6/30/19. Invoice dated 8/1/19-8/31/19. Report says the report was month-to-month, but no evidence as such. No evidence of NRA approval of initial contract or month-to-month charges. |
| | Cellular Servics - Wayne LaPierre | 70 | AT&T Cancellation Fee [AMcTX-00045368] | AMcTX-00045368 - 00045387 | Cancelation fee on bill at AMcTX-00045383. Did not include related taxes, fees and surcharges of $14.07. No evidence of NRA approval. |
| | Stock Photography | 15,000 | Getty Images fees through October 2019 [AMcTX-00045461] | Email communication outlining costs at AMcTX-00045461 | Amounts agree to $3,750/mo. Assuming July through October 2019. No evidence of NRA approval of initial contract or recurring fees. |
| | FFL Services | 9,900 | Based on $3,300/month retainer for three months [AMcTX-00046389]. | May 2019 invoice - AMcTX-00046389 | Invoice shows monthly retainer fee for FFL services for $3,300 during the period of May 2019. No comment/relation to period in question. No evidence of NRA approval for initial contract or subsequent fees. |
| | Firewall/Storage/Disaster Recovery | 158,353 | See Below | See below | See detail below. Similar to employees, this software was used "25-40%" for NRA work. No support for this allocation. See below for additional. No evidence of NRA approval. |
| | | $ 184,523 | | | |
| | Total | $ 230,186 | | | Rounding error per the Jackson report |

**Firewall/Storage/Disaster Recovery**

| Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | KFF Analysis | KFF Analysis | KFF Analysis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Category | Monthly Pmt | 2018 | Jan-Jun 2019 | Jul-Dec 2019 | 2020 | 2021 | 2022 | 2023 | Post-June 2019 Total | Total | Notes | Document tieout | Comments |
| Cisco Systems | $ 5,526.18 | $ 49,736 | $ 33,157 | $ 33,157 | $ 66,314 | $ 16,579 | | | $ 116,050 | $ 198,943 | Per Cisco Lease Agreement. Term of lease: April 2018 - March 2021 [AMcTX-00045403]. | AMcTX-00045403 - 00045403 | Amounts agree to lease amount ($5,526.18) with the contract commencing 5/1/18 for 36 months.<br>No evidence of approval of initial contract. |
| Dell | $ 6,426.36 | 44,985 | 38,558 | 38,558 | 77,116 | 77,116 | 77,116 | 32,132 | 302,038 | 385,581 | Per Dell Lease Agreement. Term of lease: June 2018 - May 2023 [AMcTX-00045408] | AMcTX-00045408 - 00045413 | Amounts agree to lease. Lease terms are at AMc-TX-00045409, NOT AMc-TX-00045408. Attachment A (Amc-TX-00045413).<br>Lease not signed/executed.<br>No evidence of approval. |
| iland Internet Solutions | $ 10,253.42 | 92,281 | 61,521 | 61,521 | 123,041 | 30,760 | | | 215,322 | 369,124 | Per iland Internet Solutions Work Order. Term of lease: April 2018 - March 2021 [AMcTX-00045414] | AMcTX-00045414 - 00045455 | Agrees to invoice and contract.<br>Lease not signed/executed.<br>No evidence of approval of initial contract or invoice. |
| iland Internet Solutions Set-up Fee | $ 1,500.00 | 1,500 | | | | | | | - | 1,500 | Per iland Internet Solutions Work Order [AMcTX-00045415]. | | Does not appear to be claimed as damages by Jackson. |
| | | $ 188,502 | $ 133,236 | $ 133,236 | $ 266,471 | $ 124,455 | $ 77,116 | $ 32,132 | $ 633,410 | $ 955,148 | | | |
| | | | | | | | | % Attributable to NRA | 25% | 25% | | | No support for allocation percentage. |
| | | | | | | | | | $ 158,353 | $ 238,787 | | | |

Exhibit C
Emp Contracts

**Jackson Report Analysis**
**Exhibit 4**

| Jackson | Jackson<br>Oliver North Salary | Jackson<br>Dave Valinski Salary | Jackson<br>Dana Loesch Salary | Jackson<br>Jackson Notes | KFF Analysis<br>Document tieout | KFF Analysis<br>Comments |
|---|---|---|---|---|---|---|
| July 2019 | $ 145,833 | $ 9,167 | $ 129,708 | **Oliver North** | Original - AMc-056595 - | Salary amounts/year agree to Amendment 1 of North contract. |
| August 2019 | 145,833 | 9,167 | 129,708 | Per Employment Agreement effective May 15, 2018 [AMc- | 056604 | |
| September 2019 | 145,833 | 9,167 | 129,708 | 056595], and Amendment Number One to Employment | | No evidence of approval of initial contract or final payment amount. |
| October 2019 | 145,833 | 9,167 | 129,708 | Agreement effective January 1, 2019, between Oliver North | Ammendment 1 - AMc- | |
| November 2019 | 145,833 | 9,167 | 129,708 | and Ackerman McQueen [AMc-059822]. | 059822 - 059823 | |
| December 2019 | 145,833 | 9,167 | 129,708 | | | |
| January 2020 | 145,833 | 9,167 | 142,679 | | Apparent NRA approval | |
| February 2020 | 145,833 | 9,167 | 142,679 | | request for ammendment - | |
| March 2020 | 145,833 | 9,167 | 142,679 | | NRA-AMc_00059415 | |
| April 2020 | 145,833 | 9,167 | 142,679 | | | |
| May 2020 | 145,833 | 9,583 | 142,679 | | | |
| June 2020 | 145,833 | 10,000 | 142,679 | **Dave Valinski** | Contract - AMc-036766 - | Salary amounts/years agree to agreement. |
| July 2020 | 145,833 | 10,000 | 142,679 | Per Employment Agreement effective September 4, 2018, | 036775 | Lease not signed/executed. |
| August 2020 | 145,833 | 10,000 | 142,679 | between Dave Valinski and Ackerman McQueen [AMc- | | No evidence of approval of initial contract or final payment amount. |
| September 2020 | 145,833 | 10,000 | 142,679 | 036766] | | |
| October 2020 | 145,833 | 10,000 | 142,679 | | | |
| November 2020 | 145,833 | 10,000 | 142,679 | **Dana Loesch** | AMc000055 - AMc000076 | Salary amounts/years agree to agreement. |
| December 2020 | 145,833 | 10,000 | 142,679 | Per Employment Agreement effective January 1, 2018, | | No evidence of approval of initial contract or final payment amount. |
| January 2021 | 145,833 | 10,000 | | between Dana Loesch and Ackerman McQueen [AMc000055]. | | |
| February 2021 | 145,833 | 10,000 | | These numbers are exclusive of any penalties, interests, or | | NRA-AMc_00052665 - 00052688 - Details of $105k billed to the NRA for |
| March 2021 | 145,833 | 10,000 | | other additional costs or expenses | | Dana home studio equipment. This appears to be greater than was |
| April 2021 | 145,833 | 10,000 | | | | contractually obligated based on the AMc contract (Article II.2.4) |
| May 2021 | 72,917 | 5,000 | | | | |
| | $ 3,281,243 | $ 216,253 | $ 2,490,396 | | | $1 rounding error per the Jackson report |
| Payroll Taxes | $ 56,852 | $ 12,409 | $ 45,384 | | See Below | See below |
| Life Insurance | 193,991 | | | Based on monthly premium of $8,621.82 [AMc-058265]. | AMc-058265 - 058266 | Amount agrees to monthly rate of $8,621.82 * 22.5 Months after July 2019. |
| Long-term Care | 14,162 | | | Based on annual premium of $7,552.88 [AMc-057610] and [AMc-001335]. | AMc-057610 - 057611<br>AMc-001335 - AMc-001336 | Amount agrees to annual rate of $7,552.88 from June 2019 through May 15, 2021.<br><br>No evidence of approval of initial contract. |
| | $ 265,005 | $ 12,409 | $ 45,384 | | | |
| Total | $ 3,546,248 | $ 228,662 | $ 2,535,780 | $ 6,310,690 | | |

| KFF Analysis | KFF Analysis<br>Oliver Recalc | KFF Analysis<br>Dave Recalc | KFF Analysis<br>Dana Recalc | KFF Analysis<br>Check total - Oliver | KFF Analysis<br>Check total - Dave | KFF Analysis<br>Check total - Dana |
|---|---|---|---|---|---|---|
| July 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| August 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| September 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| October 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| November 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| December 2019 | 145,833 | 9,167 | 129,708 | - | - | - |
| January 2020 | 145,833 | 9,167 | 142,679 | - | - | - |
| February 2020 | 145,833 | 9,167 | 142,679 | - | - | - |
| March 2020 | 145,833 | 9,167 | 142,679 | - | - | - |
| April 2020 | 145,833 | 9,167 | 142,679 | - | - | - |
| May 2020 | 145,833 | 9,583 | 142,679 | - | - | - |
| June 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| July 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| August 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| September 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| October 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| November 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| December 2020 | 145,833 | 10,000 | 142,679 | - | - | - |
| January 2021 | 145,833 | 10,000 | | - | - | - |
| February 2021 | 145,833 | 10,000 | | - | - | - |
| March 2021 | 145,833 | 10,000 | | - | - | - |
| April 2021 | 145,833 | 10,000 | | - | - | - |
| May 2021 | 72,917 | 5,000 | | - | - | - |

**Payroll Tax**

| Jackson | Jackson | Jackson | Jackson | Jackson | KFF Analysis | KFF Analysis |
|---|---|---|---|---|---|---|
| 2021 Salaries | $ 3,281,243 | $ 216,253 | $ 2,490,396 | | | Incorrect header for this dataset. This number is not 2021 Salaries, this is total salaries from July 1, 2019 until the end of the contract. |
| Federal Unemployment Tax | $ 196,875 | $ 12,975 | $ 149,424 | FUTA tax rate is 6.0% with $7,000 FUTA wage base. I have not included any SUTA costs. | | |
| FUTA Cap per Employee | 420 | 420 | 420 | | | Recalculation OK. No evidence of approval of charges. |
| Annual Calculated FUTA Owed | $ 420 | $ 420 | $ 420 | | | |
| Social Security (6.2%) | $ 203,437 | $ 13,408 | $ 154,405 | 2021 Social Security employer tax rate is 6.2% with a maximum wage base of $142,800 | | |
| Soc. Security Cap per employee | 8,854 | 8,854 | 8,854 | | | Recalculation OK. No evidence of approval of charges. |
| Annual Soc Sec Owed | $ 8,854 | $ 8,854 | $ 8,854 | | | |
| Medicare (1.45%) | $ 47,578 | $ 3,136 | $ 36,111 | 2021 Medicare employer tax rate is 1.45% | | Recalculation OK. No evidence of approval of charges. |
| Medicare Cap per Employee | None | None | None | | | |
| Annual Medicare Owed | $ 47,578 | $ 3,136 | $ 36,111 | | | |
| 2021 Payroll Taxes - Subtotal | $ 56,852 | $ 12,410 | $ 45,385 | | | Total calculation based on full salaries during period, not just 2021. |

Exhibit C
Severance

**Jackson Report Analysis**
**Exhibit 5**

| Employee (Jackson) | Tenure [Note A] (Jackson) | Salary (Jackson) | Weekly Salary (Jackson) | Benchmark Rates [Note B]: One week per year (Jackson) | Benchmark Rates [Note B]: Two weeks per year (Jackson) | 1-week Severance (Jackson) | 2-week severance (Jackson) | Actual per AMc Methodolgy (Jackson) | Recalc'd per AMc Methodology (KFF Analysis) | Difference from Methodology (KFF Analysis) |
|---|---|---|---|---|---|---|---|---|---|---|
| Suzie Clinton | 19.48 | 50,100 | 963 | 19.48 | 38.96 | 18,768 | 37,536 | 25,468 | 23,460 | 2,008 |
| Mark Chestnut | 19.04 | 240,000 | 4,615 | 19.04 | 38.08 | 87,877 | 175,754 | 120,000 | 109,846 | 10,154 |
| Michael Ives | 32.27 | 165,000 | 3,173 | 32.27 | 64.54 | 102,395 | 204,790 | 138,875 | 127,994 | 10,881 |
| Nany Martin | 33.45 | 88,500 | 1,702 | 33.45 | 66.9 | 56,929 | 113,859 | 77,438 | 71,162 | 6,276 |
| James Parsons | 5.42 | 70,000 | 1,346 | 5.42 | 10.84 | 7,296 | 14,592 | 9,917 | 9,120 | 797 |
| George Szucs | 1.24 | 150,000 | 2,885 | 1.24 | 2.48 | 3,577 | 7,154 | 5,000 | 4,471 | 529 |
| Clay Turner | 28.36 | 282,500 | 5,433 | 28.36 | 56.72 | 154,071 | 308,142 | 209,521 | 192,589 | 16,932 |
| Stephen Walkters | 8.87 | 135,000 | 2,596 | 8.87 | 17.74 | 23,028 | 46,056 | 31,500 | 28,785 | 2,715 |
| Clarl Warner | 2.95 | 225,000 | 4,327 | 2.95 | 5.9 | 12,764 | 25,529 | 17,813 | 15,956 | 1,857 |
| Stephanie West | 19.58 | 61,000 | 1,173 | 19.58 | 39.16 | 22,969 | 45,938 | 31,263 | 28,711 | 2,552 |
| Charles Berthelot | 1.15 | 90,000 | 1,731 | 1.15 | 2.3 | 1,990 | 3,981 | 3,000 | 2,488 | 512 |
| Rachel Bonilla | 1.37 | 95,000 | 1,827 | 1.37 | 2.74 | 2,503 | 5,006 | 3,563 | 3,129 | 434 |
| Andrew Butler | 1.21 | 60,000 | 1,154 | 1.21 | 2.42 | 1,396 | 2,792 | 2,000 | 1,745 | 255 |
| Timothy Herr | 5.63 | 100,000 | 1,923 | 5.63 | 11.26 | 10,827 | 21,654 | 15,000 | 13,534 | 1,466 |
| Collins Idehen | 6.08 | 385,000 | 7,404 | 6.08 | 12.16 | 45,015 | 90,031 | 62,563 | 56,269 | 6,294 |
| Guy Mitchell | 1.49 | 120,000 | 2,308 | 1.49 | 2.98 | 3,438 | 6,877 | 5,000 | 4,298 | 702 |
| Denise Sinisi | 2.62 | 120,000 | 2,308 | 2.62 | 5.24 | 6,046 | 12,092 | 8,500 | 7,558 | 942 |
| Grant Spofford | 14.3 | 255,000 | 4,904 | 14.3 | 28.6 | 70,125 | 140,250 | 95,625 | 87,656 | 7,969 |
| Eric Van-Horn | 3.56 | 70,000 | 1,346 | 3.56 | 7.12 | 4,792 | 9,585 | 6,708 | 5,990 | 718 |
| Alexander Varney | 1.36 | 85,000 | 1,635 | 1.36 | 2.72 | 2,223 | 4,446 | 3,188 | 2,779 | 409 |
| Jace Whatcott | 1.24 | 60,000 | 1,154 | 1.24 | 2.48 | 1,431 | 2,862 | 2,000 | 1,788 | 212 |
| Michael Aitken | 18.95 | 158,000 | 3,038 | 18.95 | 37.9 | 57,579 | 115,158 | 78,342 | 71,974 | 6,368 |
| Dennis Azato | 19.9 | 175,000 | 3,365 | 19.9 | 39.8 | 66,971 | 133,942 | 91,146 | 83,714 | 7,432 |
| Jon Carter | 21.97 | 155,000 | 2,981 | 21.97 | 43.94 | 65,488 | 130,975 | 89,125 | 81,859 | 7,266 |
| Edward Selfridge | 15.32 | 270,000 | 5,192 | 15.32 | 30.64 | 79,546 | 159,092 | 108,000 | 99,433 | 8,567 |
| Carly Jimeson | 3.49 | 50,000 | 962 | 3.49 | 6.98 | 3,356 | 6,712 | 4,583 | 4,195 | 388 |
| John Popp | 19.06 | 137,000 | 2,635 | 19.06 | 38.12 | 50,216 | 100,432 | 68,500 | 62,770 | 5,730 |
| | | | | | | 962,618 | 1,925,236 | 1,313,638 | 1,203,272 | 110,366 |
| Employee count | 27 | | | | | | | | | |
| | | | | | | | Add: Additional Medical | 509,492 (See below) | | |
| | | | | | | | Add: Payroll | 106,019 (See below) | | |
| | | | | | | | | 1,929,149 | | |

**Jackson Notes (Jackson):**
Note A - Per AMc employment records [AMcTX-00046382]

Note B - Lee Hecht Harrison/Compensation Resources study. "Severance & Separation Benefits. 2017-2018. Seventh Edition"

**Document tieout (KFF Analysis):** Agrees to native file at AMcTX-0046382

N/A (totals row)

**Comments (KFF Analysis):**
Amounts agree to AMcTX-0046382 file. However, no specific documentation related to the source of this Excel spreadsheet, or how the amounts were determined. No evidence of any approvals from the NRA.

Per Jay Madrid correspondence [NRA-Amc_000065378-000065382] - "Some Amc employees perform work for NRA and for AMc unrelated to the NRA. The NRA is only obligated for the annualized percentage of work commitment allocable to the work performed for the NRA by employees that are on any fee."

No evidence of payments by AMc to "furloughed" employees.

Language in report leads reader to understand severance payments have not been made.

When we do the exact math outlined in Mr. Jackson's report, the total payment should be $110K lower than being requested.

$1 rounding error per the Jackson report. (totals row)

**Additional Medical**

**Exhibit 5A**

| Employee (Jackson) | COBRA Premiums Paid by AMc (Jackson) |
|---|---|
| Michael Aitken | $ 55,248.00 |
| Dennis Azato | 55,248.00 |
| Charles Berthelot | 23,307.00 |
| Andrew Butler | 23,307.00 |
| Mark Chesnut | 55,248.00 |
| Timothy Herr | 13,150.63 |
| Michael Ives | 55,248.00 |
| Carly Jimeson | 5,463.80 |
| Oliver North | 55,248.00 |
| James Parsons | 23,307.00 |
| Clay Turner | 55,248.00 |
| David Valinski | 10,914.00 |
| Stephen Walters | 23,307.00 |
| Carl Warner | 55,248.00 |
| | $ 509,492.43 |

**Jackson Notes (Jackson):** Source: AMc COBRA Reconciliation [AMcTX-00046372].AMc Payments of COBRA Premiums for Furloughed Employees

**Document tieout (KFF Analysis):** Agrees to native file at AMcTX-00046372

**Comments (KFF Analysis):** Amounts agree to AMcTX-00046372. However, no specific documentation related to the source of this Excel spreadsheet, or how the amounts were determined. No evidence of any approvals from the NRA.

**Additional Payroll Taxes**

| Employee (Jackson) | Calculated Severance (Jackson) | FUTA (Jackson) | Social Security (Jackson) | Medicare (Jackson) | |
|---|---|---|---|---|---|
| Suzie Clinton | $ 25,468 | $ 420 | $ 1,579 | $ 369 | |
| Mark Chestnut | 120,000 | 420 | 7,440 | 1,740 | |
| Michael Ives | 138,875 | 420 | 8,610 | 2,014 | |
| Nany Martin | 77,438 | 420 | 4,801 | 1,123 | |
| James Parsons | 9,917 | 420 | 615 | 144 | |
| George Szucs | 5,000 | 300 | 310 | 73 | |
| Clay Turner | 209,521 | 420 | 8,854 | 3,038 | |
| Stephen Walkters | 31,500 | 420 | 1,953 | 457 | |
| Clarl Warner | 17,813 | 420 | 1,104 | 258 | |
| Stephanie West | 31,263 | 420 | 1,938 | 453 | |
| Charles Berthelot | 3,000 | 180 | 186 | 44 | |
| Rachel Bonilla | 3,563 | 214 | 221 | 52 | |
| Andrew Butler | 2,000 | 120 | 124 | 29 | |
| Timothy Herr | 15,000 | 420 | 930 | 218 | |
| Collins Idehen | 62,563 | 420 | 3,879 | 907 | |
| Guy Mitchell | 5,000 | 300 | 310 | 73 | |
| Denise Sinisi | 8,500 | 420 | 527 | 123 | |
| Grant Spofford | 95,625 | 420 | 5,929 | 1,387 | |
| Eric Van-Horn | 6,708 | 402 | 416 | 97 | |
| Alexander Varney | 3,188 | 191 | 198 | 46 | |
| Jace Whatcott | 2,000 | 120 | 124 | 29 | |
| Michael Aitken | 78,342 | 420 | 4,857 | 1,136 | |
| Dennis Azato | 91,146 | 420 | 5,651 | 1,322 | |
| Jon Carter | 89,125 | 420 | 5,526 | 1,292 | |
| Edward Selfridge | 108,000 | 420 | 6,696 | 1,566 | |
| Carly Jimeson | 4,583 | 275 | 284 | 66 | |
| John Popp | 68,500 | 420 | 4,247 | 993 | |
| | $ 1,313,638 | $ 9,662 | $ 77,309 | $ 19,049 | $ 106,020 |

**Jackson Notes (Jackson):**
2. FUTA tax rate is 6.0% with $7,000 FUTA wage base. I have not included any SUTA costs.

3. 2021 Social Security employer tax rate is 6.2% with a maximum wage base of $142,800.

4. 2021 Medicare employer tax rate is

**Document tieout (KFF Analysis):** N/A

**Comments (KFF Analysis):** Error on his medicare tax rate footnote. Footnote tax rate is left blank.

$1 rounding error per the Jackson report in FUTA and Medicare

Exhibit C
Diss and Moving

**Jackson Report Analysis**
**Exhibit 6**

| Jackson | Jackson | Jackson | Jackson | Jackson Notes | KFF Analysis Document tieout | KFF Analysis Comments |
|---|---|---|---|---|---|---|
| Alexandria, VA Office | | | | | | |
| | Justin C Geiger | | | AMcTX-00046173 and AMcTX-00046181 | | |
| | | Airfare to DC | $ 562.80 | | AMcTX-00046173 - 00046178 | Amount agrees to document. No evidence of NRA approval. |
| | | Meal | 5.42 | | AMcTX-00046177 | Amount agrees to document. No evidence of NRA approval. |
| | | March 2020 Expenses | 1,154.56 | | AMcTX-00046181 - AMcTX-00046198 | Amount agrees to document. No evidence of NRA approval. |
| | Other costs | | 6,220.00 | AMcTX-00046257 | AMcTX-00046257 | Agrees to document. No detail here outside of a single screenshot of the balance of $6,220. No evidence of approval. |
| **Alexandria Total** | | | **$ 7,942.78** | | | |
| Colorado Springs, CO Office | | | | | | |
| | Local Move | | $ 3,153.50 | | | |
| | Material | | 436.00 | | | |
| | Transport | | 1,000.00 | | | |
| | Pallet Delivery | | 408.00 | | | |
| | | Subtotal | $ 4,997.50 | AMcTX-00046168 | AMcTX-00046168 | Amount agrees to document. |
| | Relocate Xerox Equipment | | $ 964.46 | AMcTX-00046262 and AMcTX-00046263 | AMcTX-00046262 and AMcTX-00046263 | Amounts agree to two Xerox invoices. No location for pickup or delivery. |
| **CO Springs Total** | | | **$ 5,961.96** | | | |
| Dallas, TX Office | | | | | | |
| | Materials & Equipment | | 5,949.00 | | | |
| | Crating | | 6,380.00 | | | |
| | Modular Disassembly | | 2,550.00 | | | |
| | Transportation | | 9,000.00 | | | |
| | Valuation $500K | | 4,500.00 | | | |
| | Project Manager | | 800.00 | | | |
| | Moving Expenses - 11/4 | | 2,802.00 | | | |
| | Moving Expenses - 11/5 | | 6,510.00 | | | |
| | Moving Expenses - 11/6 | | 8,130.00 | | | |
| | Moving Expenses - 11/7 | | 6,440.00 | | | |
| | Moving Expenses - 11/8 | | 7,096.00 | | | |
| | | Subtotal | 60,157.00 | AMcTX-00046169 | AMcTX-00046169 | Amounts agree to A-1 Freeman Moving & Storage invoice. No evidence of NRA approval. |
| | Michael Dennehy | | | AMcTX-00046170 and AMcTX-00046213-46214. | | |
| | | Hotel | 936.76 | | AMcTX-00046170 | Amounts agree to hotel folio. No evidence of NRA approval. |
| | | Meals | 265.98 | | AMcTX-00046213 - 46256 | Amount agrees to three invoices ($111.28 + $106.00 + $48.70) for meals. No evidence of NRA approval. |
| | Josh Himes | | | AMcTX-00046172 | | |
| | | Hotel | 806.84 | | AMcTX-00046172 | Amounts agree to screenshots of some type of expense listing. No evidence of invoices. No evidence of NRA approval. |
| | | Meals | 210.56 | | AMcTX-00046172 | Amounts agree to screenshots of some type of expense listing. No evidence of invoices. No evidence of NRA approval. |
| | Justin Gelger | | | AMcTX-00046199-46200 | | |
| | | Hotel | 806.84 | | AMcTX-00046199-46200 | Amounts agree to hotel folio. No evidence of NRA approval. |
| | | Meals | 106.74 | | AMcTX-00046199-46200 | Amount agrees to two invoices ($19.78 + $86.96) for meals. No evidence of NRA approval. |
| | Jason Peak | | | AMcTX-00046171 | | |
| | | Mileage | 242.44 | | AMcTX-00046171 | Amount matches expense report--and mileage from OKC to Dallas. No evidence of NRA approval. |
| | Relocate Xerox | | 1,077.64 | AMcTX-00046260 and AMcTX-00046261 | AMcTX-00046260 and AMcTX-00046261 | Amounts agree to two Xerox invoices. No way to specify location for pickup or delivery. No evidence of NRA approval. |
| **Dallas Total** | | | **64,610.80** | | | |
| Grand Total | | | 78,515.54 | | | |

Exhibit C
Past Due Invoices

**Jackson Report Analysis**
**Exhibit 7**

| Type | Reference | Invoice Date | Due Date | Project | Amount Due | Days Late | Monthly Late | Monthly Interest Rate | Interest Due | Jackson Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| NR - National Rifle Association | | | | | | | | | | |
| Invoice | 166104 | 4/15/19 | 5/15/19 | 18-NR-296 - '19 A/M Travel | $1,935.08 | 793 | 26 | 1.00% | $503 | Source: AMcTX-00019289, AMc-041869, AMc-041994, AMc-042051, AMc-042136, AMcTX-00045468, AMcTX-00045469, AMcTX-00045470, AMcTX-00045502, AMcTX-00045503, AMcTX-00045504, NRA-AMc_00079126, NRA-AMc_00079132, AMcTX-00045467, AMc-041863 |
| Invoice | 166106 | 4/15/19 | 5/15/19 | 19-NR-049 - '19 A/M Logo | $10,000.00 | 793 | 26 | 1.00% | $2,600 | |
| Invoice | 166107 | 4/15/19 | 5/15/19 | 19-NR-051 - '19 A/M Radio | $5,488.25 | 793 | 26 | 1.00% | $1,427 | |
| Invoice | 166108 | 4/15/19 | 5/15/19 | 19-NR-062 - Publications Google Ad Manager Website Staging & Integration | $5,500.00 | 793 | 26 | 1.00% | $1,430 | |
| Invoice | 166109 | 4/15/19 | 5/15/19 | NR-LEGAL - Legal Fees | $81,810.84 | 793 | 26 | 1.00% | $21,271 | |
| Invoice | 166110 | 4/15/19 | 5/15/19 | NR-TRAV - Travel Expenses | $13,725.51 | 793 | 26 | 1.00% | $3,569 | |
| Invoice | 166340 | 5/1/19 | 5/31/19 | 19-NR-001 - Talent Fee | $680,355.45 | 776 | 25 | 1.00% | $170,089 | |
| Invoice | 166341 | 5/1/19 | 5/31/19 | 19-NR-002 - NRATV Programming C4 | $185,416.67 | 776 | 25 | 1.00% | $46,354 | |
| Invoice | 166342 | 5/1/19 | 5/31/19 | 19-NR-003 - Monthly Video Support C4 | $104,166.67 | 776 | 25 | 1.00% | $26,042 | |
| Invoice | 166343 | 5/1/19 | 5/31/19 | 19-NR-004 - Support Staff Fee | $200,702.50 | 776 | 25 | 1.00% | $50,176 | |
| Invoice | 166344 | 5/1/19 | 5/31/19 | 19-NR-005 - Online/Digital Management Fee | $107,212.50 | 776 | 25 | 1.00% | $26,803 | |
| Invoice | 166345 | 5/1/19 | 5/31/19 | 19-NR-006 - Business Intelligence/Data Resources/Analytics | $35,416.66 | 776 | 25 | 1.00% | $8,854 | |
| Invoice | 166339 | 5/1/19 | 5/31/19 | 19-MG/NR-001 - Strategic Management | $258,613.17 | 776 | 25 | 1.00% | $64,653 | |
| Credit | 167449 | 6/12/19 | 6/12/19 | 19-NR-029 - '19 A/M Media | ($13,689.50) | N/A | N/A | N/A | N/A | |
| Invoice | 166804 | 5/17/19 | 6/16/19 | 18-NR-431 - '19 A/M Signage - Mechanical | $22,235.89 | 760 | 24 | 1.00% | $5,337 | |
| Invoice | 166805 | 5/17/19 | 6/16/19 | 19-NR-010 - Fundraising Consulting State Registrations | $230.00 | 760 | 24 | 1.00% | $55 | |
| Invoice | 166806 | 5/17/19 | 6/16/19 | 19-NR-045 - '19 A/M Backstage Signage | $1,009.75 | 760 | 24 | 1.00% | $242 | |
| Invoice | 166807 | 5/17/19 | 6/16/19 | 19-NR-051 - '19 A/M Radio | $14.81 | 760 | 24 | 1.00% | $4 | |
| Invoice | 166808 | 5/17/19 | 6/16/19 | 19-NR-056 - '19 A/M Media Kit Premium | $1,422.16 | 760 | 24 | 1.00% | $341 | |
| Invoice | 166809 | 5/17/19 | 6/16/19 | NR-TRAV - Travel Expenses | $3,401.82 | 760 | 24 | 1.00% | $816 | |
| Invoice | 167007 | 5/17/19 | 6/16/19 | 18-NR-296 - '19 A/M Travel | $21,936.68 | 760 | 24 | 1.00% | $5,265 | |
| Invoice | 167038 | 6/1/19 | 7/1/19 | 19-NR-001 - Talent Fee | $680,355.45 | 745 | 24 | 1.00% | $163,285 | |
| Invoice | 167039 | 6/1/19 | 7/1/19 | 19-NR-002 - NRATV Programming C4 | $185,416.67 | 745 | 24 | 1.00% | $44,500 | |
| Invoice | 167040 | 6/1/19 | 7/1/19 | 19-NR-003 - Monthly Video Support C4 | $104,166.67 | 745 | 24 | 1.00% | $25,000 | |
| Invoice | 167041 | 6/1/19 | 7/1/19 | 19-NR-004 - Support Staff Fee | $200,702.50 | 745 | 24 | 1.00% | $48,169 | |
| Invoice | 167042 | 6/1/19 | 7/1/19 | 19-NR-005 - Online/Digital Management Fee | $107,212.50 | 745 | 24 | 1.00% | $25,731 | |
| Invoice | 167043 | 6/1/19 | 7/1/19 | 19-NR-006 - Business Intelligence/Data Resources/Analytics | $35,416.66 | 745 | 24 | 1.00% | $8,500 | |
| Invoice | 167037 | 6/1/19 | 7/1/19 | 19-MG/NR-001 - Strategic Management | $258,613.17 | 745 | 24 | 1.00% | $62,067 | |
| Invoice | 167453 | 6/12/19 | 7/12/19 | 18-NR-296 - '19 A/M Travel | $24.77 | 734 | 24 | 1.00% | $6 | |
| Invoice | 167454 | 6/12/19 | 7/12/19 | 18-NR-431 - '19 A/M Signage - Mechanical | $33,572.64 | 734 | 24 | 1.00% | $8,057 | |
| Invoice | 167455 | 6/12/19 | 7/12/19 | 18-NR-441 - '19 A/M Photography | $18,350.00 | 734 | 24 | 1.00% | $4,404 | |
| Invoice | 167456 | 6/12/19 | 7/12/19 | 18-NR-443 - '19 A/M NRATV Set Production | $1,352.98 | 734 | 24 | 1.00% | $325 | |
| Invoice | 167457 | 6/12/19 | 7/12/19 | 18-NR-445 - '19 A/M Podium Signage | $10,588.50 | 734 | 24 | 1.00% | $2,541 | |
| Invoice | 167458 | 6/12/19 | 7/12/19 | 19-NR-031 - '19 A/M GROF Presentation | $650.00 | 734 | 24 | 1.00% | $156 | |
| Invoice | 168015 | 7/9/19 | 8/8/19 | 19-NR-010 - Fundraising Consulting State Registrations | $204.98 | 707 | 23 | 1.00% | $47 | |
| Invoice | 169524 | 9/12/19 | 10/12/19 | NR-LEGAL - Legal Fees | $264,008.09 | 643 | 21 | 1.00% | $55,442 | |
| Invoice | 170388 | 10/10/19 | 11/9/19 | 19-NR-010 - Fundraising Consulting State Registrations | $409.50 | 614 | 20 | 1.00% | $82 | |
| Invoice | 170464 | 12/2/19 | 1/1/20 | NR-LEGAL - Legal Fees | $17,258.01 | 561 | 18 | 1.00% | $3,106 | |
| Invoice | 171144 | 12/2/19 | 1/1/20 | NR-LEGAL - Legal Fees | $42,432.84 | 561 | 18 | 1.00% | $7,638 | |
| Invoice | 171498 | 12/2/19 | 1/1/20 | NR-LEGAL - Legal Fees | $56,314.60 | 561 | 18 | 1.00% | $10,137 | |
| | | | | | [illegible] | | | | | |
| NRAF - National Rifle Association | | | | | | | | | | |
| Invoice | 166346 | 5/1/19 | 5/31/19 | 19-NRAF-002 - A1F 8/19 ISSUE | $124,583.33 | 776 | 25 | 1.00% | $31,146 | |
| Invoice | 167044 | 6/1/19 | 7/1/19 | 19-NRAF-002 - A1F 9/19 ISSUE | $124,583.33 | 745 | 24 | 1.00% | $29,900 | |
| | | | | | $249,166.66 | | | | | |
| NRF - NRA Foundation | | | | | | | | | | |
| Invoice | 167045 | 6/1/19 | 7/1/19 | 19-NRF-001 - NRATV Programming C3 | $250,000.00 | 745 | 24 | 1.00% | $60,000 | |
| Invoice | 167046 | 6/1/19 | 7/1/19 | 19-NRF-002 - Monthly Video Support C3 | $62,500.00 | 745 | 24 | 1.00% | $15,000 | |
| Invoice | 167047 | 6/1/19 | 7/1/19 | 19-NRF-003 - FSP Production Ongoing C3 | $62,500.00 | 745 | 24 | 1.00% | $15,000 | |
| | | | | | $375,000.00 | | | | | |
| NRM - National Rifle Association | | | | | | | | | | |
| Invoice | 167448 | 6/12/19 | 7/12/19 | 19-NRM-001 - '19 A/M Digital Media | $7,915.03 | 734 | 24 | 1.00% | $1,900 | |
| | | | | | $7,915.03 | | | | | |
| NI NRA-ILA | | | | | | | | | | |
| Credit | 163943 | 1/15/19 | 1/15/19 | 18-NI-003 - '18 November Cover Wrap | ($5,000.00) | N/A | N/A | N/A | N/A | |
| | | | | | ($5,000.00) | | | | | |
| | | | | Total | $4,371,037.13 | | | | [illegible] | |

**KFF Analysis**

| Reference | BREAKOUT OF SUMMARY JACKSON NOTES | Link to documents | Bates number | Summary comment | Invoice no. | Invoice date | Due date | Description of svcs | Amount | Difference | Evidence of approval? |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 166104 | AMcTX-00019289 | AMcTX-00019289 | AMcTX-00019289 | Agrees to invoice. No evidence of approval. | 166104 | 4/15/19 | 5/15/19 | 18-NR-296 - '19 A/M Travel - Approved by C. Spray on 2/12/19 | 1,935.08 | - | No |
| 166106 | | n/a | n/a | No evidence of invoice. No evidence of approval | n/a | n/a | n/a | n/a | - | $10,000.00 | No |
| 166107 | | n/a | n/a | No evidence of invoice. No evidence of approval | n/a | n/a | n/a | n/a | - | $5,488.25 | No |
| 166108 | | n/a | n/a | No evidence of invoice. No evidence of approval | n/a | n/a | n/a | n/a | - | $5,500.00 | No |
| 166109 | | n/a | n/a | No evidence of invoice. No evidence of approval | n/a | n/a | n/a | n/a | - | $81,810.84 | No |
| 166110 | | n/a | n/a | No evidence of invoice. No evidence of approval | n/a | n/a | n/a | n/a | - | $13,725.51 | No |
| 166340 | AMc-042136 AMc-041863 | AMc-041863 | AMc-041863 | Agrees to invoice. No evidence of approval. | 166340 | 5/1/19 | 5/31/19 | 19-NR-001 - Talent Fee - Per approved budget | 680,355.45 | $0.00 | No |
| 166341 | AMc-041863 | AMc-041863 | AMc-041864 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166341 | 5/1/19 | 5/31/19 | 19-NR-002 - NRATV Programming C4 | 185,416.67 | - | No |
| 166342 | AMc-041863 | AMc-041863 | AMc-041865 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166342 | 5/1/19 | 5/31/19 | 19-NR-003 - Monthly Video Support C4 - Per approved budget | 104,166.67 | - | No |
| 166343 | AMc-041863 | AMc-041863 | AMc-041866 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166343 | 5/1/19 | 5/31/19 | 19-NR-004 - Support Staff Fee - Per approved budget | 200,702.50 | - | No |
| 166344 | AMc-041863 | AMc-041863 | AMc-041867 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166344 | 5/1/19 | 5/31/19 | 19-NR-005Online/Digital Management Fee | 107,212.50 | - | No |
| 166345 | AMc-041863 | | AMc-041868 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166345 | 5/1/19 | 5/31/19 | 19-NR-006 - Business Intelligence/Data Resources/Analytics - Per approved budget | 35,416.66 | - | No |
| 166339 | AMc-041869 | AMc-041869 | AMc-041869 | Agrees to invoice. No evidence of approval. | 166339 | 5/1/19 | 5/31/19 | 19-MG/NR-001 - Strategic Management - Strategic Planning and Crisis Management | 258,613.17 | - | No |
| 167449 | | AMcTX-00045464 | AMcTX-00045464 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167449 | 6/12/19 | 6/12/19 | 19-NR-029 - '19 A/M Media - Credit for 2019 Annual Meetings Radio, Print and Outdoor | ($13,689.50) | - | No |
| 166804 | AMc-041994 | AMc-041994 (2) | AMc-041994 | Agrees to invoice. No evidence of approval. | 166804 | 5/17/19 | 6/16/19 | 18-NR-431 - '19 A/M Signage - Mechanical - Preflight Disk. Partial Billing Costs approved by C. Spray on 4/17. | 22,235.89 | - | Email with Craig approving costs up to $40,900. Over budget outlined in 4/17 email from Craig. No way to specifically tie out these charges to two invoices. |
| 166805 | | AMc-041994 (2) | AMc-041995 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166805 | 5/17/19 | 6/16/19 | 19-NR-010 - Fudraising Consulting State Regulations - Dorsey & Whitney - Approved by C. Spray on 1/5/19 | 230.00 | - | No |
| 166806 | | AMc-041994 (2) | AMc-041996 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166806 | 5/17/19 | 6/16/19 | 19-NR-045 - '19 A/M Backstage Signage - Costs approved by S. Supernaugh on 4/13 | 1,009.75 | - | No |
| 166807 | | AMc-041994 (2) | AMc-041997 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166807 | 5/17/19 | 6/16/19 | 19-NR-051 - '19 A/M Radio - Approved by L. Supernaugh on 2/7 | 14.81 | - | No |
| 166808 | | AMc-041994 (2) | AMc-041998 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166808 | 5/17/19 | 6/16/19 | 19-NR-056 - '19 A/M Media Kit Premium - Approved by C. Spray on 4/4/19 | 1,422.16 | - | No |
| 166809 | | AMc-041994 (2) | AMc-041999 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 166809 | 5/17/19 | 6/16/19 | NR-TRAV - Travel Expenses - Details attached.... | 3,401.82 | - | No |
| 167007 | | AMc-041994 (2) | AMc-042000 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167007 | 5/17/19 | 6/16/19 | 18-NR-296 - '19 A/M Travel - Details attached.... | 21,936.68 | - | No |
| 167038 | | AMc-042051 (2) | AMc-042052 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167038 | 6/1/19 | 7/1/19 | 19-NR-001 - Talent Fee - Per Approved Budget | 680,355.45 | - | No |
| 167039 | | AMc-042051 (2) | AMc-042053 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167039 | 6/1/19 | 7/1/19 | 19-NR-002 - NRATV Programming C4 | 185,416.67 | - | No |
| 167040 | | AMc-042051 (2) | AMc-042054 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167040 | 6/1/19 | 7/1/19 | 19-NR-003 - Monthly Video Support C4 - Per approved budget | 104,166.67 | - | No |
| 167041 | | AMc-042051 (2) | AMc-042055 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167041 | 6/1/19 | 7/1/19 | 19-NR-004 - Support Staff Fee - Per approved budget | 200,702.50 | - | No |
| 167042 | | AMc-042051 (2) | AMc-042056 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167042 | 6/1/19 | 7/1/19 | 19-NR-005 - Online/Digital Management Fee | 107,212.50 | - | No |
| 167043 | | AMc-042051 (2) | AMc-042057 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167043 | 6/1/19 | 7/1/19 | 19-NR-006 - Business Intelligence/Data Resources/Analytics - Per approved budget | 35,416.66 | - | No |
| 167037 | AMc-042051 | AMc-042051 (2) | AMc-042051 | Agrees to invoice. No evidence of approval. | 167037 | 6/1/19 | 7/1/19 | 19-MG/NR-001 - Strategic Management - Strategic Planning and Crisis Management | 258,613.17 | - | No |
| 167453 | NRA-AMc_00079126 | AMcTX-00045496 | AMcTX-00045496 | Agrees to invoice. No evidence of approval. | 167453 | 6/12/19 | 7/12/19 | 18-NR-296 - '19 A/M Travel - Costs approved by C. Spray on 4/5. | 24.77 | - | No |
| 167454 | | AMcTX-00045496 | AMcTX-00045497 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167454 | 6/12/19 | 7/12/19 | 18-NR-431 - '19 A/M Signage - Mechanical - Costs approved by C. Spray 4/17. | 33,572.64 | - | Email with Craig approving costs up to $40,900. Over budget outlined in 4/17 email from Craig. No way to specifically tie out these charges to two invoices. |
| 167455 | | AMcTX-00045496 | AMcTX-00045498 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167455 | 6/12/19 | 7/12/19 | 18-NR-441 - '19 A/M Photography - Photo Materials and Processing | 18,350.00 | - | No |
| 167456 | | AMcTX-00045496 | AMcTX-00045499 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167456 | 6/12/19 | 7/12/19 | 18-NR-443 - '19 A/M NRATV Set Production. Preflight Disk. Costs approved by C. Spray on 4/17. | 1,352.98 | - | No |
| 167457 | | AMcTX-00045496 | AMcTX-00045500 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167457 | 6/12/19 | 7/12/19 | 18-NR-445 - '19 A/M Podium Signage. Preflight Disk. Approved by C. Spray on 4/17. | 10,588.50 | - | No |
| 167458 | | AMcTX-00045496 | AMcTX-00045501 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167458 | 6/12/19 | 7/12/19 | 19-NR-031 - '19 A/M GROF Presentation - Make-up | 650.00 | - | No |
| 168015 | AMcTX-00045502 | AMcTX-00045502 | AMcTX-00045502 | Agrees to invoice. No evidence of approval. | 168015 | 7/9/19 | 8/8/19 | 19-NR-010 - Fundraising Consulting State Registrations - Dorsey & Whitney - Approved by C. Spray on 1/5/19 | 204.98 | - | No |
| 169524 | AMcTX-00045504 | AMcTX-00045504 | AMcTX-00045504 | Agrees to invoice. No evidence of approval. | 169524 | 9/12/20 | 10/12/20 | NR-Legal - Legal fees for NY Attorney General and U.S. Senate Finance Committee investigations of the NRA | 264,008.09 | - | No |
| 170388 | AMcTX-00045503 | AMcTX-00045503 | AMcTX-00045503 | Agrees to invoice. No evidence of approval. | 170388 | 10/10/19 | 11/9/19 | 19-NR-010 - Fundraising Consulting State Registrations - Dorsey & Whitney - Approved by C. Spray on 1/5/19 | 409.50 | - | No |
| 170464 | AMcTX-00045470 | AMcTX-00045470 | AMcTX-00045470 | Agrees to invoice. No evidence of approval. | 170464 | 12/2/19 | 1/1/20 | NR-Legal - Legal fees for NY Attorney General and U.S. Senate Finance Committee investigations of the NRA | 17,258.01 | - | No |
| 171144 | AMcTX-00045468 | AMcTX-00045468 | AMcTX-00045468 | Agrees to invoice. No evidence of approval. | 171144 | 12/2/19 | 1/1/20 | NR-Legal - Legal fees for NY Attorney General and U.S. Senate Finance Committee investigations of the NRA | 42,432.84 | - | No |
| 171498 | AMcTX-00045469 | AMcTX-00045469 | AMcTX-00045469 | Agrees to invoice. No evidence of approval. | 171498 | 12/2/19 | 1/1/20 | NR-Legal - Legal fees for NY Attorney General and U.S. Senate Finance Committee investigations of the NRA | 56,314.60 | - | No |
| 166346 | AMc-041862 | AMc-041862 | AMc-041862 | Agrees to invoice. No evidence of approval. | 166346 | 5/1/19 | 5/31/19 | 19-NRAF-002 - A1F 8/19 ISSUE - Various procedures re: August '19 issue of "America's 1st Freedom" | 124,583.33 | - | No |
| 167044 | | AMc-042051 (2) | AMc-042058 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167044 | 6/1/19 | 7/1/19 | 19-NRAF-002 - 19-NRAF-003 - A1F 9/19 ISSUE - Various procedures re: September '19 issue of "America's 1st Freedom" | 124,583.33 | - | No |
| 167045 | | AMc-042051 (2) | AMc-042059 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167045 | 6/1/19 | 7/1/19 | 19-NRF-001 - NRATV Programming C3 - additional description of services | 250,000.00 | - | No |
| 167046 | | AMc-042051 (2) | AMc-042060 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167046 | 6/1/19 | 7/1/19 | 19-NRF-002 - Monthly Video Support C3 - Per approved budget | 62,500.00 | - | No |
| 167047 | | AMc-042051 (2) | AMc-042061 | Not referenced in Jackson's report, however we identified a similar document in production, documented herein. No evidence of approval. | 167047 | 6/1/19 | 7/1/19 | 19-NRF-003 - FSP Production Ongoing C3 - Per approved budget | 62,500.00 | - | No |
| 167448 | NRA-AMc_00079132 | NRA-AMc_00079132 | NRA-AMc_00079132 | Agrees to invoice. No evidence of approval. | 167448 | 6/12/19 | 7/12/19 | 19-NRM-001 - '19 A/M Digital Media - 2019 Annual Meeting Digital Media and Paid Social - Total invoices received from vendors = $61,915.03 less amount already paid ($54,000). | 7,915.03 | - | No |
| 163943 | AMcTX-00045467 | AMcTX-00045467 | AMcTX-00045467 | Agrees to invoice. No evidence of approval. | 163943 | 1/15/19 | 1/15/19 | 18-NI-003 - '18 November Cover Wrap - Credit due to not executing projected preflight expenses | (5,000.00) | - | No |
| Total | | | | $1 rounding error per Jackson report. | | | | | | | |

Summary of items above

| | Count | Invoice Amount |
|---|---|---|
| AMc invoice provided, no evidence of approval | 15 | $1,734,903.91 |
| AMc invoice not provided, no evidence of approval | 32 | $2,636,133.22 |
| | 47 | $4,371,037.13 |

APP. 01833

Exhibit C
Interest

**Jackson Report Analysis**
**Exhibit 8**

| Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | Jackson | KFF Analysis | KFF Analysis | KFF Analysis | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Type | Reference | Invoice Date | Pay Date | Project | Amount Due | No. Days Late | No. Months Late | Monthly interest rate | Interest Due | Jackson Notes | BREAKOUT PER JACKSON NOTES | Recalculation | Difference | |
| Invoice | 160162 | 8/9/18 | 12/20/18 | 18-NR-046 - CG Magazine '18 Issue 5 | $269,000.00 | 133 | 4 | 1.00% | $10,760 | Source: | No documents provided | $10,760 | $0 | |
| Invoice | 160229 | 8/10/18 | 12/20/18 | 18-NR-002 - 2018 NRATV Programming | $50,000.00 | 132 | 4 | 1.00% | $2,000 | AMc- | that show the date AMc | $2,000 | $0 | |
| Invoice | 160252 | 8/10/18 | 12/20/18 | 18-NR-346 - 2018 Night Race Suite Signage | $1,000.00 | 132 | 4 | 1.00% | $40 | 002628 | received payment on these | $40 | $0 | |
| Invoice | 160254 | 8/10/18 | 12/20/18 | NR-TRAV - Travel Expenses | $6,090.65 | 132 | 4 | 1.00% | $244 | | invoices. | $244 | $0 | |
| Invoice | 160251 | 8/10/18 | 12/20/18 | 18-NR-341 - 2018 October OJ WLP Column | $2,000.00 | 132 | 4 | 1.00% | $80 | | | $80 | $0 | |
| Invoice | 160253 | 8/10/18 | 12/20/18 | NR-NEWS - NRANews Monthly Costs | $15,355.39 | 132 | 4 | 1.00% | $614 | | | $614 | $0 | |
| Invoice | 160161 | 8/13/18 | 12/20/18 | NR-OOP - Out of Pocket Expenses | $25,524.04 | 129 | 4 | 1.00% | $1,021 | | | $1,021 | $0 | |
| Invoice | 160472 | 8/15/18 | 12/20/18 | MG/NR-OPEX - MG Operating Expenses for NRA | $18,458.62 | 127 | 4 | 1.00% | $738 | | | $738 | $0 | |
| Invoice | 160163 | 8/9/18 | 12/7/18 | 18-NR-355 - '19 Members Meeting Coordination | $10,000.00 | 120 | 3 | 1.00% | $300 | | | $400 | $0 | |
| Invoice | 160166 | 8/9/18 | 12/7/18 | 18-NR-358 - '19 A/M ILA Forum Coordination | $10,000.00 | 120 | 3 | 1.00% | $300 | | | $400 | $0 | |
| Invoice | 160165 | 8/9/18 | 12/7/18 | 18-NR-357 - '19 A/M A/V Coordination | $10,000.00 | 120 | 3 | 1.00% | $300 | | | $400 | $0 | |
| Invoice | 160164 | 8/9/18 | 12/7/18 | 18-NR-356 - '19 A/M Sat. Evening Event Coordination | $20,000.00 | 120 | 3 | 1.00% | $600 | | | $800 | $0 | |
| Invoice | 160245 | 8/10/18 | 12/7/18 | 18-NR-328 - 2018 Night Race Fence Banners | $500.00 | 119 | 3 | 1.00% | $15 | | | $20 | $0 | |
| Invoice | 160234 | 8/10/18 | 12/7/18 | 18-NR-267 - '18 WLF Summit Keynotes | $500.00 | 119 | 3 | 1.00% | $15 | | | $20 | $0 | |
| Invoice | 160220 | 8/10/18 | 12/7/18 | 18-NR-153 - '18 A/M HLF Brochure Update | $10,752.85 | 119 | 3 | 1.00% | $323 | | | $430 | $0 | |
| Invoice | 160226 | 8/10/18 | 12/7/18 | 18-NR-331 - '18 Election Issue ROF Magazine | $2,353.00 | 119 | 3 | 1.00% | $71 | | | $94 | $0 | |
| Invoice | 160230 | 8/10/18 | 12/7/18 | 18-NR-103 - '18 Executive Speeches | $6,500.00 | 119 | 3 | 1.00% | $195 | | | $260 | $0 | |
| Invoice | 160233 | 8/10/18 | 12/7/18 | 18-NR-266 - '18 WLF Summit Coordination/Scripting | $15,000.00 | 119 | 3 | 1.00% | $450 | | | $600 | $0 | |
| Invoice | 160240 | 8/10/18 | 12/7/18 | 18-NR-276 - '19 A/M ROF Magazine/Redesign | $25,700.00 | 119 | 3 | 1.00% | $771 | | | $1,028 | $0 | |
| Invoice | 160219 | 8/10/18 | 12/7/18 | 18-NR-148 - '18 A/M Filming | $609.14 | 119 | 3 | 1.00% | $18 | | | $24 | $0 | |
| Invoice | 160222 | 8/10/18 | 12/7/18 | 18-NR-252 - 2018 Bristol August Program Ad | $294.13 | 119 | 3 | 1.00% | $9 | | | $12 | $0 | |
| Invoice | 160225 | 8/10/18 | 12/7/18 | 18-NR-302 - 2018 Night Race August A1F Ad | $294.13 | 119 | 3 | 1.00% | $9 | | | $12 | $0 | |
| Invoice | 160241 | 8/10/18 | 12/7/18 | 18-NR-285 - 2018 Night Race Coordination | $5,000.00 | 119 | 3 | 1.00% | $150 | | | $200 | $0 | |
| Invoice | 160223 | 8/10/18 | 12/7/18 | 18-NR-253 - 2018 Bristol August Guest Guide Ad | $294.13 | 119 | 3 | 1.00% | $9 | | | $12 | $0 | |
| Invoice | 160238 | 8/10/18 | 12/7/18 | 18-NR-271 - '18 WLF Summit WIWO Video | $750.00 | 119 | 3 | 1.00% | $23 | | | $30 | $0 | |
| Invoice | 160221 | 8/10/18 | 12/7/18 | 18-NR-246 - '18 WLF Summit Invitation | $352.95 | 119 | 3 | 1.00% | $11 | | | $14 | $0 | |
| Invoice | 160247 | 8/10/18 | 12/7/18 | 18-NR-330 - 2018 Night Race Concourse Banners | $500.00 | 119 | 3 | 1.00% | $15 | | | $20 | $0 | |
| Invoice | 160248 | 8/10/18 | 12/7/18 | 18-NR-336 - 2018 September OJ President's Column | $2,000.00 | 119 | 3 | 1.00% | $60 | | | $80 | $0 | |
| Invoice | 160236 | 8/10/18 | 12/7/18 | 18-NR-269 - '18 WLF Summit Social Graphics | $500.00 | 119 | 3 | 1.00% | $15 | | | $20 | $0 | |
| Invoice | 160218 | 8/10/18 | 12/7/18 | 17-NR-473 - '17 WLF Summit Filming | $590.00 | 119 | 3 | 1.00% | $18 | | | $24 | $0 | |
| Invoice | 160224 | 8/10/18 | 12/7/18 | 18-NR-296 - '19 A/M Travel | $1,288.07 | 119 | 3 | 1.00% | $39 | | | $52 | $0 | |
| Invoice | 160244 | 8/10/18 | 12/7/18 | 18-NR-327 - 2018 Night Race Mobile Shooting Range | $3,500.00 | 119 | 3 | 1.00% | $105 | | | $140 | $0 | |
| Invoice | 160250 | 8/10/18 | 12/7/18 | 18-NR-338 - 2018 October OJ President's Column | $2,000.00 | 119 | 3 | 1.00% | $60 | | | $80 | $0 | |
| Invoice | 160227 | 8/10/18 | 12/7/18 | NR-DUP - Duplicate Materials | $360.95 | 119 | 3 | 1.00% | $11 | | | $14 | $0 | |
| Invoice | 160235 | 8/10/18 | 12/7/18 | 18-NR-268 - '18 WLF Summit Podium Signage | $500.00 | 119 | 3 | 1.00% | $15 | | | $20 | $0 | |
| Invoice | 160249 | 8/10/18 | 12/7/18 | 18-NR-337 - 2018 September OJ WLP Column | $2,000.00 | 119 | 3 | 1.00% | $60 | | | $80 | $0 | |
| Invoice | 160232 | 8/10/18 | 12/7/18 | 18-NR-246 - '18 WLF Summit Invitation | $4,500.00 | 119 | 3 | 1.00% | $135 | | | $180 | $0 | |
| Invoice | 160246 | 8/10/18 | 12/7/18 | 18-NR-329 - 2018 Brownell Photography Project | $750.00 | 119 | 3 | 1.00% | $23 | | | $30 | $0 | |
| Invoice | 160231 | 8/10/18 | 12/7/18 | 18-NR-189 - 2018 Freedom Cruise Photography | $15,000.00 | 119 | 3 | 1.00% | $450 | | | $600 | $0 | |
| Invoice | 160242 | 8/10/18 | 12/7/18 | 18-NR-286 - 2018 Night Race Photography | $4,000.00 | 119 | 3 | 1.00% | $120 | | | $160 | $0 | |
| Invoice | 160243 | 8/10/18 | 12/7/18 | 18-NR-319 - 2018 Lindy's Digital Ads | $1,250.00 | 119 | 3 | 1.00% | $38 | | | $50 | $0 | |
| Invoice | 160696 | 9/1/18 | 12/20/18 | NR-OPEX - Operating Expenses | $115,175.64 | 110 | 3 | 1.00% | $3,455 | | | $3,455 | $0 | |
| Invoice | 160886 | 9/11/18 | 12/20/18 | MG/NR-OPEX - MG Operating Expenses for NRA | $17,064.06 | 100 | 3 | 1.00% | $512 | | | $512 | $0 | |
| Invoice | 160964 | 9/14/18 | 12/20/18 | 17-NR-591 - '18 A/M Podium Signage | $10,235.55 | 97 | 3 | 1.00% | $307 | | | $307 | $0 | |
| Credit | 160896 | 9/14/18 | 12/20/18 | NR-OOP - Out of Pocket Expenses | ($3,596.33) | 97 | 3 | 1.00% | ($108) | | | ($108) | $0 | |
| Invoice | 160968 | 9/14/18 | 12/20/18 | 18-NR-327 - 2018 Night Race Mobile Shooting Range | $3,529.53 | 97 | 3 | 1.00% | $106 | | | $106 | $0 | |
| Invoice | 160969 | 9/14/18 | 12/20/18 | NR-NEWS - NRANews Monthly Costs | $12,577.98 | 97 | 3 | 1.00% | $377 | | | $377 | $0 | |
| Invoice | 160962 | 9/14/18 | 12/20/18 | 17-NR-473 - '17 WLF Summit Filming | $226.99 | 97 | 3 | 1.00% | $7 | | | $7 | $0 | |
| Invoice | 160961 | 9/14/18 | 12/20/18 | 16-NR-437 - YFT M&A Center - Marketing Materials | $3,175.00 | 97 | 3 | 1.00% | $95 | | | $95 | $0 | |
| Invoice | 160963 | 9/14/18 | 12/20/18 | 17-NR-477 - '18 A/M ROF Magazine | $1,176.50 | 97 | 3 | 1.00% | $35 | | | $35 | $0 | |
| Invoice | 160966 | 9/14/18 | 12/20/18 | 18-NR-189 - 2018 Freedom Cruise Photography | $14,500.00 | 97 | 3 | 1.00% | $435 | | | $435 | $0 | |
| Invoice | 160967 | 9/14/18 | 12/20/18 | 18-NR-286 - 2018 Night Race Photography | $7,620.00 | 97 | 3 | 1.00% | $229 | | | $229 | $0 | |
| Invoice | 160960 | 9/14/18 | 12/20/18 | 15-NR-118 - Website Unification | $15,060.00 | 97 | 3 | 1.00% | $452 | | | $452 | $0 | |
| Invoice | 161007 | 9/14/18 | 12/20/18 | NR-TRAV - Travel Expenses | $18,770.25 | 97 | 3 | 1.00% | $563 | | | $563 | $0 | |
| Invoice | 161066 | 9/17/18 | 12/20/18 | 18-NR-405 - '19 A/M Interior Signage | $10,000.00 | 94 | 3 | 1.00% | $300 | | | $300 | $0 | |
| Invoice | 161060 | 9/17/18 | 12/20/18 | 18-NR-103 - '18 Executive Speeches | $15,700.00 | 94 | 3 | 1.00% | $471 | | | $471 | $0 | |
| Invoice | 161069 | 9/17/18 | 12/20/18 | 18-NR-408 - '19 Members Meeting Staging | $10,000.00 | 94 | 3 | 1.00% | $300 | | | $300 | $0 | |
| Invoice | 161065 | 9/17/18 | 12/20/18 | 18-NR-358 - '19 A/M ILA Forum Coordination | $20,000.00 | 94 | 3 | 1.00% | $600 | | | $600 | $0 | |
| Invoice | 161067 | 9/17/18 | 12/20/18 | 18-NR-406 - '19 A/M Exterior Signage | $10,000.00 | 94 | 3 | 1.00% | $300 | | | $300 | $0 | |
| Invoice | 161064 | 9/17/18 | 12/20/18 | 18-NR-357 - '19 A/M A/V Coordination | $40,000.00 | 94 | 3 | 1.00% | $1,200 | | | $1,200 | $0 | |
| Invoice | 161063 | 9/17/18 | 12/20/18 | 18-NR-356 - '19 A/M Sat. Evening Event Coordination | $30,000.00 | 94 | 3 | 1.00% | $900 | | | $900 | $0 | |
| Invoice | 161068 | 9/17/18 | 12/20/18 | 18-NR-407 - '19 A/M Sat. Evening Event Staging | $10,000.00 | 94 | 3 | 1.00% | $300 | | | $300 | $0 | |
| Invoice | 161062 | 9/17/18 | 12/20/18 | 18-NR-355 - '19 Members Meeting Coordination | $30,000.00 | 94 | 3 | 1.00% | $900 | | | $900 | $0 | |
| Invoice | 161061 | 9/17/18 | 12/20/18 | 18-NR-276 - '19 A/M ROF Magazine/Redesign | $44,650.00 | 94 | 3 | 1.00% | $1,340 | | | $1,340 | $1 | Rounding |
| Invoice | 161399 | 10/1/18 | 12/20/18 | NR-OPEX - Operating Expenses | $143,906.24 | 80 | 2 | 1.00% | $2,878 | | | $2,878 | $0 | |
| Invoice | 161856 | 10/16/18 | 12/20/18 | 18-NR-344 - 2018 YFT Lindsay Ell Forbes Ad | $250.00 | 65 | 2 | 1.00% | $5 | | | $5 | $0 | |
| Invoice | 161914 | 10/16/18 | 12/20/18 | NR-TRAV - Travel Expenses | $7,980.40 | 65 | 2 | 1.00% | $160 | | | $160 | $0 | |
| Invoice | 161860 | 10/16/18 | 12/20/18 | NR-NEWS - NRANews Monthly Costs | $11,505.94 | 65 | 2 | 1.00% | $230 | | | $230 | $0 | |
| Invoice | 161857 | 10/16/18 | 12/20/18 | 18-NR-346 - 2018 Night Race Suite Signage | $1,470.63 | 65 | 2 | 1.00% | $29 | | | $29 | $0 | |
| Invoice | 161859 | 10/16/18 | 12/20/18 | 18-NR-388 - '18 WLF Summit Special Logo / Photo Backdrop | $1,168.49 | 65 | 2 | 1.00% | $23 | | | $23 | $0 | |
| Invoice | 161913 | 10/16/18 | 12/20/18 | 18-NR-276 - '19 A/M ROF Magazine/Redesign | $105,626.08 | 65 | 2 | 1.00% | $2,113 | | | $2,113 | $0 | |
| Invoice | 161858 | 10/16/18 | 12/20/18 | 18-NR-369 - '19 A/M WLF L&A Save the Date | $120.00 | 65 | 2 | 1.00% | $2 | | | $2 | $0 | |
| Invoice | 161902 | 10/16/18 | 12/20/18 | MG/NR-OPEX - MG Operating Expenses for NRA | $16,723.19 | 65 | 2 | 1.00% | $334 | | | $334 | $0 | |
| | | | | | $1,269,684 | | | | $39,080 | | $1 rounding error per Jackson Report | | | |

Exhibit C
Legal

**Jackson Report Analysis**
**Exhibit 9**

| Jackson | Jackson | Jackson | Jackson | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis | KFF Analysis |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Detailed Analysis | | | | | |
| Date | Description | Amount | Jackson Notes | Link to file provided by Counsel | Tieout to alternate AMcTX bates number | Comments | Invoice no. | Invoice Date | Amount | Bill from Counsel? | Bill from AMc | Evidence of approval |
| 1/16/20 | Legal Fees Incurred from NRA-Related Government Proceedings | $ 4,900.90 | AMcTX-00046071-46167 | AMcTX-00046071 - 46076 | AMcTX-00046071 - 46076 | Agree to documents listed in column H. | 173001 | 1/16/20 | 4,900.90 | Yes | Yes | No |
| 2/12/20 | Legal Fees Incurred from NRA-Related Government Proceedings | 7,155.34 | | 2277001_00068315 | AMcTX-00046111 - 00046115 | | 173476 | 2/12/20 | 7,155.34 | Yes | Yes | No |
| 4/17/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 119,566.93 | | 2277001_00068322 | AMcTX-00046119 - 00046125 | No evidence of NRA approval. | 175009 | 4/17/20 | 119,566.93 | Yes | Yes | No |
| 5/22/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 119,757.38 | | 2277001_00068320 | AMcTX-00046126 - 00046129 | Note invoices for legal fees also included in the Past Due Invoice Category. | 175569 | 5/22/20 | 119,757.38 | Yes | Yes | No |
| 7/8/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 158,542.40 | | 2277001_00068324 | AMcTX-00046134 - 00046136 | | 176072 | 7/8/20 | 158,542.40 | Yes | Yes | No |
| 7/23/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 74,261.49 | | 2277001_00068314 | AMcTX-00046130 - 00046133 | | 176234 | 7/23/20 | 74,261.49 | Yes | Yes | No |
| 8/11/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 12,566.55 | | 2277001_00068331 | AMcTX-00046137 - 00046140 | | 176436 | 8/11/20 | 12,566.55 | Yes | Yes | No |
| 9/3/20 | Legal Fees Incurred from NRA-Related Government Proceedings | 29,224.45 | | 2277001_00068332 | AMcTX-00046144 - 00046146 | | 176681 | 9/3/20 | 29,224.45 | Yes | Yes | No |
| 9/23/20 | Legal Fees Incurred from NRA-Related Government Proceedings | 9,738.65 | | 2277001_00068321 | AMcTX-00046141 - 00046143 | | 176933 | 9/23/20 | 9738.65 | Yes | Yes | No |
| 10/12/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 31,730.93 | | 2277001_00068316 | AMcTX-00046084 - 00046088 | | 177162 | 10/12/20 | 31,730.93 | Yes | Yes | No |
| 10/28/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 9,469.50 | | 2277001_00068311 | AMcTX-00046089 - 00046092 | | 177323 | 10/28/20 | 9,469.50 | Yes | Yes | No |
| 11/18/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 10,929.49 | | 2277001_00068326 | AMcTX-00046098 - 00046101 | | 177628 | 11/18/20 | 10,929.49 | Yes | Yes | No |
| 12/15/20 | Legal Fees Incurred from NRA-Related Contract Litigation and Government Proceedings | 5,419.49 | | 2277001_00068312 | AMcTX-00046107 - 00046110 | | 177917 | 12/15/20 | 5,419.49 | Yes | Yes | No |
| | | $ 593,263.50 | | | | | | | $ 593,263.50 | | | |

# EXHIBIT 65
# (Filed Under Seal)

# EXHIBIT 66
# (Filed Under Seal)

APP. 01913-APP. 01914

# EXHIBIT 67
# (Filed Under Seal)

# EXHIBIT 68
# (Filed Under Seal)

# EXHIBIT 69

APP. 01941

Privileged and Confidential

# Overview of Out of Pocket Expenses

## Summary of Contents

The following analysis shows all expenses processed on behalf of Tony Makris which were billed by Ackerman to the NRA as out of pocket expenses. The total value of these expenses is $1,299,017 out of $2,755,689 billed by Ackerman to the NRA in 2016, 2017, and 2018 as out of pocket expenses.

## Limitations

The source information for the following analysis is (1) transcribed from the documentation provided by Ackerman or (2) information obtained through analysis by FRA.

## Glossary of Columns on 'Detail' Tab

| Column | Description |
|---|---|
| Line Reference | Unique reference assigned to each line item by FRA. |
| Code | Examples of observations as defined in Note 1 at the bottom of the tab. |
| Year | Year of invoice from Ackerman to NRA per the listing of invoices received from the NRA. |
| Invoice Number | Invoice number from Ackerman to NRA invoice per the listing of invoices received from the NRA. |
| Expense Report # | Expense report number transcribed from the documentation received while on-site. |
| Date of Expense Report | Date of the submitted expense report transcribed from the documentation received while on-site. |
| Expense Report Submitted By | Name of the individual that submitted the expense report transcribed from the documentation received while on-site. |
| Position | Position of the individual that submitted the expense report identified by FRA using the Ackerman McQueen website. |
| Date of Transaction | Date of the transaction transcribed from the documentation received while on-site. |
| Vendor | Standardized vendor name by FRA based on the vendor name transcribed from the documentation received while on-site. |
| Amount | Amount of expense transcribed from the documentation received while on-site. |
| Location | Location of the transaction transcribed from the documentation received while on-site or based on knowledge of recurring vendors by FRA. |
| Expense Report Business Purpose | Business purpose related to an entire expense report transcribed from the documentation received while on-site. |
| Transaction Business Purpose | Business purpose related to a specific line item transcribed from the documentation received while on-site. |
| Individuals Related to the Expense | Transcription of names and/or initials directly related to the expense per the documentation received while on-site. |
| Expense Type | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Expense Subcategory | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Additional Information | Additional information collected from (1) documentation provided or (2) desktop search of vendors by FRA. |

## Expenses by Year

**Total expenses by year:**

| Year | Total |
|---|---|
| 2016 | $411,974.12 |
| 2017 | $467,830.02 |
| 2018 | $419,212.46 |

Privileged and Confidential

## Table of Contents

| Tab | Description |
|---|---|
| Key Observations | Observations resulting from the analysis of expenses |
| Detail | Expense line items submitted on behalf of Tony Makris |
| Graph | Graphical depiction of total expenses by month and year |
| By Category | Breakdown of expenses by category |
| Assumed Names | Reconciliation of names transcribed from documentation and FRA'S assumptions as to the identity of the individuals |
| Key Individuals | Total amount of expenses attributable to key individuals where the key individuals were the only participants |
| Total Cost by Individual | Total expense amount by assumed name |
| Quantity by Individual | Total quantity of expenses by assumed name |
| By Vendor | Total expense amount and quantity of expenses by vendor |

Privileged and Confidential

**Overview of Out of Pocket Expenses**

| Key Observations |
|---|
| The contract between NRA and Ackerman McQueen states, "Mailing and express charges, long distance telephone calls, photocopies, deliveries, sales taxes and reasonable out-of-town travel including transportation, meals and lodging, etc. on NRA's express behalf, shall be billed at AMc's cost. All out of town travel expenses shall require prior written approval in accordance with written procedures established by the NRA Executive Vice President or his designee. Payment of travel expenses not approved in advance may result in denial of reimbursement. Expenses not listed above shall be considered to be normal business expenses of AMc and not billable to NRA unless specifically authorized in writing by the NRA Executive Vice president or his designee." FRA was not provided with any evidence of written approval by the NRA Executive Vice President or his designee for any of the out of pocket expenses for 2015 and 2016. |
| The contract states, "Special assignments not included in this Agreement which cannot reasonably be included under the monthly fee must be approved in accordance with written procedures established by the NRA Executive Vice President or his designee, and the charges made by AMc shall be agreed upon in advance, where reasonable, otherwise such charges shall not be greater than the usual and customary charges for such services or expenses in the industry." FRA was not provided with any evidence to indicate that the out of pocket expenses were in connection with Special Assignments or approved by the NRA Executive Vice President or his designee. |
| Ackerman McQueen's internal controls and policy in regard to expense processing is unknown. FRA was not provided with evidence that common business practices for expense processing were followed. The following observations were noted:<br>1) FRA noted that several of the expenses submitted on Ackerman employee expense accounts (such as Tony Makris, Nader Tavanagar, etc.) did not appear to pertain to the Ackerman employee. The expense reports included charges for others including NRA employees;<br>2) FRA noted expenses that appeared to relate to coordination of travel and meeting locations for several individuals. Event coordination is not typically handled through expense reporting. Such expenses included costs for advanced deposits on hotels for conferences and meetings. One particular deposit processed through Tony Makris' expenses for $20,000 was made one year in advance. FRA saw no competitive bids for hotel conference locations etc. contained in support for the expense;<br>3) In regard to the "usual and customary charges" FRA noted that many of the travel expenses were for high dollar amounts: i.e. private planes, Forbes travel guide five star hotels, private car service and Landini Brothers.<br>4) The business purpose for the expense was not always documented; this is particularly important as several expenses involved spouses and/or other related parties. Additionally Josh Powell's moving expenses were included in OOP, and expenses related to a "Heart to Heart" gala sponsored by Susan LaPierre were charged to the NRA through OOP;<br>5) In addition, attendees were not always noted on the expenses submitted. For example, there were several expense line items recorded on Tyler Schropp's credit card statement that did not specifically identify Tyler Schropp or other attendees and therefore FRA was unable to determine which individuals the transactions were related to;<br>6) FRA received additional supporting documentation for Tony Makris' expenses such as calendars with attendees names, receipts, invoices, etc.; however, the same level of documentation was not provided for the other expense reports submitted as out of pocket expenses. For example, FRA was provided with American Express Statements for Tyler Schropp; no expense reports or other documentation to support the statements was provided. FRA notes that this additional support may have provided additional insight into attendees and business purposes.<br>7) Tips for large round dollar amounts were collated and paid in routine intervals. Often times these payments were made in advance;<br>8) There were several methods by which an individual could submit an expense. For instance, Tyler Schropp had a corporate credit card issued in his name through Ackerman McQueen that was charged back to the NRA via out of pocket expenses. Additionally, we noted that expenses were paid for by Tony Makris on behalf of Tyler Schropp. Similarly, Nader Tavangar submitted his own expense reports and we noted that expenses were paid for by Nader Tavangar on behalf of Tyler Schropp. The inconsistent manner in which expenses were submitted makes it difficult to monitor individual expenses;<br>9) Gifts for NRA executives were purchased and charged to the NRA; parking in Dallas for Woody Phillips was also routinely charged to the NRA; and<br>10) Attendees at events and for travel were labeled with only initials, alias', and individuals went by multiple names (i.e. Warner Loughlin Makris) this makes tracking attendance and volume of expense by individual difficult. |

| Line Reference | Code (see Note 1) | Year | Invoice Number | Expense Report # | Date of Expense Report | Expense Report Submitted By | Position | Date of Transaction | Vendor | Amount | Location | Expense Report Business Purpose | Transaction Business Purpose | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/30/2000 | Grand America | $ 719.58 | Salt Lake City | TM OCT Travel | Lodging Arrival: 9/28/2017 Departure: 9/30/2017 | TM | Travel | Lodging | Guest: Tony Makris |
| 2 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/14/2016 | Ritz Carlton | $ 1,573.05 | Dallas, TX | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | WLP Lodging Jan 12-14 Dallas. | WLP | Travel | Lodging | Arrival 1/12<br>Departure 1/14 |
| 3 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/14/2016 | Ritz Carlton | $ 1,357.78 | Dallas, TX | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Lodging Jan 12-14 Dallas. | TM | Travel | Lodging | Arrival 1/12<br>Departure 1/14 |
| 4 | 4; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/15/2016 | Wynn | $ 3,106.88 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | HH Lodging Haley Holmes Jan 18-22 SHOt Show. | Hayley Holmes | Travel | Lodging | Deposit Ledger Transfer |
| 5 | 4; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/15/2016 | Wynn | $ 3,050.88 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | LD Lodging Lacey Duffy Jan 18-22 SHOT SHOW | Lacey Duffy | Travel | Lodging | Deposit Ledger Transfer |
| 6 | 4; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/15/2016 | Wynn | $ 2,400.16 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | MM Lodging Melanie Montgomery Jan 18-22 SHOt Show. | Melanie Montgomery | Travel | Lodging | Deposit Ledger Transfer |
| 7 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 4,246.20 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | WLP lodging Jan 14-16 Orlando FL ROOM 932 | Wayne Roberts; Monica | Travel | Lodging | Handwritten note on Tony's CC statement says 'Monica' and 'Wayne Roberts'<br><br>Invoice emailed on 1/14/16 from The Ritz-Carlton. |
| 8 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 1/2/2018 | Omni Air Transport | $ 18,656.44 | Montrose, CO | TM April Travel | NRA meeting in Dallas for NRA Advancement w/ Josh Powell per SW (Note on Omni Receipt, not expense report). | Tony Makris | Travel | Airfare | Attached email correspondence indicates that the business purpose was for a "client meeting" by Tony Makris |
| 9 | 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/14/2016 | Delta Airlines | $ 17,593.56 | Unknown | TM June Travel | Flight for Michael Baker from Tulsa OK to Atlanta GA to Johannesburg S Africa to Port Elizabeth SA to Johannesburg S. Africa | Michael Baker | Travel | Airfare | |
| 10 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 3,045.93 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM lodging Jan 14-18 Orlando FL Room 1001 | TM | Travel | Lodging | Invoice emailed on 1/14/16 from The Ritz-Carlton. |
| 11 | 1; 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ 15,038.10 | Unknown | TM May Travel Part 1 | Unknown | Burgundy | Auto | Car Service | Billing information: II & IS 6100 kentland Ave. |
| 12 | 4 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/1/2016 | Little Katana | $ 15,000.00 | Dallas, TX | TM January Travel | LK Concepts LLC Jan 5th thru 7th 3 day event $45K Tax 8.25 $3,712.50 Gratuity $9,000 $57,712.50 BUYOUT Deposit | Eric Van Horn; Tony Makris | Event | Food | Safari Club- Tony Makris Event C/O Eric Van Horn-Mercury<br>3-day subtotal: $45,000.00<br>Tax 8.25% : $3,712.50<br>Gratuity: 20% $9,000.00<br>Total: $57,712.50 (furniture rental will be a separate invoice)<br>Deposit $15,000 |
| 13 | 9 | 2016 | 137066 | EXP-7303 | 3/4/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/4/2016 | American Airlines | $ 14,305.76 | Unknown | May TM Prebilled Argentina Airfare | DC Miami Airfare for WLP Argentina Hunting May 2016 | Wayne LaPierre | Travel | Airfare | Email from Stephanie West states "The airline tickets to Argentina is to produce NRA support for hunting episodes on Under Wild Skies with tony, Wayne & Susan LaPierre. The trip is from May 25 - June 7, 2016." |
| 14 | 9 | 2016 | 137066 | EXP-7303 | 3/4/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/4/2016 | American Airlines | $ 14,305.76 | Unknown | May TM Prebilled Argentina Airfare | DC Miami Airfare for SLP Argentina Hunting May 2016 | Susan LaPierre | Travel | Airfare | Email from Stephanie West states "The airline tickets to Argentina is to produce NRA support for hunting episodes on Under Wild Skies with tony, Wayne & Susan LaPierre. The trip is from May 25 - June 7, 2016." |
| 15 | | 2016 | 137066 | EXP-7303 | 3/4/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | American Airlines | $ 14,303.76 | Unknown | May TM Prebilled Argentina Airfare | DC Miami Airfare for TM Argentina Hunting May 2016 | TM | Travel | Airfare | Cost is not included on the Amex statement - handwritten note states "Tickets to Argentina May 25 - June 7 2016 PLUS American Airlines $14,3030.76 per Devin @ Amex" |
| 16 | 4 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/5/2017 | Little Katana | $ 14,237.50 | Dallas, TX | TM January Travel | LK Concepts LLC Jan 5th thru 7th 3 day event $45K Tax 8.25 $3,712.50 Gratuity $9,000 $57,712.50 BUYOUT Deposit | TM | Event | Food | |
| 17 | 4 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/6/2017 | Little Katana | $ 14,237.50 | Dallas, TX | TM January Travel | LK Concepts LLC Jan 5th thru 7th 3 day event $45K Tax 8.25 $3,712.50 Gratuity $9,000 $57,712.50 BUYOUT Deposit | TM | Event | Food | |
| 18 | 4 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/7/2017 | Little Katana | $ 14,237.50 | Dallas, TX | TM January Travel | LK Concepts LLC Jan 5th thru 7th 3 day event $45K Tax 8.25 $3,712.50 Gratuity $9,000 $57,712.50 BUYOUT Deposit | TM | Event | Food | |
| 19 | 2; 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/8/2018 | Delta Airlines | $ 13,029.31 | Atlanta, GA | TM May Travel Part 1 | Elicia Loughlin Depart ATL: 05/29/18 8:22 PM<br>Elicia Loughlin Arrive South Africa: 05/29/18 5:35 PM | Elicia Loughlin | Travel | Airfare | |
| 20 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/8/2018 | Delta Airlines | $ 13,029.31 | Atlanta, GA | TM May Travel Part 1 | TM Depart ATL: 05/29/18 8:22 PM<br>TM Arrive South Africa: 05/29/18 5:35 PM | Tony Makris | Travel | Airfare | |
| 21 | 1; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/25/2016 | Ready to Roll | $ 12,049.50 | Louisville, KY | TM May Travel | ground transportation during NRA annual meetings May 17 18 19 20 21 22 & 23rd | Burgundy | Auto | Car Service | |
| 22 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 2,481.71 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | WLP lodging Jan 14-16 Orlando FL ROOM 924 | Wayne Roberts | Travel | Lodging | Handwritten note on Tony's CC statement says 'Wayne Roberts'<br><br>Invoice emailed on 1/14/16 from The Ritz-Carlton. |
| 23 | 4; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 760.48 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Deposit Jack Ramsey (TS) lodging | Jack Ramsey (TS) | Travel | Lodging | Not on Ritz Carlton Invoice. Invoices provided for transactions before 1/18/16 |
| 24 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/21/2016 | Four Seasons | $ (704.48) | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Four Seasons cancellation for Mark Dycio | Mark Dycio | Travel | Lodging | Hotel receipt provided for advance deposit with arrival date of 1/21/16 and departure of 1/23/16 for Mark Dycio |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/24/2017 | Ready to Roll | $ 11,169.77 | Atlanta, GA | Unknown | Unknown | Burgundy | Auto | Car Service | ready to roll invoice Passenger: Burgundy<br>4/24/17 PU: Intl Blvd Atlanta DO: Intl Blvd Atlanta $426.87<br>4/25/17 PU: Four Seasons Atlanta DO: Four Seasons Atlanta $1,138.32<br>4/26/17 PU: Four Seasons Atlanta DO: Four Seasons Atlanta $1,707.48<br>4/27/17 PU: Four Seasons Atlanta DO: Four Seasons Atlanta $1,707.48<br>4/28/17 PU: Four Seasons Atl DO: Four Seasons Atl $1,849.77<br>4/29/17 PU: Four Seasons Atl DO: Four Seasons Atl $2,632.37<br>4/30/17 PU: Four Seasons Atl DO: Four Seasons Atl $1,707.48 |
| 26 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/22/2016 | Venetian | $ (24.29) | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Credit to lodging suite 30111 Jan 18-22 SHOT show | Hayley H | Travel | Lodging | Statement emailed to Hayley H. on 1/28/16. |
| 27 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 15,661.42 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Lodging dinner & bev charges groups Laundry Show Show | TM | Travel | Lodging | |
| 28 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 1,434.13 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging Jack Ramsey(TS) Jan 20-22 SHOT Show | TS | Travel | Lodging | |
| 29 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 1,243.71 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging David Muntz Jan 20-22 Shot Show | David Muntz | Travel | Lodging | |
| 30 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 1,189.96 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging Dustin Gehring Jan 20-22 Shot Show | Dustin Gehring | Travel | Lodging | |
| 31 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 1,067.88 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging Will Estes Jan 20-22 Shot Show | Will Estes | Travel | Lodging | |
| 32 | 1 | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/7/2018 | CXIII/Landini Brothers | $ 8,157.58 | Alexandria, VA | TM June Travel | 5/8/2018: $1762.50 TM, WLP, JP, AA, SH<br>5/10/2018: 275.62 TM, CN<br>5/16/2018: $590.84 TM, WLP, SLP, W. Loughlin<br>5/17/218: $164.28 TM, JP<br>5/18/2018: $452.40 TM, TS, JP, CN<br>5/20/2018: $180.15 TM, M. Dycio<br>5/22/2018: $353.86 TM, MD, WLP<br>5/23/2018: $98.78 TM, SH<br>5/29/2018: (charges for Josh Powell) - $120.78 JP<br>5/31/2018: (charges for Josh Powell) - $201.12 JP<br>5/11/2018: (charges for Millie Hallow) - $3741.60 - MH + NRA BOD Meeting Dinner | TM; WLP; JP; AA; SH; CN; SLP; W Loughlin; TS; M Dycio; Millie Hallow; NRA BOD | Meals/Beverages | Group | |
| 33 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Entertainment A/V | $ 7,875.00 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | AV wifi stereo spot lights & related events | S West; H Holmes | Miscellaneous | Telecommunications | Relates to telecommunications charges at Venetian Resort Hotel |
| 34 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/24/2016 | Wynn | $ (13.44) | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging Hayley Holmes Jan 18-22 Shot Show | Hayley Holmes | Travel | Lodging | |
| 35 | 5; 9; 13 | 2017 | 153476 | EXP-11078 | 8/16/2017 - 8/16/2017 | Jeff Minson | Financial Analyst | 8/16/2017 | Blaser USA | $ 6,497.00 | San Antonio, TX | TM WLP 25 | WLP 25 Anniversary gift | WLP | Miscellaneous | Gift | Invoice email from Blaser reads "Hi Christian, This gun has never been paid for. Am I supposed to be getting payment from Tony? Thanks! -Janet" |
| 36 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/8/2016 | CXIII/Landini Brothers | $ 6,088.61 | Alexandria, VA | TM JULY TRAVEL | 6/17/16 Tony Makris meal with Wayne LaPierre, C. Nash, & RK $1,037.12<br>6/20/16 Tony Makris meal with Wayne LaPierre, Daniel Unkocic, Ken Miller, Sony Masso $300.42<br>6/21/16 Tony Makris meal with Daniel Unkocic, Nick Kocic, Tyler Schropp, Wayne LaPierre & Millie Hallow $1,945.82<br>6/22/16 Tony Makris meal with C. Nash & KM $240.62<br>6/23/16 Tony Makris meal with Nick & Daniel Kocic KM Sony Masso & C. Nash $1,648.93<br>6/24/16 Tony Makris meal with C. Nash, Josh Powell, & RK $710.20<br>6/29/16 Tony Makris meal with Wayne LaPierre & Josh Powell $205.50 | Tony Makris; Wayne LaPierre; C Nash; RK; Daniel Unkocic; Ken Miller; Sony Masso; Nick Kocic; Tyler Schropp; Millie Hallow; Josh Powell | Meals/Beverages | Group | |
| 37 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/24/2016 | Wynn | $ (13.44) | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lodging Lacey Duffy Holmes Jan 18-22 Shot Show | Lacey Duffy; Holmes | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Wright Personal Logistics | $ 5,895.42 | Unknown | TM FEB EXP | Transportation Management Services:<br>Item #13018 - $690.00, Gratuity = $138.00, Fuel Surcharge = $40.00, PCF = $28.98, Total = $896.98<br>Item #13118 - $690.00, Gratuity = $138.00, Fuel Surcharge = $40.00, PCF = $28.98, Total = $896.98<br>Item #2118 - $828.00, Gratuity = cannot read, Fuel surcharge = $48.00, PCF = $29.80, Total = $1071.40<br>Item #2218 - $897.00, Gratuity = $179.40, Fuel surcharge = $52.00, PCF = $32.29, Total = $1160.69<br>Item #2318 - $690.00, Gratuity = $138.00, Fuel surcharge = $40.00, PCF = $28.98, Total = $896.98<br>Item #2418 - $414.00, Gratuity = unable to read, Fuel surchase = $24.00, PCF = $14.90, Total = $535.70 | Tony Makris; Lance Olson; Mark Dycio; Charlie Marx | Auto | Car Service | Invoice subtotal: $5458.73<br>Tax rate: 8.25%<br>Sales tax: $436.69<br>Total: $5895.42 |
| 39 | 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/21/2017 | AFR Furniture Rental | $ 5,554.75 | Dallas, TX | TM December | Unknown | Eric Van Horn | Miscellaneous | Other | Furniture rental by Eric Van Horn, but shipped to Black Ship Little Katana. Purchased Nob Hill Sofa x3, Love seat x3, chairs x3, and cocktail table x3. |
| 40 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/7/2016 | Four Seasons | $ 8,646.18 | Las Vegas, NV | TM February Travel | Feb2-7 lodging/laundry/food/bev 4 seasons vegas | Anthony Makris and Wife | Travel | Lodging | |
| 41 | 4 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/17/2016 | Four Seasons | $ 603.68 | Las Vegas, NV | TM February Travel | Deposit Four Seasons Vegas TM WLM March 3-6 | TM; WLM | Travel | Lodging | |
| 42 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/7/2016 | CXIII/Landini Brothers | $ 5,371.47 | Alexandria, VA | TM June Travel | TM annual meeting preparation and budgets part of $11,124.91 | TM | Meals/Beverages | Individual | |
| 43 | 4; 9 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/17/2016 | Four Seasons | $ 435.68 | Las Vegas, NV | TM February Travel | Deposit Four Seasons Vegas M Dycio March 3-6 | M Dycio | Travel | Lodging | |
| 44 | | 2016 | 139727 | EXP-7845 | 2/29/16 to 5/5/16 | Jeff Minson | Financial Analyst | 5/5/2016 | Cash Tips | $ 5,000.00 | Vegas/Minnesota/LA | TM travel tips Mar - May tips - Vegas Dallas Minnesota los angeles may louisville ky annual meetings | TM annual meeting tips drivers concierge room service bellman charter staff & housekeeping | TM | Miscellaneous | Tips | |
| 45 | | 2017 | 149459 | EXP-10486 | 3/19/2017 - 3/19/2017 | Jeff Minson | Financial Analyst | 3/19/2017 | Bray's Island Plantation | $ 4,979.64 | Sheldon, SC | TM NRA Shoot at Bray's Island | NR Shoot at Bray's Island expenses | TM | Event | Other | Email from Stephanie West to Jeff Manison regarding OOP amount for Brays. |
| 46 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/18/2016 | Atlantis Casino | $ 249.91 | Unknown | TM February Travel | Feb 18-19 Lodging TM | TM | Travel | Lodging | |
| 47 | 4 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/22/2016 | Four Seasons | $ 760.48 | Las Vegas, NV | TM February Travel | Four Seasons Deposit Feb 22 TM | TM | Travel | Lodging | |
| 48 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/3/2016 | Beverly Hills Hotel | $ 1,093.46 | Beverly Hills, CA | TM March Travel | Lodging Mark Dycio March 7-8 | Mark Dycio | Travel | Lodging | |
| 49 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/3/2016 | CXIII/Landini Brothers | $ 4,623.53 | Alexandria, VA | TM June Travel | TM meal with BOD meeting with WLP part of $9,371.27 | TM; WLP; BOD | Meals/Beverages | Group | |
| 50 | 1; 9 | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/6/2017 | CXIII/Landini Brothers | $ 4,586.90 | Alexandria, VA | Unknown | 6/2/2017 $3,382.16 Millie Hallow and NRA Guest<br>6/13/2017 $368.34 Josh Powell<br>6/13/2017 $170.73 Millie Hallow<br>6/21/2017 $117.23 Josh Powell<br>6/27/2017 $133.27 Josh Powell<br>6/29/2017 $415.17 Josh Powell | Millie Hallow; Josh Powell; NRA Guest | Meals/Beverages | Group | |
| 51 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/21/2018 | Delta Airlines | $ 4,572.89 | Unknown | TM June Travel | Jun 26: LA/ATL<br>June 26: ATL/SAV<br>Jul 9: SAV/ATL<br>Jul 9: ATL/PHX<br>Jul 14: PHX/ATL<br>Ju; 14: ATL/SAV | TM | Travel | Airfare | |
| 52 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Four Seasons | $ 4,116.24 | Las Vegas, NV | TM March Travel | Lodging Tony Makris Mar 4 - 7th 2016 | Tony Makris | Travel | Lodging | |
| 53 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Four Seasons | $ 1,836.91 | Las Vegas, NV | TM March Travel | Lodgning Mark Dycio Mar 4 to 7th 2016 | Mark Dycio | Travel | Lodging | |
| 54 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/3/2017 | AFR Furniture Rental | $ 4,411.74 | Arlington, TX | TM January Travel | AFR Furniture Rental for LK Concepts Event 3 days | Tony Makris | Event | Other | |
| 55 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/12/2016 | Four Seasons | $ 5,913.99 | Las Vegas, NV | TM March Travel | Tony Makris March 8th thru 13th | Tony Makris | Travel | Lodging | |
| 56 | 4; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/12/2016 | Four Seasons | $ 726.88 | Las Vegas, NV | TM March Travel | Mark Dycio deposit - April 1 through 4th | Mark Dycio | Travel | Lodging | |
| 57 | | 2018 | 158521 | EXP-11943 | 2/6/2018 - 4/25/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Cash Tips | $ 4,000.00 | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC | TM Travel Expenses Feb-May | Travel Advance - Ck #2184 Tips for housekeeping, Doorman, Drivers, Flight crew, roomservice | Tony Makris | Travel | Tips | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC |
| 58 | | 2018 | 158521 | EXP-11943 | 2/6/2018 - 4/25/2018 | Jeff Minson | Financial Analyst | 4/25/2018 | Cash Tips | $ 4,000.00 | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC | TM Travel Expenses Feb-May | Travel Advance - Ck #2198 Tips for housekeeping, doorman, bellman, concierge, drivers, flight crew | Tony Makris | Travel | Tips | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC |
| 59 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/26/2016 | 21C Hotel | $ 3,895.92 | Louisville, KY | TM May Travel | may 26 knar banquet dinner balance TM with staff NRA board and donors | TM; Staff; NRA Board; Donors; Ashley Hackler | Event | Food | Credit card statement includes: "Ashley Hackler - dinner". Invoice is titled 'Ashley Hackler Dinner'. Documentation indicates it is for a NRA Private Dinner. |
| 60 | 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/13/2016 | Four Seasons | $ 4,454.06 | Las Vegas, NV | TM March Travel | WLP March 8th through 13th | WLP | Travel | Lodging | |
| 61 | 4 | 2018 | 156967 | EXP-11653 | 12/29/2017 - 3/27/2018 | Jeff Minson | Financial Analyst | 1/30/2018 | Cash Tips | $ 3,500.00 | Unknown | TM FEB Supplemental | Travel Advance - NRA | TM | Miscellaneous | Tips | Tips for housekeeping, doorman, drivers, flight crew. Room service Amount: $3500 |
| 62 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/15/2017 | Cash Tips | $ 3,500.00 | Unknown | Unknown | Unknown | TM | Miscellaneous | Tips | |
| 63 | | 2017 | 150457 | EXP-10485 | 3/9/2017-<br>7/11/2017 | Jeff Minson | Financial Analyst | 3/15/2018 | Cash Tips | $ 3,500.00 | Unknown | Unknown | Unknown | TM | Miscellaneous | Tips | |
| 64 | | 2017 | 152775 | EXP-11059 | 4/18/2017 - 5/30/2017 | Jeff Minson | Financial Analyst | 4/18/2017 | Cash Tips | $ 3,500.00 | Atlanta, GA | TM TRAVEL TIPS | Tips for drivers, room service, bell hop, concierge and helpers ATLANTA NRA Meetings | TM | Travel | Tips | |
| 65 | | 2018 | 154706/155170 | 11444 | 9/27/2017-<br>1/5/2017 | Jeff Minson | Financial Analyst | 9/27/2017 | Cash Tips | $ 3,500.00 | Unknown | TM SEP OCT | NRA meetings - tips | Tony Makris | Miscellaneous | Tips | Tips on NRA Meetings Grand Rapids Dallas Chicago and LA |
| 66 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/14/2016 | Four Seasons | $ 4,889.18 | Unknown | TM March Travel | Lodging Mark Dycio March 8-13 | Mark Dycio | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 67 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/7/2018 | CXIII/Landini Brothers | $ 3,432.47 | Alexandria, VA | TM June Travel | 05/08/2018: $313.80 TM, JP, AA<br>5/09/2018: $250.35 TM, S. Haut<br>5/11/2018: $790.70 TM, Jim Staples, A. Castellano<br>5/17/2018: $361.35 TM, TS, JP, Nash<br>5/18/2018: 463.05 TM, CN, Ray Kenny, Dino Avilez<br>5/19/2018: $972.21 TM, JP, CN, M. Dycio, Alex Castellano<br>5/21/2018: $281.01 TM, JP, TS | TM; JP; AA; S Haut; Jim Staples; TS; Nash; Ray Kenny; Dino Avilez; M Dycio; Alex Castellano | Meals/Beverages | Group | Balance for CXIII account began at $3248.93<br>$1439.12 & $1809.82 amount paid on 5/14/2018 |
| 68 | 1 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/6/2017 | CXIII/Landini Brothers | $ 3,315.70 | Alexandria, VA | TM OCT Travel | 9/13 CXIII REX $271.88 TM L. Olson<br>9/14 CXIII REX $180.04 T. Makris Steve Holt W LaPierre<br>9/14/ CXIII REX $398.31 T. Makris Steve Holt W LaPierre<br>9/15 CXIII REX $7.60 Josh Powell<br>9/15 CXIII REX $297.38 Josh Powell<br>9/16 CXIII REX $438.48 Josh Powell<br>9/18 CXIII REX $534.45 Josh Powell<br>9/19 CXIII REX $19.78 Josh Powell<br>9/19 CXIII REX $1,105.91 Josh Powell<br>9/21 CXIII REX $61.87 Josh Powell | T Makris; W LaPierre; Josh Powell; Steve Holt; L Olson | Meals/Beverages | Group | Calendar with these charges are labeled "club", |
| 69 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/15/2016 | Venetian | $ 3,154.24 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Sponsor meeting suite at SHOT show vegas Jan18-22 resort fee, room & bev charges | Hayley Holmes | Event | Room Rental | Arrival 1/18/16<br>Departure NOT provided |
| 70 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/4/2017 | Ready to Roll | $3,130.38 | Las Vegas, NV | TM FEB Travel | Ground Transportation from Four Seasons Vegas | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Pickup: 09:00 Dropoff: 18:30<br>Passenger: Makris, Anthony<br>Total: $3130.38 |
| 71 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/14/2016 | Ritz Carlton | $ 856.79 | Dallas, TX | TM March Travel | Lodging WLP March 13-14 | WLP | Travel | Lodging | |
| 72 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/14/2016 | Ritz Carlton | $ 609.72 | Dallas, TX | TM March Travel | Lodging Audra Fischer March 13-14 | Audra Fischer | Travel | Lodging | |
| 73 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/14/2016 | Ritz Carlton | $ 586.69 | Dallas, TX | TM March Travel | Lodging Tony Makris March 13-14 | Tony Makris | Travel | Lodging | |
| 74 | | 2017 | 148014 | EXP-10201 | 1/11/2017 - 1/26/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Cash Tips | $ 3,000.00 | Unknown | TM January travel tips | Jan Dallas LA & Vegas tips - Drviers, concierge, doorman, room service, housekeeping & concierge services | TM | Travel | Tips | Date: 01/11/17<br>Travel Dallas, TX, Los Angeles, CA, Vegas<br>Tips for drivers, concierge, doorman, room service and housekeeping, concierge services - Charter service attendants<br>Amount: $3000 |
| 75 | | 2016 | 137631 | EXP-6869 | 1/4/2016 - 1/31/2016 | Jeff Minson | Financial Analyst | 1/12/2016 | Cash Tips | $ 3,000.00 | Florida; Las Vegas; Los Angeles | TM January Supplemental | Tips FL VEGA & LA - Car svc, room svc, bellmen, charters, housekeeping concierge room svc | TM | Miscellaneous | Tips | |
| 76 | | 2016 | 137631 | EXP-7076 | 2/10/2016 - 2/29/2016 | Jeff Minson | Financial Analyst | 2/29/2016 | Cash Tips | $ 3,000.00 | Las Vegas, NV; Los Angeles, CA | TM Travel TIPS FEB 2016 | TIPS Vegas & LA - car svc, room svc, bellman, charter staff housekeeping & concierges | TM | Miscellaneous | Tips | |
| 77 | | 2016 | 137631 | EXP-7304 | 2/18/2016- -2/29/2016 | Jeff Minson | Financial Analyst | 2/29/2016 | Cash Tips | $ 3,000.00 | Scottsdale, Vegas, LA | TIPS and Airfare reimbursement (PAID on TM personal AMEX) | TIPS Scottsdale, Vegas, LA, for car service, sky caps, housekeeping, room service, charter staff | Tony Makris | Miscellaneous | Tips | |
| 78 | | 2016 | 139727 | EXP-7845 | 2/29/16 to 5/5/16 | Jeff Minson | Financial Analyst | 2/29/2016 | Cash Tips | $ 3,000.00 | Vegas/Minnesota/LA | TM travel tips Mar - May tips - Vegas Dallas Minnesota los angeles may louisville ky annual meetings | TM tips car service room service bellman charter staff housekeeping & concierge | TM | Miscellaneous | Tips | |
| 79 | | 2017 | 152775 | EXP-11059 | 4/18/17-5/30-17 | Jeff Minson | Financial Analyst | 5/30/2017 | Cash Tips | $ 3,000.00 | Unknown | TM Travel Tips | Tips for drivers, room service, aircraft staffers, room service, bell cap LA, AZ, SC and Africa | TM | Miscellaneous | Tips | |
| 80 | | 2016 | 143559 | EXP-8980 | 9/7/2016 - 9/30/2016 | Jeff Minson | Financial Analyst | 9/30/2016 | Cash Tips | $ 3,000.00 | Dallas, TX | TM September Travel Tips | TIPS: drivers, concierge, doormen, room service, housekeeping in Scottsdale Dallas LA | TM | Travel | Tips | |
| 81 | 1 | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/3/2018 | CXIII/Landini Brothers | $ 2,949.87 | Unknown | TM August Travel | 7/12/81: $604.52 - Millie Hallow<br>7/25/18: 421.56 - TM, Josh Powell, Colleen Gallagher, Andrew Arulunde<br>7/26/18: $637.79 - TM, Josh Powell, Colleen Gallagher, T. Schropp, J. Perrar<br>7/28/18: $334.5 - TM, Mark Dycio, J. Perrar<br>7/29/18: $472.69 - Josh Powell<br>7/31/18: $39.43 - Josh Powell<br>7/17/18 (charges for Josh Powell): $129.78 - Josh Powell<br>7/27/18 (charges for Josh Powell): $150.40 - Josh Powell<br>7/3/18 (charges for Millie Hallow): $150.65 | Millie Hallow; TM; Josh Powell; Colleen Gallagher; Andrew Arulunde; T Schropp; J Perrar; Mark Dycio | Meals/Beverages | Group | Statement for July 2018<br>Account 0257-00 |
| 82 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/29/2017 | American Airlines | $ 2,894.49 | Unknown | TM December | Unknown | Tony | Travel | Airfare | trip purchase for Tony<br>12/29: Savannah to Dallas<br>12/29: Dallas to Montrose<br>1/3/18: Montrose to Dallas |
| 83 | 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/29/2017 | American Airlines | $ 2,894.49 | Unknown | TM December | Unknown | Warner | Travel | Airfare | trip purchase for Warner:<br>12/29: Savannah to Dallas<br>12/29: Dallas to Montrose<br>1/3/18: Montrose to Dallas |
| 84 | 4 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/26/2016 | Four Seasons | $ 592.48 | Las Vegas, NV | TM March Travel | Lodging deposit Tony Makris Jan 17 -22 2017 | Tony Makris | Travel | Lodging | |
| 85 | 7; 1; 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/6/2017 | CXIII/Landini Brothers | $2,836.18 | Alexandria, VA | TM FEB Travel | Millie Hallow with guests (part of 3,819.58) 20.85 of this personal | Millie Hallow; Guests | Meals/Beverages | Group | Date: 01/06/17<br>Landini Brothers<br>Charge: $2123.80<br>Scv: $500.00<br>Tax: $212.38<br>Total: $2836.18 |
| 86 | | 2018 | 159388 | EXP-12039 | 6/30/2018 | Jeff Minson | Financial Analyst | 6/30/2018 | CXIII/Landini Brothers | $ 2,826.16 | Alexandria, VA | TM June Travel | Room rental for meeting re: NRATV, BOD, NRAW, CCI, D | TM | Event | Room Rental | |
| 87 | 4 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/26/2016 | Four Seasons | $ 536.48 | Las Vegas, NV | TM March Travel | Lodging deposit Tony Makris Jan 31 - Feb 17 2017 | Tony Makris | Travel | Lodging | |
| 88 | 4; 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/26/2016 | Four Seasons | $ 424.48 | Las Vegas, NV | TM March Travel | Lodging deposit Lance Olsen Jan 17-22 2017 | Lance Olsen | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 89 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/25/2017 | Four Seasons | $ 2,729.41 | Atlanta, GA | Unknown | Unknown | TM | Meals/Beverages | Individual | Date: 04/25/17<br>Total food cost: $484.00<br>Total liquor cost: $55.00<br>Wine: $184.00<br>Misc: $1000.00 (room rental)<br>NA Bevs: $20.00<br>Srvc/Grat Chg: $798.60<br>Tax: $187.81<br>Payment: $2729.41 |
| 90 | 4; 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/26/2016 | Four Seasons | $ 368.48 | Las Vegas, NV | TM March Travel | Lodging deposit Lance Olsen Jan 31- Feb 17 2017 | Lance Olsen | Travel | Lodging | |
| 91 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Four Seasons | $ 2,682.47 | Las Vegas, NV | TM April Travel | Lodging food and bev Tony Makris April 1-4 | Anthony Makris; S Makris | Travel | Lodging | |
| 92 | 1; 9 | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/6/2017 | CXIII/Landini Brothers | $ 2,678.66 | Alexandria, VA | TM November Travel | Unknown | Millie Hallow; Josh Powell | Meals/Beverages | Group | "All Millie on 10/18, all others are Josh Powell"<br>Date: 10/08/2017, Landini Brothers, Charge = $140.05, SCV =$30.00, Tax = $14.00, Total = $184.05<br>Date: 10/09/2017, Landini Brothers, Charge = $569.85, SCV =$125.00, Tax = $56.88, Total = $750.73<br>Date: 10/10/2017, Landini Brothers, Charge = $507.10, SCV =$110.00, Tax = $50.71, Total = $667.81<br>Date: 10/11/2017, Landini Brothers, Charge = $542.80, SCV =$108.56, Tax = $54.28, Total = $705.64<br>Date: 10/31/2017, Landini Brothers, Charge = $55.85, SCV =$11.17, Tax = $5.58, Total = $72.60<br>Date: 10/22/2017, Landini Brothers, Charge = $67.90, SCV =$15.00, Tax = $6.79, Total = $89.69<br>Date: 10/18/2017, Landini Brothers, Charge = $157.40, SCV =$35.00, Tax = $15.74, Total = $208.14<br>Overall total: $2678.66 |
| 93 | 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Four Seasons | $ 1,910.96 | Las Vegas, NV | TM April Travel | Lodging food and bev Mark Dycio April 1-4 | Mark Dycio | Travel | Lodging | |
| 94 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/11/2016 | Ritz Carlton | $ 3,484.10 | Dallas, TX | TM April Travel | Lodging food bev T Makris Dallas April 11-12 | T Makris | Travel | Lodging | |
| 95 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/3/2015 | CXIII/Landini Brothers | $ 2,649.39 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with Navy Seals Dinner Meeting part of $13,196.57 | TM; Navy Seals | Meals/Beverages | Group | |
| 96 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/24/2016 | Ritz Carlton | $ 1,519.15 | Dallas, TX | TM April Travel | Lodging Tony Makris April 22-24 | Tony Makris | Travel | Lodging | |
| 97 | 1; 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-1/5/2018 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ 2,539.89 | Alexandria, VA | TM December | Unknown | Wayne LaPierre | Meals/Beverages | Individual | Statement for Wayne LaPierre to the attention of Stephanie West at 201 N Union Street Suite 510, Alexandria. Charges for 11/24 |
| 98 | 1 | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/3/2018 | CXIII/Landini Brothers | $ 2,527.37 | Unknown | TM August Travel | 7/25/18: $661.27 - Josh Powell, Andrew Arundalde, Colleen Gallagher, TM<br>7/26/18: $858.3 - Josh Powell, Andrew Arundalde, Colleen Gallagher, TM<br>7/29/18: $67.84 - Josh Powell<br>7/30/18: $939.96 - Josh Powell | Josh Powell; Andrew Arundalde; Colleen Gallagher; TM | Meals/Beverages | Group | Statement for July 2018<br>Account 0700-00 |
| 99 | 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/24/2016 | Ritz Carlton | $ 988.92 | Dallas, TX | TM April Travel | Lodging Mark Dycio Dallas April 12 | Mark Dycio | Travel | Lodging | |
| 100 | | 2017 | 148014 | EXP-10201 | 1/11/2017 - 1/26/2017 | Jeff Minson | Financial Analyst | 1/26/2017 | Cash Tips | $ 2,500.00 | Unknown | TM January travel tips | Feb Nashville Vegas, Dallas & LA tips - drivers, concierge, doorman, room service, housekeeping, & concierge services | TM | Travel | Tips | Date: 01/26/17<br>Travel to Nashville, Vegas, Dallas, CA<br>Tips for drivers, concierge, doorman, room service and housekeeping, concierge services - Charter service attendants<br>Amount: $2500 |
| 101 | | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 10/31/2016 | Cash Tips | $ 2,500.00 | Unknown | TM OCT NOV travel tips and reimbursable expenses | Tips Scottsdale, Dallas, & LA (Drivers, Concierge, Doorman, Room Service, Housekeeping, Charter Concierge) | TM | Travel | Tips | |
| 102 | | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 11/30/2016 | Cash Tips | $ 2,500.00 | Unknown | TM OCT NOV travel tips and reimbursable expenses | Tips nashville, phx, austin, tulsa (drivers, concierge, doorman, room service, housekeeping, charter concierge) | TM | Travel | Tips | |
| 103 | | 2018 | 156967 | EXP-11653 | 12/29/2017 - 3/27/2018 | Jeff Minson | Financial Analyst | 2/6/2018 | Cash Tips | $ 2,500.00 | Unknown | TM FEB Supplemental | Travel Advance | TM | Miscellaneous | Tips | Tips for doorman, housekeeping, drivers, flight crew, concierge service, bellman, doorman, room service<br>Amount: $2500 |
| 104 | | 2018 | 158521 | EXP-11943 | 2/6/2018 - 4/25/2018 | Jeff Minson | Financial Analyst | 2/6/2018 | Cash Tips | $ 2,500.00 | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC | TM Travel Expenses Feb-May | Travel Advance - Ck #2186 Tips for Doorman housekeeping, drivers, flight crew, concierge service, bellman, doorman, roomservice | Tony Makris | Travel | Tips | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC |
| 105 | | 2018 | 158521 | EXP-11943 | 2/6/2018 - 4/25/2018 | Jeff Minson | Financial Analyst | 3/14/2018 | Cash Tips | $ 2,500.00 | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC | TM Travel Expenses Feb-May | Travel Advance - Ck #2185 Tips for Doorman, flight crew, housekeeping, bellman, drivres, room service | Tony Makris | Travel | Tips | Travel: LA, Texas, Tenn., South Carolina, Arizona, DC |
| 106 | | 2016 | 142347 | EXP-8605 | 7/14/16 - 9/28/16 | Jeff Minson | Financial Analyst | 9/28/2016 | Cash Tips | $ 2,500.00 | Nebraska, Oklahoma, Texas and South Carolina | TM travel tips June thru August | Tips - flight attendants on charters, drivers, concierges, doorman, room service & housekeeping | TM | Travel | Tips | Travel to Nebraska, OK and SC June-August. Tips for flight attendants on charters, tips for drivers, concierge, doorman, room service and housekeeping. |
| 107 | | 2018 | 154706/155170 | 11444 | 9/27/2017-1/5/2017 | Jeff Minson | Financial Analyst | 10/24/2017 | Cash Tips | $ 2,500.00 | Unknown | TM SEP OCT | NRA meetings - tips | Tony Makris | Miscellaneous | Tips | Tips on Dallas Utah and LA travel |
| 108 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/15/2017 | Ready to Roll | $ 2,490.08 | Scottsdale, AZ | TM AUG TRAVEL | Passenger (total): Tony Makris (1) PU: Four Seasons Resort Scottsdale, AZ DO: 3204 Ledgewood Dr Los Angeles, CA | Tony Makris | Auto | Car Service | Ordered by" Stephanie West |
| 109 | 1; 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/24/2016 | Ritz Carlton | $ 923.38 | Dallas, TX | TM April Travel | Lodging W Roberts April 22-24 | W Roberts | Travel | Lodging | |
| 110 | 8; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/14/2016 | 21C Hotel | $ 29,786.87 | Louisville, KY | TM June Travel | Arrival date 5/14/16; departure date 6/22/216; NR guest lodging confidential per WLP | NR Guest | Travel | Lodging | |
| 111 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/15/2016 | Sea Island | $ 4,562.93 | Isle in the Glynn County, GA | TM May Travel | lodging/food may 10-15 balance | Tony Makris | Travel | Lodging | |
| 112 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/7/2015 | CXIII/Landini Brothers | $ 2,366.83 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with WLP & Navy Seals Group part of $13,196.57 | TM; W LaPierre; Navy Seals Group | Meals/Beverages | Group | Note on calendar T. Makris, W. LaPierre, Navy Seals. |
| 113 | 4 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/15/2016 | Sea Island | $ 1,124.56 | Isle in the Glynn County, GA | TM May Travel | lodging food may 10-15 deposit Tony Makris | Tony Makris | Travel | Lodging | |
| 114 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/4/2016 | Ready to Roll | $ 2,354.50 | Las Vegas, NV | TM February Travel | Feb 4 4 seasons vegas to vegas airport | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel<br>DO: Four Seasons Hotel<br>Passenger - Tony Makris |
| 115 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ 2,343.60 | Dallas, TX | TM May Travel Part 1 | PU: DFW<br>ST: Hotel Zaza, 2332 Leonard St. Dallas, TX.<br>DO: As directed | Mark Dycio | Auto | Car Service | Base Charge - [12 @ $140] |
| 116 | 1; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/15/2016 | Sea Island | $ 60.95 | Isle in the Glynn County, GA | TM May Travel | lodging/food may 11-15 balance wlp | WLP | Travel | Lodging | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 117 | 1; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/24/2016 | 21C Hotel | $ 5,482.40 | Louisville, KY | TM May Travel | lodging/food T Schropp May 16-May 24 NRA annual meetings | T Schropp | Travel | Lodging | |
| 118 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/21/2016 | CXIII/Landini Brothers | $ 2,308.54 | Alexandria, VA | TM April Travel | TM seals dinner meeting part of $5999.21 | TM; Seals | Meals/Beverages | Group | |
| 119 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/18/2015 | CXIII/Landini Brothers | $ 2,299.04 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with Navy Seals Group part of $13,196.57 | TM; Navy Seals Group | Meals/Beverages | Group | |
| 120 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/1/2017 | Ready to Roll | $2,276.64 | Las Vegas, NV | TM FEB Travel | Ground Transportation Vegas airport to Four Seasons | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Pickup: 08:00 Dropoff: 23:00<br>Passenger: Makris, Anthony<br>Total: $2276.64 |
| 121 | 1; 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ 2,266.04 | Alexandria, VA | TM Jan Travel | Unknown | Josh Powell | Meals/Beverages | Individual | The statement from Landini Brothers is for Tony Makris, but the hand written note says, "All Josh Powell. Tony was on travel." The charges accumulated from 12/6 to 12/11/ 2017 |
| 122 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/2/2017 | Ready to Roll | $2,205.50 | Las Vegas, NV | TM FEB Travel | Ground Transportation from Four Seasons Vegas | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Pickup: 10:00 Dropoff: 00:30<br>Passenger: Makris, Anthony<br>Total: $2205.50 |
| 123 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/3/2017 | Ready to Roll | $2,205.50 | Las Vegas, NV | TM FEB Travel | Ground Transportation from Four Seasons Vegas | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Pickup: 10:00 Dropoff: 00:30<br>Passenger: Makris, Anthony<br>Total: $2205.50 |
| 124 | 1 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/12/2017 | CXIII/Landini Brothers | $ 2,189.58 | Alexandria, VA | Unknown | Unknown | Tony Makris; Josh Powell; Millie Hallow | Meals/Beverages | Group | Date: 05/22/17<br>CXIII Rex<br>Total: $271.10 (charge for Josh Powell)<br>Date: 05/23/17<br>Landini Brothers<br>Total: $169.13 (charge for Josh Powell)<br>Date: 05/13/17<br>Total: $1707.10 (charge for Millie Hallow)<br>Date: 05/13/17<br>Total: $42.25 (charge for Millie Hallow)<br>Overall total: $2189.58 |
| 125 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/8/2018 | CXIII/Landini Brothers | $ 2,140.64 | Alexandria, VA | TM JULY TRAVEL | 6/7/16 Tony Makris meal with Wayne LaPierre $129.58<br>6/19/16 Tony Makris meal with Wayne LaPierre & Nader Tavangar $494.81<br>6/20/16 Tony Makris meal with Wayne LaPierre, Josh Powell & CN $319.42<br>6/22/16 Tony Makris meal with Wayne LaPierre, Nader Tavangar, Josh Powell & Lance Olson $930.39<br>6/23/16 Tony Makris meal with Lance Olson $147.88<br>6/29/16 Tony Makris meal with C. Nash & DA $118.56 | Tony Makris; Wayne LaPierre; Nader Tavangar; Josh Powell; Lance Olson; DA | Meals/Beverages | Group | |
| 126 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/20/2017 | Ready to Roll | $ 2,134.35 | Las Vegas, NV | TM January Travel | TM Ground Transportation 15 hours as directed while in Las Vegas | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 127 | 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/26/2016 | 21C Hotel | $ 2,522.80 | Louisville, KY | TM May Travel | lodging/food Nader Tavangar may 16 - may 26 balance | Nader Tavangar | Travel | Lodging | Dinner and lunch for Nader. |
| 128 | 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/26/2016 | 21C Hotel | $ 892.06 | Louisville, KY | TM May Travel | balance lodging Nader Tavangar | Nader Tavangar | Travel | Lodging | Dinner; lunch and room rental for Nader. |
| 129 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/9/2016 | Ready to Roll | $ 2,077.50 | Las Vegas, NV | TM February Travel | Feb 5 Pickup drop off 4 seasons vegas 15 as directed | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel<br>DO: Four Seasons Hotel<br>Passenger - Tony Makris |
| 130 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/9/2016 | Ready to Roll | $ 2,077.50 | Las Vegas, NV | TM February Travel | Feb 6 Pickup drop off 4 seasons vegas 15 as directed | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel<br>DO: Four Seasons Hotel<br>Passenger - Tony Makris |
| 131 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/21/2016 | Ready to Roll | $ 2,077.50 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans 15 hrs as directed Vegas 4 seasons dropoffs as needed | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: As Directed Las Vegas |
| 132 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/18/2017 | Ready to Roll | $2,063.21 | Las Vegas, NV | TM FEB Travel | Tony Makris Ground Transportation Four Seasons as directed to McCarran INTL airport 14.5 hours as directed | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: As directed for the day, Las Vegas, McCarran International NV Las<br>Pickup: 09:00 Dropoff: 22:30<br>Passenger: Makris, Anthony<br>Requested by: Stephanie West<br>Total: $2063.21 |
| 133 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/9/2016 | CXIII/Landini Brothers | $ 2,056.19 | Alexandria, VA | TM March Travel | Lunch TM with Minnie Hallow sponsored BOD meeting part of $7430.39 | TM; Millie Hallow | Meals/Beverages | Group | |
| 134 | | 2017 | 148749 | EXP-10337 | 2/28/2017 - 2/28/2017 | Jeff Minson | Financial Analyst | 2/28/2017 | Bray's Island Plantation | $ 2,033.16 | Sheldon, SC | TM expenses for NRATV Shoot at Bray's Island | TM expenses for NRATV Shoot at Bray's Island | TM | Event | Other | Date: 02/28/17<br>NRA/TV Shoot at Brays Island Plantation Colony - Sheldon, SC |
| 135 | 1 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ 2,026.85 | Alexandria, VA | TM March Travel | Unknown | Tony Makris; Josh Powell | Meals/Beverages | Group | CXIII Rex<br>Date: 02/17/18<br>Total: 836.96<br>Date: 02/22/18<br>Total: $206.05<br>Date: 02/25/18<br>Total: $56.98<br>Date: 02/05/18<br>Total: $926.86<br>"All Josh Powell" handwritten on invoice<br>Total: $2026.85 |
| 136 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/17/2016 | Ritz Carlton | $ 587.54 | Dallas, TX | TM June Travel | Arrival date 6/16/16; departure 6/17; tm lodging/food in Dallas June 16-17 | Anthony Makris | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 137 | 8; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/20/2016 | 21C Hotel | $ 7,550.23 | Louisville, KY | TM June Travel | Arrival date 6/20/16; departure date 6/22/16; NR guest lodging confidential per WLP | NR Guest | Travel | Lodging | |
| 138 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/2/2015 | CXIII/Landini Brothers | $ 1,996.62 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with CN WLP MD KM & JC part of $13,196.57 | TM; CN; WLP; MD; KM; JC | Meals/Beverages | Group | Note on calendar T. Makris Navy seals dinner meeting. |
| 139 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/19/2017 | Ready to Roll | $ 1,992.06 | Las Vegas, NV | TM January Travel | TM Ground Transportation Four Seasons Hotel Lsa Vegas as directed 13 hours | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 140 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/5/2016 | CXIII/Landini Brothers | $ 1,974.69 | Alexandria, VA | TM June Travel | TM meal with BOD meeting with WLP part of $9,371.27 | TM; WLP; BOD | Meals/Beverages | Group | |
| 141 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/4/2016 | Ready to Roll | $ 1,939.00 | Las Vegas, NV | TM April Travel | Ground trans PU/dropoff Las Vegas 4 seasons 5 hours as directed April 1 | TM | Auto | Car Service | |
| 142 | 3 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/25/2016 | Cobblestone Hotel | $ 251.32 | Broken Bow, NE | TM June Travel | Arrival date 6/25/16; departure date ; TM hotel for Joaquin Jackson's funeral June 24 - 25 | TM | Travel | Lodging | |
| 143 | 3 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/26/2016 | Arrow Hotel | $ 106.02 | Broken Bow, NE | TM June Travel | Arrival date 6/25/16; departure date 6/26/16; TM hotel for Joaquin Jackson's funeral June 25-26 | TM | Travel | Lodging | |
| 144 | 3 | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/2/2016 | Hampton Inn | $ 181.65 | Kearney, NE | TM JULY TRAVEL | Lodging 6/25/2016 - 6/26/2017 1 Guest: Tony Makris | Tony Makris | Travel | Lodging | |
| 145 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/9/2016 | CXIII/Landini Brothers | $ 1,861.51 | Alexandria, VA | TM February Travel | Dinner TM NR Board of Directors Dinner Meeting part of $3032.68 | TM; Board of Directors | Meals/Beverages | Group | |
| 146 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/16/2017 | Ready to Roll | $ 1,849.77 | Las Vegas, NV | TM January Travel | TM Ground Transportation Four Seasons Hotel Lsa Vegas as directed 13 hours | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 147 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/17/2017 | Ready to Roll | $ 1,849.77 | Las Vegas, NV | TM January Travel | TM Ground Transportation Four Seasons Hotel Lsa Vegas as directed 13 hours | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 148 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/26/2017 | Ready to Roll | $ 1,849.77 | Atlanta, GA | Unknown | Unknown | Tony Makris; Burgundy | Auto | Car Service | Passenger: Burgundy, Tony Makris PU: Ritz Carlton Atl DO: Ritz Cartlon Atl |
| 149 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Ready to Roll | $ 1,849.77 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/22/2017 05:15<br>Drop-off time: 05/22/2017 18:15<br>Pick-up / Stops: Four Seasons Resort Scottsdale at Troon North, 10600 East Crescent Moon Drive Scottsdale AZ 85262 United States 05/22/2017 6:50am / 6:50 (stop) - 13400 E Shea Blvd<br>Drop-off: As directed<br>Amount: $1849.77 |
| 150 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/10/2016 | Ritz Carlton | $ 302.11 | Dallas, TX | TM September Travel | TM additional lodging not prev reported | TM | Travel | Lodging | |
| 151 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/25/2016 | CXIII/Landini Brothers | $ 1,845.67 | Alexandria, VA | TM March Travel | Lunch TM with WLP Dr. RO & RD & Navy Seals part of $5853.02 | TM; WLP; Dr RO; Dr RD; Navy Seals | Meals/Beverages | Group | |
| 152 | 3 | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Ritz Carlton | $ 1,104.18 | Dallas, TX | TM august travel | TM lodging | TM | Travel | Lodging | |
| 153 | 3 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/13/2016 | Ritz Carlton | $ 646.43 | Dallas, TX | TM September Travel | Lodging TM lodging/dining room 610 charge | Tony Makris | Travel | Lodging | Guest: Tony Makris<br>Arrive: 9/12/16 Depart: 9/13/16 |
| 154 | 3 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/13/2016 | Ritz Carlton | $ 10.83 | Dallas, TX | TM September Travel | Lodging TM honor bar food room 610 | Tony Makris | Travel | Lodging | Guest: Tony Makris<br>Arrive: 9/12/16 Depart: 9/13/16 |
| 155 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/7/2018 | CXIII/Landini Brothers | $ 1,816.05 | Alexandria, VA | TM FEB EXP | Date: January 9, 2018 - T. Makris, Steve H., Josh Powell - $234.32 & $80.32<br>Date: January 13, 2018 - T. Makris, NRA - BD members $886.44<br>Date: January 16, 2018 - T. Makris, Lance Olson, J. Powell, Wayne L, J. Perrar - $614.97 | T Makris; Steve H; Josh Powell; Josh Perren; NRA BD members; Lance Olson; Wayne L | Meals/Beverages | Group | |
| 156 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/14/2018 | CXIII/Landini Brothers | $ 1,809.82 | Alexandria, VA | TM May Travel part 2 | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 157 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/22/2017 | CXIII/Landini Brothers | $ 1,803.98 | Alexandria, VA | TM March travel | Meal Tony Makris with Navy Seals group part of $4,325.30 | Tony Makris; Navy Seals Group | Meals/Beverages | Group | Date: 02/22/17<br>CXIII Rex<br>Charge: $1367.25<br>Scv: $300.00<br>Tax: $136.73<br>Total: $1803.98 |
| 158 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/23/2018 | American Airlines | $ 1,801.01 | Unknown | TM FEB EXP | Passenger: Tony Makris<br>Flight details: 27 Feb 2018, Jacksonville/Dallas/Ft Worth<br>Flight details: 27 Feb 2018, Dallas/Ft Worth/Los Angeles | Anthony Makris | Travel | Airfare | Passenger: Makris/Anthony S<br>Total ticket amount: $1801.01 |
| 159 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/4/2016 | Ready to Roll | $ 1,800.50 | Las Vegas, NV | TM February Travel | Feb 3 PU DO 4 seasons vegas 13 hours as directed | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel<br>DO: Four Seasons Hotel<br>Passenger - Tony Makris |
| 160 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/22/2016 | Ready to Roll | $ 1,800.50 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans 13 hrs as directed Vegas Four Seasons dropoff as needed | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: As Directed Las Vegas |
| 161 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/10/2016 | Ready to Roll | $ 1,800.50 | Phoenix, AZ | TM March Travel | March 9 ground trans 13 hours as directed | Anthony Makris | Auto | Car Service | PU: 5200 East Camel Park Road Phoenix, AZ<br>DO: 5200 East Camel Park Road Phoenix, AZ |
| 162 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Ready to Roll | $ 1,800.50 | Las Vegas, NV | TM April Travel | Ground Trans PU Las Vegas Blvd to 4 Seasons 5 hours as directed April 3 | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: Four Seasons Hotel (Las Vegas) |
| 163 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Verizon | $ 1,796.60 | Unknown | TM FEB EXP | Unknown | Tony Makris; Elicia Warner | Miscellaneous | Telecommunications | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 164 | 1; 9 | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/6/2017 | CXIII/Landini Brothers | $ 1,793.31 | Alexandria, VA | TM November Travel | Unknown | Joshua Powell | Meals/Beverages | Individual | Date: 10/08/2017<br>CXIII Rex<br>Charge = $596.25<br>SCV = $131.00<br>Tax = $59.63<br>Total = $786.88<br>Date: 10/09/2017<br>CXIII Rex<br>Charge = $44.50<br>SCV = $9.00<br>Tax = $4.45<br>Total = $57.95<br>Date: 10/25/2017<br>CXIII Rex<br>Charge = $716.80<br>SCV = $160.00<br>Tax = $71.68<br>Total = $948.48<br>Balance: $1793.31 |
| 165 | 3 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/14/2016 | Ritz Carlton | $ 632.78 | Dallas, TX | TM September Travel | Lodging TM lodging/dining room 715 charge | Tony Makris | Travel | Lodging | Guest: Tony makris<br>Arrive: 9/13/16 Depart: 9/14/16 |
| 166 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/5/2017 | Ready to Roll | $ 1,778.63 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/24/2017 06:00<br>Drop-off time: 05/24/2017 18:30<br>Pick-up / Stops: Four Seasons Resort Scottsdale at Troon North, 10600 East Crescent Moon Drive, Scottsdale AZ 85262 United States 05/24/2017 9:00am / 09:00 (stop) - 13400 E Shea blvd<br>Drop-off: As directed<br>Amount: $1778.63 |
| 167 | 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/26/2016 | CXIII/Landini Brothers | $ 1,756.22 | Alexandria, VA | TM December travel expenses | Josh Powell and company meal with TM out of town | Josh Powell; Company | Meals/Beverages | Group | |
| 168 | 3 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/14/2016 | Ritz Carlton | $ 6.50 | Dallas, TX | TM September Travel | Lodging TM honor bar food room 715 | Tony Makris | Travel | Lodging | Guest: Tony makris<br>Arrive: 9/13/16 Depart: 9/14/16 |
| 169 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Delta Airlines | $ 1,748.60 | Unknown | TM July Travel | Unknown | Warner | Travel | Airfare | Airfare purchased for Warner.<br>7/9: Savanna to ATL<br>7/9: ATL to PHX<br>7/14: PHX to LA |
| 170 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Ready to Roll | $ 1,745.10 | Nashville, TN | TM December travel expenses | TM ground transportation as directed 14 hours while in Nashville | Tony Makris | Auto | Car Service | Passenger: Tony Makris |
| 171 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Ready to Roll | $ 1,743.05 | Florida | TM FEB EXP | Pick-up / Stops:<br>Hotel Duval 850-224-6000, 415 N. Monroe St. Tallahassee, FL 32301 (Stop) - 10100 Dream Tree Boulevard, Orlando, FL 32836<br>Drop-off:<br>Departure Orlando International Airport | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/18/2018 7:00<br>End time: 02/18/2018 19:15<br>Ordered by: Stephanie West |
| 172 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Ready to Roll | $ 1,743.05 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/23/2017 05:45<br>Drop-off time: 05/23/2017 18:00<br>Pick-up / Stops: Four Seasons Resort Scottsdale at Troon North, 10600 East Crescent Moon Drive Scottsdale AZ 85262 United States 05/23/2017 9:00am / 9:00 (stop) - 13400 E Shea Blvd<br>Drop-off: As directed<br>Amount: $1743.05 |
| 173 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/10/2016 | CXIII/Landini Brothers | $ 1,735.26 | Alexandria, VA | TM September Travel | Meal TM with CN RK KM LO JC & SM part of $7463.82 | TM; CN; RK; KM; LO; JC; SM | Meals/Beverages | Group | |
| 174 | 1 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/7/2018 | CXIII/Landini Brothers | $ 1,723.05 | Alexandria, VA | TM FEB EXP | Date: January 9, 2018 - T. Makris, Steve H., Josh Powell - $412.90<br>Date: January 12, 2018 - T. Makris, C. N., Ray K. - $194.85<br>Date: January 13, 2018 - T. Makris, C.N., J. Perrar - $122.58<br>Date: January 14, 2018 - T. Makris, J. Perrar, J. Powell, C. Nash(?) - $270.50<br>Date: January 16, 2018 - T. Makris, J. Powell, Andrew Arunlandoun (?), Josh Perrar - $84.50 & $380.63<br>Date: January 25, 2018 - Josh Powell - $256.69 | T Makris; Steve H; Josh Powell; Josh Perren; C Nash; Andrew A; Ray K | Meals/Beverages | Group | |
| 175 | | 2016 | 137631 | EXP-7304 | 2/18/2016- -2/29/2016 | Jeff Minson | Financial Analyst | 2/18/2016 | Alaska Airlines | $ 1,682.20 | Unknown | TIPS and Airfare reimbursement (PAID on TM personal AMEX) | Air transportation TM DC-LAX and return Feb 11th and Feb 18th | TM | Travel | Airfare | |
| 176 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Alaska Airlines | $ 1,682.20 | Los Angeles, CA | TM March Travel | Airfare Warner Loughlin LAX to DC RT | Warner Loughlin | Travel | Airfare | |
| 177 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/25/2016 | CXIII/Landini Brothers | $ 1,650.44 | Alexandria, VA | TM May Travel | TM with WLM WLP M Hallow LO & MD | TM; WLM; WLP; M Hallow; LO; MD | Meals/Beverages | Group | |
| 178 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/15/2016 | Colcord Hotel | $ 394.33 | Oklahoma City, OK | TM September Travel | Lodging OKC TM | Tony Makris | Travel | Lodging | Arrival: 9/14/16 Depart: 9/15/16 Guest: Tony Makris |
| 179 | 4; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/26/2016 | 21C Hotel | $ 1,643.00 | Louisville, KY | TM May Travel | deposit may 26 knar banquet for room: knar private banquet dinner | Ashley Hackler | Event | Food | Credit card statement includes: "Ashley Hackler - dinner". Invoice is titled 'Ashley Hackler Dinner'. |
| 180 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Ready to Roll | $ 1,636.34 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/253/2017 05:00<br>Drop-off time: 05/25/2017 16:30<br>Pick-up / Stops: Four Seasons Resort Scottsdale at Troon North, 10600 East Crescent Moon Drive Scottsdale AZ 85262 United States 05/23/2017 9:00am / 9:00 (stop) - 13400 E Shea Blvd<br>Drop-off: As directed<br>Amount: $1636.34 |
| 181 | 1; 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/15/2016 | Colcord Hotel | $ 368.36 | Oklahoma City, OK | TM September Travel | Lodging OKC WLP | Wayne Roberts | Travel | Lodging | Arrival: 9/14/16 Depart: 9/15/16 Guest: Wayne Roberts |
| 182 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/13/2016 | CXIII/Landini Brothers | $ 1,619.04 | Alexandria, VA | TM January Travel | TM lunch with T Schropp L olson WLP M Dycio & Josh Powell part of $5,408.13 | TM; T Schropp; L Olson; WLP; M Dycio; Josh Powell | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 183 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/20/2016 | CXIII/Landini Brothers | $ 1,609.92 | Alexandria, VA | TM November Travel | Meal TM with JP MD DA CN WLP part of 4465.38 | TM; JP; MD; DA; CN; WLP | Meals/Beverages | Group | |
| 184 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/14/2016 | CXIII/Landini Brothers | $ 1,607.44 | Alexandria, VA | TM January Travel | TM lunch with Mark Dycio WLP J Powell Dino Avilez & S Hart part of $4,576.99 | TM; Mark Dycio; WLP; J Powell; Dino Avilez; S Hart | Meals/Beverages | Group | |
| 185 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/21/2016 | Ritz Carlton | $ 1,644.31 | Dallas, TX | TM September Travel | Lodging TM lodging/dining/laundry TM room 610 | TM | Travel | Lodging | Guest: Tony Makris<br>Arrive: 9/19/16 Depart: 9/22/16 |
| 186 | 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/21/2016 | Ritz Carlton | $ 1,630.95 | Dallas, TX | TM September Travel | Lodging WLP lodging/dining/laundry TM room 802 | Wayne Roberts | Travel | Lodging | Guest: Wayne Roberts<br>Arrive: 9/19/16 Depart: 9/21/16 |
| 187 | 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/2/2018 | Rocky Patel | $ 1,575.00 | Centreville, VA | TM Jan Travel | Unknown | Mark Dycio; Mauricio Cremer | Unknown | Unknown | Sold to: Mark Dycio \| Ship to: Mauricio Cremer in Dallas Tx<br>Box of 20 NRA Valedor Toro 6x52 (Band, Cello) |
| 188 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/23/2016 | Four Seasons | $ 2,018.76 | Scottsdale, AZ | TM September Travel | Lodging dinner charges laundry TM Scottsdale Troon North room 715 | Tony Makris | Travel | Lodging | Guest: Tony Makris<br>Arrive: 9/21/16 Depart: 9/23/26 |
| 189 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/20/2017 | Ready to Roll | $ 1,565.19 | Las Vegas, NV | TM January Travel | TM Ground Transportation Four Seasons Hotel Lsa Vegas as directed 11 hours | Mr Dustin | Auto | Car Service | Passenger: Mr. Dustin Requested by: Stephanie west |
| 190 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/9/2016 | CXIII/Landini Brothers | $ 1,557.69 | Alexandria, VA | TM September Travel | Meal TM with MD WLP JP & SP part of $7463.82 | TM; MD; WLP; JP; SP | Meals/Beverages | Group | |
| 191 | 1; 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/23/2016 | Four Seasons | $ 1,308.88 | Scottsdale, AZ | TM September Travel | Lodging dinner charges laundry WLP Scottsdale Troon North room 703 | Wayne Roberts | Travel | Lodging | Guest: Wayne Roberts<br>Arrive: 9/21/16 Depart: 9/23/16 |
| 192 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/5/2016 | CXIII/Landini Brothers | $ 1,546.43 | Alexandria, VA | TM June Travel | TM meal with WLP & guests part of $11,124.91 | TM; WLP; Guests | Meals/Beverages | Group | |
| 193 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/30/2016 | Ready to Roll | $ 1,526.96 | Nashville, TN | TM December travel expenses | TM ground transport as directed 12.25hours while in Nascville including pickiup from Airport for Melanie Montgomery | TM; Melanie Montgomery | Auto | Car Service | Passenger Melanie Montgomery |
| 194 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/21/2016 | Ready to Roll | $ 1,523.50 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans 11 hrs as directed Vegas 4 seasons dropoffs as needed | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: As Directed Las Vegas |
| 195 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/27/2016 | Ready to Roll | $ 1,523.50 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans vegas 11 hours as directed from/return to Four Seasons | Anthony Makris | Auto | Car Service | Unable to read handwritten note on CC statement<br><br>PU: Four Seasons Hotel (Las Vegas)<br>DO: As Directed Las Vegas |
| 196 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ 1,523.50 | Las Vegas, NV | TM March Travel | March 5 ground trans TM WLP 11 hours as directed to Four Seasons - Vegas | TM; WLP | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: AS Directed Las Vegas |
| 197 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/6/2016 | CXIII/Landini Brothers | $ 1,523.16 | Alexandria, VA | TM May Travel | TM with WLP GS CN TK & MD | TM; WLP; GS; CN; TK; MD | Meals/Beverages | Group | |
| 198 | 2; 9 | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 10/31/2016 | Hermitage | $ 1,192.64 | Nashville, TN | TM OCT NOV travel tips and reimbursable expenses | WLM lodging split with NRA on cost lodging | Warner Loughlin | Travel | Lodging | bill divided between NRA and Warner Loughlin |
| 199 | 4 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/1/2016 | Four Seasons | $ 1,752.75 | Orlando, FL | TM November Travel | Deposit - Lodging Lake Buena Vista FL | TM | Travel | Lodging | |
| 200 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | American Airlines | $ 1,474.20 | Brays Island, SC | TM august travel | TM airfare savannah dallas | Anthony Makris | Travel | Airfare | Flight from Savannah GA to Dallas TX for Anthony Makris |
| 201 | 2; 9 | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | American Airlines | $ 1,474.20 | Savannah, GA | TM august travel | EL (WM) airfare Savannah Dallas | Elicia Loughlin | Travel | Airfare | Flight from Savannah GA to Dallas TX for Elicia Loughlin |
| 202 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/15/2016 | American Airlines | $ 1,471.10 | Unknown | TM June Travel | TM airfare phx to dal | TM | Travel | Airfare | |
| 203 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/20/2016 | CXIII/Landini Brothers | $ 1,455.12 | Alexandria, VA | TM august travel | TM meal with JP WLP WP MH & TS | TM; JP; WLP; WP; MH; TS | Meals/Beverages | Group | |
| 204 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/11/2016 | Ready to Roll | $ 1,454.25 | Phoenix, AZ | TM March Travel | Mar 10 Ground trans 10 hours as directed | Anthony Makris | Auto | Car Service | PU: 5200 East Camel Park Road Phoenix, AZ<br>DO: 5200 East Camel Park Road Phoenix, AZ |
| 205 | 2; 9 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/12/2018 | Delta Airlines | $ 1,439.45 | Phoenix, AZ | TM March Travel | Passenger Loughlin/Elicia Warner from LA to ATL | Elicia Warner Loughlin | Travel | Airfare | Passenger name: Loughlin/Elicia Warner<br>Airline: Delta Airlines<br>Flight details: 19 Mar 2018 Los Angeles/Atlanta<br>Flight details: 19 Mar 2018 Atlanta/Savannah<br>Amount: $1439.45 |
| 206 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/14/2018 | CXIII/Landini Brothers | $ 1,439.12 | Alexandria, VA | TM May Travel part 2 | 3/14/18: $819.48 TM, JP, Colleen Gallagher, Andrew Arunlorde, Ray Kenny<br>3/15/18: $619.64 TM | Tony Makris; JP; Colleen Gallagher; Andrew Arunlorde; Ray Kenny | Meals/Beverages | Group | |
| 207 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Jet Limousine | $ 1,437.00 | Unknown | TM July Travel | Unknown | Tony; Warner | Auto | Car Service | Trip was from 7/18 to 7/19. From Four Seasons in Scottsdale to PHX to drop off Tony and Hollywood Hills, CA for Warner's final destination |
| 208 | 3 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/1/2016 | Holiday Inn | $ 96.05 | Mt. Pleasant, TX | TM November Travel | Lodging TM | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrival: 10/31/16 Depart: 11/1/16 |
| 209 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/15/2015 | CXIII/Landini Brothers | $ 1,415.93 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with WLP CK JP MD CN JC & ZM part of $2,791.96 | T Makris; W LaPierre; C Kinney; J Perran; M Dycio; C Nash; John Cotton; Zane Markowitz | Meals/Beverages | Group | Cost is split into 2 charges with a handwritten note on the statement that says 'for vegas'<br><br>Handwritten notes on calendar states 'T. Makris, W. LaPierre, C. Kinney, J. perran, M. Dycio, C. Nash, John Cotton, Zane Markowitz' |
| 210 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/7/2016 | CXIII/Landini Brothers | $ 1,410.81 | Alexandria, VA | TM May Travel | TM with WLP GS CN TK & MD | TM; WLP; GS; CN; TK; MD | Meals/Beverages | Group | |
| 211 | 2; 9 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/28/2018 | American Airlines | $ 1,404.45 | Phoenix, AZ | TM March Travel | Passenger Loughlin/Elicia Warner from Savannah to Dallas | Elicia Warner Loughlin | Travel | Airfare | Date: 03/28/18<br>American Airline<br>Flight details: 08 Apr 2018 Savannah/Dallas/Ft Worth |
| 212 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/28/2018 | American Airlines | $ 1,404.45 | Phoenix, AZ | TM March Travel | Passenger TM from Savannah to Dallas | TM | Travel | Airfare | Date: 03/28/18<br>American Airline<br>Flight details: 08 Apr 2018 Savannah/Dallas/Ft Worth |
| 213 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/10/2018 | American Airlines | $ 1,395.56 | Phoenix, AZ | TM March Travel | Passenger TM from LA to WAS | Anthony Makris | Travel | Airfare | Passenger name: Makris/Anthony S<br>Airlines: American Airlines<br>Flight Details: 13 Mar 2018 Los Angeles/Washington Dc-National<br>Amount: $1395.56 |
| 214 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/5/2017 | Ready to Roll | $ 1,387.33 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/31/2017 15:00<br>Drop-off time: 06/01/2017 00:45<br>Pick-up / Stops: 3204 Ledgewood Dr. Hollywood, CA 90068 05/31/2017 12:00am / 0:00 (stop) - as directed, westwood<br>Drop-off: 3204 Ledgewood Dr. Hollywood, CA 90068<br>Amount: $1387.33 |
| 215 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ 1,385.00 | Las Vegas, NV | TM March Travel | March 6 ground trans TM WLP 6 hours as directed to Four Seasons - Vegas | TM; WLP | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: Four Seasons Hotel (Las Vegas) |
| 216 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/11/2016 | Mistral | $ 1,382.68 | Sherman Oaks, CA | TM October Travel Expense | Dinner TM with GC KE & HLF | TM; GC; KE; HLF | Meals/Beverages | Group | |
| 217 | 3 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/4/2016 | Ritz Carlton | $ 2,565.07 | Dallas, TX | TM November Travel | lodgining Dallas 2653.87 less 88 charge | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive: 10/31/16 Depart: 11/4/16 |
| 218 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/17/2016 | CXIII/Landini Brothers | $ 1,372.21 | Alexandria, VA | TM January Travel | TM lunch with C Nash R Kwong J Cotton D Stafford K Miller & Sonny Masso part of $5,408.13 | TM; C Nash; R Kwong; J Cotton; D Stafford; K Miller; Sonny Masso | Meals/Beverages | Group | |
| 219 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/8/2016 | CXIII/Landini Brothers | $ 1,367.08 | Alexandria, VA | TM February Travel | Dinner TM NR Board of Directors Dinner Meeting part of $2217.87 | TM; Board of Directors | Meals/Beverages | Group | |
| 220 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/1/2016 | CXIII/Landini Brothers | $ 1,366.13 | Alexandria, VA | TM October Travel Expense | TM lunch with JC DA JP & CN part of 5279.91 | TM; JC; DA; JP; CN | Meals/Beverages | Group | |
| 221 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/12/2016 | Tulsa Ambassador | $ 253.14 | Tulsa, OK | TM November Travel | Lodging Tulsa | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive:11/12/16 Depart: 11/13/16 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 222 | 1; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/15/2016 | Four Seasons | $ | 1,846.69 | Austin, TX | TM November Travel | Lodging WLP Austin TX Media meetings | Wayne Roberts | Travel | Lodging | Guest: Wayne Roberts<br>Arrive: 11/13/16 Depart: 11/14/16 |
| 223 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | LBT Prime Trump | $ | 1,348.90 | Washington, DC | TM FEB EXP | Unknown | Tony Makris | Meals/Beverages | Individual | Date: February 12, 2018<br>Subtotal: $1098.90<br>Tip: $250.00<br>Total: $1348.90<br>Tony Makris signature present |
| 224 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/19/2017 | Delta Airlines | $ | 1,339.60 | Unknown | TM OCT Travel | Passenger: Tony Makris<br>Sav > Atl<br>Atl > Dal<br>Dal > Atl<br>Atl > Sav | Tony Makris | Travel | Airfare | combined with Elicia ticket (2 charges of $1,339.60) |
| 225 | 2; 9 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/19/2017 | Delta Airlines | $ | 1,339.60 | Unknown | TM OCT Travel | Passenger: Elicia W Loughlin<br>Sav > Atl<br>Atl > Dal<br>Dal > Atl<br>Atl > Sav | Elicia W Loughlin | Travel | Airfare | Combined with Tony ticket (2 charges of $1,339.60) |
| 226 | 1 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ | 1,322.06 | Alexandria, VA | TM December | Unknown | Tony Makris; Josh Powell | Meals/Beverages | Group | Charges for Josh Powell at the Landini Brothers on 11/30 |
| 227 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/9/2018 | American Airlines | $ | 1,318.46 | Unknown | TM FEB EXP | Passenger: Tony Makris<br>Flight details: 11 Feb 2018, Dallas/Ft Worth/Washington DC-National | Anthony Makris | Travel | Airfare | Passenger: Makris/Anthony S<br>Total ticket amount: $1318.46 |
| 228 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/15/2016 | Four Seasons | $ | 1,073.36 | Austin, TX | TM November Travel | Lodging TM Austin TX media meetings | Tony Makris | Travel | Lodging | guest: tony makris |
| 229 | 2; 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 11/28/2017 | American Airlines | $ | 1,292.01 | Unknown | TM December | Unknown | Warner | Travel | Airfare | Trip for Warner from Savannah to Dallas on 12/29/17; Dallas to Montrose on 12/29/17, and Montrose to Dallas on 1/3/18 |
| 230 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/22/2017 | Ready to Roll | $ | 1,280.61 | Los Angeles, CA | TM AUG TRAVEL | Passenger (total): Tony Makris (1) PU: 3204 Ledgewood Dr Los Angeles, CA ST: as directed DO: 3204 Ledgewood Dr | Tony Makris | Auto | Car Service | Ordered by: Stephanie West |
| 231 | 1; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/15/2016 | Four Seasons | $ | 654.35 | Austin, TX | TM November Travel | Lodging No Show fee JP Austin TX Media meetings | Josh Powell | Travel | Lodging | Guest: Josh Powell<br>Arrive: 11/14/16 Depart: 11/14/16 |
| 232 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/24/2017 | CXIII/Landini Brothers | $ | 1,222.84 | Alexandria, VA | TM March travel | Meal Josh Powell and group part of $3,550.03 | Josh Powell; Guests | Meals/Beverages | Group | Date: 02/24/17<br>Landini Brothers<br>Charge: $466.65<br>Scv: $100.00<br>Tax: $46.67<br>Total: $613.32<br>Charge: $463.20<br>Scv: $100.00<br>Tax: $46.32<br>Total: $609.52<br>Overall total: $1222.84 |
| 233 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/29/2016 | CXIII/Landini Brothers | $ | 1,211.78 | Alexandria, VA | TM august travel | TM meal with CN WLP JP AA & MD | TM; CN; WLP; JP; AA; MD | Meals/Beverages | Group | |
| 234 | 2; 9 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/10/2016 | American Airlines | $ | 1,211.12 | Unknown | TM October Travel Expense | Air travel E Loughlin Nashville Dallas savannah - canceled credit to follow | E Louglin | Travel | Airfare | |
| 235 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/23/2017 | Ready to Roll | $ | 1,209.47 | Los Angeles, CA | TM AUG TRAVEL | Passenger (total): Tony Makris (1) PU: 3204 Ledgewood Dr Los Angeles, CA ST: 11441 Ayrshire Rd DO: 3204 Ledgewood Dr | Tony Makris | Auto | Car Service | Ordered by: Stephanie West |
| 236 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/24/2016 | Morton's Steakhouse | $ | 1,202.10 | Arlington, VA | TM October Travel Expense | dinner TM with Josh Powell Woody Phillips and Colleen Powell | TM; Josh Powell; Woody Phillips; Colleen Powell | Meals/Beverages | Group | |
| 237 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/22/2016 | Venetian | $ | 1,201.74 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Hospitality check via Hayley Holmes coffee water soft drinks chips pretzels cookies | Hayley Holmes | Event | Food | Attendees are stated as 10; event date is 1/20/2016 and includes food, meeting services, and technical services |
| 238 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/8/2018 | CXIII/Landini Brothers | $ | 1,193.45 | Alexandria, VA | TM June Travel | 05/08/2018: $313.80 TM, JP, AA<br>5/09/2018: $250.35 TM, S. Haut<br>5/11/2018: $790.70 TM, Jim Staples, A. Castellano<br>5/17/2018: $361.35 TM, TS, JP, Nash<br>5/18/2018: 463.05 TM, CN, Ray Kenny, Dino Avilez<br>5/19/2018: $972.21 TM, JP, CN, M. Dycio, Alex Castellano<br>5/21/2018: $281.01 TM, JP, TS | TM; JP; AA; S Haut; Jim Staples; TS; Nash; Ray Kenny; Dino Avilez; M Dycio; Alex Castellano | Meals/Beverages | Group | |
| 239 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/16/2016 | Four Seasons | $ | 1,150.11 | Orlando, FL | TM November Travel | Lodging TM Lake Buena Vista FL | Tony Makris | Travel | Lodging | Guest: Tony Makris |
| 240 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 6/4/2018 | Unknown | $ | 1,192.50 | Unknown | TM May Travel Part 1 | Account reconciliation | TM | Unknown | Unknown | Account reconciliation - prebilling difference "to be credited to June" |
| 241 | 3 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Hermitage | $ | 1,123.48 | Nashville, TN | TM December travel expenses | TM lodging nashville nove 29-dec1 | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive: 11/29/16 Depart: 12/1/16 |
| 242 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/4/2016 | Avis | $ | 1,181.10 | Unknown | TM November Travel | Car rental TM Nashville Arkansas Bray Island | TM | Auto | Car Rental | |
| 243 | 3 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Hermitage | $ | 407.72 | Nashville, TN | TM December travel expenses | TM lodging nashville nove 29-dec1 | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive: 11/29/16 Depart: 12/1/16 |
| 244 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/13/2018 | Ready to Roll | $ | 1,173.89 | Los Angeles, CA | TM March Travel | Unknown | Anthony Makris | Auto | Car Service | ref# cu2173<br><br>Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony (1)<br>Start time: 03/12/18 14:30<br>End time: 03/12/18 22:45<br>Pick-up / Stops: 3204 Ledgewood Dr. Los Angeles CA 90068 (stop) - Thousand Oaks, CA WAIT<br>Drop-off: 3204 Ledgewood Dr. Los Angeles, CA 90068<br>Amount: $1173.89 |
| 245 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/8/2016 | Ritz Carlton | $ | 1,551.28 | Dallas, TX | TM December travel expenses | TM Lodging dallas for meetings | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive:12/6/2016 Depart: 12/8/16 |
| 246 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/12/2017 | Carey International | $ | 1,151.49 | Dallas, TX | TM January Travel | TM ground transportation dallas Hotel Zaza as directed ending 1919 Briar oaks Ln Houdson | Tony Makris | Auto | Car Service | Passenger: Tony Makris, Arranged by: Eric Van Horn |
| 247 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/8/2016 | Ritz Carlton | $ | 1,376.95 | Dallas, TX | TM December travel expenses | WLP Lodging in Dallas for meetings | Wayne Roberts | Travel | Lodging | Guest: Wayne Roberts Arrive:12/6/2016 Depart: 12/8/16 |
| 248 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/31/2017 | Ready to Roll | $ | 1,144.32 | Las Vegas, NV | TM FEB Travel | Ground Transportation Vegas airport to Four Seasons | Anthony Makris | Auto | Car Service | PU: HSH N35455<br>Drop: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Pickup: 15:15 Dropoff: 22:15<br>Passenger: Makris, Anthony<br>Total: $1144.32 |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 249 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/30/2018 | Estrella | $ 1,142.90 | Beverly Hills, CA | TM FEB EXP | Unknown | Tony Makris; Amy Adams; Damen LaSanta; Wayne | Meals/Beverages | Group | Date: 1/30/2018<br>Amount: $942.90<br>Tip: $200.00<br>Total: $1,142.90<br>Tony Makris signature present<br>No further details provided |
| 250 | 4 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Beverly Hills Hotel | $ 2,004.86 | Beverly Hills, CA | TM January Travel | TM deposit for stay at Beverly Hills Hotel Feb 11-14 | Mr and Mrs Tony Makris | Travel | Lodging | Guest: Mr. & Mrs. Tony Makris Arrive: 2/11/17 Depart: 2/15/17. No hotel header on invoice. |
| 251 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Omni Hotel | $ 193.42 | Dallas, TX | TM January Travel | TM lodging room service charges, laundry business center charges Jan 4-9 | TM | Travel | Lodging | Guest: Tony Makris Arrive: 1/4/17 Depart: 1/9/17 |
| 252 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/1/2016 | Mistral | $ 1,124.05 | Unknown | TM February Travel | Lunch TM with T Selleck D Selleck D Muntz J Milius C Kenney K Elliott | TM; T Selleck; D Selleck; D Muntz; J Milius; C Kenney; K Elliott | Meals/Beverages | Group | |
| 253 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Wynn | $ 2,362.98 | Las Vegas, NV | TM January Travel | Lodging/tax Jan 15-21 Hayley Holmes | Hayley Holmes | Travel | Lodging | Guest: Hayley Holmes Arrive: 1/15/17 Depart: 1/21/17, no header on invoice |
| 254 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/2/2016 | CXIII/Landini Brothers | $ 1,121.45 | Alexandria, VA | TM September Travel | Meal TM with JP AA MD & WLP part of $7,463.82 | TM; SH; WLP; MD; JP | Meals/Beverages | Group | |
| 255 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Wynn | $ 1,779.32 | Las Vegas, NV | TM January Travel | Lodging/tax Jan 16-19 Lacey Duffy | Lacey Duffy | Travel | Lodging | Guest: Lacey Duffy Arrive: 1/16/17 Depart: 1/20/17 |
| 256 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/20/2016 | CXIII/Landini Brothers | $ 1,103.01 | Alexandria, VA | TM October Travel Expense | TM lunch with MD CN WLP JP part of 5279.91 | TM; MD; CN; WLP; JP | Meals/Beverages | Group | |
| 257 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/28/2016 | Grand Havana | $ 1,101.33 | Unknown | TM February Travel | Dinner TM with T Selleck D Selleck D Muntz K Elliott & T Calleton | TM; T Selleck; D Selleck; D Muntz; K Elliott; T Calleton | Meals/Beverages | Group | |
| 258 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/3/2017 | Delta Airlines | $ 1,101.05 | Unknown | TM OCT Travel | Passenger: Tony Makris LA/ATL ATL/SAV | Tony Makris | Travel | Airfare | |
| 259 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Wynn | $ 1,358.40 | Las Vegas, NV | TM January Travel | Lodging/tax Jan 16-19 Melanie Montgomery | Melanie Hill | Travel | Lodging | Guest: melanie hill Arrive: 1/16/17 Depart: 1/19/17 |
| 260 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/12/2017 | Hotel Zaza | $ 5,278.71 | Dallas, TX | TM January Travel | TM lodging, food and beverage Dallas Jan | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive: 1/8/17 Depart: 1/12/17 |
| 261 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/4/2016 | CXIII/Landini Brothers | $ 1,086.87 | Alexandria, VA | TM June Travel | TM meal with BOD meeting with WLP part of $9,371.27 | TM; WLP; BOD | Meals/Beverages | Group | |
| 262 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/16/2017 | St. Regis | $ 1,919.35 | Houston, TX | TM January Travel | TM lodging food and beverage Jan 12 -15 | Tony Makris | Travel | Lodging | Guest: Tony Makris Arrive: 1/12/17 Depart: 1/15/17 |
| 263 | 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/18/2017 | Four Seasons | $ 2,333.54 | Las Vegas, NV | TM January Travel | WLP Lodging in Las vegas Jan 14-18 | Mr & Mrs Wayne Roberts | Travel | Lodging | Guest: Mr. & Mrs. Wayne Roberts Arrive: 1/14/17 Depart: 1/18/17 |
| 264 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/18/2017 | Four Seasons | $ 426.38 | Las Vegas, NV | TM January Travel | Jack Mayfield NO show charge on Lodging Jan 14-18 | Jack Mayfield | Travel | Lodging | Guest: Jack Mayfield Arrive: 1/18/17 Depart: 1/18/17 |
| 265 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/24/2016 | CXIII/Landini Brothers | $ 1,042.60 | Alexandria, VA | TM April Travel | TM lunch with GS MD SH DA & TS part of $3289.50 | TM; GS; MD; SH; DA; TS | Meals/Beverages | Group | |
| 266 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/18/2016 | Ready to Roll | $ 1,038.75 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Ground trans Vegas 7.5 hours as directed airport to Four Seasons | TM | Auto | Car Service | PU: LAS N<br>DO: Four Seasons Hotel LV |
| 267 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/6/2017 | The Ivy | $ 1,030.73 | Los Angeles, CA | TM FEB Travel | Dinner with Dan Selleck, Wayne LaPierre, WP, WLM & TS, Tony Makris | Dan Selleck; Wayne LaPierre; WP; WLM; TS; Tony Makris | Meals/Beverages | Group | Date: 02/06/17<br>Amount: $980.73<br>Tip: $50.00<br>Total: $1030.73<br>Tony Makris signature present at bottom of receipt |
| 268 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/28/2016 | Palm Restaurant | $ 1,022.09 | Nashville, TN | TM November Travel | Lunch TM with WL and David Corlew (manager charlie daniels band) | TM; David Corlew; WL | Meals/Beverages | Group | handwritten note "TM, WL David Corlew" |
| 269 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/12/2015 | CXIII/Landini Brothers | $ 1,019.37 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with RB LO JC CN JP & KM part of $13,196.57 | T Makris; R Bair; L Olson; J Cotton; C Nash; J Perrar; K Miller | Meals/Beverages | Group | Note on calendar T. Makris, R. Bair, L. Olson, J. Cotton, C. Nash, J. Perrar, K. Miller. |
| 270 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/13/2016 | Old Oaks Cigar & Wine | $ 1,010.50 | Thousand Oaks, CA | TM June Travel | amenities for T selleck with TM | T Selleck; TM | Meals/Beverages | Group | |
| 271 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/8/2016 | CXIII/Landini Brothers | $ 1,007.66 | Alexandria, VA | TM September Travel | Meal TM with SH WLP MD & JP part of $7463.82 | TM; SH; WLP; MD; JP | Meals/Beverages | Group | |
| 272 | 1; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/29/2016 | CXIII/Landini Brothers | $ 1,006.81 | Alexandria, VA | TM May Travel | Millie Hallow with guests | Millie Hallow; Guests | Meals/Beverages | Group | |
| 273 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/21/2017 | Four Seasons | $ 1,000.00 | Atlanta, GA | Unknown | Banquet event order | TM | Event | Room Rental | Banquet Event order<br>Account: Lquinones - Advertising<br>Post As: Ackerman McQueen Dinner<br>Event Date: Thursday, April 27, 2017<br>Total rental: $1000 |
| 274 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/22/2016 | CXIII/Landini Brothers | $ 999.13 | Alexandria, VA | TM March Travel | Lunch TM with WLP Dr.RO CN & TS part of $5853.02 | TM; WLP; Dr RO; CN; TS | Meals/Beverages | Group | |
| 275 | | 2018 | 160161 | 12119 | 6/28/2018-8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Alaska Airlines | $ 998.20 | Unknown | TM July Travel | Unknown | TM | Travel | Airfare | July 24 travel from LAX to WAS |
| 276 | | 2018 | 160161 | 12119 | 6/28/2018-8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Alaska Airlines | $ 998.20 | Unknown | TM July Travel | Unknown | TM | Travel | Airfare | Aug 12 travel from WAS to LAX |
| 277 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/20/2017 | Ready to Roll | $ 996.03 | Las Vegas, NV | TM January Travel | Mr. Dustin Ground Transportation 7 hours as directed while in Las Vegas | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 278 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/21/2017 | Ready to Roll | $ 996.03 | Las Vegas, NV | TM January Travel | TM Ground Transportation 7 hours as directed while in Las Vegas | Mr Dustin | Auto | Car Service | Passenger: Mr. Dustin Requested by: Stephanie west |
| 279 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/26/2017 | Ready to Roll | $ 996.03 | Dallas, TX | TM SEPT Travel | Passenger: Tony Makris PU: DFW Intl ST: as directed DO: Hotel ZaZa 2332 leonard st dallas, tx | Tony Makris | Auto | Car Service | Ordered by: Stephanie West |
| 280 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/10/2016 | Il Piccolino | $ 993.47 | W. Hollywood, CA | TM June Travel | TM meal with SB SJ & WLP | TM; SB; SJ; WLP | Meals/Beverages | Group | |
| 281 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/19/2017 | Four Seasons | $ 11,849.03 | Las Vegas, NV | TM January Travel | Four Seasons lodging & Meals for T Makris Room | Mr & Mrs Tony Makris | Travel | Lodging | Guest: Mr. & Mrs. Tony Makris |
| 282 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/27/2016 | CXIII/Landini Brothers | $ 985.95 | Alexandria, VA | TM august travel | TM meal with KP SM JC & SH | TM; KP; SM; JC; SH | Meals/Beverages | Group | |
| 283 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/3/2016 | CXIII/Landini Brothers | $ 971.47 | Alexandria, VA | TM April Travel | TM lunch with TS WLP BS WP & JP part of $5999.21 | TM; TS; WLP; BS; WP; JP | Meals/Beverages | Group | |
| 284 | | 2018 | 154706/155170 | 11444 | 9/27/2017-1/5/2017 | Jeff Minson | Financial Analyst | 10/19/2017 | Carey International | $ 964.89 | Dallas, TX | TM SEP OCT | NRA meetings - ground transportation | Tony Makris | Auto | Car Service | Trip for Tony Makris from Love Field to Hotel ZAZA. The trip took 8.5 hours |
| 285 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/14/2015 | CXIII/Landini Brothers | $ 956.47 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with RB MW JP CN & KM part of $13,196.57 | TM; RB; MW; JP; CN; KM | Meals/Beverages | Group | |
| 286 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/6/2016 | Mistral | $ 950.80 | Sherman Oaks, CA | TM September Travel | Lunch TM with KE PM MV & KM | Ken Elliott; Pat Marias; Mike Vedeen; Kate Marias; Tony Makris | Meals/Beverages | Group | handwritten "Ken Elliott, Pat Marias, Mike Vedeen, Kate Marias, Tony Makris" |
| 287 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/7/2016 | Delta Airlines | $ 949.80 | Unknown | TM November Travel | Air transportation TM Savannah - ATL - Tulsa | Tony Makris | Travel | Airfare | Passenger: Tony Makris |
| 288 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/13/2016 | Jeffrey's | $ 934.53 | Austin, TX | TM November Travel | Lunch TM with JP WP RM and WLP | TM; J Powell; Woody; Revan; Wayne | Meals/Beverages | Group | handwritten note "TM J Powell, Woody, Revan, Wayne" |
| 289 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/11/2016 | Mastro's City | $ 931.84 | Scottsdale, AZ | TM March Travel | Dinner TM with WLP MD Dr. RO Dr. Nyguen, Warner Louglin & Caroline Oxford | TM; WLP; MD; Dr RO; Dr Nyguen; Warner Loughlin; Caroline Oxford | Meals/Beverages | Group | |

| 290 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/10/2018 | Delta Airlines | $ 927.56 | West Palm Beach, FL | TM Jan Travel | Unknown | TM | Travel | Airfare | The invoice is for travel from West Palm Beach to ATL on 1/26/18 and ATL to LAX on 1/26/18. The hand written note states, "From West Palm to LA." |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 291 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/18/2019 | CXIII/Landini Brothers | $ 924.55 | Alexandria, VA | TM April Travel | TM lunch with CN RK KC & LC part of $5999.21 | TM; CN; RK; KC; LC | Meals/Beverages | Group | |
| 292 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/7/2016 | Madeo Restorante | $ 924.09 | Los Angeles, CA | TM October Travel Expense | TM Dinner with WLM NT WLP & CM | TM; WLM; NT; WLP; CM | Meals/Beverages | Group | |
| 293 | 4; 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/20/2017 | Four Seasons | $ 730.13 | Las Vegas, NV | TM January Travel | Lance Olson lodging deposit | Lance Olson | Travel | Lodging | Guest: Lance Olson Advanced Deposit |
| 294 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/23/2016 | CXIII/Landini Brothers | $ 921.74 | Alexandria, VA | TM august travel | TM meal with JP WLP AA & MD | TM; JP; WLP; AA; MD | Meals/Beverages | Group | |
| 295 | 2; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/25/2018 | American Airlines | $ 916.20 | Savannah, GA | TM April Travel | Unknown | Elicia Warner Loughlin | Travel | Airfare | Trip on 05/01 from Savannah to Dallas |
| 296 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/24/2018 | American Airlines | $ 916.20 | Savannah, GA | TM April Travel | Unknown | Tony Makris | Travel | Airfare | Trip from Savannah to Dallas |
| 297 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/27/2016 | CXIII/Landini Brothers | $ 915.13 | Alexandria, VA | TM March Travel | Lunch TM with WLP CN PS Drs. RO & RD part of $5853.02 | TM; WLP; CN; PS; Dr RO; Dr RD | Meals/Beverages | Group | |
| 298 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/14/2018 | CXIII/Landini Brothers | $ 912.03 | Alexandria, VA | TM May Travel part 2 | 3/18/18: $747.30 TM, Chuck Nash, JP, MD | Tony Makris; CN; JP; MD | Meals/Beverages | Group | |
| 299 | 9 | 2018 | 156967 | EXP-11653 | 12/29/2017 - 3/27/2018 | Jeff Minson | Financial Analyst | 1/10/2018 | American Airlines | $ 906.30 | Unknown | TM FEB Supplemental | Air travel for James Rosen to meet with in Dallas | James Rosen | Travel | Airfare | Date: 01/10/18<br>Airline ticket for James Rosen<br>Travel to Dallas from Washington, DC and return<br>Amount $906.30 |
| 300 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ 903.96 | Unknown | TM July Travel | Unknown | Elicia Warner; Passenger | Auto | Car Service | The note says the car picked up Elicia Warner and the trip was directed for the day. Passenger count says 2, base charges indicate 9 @72.00. |
| 301 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/15/2017 | Cosmopolitan | $ 901.57 | Las Vegas, NV | TM January Travel | TM Dinner with Chris McKinney and WLP | TM; Chris McKinney; WLP | Meals/Beverages | Group | handwritten "TM WLP Chris McKinney" |
| 302 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/26/2017 | Virgin America | $ 901.20 | Dallas, TX | TM SEPT Travel | Passenger: Tony Makris From: DFW To: Washington Natl | Tony Makris | Travel | Airfare | |
| 303 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/10/2018 | Alaska Airlines | $ 898.30 | Washington, DC | TM Jan Travel | Unknown | Tony Makris | Travel | Airfare | The invoice is for travel from WAS to LAX on 1/17/18. |
| 304 | 2; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/24/2018 | Alaska Airlines | $ 898.20 | Dallas, TX | TM April Travel | Unknown | Elicia Warner Loughlin | Travel | Airfare | Trip from Dallas to LA |
| 305 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/29/2016 | Virgin Airlines | $ 898.10 | Unknown | TM September Travel | Air transportation TM DAL to DC | TM | Travel | Airfare | |
| 306 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/21/2017 | Four Seasons | $ 11,843.32 | Las Vegas, NV | TM January Travel | Balance on Four Seasons lodging & meals T Makris Room | Mr & Mrs Tony Makris | Travel | Lodging | Guest: Mr. & Mrs. Tony Makris Arrive: 1/14/17 Depart: 1/20/17 |
| 307 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/22/2017 | Ready to Roll | $ 889.31 | Los Angeles, CA | Unknown | PU: 3204 Ledgewood Drive, Los Angeles, CA<br>ST: 8501 Wilshire Bvd. #316, Beverly Hills, CA.<br>DO: 3204 Ledgewood Drive, Los Angeles, CA | Tony Makris | Auto | Car Service | |
| 308 | 4; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/26/2017 | Four Seasons | $ 561.38 | Las Vegas, NV | TM January Travel | Mark Dycio Las Vegas Lodging deposit | Mark Dycio | Travel | Lodging | Guest: Tony Makris ADVANCE DEPOSIT |
| 309 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/27/2016 | Ready to Roll | $ 872.55 | Nashville, TN | TM November Travel | Ground transportation BNA 5578 AA airport Nashville to Hermitage Hotel | Tony Makris | Auto | Car Service | Passenger: Tony Makris |
| 310 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/23/2016 | CXIII/Landini Brothers | $ 868.12 | Alexandria, VA | TM March Travel | Lunch TM with CN KM SH RK & JP part of $7430.39 | TM; CN; KM; SH; RK; JP | Meals/Beverages | Group | |
| 311 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/25/2016 | CXIII/Landini Brothers | $ 866.77 | Alexandria, VA | TM March Travel | Lunch TM with Dr.O Dr. D WLP and Navy Seals Group part of $7430.39 | TM; Dr O; Dr D; WLP; Navy Seals Group | Meals/Beverages | Group | |
| 312 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/8/2016 | Crustacean | $ 858.64 | Beverly Hills, CA | TM October Travel Expense | TM Dinner with WLP WLM CM & NT | TM; WLP; WLM; CM; NT | Meals/Beverages | Group | |
| 313 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/7/2017 | Alaska Airlines | $ 858.20 | Unknown | TM AUG TRAVEL | Passenger: Tony Makris From: Los Angeles, CA To: Washington Natl | Tony Makris | Travel | Airfare | |
| 314 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/23/2018 | The Standard | $ 857.65 | Nashville, TN | TM April Travel | Unknown | Keith Wallender; Jaine; Tony Makris; David Corlew | Meals/Beverages | Group | |
| 315 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/4/2017 | Four Seasons | $ 32,897.50 | Las Vegas, NV | TM FEB Travel | Lodging Food and Beverage Jan 31 - Feb 4 | Mr and Mrs Anthony Makris | Travel | Lodging | Arrival: 01/31/17<br>Departure: 02/04/17<br>Charges for PRESS Lounge Lunch, resort fee, resort fee tax, room charge, room tax, room tax increase, Charlie Palmer Steak House, Private Bar, room service breakfast, laundry, House of Blues, business center<br>Total: $32897.50 |
| 316 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/5/2018 | Flashlight Outlet | $ 855.00 | Valparaiso, IN | TM May Travel Part 1 | Flashlights and Batteries | Tony Makris | Miscellaneous | Other | Email from Stephanie West to Jeff Minson - "For NRA Advancement - Give aways |
| 317 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/13/2017 | Alaska Airlines | $ 854.21 | Unknown | Unknown | Unknown | AM | Travel | Airfare | Flight from LA to DCA |
| 318 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ready to Roll | $ 854.08 | Florida | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Ground trans Jupiter FL 8.5 hrs as directed | TM | Auto | Car Service | PU: 209 Commodore Dr. Jupiter, FL<br>DO: 4012 Central Florida Parkway Orlando, FL |
| 319 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/7/2017 | Ready to Roll | $ 853.74 | Los Angeles, CA | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 06/05/2017 14:15<br>Drop-off time: 06/05/2017 22:45<br>Pick-up / Stops: 3204 Ledgewood Dr. Hollywood, CA 90068 (stop) - Westlake A/D<br>Drop-off: 3204 Ledgewood Dr. Hollywood, CA 90068<br>Amount: $853.74 |
| 320 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/7/2017 | Ready to Roll | $ 853.74 | Unknown | Unknown | Unknown | TM | Auto | Car Service | |
| 321 | 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/4/2017 | Four Seasons | $ 1,817.91 | Las Vegas, NV | TM FEB Travel | M Dycio Lodging Food and Beverage Jan 31 - Feb 4 | M Dycio | Travel | Lodging | Arrival: 01/31/17<br>Departure: 02/04/17<br>Charges for resort fee, resort fee tax, room charge, room tax, room tax increase<br>Total: $1817.91 |
| 322 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/5/2016 | CXIII/Landini Brothers | $ 846.30 | Alexandria, VA | TM December travel expenses | JP and company meal wih out of TM out of town during this period | JP; Company | Meals/Beverages | Group | |
| 323 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/24/2017 | Alaska Airlines | $ 844.20 | Unknown | TM January Travel | TM Feb 20th LAX to DC | Tony Makris | Travel | Airfare | Passenger: Tony Makris |
| 324 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/20/2016 | Venetian | $ 833.95 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Hospitality check via Hayley Holmes coffee water soft drinks chips pretzels cookies | Hayley Holmes | Event | Food | Attendees are stated as 10; event date is 1/20/2016 and includes food, meeting services, and technical services |
| 325 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/4/2016 | Ready to Roll | $ 831.00 | Las Vegas, NV | TM April Travel | Ground Trans PU Las Vegas Blvd to 4 Seasons 5 hours as directed April 1 | Anthony Makris | Auto | Car Service | PU: 6005 S. Las Vegas Blvd Las Vegas, NV<br>DO: Four Seasons Hotel (Las Vegas) |
| 326 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/21/2016 | CXIII/Landini Brothers | $ 829.72 | Alexandria, VA | TM august travel | TM meal with WLP MH JP & JP | TM; WLP; MH; JP; JP | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 327 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/14/2017 | American Airlines | $ 826.20 | Unknown | TM SEPT Travel | Passenger: Tony Makris Depart: DRR Arrive: DFW | Tony Makris | Travel | Airfare | |
| 328 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/10/2015 | CXIII/Landini Brothers | $ 822.71 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with CN LO KM JP & MD part of $13,196.57 | T Makris; M Dycio; L Olson; C Nash; J Perrar; K Miller | Meals/Beverages | Group | Note on calendar T. Makris, M. Dycio, L. Olson, C. Nash, J. Perrar, K. Miller. |
| 329 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/22/2016 | Enterprise | $ 817.38 | Savannah, GA | TM April Travel | car rental savannah, GA April 12 | Anthony Makris | Auto | Car Rental | 9 day rental - picked up at Savannah Airport |
| 330 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/16/2017 | Tuscany | $ 816.75 | Westlake Village, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 331 | 1; 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/5/2017 | Four Seasons | $ 2,430.21 | Las Vegas, NV | TM FEB Travel | L Olsen Lodging Food and Beverage | L Olsen | Travel | Lodging | Arrival: 02/01/17<br>Departure: 02/05/17<br>Charges for resort fee, resort fee tax, room charge, room tax, room tax increase, Private Bar, Veranda Lunch<br>Total: $2430.21 |
| 332 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/13/2016 | Carey International | $ 814.47 | Dallas, TX | TM April Travel | TM ground transportation while in Dallas | TM | Auto | Car Service | PU: Ritz Carlton Dallas<br>DO: TBA |
| 333 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/9/2016 | CXIII/Landini Brothers | $ 808.77 | Alexandria, VA | TM June Travel | TM meal with WLP part of $11,124.91 | TM; WLP | Meals/Beverages | Group | |
| 334 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/22/2018 | American Airlines | $ 805.20 | Unknown | TM May Travel part 2 | Depart: DCA<br>Arrive: Savannah | Tony Makris | Travel | Airfare | |
| 335 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/1/2017 | Ready to Roll | $ 803.52 | Scottsdale, AZ | TM AUG TRAVEL | Passenger (total): Tony Makris (1) PU: Four Seasons Resort Scottsdale, AZ ST: Mayo clinic ST: Lunch Add New Passenger: Warner Loughlin DO: Four Seasons Resort Scottsdale, AZ | Tony Makris; Warner Loughlin | Auto | Car Service | Ordered by: Warner Loughlin |
| 336 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/10/2017 | Delta Airlines | $ 802.30 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Passenger: Tony Makris From: Savannah intl To: Atlanta Hartsfield/LA intl | Tony Makris | Travel | Airfare | handwritten note on AMEX stmt shows two charges from Delta of $802.30, which equals the online receipt of $1604.60, Delta receipt shows 2 passengers flying from SAV to ATL to LAX |
| 337 | 2 | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/10/2017 | Delta Airlines | $ 802.30 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Passenger: Elicia W Loughlin From: Savannah intl To: Atlanta Hartsfield/LA intl | Elicia W Loughlin | Travel | Airfare | handwritten note on AMEX stmt shows two charges from Delta of $802.30, which equals the online receipt of $1604.60, Delta receipt shows 2 passengers flying from SAV to ATL to LAX |
| 338 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/16/2017 | American Airlines | $ 801.24 | Unknown | TM November Travel | Passenger: Tony Makris<br>Flight Details: 29 Dec 2017 Savannah/Dallas/Ft Worth<br>Flight Details: 29 Dec 2017 Dallas/Ft Worth/Montrose<br>Flight Details: 03 Jan 2018 Montrose/Dallas/Ft Worth<br>Total: $1602.48<br>Passenger: Elicia Warner Loughlin<br>Flight Details: 29 Dec 2017 Savannah/Dallas/Ft Worth<br>Flight Details: 29 Dec 2017 Dallas/Ft Worth/Montrose<br>Flight Details: 03 Jan 2018 Montrose/Los Angeles<br>Total: $1602.48 | Tony Makris; Elicia Warner Loughlin | Travel | Airfare | There was an email sent from Stephanie West to Tony Makris on November 30, 2017 stating "Tony, How should I handle the cost of the airline ticket to Colorado? The total of the ticket is $1,602.48. I placed the charged on your corporate card, but after speaking with you today, I realize a portion of the trip is personal and the return to Dallas is business. Split it in half?<br>Tony responded on December 1, 2017 "yes" |
| 339 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/15/2017 | Beverly Hills Hotel | $8,802.13 | Beverly Hills, CA | TM FEB Travel | Lodging Food Parking & Beverage | Mr and Mrs Anthony Makris | Travel | Lodging | Arrival: 02/11/17<br>Departure: 02/15/17<br>Total: $9944.76<br>Personal expenses were deducted from total:<br>Spa services $342.00, IBAHN Movies $11.99, Polo Lounge Dinner - Food $806.64 = $1142.63<br>Overall total: $8802.13 |
| 340 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/2/2016 | Cosmopolitan | $ 797.81 | Las Vegas, NV | TM April Travel | TM dinner with WLP SLP NT MD with Terry and Colleen (guests of WLP) | TM; WLP; SLP; NT; MD; Terry; Colleen | Meals/Beverages | Group | |
| 341 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/21/2016 | CXIII/Landini Brothers | $ 792.92 | Alexandria, VA | TM November Travel | Meal TM with CN MD JP part of 4465.38 | TM; CN; MD; JP | Meals/Beverages | Group | |
| 342 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/2/2016 | CXIII/Landini Brothers | $ 781.97 | Alexandria, VA | TM June Travel | TM MEAL with WL JP & HM part of $9,371.27 | TM; WL; JP; HM | Meals/Beverages | Group | |
| 343 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/26/2016 | CXIII/Landini Brothers | $ 779.61 | Alexandria, VA | TM March Travel | Lunch TM with WLP M Hallow Dr. O Dr. D part of $7430.39 | TM; WLP; M Hallow; Dr O; Dr D | Meals/Beverages | Group | |
| 344 | 2; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/22/2017 | American Airlines | $ 777.00 | Phoenix, AZ | Unknown | Unknown | Elicia Loughlin | Travel | Airfare | Flight from Phoenix AZ to Burbank CA |
| 345 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/12/2017 | Ca Del Sole | $ 772.37 | Toluca Lake, CA | TM OCT Travel | Unknown | TM; GG; Joe Schubeck; WL; Ken Elliott | Meals/Beverages | Group | Handwritten note on receipt says "G.G. Joe Schubeck TM WL Ken Elliott" |
| 346 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/18/2016 | American Airlines | $ 766.41 | Los Angeles, CA | TM October Travel Expense | Air transit TM LA to DC | TM | Travel | Airfare | |
| 347 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/6/2018 | Trulucks | $ 766.23 | Dallas, TX | TM May Travel Part 1 | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 348 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/17/2019 | CXIII/Landini Brothers | $ 763.36 | Alexandria, VA | TM April Travel | TM lunch with LO JP CN JC ZM & Monty part of $3289.50 | TM; LO; JP; CN; JC; ZM; Monty | Meals/Beverages | Group | |
| 349 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Ready to Roll | $ 761.75 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans Vegas 5.5 hours as directed Four Seasons drop off Las Vegas Blvd | Anthony Makris | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: 6005 S. Las Vegas Blvd, Las Vegas, NV |
| 350 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/1/2017 | Beverly Hills Hotel | $ (18.00) | Beverly Hills, CA | TM March travel | Credit for personal charge Feb 11-15 | TM | Travel | Lodging | Note on invoice from Beverly Hills hotel states "$18.00 additional from TM credit TM report March"<br>Arrow on note points up to $1142.63 and states $1160.63. |
| 351 | 4 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/14/2017 | Hotel Zaza | $ 20,000.00 | Dallas, TX | Unknown | Advance deposit. 32 rooms were reserved. "Always Mystical, Always Memorable" event | TM | Travel | Lodging | Date: 04/14/17<br>Advance deposit for Hotel Zaza for $20000.00<br>Arrival: 04/30/18<br>Departure: 05/14/18 |
| 352 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/23/2017 | Ready to Roll | $ 755.02 | Phoenix, AZ | Unknown | Unknown | Tony Makris | Auto | Car Service | Passenger: Tony Makris PU: Phoenix Sky Harbor Intl DO: Four Seasons resort scottsdale, az |
| 353 | 4 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/22/2017 | Four Seasons | $ 1,132.67 | Atlanta, GA | Unknown | Unknown | Mr and Mrs Anthony Makris | Travel | Lodging | Advance deposit<br>Date: 03/21/17<br>Arrival: 01/23/18<br>Departure: 01/28/18<br>Amount; $1132.67 |
| 354 | 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/2/2016 | CXIII/Landini Brothers | $ 749.54 | Alexandria, VA | TM December travel expenses | JP and company meal wih out of TM out of town during this period | JP; Company | Meals/Beverages | Group | |
| 355 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/15/2018 | Delta Airlines | $ 741.15 | Phoenix, AZ | TM March Travel | Passenger TM from WAS to ATL to Savannah | Anthony Makris | Travel | Airfare | Passenger name: Makris/Anthony S<br>Airline: Delta Airlines<br>Flight details: 19 Mar 2018 Washington Dc-National/Atlanta<br>Flight details: 19 Mar 2018 Atlanta/Savannah<br>Amount: $741.15 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 356 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/8/2017 | Trulucks | $ | 739.45 | Dallas, TX | TM January Travel | TM dinner for Brad Johnson, Chris McKinney and Warner Loughlin | T Makris; Brad Johnson; Chris McKinney; Warner Louglin | Meals/Beverages | Group | handwritten "T. Makris Brad Johnson, Chris McKinney, Wayne LaPierre" |
| 357 | 4 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/23/2017 | Four Seasons | $ | 883.23 | Atlanta, GA | Unknown | Unknown | Mr and Mrs Anthony Makris | Travel | Lodging | Advance deposit<br>Date: 04/22/17<br>Arrival: 01/30/18<br>Departure: 02/04/18<br>Amount; $883.23 |
| 358 | 4; 1; 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/24/2017 | Four Seasons | $ | 304.99 | Atlanta, GA | Unknown | Unknown | Lance Olson | Travel | Lodging | Advance deposit<br>Date: 04/23/17<br>Arrival: 01/30/18<br>Departure: 02/04/18<br>Amount; $304.99 |
| 359 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Venetian | $ | 723.89 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Hospitality check via Hayley Holmes coffee water soft drinks chips pretzels cookies | Hayley Holmes | Event | Food | Guests are indicated as '10' |
| 360 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/16/2017 | Mistral | $ | 721.60 | Sherman Oaks, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 361 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/6/2016 | CXIII/Landini Brothers | $ | 721.46 | Alexandria, VA | TM October Travel Expense | TM lunch with navy seal group part of 5279.91 | TM; Navy Seals Group | Meals/Beverages | Group | |
| 362 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/5/2018 | Ready to Roll | $ | 721.45 | Telluride, CO | TM Jan Travel | Unknown | TM; Passenger | Auto | Car Service | Trip from New Sheridan Hotel to Montrose Atlantic<br>Passengers: 2<br>Base Charges: 5 @ 102 |
| 363 | 4; 1; 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/25/2017 | Four Seasons | $ | 588.44 | Atlanta, GA | Unknown | Unknown | Lance Olson | Travel | Lodging | Advance deposit<br>Date: 04/24/17<br>Arrival: 01/23/18<br>Departure: 01/28/18<br>Amount; $588.44 |
| 364 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/8/2016 | The Standard | $ | 716.68 | Nashville, TN | TM December travel expenses | TM meal with MM LD and HH Nashville | TM; Mel Montgomery; Lacey Duffy; Hayley Holmes | Meals/Beverages | Group | handwritten note "Lauren Wulf 734-646-3328 TM Mel Montgomery Lacey Duffy Hayley Holmes" |
| 365 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/3/2018 | Delta Airlines | $ | 716.30 | Unknown | TM August Travel | Unknown | Tony Makris | Travel | Airfare | Departure: Savannah, SC<br>Arrival: ATL, GA. |
| 366 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/14/2018 | CXIII/Landini Brothers | $ | 711.95 | Alexandria, VA | TM May Travel part 2 | Unknown | TM | Meals/Beverages | Individual | Email from TM to Stephanie West |
| 367 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/12/2018 | Alto Plaza | $ | 704.63 | Centreville, VA | TM April Travel | Unknown | Tony Makris; Sonny Masso; J Perren; Elain Lamment; Mark Dycio; Kyle Manatis | Meals/Beverages | Group | |
| 368 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/29/2016 | CXIII/Landini Brothers | $ | 704.07 | Alexandria, VA | TM august travel | TM meal with JP WLP JP & MD | TM; JP; WLP; JP; MD | Meals/Beverages | Group | |
| 369 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/10/2016 | CXIII/Landini Brothers | $ | 703.47 | Alexandria, VA | TM January Travel | TM lunch with Dino Avlez part of $4,567.99 | TM; Dino Avilez | Meals/Beverages | Group | |
| 370 | 1; 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/19/2017 | CXIII/Landini Brothers | $ | 700.82 | Alexandria, VA | TM FEB Travel | MEAL Josh Powell and guests | Josh Powell; Guests | Meals/Beverages | Group | Date: 01/19/17<br>Landini Brothers<br>Charge: $258.00<br>Scv: $56.00<br>Tax: $25.82<br>Total: $340.02<br>Charge: $273.45<br>Scv: $60.00<br>Tax: $27.35<br>Total: $360.80<br>Overall total: $700.02 |
| 371 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/9/2017 | Mistral | $ | 700.18 | Sherman Oaks, CA | TM FEB Travel | Tony Makris lunch with Ken Eliott Dan and Tom Selleck | Tony Makris; Ken Elliott; Dan Selleck; Tom Selleck | Meals/Beverages | Group | Date: 02/09/17<br>Pre-tip Amount: $580.18<br>Tip: $120.00<br>Total Amount: $700.18<br>"TM, Dan Selleck, Tom Selleck, Ken Elliott" handwritten on top |
| 372 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/23/2017 | CXIII/Landini Brothers | $ | 697.37 | Alexandria, VA | TM March travel | Meal Josh Powell and group part of $3,550.03 | Josh Powell; Guests | Meals/Beverages | Group | Date: 02/23/17<br>Landini Brothers<br>Charge: $255.70<br>Scv: $56.00<br>Tax: $25.57<br>Total: $337.27<br>Charge: $277.00<br>Scv: $55.40<br>Tax: $27.70<br>Total: $360.10<br>Overall total: $697.37 |
| 373 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/5/2017 | Tuscany | $ | 697.01 | Westlake Village, CA | Unknown | Unknown | Anthony Makris | Meals/Beverages | Individual | Date: 06/05/17<br>Amount: $577.01<br>Tip: $120.00<br>Total: $697.01<br>Tony Makris signature present at bottom of receipt |
| 374 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/11/2016 | CXIII/Landini Brothers | $ | 694.16 | Alexandria, VA | TM June Travel | TM meal with JP JC & DA part of $9,371.27 | TM; JP; JC; DA | Meals/Beverages | Group | |
| 375 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/3/2016 | Ready to Roll | $ | 692.50 | Las Vegas, NV | TM February Travel | Feb 2 vegas airport to 4 seasons vegas | Tony Makris | Auto | Car Service | PU: LAS N<br>DO: Four Seasons Hotel LV<br>Passenger - Tony Makris |
| 376 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/1/2016 | Verizon | $ | 692.09 | Unknown | TM JULY TRAVEL | Tony Makris cells & 2 tablet service may 8 - june 7 | Tony Makris | Miscellaneous | Telecommunications | |
| 377 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/26/2016 | Mistral | $ | 690.34 | Sherman Oaks, CA | TM September Travel | Lunch TM with KE MJ & DS | T Makris; Ken Elliott; Mike Johnson; Dan Selleck | Meals/Beverages | Group | Handwritten "T. Makris, Ken Elliott, Mike Johnson, Dan Selleck" |
| 378 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/30/2017 | Paley Restaurant | $ | 679.61 | Los Angeles, CA | TM FEB Travel | Tony Makris dinner with Tom Selleck, Dan Selleck and David Muntz | Tony Makris; Tom Selleck; Dan Selleck; David Muntz | Meals/Beverages | Group | Date: 1/30/2017<br>Amount: $529.61<br>Tip: $150.00<br>Total: $679.61<br>Tony Makris signature present<br>"TM, T Selleck, D Selleck, David Muntz" handwritten on top of receipt |
| 379 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/26/2016 | CXIII/Landini Brothers | $ | 678.32 | Alexandria, VA | TM May Travel | TM with WLP MD CN & LO | TM; WLP; MD; CN; LO | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 380 | 3 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | W Hotel | $ | 798.75 | Atlanta, GA | Unknown | Unknown | Tony Makris | Travel | Lodging | Arrival date: 04/25/17<br>Depart date: 04/25/17<br>Guaranteed No Show: $679.00<br>State Tax: $60.43<br>Occupancy/Tourism Tax: $54.32<br>GA Hotel Fee: $5.00<br>Total: $798.75 |
| 381 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/24/2017 | Mistral | $ | 673.54 | Sherman Oaks, CA | TM January Travel | TM lunch with Ken Elliot Gigi Carlton and Dan Selleck | T Makris; Ken Elliott; Gigi Carlton; Dan Selleck | Meals/Beverages | Group | handwritten "T Makris Ken Elliott Gigi carlton Dan Selleck" |
| 382 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/12/2016 | CXIII/Landini Brothers | $ | 671.42 | Alexandria, VA | TM January Travel | TM lunch with C Nash W Ball part of $4,576.99 | TM; C Nash; W Ball | Meals/Beverages | Group | |
| 383 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/13/2016 | Tuscany | $ | 667.98 | Westlake Village, CA | TM June Travel | TM meal with D & T Selleck and WLP | TM; D & T Selleck; WLP | Meals/Beverages | Group | |
| 384 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/15/2016 | Ready to Roll | $ | 665.88 | Phoenix, AZ | TM March Travel | Mar 11 ground trans 4.75 hrs as directed | Anthony Makris | Auto | Car Service | PU: 5200 East Camel Park Road Phoenix, AZ<br>DO: 5200 East Camel Park Road Phoenix, AZ |
| 385 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/15/2016 | Ready to Roll | $ | 665.88 | Phoenix, AZ | TM March Travel | Mar 13 ground trans 4.75 hours as directed | Anthony Makris | Auto | Car Service | PU: 5200 East Camel Park Road Phoenix, AZ<br>DO: 5200 East Camel Park Road Phoenix, AZ |
| 386 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/14/2017 | Delta Airlines | $ | 665.20 | Unknown | TM SEPT Travel | Passenger: Tony Makris Washington Natl/Detroit-metro | Tony Makris | Travel | Airfare | |
| 387 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/19/2016 | CXIII/Landini Brothers | $ | 661.37 | Alexandria, VA | TM august travel | TM meal with DA CN KM & WLP | TM; DA; CN; KM; WLP | Meals/Beverages | Group | |
| 388 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ready to Roll | $ | 660.18 | Florida | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Ground trans Orlando & Jupiter FL 6.5 hrs as directed | TM | Auto | Car Service | PU: 4012 Central Florida Parkway Orlando, FL<br>DO: 200 Admirals Cove Blvd. Jupiter, FL |
| 389 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/7/2016 | CXIII/Landini Brothers | $ | 659.34 | Alexandria, VA | TM March Travel | Lunch TM with WLP CN MD SH & KM part of $7430.39 | TM; WLP; CN; MD; SH; KM | Meals/Beverages | Group | |
| 390 | 2; 9 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/17/2017 | Delta Airlines | $ | 659.20 | Unknown | TM OCT Travel | Passenger: Elicia Warner Loughlin Savannah/Atlanta | Elicia Warner Loughlin | Travel | Airfare | |
| 391 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/16/2016 | Smoke INN LLC | $ | 659.07 | Tequesta, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Amenities for Las Vegas Events | TM | Event | Other | Invoice is for 44 zino cigars; 1 davidoff mill piramides pack; and 2 lighters<br><br>Handwritten note on Tony's CC statement states 'cigar and lighters for 2 vegas trip'; also has note that states 'Steward'<br><br>Email from Jeff M. to Stephanie W. and Hayket H. requesting receipts. |
| 392 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/12/2016 | Mistral | $ | 654.37 | Sherman Oaks, CA | TM October Travel Expense | Lunch TM with DM JE & MB | TM; DM; KE; MB | Meals/Beverages | Group | |
| 393 | 3 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | W Hotel | $ | 471.43 | Atlanta, GA | Unknown | Unknown | Tony Makris | Travel | Lodging | Arrival date: 04/25/17<br>Depart date: 04/25/17<br>Guaranteed No Show: $399.00<br>State Tax: $35.51<br>Occupancy/Tourism Tax: $31.92<br>GA Hotel Fee: $5.00<br>Total: $471.43 |
| 394 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Alaska Airlines | $ | 650.30 | Unknown | TM FEB EXP | Passenger: Tony Makris<br>Flight details: 10 Mar 2018, Los Angeles/Washington DC - National | Anthony Makris | Travel | Airfare | Passenger: Makris/Anthony S<br>Total ticket amount: $650.30 |
| 395 | 2; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Alaska Airlines | $ | 650.30 | Unknown | TM FEB EXP | Passenger: Elicia Warner<br>Flight details: 10 Mar 2018, Los Angeles/Washington DC - National | Elicia Warner | Travel | Airfare | Passenger: Warner/Elicia Warner<br>Total ticket amount: $650.30 |
| 396 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/1/2017 | Four Seasons | $ | 21,628.29 | Atlanta, GA | Unknown | Unknown | Tony Makris | Travel | Lodging | Hotel room for Tony Makris @ Four Seasons<br>Arrive: 4/25/17<br>Depart: 5/1/2017 |
| 397 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/2/2018 | Del Frisco | $ | 640.68 | Dallas, TX | TM May Travel Part 1 | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 398 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/5/2016 | CXIII/Landini Brothers | $ | 639.50 | Alexandria, VA | TM January Travel | TM Lunch with Josh Powell WLP & Mark Dycio part of $4,576.99 | TM; Josh Powell; WLP; Mark Dycio | Meals/Beverages | Group | |
| 399 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/16/2016 | CXIII/Landini Brothers | $ | 638.88 | Alexandria, VA | TM June Travel | TM meal with LO JP WLP CN & JC part of $11,124.91 | TM; LO; JP; WLP; CN; JC | Meals/Beverages | Group | |
| 400 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/17/2017 | Mistral | $ | 633.41 | Sherman Oaks, CA | TM FEB Travel | Lunch with Ken Elliott, Mike Winston, and Greg N., Tony Makris | Ken Elliott; Mike Winston; Greg N; Tony Makris | Meals/Beverages | Group | Date: 02/17/17<br>Pre-tip amount: $508.41<br>Tip: $125.00<br>Total amount: $633.41<br>Tony Makris signature present at bottom of receipt<br>"Ken E., Mike, Greg N., TM" handwritten |
| 401 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/1/2017 | Four Seasons | $ | (1,000.00) | Atlanta, GA | Unknown | Unknown | Tony Makris | Travel | Lodging | Hotel room for Tony Makris @ Four Seasons<br>Arrive: 4/25/17<br>Depart: 5/1/2017 |
| 402 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/10/2016 | CXIII/Landini Brothers | $ | 629.45 | Alexandria, VA | TM March Travel | Lunch TM with CN ZM KM & MD part of $5853.02 | TM; CN; ZM; KM; MD | Meals/Beverages | Group | |
| 403 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/20/2016 | Entertainment A/V | $ | 626.00 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Polycom speaker phone plus time | S West; H Holmes | Miscellaneous | Telecommunications | Handwritten note on Tony's CC statement states 'Not Me' |
| 404 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/25/2016 | Magnolia's | $ | 625.85 | Charleston, SC | TM august travel | TM lunch with David & Rosemary Gardner and WLM | TM; David Gardner; Rosemary Gardner; WLM | Meals/Beverages | Group | |
| 405 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Jet Limousine | $ | 624.00 | Unknown | TM July Travel | Unknown | Tony | Auto | Car Service | Tony got picked up at the Four Seasons with the same drop off. There were two stops, one with a note "requests Wally" and the other "as directed per client." Passenger count was 1 and base charges were 8 @ 65 |
| 406 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/25/2017 | CXIII/Landini Brothers | $ | 623.70 | Alexandria, VA | TM March travel | Meal Tony Makris with CN JC MD & KM part of $4,325.30 | Tony Makris; CN; JC; MD; KM | Meals/Beverages | Group | Date: 02/25/17<br>CXIII Rex<br>Charge: $471.55<br>Scv: $105.00<br>Tax: $47.15<br>Total: $623.70 |
| 407 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Joe's Seafood | $ | 619.60 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM lunch w Audra Fischer WLP NT TS and SLP | TM; Audra Fischer; WLP; NT; TS; SLP | Meals/Beverages | Group | Receipt states 'cover count' 6 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 408 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/11/2017 | Mistral | $ 615.63 | Los Angeles, CA | Unknown | Unknown | Tony Makris; Ken Elliott; Mike Braum; Henry Radett | Meals/Beverages | Group | Support states NRA HLF |
| 409 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/28/2016 | Olio E Limone Restaurant | $ 614.86 | Westlake Village, CA | TM October Travel Expense | TM dinner with DS KS & WLM | TM; DS; KS; WLM | Meals/Beverages | Group | |
| 410 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/11/2017 | Hotel Booking Fee | $ 12.99 | Hyannis, MA | Unknown | Unknown | TM | Travel | Lodging | Non-refundable booking fee for 3 night stay at The International Inn - stay scheduled from July 27 - July 30 2017 but canceled |
| 411 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/26/2017 | CXIII/Landini Brothers | $ 608.53 | Alexandria, VA | TM March travel | Meal Josh Powell & guests part of $3,550.03 | Josh Powell; Guests | Meals/Beverages | Group | Date: 02/26/17<br>Landini Brothers<br>Charge: $462.30<br>Scv: $100.00<br>Tax: $46.23<br>Total: $608.53 |
| 412 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/10/2016 | Grand Havana | $ 605.65 | Los Angeles, CA | TM June Travel | TM dinner with JM GG KH AN & GG | TM; JM; GG; KH; AN; GG | Meals/Beverages | Group | |
| 413 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/21/2016 | CXIII/Landini Brothers | $ 604.80 | Alexandria, VA | TM January Travel | TM lunch with Admiral Marc Fitzgerald Sonny Masso & C Nash part of $5,408.13 | TM; Admiral Marc Fitzgerald; Sony Masso; C Nash | Meals/Beverages | Group | |
| 414 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/13/2017 | Priceline Hotel | $ 848.97 | Hyannis, MA | Unknown | Unknown | TM | Travel | Lodging | Notes say " Credit? Your booking"<br><br>Hotel room cancelation. |
| 415 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/6/2016 | Tuscany | $ 603.38 | Westlake Village, CA | TM October Travel Expense | TM Dinner with D Selleck T Selleck & WLP | TM; D Selleck; T Selleck; WLP | Meals/Beverages | Group | |
| 416 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/19/2016 | CXIII/Landini Brothers | $ 602.31 | Alexandria, VA | TM March Travel | Lunch TM with RB MW CN & KM part of $7430.39 | TM; RB; MW; CN; KM | Meals/Beverages | Group | |
| 417 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/25/2016 | CXIII/Landini Brothers | $ 600.53 | Alexandria, VA | TM November Travel | Meal TM with RK CN & JC part of 4465.38 | TM; RK; CN; JC | Meals/Beverages | Group | |
| 418 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/27/2018 | Tomahawk Stategy | $ 597.00 | Unknown | TM April Travel | Unknown | Tony Makris | Unknown | Unknown | |
| 419 | 1; 9 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/12/2017 | CXIII/Landini Brothers | $ 595.72 | Alexandria, VA | Unknown | Unknown | Wayne LaPierre; Josh Powell | Meals/Beverages | Group | Date: 05/18/17<br>Landini Brothers<br>Charge: $342.90<br>Scv: $68.58<br>Tax: $34.29<br>Total: $445.77<br>Date: 05/25/17<br>Landini Brothers<br>Charge: $115.35<br>Scv: $23.07<br>Tax: $11.53<br>Total: $149.95<br>Overall total: $595.72 |
| 420 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/8/2016 | Lonesome Dove | $ 593.08 | Fort Worth, TX | TM April Travel | "Need receipt and info" | TM | Unknown | Unknown | |
| 421 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/13/2017 | Anchor-In | $ 431.00 | Hyannis, MA | Unknown | Unknown | AM | Travel | Lodging | Handwritten notes on AMEX: Billy Rirdz Wedding (unclear due to handwriting)<br>Email from Anchor In with reservation details |
| 422 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/6/2016 | Madeo Restorante | $ 589.41 | Los Angeles, CA | TM October Travel Expense | TM lunch with KE TS & DS | TM; KE; TS; DS | Meals/Beverages | Group | |
| 423 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Four Seasons | $ 8,960.40 | Scottsdale, AZ | Unknown | Lodging for Anthony Makris<br>05/20/17 to 05/27/17<br>Invoice No. 384778 | Anthony Makris | Travel | Lodging | Spa charges over 600USD and two salon charges totaling 200USD and 318USD for Liquor on the same day: 05/26/17 |
| 424 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Four Seasons | $ 255.00 | Scottsdale, AZ | Unknown | Unknown | TM | Travel | Lodging | Arrival 5/20<br>Departure 5/27<br><br>Notes say Personal. |
| 425 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/28/2017 | Hotel Book Online | $ (848.97) | Unknown | Unknown | Unknown | TM | Travel | Lodging | "Cancelled Hotel for Billy Birdzedls wedding" handwritten; difficult to read.<br>Subtotal: $710.19<br>Taxes & Fees: $138.78<br>Service Fee: $12.99<br>Total Cost: $861.96<br><br>Subtotal + Taxes/Fees = $848.97<br>Service Fee = non refundable |
| 426 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ 585.90 | Dallas, TX | TM May Travel Part 1 | PU: Hotel ZaZa Dallas, TX (5/6/2018)<br>DO: DFW | Tony Makris; Mark Dycio | Auto | Car Service | Invoice: Base charge 3 @ $140 but two passengers are indicated |
| 427 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/25/2016 | Beachwood Market | $ 580.58 | Los Angeles, CA | TM September Travel | Groceries in lieu of meals while in Los Angeles on travel | TM | Meals/Beverages | Individual | |
| 428 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Tuscany | $ 572.44 | Westlake Village, CA | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | TM; TWS | Meals/Beverages | Group | Tony Makris signed receipt, handwritten "TM TWS" on receipt |
| 429 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/16/2017 | Madeo Restorante | $ 570.89 | West Hollywood, CA | TM FEB Travel | Dinner with Tom Selleck Dan Selleck and Chris McKinney, Tony Makris | Tom Selleck; Dan Selleck; Chris McKinney; Tony Makris | Meals/Beverages | Group | Date: 02/16/17<br>Amount: $470.89<br>Tip amount: $100.00<br>Total amount: $570.89<br>Tony Makris signature present at bottom |
| 430 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Bobs Steak & Chop | $ 570.89 | Dallas, TX | TM January Travel | TM dinner with Brad Johnson and Lance Olson | Tony Makris; Brad Johnson; Lance Olson | Meals/Beverages | Group | handwritten on receipt "Tony Makris Brad Johnson Lance Olson" |
| 431 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/12/2018 | Silverleaf Cigar | $ 570.35 | Fort Worth, TX | TM FEB EXP | Unknown | Mark Dycio; AL Mocallef; Wally; Mike | Miscellaneous | Other | Date: February 10, 2018<br>Time: 10:04pm<br>Total: $570.35 |
| 432 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/26/2017 | Ready to Roll | $ 569.16 | Atlanta, GA | Unknown | Ordered by Gayle Stanford: land transportation from Four Seasons Hotel in Atlanta GA to Four Seasons in Atlanta GA. Date: 05/02/2017 from 0900 to 1300 | Tony Makris; Burgundy | Auto | Car Service | |
| 433 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/28/2017 | Delta Airlines | $ 563.20 | Unknown | TM OCT Travel | Passenger: Tony Makris DFW/ATL | Tony Makris | Travel | Airfare | |
| 434 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/4/2016 | CXIII/Landini Brothers | $ 561.78 | Alexandria, VA | TM December travel expenses | JP and company meal wih out of TM out of town during this period | JP; Company | Meals/Beverages | Group | |
| 435 | 4 | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/17/2017 | Anchor-In | $ (411.00) | Hyannis, MA | Unknown | Advance Deposit Arrival: 7/26/2017 | Tony Makris | Travel | Lodging | Handwritten note on AMEX stmt next to credit says "return of $436- deposit on EXP-10720 May EXP RPT less $20- |
| 436 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/17/2016 | CXIII/Landini Brothers | $ 558.69 | Alexandria, VA | TM October Travel Expense | TM lunch with CN MD part of 5279.91 | TM; CN; MD | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 437 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/28/2018 | Nearano | $ 557.72 | Beverly Hills, CA | TM FEB EXP | Unknown | Tony Makris | Meals/Beverages | Individual | Date: January 28, 2018<br>Subtotal: $457.72<br>Tip: $100.00<br>Total: $557.72<br>Tony Makris signature present |
| 438 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/11/2015 | CXIII/Landini Brothers | $ 557.48 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with LO KM JP & DA part of $13,196.57 | T Makris; M Dycio; L Olson; C Nash; J Perrar; K Miller | Meals/Beverages | Group | Note on calendar T. Makris, M. Dycio, L. Olson, C. Nash, J. Perrar, K. Miller. |
| 439 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/22/2017 | Luxe Summit Hotel | $ 40.00 | Los Angeles, CA | TM AUG TRAVEL | Unknown | Tony Makris | Travel | Lodging | handwritten note "Tony Makris" |
| 440 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/7/2017 | Varidesk | $ 555.00 | Alexandria, VA | TM November Travel | Item 49912 - The Mat 36 $60.00<br>Item 49921 - Cube Plus $ 495.00<br>Total: $555.00 | Tony Makris | Unknown | Unknown | |
| 441 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/8/2016 | CXIII/Landini Brothers | $ 554.64 | Alexandria, VA | TM March Travel | Lunch TM with CN KM DA & MW part of $7430.39 | TM; CN; KM; DA; MW | Meals/Beverages | Group | |
| 442 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/28/2016 | CXIII/Landini Brothers | $ 554.04 | Alexandria, VA | TM October Travel Expense | TM lunch with MD DA JP part of 5279.91 | TM; MD; DA; JP | Meals/Beverages | Group | |
| 443 | 9 | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/23/2017 | 1st National | $ 552.48 | Beverly Hills, CA | TM AUG TRAVEL | Sedan; Passenger: Tom Selleck PU: Beverly Hills Hotel ST: 11441 Ayrshire Rd Los Angeles, CA DO: Beveryly Hills Hotel | Tom Selleck | Auto | Car Service | Bill To: TWS Productions / Pualani McGinness |
| 444 | 2; 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/11/2018 | Ready to Roll | $ 552.42 | Telluride, CO | TM Jan Travel | Unknown | Elicia Warner Loughlin; Passenger | Auto | Car Service | PU: New Sheridan Hotel<br>DO: Montrose Regional Airport<br>Passenger: Elicia Warner Loughlin<br>Passenger count is marked as 2, but the base charges are for 5 @ 72 1/03/18 |
| 445 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | American Airlines | $ 550.00 | Unknown | TM January Travel | TM Ticket | Tony Makris | Travel | Airfare | Passenger: Tony Makris |
| 446 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/29/2017 | Hotel Zaza | $ 4,773.72 | Dallas, TX | TM OCT Travel | Balance paid towards hotel stay 9/25/2017 - 9/28/2017 | TM | Travel | Lodging | |
| 447 | 1 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/6/2017 | CXIII/Landini Brothers | $ 546.73 | Alexandria, VA | TM OCT Travel | 9/15 Landini Brothers $58.40 Josh Powell<br>9/27 Landini Brothers $12.95 Millie Hallow<br>9/28 Landini Brothers $134.03 Josh Powell<br>9/30 Landini Brothers $99.88 T. Makris W LaPierre<br>9/12 Landini Brothers $ 241.47 Millie Hallow | T Makris; Millie Hallow; Josh Powell; W LaPierre | Meals/Beverages | Group | handwritten note circles 2 transactions and specified "Millie" 9/27 $12.95, 9/12 $241.47, labeled "restaurant" on calendar, |
| 448 | | 2018 | 158521 | EXP-11944 | 4/9/2018 - 4/20/2018 | Jeff Minson | Financial Analyst | 4/20/2018 | Bray's Island Plantation | $ 545.22 | Sheldon, SC | TM Travel MISC | NRA Advancement - Steve Barnett, Lance Olson, Pat Ryan, Boyd Meyers, Tony Makris | Steve Barnett; Lance Olson; Pat Ryan; Boyd Meyers; Tony Makris | Meals/Beverages | Group | Food and Drink Expenses at Brays Island Highlighted on invoice<br>$135.28<br>$79.92<br>$16.39<br>$107.35<br>$138.24<br>$68.04 |
| 449 | 1 | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/7/2017 | CXIII/Landini Brothers | $ 544.21 | Alexandria, VA | TM SEPT Travel | Unknown | Tony Makris; Josh Powell; Millie Hallow | Meals/Beverages | Group | handwritten note "All charges are for Josh Powell and Millie Hallow", charged to Tony Makris account |
| 450 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/13/2017 | Brenners at Bayou Hou | $ 540.87 | Houston, TX | TM January Travel | TM dinner with Chris McKinney and Warner Loughlin | Tony Makris; Chris McKinney; Warner Loughlin | Meals/Beverages | Group | handwritten 'T. makris chris mckinney WL" |
| 451 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/18/2017 | Joe's Seafood | $ 539.71 | Las Vegas, NV | TM January Travel | TM lunch with Dino Aviles Warner Loughlin Mark Dycio and Chris McKinney | T Makris; Dino Avilez; Warner Loughlin; Mark Dycio; Chris McKinney | Meals/Beverages | Group | Joe's Seafood: Seafood, Steak & Stone Crab, handwritten "Dino Aviles, WL, Mark Dycio, Chris Mckinney, T Makris" |
| 452 | 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | CXIII/Landini Brothers | $ 538.96 | Alexandria, VA | TM July Travel | Unknown | Josh Powell | Meals/Beverages | Individual | Statement shows charges for Josh Powell<br>6/4 for 279.63 - Landini Brothers<br>6/11 for 259.33 - CXIII Rex |
| 453 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/9/2016 | CXIII/Landini Brothers | $ 538.48 | Alexandria, VA | TM September Travel | Meal TM with CN KM MD & DA part of $715.26 | TM; CN; KM; MD; DA | Meals/Beverages | Group | |
| 454 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/29/2017 | Hotel Zaza | $ 38.97 | Dallas, TX | TM OCT Travel | Balance paid towards hotel stay 9/25/2017 - 9/28/2017 | TM | Travel | Lodging | |
| 455 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/11/2016 | CXIII/Landini Brothers | $ 534.54 | Alexandria, VA | TM February Travel | Lunch TM with C Nash J Cotton & Lance Olsen part of 3032.68 | TM; C Nash; J Cotton; Lance Olson | Meals/Beverages | Group | |
| 456 | 1; 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ 530.31 | Alexandria, VA | TM Jan Travel | Unknown | Wayne LaPierre | Meals/Beverages | Individual | The charges are for Landini Brothers. The bill is for Wayne LaPierre to the attention of Stephanie West. |
| 457 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/1/2015 | CXIII/Landini Brothers | $ 528.66 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with CN XM KM & MD part of $13,196.57 | T Makris; L Olson; J Perrar; K Miller; D Avilez | Meals/Beverages | Group | Note on calendar T. Makris, L. Olson, J. Perrar, K. Miller, D. Avilez |
| 458 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/24/2017 | CXIII/Landini Brothers | $ 528.12 | Alexandria, VA | TM March travel | Meal Tony Makris & TH part of $4,325.30 | Tony Makris; TH | Meals/Beverages | Group | Date: 02/24/17<br>CXIII Rex<br>Charge: $407.00<br>Scv: $88.02<br>Tax: $33.10<br>Total: $528.12 |
| 459 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/16/2017 | Joe's Seafood | $ 527.46 | Las Vegas, NV | TM January Travel | TM lunch with WLP | TM; Wayne; Mark Dycio; C McKinney | Meals/Beverages | Group | Joe's Seafood: Seafood, Steak & Stone Crab, handwritten "TM Wayne Mark Dycio C McKinney" |
| 460 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/1/2016 | CXIII/Landini Brothers | $ 527.24 | Alexandria, VA | TM April Travel | TM lunch with JC ZM CN & RK part of $3289.50 | TM; JC; ZM; CN; RK | Meals/Beverages | Group | |
| 461 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/20/2018 | Cesaro Mure Italian Restaurant | $ 527.05 | Venice, CA | TM July Travel | 7/20/18 - T. Makris meal with T. Selleck and D. Muntz | T Makris; T Selleck; D Muntz | Meals/Beverages | Group | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 462 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/1/2016 | Verizon | $ 526.67 | Unknown | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Service 11.8-12.7 2 Tablets and Cell service. | TM | Miscellaneous | Telecommunications | |
| 463 | | 2017 | 146420 | EXP-9922 | 12/2/2016-<br>12/28/2016 | Jeff Minson | Financial Analyst | 12/28/2016 | Bray's Island Plantation | $ 525.85 | Sheldon, SC | TM Bray Island expenses December 2016 | TM meal with Walt & Sandy Boyer, Pat & Susan Ryan and David & Rosemary Gardner | TM; Walt Boyer; Sandy Boyer; Pat Ryan; Susan Ryan; David Gardner; Rosemary Gardner | Meals/Beverages | Group | |
| 464 | 1; 9 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/6/2017 | Ritz Carlton | $ 2,771.14 | Dallas, TX | TM OCT Travel | Arrival: 10/3/2017 Departure: 10/6/2017 | Wayne Roberts | Travel | Lodging | Guest: Mr. Wayne Roberts |
| 465 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/7/2015 | CXIII/Landini Brothers | $ 523.88 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with WLP TS & CM part of $2,791.96 | TM; W Lapierre; Chris McKinney; T Mulin; T Schropp | Meals/Beverages | Group | Cost is split into 3 charges per receipt but no detail for the charges.<br><br>Note on calendar states 'W. Lapierre, Chris McKinney, T.Mulin, T. Schropp' |
| 466 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/10/2016 | Mistral | $ 523.47 | Sherman Oaks, CA | TM June Travel | TM meal with KE BJ & HW | TM; KE; BJ; HW | Meals/Beverages | Group | |
| 467 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/6/2017 | Ritz Carlton | $ 2,668.18 | Dallas, TX | TM OCT Travel | Arrival: 10/3/2017 Departure: 10/6/2017 | Tony Makris | Travel | Lodging | Guest: Tony Makris |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 468 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/8/2017 | Cliffs | $ 522.48 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | Date: 06/08/17<br>Amount: $388.50<br>Tax: $33.98<br>Subtotal: $422.48<br>Tip: $100.00<br>Total: $522.48<br>Tony Makris signature present at bottom of receipt |
| 469 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/12/2016 | Rao's | $ 521.83 | Los Angeles, CA | TM October Travel Expense | Dinner TM with WLM SB & SJ | TM; WLM; SB; SJ | Meals/Beverages | Group | |
| 470 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Ready to Roll | $ 519.38 | Los Angeles, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Ground trans Burbank airport to Hollwood | Anthony Makris | Auto | Car Service | PU: 855 Aviation Dr. Camarillo, CA<br>DO: 3204 Ledgewood Dr. Hollywood, CA |
| 471 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/22/2016 | CXIII/Landini Brothers | $ 517.48 | Alexandria, VA | TM March Travel | Lunch TM with WLP WP MD & DA part of $7430.39 | TM; WLP; WP; MD; DA | Meals/Beverages | Group | |
| 472 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/19/2017 | CXIII/Landini Brothers | $ 516.72 | Alexandria, VA | Unknown | 4/19/17: $516.72 - WLP | WLP | Meals/Beverages | Individual | |
| 473 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/1/2018 | Verizon | $ 516.29 | Alexandria, VA | TM Jan Travel | Unknown | TM | Miscellaneous | Telecommunications | Additional $225.17 due to travelpass in Italy and UK, and data limit overage charge. |
| 474 | 1; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/29/2016 | CXIII/Landini Brothers | $ 512.08 | Alexandria, VA | TM November Travel | WLP Account - WLF meal w guest | WLP; Guest | Meals/Beverages | Group | |
| 475 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/29/2016 | CXIII/Landini Brothers | $ 508.35 | Alexandria, VA | TM May Travel | TM with WLM CN MD & TS | TM; WLM; CN; MD; TS | Meals/Beverages | Group | |
| 476 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/27/2016 | Pistola LA Ristora | $ 502.21 | Los Angeles, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Dinner TM with WLP & Diane Valentine | TM; WLP; Diane Valentine | Meals/Beverages | Group | |
| 477 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/3/2016 | CXIII/Landini Brothers | $ 501.68 | Alexandria, VA | TM September Travel | Meal TM with KM SM JC & CN part of $7463.82 | TM; KM; SM; JC; CN | Meals/Beverages | Group | |
| 478 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/12/2017 | Beauty and Essex | $ 501.29 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Unknown | Unknown | Date: 06/11/17<br>Subtotal: $401.29<br>Gratuity: $100.00<br>Total: $501.29 |
| 479 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/18/2016 | Bricks Restaurant | $ 498.43 | Unknown | TM February Travel | Dinner TM with WLP Tom Selleck and Dave Muntz | TM; WLP; Tom Selleck; Dave Muntz | Meals/Beverages | Group | |
| 480 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/5/2016 | Davidoff of Geneva | $ 498.43 | Las Vegas, NV | TM March Travel | Dinner TM with MD JG BS & TS | TM; MD; JG; BS; TS | Meals/Beverages | Group | |
| 481 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/25/2016 | Mistral | $ 497.57 | Los Angeles, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with Ken Elliotte, Henry GURR & Pat Taylor | TM; Ken Elliott; Henry Gurr; Pat Taylor | Meals/Beverages | Group | |
| 482 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/18/2017 | United Airlines | $ 496.20 | Unknown | TM SEPT Travel | Passenger: Tony Makris Washington Natl/Chicago/Ohare Intl Airport | Tony Makris | Travel | Airfare | |
| 483 | 2; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/11/2017 | Cliffs | $ 495.62 | Unknown | Unknown | Unknown | Elicia Loughlin | Meals/Beverages | Individual | Flight from Burbank CA to Phoenix AZ |
| 484 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/14/2017 | TST Alimento | $ 488.72 | Los Angeles, CA | TM OCT Travel | Unknown | TM | Unknown | Unknown | |
| 485 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/11/2017 | CXIII/Landini Brothers | $ 486.28 | Alexandria, VA | TM March travel | Meal Josh Powell and Group part of $4,325.30 | Josh Powell; Group | Meals/Beverages | Group | Date: 02/11/17<br>Landini Brothers<br>Charge: $369.35<br>Scv: $80.00<br>Tax: $36.93<br>Total: $486.28 |
| 486 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/9/2016 | Trulucks | $ 483.77 | Dallas, TX | TM April Travel | Lunch TM with Lacey Duffy Dr. Drew & Hayley Holmes | TM; Lacey Duffy; Dr Drew; Hayley Holmes | Meals/Beverages | Group | |
| 487 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/16/2016 | CXIII/Landini Brothers | $ 482.16 | Alexandria, VA | TM April Travel | TM lunch with CN WLP & Mariah part of $5999.21 | TM; CN; WLP; Mariah | Meals/Beverages | Group | |
| 488 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/21/2017 | Hotel Zaza | $ 1,885.67 | Dallas, TX | TM OCT Travel | Balance Paid towards hotel stay 10/19/2017 - 10/20/2017 | TM | Travel | Lodging | |
| 489 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/31/2017 | CXIII/Landini Brothers | $ 478.25 | Alexandria, VA | Unknown | Unknown | Tony Makris; Josh Powell | Meals/Beverages | Group | Date: 03/31/17<br>Landini Brothers<br>Charge: $362.05<br>Scv: $80.00<br>Tax: $36.20<br>Total: $478.25 |
| 490 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ 477.09 | Scottsdale, AZ | TM July Travel | Unknown | Elicia Warner; Passenger | Auto | Car Service | Trip from Four Seasons in Scottsdale to Four Seasons with a Stop at the Mayo Clinic from 645am to 830pm. Passenger was marked as Elicia Warner with a total of 2 passengers. |
| 491 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/21/2017 | Hotel Zaza | $ 146.14 | Dallas, TX | TM OCT Travel | Balance Paid towards hotel stay 10/19/2017 - 10/20/2017 | TM | Travel | Lodging | |
| 492 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Ritz Carlton | $ 474.64 | Dallas, TX | TM august travel | TM spa/salon charge | TM | Travel | Other | |
| 493 | 4 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/22/2017 | Omni Hotel | $ 30,000.00 | Dallas, TX | TM December | Unknown | TM | Travel | Lodging | Advance deposit for room 9108/Conf 1129595 at the Opera Micros Fidelio on 12/26/17 |
| 494 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/2/2016 | Joe's Seafood | $ 471.10 | Las Vegas, NV | TM April Travel | TM lunch with SLP WLP Chris Kenney and MD | TM; SLP; WLP; Chris Keeney; MD | Meals/Beverages | Group | |
| 495 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/16/2016 | CXIII/Landini Brothers | $ 463.94 | Alexandria, VA | TM April Travel | TM lunch with CN DA LO & MW part of $3289.50 | TM; CN; DA; LO; MW | Meals/Beverages | Group | |
| 496 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/10/2018 | Omni Hotel | $ 50,743.37 | Dallas, TX | TM Jan Travel | Unknown | TM | Travel | Lodging | Invoice indicates room number is 9108, arrival was 12/31/17 and departure was 1/10/18 with a conference # of 1129595. |
| 497 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/31/2018 | Joe's Seafood | $ 460.82 | Las Vegas, NV | TM FEB EXP | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Date: January 31, 2018<br>Subtotal: $380.82<br>Gratuity: $80.00<br>Final Total: $460.82<br>Tony Makris signature present |
| 498 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/4/2016 | CXIII/Landini Brothers | $ 460.68 | Alexandria, VA | TM September Travel | Meal TM with CN RB & DA part of $7463.82 | TM; CN; RB; DA | Meals/Beverages | Group | |
| 499 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/1/2017 | Trader Joe's | $ 459.34 | Los Angeles, CA | TM OCT Travel | Unknown | TM | Meals/Beverages | Individual | |
| 500 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/9/2017 | Rao's | $ 450.84 | Los Angeles, CA | Unknown | Unknown | TM | Meals/Beverages | Individual | Date: 06/09/17<br>Amount: $370.84<br>Tip: $80.00<br>Total: $450.84<br>Tony Makris signature present at bottom of receipt |
| 501 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/22/2017 | United Airlines | $ 450.00 | Unknown | TM SEPT Travel | 3 Excess Baggage Fees (3 x 150) | TM | Travel | Other | |
| 502 | 1; 9 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/6/2017 | CXIII/Landini Brothers | $ 449.21 | Alexandria, VA | TM OCT Travel | 9/12 Landini Brothers $117.28<br>9/14 Landini Brothers $180.98<br>9/26 Landini Brothers $150.95 | Wayne LaPierre | Meals/Beverages | Individual | Wayne LaPierre LB account, handwritten note says "all Wayne" |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 503 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/21/2016 | Entertainment A/V | $ 448.00 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Polycom speaker phone | S West; H Holmes | Miscellaneous | Telecommunications | Arrival 1/20<br>Departure 1/21<br>Email From Jeff M. to Stephanie W. and Hayley H. requesting receipts. |
| 504 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/10/2017 | Trulucks | $ 444.55 | Dallas, TX | TM January Travel | TM dinner with Chris McKinney and Warner Loughlin | T Makris; Chris McKinney; Warner Louglin | Meals/Beverages | Group | handwritten 'T. makris chris mckinney WL" |
| 505 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/14/2017 | Cliffs | $ 439.96 | Unknown | TM AUG TRAVEL | Unknown | Tony Makris; David Muntz; Tom Selleck; Lance Olson | Meals/Beverages | Group | Dining receipt with handwritten names "Tony Makris David Muntz Tom Selleck Lance Olson" |
| 506 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/26/2016 | CXIII/Landini Brothers | $ 439.57 | Alexandria, VA | TM March Travel | Lunch TM with WLP DR. O WP Dr. D & Navy Seal Group part $5853.02 | TM; WLP; Dr O; WP; Dr D; Navy Seal Group | Meals/Beverages | Group | |
| 507 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/4/2016 | CXIII/Landini Brothers | $ 437.03 | Alexandria, VA | TM June Travel | TM meal with DH WLP & MH part of $11,124.91 | TM; DH; WLP; MH | Meals/Beverages | Group | |
| 508 | 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/8/2016 | Ready to Roll | $ 436.28 | Pacific Palisades, CA | TM September Travel | Ground transportation 1369 Aveenida De Cortex pacific palisades & return | Carol Lanning | Auto | Car Service | Passenger: Carol Lanning<br>Name on Ride Receipt: Stephanie West Tony Makris |
| 509 | 4 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/18/2018 | Four Seasons | $ 815.20 | Las Vegas, NV | TM Jan Travel | Unknown | TM | Travel | Lodging | The bill from Four Seasons is an advance deposit for a scheduled stay from 1/31/18 to 2/3/18 |
| 510 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/25/2016 | CXIII/Landini Brothers | $ 435.00 | Alexandria, VA | TM august travel | TM meal with JP MD & WLP | TM; JP; MD; WLP | Meals/Beverages | Group | |
| 511 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Ready to Roll | $ 434.87 | Arizona | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/27/2017 10:30<br>Drop-off time: 05/27/2017 13:00<br>Pick-up / Stops: Four Seasons Resort Scottsdale at Troon North, 10600 East Crescent Moon Drive, Scottsdale AZ 85262 United States<br>Drop-off: Departure American Airlines #5976 Phoenix Sky Harbor International Airport<br>Amount: $434.87 |
| 512 | 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/11/2018 | Ready to Roll | $ 433.37 | Dallas, TX | TM April Travel | Unknown | Stephanie West | Auto | Car Service | PU:1321 Commerce Street Dallas (Passenger - Stephanie West)<br>Stop: Ritz Dallas<br>DO: Dallas Love Field<br>Passenger total: 2<br>Base charges: 3 @ 102 |
| 513 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/24/2018 | Four Seasons | $ 2,651.21 | Las Vegas, NV | TM Jan Travel | Unknown | TM | Travel | Lodging | Arrival 1/19/18 to 1/23/18 |
| 514 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/27/2018 | Four Seasons | $ 4,753.28 | Scottsdale, AZ | TM Jan Travel | Unknown | Anthony Makris | Travel | Lodging | The invoice is to Anthony Makris. Charges for stay during 1/23 to 1/27 |
| 515 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/27/2016 | Mistral | $ 427.71 | Sherman Oaks, CA | TM September Travel | Lunch TM with AA CMcK JG & KE | TM; Aron Algrin; Chris McKinney; Jon Gutierrez; Ken Elliott | Meals/Beverages | Group | handwritten on receipt "T.M., Aron Algrin, Chris McKinney, Jon Gutierrez, Ken Elliott" |
| 516 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/10/2018 | Ready to Roll | $ 426.87 | Dallas, TX | TM Jan Travel | Unknown | TM | Auto | Car Service | PU: Omni Dallas<br>ST: 1717 McKiney Avenue, Dallas - drop off luggage<br>DO: Dallas Love Field<br>Passenger count is 1, but the base charges are for 3 @ 102<br>1/08/18 |
| 517 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/24/2018 | Ready to Roll | $ 426.87 | Los Angeles, CA | TM Jan Travel | Unknown | TM | Auto | Car Service | PU: 3204 Ledgewood Dr<br>DO: Burbank Airport<br>Passenger count 1, base charge 3@72<br>1/19/18 |
| 518 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Ready to Roll | $ 426.87 | California | TM FEB EXP | Pick-up / Stops:<br>3204 Ledgewood Dr., Los Angeles, CA 90068<br>Drop-off:<br>7415 Hayvenhurst Place Castle & Cooke Aviation #N399LF, Los Angeles, CA 91406 | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 01/31/2018 7:45<br>End time: 01/31/2018 9:45<br>Ordered by: Stephanie West |
| 519 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/5/2018 | Ready to Roll | $ 426.87 | California | TM FEB EXP | Pick-up / Stops:<br>JetSuiteX Hangar 2 Flight XE-558, 4561 West Empire Avenue Burbank, CA 91505 United States<br>Drop-off:<br>3204 Ledgewood Dr. Los Angeles, CA 90068 | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/04/2018 11:00<br>End time: 02/04/2018 12:45<br>Ordered by: Stephanie West |
| 520 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Ready to Roll | $ 426.87 | Texas | TM FEB EXP | Pick-up / Stops:<br>Arrival Virgin America #1874 Dallas Love Field Airport<br>Drop-off:<br>Ritz Carlton (Dallas)- HOTEL - 214-922-0200, 2121 McKinney Ave, Dallas, TX 75201 | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/07/2018 15:50<br>End time: 02/07/2018 16:22<br>Ordered by: Stephanie West |
| 521 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/31/2017 | Ready to Roll | $ 426.87 | Hollywood, CA | TM FEB Travel | Ground transportation for Anthony Makris | Anthony Makris | Auto | Car Service | PU: 3204 Ledgewood Dr. Hollywood, CA 90068<br>Drop: VNY N35455<br>Pickup: 13:00 Dropoff: 13:45<br>Passenger: Makris, Anthony<br>Total: $426.87 |
| 522 | 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/5/2017 | Ready to Roll | $ 426.87 | Las Vegas, NV | TM FEB Travel | Ground Transportation 3204 Ledgewood Dr. to airport | Charles Marx | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas) Las Vegas, NV 89119<br>Drop: LAS<br>Pickup: 11:00 Dropoff: 13:00<br>Passenger: Marx, Charles<br>Requested by: Stephanie West<br>Total: $426.87 |
| 523 | 1; 4; 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/27/2018 | Four Seasons | $ 463.72 | Las Vegas, NV | TM Jan Travel | Unknown | Wayne Roberts | Travel | Lodging | Invoice is to Wayne Roberts. Advance deposit for stay during 1/31 to 2/4 |
| 524 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/10/2016 | Ready to Roll | $ 425.50 | Los Angeles, CA | TM June Travel | TM ground transportation LAX pickup to 3204 Ledgewood 3 hours | TM | Auto | Car Service | |
| 525 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/1/2017 | Verizon | $ 424.50 | Alexandria, VA | Unknown | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Billing period: 04/08/17 - 05/07/17<br>Three numbers associated with account (571.414.1189 - iPad mini) (703.201.2938 - iPad 4g) (703.622.3636 - iPhone 6) |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 526 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/28/2018 | Four Seasons | $ | 277.76 | Beverly Hills, CA | TM FEB EXP | Unknown | Tony; Wayne | Travel | Lodging | Receipt provided but difficult to read.<br>Date: 1/26/2018<br>Amount : $207.99<br>Tax: $19.77<br>Tip: $50.00<br>Total: $277.76<br>Tony Makris signed receipt and paid with American Express<br>Tony and Wayne's names handwritten on top |
| 527 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/21/2016 | American Airlines | $ | 422.60 | Savannah, GA | TM December travel expenses | TM airfare savannah to dallas | Tony Makris | Travel | Airfare | Passenger: Tony Makris |
| 528 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/26/2016 | CXIII/Landini Brothers | $ | 420.86 | Alexandria, VA | TM October Travel Expense | TM lunch with JP & guest part of 5279.91 | TM; JP; Guest | Meals/Beverages | Group | |
| 529 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/10/2016 | CXIII/Landini Brothers | $ | 419.96 | Alexandria, VA | TM June Travel | TM meal with LO & JP part of $11,124.91 | TM; LO; JP | Meals/Beverages | Group | |
| 530 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/10/2016 | CXIII/Landini Brothers | $ | 417.24 | Alexandria, VA | TM February Travel | Lunch TM with Mark Dycio WLP & Lance Olsen part of 3032.68 | TM; Mark Dycio; WLP; Lance Olson | Meals/Beverages | Group | |
| 531 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 12/15/2016 | CXIII/Landini Brothers | $ | 415.71 | Alexandria, VA | TM January Travel | TM lunch with Lance Olson Josh Powell & Dino Avilez part of $5,408.13 | TM; Lance Olson; Josh Powell; Dino Avilez | Meals/Beverages | Group | |
| 532 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/9/2017 | Bray's Island Plantation | $ | 415.68 | Sheldon, SC | TM Bray's Island & OOP expenses May 14 - May 30 | 5/7/2017 Food/Drink @ Plantation Grille $35.64<br>5/9/2017 Food/Drink @ Plantation Grille $249.15<br>5/9/2017 Food/Drink @ Plantation Grille $115.23<br>5/9/2017 Food/Drink @ The Inn $15.66 | Tony Makris | Meals/Beverages | Individual | Total statement amount is $2,774.14 but 4 charges from the statement are circled and total the $415.68, I included those in the business purpose; there is a handwritten note that says "EXP to NRA $415.68 |
| 533 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/9/2016 | Ready to Roll | $ | 415.50 | Las Vegas, NV | TM February Travel | Feb 7 Pickup drop off 4 seasons vegas 15 as directed | Tony Makris | Auto | Car Service | PU: Four Seasons Hotel<br>DO: LAS N<br>Passenger - Tony Makris |
| 534 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Ready to Roll | $ | 415.50 | Nashville, TN | TM December travel expenses | TM ground transportation Hermitage from airport | TM; Hayley Holmes | Auto | Car Service | Passenger: Hayley Holmes |
| 535 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ | 415.50 | Las Vegas, NV | TM March Travel | Mar 4Ground trans 3 hrs to four seasons | Anthony Makris | Auto | Car Service | PU: 6005 Las Vegas Blvd S. Las Vegas, NV<br>DO: Four Seasons Hotel<br>For Wayne Roberts Event |
| 536 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ | 415.50 | Las Vegas, NV | TM March Travel | March 4 ground trans TM WLP 3 hours as directed to Four Seasons - Vegas | TM; WLP | Auto | Car Service | PU: 6005 Las Vegas Blvd S. Las Vegas, NV<br>DO: Four Seasons Hotel |
| 537 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/23/2016 | Ready to Roll | $ | 415.50 | Scottsdale, AZ | TM September Travel | Ground transportation Scottsdale (10600 E Crescent Moon Dr to 15290 N 78th Way) | TM | Auto | Car Service | |
| 538 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/26/2016 | Ready to Roll | $ | 415.50 | Los Angeles, CA | TM September Travel | Ground transportation Van Nuys airport to Ledgewood Drive | TM | Auto | Car Service | |
| 539 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 12/4/2016 | CXIII/Landini Brothers | $ | 415.34 | Alexandria, VA | TM January Travel | TM lunch with Josh Powell Andrew Arulankim & WLP Part of $5,408.13 | TM; Josh Powell; Andrew Arulankim; WLP | Meals/Beverages | Group | |
| 540 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/18/2017 | CXIII/Landini Brothers | $ | 413.62 | Alexandria, VA | Unknown | 4/18/2017: $413.62 | JP | Meals/Beverages | Individual | |
| 541 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/18/2017 | AC Limousine | $ | 410.00 | South Carolina | Unknown | Unknown | Team Makris (2 passengers) | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): Team Makris/2 passengers<br>Start time: 04/16/2017 8:17pm<br>Drop-off time: 04/26/2017 9:17pm<br>Pick-up / Stops: Arrival Delta Air Lines #730 Savannah / Hilton Head International<br>Drop-off: 9 Frederick Place, Brays Island, SC 29941<br>Total: $263.00<br><br>Missing page 1, only have page 2. Page 2 includes the ride notated above.<br>Total cost of tips: $410.00 |
| 542 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/12/2018 | Tuscany | $ | 409.99 | Westlake Village, CA | TM March Travel | Unknown | Tom Selleck; Dan Selleck; Tony Makris | Meals/Beverages | Group | Date: 03/12/18<br>Amount: $339.99<br>Tip: $70.00<br>Total: $409.99<br>Tony Makris signature present at bottom of receipt |
| 543 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Four Seasons | $ | (304.99) | Las Vegas, NV | TM FEB EXP | Unknown | Lance Olson | Travel | Lodging | Arrival date: 01/31/18<br>Departure: 02/04/18<br>Amount: ($304.99) |
| 544 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ | 405.23 | Alexandria, VA | TM March Travel | Unknown | Tony Makris; Josh Powell | Meals/Beverages | Group | Date: 02/05/18<br>CXIII Rex<br>Charge: $310.50<br>Scv: $60.00<br>Tax: $28.73<br>Total: $405.23 |
| 545 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/22/2017 | CXIII/Landini Brothers | $ | 405.15 | Alexandria, VA | TM March travel | Meal Tony Makris with WLP Mark Dycio & Joe McQuire part of $3,550.03 | Tony Makris; WLP; Mark Dycio; Joe McQuire | Meals/Beverages | Group | Date: 02/22/17<br>Landini Brothers<br>Charge: $311.65<br>Scv: $62.33<br>Tax: $31.17<br>Total: $405.15 |
| 546 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 12/5/2016 | CXIII/Landini Brothers | $ | 402.77 | Alexandria, VA | TM January Travel | TM lunch with S Hart, M Dycio & WLP Part of $5,408.13 | TM; S Hart; M Dycio; WLP | Meals/Beverages | Group | |
| 547 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/26/2015 | CXIII/Landini Brothers | $ | 402.60 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | LUNCH TM with RH CM KE & Tom S part of $2,791.96. | TM; R Holden; Charlie Marx; Ken Elliott; T Selleck | Meals/Beverages | Group | Note on calendar states 'R. Holden, Charlie Marx, Ken Elliott, T. Sellack' |
| 548 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/20/2017 | Spago | $ | 402.43 | Beverly Hills, CA | TM January Travel | TM Dinner with Chris McKinney Dino Aviles and Warner Loughlin | TM; Chris McKinney; Dino Avilez; Warner Loughlin | Meals/Beverages | Group | handwritten: TM C McKinney WL Dino Avilez" |
| 549 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-2/14/2017 | Jeff Minson | Financial Analyst | 1/23/2017 | Ready to Roll | $ | 401.76 | Hollywood, CA | TM January Travel | TM Gorund transportation Camarillo CA to 3204 Ledgewood | Tony Makris | Auto | Car Service | Passenger: Tony Makris Requested by: Stephanie West |
| 550 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Yamashiro | $ | 399.18 | Los Angeles, CA | TM March Travel | Dinner TM with Tom Selleck and David Muntz & Ted Calleton | TM; Tom Selleck; David Muntz; Ted Calleton | Meals/Beverages | Group | |
| 551 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/1/2016 | CXIII/Landini Brothers | $ | 397.27 | Alexandria, VA | TM September Travel | Meal TM with RK & DA part of $7,463.82 | TM; RK; DA | Meals/Beverages | Group | |
| 552 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/15/2016 | CXIII/Landini Brothers | $ | 396.66 | Alexandria, VA | TM April Travel | TM lunch with WLP MD & SH part of $3289.50 | TM; WLP; MD; SH | Meals/Beverages | Group | |
| 553 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/21/2017 | Wall Street Journal | $ | 395.88 | Unknown | TM November Travel | Annual WSJ renewal - Stmt only/no receipt | Makris | Miscellaneous | Other | |
| 554 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/28/2017 | AMEX | $ | 395.00 | Unknown | TM March travel | Amex annual renewal fee statement is receipt | Anthony Makris | Miscellaneous | Other | Annual membership renewal fee<br>Period 04/17 thru 03/18 |
| 555 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/28/2016 | AMEX | $ | 395.00 | Unknown | TM March Travel | Amex annual card fee TM | TM | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 556 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 2/28/2018 | AMEX | $ | 395.00 | Unknown | TM March Travel | Annual membership renewal fee for period 4/18 thru 3/19 | TM | Miscellaneous | Other | Date: 02/28/18<br>Annual membership renewal fee<br>Amount: $395.00 |
| 557 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/3/2018 | Four Seasons | $ | 9,809.33 | Las Vegas, NV | TM FEB EXP | Unknown | Mr and Mrs Tony Makris | Travel | Lodging | Arrival date: 01/31/18<br>Departure: 02/04/18<br>Amount: $9809.33<br>Charges include Charlie Palmer Steak House during stay, daily resort fee + tax, room charges, laundry |
| 558 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/26/2017 | CXIII/Landini Brothers | $ | 390.36 | Alexandria, VA | TM august travel | TM meal with MD CN & JP | TM; MD; CN; JP | Meals/Beverages | Group | |
| 559 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/14/2016 | La Quinta | $ | 389.68 | La Quinta, CA | TM October Travel Expense | Dessert/Drinks TM with GC SB & WLP | TM; GC; SB; WLP | Meals/Beverages | Group | |
| 560 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/24/2016 | CXIII/Landini Brothers | $ | 389.40 | Alexandria, VA | TM March Travel | Lunch TM with CN JC & JP part of $7430.39 | TM; CN; JC; JP | Meals/Beverages | Group | |
| 561 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/29/2016 | Ready to Roll | $ | 387.80 | Los Angeles, CA | TM February Travel | Jan 27 4 as directed PU dropoff 3204 ledgewood | Tony Makris | Auto | Car Service | PU: 3204 Ledgewood Dr. Hollywood, CA<br>DO: 3204 Ledgewood Dr. Hollywood, CA<br>Passenger - Tony Makris |
| 562 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/14/2016 | La Quinta | $ | 385.36 | La Quinta, CA | TM October Travel Expense | Dinner TM with GC SB & WLP | TM; GC; SB; WLP | Meals/Beverages | Group | |
| 563 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/3/2016 | CXIII/Landini Brothers | $ | 384.97 | Alexandria, VA | TM November Travel | Meal TM with JP WLP and AA part of 4465.38 | TM; JP; WLP; AA | Meals/Beverages | Group | |
| 564 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/17/2016 | Pistola LA Ristora | $ | 384.56 | Los Angeles, CA | TM February Travel | Dinner TM with T Selleck D Selleck and WLP | TM; T Selleck; D Selleck; WLP | Meals/Beverages | Group | |
| 565 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/1/2017 | Verizon | $ | 382.60 | Unknown | TM SEPT Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | bill to: tony makris |
| 566 | 2; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/20/2017 | American Airlines | $ | 382.40 | Unknown | Unknown | Unknown | Elicia Loughlin | Travel | Airfare | Flight from Burbank CA to Phoenix AZ |
| 567 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/28/2016 | CXIII/Landini Brothers | $ | 382.30 | Alexandria, VA | TM February Travel | Lunch TM with C Nash M Dycio & WLP part of 2217.87 | TM; C Nash; M Dycio; WLP | Meals/Beverages | Group | |
| 568 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/11/2016 | Sushi of ari | $ | 382.28 | Los Angeles, CA | TM June Travel | TM meal with DV & GM | TM; DV; GM | Meals/Beverages | Group | |
| 569 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/10/2018 | Silverleaf Cigar | $ | 374.46 | Fort Worth, TX | TM FEB EXP | Unknown | Tony Makris; Mark Dycio; Al McCalhot; Wallet Wagner; Nike Billeau | Miscellaneous | Other | Date: February 10, 2018<br>Subtotal: $304.46<br>Tip: $70.00<br>Total: $374.46<br>Tony Makris signature present |
| 570 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/18/2018 | North Kierland | $ | 373.53 | Scottsdale, AZ | TM April Travel | Unknown | Tony Makris; Elicia Warner Loughlin; Wayne LaPierre; Susan LaPierre | Meals/Beverages | Group | |
| 571 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/4/2018 | Four Seasons | $ | 2,322.55 | Las Vegas, NV | TM FEB EXP | Unknown | Mr and Mrs Tony Makris | Travel | Lodging | Arrival date: 01/31/18<br>Departure: 02/04/18<br>Amount: $2322.55<br>Charges include Charlie Palmer Steak House during stay, daily resort fee + tax, room charges, laundry |
| 572 | | 2018 | 156967 | EXP-11653 | 12/29/2017 - 3/27/2018 | Jeff Minson | Financial Analyst | 2/9/2018 | Ritz Carlton | $ | 2,838.29 | Dallas, TX | TM FEB Supplemental | Lodging T Makris Dallas for meetings with NR * AM staff with James Rosen | T Makris | Travel | Lodging | Date: 02/06/18<br>Amount: $2838.29 |
| 573 | | 2018 | 160161 | 12119 | 6/28/2016 | Jeff Minson | Financial Analyst | 7/31/2018 | Verizon | $ | 367.01 | Unknown | TM July Travel | Unknown | TM | Miscellaneous | Telecommunications | Bill includes South Africa for May 30 to Jun 7 and additional international travel charges |
| 574 | | 2018 | 156967 | EXP-11653 | 12/29/2017 - 3/27/2018 | Jeff Minson | Financial Analyst | 12/29/2017 | Bray's Island Plantation | $ | 367.00 | Sheldon, SC | TM FEB Supplemental | TM dinner Mr. Horseman NRA Advancement - Bray's Island | TM; Mr Horseman | Meals/Beverages | Group | Date: 12/29/17<br>Brays Island Grill - Tony - Dinner with Mr. Horseman - NRA Advancement<br>Amount: $367.00 |
| 575 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/15/2017 | Joe Stone Crab | $ | 366.88 | Las Vegas, NV | TM January Travel | TM lunch with Chris McKinney and WLP | TM; Chris McKinney; WLaP | Meals/Beverages | Group | Joe's Seafood: Seafood, Steak & Stone Crab, handwritten "TM Chris McKinney WLaP |
| 576 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/10/2018 | Silverleaf Cigar | $ | 366.11 | Fort Worth, TX | TM FEB EXP | Unknown | Mark Dycio; AL Mocallef; Wally; Mike | Miscellaneous | Other | Date: February 9, 2018<br>Time: 11:35pm<br>Total: $366.11 |
| 577 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/15/2017 | The Ivy | $ | 364.71 | Los Angeles, CA | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | Tony Makris | Meals/Beverages | Individual | Tony Makris signed receipt. |
| 578 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/19/2016 | CXIII/Landini Brothers | $ | 363.79 | Alexandria, VA | TM January Travel | TM lunch with J Cotton C Nash & Roger Bair part of $4,576.13 | TM; J Cotton; C Nash; Roger Bair | Meals/Beverages | Group | |
| 579 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Cliffs | $ | 363.50 | Los Angeles, CA | Unknown | The scan image of the receipt has a name hand written: Diane Valentine | Anthony Makris; Diane Valentine | Meals/Beverages | Group | |
| 580 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/23/2017 | CXIII/Landini Brothers | $ | 363.22 | Alexandria, VA | TM March travel | Meal Josh Powell and group part of $4,325.30 | Josh Powell; Group; Tom Held | Meals/Beverages | Group | Date: 02/23/17<br>CXIII Rex<br>Charge: $281.25<br>Scv: $60.00<br>Tax: $21.97<br>Total: $363.22 |
| 581 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/13/2017 | Kettle Black | $ | 362.33 | Los Angeles, CA | Unknown | Unknown | Diane Valentine; Tony Makris; Wayne LaPierre | Meals/Beverages | Group | |
| 582 | 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/11/2016 | CXIII/Landini Brothers | $ | 358.67 | Alexandria, VA | TM January Travel | Lunch with WP and guests | WP; Guests | Meals/Beverages | Group | |
| 583 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/7/2018 | Trulucks | $ | 355.53 | Dallas, TX | TM Jan Travel | Unknown | Tony Makris; Josh Powell; Lance Olson; Wayne LaPierre | Meals/Beverages | Group | Receipt was not itemized - no additional detail provided. The amex statement had a hand written note indicating attendance of Josh Powell, Lance Olson, and Wayne LaPierre |
| 584 | 5 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/17/2016 | Brite Strike | $ | 355.00 | Plymouth, MA | TM May Travel | 6 pen lights for distribution at knar meetings louisville KY | TM | Miscellaneous | Gift | FEDEX overnight to 21c Museum Hotel, Louisville, KY @55.00 |
| 585 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/21/2016 | Wall Street Journal | $ | 347.88 | Unknown | TM November Travel | Annual Auto Renual TM WSF statement only no receipt | TM | Miscellaneous | Other | |
| 586 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/30/2017 | Yamashiro | $ | 345.45 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | TM; TWS | Meals/Beverages | Group | handwritten initials "TM TWS" on receipt |
| 587 | 1; 9 | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/8/2017 | CXIII/Landini Brothers | $ | 340.57 | Alexandria, VA | TM AUG TRAVEL | Millie Hallow + Guests | Millie Hallow; Guests | Meals/Beverages | Group | reflected on Tony Makris's CXIII REX stmt |
| 588 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/17/2017 | Joe's Seafood | $ | 340.43 | Las Vegas, NV | TM January Travel | TM lunch with Chris McKinney and Warner Loughlin | Tony Makris; Chris McKinney; Warner Loughlin | Meals/Beverages | Group | Joe's Seafood: Seafood, Steak & Stone Crab, handwritten "W TM Chris" |
| 589 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/4/2017 | CXIII/Landini Brothers | $ | 340.13 | Alexandria, VA | Unknown | 4/4/17; $340.13 - WLP | WLP | Meals/Beverages | Individual | |
| 590 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/18/2018 | Jetsuitex | $ | 339.00 | Unknown | TM Jan Travel | Unknown | TM | Travel | Airfare | The transaction was for a flight purchased on JetSuiteX for a trip from Burbank to Las Vegas on 1/19/18 |
| 591 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Jetsuitex | $ | 339.00 | Unknown | TM FEB EXP | Flight details: 4-Feb-2018<br>Departing: Las Vegas 10:35am<br>Arrival: Burbank 11:40am | Tony Makris | Travel | Airfare | Passenger: Tony Makris<br>Flight details: 4-Feb-2018<br>Departing: Las Vegas 10:35am<br>Arrival: Burbank 11:40am<br>Payment: VISA ...5006 $339.00 |
| 592 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/11/2017 | Apple Store | $ | 337.08 | Unknown | TM OCT Travel | AirPods Qty 2 $159.00<br>Subtotal $318.00<br>Est. Tax $19.08<br>Order Total $337.08 | Tony Makris | Miscellaneous | Other | |
| 593 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/18/2016 | CXIII/Landini Brothers | $ | 336.87 | Alexandria, VA | TM august travel | TM meal with RK & JP | TM; RK; JP | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 594 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Verizon | $ 334.97 | Unknown | TM FEB EXP | Unknown | Tony Makris | Miscellaneous | Telecommunications | Bill date: January 7, 2018<br>3 phone numbers on bill (571.414.1189 = $17.08, 702.201.2938 = $10.08, 703.622.3636 = $207.81) |
| 595 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/15/2016 | CXIII/Landini Brothers | $ 333.63 | Alexandria, VA | TM June Travel | TM meal with JP WL & LO part of $11,124.91 | TM; JP; WL; LO | Meals/Beverages | Group | |
| 596 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/7/2018 | CXIII/Landini Brothers | $ 329.73 | Alexandria, VA | TM FEB EXP | Wayne LaPierre | Wayne LaPierre | Meals/Beverages | Individual | Date: 01/09<br>Description: Landini Brothers<br>Charge: $249.75<br>SCV: $55.00<br>Tax: $24.98<br>Total: $329.73 |
| 597 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/30/2016 | CXIII/Landini Brothers | $ 329.30 | Alexandria, VA | TM April Travel | TM lunch with JP KA & RK part of $5999.21 | TM; JP; KA; RK | Meals/Beverages | Group | |
| 598 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/6/2017 | CXIII/Landini Brothers | $ 328.84 | Alexandria, VA | Unknown | 4/6/17: $328.84 - WLP | WLP | Meals/Beverages | Individual | |
| 599 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/5/2016 | CXIII/Landini Brothers | $ 326.27 | Alexandria, VA | TM May Travel | TM with WLP & M Hallow | TM; WLP; M Hallow | Meals/Beverages | Group | |
| 600 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/18/2017 | CXIII/Landini Brothers | $ 321.72 | Alexandria, VA | TM March travel | Meal Tony Makris w Mark Dycio WLP & S H part of $4,325.30 | Tony Makris; Mark Dycio; WLP; SH | Meals/Beverages | Group | Date: 02/18/17<br>CXIII Rex<br>Charge: $245.20<br>Scv: $52.00<br>Tax: $24.52<br>Total: $321.72 |
| 601 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/12/2016 | CXIII/Landini Brothers | $ 320.30 | Alexandria, VA | TM November Travel | Meal TM with WP JP and WLP part of 4465.38 | TM; WP; JP; WLP | Meals/Beverages | Group | |
| 602 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/9/2018 | Silverleaf Cigar | $ 319.80 | Fort Worth, TX | TM FEB EXP | Unknown | Mark Dycio; AL Mocallef; Wally; Mike | Miscellaneous | Other | Date: February 9, 2018<br>Time: 4:51pm<br>Total: $319.80 |
| 603 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/12/2017 | Four Seasons | $ 318.83 | Los Angeles, CA | TM FEB Travel | Dinner with WLM Dan & Kristen Selleck | TM; WLM; Dan Selleck; Kristen Selleck | Meals/Beverages | Group | Date: 02/12/17<br>Amount: $258.83<br>Tip: $60.00<br>Total: $318.83<br>Tony Makris signature present at bottom of receipt<br>"TM, WLM, Dan Selleck, Kristen Selleck" handwritten on top |
| 604 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/24/2016 | La Poubelle | $ 316.46 | Los Angeles, CA | TM September Travel | Dinner TM with D Selleck & T Selleck | TM; Dan Selleck; Tom Selleck | Meals/Beverages | Group | handwritten on receipt "TM, Dan Selleck, Tom Selleck" |
| 605 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/16/2016 | Rao's | $ 316.15 | Los Angeles, CA | TM October Travel Expense | Dinner TM with WLP MV & DV | TM; WLP; MV; DV | Meals/Beverages | Group | |
| 606 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/8/2016 | CXIII/Landini Brothers | $ 315.52 | Alexandria, VA | TM October Travel Expense | TM lunch with JP part of 5279.91 | TM; JP | Meals/Beverages | Group | |
| 607 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/24/2016 | Rao's | $ 314.69 | Los Angeles, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Dinner TM WL & Daniel Turaosil & Erin Tayler | Tony Makris; WL; Daniel Turaosil; Erin Tayler | Meals/Beverages | Group | Note says Tony Makris, Daniel Turaosil, Erin Tayler. |
| 608 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/14/2017 | Ready to Roll | $ 314.57 | Los Angeles, CA | TM SEPT Travel | Passenger (total): Tony Makris (1) PU: 3204 Ledgewood DO: LAX, Departure Alaska Airlines Los Angeles intl | Tony Makris | Auto | Car Service | Ordered by: Stephanie West |
| 609 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/21/2017 | CXIII/Landini Brothers | $ 311.08 | Alexandria, VA | TM March travel | Meal Tony Makris with T Schropp David Lehman and Woody Phillips part of $3,550.03 | Tony Makris; T Schropp; David Lehman; Woody Phillips | Meals/Beverages | Group | Date: 02/21/17<br>Landini Brothers<br>Charge: $223.25<br>Scv: $44.65<br>Tax: $22.33<br>Total: $290.23<br>Charge: $18.95<br>Scv: $0.00<br>Tax: $1.90<br>Total: $20.85<br>Overall total: $311.08 |
| 610 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/11/2016 | CXIII/Landini Brothers | $ 310.95 | Alexandria, VA | TM June Travel | TM meal with JP WLP & LO part of $11,124.91 | TM; JP; WLP; LO | Meals/Beverages | Group | |
| 611 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/10/2016 | Gelson's Markets | $ 310.93 | Unknown | TM September Travel | Groceries in lieu of meals while in Los Angeles | TM | Meals/Beverages | Individual | |
| 612 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/3/2016 | Bellagio Olives | $ 309.85 | Las Vegas, NV | TM April Travel | TM lunch with WLP SLP & Chris Kenney | TM; WLP; SLP; Chris Kenney | Meals/Beverages | Group | |
| 613 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/22/2018 | Casa fuente | $ 309.00 | Las Vegas, NV | TM Jan Travel | Unknown | Tony Makris; Tom Selleck; Dave Muntz | Meals/Beverages | Group | Customer copy with no itemized detail. Amex statement has a note indicating the presence of Tom Selleck and Dave Muntz. |
| 614 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/24/2018 | HEGES | $ 308.60 | Johns Island, SC | TM March Travel | Unknown | Tony Makris; Wayne LaPierre; Susan; Chris Kinney | Meals/Beverages | Group | Date: 03/24/18<br>Subtotal: $248.60<br>Gratuity: $60.00<br>Total: $308.60<br>Tony Makris signature present at bottom of receipt |
| 615 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/24/2016 | CXIII/Landini Brothers | $ 306.54 | Alexandria, VA | TM June Travel | TM meal with CN JP & WB part of $11,124.91 | TM; CN; JP; WB | Meals/Beverages | Group | |
| 616 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/2/2016 | CXIII/Landini Brothers | $ 305.82 | Alexandria, VA | TM June Travel | TM meal with CN & JC part of $11,124.91 | TM; CN; JC; MD; KM | Meals/Beverages | Group | |
| 617 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/29/2016 | CXIII/Landini Brothers | $ 305.70 | Alexandria, VA | TM March Travel | Lunch TM with Millie Hallow WLP WP & AF | TM; Millie Hallow; WLP; WP; AF | Meals/Beverages | Group | |
| 618 | 2; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/1/2016 | Delta Airlines | $ 305.10 | Phoenix, AZ | TM March Travel | Airfare Warner Loughlin PHX to LAX | Warner Loughlin | Travel | Airfare | |
| 619 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/11/2018 | Ashton Hotel | $ 480.56 | Fort Worth, TX | TM FEB EXP | Unknown | Mark Dycio; Duffy/Cremer | Travel | Lodging | Email sent to Tony Makris. Mark Dycio's name was printed along with Duffy/Cremer<br>Arrival date: 02/09/18<br>Departure date: 02/11/18<br>Amount: $480.56 |
| 620 | 9 | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/27/2018 | Alto Plaza | $ 304.52 | Centreville, VA | TM July Travel | Mark Dycio dinner with NRA | Mark Dycio | Meals/Beverages | Individual | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 621 | | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 11/18/2016 | Bray's Island Plantation | $ 304.50 | Sheldon, SC | TM OCT NOV travel tips and reimbursable expenses | Meal with Gen. Walter Boomer and David Gardner | TM; Gen Walter Boomer; David Gardner | Meals/Beverages | Group | |
| 622 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/7/2016 | CXIII/Landini Brothers | $ 302.67 | Alexandria, VA | TM February Travel | Lunch TM with WLP Millie Hallow and Andra Fisher part of $2217.87 | TM; WLP; Millie Hallow; Audra Fischer | Meals/Beverages | Group | |
| 623 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/1/2016 | CXIII/Landini Brothers | $ 302.35 | Alexandria, VA | TM December travel expenses | JP and company meal wih out of TM out of town during this period | JP; Company | Meals/Beverages | Group | |
| 624 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/1/2018 | Verizon | $ 302.23 | Alexandria, VA | TM August Travel | Unknown | TM | Miscellaneous | Telecommunications | Bill for 3 phone numbers for TM |
| 625 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/12/2018 | Ashton Hotel | $ 522.80 | Fort Worth, TX | TM FEB EXP | Unknown | Mark Dycio; Duffy/Cremer | Travel | Lodging | Email sent to Tony Makris. Mark Dycio's name was printed along with Duffy/Cremer<br>Arrival date: 02/09/18<br>Departure date: 02/12/18<br>Amount: $522.80 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 626 | 5 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/30/2018 | Harry & David | $ | 298.75 | Unknown | TM FEB EXP | Unknown | Tony Makris | Miscellaneous | Gift | Order confirmation for order placed on January 30, 2018.<br>Billing Address listed:<br>Tony Makris<br>52 Wolfe Street, Alexandria, VA 22314-3865<br>southernbell2764@yahoo.com<br>Paid with AMEX ending in 5006<br>Merchandise: $239.98<br>Shipping charge: $36.00<br>Total before tax: $275.98<br>Estimated tax: $22.77<br>Oder total: $298.75 |
| 627 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/1/2017 | Verizon | $ | 290.60 | Alexandria, VA | TM AUG TRAVEL | Unknown | Tony Makris | Miscellaneous | Telecommunications | Billed to: Tony Makris |
| 628 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | CXIII/Landini Brothers | $ | 290.22 | Alexandria, VA | TM September Travel | Meal TM with JP MD & WLP part of $7463.82 | TM; JP; MD; WLP | Meals/Beverages | Group | |
| 629 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/20/2016 | CXIII/Landini Brothers | $ | 290.00 | Alexandria, VA | TM March Travel | Lunch TM with TS CN & BS part of $5853.02 | TM; TS; CN; BS | Meals/Beverages | Group | |
| 630 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/22/2017 | American Airlines | $ | 289.67 | Unknown | Unknown | Unknown | Anthony Makris | Travel | Airfare | Passenger name: Makris/Anthony S<br>American Airlines<br>Amount: $289.67 |
| 631 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/7/2016 | Hotel Belair | $ | 287.62 | Unknown | TM September Travel | Lunch TM with Carol Lanning | Tony Makris; Carol Lanning | Meals/Beverages | Group | Receipt is from Wolfgang Puck Restaurant at Hotel Bel Air, handwritten on receipt says "Tony Makris Carol Lanning" |
| 632 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/3/2016 | CXIII/Landini Brothers | $ | 287.13 | Alexandria, VA | TM December travel expenses | JP and company meal wih out of TM out of town during this period | JP; Company | Meals/Beverages | Group | |
| 633 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/19/2018 | Ready to Roll | $ | 287.00 | Los Angeles, CA | TM Jan Travel | Unknown | TM | Auto | Car Service | PU: LAX<br>DO: 3204 Ledgewood Dr<br>Date 1/17/18<br>Passenger count 1 and base charge for 1 @ 200 |
| 634 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/6/2016 | CXIII/Landini Brothers | $ | 283.17 | Alexandria, VA | TM June Travel | TM meal with WLP CN & SH part of $11,124.91 | TM; WLP; CN; SH | Meals/Beverages | Group | |
| 635 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/1/2018 | Verizon | $ | 283.08 | Alexandria, VA | TM March Travel | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Billing period: 01/08/18 - 02/07/18<br>Three numbers associated with account (571.414.1189 - iPad min) (703.201.2938 - iPad 4g) (703.622.3636 - iPhone 7) |
| 636 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/1/2017 | Verizon | $ | 282.88 | Alexandria, VA | TM November Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | Billing period: Oct 8, 2017 - Nov 7, 2017<br>Bill for 3 phone numbers (571.414.1189, 703.201.2938, 703.622.3636)<br>Total: $282.88 |
| 637 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/1/2017 | Verizon | $ | 282.88 | Alexandria, VA | TM December | Uknown | Makris | Miscellaneous | Telecommunications | Monthly wireless bill for Makris and 3 numbers and additional charges incurred on international travel |
| 638 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/1/2017 | Verizon | $ | 282.60 | Unknown | TM OCT Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | bill to: tony makris |
| 639 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/1/2017 | Verizon | $ | 282.56 | Unknown | Unknown | Unknown | TM | Miscellaneous | Telecommunications | |
| 640 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/1/2017 | Verizon | $ | 282.56 | Alexandria, VA | Unknown | Verizon Bill Payment by Tony Makris | Tony Makris | Miscellaneous | Telecommunications | Billed to Tony Makris |
| 641 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/1/2018 | Verizon | $ | 282.05 | Unknown | TM June Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | Verizon bill for 3 separate phone numbers;<br>iphone 7<br>iPad 4G<br>iPad Mini |
| 642 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Trulucks | $ | 281.66 | Dallas, TX | TM January Travel | TM lunch with Brad Johnson | TM; Brad Johnson | Meals/Beverages | Group | handwritten "TM Brad Johnson" |
| 643 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/1/2018 | Verizon | $ | 281.10 | Alexandria, VA | TM April Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | |
| 644 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/1/2018 | Verizon | $ | 280.88 | Unknown | TM May Travel Part 1 | Unknown | Tony Makris | Miscellaneous | Telecommunications | Bill for 3 phone numbers<br>iPhone 7<br>iPad Mini<br>iPad 4G |
| 645 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Ready to Roll | $ | 279.00 | California | TM FEB EXP | Pick-up / Stops:<br>3204 Ledgewood Dr., Los Angeles, CA 90068<br>Drop-off:<br>Departure Virgin America #1874 Los Angeles International Airport | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris<br>Start time: 02/07/2018 7:30<br>End time: 02/07/2018 9:30<br>Ordered by: Stephanie West |
| 646 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/18/2017 | Ready to Roll | $ | 279.00 | California | TM FEB Travel | Ground Transportation 3204 Ledgewood Hollywood to LAX | Anthony Makris | Auto | Car Service | PU: 3204 Ledgewood Dr. Hollywood, CA 90068<br>Drop: LAX 6 AS<br>Pickup: 10:00 Dropoff: 11:00<br>Passenger: Makris, Anthony<br>Total: $279.00 |
| 647 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/14/2018 | Ready to Roll | $ | 279.00 | Los Angeles, CA | TM March Travel | Unknown | Anthony Makris | Auto | Car Service | ref# cu2173<br><br>Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony (1)<br>Start time: 03/13/18 09:45<br>End time: 03/13/18 11:45<br>Pick-up / Stops: 3204 Ledgewood Dr. Los Angeles CA 90068<br>Drop-off: Departure American Airlines #52 Los Angeles International airport<br>Amount: $279.00 |
| 648 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/22/2017 | Ready to Roll | $ | 279.00 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Auto | Car Service | Passenger: Tony Makris PU: 3204 Ledgewood DO: Bob Hope Airport |
| 649 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/22/2016 | CXIII/Landini Brothers | $ | 278.21 | Alexandria, VA | TM April Travel | TM lunch with DA MD & WLP part of $5999.21 | TM; DA; MD; WLP | Meals/Beverages | Group | |
| 650 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Four Seasons | $ | 1,180.13 | Golden Oaks, FL | TM FEB EXP | Unknown | Tony | Travel | Lodging | "This is on the folio for Tony - Adv. Dep." |
| 651 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/13/2016 | CXIII/Landini Brothers | $ | 272.75 | Alexandria, VA | TM November Travel | Meal TM with MH WLP and AA part of 4465.38 | TM; MH; WLP; AA | Meals/Beverages | Group | |
| 652 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/14/2016 | CXIII/Landini Brothers | $ | 272.60 | Alexandria, VA | TM august travel | TM Meal with KM & SM | TM; KM; SM | Meals/Beverages | Group | |
| 653 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/15/2016 | Messh'all | $ | 270.63 | Unknown | TM February Travel | Dinner TM w WLP Diana Valentine Matt Goldberg | TM; WLP; Diana Valentine; Matt Goldberg | Meals/Beverages | Group | |
| 654 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Palm Restaurant | $ | 270.48 | Mclean, VA | TM FEB EXP | Unknown | Tony Makris; Josh Powell | Meals/Beverages | Individual | Date: February 21, 2018<br>Subtotal: $220.48<br>Tip: $50.00<br>Total: $270.48<br>Tony Makris signature present |
| 655 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/1/2016 | CXIII/Landini Brothers | $ | 267.80 | Alexandria, VA | TM April Travel | TM lunch with CN JC & ZM part of $5999.21 | TM; CN; JC; ZM | Meals/Beverages | Group | |
| 656 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/3/2016 | Ready to Roll | $ | 266.61 | Los Angeles, CA | TM February Travel | Feb 2 3204 ledgewood to van nuys airport | Tony Makris | Auto | Car Service | Passenger - Tony Makris |

| 657 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/6/2016 | Ready to Roll | $ 266.61 | Los Angeles, CA | TM April Travel | Ground trans pickup/dropoff 3204 Ledgewood driver 2.75 hours as directed April 5 | Anthony Makris | Auto | Car Service | PU: 3204 Ledgewood Dr. Hollywood, CA<br>DO: VYN N261NA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 658 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/15/2016 | Tropical Wine/Spirits | $ 264.99 | Tequesta, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Amenities for Las Vegas Events | TM | Meals/Beverages | Group | Handwritten note on Tony's CC statement states 'cigar and lighters for 2 vegas trip'; also has note that states 'Darshak' |
| 659 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/28/2016 | CXIII/Landini Brothers | $ 264.11 | Alexandria, VA | TM October Travel Expense | TM meal with WLP and guests part of 511.52 | TM; WLP; Guests | Meals/Beverages | Group | |
| 660 | 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/25/2016 | CXIII/Landini Brothers | $ 261.99 | Alexandria, VA | TM March Travel | Lunch Millie Hallow group lunch | Millie Hallow; Group | Meals/Beverages | Group | |
| 661 | 1; 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/21/2017 | CXIII/Landini Brothers | $ 261.73 | Alexandria, VA | TM FEB Travel | MEAL Josh Powell and guests | Josh Powell; Guests | Meals/Beverages | Group | Date: 01/21/17<br>Landini Brothers<br>Charge: $198.85<br>Scv: $43.00<br>Tax: $19.88<br>Total: $261.83 |
| 662 | 5; 9; 13 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Dean & Deluca | $ 260.00 | Unknown | TM July Travel | Unknown | Craig Spray | Miscellaneous | Gift | Online order for fruit gift box to Craig Spray from Tony Makris on July 25. |
| 663 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | Rao's | $ 259.62 | Los Angeles, CA | TM March Travel | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Date: 03/06/18<br>Amount: $214.62<br>Tip: $45.00<br>Total: $259.62<br>Tony Makris signature present at bottom of receipt<br>"TM & WL NRA/PR" handwritten on top |
| 664 | 1; 9 | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/7/2017 | CXIII/Landini Brothers | $ 259.40 | Alexandria, VA | TM SEPT Travel | Unknown | Wayne LaPierre | Meals/Beverages | Individual | handwritten "Wayne LaPierre", Billed to Wayne LaPierre - LB account on stmt |
| 665 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/30/2017 | South City Kitchen | $ 258.44 | Atlanta, GA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 666 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/15/2018 | Charleston Place | $ 1,578.59 | Charleston, SC | TM FEB EXP | Unknown | Wayne Roberts | Travel | Lodging | Arrival Date: 02/14/18<br>Departure: 02/15/2018<br>Date:<br>02/14/18 - In-room dining $87.18, room charge $1288.00, city destination fee $2.00, room taxes $180.60<br>02/15/18 - in-room dining $20.81<br>Total: $1578.59 |
| 667 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/17/2018 | Beachwood Market | $ 254.71 | Los Angeles, CA | TM Jan Travel | Unknown | Tony Makris; Gigi Carlton; Joe Schoubuck; Ken Elliott; Brandon | Meals/Beverages | Group | The receipt provided is signed, but not itemized. Unclear as to what was purchased and the business purpose.<br><br>Amex statement has a note that includes:<br>- number for Beachwood Cafe with "Brandon" (or Brendon - handwriting is not clear) under it.<br>- Gigi Carlton, Joe Schoubuck (or Schouback - handwriting is not clear), and Ken Elliott |
| 668 | 5 | 2018 | 160161 | 12119 | 6/28/2018-8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Aimpoint | $ 254.51 | Unknown | TM July Travel | Unknown | Tony Makris; Eric Van Horn; Dallas PD | Miscellaneous | Gift | Tony paid for the item, but Aimpoint sent the receipt to Eric Van Horn. The purchase was a patrol rifle optic (pro) and the note read, "This order is for a member of Dallas PD. Please include a Thin Blue Line patch and a tan Aimpoint hat." The note was from Andrea Crewinske from Aimpoint. |
| 669 | | 2017 | 146420 | EXP-9922 | 12/2/2016-<br>12/28/2016 | Jeff Minson | Financial Analyst | 12/20/2016 | Bray's Island Plantation | $ 253.56 | Sheldon, SC | TM Bray Island expenses December 2016 | TM meal with Sal Giannetti at Bray Island | TM; Sal Giannetti | Meals/Beverages | Group | |
| 670 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/15/2018 | Charleston Place | $ 476.52 | Charleston, SC | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival Date: 02/14/18<br>Departure: 02/15/2018<br>Date:<br>02/14/18 - room charge $416.00, city destination fee $2.00, room taxes $58.52<br>Total: $476.52 |
| 671 | 1; 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/21/2017 | CXIII/Landini Brothers | $ 252.54 | Alexandria, VA | Unknown | Unknown | Wayne LaPierre | Meals/Beverages | Individual | Date: 03/21/17<br>Landini Brothers<br>Charge: $191.40<br>Scv: $42.00<br>Tax: $19.14<br>Total: $252.54 |
| 672 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/1/2016 | CXIII/Landini Brothers | $ 252.47 | Alexandria, VA | TM May Travel | TM with TS WLP & M Hallow | TM; TS; WLP; M Hallow | Meals/Beverages | Group | |
| 673 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/15/2018 | Charleston Place | $ 9.53 | Charleston, SC | TM FEB EXP | Unknown | Wayne Roberts | Travel | Lodging | Arrival Date: 02/14/18<br>Departure: 02/15/2018<br>Date:<br>02/15/18 - refreshment center $9.53<br>Total: $9.53 |
| 674 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ 251.10 | Phoenix, AZ | TM July Travel | Unknown | Elicia Warner; Passenger | Auto | Car Service | Trip from PHX to Four Seasons in Scottsdale for Elicia Warner and another passenger |
| 675 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/3/2017 | Ready to Roll | $ 251.10 | Van Nuys, CA | TM OCT Travel | Passenger: Tony Makris PU: Signature Flight Support DO: 3204 Ledgewood Los Angeles, CA | TM | Auto | Car Service | Ordered by: Stephanie West |
| 676 | 7; 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/13/2017 | CXIII/Landini Brothers | $ 251.03 | Alexandria, VA | TM March travel | Meal for Josh Powell part of $3,550.03 | Josh Powell | Meals/Beverages | Individual | Date: 02/13/17<br>Landini Brothers<br>Charge: $193.10<br>Scv: $38.62<br>Tax: $19.31<br>Total: $251.03 |
| 677 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/9/2016 | Cliffs | $ 251.01 | Silver Lake, CA | TM September Travel | Dinner TM with T Selleck D Sellect & C McKinney | TM; T Selleck; D Selleck; C McKinney | Meals/Beverages | Group | handwritten on receipt "T.M., T. Selleck, Dan Selleck, Chris Mckinney" |
| 678 | 5; 9 | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/10/2018 | Dean & Deluca | $ 250.00 | Unknown | TM August Travel | Unknown | Stephanie West | Miscellaneous | Gift | Dean & Deluca Organic Fruit Gift Box |
| 679 | 4 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/16/2018 | St. Simons Island | $ 1,591.86 | Georgia | TM FEB EXP | "This is on the Sea Island folio - Dep. On 2.22" | Tony Makris | Travel | Lodging | Arrival Date: 02/22/18<br>Departure Date: 02/27/18<br>Date: 02/22/2018 - Deposit transferred at check-in = $1591.86 |
| 680 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/21/2018 | Joe's Seafood | $ 249.32 | Las Vegas, NV | TM Jan Travel | Unknown | TM | Meals/Beverages | Individual | |
| 681 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/14/2015 | CXIII/Landini Brothers | $ 246.97 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with CN CK & JP part of $12,791.96 | T Makris; C Nash; C Kinney; J Perran | Meals/Beverages | Group | Note on calendar states 'T. Markis, C. Nash, C. Kinmey, J. Perran' |
| 682 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/26/2016 | CXIII/Landini Brothers | $ 246.25 | Alexandria, VA | TM September Travel | Meal TM with JP WLP & MD part of $7463.82 | TM; JP; WLP; MD | Meals/Beverages | Group | |
| 683 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/24/2017 | CXIII/Landini Brothers | $ 244.16 | Alexandria, VA | Unknown | Unknown | TM | Meals/Beverages | Individual | |

| 684 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/24/2016 | Ready to Roll | $ 242.38 | Reno, NV | TM February Travel | Feb 18 655 Rock Blvd Reno to 3800 S Virginia St Reno | TM | Auto | Car Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 685 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ 242.38 | Unknown | TM March Travel | Mar 8 ground trans ledgewood drive to van nuys airport TM | TM | Auto | Car Service | |
| 686 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Ready to Roll | $ 242.38 | Las Vegas, NV | TM April Travel | Ground trans PU Van Nuys airport to 3204 Ledgewood Hollywood April 4 | Anthony Makris | Auto | Car Service | PU: VYN N261NA<br>DO: 3204 Ledgewood Dr. Hollywood, CA |
| 687 | 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Ready to Roll | $ 242.38 | Las Vegas, NV | TM April Travel | Ground trans PU Las Vegas 4 seasons to airport 1.4 hours as directed April 4 | Mark Dycio | Auto | Car Service | PU: Four Seasons Hotel (Las Vegas)<br>DO: LAS |
| 688 | 1; 9 | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/6/2017 | CXIII/Landini Brothers | $ 242.07 | Alexandria, VA | TM November Travel | Unknown | Wayne LaPierre | Meals/Beverages | Individual | Date: 10/25/2017<br>Landini Brothers<br>Charge = $183.40<br>SCV = $40.00<br>Tax = $18.37<br>Total = $242.07 |
| 689 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/20/2016 | CXIII/Landini Brothers | $ 241.96 | Alexandria, VA | TM august travel | TM meal with CN RK & SM | TM; CN; RK; SM | Meals/Beverages | Group | |
| 690 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/5/2017 | CXIII/Landini Brothers | $ 241.35 | Alexandria, VA | Unknown | 4/5/17: $241.35 carry out - JP | JP | Meals/Beverages | Individual | |
| 691 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/7/2016 | CXIII/Landini Brothers | $ 240.20 | Alexandria, VA | TM October Travel Expense | TM lunch with JP part of 5279.91 | TM; JP | Meals/Beverages | Group | |
| 692 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/28/2016 | Giovanni | $ 238.66 | Nashville, TN | TM November Travel | Dinner TM with David Corlew (mgr Charlie Daniels Band) | TM; David Corlew | Meals/Beverages | Group | handwritten note: TM and David Cerlew |
| 693 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/11/2016 | CXIII/Landini Brothers | $ 230.94 | Alexandria, VA | TM December travel expenses | WLP acct meal - detail not provided | WLP | Meals/Beverages | Individual | |
| 694 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/7/2016 | CXIII/Landini Brothers | $ 230.28 | Alexandria, VA | TM May Travel | TM with WLP & M Hallow | TM; WLP; M Hallow | Meals/Beverages | Group | |
| 695 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/9/2016 | CXIII/Landini Brothers | $ 228.09 | Alexandria, VA | TM January Travel | TM lunch with C Nash & R kwong part of $4,576.99 | TM; C Nash; R Kwong | Meals/Beverages | Group | |
| 696 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/5/2018 | Katsuya | $ 226.15 | Los Angeles, CA | TM FEB EXP | Unknown | Tony; Tyler | Meals/Beverages | Group | Date: February 5, 2018<br>Subtotal: $186.15<br>Gratuity: $40.00<br>Total: $226.15<br>Tony Makris signature present |
| 697 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/1/2016 | Verizon | $ 226.02 | Unknown | TM February Travel | Verizon service 2 tablets & cell TM dec 8 - jan 7 | TM | Miscellaneous | Telecommunications | |
| 698 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/1/2016 | Verizon | $ 226.02 | Unknown | TM March Travel | Verizon cell service Jan 8-Feb 7 plus servce on 2 tablets | Anthony Makris | Miscellaneous | Telecommunications | |
| 699 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/1/2016 | Verizon | $ 226.02 | Unknown | TM April Travel | TM 2 Pad service and cell service Feb 8 - Mar 7 | TM | Miscellaneous | Telecommunications | |
| 700 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/7/2016 | Verizon | $ 226.00 | Unknown | TM august travel | Cell & tablet (2) service June 8th - July 7th | AM | Miscellaneous | Telecommunications | Monthly Verizon charges for July - August |
| 701 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/1/2016 | Verizon | $ 226.00 | Unknown | TM September Travel | Service for cell & 2 tablets July 08 - August 07 | TM | Miscellaneous | Telecommunications | |
| 702 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Ready to Roll | $ 225.99 | Texas | TM FEB EXP | Pick-up / Stops:<br>Ritz Carlton (Dallas) - HOTEL - 214-922-0200, 2121 McKinney Ave, Dallas, TX 75201<br>Drop-off:<br>The Ashton Hotel, 610 Main Street, Fort Worth, TX 76102 United States | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/09/201812:30<br>End time: 02/09/2018 14:45<br>Ordered by: Stephanie West |
| 703 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ 225.99 | Scottsdale, AZ | TM July Travel | Unknown | Elicia Warner Loughlin; Passenger | Auto | Car Service | The note says stop as directed. Pickup and drop off are the same and the passenger count is 2 |
| 704 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/4/2017 | Ready to Roll | $ 225.99 | Los Angeles, CA | TM OCT Travel | Passenger: Tony Makris PU: 3204 Ledgewood DO: Signature Flight Support | TM | Auto | Car Service | |
| 705 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/2/2016 | Verizon | $ 225.98 | Alexandria, VA | TM May Travel | Cell & 2 tablet service Apr. 8 - may 7 | TM | Miscellaneous | Telecommunications | This phone bill has 3 phone numbers listed. Two have data usage exclusively and one that has minutes, message, and data usage. |
| 706 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/1/2016 | Verizon | $ 225.98 | Unknown | TM June Travel | TM Verizon cell and tablet service Apr. 8 thru may 7 | TM | Miscellaneous | Telecommunications | |
| 707 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/15/2016 | CXIII/Landini Brothers | $ 223.83 | Alexandria, VA | TM august travel | TM Meal with JC & KM | TM; JC; KM | Meals/Beverages | Group | |
| 708 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/1/2017 | Verizon | $ 222.94 | Alexandria, VA | TM FEB Travel | Cell and Tablet (2) service Dec 8 thru Jan 7 2017 | Anthony Makris | Miscellaneous | Telecommunications | Billing period: Dec 8, 2016 - Jan 7, 2017<br>3 phone numbers associated with account (571.414.1189 - Ipad Mini) (703.201.2938 - Ipad 4g) (703.622.3636 - iPhone 6) |
| 709 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | Verizon | $ 222.94 | Unknown | TM November Travel | cell and 2 tablet service OCT 8 to NOV 7 | TM | Miscellaneous | Telecommunications | |
| 710 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Verizon | $ 222.94 | Unknown | TM December travel expenses | TM cell and tablet service (2) nov 8 thru dec 7 | TM | Miscellaneous | Telecommunications | |
| 711 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/1/2016 | Verizon | $ 222.94 | Unknown | TM January Travel | Monthly cell and tablet (2) service November-8 to Dec 7 2016 | TM | Miscellaneous | Telecommunications | |
| 712 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/1/2017 | Verizon | $ 222.94 | Alexandria, VA | TM March travel | Verizon service for cell and two iPad tablets | Anthony Makris | Miscellaneous | Telecommunications | Billing period: Jan 8, 2017 - Feb 7, 2017<br>Three numbers associated with account (571.414.1189 - iPad mini) (703.201.2938 - iPhone 4g) (703.622.3636 - iPhone 6) |
| 713 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/1/2017 | Verizon | $ 222.94 | Alexandria, VA | Unknown | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Billing period: 02/08/17 - 03/07/17<br>Three numbers associated with account (571.414.1189 - iPad Mini) (703.201.2938 - iPad 4g) (703.622.3636 - iPhone 6)<br>Total: $222.94 |
| 714 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/26/2016 | CXIII/Landini Brothers | $ 221.52 | Alexandria, VA | TM May Travel | TM with Chuck Nash & R Bair | TM; Chuck Nash; R Bair | Meals/Beverages | Group | |
| 715 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/1/2016 | Verizon | $ 220.70 | Unknown | TM October Travel Expense | TM service for cell & 2 tablets August 8th thru Sept 7th | TM | Miscellaneous | Telecommunications | |
| 716 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/6/2016 | 10 Market A Chef's | $ 220.42 | Beaufort, SC | TM November Travel | Meal TM with WLM and Walter Boomer of NRA receipt not retained statement attached pending receipt | TM; WLM; Walter Boomer | Meals/Beverages | Group | |
| 717 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/11/2017 | Mistral | $ 220.26 | Sherman Oaks, CA | TM SEPT Travel | Unknown | TM | Meals/Beverages | Individual | |
| 718 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/16/2016 | Morton's Steakhouse | $ 219.85 | Arlington, VA | TM September Travel | Dinner TM with CN & KM | T Makris; Chuck Nash; Ken Miller | Meals/Beverages | Group | Handwritten "T. Makris, Chuck Nash, Ken Miller" |
| 719 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/29/2018 | Mistral | $ 219.58 | Sherman Oaks, CA | TM FEB EXP | Unknown | Tony Makris | Meals/Beverages | Individual | Date: January 29, 2018<br>Subtotal: $179.58<br>Tip: $40.00<br>Total: $219.58<br>Tony Makris signature present |
| 720 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/8/2016 | CXIII/Landini Brothers | $ 219.39 | Alexandria, VA | TM February Travel | Lunch TM with Lance Olsen & WLP part of $3032.68 | TM; Lance Olsen; WLP | Meals/Beverages | Group | |
| 721 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/23/2018 | Mistral | $ 219.03 | Sherman Oaks, CA | TM July Travel | 7/20/18 - T. Makris meal with K. Elliott | T Makris; Ken Elliott | Meals/Beverages | Group | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 722 | 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/16/2018 | Jetsuitex | $ 219.00 | Unknown | TM Jan Travel | Unknown | Nader Tavangar | Travel | Airfare | The charge is for a flight from Burbank CA to Las Vegas on 1/31/18, purchased through JetSuiteX.com. A hand-written note says that the purchase was cancelled and credit was to follow. An accompanying cancellation confirmation shows the funds were refunded to a credit card belonging to Nader Tavangar |
| 723 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Ready to Roll | $ 218.14 | Unknown | TM March Travel | Mar 7 ground trans van nuys airport to ledgewood drive TM | TM | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 724 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/3/2016 | CXIII/Landini Brothers | $ | 217.50 | Alexandria, VA | TM January Travel | TM lunch with C Nash & J Perran part of $4576.99 | TM; C Nash; J Perran | Meals/Beverages | Group | |
| 725 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/17/2017 | Ready to Roll | $ | 215.88 | Las Vegas, NV | TM January Travel | mark Dycio Ground Transportation LAS airport to Four Seasons (Las Vegas) | Mark Dycio | Auto | Car Service | Passenger: Mark Dycio Requested by: Stephanie West |
| 726 | | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 11/17/2016 | Bray's Island Plantation | $ | 214.50 | Sheldon, SC | TM OCT NOV travel tips and reimbursable expenses | Meal with Gen. Walter Boomer and David Gardner | TM; Gen Walter Boomer; David Gardner | Meals/Beverages | Group | |
| 727 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/16/2018 | Omni Hotel | $ | 557.33 | San Antonio, TX | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival: 02/15/18<br>Departure: 02/16/18<br>Date: 02/15/18 - room charge $435.00, 6% state occupancy tax $26.10, 9% city occupancy tax $39.15, 1.75% county occupancy tax $7.61<br>Total: $557.33 |
| 728 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/16/2016 | CXIII/Landini Brothers | $ | 213.97 | Alexandria, VA | TM December travel expenses | WLP and company meal with TM out of town | WLP; Company | Meals/Beverages | Group | |
| 729 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/4/2017 | Oaks Gourmet | $ | 213.53 | Los Angeles, CA | TM FEB Travel | Groceries in Lieu of Meals with in LA | Anthony Makris | Meals/Beverages | Individual | Email sent from Anthony Makris to Stephanie West, forwarding electronic receipt. Total was $213.53 paid with American Express ending in 4009 |
| 730 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/18/2017 | AC Limousine | $ | 213.00 | South Carolina | Unknown | Unknown | Team Makris (2 passengers) | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): Team Makris (2)<br>Start time: 06/17/2017 10:15pm<br>Drop-off time: 06/17/2017 11:15pm<br>Pick-up / Stops: Arrival Delta Air Lines #2010 Savannah / Hilton Head International Airport<br>Drop-off: 9 Frederick Place, Brays Island, SC 29941<br>Amount: $213.00 |
| 731 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/24/2018 | Mistral | $ | 212.74 | Sherman Oaks, CA | TM July Travel | 7/23/18 - T. Makris meal with K. Elliott | T Makris; Ken Elliott | Meals/Beverages | Group | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 732 | 1; 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/23/2016 | CXIII/Landini Brothers | $ | 209.96 | Alexandria, VA | TM April Travel | Lunch 3.23 WLP account | WLP | Meals/Beverages | Individual | |
| 733 | 2; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/17/2018 | Ready to Roll | $ | 208.88 | Phoenix, AZ | TM April Travel | Unknown | Elicia Warner Loughlin | Auto | Car Service | PHX to Four Seasons in Scottsdale<br>Date: 4/16<br>Passenger: Elicia Warner Loughlin<br>Passenger Count: 1<br>Base charge: 2 @ 72 |
| 734 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Ready to Roll | $ | 207.38 | Dallas, TX | TM April Travel | Unknown | Tony Makris | Auto | Car Service | PU: DFW/DO:Ritz Dallas<br>Passenger count shows 1 (one), but base charge is for 2 @ $72 |
| 735 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Ready to Roll | $ | 207.38 | Texas | TM FEB EXP | Pick-up / Stops:<br>The Ritz-Carlton, Dallas, 2121 McKinney Avenue, Dallas, TX 75201 United States<br>Drop-off:<br>Departure Virgin America #1872 Dallas Love Field Airport | James Rosen | Auto | Car Service | Customer: Tony Makris<br>Passenger: James Rosen (1)<br>Start time: 02/09/2018 11:30<br>End time: 02/09/2018 13:30<br>Ordered by: Stephanie West |
| 736 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Ready to Roll | $ | 207.38 | Texas | TM FEB EXP | Tony Makris | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/11/2018 10:45<br>End time: 02/11/2018 12:45<br>Ordered by: Stephanie West |
| 737 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Ready to Roll | $ | 207.38 | Texas | TM FEB EXP | Pick-up / Stops:<br>Arrival Alaska Airlines #1715 Dallas Love Field Airport<br>Drop-off:<br>The Ritz-Carlton, Dallas, 2121 McKinney Avenue Dallas, TX 75201 United States | James Rosen | Auto | Car Service | Customer: Tony Makris<br>Passenger: James Rosen (1)<br>Start time: 02/07/2018 13:45<br>End time: 02/07/2018 15:45<br>Ordered by: Stephanie West |
| 738 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Ready to Roll | $ | 207.38 | Dallas, TX | TM January Travel | TM Ground Transportation DFW airport Dallas to Omni Hotel Dallas | TM | Auto | Car Service | Requested by: Stephanie West |
| 739 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ | 207.38 | Dallas, TX | TM May Travel Part 1 | PU: DWF (5/3/18)<br>DO: Omni Hotel (5/3/18) | Josephine Bird | Auto | Car Service | |
| 740 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ | 206.88 | Philadelphia, PA. | TM May Travel Part 1 | PU: PHL<br>DO: 1800 North Broom Street Wilmington, DE. | Josephine Bird | Auto | Car Service | |
| 741 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/13/2018 | Ready to Roll | $ | 206.70 | Unknown | TM August Travel | PU: LAX<br>DO: 3204 Ledgewood Dr. Los Angeles, CA. | Tony Makris | Auto | Car Service | |
| 742 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/21/2017 | American Airlines | $ | 206.10 | Unknown | TM FEB Travel | Airfare DC to Charleston Feb 26 | Anthony Makris | Travel | Airfare | Passenger name: Makris/Anthony S<br>American Airlines<br>Flight details: 26 Feb 2017 Washington Dc-National/Charleston<br>Amount: $206.10 |
| 743 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/22/2017 | North Kierland | $ | 205.62 | Phoenix, AZ | Unknown | Unknown | TM; 3 Guests | Meals/Beverages | Group | |
| 744 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/15/2016 | Proof on Main Street | $ | 204.30 | Louisville, KY | TM September Travel | Dinner TM with WLP | TM; WLaP | Meals/Beverages | Group | handwritten "TM WLaP" |
| 745 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Ready to Roll | $ | 201.70 | California | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 05/27/2017 14:30<br>Drop-off time: 05/27/2017 17:00<br>Pick-up / Stops: Arrival American Airlines #5976 Bob Hope Airport<br>Drop-off: 3204 Ledgewood Dr. Los Angeles, CA 90068<br>Amount: $201.70 |
| 746 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/5/2018 | Ready to Roll | $ | 200.88 | Dallas, TX | TM Jan Travel | Unknown | Tony Makris; Elicia Loughlin Warner | Auto | Car Service | Trip from Dallas FTW to Omni Hotels & Resorts in Dallas<br>Passenger: Elicia Loughlin Warner, Tony Makris |
| 747 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/1/2018 | Ready to Roll | $ | 200.88 | Florida | TM FEB EXP | Pick-up / Stops:<br>209 Commodore Drive, Jupiter, FL 33477<br>Drop-off:<br>Departure Delta Air Lines #2271 Palm Beach International Airport | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 01/26/2018 6:15<br>End time: 01/26/2018 8:15<br>Ordered by: Stephanie West |
| 748 | 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Ready to Roll | $ | 200.88 | Dallas, TX | TM January Travel | Mark Dycio Ground Transportation DWF airport to Ritz Carlton Dallas | Mark Dycio | Auto | Car Service | Requested by: Stephanie West |
| 749 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ | 200.88 | Wilmington, DE. | TM May Travel Part 1 | PU: 1800 North Broom Street Wilmington, DE.<br>DO: PHL (Airport) | Josephine Bird | Auto | Car Service | |
| 750 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ | 200.88 | Dallas, TX | TM May Travel Part 1 | PU: Omni Dallas Hotel (5/6/18)<br>DO: DFW (5/6/18) | Josephine Bird | Auto | Car Service | |

| 751 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/29/2017 | Ready to Roll | $ | 200.88 | Dallas, TX | TM OCT Travel | Passenger: Tony Makris PU: Hotel ZaZa DO: Departure Virgin America Dallas Love Field | TM | Auto | Car Service | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 752 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/11/2016 | Ready to Roll | $ | 200.40 | Dallas, TX | TM April Travel | Ground trans pickup/dropoff Lemon Ave & McKinney Ave 2 hours as directed TM April 5 | Anthony Makris | Auto | Car Service | PU: 8611 Lemmon Ave. Dallas, TX<br>DO: 2121 McKinney Ave. Dallas, TX |
| 753 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Ready to Roll | $ | 200.40 | Dallas, TX | TM august travel | TM ground trans airport to dallas ritz | TM | Auto | Car Service | |
| 754 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/25/2016 | Ready to Roll | $ | 200.40 | Dallas, TX | TM august travel | TM gorund trans dallas ritz to airport | TM | Auto | Car Service | |
| 755 | | 2017 | 143169 | EXP-8890 | 9/8/2016 - 9/12/2016 | Jeff Minson | Financial Analyst | 9/12/2016 | Ready to Roll | $ | 200.40 | Dallas, TX | TM September travel paid by TM | Ground transportation Dallas Airport to Ritz Carlton | Tony Makris | Auto | Car Service | Passenger: Tony Makris |
| 756 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ | 200.00 | Unknown | TM July Travel | Unknown | Tony | Auto | Car Service | The fee is for a greeter to meet Tony at the airport |
| 757 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/21/2017 | CXIII/Landini Brothers | $ | 198.28 | Alexandria, VA | TM March travel | Meal Tony Makris with RK & CN part of $4,325.30 | Tony Makris; RK; CN | Meals/Beverages | Group | Date: 02/21/17<br>CXIII Rex<br>Charge: $150.25<br>Scv: $33.00<br>Tax: $15.03<br>Total: $198.28 |
| 758 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/8/2017 | AC Limousine | $ | 198.00 | Brays Island, SC | Unknown | PU: 9 Frederick Place Brays Island, SC (05/08/17) DO: Savannah Airport | Team Makris (2 passengers) | Auto | Car Service | Written Notes: NRA/APT RUN. TM was picked up in Brays Island and dropped off at Savannah / Hilton Head International Airport |
| 759 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/22/2017 | Ready to Roll | $ | 196.70 | Los Angeles, CA | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 06/12/2017 11:30<br>Drop-off time: 06/12/2017 14:00<br>Pick-up / Stops: 3204 Ledgewood Dr. Hollywood, CA 90068<br>Drop-off: LAX, Departure Delta Air Lines #1257 Los Angeles International Airport<br>Amount: $196.70 |
| 760 | 5; 9; 13 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/22/2016 | Harry & David | $ | 195.01 | Unknown | TM November Travel | Gift for JD Williams | JD Williams | Miscellaneous | Gift | handwritten "JD William" |
| 761 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/24/2016 | Ready to Roll | $ | 193.90 | Los Angeles, CA | TM February Travel | Feb 18 3204 Ledgewood Dr to Van Nuys Airport | TM | Auto | Car Service | |
| 762 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/29/2016 | Ready to Roll | $ | 193.90 | Nashville, TN | TM December travel expenses | TM ground transport hermitave in nashville as directed | Tony Makris | Auto | Car Service | Passenger: Tony Makris |
| 763 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/13/2016 | Ready to Roll | $ | 193.90 | Dallas, TX | TM April Travel | Ground trans McKinney Ave to Lemmon Ave April 12 | Anthony Makris | Auto | Car Service | PU: 2121 McKinney Ave. Dallas, TX<br>DO: 8611 Lemmon Ave. Dallas, TX |
| 764 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/7/2016 | CXIII/Landini Brothers | $ | 193.88 | Alexandria, VA | TM June Travel | TM meal with LO CN & WLP part of $9,371.27 | TM; LO; CN; WLP | Meals/Beverages | Group | |
| 765 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/22/2016 | CXIII/Landini Brothers | $ | 193.55 | Alexandria, VA | TM august travel | TM meal with CN & DA | TM; CN; DA | Meals/Beverages | Group | |
| 766 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/16/2018 | Omni Hotel | $ | 525.37 | San Antonio, TX | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival: 02/15/18<br>Departure: 02/16/18<br>Date: 02/15/18 - stay rate $450.00, 6% state occupancy tax $27.00, 9% city occupancy tax $40.50, 1.75% county occupancy tax $7.87<br>Total: $525.37 |
| 767 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/16/2018 | Omni Hotel | $ | 151.52 | San Antonio, TX | TM FEB EXP | Unknown | Wayne and Susan Roberts | Travel | Lodging | Arrival: 02/14/18<br>Departure: 02/16/18<br>Date: 02/15/18 - long distance phone call($78.24<br>Date: 02/15/18 - private dining $73.28<br>Total: $151.52 |
| 768 | | 2018 | 154706/155170 | 11444 | 9/27/2017-<br>1/5/2017 | Jeff Minson | Financial Analyst | 10/20/2017 | Carey International | $ | 192.80 | Dallas, TX | TM SEP OCT | NRA meetings - ground transportation | Tony | Auto | Car Service | Travel from Hotel ZAZA to Love Field on 11/20/17; Only passenger listed is Tony. |
| 769 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/22/2017 | AC Limousine | $ | 192.00 | South Carolina | TM November Travel | Pick-up / Stops:<br>Arrival Delta Air Lines #2307 Savannah / Hilton Head International Airport<br>Drop-off:<br>9 Frederick Place Brays Island, SC 29941<br>Customer: Tony Makris<br>Passenger: Team Makris (2)<br>Start Time: 11/21/2017 8:45pm<br>End time: 11/21/2017 9:45pm | Team Makris (2 passengers) | Auto | Car Service | Customer: Tony Makris<br>Passenger: Team Makris (2)<br>Start Time: 11/21/2017 8:45pm<br>End time: 11/21/2017 9:45pm |
| 770 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/14/2017 | AC Limousine | $ | 192.00 | Hilton Head Island, SC | TM December | Unknown | Team Makris (2 passengers) | Auto | Car Service | Travel from airport to Bray's Island. Passenger total was 2. date: 12/12/17 |
| 771 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/24/2018 | AC Limousine | $ | 192.00 | Savannah, GA | TM May Travel part 2 | PU: Savannah / Hilton Head Airport<br>DO: 9 Frederick Place Brays Island | Team Makris (2 passengers) | Auto | Car Service | $160 trip<br>$32 tip |
| 772 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/10/2018 | AC Limousine | $ | 192.00 | Savannah, GA | TM June Travel | PU: TM: Hilton Head International Airport (6/10/2018 10:51 AM)<br>DO: 9 Frederick Place Brays Island | Tony Makris | Auto | Car Service | $160 base fare<br>$32 tip |
| 773 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/21/2017 | AC Limousine | $ | 192.00 | Savannah, GA | TM OCT Travel | Passenger (total): Team Makris (2) PU: Arrival Delta Savannah / hilton head intl airport DO: 9 frederick place brays island, sc | Team Makris (2 passengers) | Auto | Car Service | |
| 774 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/25/2016 | CXIII/Landini Brothers | $ | 190.78 | Alexandria, VA | TM June Travel | TM meal with WLP MH & AF part of $11,124.91 | TM; WLP; MH; AF | Meals/Beverages | Group | |
| 775 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/7/2016 | Grand Havana | $ | 190.75 | Los Angeles, CA | TM March Travel | Dinner take out TM with Tom Selleck and David Muntz | TM; Tom Selleck; David Muntz | Meals/Beverages | Group | |
| 776 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/16/2016 | CXIII/Landini Brothers | $ | 189.74 | Alexandria, VA | TM December travel expenses | Josh Powell and company meal with TM out of town | Josh Powell; Company | Meals/Beverages | Group | |
| 777 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/22/2016 | CXIII/Landini Brothers | $ | 188.23 | Alexandria, VA | TM May Travel | TM with WLP & TS | TM; WLP; TS; Chuck Nash | Meals/Beverages | Group | Calendar includes Chuck Nash. |
| 778 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/14/2017 | Malo | $ | 188.08 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Unknown | Unknown | |
| 779 | 2; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/16/2016 | Four Seasons | $ | 188.05 | Las Vegas, NV | TM March Travel | Mar 13 ground trans LAX to Ledgewood Warner Loughlin | Warner Loughlin | Auto | Car Service | |
| 780 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/19/2016 | CXIII/Landini Brothers | $ | 183.90 | Alexandria, VA | TM November Travel | Meal TM with RK part of 4465.38 | TM; RK | Meals/Beverages | Group | |
| 781 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/17/2018 | Omni Hotel | $ | 18.92 | San Antonio, TX | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival: 02/15/18<br>Departure: 02/16/18<br>Date: 02/16/18 - refreshment center water $18.92<br>Total: $18.92 |
| 782 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/28/2016 | CXIII/Landini Brothers | $ | 181.30 | Alexandria, VA | TM august travel | TM meal with CN & KM | TM; CN; KM | Meals/Beverages | Group | |
| 783 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Sheraton | $ | 180.11 | Birmingham, AL | TM December travel expenses | TM meal with Pat Ryan and Warner Loughlin Makris | Tony Makris; Pat Ryan; Warner | Meals/Beverages | Group | handwritten note "Tony Makris Pat Ryan Warner" |
| 784 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/10/2017 | La Poubelle | $ | 180.08 | Los Angeles, CA | Unknown | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | |
| 785 | 2; 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Ready to Roll | $ | 179.59 | Los Angeles, CA | TM May Travel Part 1 | PU: LAX (5/5/18)<br>DO: 3204 Ledgewood Dr. Los Angeles, CA. | Elicia Loughlin | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 786 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/22/2017 | Ready to Roll | $ | 179.59 | Los Angeles, CA | TM AUG TRAVEL | Passenger (total): Tony Makris (1) PU: Arrival Delta Airlines LA intl Airport DO: N Beachwood Dr Los Angeles, CA | TM | Auto | Car Service | Ordered by: Stephanie West |
| 787 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/18/2017 | Katsuya | $ | 178.58 | Hollywood, CA | TM AUG TRAVEL | Unknown | TM | Meals/Beverages | Individual | signed by Tony Makris |
| 788 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/25/2018 | LA Tela Pizzeria | $ | 177.57 | Charleston, SC | TM March Travel | Unknown | Anthony Makris | Meals/Beverages | Group | Date: 03/25/18<br>5 guests<br>Payment amount: $142.57<br>Tip: $35.00<br>Total: $177.57<br>Tony Makris signature present at bottom of receipt |
| 789 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/5/2017 | CXIII/Landini Brothers | $ | 177.45 | Alexandria, VA | Unknown | Unknown | TM | Meals/Beverages | Individual | |
| 790 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/7/2016 | Four Seasons | $ | 174.97 | Beverly Hills, CA | TM September Travel | Lunch TM with WLP | Tony Makris; Wayne | Meals/Beverages | Group | Receipt is from The Blvd Beverly Wilshire, handwritten "Tony Makris + Wayne" on receipt |
| 791 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/8/2016 | Il Capriccio | $ | 174.14 | Los Angeles, CA | TM June Travel | TM meal with WLP | TM; WLP | Meals/Beverages | Group | |
| 792 | 5 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/18/2018 | Beverages and More | $ | 173.51 | Scottsdale, AZ | TM April Travel | Unknown | Tony Makris | Miscellaneous | Gift | Bottle of Glenfarclas 25yr<br>4/18/18 |
| 793 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/16/2016 | CXIII/Landini Brothers | $ | 171.66 | Alexandria, VA | TM October Travel Expense | TM meal with RL & WLP part of 511.52 | TM; RL; WLP | Meals/Beverages | Group | |
| 794 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Ready to Roll | $ | 171.59 | Unknown | TM July Travel | Unknown | TM | Auto | Car Service | 3204 Ledgewood to LAX on 7/24 |
| 795 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/10/2017 | Gelson's Markets | $ | 171.18 | Unknown | Unknown | Unknown | TM | Meals/Beverages | Individual | Date: 07/19/17<br>Total: $171.18 |
| 796 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/27/2016 | Enterprise | $ | 168.22 | Kearney, NE | TM June Travel | pick up 6/24/16; return 6/27/16 Makris; M rental car for Joaquin Jackson's funeral June 24-26 | Makris | Auto | Car Rental | Includes daily rate, fuel, sales tax and NE rental fee |
| 797 | 1; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/8/2016 | Kill Cliff | $ | 168.00 | Unknown | TM June Travel | Beverage for Wayne LaPierre; kill cliff energy supplies for WLP | Wayne LaPierre | Meals/Beverages | Individual | |
| 798 | 2; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/14/2016 | Ready to Roll | $ | 167.81 | Hollywood, CA | TM November Travel | Ground transportation LAX to 3204 Ledgewood Warner Loughlin Makris | Elicia Warner Loughlin | Auto | Car Service | Passenger: Elicia Warner Loughlin |
| 799 | 7 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/8/2016 | CXIII/Landini Brothers | $ | 165.82 | Alexandria, VA | TM February Travel | Lunch TM with L Olson WLP & W Phillips part of $2217.87 | TM; L Olson; WLP; W Phillips | Meals/Beverages | Group | |
| 800 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/14/2016 | CXIII/Landini Brothers | $ | 165.49 | Alexandria, VA | TM January Travel | TM lunch with Lance Olson & Dino Avilez part of $5,408.13 | TM; Lance Olson; Dino Avilez | Meals/Beverages | Group | |
| 801 | 2; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/17/2018 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM April Travel | Unknown | Warner Loughlin | Auto | Car Service | Greeter<br>DO: LAX<br>Date: 4/16<br>Customer: T Makris<br>Passenger: Warner Loughlin |
| 802 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM FEB EXP | Pick-up / Stops:<br><br>Drop-off:<br>Departure Virgin America #1874 Los Angeles International Airport | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Makris (1)<br>Start time: 02/07/18 8:00<br>End time: 02/07/18 12:13<br>Ordered by: Stephanie West |
| 803 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/18/2017 | Ready to Roll | $ | 165.00 | California | TM FEB Travel | Greeter LAX to flight | Anthony Makris | Auto | Car Service | PU: Lax Departure Greet Westchester, CA 90045<br>Drop: Lax 6 AS<br>Pickup: 10:00 Dropoff: nothing documented |
| 804 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/14/2018 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM March Travel | Unknown | Anthony Makris | Auto | Car Service | ref# cu2173<br><br>Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony (1)<br>Start time: 03/13/18 10:15<br>End time: 03/13/18 11:15<br>Pick-up / Stops: Departure Greeter record locator LSHYWY<br>Drop-off: Departure American Airlines #52 Los Angeles International airport<br>Amount: $165.00 |
| 805 | 2; 9 | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 5/30/2018 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM June Travel | PU: 90068 (5/12/2018 10:00)<br>DO: LAX 5/12/2018 (11:00) | Elicia Warner Loughlin | Auto | Car Service | Trip type: Airport |
| 806 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/27/2018 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM June Travel | PU: Westchester, CA 90045 (6/26/2018)<br>DO: LAX (6/26/2018) | Tony Makris | Auto | Car Service | |
| 807 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/22/2017 | Ready to Roll | $ | 165.00 | Los Angeles, CA | Unknown | Unknown | Anthony Makris | Auto | Car Service | Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony<br>Start time: 06/12/2017 12:00<br>Drop-off time: 06/12/2017 14:00<br>Pick-up / Stops: Los Angeles CA 90068<br>Drop-off: LAX, Departure Delta Air Lines #1257 Los Angeles International Airport<br>Amount: $165.00 |
| 808 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/14/2017 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM SEPT Travel | Passenger (total): Tony Makris (1) PU: LAX Departure Greeter DO: LAX, Departure Alaska Airlines Los Angeles intl | Tony Makris | Auto | Car Service | Ordered by: Stephanie West |
| 809 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/16/2017 | Ready to Roll | $ | 165.00 | Los Angeles, CA | TM OCT Travel | Passenger: Tony Makris PU: Departure gate greet DO: LA Intl | TM | Auto | Car Service | |
| 810 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/19/2017 | La Poubelle | $ | 164.85 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 811 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Argentina Gov Svcs | $ | 164.64 | Argentina | TM March Travel | Reciprocity permit Argentina - permit to allow hunting firearms into and out of country | Anthony Makris | Travel | Other | Reciprocity permit Argentina in email from Provincia Net to Anthony Makris. |
| 812 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/3/2016 | Ready to Roll | $ | 163.81 | Los Angeles, CA | TM September Travel | Ground transportation LAX to 3204 Ledgewood Drive, Hollywood | TM | Auto | Car Service | |
| 813 | 2; 9 | 2018 | 157570 | 11894 | 4/10/2018-<br>5/15/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Carey International | $ | 163.44 | Dallas, TX | TM April Supplement | Unknown | L Warner | Auto | Car Service | Trip from Dallas Ritz Carlton to DFW for L Warner on 4/10/2018 |
| 814 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/18/2016 | Venetian | $ | 162.23 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Hospitality check via Hayley Holmes coffee water soft drinks chips pretzels cookies | Hayley Holmes | Event | Food | Charge is for hospitality labor; number of guests is not listed on receipt |
| 815 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/5/2017 | SO Florida Shooting | $ | 159.00 | Florida | TM March travel | Supplies for shooting for Tony Makris Lance Olsen and Ron Holder | Tony Makris; Lance Olsen; Ron Holder | Miscellaneous | Other | Date: 03/05/17<br>Sub-Total: $150.00<br>Sales Tax: $9.00<br>Chit Total: $159.00 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 816 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/27/2017 | Ready to Roll | $ 156.00 | South Carolina | TM FEB Travel | Tony Makris with 3 passengers Airport SC to Bray's Island | Tony Makris; 3 passengers | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): team Makris/3 passengers<br>Start time: 02/27/2017 1:27pm<br>Drop-off time: 02/27/2017 2:27pm<br>Pick-up / Stops: Stephanie, when available, please provide the jet tail number, Arriva Sheltair Savannah Aviation<br>Drop-off: 9 Frederick Place, Brays Island, SC 29941<br>Amount: $156.00 |
| 817 | 2; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/9/2016 | Ready to Roll | $ 155.81 | Los Angeles, CA | TM May Travel | ground trans Ledgewood drive to lax drop off warner Loughlin Makris | Warner Loughlin Elicia | Auto | Car Service | PU 3204 ledgewood dr hollywood ca<br>DO LAX; Passenger Warner Loughlin Elicia |
| 818 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/12/2016 | Ready to Roll | $ 155.81 | Los Angeles, CA | TM September Travel | Ground transportation Ledgewood driver to LAX domestic | TM | Auto | Car Service | |
| 819 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/8/2016 | Beverly Hills Hotel | $ 155.35 | Beverly Hills, CA | TM October Travel Expense | Lunch TM with WLP & WLM | TM; WLP; WLM | Meals/Beverages | Group | |
| 820 | 2; 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/15/2016 | Ready to Roll | $ 155.00 | Westchester, CA | TM April Travel | LAX greeter LAX April 12 | Elicia Warner Loughlin | Auto | Car Service | PU: Lax departure greeter Westchester CA<br>DO: LAX |
| 821 | 2; 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/9/2016 | Ready to Roll | $ 155.00 | Los Angeles, CA | TM May Travel | Ground trans greeter for warner Loughlin Makris | Warner Loughlin; Elicia | Auto | Car Service | PU: LAX departure greeter Westchester CA<br>DO: LAX 6 AS<br>Passenger: Warner Loughlin, Elicia |
| 822 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/13/2016 | Ready to Roll | $ 155.00 | Los Angeles, CA | TM September Travel | Ground transportation LAX Intl to LAX domestic | TM | Auto | Car Service | |
| 823 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/20/2016 | Ready to Roll | $ 155.00 | Westchester, CA | TM October Travel Expense | Greeter LAX airport | AM | Auto | Car Service | |
| 824 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/1/2018 | Ready to Roll | $ 154.48 | Los Angeles, CA | TM March Travel | Unknown | Anthony Makris | Auto | Car Service | ref# cu2173<br><br>Customer: Makris/Anthony<br>Passenger (total): Makris/Anthony (1)<br>Start time: 02/27/18 21:30<br>End time: 02/27/18 23:30<br>Pick-up / Stops: AA #2649, Arrival American Airlines #2649 Los Angeles International airport<br>Drop-off: 3204 Ledgewood Dr. Los Angeles, CA 90068 |
| 825 | 1; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/4/2017 | CXIII/Landini Brothers | $ 152.57 | Alexandria, VA | Unknown | 4/4/18; $340.13 - JP | JP | Meals/Beverages | Individual | |
| 826 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/11/2016 | CXIII/Landini Brothers | $ 151.67 | Alexandria, VA | TM November Travel | Meal TM with JP and AA part of 4465.38 | TM; JP; AA | Meals/Beverages | Group | |
| 827 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/11/2017 | Hotel Zaza | $ 151.55 | Dallas, TX | TM January Travel | TM Supplement beverage charges to room | Tony Makris | Meals/Beverages | Individual | Guest: Tony Makris Arrive: 1/8/17 Depart: 1/12/16 |
| 828 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/17/2018 | Omni Hotel | $ 5.91 | San Antonio, TX | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival: 02/15/18<br>Departure: 02/16/18<br>Date: 02/16/18 - refreshment center water $5.91<br>Total: $5.91 |
| 829 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/11/2018 | American Airlines | $ 150.00 | Unknown | TM FEB EXP | Unknown | Tony Makris | Travel | Airfare | Passenger: Tony Makris<br>Date: 11-Feb-18<br>Place of issue: Dallas/ Ft. Worth |
| 830 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/27/2018 | American Airlines | $ 150.00 | Unknown | TM FEB EXP | Unknown | Tony Makris | Travel | Airfare | Passenger: Tony Makris<br>Total Sale Amount: $150.00<br>Ticket description: Non-transport |
| 831 | 2; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | American Airlines | $ 150.00 | Unknown | TM January Travel | ELM Ticket | Elicia Warner Loughlin | Travel | Airfare | Passenger: Elicia Warner Loughlin |
| 832 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/13/2018 | American Airlines | $ 150.00 | Los Angeles, CA | TM March Travel | Passenger TM excess baggage | TM | Travel | Airfare | Date: 03/13/18<br>Amount: $150.00 |
| 833 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/28/2017 | American Airlines | $ 150.00 | Phoenix, AZ | Unknown | Baggage fee | AM | Travel | Airfare | |
| 834 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/11/2017 | Delta Airlines | $ 150.00 | Atlanta, GA | Unknown | 5/11/17- $150 in excess baggage AM | AM | Travel | Other | Email from ticket receipt to SW with receipt for excess baggage. |
| 835 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/18/2016 | United Airlines | $ 150.00 | Houston, TX | TM JULY TRAVEL | Baggage fee for Makris from Savannah to Dulles | Makris | Travel | Airfare | |
| 836 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/25/2017 | American Airlines | $ 150.00 | Unknown | TM SEPT Travel | Unknown | TM | Travel | Airfare | |
| 837 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/27/2016 | American Airlines | $ 150.00 | Unknown | TM October Travel Expense | Baggage fee | AM | Travel | Other | |
| 838 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | CXIII/Landini Brothers | $ 148.42 | Alexandria, VA | TM November Travel | Meal TM with MD & JP part of 4465.38 | TM; MD; JP | Meals/Beverages | Group | |
| 839 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/18/2017 | Mistral | $ 147.18 | Sherman Oaks, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 840 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/13/2017 | AC Limousine | $ 147.00 | South Carolina | Unknown | Unknown | Tony Makris | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): Makris/Tony<br>Start time: 06/13/2017 12:40am<br>Drop-off time: 06/13/2017 1:40am<br>Pick-up / Stops: Arrival Delta Air Lines #1320 Savannah / Hilton Head International Airport<br>Drop-off: 9 Frederick Place, Brays Island, SC 29941<br>Amount: $147.00 |
| 841 | 2; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/17/2018 | Ready to Roll | $ 146.48 | Los Angeles, CA | TM April Travel | Unknown | Warner Loughlin | Auto | Car Service | 3204 Ledgewood Dr to LA Int'l<br>Date: 4/16<br>Customer: T Makris<br>Passenger: Warner Loughlin<br>Passenger count: 1<br>Base charge: 1 @ 105 |
| 842 | 2; 9 | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 5/29/2018 | Ready to Roll | $ 146.48 | Unknown | TM June Travel | PU: Location not provided (5/27/2018 6:45)<br>DO: Location not provided (5/27/2018 8:30) | Elicia Warner Loughlin | Auto | Car Service | Invoice billed to Tony Makris 3204 Ledgewood Dr. LA, CA. |
| 843 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/28/2018 | Ready to Roll | $ 146.48 | Los Angeles, CA | TM June Travel | PU: 3204 Ledgewood Dr. Los Angeles, CA.<br>DO: LAX | Tony Makris | Auto | Car Service | |
| 844 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/13/2017 | Ready to Roll | $ 146.48 | Burbank, CA | TM OCT Travel | Passenger: Tony Makris PU: Atlantic Aviation DO:3204 Ledgewood | TM | Auto | Car Service | |
| 845 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/16/2017 | Ready to Roll | $ 146.48 | Burbank, CA | TM OCT Travel | Passenger: Tony Makris PU: Bob Hope Airport DO: 3204 Ledgewood | TM | Auto | Car Service | |
| 846 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/18/2018 | Four Seasons | $ 2,766.57 | Orlando, FL | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival date: 02/16/18<br>Departure date: 02/18/18<br>Amount: $2766.57 |
| 847 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/5/2016 | CXIII/Landini Brothers | $ 145.66 | Alexandria, VA | TM September Travel | Meal TM with TS & BS part of $7463.82 | TM; TS; BS | Meals/Beverages | Group | |
| 848 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/9/2016 | CXIII/Landini Brothers | $ 145.05 | Alexandria, VA | TM September Travel | Meal TM with CN part of $715.26 | TM; CN | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 849 | 5; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/9/2018 | In Knife Alley House | $ | 144.95 | Fort Worth, TX | TM FEB EXP | Gifts for Mark Dycio | Mark Dycio | Miscellaneous | Gift | Receipt from House of Blades for $144.95. Purchased 2 items (BOK-Boker 01BO733 Urban Brad Zinker $104.95 @ 36.37% discount = $60.00), (BUK-Buck Knives Vertex 0418RDS Red Manual Folding Knife $28.95 @35.67 discount = $16.05)<br>No signature<br>Handwritten note stating "anthony-makris@am.com" & "gifts Mark dycio" |
| 850 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/29/2016 | Red Door | $ | 144.00 | Toluca Lake, CA | TM February Travel | Dinner TM with John Milius | TM; John Milius | Meals/Beverages | Group | |
| 851 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/12/2016 | North Kierland | $ | 143.10 | Phoenix, AZ | TM March Travel | Lunch TM with MD AND WLP | TM; MD; WLP | Meals/Beverages | Group | |
| 852 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/7/2016 | Grand Havana | $ | 142.83 | Los Angeles, CA | TM March Travel | Dinner TM with Tom Selleck and David Muntz | TM; Tom Selleck; David Muntz | Meals/Beverages | Group | |
| 853 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/10/2018 | Grace | $ | 141.21 | Fort Worth, TX | TM FEB EXP | Unknown | Tony Makris; Mark Dycio | Meals/Beverages | Group | Date: 02/10/18<br>Base: $101.21<br>Tip: $40.00<br>Total: $141.21<br>Tony Makris signature present |
| 854 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/21/2017 | Beachwood Market | $ | 140.58 | Los Angeles, CA | TM January Travel | Groceries in leiu of meals while in Las Angeles | TM | Meals/Beverages | Individual | handwritten "TM" |
| 855 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/12/2016 | Ready to Roll | $ | 139.58 | Los Angeles, CA | TM February Travel | Feb 11 Pickup LAX Airport to 3204 Ledgewood | Tony Makris | Auto | Car Service | PU: LAX<br>DO: Hollywood, CA for Tony Makris |
| 856 | 2; 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/25/2016 | Ready to Roll | $ | 139.58 | Los Angeles, CA | TM April Travel | Ground Trans PU LAX drop off 3204 Ledgewood Drive Hollywood CA April 23 | Warner Laughlin | Auto | Car Service | |
| 857 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/20/2016 | Venetian | $ | 138.40 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | In suite dining hospitality charges | Hayley Holmes | Meals/Beverages | Individual | Receipt states that the charges are for Hayley Holmes inclusive of 6 guests |
| 858 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/30/2017 | Fred at Barneys | $ | 137.82 | Beverly Hills, CA | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | TM; WL | Meals/Beverages | Group | Handwritten on receipt "TM WL" |
| 859 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/20/2016 | CXIII/Landini Brothers | $ | 137.68 | Alexandria, VA | TM January Travel | TM lunch with C Nash & J Cotton part of $5,408.13 | TM; C Nash; J Cotton | Meals/Beverages | Group | |
| 860 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/20/2015 | CXIII/Landini Brothers | $ | 137.06 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | LUNCH WLP. | Wayne LaPierre | Meals/Beverages | Individual | Statement is for 'Wayne LaPierre'. |
| 861 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/27/2016 | CXIII/Landini Brothers | $ | 136.53 | Alexandria, VA | TM March Travel | Lunch TM with CN & TS part of $7430.39 | TM; CN; TS | Meals/Beverages | Group | |
| 862 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/29/2016 | CXIII/Landini Brothers | $ | 135.81 | Alexandria, VA | TM April Travel | TM lunch with SH part of $5999.21 | TM; SH | Meals/Beverages | Group | |
| 863 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/16/2017 | Grand Havana | $ | 134.45 | Unknown | TM FEB Travel | Lunch with Ken Elliott | TM; Ken Elliott | Meals/Beverages | Group | Date: 02/16/2017<br>1 item purchased (Lotus One Touch Lighter $105.00)<br>Subtotal: $105.00<br>Tax: $9.45<br>Total: $114.45<br>Tip: $20.00<br>Total: $134.45 |
| 864 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/2/2016 | CXIII/Landini Brothers | $ | 132.60 | Alexandria, VA | TM April Travel | TM lunch with TS & WLP part of $5999.21 | TM; TS; WLP | Meals/Beverages | Group | |
| 865 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Ritz Carlton | $ | 132.07 | Dallas, TX | TM august travel | TM honor bar food charge | TM | Meals/Beverages | Individual | |
| 866 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/9/2018 | AC Limousine | $ | 132.00 | Brays Island, SC | TM April Travel | Tony Makris/Team Makris ground transport to Savannah/Hilton Head Int't Airport | Team Makris (2 passengers) | Auto | Car Service | |
| 867 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/20/2018 | AC Limousine | $ | 132.00 | Savannah, GA | TM April Travel | Unknown | Team Makris (2 passengers) | Auto | Car Service | Trip from Savannah Signature Flight to 9 Fredrick Place, Bray's Island SC<br>Date: 4/19<br>Passenger total 2 - no additional names provided |
| 868 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/4/2016 | AC Limousine | $ | 132.00 | Savannah, GA | TM November Travel | Ground transportation airport pickup 2 passengers to Bray Island | Tony Makris & Wife | Auto | Car Service | |
| 869 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/12/2016 | AC Limousine | $ | 132.00 | Brays Island, SC | TM November Travel | Ground Transportation 2 passengers to bray island to hilton head int'l | Tony Makris & Wife | Auto | Car Service | |
| 870 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/16/2016 | AC Limousine | $ | 132.00 | Savannah, GA | TM November Travel | Ground transportation airport transfer savannah GA 1 passenger to Bray Island | Tony Makris | Auto | Car Service | |
| 871 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/10/2017 | AC Limousine | $ | 132.00 | South Carolina | TM November Travel | Pick-up / Stops:<br>9 Frederick Place, Brays Island, SC 29941<br>Drop-off:<br>Departure Savannah / Hilton Head International Airport<br>Customer: Tony Makris<br>Passenger: Tony Markis<br>Start Time: 11/10/2017 12:30pm<br>End time: 11/10/2017 1:30pm | Tony Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Tony Markis<br>Start Time: 11/10/2017 12:30pm<br>End time: 11/10/2017 1:30pm |
| 872 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/6/2017 | AC Limousine | $ | 132.00 | South Carolina | TM November Travel | Pick-up / Stops:<br>9 Frederick Place, Brays Island, SC 29941<br>Drop-off:<br>Departure Savannah / Hilton Head International Airport<br>Customer: Tony Makris<br>Passenger: Mrs. Makris<br>Start Time: 11/06/2017 12:00pm<br>End time: 11/06/2017 1:00pm | Tony Makris; Mrs Makris | Auto | Car Service | Customer: Tony Makris<br>Passenger: Mrs. Makris<br>Start Time: 11/06/2017 12:00pm<br>End time: 11/06/2017 1:00pm |
| 873 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 11/28/2017 | AC Limousine | $ | 132.00 | Brays Island, SC | TM December | Unknown | Team Makris (2 passengers) | Auto | Car Service | Invoice shows pickup from Brays Island SC to HHI Airport on 11/28/17. Passenger total was 2 |
| 874 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/31/2017 | AC Limousine | $ | 132.00 | Brays Island, SC | TM December | Unknown | Team Makris (2 passengers) | Auto | Car Service | Trip from Brays Island to HHI Airport on 12/29<br>Total passengers @ 2 |
| 875 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | AC Limousine | $ | 132.00 | Brays Island, SC | TM January Travel | TM & WLM Ground Transportation Bray's Island to airport drop off | Mr & Mrs Makris | Auto | Car Service | Passenger (total): Mr. & Mrs. Makris (2) Airport Drop-Off |
| 876 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/20/2017 | AC Limousine | $ | 132.00 | South Carolina | TM March travel | AC Limousine & Shuttle Shuttle for T Makris with 2 guests from Bray Island SC to Savannah International Airport | Team Makris (2 passengers) | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): team Makris/2 passengers<br>Start time: 03/20/2017 12:00pm<br>Drop-off time: 03/20/2017 1:00pm<br>Pick-up / Stops: 9 Frederick Place, Brays Island, SC 29941<br>Drop-off: Departure Savannah / Hilton Head International Airport |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 877 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/20/2018 | AC Limousine | $ 132.00 | South Carolina | TM March Travel | Unknown | Team Makris (2 passengers) | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): Team Makris (2)<br>Start time: 03/20/18 12:14pm<br>Drop-off time: 03/20/18 1:14pm<br>Pick-up / Stops: Arrival Delta Air Lines #1752 Savannah / Hilton Head International Airport<br>Drop-off: 9 Frederick Place, Brays Island SC 29941<br>Total: $132.00 |
| 878 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/10/2017 | AC Limousine | $ 132.00 | Brays Island, SC | Unknown | Unknown | TM | Auto | Car Service | TM was picked up in Brays Island and dropped off at Savannah / Hilton Head International Airport |
| 879 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/2/2018 | AC Limousine | $ 132.00 | Brays Island, SC | TM May Travel Part 1 | PU: 9 Frederick Place Brays Island, SC (5/1/18 3:30 PM)<br>DO: Hilton Head International Airport (5/1/18 4:30 PM) | Team Makris (2 passengers) | Auto | Car Service | |
| 880 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/24/2018 | AC Limousine | $ 132.00 | Savannah, GA | TM May Travel part 2 | PU: Savannah / Hilton Head Airport<br>DO: 9 Frederick Place Brays Island | Tony Makris | Auto | Car Service | $110 trip<br>$22 tip |
| 881 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 5/29/2018 | AC Limousine | $ 132.00 | Savannah, GA | TM June Travel | PU: 9 Frederick Place Brays Island SC (5/29/2018 2:00PM)<br>DO: Savannah Hilton Head International Airport (3:00PM) | Tony Makris | Auto | Car Service | Trip Type: Airport Dropoff<br>AC Limo Invoice No: 113765 |
| 882 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | AC Limousine | $ 132.00 | Brays Island, SC | TM July Travel | Unknown | Tony Makris; Passenger | Auto | Car Service | Trip for 2 from Brays Island to HHI Airport |
| 883 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/19/2017 | AC Limousine | $ 132.00 | South Carolina | Unknown | Unknown | Team Makris (2 passengers) | Auto | Car Service | Customer: Makris/Tony<br>Passenger (total): Team Makris (2)<br>Start time: 06/19/2017 12:00pm<br>Drop-off time: 06/19/2017 1:00pm<br>Pick-up / Stops: 9 Frederick Place, Brays Island, SC 29941<br>Drop-off: Departure Savannah / Hilton Head International Airport<br>Amount: $132.00 |
| 884 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/26/2017 | AC Limousine | $ 132.00 | Beaufort, SC | Unknown | Passenger (total): Team Makris (2) Vehicle: 4-Passenger SUV Trip Type: Airport Drop-Off PU: 9 Fredericksplace Brays Island SC DO: Departure Savannah / Hilton Head International Airport | Team Makris (2 passengers) | Auto | Car Service | |
| 885 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/9/2017 | AC Limousine | $ 132.00 | Beaufort, SC | Unknown | Passenger (total): Team Makris (2) Vehicle: 4-Passenger SUV Trip Type: Airport Pickup PU: Arrival Delta Airlines #2041 Savannah / Hilton Head International Airport DO: 9 Fredericksplace Brays Island SC | Team Makris (2 passengers) | Auto | Car Service | |
| 886 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/3/2018 | AC Limousine | $ 132.00 | Unknown | TM August Travel | PU: Hilton Head Airport<br>DO: 27 Scotts Necks Place Brays Island SC | Tony Makris | Auto | Car Service | |
| 887 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/12/2018 | AC Limousine | $ 132.00 | Unknown | TM August Travel | PU: 27 Scotts Neck Place Brays Island, SC<br>DO: Hilton Head International Airport | Tony Makris | Auto | Car Service | |
| 888 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/23/2016 | AC Limousine | $ 132.00 | Brays Island, SC | TM august travel | TM Ground trans bray island ot airport (4 passengers) | TM | Auto | Car Service | |
| 889 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | AC Limousine | $ 132.00 | Brays Island, SC | TM august travel | TM gorund trans aiprort to bray island (4 passengers) | TM | Auto | Car Service | Passenger TM picked up at 1:45pm on 8/22 and dropped off at 2:45 |
| 890 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/15/2017 | AC Limousine | $ 132.00 | Savannah, GA | TM OCT Travel | Passenger (total): Team Makris (2) PU/ST: Arrival Delta Air Lines Savannah / Hilton Head Intl Airport DO: 9 Frederick Place Brays Island, SC | Team Makris (2 passengers) | Auto | Car Service | |
| 891 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/19/2017 | AC Limousine | $ 132.00 | Brays Island, SC | TM OCT Travel | Passenger (total): Team Makris (2) PU: 9 Frederick Place Brays Island, SC DO: Departure Savannah / Hilton Head Intl Airport | Team Makris (2 passengers) | Auto | Car Service | |
| 892 | 2; 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/13/2016 | Ready to Roll | $ 131.58 | Los Angeles, CA | TM April Travel | Ground trans pickup 3204 Ledgewood to LAX April 12 | Elicia Warner Loughlin | Auto | Car Service | |
| 893 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/20/2016 | Ready to Roll | $ 131.58 | Los Angeles, CA | TM October Travel Expense | Ground transportation 3204 Ledgewood Hollywood to LAX | AM | Auto | Car Service | |
| 894 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/28/2017 | Oaks Gourmet | $ 131.48 | Los Angeles, CA | TM FEB Travel | Tony Makris Groceries in Lieu of meals in LA | Tony Makris | Meals/Beverages | Individual | Email sent from Anthony Makris to Stephanie West, forwarding electronic receipt. He stated "dinner" and total was $131.48 paid with American Express ending in 4009 |
| 895 | 5; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/28/2018 | Palmetta Purse | $ 130.00 | Unknown | TM April Travel | Email correspondence to Stephanie West: gift for GiGi…NRA Advancement | Gigi | Miscellaneous | Gift | |
| 896 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/20/2017 | Sam Sneads | $ 129.63 | Savannah, GA | TM OCT Travel | Unknown | TM | Unknown | Unknown | |
| 897 | | 2016 | 137631 | EXP-6869 | 1/4/2016 - 1/31/2016 | Jeff Minson | Financial Analyst | 1/4/2016 | Bray's Island Plantation | $ 128.82 | Sheldon, SC | TM January Supplemental | Plantation Grille - food/beverage TM, Meyer, Boomer, Hayes | TM; Meyer; Boomer; Hayes | Meals/Beverages | Group | |
| 898 | 1; 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/7/2016 | Kill Cliff | $ 128.63 | Unknown | TM September Travel | Case of WLP Kill Cliff kept for WLP use | WLP | Meals/Beverages | Individual | |
| 899 | 1; 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/7/2016 | Kill Cliff | $ 125.08 | Unknown | TM September Travel | Case of WLP Kill Cliff kept for WLP use | WLP | Meals/Beverages | Individual | |
| 900 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/3/2016 | Border Grill | $ 125.04 | Unknown | TM February Travel | Lunch TM with Dave Muntz & T Selleck | TM; Dave Muntz; T Selleck | Meals/Beverages | Group | |
| 901 | 5; 9; 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 11/28/2017 | Harry & David | $ 120.12 | Unknown | TM December | Unknown | JD Williams | Miscellaneous | Gift | Order confirmation shows an online order of a gift basket to JD Williams in Rocky Ranch Pearsall, TX. The email correspondence mentions an original charge of 120.12 and a final payment of 114.2 after credits. Jeff Minson's email shows three charges from H&D for 96.98, 104.98, and 89.98, but none of these were addressed by Stephanie West |
| 902 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/9/2016 | Lonesome Dove | $ 119.59 | Fort Worth, TX | TM April Travel | Lunch TM with Melanie Montgomery | TM; Melanie Montgomery | Meals/Beverages | Group | |
| 903 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/7/2016 | Kill Cliff | $ 118.72 | Unknown | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Premium energy bev for WLP only. | WLP | Meals/Beverages | Individual | Emailed receipt from Kill Cliff. |
| 904 | 1; 9 | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Kill Cliff | $ 118.00 | Unknown | TM august travel | Kill cliff energey drink supply for WLP | WLP | Meals/Beverages | Individual | |
| 905 | 9 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/22/2017 | Kill Cliff | $ 117.98 | Alexandria, VA | Unknown | Unknown | Patrick McCarty | Meals/Beverages | Individual | Date: 06/22/17<br>Qty: 2<br>Blood orange - 24-pack<br>Subtotal: $117.98 |
| 906 | 2; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/16/2016 | Delta Airlines | $ 116.00 | Unknown | TM June Travel | ticket for Elicia Loughlin from Phoenix to Los Angeles; airfare warner Loughlin phx to lax | Elicia Loughlin | Travel | Airfare | |
| 907 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/20/2017 | Sky Canyon | $ 114.18 | Dallas, TX | TM OCT Travel | Unknown | TM | Unknown | Unknown | |
| 908 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/8/2016 | CXIII/Landini Brothers | $ 113.63 | Alexandria, VA | TM January Travel | TM lunch with C Nash K Miller part of $5,408.13 | TM; C Nash; K Miller | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 909 | | 2017 | 145564 | EXP-9731 | 10/1/16 - 11/30/16 | Jeff Minson | Financial Analyst | 10/1/2016 | Package Cottage | $ 112.80 | Avalon, CA | TM OCT NOV travel tips and reimbursable expenses | TM breakfast with Ken Elliott | TM; Ken Elliott | Meals/Beverages | Group | |
| 910 | | 2017 | 146420 | EXP-9922 | 12/2/2016-12/28/2016 | Jeff Minson | Financial Analyst | 12/2/2016 | Pancake Cottage | $ 112.80 | Avalon, CA | TM Bray Island expenses December 2016 | TM meal with Tony Makris & Pat Ryan | TM; Pat Ryan | Meals/Beverages | Group | |
| 911 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/13/2017 | CXIII/Landini Brothers | $ 112.25 | Alexandria, VA | Unknown | Unknown | Tony Makris; Chuck Nash; Ray K | Meals/Beverages | Group | Date: 03/13/17<br>Landini Brothers<br>Charge: $86.35<br>Scv: $17.27<br>Tax: $8.63<br>Total: $112.25 |
| 912 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/17/2016 | Café Pacifico | $ 112.20 | Dallas, TX | TM June Travel | meal for TM with WLP | TM; WLP | Meals/Beverages | Group | |
| 913 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/13/2015 | CXIII/Landini Brothers | $ 111.55 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with WLP & SLP part of $2,791.96 | TM; W LaPierre; S LaPierre | Meals/Beverages | Group | Note on calendar states 'T. Makris, W. LaPierre, S. LaPierre'. |
| 914 | 9 | 2016 | 137631 | EXP-6869 | 1/4/2016 - 1/31/2016 | Jeff Minson | Financial Analyst | 1/31/2016 | Bray's Island Plantation | $ 110.00 | Sheldon, SC | TM January Supplemental | Hunting Fees for Boyd Meyer, Gen Boomer & Robin Hayes | Boyd Meyer; Gen Boomer; Robin Hayes | Miscellaneous | Other | |
| 915 | 9 | 2016 | 137631 | EXP-6869 | 1/4/2016 - 1/31/2016 | Jeff Minson | Financial Analyst | 1/31/2016 | Bray's Island Plantation | $ 110.00 | Sheldon, SC | TM January Supplemental | Hunting Fees for Boyd Meyer, Gen Boomer & Robin Hayes | Boyd Meyer; Gen Boomer; Robin Hayes | Miscellaneous | Other | |
| 916 | 9 | 2016 | 137631 | EXP-6869 | 1/4/2016 - 1/31/2016 | Jeff Minson | Financial Analyst | 1/31/2016 | Bray's Island Plantation | $ 110.00 | Sheldon, SC | TM January Supplemental | Hunting Fees for Boyd Meyer, Gen Boomer & Robin Hayes | Boyd Meyer; Gen Boomer; Robin Hayes | Miscellaneous | Other | |
| 917 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/11/2017 | Kabuki | $ 109.72 | Hollywood, CA | TM FEB Travel | Lunch with Ken Elliott | TM; Ken Elliott | Meals/Beverages | Group | Date: 02/11/17<br>Amount: $89.72<br>Tip: $20.00<br>Total: $109.72<br>Tony Makris signature present at bottom of receipt<br>"TM - Ken Elliott" handwritten on top |
| 918 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/28/2016 | Galley and Garden | $ 108.20 | Unknown | TM December travel expenses | TM meal with Pat Ryan | TM; Pat Ryan; C Ryan | Meals/Beverages | Group | handwritten "Tony Makris Pat Ryan C Ryan" |
| 919 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | The Standard | $ 108.00 | Nashville, TN | TM December travel expenses | TM meal with MM LC and HH | T Makris; Mel Montgomery; Lacey Duffy; Hayley Holmes | Meals/Beverages | Group | handwritten note "T Makris, Mel Montgomery, Lacey Duffy, Hayley Holmes Bal on Account" |
| 920 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | Applebee's | $ 107.15 | Mt. Pleasant, TX | TM November Travel | Dinner TM with WL while on road | TM; WL | Meals/Beverages | Group | handwritten note on receipt "TM WL" |
| 921 | 1; 9 | 2018 | 157570 | 11839 | 1/2/2018-5/11/2018 | Jeff Minson | Financial Analyst | 4/19/2018 | Four Seasons | $ 107.04 | Scottsdale, AZ | TM April Travel | Unknown | Wayne Roberts | Meals/Beverages | Individual | Breakfast charge routed from Wayne Roberts room |
| 922 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/11/2016 | Beachwood Market | $ 106.90 | Los Angeles, CA | TM September Travel | Groceries in lieu of meals while in Los Angeles on travel | TM | Meals/Beverages | Individual | |
| 923 | 5; 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/2/2018 | Harry & David | $ 106.19 | Porter Ranch, CA | TM Jan Travel | Unknown | Elizabeth Elliott | Miscellaneous | Gift | Deluxe Favorites Gift basked sent to Elizabeth Elliot on 01/01/18 |
| 924 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/30/2016 | Nordstrom | $ 106.16 | Unknown | TM February Travel | Lunch TM with WLP Ken Elliott & Gigi Carlton | TM; WLP; Ken Elliott; Gigi Carlton | Meals/Beverages | Group | |
| 925 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/18/2018 | Four Seasons | $ 1,833.86 | Orlando, FL | TM FEB EXP | Unknown | Wayne Roberts | Travel | Lodging | Arrival date: 02/15/18<br>Departure date: 02/18/18<br>Amount: $1833.86 |
| 926 | 5; 9; 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-1/5/2018 | Jeff Minson | Financial Analyst | 12/19/2017 | Harry & David | $ 104.98 | Unknown | TM December | Unknown | JD Williams | Miscellaneous | Gift | Holiday gift basket to JD Williams wishing Merry Christmas. |
| 927 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/17/2016 | CXIII/Landini Brothers | $ 104.60 | Alexandria, VA | TM June Travel | TM meal with JP part of $11,124.91 | TM; JP | Meals/Beverages | Group | |
| 928 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/1/2018 | PGA Tour Grill | $ 102.35 | Savannah, GA | TM May Travel Part 1 | Unknown | TM | Meals/Beverages | Individual | |
| 929 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/22/2016 | CXIII/Landini Brothers | $ 101.38 | Alexandria, VA | TM august travel | TM meal with TS | TM; TS | Meals/Beverages | Group | |
| 930 | | 2018 | 157570 | 11839 | 1/2/2018-5/11/2018 | Jeff Minson | Financial Analyst | 4/8/2018 | PGA Tour Grill | $ 100.97 | Savannah, GA | TM April Travel | T. Makris and Walt Boomer | T Makris; Walt Boomer | Meals/Beverages | Group | |
| 931 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/24/2016 | Applebee's | $ 100.52 | Kearney, NE | TM June Travel | TM meal with WLP and SLP during Joaquin Jackson's funeral (NRA board members) | TM; WLP; SLP | Meals/Beverages | Group | |
| 932 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/26/2018 | North Kierland | $ 100.36 | Phoenix, AZ | TM Jan Travel | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | The receipt is not itemized. Amex statement note indicates presence of Wayne LaPierre |
| 933 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM Jan Travel | Unknown | TM | Meals/Beverages | Other | Description states that the amount was for an individual minimum |
| 934 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/31/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM FEB Travel | Minimum charge required for account- no activity | TM | Meals/Beverages | Other | Minimum charge required for account - no activity for month |
| 935 | | 2018 | 154706/155170 | 11424 | 11/28/2017-1/5/2018 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM December | Unknown | TM | Meals/Beverages | Other | Individual minimum charge on 11/30 |
| 936 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/31/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | Unknown | Individual Minimum | Tony Makris | Meals/Beverages | Other | Individual minimum charge of $100.00 on 03/31/17 |
| 937 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/30/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | Unknown | Unknown | TM | Meals/Beverages | Individual | |
| 938 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM July Travel | Unknown | TM | Meals/Beverages | Other | payment is for individual minimum on 6/30 |
| 939 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/6/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | Unknown | 6/30 Balance Forward: Individual Minimum | Tony Makris | Meals/Beverages | Other | Handwritten note next to circled charge says "no activity for June @ REX" |
| 940 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/8/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM AUG TRAVEL | Balance Forward: Individual Minimum | Tony Makris | Meals/Beverages | Other | |
| 941 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/7/2017 | CXIII/Landini Brothers | $ 100.00 | Alexandria, VA | TM SEPT Travel | Balance Forward: Individual Minimum | Tony Makris | Meals/Beverages | Other | |
| 942 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/16/2017 | La Poubelle | $ 97.22 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 943 | 5 | 2018 | 154706/155170 | 11424 | 11/28/2017-1/5/2018 | Jeff Minson | Financial Analyst | 12/19/2017 | Harry & David | $ 96.98 | Unknown | TM December | Unknown | TM | Miscellaneous | Gift | Holiday gift basket to Bray's P Bray's Plantation Island with a note that reads, "Merry Christmas! Thanks for all you do for us Tony and Warner Makris" |
| 944 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/18/2018 | Four Seasons | $ 1,095.75 | Orlando, FL | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival date: 02/16/18<br>Departure date: 02/18/18<br>Amount: $1095.75 |
| 945 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/29/2017 | Kabuki | $ 95.99 | Hollywood, CA | TM FEB Travel | Tony Makris lunch with Ken Eliott while in Hollywood | Tony Makris; Ken Elliott | Meals/Beverages | Group | Date: 01/29/2017<br>Amount: $79.99<br>Tip: $16.00<br>Total: $95.99<br>Tony Makris signature present<br>"TM - Ken Elliott" handwritten on top of receipt |
| 946 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 4/9/2016 | Meso Mayo | $ 95.94 | Dallas, TX | TM April Travel | Lunch TM with Marizio (NRA events scouting) | TM; Marizio | Meals/Beverages | Group | |
| 947 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/15/2106 | CXIII/Landini Brothers | $ 95.70 | Alexandria, VA | TM April Travel | TM lunch with WLP part of $3289.50 | TM; WLP | Meals/Beverages | Group | |
| 948 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/11/2016 | Ca Del Sole | $ 94.70 | Los Angeles, CA | TM February Travel | Lunch TM with Ken Elliott | TM; Ken Elliott | Meals/Beverages | Group | |
| 949 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/7/2016 | Verizon | $ 94.08 | Unknown | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | SW Cell Service 11.24-12.23. | SW | Miscellaneous | Telecommunications | |
| 950 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/27/2016 | Legal Sea Food | $ 94.05 | Washington, DC | TM October Travel Expense | Lunch TM only DC Airport | TM | Meals/Beverages | Individual | |
| 951 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/13/2017 | Kabuki | $ 92.38 | Hollywood, CA | Unknown | Unknown | Tony Makris; Wayne LaPierre | Unknown | Unknown | Support states NRA Speeches |
| 952 | 7 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 12/3/2015 | CXIII/Landini Brothers | $ 91.03 | Alexandria, VA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM with TS & CN part of $2,791.96 | Tony Makris; T Schropp; C Nash | Meals/Beverages | Group | Note on calendar states 'T. Makris, T. Schropp, C. Nash' |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 953 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/24/2018 | North Kierland | $ | 90.59 | Phoenix, AZ | TM Jan Travel | Unknown | Tony; Wayne | Meals/Beverages | Group | The receipt is for North Italia, dining for 1, but amex statement indicates Wayne accompanied tony |
| 954 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/31/2018 | North Kierland | $ | 90.05 | Scottsdale, AZ | TM FEB EXP | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Date: January 31, 2018<br>Amount: $70.05<br>Tip: $20.00<br>Total: $90.05<br>Tony Makris signature present |
| 955 | 5; 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/19/2017 | Harry & David | $ | 89.98 | Unknown | TM December | Unknown | Ken Elliott | Miscellaneous | Gift | Holiday gift basked from Tony and Warner to Ken Elliott |
| 956 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/3/2016 | CXIII/Landini Brothers | $ | 89.08 | Alexandria, VA | TM January Travel | TM lunch with J. Perran Part of $5,408.13 | TM; J Perran | Meals/Beverages | Group | |
| 957 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/8/2016 | CXIII/Landini Brothers | $ | 87.50 | Alexandria, VA | TM March Travel | Lunch TM with WLP part of $5853.02 | TM; WLP | Meals/Beverages | Group | |
| 958 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/10/2017 | Cat Cora's Kitchen | $ | 87.50 | Atlanta, GA | Unknown | Unknown | Tony Makris; WLP | Meals/Beverages | Group | |
| 959 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/23/2016 | Kabuki | $ | 87.50 | Hollywood, CA | TM September Travel | Lunch TM with WLP | TM; WLP | Meals/Beverages | Group | handwritten "TM, WL" on receipt |
| 960 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/22/2016 | True Food Quarters | $ | 87.00 | Arizona | TM September Travel | Lunch TM with KE | TM; Ken Elliott | Meals/Beverages | Group | handwritten on receipt "TM, Ken Elliott" |
| 961 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Dubliner Resaurant | $ | 86.44 | Washington, DC | TM April Travel | Tony Makris | TM | Meals/Beverages | Individual | |
| 962 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/16/2017 | Beverly Hills Hotel | $ | 85.25 | Beverly Hills, CA | TM FEB Travel | Lunch with WLM | TM; WLM | Meals/Beverages | Group | Date: 02/15/17<br>2 guests<br>Sub total: $60.00<br>Tax: $5.25<br>Service charge: $20.00<br>Check total: $85.25 |
| 963 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/21/2018 | Casa fuente | $ | 85.10 | Las Vegas, NV | TM Jan Travel | Unknown | Tony Makris; Tom Selleck | Meals/Beverages | Group | Customer copy with no itemized detail. Amex statement has a note indicating the presence of Tom Selleck. |
| 964 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/5/2018 | Café Herrera | $ | 84.95 | Dallas, TX | TM May Travel Part 1 | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 965 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/24/2016 | Dallas Airport | $ | 83.09 | Dallas, TX | TM august travel | TM lunch with WLM Dal airport | TM; WLM | Meals/Beverages | Group | Friday's bar at Dallas airport. |
| 966 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/4/2017 | Kabuki | $ | 81.99 | Hollywood, CA | Unknown | Unknown | TM | Meals/Beverages | Individual | Date: 06/04/17<br>Amount: $66.99<br>Tip: $15.00<br>Total: $81.99 |
| 967 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/22/2017 | Kabuki | $ | 81.54 | Hollywood, CA | TM AUG TRAVEL | Unknown | TM | Unknown | Unknown | signed by Tony Makris |
| 968 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/27/2016 | CXIII/Landini Brothers | $ | 78.64 | Alexandria, VA | TM May Travel | TM with WLP | TM; WLP | Meals/Beverages | Group | |
| 969 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/21/2016 | True Food Quarters | $ | 78.37 | Arizona | TM September Travel | Lunch TM with WLP | TM; W LaP | Meals/Beverages | Group | handwritten on receipt "TM W. LaP" |
| 970 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/23/2016 | Murphy's Chophouse | $ | 77.49 | North Carolina | TM November Travel | lunch with TM with Bill Hughes | TM; Bill Hughes | Meals/Beverages | Group | handwritten note says "TM Bill Hughes" |
| 971 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Dewar's Club | $ | 77.04 | Savannah, GA | TM January Travel | TM lunch with WLM Savannah Airport | Tony; Warner | Meals/Beverages | Group | handwritten "Tony & Warner" |
| 972 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/10/2017 | CXIII/Landini Brothers | $ | 76.79 | Alexandria, VA | Unknown | Unknown | Tony Makris; John Perren; Lament | Meals/Beverages | Group | Date: 03/10/17<br>Landini Brothers<br>Charge: $58.90<br>Scv: $12.00<br>Tax: $5.89<br>Total: $76.79 |
| 973 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/19/2017 | PGA Tour Grill | $ | 76.06 | Savannah, GA | TM OCT Travel | Unknown | TM | Meals/Beverages | Individual | |
| 974 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/26/2017 | PGA Tour Grill | $ | 75.76 | Savannah, GA | Unknown | PGA Tour food order | Tony Makris; Guest | Meals/Beverages | Group | Guests: 2 Location: Savannah Intl S |
| 975 | 7 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 9/27/2016 | CXIII/Landini Brothers | $ | 75.75 | Alexandria, VA | TM October Travel Expense | TM meal with JP & guest part of 511.52 | TM; JP; Guest | Meals/Beverages | Group | |
| 976 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/9/2017 | Oaks Gourmet | $ | 75.37 | Los Angeles, CA | TM SEPT Travel | Unknown | Tony Makris | Meals/Beverages | Individual | email from Abbry Karr, management at oaks gourmet, to Tony Makris showing picture of 2 receipts |
| 977 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/23/2017 | Oaks Gourmet | $ | 75.31 | Los Angeles, CA | TM AUG TRAVEL | Unknown | TM; WL | Meals/Beverages | Group | handwritten "TM WL" |
| 978 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/25/2018 | North Kierland | $ | 75.27 | Phoenix, AZ | TM Jan Travel | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | The receipt is not itemized. Amex statement note indicates presence of Wayne LaPierre |
| 979 | 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/14/2016 | Travel Agency Service | $ | 75.00 | Unknown | TM June Travel | Travel fee for Mike Baker | Mike Baker | Travel | Airfare | Woodland Hills Travel Fee |
| 980 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/13/2017 | Alaska Airlines | $ | 75.00 | Unknown | TM SEPT Travel | Baggage Fee | TM | Travel | Airfare | "Please accept this letter as confirmation of your recent charges. We have charged your AMEX ending in 5006 a total of $75.00 for a baggage fee collected on 9/13/2017" Reference # 3122031 |
| 981 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/24/2018 | Hermitage | $ | 74.29 | Nashville, TN | TM April Travel | Unknown | TM | Miscellaneous | Other | |
| 982 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/20/2017 | Burbank Airport | $ | 74.16 | Burbank, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 983 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/8/2017 | Oaks Gourmet | $ | 73.62 | Los Angeles, CA | TM FEB Travel | Tony Makris with Warner Loughin Makris | Tony Makris; Warner Loughlin Makris | Meals/Beverages | Group | Date: 02/08/2017<br>Guests: 7 (none listed on receipt)<br>Total: $73.62 |
| 984 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/12/2016 | Dewar's Club | $ | 73.53 | Phoenix, AZ | TM November Travel | Breakfast / Beverages TM Savanna Airport | Tony Makris | Meals/Beverages | Individual | handwritten note "TM" |
| 985 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/4/2016 | CXIII/Landini Brothers | $ | 72.50 | Alexandria, VA | TM January Travel | TM lunch with Josh Powell part or $4,576.99 | TM; Josh Powell | Meals/Beverages | Group | |
| 986 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/16/2016 | CXIII/Landini Brothers | $ | 72.38 | Alexandria, VA | TM January Travel | TM lunch with J Perran part of $5,408.13 | TM; J Perran | Meals/Beverages | Group | |
| 987 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/23/2016 | CXIII/Landini Brothers | $ | 71.23 | Alexandria, VA | TM March Travel | Lunch TM with TS part of $5853.02 | TM; TS | Meals/Beverages | Group | |
| 988 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/25/2018 | Uber | $ | 71.02 | Los Angeles, CA | TM July Travel | 7/23/18 - Uber ride from Los Angeles to Sherman Oaks | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 989 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/28/2016 | The Farm | $ | 70.21 | Beverly Hills, CA | TM February Travel | Lunch TM with WLP | TM; WLP | Meals/Beverages | Group | |
| 990 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/18/2018 | Kabuki | $ | 68.56 | Los Angeles, CA | TM Jan Travel | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Itemized receipt indicates two guests on the bill. Amex statement indicates that Wayne LaPierre accompanied Tony Makris |
| 991 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/8/2017 | Trulucks | $ | 68.29 | Dallas, TX | TM January Travel | TM Beverages for Brad Johnson, Chris McKinney and Warner Loughlin | TM; Brad Johnson; Chris McKinney; Warner Louglin | Meals/Beverages | Group | handwritten "TM BJ CMK WL" |
| 992 | | 2017 | 143169 | EXP-8890 | 9/8/2016 - 9/12/2016 | Jeff Minson | Financial Analyst | 9/8/2016 | Boran Thai | $ | 67.28 | Los Angeles, CA | TM September travel paid by TM | Dinner TM with D Selleck Los Angeles | TM; Dan Selleck | Meals/Beverages | Group | handwritten on receipt "TM, Dan Selleck" |
| 993 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/3/2016 | CXIII/Landini Brothers | $ | 66.88 | Alexandria, VA | TM June Travel | TM meal with WLP part of $11,124.91 | TM; WLP | Meals/Beverages | Group | |
| 994 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/9/2017 | CXIII/Landini Brothers | $ | 66.58 | Alexandria, VA | Unknown | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Date: 03/09/17<br>Landini Brothers<br>Charge: $52.35<br>Scv: $9.00<br>Tax: $5.23<br>Total: $66.58 |
| 995 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/16/2016 | Oaks Gourmet | $ | 66.12 | Unknown | TM February Travel | Lunch TM with WLP | TM; WLP | Meals/Beverages | Group | |
| 996 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/15/2017 | Liberty Kitchen | $ | 63.82 | Houston, TX | TM January Travel | TM breakfast with Chris McKinney Houston | TM; Chris McKinney | Meals/Beverages | Group | handwritten "TM Chris McKinney" |
| 997 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Blanco Tacos | $ | 63.71 | Phoenix, AZ | Unknown | Unknown | TM; WL | Meals/Beverages | Group | Scan copy of receipt shows TM and WL hand written on the edges of scan |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 998 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/10/2017 | Minibar | $ | 63.00 | Hollywood, CA | Unknown | Unknown | Tony Makris; TWS; D Muritz | Meals/Beverages | Group | Date: 06/09/17<br>3 guests<br>Total payments: $51.00<br>Total tips: $12.00<br>Overall total: $63.00 |
| 999 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/28/2018 | Uber | $ | 62.77 | Sherman Oaks, CA | TM July Travel | 7/23/18 - Uber ride from Sherman Oaks to Beverly Hills - part of $72.18 charge (includes $9.41 tip) | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1000 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/16/2016 | El Ranchito | $ | 62.71 | Ridgeland, SC | TM JULY TRAVEL | Meal for Tony Makris and Lance Olson enroute to gun show in Beaufort, SC | Tony Makris; Lance Olson | Meals/Beverages | Group | |
| 1001 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/19/2016 | CXIII/Landini Brothers | $ | 61.87 | Alexandria, VA | TM April Travel | TM lunch with CN part of $5999.21 | TM; CN | Meals/Beverages | Group | |
| 1002 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/21/2016 | CXIII/Landini Brothers | $ | 61.43 | Alexandria, VA | TM November Travel | Meal with Josh Powell part of 126.17 | TM; Josh Powell | Meals/Beverages | Group | |
| 1003 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/15/2018 | Outfitter Satellite | $ | 61.22 | Alexandria, VA | TM April Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | 1 iridium standard plan |
| 1004 | | 2018 | 158521 | EXP-11942 | 5/14/2018-6/14/2018 | Jeff Minson | Financial Analyst | 5/15/2018 | Outfitter Satellite | $ | 61.22 | Unknown | TM May Travel part 2 | 1 Iridium Standard 0 Plan | Tony Makris | Miscellaneous | Telecommunications | Monthly service fee: 05/01/18 - 5/31/18 |
| 1005 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/15/2018 | Outfitter Satellite | $ | 61.22 | Unknown | TM June Travel | 1 Ieidium Standard 0 Plan | Tony Makris | Miscellaneous | Telecommunications | Invoices describes monthly service: 6/01/18 - 6/30/18<br>Billed to TM 52 Wolfe Street, Alexandria, VA. |
| 1006 | 7 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/11/2016 | CXIII/Landini Brothers | $ | 61.10 | Alexandria, VA | TM January Travel | TM lunch with Mark Dycio part of $4,576.99 | TM; Mark Dycio | Meals/Beverages | Group | |
| 1007 | | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Outfitter Satellite | $ | 61.08 | Unknown | TM July Travel | Unknown | TM | Miscellaneous | Telecommunications | 1 iridium standard plan |
| 1008 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/15/2018 | Outfitter Satellite | $ | 61.08 | Unknown | TM August Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | 1 Iridium Standard Plan |
| 1009 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/18/2018 | Omni Hotel | $ | 26.02 | San Antonio, TX | TM FEB EXP | Unknown | Wayne and Susan Roberts | Travel | Lodging | Arrival: 02/14/18<br>Departure: 02/16/18<br>Date: 02/16/18 - refreshment center water $26.02<br>Total: $26.02 |
| 1010 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/26/2016 | Hy vee | $ | 60.94 | Kearney, NE | TM June Travel | TM groceries in lieu of meals while in LA | TM | Meals/Beverages | Individual | |
| 1011 | 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/3/2016 | Frog Performance | $ | 60.53 | Unknown | TM March Travel | Case (24) Frog Fuel Repair (Medical bev for WLP) | WLP | Miscellaneous | Other | Purchased 1 box of medical food 30oz bottles. |
| 1012 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/8/2016 | United Airlines | $ | 60.00 | Dallas, TX | TM December travel expenses | Ticket fee for Josh Powell - dallas to chicago - statement only | Josh Powell | Travel | Airfare | |
| 1013 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/24/2017 | Oaks Gourmet | $ | 59.90 | Los Angeles, CA | TM AUG TRAVEL | Unknown | Tony; WL | Meals/Beverages | Group | handwritten "Tony + WL" |
| 1014 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/19/2016 | B&H Photo | $ | 59.50 | Unknown | TM May Travel | pro gaffer tape x 12 yds. black for annual meeting | TM | Event | Other | |
| 1015 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/16/2017 | Hummingbird | $ | 59.50 | Unknown | TM SEPT Travel | Unknown | TM | Unknown | Unknown | |
| 1016 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/15/2018 | Outfitter Satellite | $ | 59.24 | Unknown | TM Jan Travel | Unknown | TM | Miscellaneous | Telecommunications | for 1 iridium basic plan VIZ_BP |
| 1017 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/15/2018 | Outfitter Satellite | $ | 59.24 | Alexandria, VA | TM FEB EXP | Unknown | Tony Makris | Miscellaneous | Telecommunications | Date: 02/15/18<br>Monthly service fee: 02/01/18 - 02/28/18<br>1 Iridium basic plan<br>Subtotal: $52.95<br>Fees:<br>Cost recovery fee: $0.79<br>USF Fee: $5.50<br>Total fee: 46.29<br>Total: $59.24 |
| 1018 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/15/2018 | Outfitter Satellite | $ | 59.24 | Alexandria, VA | TM March Travel | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Monthly service fee: 02/01/18 - 02/28/18<br>1 Iridium basic plan: $52.95<br>Cost recovery fee: $0.79<br>USF Fee: $5.50<br>Fee total: $6.29<br>Total: $59.24 |
| 1019 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/15/2017 | Outfitter Satellite | $ | 59.05 | Alexandria, VA | TM November Travel | Unknown | Tony Makris | Miscellaneous | Telecommunications | Monthly service fee: 11/01/17 - 11/30/17<br>1 iridium basic plan = $52.95<br>Fees;<br>Cost recovery fee = $0.79<br>USF Fee = $5.31<br>Total fees = $6.10<br>Total: $59.05 |
| 1020 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/15/2017 | Outfitter Satellite | $ | 59.05 | Unknown | TM December | Unknown | Tony Makris | Miscellaneous | Telecommunications | 1 iridium standard plan |
| 1021 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/15/2017 | Outfitter Satellite | $ | 59.05 | Nashville, TN | TM OCT Travel | Monthly service fee 10/1/2017 - 10/31/2017 IRIDIUM BASIC PLAN VIZ_BP | TM | Miscellaneous | Telecommunications | |
| 1022 | 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/4/2017 | Kill Cliff | $ | 59.00 | Unknown | TM January Travel | TM Beverage restock kept on hard for WLP | WLP | Meals/Beverages | Individual | Shipped to Tony Makris Alexandria VA |
| 1023 | 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/30/2017 | Kill Cliff | $ | 58.99 | Alexandria, VA | Unknown | Unknown | Patrick McCarty | Meals/Beverages | Individual | Date: 03/30/17<br>1 order of Blood Orange 24-pack $58.99<br>Total: $58.99 |
| 1024 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/16/2016 | Outfitter Satellite | $ | 58.88 | Unknown | TM February Travel | Monthly satellite phone service 2.1-29 TM | TM | Miscellaneous | Telecommunications | |
| 1025 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/16/2016 | Outfitter Satellite | $ | 58.88 | Unknown | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Satellite Service Jan 1-31 | Anthony Makris | Miscellaneous | Telecommunications | 1 Basic Plan VIZ_BP |
| 1026 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/16/2016 | Outfitter Satellite | $ | 58.88 | Unknown | TM March Travel | outfitter satellite service march 1-31 | Anthony Makris | Miscellaneous | Telecommunications | |
| 1027 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/16/2016 | Outfitter Satellite | $ | 58.79 | Unknown | TM April Travel | outfitter satellite service April 1-30 | TM | Miscellaneous | Telecommunications | |
| 1028 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/15/2016 | Outfitter Satellite | $ | 58.79 | Alexandria, VA | TM May Travel | satellite phone service 5-1 to 5-31 | TM | Miscellaneous | Telecommunications | |
| 1029 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/16/2016 | Outfitter Satellite | $ | 58.79 | Unknown | TM June Travel | satellite phone service June 1 - June 30 (alp) | Anthony Makris | Miscellaneous | Telecommunications | |
| 1030 | | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/16/2016 | Outfitter Satellite | $ | 58.79 | Nashville, TN | TM JULY TRAVEL | Monthly Service Fee 7/1/16 - 7/31/16 1 BASIC PLAN VIZ_BP | TM | Miscellaneous | Telecommunications | |
| 1031 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/15/2016 | Outfitter Satellite | $ | 58.79 | Unknown | TM august travel | Satellite Service August 1 thru August 31 | TM | Miscellaneous | Telecommunications | |
| 1032 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/18/2016 | Outfitter Satellite | $ | 58.79 | Nashville, TN | TM September Travel | Satellite cell service Sep 1-30 | TM | Miscellaneous | Telecommunications | |
| 1033 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/15/2016 | Outfitter Satellite | $ | 58.65 | Nashville, TN | TM November Travel | Sattelite Service Nov 1-30 | TM | Miscellaneous | Telecommunications | |
| 1034 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/15/2016 | Outfitter Satellite | $ | 58.65 | Unknown | TM December travel expenses | Sattelite phone service Dec 1 - Dec 31 | TM | Miscellaneous | Telecommunications | |
| 1035 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/16/2017 | Outfitter Satellite | $ | 58.65 | Alexandria, VA | Unknown | Unknown | TM | Miscellaneous | Telecommunications | 1 Iridium Basic Plan |
| 1036 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/16/2017 | Outfitter Satellite | $ | 58.65 | Alexandria, VA | Unknown | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Monthly service fee: 06/01/17 - 06/30/17<br>1 Iridium basic plan $52.95<br>Cost recovery fee: $0.79<br>USF Fee: $4.91<br>Fee Total: $5.70<br>Total: $58.65 |
| 1037 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/16/2016 | Outfitter Satellite | $ | 58.65 | Unknown | TM October Travel Expense | Satellite service OCT 1-31 | AM | Miscellaneous | Telecommunications | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1038 | | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/15/2017 | Outfitter Satellite | $ | 58.56 | Nashville, TN | Unknown | Monthly Service Fee 7/1/2017 - 7/31/2017, IRIDIUM BASIC PLAN VIZ_BP | Tony Makris | Miscellaneous | Telecommunications | |
| 1039 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/22/2017 | Outfitter Satellite | $ | 58.56 | Nashville, TN | TM AUG TRAVEL | Monthly Service Fee 8/1/2017 - 8/31/2017, IRIDIUM BASIC PLAN VIZ_BP | TM | Miscellaneous | Telecommunications | says "CREDIT CARD DECLINED" on invoice |
| 1040 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/15/2017 | Outfitter Satellite | $ | 58.56 | Alexandria, VA | TM SEPT Travel | Monthly service fee IRIDIUM BASIC PLAN VIZ_BP | TM | Miscellaneous | Telecommunications | |
| 1041 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/15/2017 | Outfitter Satellite | $ | 58.45 | Alexandria, VA | TM FEB Travel | Satellite Phone Service | Anthony Makris | Miscellaneous | Telecommunications | Monthly service fee: 02/01/17 - 02/28/17<br>1 Iridium basic plan: $52.95<br>Cost recovery fee: $0.79<br>USF Fee: $4.71<br>Fee total: $5.50<br>Total: $58.45 |
| 1042 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/15/2017 | Outfitter Satellite | $ | 58.45 | Nashville, TN | TM January Travel | Monthly Satellite Phone service January 2017 | TM | Miscellaneous | Telecommunications | Basic plan |
| 1043 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/15/2017 | Outfitter Satellite | $ | 58.45 | Alexandria, VA | TM March travel | Satellite service March 1-31 | Anthony Makris | Miscellaneous | Telecommunications | Monthly service fee: 03/01/17 - 03/31/17<br>1 Iridium basic plan: $52.95<br>Cost recovery fee: $0.79<br>USF Fee: $4.71<br>Fee total: $5.50<br>Total: $58.45 |
| 1044 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/15/2017 | Outfitter Satellite | $ | 58.45 | Alexandria, VA | Unknown | Unknown | Anthony Makris | Miscellaneous | Telecommunications | Monthly Service Fee: 04/01/17 - 04/30/17<br>1 iridium basic plan $52.95<br>Cost recovery fee: $0.79<br>USF fee: $4.71<br>Total: $5.50<br>Overall total: $58.45 |
| 1045 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/17/2018 | Beachwood Market | $ | 58.04 | Los Angeles, CA | TM Jan Travel | Unknown | Tony Makris | Meals/Beverages | Individual | The support provided was an email from Jeff Minson to Stephanie West. Kurt Atterberry cc'd, to provide a signed AMEX statement plus the Beach Wood Market receipt. |
| 1046 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/25/2016 | CXIII/Landini Brothers | $ | 57.90 | Alexandria, VA | TM May Travel | TM with WLP WLM M Hallow LO & MD | TM; WLP; WLM; M Hallow; LO; MD | Meals/Beverages | Group | |
| 1047 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/17/2016 | Oaks Gourmet | $ | 56.38 | Unknown | TM February Travel | Lunch TM with Warner Loughlin | TM; Warner Loughlin | Meals/Beverages | Group | |
| 1048 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/20/2018 | Uber | $ | 55.33 | Sherman Oaks, CA | TM July Travel | 7/20/18 - Uber ride from Sherman Oaks to Los Angeles | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1049 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/15/2016 | CXIII/Landini Brothers | $ | 55.31 | Alexandria, VA | TM April Travel | TM lunch with WLP part of $5999.21 | TM; WLP | Meals/Beverages | Group | |
| 1050 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/10/2016 | The Sushi House | $ | 54.86 | Studio City, CA | TM September Travel | Lunch TM with T Selleck | TM; T Selleck | Meals/Beverages | Group | handwritten on receipt "TM T Selleck" |
| 1051 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/10/2017 | Beachwood Café | $ | 54.29 | Los Angeles, CA | Unknown | Unknown | TM; WL | Meals/Beverages | Group | Date: 06/10/17<br>Amount: $44.59<br>Tip: $10.00<br>Total: $54.59<br>"TM WL" handwritten on top |
| 1052 | 7 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/20/2017 | CXIII/Landini Brothers | $ | 54.03 | Alexandria, VA | TM March travel | Meal Tony Makris with Josh Powell part of $3,550.03 | Tony Makris; Josh Powell | Meals/Beverages | Group | Date: 02/20/17<br>Landini Brothers<br>Charge: $41.85<br>Scv: $8.00<br>Tax: $4.18<br>Total: $54.03 |
| 1053 | | 2017 | 143169 | EXP-8890 | 9/8/2016 - 9/12/2016 | Jeff Minson | Financial Analyst | 9/8/2016 | Beachwood Café | $ | 53.22 | Los Angeles, CA | TM September travel paid by TM | Lunch TM while in Los Angeles | TM; WL | Meals/Beverages | Group | handwritten note on email "please reimburse tony for the attached $120.42; handwritten on receipt "TM WL", email states that restaurant wouldn't accept amex so reimburse tony for using personal card |
| 1054 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/8/2016 | Oaks Gourmet | $ | 53.04 | Los Angeles, CA | TM June Travel | T. Makris lunch; TM dinner while in los angeles TM only | TM | Meals/Beverages | Individual | |
| 1055 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/13/2016 | The Sushi House | $ | 52.68 | Studio City, CA | TM October Travel Expense | Lunch TM with WLM while in LA | TM; WLM | Meals/Beverages | Group | |
| 1056 | 7 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/31/2016 | CXIII/Landini Brothers | $ | 51.59 | Alexandria, VA | TM April Travel | TM lunch with LO part of $5999.21 | TM; LO; JP; CN; JC; ZM; Monty | Meals/Beverages | Group | |
| 1057 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/20/2018 | Uber | $ | 51.42 | Sherman Oaks, CA | TM July Travel | 7/20/18 - Tip for Uber driver for ride from Los Angeles to Sherman Oaks | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1058 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/27/2016 | El Port | $ | 50.77 | Pasadena, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM while LA | TM | Meals/Beverages | Individual | |
| 1059 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/11/2017 | Sharkey's | $ | 50.47 | Beverly Hills, CA | Unknown | Unknown | Anthony Makris | Meals/Beverages | Individual | Date: 06/11/17<br>Subtotal: $45.47<br>Tip: $5.00<br>Total: $50.47 |
| 1060 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/8/2018 | Beachwood Café | $ | 48.21 | Los Angeles, CA | TM March Travel | Unknown | TM; WL | Meals/Beverages | Group | Date: 03/08/18<br>Amount: $39.04<br>Tip: $9.00<br>Total: $48.21 |
| 1061 | 9 | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 5/18/2016 | Verizon | $ | 47.70 | Hughesville, MD | TM May Travel | cell service s west phone mar 24-apr 23 | S West | Miscellaneous | Telecommunications | |
| 1062 | 9 | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/13/2017 | Verizon | $ | 47.64 | Unknown | TM SEPT Travel | Total current charges due by 9/18/17 | Stephanie West | Miscellaneous | Telecommunications | Bill to: Stephanie west |
| 1063 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/15/2017 | Union 76 | $ | 47.52 | Los Angeles, CA | TM AUG TRAVEL | Unknown | TM | Auto | Gas | Premium 11.883G Price/Gal $3.999 Fuel Total: $47.52 |
| 1064 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/13/2018 | Verizon | $ | 47.19 | Hughesville, MD | TM April Travel | Unknown | Stephanie West; Tony Makris | Miscellaneous | Telecommunications | |
| 1065 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/13/2018 | Verizon | $ | 47.19 | Hughesville, MD | TM FEB EXP | Unknown | Stephanie West | Miscellaneous | Telecommunications | Bill date: January 23, 2018<br>Stephanie West (703)399-1088<br>Total amount due: $47.19 |
| 1066 | 9 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/13/2018 | Verizon | $ | 47.19 | Hughesville, MD | TM March Travel | Unknown | Stephanie West | Miscellaneous | Telecommunications | Billing period: 01/24/18 - 02/23/18<br>Amount: $47.19 |
| 1067 | 9 | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/13/2018 | Verizon | $ | 47.08 | Hughesville, MD | TM Jan Travel | Unknown | Stephanie West | Miscellaneous | Telecommunications | Bill is to Stephanie West for one number |
| 1068 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/13/2017 | Verizon | $ | 47.08 | Hughesville, MD | TM November Travel | Unknown | Makris | Miscellaneous | Telecommunications | Bill date: November 23, 2017<br>Bill period: October 24-November 23<br>Total: $47.08 |
| 1069 | 9 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/13/2017 | Verizon | $ | 47.08 | Hughesville, MD | TM December | Unknown | Stephanie West | Miscellaneous | Telecommunications | Monthly wireless bill for Stephanie West |
| 1070 | 9 | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/13/2018 | Verizon | $ | 47.08 | Hughesville, MD | TM May Travel Part 1 | Unknown | Stephanie West | Miscellaneous | Telecommunications | |
| 1071 | 9 | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/13/2018 | Verizon | $ | 47.08 | Unknown | TM June Travel | Unknown | Stephanie West | Miscellaneous | Telecommunications | Billed to Stephanie West |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1072 | 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Verizon | $ | 47.08 | Unknown | TM July Travel | Unknown | Stephanie | Miscellaneous | Telecommunications | Monthly bill for Stephanie's phone |
| 1073 | 1; 9 | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 8/18/2016 | Verizon | $ | 47.02 | Unknown | TM august travel | Cell service June 24th - July 23rd SW line for WLP | WLP | Miscellaneous | Telecommunications | Monthly Verizon charges for June - July |
| 1074 | 1; 9 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/6/2016 | Verizon | $ | 47.02 | Unknown | TM September Travel | Cell service S West for WLP service 7-24 to 8-23 | Wayne LaPierre; Stephanie West | Miscellaneous | Telecommunications | Bill To: Stephanie West for Wayne LaPierre cell service |
| 1075 | 1; 9 | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/7/2016 | Verizon | $ | 47.02 | Unknown | TM October Travel Expense | Cell service s west utilized for WLP line Aug 24 - Sept 23 | S West; WLP | Miscellaneous | Telecommunications | Recurring phone Service. Telecom SVN: Prepaid |
| 1076 | 9 | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/16/2015 | Verizon | $ | 47.01 | Unknown | TM February Travel | Cell service S West Dec 24 - Jan 23 | S West | Miscellaneous | Telecommunications | |
| 1077 | 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/30/2016 | Jeff Minson | Financial Analyst | 3/30/2016 | Verizon | $ | 47.01 | Unknown | TM April Travel | Cell service Jan 24 - Feb 23 Stephanie West TM assistant | Stephanie West | Miscellaneous | Telecommunications | |
| 1078 | 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/16/2016 | Verizon | $ | 46.99 | Unknown | TM June Travel | Recurring phone service; cell service Stephanie west Apr. 24-may 23 | Stephanie West | Miscellaneous | Telecommunications | |
| 1079 | 1; 9 | 2016 | 141517 | EXP-8278 | 6/7/2016 - 8/5/2016 | Jeff Minson | Financial Analyst | 7/19/2016 | Verizon | $ | 46.99 | Unknown | TM JULY TRAVEL | Cell service 5/24-6/23 Wayne LaPierre | Wayne LaPierre; Stephanie West | Miscellaneous | Telecommunications | Billed to Stephanie West for Wayne LaPierre |
| 1080 | 9 | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/13/2018 | Verizon | $ | 46.97 | Alexandria, VA | TM August Travel | Unknown | Stephanie West | Miscellaneous | Telecommunications | |
| 1081 | 1; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/16/2016 | Verizon | $ | 46.96 | Unknown | TM November Travel | Call service Sep 23 - Oct 23 S West utilized by WLP | S West; WLP | Miscellaneous | Telecommunications | |
| 1082 | 1; 9 | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/20/2016 | Verizon | $ | 46.96 | Unknown | TM December travel expenses | Cell service for WLP - phone in name of S West | WLP; S West | Miscellaneous | Telecommunications | |
| 1083 | 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/17/2017 | Verizon | $ | 46.96 | Unknown | TM January Travel | Cell service for WLP phone - S West on account | WLP; S West | Miscellaneous | Telecommunications | |
| 1084 | 9 | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 8/30/2017 | Verizon | $ | 46.94 | Unknown | TM SEPT Travel | Balance Forward Due Immediately | Stephanie West | Miscellaneous | Telecommunications | Bill to: Stephanie west |
| 1085 | 9 | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/13/2017 | Verizon | $ | 46.94 | Unknown | TM OCT Travel | Unknown | Stephanie West | Miscellaneous | Telecommunications | Bill to: Stephanie west |
| 1086 | 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/17/2017 | Verizon | $ | 46.91 | Hughesville, MD | Unknown | Unknown | Stephanie West | Miscellaneous | Telecommunications | |
| 1087 | 9 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/22/2017 | Verizon | $ | 46.90 | Hughesville, MD | Unknown | Unknown | Stephanie West | Miscellaneous | Telecommunications | Billing period: 04/24/17 - 05/23/17<br>Amount: $46.90 |
| 1088 | 9 | 2017 | 150823 | EXP-10975 | 7/1/2017 - 8/24/2017 | Jeff Minson | Financial Analyst | 7/18/2017 | Verizon | $ | 46.90 | Hughesville, MD | Unknown | Verizon Bill Payment by Stephanie West | Stephanie West | Miscellaneous | Telecommunications | Billed to Stephanie West |
| 1089 | 1; 9 | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/8/2017 | Verizon | $ | 46.89 | Hughesville, MD | TM FEB Travel | Cell service for Wayne LaPierre phones | Wayne LaPierre; Stephanie West | Miscellaneous | Telecommunications | Billing period: Dec 24 - Jan 23<br>Bill is in Stephanie West's name<br>Total: $46.89 |
| 1090 | 1; 9 | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 3/15/2017 | Verizon | $ | 46.89 | Hughesville, MD | TM March travel | Cell service Jan 24-Feb 23 for SW line utlized by WLP | Stephanie West; WLP | Miscellaneous | Telecommunications | Billing period: Jan 24 - Feb 23<br>Total: $46.89<br>Bill is under Stephanie West's name |
| 1091 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/29/2017 | Union 76 | $ | 46.87 | Los Angeles, CA | TM FEB Travel | Tony Makris Fuel for vehicle utilized while in LA | Tony Makris | Auto | Gas | Gas receipt from 01/29/2017 at 1:17pm.<br>Premium gas: 12.739G<br>Price/Gal: $3.679<br>Fuel Total: $46.87 |
| 1092 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/23/2016 | Union 76 | $ | 46.72 | Los Angeles, CA | TM September Travel | Gasoline for vehicle borrow for day's used from friend in Los Angeles | TM | Auto | Gas | |
| 1093 | 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/6/2017 | Verizon | $ | 46.35 | Hughesville, MD | Unknown | Unknown | Stephanie West | Miscellaneous | Telecommunications | Billing period: 02/24/17 - 03/23/17<br>Total: $46.83<br>"Paid 46.35" handwritten and circled |
| 1094 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/29/2016 | Puckett's Grocery | $ | 44.81 | Nashville, TN | TM November Travel | Lunch TM w WL | TM; WL | Meals/Beverages | Group | handwritten note "TM WL" |
| 1095 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/26/2018 | Sunoco | $ | 44.78 | Jacksonboro SC | TM March Travel | Unknown | Tony Makris | Auto | Gas | Date: 03/27/18<br>Sunoco Jacksonboro, SC<br>Unleaded (88 octane)<br>Amount: $44.78<br>No receipt provided. |
| 1096 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/9/2016 | Beverly Hills Hotel | $ | 43.45 | Beverly Hills, CA | TM March Travel | Bev charges Mark Dycio March 7-8 | Mark Dycio | Meals/Beverages | Individual | |
| 1097 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/30/2017 | Uber | $ | 42.85 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | Tony Makris | Auto | Taxi | |
| 1098 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/26/2016 | Uber | $ | 41.86 | Birmingham, AL | TM November Travel | Ground transportation birmingham alabama richard arrington jr blvd to 2680 saddlecreek trail | Tony Makris | Auto | Car Service | |
| 1099 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/18/2018 | Four Seasons | $ | (1,123.88) | Orlando, FL | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival date: 02/16/18<br>Departure: 02/18/18<br>Amount: ($1123.88)<br>"This is on the folio for Four Seasons Hotel - Orlando - Adv. Dep. Chris Kinney" |
| 1100 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/19/2018 | Four Seasons | $ | 431.87 | Orlando, FL | TM FEB EXP | Pick-up / Stops:<br>Tallahassee Regional Airport Million Air Tallahassee Tail #N302GV, 3254 Capital Circle Southwest, Tallahassee Fl 32310 United States<br>Drop-off:<br>415 North Monroe Street, Tallahassee FL 32301 United States<br>"Ready to Roll submitted with 1 batch" | Tony Makris | Travel | Lodging | Customer: Tony Makris<br>Passenger: Tony Makris<br>Start time: 02/16/18 12:00<br>End time: 02/16/18 15:00<br>Ordered by: Stephanie West |
| 1101 | | 2016 | 139727 | EXP-7842 | 4/1/2016 to 6/30/16 | Jeff Minson | Financial Analyst | 4/15/2016 | CXIII/Landini Brothers | $ | 38.83 | Alexandria, VA | TM May Travel | TM with TS | TM; TS | Meals/Beverages | Group | |
| 1102 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/14/2017 | Uber | $ | 38.79 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | Tony Makris | Auto | Taxi | |
| 1103 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/8/2017 | Beachwood Café | $ | 38.32 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | Date: 06/08/17<br>Amount: $31.32<br>Tip: $7.00<br>Total: $38.32 |
| 1104 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/24/2016 | Oaks Gourmet | $ | 37.61 | Los Angeles, CA | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Lunch TM | TM | Meals/Beverages | Individual | Receipt states 'lunch TM only per SW' |
| 1105 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/5/2017 | Oaks Gourmet | $ | 37.36 | Los Angeles, CA | TM SEPT Travel | Unknown | Tony Makris | Meals/Beverages | Individual | email from Abbry Karr, management at oaks gourmet, to Tony Makris showing picture of 2 receipts |
| 1106 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ | 36.77 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Food/bev Dusting Gerhing Jan 20-22 Shot Show | Dustin Gehring | Meals/Beverages | Individual | Private Bar. |
| 1107 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/14/2016 | Union 76 | $ | 36.16 | Los Angeles, CA | TM October Travel Expense | gasoline for vehicle borrowed from Friend/utilized in LA (no receipt retained) | TM | Auto | Gas | |
| 1108 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/31/2017 | Beachwood Café | $ | 36.06 | Los Angeles, CA | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | TM; WL | Meals/Beverages | Group | Handwritten note on receipt says "Expense TM WL" |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1109 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/1/2017 | Beachwood Café | $ | 35.55 | Los Angeles, CA | Unknown | Unknown | Tony Makris | Meals/Beverages | Individual | Date: 06/01/17<br>Amount: $28.55<br>Tip: $7.00<br>Total: $35.55<br>Tony Makris signature present at bottom of receipt |
| 1110 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/12/2016 | CXIII/Landini Brothers | $ | 35.15 | Alexandria, VA | TM November Travel | Meal with Josh Powell part of 126.17 | TM; Josh Powell | Meals/Beverages | Group | |
| 1111 | | 2016 | 142347 | EXP-8604 | 7/7/2016 - 9/28/2016 | Jeff Minson | Financial Analyst | 7/28/2016 | CXIII/Landini Brothers | $ | 35.15 | Alexandria, VA | TM august travel | TM carryout meal with J Perrar | TM; J Perrar | Meals/Beverages | Group | |
| 1112 | 2; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/20/2017 | American Airlines | $ | 35.00 | Unknown | Unknown | Unknown | Elicia Loughlin | Travel | Airfare | Departure PHX on 5/27/17<br>Arrival BUR |
| 1113 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/13/2016 | Mcalister's Deli | $ | 34.42 | Unknown | TM November Travel | Lunch TM with WLP | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | handwritten note "tony makris wayne lapierre" |
| 1114 | | 2017 | 151745 | EXP-11046 | 8/1/2017 - 9/29/2017 | Jeff Minson | Financial Analyst | 8/18/2017 | Beachwood Café | $ | 34.09 | Los Angeles, CA | TM AUG TRAVEL | Unknown | Tony Makris | Meals/Beverages | Individual | |
| 1115 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/2/2016 | ExxonMobile | $ | 33.07 | Unknown | TM December travel expenses | TM gasoline for Lance Olsen and Pat Ryan for their vehicles - statement only | TM; Lance Olson; Pat Ryan | Auto | Gas | |
| 1116 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/12/2016 | Hudson | $ | 32.64 | Los Angeles, CA | TM September Travel | TM bev at LAX airport & 3 periodicals and WSJ (Rifles shotguns, concealed handguns & F& S) | T Makris | Meals/Beverages | Individual | handwritten on receipt "T. Makris" |
| 1117 | 7 | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 8/2/2016 | CXIII/Landini Brothers | $ | 31.73 | Alexandria, VA | TM September Travel | Meal TM with JP part of $715.26 | TM; JP | Meals/Beverages | Group | |
| 1118 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/13/2016 | Royal Palms Inn | $ | 30.95 | Phoenix, AZ | TM March Travel | Bevs Tony Makris March 8th through 13th | Tony Makris | Meals/Beverages | Individual | |
| 1119 | 7 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/24/2016 | CXIII/Landini Brothers | $ | 29.59 | Alexandria, VA | TM November Travel | Meal with Josh Powell part of 126.17 | TM; Josh Powell | Meals/Beverages | Group | |
| 1120 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/5/2017 | Subway | $ | 29.31 | Barstow, CA | TM FEB Travel | Lunch on travel in Barstow CA | TM | Meals/Beverages | Individual | Date: 02/04/2017<br>Amount: 29.31<br>"TM" handwritten on top |
| 1121 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Lawlers BBQ | $ | 29.16 | Unknown | TM December travel expenses | TM meal with Pat Ryan | TM; Pat Ryan | Meals/Beverages | Group | handwritten note "TM Pat Ryan" |
| 1122 | 9 | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 4/3/2017 | Quill | $ | 29.14 | Alexandria, VA | Unknown | Unknown | Patrick McCarty | Meals/Beverages | Individual | Date: 03/30/17<br>2 orders of Hersheys nugget asst. 38.5 oz @ $11.04/each<br>Merchandise total: $22.08<br>Tax: $1.07<br>Shipping: $0.00<br>Handling: $5.99<br>Total: $29.14 |
| 1123 | 9 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/22/2017 | Boxed Boxed | $ | 26.75 | Alexandria, VA | Unknown | Unknown | Patrick McCarty | Unknown | Unknown | Subtotal: $31.47<br>Promo discount: ($4.72)<br>Order total: $26.75 |
| 1124 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/20/2016 | Hudson News | $ | 26.27 | Unknown | TM October Travel Expense | News periodicals and magazine purchased at airport (receipt not retained) | TM | Miscellaneous | Other | |
| 1125 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/14/2017 | Uber | $ | 26.22 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | Tony Makris | Auto | Taxi | |
| 1126 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Four Seasons | $ | 2,725.97 | Dallas, TX | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival date: 02/18/18<br>Departure date: 02/21/18<br>Amount: $2725.97 |
| 1127 | | 2017 | 151745 | EXP-11019 | 5/9/2017 - 5/31/2017 | Jeff Minson | Financial Analyst | 5/14/2017 | Uber | $ | 25.44 | Unknown | TM Bray's Island & OOP expenses May 14 - May 30 | Unknown | Tony Makris | Auto | Taxi | |
| 1128 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/29/2018 | Uber | $ | 25.28 | Beverly Hills, CA | TM July Travel | 7/23/18 - Uber ride from Rodeo Dr. Beverly Hills to Canon Dr. Beverly Hills | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1129 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/7/2018 | Virgin America | $ | 25.00 | Unknown | TM FEB EXP | Unknown | TM | Travel | Other | Expense report states "additional collection, no receipt" |
| 1130 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/12/2016 | Virgin America | $ | 25.00 | Unknown | TM September Travel | Baggage fee - no receipt - statement only | TM | Travel | Other | |
| 1131 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/27/2017 | Virgin America | $ | 25.00 | Dallas, TX | TM SEPT Travel | Baggage Fee 0-50lbs | TM | Travel | Other | |
| 1132 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/25/2018 | Four Seasons | $ | 23.36 | Las Vegas, NV | TM Jan Travel | Unknown | TM | Unknown | Unknown | |
| 1133 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/22/2017 | Washington National | $ | 23.28 | Washington, DC | TM SEPT Travel | Unknown | Tony Makris | Meals/Beverages | Individual | refreshments, handwritten "Tony Makris NRAH adv." |
| 1134 | 1; 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/13/2016 | Royal Palms Inn | $ | 23.14 | Phoenix, AZ | TM March Travel | Bev WLP march 8th thru 13th | WLP | Meals/Beverages | Individual | |
| 1135 | | 2018 | 158521 | EXP-11944 | 4/9/2018 - 4/20/2018 | Jeff Minson | Financial Analyst | 4/9/2018 | Washington Post | $ | 21.20 | Unknown | TM Travel MISC | The Washington Post Company (per Amc Extract) | TM | Miscellaneous | Other | Email from TM to Stephanie West with an American Express online charge for The Washington Post - TM says "Bill it" |
| 1136 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/17/2016 | Harris Teeter | $ | 20.97 | Unknown | TM September Travel | Lunch TM with John Perran | TM; John Perran | Meals/Beverages | Group | |
| 1137 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 1/4/2017 | CXIII/Landini Brothers | $ | 20.85 | Alexandria, VA | TM FEB Travel | 20.85 to be credited back next month | Tony Makris | Meals/Beverages | Individual | Date: 01/04/17<br>Landini Brothers<br>Charge: $18.95<br>Tax: $1.90<br>Total: $20.85<br><br>$20.85 was not listed in expense report, but the charge was listed in a CXIII Rex invoice. Part of a Total bill: $3819.58 |
| 1138 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | ExxonMobile | $ | 20.65 | Hazen, AR | TM November Travel | gas for avis rental | TM | Auto | Gas | |
| 1139 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/16/2017 | Beverly Hills Hotel | $ | 20.50 | Beverly Hills, CA | TM FEB Travel | Laundry charge | Mr and Mrs Anthony Makris | Travel | Other | Arrival: 02/11/17<br>Departure: 02/15/17<br>Total: $20.50<br>Laundry/dry cleaning guest |
| 1140 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/20/2018 | Uber | $ | 20.00 | Los Angeles, CA | TM July Travel | 7/20/18 - Uber ride from Los Angeles to Sherman Oaks | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1141 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/27/2016 | Hudson | $ | 19.63 | Nashville, TN | TM November Travel | Periodical coffee mints whil nashville airport october amex statement | TM | Miscellaneous | Other | receipt has handwritten note "Item for Travel reading material, beverage, gum" |
| 1142 | 1; 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Four Seasons | $ | 2,116.39 | Dallas, TX | TM FEB EXP | Unknown | Wayne Roberts | Travel | Lodging | Arrival date: 02/18/18<br>Departure date: 02/21/18<br>Amount: $2116.39 |
| 1143 | 7 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 5/9/2016 | CXIII/Landini Brothers | $ | 16.17 | Alexandria, VA | TM June Travel | TM bev charge part of $9,371.27 | TM | Meals/Beverages | Individual | |
| 1144 | | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/17/2016 | Ritz Carlton | $ | 15.16 | Dallas, TX | TM June Travel | tm honor bar charges Dallas June 16-17 | TM | Meals/Beverages | Individual | |
| 1145 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | Shell Oil | $ | 13.63 | Holladay, TN | TM November Travel | gas for avis rental | TM | Auto | Gas | handwritten note says "on the road snacks TM" |
| 1146 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/11/2016 | Hudson | $ | 13.59 | Washington, DC | TM February Travel | Reading/Ref materials/bev for flight | TM | Meals/Beverages | Individual | |
| 1147 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Four Seasons | $ | 13.07 | Scottsdale, AZ | Unknown | Unknown | TM | Meals/Beverages | Individual | Private Bar food |
| 1148 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/15/2017 | Beverly Hills Hotel | $ | 13.05 | Beverly Hills, CA | TM FEB Travel | Private food charge | Mr and Mrs Anthony Makris | Meals/Beverages | Individual | Arrival: 02/11/17<br>Departure: 02/15/17<br>Total: $13.05<br>Private bar - food |
| 1149 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Four Seasons | $ | 2,112.84 | Dallas, TX | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival date: 02/18/18<br>Departure date: 02/21/18<br>Amount: $2112.84 |
| 1150 | 9 | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/5/2016 | Four Seasons | $ | 12.98 | Las Vegas, NV | TM April Travel | Bev charge to room Mark Dycio April 4 | Mark Dycio | Meals/Beverages | Individual | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1151 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 12.78 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | WLP bev Jan 18 Orlando FL ROOM 924 | WLP | Meals/Beverages | Individual | Purchase at Honor Bar. |
| 1152 | 9 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/13/2016 | Royal Palms Inn | $ 12.38 | Phoenix, AZ | TM March Travel | Bevs Mark Dycio March 8th thru 13th | Mark Dycio | Meals/Beverages | Individual | |
| 1153 | 7; 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 12/15/2016 | CXIII/Landini Brothers | $ 12.18 | Alexandria, VA | TM January Travel | Lunch for Josh Powell part of $4,576.99 | Josh Powell | Meals/Beverages | Individual | |
| 1154 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/29/2016 | Uber | $ 10.95 | Birmingham, AL | TM December travel expenses | TM ground transport in birmingham 11 ct street to richard arrington jr blvd | TM | Auto | Car Service | |
| 1155 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 11/29/2016 | Uber | $ 10.88 | Birmingham, AL | TM December travel expenses | TM ground transport in birmingham 2nd ave to 11 ct street | TM | Auto | Car Service | |
| 1156 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Ritz Carlton | $ 676.04 | Mclean, VA | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival Date: 02/21/18<br>Departure Date: 02/22/18<br>Total: $676.04 |
| 1157 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/27/2018 | Uber | $ 10.65 | Los Angeles, CA | TM July Travel | 7/23/18 - Tip for Uber driver for ride from Los Angeles to Sherman Oaks | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1158 | | 2017 | 147112 | EXP-10160 | 1/6/17 - 3/31/17 | Jeff Minson | Financial Analyst | 2/13/2017 | Beverly Hills Cab | $ 10.00 | Beverly Hills, CA | TM FEB Travel | BH Cab to meet Ken Elliott | TM | Auto | Taxi | |
| 1159 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | Shell Oil | $ 10.00 | Holladay, TN | TM November Travel | gas for avis rental | TM | Auto | Gas | |
| 1160 | 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/23/2016 | Four Seasons | $ 9.73 | Las Vegas, NV | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | Food/Bev Jack Ramsey(TS) Jan 20-22 SHOT Show | Jack Ramsey (TS) | Meals/Beverages | Individual | Arrival 1/20<br>Departure 1/23 |
| 1161 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/24/2018 | MMs Mayo | $ 9.72 | Phoenix, AZ | TM Jan Travel | Unknown | Tony Makris; Wayne LaPierre | Meals/Beverages | Group | Charge for purchase of breakfast and drinks at the Mayo Clinic with Wayne LaPierre |
| 1162 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Four Seasons | $ 192.88 | Dallas, TX | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival date: 02/18/18<br>Departure: 02/21/18<br>Amount: $192.88 |
| 1163 | | 2018 | 160161 | 12123 | 7/20/2018-8/13/2018 | Jeff Minson | Financial Analyst | 7/26/2018 | Uber | $ 9.41 | Sherman Oaks, CA | TM July Travel | 7/23/18 - Tip for Uber driver for ride from Sherman Oaks to Beverly Hills | Anthony Makris | Auto | Car Service | Email from Stephanie West to Jeff Minson: Items below were charged on Tony's (Makris) personal card. |
| 1164 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 10/11/2017 | Delta Airlines | $ 9.00 | Unknown | TM OCT Travel | Passenger: Tony Makris DFW/ATL | Tony Makris | Travel | Airfare | |
| 1165 | 1; 9 | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/19/2016 | Ritz Carlton | $ 8.52 | Orlando, FL | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | WLP bev Jan 18 Orlando FL ROOM 932 | WLP | Meals/Beverages | Individual | Handwritten note on Tony's CC statement says 'mini bar' |
| 1166 | 7 | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 2/11/2016 | CXIII/Landini Brothers | $ 7.65 | Alexandria, VA | TM March Travel | Lunch TM beverage charged added to Feb 10th meal part of $5853.02 | TM | Meals/Beverages | Individual | |
| 1167 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | Pilot | $ 7.59 | Caddo Valley, AR | TM November Travel | gas for avis rental | TM | Auto | Gas | |
| 1168 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/24/2018 | Four Seasons | $ 6.50 | Las Vegas, NV | TM Jan Travel | Unknown | TM | Unknown | Unknown | |
| 1169 | | 2016 | 137631/136135 | EXP-6836 | 12/1/2015 - 3/10/2016 | Jeff Minson | Financial Analyst | 1/14/2016 | Ritz Carlton | $ 6.50 | Dallas, TX | TM TRAVEL January 2016 Florida Dallas Vegas (SHOT Show) and Los Angeles | TM Food/Bev charge jan 14 Dallas | TM | Meals/Beverages | Individual | Arrival 1/12<br>Departure 1/14 |
| 1170 | | 2016 | 138653 | EXP-7581 | 3/1/2016 - 6/28/2016 | Jeff Minson | Financial Analyst | 4/12/2016 | Ritz Carlton | $ 6.50 | Dallas, TX | TM April Travel | Food bev T Makris Dallas April 11-12 | Anthony Makris | Meals/Beverages | Individual | |
| 1171 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/21/2018 | Four Seasons | $ (22.10) | Dallas, TX | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival date: 02/18/18<br>Departure: 02/21/18<br>Amount: ($22.10) |
| 1172 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 2/7/2016 | Four Seasons | $ 6.49 | Unknown | TM February Travel | feb 2-7 supplemental bev charge seasons vegas TM | TM | Meals/Beverages | Individual | |
| 1173 | | 2016 | 137631 | EXP-7293 | 2/7/2016 - 4/15/2016 | Jeff Minson | Financial Analyst | 3/8/2016 | Four Seasons | $ 6.49 | Las Vegas, NV | TM March Travel | Bev charges Tony Makris Mar 4 - 7th 2016 | Tony Makris | Meals/Beverages | Individual | |
| 1174 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Ritz Carlton | $ 753.81 | Mclean, VA | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival Date: 02/21/18<br>Departure Date: 02/22/18<br>Total: $753.81 |
| 1175 | | 2017 | 145564 | EXP-9659 | 12/21/2006 - 1/11/2017 | Jeff Minson | Financial Analyst | 12/1/2016 | Hermitage | $ 5.48 | Nashville, TN | TM December travel expenses | TM first aid kit purchased @ hermitage minibar | TM | Miscellaneous | Other | |
| 1176 | 1; 9 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/15/2016 | Four Seasons | $ 5.41 | Austin, TX | TM November Travel | breakfast WLP Austin TX Media Meetings | Wayne Roberts | Meals/Beverages | Individual | Guest: Wayne Roberts<br>Arrive: 11/13/16 Depart: 11/14/16 |
| 1177 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Dallas Airport | $ 5.00 | Dallas, TX | TM April Travel | Unknown | TM | Travel | Other | |
| 1178 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Dallas Airport | $ 5.00 | Dallas, TX | TM April Travel | Unknown | TM | Travel | Other | |
| 1179 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/28/2018 | Jacksonville Airport | $ 5.00 | Jacksonville, TN | TM FEB EXP | Unknown | TM | Travel | Airfare | |
| 1180 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/11/2018 | National Airport | $ 5.00 | Washington, DC | TM FEB EXP | Unknown | TM | Travel | Airfare | Cart rental |
| 1181 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/19/2017 | Dallas Airport | $ 5.00 | Dallas, TX | TM January Travel | TM Cart Rental for Dallas Airport | TM | Travel | Other | |
| 1182 | | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/19/2017 | Dallas Airport | $ 5.00 | Dallas, TX | TM January Travel | TM Cart Rental for Dallas Airport | TM | Travel | Other | |
| 1183 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/13/2018 | National Airport | $ 5.00 | Arlington, VA | TM March Travel | Unknown | TM | Travel | Other | Date: 03/14/18<br>National AP Cart rental Arlington, VA<br>Amount: $5.00<br>No receipt provided |
| 1184 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/4/2018 | Dallas Airport | $ 5.00 | Dallas, TX | TM May Travel Part 1 | DFW Cart Rental | Tony Makris | Travel | Airfare | |
| 1185 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/4/2018 | Dallas Airport | $ 5.00 | Dallas, TX | TM May Travel Part 1 | DFW Cart Rental | Tony Makris | Travel | Airfare | |
| 1186 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/13/2017 | National Airport | $ 5.00 | Washington, DC | TM SEPT Travel | airport cart rental | TM | Travel | Other | |
| 1187 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/22/2017 | National Airport | $ 5.00 | Chicago, IL | TM SEPT Travel | airport cart rental | TM | Travel | Other | |
| 1188 | | 2017 | 152775 | EXP-11176 | 8/30/2017 - 10/20/2017 | Jeff Minson | Financial Analyst | 9/27/2017 | National Airport | $ 5.00 | Arlington, VA | TM SEPT Travel | airport cart rental | TM | Travel | Other | |
| 1189 | | 2016 | 143559 | EXP-9110 | 9/1/2016 - 11/16/2016 | Jeff Minson | Financial Analyst | 10/27/2016 | Nashville Airport | $ 5.00 | Nashville, TN | TM October Travel Expense | cart rental at Nashville airport | TM | Travel | Other | |
| 1190 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/29/2017 | Dallas Airport | $ 5.00 | Dallas, TX | TM OCT Travel | cart rental | TM | Travel | Other | |
| 1191 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/28/2017 | Burbank Airport | $ 4.00 | Burbank, CA | Unknown | Unknown | TM | Travel | Other | |
| 1192 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/28/2017 | Burbank Airport | $ 4.00 | Burbank, CA | Unknown | Unknown | TM | Meals/Beverages | Individual | |
| 1193 | | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/28/2017 | Burbank Airport | $ 4.00 | Burbank, CA | Unknown | Unknown | TM | Meals/Beverages | Individual | |
| 1194 | | 2017 | 143169 | EXP-8888 | 8/1/2016 - 10/24/2016 | Jeff Minson | Financial Analyst | 9/18/2016 | Baggage Cart | $ 4.00 | Unknown | TM September Travel | Baggage cart rental airport no receipt retained/dispensed | TM | Travel | Other | |
| 1195 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/8/2018 | CMS Vending | $ 2.10 | Dallas, TX | TM April Travel | Unknown | Tony Makris | Meals/Beverages | Individual | Note in CC: Bottle of water vending machine per SW |
| 1196 | 1; 9 | 2017 | 146420/145983 | EXP-9902 | 12/3/2016-<br>2/14/2017 | Jeff Minson | Financial Analyst | 1/18/2017 | Four Seasons | $ 1.90 | Las Vegas, NV | TM January Travel | Room tax increase on Lance Olson room - deposit previously charged | Lance Olson | Travel | Toll | Guest: Lance Olson Arrive: 1/18/17 Depart: 1/18/17 |
| 1197 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/14/2018 | USA Canteen | $ 1.60 | Unknown | TM FEB EXP | "Snack from vending machine" | TM | Meals/Beverages | Individual | Expense report states "USA Canteen vending machine no receipt" |
| 1198 | | 2016 | 136859 | EXP-6997 | 1/7/2016 - 3/22/2016 | Jeff Minson | Financial Analyst | 1/29/2016 | LA City Parking | $ 1.50 | Unknown | TM February Travel | city parking | Tony Makris | Auto | Parking | |
| 1199 | | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/15/2018 | USA*A | $ 1.10 | Manassas, VA | TM March Travel | Unknown | Tony Makris | Meals/Beverages | Individual | Date: 03/16/18<br>USA Prince William Manassas, VA<br>Fast Food Restaurant<br>Amount: $1.10<br>No receipt provided |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1200 | 9; 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/21/2017 | Harry & David | $ (1.45) | Unknown | TM December | Unknown | JD Williams | Miscellaneous | Gift | Holiday gift basket to JD Williams wishing Merry Christmas. |
| 1201 | 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 11/28/2017 | Harry & David | $ (1.66) | Unknown | TM December | Unknown | Tony Makris; JD Williams | Miscellaneous | Gift | credit associated with 120.12 |
| 1202 | 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/7/2017 | Harry & David | $ (1.69) | Unknown | TM December | Unknown | Tony Makris; JD Williams | Miscellaneous | Gift | credit associated with 120.12 |
| 1203 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/31/2018 | Harry & David | $ (2.08) | Unknown | TM FEB EXP | Internet generated tax credit | Tony Makris | Miscellaneous | Gift | Expense report stated "No receipt INET generated credit" |
| 1204 | 9; 13 | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/23/2016 | Harry & David | $ (2.25) | Unknown | TM November Travel | credit for jd williams gift shipping no receipt | JD Williams | Miscellaneous | Gift | |
| 1205 | 13 | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/7/2017 | Harry & David | $ (2.57) | Unknown | TM December | Unknown | Tony Makris; JD Williams | Miscellaneous | Gift | credit associated with 120.12 |
| 1206 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/22/2018 | Ritz Carlton | $ 548.46 | Mclean, VA | TM FEB EXP | Unknown | Joshua Powell | Travel | Lodging | Arrival Date: 02/21/18<br>Departure Date: 02/22/18<br>Total: $548.46 |
| 1207 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/27/2018 | Simon Islands | $ 8,761.85 | Georgia | TM FEB EXP | Unknown | Wayne Roberts | Travel | Lodging | Arrival Date: 02/22/18<br>Departure Date: 02/27/18<br>Total: $8761.85 |
| 1208 | 2; 9 | 2017 | 149459 | EXP-10720 | 4/4/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 5/26/2017 | American Airlines | $ (15.00) | Phoenix, AZ | Unknown | Unknown | Elicia Loughlin | Travel | Airfare | Flight from Burbank CA to Phoenix AZ |
| 1209 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/27/2018 | Simon Islands | $ 5,434.36 | Georgia | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival Date: 02/22/18<br>Departure Date: 02/27/18<br>Total: $5434.36 |
| 1210 | | 2017 | 148014 | EXP-10160 | 1/6/17-3/31/17 | Jeff Minson | Financial Analyst | n/a | Unknown | $ (20.85) | Unknown | TM FEB Travel | Unknown | TM | Unknown | Unknown | $20.85 credited back from $69,757.57 expense report - Related to invoice # 147112<br>Line item did not appear on an expense report - handwritten note saying amount was to be credited back next month (March) |
| 1211 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/31/2018 | Harry & David | $ (20.89) | Unknown | TM FEB EXP | Unknown | Tony Makris | Miscellaneous | Gift | Order summary email screenshot for order placed on January 30, 2018.<br>Billing Address:<br>Tony Makris<br>52 Wolfe Street, Alexandria, VA 22314-3865<br>Email: southernbell2764@yahoo.com<br>Payment method: American Express …5006 - $298.75<br>Payment method: Alternate ….5006 - ($20.89)<br>Order total: $277.86<br>Shipping Address:<br>The Carol Jo Williams<br>7343 County Road 3000<br>Pearsall, TX 78061 |
| 1212 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/27/2018 | Simon Islands | $ 3,656.16 | Georgia | TM FEB EXP | Unknown | Christopher Kinney | Travel | Lodging | Arrival Date: 02/22/18<br>Departure Date: 02/27/18<br>Total: $3656.16 |
| 1213 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/27/2018 | Simon Islands | $ 214.22 | Georgia | TM FEB EXP | Unknown | Tony Makris | Travel | Lodging | Arrival Date: 02/22/18<br>Departure Date: 02/27/18<br>Total: $214.22 (guest transpiration charge on 02/27/18) |
| 1214 | | 2017 | 148014 | EXP-10319 | 2/11/2017 - 5/10/2017 | Jeff Minson | Financial Analyst | 2/26/2017 | American Airlines | $ (206.10) | Unknown | TM March travel | AA air credit for ticket 00179488871803 reported in Feb travel expenses | Anthony Makris | Travel | Airfare | "Debit reported with Feb report" handwritten |
| 1215 | 9 | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/31/2018 | Jetsuitex | $ (219.00) | Unknown | TM FEB EXP | Unknown | Nader Tavangar | Travel | Airfare | Booking confirmation W7GJ02 - reservation cancellation email<br>Payment details:<br>Nader Tavangar - $219.00, January 17, 2018<br>Nader Tavangar - ($219.00), January 30, 2018<br>Original reservation was departing from Burbank @ 9:00am and arriving in Las Vegas @ 10:05am on January 31, 2018<br>Handwritten note stating "Cancelled credit to follow" |
| 1216 | 2; 9 | 2018 | 160161 | 12119 | 6/28/2018 - 8/8/2018 | Jeff Minson | Financial Analyst | 7/31/2018 | Delta Airlines | $ (293.20) | Unknown | TM July Travel | Unknown | Warner | Travel | Airfare | Email correspondence between Stephanie West and Jeff Minson:<br>Delta airline credit for unused portion of Warner's |
| 1217 | 3 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/21/2018 | Kiawah Island Golf Resort | $ 1,056.55 | Kiawah Island, SC | TM March Travel | Lodging Arrival 3/24 - 3/26 | Anthony Makris | Travel | Lodging | Arrival: 03/24/18<br>Departure: 03/26/18<br>Amount: $1056.55 |
| 1218 | 3 | 2018 | 156967 | EXP-11729 | 3/1/2018 - 4/30/2018 | Jeff Minson | Financial Analyst | 3/27/2018 | Kiawah Island Golf Resort | $ 1,157.39 | Kiawah Island, SC | TM March Travel | Lodging Arrival 3/24 - 3/26 | Anthony Makris | Travel | Lodging | Arrival: 03/24/18<br>Departure: 03/26/18<br>Amount: $1157.39 |
| 1219 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 10/31/2016 | American Airlines | $ (557.60) | Unknown | TM November Travel | Credit el airfair part of 1211.12 booked and billed in october | Tony Makris | Travel | Airfare | |
| 1220 | | 2018 | 154261 | EXP-11340 | 11/1/2017 to 12/11/2017 | Jeff Minson | Financial Analyst | 11/16/2017 | Delta Airlines | $ (572.20) | Unknown | TM November Travel | Support refund | Tony Makris | Travel | Airfare | |
| 1221 | 9 | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/15/2017 | AMEX | $ (623.54) | Unknown | Unknown | Unknown | Nicole Capiselo | Unknown | Unknown | "Travel Nicole Capiselo" |
| 1222 | | 2017 | 144737 | EXP-9318 | 10/13/2013 - 1/5/2017 | Jeff Minson | Financial Analyst | 11/4/2016 | American Airlines | $ (653.52) | Unknown | TM November Travel | Credit el airfair part of 1211.12 booked and billed in october | Tony Makris | Travel | Airfare | |
| 1223 | | 2017 | 153476 | EXP-11222 | 9/30/2000 - 11/14/2017 | Jeff Minson | Financial Analyst | 9/27/2017 | Delta Airlines | $ (665.20) | Unknown | TM OCT Travel | Refunded, charged on sept report | TM | Travel | Airfare | handwritten parenthesis on amount saying "refunded charged on sept report, credit on oct report" |
| 1224 | | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/10/2018 | Ritz Carlton | $ 1,502.01 | Dallas, TX | TM April Travel | Unknown | Tony Makris | Travel | Lodging | 4/8-4/10 |
| 1225 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 2/14/2018 | Virgin America | $ (836.63) | Unknown | TM FEB EXP | Passenger: Tony Makris<br>Flight details: 07 Feb 2018, Los Angeles/Dallas-Love Field<br>Flight details: 13 Feb 2018, Dallas-Love Field/Los Angeles<br>"Credit to follow"<br>Elicia Warner's name circled --> "2nd half not utilized, charge to support the credit of $836.65" | Tony Makris; Elicia Warner | Travel | Airfare | Passenger: Tony Makris<br>Flight details: 07 Feb 2018, Los Angeles/Dallas-Love Field<br>Flight details: 13 Feb 2018, Dallas-Love Field/Los Angeles<br>"Credit to follow"<br>Elicia Warner's name circled --> "2nd half not utilized, charge to support the credit of $836.65" |
| 1226 | 1; 9 | 2018 | 157570 | 11839 | 1/2/2018-<br>5/11/2018 | Jeff Minson | Financial Analyst | 4/19/2018 | Four Seasons | $ 9,550.42 | Scottsdale, AZ | TM April Travel | Unknown | Wayne Roberts | Travel | Lodging | There are several charges for Residence Club Rack Rental (1700USD), Resort Fees, Lunch charge, and breakfast charge with the note "Routed From Roberts Wayne of Room 3911" |
| 1227 | | 2017 | 150457 | EXP-10850 | 6/7/2017-<br>7/31/2017 | Jeff Minson | Financial Analyst | 6/1/2017 | Alaska Airlines | $ (854.21) | Unknown | Unknown | Unknown | TM | Travel | Airfare | Supported refund |
| 1228 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/1/2018 | Mansion on Turtle Creek | $ 11,511.20 | Dallas, TX | TM May Travel Part 1 | Arrival: 5/1/18<br>Departure: 5/8/18 | Tony Makris | Travel | Lodging | Room 816 - Room Type: MST<br>$1200 a night + $159 Room Occupancy Tax |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1229 | | 2018 | 155996 | EXP-11652 | 1/26/2018 to 3/27/2018 | Jeff Minson | Financial Analyst | 1/26/2018 | Delta Airlines | $ (927.56) | Unknown | TM FEB EXP | Flight details: 26-Jan-2018 West Palm Beach/Atlanta<br>Flight details: 26-Jan-2018 Atlanta/Los Angeles<br>"Reported last mnoth - posted on Jan. 11, 2018" | Anthony Makris | Travel | Airfare | Passenger: Makris/Anthony S<br>Total ticket amount: $927.56<br>Handwritten note that says "Credited in Feb, Reported in Jan" and "From West Palm Beach to LA" |
| 1230 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 8/2/2018 | Alaska Airlines | $ (998.20) | Unknown | TM August Travel | Unknown | Tony Makris | Travel | Airfare | Refunded - trip canceled<br>Original ticket date - 7/18/2018 |
| 1231 | | 2018 | 158118 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | 5/11/2018 | Hotel Zaza | $ 34,619.97 | Dallas, TX | TM May Travel Part 1 | Hotel Room + Charges:<br>Arrival: 4/28/18<br>Departure: 5/10/18 | Mark Dycio; Colleen Gallagher; Jon Gutierrez; Tony Makris; Danielle Quinn | Travel | Lodging | Guests: Mark Dycio; Colleen Gallagher; Jon Gutierrez; Tony Makris; Danielle Quinn |
| 1232 | | 2018 | 154706/155170 | 11424 | 11/28/2017-<br>1/5/2018 | Jeff Minson | Financial Analyst | 12/1/2018 | Four Seasons | $ (883.23) | Las Vegas, NV | TM December | Unknown | TM | Travel | Lodging | |
| 1233 | | 2018 | 158521 | EXP-11895 | 5/1/2018 - 6/4/2018 | Jeff Minson | Financial Analyst | n/a | Unknown | $ (1,192.50) | Unknown | TM May Travel Part 1 | Overbilled in May by $1192.50. Billed $95,265.67 instead of $94,072.17 | TM | Unknown | Unknown | Note on EXP-11895: ($1,19250) overbilled for the month of May - $95,264.6 |
| 1234 | | 2018 | 160896 | EXP-12196 | 7/23/2018 to 9/13/2018 | Jeff Minson | Financial Analyst | 7/23/2018 | Delta Airlines | $ (1,469.64) | Unknown | TM August Travel | Unknown | Tony Makris | Travel | Airfare | Trip was originally booked at $2687.66<br>Refund of $1,469.63 for trip cancelation<br>Airfare from Savannah to PHX - JUL 17; did not take return trip |
| 1235 | | 2018 | 159388 | EXP-12039 | 5/29/2018-<br>7/11/2018 | Jeff Minson | Financial Analyst | 6/21/2018 | Delta Airlines | $ (1,633.60) | Unknown | TM June Travel | Per CC Statement: Supported Refund - From Savannah, GA., Atlanta, GA., Phoenix, AZ, Atlanta GA., Savannah, GA. | TM | Travel | Airfare | |
| 1236 | | 2018 | 154707/155520 | 11516 | 1/1/2018 to 2/8/2018 | Jeff Minson | Financial Analyst | 1/2/2018 | American Airlines | $ (2,894.49) | Unknown | TM Jan Travel | Unknown | Tony Makris | Travel | Airfare | originally reported on Exp 11424 |
| 1237 | | 2017 | 148749 | EXP-10485 | 3/9/2017 - 7/11/2017 | Jeff Minson | Financial Analyst | 3/14/2017 | Cash Tips | $ (3,500.00) | Unknown | Unknown | Annual Meeting Advance | TM | Miscellaneous | Tips | Date: 03/14/17<br>Annual Meeting Advance<br>Amount: $3500<br>Tips for drivers, room service, bell hop, concierge, and helpers while at the convention |
| 1238 | 6; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/3/2018 | American Airlines | $ (14,303.76) | Unknown | TM June Travel | Refund for ticket 00177696257295 for Susan LaPierre; credit air for SLP could not make the trip | SLP | Travel | Airfare | |
| 1239 | 6; 9 | 2016 | 140440 | EXP-8075 | 5/2/16 to 7/22/16 | Jeff Minson | Financial Analyst | 6/3/2018 | American Airlines | $ (14,303.76) | Unknown | TM June Travel | Refund for ticket 0017766257284 for Wayne LaPierre; credit air for WLP could not make the trip | WLP | Travel | Airfare | |

**Note 1**

The following categories were assigned to example transactions:

1 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
2 Examples include charges for Warner Louglin with no business purpose indicated.
3 Examples include duplicate lodging charges for Tony Makris on the same date.
4 Examples include advance deposits made by Tony Makris. One advance deposit was for $20,000 and made for a year in advance.
5 Examples include expenses for gifts purchased including NRA employees.
6 Examples reflect airfare refunds for Wayne and Susan LaPierre.
7 Examples include expenses that are portions of a larger expense.
8 Examples include expenses that represent WLP requesting lodging for a confidential guest.
9 Examples include expenses charged to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
10 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Nader Tavangar's expense account. There is no evidence that Nader Tavangar was at the event.
11 Examples include expenses charged for relocation of Josh Powell.
12 Examples include expenses incurred in regard to the H2H Gala sponsored by Susan LaPierre.
13 Gifts for NRA employees that are charged to NRA via out of pocket expenses

## Total Expenses by Month and Year

The following graphic visually depicts Tony Makris' total expenses by month and year.  Source: 'Detail' tab



Privileged and Confidential

**Expenses by Category**

The following table shows the total amount of expenses by category an
to the total. A separate table is shown for gifts that were purchased fo
of pocket expenses. Source: Columns P, Q, and K on 'Detail' tab

The following table shows the names transcribed from the documents and FRA's assumptions as to the identity of the individuals.

| Transcribed Names from Support[1] | Assumed Name[2] | Assumed NRA Affiliation[2] | Assumed Position[2] |
|---|---|---|---|
| 3 Guests | Unnamed guests | Non-NRA | Unnamed Guests |
| 3 passengers | Unnamed guests | Non-NRA | Unnamed Guests |
| AA | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Admiral Marc Fitzgerald | Admiral Marc Fitzgerald | Non-NRA | Retired US Navy Admiral |
| AF | Andra Fischer | NRA Affiliated | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant |
| Al McCalhot | Al Micallef | Non-NRA | Al McCalhot & AL Mocallef = Al Micallef, Micallef Cigars Ft. Worth, TX |
| AL Mocallef | Al Micallef | Non-NRA | Al McCalhot & AL Mocallef = Al Micallef, Micallef Cigars Ft. Worth, TX |
| Alex Castellano | Alex Castellanos | Non-NRA | GOP Strategist, Political Consultant |
| AM | Tony Makris | Non-NRA | President of Mercury Group |
| Amy Adams | Amy Adams | Non-NRA | Actress |
| AN | AN | Non-NRA | Unknown |
| Andrew A | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Andrew Arulankim | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Andrew Arulunde | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Andrew Arundalde | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Andrew Arunlorde | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Anthony Makris and Wife | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Anthony Makris | Tony Makris | Non-NRA | President of Mercury Group |
| Aron Algrin | Aron Algrin | Non-NRA | Unknown |
| Ashley Hackler | Ashley Hackler | Non-NRA | Vice President, Office of the CEO, Ackerman McQueen |
| Audra Fischer | Andra Fischer | NRA Affiliated | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant |
| Bill Hughes | Bill Hughes | Non-NRA | Unknown |
| BJ | Brad Johnson | Non-NRA | Actor nominated for NRA board; withdrew |
| Board of Directors | Board of Directors | NRA Affiliated | Board of Directors, NRA |
| BOD | Board of Directors | NRA Affiliated | Board of Directors, NRA |
| Boomer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
| Boyd Meyer | Boyd Meyer | Non-NRA | Unknown |
| Boyd Meyers | Boyd Meyer | Non-NRA | Unknown |
| Brad Johnson | Brad Johnson | Non-NRA | Actor nominated for NRA board; withdrew |
| Brandon | Brandon | Non-NRA | Unknown |
| BS | Bart Skelton | NRA Affiliated | Director, NRA |

| Burgundy | Wayne LaPierre | NRA Affiliated | EVP, NRA |
|---|---|---|---|
| C Kenney | Chris Kinney | Non-NRA | Unknown |
| C Kinney | Chris Kinney | Non-NRA | Unknown |
| C McKinney | Chris McKinney | NRA Affiliated | Executive Protection Contractor for Wayne |
| C Nash | Chuck Nash | Non-NRA | Retired US Navy Captain and Fox News Analyst |
| C Ryan | C Ryan | Non-NRA | Unknown |
| Carol Lanning | Carol Lanning | Non-NRA | Personal Assistant to Charlton Heston |
| Caroline Oxford | Caroline Oxford | Non-NRA | Unknown |
| Charles Marx | Charles Marx | Non-NRA | Unknown |
| Charlie Marx | Charles Marx | Non-NRA | Unknown |
| Chris Keeney | Chris Kinney | Non-NRA | Unknown |
| Chris Kenney | Chris Kinney | Non-NRA | Unknown |
| Chris Kinney | Chris Kinney | Non-NRA | Unknown |
| Chris McKinney | Chris McKinney | NRA Affiliated | Executive Protection Contractor for Wayne |
| Christopher Kinney | Chris Kinney | Non-NRA | Unknown |
| Chuck Nash | Chuck Nash | Non-NRA | Retired US Navy Captain and Fox News Analyst |
| CM | Chris McKinney | NRA Affiliated | Executive Protection Contractor for Wayne |
| CN | Chuck Nash | Non-NRA | Retired US Navy Captain and Fox News Analyst |
| Colleen Gallagher | Colleen Powell | Non-NRA | Wife of Josh Powell |
| Colleen Powell | Colleen Powell | Non-NRA | Wife of Josh Powell |
| Colleen | Colleen Powell | Non-NRA | Wife of Josh Powell |
| Company | Unnamed guests | Non-NRA | Unnamed Guests |
| Craig Spray | Craig Spray | NRA Affiliated | Treasurer, NRA |
| D & T Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| D Avilez | Dionel M Aviles | Non-NRA | Former Secretary of the Navy (04 - 09) |
| D Muntz | David Muntz | Non-NRA | Unknown |
| D Muritz | David Muntz | Non-NRA | Unknown |
| D Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| D Stafford | D Stafford | Non-NRA | Professional consulting firm specializing in campus safety. |
| DA | Dionel M Aviles | Non-NRA | Former Secretary of the Navy (04 - 09) |
| Dallas PD | Dallas PD | Non-NRA | Unknown |
| Damen LaSanta | Darren LaSorte | Non-NRA | SVP Acount Service Ackerman McQueen |
| Dan Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| Daniel Turaosil | Daniel Turaosil | Non-NRA | Unknown |
| Daniel Unkocic | Daniel Unkocic | Non-NRA | May be related to Rob Unkovic |

| | | | |
|---|---|---|---|
| Danielle Quinn | Daniell Quinn | Non-NRA | Unknown |
| Dave Muntz | David Muntz | Non-NRA | Unknown |
| David Corlew | David Corlew | Non-NRA | Nashville music industry veteran |
| David Gardner | David Gardner | Non-NRA | Assemblyman in Nevada |
| David Lehman | David Lehman | NRA Affiliated | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. |
| David Muntz | David Muntz | Non-NRA | Unknown |
| DH | Douglas Hamlin | NRA Affiliated | Executive Director, NRA Publications |
| Diana Valentine | Diane Valentine | Non-NRA | Unknown |
| Diane Valentine | Diane Valentine | Non-NRA | Unknown |
| Dino Avilez | Dionel M Aviles | Non-NRA | Former Secretary of the Navy (04 - 09) |
| DM | David Muntz | Non-NRA | Unknown |
| Donors | Unnamed guests | Non-NRA | Unnamed Guests |
| Dr D | Dr. D. | Non-NRA | Unknown |
| Dr Drew | Dr. Drew | Non-NRA | Unknown |
| Dr Nyguen | Dr. Nyguen | Non-NRA | Unknown |
| Dr O | Dr. O | Non-NRA | Unknown |
| Dr RD | Dr. RD | Non-NRA | Unknown |
| Dr RO | Dr. RO | Non-NRA | Unknown |
| DS | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| Duffy/Cremer | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Dustin Gehring | Dustin Gehring | Non-NRA | Ulta 4 National Championship Winner |
| DV | Diane Valentine | Non-NRA | Unknown |
| E Louglin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elain Lamment | Elaine Lammert | Non-NRA | Former Deputy General Counsel of FBI; NRA Consultant |
| Elicia Loughlin Warner | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elicia Loughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elicia W Loughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elicia Warner Loughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elicia Warner | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elicia | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Elizabeth Elliott | Elizabeth Elliott | Non-NRA | Unknown |
| Eric Van Horn | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| Erin Tayler | Erin Tayler | Non-NRA | Wyoming Registered Lobbyist |
| GC | Gigi Carlton | Non-NRA | Professional involved in race car industry. |

| Gen Boomer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
|---|---|---|---|
| Gen Walter Boomer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
| GG | Gigi Carlton | Non-NRA | Professional involved in race car industry. |
| Gigi Carlton | Gigi Carlton | Non-NRA | Professional involved in race car industry. |
| Gigi | Gigi Carlton | Non-NRA | Professional involved in race car industry. |
| GM | GM | Non-NRA | Unknown |
| Greg N | Greg N | Non-NRA | Unknown |
| Group | Unnamed guests | Non-NRA | Unnamed Guests |
| GS | Gurney Sloan | Non-NRA | VP of Special Projects for PM Direct Marketing-- Fairfax, VA-based consultancy that handles mailings for the NRA; Membership Marketing Partner |
| Guest | Unnamed guests | Non-NRA | Unnamed Guests |
| Guests | Unnamed guests | Non-NRA | Unnamed Guests |
| H Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| Hayes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| Hayley H | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| Hayley Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| Henry Gurr | Henry Gurr | Non-NRA | Unknown |
| Henry Radett | Henry Radett | Non-NRA | Unknown |
| HLF | Hunters Leadership Forum | NRA Affiliated | NRA Organization |
| HM | Henry Martin Garrison | Non-NRA | Unknown |
| Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| HW | HW | Non-NRA | Unknown |
| J Cotton | John Cotton | Non-NRA | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) |
| J Milius | John Milius | NRA Affiliated | Former Director, NRA |
| J Perran | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| J Perrar | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| J Perren | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| J Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| Jack Mayfield | Jack Mayfield | Non-NRA | Major donor to the Dallas Safari Club |
| Jack Ramsey (TS) | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Jaine | Jaine | Non-NRA | Unknown |

| James Rosen | James Rosen | Non-NRA | Former Fox News Washington Correspondent; current investigative report--Sinclair Broadcasting |
|---|---|---|---|
| JC | John Cotton | Non-NRA | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) |
| JD Williams | JD Williams | NRA Affiliated | Former NRA Board Member and Executive Council |
| JG | Jon Gutierrez | Non-NRA | Unknown |
| Jim Staples | Jim Staples | NRA Affiliated | Security Director |
| JM | John Milius | NRA Affiliated | Former Director, NRA |
| Joe McQuire | Joe McQuire | Non-NRA | Unknown |
| Joe Schoubuck | Joe Schubeck | Non-NRA | Unknown |
| Joe Schubeck | Joe Schubeck | Non-NRA | Unknown |
| John Cotton | John Cotton | Non-NRA | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) |
| John Milius | John Milius | NRA Affiliated | Former Director, NRA |
| John Perran | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| John Perren | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| Jon Gutierrez | Jon Gutierrez | Non-NRA | Unknown |
| Josephine Bird | Josephine Bird | Non-NRA | Plaintiff in 2nd Amendment Lawsuit in Delaware |
| Josh Perren | John Perren | NRA Affiliated | Senior Advisor to NRA EVP |
| Josh Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| Joshua Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| JP | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| K Elliott | Ken Elliott | NRA Affiliated | Author on NRA's website |
| K Miller | Ken Miller | Non-NRA | Unknown |
| KA | KA | Non-NRA | Unknown |
| Kate Marias | Kate Marias | Non-NRA | Unknown |
| KC | KC | Non-NRA | Unknown |
| KE | Ken Elliott | NRA Affiliated | Author on NRA's website |
| Keith Wallender | Keith Walawender | Non-NRA | CEO, Tomahawk Strategic Solutions |
| Ken Elliott | Ken Elliott | NRA Affiliated | Author on NRA's website |
| Ken Miller | Ken Miller | Non-NRA | Unknown |
| KH | KH | Non-NRA | Unknown |
| KM | Ken Miller | Non-NRA | Unknown |
| KP | KP | Non-NRA | Unknown |
| Kristen Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |

| KS | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
|---|---|---|---|
| Kyle Manatis | Kyle Manatis | Non-NRA | Unknown |
| L Olsen | Lance Olson | NRA Affiliated | Director, NRA |
| L Olson | Lance Olson | NRA Affiliated | Director, NRA |
| L Warner | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Lacey Duffy | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lament | Elaine Lammert | Non-NRA | Former Deputy General Counsel of FBI; NRA Consultant |
| Lance Olsen | Lance Olson | NRA Affiliated | Director, NRA |
| Lance Olson | Lance Olson | NRA Affiliated | Director, NRA |
| LC | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| LO | Lance Olson | NRA Affiliated | Director, NRA |
| M Dycio | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| M Hallow | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| Makris | Tony Makris | Non-NRA | President of Mercury Group |
| Mariah | Mariah | Non-NRA | Unknown |
| Marizio | Mauricio Cremer | Non-NRA | Lacey Duffy's husband and Vice President of Creative Services |
| Mark Dycio | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| Matt Goldberg | Matt Goldberg | Non-NRA | Unknown |
| Mauricio Cremer | Mauricio Cremer | Non-NRA | Lacey Duffy's husband and Vice President of Creative Services |
| MB | MB | Non-NRA | Unknown |
| MD | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| Mel Montgomery | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Melanie Hill | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Melanie Montgomery | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Meyer | Boyd Meyer | Non-NRA | Unknown |
| MH | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| Michael Baker | Michael Baker | Non-NRA | Unknown |
| Mike Baker | Michael Baker | Non-NRA | Unknown |
| Mike Braum | Mike Braum | Non-NRA | Unknown |
| Mike Johnson | Mike Johnson | Non-NRA | Unknown |
| Mike Vedeen | Mike Vedeen | Non-NRA | Unknown |
| Mike Winston | Mike Winston | Non-NRA | Unknown |
| Mike | Michael Baker | Non-NRA | Unknown |

| Millie Hallow | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
|---|---|---|---|
| Monica | Monica | Non-NRA | Unknown |
| Monty | Monty Whitley | Non-NRA | Collectible Arms Dealer; Father of two former NRA staffers one of whom is current ACM employee |
| Mr & Mrs Makris | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Mr & Mrs Tony Makris | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Mr & Mrs Wayne Roberts | Wayne and Susan LaPierre | NRA Affiliated | EVP, NRA |
| Mr and Mrs Anthony Makris | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Mr and Mrs Tony Makris | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Mr Dustin | Dustin Gehring | Non-NRA | Ulta 4 National Championship Winner |
| Mr Horseman | Mr Horseman | Non-NRA | Unknown |
| Mrs Makris | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| MV | Mike Vedeen | Non-NRA | Unknown |
| MW | MW | Non-NRA | Unknown |
| Nader Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Nash | Chuck Nash | Non-NRA | Retired US Navy Captain and Fox News Analyst |
| Navy Seal Group | Navy Seal Group | Non-NRA | Navy Seal Group |
| Navy Seals Group | Navy Seal Group | Non-NRA | Navy Seal Group |
| Navy Seals | Navy Seal Group | Non-NRA | Navy Seal Group |
| Nick Kocic | Nick Kocic | Non-NRA | Unknown |
| Nicole Capiselo | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| Nike Billeau | Nike Billeau | Non-NRA | Unknown |
| NR Guest | Unnamed guests | Non-NRA | Unnamed Guests |
| NRA BD members | NRA Board | NRA Affiliated | NRA Board |
| NRA Board | NRA Board | NRA Affiliated | NRA Board |
| NRA BOD | NRA Board | NRA Affiliated | NRA Board |
| NRA Guest | Unnamed guests | Non-NRA | Unnamed Guests |
| NT | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Passenger | Unnamed guests | Non-NRA | Unnamed Guests |
| Pat Marias | Pat Marias | Non-NRA | Unknown |
| Pat Ryan | Pat Ryan | Non-NRA | Unknown |
| Pat Taylor | Pat Taylor | Non-NRA | Unknown |
| Patrick McCarty | Patrick McCarty | Non-NRA | Unknown |
| PS | PS | Non-NRA | Unknown |

| | | | |
|---|---|---|---|
| R Bair | Roger Bain | Non-NRA | Owner Roger Bain, Inc. Fine Sporting Arms and Collectibles |
| R Holden | Ron Holden | Non-NRA | Unknown |
| R Kwong | Ray Kwong | NRA Affiliated | Committee Member (Public Affairs) |
| Ray K | Ray Kenny | Non-NRA | Unknown |
| Ray Kenny | Ray Kenny | Non-NRA | Unknown |
| RB | Roger Bain | Non-NRA | Owner Roger Bain, Inc. Fine Sporting Arms and Collectibles |
| Revan | Revan McQueen | Non-NRA | Chief Executive Officer |
| RK | Ray Kenny | Non-NRA | Unknown |
| RL | RL | Non-NRA | Unknown |
| Robin Hayes | Robin Hayes | Non-NRA | Former NC Congressman |
| Roger Bair | Roger Bain | Non-NRA | Owner Roger Bain, Inc. Fine Sporting Arms and Collectibles |
| Ron Holder | Ron Holden | Non-NRA | Unknown |
| Rosemary Gardner | Rosemary Gardner | Non-NRA | Unknown |
| S Hart | Steve Hart | NRA Affiliated | Attorney for NRA |
| S Haut | Steve Hart | NRA Affiliated | Attorney for NRA |
| S LaPierre | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| S Makris | Tony Makris | Non-NRA | President of Mercury Group |
| S West | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
| Sal Giannetti | Sal Giannetti | Non-NRA | Unknown |
| Sandy Boyer | Sandy Boyer | Non-NRA | Unknown |
| SB | Sandy Boyer | Non-NRA | Unknown |
| Seals | Navy Seal Group | Non-NRA | Navy Seal Group |
| SH | Steve Hart | NRA Affiliated | Attorney for NRA |
| SJ | SJ | Non-NRA | Unknown |
| SLP | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| SM | Sonny Masso | Non-NRA | Retired Admiral |
| Sonny Masso | Sonny Masso | Non-NRA | Retired Admiral |
| Sony Masso | Sonny Masso | Non-NRA | Retired Admiral |
| SP | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| Staff | Unnamed guests | Non-NRA | Unnamed Guests |
| Stephanie West | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
| Stephanie | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
| Steve Barnett | Steve Barnett | Non-NRA | Steve Barnett's fine guns in Westpoint Mississippi |
| Steve H | Steve Hart | NRA Affiliated | Attorney for NRA |
| Steve Holt | Steve Hart | NRA Affiliated | Attorney for NRA |

| Susan LaPierre | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
|---|---|---|---|
| Susan Ryan | Susan Ryan | Non-NRA | Unknown |
| Susan | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| SW | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
| T Calleton | Ted Calleton | Non-NRA | Unknown |
| T Makris | Tony Makris | Non-NRA | President of Mercury Group |
| T Mulin | T Mulin | Non-NRA | Unknown |
| T Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| T Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| Team Makris (2 passengers) | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Ted Calleton | Ted Calleton | Non-NRA | Unknown |
| Terry | Terry | Non-NRA | Unknown |
| TH | Tom Held | Non-NRA | Unknown |
| TK | TK | Non-NRA | Wife of Randal Garrett |
| TM | Tony Makris | Non-NRA | President of Mercury Group |
| Tom Held | Tom Held | Non-NRA | Unknown |
| Tom Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| Tony Makris & Wife | Mr. and Mrs. Tony Makris | Non-NRA | President of Mercury Group |
| Tony Makris | Tony Makris | Non-NRA | President of Mercury Group |
| Tony | Tony Makris | Non-NRA | President of Mercury Group |
| TS | Tony Makris | Non-NRA | President of Mercury Group |
| TWS | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Tyler Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Tyler | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| W Ball | W Ball | Non-NRA | Unknown |
| W LaP | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| W LaPierre | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| W Loughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| W Phillips | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| W Roberts | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wallet Wagner | Wallet Wagner | Non-NRA | Unknown |
| Wally | Wallet Wagner | Non-NRA | Unknown |
| Walt Boomer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |

| | | | |
|---|---|---|---|
| Walt Boyer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
| Walter Boomer | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
| Warner Laughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Warner Loughlin Elicia | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Warner Loughlin Makris | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Warner Loughlin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Warner Louglin | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Warner | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Wayne and Susan Roberts | Wayne and Susan LaPierre | NRA Affiliated | EVP, NRA |
| Wayne L | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne LaPierre | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne Roberts | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| WB | General Walter Boomer | Non-NRA | Retired four star general and assistant commandant of the US Marine Corps and business executives. |
| Will Estes | Will Estes | Non-NRA | Actor on TV show with Tom Selleck |
| WL | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| WLaP | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| WLM | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| WLP | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Woody Phillips | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| Woody | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| WP | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| Zane Markowitz | Zane Markowitz | Non-NRA | Friend of Oliver North and owner of ZNM Shooting. |
| ZM | Zane Markowitz | Non-NRA | Friend of Oliver North and owner of ZNM Shooting. |

[1]The names were transcribed from the documentation received by FRA. See column O in the 'Detail' tab.

[2] Based on knowledge of NRA employees and others, FRA assigned an 'Assumed Name' to the transcribed names. In addition, FRA identified whether the assumed name is affiliated with the NRA as well as the assumed position of the person identified based on (1) knowledge of the individual or (2) desktop research performed by FRA.

The following tables show the total amount of expenses a documentation. These figures exclude any expenses whe tab

Basis of Selection: (1) All individuals identified as NRA em individuals identified on the documentation and (2) top tw Tavangar).

**NRA Employees or Affiliates**

**Wayne and Susan LaPierre**

| Assumed Name | Value | |
|---|---|---|
| Wayne and Susan LaPierre | $ 2,511 | |
| Wayne LaPierre | $ 101,290 | * |
| Wayne LaPierre & Guest(s) | $ 726 | |
| **Grand Total** | **$ 104,527** | |

**Josh Powell**

| Assumed Name | Value | |
|---|---|---|
| Josh Powell | $ 15,473 | ** |
| Josh Powell & Guest(s) | $ 9,034 | |
| **Grand Total** | **$ 24,507** | |

Note: Colleen Powell; Josh Powell's wife; was identified in six transactions, amongst other participants.

**Millie Hallow**

| Assumed Name | Value | |
|---|---|---|
| Millie Hallow & Guest(s) | $ 11,569 | *** |
| Millie Hallow | $ 1,388 | **** |
| **Grand Total** | **$ 12,958** | |

**Tyler Schropp**

The following table shows the total expense amount by assumed name; regardless as to the number of attendees.  Note that the total will not tie to the total amount of Tony Makris' expenses as the same expense will be counted multiple times if there is more than one attendee.  Source:  'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Value |
|---|---|---|---|
| Tony Makris | President of Mercury Group | Non-NRA | $ 910,977 |
| Wayne LaPierre | EVP, NRA | NRA Affiliated | $ 205,688 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | $ 117,912 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Affiliated | $ 100,692 |
| Mr. and Mrs. Tony Makris | President of Mercury Group | Non-NRA | $ 93,793 |
| Unnamed guests | Unnamed Guests | Non-NRA | $ 70,289 |
| Warner Loughlin Makris | Wife of Tony Makris | Non-NRA | $ 68,898 |
| Chuck Nash | Retired US Navy Captain and Fox News Analyst | Non-NRA | $ 62,532 |
| Colleen Powell | Wife of Josh Powell | Non-NRA | $ 43,536 |
| Millie Hallow | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre | NRA Affiliated | $ 41,335 |
| Jon Gutierrez | Unknown | Non-NRA | $ 35,546 |
| Daniell Quinn | Unknown | Non-NRA | $ 34,620 |
| Lance Olson | Director, NRA | NRA Affiliated | $ 33,641 |
| Steve Hart | Attorney for NRA | NRA Affiliated | $ 28,471 |
| Andrew Arulanandam | Managing Director of Public Affairs at NRA | NRA Affiliated | $ 24,781 |
| Selleck Family Member | Tom Selleck and family members | NRA Affiliated | $ 22,607 |
| Hayley Holmes | Account Executive Ackerman McQueen | Non-NRA | $ 22,435 |
| Ken Miller | Unknown | Non-NRA | $ 22,034 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | $ 20,809 |
| Dionel M Aviles | Former Secretary of the Navy (04 - 09) | Non-NRA | $ 20,462 |
| Ray Kenny | Unknown | Non-NRA | $ 20,332 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Affiliated | $ 19,043 |
| Michael Baker | Unknown | Non-NRA | $ 18,925 |
| John Cotton | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) | Non-NRA | $ 16,515 |
| Navy Seal Group | Navy Seal Group | Non-NRA | $ 15,301 |
| NRA Board | NRA Board | NRA Affiliated | $ 13,870 |
| Ken Elliott | Author on NRA's website | NRA Affiliated | $ 13,257 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | $ 12,810 |
| Sonny Masso | Retired Admiral | Non-NRA | $ 12,508 |

| | | | |
|---|---|---|---|
| John Perren | Senior Advisor to NRA EVP | NRA Affiliated | $ 12,297 |
| Stephanie West | Assistant to the President Mercury Group | Non-NRA | $ 11,043 |
| Chris Kinney | Unknown | Non-NRA | $ 11,031 |
| Board of Directors | Board of Directors, NRA | NRA Affiliated | $ 10,914 |
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | $ 8,756 |
| Chris McKinney | Executive Protection Contractor for Wayne | NRA Affiliated | $ 8,492 |
| Lacey Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | $ 8,053 |
| Woody Phillips | Treasurer, NRA | NRA Affiliated | $ 8,013 |
| David Muntz | Unknown | Non-NRA | $ 7,498 |
| Charles Marx | Unknown | Non-NRA | $ 6,725 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | $ 6,230 |
| Daniel Unkocic | May be related to Rob Unkovic | Non-NRA | $ 6,089 |
| Nick Kocic | Unknown | Non-NRA | $ 6,089 |
| Ashley Hackler | Vice President, Office of the CEO, Ackerman McQueen | Non-NRA | $ 5,539 |
| Gigi Carlton | Professional involved in race car industry. | Non-NRA | $ 4,700 |
| Dr. RO | Unknown | Non-NRA | $ 4,692 |
| Alex Castellanos | GOP Strategist, Political Consultant | Non-NRA | $ 4,626 |
| Jim Staples | Security Director | NRA Affiliated | $ 4,626 |
| Monica | Unknown | Non-NRA | $ 4,246 |
| Gurney Sloan | VP of Special Projects for PM Direct Marketing-- Fairfax, VA-based consultancy that handles mailings for the NRA; Membership Marketing Partner | Non-NRA | $ 3,977 |
| Dustin Gehring | Ulta 4 National Championship Winner | Non-NRA | $ 3,788 |
| Zane Markowitz | Friend of Oliver North and owner of ZNM Shooting. | Non-NRA | $ 3,655 |
| Roger Bain | Owner Roger Bain, Inc. Fine Sporting Arms and Collectibles | Non-NRA | $ 3,624 |
| TK | Wife of Randal Garrett | Non-NRA | $ 2,934 |
| Sandy Boyer | Unknown | Non-NRA | $ 2,816 |
| Dr. RD | Unknown | Non-NRA | $ 2,761 |
| MW | Unknown | Non-NRA | $ 2,577 |
| Wayne and Susan LaPierre | EVP, NRA | NRA Affiliated | $ 2,511 |
| Diane Valentine | Unknown | Non-NRA | $ 2,197 |
| Brad Johnson | Actor nominated for NRA board; withdrew | Non-NRA | $ 2,184 |
| General Walter Boomer | Retired four star general and assistant commandant of the US Marine Corps and business executives. | Non-NRA | $ 2,132 |
| David Corlew | Nashville music industry veteran | Non-NRA | $ 2,118 |
| Dr. D. | Unknown | Non-NRA | $ 2,086 |

| | | | | |
|---|---|---|---|---|
| Dr. O | Unknown | Non-NRA | $ | 2,086 |
| Andra Fischer | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant | NRA Affiliated | $ | 2,028 |
| Bart Skelton | Director, NRA | NRA Affiliated | $ | 1,906 |
| John Milius | Former Director, NRA | NRA Affiliated | $ | 1,874 |
| Mauricio Cremer | Lacey Duffy's husband and Vice President of Creative Services | Non-NRA | $ | 1,671 |
| David Gardner | Assemblyman in Nevada | Non-NRA | $ | 1,671 |
| Al Micallef | Al McCalhot & AL Mocallef = Al Micallef, Micallef Cigars Ft. Worth, TX | Non-NRA | $ | 1,631 |
| Wallet Wagner | Unknown | Non-NRA | $ | 1,631 |
| Ray Kwong | Committee Member (Public Affairs) | NRA Affiliated | $ | 1,600 |
| Pat Ryan | Unknown | Non-NRA | $ | 1,534 |
| SJ | Unknown | Non-NRA | $ | 1,515 |
| Ted Calleton | Unknown | Non-NRA | $ | 1,501 |
| Hunters Leadership Forum | NRA Organization | NRA Affiliated | $ | 1,383 |
| D Stafford | Professional consulting firm specializing in campus safety. | Non-NRA | $ | 1,372 |
| James Rosen | Former Fox News Washington Correspondent; current investigative report--Sinclair Broadcasting | Non-NRA | $ | 1,321 |
| Mike Vedeen | Unknown | Non-NRA | $ | 1,267 |
| Rosemary Gardner | Unknown | Non-NRA | $ | 1,152 |
| Darren LaSorte | SVP Acount Service Ackerman McQueen | Non-NRA | $ | 1,143 |
| Amy Adams | Actress | Non-NRA | $ | 1,143 |
| Will Estes | Actor on TV show with Tom Selleck | Non-NRA | $ | 1,068 |
| Joe Schubeck | Unknown | Non-NRA | $ | 1,027 |
| Boyd Meyer | Unknown | Non-NRA | $ | 1,004 |
| KP | Unknown | Non-NRA | $ | 986 |
| Kate Marias | Unknown | Non-NRA | $ | 951 |
| Pat Marias | Unknown | Non-NRA | $ | 951 |
| Revan McQueen | Chief Executive Officer | Non-NRA | $ | 935 |
| Dr. Nyguen | Unknown | Non-NRA | $ | 932 |
| Caroline Oxford | Unknown | Non-NRA | $ | 932 |
| KC | Unknown | Non-NRA | $ | 925 |
| PS | Unknown | Non-NRA | $ | 915 |
| Tom Held | Unknown | Non-NRA | $ | 891 |
| Keith Walawender | CEO, Tomahawk Strategic Solutions | Non-NRA | $ | 858 |
| Jaine | Unknown | Non-NRA | $ | 858 |
| Josephine Bird | Plaintiff in 2nd Amendment Lawsuit in Delaware | Non-NRA | $ | 816 |

| | | | | |
|---|---|---|---|---|
| Monty Whitley | Collectible Arms Dealer; Father of two former NRA staffers one of whom is current ACM emplo | Non-NRA | $ | 815 |
| Terry | Unknown | Non-NRA | $ | 798 |
| Henry Martin Garrison | Unknown | Non-NRA | $ | 782 |
| Elaine Lammert | Former Deputy General Counsel of FBI; NRA Consultant | Non-NRA | $ | 781 |
| Carol Lanning | Personal Assistant to Charlton Heston | Non-NRA | $ | 724 |
| Kyle Manatis | Unknown | Non-NRA | $ | 705 |
| Mike Johnson | Unknown | Non-NRA | $ | 690 |
| W Ball | Unknown | Non-NRA | $ | 671 |
| MB | Unknown | Non-NRA | $ | 654 |
| Mike Winston | Unknown | Non-NRA | $ | 633 |
| Greg N | Unknown | Non-NRA | $ | 633 |
| Henry Radett | Unknown | Non-NRA | $ | 616 |
| Mike Braum | Unknown | Non-NRA | $ | 616 |
| KH | Unknown | Non-NRA | $ | 606 |
| AN | Unknown | Non-NRA | $ | 606 |
| Admiral Marc Fitzgerald | Retired US Navy Admiral | Non-NRA | $ | 605 |
| Ron Holden | Unknown | Non-NRA | $ | 562 |
| Steve Barnett | Steve Barnett's fine guns in Westpoint Mississippi | Non-NRA | $ | 545 |
| Susan Ryan | Unknown | Non-NRA | $ | 526 |
| T Mulin | Unknown | Non-NRA | $ | 524 |
| HW | Unknown | Non-NRA | $ | 523 |
| Pat Taylor | Unknown | Non-NRA | $ | 498 |
| Henry Gurr | Unknown | Non-NRA | $ | 498 |
| Dr. Drew | Unknown | Non-NRA | $ | 484 |
| Mariah | Unknown | Non-NRA | $ | 482 |
| Douglas Hamlin | Executive Director, NRA Publications | NRA Affiliated | $ | 437 |
| Aron Algrin | Unknown | Non-NRA | $ | 428 |
| Jack Mayfield | Major donor to the Dallas Safari Club | Non-NRA | $ | 426 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Affiliated | $ | 410 |
| Joe McQuire | Unknown | Non-NRA | $ | 405 |
| GM | Unknown | Non-NRA | $ | 382 |
| Nike Billeau | Unknown | Non-NRA | $ | 374 |
| Mr Horseman | Unknown | Non-NRA | $ | 367 |
| Robin Hayes | Former NC Congressman | Non-NRA | $ | 330 |
| KA | Unknown | Non-NRA | $ | 329 |

| | | | | |
|---|---|---|---|---|
| Daniel Turaosil | Unknown | Non-NRA | $ | 315 |
| Erin Tayler | Wyoming Registered Lobbyist | Non-NRA | $ | 315 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Affiliated | $ | 311 |
| Matt Goldberg | Unknown | Non-NRA | $ | 271 |
| Craig Spray | Treasurer, NRA | NRA Affiliated | $ | 260 |
| Brandon | Unknown | Non-NRA | $ | 255 |
| Dallas PD | Unknown | Non-NRA | $ | 255 |
| Sal Giannetti | Unknown | Non-NRA | $ | 254 |
| Patrick McCarty | Unknown | Non-NRA | $ | 233 |
| RL | Unknown | Non-NRA | $ | 172 |
| C Ryan | Unknown | Non-NRA | $ | 108 |
| Elizabeth Elliott | Unknown | Non-NRA | $ | 106 |
| Bill Hughes | Unknown | Non-NRA | $ | 77 |
| Nicole Capossela | Senior Vice President, Ackerman McQueen | Non-NRA | $ | (624) |

The following tables shows the number of expenses for which each individual is included.  Source:  'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Quantity |
|---|---|---|---|
| Tony Makris | President of Mercury Group | Non-NRA | 954 |
| Wayne LaPierre | EVP, NRA | NRA Affiliated | 202 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Affiliated | 105 |
| Warner Loughlin Makris | Wife of Tony Makris | Non-NRA | 97 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | 87 |
| Chuck Nash | Retired US Navy Captain and Fox News Analyst | Non-NRA | 74 |
| Selleck Family Member | Tom Selleck and family members | NRA Affiliated | 43 |
| Lance Olson | Director, NRA | NRA Affiliated | 42 |
| Unnamed guests | Unnamed Guests | Non-NRA | 40 |
| Stephanie West | Assistant to the President Mercury Group | Non-NRA | 34 |
| Mr. and Mrs. Tony Makris | President of Mercury Group | Non-NRA | 34 |
| Ken Elliott | Author on NRA's website | NRA Affiliated | 27 |
| Millie Hallow | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre | NRA Affiliated | 26 |
| Ken Miller | Unknown | Non-NRA | 24 |
| Dionel M Aviles | Former Secretary of the Navy (04 - 09) | Non-NRA | 24 |
| John Cotton | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) | Non-NRA | 22 |
| Hayley Holmes | Account Executive Ackerman McQueen | Non-NRA | 19 |
| Steve Hart | Attorney for NRA | NRA Affiliated | 18 |
| Chris McKinney | Executive Protection Contractor for Wayne | NRA Affiliated | 17 |
| Ray Kenny | Unknown | Non-NRA | 17 |
| John Perren | Senior Advisor to NRA EVP | NRA Affiliated | 16 |
| Chris Kinney | Unknown | Non-NRA | 14 |
| David Muntz | Unknown | Non-NRA | 14 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Affiliated | 13 |
| Andrew Arulanandam | Managing Director of Public Affairs at NRA | NRA Affiliated | 13 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | 12 |
| Woody Phillips | Treasurer, NRA | NRA Affiliated | 12 |
| General Walter Boomer | Retired four star general and assistant commandant of the US Marine Corps and business executives. | Non-NRA | 10 |
| Gigi Carlton | Professional involved in race car industry. | Non-NRA | 10 |

| | | | |
|---|---|---|---|
| Sonny Masso | Retired Admiral | Non-NRA | 9 |
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | 9 |
| Lacey Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | 9 |
| Navy Seal Group | Navy Seal Group | Non-NRA | 9 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Affiliated | 8 |
| Pat Ryan | Unknown | Non-NRA | 7 |
| Zane Markowitz | Friend of Oliver North and owner of ZNM Shooting. | Non-NRA | 6 |
| Colleen Powell | Wife of Josh Powell | Non-NRA | 6 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | 6 |
| Diane Valentine | Unknown | Non-NRA | 6 |
| Roger Bain | Owner Roger Bain, Inc. Fine Sporting Arms and Collectibles | Non-NRA | 6 |
| Brad Johnson | Actor nominated for NRA board; withdrew | Non-NRA | 5 |
| Boyd Meyer | Unknown | Non-NRA | 5 |
| Andra Fischer | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant | NRA Affiliated | 5 |
| Michael Baker | Unknown | Non-NRA | 5 |
| Board of Directors | Board of Directors, NRA | NRA Affiliated | 5 |
| Sandy Boyer | Unknown | Non-NRA | 5 |
| MW | Unknown | Non-NRA | 4 |
| Bart Skelton | Director, NRA | NRA Affiliated | 4 |
| Al Micallef | Al McCalhot & AL Mocallef = Al Micallef, Micallef Cigars Ft. Worth, TX | Non-NRA | 4 |
| Dustin Gehring | Ulta 4 National Championship Winner | Non-NRA | 4 |
| Patrick McCarty | Unknown | Non-NRA | 4 |
| David Gardner | Assemblyman in Nevada | Non-NRA | 4 |
| Dr. RO | Unknown | Non-NRA | 4 |
| Wallet Wagner | Unknown | Non-NRA | 4 |
| Josephine Bird | Plaintiff in 2nd Amendment Lawsuit in Delaware | Non-NRA | 4 |
| John Milius | Former Director, NRA | NRA Affiliated | 3 |
| Gurney Sloan | VP of Special Projects for PM Direct Marketing-- Fairfax, VA-based consultancy that handles mailings for the NRA; Membership Marketing Partner | Non-NRA | 3 |
| Charles Marx | Unknown | Non-NRA | 3 |
| Dr. D. | Unknown | Non-NRA | 3 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | 3 |
| NRA Board | NRA Board | NRA Affiliated | 3 |

| | | | |
|---|---|---|---|
| James Rosen | Former Fox News Washington Correspondent; current investigative report-- Sinclair Broadcasting | Non-NRA | 3 |
| Wayne and Susan LaPierre | EVP, NRA | NRA Affiliated | 3 |
| Robin Hayes | Former NC Congressman | Non-NRA | 3 |
| Dr. O | Unknown | Non-NRA | 3 |
| Jon Gutierrez | Unknown | Non-NRA | 3 |
| David Corlew | Nashville music industry veteran | Non-NRA | 3 |
| Ray Kwong | Committee Member (Public Affairs) | NRA Affiliated | 2 |
| Monty Whitley | Collectible Arms Dealer; Father of two former NRA staffers one of whom is current ACM employee | Non-NRA | 2 |
| Carol Lanning | Personal Assistant to Charlton Heston | Non-NRA | 2 |
| Rosemary Gardner | Unknown | Non-NRA | 2 |
| Joe Schubeck | Unknown | Non-NRA | 2 |
| Elaine Lammert | Former Deputy General Counsel of FBI; NRA Consultant | Non-NRA | 2 |
| SJ | Unknown | Non-NRA | 2 |
| Alex Castellanos | GOP Strategist, Political Consultant | Non-NRA | 2 |
| Jim Staples | Security Director | NRA Affiliated | 2 |
| Dr. RD | Unknown | Non-NRA | 2 |
| Mike Vedeen | Unknown | Non-NRA | 2 |
| Ted Calleton | Unknown | Non-NRA | 2 |
| Ron Holden | Unknown | Non-NRA | 2 |
| TK | Wife of Randal Garrett | Non-NRA | 2 |
| Ashley Hackler | Vice President, Office of the CEO, Ackerman McQueen | Non-NRA | 2 |
| Tom Held | Unknown | Non-NRA | 2 |
| Mauricio Cremer | Lacey Duffy's husband and Vice President of Creative Services | Non-NRA | 2 |
| Terry | Unknown | Non-NRA | 1 |
| Mariah | Unknown | Non-NRA | 1 |
| Elizabeth Elliott | Unknown | Non-NRA | 1 |
| Monica | Unknown | Non-NRA | 1 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Affiliated | 1 |
| Mr Horseman | Unknown | Non-NRA | 1 |
| Kate Marias | Unknown | Non-NRA | 1 |
| Caroline Oxford | Unknown | Non-NRA | 1 |
| KP | Unknown | Non-NRA | 1 |

| | | | |
|---|---|---|---|
| Craig Spray | Treasurer, NRA | NRA Affiliated | I |
| MB | Unknown | Non-NRA | I |
| Nick Kocic | Unknown | Non-NRA | I |
| GM | Unknown | Non-NRA | I |
| Nike Billeau | Unknown | Non-NRA | I |
| KA | Unknown | Non-NRA | I |
| Henry Gurr | Unknown | Non-NRA | I |
| W Ball | Unknown | Non-NRA | I |
| Pat Marias | Unknown | Non-NRA | I |
| Bill Hughes | Unknown | Non-NRA | I |
| Henry Radett | Unknown | Non-NRA | I |
| C Ryan | Unknown | Non-NRA | I |
| Pat Taylor | Unknown | Non-NRA | I |
| Matt Goldberg | Unknown | Non-NRA | I |
| Hunters Leadership Forum | NRA Organization | NRA Affiliated | I |
| Keith Walawender | CEO, Tomahawk Strategic Solutions | Non-NRA | I |
| PS | Unknown | Non-NRA | I |
| Nicole Capossela | Senior Vice President, Ackerman McQueen | Non-NRA | I |
| HW | Unknown | Non-NRA | I |
| Greg N | Unknown | Non-NRA | I |
| Revan McQueen | Chief Executive Officer | Non-NRA | I |
| Amy Adams | Actress | Non-NRA | I |
| RL | Unknown | Non-NRA | I |
| Aron Algrin | Unknown | Non-NRA | I |
| Jack Mayfield | Major donor to the Dallas Safari Club | Non-NRA | I |
| KC | Unknown | Non-NRA | I |
| Jaine | Unknown | Non-NRA | I |
| Darren LaSorte | SVP Acount Service Ackerman McQueen | Non-NRA | I |
| Douglas Hamlin | Executive Director, NRA Publications | NRA Affiliated | I |
| KH | Unknown | Non-NRA | I |
| Sal Giannetti | Unknown | Non-NRA | I |
| Will Estes | Actor on TV show with Tom Selleck | Non-NRA | I |
| D Stafford | Professional consulting firm specializing in campus safety. | Non-NRA | I |
| Kyle Manatis | Unknown | Non-NRA | I |
| Dr. Drew | Unknown | Non-NRA | I |

| | | | |
|---|---|---|---|
| Admiral Marc Fitzgerald | Retired US Navy Admiral | Non-NRA | I |
| Joe McQuire | Unknown | Non-NRA | I |
| AN | Unknown | Non-NRA | I |
| Dr. Nyguen | Unknown | Non-NRA | I |
| Erin Tayler | Wyoming Registered Lobbyist | Non-NRA | I |
| Dallas PD | Unknown | Non-NRA | I |
| Henry Martin Garrison | Unknown | Non-NRA | I |
| Steve Barnett | Steve Barnett's fine guns in Westpoint Mississippi | Non-NRA | I |
| Brandon | Unknown | Non-NRA | I |
| Daniel Turaosil | Unknown | Non-NRA | I |
| Mike Braum | Unknown | Non-NRA | I |
| Daniel Unkocic | May be related to Rob Unkovic | Non-NRA | I |
| Mike Johnson | Unknown | Non-NRA | I |
| Susan Ryan | Unknown | Non-NRA | I |
| Mike Winston | Unknown | Non-NRA | I |
| T Mulin | Unknown | Non-NRA | I |
| Daniell Quinn | Unknown | Non-NRA | I |

The following table shows the amounts spent by vendor. Source: Columns J and K on 'Detail' tab

**Total Spend:** $ 1,299,017
**Total Quantity:** 1239

| Vendor | Value | % of Value | Quantity | % of Quantity |
|---|---|---|---|---|
| Four Seasons | $ 213,645 | 16.45% | 83 | 6.70% |
| CXIII/Landini Brothers | $ 197,790 | 15.23% | 258 | 20.82% |
| Ready to Roll | $ 150,838 | 11.61% | 160 | 12.91% |
| Omni Hotel | $ 82,222 | 6.33% | 9 | 0.73% |
| Cash Tips[1] | $ 68,000 | 5.23% | 24 | 1.94% |
| Hotel Zaza | $ 66,895 | 5.15% | 8 | 0.65% |
| Little Katana | $ 57,713 | 4.44% | 4 | 0.32% |
| Delta Airlines | $ 57,039 | 4.39% | 28 | 2.26% |
| 21C Hotel | $ 51,773 | 3.99% | 7 | 0.56% |
| Ritz Carlton | $ 46,907 | 3.61% | 39 | 3.15% |
| American Airlines | $ 39,667 | 3.05% | 43 | 3.47% |
| Omni Air Transport | $ 18,656 | 1.44% | 1 | 0.08% |
| Simon Islands | $ 18,067 | 1.39% | 4 | 0.32% |
| Wynn | $ 14,032 | 1.08% | 8 | 0.65% |
| Verizon | $ 12,820 | 0.99% | 64 | 5.17% |
| Beverly Hills Hotel | $ 12,200 | 0.94% | 9 | 0.73% |
| Mansion on Turtle Creek | $ 11,511 | 0.89% | 1 | 0.08% |
| Mistral | $ 10,614 | 0.82% | 18 | 1.45% |
| Bray's Island Plantation | $ 10,098 | 0.78% | 13 | 1.05% |
| AFR Furniture Rental | $ 9,966 | 0.77% | 2 | 0.16% |
| Alaska Airlines | $ 9,237 | 0.71% | 14 | 1.13% |
| Entertainment A/V | $ 8,949 | 0.69% | 3 | 0.24% |
| Blaser USA | $ 6,497 | 0.50% | 1 | 0.08% |
| Venetian | $ 6,190 | 0.48% | 7 | 0.56% |
| Wright Personal Logistics | $ 5,895 | 0.45% | 1 | 0.08% |
| Sea Island | $ 5,748 | 0.44% | 3 | 0.24% |
| AC Limousine | $ 5,360 | 0.41% | 35 | 2.82% |
| Tuscany | $ 3,768 | 0.29% | 6 | 0.48% |
| Carey International | $ 3,287 | 0.25% | 5 | 0.40% |
| Joe's Seafood | $ 3,208 | 0.25% | 7 | 0.56% |
| Trulucks | $ 3,139 | 0.24% | 7 | 0.56% |
| Hermitage | $ 2,804 | 0.22% | 5 | 0.40% |
| Kiawah Island Golf Resort | $ 2,214 | 0.17% | 2 | 0.16% |
| Grand Havana | $ 2,175 | 0.17% | 5 | 0.40% |
| Madeo Restorante | $ 2,084 | 0.16% | 3 | 0.24% |
| Cliffs | $ 2,073 | 0.16% | 5 | 0.40% |
| Charleston Place | $ 2,065 | 0.16% | 3 | 0.24% |
| Jet Limousine | $ 2,061 | 0.16% | 2 | 0.16% |
| St. Regis | $ 1,919 | 0.15% | 1 | 0.08% |
| Outfitter Satellite | $ 1,893 | 0.15% | 32 | 2.58% |
| Rao's | $ 1,863 | 0.14% | 5 | 0.40% |
| Cosmopolitan | $ 1,699 | 0.13% | 2 | 0.16% |

| | | | | | |
|---|---|---|---|---|---|
| The Standard | $ | 1,682 | 0.13% | 3 | 0.24% |
| Silverleaf Cigar | $ | 1,631 | 0.13% | 4 | 0.32% |
| St. Simons Island | $ | 1,592 | 0.12% | 1 | 0.08% |
| Rocky Patel | $ | 1,575 | 0.12% | 1 | 0.08% |
| Morton's Steakhouse | $ | 1,422 | 0.11% | 2 | 0.16% |
| The Ivy | $ | 1,395 | 0.11% | 2 | 0.16% |
| LBT Prime Trump | $ | 1,349 | 0.10% | 1 | 0.08% |
| Palm Restaurant | $ | 1,293 | 0.10% | 2 | 0.16% |
| W Hotel | $ | 1,270 | 0.10% | 2 | 0.16% |
| Avis | $ | 1,181 | 0.09% | 1 | 0.08% |
| United Airlines | $ | 1,156 | 0.09% | 4 | 0.32% |
| Estrella | $ | 1,143 | 0.09% | 1 | 0.08% |
| Beachwood Market | $ | 1,141 | 0.09% | 5 | 0.40% |
| North Kierland | $ | 1,079 | 0.08% | 7 | 0.56% |
| Old Oaks Cigar & Wine | $ | 1,011 | 0.08% | 1 | 0.08% |
| Alto Plaza | $ | 1,009 | 0.08% | 2 | 0.16% |
| Ashton Hotel | $ | 1,003 | 0.08% | 2 | 0.16% |
| Il Piccolino | $ | 993 | 0.08% | 1 | 0.08% |
| Enterprise | $ | 986 | 0.08% | 2 | 0.16% |
| Harry & David | $ | 979 | 0.08% | 14 | 1.13% |
| Jeffrey's | $ | 935 | 0.07% | 1 | 0.08% |
| Mastro's City | $ | 932 | 0.07% | 1 | 0.08% |
| Virgin Airlines | $ | 898 | 0.07% | 1 | 0.08% |
| Kill Cliff | $ | 894 | 0.07% | 8 | 0.65% |
| Pistola LA Ristora | $ | 887 | 0.07% | 2 | 0.16% |
| Oaks Gourmet | $ | 880 | 0.07% | 11 | 0.89% |
| Ca Del Sole | $ | 867 | 0.07% | 2 | 0.16% |
| Crustacean | $ | 859 | 0.07% | 1 | 0.08% |
| Flashlight Outlet | $ | 855 | 0.07% | 1 | 0.08% |
| Priceline Hotel | $ | 849 | 0.07% | 1 | 0.08% |
| La Quinta | $ | 775 | 0.06% | 2 | 0.16% |
| Colcord Hotel | $ | 763 | 0.06% | 2 | 0.16% |
| La Poubelle | $ | 759 | 0.06% | 4 | 0.32% |
| Yamashiro | $ | 745 | 0.06% | 2 | 0.16% |
| Wall Street Journal | $ | 744 | 0.06% | 2 | 0.16% |
| Grand America | $ | 720 | 0.06% | 1 | 0.08% |
| Lonesome Dove | $ | 713 | 0.05% | 2 | 0.16% |
| Paley Restaurant | $ | 680 | 0.05% | 1 | 0.08% |
| Jetsuitex | $ | 678 | 0.05% | 4 | 0.32% |
| Smoke INN LLC | $ | 659 | 0.05% | 1 | 0.08% |
| Del Frisco | $ | 641 | 0.05% | 1 | 0.08% |
| Magnolia's | $ | 626 | 0.05% | 1 | 0.08% |
| Kabuki | $ | 618 | 0.05% | 7 | 0.56% |
| Olio E Limone Restaurant | $ | 615 | 0.05% | 1 | 0.08% |
| Tomahawk Stategy | $ | 597 | 0.05% | 1 | 0.08% |
| Bobs Steak & Chop | $ | 571 | 0.04% | 1 | 0.08% |
| AMEX | $ | 561 | 0.04% | 4 | 0.32% |

| | | | | | |
|---|---|---|---|---|---|
| Nearano | $ | 558 | 0.04% | 1 | 0.08% |
| Varidesk | $ | 555 | 0.04% | 1 | 0.08% |
| 1st National | $ | 552 | 0.04% | 1 | 0.08% |
| Brenners at Bayou Hou | $ | 541 | 0.04% | 1 | 0.08% |
| Cesaro Mure Italian Restaurant | $ | 527 | 0.04% | 1 | 0.08% |
| Dean & Deluca | $ | 510 | 0.04% | 2 | 0.16% |
| Uber | $ | 503 | 0.04% | 15 | 1.21% |
| Beauty and Essex | $ | 501 | 0.04% | 1 | 0.08% |
| Bricks Restaurant | $ | 498 | 0.04% | 1 | 0.08% |
| Davidoff of Geneva | $ | 498 | 0.04% | 1 | 0.08% |
| TST Alimento | $ | 489 | 0.04% | 1 | 0.08% |
| Gelson's Markets | $ | 482 | 0.04% | 2 | 0.16% |
| Trader Joe's | $ | 459 | 0.04% | 1 | 0.08% |
| Katsuya | $ | 405 | 0.03% | 2 | 0.16% |
| Spago | $ | 402 | 0.03% | 1 | 0.08% |
| Casa fuente | $ | 394 | 0.03% | 2 | 0.16% |
| Sushi of ari | $ | 382 | 0.03% | 1 | 0.08% |
| Joe Stone Crab | $ | 367 | 0.03% | 1 | 0.08% |
| Kettle Black | $ | 362 | 0.03% | 1 | 0.08% |
| PGA Tour Grill | $ | 355 | 0.03% | 4 | 0.32% |
| Brite Strike | $ | 355 | 0.03% | 1 | 0.08% |
| Apple Store | $ | 337 | 0.03% | 1 | 0.08% |
| Bellagio Olives | $ | 310 | 0.02% | 1 | 0.08% |
| HEGES | $ | 309 | 0.02% | 1 | 0.08% |
| Beachwood Café | $ | 300 | 0.02% | 7 | 0.56% |
| Hotel Belair | $ | 288 | 0.02% | 1 | 0.08% |
| Messh'all | $ | 271 | 0.02% | 1 | 0.08% |
| Tropical Wine/Spirits | $ | 265 | 0.02% | 1 | 0.08% |
| South City Kitchen | $ | 258 | 0.02% | 1 | 0.08% |
| Aimpoint | $ | 255 | 0.02% | 1 | 0.08% |
| Tulsa Ambassador | $ | 253 | 0.02% | 1 | 0.08% |
| Cobblestone Hotel | $ | 251 | 0.02% | 1 | 0.08% |
| Atlantis Casino | $ | 250 | 0.02% | 1 | 0.08% |
| Giovanni | $ | 239 | 0.02% | 1 | 0.08% |
| 10 Market A Chef's | $ | 220 | 0.02% | 1 | 0.08% |
| Applebee's | $ | 208 | 0.02% | 2 | 0.16% |
| Proof on Main Street | $ | 204 | 0.02% | 1 | 0.08% |
| Malo | $ | 188 | 0.01% | 1 | 0.08% |
| Hampton Inn | $ | 182 | 0.01% | 1 | 0.08% |
| Sheraton | $ | 180 | 0.01% | 1 | 0.08% |
| LA Tela Pizzeria | $ | 178 | 0.01% | 1 | 0.08% |
| Union 76 | $ | 177 | 0.01% | 4 | 0.32% |
| Il Capriccio | $ | 174 | 0.01% | 1 | 0.08% |
| Beverages and More | $ | 174 | 0.01% | 1 | 0.08% |
| True Food Quarters | $ | 165 | 0.01% | 2 | 0.16% |
| Argentina Gov Svcs | $ | 165 | 0.01% | 1 | 0.08% |
| SO Florida Shooting | $ | 159 | 0.01% | 1 | 0.08% |

| | | | | | |
|---|---|---|---|---|---|
| Dewar's Club | $ | 151 | 0.01% | 2 | 0.16% |
| In Knife Alley House | $ | 145 | 0.01% | 1 | 0.08% |
| Red Door | $ | 144 | 0.01% | 1 | 0.08% |
| Grace | $ | 141 | 0.01% | 1 | 0.08% |
| Virgin America | $ | 140 | 0.01% | 5 | 0.40% |
| Fred at Barneys | $ | 138 | 0.01% | 1 | 0.08% |
| Palmetta Purse | $ | 130 | 0.01% | 1 | 0.08% |
| Sam Sneads | $ | 130 | 0.01% | 1 | 0.08% |
| Border Grill | $ | 125 | 0.01% | 1 | 0.08% |
| Dallas Airport | $ | 118 | 0.01% | 8 | 0.65% |
| Sky Canyon | $ | 114 | 0.01% | 1 | 0.08% |
| Package Cottage | $ | 113 | 0.01% | 1 | 0.08% |
| Pancake Cottage | $ | 113 | 0.01% | 1 | 0.08% |
| Café Pacifico | $ | 112 | 0.01% | 1 | 0.08% |
| Galley and Garden | $ | 108 | 0.01% | 1 | 0.08% |
| The Sushi House | $ | 108 | 0.01% | 2 | 0.16% |
| Nordstrom | $ | 106 | 0.01% | 1 | 0.08% |
| Arrow Hotel | $ | 106 | 0.01% | 1 | 0.08% |
| Holiday Inn | $ | 96 | 0.01% | 1 | 0.08% |
| Meso Mayo | $ | 96 | 0.01% | 1 | 0.08% |
| Legal Sea Food | $ | 94 | 0.01% | 1 | 0.08% |
| Cat Cora's Kitchen | $ | 88 | 0.01% | 1 | 0.08% |
| Dubliner Resaurant | $ | 86 | 0.01% | 1 | 0.08% |
| Burbank Airport | $ | 86 | 0.01% | 4 | 0.32% |
| Café Herrera | $ | 85 | 0.01% | 1 | 0.08% |
| Murphy's Chophouse | $ | 77 | 0.01% | 1 | 0.08% |
| Travel Agency Service | $ | 75 | 0.01% | 1 | 0.08% |
| The Farm | $ | 70 | 0.01% | 1 | 0.08% |
| Boran Thai | $ | 67 | 0.01% | 1 | 0.08% |
| Royal Palms Inn | $ | 66 | 0.01% | 3 | 0.24% |
| Hudson | $ | 66 | 0.01% | 3 | 0.24% |
| Liberty Kitchen | $ | 64 | 0.00% | 1 | 0.08% |
| Blanco Tacos | $ | 64 | 0.00% | 1 | 0.08% |
| Minibar | $ | 63 | 0.00% | 1 | 0.08% |
| El Ranchito | $ | 63 | 0.00% | 1 | 0.08% |
| Hy vee | $ | 61 | 0.00% | 1 | 0.08% |
| Frog Performance | $ | 61 | 0.00% | 1 | 0.08% |
| B&H Photo | $ | 60 | 0.00% | 1 | 0.08% |
| Hummingbird | $ | 60 | 0.00% | 1 | 0.08% |
| ExxonMobile | $ | 54 | 0.00% | 2 | 0.16% |
| El Port | $ | 51 | 0.00% | 1 | 0.08% |
| Sharkey's | $ | 50 | 0.00% | 1 | 0.08% |
| Puckett's Grocery | $ | 45 | 0.00% | 1 | 0.08% |
| Sunoco | $ | 45 | 0.00% | 1 | 0.08% |
| Luxe Summit Hotel | $ | 40 | 0.00% | 1 | 0.08% |
| Mcalister's Deli | $ | 34 | 0.00% | 1 | 0.08% |
| Subway | $ | 29 | 0.00% | 1 | 0.08% |

| | | | | | |
|---|---|---|---|---|---|
| Lawlers BBQ | $ | 29 | 0.00% | 1 | 0.08% |
| Quill | $ | 29 | 0.00% | 1 | 0.08% |
| Boxed Boxed | $ | 27 | 0.00% | 1 | 0.08% |
| Hudson News | $ | 26 | 0.00% | 1 | 0.08% |
| National Airport | $ | 25 | 0.00% | 5 | 0.40% |
| Shell Oil | $ | 24 | 0.00% | 2 | 0.16% |
| Washington National | $ | 23 | 0.00% | 1 | 0.08% |
| Washington Post | $ | 21 | 0.00% | 1 | 0.08% |
| Harris Teeter | $ | 21 | 0.00% | 1 | 0.08% |
| Anchor-In | $ | 20 | 0.00% | 2 | 0.16% |
| Hotel Booking Fee | $ | 13 | 0.00% | 1 | 0.08% |
| Beverly Hills Cab | $ | 10 | 0.00% | 1 | 0.08% |
| MMs Mayo | $ | 10 | 0.00% | 1 | 0.08% |
| Pilot | $ | 8 | 0.00% | 1 | 0.08% |
| Jacksonville Airport | $ | 5 | 0.00% | 1 | 0.08% |
| Nashville Airport | $ | 5 | 0.00% | 1 | 0.08% |
| Baggage Cart | $ | 4 | 0.00% | 1 | 0.08% |
| CMS Vending | $ | 2 | 0.00% | 1 | 0.08% |
| USA Canteen | $ | 2 | 0.00% | 1 | 0.08% |
| LA City Parking | $ | 2 | 0.00% | 1 | 0.08% |
| USA*A | $ | 1 | 0.00% | 1 | 0.08% |
| Unknown | $ | (21) | 0.00% | 3 | 0.24% |
| Hotel Book Online | $ | (849) | -0.07% | 1 | 0.08% |

[1]See note 1 on the 'By Category' tab.

# EXHIBIT 70

APP. 02013

Privileged and Confidential

**Overview of Out of Pocket Expenses**

## Summary of Contents

The following anlaysis shows all expenses from Tyler Schropp's credit card statements which were billed by Ackerman to the NRA as out of pocket expenses. The total value of these expenses is $237,849 out of $2,755,689 billed by Ackerman to the NRA in 2016, 2017, and 2018 as out of pocket expenses.

## Limitations

The source information for the following analysis is (1) transcribed from the documentation provided by Ackerman or (2) information obtained through analysis by FRA.

## Glossary of Columns on 'Detail' Tab

| Column | Description |
|---|---|
| Line Reference | Unique reference assigned to each line item by FRA. |
| Code | Examples of observations as defined in Note 1 at the bottom of the tab. |
| Year | Year of invoice from Ackerman to NRA per the listing of invoices received from the NRA. |
| Invoice Number | Invoice number from Ackerman to NRA invoice per the listing of invoices received from the NRA. |
| Date of Transaction | Date of the transaction transcribed from the documentation received while on-site. |
| Vendor | Standardized vendor name by FRA based on the vendor name transcribed from the documentation received while on-site. |
| Amount | Amount of expense transcribed from the documentation received while on-site. |
| Location | Location of the transaction transcribed from the documentation received while on-site or based on knowledge of recurring vendors by FRA. |
| Individuals Related to the Expense | Transcription of names and/or initials directly related to the expense per the documentation received while on-site. |
| Expense Type | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Expense Subcategory | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Additional Information | Additional information collected from (1) documentation provided or (2) desktop search of vendors by FRA. |

## Expenses by Year

**Total expenses by year:**

| Year | Total |
|---|---|
| 2016 | $66,976.65 |
| 2017 | $101,810.62 |
| 2018 | $69,062.15 |

Privileged and Confidential

| Table of Contents | |
|---|---|
| **Tab** | **Description** |
| Detail | Expense line items submitted on behalf of Tony Makris |
| Graph | Graphical depiction of total expenses by month and year |
| By Category | Breakdown of expenses by category |
| By Vendor | Total expense amount and quantity of expenses by vendor |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 136165 | 1/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 136165 | 1/7/2016 | CXIII/Landini Brothers | $ 349.23 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136165 | 1/8/2016 | American Airlines | $ 1,926.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Las Vegas |
| 2016 | 136165 | 1/11/2016 | CXIII/Landini Brothers | $ 146.60 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136165 | 1/11/2016 | American Airlines | $ (1,291.10) | n/a | Tyler Schropp | Travel | Airfare | Refund for Ticket 00176411061252 for Tyler Schropp |
| 2016 | 136165 | 1/19/2016 | Four Seasons | $ 592.48 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | TS Arrival 1/18/16<br>TS Departure 1/19/16 |
| 2016 | 136165 | 1/21/2016 | Il Fornaiso - Canalet | $ 104.50 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136165 | 1/22/2016 | Four Seasons | $ 1,846.09 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | TS Arrival 1/19/16<br>TS Departure 1/22/16 |
| 2016 | 136859 | 1/28/2016 | CXIII/Landini Brothers | $ 95.79 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136859 | 1/31/2016 | Taverna Tony | $ 387.63 | Malibu, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136859 | 2/2/2016 | Beverly Hills Hotel | $ 4,510.91 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | Lodging Arrival: 1/30/2016 Departure: 2/2/2016 |
| 2016 | 136859 | 2/2/2016 | Midway Car Rental | $ 583.35 | Los Angeles, CA | Tyler Schropp | Auto | Car Service | |
| 2016 | 136859 | 2/3/2016 | Hakkasan | $ 889.00 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136859 | 2/4/2016 | Davidoff of Geneva | $ 287.71 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136859 | 2/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 136859 | 2/7/2016 | Four Seasons | $ 2,382.73 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging; Arrival: 2/2/2016 Departure: 2/7/2016 |
| 2016 | 136859 | 2/8/2016 | Four Seasons | $ (162.40) | Las Vegas, NV | Tyler Schropp | Travel | Lodging | |
| 2016 | 136859 | 2/15/2016 | American Airlines | $ 593.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Washington Natl To: Orlando |
| 2016 | 136859 | 2/17/2016 | American Airlines | $ 1,956.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Las Vegas, NV TO: Washington Natl |
| 2016 | 136859 | 2/17/2016 | American Airlines | $ 1,926.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Washington Natl To: Las Vegas, NV |
| 2016 | 136859 | 2/18/2016 | Hertz | $ 172.22 | Orlando, FL | Tyler Schropp | Auto | Car Rental | Day Rental 2/18/2016 |
| 2016 | 136859 | 2/18/2016 | Salt Life | $ 102.62 | Jacksonville, FL | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 136859 | 2/19/2016 | TPC at Sawgrass | $ 67.65 | Unknown | Tyler Schropp | Miscellaneous | Other | Gold Course - Desktop search indicates the establishment is a golf course. |
| 2016 | 136859 | 2/21/2016 | Shores at Daytona | $ 2,424.42 | Daytona Beach, FL | Tyler Schropp | Travel | Lodging | |
| 2016 | 136859 | 2/21/2016 | Shores at Daytona | $ 521.10 | Daytona Beach, FL | Tyler Schropp | Travel | Lodging | |
| 2016 | 136859 | 2/22/2016 | Kiawah Island Golf Resort | $ 1,237.50 | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Room Rate: $904 |
| 2016 | 136859 | 2/22/2016 | Kiawah Island Golf Resort | $ 693.00 | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Room Rate: $404 |
| 2016 | 136859 | 2/23/2016 | DoubleTree | $ 209.76 | Midland, TX | Tyler Schropp | Travel | Lodging | Lodging; Arrival: 2/23/2016 Departure: 2/25/2016 |
| 2016 | 136859 | 2/23/2016 | DoubleTree | $ 209.76 | Midland, TX | Tyler Schropp | Travel | Lodging | Lodging; Arrival: 2/23/2016 Departure: 2/25/2016 |
| 2016 | 136859 | 2/24/2016 | Trulucks | $ 276.24 | Houston, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 136859 | 2/25/2016 | St. Regis | $ 1,209.19 | Houston, TX | Tyler Schropp | Travel | Lodging | Lodging; Arrival: 2/25/2016 Departure: 2/25/2016 |
| 2016 | 136859 | 2/26/2016 | American Airlines | $ 1,208.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Columbia, SC To: DFW |
| 2016 | 137631 | 2/28/2016 | American Express | $ 125.00 | n/a | Tyler Schropp | Miscellaneous | Other | Annual corp gold membership renewal fee |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 137631 | 3/2/2016 | National Airport | $ 101.30 | n/a | Tyler Schropp | Auto | Car Rental | Car rental for 2/23 to 2/24 |
| 2016 | 137631 | 3/4/2016 | Davidoff of Geneva | $ 298.00 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 137631 | 3/4/2016 | Capital Grille | $ 169.18 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 137631 | 3/6/2016 | Mirage - Shadow Creek | $ 2,000.00 | Las Vegas, NV | Tyler Schropp | Miscellaneous | Other | Desktop search indicates the establishment is a golf course. |
| 2016 | 137631 | 3/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 137631 | 3/7/2016 | Four Seasons | $ 2,033.78 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Stay 3/2 to 3/6 |
| 2016 | 137631 | 3/7/2016 | Four Seasons | $ 22.71 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Stay 3/2 to 3/6 |
| 2016 | 137631 | 3/7/2016 | Hertz | $ 7.20 | Mesa, AZ | Tyler Schropp | Auto | Toll | The credit card statement stated Platepasshertztolls. |
| 2016 | 137631 | 3/11/2016 | CXIII/Landini Brothers | $ 172.40 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 137631 | 3/16/2016 | CXIII/Landini Brothers | $ 460.71 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 137631 | 3/28/2016 | Four Seasons | $ 592.48 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Stay 3/25 to 3/26 |
| 2016 | 137631 | 3/28/2016 | Four Seasons | $ 526.48 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Stay 3/25 to 3/26 |
| 2016 | 138653 | 4/5/2016 | American Airlines | $ 1,628.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Washington Intl To: DFW |
| 2016 | 138653 | 4/5/2016 | Travel Agency Service | $ 45.00 | Woodland Hills, CA | Tyler Schropp | Travel | Travel Service | Tyler Schropp - Misc Charge, prepaid ticket |
| 2016 | 138653 | 4/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 138653 | 4/6/2016 | Kiawah Island Golf Resort | $ (693.00) | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 4/5/2016 Departure: 4/5/2016 Room rate $404 |
| 2016 | 138653 | 4/6/2016 | Kiawah Island Golf Resort | $ (1,237.50) | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 4/5/2016 Departure: 4/5/2016 Room rate $904 |
| 2016 | 138653 | 4/8/2016 | Bobs Steak & Chop | $ 301.08 | Grapevine, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 138653 | 4/11/2016 | Hertz | $ 269.69 | Irving, TX | Tyler Schropp | Auto | Car Rental | Tyler Schropp - Car Rental 4/9/2016-4/11/2016 |
| 2016 | 138653 | 4/12/2016 | Four Seasons | $ 2,785.76 | Irving, TX | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 4/7/2016 Departure: 4/12/2016 |
| 2016 | 138653 | 4/13/2016 | CXIII/Landini Brothers | $ 313.31 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 138653 | 4/22/2016 | CXIII/Landini Brothers | $ 123.77 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 138653 | 4/27/2016 | CXIII/Landini Brothers | $ 427.31 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 139727 | 5/3/2016 | CXIII/Landini Brothers | $ 118.80 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 139727 | 5/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 139727 | 5/17/2016 | Carnegie Hotel | $ 1,952.56 | Johnson City, TN | Tyler Schropp | Travel | Lodging | Arrival 5/18/16; departure 5/18/16 |
| 2016 | 139727 | 5/17/2016 | Carnegie Hotel | $ 1,952.56 | Johnson City, TN | Tyler Schropp | Travel | Lodging | Arrival 5/18/16; departure 5/18/16 |
| 2016 | 139727 | 5/17/2016 | Carnegie Hotel | $ 1,952.56 | Johnson City, TN | Tyler Schropp | Travel | Lodging | Arrival 5/18/16; departure 5/18/16 |
| 2016 | 139727 | 5/17/2016 | Carnegie Hotel | $ 1,952.56 | Johnson City, TN | Tyler Schropp | Travel | Lodging | Arrival 5/18/16; departure 5/18/16 |
| 2016 | 139727 | 5/19/2016 | Le Moo | $ 431.92 | Louisville, KY | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 139727 | 5/21/2016 | Le Moo | $ 78.60 | Louisville, KY | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 139727 | 5/22/2016 | 21C Hotel | $ 3,110.31 | Louisville, KY | Tyler Schropp | Travel | Lodging | Arrival 5/17/16; Departure 5/22/16 |
| 2016 | 139727 | 5/24/2016 | CXIII/Landini Brothers | $ 274.54 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/2/2016 | Delta Airlines | $ 545.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger Tyler Schropp; Washington National to Atlanta GA |
| 2016 | 140440 | 6/2/2016 | Delta Airlines | $ 545.10 | n/a | Tyler Schropp | Travel | Airfare | Passenger Tyler Schropp; Atlanta to DCA |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2016 | 140440 | 6/6/2016 | CXIII/Landini Brothers | $ 129.16 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 140440 | 6/13/2016 | CXIII/Landini Brothers | $ 300.18 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/14/2016 | CXIII/Landini Brothers | $ 833.66 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/17/2016 | CXIII/Landini Brothers | $ 109.79 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/19/2016 | Pinehurst Lodging | $ 469.24 | Pinehurst, NC | Tyler Schropp | Travel | Lodging | 6/19/16 to 6/21/16 |
| 2016 | 140440 | 6/20/2016 | Fairmont Hotel | $ 1,613.98 | Sonoma, CA | Tyler Schropp | Travel | Lodging | 6/24/16 to 6/26/16 |
| 2016 | 140440 | 6/21/2016 | Pinehurst Lodging | $ 6.61 | Pinehurst, NC | Tyler Schropp | Travel | Lodging | 6/19/16 to 6/21/16 |
| 2016 | 140440 | 6/23/2016 | New York Prime | $ 599.45 | Atlanta, GA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 140440 | 6/24/2016 | Ritz Carlton | $ 669.11 | Atlanta, GA | Tyler Schropp | Travel | Lodging | 6/23/16 to 6/24/16 |
| 2016 | 141517 | 6/30/2016 | CXIII/Landini Brothers | $ 136.91 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 141517 | 7/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 141517 | 7/11/2016 | CXIII/Landini Brothers | $ 218.58 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 141517 | 7/13/2016 | CXIII/Landini Brothers | $ 137.36 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 141517 | 7/20/2016 | CXIII/Landini Brothers | $ 226.53 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 142347 | 7/28/2016 | American Airlines | $ 585.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Laguardia |
| 2016 | 142347 | 7/28/2016 | American Airlines | $ 585.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Laguardia to DCA |
| 2016 | 142347 | 8/3/2016 | CXIII/Landini Brothers | $ 307.63 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 142347 | 8/4/2016 | United Airlines | $ 1,267.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to San Francisco |
| 2016 | 142347 | 8/4/2016 | United Airlines | $ 1,267.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from San Francisco to DCA |
| 2016 | 142347 | 8/4/2016 | American Airlines | $ 585.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Laguardia |
| 2016 | 142347 | 8/4/2016 | American Airlines | $ (585.10) | n/a | Tyler Schropp | Travel | Airfare | Ticket refund for Tyler Schropp ticket 00178822642430 |
| 2016 | 142347 | 8/5/2016 | United Airlines | $ 1,267.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to San Francisco |
| 2016 | 142347 | 8/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 142347 | 8/9/2016 | Alaska Airlines | $ 844.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Los Angeles to DCA |
| 2016 | 142347 | 8/9/2016 | Alaska Airlines | $ (844.10) | n/a | Tyler Schropp | Travel | Airfare | Refund for Tyler Schropp ticket #02778822642665 |
| 2016 | 142347 | 8/10/2016 | Alaska Airlines | $ 844.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Los Angeles to DCA |
| 2016 | 142347 | 8/10/2016 | The Kingside | $ 170.45 | New York, NY | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 142347 | 8/11/2016 | Lowell Hotel | $ 791.41 | New York, NY | Tyler Schropp | Travel | Lodging | Arrival date 8/10/16; departure 8/11/16 |
| 2016 | 142347 | 8/22/2016 | Carnegie Hotel | $ 32.92 | Johnson City, TN | Tyler Schropp | Travel | Lodging | Arrival 8/17/16; departure 8/22/16 |
| 2016 | 142347 | 8/24/2016 | CXIII/Landini Brothers | $ 122.90 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 143169 | 8/29/2016 | Bouchon | $ 288.44 | Beverly Hills, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 143169 | 8/30/2016 | Craig's | $ 191.96 | West Hollywood, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 143169 | 9/1/2016 | Beverly Hills Hotel | $ 4,057.64 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 8/29/16<br>TS Departure 9/1/16 |
| 2017 | 143169 | 9/1/2016 | Midway Car Rental | $ 731.61 | Los Angeles, CA | Tyler Schropp | Auto | Car Service | |
| 2017 | 143169 | 9/2/2016 | Beverly Hills Hotel | $ 15.26 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 8/29/16<br>TS Departure 9/1/16 |
| 2017 | 143169 | 9/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 143169 | 9/8/2016 | United Airlines | $ 2,048.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket from San Francisco, CA to Washington National |
| 2017 | 143169 | 9/12/2016 | CXIII/Landini Brothers | $ 324.08 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 143169 | 9/15/2016 | Colcord Hotel | $ 280.86 | Oklahoma City, OK | Tyler Schropp | Travel | Lodging | TS Arrival 9/14/16<br>TS Departure 9/15/16 |
| 2017 | 143169 | 9/16/2016 | United Airlines | $ 1,641.60 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Albuquerque, NM to O' Hare Field, IL |
| 2017 | 143169 | 9/16/2016 | American Airlines | $ 846.48 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Dallas/Ft. Worth, Texas |
| 2017 | 143169 | 9/19/2016 | United Airlines | $ 1,217.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket from San Francisco, CA to Washington National |
| 2017 | 143169 | 9/19/2016 | Ritz Carlton | $ 80.40 | Moon Bay, CA | Tyler Schropp | Travel | Lodging | |
| 2017 | 143169 | 9/19/2016 | United Airlines | $ (2,048.10) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 143169 | 9/20/2016 | Ritz Carlton | $ 2,189.66 | Moon Bay, CA | Tyler Schropp | Travel | Lodging | TS Arrival 9/18/16<br>TS Departure 9/20/16 |
| 2017 | 143169 | 9/20/2016 | Ritz Carlton | $ 2,181.08 | Moon Bay, CA | Tyler Schropp | Travel | Lodging | TS Arrival 9/18/16<br>TS Departure 9/20/16 |
| 2017 | 143169 | 9/20/2016 | Union Los Angeles | $ 27.10 | Los Angeles, CA | Tyler Schropp | Miscellaneous | Other | Desktop search indicates the establishment is a clothing store in LA. |
| 2017 | 143169 | 9/26/2016 | United Airlines | $ 1,267.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket from San Francisco, CA to Dulles Airport |
| 2016 | 143559 | 9/30/2016 | The Girl & the Fig | $ 304.15 | Sonoma, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 143559 | 9/30/2016 | United Airlines | $ (1,267.10) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2016 | 143559 | 10/2/2016 | Hertz | $ 1,518.67 | Unknown | Tyler Schropp | Auto | Car Rental | from 9/28 - 10/02 |
| 2016 | 143559 | 10/2/2016 | Lafayette Park Hotel | $ 577.45 | Lafayette, CA | Tyler Schropp | Travel | Lodging | Lodging 9/28 - 10/02 |
| 2016 | 143559 | 10/3/2016 | CXIII/Landini Brothers | $ 282.29 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 143559 | 10/5/2016 | CXIII/Landini Brothers | $ 165.12 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2016 | 143559 | 10/6/2016 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2016 | 143559 | 10/20/2016 | Hertz | $ 644.54 | Unknown | Tyler Schropp | Auto | Car Rental | From 10/16/16 to 10/20/16 |
| 2016 | 143559 | 10/23/2016 | United Airlines | $ 1,248.10 | n/a | Tyler Schropp | Travel | Airfare | Omaha Ne to O'Hare Il |
| 2016 | 143559 | 10/23/2016 | Delta Airlines | $ 1,113.10 | n/a | Tyler Schropp | Travel | Airfare | Washington DC to Omaha NE |
| 2016 | 143559 | 10/23/2016 | American Airlines | $ 649.10 | n/a | Tyler Schropp | Travel | Airfare | Dallas to Washington |
| 2017 | 144737 | 11/4/2016 | Four Seasons | $ 1,117.04 | Dallas, TX | Tyler Schropp | Travel | Lodging | Stay 11/2 - 11/6 |
| 2017 | 144737 | 11/4/2016 | Four Seasons | $ 4.00 | Dallas, TX | Tyler Schropp | Travel | Lodging | Stay 11/2 - 11/6 |
| 2017 | 144737 | 11/6/2016 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 144737 | 11/8/2016 | United Airlines | $ 483.60 | n/a | Tyler Schropp | Travel | Airfare | Airfare for travel from Omaha to O'Hare to DCA |
| 2017 | 144737 | 11/8/2016 | United Airlines | $ (483.60) | n/a | Tyler Schropp | Travel | Airfare | Airfare credit for travel from Omaha to O'Hare to DCA |
| 2017 | 144737 | 11/8/2016 | United Airlines | $ (1,248.10) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 144737 | 11/9/2016 | Delta Airlines | $ 1,064.60 | n/a | Tyler Schropp | Travel | Airfare | Airfare for travel from Aberdeen to Minneapolis to DCA |
| 2017 | 144737 | 11/9/2016 | SG ROI Tobacconist | $ 252.23 | Omaha, NE | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 144737 | 11/9/2016 | Upstream Brewing | $ 56.43 | Omaha, NE | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 144737 | 11/14/2016 | Hartford B Hartford | $ 58.00 | San Diego, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 144737 | 11/16/2016 | Delta Airlines | $ 777.10 | n/a | Tyler Schropp | Travel | Airfare | MN to DC |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 144737 | 11/16/2016 | Delta Airlines | $ (1,064.60) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 144737 | 11/17/2016 | Hertz | $ 2,607.61 | Omaha, NE | Tyler Schropp | Auto | Car Rental | Car rental from Omaha to Saint Paul, MN |
| 2017 | 144737 | 11/17/2016 | Prairie Stop | $ 53.00 | Watertown, SD | Tyler Schropp | Auto | Gas | |
| 2017 | 144737 | 11/20/2016 | CXIII/Landini Brothers | $ 194.59 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 145564 | 11/30/2016 | American Airlines | $ 880.10 | n/a | Tyler Schropp | Travel | Airfare | Airfare for travel from DCA to Las Vegas |
| 2017 | 145564 | 11/30/2016 | American Airlines | $ 607.10 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Charlotte, NC |
| 2017 | 145564 | 11/30/2016 | American Airlines | $ 605.60 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Charlotte, NC to Washington National |
| 2017 | 145564 | 12/6/2016 | CXIII/Landini Brothers | $ 694.01 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 145564 | 12/6/2016 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 145564 | 12/8/2016 | CXIII/Landini Brothers | $ 90.12 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 145564 | 12/9/2016 | Daytona Shores Resort | $ 813.61 | Daytona Beach, FL | Tyler Schropp | Travel | Lodging | |
| 2017 | 145564 | 12/9/2016 | CXIII/Landini Brothers | $ 125.05 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 145564 | 12/12/2016 | Bourbon Steak | $ 100.30 | Washington, DC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 145564 | 12/19/2016 | Four Seasons | $ 962.08 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | |
| 2017 | 145564 | 12/19/2016 | Four Seasons | $ 816.48 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | |
| 2017 | 145564 | 12/19/2016 | Four Seasons | $ (816.48) | Las Vegas, NV | Tyler Schropp | Travel | Lodging | |
| 2017 | 145564 | 12/21/2016 | United Airlines | $ 1,941.10 | n/a | Tyler Schropp | Travel | Airfare | Airfare for travel from Las Vegas to Dulles |
| 2017 | 146420 | 1/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 146420 | 1/17/2017 | Charlie Palmer Steak House | $ 1,212.28 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 146420 | 1/17/2017 | Joe Stone Crab | $ 152.35 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 146420 | 1/19/2017 | Four Seasons | $ 2,834.26 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | TS Arrival 1/14/17<br>TS Departure 1/19/17 |
| 2017 | 146420 | 1/21/2017 | Ritz Carlton | $ 450.63 | Charlotte, NC | Tyler Schropp | Travel | Lodging | TS Arrival 1/20/2017<br>TS Departure 1/21/2017 |
| 2017 | 147112 | 1/31/2017 | American Airlines | $ 1,106.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from LAX to DCA |
| 2017 | 147112 | 2/3/2017 | Joe Stone Crab | $ 80.81 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 147112 | 2/4/2017 | Cigar Bar | $ 223.32 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 147112 | 2/5/2017 | Four Seasons | $ 1,759.78 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | TS Arrival 1/31/17<br>TS Departure 2/04/17 |
| 2017 | 147112 | 2/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 147112 | 2/8/2017 | Crustacean | $ 838.12 | Beverly Hills, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 147112 | 2/9/2017 | Grand Havana | $ 127.60 | New York, NY | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 147112 | 2/10/2017 | Beverly Hills Hotel | $ 3,769.88 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 2/6/2017<br>TS Departure 2/9/2017 |
| 2017 | 147112 | 2/10/2017 | Midway Car Rental | $ 590.48 | Los Angeles, CA | Tyler Schropp | Auto | Car Service | |
| 2017 | 147112 | 2/10/2017 | American Airlines | $ 539.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DCA to JAX |
| 2017 | 147112 | 2/10/2017 | Beverly Hills Hotel | $ 6.53 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 2/6/2017<br>TS Departure 2/9/2017 |
| 2017 | 147112 | 2/11/2017 | American Airlines | $ 1,126.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DCA to JAX |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 147112 | 2/11/2017 | American Airlines | $ 1,116.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from JAX to DCA |
| 2017 | 147112 | 2/18/2017 | American Airlines | $ 1,262.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from Orlando International Airport to DCA |
| 2017 | 147112 | 2/18/2017 | Lodge Hotel | $ 340.35 | Ponte Verda, FL | Tyler Schropp | Travel | Lodging | TS Arrival 2/16/2017<br>TS Departure 2/17/2017 |
| 2017 | 147112 | 2/18/2017 | Travel Agency Service | $ 45.00 | Woodland Hills, CA | Tyler Schropp | Travel | Travel Service | |
| 2017 | 147112 | 2/18/2017 | American Airlines | $ (539.20) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2017 | 147112 | 2/23/2017 | American Airlines | $ 1,262.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DCA to Orlando International Airport |
| 2017 | 147112 | 2/26/2017 | TPC at Sawgrass | $ 71.45 | Ponte Verda, FL | Tyler Schropp | Miscellaneous | Other | Gold Course - Desktop search indicates the establishment is a golf course. |
| 2017 | 147112 | 2/27/2017 | Daytona Shores Resort | $ 1,712.51 | Daytona Beach, FL | Tyler Schropp | Travel | Lodging | |
| 2017 | 147112 | 2/27/2017 | Shell Oil | $ 20.00 | Unknown | Tyler Schropp | Auto | Gas | |
| 2017 | 147112 | 2/28/2017 | Daytona Shores Resort | $ 813.61 | Daytona Beach, FL | Tyler Schropp | Travel | Lodging | |
| 2017 | 148014 | 2/28/2017 | American Express | $ 125.00 | n/a | Tyler Schropp | Miscellaneous | Other | Annual corp gold membership renewal fee |
| 2017 | 148014 | 3/2/2017 | American Airlines | $ 1,192.21 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Augusta, GA |
| 2017 | 148014 | 3/2/2017 | Delta Airlines | $ 611.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Atlanta, GA to Dallas/FT Worth, Texas |
| 2017 | 148014 | 3/3/2017 | American Airlines | $ 1,198.40 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to St Louis, MO |
| 2017 | 148014 | 3/3/2017 | Four Seasons | $ (962.08) | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 3/2/2017<br>Departure: 3/3/2017 |
| 2017 | 148014 | 3/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 148014 | 3/10/2017 | St. Louis Airport | $ 432.82 | Saint Louis, MO | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 3/8/2017<br>Departure: 3/9/2017 |
| 2017 | 148014 | 3/21/2017 | CXIII/Landini Brothers | $ 145.33 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 148014 | 3/27/2017 | CXIII/Landini Brothers | $ 196.37 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 148014 | 3/29/2017 | Dugan's Pub | $ 83.83 | Pinehurst, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 148749 | 3/30/2017 | ExxonMobil | $ 38.00 | Bracey, VA | Tyler Schropp | Auto | Gas | |
| 2017 | 148749 | 4/4/2017 | American Airlines | $ 1,661.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Dallas/FT Worth, TX |
| 2017 | 148749 | 4/4/2017 | Delta Airlines | $ (611.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 148749 | 4/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 148749 | 4/10/2017 | Four Seasons | $ 2,361.87 | Irving, TX | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/7/2017<br>Departure: 4/10/2017 |
| 2017 | 148749 | 4/10/2017 | Four Seasons | $ 5.00 | Irving, TX | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/7/2017<br>Departure: 4/10/2017 |
| 2017 | 148749 | 4/14/2017 | American Airlines | $ 1,139.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Charleston, SC to Washington National |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 148749 | 4/15/2017 | Kiawah Island Golf Resort | $ 1,146.38 | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/15/2017<br>Departure: 4/15/2017 |
| 2017 | 148749 | 4/21/2017 | Kiawah Island Golf Resort | $ 1,063.48 | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/21/2017<br>Departure: 4/21/2017 |
| 2017 | 148749 | 4/21/2017 | Kiawah Island Golf Resort | $ 156.00 | Kiawah Island, SC | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/21/2017<br>Departure: 4/21/2017 |
| 2017 | 148749 | 4/22/2017 | Four Seasons | $ 1,132.67 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/21/2017<br>Departure: 4/22/2017 |
| 2017 | 148749 | 4/23/2017 | Four Seasons | $ 883.23 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 4/22/2017<br>Departure: 4/23/2017 |
| 2017 | 149459 | 5/1/2017 | Four Seasons | $ 3,782.54 | Atlanta, GA | Tyler Schropp | Travel | Lodging | |
| 2017 | 149459 | 5/2/2017 | Ritz Carlton | $ 128.42 | Atlanta, GA | Tyler Schropp | Travel | Lodging | TS Arrival 4/25/17<br>TS Departure 5/2/2017 |
| 2017 | 149459 | 5/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 149459 | 5/11/2017 | United Airlines | $ 1,300.20 | n/a | Tyler Schropp | Travel | Airfare | From Washington DC to San Francisco, CA |
| 2017 | 149459 | 5/11/2017 | United Airlines | $ 1,300.20 | n/a | Tyler Schropp | Travel | Airfare | From San Francisco to Washington DC |
| 2017 | 149459 | 5/13/2017 | American Airlines | $ (607.20) | n/a | Tyler Schropp | Travel | Airfare | Refund flight from Washington to Charlotte |
| 2017 | 149459 | 5/14/2017 | American Airlines | $ 607.20 | n/a | Tyler Schropp | Travel | Airfare | From Washington DC to Charlotte, NC |
| 2017 | 149459 | 5/16/2017 | American Airlines | $ 607.20 | n/a | Tyler Schropp | Travel | Airfare | From Washington DC to Charlotte, NC |
| 2017 | 149459 | 5/18/2017 | United Airlines | $ (1,300.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 149459 | 5/21/2017 | CXIII/Landini Brothers | $ 236.27 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 149459 | 5/21/2017 | United Airlines | $ (1,300.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 149459 | 5/23/2017 | American Airlines | $ (607.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 149459 | 5/25/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | From Dallas, TX to Washington, DC |
| 2017 | 149459 | 5/25/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | From Washington DC to Dallas, TX |
| 2017 | 149459 | 5/26/2017 | CXIII/Landini Brothers | $ 175.83 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150457 | 5/30/2017 | CXIII/Landini Brothers | $ 97.66 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150457 | 6/1/2017 | CXIII/Landini Brothers | $ 353.91 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150457 | 6/5/2017 | CXIII/Landini Brothers | $ 110.56 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150457 | 6/6/2017 | Amazon | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 150457 | 6/14/2017 | Capital Grille | $ 518.67 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150457 | 6/15/2017 | Casa de Montecristo | $ 122.86 | Dallas, TX | Tyler Schropp | Miscellaneous | Other | Desktop search indicates this establishment is a cigar bar. |
| 2017 | 150457 | 6/16/2017 | Hertz | $ 478.00 | Unknown | Tyler Schropp | Auto | Car Rental | |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 150457 | 6/17/2017 | Mansion on Turtle Creek | $ 1,753.68 | Dallas, TX | Tyler Schropp | Travel | Lodging | TS Arrival 6/13/2017 TS Departure 6/16/2017 |
| 2017 | 150823 | 6/28/2017 | CXIII/Landini Brothers | $ 368.48 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 150823 | 7/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 150823 | 7/14/2017 | American Airlines | $ 424.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Charlotte, NC |
| 2017 | 150823 | 7/14/2017 | American Airlines | $ 422.70 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Charlotte, NC to Washington National |
| 2017 | 150823 | 7/24/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Dallas/FT Worth, Texas |
| 2017 | 150823 | 7/24/2017 | American Airlines | $ 634.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Dallas/FT Worth, Texas to Charlotte, NC |
| 2017 | 150823 | 7/24/2017 | American Airlines | $ (424.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 151745 | 8/1/2017 | British Airways | $ 5,664.16 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Dulles DC To: London Heathrow UK To: Dulles DC |
| 2017 | 151745 | 8/1/2017 | American Airlines | $ 569.20 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp From: Washington Intl To: Kansas City |
| 2017 | 151745 | 8/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 151745 | 8/9/2017 | Four Seasons | $ 1,016.86 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging; Arrive: 8/7/2017 Depart: 8/9/2017 |
| 2017 | 151745 | 8/9/2017 | Tinder Box | $ 177.38 | Charlotte, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/10/2017 | Baku | $ 418.56 | Charlotte, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/10/2017 | Sullivans | $ 202.38 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/12/2017 | Westin Hotel | $ 1,283.35 | Charlotte, NC | Tyler Schropp | Travel | Lodging | Lodging; Arrive: 8/12/2017 Depart: 8/12/2017 |
| 2017 | 151745 | 8/15/2017 | CXIII/Landini Brothers | $ 368.94 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/16/2017 | ExxonMobil | $ 31.00 | Daleville, VA | Tyler Schropp | Auto | Gas | |
| 2017 | 151745 | 8/17/2017 | The Olde Farm | $ 761.10 | Bristol, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/18/2017 | The Olde Farm | $ 105.83 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/20/2017 | Ironwood | $ 115.01 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/20/2017 | Shell Oil | $ 36.00 | Unknown | Tyler Schropp | Auto | Gas | |
| 2017 | 151745 | 8/20/2017 | Pinehurst Lodging | $ 31.08 | Pinehurst, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 151745 | 8/21/2017 | ExxonMobil | $ 32.00 | Unknown | Tyler Schropp | Auto | Gas | |
| 2017 | 151745 | 8/21/2017 | Pinehurst Lodging | $ 4.73 | Pinehurst, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 152775 | 9/6/2017 | Hotel Vandivort | $ 1,205.08 | Springfield, MO | Tyler Schropp | Travel | Lodging | |
| 2017 | 152775 | 9/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 152775 | 9/7/2017 | Marriott | $ 234.31 | Overland Park, KS | Tyler Schropp | Travel | Lodging | Lodging; Arrive: 9/5/2017 Departure: 9/6/2017 |
| 2017 | 152775 | 9/9/2017 | Hertz | $ 730.86 | Kansas City, MO | Tyler Schropp | Auto | Car Rental | Rental Car Arrive: 9/5/2017 Departure: 9/9/2017 |
| 2017 | 152775 | 9/11/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp FROM: DFW TO: Washington Natl |
| 2017 | 152775 | 9/15/2017 | Alaska Airlines | $ 858.20 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp FROM: Washington Natl TO: Los Angeles, CA |
| 2017 | 152775 | 9/19/2017 | Cool River | $ 156.11 | Irving, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 152775 | 9/20/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp FROM: Washington Natl TO: DFW |
| 2017 | 152775 | 9/22/2017 | Hertz | $ 162.06 | Irving, TX | Tyler Schropp | Auto | Car Rental | Car Rental 9/21/2017 - 9/22/2017 |
| 2017 | 152775 | 9/23/2017 | Four Seasons | $ 2,506.62 | Dallas, TX | Tyler Schropp | Travel | Lodging | Lodging; Arrive: 9/19/2017 Departure: 9/23/2017 |
| 2017 | 152775 | 9/23/2017 | Four Seasons | $ 7.70 | Dallas, TX | Tyler Schropp | Travel | Lodging | Lodging; Arrive: 9/19/2017 Departure: 9/23/2017 |
| 2017 | 152775 | 9/26/2017 | American Airlines | $ 104.20 | n/a | Tyler Schropp | Travel | Airfare | Passenger: Tyler Schropp FROM: Charleston, SC TO: Washington Natl |
| 2017 | 153476 | 10/2/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Dallas/FT Worth Texas to Washington National |
| 2017 | 153476 | 10/2/2017 | Village on Canon AMC | $ 19.60 | Beverly Hills, CA | Tyler Schropp | Auto | Parking | Parking fees |
| 2017 | 153476 | 10/2/2017 | American Airlines | $ (648.20) | n/a | Tyler Schropp | Travel | Airfare | Refunded flight |
| 2017 | 153476 | 10/3/2017 | Beverly Hills Hotel | $ 4,685.20 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival date: 10/1/2017<br>Departure date: 10/3/2017 |
| 2017 | 153476 | 10/3/2017 | American Airlines | $ 648.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Dallas/FT Worth Texas to Washington National |
| 2017 | 153476 | 10/3/2017 | Midway Car Rental | $ 396.91 | Los Angeles, CA | Tyler Schropp | Auto | Car Service | |
| 2017 | 153476 | 10/3/2017 | Beverly Hills Hotel | $ 13.14 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival date: 10/1/2017<br>Departure date: 10/3/2017 |
| 2017 | 153476 | 10/4/2017 | Beverly Hills Hotel | $ 31.00 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival date: 10/1/2017<br>Departure date: 10/3/2017 |
| 2017 | 153476 | 10/5/2017 | Ritz Carlton | $ 1,470.01 | Dallas, TX | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival date: 10/3/2017<br>Departure date: 10/5/2017 |
| 2017 | 153476 | 10/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2017 | 153476 | 10/9/2017 | American Airlines | $ 244.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Washington National to Charlotte, NC |
| 2017 | 153476 | 10/12/2017 | Ritz Carlton | $ 991.27 | Charlotte, NC | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 10/11/2017<br>Departure: 10/12/2017 |
| 2017 | 153476 | 10/12/2017 | Ritz Carlton | $ 5.00 | Charlotte, NC | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 10/11/2017<br>Departure: 10/12/2017 |
| 2017 | 153476 | 10/13/2017 | Hertz | $ 1,035.73 | NC | Tyler Schropp | Auto | Car Rental | |
| 2017 | 153476 | 10/18/2017 | Hertz | $ 153.25 | IL | Tyler Schropp | Auto | Car Rental | |
| 2017 | 153476 | 10/19/2017 | Hermitage | $ 1,415.41 | Nashville, TN | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 10/17/2017<br>Departure: 10/19/2017 |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2017 | 153476 | 10/19/2017 | Four Seasons | $ 832.57 | Chicago, IL | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 10/19/2017<br>Departure: 10/19/2017 |
| 2017 | 153476 | 10/20/2017 | CXIII/Landini Brothers | $ 166.48 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2017 | 153476 | 10/24/2017 | Four Seasons | $ 1,123.88 | Golden Oaks, FL | Tyler Schropp | Travel | Lodging | Lodging:<br>Arrival: 10/23/2017<br>Departure: 10/24/2017 |
| 2017 | 153476 | 10/26/2017 | CXIII/Landini Brothers | $ 120.19 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154261 | 10/30/2017 | American Airlines | $ 1,435.80 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Orlando, FL to Dallas and Omaha |
| 2018 | 154261 | 10/31/2017 | United Airlines | $ 880.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Houston, TX to Washington, DCA |
| 2018 | 154261 | 11/2/2017 | CXIII/Landini Brothers | $ 118.17 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154261 | 11/3/2017 | CXIII/Landini Brothers | $ 52.37 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154261 | 11/5/2017 | Hertz | $ 182.58 | Irving, TX | Tyler Schropp | Auto | Car Rental | Rental dates from 11/4 to 11/5 for Tyler Schropp |
| 2018 | 154261 | 11/6/2017 | Four Seasons | $ 2,748.32 | Dallas, TX | Tyler Schropp | Travel | Lodging | Arrival 11/3 |
| 2018 | 154261 | 11/6/2017 | Delta Airlines | $ 1,129.20 | n/a | Tyler Schropp | Travel | Airfare | Airline ticket for Tyler Schropp from Orlando FL to Minneapolis, MN and Aberdeen SD |
| 2018 | 154261 | 11/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 154261 | 11/6/2017 | Four Seasons | $ 4.00 | Dallas, TX | Tyler Schropp | Travel | Lodging | TS Arrival 11/3/17<br>TS Departure 11/6/17 |
| 2018 | 154261 | 11/6/2017 | American Airlines | $ (1,435.80) | n/a | Tyler Schropp | Travel | Airfare | Credit for ticket #00186673876030 |
| 2018 | 154261 | 11/7/2017 | United Airlines | $ 7.99 | n/a | Tyler Schropp | Travel | Other | Wifi |
| 2018 | 154261 | 11/9/2017 | American Airlines | $ 524.70 | n/a | Tyler Schropp | Travel | Airfare | Ticket from Charlotte, NC to Washington National |
| 2018 | 154261 | 11/11/2017 | Gallie | $ 52.83 | Melbourne, FL | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154261 | 11/12/2017 | Four Seasons | $ (18.75) | Orlando, FL | Tyler Schropp | Travel | Lodging | Arrival date of 11/11/17; departure date of 11/12/17 |
| 2018 | 154261 | 11/21/2017 | CXIII/Landini Brothers | $ 89.47 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154261 | 11/27/2017 | American Airlines | $ 632.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to New Orleans |
| 2018 | 154261 | 11/27/2017 | American Airlines | $ 632.20 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from New Orleans to DCA |
| 2018 | 154706/155170 | 11/28/2017 | Costal Flats Restaurant | $ 90.00 | Fairfax, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/1/2017 | CXIII/Landini Brothers | $ 78.20 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/1/2017 | Four Seasons | $ (883.23) | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Arrival 11/30/17<br>Departure 12/1/17 |
| 2018 | 154706/155170 | 12/4/2017 | CXIII/Landini Brothers | $ 150.44 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/5/2017 | CXIII/Landini Brothers | $ 105.34 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/6/2017 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 154706/155170 | 12/12/2017 | American Airlines | $ 1,556.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DFW to DCA |
| 2018 | 154706/155170 | 12/12/2017 | CXIII/Landini Brothers | $ 303.30 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/14/2017 | CXIII/Landini Brothers | $ 299.42 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 154706/155170 | 12/15/2017 | CXIII/Landini Brothers | $ 168.49 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154706/155170 | 12/20/2017 | Waldorf Roosevelt Hotel | $ 267.07 | New Orleans, LA | Tyler Schropp | Travel | Lodging | TS Arrival 12/18/2017<br>TS Departure 12/19/2017 |
| 2018 | 154706/155170 | 12/20/2017 | Waldorf Roosevelt Hotel | $ 68.50 | New Orleans, LA | Tyler Schropp | Travel | Lodging | TS Arrival 12/18/2017<br>TS Departure 12/19/2017 |
| 2018 | 154707 | 1/2/2018 | American Airlines | $ (1,576.20) | n/a | Tyler Schropp | Travel | Airfare | Refund for ticket #00170921788210 for Tyler Schropp |
| 2018 | 154707 | 1/4/2018 | Hertz | $ 122.68 | Unknown | Tyler Schropp | Auto | Car Rental | Car rental on 1/4/2018 for OKC for Tyler Schropp |
| 2018 | 154707 | 1/4/2018 | Cool River | $ 100.00 | Irving, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154707 | 1/4/2018 | Up in Smoke | $ 58.94 | Dallas, TX | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 154707 | 1/5/2018 | Hertz | $ 108.16 | Irving, TX | Tyler Schropp | Auto | Car Rental | Car rental on 1/42018 through 1/5/2018 for Tyler Schropp |
| 2018 | 154707 | 1/5/2018 | Texas Spice Omni DCC | $ 46.05 | Dallas, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154707 | 1/6/2018 | Four Seasons | $ 1,600.25 | Dallas, TX | Tyler Schropp | Travel | Lodging | Arrival date 1/3/2018; departure date 1/6/2018 |
| 2018 | 154707 | 1/6/2018 | Four Seasons | $ 62.20 | Dallas, TX | Tyler Schropp | Travel | Lodging | Arrival date 1/3/2018; departure date 1/6/2018 |
| 2018 | 154707 | 1/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 154707 | 1/8/2018 | CXIII/Landini Brothers | $ 199.07 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154707 | 1/9/2018 | Four Seasons | $ 2,067.76 | Golden Oaks, FL | Tyler Schropp | Travel | Lodging | Arrival date 1/8/2018; departure date 1/9/2018 |
| 2018 | 154707 | 1/9/2018 | Four Seasons | $ 2,067.76 | Golden Oaks, FL | Tyler Schropp | Travel | Lodging | Arrival date 1/8/2018; departure date 1/9/2018 |
| 2018 | 154707 | 1/14/2018 | Four Seasons | $ 713.16 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Arrival date 1/13/2018; departure date 1/14/2018 |
| 2018 | 154707 | 1/15/2018 | American Airlines | $ 1,929.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Las Vegas to DCA |
| 2018 | 154707 | 1/15/2018 | American Airlines | $ 1,639.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Los Angeles to DCA |
| 2018 | 154707 | 1/15/2018 | American Airlines | $ 996.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Las Vegas |
| 2018 | 154707 | 1/15/2018 | American Airlines | $ 996.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Las Vegas |
| 2018 | 154707 | 1/16/2018 | Hertz | $ 26.95 | Mesa, CA | Tyler Schropp | Auto | Toll | |
| 2018 | 154707 | 1/17/2018 | American Airlines | $ 1,026.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Las Vegas to DCA |
| 2018 | 154707 | 1/18/2018 | Four Seasons | $ 951.26 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Arrival date 1/17/2018; departure date 1/18/2018 |
| 2018 | 154707 | 1/19/2018 | CXIII/Landini Brothers | $ 122.96 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154707 | 1/23/2018 | American Airlines | $ 1,629.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from DCA to Orlando, FL |
| 2018 | 154707 | 1/23/2018 | American Airlines | $ 1,276.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Orlando, FL to DCA |
| 2018 | 154707 | 1/25/2018 | American Airlines | $ 814.30 | n/a | Tyler Schropp | Travel | Airfare | Ticket for Tyler Schropp from Orlando, FL to DCA |
| 2018 | 154707 | 1/25/2018 | Il Fornaiso - Canalet | $ 104.00 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 154707 | 1/27/2018 | Four Seasons | $ 2,471.78 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Arrival date 1/23/18; departure date 1/26/18 |
| 2018 | 155996 | 1/27/2018 | American Airlines | $ 317.30 | n/a | Tyler Schropp | Travel | Airfare | Passenger Tyler Schropp; from Las Vegas to Los Angeles |
| 2018 | 154707 | 1/29/2018 | American Airlines | $ (1,276.30) | n/a | Tyler Schropp | Travel | Airfare | Refund for ticket 00170921788571 |
| 2018 | 155996 | 1/30/2018 | CXIII/Landini Brothers | $ 120.28 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 155996 | 2/1/2018 | Joe Stone Crab | $ 529.30 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 155996 | 2/1/2018 | Cigar Bar | $ 198.10 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 2/2/2018 | American Express | $ 125.00 | n/a | Tyler Schropp | Miscellaneous | Other | Annual corp gold membership renewal fee |
| 2018 | 155996 | 2/2/2018 | Palm Restaurant | $ 89.15 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 155996 | 2/3/2018 | Four Seasons | $ 2,137.53 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | TS Arrival 1/30/18<br>TS Departure 2/3/18 |
| 2018 | 155996 | 2/3/2018 | Grill Concepts | $ 435.26 | Beverly Hills, CA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 155996 | 2/4/2018 | American Airlines | $ 2,454.30 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DCA to PHX |
| 2018 | 155996 | 2/4/2018 | American Airlines | $ 814.30 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from Orlando International Airport to DCA |
| 2018 | 155996 | 2/4/2018 | American Airlines | $ 452.30 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from PHX to Las Vegas |
| 2018 | 155996 | 2/4/2018 | American Airlines | $ (814.30) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2018 | 155996 | 2/6/2018 | ABM Parking | $ 35.00 | Los Angeles, CA | Tyler Schropp | Auto | Parking | |
| 2018 | 155996 | 2/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 155996 | 2/7/2018 | Beverly Hills Hotel | $ 5,703.07 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 2/3/2018<br>TS Departure 2/8/2018 |
| 2018 | 155996 | 2/7/2018 | Midway Car Rental | $ 864.23 | Los Angeles, CA | Tyler Schropp | Auto | Car Service | |
| 2018 | 155996 | 2/7/2018 | Beverly Hills Hotel | $ 20.75 | Beverly Hills, CA | Tyler Schropp | Travel | Lodging | TS Arrival 2/3/2018<br>TS Departure 2/8/2018 |
| 2018 | 155996 | 2/14/2018 | American Airlines | $ (814.30) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2018 | 155996 | 2/14/2018 | American Airlines | $ (1,629.30) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2018 | 155996 | 2/15/2018 | CXIII/Landini Brothers | $ 98.75 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 155996 | 2/22/2018 | CXIII/Landini Brothers | $ 129.50 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 2/28/2018 | Virgin America | $ 1,998.30 | n/a | Tyler Schropp | Travel | Airfare | T Schropp SFO to WAS |
| 2018 | 156967 | 2/28/2018 | United Airlines | $ 1,318.30 | n/a | Tyler Schropp | Travel | Airfare | Pass. T Schropp From WAS to SFO |
| 2018 | 156967 | 3/2/2018 | Four Seasons | $ 1,839.09 | Scottsdale, AZ | Tyler Schropp | Travel | Lodging | Lodging Arrival 2/28 - 3/2 |
| 2018 | 156967 | 3/2/2018 | Four Seasons | $ 6.54 | Scottsdale, AZ | Tyler Schropp | Travel | Lodging | Lodging Arrival 2/28 - 3/2 |
| 2018 | 156967 | 3/3/2018 | Cigar Bar | $ 251.91 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 3/4/2018 | Sushi Roku | $ 720.79 | Las Vegas, NV | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 3/5/2018 | Four Seasons | $ 983.12 | Las Vegas, NV | Tyler Schropp | Travel | Lodging | Lodging Arrival 3/2 - 3/4 |
| 2018 | 156967 | 3/5/2018 | Go Rentals | $ 583.19 | Scottsdale, AZ | Tyler Schropp | Auto | Car Rental | Car rental 2/28 - 3/2 |
| 2018 | 156967 | 3/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 156967 | 3/9/2018 | American Airlines | $ 1,576.30 | n/a | Tyler Schropp | Travel | Airfare | Was to Dallas |
| 2018 | 156967 | 3/9/2018 | American Airlines | $ 1,556.30 | n/a | Tyler Schropp | Travel | Airfare | Dallas to Was |
| 2018 | 156967 | 3/9/2018 | CXIII/Landini Brothers | $ 111.77 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 3/19/2018 | Pinehurst Lodging | $ 590.07 | Pinehurst, NC | Tyler Schropp | Travel | Lodging | |
| 2018 | 156967 | 3/19/2018 | Shell Oil | $ 30.01 | Henderson NC | Tyler Schropp | Auto | Gas | |
| 2018 | 156967 | 3/20/2018 | Dugan's Pub | $ 95.96 | Pinehurst, NC | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 156967 | 3/21/2018 | Shell Oil | $ 36.00 | Henderson NC | Tyler Schropp | Auto | Gas | |
| 2018 | 156967 | 3/21/2018 | Pinehurst Lodging | $ 7.16 | Pinehurst, NC | Tyler Schropp | Travel | Lodging | |
| 2018 | 156967 | 3/22/2018 | American Airlines | $ 2,747.00 | n/a | Tyler Schropp | Travel | Airfare | Airfare from PHX to SFO |
| 2018 | 156967 | 3/22/2018 | United Airlines | $ (1,318.30) | n/a | Tyler Schropp | Travel | Airfare | Canceled flight |
| 2018 | 156967 | 3/25/2018 | Lafayette Park Hotel | $ 708.52 | Lafayette, CA | Tyler Schropp | Travel | Lodging | 3/23 - 3/25 |

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 156967 | 3/25/2018 | Lafayette Park Hotel | $ 4.33 | Lafayette, CA | Tyler Schropp | Travel | Lodging | TS Arrival 3/23/2018<br>TS Departure 3/25/2018 |
| 2018 | 157570 | 4/5/2018 | Cool River | $ 125.97 | Irving, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 157570 | 4/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 157570 | 4/7/2018 | Casa de Montecristo | $ 231.93 | Dallas, TX | Tyler Schropp | Miscellaneous | Other | Desktop search indicates this establishment is a cigar bar. |
| 2018 | 157570 | 4/7/2018 | Hard 8 BBQ | $ 61.61 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 157570 | 4/9/2018 | Four Seasons | $ 3,776.28 | Irving, TX | Tyler Schropp | Travel | Lodging | Arrival 04/04/18<br>Departure 4/9/18 |
| 2018 | 157570 | 4/9/2018 | Hertz | $ 720.91 | Unknown | Tyler Schropp | Auto | Car Rental | |
| 2018 | 157570 | 4/20/2018 | CXIII/Landini Brothers | $ 103.97 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 158521 | 4/30/2018 | Mansion on Turtle Creek | $ 6,156.13 | Dallas, TX | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 5/1/2018 Departure: 5/8/2018 |
| 2018 | 158521 | 4/30/2018 | Mansion on Turtle Creek | $ 3,209.25 | Dallas, TX | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 4/30/18 Departure: 5/8/2018 |
| 2018 | 158521 | 5/3/2018 | Perry's | $ 231.77 | Dallas, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 158521 | 5/4/2018 | Cool River | $ 159.42 | Irving, TX | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 158521 | 5/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 158521 | 5/8/2018 | Four Seasons | $ (2,067.76) | Orlando, FL | Tyler Schropp | Travel | Lodging | Tyler Schropp - Lodging Arrival: 5/7/2018 Departure 5/8/2018 |
| 2018 | 159388 | 5/15/2018 | White Dog Café | $ 53.22 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 158521 | 5/25/2018 | American Airlines | $ 565.20 | n/a | Tyler Schropp | Travel | Airfare | Tyler Schropp Passenger From: Washington Natl To: LaGuardia Intl |
| 2018 | 159388 | 6/1/2018 | Colonial Parking | $ 356.00 | Unknown | Tyler Schropp | Auto | Parking | |
| 2018 | 159388 | 6/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 159388 | 6/14/2018 | Del Frisco | $ 547.86 | Philadelphia, PA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 159388 | 6/15/2018 | Ritz Carlton | $ 597.73 | Philadelphia, PA | Tyler Schropp | Travel | Lodging | TS Arrival 6/13/2018<br>TS Departure 6/14/2018 |
| 2018 | 159388 | 6/15/2018 | American Hotel | $ 279.06 | Freehold, NJ | Tyler Schropp | Travel | Lodging | TS Arrival 6/12/18<br>TS Departure 6/13/2018 |
| 2018 | 159388 | 6/15/2018 | ExxonMobil | $ 46.00 | Alexandria, VA | Tyler Schropp | Auto | Gas | |
| 2018 | 159388 | 6/19/2018 | Sunoco | $ 40.00 | Unknown | Tyler Schropp | Auto | Gas | |
| 2018 | 159388 | 6/21/2018 | Shell Oil | $ 38.00 | Unknown | Tyler Schropp | Auto | Gas | |
| 2018 | 159388 | 6/21/2018 | Circle KS | $ 23.00 | Durham, NC | Tyler Schropp | Auto | Gas | |
| 2018 | 159388 | 6/22/2018 | Capital City Chop | $ 68.84 | Unknown | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 159388 | 6/25/2018 | Westin Hotel | $ 494.35 | Charlotte, NC | Tyler Schropp | Travel | Lodging | TS Arrival 6/20/2018<br>TS Departure 6/21/2018 |
| 2018 | 159388 | 6/27/2018 | CXIII/Landini Brothers | $ 331.50 | Alexandria, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |
| 2018 | 159388 | 6/27/2018 | Sweetwater | $ 59.03 | Falls Church, VA | Tyler Schropp | Meal/Beverages | Meal/Beverages | |

Privileged and Confidential

**Out of Pocket Expenses**

Tyler Schropp Expenses

| Year | Invoice Number | Date of Transaction | Vendor | Amount | Location | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | 160161 | 7/29/2018 | American Airlines | $ (543.70) | n/a | Tyler Schropp | Travel | Airfare | Expense refunded - note that expense will be applied to following month |
| 2018 | 160896 | 7/29/2018 | American Airlines | $ (543.70) | n/a | Tyler Schropp | Travel | Airfare | Refund for Tyler Schropp ticket #00171959162085 |
| 2018 | 160896 | 7/30/2018 | Four Seasons | $ (472.50) | Orlando, FL | Tyler Schropp | Travel | Lodging | Arrival date 7/6/18; departure date 7/7/18 |
| 2018 | 160896 | 8/6/2018 | Kindle | $ 22.99 | n/a | Tyler Schropp | Miscellaneous | Other | |
| 2018 | 154706/155170 | 12/12/2018 | American Airlines | $ 1,576.20 | n/a | Tyler Schropp | Travel | Airfare | TS Airfare from DCA to DFW |

## Total Expenses by Month and Year

The following graphic visually depicts total for Tyler Schropp by month and year.  Source: 'Detail' tab



The following table shows the total amount of expenses by category and the percentage for each category as compared to the total. Source: Columns P, Q, and K on 'Detail' tab

Code
1
**1**

| Categories of Expenses | Value | % of Total |
|---|---|---|
| **Auto** | **$ 13,626** | **5.73%** |
| Car Rental | $ 9,591 | 4.03% |
| Car Service | $ 3,167 | 1.33% |
| Parking | $ 411 | 0.17% |
| Toll | $ 34 | 0.01% |
| Gas | $ 423 | 0.18% |
| **Miscellaneous** | **$ 4,022** | **1.69%** |
| Other | $ 4,022 | 1.69% |
| **Travel** | **$ 194,174** | **81.64%** |
| Airfare | $ 71,103 | 29.89% |
| Lodging | $ 122,974 | 51.70% |
| Travel Service | $ 90 | 0.04% |
| Other | $ 8 | 0.00% |
| **Meal/Beverages** | **$ 26,027** | **10.94%** |
| Meal/Beverages | $ 26,027 | 10.94% |
| Grand Total | $ 237,849 | 100.00% |

The following table shows the amounts spent by vendor.

**Total Spend:** $ 237,849
**Total Quantity:** 415

| Vendor | Value | % of Value | Quantity | % of Quantity |
|---|---|---|---|---|
| American Airlines | $ 48,147 | 20.24% | 76 | 18.31% |
| Four Seasons | $ 47,975 | 20.17% | 45 | 10.84% |
| Beverly Hills Hotel | $ 22,813 | 9.59% | 10 | 2.41% |
| CXIII/Landini Brothers | $ 11,803 | 4.96% | 55 | 13.25% |
| Mansion on Turtle Creek | $ 11,119 | 4.67% | 3 | 0.72% |
| United Airlines | $ 9,489 | 3.99% | 22 | 5.30% |
| Hertz | $ 8,941 | 3.76% | 16 | 3.86% |
| Ritz Carlton | $ 8,763 | 3.68% | 10 | 2.41% |
| Carnegie Hotel | $ 7,843 | 3.30% | 5 | 1.20% |
| British Airways | $ 5,664 | 2.38% | 1 | 0.24% |
| Delta Airlines | $ 4,110 | 1.73% | 9 | 2.17% |
| Daytona Shores Resort | $ 3,340 | 1.40% | 3 | 0.72% |
| Midway Car Rental | $ 3,167 | 1.33% | 5 | 1.20% |
| 21C Hotel | $ 3,110 | 1.31% | 1 | 0.24% |
| Shores at Daytona | $ 2,946 | 1.24% | 2 | 0.48% |
| Kiawah Island Golf Resort | $ 2,366 | 0.99% | 7 | 1.69% |
| Mirage - Shadow Creek | $ 2,000 | 0.84% | 1 | 0.24% |
| Virgin America | $ 1,998 | 0.84% | 1 | 0.24% |
| Westin Hotel | $ 1,778 | 0.75% | 2 | 0.48% |
| Alaska Airlines | $ 1,702 | 0.72% | 4 | 0.96% |
| Fairmont Hotel | $ 1,614 | 0.68% | 1 | 0.24% |
| Hermitage | $ 1,415 | 0.60% | 1 | 0.24% |
| Lafayette Park Hotel | $ 1,290 | 0.54% | 3 | 0.72% |
| Charlie Palmer Steak House | $ 1,212 | 0.51% | 1 | 0.24% |
| St. Regis | $ 1,209 | 0.51% | 1 | 0.24% |
| Hotel Vandivort | $ 1,205 | 0.51% | 1 | 0.24% |
| Pinehurst Lodging | $ 1,109 | 0.47% | 6 | 1.45% |
| Hakkasan | $ 889 | 0.37% | 1 | 0.24% |
| The Olde Farm | $ 867 | 0.36% | 2 | 0.48% |
| Crustacean | $ 838 | 0.35% | 1 | 0.24% |
| Lowell Hotel | $ 791 | 0.33% | 1 | 0.24% |
| Joe Stone Crab | $ 762 | 0.32% | 3 | 0.72% |
| Sushi Roku | $ 721 | 0.30% | 1 | 0.24% |
| Capital Grille | $ 688 | 0.29% | 2 | 0.48% |
| Cigar Bar | $ 673 | 0.28% | 3 | 0.72% |
| New York Prime | $ 599 | 0.25% | 1 | 0.24% |
| Davidoff of Geneva | $ 586 | 0.25% | 2 | 0.48% |
| Go Rentals | $ 583 | 0.25% | 1 | 0.24% |
| Del Frisco | $ 548 | 0.23% | 1 | 0.24% |
| Cool River | $ 542 | 0.23% | 4 | 0.96% |
| Kindle | $ 529 | 0.22% | 23 | 5.54% |
| Le Moo | $ 511 | 0.21% | 2 | 0.48% |
| Grill Concepts | $ 435 | 0.18% | 1 | 0.24% |

| | | | | | |
|---|---|---|---|---|---|
| St. Louis Airport | $ | 433 | 0.18% | 1 | 0.24% |
| DoubleTree | $ | 420 | 0.18% | 2 | 0.48% |
| Baku | $ | 419 | 0.18% | 1 | 0.24% |
| Taverna Tony | $ | 388 | 0.16% | 1 | 0.24% |
| American Express | $ | 375 | 0.16% | 3 | 0.72% |
| Colonial Parking | $ | 356 | 0.15% | 1 | 0.24% |
| Casa de Montecristo | $ | 355 | 0.15% | 2 | 0.48% |
| Lodge Hotel | $ | 340 | 0.14% | 1 | 0.24% |
| Waldorf Roosevelt Hotel | $ | 336 | 0.14% | 2 | 0.48% |
| The Girl & the Fig | $ | 304 | 0.13% | 1 | 0.24% |
| Bobs Steak & Chop | $ | 301 | 0.13% | 1 | 0.24% |
| Bouchon | $ | 288 | 0.12% | 1 | 0.24% |
| Colcord Hotel | $ | 281 | 0.12% | 1 | 0.24% |
| American Hotel | $ | 279 | 0.12% | 1 | 0.24% |
| Trulucks | $ | 276 | 0.12% | 1 | 0.24% |
| SG ROI Tobacconist | $ | 252 | 0.11% | 1 | 0.24% |
| Marriott | $ | 234 | 0.10% | 1 | 0.24% |
| Perry's | $ | 232 | 0.10% | 1 | 0.24% |
| Il Fornaiso - Canalet | $ | 209 | 0.09% | 2 | 0.48% |
| Sullivans | $ | 202 | 0.09% | 1 | 0.24% |
| Craig's | $ | 192 | 0.08% | 1 | 0.24% |
| Amazon | $ | 184 | 0.08% | 8 | 1.93% |
| Dugan's Pub | $ | 180 | 0.08% | 2 | 0.48% |
| Tinder Box | $ | 177 | 0.07% | 1 | 0.24% |
| The Kingside | $ | 170 | 0.07% | 1 | 0.24% |
| Shell Oil | $ | 160 | 0.07% | 5 | 1.20% |
| ExxonMobil | $ | 147 | 0.06% | 4 | 0.96% |
| TPC at Sawgrass | $ | 139 | 0.06% | 2 | 0.48% |
| Grand Havana | $ | 128 | 0.05% | 1 | 0.24% |
| Ironwood | $ | 115 | 0.05% | 1 | 0.24% |
| Salt Life | $ | 103 | 0.04% | 1 | 0.24% |
| National Airport | $ | 101 | 0.04% | 1 | 0.24% |
| Bourbon Steak | $ | 100 | 0.04% | 1 | 0.24% |
| Travel Agency Service | $ | 90 | 0.04% | 2 | 0.48% |
| Costal Flats Restaurant | $ | 90 | 0.04% | 1 | 0.24% |
| Palm Restaurant | $ | 89 | 0.04% | 1 | 0.24% |
| Capital City Chop | $ | 69 | 0.03% | 1 | 0.24% |
| Hard 8 BBQ | $ | 62 | 0.03% | 1 | 0.24% |
| Sweetwater | $ | 59 | 0.02% | 1 | 0.24% |
| Up in Smoke | $ | 59 | 0.02% | 1 | 0.24% |
| Hartford B Hartford | $ | 58 | 0.02% | 1 | 0.24% |
| Upstream Brewing | $ | 56 | 0.02% | 1 | 0.24% |
| White Dog Café | $ | 53 | 0.02% | 1 | 0.24% |
| Prairie Stop | $ | 53 | 0.02% | 1 | 0.24% |
| Gallie | $ | 53 | 0.02% | 1 | 0.24% |
| Texas Spice Omni DCC | $ | 46 | 0.02% | 1 | 0.24% |
| Sunoco | $ | 40 | 0.02% | 1 | 0.24% |

| | | | | | |
|---|---|---|---|---|---|
| ABM Parking | $ | 35 | 0.01% | 1 | 0.24% |
| Union Los Angeles | $ | 27 | 0.01% | 1 | 0.24% |
| Circle KS | $ | 23 | 0.01% | 1 | 0.24% |
| Village on Canon AMC | $ | 20 | 0.01% | 1 | 0.24% |
| Grand Total | $ | 237,849 | 100.00% | 415 | 100.00% |

# EXHIBIT 71

APP. 02035

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Table of Contents

| Tab | Description |
| --- | --- |
| Summary | Summary of analysis and observations |
| Detail | Budgets provided by Ackerman McQueen |
| Detail - Line by Line | Calculation of budget variances on budgets provided by Ackerman McQueen |
| Budget Comparison | High level budget comparison |
| Ackerman McQueen Spending Summary | Overiview of Ackerman spending |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Summary of Budgets

Pursuant to our discussion with Ackerman McQueen, Ackerman McQueen's budget is determined through multiple confidential conversations between Wayne LaPierre, Woody Phillips and Ackerman McQueen executives.  FRA was informed by Ackerman McQueen representatives that the budget categories do not tie to the contract between Ackerman McQueen and the NRA.  Lacey Duffy stated that she did not know why budget categories change from year to year as budgets are verbally agreed upon by Wayne LaPierre and Angus McQueen.  Ackerman McQueen does not have account codes for their budget line items.  FRA was provided budgets for 2015 - 2018.  The budget schedules for 2016 and 2017 provided included an actual column.  However, we were informed by Bill Winkler that the actual incurred expense balances are an "educated guess".

**Observation:**

1)  The budgets provided are significantly less than the amounts NRA actually pays to Ackerman McQueen.  The 2017 budget provided is 52% less than NRA's actual payments to Ackerman McQueen.  The 2016 budget provided is 12% less than NRA's actual payments to Ackerman McQueen.  There appears to be a lack of analysis in regard to budget versus actual spending at Ackerman McQueen.  This lack of internal control can lead to overspending.  There also appears to be a lack of transparency regarding the budgets discussed between the executives and the individuals incurring or monitoring the costs.   This lack of transparency can lead to overspending.

**Observation:**

2)  The budgets have varied significantly year over year from 2015 - 2017.  The budget grew by 21% from 2015 to 2016 and 55% from 2016 to 2017.  It appears the variance from 2015 to 2016 is largely due to increased spending on NRA "Commentators".  FRA noted that Dana Loesch was hired as special advisor to the NRA in 2016, and this may be related to the increase.  It appears the variance from 2016 to 2017 was due to the advent of NRA TV and the Carry Guard Initiative.  The budget grew by 3% from 2017 to 2018. It is interesting to note that a 'Talent Fee" of $5.5M and "Support Staff Fee" of $3.6M for Mercury Group, was added to the budget.

**Observation:**

3)  The compensation section of the contract between NRA and Ackerman McQueen contains language that requires budgeting.  For instance, the Public Relations/Political Strategy/Strategic Marketing Services, Owned Media and Internet Services and Digital Systems Operations Support contract sections require that "NRA will pay AMc a fee as mutually agreed upon each year."  In regard to "Other Projects", "the charges made by AMc will be agreed-upon in advance whenever possible."  Despite this contractual requirement, FRA was told by Ackerman McQueen representatives that the budget categories do not tie to the contract.

**Observation:**

4)  It is interesting to note that a separate Paid Media Budget was provided for 2016  and 2017.   FRA is unaware as to why this information was not included in the main budget.  FRA is unaware as to whether it was added because of our interest in the "Media Buys."

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

## Budget Detail

Ackerman McQueen provided FRA with the budgets listed below for 2016, 2017 and 2018. The following information was transcribed from the budgets provided while on-site.

### 2016 Budget

| PR Budget - Online Network | 2014 | 2015 Budget | 2015 Actual | 2016 Proposed Budget |
|---|---|---|---|---|
| NRA News | $ 1,804,380 | $ 2,073,636 | $ 2,073,632 | $ 2,073,632 |
| NRA News Commentators | $ 2,200,000 | $ 335,000 | $ 575,819 | $ 2,200,000 |
| NRA News Travel and Broadcast Expenses / Farmville Facility | $ 990,000 | $ 160,000 | $ 160,000 | $ 230,000 |
| NRA Women Programming and Outreach | $ 1,200,000 | $ 800,000 | $ 850,000 | $ 1,200,000 |
| Super Channel Programming (Previously LOD and Freestyle) | $ 3,900,000 | $ 2,530,000 | $ 2,530,000 | $ 2,330,000 |
| Hispanic Programming Outreach | $ 750,000 | $ 500,000 | $ 500,000 | $ 750,000 |
| Super Channel Promotion | $ 240,000 | $ 240,000 | $ 240,000 | $ 400,000 |
| NRA Country | $ 300,000 | $ - | $ - | $ - |
| NRA Impact | $ 250,000 | $ - | $ - | $ - |
| NRA Spotlight | $ 250,000 | $ - | $ - | $ - |
| Trident Security (Paid by NRA Directly) | $ 200,000 | $ - | $ - | $ - |
| Dallas Production Studio | $ 211,500 | $ 82,000 | $ 82,000 | $ - |
| Super Channel | $ - | $ - | $ 1,000,000 | $ - |
| **Subtotal** | **$ 12,295,880** | **$ 6,720,636** | **$ 8,011,451** | **$ 9,183,632** |

| PR Budget - Services | 2014 | 2015 Budget | 2015 Actual | 2016 Proposed Budget |
|---|---|---|---|---|
| Mercury Group Fee | $ 2,386,296 | $ 2,486,296 | $ 2,486,292 | $ 2,486,292 |
| Mercury Group OPEX | $ 100,000 | $ 100,000 | $ 100,000 | $ 100,000 |
| Pass-through Expenses | $ 950,000 | $ 950,000 | $ 950,000 | $ 950,000 |
| America's First Freedom - Print | $ 1,590,000 | $ 1,590,000 | $ 1,590,000 | $ 1,590,000 |
| Super Blog | $ 670,000 | $ 500,000 | $ 500,004 | $ 500,004 |
| **Subtotal** | **$ 5,696,296** | **$ 5,626,296** | **$ 5,626,296** | **$ 5,626,296** |
| **Total of PR Budget** | **$ 17,992,176** | **$ 12,346,932** | **$ 13,637,747** | **$ 14,809,928** |

| PR Budget - Services | 2014 | 2015 Budget | 2015 Actual | 2016 Proposed Budget |
|---|---|---|---|---|
| Level 4/5 Branding | $ 1,397,000 | $ 1,500,000 | $ 1,500,000 | $ 1,500,000 |
| Video Essays | $ - | $ - | $ 620,000 | $ 1,550,000 |

### 2017 Budget

Revised 12/6/16

| NRATV | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| NRA News | $ 2,399,394 | $ 2,727,642 |
| Commentators/Spokespeople | $ 2,400,000 | $ 3,672,920 |
| NRATV Programming | $ 4,761,895 | $ 4,725,000 |
| NRATV Promotion/Outreach | $ 400,000 | $ 400,000 |
| NRA News Travel and Broadcast Expenses / Farmville Facility | $ 307,433 | $ 230,000 |
| Monthly Video Support/Video Essays | $ 1,860,000 | $ 1,650,000 |
| **Subtotal** | **$ 12,128,722.00** | **$ 13,405,562.00** |

| Mercury Group | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| Mercury Group Fee | $ 2,476,409 | $ 2,605,694 |
| Mercury Group OPEX | $ 206,111 | $ 150,000 |
| Pass-through Expenses | $ 1,108,670 | $ 950,000 |
| Emerson and Associates | $ 174,000 | $ 174,000 |
| **Subtotal** | **$ 3,965,190** | **$ 3,879,694** |

### 2018 NRA Budget

| NRATV | 2018 Budget |
|---|---|
| Talent Fee | $ 5,533,282 |
| Commentators | $ - |
| NRATV Programming | $ 8,493,394 |
| NRATV Promotion/Outreach | $ - |
| Monthly Video Support/Video Essays | $ 2,723,000 |
| **Subtotal** | **$ 16,749,676** |

| Operations | 2018 Budget |
|---|---|
| Support Staff Fee | $ 3,591,570 |
| Travel/Broadcast Expenses + Farmville Facility | $ 230,000 |
| MG OPEX | $ 150,000 |
| Emerson and Associates | $ 186,000 |
| Pass-through Expenses | $ 950,000 |
| **Subtotal** | **$ 5,107,570** |

| Mercury Group | 2018 Budget |
|---|---|
| MG Fee | $ 2,285,312 |
| **Subtotal** | **$ 2,285,312** |

### 2018 NRA Budget

NRA FINAL

| NRATV | 2018 Budget |
|---|---|
| Talent Fee | $ 5,533,282 |
| Commentators | $ - |
| NRATV Programming | $ 5,363,672 |
| NRATV Promotion/Outreach | $ - |
| Monthly Video Support/Video Essays | $ 2,723,000 |
| **Subtotal** | **$ 13,619,954** |

| Operations | 2018 Budget |
|---|---|
| Support Staff Fee | $ 3,591,570 |
| Travel/Broadcast Expenses + Farmville Facility | $ 230,000 |
| MG OPEX | $ 150,000 |
| Emerson and Associates | $ 186,000 |
| Pass-through Expenses | $ 950,000 |
| **Subtotal** | **$ 5,107,570** |

| Mercury Group | 2018 Budget |
|---|---|
| MG Fee | $ 2,285,312 |
| **Subtotal** | **$ 2,285,312** |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| Subtotal | $ 1,397,000 | $ 1,500,000 | $ 2,120,000 | $ 3,050,000 |
|---|---|---|---|---|

| Additional Projects | 2014 | 2015 Budget | 2015 Actual | 2016 Proposed Budget |
|---|---|---|---|---|
| Onlin/Digital Management Fee | $ 1,000,000 | $ 1,000,000 | $ 999,996 | $ 999,996 |
| Interactive Projects/BI | $ 1,275,000 | $ 700,000 | $ 1,265,000 | $ 500,000 |
| HLF | $ - | $ - | $ 150,000 | TBD |
| Annual Meetings - AM | $ 750,000 | $ 750,000 | $ 813,000 | $ 780,500 |
| Emerson and Associates - Crime Initiat | $ 132,000 | $ 132,000 | $ 132,000 | $ 132,000 |
| Speeches | $ 115,000 | $ 115,000 | $ 100,000 | $ 100,000 |
| Magazine Covers (3 to 4 per yr) | $ 115,000 | $ 100,000 | $ 70,000 | $ 105,000 |
| Eddie Eagle | $ 755,000 | $ 250,000 | $ 250,000 | $ - |
| NRA SHARP Quarterly - Print | $ 167,400 | $ - | $ - | $ - |
| RTBAV | $ 250,000 | $ - | $ - | $ - |
| Washington Times (Production and M | $ 852,000 | $ - | $ - | $ - |
| **Subtotal** | **$ 5,411,400** | **$ 3,047,000** | **$ 3,779,996** | **$ 2,617,496** |
| **Grand Total** | **$ 24,800,576** | **$ 16,893,932** | **$ 19,537,743** | **$ 20,477,424** |

| Paid Media | 2014 | 2015 Budget | 2015 Actual | 2016 Proposed Budget |
|---|---|---|---|---|
| Paid Media | $ 4,000,000 | $ - | $ 5,300,000 | $ 11,000,000 |
| Paid Media (Digital) | $ - | $ - | $ - | $ 500,000 |

11/18/2015
WP Final

| Initiatives | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| FSP-Year Two | $ 1,575,000 | $ 1,000,000 |
| Carry Initiative | $ 2,131,250 | $ 3,550,000 |
| Carry Initiative (Additional) | $ - | $ 775,000 |
| Hunting Initiative | $ 2,050,000 | $ - |
| Historical Initiative/Database | $ 500,000 | $ 325,000 |
| **Subtotal** | **$ 6,256,250** | **$ 5,650,000** |

| Projects | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| Online/Digital Management Fee | $ 999,996 | $ 999,996 |
| Unification | $ 1,900,000 | $ 500,000 |
| Business Intelligence/Data Reso | $ - | $ 500,000 |
| Annual Meetings - AM | $ 740,530 | $ 750,000 |
| America's First Freedom - Print | $ 1,590,000 | $ 1,590,000 |
| Super Blog | $ 500,004 | $ 500,004 |
| Speeches | $ 140,000 | $ 100,000 |
| Magazine Covers (2-3 per year) | $ 70,000 | $ 70,000 |
| **Subtotal** | **$ 5,940,530** | **$ 5,010,000** |

| Paid Media | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| Carry Initiatives | $ - | $ 1,500,000 |
| Subtotal | $ - | $ 1,500,000 |

| | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| Grand Total | $ 28,290,692 | $ 29,445,256 |

| Additional Paid Media Recommendations | 2016 Actual | 2017 Revised Budget |
|---|---|---|
| FSP | $ 13,600,000 | $ 5,000,000 |
| Hunting | $ - | $ 3,500,000 |
| Carry Initiatives | $ - | $ 1,500,000 |
| Misc. Digital | $ 500,000 | $ 500,000 |
| CoPart | $ 1,000,000 | $ 500,000 |

| Initiatives | 2018 Budget |
|---|---|
| FSP - Ongoing | $ - |
| NRA Carry Guard | $ 4,350,820 |
| Historical Initiative/WLP Center | $ - |
| **Subtotal** | **$ 4,350,820** |

| Projects | 2018 Budget |
|---|---|
| Online/Digital Management Fee | $ 1,309,130 |
| Unification/Digital | $ 750,000 |
| Business Intelligence/Data Resources/Analytics | $ 500,000 |
| Annual Meetings - AM | $ 750,000 |
| America's First Freedom - Print | $ 1,590,000 |
| Super Blog | $ - |
| Speeches | $ 100,000 |
| Magazine Covers (2-3 per year) | $ 70,000 |
| **Subtotals** | **$ 5,069,130** |

| | 2018 Budget |
|---|---|
| **Grand Total** | $ 33,562,508 |

| Initiatives | 2018 Budget |
|---|---|
| FSP - Ongoing | $ - |
| NRA Carry Guard | $ 4,350,820 |
| Historical Initiative/WLP Center | $ - |
| **Subtotal** | **$ 4,350,820** |

| Projects | 2018 Budget |
|---|---|
| Online/Digital Management Fee | $ 1,309,130 |
| Unification/Digital | $ 750,000 |
| Business Intelligence/Data Resources/Analytics | $ 500,000 |
| Annual Meetings - AM | $ 750,000 |
| America's First Freedom - Print | $ 1,590,000 |
| Super Blog | $ - |
| Speeches | $ 100,000 |
| Magazine Covers (2-3 per year) | $ 70,000 |
| **Subtotals** | **$ 5,069,130** |

| | 2018 Budget |
|---|---|
| **Grand Total** | $ 30,432,786 |

1/5/2018

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| **Subtotal** | **$** | **15,100,000** | **$** | **11,000,000** |
|---|---|---|---|---|
| 12/6/2016 | | | | |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Line by Line Analysis of Budgets**
The following analysis shows a line by line comparison of budgets.

**Legend:** [yellow] Indicates a new line item when comparing year over year; [orange] Shown on budget as 'TBD'

**2016 Budget**

| PR Budget - Online Network | 2014 | 2015 Budget | 2015 Actual | Budget to Actual $ Variance 2015 | Budget to Actual % Variance 2015 | 2016 Proposed Budget | Budget to Budget $ Variance 2015-16 | Budget to Budget % Variance 2015-16 |
|---|---|---|---|---|---|---|---|---|
| NRA News | $ 1,804,380 | $ 2,073,636 | $ 2,073,632 | $ (4) | 0% | $ 2,073,632 | $ (4) | 0% |
| NRA News Commentators | $ 2,200,000 | $ 335,000 | $ 575,819 | $ 240,819 | 72% | $ 2,200,000 | $ 1,865,000 | 557% |
| NRA News Travel and Broadcast Expenses / Farmville Facility | $ 990,000 | $ 160,000 | $ 160,000 | $ - | 0% | $ 230,000 | $ 70,000 | 44% |
| NRA Women Programming and Outreach | $ 1,200,000 | $ 800,000 | $ 850,000 | $ 50,000 | 6% | $ 1,200,000 | $ 400,000 | 50% |
| Super Channel Programming (Previously LOD and Freestyle) | $ 3,900,000 | $ 2,530,000 | $ 2,530,000 | $ - | 0% | $ 2,330,000 | $ (200,000) | -8% |
| Hispanic Programming Outreach | $ 750,000 | $ 500,000 | $ 500,000 | $ - | 0% | $ 750,000 | $ 250,000 | 50% |
| Super Channel Promotion | $ 240,000 | $ 240,000 | $ 240,000 | $ - | 0% | $ 400,000 | $ 160,000 | 67% |
| NRA Country | $ 300,000 | $ - | $ - | $ - | - | $ - | $ - | - |
| NRA Impact | $ 250,000 | $ - | $ - | $ - | - | $ - | $ - | - |
| NRA Spotlight | $ 250,000 | $ - | $ - | $ - | - | $ - | $ - | - |
| Trident Security (Paid by NRA Directly) | $ 200,000 | $ - | $ - | $ - | - | $ - | $ - | - |
| Dallas Production Studio | $ 211,500 | $ 82,000 | $ 82,000 | $ - | 0% | $ - | $ (82,000) | -100% |
| Super Channel | $ - | $ - | $ 1,000,000 | $ 1,000,000 | - | $ - | $ - | - |
| **Subtotal** | **$ 12,295,880** | **$ 6,720,636** | **$ 8,011,451** | **$ 1,290,815** | **19%** | **$ 9,183,632** | **$ 2,462,996** | **37%** |

| PR Budget - Services | 2014 | 2015 Budget | 2015 Actual | Budget to Actual $ Variance 2015 | Budget to Actual % Variance 2015 | 2016 Proposed Budget | Budget to Budget $ Variance 2015-16 | Budget to Budget % Variance 2015-16 |
|---|---|---|---|---|---|---|---|---|
| Mercury Group Fee | $ 2,386,296 | $ 2,486,296 | $ 2,486,292 | $ (4) | $ (0) | $ 2,486,292 | $ **(4)** | 0% |
| Mercury Group OPEX | $ 100,000 | $ 100,000 | $ 100,000 | $ - | $ - | $ 100,000 | $ - | 0% |
| Pass-through Expenses | $ 950,000 | $ 950,000 | $ 950,000 | $ - | $ - | $ 950,000 | $ - | 0% |
| America's First Freedom - Print | $ 1,590,000 | $ 1,590,000 | $ 1,590,000 | $ - | $ - | $ 1,590,000 | $ - | 0% |
| Super Blog | $ 670,000 | $ 500,000 | $ 500,004 | $ 4 | $ 0 | $ 500,004 | $ **4** | 0% |
| **Subtotal** | **$ 5,696,296** | **$ 5,626,296** | **$ 5,626,296** | **$ -** | **0%** | **$ 5,626,296** | **$ -** | **0%** |
| **Total of PR Budget** | **$ 17,992,176** | **$ 12,346,932** | **$ 13,637,747** | **$ 1,290,815** | **10%** | **$ 14,809,928** | **$ 2,462,996** | **20%** |

| PR Budget - Services | 2014 | 2015 Budget | 2015 Actual | Budget to Actual $ Variance 2015 | Budget to Actual % Variance 2015 | 2016 Proposed Budget | Budget to Budget $ Variance 2015-16 | Budget to Budget % Variance 2015-16 |
|---|---|---|---|---|---|---|---|---|
| Level 4/5 Branding | $ 1,397,000 | $ 1,500,000 | $ 1,500,000 | $ - | 0% | $ 1,500,000 | $ - | 0% |
| Video Essays | $ - | $ - | $ 620,000 | $ 620,000 | - | $ 1,550,000 | $ 1,550,000 | - |
| **Subtotal** | **$ 1,397,000** | **$ 1,500,000** | **$ 2,120,000** | **$ 620,000** | **41%** | **$ 3,050,000** | **$ 1,550,000** | **103%** |

| Additional Projects | 2014 | 2015 Budget | 2015 Actual | Budget to Actual $ Variance 2015 | Budget to Actual % Variance 2015 | 2016 Proposed Budget | Budget to Budget $ Variance 2015-16 | Budget to Budget % Variance 2015-16 |
|---|---|---|---|---|---|---|---|---|
| Online/Digital Management Fee | $ 1,000,000 | $ 1,000,000 | $ 999,996 | $ (4) | 0% | $ 999,996 | $ **(4)** | 0% |
| Interactive Projects/BI | $ 1,275,000 | $ 700,000 | $ 1,265,000 | $ 565,000 | 81% | $ 500,000 | $ **(200,000)** | -29% |
| HLF | $ - | $ - | $ 150,000 | $ 150,000 | - | $ - | $ - | - |
| Annual Meetings - AM | $ 750,000 | $ 750,000 | $ 813,000 | $ 63,000 | 8% | $ 780,500 | $ **30,500** | 4% |
| Emerson and Associates - Crime Initiatives | $ 132,000 | $ 132,000 | $ 132,000 | $ - | 0% | $ 132,000 | $ - | 0% |
| Speeches | $ 115,000 | $ 115,000 | $ 100,000 | $ (15,000) | -13% | $ 100,000 | $ **(15,000)** | -13% |
| Magazine Covers (3 to 4 per yr) | $ 115,000 | $ 100,000 | $ 70,000 | $ (30,000) | -30% | $ 105,000 | $ **5,000** | 5% |
| Eddie Eagle | $ 755,000 | $ 250,000 | $ 250,000 | $ - | 0% | $ - | $ **(250,000)** | -100% |
| NRA SHARP Quarterly - Print | $ 167,400 | $ - | $ - | | | $ - | $ - | - |
| RTBAV | $ 250,000 | $ - | $ - | | | $ - | $ - | - |
| Washington Times (Production and Media) | $ 852,000 | $ - | $ - | | | $ - | $ - | - |
| **Subtotal** | **$ 5,411,400** | **$ 3,047,000** | **$ 3,779,996** | **$ 732,996** | **24%** | **$ 2,617,496** | **$ (429,504)** | **-14%** |
| **Grand Total** | **$ 24,800,576** | **$ 16,893,932** | **$ 19,537,743** | **$ 2,643,811** | **16%** | **$ 20,477,424** | **$ 3,583,492** | **21%** |

| Paid Media | 2014 | 2015 Budget | 2015 Actual | Budget to Actual $ Variance 2015 | Budget to Actual % Variance 2015 | 2016 Proposed Budget | Budget to Budget $ Variance 2015-16 | Budget to Budget % Variance 2015-16 |
|---|---|---|---|---|---|---|---|---|
| Paid Media | $ 4,000,000 | $ - | $ 5,300,000 | $ 5,300,000 | - | $ 11,000,000 | $ **11,000,000** | - |
| Paid Media (Digital) | $ - | $ - | $ - | $ - | - | $ 500,000 | $ **500,000** | - |

**2017 Budget**
Revised 12/6/16

| NRATV | 2016 Actual | 2017 Revised Budget | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| NRA News | $ 2,399,394 | $ 2,727,642 | $ 328,248 | 14% | $ 654,010 | 32% |
| Commentators/Spokespeople | $ 2,400,000 | $ 3,672,920 | $ 1,272,920 | 53% | $ 1,472,920 | 67% |
| NRA News Travel and Broadcast Expenses / Farmville Facility | $ 307,433 | $ 230,000 | $ (77,433) | -25% | $ - | 0% |
| NRATV Programming | $ 4,761,895 | $ 4,725,000 | $ (36,895) | -1% | $ 4,725,000 | - |
| NRATV Promotion/Outreach | $ 400,000 | $ 400,000 | $ - | 0% | $ 400,000 | - |
| Monthly Video Support/Video Essays | $ 1,860,000 | $ 1,650,000 | $ (210,000) | -11% | $ 1,650,000 | - |
| **Subtotal** | **$ 12,128,722** | **$ 13,405,562** | **$ 1,276,840** | **11%** | **$ 4,221,930** | **46%** |

| Mercury Group | 2016 Actual | 2017 Revised | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| Mercury Group Fee | $ 2,476,409 | $ 2,605,694 | $ 129,285 | 5% | $ 119,402 | 5% |
| Mercury Group OPEX | $ 206,111 | $ 150,000 | $ (56,111) | -27% | $ 50,000 | 50% |
| Pass-through Expenses | $ 1,108,670 | $ 950,000 | $ (158,670) | -14% | $ - | 0% |
| America's First Freedom - Print | $ 1,590,000 | $ 1,590,000 | $ - | 0% | $ - | 0% |
| Super Blog | $ 500,004 | $ 500,004 | $ - | 0% | $ - | 0% |
| **Subtotal** | **$ 5,881,194** | **$ 5,795,698** | **$ (85,496)** | **-1%** | **$ 169,402** | **3%** |

| Projects | 2016 Actual | 2017 Revised Budget | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| Online/Digital Management Fee | $ 999,996 | $ 999,996 | $ - | 0% | $ - | 0% |
| | | | $ - | #DIV/0! | $ (500,000) | -100% |
| | | $ - | $ - | #DIV/0! | $ - | - |
| Annual Meetings - AM | $ 740,530 | $ 750,000 | $ 9,470 | 1% | $ (30,500) | -4% |
| Emerson and Associates | $ 174,000 | $ 174,000 | $ - | 0% | $ 42,000 | 32% |
| Speeches | $ 140,000 | $ 100,000 | $ (40,000) | -29% | $ - | 0% |
| Magazine Covers (2-3 per year) | $ 70,000 | $ 70,000 | $ - | 0% | $ (35,000) | -33% |
| | | | $ - | - | $ - | - |
| | | | $ - | - | $ - | - |
| | | | $ - | - | $ - | - |
| | | | $ - | - | $ - | - |
| Unification | $ 1,900,000 | $ 500,000 | $ (1,400,000) | -74% | $ 500,000 | - |
| Business Intelligence/Data Resources | $ - | $ 500,000 | $ 500,000 | - | $ 500,000 | - |
| **Subtotal** | **$ 4,024,526** | **$ 3,093,996** | **$ (930,530)** | **-23%** | **$ 476,500** | **18%** |

| Initiatives | 2016 Actual | 2017 Revised Budget | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| FSP-Year Two | $ 1,575,000 | $ 1,000,000 | $ (575,000) | -37% | $ 1,000,000 | - |
| Carry Initiative | $ 2,131,250 | $ 3,550,000 | $ 1,418,750 | 67% | $ 3,550,000 | - |
| Carry Initiative (Additional) | $ - | $ 775,000 | $ 775,000 | - | $ 775,000 | - |
| Hunting Initiative | $ 2,050,000 | $ - | $ (2,050,000) | -100% | $ - | - |
| Historical Initiative/Database | $ 500,000 | $ 325,000 | $ (175,000) | -35% | $ 325,000 | - |
| **Subtotal** | **$ 6,256,250** | **$ 5,650,000** | **$ (606,250)** | **-10%** | **$ 5,650,000** | **-** |

| Paid Media | 2016 Actual | 2017 Revised | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| Carry Initiatives | $ - | $ 1,500,000 | $ 1,500,000 | - | $ 1,500,000 | - |
| **Subtotal** | **$ -** | **$ 1,500,000** | **$ 1,500,000** | **-** | **$ 1,500,000** | **-** |

| | 2016 Actual | 2017 Revised | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| **Grand Total** | **$ 28,290,692** | **$ 29,445,256** | **$ 1,154,564** | **4%** | **$ 8,967,832** | **44%** |

| Additional Paid Media Recommendations | 2016 Actual | 2017 Revised Budget | 2017 Revised Budget to 2016 Actual $ | 2017 Revised Budget to 2016 Actual % | 2017 Budget to 2016 Budget $ | 2017 Budget to 2016 Budget % |
|---|---|---|---|---|---|---|
| FSP | $ 13,600,000 | $ 5,000,000 | $ (8,600,000) | -63% | $ (6,000,000) | -55% |
| Hunting | $ - | $ 3,500,000 | $ 3,500,000 | - | $ 3,000,000 | 600% |
| Carry Initiatives | $ - | $ 1,500,000 | $ 1,500,000 | - | $ 1,500,000 | - |
| Misc. Digital | $ 500,000 | $ 500,000 | $ - | 0% | $ 500,000 | - |
| CoPart | $ 1,000,000 | $ 500,000 | $ (500,000) | -50% | $ 500,000 | - |
| **Subtotal** | **$ 15,100,000** | **$ 11,000,000** | **$ (4,100,000)** | **-27%** | **$ (500,000)** | **-** |

**2018 Budget**
NRA FINAL

| NRATV | 2018 Budget | 2018 Budget compared to 2017 Budget $ | 2018 Budget compared to 2017 Budget % |
|---|---|---|---|
| | | $ (2,727,642) | -100% |
| Commentators | $ - | $ (3,672,920) | -100% |
| Travel/Broadcast Expenses + Farmville Facility | $ 230,000 | $ - | 0% |
| NRATV Programming | $ 5,363,672 | $ 638,672 | 14% |
| NRATV Promotion/Outreach | $ - | $ (400,000) | -100% |
| Monthly Video Support/Video Essays | $ 2,723,000 | $ 1,073,000 | 65% |
| Talent Fee | $ 5,533,282 | $ 5,533,282 | - |
| **Subtotal** | **$ 13,849,954** | **$ 444,392** | **3%** |

| MG/Operations | 2018 Budget | 2018 Budget compared to 2017 Budget $ | 2018 Budget compared to 2017 Budget % |
|---|---|---|---|
| MG Fee | $ 2,285,312 | $ (320,382) | -12% |
| MG OPEX | $ 150,000 | $ - | 0% |
| Pass-through Expenses | $ 950,000 | $ - | 0% |
| America's First Freedom - Print | $ 1,590,000 | $ - | 0% |
| Super Blog | $ - | $ (500,004) | -100% |
| Support Staff Fee | $ 3,591,570 | $ 3,591,570 | #DIV/0! |
| **Subtotal** | **$ 8,566,882** | **$ 2,771,184** | **48%** |

| Projects | 2018 Budget | 2018 Budget compared to 2017 Budget $ | 2018 Budget compared to 2017 |
|---|---|---|---|
| Online/Digital Management Fee | $ 1,309,130 | $ 309,134 | 31% |
| | | $ - | - |
| | | $ - | - |
| Annual Meetings - AM | $ 750,000 | $ - | 0% |
| Emerson and Associates | $ 186,000 | $ 12,000 | 7% |
| Speeches | $ 100,000 | $ - | 0% |
| Magazine Covers (2-3 per year) | $ 70,000 | $ - | 0% |
| | | $ - | - |
| | | $ - | - |
| | | $ - | - |
| | | $ - | - |
| Unification/Digital | $ 750,000 | $ 250,000 | 50% |
| Business Intelligence/Data Resources/Analytics | $ 500,000 | $ - | 0% |
| **Subtotal** | **$ 3,665,130** | **$ 571,134** | **18%** |

| Initiatives | 2018 Budget | 2018 Budget compared to 2017 Budget $ | 2018 Budget compared to 2017 Budget % |
|---|---|---|---|
| FSP - Ongoing | $ - | $ (1,000,000) | -100% |
| NRA Carry Guard | $ 4,350,820 | $ 800,820 | 23% |
| | | $ (775,000) | -100% |
| | | $ - | - |
| Historical Initiative/WLP Center | $ - | $ (325,000) | -100% |
| **Subtotal** | **$ 4,350,820** | **$ (1,299,180)** | **-23%** |

| | 2018 Budget | 2018 Budget compared to 2017 Budget $ | 2018 Budget compared to 2017 Budget % |
|---|---|---|---|
| **Grand Total** | **$ 30,432,786** | **$ 987,530** | **3%** |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

| Comparison of Expenditures to Budget for NRA | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Amount Paid to Ackerman**<br>Source: NRA's G/L provided by Brewer Attorneys and Counselors | Unknown | $ 42,679,412 | $ 33,566,423 | $ 40,211,315 |
| **Amount Per Budget**<br>Source: Ackerman Budgets provided during the onsite visits | $ 16,893,932 | $ 20,477,424 | $ 29,445,256 | Unknown |
| **$ Variance between amount paid and amount budgeted** | Unknown | $ 22,201,988 | $ 4,121,167 | Unknown |
| **% Variance between amount paid and amount budgeted** | Unknown | 52% | 12% | Unknown |

| Comparison of Year over Year Budgets for NRA | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Amount Per Budget**<br>Source: Ackerman Budgets provided during the onsite visits | $ 16,893,932 | $ 20,477,424 | $ 29,445,256 | $ 30,432,786 |
| **Year over Year Variance ($ change)** | | $ 3,583,492 | $ 8,967,832 | $ 987,530 |
| **Year over Year Variance (% change)** | | 21% | 44% | 3% |

DRAFT Privileged and Confidential
Prepared at the Request of Counsel

**Ackerman McQueen Spending Summary**

| | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|
| **Amount Paid to Ackerman**<br>Source: NRA's G/L provided by Brewer Attorneys and Counselors | Unknown | $ 42,679,412.00 | $ 33,566,423.00 | $ 40,211,315.00 |
| **Amount Per Budget**<br>Source: Ackerman Budgets provided during the onsite visits | $ 16,893,932.00 | $ 20,477,424.00 | $ 29,445,256.00 | $ 30,432,786.00 |
| **Actuals Per Budget**<br>Source: Ackerman Budgets provided during the onsite visits | $ 19,537,743.00 | $ 28,290,692.00 | Unknown | Unknown |
| **Ackerman Compensation per 990s**<br>Source: NRA's 990s | $ 13,807,643.00 | $ 21,356,593.00 | $ 20,324,364.00 | Unknown |

APP. 02043

# EXHIBIT 72

APP. 02044

## Summary of Contents

The following analysis shows all expenses processed that were not expensed by or on behalf of Tyler Schropp, Nader Tavangar or Tony Makris which were billed by Ackerman to the NRA as out of pocket expenses. The total value of these expenses is $855,829 out of $2,755,689 billed by Ackerman to the NRA in 2016, 2017, and 2018 as out of pocket expenses.

## Limitations

The source information for the following analysis is (1) transcribed from the documentation provided by Ackerman or (2) information obtained through analysis by FRA.

## Glossary of Columns on 'Detail' Tab

| Column | Description |
|---|---|
| Line Reference | Unique reference assigned to each line item by FRA. |
| Code | Examples of observations as defined in Note 1 at the bottom of the tab. |
| Year | Year of invoice from Ackerman to NRA per the listing of invoices received from the NRA. |
| Invoice Number | Invoice number from Ackerman to NRA invoice per the listing of invoices received from the NRA. |
| Expense Report # | Expense report number transcribed from the documentation received while on-site. |
| Date of Expense Report | Date of the submitted expense report transcribed from the documentation received while on-site. |
| Expense Report Submitted By | Name of the individual that submitted the expense report transcribed from the documentation received while on-site. |
| Position | Position of the individual that submitted the expense report identified by FRA using the Ackerman McQueen website. |
| Date of Transaction | Date of the transaction transcribed from the documentation received while on-site. |
| Vendor | Standardized vendor name by FRA based on the vendor name transcribed from the documentation received while on-site. |
| Amount | Amount of expense transcribed from the documentation received while on-site. |
| Location | Location of the transaction transcribed from the documentation received while on-site or based on knowledge of recurring vendors by FRA. |
| Expense Report Business Purpose | Business purpose related to an entire expense report transcribed from the documentation received while on-site. |
| Transaction Business Purpose | Business purpose related to a specific line item transcribed from the documentation received while on-site. |
| Individuals Related to the Expense | Transcription of names and/or initials directly related to the expense per the documentation received while on-site. |
| Expense Type | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Expense Subcategory | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Additional Information | Additional information collected from (1) documentation provided or (2) desktop search of vendors by FRA. |

## Expenses by Year

**Total expenses by year:**

| Year | Total |
|---|---|
| 2016 | $189,520.34 |
| 2017 | $293,361.93 |
| 2018 | $372,946.88 |

| Table of Contents | |
|---|---|
| **Tab** | **Description** |
| Detail | Expense line items submitted on behalf of Tony Makris |
| Graph | Graphical depiction of total expenses by month and year |
| By Category | Breakdown of expenses by category |
| Assumed Names | Reconciliation of names transcribed from documentation and FRA'S assumptions as to the identity of the individuals |
| Key Individuals | Total amount of expenses attributable to key individuals where the key individuals were the only participants |
| Total Cost by Individual | Total expense amount by assumed name |
| Quantity by Individual | Total quantity of expenses by assumed name |
| By Vendor | Total expense amount and quantity of expenses by vendor |

| Line Reference | Code | Year | Invoice Number | Expense Report # | Date of Expense Report | Expense Report Submitted By | Position | Date of Transaction | Vendor | Amount | Location | Expense Report Business Purpose | Transaction Business Purpose | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2145 | | 2016 | 139727 | EXP-7701 | 5/20/2016 to 5/25/2016 | Eric Van Horn | Account Executive | 5/20/2016 | 21C Hotel | $ 33.42 | Unknown | Eric Van Horn NRA annual meetings expenses | Dinner on 520 for Brad Johnson, a guest of Tony Makris | Brad Johnson | Meal/Beverages | Individual | |
| 2146 | | 2016 | 139727 | EXP-7701 | 5/20/2016 to 5/25/2016 | Eric Van Horn | Account Executive | 5/21/2016 | 21C Hotel | $ 46.98 | Unknown | Eric Van Horn NRA annual meetings expenses | lunch on 5/21 for brad Johnson, a guest of Tony Makris | Brad Johnson | Meal/Beverages | Individual | |
| 2147 | | 2016 | 138653 | EXP-7554 | 3/25/2016 - 5/10/2016 | Hayley Holmes | Account Executive | 3/25/2016 | American Airlines | $ 656.70 | Unknown | MM and LD Travel to Louisville for A/M (SG) ; vendor ID: E-Melanie Montgomery | Flight for MM to Louisville for A/M | MM | Travel | Airfare | |
| 2148 | | 2016 | 138653 | EXP-7554 | 3/25/2016 - 5/10/2016 | Hayley Holmes | Account Executive | 3/25/2016 | American Airlines | $ 656.70 | Unknown | MM and LD Travel to Louisville for A/M (SG) ; vendor ID: E-Melanie Montgomery | Flight for LD to Louisville for A/M - booked together to work with MM on the plane | LD | Travel | Airfare | |
| 2149 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/23/2016 | 21C Hotel | $ 14.84 | Louisville, KY | travel/expenses for the 2016 knar a/m in louisville (SG) | honor bar charges during stay | Lacey Duffy | Meal/Beverages | Individual | |
| 2150 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/23/2016 | 21C Hotel | $ 26.50 | Louisville, KY | L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | snacks for LD, MM, HH at Proof | Lacey Duffy; MM; HH | Meal/Beverages | Group | |
| 2151 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/23/2016 | 21C Hotel | $ 41.75 | Louisville, KY | L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG) | phone charges for conference call w/Julie golob, BL, LD | Lacey Duffy; Julie Golob; BL | Miscellaneous | Telecommunications | |
| 2152 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/18/2016 | American Airlines | $ 388.00 | Unknown | MM travel/expenses for 2016 NRA annual meetings in Louisville | flight change fee for MM - changed return flight | Melanie Montgomery | Travel | Airfare | |
| 2153 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | 21C Hotel | $ 15.90 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Honor bar charges during stay | Melanie Montgomery | Meal/Beverages | Individual | |
| 2154 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/6/2016 | American Airlines | $ 466.00 | Unknown | MM travel/expenses for 2016 NRA annual meetings in Louisville | Flight change for MM - changed return flight from A/M to accommodate meeting schedule | Melanie Montgomery | Travel | Airfare | |
| 2155 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | 21C Hotel | $ 466.41 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Proof lounge - meals/snacks/refreshments for MM, HH, LD, NRA execs during stay | HH; Melanie Montgomery; LD; NRA Execs | Meal/Beverages | Group | |
| 2156 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/16/2016 | American Airlines | $ 466.00 | Unknown | MM travel/expenses for 2016 NRA annual meetings in Louisville | Flight change fee for L. Duffy - changed returned flight from A/M to accommodate | L Duffy | Travel | Airfare | |
| 2157 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/11/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Tony Makris PU: 52 Wolfe St DO: DCA-Ronald Reagan Washington Natl | Tony Makris | Auto | Car Service | |
| 2158 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/25/2016 | ABC Limo Service | $ 82.23 | Alexandria, VA | Unknown | Stephanie West PU: 201 N Union St Suite 510 Alexandria DO: Mary E. Switzer Memorial Bldg | Stephanie West | Auto | Car Service | |
| 2159 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/13/2016 | ABC Limo Service | $ 94.88 | Alexandria, VA | Unknown | Nader Tavangar PU: The Ritz-Carlton 1700 Tysons Blvd DO: 1214 W Braddock Rd | Nader Tavangar | Auto | Car Service | |
| 2160 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/13/2016 | ABC Limo Service | $ 120.18 | Alexandria, VA | Unknown | Nader Tavangar PU: 1214 W Braddock ST: En route Alexandria DO: The Ritz-Carlton 1700 | Nader Tavangar | Auto | Car Service | |
| 2161 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/19/2016 | ABC Limo Service | $ 142.60 | Alexandria, VA | Unknown | Tony Makris PU: Signature Flight Support DO: 52 Wolfe St | Tony Makris | Auto | Car Service | |
| 2162 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/14/2016 | ABC Limo Service | $ 208.73 | Alexandria, VA | Unknown | Williams PU: Ritz-Carlton 1700 Tyson Blvd DO: Union Station Washington DC | Williams | Auto | Car Service | |
| 2163 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/14/2016 | ABC Limo Service | $ 214.48 | Alexandria, VA | Unknown | Mark hively PU: The Ritz-Carlton 1700 Tysons Blvd DO: IAD-Washington, Dulles Intl Airport | Mark Hively | Auto | Car Service | |
| 2164 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/14/2016 | ABC Limo Service | $ 232.30 | Alexandria, VA | Unknown | Mark Hively PU: the Ritz-Carlton 1700 Tysons Blvd DO: IAD-Washington, Dulles Intl Airport | Mark Hively | Auto | Car Service | |
| 2165 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/13/2016 | ABC Limo Service | $ 250.13 | Alexandria, VA | Unknown | Mark Hively PU: IAD-Washington, Dulles Intl Airport DO: The Ritz-Carlton, 1700 Tysons | Mark Hively | Auto | Car Service | |
| 2166 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/13/2016 | ABC Limo Service | $ 250.13 | Alexandria, VA | Unknown | Mark Hively PU: IAD-Washington, Dulles Intl Airport DO: The Ritz-Carlton, 1700 Tysons | Mark Hively | Auto | Car Service | |
| 2167 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/7/2016 | ABC Limo Service | $ 284.05 | Alexandria, VA | Unknown | Tony Makris PU: Signature Flight Support ST: 52 Wolfe St DO: As directed by pax Alexandria | Tony Makris | Auto | Car Service | |
| 2168 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/13/2016 | ABC Limo Service | $ 379.50 | Alexandria, VA | Unknown | Eric Van Horn PU: Ritz-Carlton 1700 Tyson Mclean Blvd ST: Union Station Washington DC | Eric Van Horn | Auto | Car Service | |
| 2169 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 1/20/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | TS ground transportation from Alexandria location to DCA | TS | Auto | Car Service | |
| 2170 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 1/12/2016 | ABC Limo Service | $ 220.23 | Alexandria, VA | Unknown | Ground transportation from alexandria location to Dulles Airport | Unknown | Auto | Car Service | |
| 2171 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 1/22/2016 | ABC Limo Service | $ 271.98 | Alexandria, VA | Unknown | TS ground transportation from IAD to Alexandria | TS | Auto | Car Service | |
| 2172 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Tyler Schropp - PU: 609 S Fairfax St DO: DCA-Washington Natl Airport | Tyler Schropp | Auto | Car Service | |
| 2173 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/4/2016 | ABC Limo Service | $ 128.80 | Alexandria, VA | Unknown | Tony Makris - PU: 52 Wolfe St DO: Signature Flight Support IAD- Washington Dulles Intl | Tony Makris | Auto | Car Service | |
| 2174 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/4/2016 | ABC Limo Service | $ 128.80 | Alexandria, VA | Unknown | Tony Makris - PU: 52 Wolfe St DO: Signature Flight Support IAD- Washington Dulles Intl | Tony Makris | Auto | Car Service | |
| 2175 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/30/2016 | ABC Limo Service | $ 178.77 | Alexandria, VA | Unknown | Nader Tavangar - PU: Signature Flight Support 23950 Windsock Dr Sterling VA DO: As | Nader Tavangar | Auto | Car Service | |
| 2176 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/22/2016 | ABC Limo Service | $ 208.73 | Alexandria, VA | Unknown | Wayne Black - PU: 201 N Union St WT: As Directed by Pax Washington DC DO: As | Wayne Black | Auto | Car Service | |
| 2177 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/10/2016 | ABC Limo Service | $ 227.70 | Alexandria, VA | Unknown | John Bolton - PU: 1150 17th St NW Washington DC WT: 201 N Union St DO: | John Bolton | Auto | Car Service | |
| 2178 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/23/2016 | ABC Limo Service | $ 284.05 | Alexandria, VA | Unknown | Tony Makris - PU: IAD Signature Aviation ST: 52 Wolfe St ST: 312 South Fayette St DO: | Tony Makris | Auto | Car Service | |
| 2179 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/23/2016 | ABC Limo Service | $ 299.00 | Alexandria, VA | Unknown | Nader Tavangar - PU: 1214 W Braddox Rd ST: Mr. Bill Powers home ST: 52 Wolfe St ST: DCA | Nader Tavangar | Auto | Car Service | |
| 2180 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 347.88 | Alexandria, VA | Unknown | Nader Tavangar - PU: 201 N Union St WT: Gaylord 201 Waterfront Rd DO: 201 N Union | Nader Tavangar | Auto | Car Service | |
| 2181 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/14/2016 | ABC Limo Service | $ 376.63 | Alexandria, VA | Unknown | Tony Makris - PU: Signature Flight Support Dulles Intl Airport DO: 52 Wolfe St Alexandria | Tony Makris | Auto | Car Service | |
| 2182 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 474.38 | Alexandria, VA | Unknown | Nader Tavangar - PU: 201 N Union St WT: Gaylord 201 Waterfront Rd DO: 201 N Union | Nader Tavangar | Auto | Car Service | |
| 2183 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 80.50 | Unknown | Unknown | Passenger Tyler Schropp; PU 609 s. Fairfax St Alexandria; DO DCA | Tyler Schropp | Auto | Car Service | |
| 2184 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/7/2016 | ABC Limo Service | $ 125.12 | Unknown | Unknown | Passenger Tony Makris; PU 52 Wolfe Street, DO IAD | Tony Makris | Auto | Car Service | |
| 2185 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/23/2016 | ABC Limo Service | $ 125.12 | Unknown | Unknown | passenger Tony Makris; PU 52 Wolfe Street; DO IAD | Tony Makris | Auto | Car Service | |
| 2186 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/28/2016 | ABC Limo Service | $ 125.12 | Unknown | Unknown | Passenger Tony Makris; PU 52 Wolfe Street Alexandria; DO IAD | Tony Makris | Auto | Car Service | |
| 2187 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/1/2016 | ABC Limo Service | $ 127.08 | Unknown | Unknown | Passenger Tony Makris; PU 52 Wolfe Street Alexandria; DO IAD | Tony Makris | Auto | Car Service | |
| 2188 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/4/2016 | ABC Limo Service | $ 128.80 | Unknown | Unknown | Passenger Tony Makris; PU 52 Wolfe Street Alexandria; DO IAD | Tony Makris | Auto | Car Service | |
| 2189 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/4/2016 | ABC Limo Service | $ 128.80 | Unknown | Unknown | Passenger Tony Makris; PU 52 Wolfe Street Alexandria; DO IAD | Tony Makris | Auto | Car Service | |
| 2190 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/24/2016 | ABC Limo Service | $ 138.92 | Unknown | Unknown | Passenger tony Makris; PU IAD, DO 52 Wolfe Street Alexandria | Tony Makris | Auto | Car Service | |
| 2191 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/28/2016 | ABC Limo Service | $ 138.92 | Unknown | Unknown | Passenger Tony Makris; PU IAD; DO 52 Wolfe Street Alexandria | Tony Makris | Auto | Car Service | |
| 2192 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/12/2016 | ABC Limo Service | $ 139.15 | Unknown | Unknown | Passenger Tyler Schropp; PU IAD, DO 609 S. Fairfax Street Alexandria | Tyler Schropp | Auto | Car Service | |
| 2193 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/21/2016 | ABC Limo Service | $ 156.75 | Unknown | Unknown | Passenger Tony Makris; PU 201 N Union Street Alexandria; pick up Mr. Nader; ST 52 Wolfe | Tony Makris | Auto | Car Service | |
| 2194 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/30/2016 | ABC Limo Service | $ 178.77 | Unknown | Unknown | Passenger Nader Tavangar; PU Signature Flight Sterling, VA; DO as directed by PAX | Nader Tavangar | Auto | Car Service | |
| 2195 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/22/2016 | ABC Limo Service | $ 208.73 | Unknown | Unknown | Passenger Wayne; PU 201 N Union Street; WT as directed by PAX Alexandria VA; DO as | Wayne | Auto | Car Service | |
| 2196 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/27/2016 | ABC Limo Service | $ 208.73 | Unknown | Unknown | Passenger Tyler Schropp; PU 609 S. Fairfax Street; WT 3030 K Street NW; DO 9101 | Tyler Schropp | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2197 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/10/2016 | ABC Limo Service | $ 227.70 | Unknown | Unknown | Passenger John Bolton; PU 150 17th Street NW. WT 201 N Union St Alexandria; DO | John Bolton | Auto | Car Service | |
| 2198 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/5/2016 | ABC Limo Service | $ 242.94 | Unknown | Unknown | Passenger Tony Makris; PU IAD; ST 52 Wolfe Street Alexandria; ST 115 King Street | Tony Makris | Auto | Car Service | |
| 2199 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/23/2016 | ABC Limo Service | $ 284.05 | Unknown | Unknown | Passenger Tony Makris; PU IAD; ST 52 Wolfe St Alexandria; ST 312 S. Fayette St Alexandria; | Tony Makris | Auto | Car Service | |
| 2200 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/23/2016 | ABC Limo Service | $ 299.00 | Unknown | Unknown | Passenger Nader Tavangar; PU 1214 W. Braddock Rd Alexandria; ST Mr. Bill Powers | Nader Tavangar | Auto | Car Service | |
| 2201 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 347.88 | Unknown | Unknown | Passenger nader Tavangar; PU 201 N union street alexandria. WT Gaylord. DO 201 N | Nader Tavangar | Auto | Car Service | |
| 2202 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/14/2016 | ABC Limo Service | $ 376.63 | Unknown | Unknown | Passenger Tony Makris; PU IAD; DO 52 Wolfe Street Alexandria | Tony Makris | Auto | Car Service | |
| 2203 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | ABC Limo Service | $ 474.38 | Unknown | Unknown | Passenger nader Tavangar; PU 201 N union street alexandria. WT Gaylord. DO 201 N | Nader Tavangar | Auto | Car Service | |
| 2204 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/17/2016 | ABC Limo Service | $ 118.45 | Alexandria, VA | Unknown | PU: 609 South Fairfax St. Alexandria, Va. DO: Signature Aviation IAD Airport | Unknown | Auto | Car Service | |
| 2205 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/11/2016 | ABC Limo Service | $ 125.12 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. DO: Signature Flight Support - 23950 Windsock | Unknown | Auto | Car Service | |
| 2206 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/15/2016 | ABC Limo Service | $ 138.92 | Alexandria, VA | Unknown | PU: Signature Flight Support - 23950 Windsock DR. Dulles Va. | Unknown | Auto | Car Service | |
| 2207 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/17/2016 | ABC Limo Service | $ 138.92 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. DO: Signature Flight Support - 23950 Windsock | Unknown | Auto | Car Service | |
| 2208 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/23/2016 | ABC Limo Service | $ 211.03 | Alexandria, VA | Unknown | PU: Manasas Airport DO: 609 South Siarfax St. Alexandria, Va. | Unknown | Auto | Car Service | |
| 2209 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/25/2016 | ABC Limo Service | $ 213.33 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. DO: DCA | Unknown | Auto | Car Service | |
| 2210 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 5/23/2016 | ABC Limo Service | $ 284.05 | Alexandria, VA | Unknown | PU: Signature Flight Support - 23950 Windsock DR. Dulles Va. | Unknown | Auto | Car Service | |
| 2211 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/24/2018 | ABC Limo Service | $ 80.50 | Virginia | Unknown | DCA to 609 South Fairfax Street | Unknown | Auto | Car Service | |
| 2212 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/23/2018 | ABC Limo Service | $ 111.49 | Virginia | Unknown | 609 South Fairfax Street to DCA | Unknown | Auto | Car Service | |
| 2213 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/24/2018 | ABC Limo Service | $ 118.45 | Virginia | Unknown | 52 Wolfe St to Signature Flight Support/Dulles | Unknown | Auto | Car Service | |
| 2214 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/17/2016 | ABC Limo Service | $ 191.38 | Virginia | Unknown | Signature Flight support to 52 Wolfe St | Unknown | Auto | Car Service | |
| 2215 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/8/2016 | ABC Limo Service | $ 213.33 | Virginia | Unknown | DCA to 52 Wolfe St | Unknown | Auto | Car Service | |
| 2216 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/19/2016 | ABC Limo Service | $ 284.63 | Virginia | Unknown | 201 N Union Street - Wait at 2020 M Street NW - Drop off at 201 N Union St | Unknown | Auto | Car Service | |
| 2217 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/20/2018 | ABC Limo Service | $ 284.63 | Virginia | Unknown | 201 N Union Street - Wait at 400 North Capitol St NW Suite 550 - Drop off at 201 N | Unknown | Auto | Car Service | |
| 2218 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | 7/18/2016 | ABC Limo Service | $ 190.50 | Alexandria, VA | Unknown | Passenger Tony Makris; PU IAD (from Savannah). ST en route Alexandria; DO 52 | Tony Makris | Auto | Car Service | |
| 2219 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | 7/19/2016 | ABC Limo Service | $ 531.30 | Alexandria, VA | Unknown | Passenger Tony Makris; PU 52 Wolfe Street Alexandria; WT FBI Building; ST: as directed by | Tony Makris | Auto | Car Service | |
| 2220 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/10/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, Alexandria, VA 22314 | Unknown | Auto | Car Service | |
| 2221 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/29/2016 | ABC Limo Service | $ 118.45 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, Alexandria, VA 22314 | Unknown | Auto | Car Service | |
| 2222 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/11/2016 | ABC Limo Service | $ 130.99 | Alexandria, VA | Unknown | PU: 52 Wolfe Street, Alexandria, VA 22314 DO: IAD - Washington Dulles International | Unknown | Auto | Car Service | |
| 2223 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/3/2016 | ABC Limo Service | $ 194.35 | Alexandria, VA | Unknown | PU: One Washington Circle Hotel, 1 Washington Cir NW. Washington. DC 20037 | David A Clark, Jr | Auto | Car Service | |
| 2224 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/2/2016 | ABC Limo Service | $ 480.13 | Alexandria, VA | Unknown | PU: One Washington Circle Hotel, 1 Washington Cir NW. Washington. DC 20037 | David A Clark, Jr | Auto | Car Service | |
| 2225 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 8/6/2016 | ABC Limo Service | $ 487.03 | Alexandria, VA | Unknown | PU: 52 Wolfe Street, Alexandria, VA 22314 WT: As directed by passenger | Unknown | Auto | Car Service | |
| 2226 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/20/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Tyler Schropp - PU: DCA Ronald Reagan Washington National Airport From/To: DFW | Tyler Schropp | Auto | Car Service | |
| 2227 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/28/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Tyler Schropp - PU: 609 S Fairfax St DO: DCA-Washington Natl Airport | Tyler Schropp | Auto | Car Service | |
| 2228 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/12/2016 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Tony Makris - PU: 52 Wolfe St DO: DCA-Ronald Reagan Washington natl airport | Tony Makris | Auto | Car Service | |
| 2229 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/10/2016 | ABC Limo Service | $ 94.88 | Alexandria, VA | Unknown | Michael Ives - PU: 3200 Mt. Vernon Memorial Hwy DO: Ritz Carlton 1700 Tyson Blvd | Michael Ives | Auto | Car Service | |
| 2230 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/19/2016 | ABC Limo Service | $ 276.57 | Alexandria, VA | Unknown | Tony Makris - PU: 201 N Union St ST: 52 Wolfe St DO: Signature Flight Support | Tony Makris | Auto | Car Service | |
| 2231 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/9/2016 | ABC Limo Service | $ 278.30 | Alexandria, VA | Unknown | Tyler Schropp - PU: 609 S Fairfax St WT: Omni Shoreham 2500 Calvert Washington DC DO: | Tyler Schropp | Auto | Car Service | |
| 2232 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/15/2016 | ABC Limo Service | $ 284.05 | Alexandria, VA | Unknown | Tony Makris - PU: Signature Flight Support Dulles Airport ST: as directed by passenger | Tony Makris | Auto | Car Service | |
| 2233 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/10/2016 | ABC Limo Service | $ 474.38 | Alexandria, VA | Unknown | Lacey Duffy - PU: Ritz Carlton 1700 Tyson Blvd WT: As directed by pax DO: Ritz Carlton 1700 | Lacey Duffy | Auto | Car Service | |
| 2234 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/8/2016 | ABC Limo Service | $ 569.25 | Alexandria, VA | Unknown | Hayley Holmes - PU: Ritz Carlton 1700 Tyson Blvd VA WT: As directed by pax DO: Ritz | Hayley Holmes | Auto | Car Service | |
| 2235 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 9/8/2016 | ABC Limo Service | $ 576.15 | Alexandria, VA | Unknown | Hayley Holmes - PU: Ritz Carlton 1700 Tyson Blvd VA WT: As directed by pax DO: Ritz | Hayley Holmes | Auto | Car Service | |
| 2236 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 10/20/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | DCA to 609 South Fairfax | Unknown | Auto | Car Service | |
| 2237 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 10/20/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | DCA to 52 Wolfe St | Unknown | Auto | Car Service | |
| 2238 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 10/16/2016 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | 609 South Fairfax to DCA | Unknown | Auto | Car Service | |
| 2239 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 10/27/2016 | ABC Limo Service | $ 103.50 | Alexandria, VA | Unknown | 52 Wolf to DCA | Unknown | Auto | Car Service | |
| 2240 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 10/2/2016 | ABC Limo Service | $ 139.15 | Alexandria, VA | Unknown | IAD to 609 South Fairfax Street | Unknown | Auto | Car Service | |
| 2241 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 11/9/2016 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, DU: DCA | Unknown | Auto | Car Service | |
| 2242 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 11/17/2016 | ABC Limo Service | $ 80.50 | Arlington, VA | Unknown | PU: DCA (from Minneapolis - St. Paul Int'l) DO: Home 609 South Fairfax | Unknown | Auto | Car Service | |
| 2243 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 11/4/2016 | ABC Limo Service | $ 86.83 | Arlington, VA | Unknown | PU: DCA (from DFW), DO: 609 South Fairfax | Unknown | Auto | Car Service | |
| 2244 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 11/2/2016 | ABC Limo Service | $ 118.45 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, DU: IAD Signature Aviation | Unknown | Auto | Car Service | |
| 2245 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 12/6/2016 | ABC Limo Service | $ 277.15 | Alexandria, VA | Unknown | PU: 201 N Union St, Alexandria, VA ST: 52 Wolfe St (Stephanie West) | Unknown | Auto | Car Service | |
| 2246 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 12/8/2016 | ABC Limo Service | $ 284.05 | Dulles, VA | Unknown | PU: Signature Flight Support ST: 52 Wolf St (Stephanie West) | Stephanie West | Auto | Car Service | |
| 2247 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 12/2/2016 | ABC Limo Service | $ 379.50 | Fairfax, VA | Unknown | PU: Eagle Banke Arena WT: 11835 Hazel Circl Dr, Bristow, VA | Hannah Kerr; Stephanie West | Auto | Car Service | |
| 2248 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/15/2017 | ABC Limo Service | $ 74.18 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax Street Alexandria, Va. | Unknown | Auto | Car Service | |
| 2249 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/20/2017 | ABC Limo Service | $ 74.18 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax Street Alexandria, Va. | Unknown | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2250 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/21/2017 | ABC Limo Service | $ 74.18 | Alexandria, VA | Unknown | PU: DCA DO: 609 South Fairfax Street Alexandria, Va. | Unknown | Auto | Car Service | |
| 2251 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/7/2017 | ABC Limo Service | $ 278.30 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax Street Alexandria, Va. | Unknown | Auto | Car Service | |
| 2252 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/19/2017 | ABC Limo Service | $ 777.40 | Alexandria, VA | Unknown | PU: IAD ST: 609 South Fairfax Street Alexandria, Va. | Unknown | Auto | Car Service | |
| 2253 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/20/2017 | ABC Limo Service | $ 1,090.20 | Alexandria, VA | Unknown | PU: The Churchill Hotel 1914 Connecticut Ave NW, Washington, DC | Jim Powell | Auto | Car Service | |
| 2254 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/20/2017 | ABC Limo Service | $ 1,090.20 | Alexandria, VA | Unknown | PU: 5416 Southport Ln, Fairfax, VA WT: 12:00 AM - 101 Constitution Ave NW, | Unknown | Auto | Car Service | |
| 2255 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/19/2017 | ABC Limo Service | $ 1,262.70 | Alexandria, VA | Unknown | PU: The Churchill Hotel 1914 Connecticut Ave NW, Washington, DC | Jim Powell | Auto | Car Service | |
| 2256 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/19/2017 | ABC Limo Service | $ 1,262.70 | Alexandria, VA | Unknown | PU: TBD DO: TBD | Unknown | Auto | Car Service | |
| 2257 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/19/2017 | ABC Limo Service | $ 1,262.70 | Alexandria, VA | Unknown | PU: 5416 Southport Ln, Fairfax, VA WT: 101 Constitution Ave NW, Washington, | Unknown | Auto | Car Service | |
| 2258 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/14/2017 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | PU: The Ritz -Carlton Tysons Croner Blvd McLean VA 22102 DO: IAD | Unknown | Auto | Car Service | |
| 2259 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/11/2017 | ABC Limo Service | $ 100.63 | Alexandria, VA | Unknown | PU: IAD DO: The Ritz -Carlton Tysons Croner Blvd McLean VA 22102 | Unknown | Auto | Car Service | |
| 2260 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/6/2017 | ABC Limo Service | $ 118.45 | Alexandria, VA | Unknown | PU: 609 South Fairfax St. Alexandrian, VA 22314 DO: Sterling VA | Unknown | Auto | Car Service | |
| 2261 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/14/2017 | ABC Limo Service | $ 194.35 | Alexandria, VA | Unknown | PU: The Ritz -Carlton Tysons Croner Blvd McLean VA 22102 DO: IAD | Unknown | Auto | Car Service | |
| 2262 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/12/2017 | ABC Limo Service | $ 853.88 | Alexandria, VA | Unknown | PU: The Ritz -Carlton Tysons Croner Blvd McLean VA 22102 DO: AS DIRECTED BY | Unknown | Auto | Car Service | |
| 2263 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/11/2017 | ABC Limo Service | $ 1,224.75 | Alexandria, VA | Unknown | PU: The Muse 130 W 46th St NY, NY DO: The Ritz -Carlton Tysons Croner Blvd McLean | Unknown | Auto | Car Service | |
| 2264 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/18/2017 | ABC Limo Service | $ 77.05 | Alexandria, VA | Unknown | PU: DCA - Ronald Reagan Washington National Airport / AS - Alaska Airlines | Unknown | Auto | Car Service | |
| 2265 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/16/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, Alexandria VA 22314 | Unknown | Auto | Car Service | |
| 2266 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/17/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: DCA - Ronald Reagan Washington National Airport / AA - American Airlines | Unknown | Auto | Car Service | |
| 2267 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/24/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: 609 South Fairfax Street, Alexandria VA 22314 | Unknown | Auto | Car Service | |
| 2268 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/26/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: DCA - Ronald Reagan Washington National Airport / AA - American Airlines | Unknown | Auto | Car Service | |
| 2269 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 3/9/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: DCA - Washington National Airport / AA - American Airlines. From/To: STL - Lambert - St. | Unknown | Auto | Car Service | |
| 2270 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/24/2017 | ABC Limo Service | $ 284.63 | Alexandria, VA | Unknown | PU: 201 N Union Street, Alexandria, VA 22314 DO: As directed by passenger | Unknown | Auto | Car Service | |
| 2271 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/27/2017 | ABC Limo Service | $ 289.23 | Alexandria, VA | Unknown | PU: The Kingsley Apartments 500 Madison St. Alexandria, VA 22314 | Nader Tavangar; Tony Makris | Auto | Car Service | |
| 2272 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/24/2017 | ABC Limo Service | $ 474.38 | Alexandria, VA | Unknown | PU: 201 N Union Street, Alexandria, VA 22314 WT: Gaylord National Resort and Convention | Unknown | Auto | Car Service | |
| 2273 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 2/24/2017 | ABC Limo Service | $ 664.13 | Alexandria, VA | Unknown | PU: 201 N Union Street, Alexandria, VA 22314 WT: Gaylord National Resort and Convention | Unknown | Auto | Car Service | |
| 2274 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/21/2017 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | PU: DCA DO: 609 South Fiarfax Street Alexandria, VA 22314 | Unknown | Auto | Car Service | |
| 2275 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/10/2017 | ABC Limo Service | $ 113.28 | Alexandria, VA | Unknown | PU: IAD DO: 609 South Fiarfax Street Alexandria, VA 22314 | Unknown | Auto | Car Service | |
| 2276 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/20/2017 | ABC Limo Service | $ 125.35 | Alexandria, VA | Unknown | PU: 609 South Fiarfax Street Alexandria, VA 22314 DO: IAD | Unknown | Auto | Car Service | |
| 2277 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 8/8/2017 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Passenger: Tyler Schropp PU: Home 609 S Fairfax St DO: DCA-Ronald Reagan | Tyler Schropp | Auto | Car Service | |
| 2278 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 10/5/2017 | ABC Limo Service | $ 86.82 | Alexandria, VA | Unknown | Car from DCA (from DFW) to 609 S. Fairfax Street, Alexandria VA; passenger is Tyler | Tyler Schropp | Auto | Car Service | |
| 2279 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 6/16/2017 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Car from DCA (from DFW) to 609 S. Fairfax Street, Alexandria VA; passenger is Tyler | Tyler Schropp | Auto | Car Service | |
| 2280 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 10/13/2017 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Car form DCA (from CHS) to 609 S. Fairfax Street, Alexandria. Passenger is Tyler Schropp. | Tyler Schropp | Auto | Car Service | |
| 2281 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 6/13/2017 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Car from 609 S. Fairfax Street, Alexandria VA to DCA (to DFW); passenger is Tyler Schropp | Tyler Schropp | Auto | Car Service | |
| 2282 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 10/12/2017 | ABC Limo Service | $ 134.90 | Alexandria, VA | Unknown | Car from 52 Wolfe St. Alexandria; drop off at IAD. Passenger is Tony Makris. | Tony Makris | Auto | Car Service | |
| 2283 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 10/6/2017 | ABC Limo Service | $ 315.68 | Alexandria, VA | Unknown | Car from IAD; stop at 52 Wolf Street Alexandria, drop off at 1214 W. Braddock Rd. | Nadar Tavangar | Auto | Car Service | |
| 2284 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 10/8/2017 | ABC Limo Service | $ 379.50 | Alexandria, VA | Unknown | Car from 1214 W. Braddock Rd. Alexandria; stop at 201 N. Union Street Alexandra; wait at | Nadar Tavangar | Auto | Car Service | |
| 2285 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/17/2018 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Car pick-up for Tony Makris from 52 Wolfe St. Alexandria, VA to Dulles (flight to LAX) | Tony Makris | Auto | Car Service | |
| 2286 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/29/2018 | ABC Limo Service | $ 88.55 | Alexandria, VA | Unknown | Car pick-up for Tyler Schropp from 609 S. Fairfax Street Alexandria to 223 C Street NE | Tyler Schropp | Auto | Car Service | |
| 2287 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/8/2018 | ABC Limo Service | $ 148.70 | Alexandria, VA | Unknown | Car pick-up for Tony Makris from Dulles to 52 Wolfe St. Alexandria, VA | Tony Makris | Auto | Car Service | |
| 2372 | | 2018 | 155929 | Unknown | Unknown | Unknown | n/a | 2/20/2018 | I.I. & I.S Inc. | $ 73,775.00 | Unknown | Unknown | Air Transportation from Dallas to Fort Lauderdale to Washington to Dallas for Dana | Dana Loesch | Travel | Airfare | |
| 2374 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/28/2018 | Omni Air Transport | $ 35,345.32 | Unknown | Unknown | Leg 1 - 2/24 from Fort Worth, TX to Teterboro, NJ | Unknown | Travel | Airfare | |
| 2371 | | 2018 | 155929 | Unknown | Unknown | Unknown | n/a | 2/23/2018 | I.I. & I.S Inc. | $ 34,000.00 | Unknown | Unknown | Air Transportation from Washington to Dallas for Dana Loesch on 2/22 | Dana Loesch | Travel | Airfare | |
| 3099 | | 2018 | 155996 | 6389EB67530742FD8BEE | 2/9/2018 | Melanie Montgomery | EVP / Management Supervisor | 2/2/2018 | Wynn | $ 2,733.25 | Las Vegas, NV | Feb18 | Meeting with WLP re: NRATV | Melanie Montgomery | Travel | Lodging | |
| 3002 | | 2018 | 155996 | 70D203104889478CA519 | 2/28/2018 | Ariana Azimi | VP / Office of the CEO | 2/26/2018 | Lowell Hotel | $ 2,610.11 | Unknown | Lowell Hotel | Room for H Martin and D. Loesch while doing ABC Stephanopoulos appearance | H Martin; D Loesch | Travel | Lodging | Hotel receipt shows cash paid out as an advance for $200, room rates for two rooms and room service food |
| 2960 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ 2,347.11 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | hotel room, tax and fees | Unknown | Travel | Lodging | |
| 2990 | | 2018 | 155996 | 0948CFA77AEC415BB610 | 2/5/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 2/2/2018 | Hudson | $ 2,306.68 | Unknown | Feb18 | (water) during LD trip to Vegas for meeting with NR exec | LD | Meal/Beverages | Individual | |
| 3307 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/6/2018 | Egencia | $ 2,157.52 | Las Vegas, NV | Unknown | Hotel Purchase -Out of Policy - Jan 16, 2018 Robert McCarty (camera operator/editor) | Robert McCarty | Travel | Travel Service | |
| 2546 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/23/2018 | Carey International | $ 2,106.38 | Frederick, MD | Unknown | Passenger Henry Martin; pick up from Gaylord drop off at Dulles. Service date is 2/22/2018 | Henry Martin | Auto | Car Service | |
| 2992 | | 2018 | 156967 | D8D6CBF63D5542149A90 | 3/12/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 2/28/2018 | Hotel Indigo | $ 1,074.50 | Alexandria, VA | March18 | Non-cancelable rooms for MM and LD during OOA mtg | MM; LD | Travel | Lodging | |
| 2549 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Carey International | $ 947.87 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/26 | Clients | Auto | Car Service | |
| 2963 | | 2018 | 156967 | EXP-11557 | 2/3/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ 766.02 | Unknown | Hotel Rooms for SCI Show | Room for MD (donor) per TM | MD (donor) | Travel | Lodging | |
| 2300 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 3/25/2018 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: DCA DO: Home - 609 South Fairfax St. Alexandria, | Unknown | Auto | Car Service | |
| 2301 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 3/19/2018 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. DO: DCA | Unknown | Auto | Car Service | |
| 2302 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 3/13/2018 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | PU: DCA DO: 52 Wolf St Alexandria, VA | Unknown | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2303 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 3/16/2018 | ABC Limo Service | $ 186.59 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. ST: Union Station | Unknown | Auto | Car Service | |
| 2304 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 3/14/2018 | ABC Limo Service | $ 213.33 | Alexandria, VA | Unknown | PU: 1214 West Bradock Rd. Alexandria, Va. DO:DCA | Unknown | Auto | Car Service | |
| 2305 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/9/2018 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | Tyler Schropp - PU: DCA Ronald Reagan Washington National Airport From/To: DFW | Tyler Schropp | Auto | Car Service | |
| 2306 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/11/2018 | ABC Limo Service | $ 80.50 | Alexandria, VA | Unknown | J. Eric Deitz - PU: DCA Ronald Reagan Washington National Airport From/To: IND | J Eric Deitz | Auto | Car Service | |
| 2307 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/12/2018 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Wayne Black - PU: DCA From/To: FLL DO: N Union St Alexandra VA | Wayne Black | Auto | Car Service | |
| 2308 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/16/2018 | ABC Limo Service | $ 124.20 | Alexandria, VA | Unknown | Tony Makris - PU: 52 Wolfe St DO: Signature Aviation at Dulles Airport | Tony Makris | Auto | Car Service | |
| 2309 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/11/2018 | ABC Limo Service | $ 125.87 | Alexandria, VA | Unknown | J. Eric Deitz - PU: 201 N Union St DO: IAD | J Eric Deitz | Auto | Car Service | |
| 2310 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/11/2018 | ABC Limo Service | $ 278.30 | Alexandria, VA | Unknown | Rosa Blackwell - PU: 2121 Mass Ave Washington DC ST: 201 N Union St DO: as | Rosa Blackwell | Auto | Car Service | |
| 2311 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/12/2018 | ABC Limo Service | $ 487.03 | Alexandria, VA | Unknown | Tony Makris - PU: 52 Wolfe St DO: As directed by passenger | Tony Makris | Auto | Car Service | |
| 2312 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 4/10/2018 | ABC Limo Service | $ 853.88 | Alexandria, VA | Unknown | Tony Makris - PU: Signature Flight Support Dulles Intl Airport ST: 52 Wolfe St Alexandria | Tony Makris | Auto | Car Service | |
| 2313 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 7/24/2018 | ABC Limo Service | $ 86.83 | Alexandria, VA | Unknown | Passenger Tony Makris; PU DCA (from LAX); DO 52 Wolfe St Alexandria | Tony Makris | Auto | Car Service | |
| 2314 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 6/12/2018 | ABC Limo Service | $ 169.05 | Alexandria, VA | Unknown | Passenger Terri Michaels; PU 235 12th St NE; DO DCA | Terri Michaels | Auto | Car Service | |
| 2315 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 6/7/2018 | ABC Limo Service | $ 227.13 | Alexandria, VA | Unknown | Passenger Terri Michaels; PU DCA (from MKE), stop at Trader Joes 750 PA Ave SE, DO 235 | Terri Michaels | Auto | Car Service | |
| 2316 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 6/11/2018 | ABC Limo Service | $ 251.28 | Alexandria, VA | Unknown | Passenger Mike Bauman; PU 235 12th St NE; DO IAD (to Denver) | Mike Bauman | Auto | Car Service | |
| 2317 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 6/7/2018 | ABC Limo Service | $ 277.73 | Alexandria, VA | Unknown | Passenger Mike Bauman; PU IAD (from Denver); DO at 235 12th St NE | Mike Bauman | Auto | Car Service | |
| 2318 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 6/8/2018 | ABC Limo Service | $ 1,076.40 | Alexandria, VA | Unknown | Passenger Terri Michaels; PU 235 12th St NE; ST FBI Academy Stafford; DO as directed by | Terri Michaels | Auto | Car Service | |
| 2319 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/23/2017 | ABC Limo Service | $ 86.82 | Alexandria, VA | Unknown | PU: DCA DO: Home - 609 South Fairfax St. Alexandria, | Unknown | Auto | Car Service | |
| 2320 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 10/1/2017 | ABC Limo Service | $ 86.82 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax St. Alexandraia. Va. | Unknown | Auto | Car Service | |
| 2321 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/22/2017 | ABC Limo Service | $ 86.82 | Alexandria, VA | Unknown | PU: 52 Wolfe St. Alexandria, Va. DO: DCA | Unknown | Auto | Car Service | |
| 2322 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/27/2017 | ABC Limo Service | $ 86.82 | Alexandria, VA | Unknown | PU: DCA DO: 52 Wolfe St. Alexandria, Va. | Unknown | Auto | Car Service | |
| 2323 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 11/16/2017 | ABC Limo Service | $ 86.83 | Unknown | Unknown | PU: DCA DO: Home - 609 South Fairfax St. Alexandria, | Unknown | Auto | Car Service | |
| 2324 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/12/2017 | ABC Limo Service | $ 93.15 | Unknown | Unknown | PU: 12777 Fair Lakes Circle Fairfax, Va. DO: IAD | Claire Whitefoot | Auto | Car Service | |
| 2325 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/12/2017 | ABC Limo Service | $ 93.15 | Unknown | Unknown | PU: 12777 Fair Lakes Circle Va. DO: DCA | Unknown | Auto | Car Service | |
| 2326 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 106.95 | Unknown | Unknown | PU: IAD DO:12777 Fair Lakes Circle Fairfax, Va. | Carrie Lightfoot | Auto | Car Service | |
| 2327 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 106.95 | Unknown | Unknown | PU: IAD DO:12777 Fair Lakes Circle Fairfax, Va. | Unknown | Auto | Car Service | |
| 2328 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 106.95 | Unknown | Unknown | PU: IAD DO:12777 Fair Lakes Circle Fairfax, Va. | Unknown | Auto | Car Service | |
| 2329 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 106.95 | Unknown | Unknown | PU: IAD DO:12777 Fair Lakes Circle Fairfax, Va. | Unknown | Auto | Car Service | |
| 2330 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 106.95 | Alexandria, VA | Unknown | PU: IAD DO:12777 Fair Lakes Circle Fairfax, Va. | Ashly Suris | Auto | Car Service | |
| 2331 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/19/2017 | ABC Limo Service | $ 118.45 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax St. Alexandraia. Va. | Unknown | Auto | Car Service | |
| 2332 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 11/11/2017 | ABC Limo Service | $ 129.38 | Alexandria, VA | Unknown | PU: Home - 609 South Fairfax St. Alexandraia. Va. | Unknown | Auto | Car Service | |
| 2333 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/13/2017 | ABC Limo Service | $ 149.44 | Alexandria, VA | Unknown | PU: DCA ST: Landini Brothers | Unknown | Auto | Car Service | |
| 2334 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/12/2017 | ABC Limo Service | $ 201.77 | Alexandria, VA | Unknown | PU: 12777 Fair Lakes Circle Fairfax, Va. DO: IAD | Ashly Suris | Auto | Car Service | |
| 2335 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/13/2017 | ABC Limo Service | $ 208.73 | Alexandria, VA | Unknown | PU: 201 N Union St. Alexandria, Va. ST: As directed by pass. | Unknown | Auto | Car Service | |
| 2336 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/28/2017 | ABC Limo Service | $ 213.32 | Alexandria, VA | Unknown | PU: 201 N Union St. Alexandria, Va. DO: IAD | Unknown | Auto | Car Service | |
| 2337 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/9/2017 | ABC Limo Service | $ 227.13 | Alexandria, VA | Unknown | PU: IAD ST: 609 South Fairfax St. Alexandria, Va. | Unknown | Auto | Car Service | |
| 2338 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/29/2017 | ABC Limo Service | $ 229.77 | Alexandria, VA | Unknown | PU: 1214 West Bradock Rd. Alexandria, Va. DO: IAD | Unknown | Auto | Car Service | |
| 2339 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/6/2017 | ABC Limo Service | $ 349.77 | Alexandria, VA | Unknown | PU: 201 N Union St. Alexandria, Va. ST: As directed by pass. | Unknown | Auto | Car Service | |
| 2340 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/21/2017 | ABC Limo Service | $ 365.12 | Alexandria, VA | Unknown | PU: Martin State Airport ST: 210 Wickersham Way, Cockeysville, MD | Dennis Azato | Auto | Car Service | |
| 2341 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 474.38 | Alexandria, VA | Unknown | PU: 1214 West Bradock Rd. Alexandria, Va. ST: Hotel, 220 South Union St. Alexandria, Va. | Unknown | Auto | Car Service | |
| 2342 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 9/20/2017 | ABC Limo Service | $ 516.92 | Alexandria, VA | Unknown | PU: 201 N Union St. Alexandria, Va. ST: 210 Wickersham Way, Cockeysville, MD | Dennis Azato | Auto | Car Service | |
| 2343 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/10/2017 | ABC Limo Service | $ 573.85 | Alexandria, VA | Unknown | PU: 12777 Fair Lakes Circle Va. WT: 4100 Monument Circle Drive Faifax, va. | Unknown | Auto | Car Service | |
| 2344 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/11/2017 | ABC Limo Service | $ 1,143.10 | Alexandria, VA | Unknown | PU: 12777 Fair Lakes Circle Va. ST: 11250 Waples Mill Rd. Fairfax, Va. | Unknown | Auto | Car Service | |
| 2345 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/11/2017 | ABC Limo Service | $ 1,151.67 | Alexandria, VA | Unknown | PU: 12777 Fair Lakes Circle Va. ST: 11250 Waples Mill Rd. Fairfax, Va. | Unknown | Auto | Car Service | |
| 2346 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Ace Cab | $ 19.69 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Transportation to hotel | LD | Auto | Taxi | |
| 2962 | | 2018 | 156967 | EXP-11557 | 2/3/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ 755.19 | Unknown | Hotel Rooms for SCI Show | Room for MD (donor) per TM | MD (donor) | Travel | Lodging | |
| 2348 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/13/2016 | Adobe Acrobat Pro | $ 23.99 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | Subscription to Acrobat Pro - needed to make last minute edits to sponsor analytics/docs. | Hayley Holmes | Miscellaneous | Other | |
| 2349 | 12 | 2017 | 148014 | EXP-10175 | 12/29/2016 - 3/10/2017 | Kurt Atterberry | Billing / Accounts Receivable Supervisor | 2/10/2017 | Alaska Airlines | $ 468.40 | Unknown | Expenses associated with meetings with Revan and Youth for Tomorrow's Heart 2 Heart Event | H Martin to attend Youth for Tomorrow's Heart 2 Heart Event (NR-OOP) | H Martin | Miscellaneous | Other | |
| 2350 | 12 | 2017 | 148014 | EXP-10175 | 12/29/2016 - 3/10/2017 | Kurt Atterberry | Billing / Accounts Receivable Supervisor | 2/10/2017 | Alaska Airlines | $ 468.40 | Unknown | Expenses associated with meetings with Revan and Youth for Tomorrow's Heart 2 Heart Event | A Lair to attend Youth for Tomorrow's Heart 2 Heart Event (NR-OOP) | A Lair | Miscellaneous | Other | |
| 2351 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | n/a | Brady Wardlaw | $ 375.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | 5 days @ $75 makeup left/given for Susan LaPierre |
| 2352 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/4/2016 | Alexandria Yellow Cab | $ 20.49 | Alexandria, VA | Unknown | Passenger Name: Justine Charles Pickup: 201 N Union St Destination: Gaylord National Resort | Justine Charles | Auto | Car Service | |
| 2353 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/3/2016 | Alexandria Yellow Cab | $ 22.00 | Alexandria, VA | Unknown | Passenger Name: Jenni S Pickup: 201 N Union St Destination: Gaylord National Resort and | Jenni S | Auto | Car Service | |
| 2354 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/2/2016 | Alexandria Yellow Cab | $ 32.08 | Alexandria, VA | Unknown | Passenger Name: Wendy Fitzgerald Pickup 201 N Union St Destination: Gaylord National | Wendy Fitzgerald | Auto | Car Service | |
| 2355 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/2/2016 | Alexandria Yellow Cab | $ 52.12 | Alexandria, VA | Unknown | Passenger Name: Eric Pickup: 201 N Union St Destination: National Harbor Blvd MD 20745 | Eric | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2356 | | 2017 | 145564 | EXP-9695 | 9/2/16 - 1/6/17 | Sam Guertler | Unknown | 9/2/2016 | American Airlines | $ (200.00) | Unknown | travel account clean up | Airfare reported on EXP 8653 never hit card | Unknown | Travel | Airfare | |
| 2357 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 1/30/2017 | American Airlines | $ 229.20 | Unknown | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Flight for M. Cremer to DC for YFT event, at request of S. LaPierre | M Cremer | Travel | Airfare | |
| 2358 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Amazon | $ 43.21 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Supplies ordered for sponsor meeting suite | MM | Miscellaneous | Other | |
| 2359 | | 2017 | 148014 | EXP-10122 | 1/11/2017 - 3/22/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Amazon | $ 33.95 | Unknown | M. Montgomery February Clean Up report (SG) | Canned beverages purchased for client meetings at SHOT Show (no receipt) | M Montgomery | Meal/Beverages | Individual | |
| 2360 | | 2018 | 155996 | 6389EB67530742FD8BEE | 2/9/2018 | Melanie Montgomery | EVP / Management Supervisor | 1/26/2018 | American Airlines | $ 279.30 | Unknown | Feb18 | Meeting with WLP re: NRATV | Melanie Montgomery | Travel | Airfare | |
| 2361 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/27/2018 | American Airlines | $ 428.70 | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | |
| 2362 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/14/2018 | American Airlines | $ 543.70 | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | |
| 2363 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/18/2018 | American Airlines | $ 545.20 | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | |
| 2364 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 900.00 | Unknown | Unknown | Travel from Nashville to DC | Unknown | Travel | Airfare | |
| 2365 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/9/2017 | B&H Photo | $ 1,008.42 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | Apple iPad Pro |
| 2366 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 6/15/2017 | Lyndsey Peck | $ 912.00 | Unknown | Unknown | Hair and Makeup Half Day + Parking 6/14 - 6/15 | Hayley Holmes | Miscellaneous | Other | Approved by Hayley Holmes 6/21/2017; No PO due to last minute scheduling |
| 2367 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/19/2017 | Debbie Dover | $ 54.70 | Joelton, TN | Unknown | Uber reimbursements | Unknown | Auto | Taxi | |
| 2368 | | 2017 | 149459 | EXP-10496 | 4/26/2017 - 6/5/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | Corporate America Aviation | $ 25,300.00 | Unknown | NR air charter for dana loesch - dallas to atlanta to attend NR annual meetings and pre-meetings | NR charter to get dana loesch to atlanta for NRA annual meetings | Dana Loesch | Travel | Airfare | |
| 2369 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/30/2018 | Delta Airlines | $ (14.25) | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | |
| 2370 | | 2017 | 149459 | EXP-10496 | 4/26/2017 - 6/5/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | I.I. & I.S Inc. | $ 5,060.00 | Unknown | NR air charter for dana loesch - dallas to atlanta to attend NR annual meetings and pre-meetings | Commission on air charter for dana loesch to atlanta for pre-meetings on Media issues | Dana Loesch | Travel | Airfare | |
| 2946 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/24/2018 | Global Road Show Limo | $ 734.49 | Unknown | Unknown | Car for the day; 6 hours total x 80 per hour - passengers are Angus McQueen (Henry + 3). | Angus McQueen; Henry Party | Auto | Car Service | |
| 2299 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/22/2018 | ABC Limo Service | $ 598.94 | Virginia | Unknown | PU 1214 West Braddock WT Ritz Tyson's | Unknown | Auto | Car Service | |
| 2373 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/29/2017 | Omni Air Transport | $ 29,225.23 | Unknown | Unknown | Aircraft Charter Leg 1: 8/24/2017 Depart: Ft. Worth Arrive: Milwaukee, WI Leg 2: 8/26/2017 | Unknown | Travel | Airfare | |
| 2846 | | 2018 | 155996 | 6389EB67530742FD8BEE | 2/9/2018 | Melanie Montgomery | EVP / Management Supervisor | 2/1/2018 | Southwest | $ 528.18 | Unknown | Feb18 | Meeting with WLP re: NRATV | Melanie Montgomery | Travel | Airfare | |
| 2375 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | March 11-12, 2018 | Omni Air Transport | $ 9,423.45 | Unknown | Unknown | Aircraft repositioned to DFW before cancelation notice was received. Invoice | Unknown | Travel | Airfare | |
| 2376 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Southwest | $ 538.98 | Unknown | MM SHOT Show Travel/Expenses | LD flight to vegas - new flight booked day of trip due to travel delays/cancellations. Booked | LD | Travel | Airfare | |
| 2945 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/25/2018 | Global Road Show Limo | $ 517.50 | Unknown | Unknown | Car for the day; 4.5 hours total x 80 per hour - passengers are Angus McQueen (Henry + 3). | Angus McQueen; Henry Party | Auto | Car Service | |
| 2961 | | 2018 | 156967 | EXP-11557 | 2/3/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ 463.72 | Unknown | Hotel Rooms for SCI Show | Room deposit for BS per TM | BS | Travel | Lodging | |
| 2379 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/31/2018 | ANLV | $ 18.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab to SCI Show | Unknown | Auto | Taxi | |
| 2380 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Apple Store | $ 457.85 | Unknown | MM SHOT Show Travel/Expenses | Business supplies/chargers for HH?LD?MM for SHOT travel/sponsor meetings | HH; LD; MM | Miscellaneous | Other | |
| 2381 | | 2016 | 140440 | EXP-7557 | 1/14/2016-6/27/2016 | Hayley Holmes | Account Executive | 4/14/2016 | Apple Store | $ 138.96 | Unknown | MM Clean Up Report | Phone case/charger for T. Makis - purchased during meeting w/ NRA Execs | T Makris | Miscellaneous | Other | |
| 2382 | | 2017 | 145564 | EXP-9056 | 8/28/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/4/2016 | Apple Store | $ 360.81 | Unknown | HH Clean Up Report - Dec | Favor - Apple store chargers/phone cases ordered for J. Powell/T. Makris - per TM | J Powell; T Makris | Miscellaneous | Other | |
| 2383 | | 2017 | 145564 | EXP-9587 | 9/28/16 - 1/3/17 | Hayley Holmes | Account Executive | 12/7/2016 | Apple Store | $ 165.47 | Unknown | MM December clean up report | Favor - computer charger purchased for J Powell | J Powell | Miscellaneous | Other | |
| 2384 | | 2017 | 147112 | EXP-9957 | 1/3/17 - 2/9/17 | Mike Dennehy | EVP / Corporate Technology | 1/11/2017 | Apple Store | $ 421.83 | Unknown | Purchases for NRA | I.AM headphones, Apple TV & HDMI cable for Susan LaPierre | Susan LaPierre | Miscellaneous | Other | |
| 2385 | | 2017 | 147112 | EXP-9985 | 1/11/17 - 2/13/17 | Mike Dennehy | EVP / Corporate Technology | 1/11/2017 | Apple Store | $ 82.68 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Apple adapters for Susan Oden new MacBook Pro | Susan Oden | Miscellaneous | Other | |
| 2386 | | 2017 | 148014 | EXP-10182 | 2/17/2017 - 3/15/2017 | Edward Ned | Technology Manager | 2/17/2017 | Apple Store | $ 817.29 | Dallas, TX | LD - Josh Powell computer repair expenses | Josh Powell's computer repairs | Josh Powell | Miscellaneous | Telecommunications | |
| 2387 | | 2017 | 149459 | EXP-10618 | 2/15/2017 - 5/31/2017 | Hayley Holmes | Account Executive | 4/6/2017 | Apple Store | $ 107.17 | Unknown | HH Misc. cleanup report | Phone charging case purchased for A/M - for HH | HH | Miscellaneous | Other | |
| 2388 | | 2017 | 149459 | EXP-10618 | 2/15/2017 - 5/31/2017 | Hayley Holmes | Account Executive | 4/6/2017 | Apple Store | $ 107.17 | Unknown | HH Misc. cleanup report | Phone charging case purchased for A/M - for MM | MM | Miscellaneous | Other | |
| 2389 | | 2017 | 150457 | EXP-10724 | 3/16/2017-6/16/2017 | Hayley Holmes | Account Executive | 4/6/2017 | Apple Store | $ 32.42 | Unknown | H. Holmes clean up report | Screen protector for J. Powell | J Powell | Miscellaneous | Other | |
| 2390 | | 2018 | 154707 | 02528FE380E14576A01F | 1/16/2018 | Eric Van Horn | Account Executive | 1/7/2018 | Apple Store | $ 20.57 | Dallas, TX | January | Phone charger for Tony Makris | Tony Makris | Miscellaneous | Other | |
| 2391 | | 2018 | 158521 | 434403E136C841FFB796 | 5/8/2018 | Eric Van Horn | Account Executive | 5/1/2018 | Apple Store | $ 489.25 | Unknown | May 2018 - JG | Chargers, phone case, screen protectors, mobile charger per Tony Makris | Tony Makris | Miscellaneous | Other | |
| 2392 | | 2017 | 148749 | EXP-10507 | 4/26/2017 - 4/30/2017 | Patrick McCarty | Traffic Director | 4/26/2017 | AT&T | $ 49.98 | Unknown | Patrick McCarty Out of Pocket expenses for NRA Annual Meetings in Atlanta 4/26-4/30 | Purchase of two iPhone chargers for Tony Makris | Tony Makris | Miscellaneous | Other | |
| 2393 | | 2017 | 147112 | EXP-9957 | 1/3/17 - 2/9/17 | Mike Dennehy | EVP / Corporate Technology | 1/9/2017 | B&H Photo | $ 3,763.65 | Unknown | Purchases for NRA | Purchased a MacBook Pro, iPad Pro & iPod for Susan LaPierre | Susan LaPierre | Miscellaneous | Other | |
| 2394 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/9/2017 | B&H Photo | $ 22.38 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | Macally PRTCTV CS/Stand F/iPad Pro |
| 2395 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/19/2017 | Debbie Dover | $ 535.19 | Joelton, TN | Unknown | Food/beverage reimbursments | Unknown | Meal/Beverages | Individual | |
| 2396 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/15/2016 | Debbie Dover | $ 500.00 | Joelton, TN | Unknown | NRA travel rate | Unknown | Travel | Other | Approved by Lacy Duffy PO: 110838 |
| 2298 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/12/2018 | ABC Limo Service | $ 379.50 | Virginia | Unknown | PU: 52 Wolfe ST Alexandria WT: Trump International DC | Unknown | Auto | Car Service | |
| 2398 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Baccarat | $ 25.09 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments - HH, and OOA C. Sprangers - meeting to discuss sponsor | HH; C Sprangers | Meal/Beverages | Group | |
| 2399 | | 2018 | 158521 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 5/6/2018 | Bass Pro | $ 43.28 | Grapevine, TX | May Expenses Report - 1st | Rifle magazines for TM | TM | Miscellaneous | Other | |
| 2400 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/18/2017 | Bellini | $ 48.56 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Refreshments | HH | Meal/Beverages | Individual | |
| 2401 | | 2017 | 148014 | EXP-10252 | 1/19/2017 - 3/23/2017 | Hayley Holmes | Account Executive | 1/19/2017 | Bellini | $ 32.12 | Unknown | HH SHOT Show Clean Up report | Refreshments for clients (OOA) during SHOT show | OOA clients | Meal/Beverages | Group | |
| 2754 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/1/2018 | Colonial Parking | $ 356.00 | Baltimore, MD | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2403 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/5/2017 | Blackship Little Katana | $ 20.00 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Tip for waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2404 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/6/2017 | Blackship Little Katana | $ 20.00 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Tip for waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2405 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Blackship Little Katana | $ 20.00 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Tip for waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2406 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/3/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cash tip to waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2407 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/4/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cash tip to waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2408 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/5/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cash tip to waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2409 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/5/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip to bartender per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2410 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/6/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip to bartender per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 2411 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/6/2018 | Blackship Little Katana | $ 100.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip to waiter per Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 3086 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | MGM | $ 329.72 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | beverages and podium for cox speech | Cox | Meal/Beverages | Individual | |
| 2413 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/31/2018 | Border Grill | $ 75.62 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Lunch with P McCarty | Jon Carter; P McCarty | Meal/Beverages | Group | |
| 2414 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Bouchon | $ 9.00 | Beverly Hills, CA | LD SHOT Show Travel/Expenses (DG) | coffee for LD | LD | Meal/Beverages | Individual | |
| 2415 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Bouchon | $ 15.00 | Beverly Hills, CA | LD SHOT Show Travel/Expenses (DG) | Breakfast/coffee for LD (paid cash) | LD | Meal/Beverages | Individual | |
| 2416 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Bouchon | $ 17.00 | Beverly Hills, CA | LD SHOT Show Travel/Expenses (DG) | Breakfast/coffee for LD (paid cash) | LD | Meal/Beverages | Individual | |
| 2417 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Bouchon | $ 42.23 | Beverly Hills, CA | HH Travel to Vegas for 2017 SHOT Show | Client refreshments | Client | Meal/Beverages | Individual | |
| 2418 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 53.00 | Atlanta, GA | Unknown | Unknown | Unknown | Meal/Beverages | Individual | |
| 2419 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 4/30/2016 | JM Uber Transportation Recoveries | $ 127.20 | Unknown | Unknown | Uber April Reclass for Billing | Unknown | Auto | Taxi | Billed to account "15000NRCONF |
| 2420 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 5.82 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Tropical Smoothie Café | Unknown | Meal/Beverages | Individual | |
| 2421 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 5.82 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Tropical Smoothie Café | Unknown | Meal/Beverages | Individual | |
| 2422 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 5.82 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Tropical Smoothie Café | Unknown | Meal/Beverages | Individual | |
| 2423 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 6.35 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2424 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 6.35 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2425 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 8.42 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2426 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 8.46 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2427 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 8.51 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Starbucks | Unknown | Meal/Beverages | Individual | |
| 2428 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 8.55 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2429 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 9.05 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2430 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 10.07 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Starbucks | Unknown | Meal/Beverages | Individual | |
| 2431 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 11.56 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2432 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 12.44 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2433 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 16.40 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2434 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 26.87 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2435 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 35.33 | Mt. Juliet, TN | Unknown | Travel expenses - meals - California Pizza Kitchen | Unknown | Meal/Beverages | Individual | |
| 2436 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 40.71 | Mt. Juliet, TN | Unknown | Travel expenses - meals - Legal Sea Foods | Unknown | Meal/Beverages | Individual | |
| 2437 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 44.94 | Mt. Juliet, TN | Unknown | Travel expenses - Uber | Unknown | Auto | Taxi | |
| 2438 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 300.00 | Mt. Juliet, TN | Unknown | 4 days @ $75.00 makeup left/given | Unknown | Miscellaneous | Other | |
| 2439 | | 2016 | 136859 | EXP-6913 | 1/11/2016 - 2/15/2016 | Hayley Holmes | Account Executive | 1/11/2016 | Southwest | $ (535.98) | Unknown | MM SHOT Show Flight Refund | Flight canceled/refunded due to change in travel plans | MM | Travel | Airfare | |
| 2440 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Full day makeup | Unknown | Miscellaneous | Other | |
| 2441 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Full day makeup | Unknown | Miscellaneous | Other | |
| 2442 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Full day makeup | Unknown | Miscellaneous | Other | |
| 2443 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/13/2016 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Full day makeup/travel | Unknown | Miscellaneous | Other | |
| 2444 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 5.02 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Meal/Beverages | Individual | |
| 2445 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 3/31/2016 | JM Uber Transportation Recoveries | $ 34.97 | Unknown | Unknown | JM Record March Uber Recoveries for NR OOP and New Business use for March 2016 | Unknown | Auto | Taxi | Coded to account "15000NRCONF" for March Uber OOP Usage Journal |
| 2446 | | 2018 | 158521 | 9A3E1369F403CC4B307 | 5/17/2018 | Melanie Montgomery | EVP / Management Supervisor | 5/6/2018 | Saint Ann Restaurant | $ 107.85 | Unknown | May18 | NRA OOA meal during annual meeting | OOA full team; T Schropp; L Duffy; N Tavangar | Meal/Beverages | Group | Comment on Expense Report: dinner during annual meetings with OOA full team including T Schropp, L Duffy, N. Tavangar |
| 2447 | | 2018 | 158521 | 9A3E1369F403CC4B307 | 5/17/2018 | Melanie Montgomery | EVP / Management Supervisor | 5/6/2018 | Saint Ann Restaurant | $ 1,464.57 | Unknown | May18 | NRA OOA meal during annual meeting | OOA full team; T Schropp; L Duffy; N Tavangar | Meal/Beverages | Group | Comment on Expense Report: dinner during annual meetings with OOA full team including T Schropp, L Duffy, N. Tavangar |
| 2448 | | 2018 | 158521 | 35C2A431AA9340AD9E05 | 5/31/2018 | Jeff Minson | Financial Analyst | 5/24/2018 | TX Pref Health | $ 708.00 | Dallas, TX | NOP May 2 | D Loesch Medical Concierge | D Loesch | Miscellaneous | Other | Comment: Jeff Minson: Prorated portion of $2,000 annual - $708 |
| 2449 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Delta | $ 60.00 | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | |
| 2450 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 45.00 | Atlanta, GA | Unknown | Unknown | Unknown | Meal/Beverages | Individual | Ecco |
| 2451 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/18/2017 | Carolyn Comfort | $ 380.00 | Unknown | Unknown | See notes | Carolyn Comfort | Travel | Other | Email from Patrick McCarty to Stephanie West - request to provide Carolyn Comfort with a check for 380.63 which will cover |
| 2452 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 5/15/2016 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Unknown | Unknown | Auto | Parking | Email indicated parking statemet was attached, but attachment was not provided. Note also states 15000NRCONF and that it is a |
| 2453 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ 75.78 | Unknown | Unknown | Monthly parking expense | Woody | Auto | Parking | Email regarding monthly parking expense for Woody sent from Lesia Aguilar to Terri Voskuhl on April 27, 2015 |
| 2454 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 64.99 | Atlanta, GA | Unknown | Unknown | Unknown | Meal/Beverages | Group | Empire State South |
| 2455 | | 2018 | 158232 | Unknown | Unknown | Unknown | n/a | 5/25/2018 | Washington Speakers Bureau | $ 5,364.36 | Dallas, TX | Unknown | Invoice from Washington Speakers Bureau for expense incurred by WLF speaker (Tucker | Tucker Carlson | Miscellaneous | Other | Event date 5/4/2018; Contract number J7882 |
| 2456 | | 2016 | 141517 | EXP-8005 | 3/29/2016 - 7/27/2016 | Hayley Holmes | Account Executive | 6/20/2016 | Office Depot | $ 887.54 | Unknown | HH clean up report - July 2016 (SG) | NR - office supplies for NRA exec WLP | WLP | Miscellaneous | Other | Expense by Haley Holmes for Haley Holmes - clean up report - July 2016 |
| 2457 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/30/2018 | Four Seasons | $ (472.50) | Orlando, FL | Unknown | Unknown | Unknown | Travel | Lodging | Expense refunded - note that expense will be applied to following month |
| 2458 | | 2016 | 139727 | EXP-7701 | 3/7/2016 to 5/25/2016 | Hayley Holmes | Account Executive | 3/7/2016 | PayPal | $ 125.00 | Unknown | Eric Van Horn NRA annual meetings expenses | NRA online training certification for RSO license for executive training | Lacey Duffy | Miscellaneous | Other | Expense report states "L. Duffy Misc. travel/expenses (SG)" |
| 2459 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/5/2017 | Uber | $ 19.68 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 2460 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/3/2017 | Debbie Dover | $3,600.00 | Joelton, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Flat Day 1200 rate; related to Susan LaPierre |
| 2461 | | 2017 | 150823 | EXP-10942 | 5/27/2017 - 7/31/2017 | Jeff Minson | Financial Analyst | 5/27/2017 | Four Seasons | $ (255.00) | Scottsdale, AZ | CREDIT - 5.27 FOUR SEASONS REIMBURSED FOR CHARGE | Arrival: 5/20/2017 Departure: 5/27/2017 | Unknown | Travel | Lodging | Four Seasons Resort--Scottsdale at Troon North |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2462 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/3/2017 | Debbie Dover | $3,600.00 | Joelton, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day Glam 1800 rate; related to Susan LaPierre |
| 2463 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/26/2017 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day makeup for Susan LaPierre |
| 2464 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/27/2017 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day makeup for Susan LaPierre |
| 2465 | | 2017 | 145564 | EXP-9331 | 8/29/2016 - 12/5/2016 | Hayley Holmes | Account Executive | 11/2/2016 | Southwest | $ 763.96 | Unknown | MM Clean up Report Oct/Nov | Flight to Nashville for NRA Country event | MM | Travel | Airfare | |
| 2466 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/28/2017 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day makeup for Susan LaPierre |
| 2467 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/29/2017 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day makeup for Susan LaPierre |
| 2468 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/30/2017 | Brady Wardlaw | $ 1,800.00 | Mt. Juliet, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Full day makeup/travel for Susan LaPierre |
| 2469 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 12/1/2016 | Southwest | $ 365.84 | Unknown | travel to Nashville for NRA Country Event with NRA Execs | Rescheduled flight/return to Dallas due to meetings w/ NRA donors - approved by MM to | Hayley Holmes | Travel | Airfare | |
| 2470 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 3/7/2016 | Colonial Parking | $ 356.00 | Washington, DC | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Tyler Schropp; Woody | Auto | Parking | GL entry dated 1/1/2016 but invoiced 3/7 for 4/1 |
| 2471 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 4/27/2018 | Uber | $ 43.43 | Unknown | Unknown | 2 Trips DO: 101 N Market St. Charleston, SC | Anthony Makris | Auto | Taxi | GL: "JM Reclass April Uber to 15000NRCONF" Passenger: Anthony Makris |
| 2472 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 12/6/2015 | Kimpton Hotel | $ 457.72 | Alexandria, VA | Unknown | Eric Thomas; Arrival: 12/6/2015 Departure: 12/8/2015 Hotel Monaco | Eric Thomas | Travel | Lodging | Handwritten Note: "Ethomas 12/6-12/8 per WLP" |
| 2473 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 12/6/2015 | Kimpton Hotel | $ 511.72 | Alexandria, VA | Unknown | Eric Thomas; Arrival: 12/6/2015 Departure: 12/8/2015 Hotel Monaco | Eric Thomas | Travel | Lodging | Handwritten Note: "Ethomas 12/6-12/8 per WLP" |
| 2474 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 4/26/2016 | Hotel Monaco | $ 244.88 | Alexandria, VA | Unknown | Josh Powell (Guest) NRA Board Member per Tony Makris | Josh Powell | Travel | Lodging | Hotel purchase for Josh Powell; check in Monday April 25th through April 26th @ 206.10 per night |
| 2475 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 18.93 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Miscellaneous | Other | Hudson Booksellers |
| 2476 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 17.05 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2477 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 17.05 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2478 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 17.32 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2479 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 17.61 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2480 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 26.86 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2481 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 29.47 | Mt. Juliet, TN | Unknown | Hayley Holmes - Lyft | Hayley Holmes | Auto | Taxi | |
| 2482 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 34.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - Ojeda's Restaurant | Hayley Holmes | Meal/Beverages | Individual | |
| 2483 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 65.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - Ojeda's Restaurant | Hayley Holmes | Meal/Beverages | Individual | |
| 2484 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/10/2018 | Brady Wardlaw | $ 112.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - Parigi | Hayley Holmes | Meal/Beverages | Individual | |
| 2485 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/1/2018-5/6/2018 | Brady Wardlaw | $ 375.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - makeup left/given | Hayley Holmes | Miscellaneous | Other | |
| 2486 | | 2018 | 159388 | EXP-11842 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/5/2018 | Cash Tips | $ 100.00 | Unknown | LDC A/M Expenses | Cash Tips during EVH Annual Meeting; "Tip to driver for client/staff transportation" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2487 | | 2018 | 159388 | EXP-11842 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/6/2018 | Cash Tips | $ 200.00 | Unknown | LDC A/M Expenses | Cash Tips during EVH Annual Meeting; "Tip to driver for client/staff transportation" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2488 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/2/2018 | Cash Tips | $ 5.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to bellman at Omni hotel for help with bags" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2489 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/1/2018 | Cash Tips | $ 10.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to bellman at Omni hotel for help with bags" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2490 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/4/2018 | Cash Tips | $ 10.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to concierge at Hotel Zaza for package delivery | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2491 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/1/2018 | Cash Tips | $ 20.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to concierge at Rosewood Mansion for package | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2492 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Bridgestone Arena | $ 122.00 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Refreshments for donors at NRA Country event | Donors | Meal/Beverages | Group | |
| 2493 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Bridgestone Arena | $ 22.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | Refreshments purchased for NRA clients/donors at NRA Country event | NRA clients; NRA donors | Meal/Beverages | Group | |
| 2494 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Bridgestone Arena | $ 120.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | Refreshments purchased for NRA clients/donors at NRA Country event | NRA clients; NRA donors | Meal/Beverages | Group | |
| 2495 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Burger King | $ 16.96 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | Snack at the airport (no receipt) | Hayley Holmes | Meal/Beverages | Individual | |
| 2496 | | 2018 | 159388 | 0F0A7329E0DC41FCA114 | 5/7/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 5/4/2018 | Café Herrera | $ 78.58 | Dallas, TX | May18 | Lunch during NRAAM | Unknown | Meal/Beverages | Individual | |
| 2497 | | 2016 | 136859 | EXP-6941 | 2/18/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Carey International | $ 565.78 | Las Vegas, NV | Car service at SHOT Show for client/sponsor meetings (SG) | Car service for Fri. | Hayley Holmes | Auto | Car Service | |
| 2498 | | 2016 | 136859 | EXP-6941 | 2/18/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Carey International | $ 884.29 | Las Vegas, NV | Car service at SHOT Show for client/sponsor meetings (SG) | Car service for Tue. | Hayley Holmes | Auto | Car Service | |
| 2499 | | 2016 | 136859 | EXP-6941 | 2/18/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Carey International | $ 963.92 | Las Vegas, NV | Car service at SHOT Show for client/sponsor meetings (SG) | Car service for Mon. | Hayley Holmes | Auto | Car Service | |
| 2500 | | 2016 | 136859 | EXP-6941 | 2/18/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Carey International | $ 963.92 | Las Vegas, NV | Car service at SHOT Show for client/sponsor meetings (SG) | Car service for Wed. | Hayley Holmes | Auto | Car Service | |
| 2501 | | 2016 | 136859 | EXP-6941 | 2/18/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Carey International | $ 1,003.74 | Las Vegas, NV | Car service at SHOT Show for client/sponsor meetings (SG) | Car service for Thurs. | Hayley Holmes | Auto | Car Service | |
| 2502 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/18/2016 | Carey International | $ 106.74 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation FOR Chris and Dana Loesch from airport to hotel in Louisville | Chris; Dana Loesch | Auto | Car Service | |
| 2503 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/16/2016 | Carey International | $ 252.08 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | transportation for HH in Louisville (Monday morning) | HH | Auto | Car Service | |
| 2504 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/23/2016 | Carey International | $ 378.12 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2505 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/22/2016 | Carey International | $ 1,134.36 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2506 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/17/2016 | Carey International | $ 1,260.40 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2507 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/16/2016 | Carey International | $ 1,324.67 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation for MM/LD in Louisville (Monday afternoon) | MM; LD | Auto | Car Service | |
| 2508 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/20/2016 | Carey International | $ 1,512.48 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2509 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/18/2016 | Carey International | $ 1,827.58 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2510 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/19/2016 | Carey International | $ 2,016.64 | Louisville, KY | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2511 | | 2016 | 139727 | EXP-7766 | 5/16/2016 to 6/1/2016 | Hayley Holmes | Account Executive | 5/21/2016 | Carey International | $ 2,079.66 | Unknown | Expense report states 'transportation services in Louisville for NRA A/M for MM, HH, LD, D, D, | Transportation in Louisville for MM, HH, LD, OOA | MM; HH; LD; OOA | Auto | Car Service | |
| 2512 | | 2016 | 140440 | EXP-7992 | 6/13/16 to 6/27/16 | Hayley Holmes | Account Executive | 6/13/2016 | Carey International | $ 110.00 | Unknown | Transportation Services for Level 5 filming | transportation for MM from airport to office - returning from business trip w/NRA execs | Melanie Montgomery | Auto | Car Service | |
| 2513 | | 2016 | 141517 | EXP-8220 | 3/6/2016 - 7/27/2016 | Hayley Holmes | Account Executive | 5/26/2016 | Carey International | $ 729.53 | Louisville, KY | clean up report - transportation invoices (SG) | transportation in Louisville during 2016 NRA annual meetings | Hayley Holmes | Auto | Car Service | |
| 2514 | | 2017 | 143169 | EXP-8802 | 8/4/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/22/2016 | Carey International | $ 224.68 | Dallas, TX | HH clean up report (Sept. 2016) | Transportation for J. Powell to/from dinner in Dallas | J Powell | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2515 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/9/2017 | Carey International | $ | 1,138.40 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Car service in DC | M Montgomery | Auto | Car Service | |
| 2516 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/21/2017 | Carey International | $ | 494.54 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Saturday | Melanie Montgomery | Auto | Car Service | |
| 2517 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/17/2017 | Carey International | $ | 576.96 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Tuesday | Melanie Montgomery | Auto | Car Service | |
| 2518 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/16/2017 | Carey International | $ | 880.90 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Monday | Melanie Montgomery | Auto | Car Service | |
| 2519 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/15/2017 | Carey International | $ | 989.08 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Sunday | Melanie Montgomery | Auto | Car Service | |
| 2520 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/18/2017 | Carey International | $ | 1,030.29 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Wednesday | Melanie Montgomery | Auto | Car Service | |
| 2521 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/19/2017 | Carey International | $ | 1,030.29 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Thursday | Melanie Montgomery | Auto | Car Service | |
| 2522 | | 2017 | 147112 | EXP-9985 | 1/15/17 - 2/13/17 | Eric Van Horn | Account Executive | 1/20/2017 | Carey International | $ | 1,153.92 | Las Vegas, NV | Melanie Montgomery - 2017 SHOT Show Car Service Expenses | Car service for Friday | Melanie Montgomery | Auto | Car Service | |
| 2523 | | 2017 | 149459 | EXP-10610 | 4/26/2017 - 5/31/2017 | Sam Guertler | Unknown | 4/26/2017 | Carey International | $ | 333.33 | Unknown | Carey car service | transportation during 2017 NRA AM in ATL | Unknown | Auto | Car Service | |
| 2524 | | 2017 | 149459 | EXP-10610 | 4/26/2017 - 5/31/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 903.88 | Unknown | Carey car service | transportation during 2017 NRA AM in ATL | Unknown | Auto | Car Service | |
| 2525 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 348.33 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2526 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 4/28/2017 | Carey International | $ | 1,249.98 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM (Melanie) | Unknown | Auto | Car Service | |
| 2527 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 4/27/2017 | Carey International | $ | 1,394.80 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2528 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,416.65 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2529 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,487.20 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2530 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,514.98 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2531 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,777.75 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM (Melanie) | Melanie | Auto | Car Service | |
| 2532 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,777.75 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2533 | | 2017 | 149459 | EXP-10663 | 4/27/2017 - 6/2/2017 | Sam Guertler | Unknown | 5/4/2017 | Carey International | $ | 1,916.64 | Unknown | Carey car service annual meetings | Transportation during 2017 NRA AM | Unknown | Auto | Car Service | |
| 2534 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/25/2017 | Carey International | $ | 191.80 | Dallas, TX | Unknown | Passenger: Chris Service Type: Premium Vehicle: SUV PU: 303 Chestnut Cove DO: | Chris | Auto | Car Service | |
| 2535 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/28/2017 | Carey International | $ | 191.80 | Dallas, TX | Unknown | Passenger: Chris Service Type: Premium Vehicle: SUV PU: DFW Intl Airport DO: 303 | Chris | Auto | Car Service | |
| 2536 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/29/2017 | Carey International | $ | 398.00 | Milwaukee, WI | Unknown | Passenger: Chris Vehicle: SUV PU: 50 W Florida St Milwaukee DO: Hourly A/N wait then Iron | Chris | Auto | Car Service | |
| 2537 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/30/2017 | Carey International | $ | 1,102.15 | Milwaukee, WI | Unknown | Passenger: Chris Vehicle: SUV PU: Iron Horse DO: Hourly A/D wait then SF support | Chris | Auto | Car Service | |
| 2538 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/30/2017 | Carey International | $ | 1,561.38 | Milwaukee, WI | Unknown | Passenger: Chris Vehicle: SUV PU: The Iron Horse 500 W Forida St DO: Hourly A/D wait | Chris | Auto | Car Service | |
| 2539 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/30/2017 | Carey International | $ | 1,989.99 | Milwaukee, WI | Unknown | Passenger: Lacey Duffy Vehicle: SUV PU: Kimpton jour 310 E Chicago St DO: Hourly | Lacey Duffy | Auto | Car Service | |
| 2540 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/30/2017 | Carey International | $ | 2,326.76 | Milwaukee, WI | Unknown | Passenger: Lacey Duffy Vehicle: SUV PU: Kimpton jour 310 E Chicago St DO: Hourly | Lacey Duffy | Auto | Car Service | |
| 2541 | | 2017 | 150457 | EXP-10752 | 5/1/2017-6/21/2017 | Sam Guertler | Unknown | 5/1/2017 | Carey International | $ | 333.33 | Unknown | Carey Car Service during Annual Meeting | 4.24 Danielle Harris Atlanta | Danielle Harris | Auto | Car Service | |
| 2542 | | 2017 | 150457 | EXP-10752 | 5/1/2017-6/21/2017 | Sam Guertler | Unknown | 5/1/2017 | Carey International | $ | 1,638.87 | Unknown | Carey Car Service during Annual Meeting | 4.26 Atlanta | Unknown | Auto | Car Service | |
| 2557 | | 2018 | 156967 | EXP-11671 | 1/31/2018 - 3/19/18 | Eric Van Horn | Account Executive | 2/2/2018 | Carey International | $ | 329.69 | Las Vegas, NV | MM Las Vegas Car Service | Transportation for MM and LC for meetings with NRA Executives in Las Vegas | MM; LC | Auto | Car Service | |
| 2297 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/21/2018 | ABC Limo Service | $ | 284.63 | Virginia | Unknown | PU Signature Flight Support IAD ST 1214 West Braddock Rd | Unknown | Auto | Car Service | |
| 2296 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/18/2018 | ABC Limo Service | $ | 256.74 | Virginia | Unknown | IAD to 1214 West Braddock Rd | Unknown | Auto | Car Service | |
| 2903 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 221.10 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | report fee plus OCC taxes 1/30-2/4 | Patrick McCarty | Miscellaneous | Other | |
| 2547 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 1/27/2018 | Carey International | $ | 288.49 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/27 | Clients | Auto | Car Service | |
| 2548 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 1/22/2018 | Carey International | $ | 783.02 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/22 | Clients | Auto | Car Service | |
| 3394 | | 2018 | 155996 | 6389EB67530742FD8BEE | 2/9/2018 | Melanie Montgomery | EVP / Management Supervisor | 2/8/2018 | Wynn | $ | 205.00 | Las Vegas, NV | Feb18 | A/V for meeting with WLP re NRATV | Melanie Montgomery | Event | Room Rental | |
| 2550 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 1/23/2018 | Carey International | $ | 1,071.50 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/23 | Clients | Auto | Car Service | |
| 2551 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 1/24/2018 | Carey International | $ | 1,251.80 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/24 | Clients | Auto | Car Service | |
| 2552 | | 2018 | 154707 | EXP-11517 | 1/22/2018 to 2/1/2018 | Hayley Holmes | Account Executive | 1/25/2018 | Carey International | $ | 1,277.56 | Unknown | SHOT Show 2018 Car Services | Car service for clients/meetings on 1/25 | Clients | Auto | Car Service | |
| 2553 | | 2018 | 155996 | EXP-11610 | 1/2/2018 to 2/28/2018 | Eric Van Horn | Account Executive | 1/2/2018 | Carey International | $ | 224.68 | Unknown | TM DSC Car Service | Transportation for tony Makris from airport to his hotel (Omni Dallas) during Dallas Safari Club | Tony Makris | Auto | Car Service | |
| 2554 | | 2018 | 155996 | EXP-11611 | 1/21/2018 to 2/28/2018 | Hayley Holmes | Account Executive | 1/21/2018 | Carey International | $ | 146.07 | Unknown | SHOT Show 2018 Car Service Clean Up | Car service for client meetings on 1/21 | Unknown | Auto | Car Service | |
| 2555 | | 2018 | 156967 | EXP-11610 | 1/2/2018 - 2/28/2018 | Eric Van Horn | Account Executive | 1/2/2018 | Carey International | $ | 224.68 | Dallas, TX | TM DSC Car Service | Transportation for Tony Makris from airport to his hotel (Omni Dallas) during Dallas Safari Club | Tony Makris | Auto | Car Service | |
| 2556 | | 2018 | 156967 | EXP-11671 | 1/31/2018 - 3/19/18 | Eric Van Horn | Account Executive | 1/31/2018 | Carey International | $ | 146.07 | Las Vegas, NV | MM Las Vegas Car Service | Transportation for MM and LC for meetings with NRA Executives in Las Vegas | MM; LC | Auto | Car Service | |
| 2543 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/26/2018 | Carey International | $ | 191.80 | Frederick, MD | Unknown | Passenger Henry Martin; pick up from DFW drop off at 115 Oak Lawn Avenue, Dallas | Henry Martin | Auto | Car Service | |
| 2558 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/6/2018 | Carey International | $ | 477.45 | Unknown | 2018 NRA A/M Transportation | Transportation for MM, LC (Duffy), OOA clients, EVP clients during NRA A/M | MM; LC (Duffy); OOA clients; EVP clients | Auto | Car Service | |
| 2559 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/6/2018 | Carey International | $ | 1,039.15 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |
| 2560 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/1/2018 | Carey International | $ | 1,291.91 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |
| 2561 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/2/2018 | Carey International | $ | 1,291.91 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |
| 2562 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/3/2018 | Carey International | $ | 1,376.17 | Unknown | 2018 NRA A/M Transportation | Transportation for MM, LC (Duffy), OOA clients, EVP clients during NRA A/M | MM; LC (Duffy); OOA clients; EVP clients | Auto | Car Service | |
| 2563 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/3/2018 | Carey International | $ | 1,600.85 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |
| 2564 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/4/2018 | Carey International | $ | 1,657.02 | Unknown | 2018 NRA A/M Transportation | Transportation for MM, LC (Duffy), OOA clients, EVP clients during NRA A/M | MM; LC; OOA clients; EVP clients | Auto | Car Service | |
| 2565 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/5/2018 | Carey International | $ | 1,713.19 | Unknown | 2018 NRA A/M Transportation | Transportation for MM, LC (Duffy), OOA clients, EVP clients during NRA A/M | MM; LC; OOA clients; EVP clients | Auto | Car Service | |
| 2566 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/5/2018 | Carey International | $ | 1,741.27 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |
| 2567 | | 2018 | 159547 | EXP-12009 | 4/30/2018 to 6/26/2018 | Hayley Holmes | Account Executive | 5/4/2018 | Carey International | $ | 1,797.44 | Unknown | 2018 NRA A/M Transportation | Transportation for HH, EVH, OOA clients, etc. during NRA A/M | HH; EVH; OOA clients | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2568 | | 2018 | 154707 | DB3ACE300C6F411B97E4 | 1/30/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 1/26/2018 | Southwest | $ | 1,047.96 | Unknown | JAN18 | OOP travel for meeting with WLP and T Makris re NRATV | Lacey Duffy | Travel | Airfare | |
| 2569 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Casa de Montecristo | $ | 26.79 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Cigar materials for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 2570 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/5/2017 | Casa de Montecristo | $ | 232.63 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Cigar materials for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 2571 | | 2018 | 158521 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 4/29/2018 | Casa de Montecristo | $ | 81.26 | Dallas, TX | May Expenses Report - 1st | Cash - Cigar materials for TM and NRA executives/OOA donors | TM; NRA executives; OOA donors | Miscellaneous | Gift | |
| 2572 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/4/2018 | Casa de Montecristo | $ | 119.03 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cigar materials for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 2573 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 12/31/2017 | Casa de Montecristo | $ | 285.57 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cigar materials for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 2574 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/3/2018 | Casa de Montecristo | $ | 323.67 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX. | Cigars for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 2575 | | 2018 | 159388 | Unknown | Unknown | Patrick McCarty | Traffic Director | 6/13/2018 | Casa de Montecristo | $ | 14.02 | Dallas, TX | Unknown | For TM | TM | Miscellaneous | Gift | |
| 2576 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Bar | $ | 30.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments for A. Crimmins, J. Golob, N Foster re NRAW, LAFS, WLF | A Crimmins; J Golob; N Foster | Meal/Beverages | Group | |
| 2577 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Cash Beverage Station | $ | 40.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | For beverage tickets at YFT event (entertinment for clients) | L Duffy | Meal/Beverages | Individual | |
| 2578 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 10.00 | Dallas, TX | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for HH/CN bags at Dallas airport | HH; CN | Miscellaneous | Tips | |
| 2579 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for Colion Noir bags at Venetian check in | Colion Noir | Miscellaneous | Tips | |
| 2580 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | cash tip for package delivery to Wynn room | HH | Miscellaneous | Tips | |
| 2581 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for bags at Vegas airport | HH | Miscellaneous | Tips | |
| 2582 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for package delivery to sponsor suite | HH | Miscellaneous | Tips | |
| 2583 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for HH bags at Wynn check in | HH | Miscellaneous | Tips | |
| 2584 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for hospitality set-up at venetian sponsor suite | HH | Miscellaneous | Tips | |
| 2585 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for hospitality set-up at venetian sponsor suite | HH | Miscellaneous | Tips | |
| 2586 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | cash tip for package delivery to Wynn room | HH | Miscellaneous | Tips | |
| 2587 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for hospitality set-up at venetian sponsor suite | HH | Miscellaneous | Tips | |
| 2588 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for bellman at Wynn check out | HH | Miscellaneous | Tips | |
| 2589 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for driver (Tuesday) | HH | Miscellaneous | Tips | |
| 2590 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Cash tip for driver (Friday) | HH | Miscellaneous | Tips | |
| 2591 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 10.00 | Unknown | LD SHOT Show Travel/Expenses (DG) | tip for bags at airport | LD | Miscellaneous | Tips | |
| 2592 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for doorman at Wynn arrival | LD | Miscellaneous | Tips | |
| 2593 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | waters - show floor (paid cash) | LD | Meal/Beverages | Individual | |
| 2594 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | waters - show floor (paid cash) | LD | Meal/Beverages | Individual | |
| 2595 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for doorman at Wynn departure | LD | Miscellaneous | Tips | |
| 2596 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Cash tip for bags at Vegas airport | LD | Miscellaneous | Tips | |
| 2597 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for bellman at check in Wynn | LD | Miscellaneous | Tips | |
| 2598 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip- box/supplies delivery to venetian meeting suite | LD | Miscellaneous | Tips | |
| 2599 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for cleaning service/maids | LD | Miscellaneous | Tips | |
| 2600 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 20.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Cash tip for bellman (Wynn) at check out | LD | Miscellaneous | Tips | |
| 2601 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 29.63 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Dry cleaning for meetings | LD | Miscellaneous | Other | |
| 2602 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 40.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for venetian A/V team - set up for client/sponsor meeting | LD | Miscellaneous | Tips | |
| 2603 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Cash Tips | $ | 40.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for driver Friday | LD | Miscellaneous | Tips | |
| 2604 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cash Tips | $ | 100.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | tip for driver (Monday) | LD | Miscellaneous | Tips | |
| 2605 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Cash Tips | $ | 100.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | cash tip for driver (Wednesday) | LD | Miscellaneous | Tips | |
| 2606 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Cash Tips | $ | 100.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Cash tip for driver (thurs) | LD | Miscellaneous | Tips | |
| 2607 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Cash Tips | $ | 5.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | tip for bags at DFW | Lacey Duffy | Miscellaneous | Tips | |
| 2608 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Cash Tips | $ | 10.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for hotel bellman at check in | Lacey Duffy | Miscellaneous | Tips | |
| 2609 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/19/2016 | Cash Tips | $ | 10.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for box delivery | Lacey Duffy | Miscellaneous | Tips | |
| 2610 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Cash Tips | $ | 10.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for bags at KY airport | Lacey Duffy | Miscellaneous | Tips | |
| 2611 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Cash Tips | $ | 20.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for hotel bellman at 21c hotel | Lacey Duffy | Miscellaneous | Tips | |
| 2612 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/17/2016 | Cash Tips | $ | 20.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for bellman/box delivery at 21c | Lacey Duffy | Miscellaneous | Tips | |
| 2613 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Cash Tips | $ | 20.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for bellman at hotel check out | Lacey Duffy | Miscellaneous | Tips | |
| 2614 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Cash Tips | $ | 20.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for doorman at hotel check out | Lacey Duffy | Miscellaneous | Tips | |
| 2615 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Cash Tips | $ | 60.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Sunday morning trip) | Lacey Duffy | Miscellaneous | Tips | |
| 2616 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Cash Tips | $ | 100.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Monday) | Lacey Duffy | Miscellaneous | Tips | |
| 2617 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/17/2016 | Cash Tips | $ | 100.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Tuesday) | Lacey Duffy | Miscellaneous | Tips | |
| 2618 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/20/2016 | Cash Tips | $ | 100.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Friday) | Lacey Duffy | Miscellaneous | Tips | |
| 2619 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/20/2016 | Cash Tips | $ | 100.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Wednesday) | Lacey Duffy | Miscellaneous | Tips | |
| 2620 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/21/2016 | Cash Tips | $ | 100.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | cash tip for driver (Saturday night) | Lacey Duffy | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2621 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/16/2016 | Cash Tips | $ | 100.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Cash tip for driver - transportation services for client/talent/MM/LD | Client; talent; Melanie Montgomery; LD | Miscellaneous | Tips | |
| 2622 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/17/2016 | Cash Tips | $ | 100.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Cash tip for driver - transportation services for client | Client | Miscellaneous | Tips | |
| 2623 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/18/2016 | Cash Tips | $ | 100.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Cash tip for driver - transportation services for client/talent/MM/LD | Client; talent; Melanie Montgomery; LD | Miscellaneous | Tips | |
| 2624 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/21/2016 | Cash Tips | $ | 100.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Cash tip for driver - transportation services for client/talent/MM/LD | Client; talent; Melanie Montgomery; LD | Miscellaneous | Tips | |
| 2625 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | Cash Tips | $ | 100.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Cash tip for driver - transportation services for client/talent/MM/LD | Client; talent; Melanie Montgomery; LD | Miscellaneous | Tips | |
| 2626 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 5.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | cash tip for bags at the airport | L Duffy | Miscellaneous | Tips | |
| 2627 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 10.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | Cash tip for bellman at hotel check in | L Duffy | Miscellaneous | Tips | |
| 2628 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 10.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | cash tip for bags at hotel checkout | L Duffy | Miscellaneous | Tips | |
| 2629 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 50.00 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | cash tip for driver - transportation for LD MM TM NC HH et all during NRA country event | L Duffy; MM; HH; NC; TM | Miscellaneous | Tips | |
| 2630 | | 2017 | 145564 | EXP-9682 | 11/30/16 - 1/6/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 10.00 | Nashville, TN | HH additional Nashville expenses (travel for NRA Country event - other expenses reported on ER | Cash tip for bellman at hotel check in | HH | Miscellaneous | Tips | |
| 2631 | | 2017 | 145564 | EXP-9682 | 11/30/16 - 1/6/17 | Hayley Holmes | Account Executive | 12/1/2016 | Cash Tips | $ | 10.00 | Nashville, TN | HH additional Nashville expenses (travel for NRA Country event - other expenses reported on ER | Cash tip for bellman at hotel checkout | HH | Miscellaneous | Tips | |
| 2632 | | 2017 | 145564 | EXP-9682 | 11/30/16 - 1/6/17 | Hayley Holmes | Account Executive | 11/30/2016 | Cash Tips | $ | 100.00 | Nashville, TN | HH additional Nashville expenses (travel for NRA Country event - other expenses reported on ER | Cash tip for driver in Nashville | HH | Miscellaneous | Tips | |
| 2633 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 5.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tips for bags at the airport | L Duffy | Miscellaneous | Tips | |
| 2634 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 5.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for bags at the airport | L Duffy | Miscellaneous | Tips | |
| 2635 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for doorman at hotel check out | L Duffy | Miscellaneous | Tips | |
| 2636 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for doorman at hotel check in | L Duffy | Miscellaneous | Tips | |
| 2637 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for bellman at hotel check in | L Duffy | Miscellaneous | Tips | |
| 2638 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for package delivery at hotel | L Duffy | Miscellaneous | Tips | |
| 2639 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for bellman at Venetian - helped carry boxes to meeting room | L Duffy | Miscellaneous | Tips | |
| 2640 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for package delivery at hotel | L Duffy | Miscellaneous | Tips | |
| 2641 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | cash tip for bellman at check out | L Duffy | Miscellaneous | Tips | |
| 2642 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for driver on Tues. | L Duffy | Miscellaneous | Tips | |
| 2643 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for driver on Wed. | L Duffy | Miscellaneous | Tips | |
| 2644 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for service in meeting room (for client meetings w/ sponsors etc.) | L Duffy | Miscellaneous | Tips | |
| 2645 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cash tip for driver | L Duffy | Miscellaneous | Tips | |
| 2646 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 50.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for bellman | M Montgomery | Miscellaneous | Tips | |
| 2647 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Tips | $ | 50.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for bellman | M Montgomery | Miscellaneous | Tips | |
| 2648 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for driver | M Montgomery | Miscellaneous | Tips | |
| 2649 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for meeting room set up / A/V staff | M Montgomery | Miscellaneous | Tips | |
| 2650 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for driver | M Montgomery | Miscellaneous | Tips | |
| 2651 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for food / beverage server for meeting room | M Montgomery | Miscellaneous | Tips | |
| 2652 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Cash tip for driver | M Montgomery | Miscellaneous | Tips | |
| 2653 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Cash Tips | $ | 5.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for bellman at Alexandrian hotel check-in | L Duffy | Miscellaneous | Tips | |
| 2654 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Cash Tips | $ | 5.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for doorman at Ritz hotel check-in | L Duffy | Miscellaneous | Tips | |
| 2655 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Cash Tips | $ | 5.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Cash Tip for bags at airport | L Duffy | Miscellaneous | Tips | |
| 2656 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Cash Tips | $ | 10.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | For bags at airport | L Duffy | Miscellaneous | Tips | |
| 2657 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Cash Tips | $ | 10.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for doorman at Alexandrian hotel check-in | L Duffy | Miscellaneous | Tips | |
| 2658 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Cash Tips | $ | 10.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for bellman at Ritz hotel check-out | L Duffy | Miscellaneous | Tips | |
| 2659 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Cash Tips | $ | 10.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for bellman at Alexandrian hotel check-out | L Duffy | Miscellaneous | Tips | |
| 2660 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Cash Tips | $ | 10.00 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Tip for bellman at Ritz hotel check-in | L Duffy | Miscellaneous | Tips | |
| 2661 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/9/2017 | Cash Tips | $ | 20.00 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Tip for bellman at Alexandrian upon check-in | M Montgomery | Miscellaneous | Tips | |
| 2662 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Cash Tips | $ | 20.00 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Tip for bellman at the Ritz upon check-in | M Montgomery | Miscellaneous | Tips | |
| 2663 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/9/2017 | Cash Tips | $ | 100.00 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Tip for car service driver | M Montgomery | Miscellaneous | Tips | |
| 2664 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Cash Tips | $ | 5.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for bags to Vegas airport | HH | Miscellaneous | Tips | |
| 2665 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Cash Tips | $ | 8.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Wifi to work on plane | HH | Miscellaneous | Other | |
| 2666 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash Tip for doorman at the Wynn | HH | Miscellaneous | Tips | |
| 2667 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash Tip for box delivery | HH | Miscellaneous | Tips | |
| 2668 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for bellman/bag at Venetian | HH | Miscellaneous | Tips | |
| 2669 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash Tip for bellman/bags at hotel check in at the Wynn | HH | Miscellaneous | Tips | |
| 2670 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for box delivery to women's only meet and mingle | HH | Miscellaneous | Tips | |
| 2671 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Tip for box delivery to client/sponsor meeting room | HH | Miscellaneous | Tips | |
| 2672 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Cash Tips | $ | 20.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for bellman/bag at Wynn | HH | Miscellaneous | Tips | |
| 2673 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Tips | $ | 50.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for A/V setup in meeting room | HH | Miscellaneous | Tips | |

| 2674 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 50.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for A/V set up/staff in meeting room | HH | Miscellaneous | Tips | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2675 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for driver/car service | HH | Miscellaneous | Tips | |
| 2676 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for food/beverage service all day in meeting room | HH | Miscellaneous | Tips | |
| 2677 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Tip for food/bev service all day in meeting room | HH | Miscellaneous | Tips | |
| 2678 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/20/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for driver/car service | HH | Miscellaneous | Tips | |
| 2679 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for driver/car service | HH | Miscellaneous | Tips | |
| 2680 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for bellman/bags at the Venetian during check in for C. Noir | HH | Miscellaneous | Tips | |
| 2681 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/17/2017 | Cash Tips | $ | 10.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash Tip for box delivery | HH | Miscellaneous | Tips | |
| 2682 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 50.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash Tip for A/V set up | HH | Miscellaneous | Tips | |
| 2683 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Cash Tips | $ | 100.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for driver/car service | HH | Miscellaneous | Tips | |
| 2684 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Cash Tips | $ | 5.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Cash tip for bags at Dallas airport | HH | Miscellaneous | Tips | |
| 2685 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab called by valet | Unknown | Miscellaneous | Tips | |
| 2686 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/31/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab called by valet | Unknown | Miscellaneous | Tips | |
| 2544 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/26/2018 | Carey International | $ | 191.80 | Frederick, MD | Unknown | Passenger Ari Azimi; pick up from 150 Lilac Lane Southlake TX, drop off at DFW | Ari Azimi | Auto | Car Service | |
| 2545 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/26/2018 | Carey International | $ | 191.80 | Frederick, MD | Unknown | Passenger Ari Azimi; pick up from DFW, drop off at 150 Lilac Lane Southlake | Ari Azimi | Auto | Car Service | |
| 2295 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/10/2018 | ABC Limo Service | $ | 190.90 | Virginia | Unknown | PU BWI DO Ritz Tyson's Luc Kammerer (musician) | Luc Kammerer | Auto | Car Service | |
| 2412 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/2/2018 | Border Grill | $ | 177.22 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | dinner for Jon Carter , Megan Allen (client), and PM | Jon Carter; Megan Allen (client) | Meal/Beverages | Group | |
| 2691 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Cash Tips | $ | 3.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab called by valet | Unknown | Miscellaneous | Tips | |
| 2692 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/31/2018 | Cash Tips | $ | 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | concierge | Unknown | Miscellaneous | Tips | |
| 2294 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/22/2018 | ABC Limo Service | $ | 150.94 | Virginia | Unknown | PU 201 n Union St ST 52 Wolfe St | Unknown | Auto | Car Service | |
| 2293 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/25/2018 | ABC Limo Service | $ | 136.79 | Virginia | Unknown | IAD Signature to 52 Wolfe | Unknown | Auto | Car Service | |
| 2292 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/14/2018 | ABC Limo Service | $ | 118.45 | Virginia | Unknown | 52 Wolfe ST to IAD | Unknown | Auto | Car Service | |
| 2696 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Cash Tips | $ | 25.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | valet * bellman bags | Unknown | Miscellaneous | Tips | |
| 3393 | | 2018 | 155996 | 0948CFA77AEC415BB610 | 2/5/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 2/2/2018 | Wynn | $ | 117.00 | Las Vegas, NV | Feb18 | LD stay and MM/LD + client meals etc. for meeting with NR exec | LD; MM; client | Meal/Beverages | Group | |
| 2397 | | 2018 | 155996 | 5839ADFF31CAF4DB5B08D | 2/5/2018 | Hayley Holmes | Account Executive | 2/8/2018 | B&H Photo | $ | 116.91 | Unknown | Feb18 | iPad travel protective cover/case for T. Makris | T Makris | Miscellaneous | Other | |
| 3127 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Pub 1843 | $ | 102.60 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Lunch with P McCarty | Jon Carter; P McCarty | Meal/Beverages | Group | |
| 2700 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 1/31/2018 | Cash Tips | $ | 5.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for bag check at airport | L Cremer | Miscellaneous | Tips | |
| 2710 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ | 100.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for driver | L Cremer | Miscellaneous | Tips | |
| 2882 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Emeril's New Orleans Fish House | $ | 94.40 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Lunch with P McCarty | Jon Carter; P McCarty | Meal/Beverages | Group | |
| 2291 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/10/2018 | ABC Limo Service | $ | 94.30 | Virginia | Unknown | PU DCA DO Ritz Tyson's; Bryan Frasher | Bryan Frasher | Auto | Car Service | |
| 2704 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 1/31/2018 | Cash Tips | $ | 10.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for doorman at hotel check in | L Cremer | Miscellaneous | Tips | |
| 2881 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/1/2018 | Emeril's New Orleans Fish House | $ | 92.40 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | lunch for Jon Carter and PM | Jon Carter; Patrick McCarty | Meal/Beverages | Group | |
| 2706 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 1/31/2018 | Cash Tips | $ | 20.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for bellman at check in | L Cremer | Miscellaneous | Tips | |
| 2290 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/11/2018 | ABC Limo Service | $ | 86.83 | Virginia | Unknown | PU DCA DO Ritz Tyson's | Unknown | Auto | Car Service | |
| 2708 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 1/31/2018 | Cash Tips | $ | 50.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for A/V set up in meeting room | L Cremer | Miscellaneous | Tips | |
| 2709 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 1/31/2018 | Cash Tips | $ | 100.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for driver | L Cremer | Miscellaneous | Tips | |
| 2724 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Charlottesville Airport | $ | 78.00 | Charlottesville, VA | Coordination & management of 2018 SCI event and Cox speech | parking | Unknown | Auto | Parking | |
| 2711 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/2/2018 | Cash Tips | $ | 20.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to concierge at Hotel Zaza for package delivery | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2712 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/3/2018 | Cash Tips | $ | 20.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to concierge at Hotel Zaza for package delivery | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2713 | | 2018 | 159388 | EXP-11842 | 4/30/2018-5/7/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 5/7/2018 | Cash Tips | $ | 500.00 | Unknown | LDC A/M Expenses | Cash Tips for LDC A/M Expenses | Unknown | Miscellaneous | Tips | |
| 2714 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/6/2018 | Cash Tips | $ | 20.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to concierge at Rosewood Mansion for package | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2715 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/2/2018 | Cash Tips | $ | 100.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to driver for client/staff transportation" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2716 | | 2018 | 159388 | EXP-11855 | 4/30/2018-5/6/2018 | Eric Van Horn | Account Executive | 5/4/2018 | Cash Tips | $ | 100.00 | Unknown | EVH - Annual Meeting Expenses | Cash Tips during EVH Annual Meeting; "Tip to driver for client/staff transportation" | Unknown | Miscellaneous | Tips | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main costs for driving services) |
| 2717 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/8/2018 | Debbie Dover | $ | 72.98 | Joelton, TN | Unknown | Unknown | Susan LaPierrre | Miscellaneous | Other | Invoice billed to NRA Convention/Susan LaPierre; not signed |
| 2718 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/7/2018 | Debbie Dover | $ | 50.00 | Joelton, TN | Unknown | Hayley Holmes - Processing Fee | Hayley Holmes; Susan LaPierre | Miscellaneous | Other | Invoice is approved by Hayley Holmes but billed to Susan LaPierre/NRA Convention/ vendor didn't submit estimate prior to |
| 2719 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/7/2018 | Debbie Dover | $ | 7,500.00 | Joelton, TN | Unknown | Hayley Holmes - Full Day 1500 | Hayley Holmes; Susan LaPierre | Miscellaneous | Other | Invoice is approved by Hayley Holmes but Billed to Susan LaPierre/NRA Convention/ vendor didn't submit estimate prior to |
| 2720 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/7/2018 | Debbie Dover | $ | 750.00 | Joelton, TN | Unknown | Hayley Holmes - NRA travel rate | Hayley Holmes; Susan LaPierre | Travel | Other | Invoice is approved by Hayley Holmes but Billed to Susan LaPierre/NRA Convention/ vendor didn't submit estimate prior to |
| 2721 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 11/1/2017 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | November - travel coordination | Unknown | Travel | Travel Service | |
| 2722 | | 2018 | 155520 | Unknown | Unknown | Unknown | n/a | 1/5/2018 | Brady Wardlaw | $ | 85.29 | Mt. Juliet, TN | Unknown | Lyft (36.24 and 17.05) and Cantina Laredo (32); re Makeup for headshots and events - Dallas. | Unknown | Auto | Taxi | |
| 2723 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/19/2016 | Champ | $ | 56.76 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | lunch for HH, LD, MM, Gabby Franco | Lacey Duffy; HH; MM; Gabby Franco | Meal/Beverages | Group | |
| 2937 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/1/2018 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2725 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | ChickFilA | $ | 3.78 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Meal for LD | LD | Meal/Beverages | Individual | |
| 2726 | | 2017 | 148749 | E43A14921EC446BCB1A5 | 4/28/2017 | Eric Van Horn | Account Executive | 4/27/2017 | Cigar Times | $ | 11.34 | Unknown | April Expenses | Cigar materials for Tony Makris event | Tony Makris | Miscellaneous | Gift | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2727 | | 2017 | 148749 | E43A14921EC446BCB1A5 | 4/28/2017 | Eric Van Horn | Account Executive | 4/25/2017 | Cigar Times | $ | 246.08 | Unknown | April Expenses | Cigar materials for Tony Makris event | Tony Makris | Miscellaneous | Gift | |
| 2728 | | 2017 | 146420 | EXP-9895 | 1/19/2016- 2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Coffee Bean & Tea Leaf | $ | 9.60 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Coffee/Bagel at the airport | L Duffy | Meal/Beverages | Individual | |
| 2729 | | 2017 | 148014 | EXP-10252 | 1/19/2017 - 3/23/2017 | Hayley Holmes | Account Executive | 1/23/2017 | Coffee Bean & Tea Leaf | $ | 7.55 | Unknown | HH SHOT Show Clean Up report | Coffee for D. Lasorte & HH at the airport (no receipt) | D LaSorte; HH | Meal/Beverages | Group | |
| 2730 | | 2016 | 136165 | Unknown | Unknown | Unknown | n/a | 1/7/2016 | Colonial Parking | $ | 356.00 | Baltimore, MD | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2731 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 2/8/2016 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2732 | | 2018 | 155520 | Unknown | Unknown | Unknown | n/a | 1/4/2018 | Debbie Dover | $ | 3,800.00 | Joelton, TN | Unknown | Full Day 1500 x 2, Half day Travel 750, Processing Fee 50 | Hayley Holmes | Miscellaneous | Other | |
| 2733 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 4/6/2016 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Parking - Tyler and Woody | Tyler; Woody | Auto | Parking | |
| 2734 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 6/1/2016 | Colonial Parking | $ | 356.00 | Baltimore, MD | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2735 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 6/1/2016 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2736 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 8/1/2016 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2737 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | 7/6/2016 | Colonial Parking | $ | 356.00 | Baltimore, MD | Unknown | Reserved parking for 1 spot @ 356.00 | The Mercury Group | Auto | Parking | |
| 2738 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 10/1/2016 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | Unknown | Auto | Parking | |
| 2739 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 11/1/2016 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Reserved parking | Unknown | Auto | Parking | |
| 2740 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 12/1/2016 | Colonial Parking | $ | 534.00 | Washington, DC | Unknown | Parking Spot fo 16 @178 and 2 for 356 | Unknown | Auto | Parking | |
| 2741 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 11/1/2017 | Colonial Parking | $ | 534.00 | Washington, DC | Unknown | 15 Parkers (Regular @ 178); 2 Parkers (Reserved @356) | Unknown | Auto | Parking | |
| 2742 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 2/1/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp | Auto | Parking | |
| 2743 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 3/1/2017 | Colonial Parking | $ | 356.00 | Oklahoma City, OK | Unknown | Parking | G Peterson; Tyler Schropp | Auto | Parking | |
| 2744 | | 2017 | 148014 | Unknown | Unknown | Unknown | n/a | 4/1/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | Unknown | Auto | Parking | |
| 2745 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Unknown | Unknown | Auto | Parking | |
| 2746 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 6/1/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp | Auto | Parking | |
| 2747 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 7/1/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp | Auto | Parking | |
| 2748 | | 2017 | 150823 | Unknown | Unknown | Unknown | n/a | 7/6/2017 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Unknown | Unknown | Auto | Parking | |
| 2749 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/7/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2750 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 9/6/2017 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2751 | | 2017 | 153476 | Unknown | Unknown | Unknown | n/a | 11/1/2017 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Unknown | Unknown | Auto | Parking | |
| 2752 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 12/1/2017 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Monthly cost for 1 reserved parking space | Unknown | Auto | Parking | |
| 2753 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/1/2018 | Colonial Parking | $ | 356.00 | Baltimore, MD | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2699 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Cash Tips | $ | 75.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for housekeeping for 6 days | Unknown | Miscellaneous | Tips | |
| 2755 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 3/1/2018 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Parking- Tyler and G Peterson | G Peterson; Tyler | Auto | Parking | |
| 2756 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 4/1/2018 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp | Auto | Parking | |
| 2757 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/1/2018 | Colonial Parking | $ | 356.00 | Washington, DC | Unknown | Parking - Tyler and G. Peterson | G Peterson; Tyler | Auto | Parking | |
| 2758 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/1/2018 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp; The Mercury Group | Auto | Parking | |
| 2759 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 8/1/2018 | Colonial Parking | $ | 356.00 | Baltimore, MD | Unknown | Reserved monthly parking for 1 parker @ $356.00 | Unknown | Auto | Parking | |
| 2760 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 4/1/2018 | Colonial Parking | $ | 356.00 | Unknown | Unknown | Unknown | G Peterson; Tyler Schropp | Auto | Parking | |
| 2761 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/17/2017 | Convention Floor | $ | 9.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Waters on the show floor for HH, LD, C. Fiandt | HH; LD; NC | Meal/Beverages | Group | |
| 2762 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Convention Floor | $ | 9.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Waters on the show floor for HH, LD, NC | HH; LD; NC | Meal/Beverages | Group | |
| 2763 | | 2018 | 155520 | F5EFF307B84F4419C9E49 | 1/31/2018 | Hayley Holmes | Account Executive | 1/1/2018 | Southwest | $ | 735.96 | Unknown | JAN18 | Flight for Deb Dover (make up artist) for NRA exec. Photo shoot | Deb Dover | Travel | Airfare | |
| 2764 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Craftsteak | $ | 224.03 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | dinner for Jon Carter and PM | Jon Carter; Patrick McCarty | Meal/Beverages | Group | |
| 2765 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Cru Love Field | $ | 43.81 | Dallas, TX | MM SHOT Show Travel/Expenses | Dinner for LD/MM at airport | LD; MM | Meal/Beverages | Group | |
| 2766 | | 2018 | 154707 | 02528FE380E14576A01F | 1/16/2018 | Eric Van Horn | Account Executive | 1/3/2018 | CVS | $ | 9.99 | Unknown | January | Cold medicine for Tony Makris | Tony Makris | Miscellaneous | Other | |
| 2767 | | 2016 | 136859 | EXP-6939 | 2/19/2016 - 2/20/2016 | Hayley Holmes | Account Executive | 2/19/2016 | CXIII/Landini Brothers | $ | 5,848.70 | Alexandria, VA | Meeting room rental for NRA Meetings re NRA LOD, NRAW, Digital Work, etc. | December meals | Hayley Holmes | Meal/Beverages | Group | |
| 2768 | | 2016 | 136859 | EXP-7013 | 1/31/2016 - 3/3/2016 | Hayley Holmes | Account Executive | 1/31/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRA LOD, NRAW, Digital Work, etc | January meals | Hayley Holmes | Meal/Beverages | Group | |
| 2769 | | 2016 | 138653 | EXP-7553 | 5/4/2016 - 5/10/2016 | Hayley Holmes | Account Executive | 5/4/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRA LOD, NRAW, Digital Work, etc. | March Meals (minimum amount per contact) | Hayley Holmes | Meal/Beverages | Group | |
| 2770 | | 2016 | 138653 | EXP-7553 | 5/4/2016 - 5/10/2016 | Hayley Holmes | Account Executive | 5/4/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRA LOD, NRAW, Digital Work, etc. | April Meals (minimum amount per contact) | Hayley Holmes | Meal/Beverages | Group | |
| 2771 | | 2016 | 138653 | EXP-7553 | 5/4/2016 - 5/10/2016 | Hayley Holmes | Account Executive | 5/4/2016 | CXIII/Landini Brothers | $ | 5,905.86 | Alexandria, VA | Meeting room rental for NRA meetings re NRA LOD, NRAW, Digital Work, etc. | February Meals | Hayley Holmes | Meal/Beverages | Group | |
| 2772 | | 2018 | 158521 | EB623CB0188A454DB4D9 | 5/2/2018 | Jeff Minson | Financial Analyst | 5/14/2018 | CXIII/Landini Brothers | $ | 3,208.02 | Alexandria, VA | May Billable | 4/11/18: $817.86 TM, MD, WLP, SH, JP 4/13/18: $545.96 same as 11th | TM; MD; WLP; SH; JP; A Castellanos; LO; CN | Meal/Beverages | Group | |
| 2773 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 5/1/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | May meals (minimum amount per contract) | Unknown | Meal/Beverages | Group | |
| 2774 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 7/1/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | July meals ( minimum amount per contract) | Unknown | Meal/Beverages | Group | |
| 2775 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 8/1/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | august meals (minimum amount per contract) | Unknown | Meal/Beverages | Group | |
| 2776 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 9/1/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | September meals (minimum amount per contract) | Unknown | Meal/Beverages | Group | |
| 2777 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 10/1/2016 | CXIII/Landini Brothers | $ | 1,750.00 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | October meals (minimum amount per contract) | Unknown | Meal/Beverages | Group | |
| 2778 | | 2016 | 143559 | EXP-9180 | 5/1/2016 to 11/10/2016 | Hayley Holmes | Account Executive | 6/1/2016 | CXIII/Landini Brothers | $ | 1,967.07 | Alexandria, VA | meeting room rental for NRA meetings re NRATV, LOD, NRAW<DIGITAL work (tv - | June meals | Unknown | Meal/Beverages | Group | |
| 2779 | | 2017 | 144737 | EXP-9238 | 6/30/2016 - 11/17/2016 | Terri Voskuhl | Unknown | 6/30/2016 | CXIII/Landini Brothers | $ | (720.33) | Alexandria, VA | correct Landini reported on Exp#9180 - minimum $1750 was not charged as per contract | June charges total $964.52 and Landini charged 65.15 for minimum charge. Total is 1029.67 | Unknown | Event | Room Rental | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2780 | | 2017 | 144737 | EXP-9238 | 6/30/2016 - 11/17/2016 | Terri Voskuhl | Unknown | 8/31/2016 | CXIII/Landini Brothers | $ | (369.10) | Alexandria, VA | correct Landini reported on Exp#9180 - minimum $1750 was not charged as per contract | Aug charges total 964.52 and Landini charged 677.35 for minimum charge. Tota is 1380.9 | Unknown | Event | Room Rental | |
| 2781 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 3/25/2016 | Wynn | $ | (56.00) | Las Vegas, NV | Unknown | Travel advance for Lacey Duffy - Reverse adjustment to Wynne Hotel for L Duffy during | Lacey Duffy | Travel | Lodging | |
| 2782 | | 2017 | 148749 | EXP-10372 | 1/11/2017 - 4/18/2017 | Hayley Holmes | Account Executive | 2/11/2017 | CXIII/Landini Brothers | $ | 3,500.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRATB, LOD, NRAW, CCI, Digital Work, etc. | February meals | Unknown | Meal/Beverages | Group | |
| 2783 | | 2017 | 148749 | EXP-10372 | 1/11/2017 - 4/18/2017 | Hayley Holmes | Account Executive | 3/11/2017 | CXIII/Landini Brothers | $ | 3,500.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRATB, LOD, NRAW, CCI, Digital Work, etc. | March meals | Unknown | Meal/Beverages | Group | |
| 2784 | | 2017 | 148749 | EXP-10372 | 1/11/2017 - 4/18/2017 | Hayley Holmes | Account Executive | 1/11/2017 | CXIII/Landini Brothers | $ | 4,142.99 | Alexandria, VA | Meeting room rental for NRA meetings re NRATB, LOD, NRAW, CCI, Digital Work, etc. | January meals | Unknown | Meal/Beverages | Group | |
| 2785 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 2/8/2017 | CXIII/Landini Brothers | $ | (104.78) | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | previously reported on Nader's card | Nader Tavangar | Event | Room Rental | |
| 2786 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 6/12/2017 | CXIII/Landini Brothers | $ | 22.48 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | may meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2787 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 2/8/2017 | CXIII/Landini Brothers | $ | 84.18 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | Jan meals for Bill Powers | Bill Powers | Meal/Beverages | Individual | |
| 2788 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 5/9/2017 | CXIII/Landini Brothers | $ | 221.53 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | april meals for bill powers | Bill Powers | Meal/Beverages | Individual | |
| 2789 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 5/9/2017 | CXIII/Landini Brothers | $ | 302.29 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | april meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2790 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 6/12/2017 | CXIII/Landini Brothers | $ | 393.17 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | may meals for bill powers | Bill Powers | Meal/Beverages | Individual | |
| 2791 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 8/9/2017 | CXIII/Landini Brothers | $ | 456.26 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | july meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2792 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 2/8/2017 | CXIII/Landini Brothers | $ | 499.56 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | Jan meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2793 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 8/9/2017 | CXIII/Landini Brothers | $ | 732.98 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | july meals for bill powers | Bill Powers | Meal/Beverages | Individual | |
| 2794 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 7/6/2017 | CXIII/Landini Brothers | $ | 847.01 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | june meals for lacey duffy-- account was charged to hit the 3500 charge/month | Lacey Duffy | Meal/Beverages | Individual | |
| 2795 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 8/9/2017 | CXIII/Landini Brothers | $ | 959.84 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | July meals for lacey duffy--account was charged to hit the 3500 charge/month | Lacey Duffy | Meal/Beverages | Individual | |
| 2796 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 8/9/2017 | CXIII/Landini Brothers | $ | 968.07 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | july meals for josh | Josh | Meal/Beverages | Individual | |
| 2797 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 5/9/2017 | CXIII/Landini Brothers | $ | 978.04 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | april meals for josh | Josh | Meal/Beverages | Individual | |
| 2798 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 6/12/2017 | CXIII/Landini Brothers | $ | 1,319.45 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | may meals for josh | Josh | Meal/Beverages | Individual | |
| 2799 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 5/9/2017 | CXIII/Landini Brothers | $ | 1,515.54 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | april meals for lacey duffy--account was charged to hit the $3500 charge/month | Lacey Duffy | Meal/Beverages | Individual | |
| 2800 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 6/12/2017 | CXIII/Landini Brothers | $ | 1,764.90 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | may meals for lacey duffy- $156.79. Charged an extra amount of 1608.11 on this account to hit | Lacey Duffy | Meal/Beverages | Individual | |
| 2801 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 7/6/2017 | CXIII/Landini Brothers | $ | 2,652.99 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | june meals for josh | Josh | Meal/Beverages | Individual | |
| 2802 | | 2017 | 152775 | EXP-11137 | 2/8/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 2/8/2017 | CXIII/Landini Brothers | $ | 3,454.47 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | jan meals for josh | Josh | Meal/Beverages | Individual | |
| 2803 | | 2017 | 152775 | EXP-11140 | 9/7/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 9/7/2017 | CXIII/Landini Brothers | $ | 85.67 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | august meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2804 | | 2017 | 152775 | EXP-11140 | 9/7/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 9/7/2017 | CXIII/Landini Brothers | $ | 537.58 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | august meals for melanie montgomery | Melanie Montgomery | Meal/Beverages | Individual | |
| 2805 | | 2017 | 152775 | EXP-11140 | 9/7/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 9/7/2017 | CXIII/Landini Brothers | $ | 2,061.87 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | august meals for josh | Josh | Meal/Beverages | Individual | |
| 2806 | | 2017 | 152775 | EXP-11140 | 9/7/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 9/7/2017 | CXIII/Landini Brothers | $ | 2,238.43 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | august meals for lehman | Lehman | Meal/Beverages | Individual | |
| 2807 | | 2017 | 152775 | EXP-11152 | 1/11/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 1/11/2017 | CXIII/Landini Brothers | $ | 232.78 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | december meals for chris cox | Chris Cox | Meal/Beverages | Individual | |
| 2808 | | 2017 | 152775 | EXP-11152 | 1/11/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 1/11/2017 | CXIII/Landini Brothers | $ | 243.55 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | december meals for josh powell | Josh Powell | Meal/Beverages | Individual | |
| 2809 | | 2017 | 152775 | EXP-11152 | 1/11/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 1/11/2017 | CXIII/Landini Brothers | $ | 555.86 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | december meals for bill powers | Bill Powers | Meal/Beverages | Individual | |
| 2810 | | 2017 | 152775 | EXP-11152 | 1/11/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 1/11/2017 | CXIII/Landini Brothers | $ | 867.57 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | december meals for david lehman | David Lehman | Meal/Beverages | Individual | |
| 2811 | | 2017 | 152775 | EXP-11152 | 1/11/2017 - 10/3/2017 | Shahada Kari | Production Assistant | 1/11/2017 | CXIII/Landini Brothers | $ | 1,116.14 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc | december meals for lacey duffy--account was charged to hit the 3500 charg/month | Lacey Duffy | Meal/Beverages | Individual | |
| 2812 | | 2017 | 153476 | EXP-11170 | 8/9/2017 - 10/17/2017 | Shahada Kari | Production Assistant | 8/9/2017 | CXIII/Landini Brothers | $ | 9.00 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc. | Correct amount previously reported on ER #11137 for Chris Cox | Chris Cox | Event | Room Rental | |
| 2813 | | 2017 | 153476 | EXP-11170 | 8/9/2017 - 10/17/2017 | Shahada Kari | Production Assistant | 10/6/2017 | CXIII/Landini Brothers | $ | 115.14 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc. | September meals for Josh Powell | Josh Powell | Meal/Beverages | Individual | |
| 2814 | | 2017 | 153476 | EXP-11170 | 8/9/2017 - 10/17/2017 | Shahada Kari | Production Assistant | 10/6/2017 | CXIII/Landini Brothers | $ | 791.26 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc. | September meals for Chris Cox | Chris Cox | Meal/Beverages | Individual | |
| 2815 | | 2017 | 153476 | EXP-11170 | 8/9/2017 - 10/17/2017 | Shahada Kari | Production Assistant | 10/6/2017 | CXIII/Landini Brothers | $ | 2,467.11 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital Work, etc. | September meals for Lacey Duffy - account was charged to hit the $3.500/month | Lacey Duffy | Meal/Beverages | Individual | |
| 2816 | | 2018 | 154261 | EXP-11268 | 11/6/2017 - 11/6/17 | Shahada Kari | Production Assistant | 11/6/2017 | CXIII/Landini Brothers | $ | 378.78 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital work etc. | October meals for Bill Powers | Bill Powers | Meal/Beverages | Individual | |
| 2817 | | 2018 | 154261 | EXP-11268 | 11/6/2017 - 11/6/17 | Shahada Kari | Production Assistant | 11/6/2017 | CXIII/Landini Brothers | $ | 574.22 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital work etc. | October meals for Josh Powell | Josh Powell | Meal/Beverages | Individual | |
| 2818 | | 2018 | 154261 | EXP-11268 | 11/6/2017 - 11/6/17 | Shahada Kari | Production Assistant | 11/6/2017 | CXIII/Landini Brothers | $ | 864.32 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital work etc. | October meals for Lacey - account was charged to hit the $3,500/month | Lacey | Meal/Beverages | Individual | |
| 2819 | | 2018 | 154261 | EXP-11268 | 11/6/2017 - 11/6/17 | Shahada Kari | Production Assistant | 11/6/2017 | CXIII/Landini Brothers | $ | 1,029.83 | Alexandria, VA | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital work etc. | October meals for Chris Cox | Chris Cox | Meal/Beverages | Individual | |
| 2820 | | 2018 | 154707 | 877ADCC750C84508AC76 | 1/31/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ | 142.95 | Alexandria, VA | Jan NOP | meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2821 | | 2018 | 154707 | 877ADCC750C84508AC76 | 1/31/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ | 704.19 | Alexandria, VA | Jan NOP | meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2822 | | 2018 | 154707 | 877ADCC750C84508AC76 | 1/31/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ | 1,148.36 | Alexandria, VA | Jan NOP | meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2823 | | 2018 | 154707 | 877ADCC750C84508AC76 | 1/31/2018 | Jeff Minson | Financial Analyst | 1/8/2018 | CXIII/Landini Brothers | $ | 1,504.50 | Alexandria, VA | Jan NOP | meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2824 | | 2018 | 156967 | 139678F582304D208A77 | 3/12/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ | 59.72 | Alexandria, VA | Mar Billable | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2825 | | 2018 | 156967 | 139678F582304D208A77 | 3/12/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ | 986.67 | Alexandria, VA | Mar Billable | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2826 | | 2018 | 156967 | 139678F582304D208A77 | 3/12/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ | 1,598.89 | Alexandria, VA | Mar Billable | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2827 | | 2018 | 156967 | 139678F582304D208A77 | 3/12/2018 | Jeff Minson | Financial Analyst | 3/6/2018 | CXIII/Landini Brothers | $ | 4,331.46 | Alexandria, VA | Mar Billable | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2828 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ | 98.39 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2829 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ | 318.12 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2830 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ | 1,016.20 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings | Unknown | Event | Room Rental | |
| 2831 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ | 1,400.48 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2832 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ | 2,941.88 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2833 | | 2018 | 160161 | F78D842C7E574B31B747 | 7/2/2018 | Jeff Minson | Financial Analyst | 7/2/2018 | CXIII/Landini Brothers | $ 3,206.95 | Alexandria, VA | JULY BILLABLE | Room Rental for NRA Meetings re NRATV, LOD, NRAW, CCI, D | Unknown | Event | Room Rental | |
| 2834 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 3/25/2016 | Wynn | $ (56.00) | Las Vegas, NV | Unknown | Travel advance for Lacey Duffy - Correctly report adjustment to Wynne Hotel for L Duffy | Lacey Duffy | Travel | Lodging | |
| 2835 | | 2018 | 154706/155170 | EXP-11393 | 1/31/2017-12/20/2017 | Christy Degiusti | Controller, Media | 1/31/2017 | CXIII/Landini Brothers | $ (3,454.47) | Alexandria, VA | correct exp rpt 11137 and exp 10372 - double reporting of Jan 17 CXIII charges | January Meals | Unknown | Meal/Beverages | Individual | correct exp rpt 11137 and exp 10372 - double reporting of Jan 17 CXIII charges |
| 2836 | | 2018 | 154706/155170 | EXP-11393 | 1/31/2017-12/20/2017 | Christy Degiusti | Controller, Media | 1/31/2017 | CXIII/Landini Brothers | $ (499.56) | Alexandria, VA | correct exp rpt 11137 and exp 10372 - double reporting of Jan 17 CXIII charges | January Meals | Unknown | Meal/Beverages | Individual | correct exp rpt 11137 and exp 10372 - double reporting of Jan 17 CXIII charges |
| 2837 | | 2018 | 154706/155170 | FAE0DCBCBBDF43DFAC6A | 12/31/2017 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ 123.23 | Alexandria, VA | NO DESCRIPTION PROVIDED | Bill Winkler: Meeting Room rental for NRA meetings re NRATV, LOD, NRAW, CCI, | Bill Winkler | Event | Room Rental | |
| 2838 | | 2018 | 154706/155170 | FAE0DCBCBBDF43DFAC6A | 12/31/2017 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ 470.62 | Alexandria, VA | NO DESCRIPTION PROVIDED | Bill Winkler: Meeting Room rental for NRA meetings re NRATV, LOD, NRAW, CCI, | Bill Winkler | Event | Room Rental | |
| 2839 | | 2018 | 154706/155170 | FAE0DCBCBBDF43DFAC6A | 12/31/2017 | Jeff Minson | Financial Analyst | 12/6/2017 | CXIII/Landini Brothers | $ 2,896.61 | Alexandria, VA | NO DESCRIPTION PROVIDED | Meeting Room rental for NRA meetings re NRATV, LOD, NRAW, CCI, Digital work, etc | Unknown | Event | Room Rental | |
| 2907 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ 73.05 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | dinner (multiple receipts | Unknown | Meal/Beverages | Individual | |
| 2841 | | 2018 | 159388 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 5/5/2018 | Dal Steak and Chop House | $ 62.79 | Unknown | May Expenses Report - 1st | Dinnner during AM | Eric Van Horn | Meal/Beverages | Individual | |
| 2842 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 7/1/2016 | Ridgewood by Windsor | $ 4,500.00 | Fairfax, VA | Unknown | July rent for Nader Tavangar | Nader Tavangar | Travel | Lodging | Lease agreement is for a one bedroom/one bathroom apartment with den in the Ridgewood by Windsor with an address of 4209 |
| 2843 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 8/1/2016 | Ridgewood by Windsor | $ 4,500.00 | Fairfax, VA | Unknown | August rent for Nader Tavangar | Nader Tavangar | Travel | Lodging | Lease agreement is for a one bedroom/one bathroom apartment with den in the Ridgewood by Windsor with an address of 4209 |
| 2844 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/15/2016 | Debbie Dover | $ 50.00 | Joelton, TN | Unknown | Processing fee | Unknown | Miscellaneous | Other | |
| 2845 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/15/2016 | Debbie Dover | $ 155.44 | Joelton, TN | Unknown | NRA Summit reimnursement for Uber and food | Unknown | Miscellaneous | Other | |
| 2288 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/7/2018 | ABC Limo Service | $ 67.85 | Virginia | Unknown | PU 2445 39th s nw DC / DO DCA to DALLAS James Rosen | James Rosen | Auto | Car Service | |
| 2847 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/8/2016 | Virgin America | $ 548.10 | Unknown | MM SHOT Show Travel/Expenses | LD flight - booked on MM's corp card so LD/MM could work together during travel. | LD | Travel | Airfare | |
| 2848 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 6.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2849 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2850 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2851 | | 2016 | 140440 | EXP-8006 | 2/13/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 2/13/2016 | Virgin America | $ 75.00 | Unknown | Expense report states 'LD Clean Up Report' | Seat upgrade to cover multiple checked bag fees - upgrade less expensive than bag fees - | Lacey Duffy | Travel | Airfare | |
| 2852 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2853 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2854 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2855 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2856 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2857 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/7/2018 | Debbie Dover | $ 360.85 | Joelton, TN | Unknown | Hayley Holmes - NRA Convention Reimbursement for Uber and baggage | Hayley Holmes | Auto | Taxi | |
| 2858 | | 2017 | 147112 | EXP-10001 | 1/3/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/3/2017 | Virgin America | $ 746.40 | Unknown | MM - Additional travel expense for 2017 SHOT Show | Unknown | Unknown | Travel | Airfare | |
| 2859 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2860 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 1/30/2017 | Virgin America | $ 298.20 | Unknown | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Flight for M. Cremer to DC for YFT event, at request of S. LaPierre | M Cremer | Travel | Airfare | |
| 2861 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Deluxe Cab | $ 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab hotel to hotel (?) | Unknown | Auto | Taxi | |
| 2862 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Desert Cab | $ 11.77 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Ride to hotel (wynn) | MM | Auto | Taxi | |
| 2863 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Desert Cab | $ 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cab ride to hotel/SHOT expo | Unknown | Auto | Taxi | |
| 2289 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/9/2018 | ABC Limo Service | $ 67.85 | Virginia | Unknown | PU DCA to 2445 39th ST NW James Rosen | James Rosen | Auto | Car Service | |
| 3188 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/1/2018 | sports lounge | $ 62.63 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Lunch with P McCarty | Jon Carter; P McCarty | Meal/Beverages | Group | |
| 2866 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Desert Cab | $ 27.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab airport to hotel | Unknown | Auto | Taxi | |
| 2867 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/21/2016 | Dizzy whiz | $ 22.91 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | lunch for HH, MM, LD | Lacey Duffy; HH; MM | Meal/Beverages | Group | |
| 2868 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 11/30/2016 | DNC Sportservice | $ 70.00 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | Dinner in Nashville | Nicole Capossela | Meal/Beverages | Individual | |
| 3143 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | American Airlines | $ 60.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | baggage fee | Unknown | Travel | Other | |
| 2870 | | 2018 | 159388 | 434403E136C841FFB796 | 5/8/2018 | Eric Van Horn | Account Executive | 5/3/2018 | Dolce Riviera | $ 253.25 | Unknown | May 2018 - JG | Dinner for EVH, JD, AA amd HH during annual meetings | EVH; JD; HH; AA | Meal/Beverages | Group | |
| 2871 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 7.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2872 | | 2016 | 141517 | EXP-8212 | 1/14/2016 - 7/27/2016 | Hayley Holmes | Account Executive | 1/14/2016 | East Hampton | $ 327.10 | Dallas, TX | MM Clean up report (SG) | lunch brought in for meeting w/ NRA execs in Dallas - AM RM TM NT MM LD HM et al ( no | AM; RM; TM; NT; MM; LD; HM | Meal/Beverages | Group | |
| 2873 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Eastside Lounge | $ 62.99 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments - MM, T. Schropp, LD, HH | MM; T Schropp; LD; HH | Meal/Beverages | Group | |
| 2874 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/19/2016 | Eddie Merlot's | $ 608.22 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | dinner for MM, LD, HH, N. Caposella, C. Springers | HH; Melanie Montgomery; LD; N Caposella; C Springers | Meal/Beverages | Group | |
| 2875 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 1/30/2017 | Virgin America | $ 696.40 | Unknown | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Flight for L. Duffy to/from DC for YFT event and meeting with NRA executives (meal during | L Duffy | Travel | Airfare | |
| 2876 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 1/27/2017 | Virgin America | $ 1,196.40 | Unknown | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Flight to/from DC for MM | M Montgomery | Travel | Airfare | |
| 2877 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 1/27/2017 | Virgin America | $ 1,196.40 | Unknown | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Flight to/from DC for D. Dimmitt (per SLP's request) | D Dimmitt | Travel | Airfare | |
| 2878 | | 2017 | 148014 | EXP-10290 | 1/5/2017 - 3/29/2017 | Hayley Holmes | Account Executive | 1/5/2017 | Virgin America | $ 746.40 | Unknown | Shot Show | Flight for 2017 SHOT Show - flew w/ MM to work together on the plane, prep fo meetings | HH; MM | Travel | Airfare | |
| 2879 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | El Centro | $ 22.53 | Washington, DC | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | breakfast at Reagan Airport | Patrick McCarty | Meal/Beverages | Individual | |
| 2880 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/30/2017 | El Taco Term | $ 19.72 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 2402 | | 2018 | 155996 | 5839ADFF31CAF4DB5B08D | 2/5/2018 | Hayley Holmes | Account Executive | 2/8/2018 | Best Buy | $ 57.36 | Unknown | Feb18 | protective case for T. Makris iPad | T Makris | Miscellaneous | Other | |
| 3052 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/7/2018 | JM Uber Transportation Recoveries | $ 55.23 | Unknown | Unknown | Car for Tony Makris from 404 S. Figueroa St. LA to 2851 N. Beachwood Dr. LA | Tony Makris | Auto | Car Service | |
| 2883 | | 2018 | 154707 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/7/2018 | Favor Gas Station | $ 31.89 | Dallas, TX | JAN18A | T. Makris cigar smoker event during DSC in Dallas | T Makris | Miscellaneous | Other | |
| 2884 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | 11/4/2016 | FedEx | $ 45.98 | Sheldon, SC | Unknown | Overnight package deliver from Trevor Dahlkemper to Anthony Makris in 115 Bays | Trevor Dahlkemper; Anthony Makris | Miscellaneous | Other | |
| 2885 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/19/2017 | FedEx | $ 188.73 | Unknown | Unknown | Sender: Trevor Dahlkemper (AMC) Recipient: Warner Loughlin (Warner Loughlin | Trevor Dahlkemper; Warner Loughlin (Warner Loughlin Studios) | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2886 | | 2017 | 148014 | Unknown | Unknown | Unknown | n/a | n/a | FedEx | $ | 63.23 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | |
| 2887 | | 2017 | 148014 | EXP-10252 | 1/19/2017 - 3/23/2017 | Hayley Holmes | Account Executive | 1/23/2017 | FedEx | $ | 3.78 | Unknown | HH SHOT Show Clean Up report | Shipping tape,bubble wrap for office supplies (no receipt) | HH | Miscellaneous | Other | |
| 2888 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/17/2018 | FedEx | $ | 39.24 | Unknown | Unknown | Sender: Alex Zimmerman (Amc) Recipient: Larry D. Moody) | Alex Zimmerman; Larry D Moody | Miscellaneous | Other | |
| 2889 | 12 | 2017 | 149459 | EXP-10612 | 2/12/2017 - 5/26/2017 | Eric Van Horn | Account Executive | 2/12/2017 | Virgin America | $ | 80.00 | Unknown | HH - cleanup report (SK) | LD - airline seat change fee for travel home from Virginia after SLP's Heart to Heart Gala | LD | Travel | Airfare | |
| 2890 | | 2016 | 137631 | EXP-7135 | 3/9/2016 - 3/18/2016 | Terri Voskuhl | Unknown | 3/18/2016 | Four Seasons | $ | (35.00) | Unknown | Charges related to business entertainment during Shot Show | Refund of spa charge billed in error. No identifiable information. | Unknown | Miscellaneous | Other | |
| 2891 | 12 | 2017 | 149459 | EXP-10612 | 2/12/2017 - 5/26/2017 | Eric Van Horn | Account Executive | 2/12/2017 | Virgin America | $ | 80.00 | Unknown | HH - cleanup report (SK) | Mauricio Cremer - airline seat change fee for travel home from Virginia after SLP's Heart to | Mauricio Cremer | Travel | Airfare | |
| 2892 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 8.95 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2893 | | 2017 | 151745 | 7AF5F206FDC541EAA945 | 8/2/2017 | Melanie Montgomery | EVP / Management Supervisor | 7/24/2017 | Virgin America | $ | 802.40 | Unknown | August | Trip to Liberty U for New Center mtg | Unknown | Travel | Airfare | |
| 2894 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 11.15 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2905 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Four Seasons | $ | 48.72 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | breakfast - hotel room bar (multiple receipts) | Unknown | Meal/Beverages | Individual | |
| 2902 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 47.80 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | room service dinner 2/3 | Patrick McCarty | Meal/Beverages | Individual | |
| 3125 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Philips Famous Seafood | $ | 46.94 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Lunch at Charlotte Airport during layover | Patrick McCarty | Meal/Beverages | Individual | |
| 2869 | | 2018 | 155996 | 9CF80CE180C0442B9768 | 2/7/2018 | Eric Van Horn | Account Executive | 2/7/2018 | Dolce Riviera | $ | 44.89 | Unknown | Feb18 | Appetizers/drinks with Tony Makris | Eric Van Horn; Tony Makris | Meal/Beverages | Group | |
| 2901 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 41.64 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | veranda bar lunch grats 1/30 | Patrick McCarty | Meal/Beverages | Individual | |
| 2698 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Cash Tips | $ | 40.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for valet staff and beverages to cox holding room | Unknown | Miscellaneous | Tips | |
| 2900 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 40.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | cash tip to four seasons employees for service during stay | Patrick McCarty | Miscellaneous | Tips | |
| 2899 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 35.98 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Press lounge breakfast 2/3 | Patrick McCarty | Meal/Beverages | Individual | |
| 3051 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/6/2018 | JM Uber Transportation Recoveries | $ | 31.75 | Unknown | Unknown | Car for Tony Makris from 3200 Ledgewood Dr LA to 1690 Vine St LA | Tony Makris | Auto | Car Service | |
| 3050 | | 2018 | 155996 | Unknown | Unknown | Unknown | n/a | 2/6/2018 | JM Uber Transportation Recoveries | $ | 27.02 | Unknown | Unknown | Car for tony Makris from 1691 Vine St. LA to 3211 Ledgewood Dr. LA | Tony Makris | Auto | Car Service | |
| 2697 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Cash Tips | $ | 25.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for deliveries to Cos Speech Rehearsal | Unknown | Miscellaneous | Tips | |
| 2906 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Four Seasons | $ | 57.80 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | multiple receipts - lunch | Unknown | Meal/Beverages | Individual | |
| 3140 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | American Airlines | $ | 25.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | baggage fee | Patrick McCarty; Chris Cox | Travel | Other | |
| 2908 | | 2016 | 139727 | EXP-7701 | 5/20/2016 to 5/25/2016 | Eric Van Horn | Account Executive | 5/21/2016 | 21C Hotel | $ | 230.98 | Unknown | Eric Van Horn NRA annual meetings expenses | late departure fee on 5/21 for Brad Johnson, a guest of Tony Makris | Brad Johnson | Travel | Lodging | |
| 2909 | | 2016 | 139727 | EXP-7701 | 5/20/2016 to 5/25/2016 | Eric Van Horn | Account Executive | 5/20/2016 | 21C Hotel | $ | 347.05 | Unknown | Eric Van Horn NRA annual meetings expenses | hotel stay on 5/20 for Brad Johnson, a guest of Tony Makris | Brad Johnson | Travel | Lodging | |
| 2910 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/23/2016 | 21C Hotel | $ | 3,243.01 | Louisville, KY | L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG) | hotel room for LD for annual meetings | Lacey Duffy | Travel | Lodging | |
| 2911 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | 21C Hotel | $ | 3,243.01 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | hotel room for MM during A/M | Melanie Montgomery | Travel | Lodging | |
| 2912 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Alexandrian | $ | 514.96 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Hotel room for Friday night in DC for meetings | L Duffy | Travel | Lodging | |
| 2913 | | 2016 | 136165 | Unknown | Unknown | Unknown | n/a | 1/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2914 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Woodys parking in Dallas | Woody | Auto | Parking | |
| 2915 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 13.74 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2916 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 4/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woodys parking in Dallas | Woody | Auto | Parking | |
| 2917 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2918 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 6/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2919 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 8/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's Parking in Dallas | Woody | Auto | Parking | |
| 2920 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2921 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 15.99 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2922 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 11/1/2016 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Woody's parking, monthly charge | Woody | Auto | Parking | |
| 2923 | | 2017 | 144737 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Parking for Woody Phillips in Dallas | Woody Phillips | Auto | Parking | |
| 2924 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in dallas | Woody | Auto | Parking | |
| 2925 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 4/30/2015 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Unknown | Unknown | Auto | Parking | |
| 2926 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 21.70 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Lyft |
| 2927 | | 2017 | 148014 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Monthly parking expense | Woody | Auto | Parking | Email regarding monthly parking expense for Woody sent from Lesia Aguilar to Terri Voskuhl on April 27, 2015 |
| 2928 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Monthly parking expense | Woody | Auto | Parking | Email regarding monthly parking expense for Woody sent from Lesia Aguilar to Terri Voskuhl on April 27, 2015 |
| 2929 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Parking | Unknown | Auto | Parking | May parking statement |
| 2930 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 4/30/2015 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Unknown | Unknown | Auto | Parking | |
| 2931 | | 2017 | 150823 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Monthly parking expense | Woody | Auto | Parking | Email regarding monthly parking expense for Woody sent from Lesia Aguilar to Terri Voskuhl on April 27, 2015 |
| 2932 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | woodys monthly parking | Woody | Auto | Parking | |
| 2933 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woodys parking in Dallas | Woody | Auto | Parking | |
| 2934 | | 2017 | 153476 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ | 75.78 | Unknown | Unknown | Monthly parking expense | Woody | Auto | Parking | Email regarding monthly parking expense for Woody sent from Lesia Aguilar to Terri Voskuhl on April 27, 2015 |
| 2935 | | 2018 | 154261 | Unknown | Unknown | Unknown | n/a | 4/27/2015 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Monthly charge for Woody's parking in Dallas | Woody | Auto | Parking | |
| 2936 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/1/2018 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 3399 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Yellow Checker Star | $ | 25.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab to airport | Unknown | Auto | Taxi | |
| 2938 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 3/31/2018 | Gaedeke Holdings/Granite Properties | $ | 75.78 | Dallas, TX | Unknown | Parking for Woody in Dallas - Monthly charge | Woody | Auto | Parking | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2939 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 4/1/2018 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Email from Terri Voskuhl referencing monthly parking charge of 75.78 in Dallas | Unknown | Auto | Parking | GL: "JT - To properly record WP April 2018 Gaedeke parking" |
| 2940 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/1/2018 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Woodys parking in Dallas | Woody | Auto | Parking | |
| 2941 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/1/2018 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Email from Terri Voskuhl referencing monthly parking charge of 75.78 in Dallas | Unknown | Auto | Parking | |
| 2942 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/1/2018 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Email from Terri Voskuhl referencing monthly parking charge of 75.78 in Dallas | Unknown | Auto | Parking | |
| 2943 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 8/1/2018 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Woody's parking in Dallas | Woody | Auto | Parking | |
| 2944 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 12/1/2017 | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Email from Terri Voskuhl referencing monthly parking charge of 75.78 in Dallas | Unknown | Auto | Parking | |
| 2347 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/3/2018 | Ace Cab | $ 20.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from MGM grand ballroom to four seasons plus tip | Patrick McCarty | Auto | Taxi | |
| 2695 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Cash Tips | $ 20.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for bellman and valet bags and cab called | Unknown | Miscellaneous | Tips | |
| 2947 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Alexandrian | $ 403.47 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Hotel room in Alexandrian for meeting with NRA execs | M Montgomery | Travel | Lodging | |
| 2948 | | 2016 | 136859 | EXP-7135 | 3/9/2016 - 3/18/2016 | Terri Voskuhl | Unknown | 3/9/2016 | Four Seasons | $ 21,546.18 | Las Vegas, NV | Charges related to business entertainment during SHOT Show | Room charges for L. Olsen and various meals | L Olsen | Travel | Lodging | |
| 2949 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | n/a | Gaedeke Holdings/Granite Properties | $ 75.78 | Dallas, TX | Unknown | Parking | Unknown | Auto | Parking | May parking statement |
| 2950 | | 2017 | 148749 | EXP-10476 | 4/29/2017 - 5/1/2017 | Jon Carter | Senior Associate Political Strategist | 4/29/2017 | Four Seasons | $ 120.79 | Unknown | T. Selleck and Security Team @ NRA Annual Mtg (SK) | Hotel charges for T. Selleck | T Selleck | Travel | Lodging | |
| 2951 | | 2017 | 151745 | 7AF5F206FDC541EAA945 | 8/2/2017 | Melanie Montgomery | EVP / Management Supervisor | 8/1/2017 | Hanks Oyster Bar | $ 152.70 | Washington, DC | August | Dinner with N Capossela while in DC for NRA meetings with W Phillips | N Capossela; Melanie Montgomery | Meal/Beverages | Group | |
| 2952 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Hard Rock | $ 41.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Meal for HH | HH | Meal/Beverages | Group | |
| 2953 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Hard Rock | $ 144.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Refreshments/snacks for LD, HH, Mil personnel (2/no names) + wives | LD; HH; Mil personnel; (2/no names) + wives | Meal/Beverages | Group | |
| 2954 | | 2017 | 145564 | EXP-9682 | 11/30/16 - 1/6/17 | Hayley Holmes | Account Executive | 11/30/2016 | Hattie B's | $ 88.48 | Nashville, TN | HH additional Nashville expenses (travel for NRA Country event - other expenses reported on ER | Lunch in Nashville for HH NC TM - travel to Nashville for NRA Country event | HH; NC; TM | Meal/Beverages | Group | |
| 2955 | 11 | 2017 | 151745 | EXP-10999 | 8/2/2017 - 8/6/2017 | Patrick McCarty | Traffic Director | 8/6/2017 | HD Full Moving Services | $ 80.00 | Unknown | Patrick McCarty's personal charges for coordinating Josh Powell moving apartments | Difference due moving company less deposit supplied by Mr. Powell | Mr Powell | Miscellaneous | Other | Patrick McCarty's personal charges for coordinating Josh Powell moving apartments |
| 2956 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 11/30/2016 | Hermitage | $ 49.61 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | snacks at hotel bar in Nashville | Nicole Capossela | Meal/Beverages | Individual | |
| 2957 | | 2017 | 148749 | EXP-10476 | 4/29/2017 - 5/1/2017 | Jon Carter | Senior Associate Political Strategist | 5/1/2017 | Four Seasons | $ 163.22 | Unknown | T. Selleck and Security Team @ NRA Annual Mtg (SK) | Hotel charges for D. Gehering | D Gehering | Travel | Lodging | |
| 2958 | | 2017 | 148749 | EXP-10476 | 4/29/2017 - 5/1/2017 | Jon Carter | Senior Associate Political Strategist | 4/29/2017 | Four Seasons | $ 361.80 | Unknown | T. Selleck and Security Team @ NRA Annual Mtg (SK) | Hotel charges for D. Muntz | D Muntz | Travel | Lodging | |
| 2959 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 7.67 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Honor bar charges for HH during stay | HH | Meal/Beverages | Individual | |
| 2707 | | 2018 | 157570 | EXP-11580 | 1/31/2018- 2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ 20.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for bellman at check out | L Cremer | Miscellaneous | Tips | |
| 3300 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | VeriFone | $ 20.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from four seasons to McCarran airport plus tip | Patrick McCarty | Auto | Taxi | |
| 3301 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | VIP Receipt Taxicab | $ 20.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from Reagan to MG plus tip | Patrick McCarty | Auto | Taxi | |
| 3398 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Yellow Checker Star | $ 17.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab to SCI Show | Unknown | Auto | Taxi | |
| 2964 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/27/2018 | Hertz | $ 127.49 | North Carolina | Unknown | Unknown | Unknown | Auto | Car Rental | |
| 2965 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 11/30/2016 | HMS | $ 3.46 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | Coffee for trip to Nashville | Nicole Capossela | Meal/Beverages | Individual | |
| 2966 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 12/1/2016 | HMS | $ 22.90 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | breakfast for trip hom from Nashville | Nicole Capossela | Meal/Beverages | Individual | |
| 2967 | | 2017 | 145808 | EXP-9740 | 1/10/2017 - 12/9/2017 | Hayley Holmes | Account Executive | 12/9/2017 | CXIII/Landini Brothers | $ 3,500.00 | Alexandria, VA | Unknown | Unknown | Unknown | Event | Room Rental | Meeting room rental for NRA meetings re NRATV, NRA LOD, NRA Women, Digital Work, etc. |
| 2968 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 12/1/2016 | Hermitage | $ 407.72 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | Hotel for trip to Nashville for NRA Country/Charlie Daniels | Nicole Capossela | Travel | Lodging | |
| 2969 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 6.56 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | LD hotel room: honor bar charge during stay | LD | Travel | Lodging | |
| 2970 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 43.60 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | LD hotel room: Meal/honor bar charge during stay | LD | Travel | Lodging | |
| 2971 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 407.72 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | hotel room for MM in Nashville for NRAC event | MM | Travel | Lodging | |
| 2972 | | 2018 | 155520 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/5/2018 | Hotel Zaza | $ 22.73 | Dallas, TX | January 18A | Meal for Brady Wardlaw for NRA executive photoshoot in Dallas | Brady Wardlaw | Meal/Beverages | Individual | |
| 2973 | | 2018 | 155520 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/5/2018 | Hotel Zaza | $ 23.82 | Dallas, TX | January 18A | Meal for Deb Dover for NRA executive photoshoot in Dallas | Deb Dover | Meal/Beverages | Individual | |
| 2974 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 407.72 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | LD hotel room Nashville for NRAC event | LD | Travel | Lodging | |
| 2975 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hermitage | $ 407.72 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Hotel room for HH in Nashville for NRAC event | HH | Travel | Lodging | |
| 2976 | | 2018 | 155520 | 94F0140E9B3E48448126 | 01/31/2018 | Eric Van Horn | Account Executive | 1/5/2018 | Hotel Zaza | $ 67.12 | Dallas, TX | JAN18 | Photography location fee/craft | Unknown | Miscellaneous | Other | |
| 2977 | | 2018 | 155520 | 94F0140E9B3E48448126 | 01/31/2018 | Eric Van Horn | Account Executive | 1/5/2018 | Hotel Zaza | $ 3,073.81 | Dallas, TX | JAN18 | Photography location fee/craft services for SLP photo shoot | SLP | Miscellaneous | Other | |
| 2978 | | 2017 | 151745 | 7AF5F206FDC541EAA945 | 8/2/2017 | Melanie Montgomery | EVP / Management Supervisor | 8/3/2017 | Hotel Indigo | $ 360.82 | Washington, DC | August | Meetings in DC with W Phillips | W Phillips; Melanie Montgomery | Travel | Lodging | |
| 2979 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/24/2016 | Hudson | $ 16.11 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Waters/snacks at airport | LD | Meal/Beverages | Individual | |
| 2980 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Hudson | $ 24.34 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Water/snacks at airport | LD | Meal/Beverages | Individual | |
| 2981 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Hudson | $ 25.32 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Water/snacks at airport | LD | Meal/Beverages | Individual | |
| 2982 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 11/30/2016 | Hudson | $ 5.29 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | Snacks for Trip to Nashville | Nicole Capossela | Meal/Beverages | Individual | |
| 2983 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Hudson | $ 22.78 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Waters/snacks at airport (no receipt) | Hayley Holmes | Meal/Beverages | Individual | |
| 2984 | | 2017 | 146420 | EXP-9895 | 1/19/2016- 2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Hudson | $ 14.68 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Water/Snacks at the airport (no reciept) | L Duffy | Meal/Beverages | Individual | |
| 2985 | | 2017 | 146420 | EXP-9895 | 1/19/2016- 2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Hudson | $ 5.29 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Water at the airport | L Duffy | Meal/Beverages | Individual | |
| 2986 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/10/2017 | Hudson | $ 10.86 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Meal/water at airport | L Duffy | Meal/Beverages | Individual | |
| 2987 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Hudson | $ 21.13 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Water/snack at airport | HH | Meal/Beverages | Individual | |
| 2988 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Hudson | $ 23.81 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Water/breakfast for DLS at airport | DLS | Meal/Beverages | Individual | |
| 2989 | | 2017 | 147112 | EXP-9983 | 1/15/17-2/15/2017 | Hayley Holmes | Account Executive | 1/15/2017 | Hudson | $ 26.36 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Water/juice/snack for HH at airport | HH | Meal/Beverages | Individual | |
| 3085 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/3/2018 | MGM | $ 15.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | cash tip to MGM staff to help prepare Chris' green room leading up to SCI show speech | Patrick McCarty | Miscellaneous | Tips | |
| 2991 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Hudson Brooks | $ 3.79 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | Water/snack at the airport | Lacey Duffy | Meal/Beverages | Individual | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3298 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/2/2018 | Vegas Western Cab | $ | 15.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from Four Seasons to MGM Grand plus tip | Patrick McCarty | Auto | Taxi | |
| 2993 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/6/2018 | Hotel Indigo | $ | (537.25) | Unknown | Unknown | Hotel Indigo Refund - Room canceled | Unknown | Travel | Lodging | |
| 2994 | | 2018 | 159547 | 0F0A7329E0DC41FCA114 | 05/07/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 4/24/2018 | Dolce Riviera | $ | 586.62 | Unknown | May18 | meal for LDC, MM HH and NRA donor | LDC; HH; MM; NRA donor | Meal/Beverages | Group | |
| 2995 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/13/2016 | Hotel Monaco | $ | 834.63 | Alexandria, VA | Unknown | Hotel room for Josh Powell from 5/3/16 to 5/6/16 | Josh Powell | Travel | Lodging | |
| 2996 | | 2018 | 155520 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/5/2018 | Hotel Zaza | $ | 747.65 | Dallas, TX | January 18A | Hotel room for Deb Dover for NRA executive photoshoot in Dallas | Deb Dover | Travel | Lodging | |
| 2997 | | 2018 | 155520 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/5/2018 | Hotel Zaza | $ | 886.89 | Dallas, TX | January 18A | Hotel room for Brady Wardlaw for NRA executive photoshoot in Dallas | Brady Wardlaw | Travel | Lodging | |
| 2998 | | 2018 | 159388 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 5/2/2018 | Hotel Zaza | $ | 459.89 | Unknown | May Expenses Report - 1st | EVH Hotel Room stay during Annual Meetings | EVH | Travel | Lodging | |
| 2999 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/25/2016 | Brady Wardlaw | $ | 753.19 | Mt. Juliet, TN | Unknown | Meals - Hotel Folio of $330.96; Meals of $261.23; Uber of $161 | Unknown | Meal/Beverages | Individual | |
| 3000 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/1/2018 | Brady Wardlaw | $ | 900.00 | Unknown | Unknown | Hayley Holmes - Travel from Nashville to Dallas | Hayley Holmes | Travel | Airfare | |
| 3001 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | 8/5/2016 | Lenon Security Corporation | $ | 5,500.00 | Alexandria, VA | Unknown | For security services conducted for the Mercury Group located in Alexandria, VA on | The Mercury Group | Travel | Lodging | |
| 2864 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/3/2018 | Desert Cab | $ | 13.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from MGM grand to four seasons plus tip | Patrick McCarty; Chris Cox | Auto | Taxi | |
| 3003 | | 2018 | 154707 | 02528FE380E14576A01F | 1/16/2018 | Eric Van Horn | Account Executive | 1/7/2018 | Omni Hotel | $ | 1,128.20 | Dallas, TX | January | Hotel stay for Tony Makris guest during DSC | Tony Makris | Travel | Lodging | |
| 3004 | | 2018 | 154707 | 02528FE380E14576A01F | 1/16/2018 | Eric Van Horn | Account Executive | 1/8/2018 | Omni Hotel | $ | 1,908.10 | Dallas, TX | January | Hotel stay for Tony Makris during DSC | Tony Makris | Travel | Lodging | |
| 3005 | | 2018 | 154707 | 94F0140E9B3E48448126 | 1/31/2018 | Eric Van Horn | Account Executive | 1/8/2018 | Omni Hotel | $ | 52.22 | Dallas, TX | 18-Jan | Hotel stay for Tony Makris during DSC | Tony Makris | Travel | Lodging | |
| 3006 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/2/2018 | Brady Wardlaw | $ | 1,800.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - full day makeup | Hayley Holmes | Miscellaneous | Other | |
| 3007 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/3/2018 | Brady Wardlaw | $ | 1,800.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - full day makeup | Hayley Holmes | Miscellaneous | Other | |
| 3008 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/27/2016 | Ridgewood by Windsor | $ | 4,950.00 | Fairfax, VA | Unknown | June 6/2 - 6/30 pro-rated rent; $100 application fee and $500 security deposit for Nader | Nader Tavangar | Travel | Lodging | |
| 3009 | | 2017 | 149459 | EXP-10496 | 4/26/2017 - 6/5/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | I.I. & I.S Inc. | $ | 426.87 | Unknown | NR air charter for dana loesch - dallas to atlanta to attend NR annual meetings and pre-meetings | Ground transportation Dallas to air center petty | Dana Loesch | Auto | Car Service | |
| 3010 | | 2017 | 149459 | EXP-10496 | 4/26/2017 - 6/5/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | I.I. & I.S Inc. | $ | 433.37 | Unknown | NR air charter for dana loesch - dallas to atlanta to attend NR annual meetings and pre-meetings | Ground transportation dallas to air center dana loesch | Dana Loesch | Auto | Car Service | |
| 3011 | | 2017 | 149459 | EXP-10496 | 4/26/2017 - 6/5/2017 | Jeff Minson | Financial Analyst | 4/26/2017 | I.I. & I.S Inc. | $ | 462.44 | Unknown | NR air charter for dana loesch - dallas to atlanta to attend NR annual meetings and pre-meetings | ground transportation atlanta to air center to atlanta four seasons dana loesch | Dana Loesch | Auto | Car Service | |
| 3012 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 801.92 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Hotel room for Deb Dover (H/MU) during Summit | Deb Dover | Travel | Lodging | |
| 3013 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/4/2018 | Brady Wardlaw | $ | 1,800.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - full day makeup | Hayley Holmes | Miscellaneous | Other | |
| 3014 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 5/20/2017 | I.I. & I.S Inc. | $ | 2,000.00 | Unknown | Unknown | Gratuity for Driver | Unknown | Miscellaneous | Tips | |
| 3015 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 801.92 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Hotel room for Brady Wardlaw (H/MU) during Summit | Brady Wardlaw | Travel | Lodging | |
| 3016 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Ritz Carlton | $ | 207.20 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Hotel room in McLean, VA for YFT event w/ NRA execs | L Duffy | Travel | Lodging | |
| 3017 | | 2017 | 147112 | EXP-10057 | 1/27/17 - 2/21/17 | Hayley Holmes | Account Executive | 2/11/2017 | Ritz Carlton | $ | 278.88 | Washington, DC | M. Montgomery travel to DC for YFT event & meetings w/ NRA Execs | Hotel room at the Ritz Tysons Corner for YFT event | M Montgomery | Travel | Lodging | |
| 3018 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/5/2018 | Brady Wardlaw | $ | 1,800.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - full day makeup | Hayley Holmes | Miscellaneous | Other | |
| 3019 | | 2017 | 150457 | 284DF493669C41A2BC88 | 6/2/2017 | Hayley Holmes | Account Executive | 4/26/2017 | W Hotel | $ | 339.50 | Unknown | May Expense 2 | J. Powell no-show hotel charge during A/M (2 of 2) | J Powell | Travel | Lodging | |
| 3020 | | 2017 | 150457 | 284DF493669C41A2BC88 | 6/2/2017 | Hayley Holmes | Account Executive | 4/26/2017 | W Hotel | $ | 339.50 | Unknown | May Expense 2 | J. Powell no-show hotel charge during A/M (1 of 2) | J Powell | Travel | Lodging | |
| 3021 | | 2017 | 148749 | EXP-10507 | 4/26/2017 - 4/30/2017 | Patrick McCarty | Traffic Director | 4/30/2017 | Westin Hotel | $ | 38.00 | Unknown | Patrick McCarty Out of Pocket expenses for NRA Annual Meetings in Atlanta 4/26-4/30 | Tony Makris guests' Sherry and Jerry Collins hotel room incidentals - valet parking charge | Sherry & Jerry Collins | Travel | Lodging | |
| 3022 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/28/2018 | Westin Hotel | $ | 400.22 | Charlotte, NC | Unknown | Unknown | Unknown | Travel | Lodging | |
| 3023 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ | 56.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Early check-in fee; arrived early to set up sponsor meeting room | HH | Travel | Lodging | |
| 3024 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ | (614.88) | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Room deposit refund to LD's corp card (previously reported on ER 5187) | LD | Travel | Lodging | |
| 3025 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ | (614.88) | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Room deposit refund to LD's corp card (previously reported on ER 5187) | LD | Travel | Lodging | |
| 3026 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ | (614.88) | Las Vegas, NV | MM SHOT Show Travel/Expenses | Room deposit refund to MM's corp card (previously reported on ER 5241) | MM | Travel | Lodging | |
| 3027 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Wynn | $ | 278.88 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Additional room charges (early check-in/room change, etc.) for MM; partial charges | MM; T Makris | Travel | Lodging | |
| 3028 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | Unknown | Unknown | Travel | Travel Service | |
| 3029 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ | 515.20 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Additional room charges (early check-in/room change, etc.) for LD on MM's corp card | LD | Travel | Lodging | |
| 3030 | | 2018 | 158521 | Unknown | Unknown | Hayley Holmes | Account Executive | 5/6/2018 | Brady Wardlaw | $ | 1,800.00 | Mt. Juliet, TN | Unknown | Hayley Holmes - full day makeup/travel | Hayley Holmes | Miscellaneous | Other | |
| 3031 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/21/2016 | Debbie Dover | $ | 3,803.93 | Joelton, TN | Unknown | NRA rate 1000 x 3; NRA travel rate of $500; food/beverage reimbursements; processing fee | Unknown | Miscellaneous | Other | Note on invoice states additional amount approved by LD; PO 110097 |
| 3032 | | 2016 | 141517 | EXP-8212 | 1/14/2016 - 7/27/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Wynn | $ | (614.88) | Las Vegas, NV | MM Clean up report (SG) | Refunded deposit for Shot Show hotel room | MM | Travel | Lodging | |
| 3033 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/21/2016 | J. Nicolle Salon | $ | 150.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Hair/make up for NRA Exec | NRA exec | Miscellaneous | Other | |
| 3034 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 5/20/2017 | I.I. & I.S Inc. | $ | 1,700.00 | Unknown | Unknown | Gratuity for Driver | Unknown | Miscellaneous | Tips | |
| 3035 | | 2018 | 154261 | 8AB3D34A54624056A865 | 11/7/2017 | Lacey Cremer/Duffy | SVP / Account Supervisor | 10/26/2017 | Virgin America | $ | 902.41 | Unknown | November | Travel w/M. Montgomery for meeting with Josh Powell (booked to travel/work with MM on | M Montgomery; Lacey Duffy | Travel | Airfare | |
| 3036 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 10/1/2016 | JM Uber Transportation Recoveries | $ | 891.43 | Unknown | Unknown | Black cars for Anthony Makris (13 trips) in CA from 10/6 to 10/16 | Anthony Makris | Auto | Taxi | |
| 3037 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 9.77 | Unknown | Unknown | Pick up Eric Van Horn from 635 S Lamar Dallas to 1602 Cedar; transportation to pick up | Eric Van Horn | Auto | Car Service | |
| 3038 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 10.70 | Unknown | Unknown | Pick up Eric Van Horn from 808 Young Street Dallas to 1709 McKinney; transportation after | Eric Van Horn | Auto | Car Service | |
| 3039 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 19.58 | Unknown | Unknown | Pick up Eric Van Horn from 725 S. Austin Street Dallas to 6115 Owe; transportation | Eric Van Horn | Auto | Car Service | |
| 3040 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 21.27 | Unknown | Unknown | Pick up Eric van Horn from 72 S Austin Street Dallas to 6115 Owe; transportation home from | Eric Van Horn | Auto | Car Service | |
| 3041 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 23.68 | Unknown | Unknown | Pick up Eric Van Horn from 5914 Maple Avenue to 810 Young; transportation to Tony | Eric Van Horn | Auto | Car Service | |
| 3042 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 24.71 | Unknown | Unknown | Pick up Eric Van Horn from 6008 Maple Ave Dallas to 798 Young; transportation to Tony | Eric Van Horn | Auto | Car Service | |
| 3043 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 28.08 | Unknown | Unknown | Pick up Eric Van horn from 1798 McKinney Ave Dallas to 1798 McKinney; transportation to | Eric Van Horn | Auto | Car Service | |
| 3044 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ | 45.12 | Unknown | Unknown | Pick up Melanie Montgomery at 2199 Wolf St. Dallas and drop off at 7889 Herb; billable NR | Melanie Montgomery | Auto | Car Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3045 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ 59.56 | Unknown | Unknown | Pick up Nader Tavangar from 1709 McKinney Ave. Dallas to 4150 N. MacArthur; return from | Nader Tavangar | Auto | Car Service | |
| 3046 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ 60.66 | Unknown | Unknown | Pick up Nader Tavangar from 4150 N. MacArthur Blvd Irving TX to 1709 McKinney; | Nader Tavangar | Auto | Car Service | |
| 3047 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ 61.91 | Unknown | Unknown | Pick up Nader Tavangar from 2121 N. Akard St. Dallas to 1063 Dyr; travel to hotel venue to | Nader Tavangar | Auto | Car Service | |
| 3048 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ 68.34 | Unknown | Unknown | Pick up Tony Makris at 3212 Ledgewood Drive, Los Angeles and drop at IAC Building | Tony Makris | Auto | Car Service | |
| 3049 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | JM Uber Transportation Recoveries | $ 71.47 | Unknown | Unknown | Pick up Eric Van Horn from 2215 N. Akard Street Dallas to 808 Young; transportation for | Eric Van Horn | Auto | Car Service | |
| 2377 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | ANLV | $ 12.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Cab to mgm | Unknown | Auto | Taxi | |
| 2378 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | ANLV | $ 12.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab to SCI Show | Unknown | Auto | Taxi | |
| 2897 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ 11.91 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | press lounge breakfast 1/31 | Patrick McCarty | Meal/Beverages | Individual | |
| 3053 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/14/2018-5/15/2018 | JM Uber Transportation Recoveries | $ 128.41 | NYC | Unknown | 4 Black Cars for Tony Makris NYC | Tony Makris | Auto | Taxi | |
| 3054 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/21/2016 | KFC Yum! Center | $ 23.50 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | snack/waters for LD/HH/MM/clients | Lacey Duffy; HH; MM; clients | Meal/Beverages | Group | |
| 3055 | | 2016 | 141517 | EXP-7759 | 5/5/2016 - 5/31/2016 | Hayley Holmes | Account Executive | 5/20/2016 | KFC Yum! Center | $ 33.00 | Louisville, KY | travel expenses for the 2016 NRA A/M in Louisville | Snacks/waters for HH/LD/clients at Yum! | HH; LD; clients | Meal/Beverages | Group | |
| 3056 | | 2017 | 144737 | EXP-9238 | 10/24/2016 - 11/30/2016 | Hayley Holmes | Account Executive | 10/26/2016 | Wynn | $ 284.65 | Las Vegas, NV | 2017 SOT Show Expenses/Registration/etc. | Hotel Room deposit for Shot show | Hayley Holmes | Travel | Lodging | |
| 3057 | | 2017 | 145564 | EXP-9331 | 8/29/2016 - 12/5/2016 | Hayley Holmes | Account Executive | 10/26/2016 | Wynn | $ 284.65 | Las Vegas, NV | MM Clean up Report Oct/Nov | Hotel Deposit for MM for 2017 SHOT Show (room under HH - deposit charged to MM) | MM | Travel | Lodging | |
| 3058 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/6/2018 | Kindle | $ 22.99 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | |
| 3059 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Laguna | $ 13.36 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Cokes/waters for LD, MM, HH | MM; HH; L Duffy | Meal/Beverages | Group | |
| 3060 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Laguna | $ 88.62 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Clients refreshments - G. Peterson, LD, MM, HH, Navy Personnel | G Peterson; L Duffy; MM; HH; Navy Personnel | Meal/Beverages | Group | |
| 3061 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Laguna | $ 17.14 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Sodas and waters for HH and MM (No reciept) | HH; M Montgomery | Meal/Beverages | Group | |
| 3062 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/18/2017 | Laguna | $ 13.36 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Sodas/waters for MM and HH | HH; MM | Meal/Beverages | Group | |
| 3063 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/18/2017 | Laguna | $ 20.20 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Sodas/waters for MM and HH, LD | HH; MM; LD | Meal/Beverages | Group | |
| 3064 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/18/2017 | Laguna | $ 428.27 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments | HH | Meal/Beverages | Individual | |
| 3065 | | 2017 | 150457 | EXP-10723 | 2/16/2017-6/14/2017 | Hayley Holmes | Account Executive | 2/16/2017 | Laguna | $ (20.20) | Unknown | H. Holmes reversal report | Reversal of ER 9983 | Unknown | Miscellaneous | Other | H. Holmes reversal report |
| 3066 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | Lamonts | $ 12.98 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Water | HH | Meal/Beverages | Individual | |
| 3067 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 3/18/2018 | Laurey Peat & Associates | $ 10,000.00 | Dallas, TX | Unknown | NO PO; Approved NT Billable NR OOP purpose: G Pond/W Phillips approved for | G Pond; W Phillips | Miscellaneous | Other | |
| 3068 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/30/2018 | Laurey Peat & Associates | $ 5,000.00 | Unknown | Unknown | Public Relations for all activities | Unknown | Miscellaneous | Other | |
| 3069 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/30/2018 | Laurey Peat & Associates | $ 605.50 | Unknown | Unknown | Public Relations for all activities | Unknown | Miscellaneous | Other | |
| 3070 | | 2018 | 155520 | Unknown | Unknown | Unknown | n/a | 1/4/2018 | Laurie Graham King | $ 1,875.00 | Frisco, TX | Unknown | Full day of photo shoot + styling | Hayley Holmes | Miscellaneous | Other | |
| 3071 | | 2018 | 159388 | 434403E136C841FFB796 | 5/8/2018 | Eric Van Horn | Account Executive | 5/6/2018 | Le Bilboquet | $ 286.48 | Unknown | May 2018 - JG | Dinner for EVH, HH, AA during AM | EVH; HH; AA | Meal/Beverages | Group | |
| 3072 | | 2017 | 145564 | EXP-9331 | 8/29/2016 - 12/5/2016 | Hayley Holmes | Account Executive | 10/26/2016 | Wynn | $ 284.65 | Las Vegas, NV | MM Clean up Report Oct/Nov | Hotel Deposit for Nic Capossela for 2017 SHOT Show (room under HH - deposit | Nic Capossela | Travel | Lodging | |
| 3073 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/18/2016 | Lilly's Bistro | $ 69.30 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Lunch for MM, LD,HH | HH; LD; Melanie Montgomery | Meal/Beverages | Group | |
| 3074 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Lobby Bar Café | $ 48.02 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments - HH, C. Sprangers, C. Fiandt, R. Kirk/R. Vandevoort | HH; C Sprangers; C Fiandt; R Kirk; R Vandevoort | Meal/Beverages | Group | |
| 3075 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Lobby Bar Café | $ 52.26 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments - C. Sprangers, C. Fiandt, R. Kirk | C Sprangers; C Fiandt; R Kirk | Meal/Beverages | Group | |
| 3076 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Lobby Bar Café | $ 72.02 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Working dinner w/ WLF staff to discuss NRA/WLF | WLF staff; HH | Meal/Beverages | Group | |
| 3077 | | 2017 | 151745 | 7AF5F206FDC541EAA945 | 8/2/2017 | Melanie Montgomery | EVP / Management Supervisor | 8/3/2017 | Love Field Airport | $ 66.00 | Dallas, TX | August | Parking at Love Field during DC trip | Unknown | Auto | Parking | |
| 2898 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ 11.91 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | press lounge breakfast 2/1 | Patrick McCarty | Meal/Beverages | Individual | |
| 3079 | | 2017 | 145564 | EXP-9331 | 8/29/2016 - 12/5/2016 | Hayley Holmes | Account Executive | 10/26/2016 | Wynn | $ 284.65 | Las Vegas, NV | MM Clean up Report Oct/Nov | Hotel Deposit for D LaSorte for 2017 SHOT Show (room under HH - deposit charged to | D LaSorte | Travel | Lodging | |
| 3080 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Luxe | $ 7.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | coffee (paid cash) | LD | Meal/Beverages | Individual | |
| 3081 | | 2016 | 137631 | EXP-7058 | 1/25/2016 - 3/8/2016 | Hayley Holmes | Account Executive | 1/25/2016 | Luxe | $ 25.00 | Unknown | L. Duffy - SHOT Adjustment report. Refund adjustment - refund more than expected (original | Correction from previous expense report/ March NR OOP expenses | Lacey Duffy | Miscellaneous | Other | |
| 3082 | | 2017 | 145564 | EXP-9371 | 8/23/16 - 1/3/17 | Hayley Holmes | Account Executive | 10/26/2016 | Wynn | $ 284.65 | Las Vegas, NV | L Duffy Nov Clean up report (SG) | Hotel room deposit for 2017 SHOT Show - room under H Holmes/charged to LD's card | L Duffy | Travel | Lodging | |
| 3083 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Mandalay Bay | $ 332.41 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Food/refreshments for HH/LD/Mil personnel (3/no names) + wives | HH; LD; Mil | Meal/Beverages | Group | |
| 3084 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/16/2016 | McDonalds | $ 8.87 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Snack/coffee for MM at airport (no receipt) | Melanie Montgomery | Meal/Beverages | Individual | |
| 3239 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/1/2018 | Uber | $ 11.91 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | four seasons to las Vegas convention center | Patrick McCarty | Auto | Taxi | |
| 3089 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/1/2018 | Nelli's Taxi | $ 11.11 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Cab to mgm | Unknown | Auto | Taxi | |
| 3087 | | 2016 | 142347 | EXP-8600 | 5/22/2016 | Jeff Minson | Financial Analyst | 5/22/2016 | Morton's Steakhouse | $ 3,680.37 | Louisville, KY | TM meal at NRA annual meeting - paid on T. Makris' personal AMEX with Dino Aviles, Joe | Dinner TM with DA JM NT TS MD LO BS & DM at NRA Annual Mtgs in Louisville | T Makris; Dino Aviles; Joe MacQuire; Nader Tavangar; Dustin Johnson; Lance Olsen; Bart Skelton; | Meal/Beverages | Group | |
| 3088 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Nelli's Taxi | $ 11.54 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Taxi to SHOT Show expo (no reciept) | HH | Auto | Taxi | |
| 2896 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ 10.83 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | press lounge breakfast 2/2 | Patrick McCarty | Meal/Beverages | Individual | |
| 3090 | | 2017 | 151745 | DAE67E95A5554027A866 | 8/4/2017 | Eric Van Horn | Account Executive | 8/24/2017 | Nordstrom | $ 517.44 | Unknown | August | Requested clothing by Josh Powell for Carry Guard Expo | Josh Powell | Miscellaneous | Other | |
| 3091 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Wynn | $ 292.52 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Wynn Room upgrade fees for early check in - no other rooms avaliable upon arrival | L Duffy | Travel | Lodging | |
| 3092 | | 2018 | 159388 | Unknown | Unknown | Unknown | n/a | 6/20/2018 | NRA | $ 688.43 | Unknown | Unknown | Invoice #159013 L. Cremer - Exp-11842 & Concur for 688.43 to OOP (main cosTyler | Tyler Schropp | Meal/Beverages | Individual | |
| 3093 | | 2017 | 144737 | EXP-9238 | 10/24/2016 - 11/30/2016 | Hayley Holmes | Account Executive | 10/24/2016 | NSSF | $ 525.00 | Las Vegas, NV | 2017 SOT Show Expenses/Registration/etc. | SHOT registration fees for D. LaSorte, H. Holmes, M. Montgomery (Total 875) | D LaSorte; H Holmes; M Montgomery | Miscellaneous | Other | |
| 3094 | | 2017 | 144737 | EXP-9238 | 10/24/2016 - 11/30/2016 | Hayley Holmes | Account Executive | 10/24/2016 | NSSF | $ 350.00 | Las Vegas, NV | 2017 SOT Show Expenses/Registration/etc. | SHOT registration fees for L Duffy and N Capossela (Total 875) | L Duffy; N Capossela | Miscellaneous | Other | |
| 3095 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 40.00 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Omega Taxi Co. |
| 3096 | 12 | 2017 | 149459 | EXP-10625 | 1/11/2017 - 5/26/2017 | Eric Van Horn | Account Executive | 2/10/2017 | Old Ebbitt Grill | $ 213.21 | Unknown | MM - cleanup report | Lunch for MM, LD, and colleen powell during trip to virginia for SLP's H2H gala | MM; LD; Colleen Powell | Meal/Beverages | Group | |
| 3097 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/19/2017 | Wynn | $ 219.39 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Wynn room upgrade for early check in - no other rooms avaliable upon arrival | M Montgomery | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3098 | | 2017 | 148014 | EXP-10252 | 1/19/2017 - 3/23/2017 | Hayley Holmes | Account Executive | 1/30/2017 | Wynn | $ | (284.65) | Las Vegas, NV | HH SHOT Show Clean Up report | Hotel room deposit refunded to HH's card - room/deposit transferred to T. Makris's card | HH; T Makris | Travel | Lodging | |
| 2693 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/1/2018 | Cash Tips | $ | 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for concierge | Unknown | Miscellaneous | Tips | |
| 3100 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/16/2016 | Unknown | $ | 295.92 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | Mileage to/from Tulsa to pick up NRA booth video USBs - couldn't ship them in time to | HH | Travel | Mileage | |
| 3101 | | 2018 | 159388 | 434403E136C841FFB796 | 5/8/2018 | Eric Van Horn | Account Executive | 5/6/2018 | Omni Convention Center | $ | 34.64 | Unknown | May 2018 - JG | Jesse Davidson parking during annual meeting | Jesse Davidson | Auto | Parking | |
| 3102 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Unknown | $ | 11.61 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | mileage to airport | Lacey Duffy | Travel | Mileage | |
| 3103 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Unknown | $ | 11.61 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | mileage from airport to house | Lacey Duffy | Travel | Mileage | |
| 3104 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | 21C Hotel | $ | 27.20 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | dry cleaning services during stay | Melanie Montgomery | Travel | Other | |
| 3105 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/3/2018 | Omni Hotel | $ | 5.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip tp bellman for package delivery to Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 3106 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/3/2018 | Omni Hotel | $ | 10.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip tp bellman for package delivery to Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 3107 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/4/2018 | Omni Hotel | $ | 5.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip tp bellman for package delivery to Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 3108 | | 2018 | 154706/155170 | EXP-11430 | 12/31/2017-1/6/2018 | Eric Van Horn | Account Executive | 1/4/2018 | Omni Hotel | $ | 10.00 | Dallas, TX | EVH - expenses for Tony Makris / event in Dallas, TX | Cash tip tp bellman for package delivery to Tony Makris | Eric Van Horn | Miscellaneous | Tips | |
| 3109 | | 2017 | 148749 | 2E715A89651542DE9B06 | 4/30/2017 | Melanie Montgomery | EVP / Management Supervisor | 4/24/2017 | Optimist | $ | 456.77 | Unknown | April Expenses | CG/NRA peronnel to dicuss launch at Annual Meetings LD HH MM | CG; NRA personnel; LD; HH; MM | Meal/Beverages | Group | |
| 3110 | | 2017 | 147112 | EXP-9999 | 1/4/17 - 2/15/17 | Eric Van Horn | Account Executive | 1/4/2017 | Owner's Box | $ | 76.86 | Dallas, TX | LD - expenses for NRA meetings/events during DSC in Dallas, Texas | Refreshments for Tony Markis & Office of advancement hosted donors | Tony Makris; Donors | Meal/Beverages | Group | |
| 3111 | | 2018 | 159388 | 0F0A7329E0DC41FCA114 | 5/7/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 5/1/2018 | Owner's Box | $ | 6.50 | Unknown | May18 | Waters for LDC/HH during NRAAM | LDC; HH | Meal/Beverages | Group | |
| 3112 | | 2018 | 159388 | 434403E136C841FFB796 | 5/8/2018 | Eric Van Horn | Account Executive | 5/3/2018 | Pappas Brothers Steakhouse | $ | 243.24 | Unknown | May 2018 - JG | Dinner for EVH, JD, AA amd HH during annual meetings | EVH; JD; HH; AA | Meal/Beverages | Group | |
| 3113 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/22/2016 | Paradies | $ | 14.13 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | snacks/waters at airport (no receipt) | Lacey Duffy | Meal/Beverages | Individual | |
| 3114 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Paradies | $ | 3.70 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Water at the airport | L Duffy | Meal/Beverages | Individual | |
| 3115 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Paradies | $ | 12.24 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | Breakfast | Unknown | Meal/Beverages | Individual | |
| 3116 | | 2018 | 159388 | 2FD4E5E481B144019409 | 4/27/2018 | Eric Van Horn | Account Executive | 4/5/2018 | Parking | $ | 25.00 | Unknown | April Expense Report - reimb | Parking at the Omni Hotel to do a walkthrough for the Education & Training event for Annual | Unknown | Auto | Parking | |
| 3117 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ | 136.07 | Atlanta, GA | Unknown | Unknown | Unknown | Meal/Beverages | Group | Optimist |
| 3118 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 6/24/2016 | PCM | $ | 687.96 | Unknown | Unknown | IPAD shipped overnight for Josh Powell at NRA | Josh Powell | Miscellaneous | Other | |
| 3119 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/23/2017 | PCM | $ | 34.99 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | Shipping and handling |
| 3120 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/23/2017 | PCM | $ | 161.00 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | iPad Pro |
| 3121 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/23/2017 | PCM | $ | 180.63 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | Sales Tax |
| 3122 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/23/2017 | PCM | $ | 541.00 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | iPad Wifi Cell |
| 3123 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/23/2017 | PCM | $ | 1,093.00 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | iPad Pro |
| 3124 | | 2017 | 152775 | 92B92DDBBAFC4F04A8BC | 9/7/2017 | Eric Van Horn | Account Executive | 9/21/2017 | Pecan Lodge BBQ | $ | 695.51 | Dallas, TX | September | Lunch for an NR meeting per Tony Makris | Unknown | Meal/Beverages | Individual | |
| 2694 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Cash Tips | $ | 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | bellman tip for deliveries to room | Unknown | Miscellaneous | Tips | |
| 3126 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | PT's Pub | $ | 114.29 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Meals for Holmes, D. LaSorte and C. Noir | Holmes; D LaSorte; C Noir | Meal/Beverages | Group | |
| 2705 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ | 10.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for doorman at hotel check out | L Cremer | Miscellaneous | Tips | |
| 3128 | 11 | 2017 | 151745 | EXP-10999 | 8/2/2017 - 8/6/2017 | Patrick McCarty | Traffic Director | 8/2/2017 | Public Storage | $ | 44.79 | Unknown | Patrick McCarty's personal charges for coordinating Josh Powell moving apartments | Purchase of moving boxes for Josh Powell | Josh Powell | Miscellaneous | Other | Patrick McCarty's personal charges for coordinating Josh Powell moving apartments |
| 3129 | | 2018 | 158521 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 5/8/2018 | Ray's Hardware and Sporting Goods | $ | 103.60 | Unknown | May Expenses Report - 1st | Rifle magazines for TM | TM | Miscellaneous | Other | |
| 3130 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/31/2018 | ricks rollin in smoke bbq | $ | 222.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | dinner with p McCarty j popp d lyon | Jon Carter; p McCarty; J Popp; D Lyon | Meal/Beverages | Group | |
| 3131 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/16/2016 | American Airlines | $ | 25.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Checked bag fee - Hayley Holmes | Hayley Holmes | Travel | Other | |
| 3132 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/22/2016 | American Airlines | $ | 25.00 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Checked bag fee - Hayley Holmes | Hayley Holmes | Travel | Other | |
| 3133 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | American Airlines | $ | 25.00 | Unknown | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | baggage fee | Patrick McCarty; Chris Cox | Travel | Other | |
| 3134 | 12 | 2016 | 140440 | EXP-8006 | 2/13/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 2/13/2016 | Ritz Carlton | $ | 202.74 | Unknown | Expense report states 'LD Clean Up Report' | Refreshments for LD, RM, KM, HM, AL, NT and NRA Execs at the Heart to Heart Gala | RM; Lacey Duffy; KM; HM; AL; NT; NRA Execs | Meal/Beverages | Group | |
| 3135 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 26.00 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Honor bar charges/snacks during stay | Hayley Holmes | Meal/Beverages | Individual | |
| 3136 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 40.00 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Valet parking fee | Hayley Holmes | Auto | Parking | |
| 3137 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 102.50 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Honor bar charges/snacks/etc. during stay | Hayley Holmes | Meal/Beverages | Group | |
| 3138 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 581.66 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Meals for B. Wardlaw throughout Summit week | B Wardlaw | Meal/Beverages | Individual | |
| 3139 | | 2017 | 143169 | EXP-8798 | 9/11/2016 - 10/3/2016 | Hayley Holmes | Account Executive | 9/11/2016 | Ritz Carlton | $ | 601.33 | Unknown | Hotel room for Exec H/MU for 2016 Summit (in HH's name/on HH's card) | Meals for DD (H/MU) throughout the week | DD | Meal/Beverages | Individual | |
| 2865 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Desert Cab | $ | 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab to hotel | Unknown | Auto | Taxi | |
| 3141 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | American Airlines | $ | 60.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | baggage fee | Unknown | Travel | Other | |
| 3142 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Ritz Carlton | $ | 36.25 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Honor bar charges during stay | L Duffy | Meal/Beverages | Individual | |
| 2895 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | Four Seasons | $ | 10.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | business center 2/5 | Patrick McCarty | Miscellaneous | Other | |
| 3144 | | 2017 | 147112 | EXP-10033 | 1/30/2017 - 2/21/17 | Hayley Holmes | Account Executive | 2/12/2017 | Ritz Carlton | $ | 392.82 | Washington, DC | L. Duffy trip to DC for YFT event and meetings w/ NRA Executives (SG) | Meals/refreshments during stay - w/ HM, LD, MM, NRA execs | HM; L Duffy; MM; NRA Execs | Meal/Beverages | Group | |
| 3145 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 4/17/2018 | Alexander Historical Auctions | $ | (13,630.00) | Alexandria, VA | Unknown | Abraham Lincoln | Nader Tavangar; Tony Makris | Miscellaneous | Other | Post it note on invoice states 'Hi JJ, the attached invoice was paid with Nader's corporate card. Tony is purchasing the item. |
| 3146 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/3/2017 | Debbie Dover | $ | 50.00 | Joelton, TN | Unknown | Unknown | Susan LaPierre | Miscellaneous | Other | Processing fee; related to Susan LaPierre |
| 3147 | | 2017 | 148014 | Unknown | Unknown | W Brandon Winkler | Chief Accounting Officer | 2/10/2017 | The Alexandrian | $ | 104.33 | Alexandria, VA | Unknown | Unknown | Henry Martin Garrison | Travel | Lodging | Purchase Description on Statemnet Egencia |
| 3148 | | 2018 | 159388 | 0F0A7329E0DC41FCA114 | 5/7/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 5/6/2018 | Saint Ann Restaurant | $ | 103.35 | Unknown | May18 | Meal with OOA staff during NRAAM | Lacey Cremer; OOA staff | Meal/Beverages | Group | |
| 3149 | | 2018 | 155996 | EXP-11555 | 1/25/2018 to 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/26/2018 | SCI Fund | $ | 700.00 | Unknown | Cordination & Managemnet of 2018 SCI Event and Cox Speech | Tickets to SCI Auction for J. Carter/P. McCarty to purchase auction items for T. Makris (per | J Carter; P McCarty; NT | Miscellaneous | Other | |
| 3150 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/26/2018 | SCI Fund | $ | (700.00) | Unknown | Coordination & management of 2018 SCI event and Cox speech | Tickets to SCI Auction for J. Carter/P. McCarty to purchase auction items for T. Makris (per | J Carter; P McCarty | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3151 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/1/2018 | SCI Fund | $ | 700.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tickets to SCI Auction for J. Carter/P. McCarty to purchase auction items for T Makris (Per | J Carter; P McCarty; NT | Miscellaneous | Other | |
| 3152 | | 2017 | 147112 | EXP-9948 | 1/31/17 - 1/31/17 | Jon Carter | Senior Associate Political Strategist | 1/31/2017 | SCI Membership & Show Fee | $ | 370.00 | Unknown | For SCI membership & Show 2017 | For Nadar Tavangar | Nader Tavangar | Miscellaneous | Other | |
| 3153 | | 2017 | 147112 | EXP-9948 | 1/31/17 - 1/31/17 | Jon Carter | Senior Associate Political Strategist | 1/31/2017 | SCI Membership & Show Fee | $ | 370.00 | Unknown | For SCI membership & Show 2017 | For Sienna Sterner | Sienna Sterner | Miscellaneous | Other | |
| 3154 | | 2017 | 147112 | EXP-9948 | 1/31/17 - 1/31/17 | Jon Carter | Senior Associate Political Strategist | 1/31/2017 | SCI Membership & Show Fee | $ | 370.00 | Unknown | For SCI membership & Show 2017 | For Terry Sterner | Terry Sterner | Miscellaneous | Other | |
| 3155 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/10/2016 | Shauné Hayes Makeup and Hair Artists | $ | 750.00 | Unknown | Unknown | Makeup and hair for WLF summit | Unknown | Miscellaneous | Other | |
| 3156 | | 2018 | 154552 | Unknown | Unknown | Unknown | n/a | 11/14/2017 | Sheppard Mullin | $ | 4,617.00 | Los Angeles, CA | Unknown | Professional Services thorugh 10/31/17 - Dana Loesch Talent Agreement | Dana Loesch | Miscellaneous | Other | |
| 3157 | | 2018 | 154552 | Unknown | Unknown | Unknown | n/a | 12/14/2017 | Sheppard Mullin | $ | 9,956.00 | Los Angeles, CA | Unknown | Professional Services thorugh 12/14/17 - Dana Loesch Talent Agreement | Dana Loesch | Miscellaneous | Other | |
| 3158 | | 2018 | 154552 | Unknown | Unknown | Unknown | n/a | 10/20/2017 | Sheppard Mullin | $ | 15,057.00 | Los Angeles, CA | Unknown | Professional Services thorugh 9/30/17 - Dana Loesch Talent Agreement | Dana Loesch | Miscellaneous | Other | |
| 3159 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | SHOT Show | $ | 10.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | waters on the show floor (paid cash) | LD | Meal/Beverages | Individual | |
| 3160 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/16/2016 | Sidebar | $ | 261.64 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | Dinner for MM, LD, HH | Lacey Duffy; MM; HH | Meal/Beverages | Group | |
| 3161 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/18/2016 | Sidebar | $ | 193.56 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | dinner for MM, LD, HH | LD; HH; Melanie Montgomery | Meal/Beverages | Group | |
| 3162 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Sinatra | $ | 70.16 | Las Vegas, NV | MM SHOT Show Travel/Expenses | refreshments for WP/AM/LD/MM before dinner | WP; AM; LD; MM | Meal/Beverages | Group | |
| 3163 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/16/2016 | Skybox | $ | 31.60 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | Breakfast for HH, LD, MM | LD; HH; Melanie Montgomery | Meal/Beverages | Group | |
| 3164 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/30/2017 | Sotto Sotto | $ | 16.98 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3165 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/30/2017 | Sotto Sotto | $ | 101.13 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3166 | | 2016 | 139727 | Unknown | Unknown | Unknown | n/a | 5/25/2016 | Brady Wardlaw | $ | 8,625.00 | Mt. Juliet, TN | Unknown | Makeup artist - 5/17 travel from new Orleans to Louisville; 5/18, 19, 20, 21 - full day makeup; | Unknown | Miscellaneous | Other | References PO 109593 |
| 3167 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/15/2016 | Debbie Dover | $ | 4,000.00 | Joelton, TN | Unknown | NRA rate 1000 | Unknown | Travel | Other | |
| 3168 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/3/2017 | Debbie Dover | $ | 600.00 | Joelton, TN | Unknown | Unknown | Susan LaPierre | Travel | Other | Half day travel; related to Susan LaPierre |
| 3169 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/9/2017 | B&H Photo | $ | 30.50 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | Shipping and handling |
| 3170 | | 2017 | 145564 | EXP-9584 | 11/30/16 - 1/4/17 | Hayley Holmes | Account Executive | 12/1/2016 | Go Go Wifi | $ | 16.95 | Nashville, TN | L Duffy travel to Nashville for NRA Country event w/ NRA Execs | Inflight wifi to work on the plane | L Duffy | Travel | Other | |
| 3171 | | 2017 | 146420 | EXP-9895 | 1/19/2016- 2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Go Go Wifi | $ | 17.27 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | In-flight wifi | L Duffy | Travel | other | |
| 3172 | | 2017 | 148749 | 2E715A89651542DE9B06 | 4/30/2017 | Melanie Montgomery | EVP / Management Supervisor | 4/24/2017 | Go Go Wifi | $ | 25.93 | Unknown | April Expenses | Working on flight to DC | Melanie Montgomery | Travel | Other | |
| 3173 | | 2017 | 151745 | 7AF5F206FDC541EAA945 | 8/2/2017 | Melanie Montgomery | EVP / Management Supervisor | 8/1/2017 | Go Go Wifi | $ | 23.76 | Unknown | August | Working inflight to DC for NRA meetings | Unknown | Travel | Other | |
| 3174 | | 2017 | 144737 | EXP-9311 | 11/21/2000 - 11/30/2016 | Hayley Holmes | Account Executive | 11/3/2016 | North Face | $ | 312.84 | Unknown | HH Clean Up Report - OCT/NOV | Suitcase purchased per T. Makris | HH | Travel | Other | |
| 3175 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Southwest | $ | 8.00 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | inflight wifi to work on the plane | HH | Travel | Other | |
| 3176 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Southwest | $ | 8.00 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | inflight wifi to work on the plane | HH | Travel | Other | |
| 3177 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Southwest | $ | 8.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Wifi to work on the plane | LD | Travel | Other | |
| 3178 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Southwest | $ | 8.00 | Unknown | MM SHOT Show Travel/Expenses | inflight wifi to work on the plane | MM | Travel | Other | |
| 3179 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Southwest | $ | 8.00 | Unknown | MM SHOT Show Travel/Expenses | inflight wifi to work on the plane | MM | Travel | Other | |
| 3180 | | 2017 | 145564 | EXP-9357 | 11/30/16 - 12/7/16 | Nicole Capossela | Senior Vice President | 11/30/2016 | Southwest | $ | 8.00 | Nashville, TN | trip to Nashville for NRA Country/Charlie Daniels (SG) | internet on Plane to Nashville | Nicole Capossela | Travel | Other | |
| 3181 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 12/1/2016 | Southwest | $ | 8.00 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Inflight wifi to work on plane during return fligh tto Dallas (no receipt) | Hayley Holmes | Travel | Other | |
| 3182 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/30/2017 | Southwest | $ | 75.00 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3183 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Southwest | $ | 8.00 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | inflight wifi to work on plane during return fligh tto Nashville (no receipt) | Hayley Holmes | Travel | Other | |
| 3184 | | 2018 | 154707 | 5672F468243E4F1FB834 | 1/31/2018 | Melanie Montgomery | EVP / Management Supervisor | 1/26/2018 | Southwest | $ | 523.98 | Unknown | JAN18 | Mtg w/WLP re NRATV | WLP; Melanie Montgomery | Miscellaneous | Other | |
| 3185 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Southwest | $ | 8.00 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | inflight wifi for phone to be able to communicate w/ client via message during flight | Hayley Holmes | Travel | Other | |
| 3186 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/15/2017 | Southwest | $ | 8.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Wifi to work on plane | HH | Travel | Other | |
| 3187 | | 2017 | 148014 | EXP-10122 | 1/11/2017 - 3/22/2017 | Hayley Holmes | Account Executive | 2/15/2017 | Southwest | $ | 11.20 | Unknown | M. Montgomery February Clean Up report (SG) | Wifi to work on the plane (no receipt) | M Montgomery | Travel | Other | |
| 2904 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Four Seasons | $ | 10.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | business center fee | Unknown | Miscellaneous | Other | |
| 3189 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/19/2016 | Starbucks | $ | 10.60 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | coffee for HH, LD, C. Sterner | Lacey Duffy; HH; C Sterner | Meal/Beverages | Group | |
| 3190 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/17/2016 | Starbucks | $ | 12.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | Starbucks breakfast/coffee (no receipt) | Lacey Duffy | Meal/Beverages | Individual | |
| 3191 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/21/2016 | Starbucks | $ | 12.00 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | Starbucks breakfast/coffee (no receipt) | Lacey Duffy | Meal/Beverages | Individual | |
| 3192 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/18/2016 | Starbucks | $ | 14.68 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | coffee/waters for LD, HH | Lacey Duffy; HH | Meal/Beverages | Group | |
| 3193 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 11/30/2016 | Starbucks | $ | 10.12 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | Coffee for N Capossela/H Holmes (no receipt) | H Holmes; N Capossela | Meal/Beverages | Group | |
| 3194 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/19/2017 | SW | $ | 75.81 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Client refreshments before dinner re CCI | Client | Meal/Beverages | Group | |
| 3195 | | 2017 | 148749 | 2E715A89651542DE9B06 | 4/30/2017 | Melanie Montgomery | EVP / Management Supervisor | 4/25/2017 | SWA inflight wifi | $ | 8.00 | Unknown | April Expenses | Working on flight to ATL | Melanie Montgomery | Travel | Other | |
| 3196 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Taxi | $ | 18.04 | Unknown | HH Travel/Expenses for 2016 SHOT Show (DG) | Taxi to SHOT Show expo (no reciept) | HH | Auto | Taxi | |
| 3197 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Taxi | $ | 12.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | cab plus tip from MGM back to Four Seasons (no receipt) | Patrick McCarty | Auto | Taxi | |
| 3198 | | 2017 | 145564 | EXP-9516 | 11/30/16 - 12/21/16 | Hayley Holmes | Account Executive | 12/1/2016 | TexsPress | $ | 16.53 | Nashville, TN | travel to Nashville for NRA Country Event with NRA Execs | snack for mm, hh at airport (no receipt) | MM; HH | Meal/Beverages | Group | |
| 3199 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Virgin America | $ | 75.00 | Unknown | LD SHOT Show Travel/Expenses (DG) | Bag check fee for 3 bags | LD | Travel | Other | |
| 3200 | | 2016 | 140440 | EXP-7887 | 5/6/2016 to 6/30/2016 | Hayley Holmes | Account Executive | 5/17/2016 | The Brown | $ | 205.38 | Louisville, KY | MM travel/expenses for 2016 NRA annual meetings in Louisville | dinner for MM, LD, HH | LD; HH; Melanie Montgomery | Meal/Beverages | Group | |
| 3201 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | The Drug Store | $ | 47.20 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | |
| 3202 | 12 | 2017 | 149459 | EXP-10625 | 1/11/2017 - 5/26/2017 | Eric Van Horn | Account Executive | 2/10/2017 | The Willard Intercontinental | $ | 119.00 | Unknown | MM - cleanup report | refreshments for MM, LD, and colleen powell during trip to virginia for SLP's Heart to Heart | MM; LD; Colleen Powell | Meal/Beverages | Group | |
| 3203 | | 2016 | 140440 | EXP-7759 | 5/5/2016 to 6/24/16 | Hayley Holmes | Account Executive | 5/17/2016 | Toast on Market | $ | 38.86 | Louisville, KY | Expense report states 'L. Duffy travel/expenses for the 2016 knar a/m in louisville (SG)' | lunch for MM, HH, LD | Lacey Duffy; MM; HH | Meal/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3204 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Tower Suite Bar | $ 12.57 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Coffees for DLS and HH | HH; DLS | Meal/Beverages | Group | |
| 3205 | | 2018 | 160896 | EXP-12197 | 8/30/2018 | Jeff Minson | Financial Analyst | 8/3/2018 | CXIII/Landini Brothers | $ 3,500.00 | Alexandria, VA | AUG Billable 2 | Meeting room rental for NRA meetings re NRATV, LOD, NRAW, CCI, D | Lacey Duffy | Event | Room Rental | Statement from CXIII Rex is for Lacey Duffy |
| 3206 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/9/2016 | Uber | $ 54.80 | Washington, DC | Unknown | Tony Makris Black Car - Board Meetings | Tony Makris | Auto | Taxi | |
| 3207 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/14/2016 | Uber | $ 55.34 | Washington, DC | Unknown | Nader Tavangar SUV - Dallas Presentation | Nader Tavangar | Auto | Taxi | |
| 3208 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 6/30/2016 | Uber | $ 620.12 | Unknown | Unknown | June; tony Makris - 8 trips | Tony Makris | Auto | Taxi | |
| 3209 | | 2017 | 144737 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 11/7/2016 | Uber | $ 143.48 | Dallas, TX | Unknown | Travel with Wayne to Dallas for mtg and race | Nader Tavangar; Wayne | Auto | Taxi | |
| 3210 | | 2017 | 146420 | Unknown | Unknown | Hayley Holmes | Account Executive | 1/5/2017 | Uber | $ 15.75 | Unknown | Unknown | Uber to T. Makris DSC reception | Unknown | Auto | Taxi | |
| 3211 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Uber | $ 9.00 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Transportation for Tony Makris event | Eric Van Horn | Auto | Taxi | |
| 3212 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Uber | $ 9.01 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Transportation for Tony Makris event | Eric Van Horn | Auto | Taxi | |
| 3213 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Uber | $ 9.38 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Transportation for Tony Makris event | Eric Van Horn | Auto | Taxi | |
| 3214 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/7/2017 | Uber | $ 9.63 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Transportation for Tony Makris event | Eric Van Horn | Auto | Taxi | |
| 3215 | | 2017 | 146420 | Unknown | Unknown | Hayley Holmes | Account Executive | 1/5/2017 | Uber | $ 15.75 | Unknown | Unknown | Ride home from T. Makris reception in Dallas | Unknown | Auto | Taxi | |
| 3216 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 4/25/2017 | Brady Wardlaw | $ 900.00 | Unknown | Unknown | Unknown | Unknown | Travel | Airfare | Travel from Nashville to Atlanta |
| 3217 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/10/2017 | Uber | $ 12.88 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 3218 | | 2017 | 147112 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 2/9/2017 | Uber | $ 16.86 | Unknown | Unknown | Travel w/ W for St. H speech | W; Nader Tavangar | Auto | Taxi | |
| 3219 | 12 | 2017 | 147112 | Unknown | Unknown | Henry Martin | Chief Creative Officer | 2/12/2017 | Uber | $ 26.64 | Unknown | Unknown | Attend YFT Heart 2 Heart event | Unknown | Auto | Taxi | |
| 3220 | | 2017 | 147112 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 2/9/2017 | Uber | $ 42.97 | Unknown | Unknown | St. Hubertus meeting/speech - return airport to office | Unknown | Auto | Taxi | |
| 3221 | 12 | 2017 | 147112 | Unknown | Unknown | Henry Martin | Chief Creative Officer | 2/12/2017 | Uber | $ 57.08 | Unknown | Unknown | Attend YFT Heart 2 Heart event | Unknown | Auto | Taxi | |
| 3222 | 12 | 2017 | 147112 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 2/7/2017 | Uber | $ 68.47 | Unknown | Unknown | Attend YFT Heart 2 Heart event | Unknown | Auto | Taxi | |
| 3223 | | 2017 | 147112 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 2/10/2017 | Uber | $ 138.97 | Unknown | Unknown | St. Hubertus speech | Unknown | Auto | Taxi | |
| 3224 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/11/2017 | Uber | $ 442.35 | Unknown | Unknown | Tony Makris 5 black cars | Tony Makris | Auto | Taxi | |
| 3225 | | 2017 | 150457 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 6/8/2017 | Uber | $ 38.01 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 3226 | | 2017 | 150457 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 6/9/2017 | Uber | $ 38.82 | Unknown | Unknown | Travel with W/S to Nashville for CMA/ J. Wayne /Belmont | W; S; Nader Tavangar | Auto | Taxi | |
| 3227 | | 2017 | 150457 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 6/8/2017 | Uber | $ 39.49 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 3228 | | 2017 | 150457 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 6/9/2017 | Uber | $ 47.25 | Unknown | Unknown | Travel with Wayne for meetings around CMA and Jimmy Wayne | Wayne; Nader Tavangar | Auto | Taxi | |
| 3229 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 6/10/2017 | Uber | $ 98.68 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 3230 | | 2017 | 150457 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 6/7/2017 | Uber | $ 144.98 | Unknown | Unknown | Travel with W and S toNashville for Belmont meetings | W; S; Nader Tavangar | Auto | Taxi | |
| 3231 | | 2017 | 151745 | Unknown | Unknown | Unknown | n/a | 8/31/2017 | Uber | $ 164.47 | Washington, DC | Unknown | AJE 4974; N Tavangar Travel SUV Washington, DC | N Tavangar | Auto | Car Service | |
| 3232 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 9/26/2017 | Uber | $ 17.42 | Dallas, TX | Unknown | Tony Makris Black car - PU: 2401-2499 Thomas Ave, Dallas, TX DO: 1709 McKinney Ave Dallas | Tony Makris | Auto | Taxi | |
| 3233 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 9/11/2017 | Uber | $ 54.40 | Sherman Oaks, CA | Unknown | Tony Makris Black car - PU: 1932 N Cahuenga Blvd, Los Angeles DO: 13428 Ventura Blvd, | Tony Makris | Auto | Taxi | |
| 3234 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 9/11/2017 | Uber | $ 66.40 | Unknown | Unknown | Tony Makris Black car - PU: 13428 Ventura Blvd DO: 3204 Ledgewood | Tony Makris | Auto | Taxi | |
| 3235 | | 2017 | 153476 | Unknown | Unknown | Nader Tavangar | EVP / Managing Director | 10/1/2017 | Uber | $ 27.85 | Unknown | Unknown | Unknown | Unknown | Auto | Taxi | |
| 3236 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 3/8/2018 | Uber | $ 153.45 | Los Angeles, CA | Unknown | Pickup and drop off are 2697 N Beachwood Dr, LA/ No additional notes | Unknown | Auto | Taxi | |
| 3237 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Uber | $ 6.77 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | las Vegas convention center to Four seasons | Patrick McCarty | Auto | Taxi | |
| 3238 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/2/2018 | Uber | $ 9.41 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | MGM to four seasons | Patrick McCarty | Auto | Taxi | |
| 2703 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ 8.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | wifi to work on the plane - NRATV monetization (no reciept) | L Cremer | Miscellaneous | Tips | |
| 3240 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Uber | $ 12.11 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | four seasons to las Vegas convention center | Patrick McCarty | Auto | Taxi | |
| 3241 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Uber | $ 13.64 | Arlington, VA | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | MG to Reagan airport | Patrick McCarty | Auto | Taxi | |
| 3242 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/30/2018 | Uber | $ 14.18 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | McCarran Airport to Four Seasons | Patrick McCarty | Auto | Taxi | |
| 3243 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/31/2018 | Uber | $ 40.96 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Dinner back to Four Seasons with Jon Carter, Danny, Lyon, John Popp | Patrick McCarty | Auto | Taxi | |
| 3244 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/31/2018 | Uber | $ 41.80 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Four seasons to dinner with Jon Carter, Danny Lyon, John Popp | Patrick McCarty | Auto | Taxi | |
| 3245 | | 2017 | 149459 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | Brady Wardlaw | $ 33.19 | Mt. Juliet, TN | Unknown | Unknown | Unknown | Auto | Taxi | Uber |
| 3246 | | 2018 | 159388 | 95D136D9FFEF487BA53B | 5/23/2018 | Eric Van Horn | Account Executive | 5/1/2018 | Uber | $ 18.36 | Unknown | May Expenses Report - 1st | Transportation during annual meeting | Unknown | Auto | Taxi | |
| 3247 | | 2016 | 137631 | Unknown | Unknown | Unknown | n/a | 2/1/2016 | Uber | $ 55.44 | Los Angeles, CA | Unknown | unknown | Unknown | Auto | Car Service | |
| 3248 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/9/2016 | Uber | $ 37.81 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3249 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/10/2016 | Uber | $ 40.37 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3250 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/11/2016 | Uber | $ 43.77 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3251 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/7/2016 | Uber | $ 44.28 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3252 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/26/2016 | Uber | $ 51.53 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3253 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/6/2016 | Uber | $ 53.85 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3254 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/6/2016 | Uber | $ 56.79 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3255 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/26/2016 | Uber | $ 60.34 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3256 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/27/2016 | Uber | $ 60.72 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3257 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/9/2016 | Uber | $ | 63.21 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3258 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/7/2016 | Uber | $ | 67.48 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3259 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/7/2016 | Uber | $ | 101.29 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3260 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/28/2016 | Uber | $ | 153.08 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3261 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 9/28/2016 | Uber | $ | 166.82 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3262 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/30/2017 | Uber | $ | 20.61 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3263 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/20/2017 | Uber | $ | 47.21 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3264 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/24/2017 | Uber | $ | 55.21 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3265 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/24/2017 | Uber | $ | 56.55 | Los Angeles, CA | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3266 | | 2017 | 146420 | Unknown | Unknown | Unknown | n/a | 1/13/2017 | Uber | $ | 99.05 | Houston, TX | NO DESCRIPTION PROVIDED | Unknown | Unknown | Auto | Taxi | |
| 3267 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/12/2017 | Uber | $ | 19.39 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 1.4 miles Los Angeles No expense report found for these Uber charges |
| 3268 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/17/2017 | Uber | $ | 71.56 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 11.04 miles Los Angeles No expense report found for these Uber charges |
| 3269 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/6/2017 | Uber | $ | 45.74 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 6.64 miles Los Angeles No expense report found for these Uber charges |
| 3270 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/16/2017 | Uber | $ | 50.14 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 7.16 miles Los Angeles No expense report found for these Uber charges |
| 3271 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/6/2017 | Uber | $ | 48.79 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 7.25 miles Los Angeles No expense report found for these Uber charges |
| 3272 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/9/2017 | Uber | $ | 49.05 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 7.4 miles Los Angeles No expense report found for these Uber charges |
| 3273 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/7/2017 | Uber | $ | 50.86 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 7.66 miles Los Angeles No expense report found for these Uber charges |
| 3274 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/16/2017 | Uber | $ | 64.01 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 7.98 miles Los Angeles No expense report found for these Uber charges |
| 3275 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/17/2017 | Uber | $ | 50.13 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 9.05 miles Los Angeles No expense report found for these Uber charges |
| 3276 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/9/2017 | Uber | $ | 65.21 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 9.47 miles Los Angeles No expense report found for these Uber charges |
| 3277 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/9/2017 | Uber | $ | 50.93 | Los Angeles, CA | No expense report provided | Unknown | Unknown | Auto | Taxi | Uber Black car - 9.49 miles Los Angeles No expense report found for these Uber charges |
| 3278 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/31/2018 | Union Cab | $ | 25.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from Four Seasons to Las Vegas Convention Center plus tip | Patrick McCarty | Auto | Taxi | |
| 3279 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/24/2016 | Virgin America | $ | 75.00 | Unknown | LD SHOT Show Travel/Expenses (DG) | Bag check fee for 3 bags | LD | Travel | Other | |
| 3280 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Unknown | $ | 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for bags at hotel check in | MM | Miscellaneous | Tips | |
| 3281 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Unknown | $ | 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | snacks/waters on the show floor (paid cash) | MM | Meal/Beverages | Individual | |
| 3282 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Unknown | $ | 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for venetian polycom set up for brand sponsor conference call | MM | Miscellaneous | Tips | |
| 3283 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Unknown | $ | 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for box delivery to sponsor suites | MM | Miscellaneous | Tips | |
| 3284 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Unknown | $ | 20.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for bags/bellman at hotel check out | MM | Miscellaneous | Tips | |
| 3285 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Unknown | $ | 40.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for doorman at hotel check in | MM | Miscellaneous | Tips | |
| 3286 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Unknown | $ | 40.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for doorman at hotel check out | MM | Miscellaneous | Tips | |
| 3287 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Unknown | $ | 50.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for driver for client drop off | MM | Miscellaneous | Tips | |
| 3288 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Unknown | $ | 60.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for maid services during stay | MM | Miscellaneous | Tips | |
| 3289 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Unknown | $ | 100.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Cash tip for driver (Tuesday) | MM | Miscellaneous | Tips | |
| 3290 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Unknown | $ | 100.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | cash tip for driver (Wednesday) | MM | Miscellaneous | Tips | |
| 3291 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Virgin America | $ | 25.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Checked Bagged Fee | L Duffy | Travel | Other | |
| 3292 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/20/2017 | Virgin America | $ | 25.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Checked Bagged Fee | L Duffy | Travel | Other | |
| 3293 | | 2017 | 149459 | EXP-10629 | 4/20/2017 - 4/24/2017 | Hayley Holmes | Account Executive | 4/24/2017 | Unknown | $ | 500.00 | Unknown | MM A/M travel advance (SK) | cash tips for driver/concierge/etc. throughout week of NRA A/M | MM | Miscellaneous | Tips | |
| 3294 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 2/1/2018 | Unknown | $ | 8.00 | Unknown | Unknown | Unknown | Unknown | Miscellaneous | Other | |
| 3295 | | 2017 | 146420 | EXP-9763 | 1/5/2017-1/7/2017 | Eric Van Horn | Account Executive | 1/5/2017 | Up in Smoke | $ | 113.55 | Dallas, TX | Eric Van Horb expenses for Tony Makris event in Dallas, TX | Cigar materials for Tony Makris' event | Eric Van Horn | Miscellaneous | Gift | |
| 3296 | | 2017 | 150457 | EXP-10733 | 2/15/2017-6/19/2017 | Hayley Holmes | Account Executive | 2/15/2017 | UPS | $ | 140.55 | Unknown | HH clean up report | Overnight shipping charge to ship J. Powell's lost labtop | J Powell | Miscellaneous | Other | |
| 3297 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Vegas Western Cab | $ | 10.65 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Transportation to SHOT Show | LD | Auto | Taxi | |
| 2840 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 2/4/2018 | D Fresh Attractions | $ | 5.94 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | breakfast at airport | Patrick McCarty | Meal/Beverages | Individual | |
| 3299 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/23/2016 | Venetian | $ | 5.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Water for CN after checkout (no receipt) | CN | Meal/Beverages | Individual | |
| 3078 | | 2018 | 155996 | 0948CFA77AEC415BB610 | 2/5/2018 | Lacey Cremer/Duffy | SVP / Account Supervisor | 2/2/2018 | Love Field Valet | $ | 5.29 | Dallas, TX | Feb18 | LD travel to Las Vegas for meeting with NR exec (parking for personal vehicle during trip) | LD | Auto | Parking | |
| 2701 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ | 5.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for box delivery | L Cremer | Miscellaneous | Tips | |
| 3302 | 12 | 2017 | 149459 | EXP-10614 | 1/30/2017 - 5/26/2017 | Eric Van Horn | Account Executive | 2/12/2017 | Virgin America | $ | 25.00 | Unknown | LD - cleanup report (SK) | checked bag for trip to Virginia for Heart to Heart Gala | LD | Travel | Other | |
| 3303 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 168.50 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Laundry services after cigar event | HH | Travel | Other | |
| 3304 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/7/2016 | Egencia | $ | 7.00 | Unknown | Unknown | Travel to SHOT Show Melanie Montgomery | Melanie Montgomery | Travel | Travel Service | |
| 3305 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/18/2016 | Egencia | $ | 10.00 | Unknown | Unknown | Travel to SHOT Show Melanie Montgomery | Melanie Montgomery | Travel | Travel Service | |
| 3306 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/18/2016 | Egencia | $ | 58.00 | Unknown | Unknown | Travel to SHOT Show Melanie Montgomery | Melanie Montgomery | Travel | Travel Service | |
| 2702 | | 2018 | 157570 | EXP-11580 | 1/31/2018-2/1/2018 | Hayley Holmes | Account Executive | 2/1/2018 | Cash Tips | $ | 5.00 | Unknown | L. Cremer travel to Vagas for NRATV meeting w/ NRA Execs. (tv) | Cash tip for bag check at airport | L Cremer | Miscellaneous | Tips | |
| 3308 | | 2016 | 136165 | Unknown | Unknown | Unknown | n/a | 1/1/2016 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | January 2016 - travel co-ordination | Unknown | Travel | Travel Service | |
| 3309 | | 2016 | 136165 | Unknown | Unknown | Unknown | n/a | 1/1/2016 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | February 2016 - travel co-ordination | Unknown | Travel | Travel Service | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3310 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 3/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | March - Travel Coordination | Unknown | Travel | Travel Service | |
| 3311 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 4/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | April - Travel Coordination | Unknown | Travel | Travel Service | |
| 3312 | | 2016 | 138653 | Unknown | Unknown | Unknown | n/a | 5/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | May - Travel Coordination | Unknown | Travel | Travel Service | |
| 3313 | | 2016 | 140440 | Unknown | Unknown | Unknown | n/a | 6/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | June - travel coordination | Unknown | Travel | Travel Service | |
| 3314 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 8/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | August - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3315 | | 2016 | 141517 | Unknown | Unknown | Unknown | n/a | 7/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | July - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3316 | | 2016 | 142347 | Unknown | Unknown | Unknown | n/a | 9/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | September - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3317 | | 2017 | 143169 | Unknown | Unknown | Unknown | n/a | 10/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | October - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3318 | | 2016 | 143559 | Unknown | Unknown | Unknown | n/a | 11/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | November Travel coordination | Unknown | Travel | Travel Service | |
| 3319 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 12/1/2016 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | December - travel coordination | Unknown | Travel | Travel Service | |
| 3320 | | 2017 | 145564 | Unknown | Unknown | Unknown | n/a | 1/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Woodland Hills, CA | Unknown | January - travel coordination | Unknown | Travel | Travel Service | |
| 3321 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 5/1/2017 | W Hotel | $ 25.05 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3322 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 5/1/2017 | W Hotel | $2,687.57 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3323 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 5/1/2017 | W Hotel | $2,816.57 | Unknown | May Expenses | NR Annual Mtg | Unknown | Miscellaneous | Other | |
| 3324 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 2/1/2017 | I.I. & I.S Inc. | $4,000.00 | Woodland Hills, CA | Unknown | Unknown | Unknown | Travel | Travel Service | |
| 3325 | | 2017 | 147112 | Unknown | Unknown | Unknown | n/a | 3/1/2017 | I.I. & I.S Inc. | $4,000.00 | Woodland Hills, CA | Unknown | Unknown | Unknown | Travel | Travel Service | |
| 3326 | | 2017 | 150823 | F6FA23635A7E4DCEA766 | 5/10/2017 | Melanie Montgomery | EVP / Management Supervisor | 5/1/2017 | W Hotel | $ (21.77) | Unknown | May Expenses | NR annual meeting | Unknown | Miscellaneous | Other | |
| 3327 | | 2017 | 150823 | F6FA23635A7E4DCEA766 | 5/10/2017 | Melanie Montgomery | EVP / Management Supervisor | 5/1/2017 | W Hotel | $ (19.88) | Unknown | May Expenses | NR annual meeting | Unknown | Miscellaneous | Other | |
| 3328 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Walgreens | $ 23.94 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Office supplies for sponsor meetings (personal card/no recipt) | HH | Miscellaneous | Other | |
| 3329 | | 2018 | 154707 | 02528FE380E14576A01F | 1/16/2018 | Eric Van Horn | Account Executive | 1/3/2018 | Walgreens | $ 21.99 | Unknown | January | Cold medicine for Tony Makris | Tony Makris | Miscellaneous | Other | |
| 3330 | | 2018 | 154707 | 5260BE9D30F046589A20 | 1/31/2018 | Hayley Holmes | Account Executive | 1/4/2018 | Walgreens | $ 54.28 | Dallas, TX | JAN18A | T. Makris cigar smoker event during DSC in Dallas | T Makris | Miscellaneous | Other | |
| 3331 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/29/2017 | Dantanna's CNN | $ 51.51 | Unknown | May Expenses | NR Annual Mtg | WP; MM | Meal/Beverages | Group | Voskuhl, Terri (05/10/17) Billable dinner w/ WP and MM during Annual Meeting for budget discussions part I |
| 3332 | | 2017 | 148014 | Unknown | Unknown | Unknown | n/a | 4/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | April - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3333 | | 2017 | 148749 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | May - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3334 | | 2018 | 156967 | EXP-11541 | 1/30/2018 - 2/4/2018 | Patrick McCarty | Traffic Director | 1/31/2018 | Whittlesea Blue Cab | $ 25.00 | Las Vegas, NV | Patrick McCarty - expense from 1/30 - 2/4 for attending SCI to assist with Chris Cox's speech | Cab from Four Seasons to Las Vegas Convention Center plus tip | Patrick McCarty | Auto | Taxi | |
| 3335 | | 2018 | 155520 | 0B353E2A227140005AC96 | January Expenses | Shree H. Tripathi | Operations Manager / Content Manager | 1/2/2018 | Whole Foods | $ 207.04 | Unknown | January Expenses | Snacks and beverages for client/set. Requested by Hayley Holmes | Client | Meal/Beverages | Individual | |
| 3336 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 1/31/2018 | World DutyFree | $ 17.97 | Dallas, TX | Unknown | Unknown | Unknown | Miscellaneous | Other | |
| 3337 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 28.63 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Zoozacrackers - lunch for HH | HH | Meal/Beverages | Individual | |
| 3338 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 47.35 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Additional office supplies needed for meetings/etc. (Wynn Drug Store) | HH | Miscellaneous | Other | |
| 3339 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 55.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Business center printing/package/shipping fees | HH | Miscellaneous | Other | |
| 3340 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 6/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | June - Travel Coordination | Unknown | Travel | Travel Service | |
| 3341 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 56.00 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Honor bar charges during stay (waters/snacks) | HH | Meal/Beverages | Individual | |
| 3342 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 93.17 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | In room dining/meals for HH during stay | HH | Meal/Beverages | Individual | |
| 3343 | | 2016 | 136859 | EXP-6749 | 1/13/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 120.04 | Las Vegas, NV | HH Travel/Expenses for 2016 SHOT Show (DG) | Refreshments for HH, MM, KS, LD, LS, Mil personnel (2/no names) before dinner | HH; MM; KS; LD; LS; Mil personnel (2/no names) | Meal/Beverages | Group | |
| 3344 | | 2017 | 150457 | Unknown | Unknown | Unknown | n/a | 7/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | July - Travel Coordination | Unknown | Travel | Travel Service | |
| 3345 | | 2017 | 150823 | Unknown | Unknown | Unknown | n/a | 8/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | August - Travel co-ordination | Unknown | Travel | Travel Service | |
| 3346 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Wynn | $ 8.64 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Zoozacrackers - snack for LD | LD | Meal/Beverages | Individual | |
| 3347 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2002 | Wynn | $ 43.00 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Honor bar charges during stay (waters/snacks) | LD | Meal/Beverages | Individual | |
| 3348 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Wynn | $ 45.15 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Terrace Pointe - Breakfast for LD | LD | Meal/Beverages | Individual | |
| 3349 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Wynn | $ 484.48 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Mizumi - Dinner for LD, HH, Mil Personnel (2/no names) | LD; HH; Mil personnel; (2/no names) | Meal/Beverages | Group | |
| 3350 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/22/2016 | Wynn | $ 105.85 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Tableau - HH/LD breakfast | HH; LD | Meal/Beverages | Group | |
| 3351 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 9/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | September Travel Coordination | Unknown | Travel | Travel Service | |
| 3352 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Wynn | $ 12.82 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Soda/snack - B Bar | MM | Meal/Beverages | Individual | |
| 3353 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Wynn | $ 33.00 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Honor bar charges during stay (waters/snacks) | MM | Meal/Beverages | Individual | |
| 3354 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Wynn | $ 49.10 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Snacks/sodas for HH/MM - B Bar | HH; MM | Meal/Beverages | Group | |
| 3355 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ 116.96 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Refreshments w/ brand sponsors | MM; brand sponsors | Meal/Beverages | Group | |
| 3356 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Wynn | $ 159.11 | Las Vegas, NV | MM SHOT Show Travel/Expenses | High Limit- pre dinner refreshments w/ brand sponsors | MM; brand sponsors | Meal/Beverages | Group | |
| 3357 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/18/2016 | Wynn | $ 169.14 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Dinner for HH, LD, MM (allegro) | HH; LD; MM | Meal/Beverages | Group | |
| 3358 | | 2017 | 152775 | Unknown | Unknown | Unknown | n/a | 10/1/2017 | I.I. & I.S Inc. | $ 4,000.00 | Unknown | Unknown | October Travel Coordination | Unknown | Travel | Travel Service | |
| 3359 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Wynn | $ 292.73 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Pre-dinner refreshments for MM, LD, HH, W. Phillips, AM, T. Schropp (Parasol Bar) | MM; LD; HH; W Phillips; AM; T Schropp | Meal/Beverages | Group | |
| 3360 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 4/12/2017 | Virgin America | $ 648.20 | Unknown | May Expenses | Flight to DC for Audit/Contract meeting | W Phillips; L Duffy; M Montgomery | Travel | Airfare | Voskuhl, Terri (05/10/17) Lunch w/ W. Phillips, L. Duffy, M. Montgomery during Annual Meetings |
| 3361 | | 2016 | 136859 | EXP-6907 | 1/8/2016 - 2/17/2016 | Hayley Holmes | Account Executive | 1/19/2016 | Wynn | $ 1,698.68 | Las Vegas, NV | MM SHOT Show Travel/Expenses | Dinner w/ W. Phillips and A. McKenna to discuss NRA fundraising | MM; W Phillips; A McKenna | Meal/Beverages | Group | |
| 3362 | | 2016 | 137631 | EXP-7058 | 1/25/2016 - 3/8/2016 | Hayley Holmes | Account Executive | 1/29/2016 | Wynn | $ 56.00 | Las Vegas, NV | Tip adjustment. L. Duffy - SHOT Adjustment report. Refund adjustment - refund more than | Correction from previous expense report/ March NR OOP expenses | Lacey Duffy | Miscellaneous | Tips | Tip adjustment |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3363 | | 2018 | 154707 | Unknown | Unknown | Unknown | n/a | 1/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | February - travel co-ordination | Unknown | Travel | Travel Service | |
| 3364 | | 2018 | 156967 | Unknown | Unknown | Unknown | n/a | 3/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | March - Travel Co-ordination | Unknown | Travel | Travel Service | |
| 3365 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 5/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | May Travel Co-coodination | Unknown | Travel | Travel Service | |
| 3366 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 4/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | April Travel Co-coodination | Unknown | Travel | Travel Service | |
| 3367 | | 2018 | 158521 | Unknown | Unknown | Unknown | n/a | 5/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Woodland Hills, CA | Unknown | June Travel Coordination | Unknown | Travel | Travel Service | |
| 3368 | | 2018 | 160161 | Unknown | Unknown | Unknown | n/a | 7/1/2018 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | August - Travel Co-Cordination | Unknown | Travel | Travel Service | |
| 3369 | | 2018 | 160896 | Unknown | Unknown | Unknown | n/a | 8/1/2018 | I.I. & I.S Inc. | $ | (4,000.00) | Unknown | Unknown | August - travel co-ordination | Unknown | Travel | Travel Service | Attached email from JJ Treadwell to Kurt Atterberry on 8/31/2018 states "Per Bill, we need to zero out invoice #3322 as these |
| 3370 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | December Travel Co-coodination | Unknown | Travel | Travel Service | |
| 3371 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/19/2017 | Wynn | $ | 34.12 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Parasol Down - client refreshments: LD and CG instructor K. Walawender | K Walawender; L Duffy | Meal/Beverages | Group | |
| 3372 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 155.00 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | Hotel services - personal item - LD to send check to compannny to reimburse | L Duffy | Miscellaneous | Other | |
| 3373 | | 2018 | 154706/155170 | Unknown | Unknown | Unknown | n/a | 5/1/2017 | I.I. & I.S Inc. | $ | 4,000.00 | Unknown | Unknown | January Travel Co-coodination | Unknown | Travel | Travel Service | |
| 3374 | | 2017 | 146420 | EXP-9895 | 1/19/2016-2/8/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Wynn | $ | 708.34 | Las Vegas, NV | L. Duffy travel to Las Vegas fpr 2017 SHOT Show (SG) | SW - client dinner re CG: J. Kohlmeyer, Navy Personnel, LD, HH, DLS | SW; CG; J Kohlmeyer; Navy Personnel; HH; DLS; L Duffy | Meal/Beverages | Group | |
| 3375 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Wynn | $ | 7.75 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | The Drug Store - water / snacks for MM | M Montgomery | Meal/Beverages | Individual | |
| 3376 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Wynn | $ | 48.83 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Zoocrackers - Lunch for LD, MM, HH | HH; LD; M Montgomery | Meal/Beverages | Group | |
| 3377 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Wynn | $ | 49.90 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | The Drug Store - lunch for LD, MM, HH | HH; LD; M Montgomery | Meal/Beverages | Group | |
| 3378 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 51.26 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | High Limit Bar - client entertainment / refreshments - J. Kohlmeyer, LD, MM, HH | J Kohlmeyer; LD; HH; M Montgomery | Meal/Beverages | Group | |
| 3379 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/16/2017 | Wynn | $ | 79.22 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | High Limit Bar - client entertainmnet / refreshments - C. Sprangers, C. Fliandt, LD, | C Sprangers; C Fliandt; LD; M Montgomery; HH | Meal/Beverages | Group | |
| 3380 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 175.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | The Saloon - client entertainment / refreshments - T. Schropp, LD, MM, HH + | LD; HH; Navy Personnel; M Montgomery; T Schropp | Meal/Beverages | Group | |
| 3381 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 175.08 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Eastside Lounge - Client Entertainment / refreshments - C. Sprangers, C. Fliandt, LD, | C Sprangers; C Fliandt; LD; M Montgomery; HH | Meal/Beverages | Group | |
| 3382 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/18/2017 | Wynn | $ | 195.00 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | The Saloon - client entertainment / refreshments - OOA Team + LD, MM, HH + | OOA Team; LD; M Montgomery; HH; Navy Personnel | Meal/Beverages | Group | |
| 3383 | | 2017 | 149459 | F6FA23635A7E4DCEA766 | 5/10/17 - 5/25/17 | Melanie Montgomery | EVP / Management Supervisor | 3/16/2017 | Southwest | $ | 687.86 | Unknown | May Expenses | Updated annual meetings flight | Melanie Montgomery | Travel | Airfare | Winkler, William B. (6/2/17) Billable flight to DC for Audit/Contract meeting |
| 3384 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 298.75 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Allegro - meal for HH, LD, MM,P. Kobler + Couf (Navy) | HH; LD; M Montgomery; P Kobler; Couf (Navy) | Meal/Beverages | Group | |
| 3385 | | 2017 | 146420 | EXP-9901 | 1/16/2017-1/31/2017 | Hayley Holmes | Account Executive | 1/17/2017 | Wynn | $ | 550.99 | Las Vegas, NV | M. Montgomery travel to Vegas for 2017 SHOT Show | Sinatra - client dinner - J. Kohlmeyer, LD, MM, HH | J Kohlmeyer; LD; HH; M Montgomery | Meal/Beverages | Group | |
| 3386 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 40.00 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Business center charges for package deliveries/printing | HH | Miscellaneous | Other | |
| 3387 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 40.61 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Eastside Lounge - refreshments for OOA C. | C | Meal/Beverages | Individual | |
| 3388 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 60.56 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Office supplies for meeting w/ OOA sponsors | OOA sponsors; HH | Miscellaneous | Other | |
| 3389 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 104.03 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Honor bar charges (water/snacks) | HH | Meal/Beverages | Individual | |
| 3390 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/21/2017 | Wynn | $ | 104.35 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | In room dining meals during stay | HH | Meal/Beverages | Individual | |
| 3391 | | 2018 | 157570 | Unknown | Unknown | Unknown | n/a | 4/12/2018 | Omni Air Transport | $ | 6,300.00 | Unknown | Unknown | Cancelation charges for trip scheduled March 24-25, 2018 | Unknown | Travel | Airfare | |
| 3392 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/18/2016 | Southwest | $ | 538.98 | Unknown | Unknown | Travel to SHOT Show Melanie Montgomery | Melanie Montgomery | Travel | Airfare | |
| 2687 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/1/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | cab called by valet | Unknown | Miscellaneous | Tips | |
| 2688 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for valet called cab | Unknown | Miscellaneous | Tips | |
| 3395 | | 2016 | 136859 | Unknown | Unknown | Unknown | n/a | 1/7/2016 | Virgin America | $ | 532.08 | Unknown | Unknown | Travel to SHOT Show Melanie Montgomery | Melanie Montgomery | Travel | Airfare | |
| 3396 | | 2017 | 147112 | EXP-9983 | 1/15/17 - 2/15/17 | Hayley Holmes | Account Executive | 1/16/2017 | Yardbird | $ | 51.26 | Las Vegas, NV | HH Travel to Vegas for 2017 SHOT Show | Lunch w/ OOA C. Fiandt to discuss sponsor meeting | C Fiandt; HH | Meal/Beverages | Group | |
| 3397 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 1/30/2018 | Yellow Checker Star | $ | 12.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | from hotel to hotel | Unknown | Auto | Taxi | |
| 2689 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/2/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for valet called cab | Unknown | Miscellaneous | Tips | |
| 2690 | | 2018 | 156967 | EXP-11555 | 1/25/2018 - 2/3/2018 | Jon Carter | Senior Associate Political Strategist | 2/3/2018 | Cash Tips | $ | 2.00 | Las Vegas, NV | Coordination & management of 2018 SCI event and Cox speech | tip for valet called cab | Unknown | Miscellaneous | Tips | |
| 3400 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/20/2016 | Zoozacrackers | $ | 78.50 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Lunch for LD/MM | LD; MM | Meal/Beverages | Group | |
| 3401 | | 2016 | 136859 | EXP-6784 | 1/22/2002 - 2/17/2016 | Hayley Holmes | Account Executive | 1/21/2016 | Zoozacrackers | $ | 97.02 | Las Vegas, NV | LD SHOT Show Travel/Expenses (DG) | Lunch for LD/MM/HH | LD; MM; HH | Meal/Beverages | Group | |

**Note 1**

The following categories were assigned to example transactions:

1 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
2 Examples include charges for Warner Louglin with no business purpose indicated.
3 Examples include duplicate lodging charges for Tony Makris on the same date.
4 Examples include advance deposits made by Tony Makris. One advance deposit was for $20,000 and made for a year in advance.
5 Examples include expenses for gifts purchased including NRA employees.
6 Examples reflect airfare refunds for Wayne and Susan LaPierre.
7 Examples include expenses that are portions of a larger expense.
8 Examples include expenses that represent WLP requesting lodging for a confidential guest.
9 Examples include expenses charged to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
10 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Nader Tavangar's expense account. There is no evidence that Nader Tavangar was at the event.
11 Examples include expenses charged for relocation of Josh Powell.
12 Examples include expenses incurred in regard to the H2H Gala sponsored by Susan LaPierre.
13 Gifts for NRA employees that are charged to NRA via out of pocket expenses

## Total Expenses by Month and Year

The following graphic visually depicts total OOP expenses excluding Tyler Schropp, Tony Makris and Nader Tavanagar by month and year.

Source: 'Detail' tab



The following table shows the total amount of expenses by category and the percentage for each category as compared to the total. Source: Columns P, Q, and K on 'Detail' tab

Code

I

I

| Categories of Expenses | Value | % of Total |
|---|---|---|
| **Auto** | **$ 144,378** | **16.87%** |
| Car Rental | $ 127 | 0.01% |
| Car Service | $ 123,045 | 14.38% |
| Parking | $ 14,066 | 1.64% |
| Taxi | $ 7,140 | 0.83% |
| **Miscellaneous** | **$ 139,192** | **16.26%** |
| Gift | $ 1,454 | 0.17% |
| Other | $ 125,255 | 14.64% |
| Telecommunications | $ 859 | 0.10% |
| Tips[1] | $ 11,624 | 1.36% |
| **Travel** | **$ 444,397** | **51.93%** |
| Airfare | $ 238,854 | 27.91% |
| Lodging | $ 71,624 | 8.37% |
| Other | $ 7,367 | 0.86% |
| Mileage | $ 319 | 0.04% |
| Travel Service | $ 126,233 | 14.75% |
| **Meal/Beverages** | **$ 98,893** | **11.56%** |
| Group | $ 61,880 | 7.23% |
| Individual | $ 37,013 | 4.32% |
| **Event** | **$ 28,969** | **3.38%** |
| Room Rental | $ 28,969 | 3.38% |
| Grand Total | $ 855,829 | 100.00% |

[1]The 'Tips' category does not include gratuity that was grouped with travel expenses. Therefore, the amount for tips as shown on the 'By Category' and 'By Vendor' tabs are understated.

The following table shows the names transcribed from the documents and FRA's assumptions as to the identity of the individuals.

| Transcribed Names from Support[1] | Assumed Name[2] | Assumed NRA Affiliation[2] | Assumed Position[2] |
|---|---|---|---|
| (2/no names) | Unnamed guests | Non-NRA | Unnamed Guests |
| (2/no names) + wives | Unnamed guests | Non-NRA | Unnamed Guests |
| A Castellanos | Alex Castellanos | Non-NRA | GOP Strategist, Political Consultant |
| A Crimmins | Addie Crimmins | NRA Affiliated | Women's leadership forum staff |
| A Lair | A Lair | Non-NRA | Unknown |
| A McKenna | Andrew McKenna | NRA Affiliated | NRA Contractor |
| AA | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| AL | AL | Non-NRA | Unknown |
| Alex Zimmerman | Alex Zimmerman | Non-NRA | Unknown |
| AM | Tony Makris | Non-NRA | President of Mercury Group |
| Angus McQueen | Angus McQueen | Non-NRA | Co-Chief Executive Officer, AMC |
| Anthony Makris | Tony Makris | Non-NRA | President of Mercury Group |
| Ari Azimi | Ari Azimi | Non-NRA | Unknown |
| Ashly Suris | Ashley Suris | Non-NRA | National Program Director at "The Well-Armed Woman" Shooting Chapter |
| B Wardlaw | Brady Wardlaw | Non-NRA | Makeup Artist |
| Bart Skelton | Bart Skelton | NRA Affiliated | Director, NRA |
| Bill Powers | Bill Powers | Non-NRA | EVP / Public Relations at Ackerman McQueen |
| Bill Winkler | Bill Winkler | Non-NRA | Chief Financial Officer, AMC |
| BL | BL | Non-NRA | Unknown |
| Brad Johnson | Brad Johnson | Non-NRA | Actor nominated for NRA board; withdrew |
| Brady Wardlaw | Brady Wardlaw | Non-NRA | Makeup Artist |
| brand sponsors | Sponsor(s) | Non-NRA | Unknown |
| Bryan Frasher | Bryan Frasher | Non-NRA | Unknown |
| BS | Bart Skelton | NRA Affiliated | Director, NRA |
| C | C | Non-NRA | Unknown |
| C Fiandt | Caitlin Fiandt | NRA Affiliated | Director of Corporate Partnerships |
| C Fliandt | Caitlin Fiandt | NRA Affiliated | Director of Corporate Partnerships |
| C Noir | Colion Noir | NRA Affiliated | NRA Activist, Host of NRA web series, NOIR |
| C Sprangers | Chris Sprangers | NRA Affiliated | Former Senior Managing Director of Corporate Partnerships |

| C Springers | Chris Sprangers | NRA Affiliated | Former Senior Managing Director of Corporate Partnerships |
|---|---|---|---|
| C Sterner | Colleen Sterner | NRA Affiliated | NRAWomenTV; Wayne's Neice by marriage |
| Carolyn Comfort | Carolyn Comfort | NRA Affiliated | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor |
| Carrie Lightfoot | Carrie Lightfoot | NRA Affiliated | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee |
| CG | Colleen Powell | NRA Affiliated | Wife of Josh Powell |
| Chris | Chris | Non-NRA | Unknown |
| Chris Cox | Chris Cox | NRA Affiliated | Executive Director, NRAILA |
| Claire Whitefoot | Carrie Lightfoot | NRA Affiliated | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee |
| Client | Client(s) | Non-NRA | Unknown |
| Clients | Client(s) | Non-NRA | Unknown |
| CN | Chuck Nash | Non-NRA | Retired US Navy Captain and Fox News Analyst |
| Colion Noir | Colion Noir | NRA Affiliated | NRA Activist, Host of NRA web series, NOIR |
| Colleen Powell | Colleen Powell | Non-NRA | Wife of Josh Powell |
| Couf (Navy) | Couf (Navy) | Non-NRA | Unknown |
| Cox | Chris Cox | NRA Affiliated | Executive Director, NRAILA |
| D Dimmitt | D Dimmitt | Non-NRA | Unknown |
| D Gehering | D Gehering | Non-NRA | Unknown |
| D LaSorte | Darren LaSorte | Non-NRA | SVP Acount Service Ackerman McQueen |
| D Loesch | Dana Loesch | NRA Affiliated | NRA Spokesperson |
| D Lyon | D Lyon | Non-NRA | Unknown |
| D Muntz | David Muntz | Non-NRA | Unknown |
| Dana Loesch | Dana Loesch | NRA Affiliated | NRA Spokesperson |
| Danielle Harris | Danielle Harris | Non-NRA | Unknown |
| Dave Muntz | David Muntz | Non-NRA | Unknown |
| David A Clark, Jr | David A Clarke, Jr | Non-NRA | Milwaukee County Sheriff |
| David Lehman | David Lehman | NRA Affiliated | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. |
| DD | DD | Non-NRA | Unknown |

| | | | |
|---|---|---|---|
| Deb Dover | Deb Dover | Non-NRA | Stylist |
| Dennis Azato | Dennis Azato | Non-NRA | Unknown |
| Dino Aviles | Dionel M Aviles | Non-NRA | Former Secretary of the Navy (04 - 09) |
| DLS | DLS | Non-NRA | Unknown |
| Donors | Unnamed guests | Non-NRA | Unnamed Guests |
| Dustin Johnson | Dustin Johnson | Non-NRA | Unknown |
| Eric | Eric | Non-NRA | Unknown |
| Eric Thomas | Eric Thomas | Non-NRA | Unknown |
| Eric Van Horn | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| EVH | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| EVP clients | EVP clients | Non-NRA | Unknown |
| G Peterson | George Petersen | NRA Affiliated | Committee member |
| G Pond | George Pond | NRA Affiliated | Advancement employee |
| Gabby Franco | Gabby Franco | Non-NRA | Unknown |
| H Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| H Martin | Henry Martin Garrison | Non-NRA | Former Ackerman employee |
| Hannah Kerr | Hannah Kerr | Non-NRA | Unknown |
| Hayley Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| Henry Martin | Henry Martin Garrison | Non-NRA | Unknown |
| Henry Martin Garrison | Henry Martin Garrison | Non-NRA | Unknown |
| HH | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| HM | Henry Martin Garrison | Non-NRA | Unknown |
| Holmes | Hayley Holmes | Non-NRA | Account Executive Ackerman McQueen |
| J Carter | Jon Carter | Non-NRA | Ackerman employee |
| J Eric Deitz | J Eric Deitz | Non-NRA | Unknown |
| J Golob | Julie Golob | NRA Affiliated | Member of NRA Board of Directors |
| J Kohlmeyer | Jim Kohlmeyer | NRA Affiliated | Senior Managing Director of Programs and Shooting Activities |
| J Popp | John Popp | Non-NRA | Ackerman employee |
| J Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| James Rosen | James Rosen | Non-NRA | Former Fox News Washington Correspondent; current investigative report--Sinclair Broadcasting |
| JD | JD Williams | NRA Affiliated | Former NRA Board Member and Executive Council |
| Jenni S | Jenni S | Non-NRA | Unknown |
| Jesse Davidson | Jesse Davidson | Non-NRA | Unknown |

| Jim Powell | Jim Powell | NRA Affiliated | Josh Powell's father? |
|---|---|---|---|
| Joe MacQuire | Joe MacQuire | Non-NRA | Unknown |
| John Bolton | John Bolton | NRA Affiliated | Ambassador; national security advisor |
| Jon Carter | Jon Carter | Non-NRA | Ackerman employee |
| Josh | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| Josh Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| JP | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| Julie Golob | Julie Golob | NRA Affiliated | Member of NRA Board of Directors |
| Justine Charles | Justine Charles | Non-NRA | Unknown |
| K Walawender | Keith Walawender | Non-NRA | CEO, Tomahawk Strategic Solutions |
| KM | Ken Miller | Non-NRA | Unknown |
| KS | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| L Cremer | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| L Duffy | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| L Olsen | Lance Olson | NRA Affiliated | Director, NRA |
| Lacey | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lacey Cremer | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lacey Duffy | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lance Olsen | Lance Olson | NRA Affiliated | Director, NRA |
| Larry D Moody | Larry D Moody | Non-NRA | Unknown |
| LC | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| LC (Duffy) | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| LD | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| LDC | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lehman | David Lehman | NRA Affiliated | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. |
| LO | Lance Olson | NRA Affiliated | Director, NRA |
| LS | LS | Non-NRA | Unknown |
| Luc Kammerer | Luc Kammerer | Non-NRA | Unknown |
| M Cremer | Mauricio Cremer | Non-NRA | Lacey Duffy's husband and Vice President of Creative Services |
| M Montgomery | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Mark Hively | Mark Hively | Non-NRA | Unknown |
| Mauricio Cremer | Mauricio Cremer | Non-NRA | Lacey Duffy's husband and Vice President of Creative Services |

| MD | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
|---|---|---|---|
| MD (donor) | MD | Non-NRA | Donor |
| Megan Allen (client) | Megan Allen | NRA Affiliated | Unknown |
| Melanie | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Melanie Montgomery | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Michael Ives | Michael Ives | Non-NRA | Ackerman photographer |
| Mike Bauman | Mike Bauman | Non-NRA | Unknown |
| Mil | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| Mil personnel | Millie Hallow | Non-NRA | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| Mil personnel (2/no names) | Millie Hallow | Non-NRA | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| MM | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| Mr Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| N Caposella | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| N Capossela | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| N Foster | Natalie Foster | Non-NRA | Ackerman contractor? |
| N Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Nadar Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Nader Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Navy Personnel | Navy Personnel | Non-NRA | Unknown |
| NC | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| Nic Capossela | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| Nicole Capossela | Nicole Capossela | Non-NRA | Senior Vice President, Ackerman McQueen |
| NRA clients | NRA VIPs, Donor(s) and Clients | NRA Affiliated | Unknown |
| NRA donor | NRA VIPs, Donor(s) and Clients | NRA Affiliated | Unknown |
| NRA donors | NRA VIPs, Donor(s) and Clients | NRA Affiliated | Unknown |
| NRA exec | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |

| NRA Execs | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
|---|---|---|---|
| NRA executives | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NRA personnel | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NT | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| OOA | OOA | NRA Affiliated | Office of Advancement |
| OOA clients | OOA clients/donors/sponsors | Non-NRA | Unknown |
| OOA donors | OOA clients/donors/sponsors | Non-NRA | Unknown |
| OOA full team | OOA | NRA Affiliated | Office of Advancement |
| OOA sponsors | OOA clients/donors/sponsors | Non-NRA | Unknown |
| OOA staff | OOA | NRA Affiliated | Office of Advancement |
| OOA Team | OOA | NRA Affiliated | Office of Advancement |
| P Kobler | P Kobler | Non-NRA | Unknown |
| P McCarty | Patrick McCarty | Non-NRA | Former Ackerman employee |
| Patrick McCarty | Patrick McCarty | Non-NRA | Former Ackerman employee |
| R Kirk | R Kirk | Non-NRA | Unknown |
| R Vandevoort | R Vandevoort | Non-NRA | Unknown |
| RM | Robert McCarty | Non-NRA | Unknown |
| Robert McCarty | Robert McCarty | Non-NRA | Unknown |
| Rosa Blackwell | Rosa Blackwell | NRA Affiliated | Wife of NRA Board Member Ken Blackwell |
| S | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| SH | Steve Hart | NRA Affiliated | Attorney for NRA |
| Sherry & Jerry Collins | Sherry & Jerry Collins | Non-NRA | Unknown |
| Sienna Sterner | Sienna Sterner | Non-NRA | Related to other Sterner's?? |
| SLP | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| Stephanie West | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
| Susan LaPierre | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| Susan LaPierrre | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| Susan Oden | Susan Oden | Non-NRA | Unknown |

| SW | Stephanie West | Non-NRA | Assistant to the President Mercury Group |
|---|---|---|---|
| T Makris | Tony Makris | Non-NRA | President of Mercury Group |
| T Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| T Selleck | Selleck Family Member | NRA Affiliated | Tom Selleck and family members |
| Talent | Talent | Non-NRA | Unknown |
| Terri Michaels | Terri Michaels | Non-NRA | Unknown |
| Terry Sterner | Terry Sterner | Non-NRA | Related to other Sterner's?? |
| The Mercury Group | The Mercury Group | Non-NRA | Unknown |
| TM | Tony Makris | Non-NRA | President of Mercury Group |
| Tony Makris | Tony Makris | Non-NRA | President of Mercury Group |
| Trevor Dahlkemper | Trevor Dahlkemper | Non-NRA | Unknown |
| TS | Tyler Schropp | NRA Affiliated | executive director |
| Tucker Carlson | Tucker Carlson | Non-NRA | Host of the Tucker Carlson Show - Fox |
| Tyler | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Tyler Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Unknown | Unnamed guests | Non-NRA | Unnamed Guests |
| W | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| W Phillips | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| Warner Loughlin (Warner Loughlin Studios) | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| Wayne | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne Black | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wendy Fitzgerald | Wendy Fitzgerald | Non-NRA | Unknown |
| Williams | Williams | Non-NRA | Unknown |
| WLF staff | WLF staff | NRA Affiliated | Womens Leadership Forum |
| WLP | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Woody | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| Woody Phillips | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| WP | Woody Phillips | NRA Affiliated | Treasurer, NRA |

[1]The names were transcribed from the documentation received by FRA.  See column O in the 'Detail' tab.

[2] Based on knowledge of NRA employees and others, FRA assigned an 'Assumed Name' to the transcribed names.  In addition, FRA identified whether the assumed name is affiliated with the NRA as well as the assumed position of the person identified based on (1) knowledge of the individual or (2) desktop research performed by FRA.

The following tables show the total amount of expenses attributable to the individuals listed below where they are the only individuals identified on the documentation. These figures exclude any expenses where the individuals listed were participants; amongst other participants. Source: Columns O and K on 'Detail' tab

Basis of Selection: (1) All individuals identified as NRA employees or NRA affiliated with expenses greater than $100 where the individuals listed below were the only individuals identified on the documentation and (2) top two Ackerman employees with the most expenses for out of pocket expenses (Tony Makris and Nader Tavangar).

## NRA Employees or Affiliates

**Dana Loesch**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Dana Loesch | $ | 169,796 |
| Grand Total | $ | 169,796 |

**Wayne and Susan LaPierre**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Susan LaPierre | $ | 24,557 |
| Wayne LaPierre | $ | 1,392 |
| Grand Total | $ | 25,949 |

**Lance Olson**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Lance Olson | $ | 21,546 |
| Grand Total | $ | 21,546 |

**Josh Powell**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Josh Powell | $ | 16,837 |
| Grand Total | $ | 16,837 |

**Chris Cox**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Chris Cox | $ | 3,759 |
| Grand Total | $ | 3,759 |

**David Lehman**

| Assumed Name | Sum of Amount | |
|---|---|---|
| David Lehman | $ | 3,106 |
| Grand Total | $ | 3,106 |

**Tyler Schropp**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Tyler Schropp | $ | 2,233 |
| Grand Total | $ | 2,233 |

**Woody Phillips**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Woody Phillips | $ | 1,743 |
| Grand Total | $ | 1,743 |

**Bart Skelton**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Bart Skelton | $ | 464 |
| Grand Total | $ | 464 |

**Carolyn Comfort (NRA Affiliate)**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Carolyn Comfort | $ | 380 |

## Ackerman Employees

**Nader Tavangar**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Nader Tavangar | $ | 18,127 |
| Grand Total | $ | 18,127 |

**Tony Makris**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Tony Makris | $ | 14,616 |
| Grand Total | $ | 14,616 |

| Grand Total | $ | 380 |
|---|---|---|

**NRA Group, Staff, Personnel or Executives**

| Assumed Name | Sum of Amount | |
|---|---|---|
| NRA Group, Staff, Persor | $ | 150 |
| Grand Total | $ | 150 |

**Selleck Family Member**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Selleck Family Member | $ | 121 |
| Grand Total | $ | 121 |

**Carrie Lightfoot**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Carrie Lightfoot | $ | 107 |
| Grand Total | $ | 107 |

The following table shows the total expense amount by assumed name; regardless as to the number of attendees. Note that the total will not tie to the total amount of the expenses on the 'Detail' tab as the same expense will be counted multiple times if there is more than one attendee. Source: 'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Value |
|---|---|---|---|
| Unnamed guests | Unnamed Guests | Non-NRA | $ 350,425 |
| Dana Loesch | NRA Spokesperson | NRA Affiliated | $ 172,513 |
| Hayley Holmes | Account Executive Ackerman McQueen | Non-NRA | $ 83,491 |
| Lacey Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | $ 63,518 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | $ 56,354 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | $ 33,041 |
| Lance Olson | Director, NRA | NRA Affiliated | $ 28,435 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Affiliated | $ 20,406 |
| Woody Phillips | Treasurer, NRA | NRA Affiliated | $ 15,577 |
| OOA clients/donors/sponsors | Unknown | Non-NRA | $ 14,160 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | $ 12,530 |
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | $ 12,361 |
| OOA | Office of Advancement | NRA Affiliated | $ 12,080 |
| G Pond | Unknown | Non-NRA | $ 10,000 |
| Tony Makris | President of Mercury Group | Non-NRA | $ 9,923 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Affiliated | $ 8,253 |
| Client(s) | Unknown | Non-NRA | $ 6,619 |
| Henry Martin Garrison | Unknown | Non-NRA | $ 6,404 |
| The Mercury Group | Unknown | Non-NRA | $ 6,212 |
| Wayne LaPierre | EVP, NRA | NRA Affiliated | $ 5,515 |
| Tucker Carlson | Host of the Tucker Carlson Show - Fox | Non-NRA | $ 5,364 |
| EVP clients | Unknown | Non-NRA | $ 5,224 |
| Bart Skelton | Director, NRA | NRA Affiliated | $ 4,144 |
| David Muntz | Unknown | Non-NRA | $ 4,042 |
| Chris Cox | Executive Director, NRAILA | NRA Affiliated | $ 3,822 |
| Joe MacQuire | Unknown | Non-NRA | $ 3,680 |
| Dustin Johnson | Unknown | Non-NRA | $ 3,680 |
| Dionel M Aviles | Former Secretary of the Navy (04 - 09) | Non-NRA | $ 3,680 |
| Chris | Unknown | Non-NRA | $ 3,552 |
| G Peterson | Unknown | Non-NRA | $ 3,293 |

| | | | | |
|---|---|---|---|---|
| Chuck Nash | Retired US Navy Captain and Fox News Analyst | Non-NRA | $ | 3,223 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | $ | 3,208 |
| Alex Castellanos | GOP Strategist, Political Consultant | Non-NRA | $ | 3,208 |
| Steve Hart | Attorney for NRA | NRA Affiliated | $ | 3,208 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Affiliated | $ | 3,106 |
| Robert McCarty | Unknown | Non-NRA | $ | 2,687 |
| Patrick McCarty | Unknown | Non-NRA | $ | 2,446 |
| Bill Powers | EVP / Public Relations at Ackerman McQueen | Non-NRA | $ | 2,367 |
| Jim Powell | Unknown | Non-NRA | $ | 2,353 |
| Deb Dover | Stylist | Non-NRA | $ | 2,309 |
| Brady Wardlaw | Makeup Artist | Non-NRA | $ | 2,293 |
| Nicole Capossela | Senior Vice President, Ackerman McQueen | Non-NRA | $ | 2,129 |
| Jon Carter | Unknown | Non-NRA | $ | 1,751 |
| NRA Group, Staff, Personnel or Exe | Unknown | NRA Affiliated | $ | 1,750 |
| A McKenna | Unknown | Non-NRA | $ | 1,699 |
| MD | Donor | Non-NRA | $ | 1,521 |
| Colleen Powell | Wife of Josh Powell | Non-NRA | $ | 1,497 |
| Terri Michaels | Unknown | Non-NRA | $ | 1,473 |
| Stephanie West | Assistant to the President Mercury Group | Non-NRA | $ | 1,454 |
| Jim Kohlmeyer | Senior Managing Director of Programs and Shooting Activities | NRA Affiliated | $ | 1,311 |
| Angus McQueen | Co-Chief Executive Officer, AMC | Non-NRA | $ | 1,252 |
| D Dimmitt | Unknown | Non-NRA | $ | 1,196 |
| Navy Personnel | Unknown | Non-NRA | $ | 1,167 |
| Mil | Unknown | Non-NRA | $ | 1,081 |
| Chris Sprangers | Former Senior Managing Director of Corporate Partnerships | NRA Affiliated | $ | 988 |
| Eric Thomas | Unknown | Non-NRA | $ | 969 |
| Mark Hively | Unknown | Non-NRA | $ | 947 |
| Darren LaSorte | SVP Acount Service Ackerman McQueen | Non-NRA | $ | 931 |
| Dennis Azato | Unknown | Non-NRA | $ | 882 |
| NRA VIPs, Donor(s) and Clients | Unknown | NRA Affiliated | $ | 871 |
| Andrew Arulanandam | Managing Director of Public Affairs at NRA | NRA Affiliated | $ | 783 |
| DLS | Unknown | Non-NRA | $ | 745 |
| David A Clark, Jr | Milwaukee County Sheriff | Non-NRA | $ | 674 |

| | | | | |
|---|---|---|---|---|
| Brad Johnson | Actor nominated for NRA board; withdrew | Non-NRA | $ | 658 |
| Mauricio Cremer | Lacey Duffy's husband and Vice President of Creative Services | Non-NRA | $ | 607 |
| DD | Unknown | Non-NRA | $ | 601 |
| Bill Winkler | Chief Financial Officer, AMC | Non-NRA | $ | 594 |
| Mike Bauman | Unknown | Non-NRA | $ | 529 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Affiliated | $ | 496 |
| A Lair | Unknown | Non-NRA | $ | 468 |
| John Bolton | Unknown | Non-NRA | $ | 455 |
| Caitlin Fiandt | Director of Corporate Partnerships | NRA Affiliated | $ | 406 |
| Talent | Unknown | Non-NRA | $ | 400 |
| Ari Azimi | Unknown | Non-NRA | $ | 384 |
| Carolyn Comfort | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor | NRA Affiliated | $ | 380 |
| Hannah Kerr | Unknown | Non-NRA | $ | 380 |
| Terry Sterner | Unknown | Non-NRA | $ | 370 |
| Sienna Sterner | Unknown | Non-NRA | $ | 370 |
| Danielle Harris | Unknown | Non-NRA | $ | 333 |
| Ashley Suris | National Program Director at "The Well-Armed Woman" Shooting Chapter | Non-NRA | $ | 309 |
| P Kobler | Unknown | Non-NRA | $ | 299 |
| Couf (Navy) | Unknown | Non-NRA | $ | 299 |
| Rosa Blackwell | Unknown | Non-NRA | $ | 278 |
| Sponsor(s) | Unknown | Non-NRA | $ | 276 |
| Selleck Family Member | Tom Selleck and family members | NRA Affiliated | $ | 241 |
| Trevor Dahlkemper | Unknown | Non-NRA | $ | 235 |
| J Popp | Unknown | Non-NRA | $ | 222 |
| D Lyon | Unknown | Non-NRA | $ | 222 |
| Williams | Unknown | Non-NRA | $ | 209 |
| J Eric Deitz | Unknown | Non-NRA | $ | 206 |
| AL | Unknown | Non-NRA | $ | 203 |
| Ken Miller | Unknown | Non-NRA | $ | 203 |
| Luc Kammerer | Unknown | Non-NRA | $ | 191 |
| Warner Loughlin Makris | Wife of Tony Makris | Non-NRA | $ | 189 |
| Megan Allen | Unknown | Non-NRA | $ | 177 |
| D Gehering | Unknown | Non-NRA | $ | 163 |

| | | | | |
|---|---|---|---|---|
| James Rosen | Former Fox News Washington Correspondent; current investigative report--Sinclair Broadcasting | Non-NRA | $ | 136 |
| Colion Noir | NRA Activist, Host of NRA web series, NOIR | NRA Affiliated | $ | 124 |
| LS | Unknown | Non-NRA | $ | 120 |
| Carrie Lightfoot | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee | NRA Affiliated | $ | 107 |
| R Kirk | Unknown | Non-NRA | $ | 100 |
| Michael Ives | Unknown | Non-NRA | $ | 95 |
| Bryan Frasher | Unknown | Non-NRA | $ | 94 |
| Claire Whitefoot | Unknown | Non-NRA | $ | 93 |
| Susan Oden | Unknown | Non-NRA | $ | 83 |
| WLF staff | Unknown | Non-NRA | $ | 72 |
| Julie Golob | Member of NRA Board of Directors | NRA Affiliated | $ | 72 |
| Gabby Franco | Unknown | Non-NRA | $ | 57 |
| Eric | Unknown | Non-NRA | $ | 52 |
| R Vandevoort | Unknown | Non-NRA | $ | 48 |
| BL | Unknown | Non-NRA | $ | 42 |
| C | Unknown | Non-NRA | $ | 41 |
| Larry D Moody | Unknown | Non-NRA | $ | 39 |
| Alex Zimmerman | Unknown | Non-NRA | $ | 39 |
| Sherry & Jerry Collins | Unknown | Non-NRA | $ | 38 |
| Jesse Davidson | Unknown | Non-NRA | $ | 35 |
| Keith Walawender | CEO, Tomahawk Strategic Solutions | Non-NRA | $ | 34 |
| Wendy Fitzgerald | Unknown | Non-NRA | $ | 32 |
| A Crimmins | Unknown | Non-NRA | $ | 30 |
| N Foster | Unknown | Non-NRA | $ | 30 |
| Jenni S | Unknown | Non-NRA | $ | 22 |
| Justine Charles | Unknown | Non-NRA | $ | 20 |
| C Sterner | Unknown | Non-NRA | $ | 11 |

The following tables shows the number of expenses for which each individual is included.  Source:  'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Quantity |
|---|---|---|---|
| Unnamed guests | Unnamed Guests | Non-NRA | 400 |
| Lacey Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | 219 |
| Hayley Holmes | Account Executive Ackerman McQueen | Non-NRA | 191 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | 149 |
| Tony Makris | President of Mercury Group | Non-NRA | 83 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | 44 |
| Patrick McCarty | Unknown | Non-NRA | 41 |
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | 36 |
| Woody Phillips | Treasurer, NRA | NRA Affiliated | 32 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Affiliated | 31 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Affiliated | 24 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | 19 |
| Client(s) | Unknown | Non-NRA | 18 |
| Nicole Capossela | Senior Vice President, Ackerman McQueen | Non-NRA | 16 |
| Chris Cox | Executive Director, NRAILA | NRA Affiliated | 13 |
| OOA clients/donors/sponsors | Unknown | Non-NRA | 13 |
| Dana Loesch | NRA Spokesperson | NRA Affiliated | 13 |
| Wayne LaPierre | EVP, NRA | NRA Affiliated | 11 |
| OOA | Office of Advancement | NRA Affiliated | 11 |
| Jon Carter | Unknown | Non-NRA | 11 |
| G Peterson | Unknown | Non-NRA | 10 |
| Henry Martin Garrison | Unknown | Non-NRA | 8 |
| NRA Group, Staff, Personnel or Executives | Unknown | NRA Affiliated | 6 |
| Chris Sprangers | Former Senior Managing Director of Corporate Partnerships | NRA Affiliated | 6 |
| Bill Powers | EVP / Public Relations at Ackerman McQueen | Non-NRA | 6 |
| Chris | Unknown | Non-NRA | 6 |
| Caitlin Fiandt | Director of Corporate Partnerships | NRA Affiliated | 5 |
| NRA VIPs, Donor(s) and Clients | Unknown | NRA Affiliated | 5 |
| Mark Hively | Unknown | Non-NRA | 4 |
| EVP clients | Unknown | Non-NRA | 4 |
| Mil | Unknown | Non-NRA | 4 |

| | | | |
|---|---|---|---|
| Navy Personnel | Unknown | Non-NRA | 4 |
| Talent | Unknown | Non-NRA | 4 |
| Brady Wardlaw | Makeup Artist | Non-NRA | 4 |
| Darren LaSorte | SVP Acount Service Ackerman McQueen | Non-NRA | 4 |
| Stephanie West | Assistant to the President Mercury Group | Non-NRA | 4 |
| Brad Johnson | Actor nominated for NRA board; withdrew | Non-NRA | 4 |
| Colleen Powell | Wife of Josh Powell | Non-NRA | 4 |
| Deb Dover | Stylist | Non-NRA | 4 |
| Lance Olson | Director, NRA | NRA Affiliated | 3 |
| Jim Kohlmeyer | Senior Managing Director of Programs and Shooting Activities | NRA Affiliated | 3 |
| Mauricio Cremer | Lacey Duffy's husband and Vice President of Creative Services | Non-NRA | 3 |
| DLS | Unknown | Non-NRA | 3 |
| Robert McCarty | Unknown | Non-NRA | 3 |
| Sponsor(s) | Unknown | Non-NRA | 3 |
| Terri Michaels | Unknown | Non-NRA | 3 |
| Chuck Nash | Retired US Navy Captain and Fox News Analyst | Non-NRA | 3 |
| The Mercury Group | Unknown | Non-NRA | 3 |
| Andrew Arulanandam | Managing Director of Public Affairs at NRA | NRA Affiliated | 3 |
| Selleck Family Member | Tom Selleck and family members | NRA Affiliated | 2 |
| Angus McQueen | Co-Chief Executive Officer, AMC | Non-NRA | 2 |
| Eric Thomas | Unknown | Non-NRA | 2 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Affiliated | 2 |
| Ari Azimi | Unknown | Non-NRA | 2 |
| J Eric Deitz | Unknown | Non-NRA | 2 |
| Dennis Azato | Unknown | Non-NRA | 2 |
| Julie Golob | Member of NRA Board of Directors | NRA Affiliated | 2 |
| James Rosen | Former Fox News Washington Correspondent; current investigative report--Sinclair Broadcasting | Non-NRA | 2 |
| Colion Noir | NRA Activist, Host of NRA web series, NOIR | NRA Affiliated | 2 |
| Trevor Dahlkemper | Unknown | Non-NRA | 2 |
| Jim Powell | Unknown | Non-NRA | 2 |
| Ashley Suris | National Program Director at "The Well-Armed Woman" Shooting Chapter | Non-NRA | 2 |
| John Bolton | Unknown | Non-NRA | 2 |

| | | | |
|---|---|---|---|
| R Kirk | Unknown | Non-NRA | 2 |
| David Muntz | Unknown | Non-NRA | 2 |
| Bart Skelton | Director, NRA | NRA Affiliated | 2 |
| MD | Donor | Non-NRA | 2 |
| Bill Winkler | Chief Financial Officer, AMC | Non-NRA | 2 |
| Mike Bauman | Unknown | Non-NRA | 2 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Affiliated | 2 |
| David A Clark, Jr | Milwaukee County Sheriff | Non-NRA | 2 |
| Warner Loughlin Makris | Wife of Tony Makris | Non-NRA | 1 |
| Ken Miller | Unknown | Non-NRA | 1 |
| Rosa Blackwell | Unknown | Non-NRA | 1 |
| Dustin Johnson | Unknown | Non-NRA | 1 |
| Alex Zimmerman | Unknown | Non-NRA | 1 |
| Eric | Unknown | Non-NRA | 1 |
| P Kobler | Unknown | Non-NRA | 1 |
| BL | Unknown | Non-NRA | 1 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | 1 |
| Steve Hart | Attorney for NRA | NRA Affiliated | 1 |
| Alex Castellanos | GOP Strategist, Political Consultant | Non-NRA | 1 |
| Bryan Frasher | Unknown | Non-NRA | 1 |
| N Foster | Unknown | Non-NRA | 1 |
| G Pond | Unknown | Non-NRA | 1 |
| D Gehering | Unknown | Non-NRA | 1 |
| Gabby Franco | Unknown | Non-NRA | 1 |
| R Vandevoort | Unknown | Non-NRA | 1 |
| Hannah Kerr | Unknown | Non-NRA | 1 |
| Sienna Sterner | Unknown | Non-NRA | 1 |
| C | Unknown | Non-NRA | 1 |
| Terry Sterner | Unknown | Non-NRA | 1 |
| A Crimmins | Unknown | Non-NRA | 1 |
| Wendy Fitzgerald | Unknown | Non-NRA | 1 |
| A Lair | Unknown | Non-NRA | 1 |
| Michael Ives | Unknown | Non-NRA | 1 |

| | | | |
|---|---|---|---|
| A McKenna | Unknown | Non-NRA | I |
| Claire Whitefoot | Unknown | Non-NRA | I |
| J Popp | Unknown | Non-NRA | I |
| WLF staff | Unknown | Non-NRA | I |
| Jenni S | Unknown | Non-NRA | I |
| D Dimmitt | Unknown | Non-NRA | I |
| Jesse Davidson | Unknown | Non-NRA | I |
| Dionel M Aviles | Former Secretary of the Navy (04 - 09) | Non-NRA | I |
| C Sterner | Unknown | Non-NRA | I |
| D Lyon | Unknown | Non-NRA | I |
| Joe MacQuire | Unknown | Non-NRA | I |
| Danielle Harris | Unknown | Non-NRA | I |
| Carolyn Comfort | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor | NRA Affiliated | I |
| Sherry & Jerry Collins | Unknown | Non-NRA | I |
| Justine Charles | Unknown | Non-NRA | I |
| Susan Oden | Unknown | Non-NRA | I |
| Larry D Moody | Unknown | Non-NRA | I |
| DD | Unknown | Non-NRA | I |
| LS | Unknown | Non-NRA | I |
| Keith Walawender | CEO, Tomahawk Strategic Solutions | Non-NRA | I |
| Luc Kammerer | Unknown | Non-NRA | I |
| Tucker Carlson | Host of the Tucker Carlson Show - Fox | Non-NRA | I |
| Carrie Lightfoot | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee | NRA Affiliated | I |
| Williams | Unknown | Non-NRA | I |
| AL | Unknown | Non-NRA | I |
| Megan Allen | Unknown | Non-NRA | I |
| Couf (Navy) | Unknown | Non-NRA | I |

The following table shows the amounts spent by vendor.
Source: Columns J and K on 'Detail' tab

**Total Spend:** $ 855,829
**Total Quantity:** 1257

| Vendor | Value | % of Value | Quantity | % of Quantity |
|---|---|---|---|---|
| I.I. & I.S Inc. | $ 241,858 | 28.26% | 41 | 3.26% |
| CXIII/Landini Brothers | $ 98,215 | 11.48% | 73 | 5.81% |
| Omni Air Transport | $ 80,294 | 9.38% | 4 | 0.32% |
| Carey International | $ 71,848 | 8.40% | 71 | 5.65% |
| ABC Limo Service | $ 47,657 | 5.57% | 189 | 15.04% |
| Brady Wardlaw | $ 39,568 | 4.62% | 73 | 5.81% |
| Sheppard Mullin | $ 29,630 | 3.46% | 3 | 0.24% |
| Debbie Dover | $ 29,483 | 3.44% | 17 | 1.35% |
| Four Seasons | $ 26,382 | 3.08% | 24 | 1.91% |
| Corporate America Aviation | $ 25,300 | 2.96% | 1 | 0.08% |
| Laurey Peat & Associates | $ 15,606 | 1.82% | 3 | 0.24% |
| Ridgewood by Windsor | $ 13,950 | 1.63% | 3 | 0.24% |
| Colonial Parking | $ 11,392 | 1.33% | 31 | 2.47% |
| Wynn | $ 9,706 | 1.13% | 59 | 4.69% |
| Virgin America | $ 8,773 | 1.03% | 19 | 1.51% |
| 21C Hotel | $ 7,737 | 0.90% | 12 | 0.95% |
| Cash Tips[1] | $ 6,211 | 0.73% | 145 | 11.54% |
| W Hotel | $ 6,167 | 0.72% | 7 | 0.56% |
| Lenon Security Corporation | $ 5,500 | 0.64% | 1 | 0.08% |
| Washington Speakers Bureau | $ 5,364 | 0.63% | 1 | 0.08% |
| Southwest | $ 5,362 | 0.63% | 22 | 1.75% |
| Hotel Zaza | $ 5,282 | 0.62% | 7 | 0.56% |
| B&H Photo | $ 4,942 | 0.58% | 5 | 0.40% |
| Uber | $ 4,773 | 0.56% | 72 | 5.73% |
| American Airlines | $ 4,680 | 0.55% | 17 | 1.35% |
| Ritz Carlton | $ 4,073 | 0.48% | 12 | 0.95% |
| Morton's Steakhouse | $ 3,680 | 0.43% | 1 | 0.08% |
| Apple Store | $ 3,201 | 0.37% | 12 | 0.95% |
| Omni Hotel | $ 3,119 | 0.36% | 7 | 0.56% |
| PCM | $ 2,699 | 0.32% | 6 | 0.48% |
| Lowell Hotel | $ 2,610 | 0.30% | 1 | 0.08% |
| Hudson | $ 2,503 | 0.29% | 12 | 0.95% |
| Gaedeke Holdings/Granite Properties | $ 2,425 | 0.28% | 32 | 2.55% |
| Egencia | $ 2,233 | 0.26% | 4 | 0.32% |
| Laurie Graham King | $ 1,875 | 0.22% | 1 | 0.08% |
| JM Uber Transportation Recoveries | $ 1,801 | 0.21% | 20 | 1.59% |
| Hermitage | $ 1,738 | 0.20% | 8 | 0.64% |
| Saint Ann Restaurant | $ 1,676 | 0.20% | 3 | 0.24% |
| Unknown | $ 1,317 | 0.15% | 16 | 1.27% |
| Global Road Show Limo | $ 1,252 | 0.15% | 2 | 0.16% |
| SCI Membership & Show Fee | $ 1,110 | 0.13% | 3 | 0.24% |
| Casa de Montecristo | $ 1,083 | 0.13% | 7 | 0.56% |

| | | | | | |
|---|---|---|---|---|---|
| Hotel Monaco | $ | 1,080 | 0.13% | 2 | 0.16% |
| Kimpton Hotel | $ | 969 | 0.11% | 2 | 0.16% |
| Alaska Airlines | $ | 937 | 0.11% | 2 | 0.16% |
| Alexandrian | $ | 918 | 0.11% | 2 | 0.16% |
| Lyndsey Peck | $ | 912 | 0.11% | 1 | 0.08% |
| Hotel Indigo | $ | 898 | 0.10% | 3 | 0.24% |
| Office Depot | $ | 888 | 0.10% | 1 | 0.08% |
| Dolce Riviera | $ | 885 | 0.10% | 3 | 0.24% |
| NSSF | $ | 875 | 0.10% | 2 | 0.16% |
| Shauné Hayes Makeup and Hair Artists | $ | 750 | 0.09% | 1 | 0.08% |
| TX Pref Health | $ | 708 | 0.08% | 1 | 0.08% |
| SCI Fund | $ | 700 | 0.08% | 3 | 0.24% |
| Pecan Lodge BBQ | $ | 696 | 0.08% | 1 | 0.08% |
| NRA | $ | 688 | 0.08% | 1 | 0.08% |
| Blackship Little Katana | $ | 660 | 0.08% | 9 | 0.72% |
| Eddie Merlot's | $ | 608 | 0.07% | 1 | 0.08% |
| Laguna | $ | 561 | 0.07% | 7 | 0.56% |
| Nordstrom | $ | 517 | 0.06% | 1 | 0.08% |
| Optimist | $ | 457 | 0.05% | 1 | 0.08% |
| Sidebar | $ | 455 | 0.05% | 2 | 0.16% |
| Westin Hotel | $ | 438 | 0.05% | 2 | 0.16% |
| Carolyn Comfort | $ | 380 | 0.04% | 1 | 0.08% |
| MGM | $ | 345 | 0.04% | 2 | 0.16% |
| FedEx | $ | 341 | 0.04% | 5 | 0.40% |
| Mandalay Bay | $ | 332 | 0.04% | 1 | 0.08% |
| East Hampton | $ | 327 | 0.04% | 1 | 0.08% |
| North Face | $ | 313 | 0.04% | 1 | 0.08% |
| Le Bilboquet | $ | 286 | 0.03% | 1 | 0.08% |
| Bridgestone Arena | $ | 264 | 0.03% | 3 | 0.24% |
| Cigar Times | $ | 257 | 0.03% | 2 | 0.16% |
| Border Grill | $ | 253 | 0.03% | 2 | 0.16% |
| Pappas Brothers Steakhouse | $ | 243 | 0.03% | 1 | 0.08% |
| Craftsteak | $ | 224 | 0.03% | 1 | 0.08% |
| ricks rollin in smoke bbq | $ | 222 | 0.03% | 1 | 0.08% |
| Old Ebbitt Grill | $ | 213 | 0.02% | 1 | 0.08% |
| Whole Foods | $ | 207 | 0.02% | 1 | 0.08% |
| The Brown | $ | 205 | 0.02% | 1 | 0.08% |
| Emeril's New Orleans Fish House | $ | 187 | 0.02% | 2 | 0.16% |
| Hard Rock | $ | 185 | 0.02% | 2 | 0.16% |
| Zoozacrackers | $ | 176 | 0.02% | 2 | 0.16% |
| Lobby Bar Café | $ | 172 | 0.02% | 3 | 0.24% |
| Hanks Oyster Bar | $ | 153 | 0.02% | 1 | 0.08% |
| J. Nicolle Salon | $ | 150 | 0.02% | 1 | 0.08% |
| UPS | $ | 141 | 0.02% | 1 | 0.08% |
| Hertz | $ | 127 | 0.01% | 1 | 0.08% |
| Alexandria Yellow Cab | $ | 127 | 0.01% | 4 | 0.32% |
| PayPal | $ | 125 | 0.01% | 1 | 0.08% |

| | | | | | |
|---|---|---|---|---|---|
| The Willard Intercontinental | $ | 119 | 0.01% | 1 | 0.08% |
| Sotto Sotto | $ | 118 | 0.01% | 2 | 0.16% |
| PT's Pub | $ | 114 | 0.01% | 1 | 0.08% |
| Up in Smoke | $ | 114 | 0.01% | 1 | 0.08% |
| The Alexandrian | $ | 104 | 0.01% | 1 | 0.08% |
| Ray's Hardware and Sporting Goods | $ | 104 | 0.01% | 1 | 0.08% |
| Pub 1843 | $ | 103 | 0.01% | 1 | 0.08% |
| Walgreens | $ | 100 | 0.01% | 3 | 0.24% |
| Hattie B's | $ | 88 | 0.01% | 1 | 0.08% |
| Go Go Wifi | $ | 84 | 0.01% | 4 | 0.32% |
| Owner's Box | $ | 83 | 0.01% | 2 | 0.16% |
| Bouchon | $ | 83 | 0.01% | 4 | 0.32% |
| Desert Cab | $ | 82 | 0.01% | 5 | 0.40% |
| Bellini | $ | 81 | 0.01% | 2 | 0.16% |
| HD Full Moving Services | $ | 80 | 0.01% | 1 | 0.08% |
| Café Herrera | $ | 79 | 0.01% | 1 | 0.08% |
| Charlottesville Airport | $ | 78 | 0.01% | 1 | 0.08% |
| Amazon | $ | 77 | 0.01% | 2 | 0.16% |
| SW | $ | 76 | 0.01% | 1 | 0.08% |
| Sinatra | $ | 70 | 0.01% | 1 | 0.08% |
| DNC Sportservice | $ | 70 | 0.01% | 1 | 0.08% |
| Lilly's Bistro | $ | 69 | 0.01% | 1 | 0.08% |
| Love Field Airport | $ | 66 | 0.01% | 1 | 0.08% |
| Eastside Lounge | $ | 63 | 0.01% | 1 | 0.08% |
| Dal Steak and Chop House | $ | 63 | 0.01% | 1 | 0.08% |
| sports lounge | $ | 63 | 0.01% | 1 | 0.08% |
| Delta | $ | 60 | 0.01% | 1 | 0.08% |
| Starbucks | $ | 59 | 0.01% | 5 | 0.40% |
| Best Buy | $ | 57 | 0.01% | 1 | 0.08% |
| Champ | $ | 57 | 0.01% | 1 | 0.08% |
| KFC Yum! Center | $ | 57 | 0.01% | 2 | 0.16% |
| Yellow Checker Star | $ | 54 | 0.01% | 3 | 0.24% |
| Dantanna's CNN | $ | 52 | 0.01% | 1 | 0.08% |
| Yardbird | $ | 51 | 0.01% | 1 | 0.08% |
| AT&T | $ | 50 | 0.01% | 1 | 0.08% |
| The Drug Store | $ | 47 | 0.01% | 1 | 0.08% |
| Philips Famous Seafood | $ | 47 | 0.01% | 1 | 0.08% |
| Public Storage | $ | 45 | 0.01% | 1 | 0.08% |
| Cru Love Field | $ | 44 | 0.01% | 1 | 0.08% |
| Bass Pro | $ | 43 | 0.01% | 1 | 0.08% |
| ANLV | $ | 42 | 0.00% | 3 | 0.24% |
| Cash Beverage Station | $ | 40 | 0.00% | 1 | 0.08% |
| Ace Cab | $ | 40 | 0.00% | 2 | 0.16% |
| Toast on Market | $ | 39 | 0.00% | 1 | 0.08% |
| Omni Convention Center | $ | 35 | 0.00% | 1 | 0.08% |
| Luxe | $ | 32 | 0.00% | 2 | 0.16% |
| Favor Gas Station | $ | 32 | 0.00% | 1 | 0.08% |

| | | | | | |
|---|---|---|---|---|---|
| Skybox | $ | 32 | 0.00% | 1 | 0.08% |
| Paradies | $ | 30 | 0.00% | 3 | 0.24% |
| Taxi | $ | 30 | 0.00% | 2 | 0.16% |
| Cash Bar | $ | 30 | 0.00% | 1 | 0.08% |
| HMS | $ | 26 | 0.00% | 2 | 0.16% |
| Vegas Western Cab | $ | 26 | 0.00% | 2 | 0.16% |
| Baccarat | $ | 25 | 0.00% | 1 | 0.08% |
| Union Cab | $ | 25 | 0.00% | 1 | 0.08% |
| Whittlesea Blue Cab | $ | 25 | 0.00% | 1 | 0.08% |
| Parking | $ | 25 | 0.00% | 1 | 0.08% |
| Adobe Acrobat Pro | $ | 24 | 0.00% | 1 | 0.08% |
| Kindle | $ | 23 | 0.00% | 1 | 0.08% |
| Dizzy whiz | $ | 23 | 0.00% | 1 | 0.08% |
| Nelli's Taxi | $ | 23 | 0.00% | 2 | 0.16% |
| El Centro | $ | 23 | 0.00% | 1 | 0.08% |
| VeriFone | $ | 20 | 0.00% | 1 | 0.08% |
| VIP Receipt Taxicab | $ | 20 | 0.00% | 1 | 0.08% |
| El Taco Term | $ | 20 | 0.00% | 1 | 0.08% |
| Convention Floor | $ | 18 | 0.00% | 2 | 0.16% |
| World DutyFree | $ | 18 | 0.00% | 1 | 0.08% |
| Coffee Bean & Tea Leaf | $ | 17 | 0.00% | 2 | 0.16% |
| Burger King | $ | 17 | 0.00% | 1 | 0.08% |
| TexsPress | $ | 17 | 0.00% | 1 | 0.08% |
| Lamonts | $ | 13 | 0.00% | 1 | 0.08% |
| Tower Suite Bar | $ | 13 | 0.00% | 1 | 0.08% |
| Deluxe Cab | $ | 10 | 0.00% | 1 | 0.08% |
| SHOT Show | $ | 10 | 0.00% | 1 | 0.08% |
| CVS | $ | 10 | 0.00% | 1 | 0.08% |
| McDonalds | $ | 9 | 0.00% | 1 | 0.08% |
| SWA inflight wifi | $ | 8 | 0.00% | 1 | 0.08% |
| D Fresh Attractions | $ | 6 | 0.00% | 1 | 0.08% |
| Love Field Valet | $ | 5 | 0.00% | 1 | 0.08% |
| Venetian | $ | 5 | 0.00% | 1 | 0.08% |
| Hudson Brooks | $ | 4 | 0.00% | 1 | 0.08% |
| ChickFilA | $ | 4 | 0.00% | 1 | 0.08% |
| Delta Airlines | $ | (14) | 0.00% | 1 | 0.08% |
| Alexander Historical Auctions | $ | (13,630) | -1.59% | 1 | 0.08% |

[1]See note 1 on the 'By Category' tab.

# EXHIBIT 73

APP. 02094

Privileged and Confidential

# Overview of Out of Pocket Expenses

## Summary of Contents

The following analysis shows all expenses from Nader Tavangar's Expense Reports which were billed by Ackerman to the NRA as out of pocket expenses. The total value of these expenses is $362,944 out of $2,755,689 billed by Ackerman to the NRA in 2016, 2017, and 2018 as out of pocket expenses.

## Limitations

The source information for the following analysis is (1) transcribed from the documentation provided by Ackerman or (2) information obtained through analysis by FRA.

## Glossary of Columns on 'Detail' Tab

| Column | Description |
|---|---|
| Line Reference | Unique reference assigned to each line item by FRA. |
| Code | Examples of observations as defined in Note 1 at the bottom of the tab. |
| Year | Year of invoice from Ackerman to NRA per the listing of invoices received from the NRA. |
| Invoice Number | Invoice number from Ackerman to NRA invoice per the listing of invoices received from the NRA. |
| Expense Report # | Expense report number transcribed from the documentation received while on-site. |
| Date of Expense Report | Date of the submitted expense report transcribed from the documentation received while on-site. |
| Expense Report Submitted By | Name of the individual that submitted the expense report transcribed from the documentation received while on-site. |
| Position | Position of the individual that submitted the expense report identified by FRA using the Ackerman McQueen website. |
| Date of Transaction | Date of the transaction transcribed from the documentation received while on-site. |
| Vendor | Standardized vendor name by FRA based on the vendor name transcribed from the documentation received while on-site. |
| Amount | Amount of expense transcribed from the documentation received while on-site. |
| Location | Location of the transaction transcribed from the documentation received while on-site or based on knowledge of recurring vendors by FRA. |
| Expense Report Business Purpose | Business purpose related to an entire expense report transcribed from the documentation received while on-site. |
| Transaction Business Purpose | Business purpose related to a specific line item transcribed from the documentation received while on-site. |
| Individuals Related to the Expense | Transcription of names and/or initials directly related to the expense per the documentation received while on-site. |
| Expense Type | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Expense Subcategory | Categorized by FRA based on information collected from (1) documentation provided or (2) desktop search of vendors. |
| Additional Information | Additional information collected from (1) documentation provided or (2) desktop search of vendors by FRA. |

## Expenses by Year

**Total expenses by year:**

| Year | Total |
|---|---|
| 2016 | $99,459.56 |
| 2017 | $153,809.12 |
| 2018 | $109,725.39 |

| Table of Contents | |
|---|---|
| **Tab** | **Description** |
| Detail | Expense line items submitted on behalf of Nader Tavangar |
| Graph | Graphical depiction of total expenses by month and year |
| By Category | Breakdown of expenses by category |
| Assumed Names | Reconciliation of names transcribed from documentation and FRA'S assumptions as to the identity of the individuals |
| Key Individuals | Total amount of expenses attributable to key individuals where the key individuals were the only participants |
| Total Cost by Individual | Total expense amount by assumed name |
| Quantity by Individual | Total quantity of expenses by assumed name |
| By Vendor | Total expense amount and quantity of expenses by vendor |

Code

| Line Reference | Code (see Note 1) | Year | Invoice Number | Expense Report # | Date of Expense Report | Expense Report Submitted By | Position | Date of Transaction | Vendor | Amount | Location | Expense Report Business Purpose | Transaction Business Purpose | Individuals Related to the Expense | Expense Type | Expense Subcategory | Additional Information |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1240 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/30/2018 | Autograph Hotel | $ 13.75 | Alexandria, VA | Feb18 | Room, tax for donor request by W | W; | Travel | Lodging | |
| 1241 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/25/2018 | Autograph Hotel | $ 274.51 | Alexandria, VA | Feb18 | Room, tax for donor request by W | W; | Travel | Lodging | |
| 1242 | 10; 5 | 2017 | 143169 | EXP-8620 | 9/6/2016 - 9/13/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/6/2017 | Buchanan | $ 1,018.58 | Alexandria, VA | NR Exec office requests (SG) | Framing as requested by J. Powell | J Powell; | Miscellaneous | Gift | |
| 1243 | 10; 5 | 2017 | 143169 | EXP-8620 | 9/6/2016 - 9/13/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/6/2016 | Buchanan | $ 27.95 | Alexandria, VA | NR Exec office requests (SG) | Tax for framing as requested by J. Powell | J Powell; | Miscellaneous | Gift | |
| 1244 | 10 | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/8/2018 | CXIII/Landini Brothers | $ 9.54 | Alexandria, VA | January | Drink TS during mtg to discuss current events and DSC travel/ | TS; | Meals/Beverages | Individual | Date: 11/27/17 $9.54 |
| 1245 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 3/18/2016 | CXIII/Landini Brothers | $ 39.49 | Alexandria, VA | NR OOP Misc. expenses | lunch to go - M. Hallow | M Hallow; | Meals/Beverages | Individual | |
| 1246 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 1/7/2016 | CXIII/Landini Brothers | $ 39.49 | Alexandria, VA | NR OOP Misc. expenses | Lunch to go - C.C./DL pre debate prep | CC; DL; | Meals/Beverages | Group | |
| 1247 | | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 4/8/2016 | CXIII/Landini Brothers | $ 39.49 | Alexandria, VA | NR OOP Misc. expenses | lunch to go - working session T. Schropp/NT | T Schropp; NT; | Meals/Beverages | Group | |
| 1248 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 12/2/2015 | CXIII/Landini Brothers | $ 46.09 | Alexandria, VA | NR OOP Misc. expenses | Dinner to go for Wayne | Wayne; | Meals/Beverages | Individual | |
| 1249 | 10; 7 | 2017 | 144737 | EXP-9255 | 9/10/2016 - 11/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/26/2016 | CXIII/Landini Brothers | $ 48.23 | Alexandria, VA | Misc meal charges - cc charge 442.14 | lunch for Josh P in rehearsal prep - portion f total cc charge 442.14 | Josh P; | Meals/Beverages | Individual | |
| 1250 | 10 | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/16/2016 | CXIII/Landini Brothers | $ 57.09 | Alexandria, VA | Misc Billing/Exec requests - WBW audited | Food order requested by W | W; | Meals/Beverages | Individual | |
| 1251 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/12/2017 | CXIII/Landini Brothers | $ 57.59 | Alexandria, VA | MISC charges | Lunch w/ C. Meadows to discuss GA speech to women | C Meadows; Nader Tavangar; | Meals/Beverages | Group | |
| 1252 | 10 | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/6/2018 | CXIII/Landini Brothers | $ 63.30 | Alexandria, VA | March19 | lunch for W/MH during meeting at MG to discuss events | W; MH; | Meals/Beverages | Group | |
| 1253 | 10 | 2017 | 150457 | EXP-10792 | 3/30/2017- 6/26/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/30/2017 | CXIII/Landini Brothers | $ 75.57 | Alexandria, VA | Misc charges for NRA | lunch for JP during meetings at MG discussing CG launch | JP; | Meals/Beverages | Individual | |
| 1254 | 10 | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/8/2016 | CXIII/Landini Brothers | $ 88.81 | Alexandria, VA | Misc Billing/Exec requests - WBW audited | Food order requested by W | W; | Meals/Beverages | Individual | |
| 1255 | 10 | 2017 | 150823 | BEE94B9B32324293B110 | 7/14/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/6/2017 | CXIII/Landini Brothers | $ 102.03 | Alexandria, VA | July expenses | Lunch for Wayne | Wayne; | Meals/Beverages | Individual | |
| 1256 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 1/15/2016 | CXIII/Landini Brothers | $ 103.29 | Alexandria, VA | NR OOP Misc. expenses | lunch to go for CC/DL defend America speech prep | CC; DL; | Meals/Beverages | Group | |
| 1257 | 10; 7 | 2017 | 144737 | EXP-9255 | 9/10/2016 - 11/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/30/2016 | CXIII/Landini Brothers | $ 104.28 | Alexandria, VA | Misc meal charges - cc charge 442.14 | dinner to go - requested by W - portion of total cc charge 442.14 | W; | Meals/Beverages | Individual | |
| 1258 | | 2017 | 148014 | EXP-10230 | 2/9/2017 - 3/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/9/2017 | CXIII/Landini Brothers | $ 104.78 | Alexandria, VA | Misc charges | NT/TS lunch to review ROF magazine layout and CFF program | NT; TS; | Meals/Beverages | Group | |
| 1259 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 2/22/2016 | CXIII/Landini Brothers | $ 115.28 | Alexandria, VA | NR OOP Misc. expenses | lunch to go CC/DL speech prep | CC; DL; | Meals/Beverages | Group | |
| 1260 | 7 | 2017 | 144737 | EXP-9255 | 9/10/2016 - 11/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/10/2016 | CXIII/Landini Brothers | $ 125.07 | Alexandria, VA | Misc meal charges - cc charge 442.14 | Lunch to go for W/TM/S/NT in transit to Dallas - portion of total cc charge 442.14 | W; TM; S; NT; | Meals/Beverages | Group | |
| 1261 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/6/2017 | CXIII/Landini Brothers | $ 126.49 | Alexandria, VA | November | Meeting with C. Davis to discuss ROF magazine page cast | Nader Tavangar; | Meals/Beverages | Individual | |
| 1262 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 12/18/2015 | CXIII/Landini Brothers | $ 140.47 | Alexandria, VA | NR OOP Misc. expenses | Lunch to go for C.C./DL | CC; DL; | Meals/Beverages | Group | |
| 1263 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 1/7/2016 | CXIII/Landini Brothers | $ 141.68 | Alexandria, VA | NR OOP Misc. expenses | Dinner to go - C. Cox/D. Lehman pre interview prep | C Cox; D Lehman; | Meals/Beverages | Group | |
| 1264 | 10 | 2017 | 150457 | EXP-10792 | 3/30/2017- 6/26/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/13/2017 | CXIII/Landini Brothers | $ 147.02 | Alexandria, VA | Misc charges for NRA | lunch for JP /Team prior to MG meeting re CG with G. Sloan re marketing | JP; NRA Group; | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1265 | | 2016 | 143559 | EXP-9069 | 4/18/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 4/18/2016 | CXIII/Landini Brothers | $ | 151.84 | Alexandria, VA | misc. charges during multiple events | dinner requested for W after meeting with MG | W; N Tavangar; | Meals/Beverages | Group | |
| 1266 | 10; 7 | 2017 | 144737 | EXP-9255 | 9/10/2016 - 11/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | CXIII/Landini Brothers | $ | 164.56 | Alexandria, VA | Misc meal charges - cc charge 442.14 | dinner to go - requested by W - portion of total cc charge 442.14 | W; | Meals/Beverages | Individual | |
| 1267 | 10 | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/28/2016 | CXIII/Landini Brothers | $ | 164.78 | Alexandria, VA | Misc Billing/Exec requests - WBW audited | Food order requested by W | W; | Meals/Beverages | Individual | |
| 1268 | 10 | 2017 | 148014 | EXP-10230 | 2/9/2017 - 3/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/10/2017 | CXIII/Landini Brothers | $ | 169.96 | Alexandria, VA | Misc charges | Lunch order JP and JD (NRA), MH post CPAC speech | JP; JD; MH; | Meals/Beverages | Group | |
| 1269 | | 2016 | 143559 | EXP-9069 | 4/18/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 5/25/2016 | CXIII/Landini Brothers | $ | 171.91 | Alexandria, VA | misc. charges during multiple events | lunch and dinner with W during Meetings at MG to discuss current events | W; N Tavangar; | Meals/Beverages | Group | |
| 1270 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 1/8/2016 | CXIII/Landini Brothers | $ | 177.71 | Alexandria, VA | NR OOP Misc. expenses | dinner to go. W after meeting at MG | W; | Meals/Beverages | Individual | |
| 1271 | 10 | 2016 | 143559 | EXP-9069 | 4/18/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 7/5/2016 | CXIII/Landini Brothers | $ | 195.97 | Alexandria, VA | misc. charges during multiple events | lunches to go for W and also CC during meetings at MG to discuss upcoming remarks | W; CC; | Meals/Beverages | Group | |
| 1272 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/8/2017 | CXIII/Landini Brothers | $ | 204.16 | Alexandria, VA | August | Lunch per JP during meetings at MG | JP; Nader Tavangar; | Meals/Beverages | Group | |
| 1273 | | 2016 | 143559 | EXP-9069 | 4/18/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 6/1/2016 | CXIII/Landini Brothers | $ | 217.30 | Alexandria, VA | misc. charges during multiple events | lunch and dinner with W during Meetings at MG to discuss current events | W; N Tavangar; | Meals/Beverages | Group | |
| 1274 | | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 12/16/2016 | CXIII/Landini Brothers | $ | 232.13 | Alexandria, VA | NR OOP Misc. expenses | dinner w. sheets (HLK) | HLK; | Meals/Beverages | Individual | |
| 1275 | 10 | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 12/2/2015 | CXIII/Landini Brothers | $ | 247.75 | Alexandria, VA | NR OOP Misc. expenses | Lunch for W, BP, MH, TS | W; BP; MH; TS; | Meals/Beverages | Group | |
| 1276 | 10 | 2016 | 143559 | EXP-9069 | 4/18/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 8/2/2016 | CXIII/Landini Brothers | $ | 322.80 | Alexandria, VA | misc. charges during multiple events | lunches to go for W and CC/DL during speeches rehearsal and current event | W; CC; DL; | Meals/Beverages | Group | |
| 1277 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/12/2017 | CXIII/Landini Brothers | $ | 332.22 | Alexandria, VA | Travel to Nashville for CMA Meetings, Belmont U | lunch for WLP, NT & SL while traveling to SC | WLP; NT; SL; | Meals/Beverages | Group | |
| 1278 | | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 1/12/2016 | CXIII/Landini Brothers | $ | 335.78 | Alexandria, VA | NR OOP Misc. expenses | Lunch - W, MH, NT, BP after meeting with AM @ MG | W; BP; MH; NT; BP; | Meals/Beverages | Group | |
| 1279 | 10 | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/8/2017 | CXIII/Landini Brothers | $ | 373.85 | Alexandria, VA | August | Lunch per J Powell and M Hallow | J Powell; M Hallow; | Meals/Beverages | Group | |
| 1280 | 10 | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/11/2016 | CXIII/Landini Brothers | $ | 383.07 | Alexandria, VA | Misc Billing/Exec requests - WBW audited | Catering order requested by W | W; | Meals/Beverages | Group | |
| 1281 | 10 | 2017 | 148014 | EXP-10230 | 2/9/2017 - 3/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/9/2017 | CXIII/Landini Brothers | $ | 478.66 | Alexandria, VA | Misc charges | Take out for NRA staff during BDO, W&TM, and lunch order at MG for meeting with JP and NRA team to discuss NRA FB | W; TM; JP; NR Staff; | Meals/Beverages | Group | |
| 1282 | | 2017 | 150457 | EXP-10794 | 5/10/2017-7/5/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/10/2017 | CXIII/Landini Brothers | $ | 482.60 | Alexandria, VA | Misc NRA Charges | Lunch following mtg with SH BW BW MM NT; $36.20 lunch NT/TS discuss ATL '18 | SH; BW; BW; MM; NT; TS; | Meals/Beverages | Group | |
| 1283 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/12/2017 | CXIII/Landini Brothers | $ | 484.10 | Alexandria, VA | MISC charges | Lunches w/ T. Schropp to discuss various projects for annual meeting, magazine and new initiatives | T Schropp; Nader Tavangar; | Meals/Beverages | Group | |
| 1284 | 10 | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/6/2017 | CXIII/Landini Brothers | $ | 522.79 | Alexandria, VA | November | Various lunch order to go/in house requested by NR | NR Staff; | Meals/Beverages | Group | |
| 1285 | 10 | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/6/2018 | CXIII/Landini Brothers | $ | 529.59 | Alexandria, VA | March19 | Food order for NR staff/team during discussions/meetings | NR Staff; | Meals/Beverages | Individual | |
| 1286 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/8/2018 | CXIII/Landini Brothers | $ | 832.52 | Alexandria, VA | January | Food charges for NR staff/meetings | W; NT; TS; AA; JP; | Meals/Beverages | Group | Date: 12/11/17 - Lunch with W following meeting at MG with AM to review current events/interview $347.52 Date: 11/01/17 - Lunch NT and TS to discuss current events, ROF at AM Dallas and ROF mag $18.59 |
| 1287 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/15/2017 | Passport Health | $ | 377.92 | Alexandria, VA | August | Travel with G Shepstone ROF member | Nader Tavangar; G Shepstone; | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1288 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/10/2018 | PF Changs | $ | 71.44 | Alexandria, VA | January | Lunch takeout during meetings for AF, MH, NT | AF; MH; NT; | Meals/Beverages | Group | Date: 01/10/18 Amount: $61.44 Tip: $10.00 Total: $71.44 |
| 1289 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | Ritz Carlton | $ | 55.05 | Alexandria, VA | Travel to YFT H2H event | drinks for w/s guest during H2H event | Multiple; | Meals/Beverages | Individual | |
| 1290 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | Ritz Carlton | $ | 110.10 | Alexandria, VA | Travel to YFT H2H event | drinks for w/s guest during H2H event | Multiple; | Meals/Beverages | Individual | |
| 1291 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/9/2017 | The Pipe Dream of Alexandria | $ | 42.40 | Alexandria, VA | December | humidor items for donor package delivery | Unknown; | Miscellaneous | Other | |
| 1292 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Cash Tips | $ | 20.00 | Arlington, VA | Travel to WY for speaking engagement (SG) | DC airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1293 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ | 40.00 | Arlington, VA | Travel to WY for speaking engagement (SG) | tip - Dc airport valet assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1294 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Paradies | $ | 6.02 | Arlington, VA | Louisville Annual Meeting | breakfast N. Tavangar | Nader Tavangar; | Meals/Beverages | Individual | |
| 1295 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Starbucks | $ | 7.31 | Arlington, VA | Travel to WY for speaking engagement (SG) | drinks for W/NT | W; NT; | Meals/Beverages | Group | |
| 1296 | | 2016 | 140440 | EXP-7991 | 1/11/2016 to 6/28/2016 | Nader Tavangar | Executive Assistant | 1/11/2016 | Westin | $ | 5.72 | Arlington, VA | NO DESCRIPTION PROVIDED | coffee JP/NT NRA BOD mtg | JP; NT; | Meals/Beverages | Group | |
| 1297 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/26/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1298 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/27/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1299 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/28/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1300 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/29/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1301 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1302 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1303 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/25/2017 | Cash Tips | $ | 100.00 | Atlanta, GA | NRA A/M travel to ATL (SK) | driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1304 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Euro Café | $ | 10.63 | Atlanta, GA | Travel with T. Schropp to ATL for pre-site committee fundraiser | lunch during travel | Nader Tavangar; | Meals/Beverages | Individual | |
| 1305 | 4 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/4/2018 | Four Seasons | $ | 588.33 | Atlanta, GA | NRA A/M travel to ATL (SK) | hotel room and tax - 1 night advance booking for early check in the following | Nader Tavangar; | Travel | Lodging | |
| 1306 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Four Seasons | $ | 2,353.32 | Atlanta, GA | NRA A/M travel to ATL (SK) | Hotel Room and Tax (M. Dycio) booked by P. McCarty | M Dycio; | Travel | Lodging | |
| 1307 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2017 | Four Seasons | $ | 4,269.38 | Atlanta, GA | NRA A/M travel to ATL (SK) | 3992 + 151.06 + 126.32; Hotel room and tax (N. Tavangar). Charges include room | Nader Tavangar; | Travel | Lodging | |
| 1308 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/29/2017 | Hudson Grill | $ | 27.73 | Atlanta, GA | NRA A/M travel to ATL (SK) | Drinks with C. DeWitt to review Co-Chair event prior to Sat night concert | C DeWitt; Nader Tavangar; | Meals/Beverages | Group | |
| 1309 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/26/2017 | Hudson Grill | $ | 139.78 | Atlanta, GA | NRA A/M travel to ATL (SK) | Lunch LD, NT, BP, JC, EVH | LD; NT; BP; JC; EVH; | Meals/Beverages | Group | |
| 1310 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2017 | Marriott | $ | 866.35 | Atlanta, GA | NRA A/M travel to ATL (SK) | Hotel charges (J. Reed) | J Reed; | Travel | Lodging | |
| 1311 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2017 | McCormick & Schmick's | $ | 204.98 | Atlanta, GA | NRA A/M travel to ATL (SK) | Lunch JD, AA, WP, LS, TS, S, R, NT | JD; AA; WP; LS; TS; S; R; NT; | Meals/Beverages | Group | |
| 1312 | 10 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2017 | Morsel's | $ | 20.10 | Atlanta, GA | NRA A/M travel to ATL (SK) | coffee/drinks for W/security | W; | Meals/Beverages | Individual | |
| 1313 | | 2017 | 150457 | EXP-10779 | 4/1/2017-6/23/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Omni Hotel | $ | 677.82 | Atlanta, GA | AM '17 travel expenses | Hotel room and tax for D. Corlew guest of W/TM | D Corlew; | Travel | Lodging | Arrival: 04/27/17 Departure: 04/30/17 |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1314 | | 2017 | 150457 | EXP-10779 | 4/1/2017-6/23/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Omni Hotel | $ 677.85 | Atlanta, GA | AM '17 travel expenses | Hotel room and Tax for A. Wheeler guest of W/TM | A Wheeler; | Travel | Lodging | Arrival: 04/27/17 Departure: 04/30/17 |
| 1315 | 4 | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/28/2017 | PM Wildlife Studios | $ 2,000.00 | Atlanta, GA | August | NRA HLF Dinner in ATL taxidermy decoration per M Pepper | Multiple; | Meals/Beverages | Individual | ADVANCE DEPOSIT for MeadowView Conference Resort & Conferene Center under the name "Mercury Group" for |
| 1316 | 10 | 2017 | 150457 | EXP-10779 | 4/1/2017-6/23/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/12/2017 | Ready to Roll | $ 1,849.77 | Atlanta, GA | AM '17 travel expenses | Car service for 1 day in ATL during AM BOD meetings | Wayne Roberts; | Auto | Car Service | Customer: Roberts/Wayne Passenger (total): Aqua |
| 1317 | 10 | 2017 | 150457 | EXP-10779 | 4/1/2017-6/23/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/1/2017 | Ready to Roll | $ 11,596.64 | Atlanta, GA | AM '17 travel expenses | Car service charges for 7 days in ATL | Aqua; | Auto | Car Service | AM '17 travel expenses Date: 04/25/17 |
| 1318 | | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/29/2017 | Twin Smokers | $ 180.28 | Atlanta, GA | NRA A/M travel to ATL (SK) | Lunch JC, NT, PM, CJ, EVH, AA, BL | JC; NT; PM; CJ; EVH; AA; BL; | Meals/Beverages | Group | |
| 1319 | 10 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Business Center | $ 22.46 | Atlanta, GA | NRA A/M travel to ATL (SK) | Business Center- B&W print outs for J Powell remarks | J Powell; | Miscellaneous | Other | |
| 1320 | 10 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Business Center | $ 23.53 | Atlanta, GA | NRA A/M travel to ATL (SK) | Business Center- B&W print outs for J Powell remarks | J Powell; | Miscellaneous | Other | |
| 1321 | 10 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/27/2017 | Business Center | $ 24.60 | Atlanta, GA | NRA A/M travel to ATL (SK) | Business Center- B&W print outs for W - show script | W; | Miscellaneous | Other | |
| 1322 | 10 | 2017 | 149459 | EXP-10578 | 4/18/2017 - 5/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/30/2017 | Business Center | $ 26.74 | Atlanta, GA | NRA A/M travel to ATL (SK) | Business Center- B&W print outs for J Powell remarks | J Powell; | Miscellaneous | Other | |
| 1323 | | 2016 | 143559 | EXP-9067 | 5/13/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/25/2016 | Beverly Hills Hotel | $ (24.00) | Beverly Hills, CA | misc. charges, clean up from past trips with W from meetings and events | credit for mini bar charges noted above plus tax as previously charged on my original bill exp 8999 | Nader Tavangar; | Meals/Beverages | Individual | |
| 1324 | | 2016 | 143559 | EXP-9067 | 5/13/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/9/2016 | Beverly Hills Hotel | $ 22.89 | Beverly Hills, CA | misc. charges, clean up from past trips with W from meetings and events | mini bar charges - 2 bottles of water and juice | Nader Tavangar; | Meals/Beverages | Individual | |
| 1325 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/13/2017 | Beverly Hills Hotel | $ 21.75 | Beverly Hills, CA | Misc OOP requests as directed | minibar charges (water and snacks) during ST. H trip | ST; | Meals/Beverages | Individual | |
| 1326 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/9/2016 | Beverly Hills Hotel | $ 3,981.39 | Beverly Hills, CA | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | hotel room, tax, breakfast, laundry, sundries | Nader Tavangar; | Travel | Lodging | |
| 1327 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/10/2017 | Beverly Hills Hotel | $ 4,021.95 | Beverly Hills, CA | Travel to CA for St. H speech/presentation (NRAH) | Hotel room, tax, laundry, meals NT | NT; | Travel | Lodging | |
| 1328 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/10/2017 | USPS | $ 7.20 | Beverly Hills, CA | Travel to CA for St. H speech/presentation (NRAH) | Mail credential return to Bakersfield from Bakerfield | Nader Tavangar; | Miscellaneous | Other | |
| 1329 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/3/2017 | Hertz | $ 22.02 | Bristol, TN | Misc OOP requests as directed | Toll charges during trip with W to Bristol TN for race promo | Nader Tavangar; | Auto | Toll | |
| 1330 | 10 | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/16/2017 | Virginian Golf Club | $ 26.01 | Bristol, TN | August | Beverages for TS, BS, JG during travel to Bristol for night race | TS; BS; JG; | Meals/Beverages | Group | |
| 1331 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/19/2017 | Walgreens | $ 38.61 | Bristol, TN | August | Travel for Bristol NRA race supplies for shared house | Nader Tavangar; | Miscellaneous | Other | |
| 1332 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/1/2017 | Cash Tips | $ 20.00 | California | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA event hotel car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1333 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/1/2017 | Cash Tips | $ 20.00 | California | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel concierge car rental assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1334 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Cash Tips | $ 20.00 | California | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | CA hotel restaurant reservation (dinner) | Nader Tavangar; | Miscellaneous | Tips | |
| 1335 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Cash Tips | $ 20.00 | California | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel restaurant reservation (lunch) | Nader Tavangar; | Miscellaneous | Tips | |
| 1336 | 10 | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/1/2017 | Shell Oil | $ 18.38 | California | October | CA speaking engagement - sundries for W, TS, CK, MH | W; TS; CK; MH; | Meals/Beverages | Group | |
| 1337 | | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 10.00 | Charleston, SC | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | tip - concierge assistance with car hire | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1338 | | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 10.00 | Charleston, SC | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | tip - hotel valet luggage assistance SC trip | Nader Tavangar; | Miscellaneous | Tips | |
| 1339 | | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 20.00 | Charleston, SC | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | tip - Charleston, SC | Nader Tavangar; | Miscellaneous | Tips | |
| 1340 | | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/19/2018 | Alexander Historical Auctions | $ 13,630.00 | Chesapeake City, MD | April18 | Purchase requested by TM for W | TM; | Travel | Lodging | |
| 1341 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/16/2017 | Agent Fee | $ 45.00 | Dallas, TX | Travel to Nashville for CMA Meetings, Belmont U | agent fee for travel to DFw | Nader Tavangar; | Travel | Other | |
| 1342 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/13/2016 | Carey International | $ 1,104.13 | Dallas, TX | January OOP expenses | Dallas car transport | Nader Tavangar; | Auto | Car Service | |
| 1343 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/12/2016 | Carey International | $ 1,187.83 | Dallas, TX | January OOP expenses | Dallas car transport | Nader Tavangar; | Auto | Car Service | |
| 1344 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Carey International | $ 1,487.73 | Dallas, TX | January OOP expenses | Dallas car transportation | Nader Tavangar; | Auto | Car Service | |
| 1345 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Carey International | $ 1,542.53 | Dallas, TX | January OOP expenses | Dallas car transportation | Nader Tavangar; | Auto | Car Service | |
| 1346 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/4/2017 | Casa de Montecristo | $ 166.71 | Dallas, TX | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | Sundries for TS/TM | TS; TM; | Meals/Beverages | Group | |
| 1347 | | 2017 | 148749 | EXP-10508 | 3/10/2017 - 5/9/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/13/2017 | Cash Tips | $ 20.00 | Dallas, TX | Travel to Dallas, TX for meetings with AM on NRAAM, CG and presentation to CoPart | Bellman assistance with luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1348 | | 2017 | 148749 | EXP-10508 | 3/10/2017 - 5/9/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/10/2017 | Cash Tips | $ 20.00 | Dallas, TX | Travel to Dallas, TX for meetings with AM on NRAAM, CG and presentation to CoPart | Bellman assistance with room check in and bags | Nader Tavangar; | Miscellaneous | Tips | |
| 1349 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 20.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1350 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/2/2018 | Cash Tips | $ 25.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas airport (x 3) for luggage for 5 people Tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1351 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/6/2016 | Cash Tips | $ 40.00 | Dallas, TX | executive travel and misc purchases | DFW airport valet tip - during travel to Dallas for current events meeting/CCL | Nader Tavangar; | Miscellaneous | Tips | |
| 1352 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 40.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Hotel bellman tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1353 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/2/2018 | Cash Tips | $ 60.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1354 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 60.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Hotel valet - x2 for assistance during stay tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1355 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 80.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas airport valet x3 tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1356 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/3/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1357 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/5/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1358 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/5/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1359 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1360 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/3/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas hotel valet Tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1361 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/4/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver (J. Byrd) Tip | J Byrd; | Miscellaneous | Tips | |
| 1362 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/6/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver (J. Byrd) tip | J Byrd; | Miscellaneous | Tips | |
| 1363 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/6/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver (J. Byrd) Tip | J Byrd; | Miscellaneous | Tips | |
| 1364 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/4/2018 | Cash Tips | $ 100.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Per diem for J. Byrd during travel to convention Tip | J Byrd; | Miscellaneous | Tips | |
| 1365 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/3/2018 | Cash Tips | $ 200.00 | Dallas, TX | NRA Annual Meeting - Dallas Transportation services | Dallas driver (J. Byrd) per diem | J Byrd; | Miscellaneous | Tips | |
| 1366 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | DFW | $ 2.00 | Dallas, TX | November | Toll charge to collect invited guest from airport | Nader Tavangar; | Auto | Toll | |
| 1367 | | 2016 | 136165 | EXP-6800 | 1/11/2016 to 2/1/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Dunkin Donuts | $ 6.13 | Dallas, TX | NR OOP January expenses | breakfast NT - meeting in Dallas with W for FSP shoot and presentation | NT; | Meals/Beverages | Individual | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1368 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/5/2018 | Four Seasons | $ 11.54 | Dallas, TX | January | Travel for DSC show and meetings with AM on current events | Nader Tavangar; | Travel | Lodging | |
| 1369 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/9/2018 | Four Seasons | $ 117.43 | Dallas, TX | Feb18 | Travel with W D funeral | Nader Tavangar; | Travel | Lodging | |
| 1370 | | 2017 | 152775 | 713A46CF2A39489F8701 | 9/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/22/2017 | Four Seasons | $ 1,575.54 | Dallas, TX | 2-Sep | WLF Summit meetings Hotel room and tax/laundry/food - NT/TS | NT; TS; | Travel | Lodging | |
| 1371 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/5/2018 | Four Seasons | $ 1,696.38 | Dallas, TX | January | Travel for DSC show and meetings with AM on current events | Nader Tavangar; | Travel | Lodging | Arrival: 01/02/18<br>Departure: 01/05/18<br>Guest: Nader Tavangar<br>Amount: $$1696.38 |
| 1372 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/6/2017 | Four Seasons | $ 2,273.92 | Dallas, TX | November | Travel to TX for race sponsorship agreement/ROF magazine feature | Nader Tavangar; | Travel | Lodging | |
| 1373 | | 2017 | 148749 | EXP-10508 | 3/10/2017 - 5/9/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/10/2017 | Go Go Wifi | $ 26.95 | Dallas, TX | Travel to Dallas, TX for meetings with AM on NRAAM, CG and presentation to CoPart for CFF campaign (SK) | In flight wifi to communicate with staff and client via email/text | Nader Tavangar; | Travel | Other | |
| 1374 | | 2017 | 148749 | EXP-10508 | 3/10/2017 - 5/9/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/13/2017 | Go Go Wifi | $ 32.42 | Dallas, TX | Travel to Dallas, TX for meetings with AM on NRAAM, CG and presentation to CoPart for CFF campaign (SK) | In flight wifi to communicate with staff and client via email/text | Nader Tavangar; | Travel | Other | |
| 1375 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Hertz | $ 462.76 | Dallas, TX | November | Car rental for TX race/donor transport | Nader Tavangar; | Auto | Car Rental | |
| 1376 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/8/2018 | Mansion on Turtle Creek | $ 8,414.71 | Dallas, TX | May18 | Hotel Room and tax, laundry and dining for NT during NRA convention | NT; | Travel | Lodging | Arrival: 05/01/18<br>Departure: 05/08/18 |
| 1377 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/16/2017 | Mansion Turtle Creek | $ 1,836.59 | Dallas, TX | Travel to Nashville for CMA Meetings, Belmont U | hotel for NT for travel to DFW | NT; | Travel | Lodging | |
| 1378 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/5/2018 | NRAStore | $ 132.00 | Dallas, TX | May18 | Event merchandise purchase for J. Byrd attending NRA AM approved | J Byrd; | Miscellaneous | Other | 9 items purchased (hats and t shirts) for $132.00 |
| 1379 | | 2016 | 136859 | EXP-6868 | 2/10/2016 - 2/11/2016 | Danielle Gregory | Executive Assistant | 2/10/2016 | Omni Hotel | $ (661.77) | Dallas, TX | Additional charge and corrections from previous reports | Correction from expense report 6672-not paid by Nader | Nader Tavangar; | Travel | Lodging | |
| 1380 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/6/2016 | Omni Hotel | $ 173.98 | Dallas, TX | January OOP expenses | Dining (D. kriley/S.Kriley) at the request of C. Dewitt | D Kriley; S Kriley; Nader Tavangar; | Meals/Beverages | Group | |
| 1381 | 4 | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/6/2016 | Omni Hotel | $ 194.79 | Dallas, TX | January OOP expenses | Omni hotel deposit | Nader Tavangar; | Travel | Lodging | |
| 1382 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/6/2016 | Omni Hotel | $ 487.79 | Dallas, TX | January OOP expenses | Hotel room charge and tax (3 nights) | Nader Tavangar; | Travel | Lodging | |
| 1383 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/7/2016 | Paradies | $ 7.56 | Dallas, TX | executive travel and misc purchases | dinner NT - during travel to dallas for current events comm/CCL | NT; | Meals/Beverages | Individual | |
| 1384 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 3/9/2016 | Paradies | $ 8.64 | Dallas, TX | NR OOP miscellaneous expenses. (SG) | Dallas/OKC trip (KW OTT mtg) lunch N. Tavangar | Nader Tavangar; | Meals/Beverages | Individual | |
| 1385 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/6/2018 | Ritz Carlton | $ 644.30 | Dallas, TX | Nader Tavangar Expense Report (Concur) | Travel with OLN for AH meeting with CW/HM and FSP shoot | Nader Tavangar; | Travel | Lodging | |
| 1386 | | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/9/2018 | Ritz Carlton | $ 681.48 | Dallas, TX | April18 | Hotel room and tax plus lunch - NT/TS during travel to Dallas for meeting with | NT; TS; | Travel | Lodging | Arrival date: 04/08/18<br>Departure date: 04/09/18 |
| 1387 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/7/2016 | Ritz Carlton | $ 760.64 | Dallas, TX | executive travel and misc purchases | hotel room and tax - dallas mtg re current events/CCL | Unknown; | Travel | Lodging | |
| 1388 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/6/2017 | Ritz Carlton | $ 807.98 | Dallas, TX | December | Hotel room and tax during presentation - cars for Freedom/Jay A. | Jay A Freeman; | Travel | Lodging | Arrival: 12/05/17<br>Departure: 12/06/17<br>Amount: $807.98 |
| 1389 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Ritz Carlton | $ 1,323.10 | Dallas, TX | September | DFW mtg with AM/W current events future planning incl food/laundry | AM; W; | Travel | Lodging | |
| 1390 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/21/2018 | Ritz Carlton | $ 1,345.64 | Dallas, TX | Feb18 | Travel with W to DAL for meeting on current events and CPAC speech | Nader Tavangar; | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1391 | | 2017 | 148749 | EXP-10508 | 3/10/2017 - 5/9/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/13/2017 | Ritz Carlton | $ 1,840.71 | Dallas, TX | Travel to Dallas, TX for meetings with AM on NRAAM, CG and presentation to CoPart for CFF campaign (SK) | Hotel room and tax | Nader Tavangar; | Travel | Lodging | |
| 1392 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Ritz Carlton | $ 2,232.44 | Dallas, TX | October | Hotel room, tax and laundry during travel to Dallas for Current | Nader Tavangar; | Travel | Lodging | |
| 1393 | 5 | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/16/2016 | Smoke Zone | $ 180.00 | Dallas, TX | executive travel and misc purchases | donor items requested by TM | TM; | Miscellaneous | Gift | |
| 1394 | 10; 5 | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/11/2016 | Smoke Zone | $ 1,900.00 | Dallas, TX | executive travel and misc purchases | donor items requested by TS | TS; | Miscellaneous | Gift | |
| 1395 | 5 | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/11/2016 | Smoke Zone | $ 2,400.00 | Dallas, TX | executive travel and misc purchases | donor items requested by TM | TM; | Miscellaneous | Gift | |
| 1396 | | 2017 | 150457 | 7544D308BE914C298353 | 6/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/13/2017 | Town Earth | $ 405.16 | Dallas, TX | Dallas, TX | Dinner with TS, NT, MM, DM during Dallas trip to present Cars For Freedom | TS; NT; MM; DM; | Meals/Beverages | Group | |
| 1397 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/1/2018 | Trulucks | $ 781.67 | Dallas, TX | May18 | Billable N R OOP Dinner with W, S, CS, CK, NT during travel to Dallas for NRA | W; S; CS; CK; NT; | Meals/Beverages | Group | Date: 05/01/18 Amount: $781.67 |
| 1398 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 8.00 | Fairfax, VA | December | Guests at the hotel and likely for water during stay | Nader Tavangar; | Travel | Lodging | |
| 1399 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 8.00 | Fairfax, VA | December | Guests at the hotel and likely for water during stay | Nader Tavangar; | Travel | Lodging | |
| 1400 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/10/2017 | Hyatt | $ 15.90 | Fairfax, VA | December | Waters for initial team meeting with interview subjects - interview with | TWAW; | Travel | Lodging | |
| 1401 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 20.95 | Fairfax, VA | December | Room, tax , incidentals for A. Suris during interview for NRA | A Suris; | Travel | Lodging | |
| 1402 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 20.95 | Fairfax, VA | December | Room, tax , incidentals for J. Park during interview for NRA | J Park; | Travel | Lodging | |
| 1403 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 57.30 | Fairfax, VA | December | Room, tax incidentals for C. Comfort during interview for NRA | C Comfort; | Travel | Lodging | |
| 1404 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 300.16 | Fairfax, VA | December | Room, tax , incidentals for P. Harold during interview for NRA | P Harold; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1405 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 325.81 | Fairfax, VA | December | Room, tax , incidentals for J. Park during interview for NRA | J Park; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1406 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 332.66 | Fairfax, VA | December | Room, tax , incidentals for A. Suris during interview for NRA | A Suris; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1407 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 342.36 | Fairfax, VA | December | Room, tax incidentals for C. Comfort during interview for NRA | C Comfort; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1408 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 345.75 | Fairfax, VA | December | Room, tax , incidentals for R. Compton during interview for NRA | R Compton; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1409 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Hyatt | $ 359.23 | Fairfax, VA | December | Room, tax , incidentals for C. Lightfoot during interview for NRA | C Lightfoot; | Travel | Lodging | Arrival: 12/10/17 Departure: 12/12/17 |
| 1410 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/11/2017 | Panera Bread | $ 209.75 | Fairfax, VA | December | Lunch order for 15 - TWAW | TWAW; | Meals/Beverages | Individual | People served: 16 |
| 1411 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/11/2017 | Ruth's Chris Steak House | $ 2,010.60 | Fairfax, VA | December | Dinner with TWAW ladies prior to 12/10 interview for NRA | TWAW; | Meals/Beverages | Individual | Date: 12/10/17 Amount: $1635.60 Tip: $375.00 |
| 1412 | | 2017 | 150823 | C9DE02FA6577488598C5 | 7/26/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/20/2017 | Hertz | $ 122.43 | Florida | July expenses 2 | 7/20 travel to FL friends dinner | Nader Tavangar; | Auto | Car Rental | |
| 1413 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/12/2017 | Cibo | $ 9.49 | Houston, TX | Houston Safari Club Presentations (SG) | Breakfast NT | NT; | Meals/Beverages | Individual | |
| 1414 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/14/2017 | CVS | $ 21.47 | Houston, TX | Houston Safari Club Presentations (SG) | Sundries requested by W and TM | W; TM; | Miscellaneous | Other | |
| 1415 | | 2017 | 150457 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/14/2017 | Eleven Wireless | $ (10.09) | Houston, TX | Houston Safari Club Presentations (SG) | hotel business center computer and printing charges | Nader Tavangar; | Miscellaneous | Other | |
| 1416 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/13/2017 | Eleven Wireless | $ 10.09 | Houston, TX | Houston Safari Club Presentations (SG) | hotel business center computer and printing charges | Nader Tavangar; | Miscellaneous | Other | |
| 1417 | 10 | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/14/2017 | HEB | $ 17.43 | Houston, TX | Houston Safari Club Presentations (SG) | snacks for W | W; | Meals/Beverages | Individual | |
| 1418 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/14/2017 | Liberty Kitchen | $ 140.43 | Houston, TX | Houston Safari Club Presentations (SG) | Lunch NT, CM, TM | NT; CM; TM; | Meals/Beverages | Group | |
| 1419 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/12/2017 | Ragin Cajun | $ 56.28 | Houston, TX | Houston Safari Club Presentations (SG) | Dinner NT | NT; | Meals/Beverages | Individual | |
| 1420 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/15/2017 | St. Regis | $ 1,335.97 | Houston, TX | Houston Safari Club Presentations (SG) | Hotel, laundry, wifi, room | Nader Tavangar; | Travel | Lodging | |
| 1421 | | 2016 | 142347 | EXP-8580 | 5/24/16 to 9/8/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 7/7/2016 | Hertz | $ 840.18 | Jackson, Wyoming | Misc travel expenses related to travel with W and special projects (SG) | rental car for WY during travel with W for speaking engagement | Nader Tavangar; | Auto | Car Rental | |
| 1422 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ 20.00 | Kansas | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | KS airport valet assistance with car rental | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1423 | | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Kiawah Island Golf Resort | $ 30.16 | Kiawah Island, SC | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | Travel with Wayne to SC - remaining amount on report 7404 | Nader Tavangar; | Travel | Lodging | |
| 1424 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Kiawah Island Golf Resort | $ 613.12 | Kiawah Island, SC | Travel with Wayne to South Carolina for fundraising event (SG) | Includes room, tax, breakfast for 1 (N. Tavangar) and car transportation to airport | Nader Tavangar; | Travel | Lodging | |
| 1425 | 4 | 2016 | 142347 | EXP-8580 | 5/24/16 to 9/8/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 8/2/2016 | Marriott | $ 2,000.00 | Kingsport, TN | Misc travel expenses related to travel with W and special projects (SG) | hotel room deposit for donor rooms during fall night race | Dewitt; Nader Tavangar; M Allen; Kozuch; Johnson; Jimeson; Gregory; Van Horn; | Travel | Lodging | |
| 1426 | | 2016 | 142347 | EXP-8463 | 8/18/16 to 8/23/16 | Shahada Kari | Production Assistant at Amc | 8/18/2016 | Marriott | $ 20,028.37 | Kingsport, TN | August NR OOP | Room and tax charges for 16 during NRA Bristol night race; see attachment for names | Dewitt; Nader Tavangar; M Allen; Kozuch; Johnson; Jimeson; Gregory; Van Horn; | Travel | Lodging | MeadowView Conference Resort & Conferene Center under the name "Mercury Group" for "NRA Fall Race" |
| 1427 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/23/2017 | Starbucks | $ 7.82 | Korea | August | Travel with G Shepstone ROF member | Nader Tavangar; G Shepstone; | Meals/Beverages | Group | |
| 1428 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | ?? 5225 | $ 386.71 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | Lunch: TS, TM, AF, W, NT, CK, CM | TS; TM; AF; W; NT; CK; CM; | Meals/Beverages | Group | |
| 1429 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/21/2016 | Cash Tips | $ 20.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - car from airport to office | Nader Tavangar; | Miscellaneous | Tips | |
| 1430 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Cash Tips | $ 20.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - car service to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1431 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/20/2016 | Cash Tips | $ 20.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - car to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1432 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Cash Tips | $ 20.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - luggage to room | Nader Tavangar; | Miscellaneous | Tips | |
| 1433 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ 40.00 | Las Vegas, NV | Travel to LV SCI Show | LV airport valet -luggage x4 | Nader Tavangar; | Miscellaneous | Tips | |
| 1434 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Cash Tips | $ 40.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - hotel bell men | Unknown; | Miscellaneous | Tips | |
| 1435 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/21/2016 | Cash Tips | $ 40.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - DC airport valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1436 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Cash Tips | $ 40.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - joe's restaurant maitre'd - lunch | Nader Tavangar; | Miscellaneous | Tips | |
| 1437 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/20/2016 | Cash Tips | $ 40.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - las Vegas valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1438 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Cash Tips | $ 50.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | Tip - Joe's restaurant maitre'd - dinner | Nader Tavangar; | Miscellaneous | Tips | |
| 1439 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Cash Tips | $ 50.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - SW steakhouse maitre'd | Nader Tavangar; | Miscellaneous | Tips | |
| 1440 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ 80.00 | Las Vegas, NV | Travel to LV SCI Show | LV airport valet x2 luggage assistance for 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1441 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Cash Tips | $ 100.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | tip - driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1442 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Centra Lounge | $ 19.30 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | drinks for donor/NT | Donor; NT; | Meals/Beverages | Group | |
| 1443 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Delano | $ 33.60 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | resort fee | Nader Tavangar; | Travel | Lodging | Guest: Nader Tavangar<br>Arrive: 1/19/16 Depart: 1/20/16 |
| 1444 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Dunkin Donuts | $ 2.52 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | coffee | Nader Tavangar; | Meals/Beverages | Individual | |
| 1445 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/1/2017 | Four Seasons | $ (758.88) | Las Vegas, NV | December | Hotel credit for cancelation | Nader Tavangar; | Travel | Lodging | Arrival: 01/30/18<br>Departure: 02/04/18<br>Cancellation |
| 1446 | 4 | 2018 | 154707 | F4EC047425544C8DA759 | 1/31/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/16/2018 | Four Seasons | $ 463.72 | Las Vegas, NV | JAN18 | Hotel Deposit - MD 2 approved by TM during SCI show | MD; | Travel | Lodging | |
| 1447 | 4 | 2018 | 154707 | F4EC047425544C8DA759 | 1/31/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/16/2018 | Four Seasons | $ 463.72 | Las Vegas, NV | JAN18 | Hotel Deposit - MD approved by TM during SCI show | MD; | Travel | Lodging | |
| 1448 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Four Seasons | $ 4,814.90 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | hotel stay x 4, food an bev for NRA staff and donors | Nader Tavangar; NRA Staff; | Travel | Lodging | Guest: Nader Tavangar<br>Arrive: 1/18/16 Depart: 1/22/16 |
| 1449 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Go Go Wifi | $ 25.93 | Las Vegas, NV | January OOP expenses | in flight internet | Nader Tavangar; | Travel | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1450 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Go Go Wifi | $ | 29.95 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | in flight internet | Nader Tavangar; | Travel | Other | Gogo flight pass via printed email receipt |
| 1451 | | 2016 | 136859 | EXP-7034 | 3/4/2016 - 3/4/2016 | Danielle Gregory | Executive Assistant | 3/4/2016 | Joe's Seafood | $ | (528.61) | Las Vegas, NV | Correction on amount from expense report 6926 | Lunch (W, S, TS, NT, CK) | W; S; TS; NT; CK; | Meals/Beverages | Group | |
| 1452 | 10 | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/21/2016 | Joe's Seafood | $ | 37.31 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | lunch to go for SLP | SLP; | Meals/Beverages | Individual | |
| 1453 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/4/2016 | Joe's Seafood | $ | 64.64 | Las Vegas, NV | Travel with Wayne to SCI | Lunch (DB) | DB; | Meals/Beverages | Individual | |
| 1454 | | 2016 | 136859 | EXP-6868 | 2/10/2016 - 2/11/2016 | Danielle Gregory | Executive Assistant | 2/10/2016 | Joe's Seafood | $ | 20.00 | Las Vegas, NV | Additional charge and corrections from previous reports | Additional tip from expense report 6783 | Nader Tavangar; | Miscellaneous | Tips | |
| 1455 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Joe's Seafood | $ | 259.69 | Las Vegas, NV | Travel to LV SCI Show | Dinner w/ K. Hogan and CDW | K Hogan; CDW; Nader Tavangar; | Meals/Beverages | Group | |
| 1456 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/5/2016 | Joe's Seafood | $ | 317.94 | Las Vegas, NV | Travel with Wayne to SCI | Lunch (W, TS, NT, CK, DB) | W; TS; NT; CK; DB; | Meals/Beverages | Group | |
| 1457 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Joe's Seafood | $ | 330.32 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | lunch: TS, TM, AF, W, NT, CK, CM, Terry S | TS; TM; AF; W; NT; CK; CM; Terry S; | Meals/Beverages | Group | |
| 1458 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/20/2016 | Joe's Seafood | $ | 386.71 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | Lunch: TS, TM, AF, W, NT, CK, CM | TS; TM; AF; W; NT; CK; CM; | Meals/Beverages | Group | |
| 1459 | | 2016 | 136859 | EXP-7034 | 3/4/2016 - 3/4/2016 | Danielle Gregory | Executive Assistant | 3/4/2016 | Joe's Seafood | $ | 528.41 | Las Vegas, NV | Correction on amount from expense report 6926 | Lunch (W, S, TS, NT, CK) | W; S; TS; NT; CK; | Meals/Beverages | Group | |
| 1460 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/4/2016 | Joe's Seafood | $ | 528.61 | Las Vegas, NV | Travel with Wayne to SCI | Lunch (W, TS, NT, CK, S) | W; TS; NT; CK; CK; S; | Meals/Beverages | Group | |
| 1461 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/20/2016 | Joe's Seafood | $ | 637.44 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | lunch: TS, TM, AF, W, NT, CK, CM, Terry S | TS; TM; AF; W; NT; CK; CM; Terry S; | Meals/Beverages | Group | |
| 1462 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Joe's Seafood | $ | 681.41 | Las Vegas, NV | Travel to LV SCI Show | Lunch (W, S, TS, CK, CM, NT) | W; S; TS; CK; CM; NT; | Meals/Beverages | Group | |
| 1463 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/3/2016 | Joe's Seafood | $ | 723.64 | Las Vegas, NV | Travel with Wayne to SCI | lunch (W, TS, NT, CK, DB, BS) | W; TS; NT; CK; DB; BS; | Meals/Beverages | Group | |
| 1464 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Joe's Seafood | $ | 1,119.84 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | dinner with W, TM, TS, NT, AF, S | W; TM; TS; NT; AF; S; | Meals/Beverages | Group | |
| 1465 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Mandalay Bay | $ | 284.89 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | Hotel reservation for NRA donor K. Karakaya | K Karakaya; | Travel | Lodging | Email is sent to Nader<br>Arrive: 1/19/16 Depart: 1/20/16 |
| 1466 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Paradies | $ | 10.99 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | lunch at airport | Nader Tavangar; | Meals/Beverages | Individual | |
| 1467 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | RC 214 Steakhouse | $ | 339.03 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | dinner with donor (K. Karakaya) | K Karakaya; Nader Tavangar; | Meals/Beverages | Group | |
| 1468 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Sands Concession | $ | 10.76 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | refreshments | Nader Tavangar; | Meals/Beverages | Individual | |
| 1469 | 10 | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | SHOT Show | $ | 250.00 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | entry fees for convention | Dionel M Avilez; Lance Olson; Jon Carter; Eric van Horn; Anna Maria Hofman; | Miscellaneous | Other | Dional M. Aviles - Exhibitor guest - NRA - $50<br>Lance Olson - Exhibitor guest - NRA - $50<br>Jon Carter - Exhibitor guest - NRA - $50 |
| 1470 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Union Cab | $ | 21.80 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | taxi return from convention floor | Nader Tavangar; | Auto | Taxi | |
| 1471 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/18/2017 | Venetian | $ | 390.88 | Las Vegas, NV | Misc OOP requests as directed | Hotel room and tax - D. Aviles requested by TM | TM; | Travel | Lodging | |
| 1472 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | VeriFone | $ | 22.81 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | taxi to convention floor from hotel | Nader Tavangar; | Auto | Taxi | Start: 1/19/16 21:05<br>End: 1/19/16 21:15 |
| 1473 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/20/2016 | VeriFone | $ | 23.66 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | taxi form convention floor to hotel | Nader Tavangar; | Auto | Taxi | Start: 1/2016 16:17<br>End: 1/20/16 16:27 |
| 1474 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | VeriFone | $ | 28.18 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | taxi to convention | Nader Tavangar; | Auto | Taxi | Start: 1/19/16 3:27pm<br>End: 1/19/16 3:45pm |
| 1475 | 10 | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/19/2016 | Walgreens | $ | 32.41 | Las Vegas, NV | Travel with Wayne to las Vegas for Shot show | sundries for Wayne | Wayne; | Miscellaneous | Other | |
| 1476 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 20.00 | Los Angeles, CA | Travel to CA for St. H speech/presentation (NRAH) | Driver tip LA airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1477 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 40.00 | Los Angeles, CA | Travel to CA for St. H speech/presentation (NRAH) | LA airport valet luggage x3 | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1478 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/10/2017 | Cash Tips | $ 40.00 | Los Angeles, CA | Travel to CA for St. H speech/presentation (NRAH) | LA airport valet luggage x3 | Nader Tavangar; | Miscellaneous | Tips | |
| 1479 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/19/2016 | 21C Hotel | $ 275.60 | Louisville, KY | Louisville Annual Meeting | Lunch for W,TM,MD,NT,MH,AF,CC,CM,WL,BP,HM | W; TM; MD; NT; MH; AF; CC; CM; WL; BP; HM; | Meals/Beverages | Group | |
| 1480 | | 2016 | 142347 | EXP-8580 | 5/24/16 to 9/8/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 5/24/2016 | 21C Hotel | $ 579.19 | Louisville, KY | Misc travel expenses related to travel with W and special projects (SG) | additional night room and tax during Louisville annual meeting (see exp 7748) | Nader Tavangar; | Travel | Lodging | |
| 1481 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/19/2016 | 21C Hotel | $ 5,041.21 | Louisville, KY | Louisville Annual Meeting | hotel stay, laundry and dining NT | Nader Tavangar; | Travel | Lodging | Guest: Nader Tavangar Arrive: 5/15/16 Depart: 5/24/16 |
| 1482 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/18/2016 | Cash Tips | $ 120.00 | Louisville, KY | Louisville Annual Meeting | to restaurant employees/expediters/hostess/assistance with lunch catering | Unknown; | Miscellaneous | Tips | |
| 1483 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/22/2016 | El Camino | $ 52.40 | Louisville, KY | Louisville Annual Meeting | lunch with J. Carter and N. Tavangar | J Carter; N Tavangar; | Meals/Beverages | Group | |
| 1484 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/19/2016 | Jack Fry's Restaurant | $ 211.37 | Louisville, KY | Louisville Annual Meeting | dinner: Jon Carter, B. Powers, N. Tavangar | Jon Carter; B Powers; N Tavangar; | Meals/Beverages | Group | |
| 1485 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/17/2016 | Proof of Main | $ 1,488.00 | Louisville, KY | Louisville Annual Meeting | Dinner: TM<MD, JP,CP,W,S,BS,TS,NT | TM; MD; JP; CP; W; S; BS; TS; NT; | Meals/Beverages | Group | |
| 1486 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Starbucks | $ 8.43 | Louisville, KY | Louisville Annual Meeting | breakfast | Nader Tavangar; | Meals/Beverages | Individual | |
| 1487 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/19/2018 | Ritz Carlton | $ 41.98 | McLean, VA | May18 | Dinner - NT during AV event for CNP for Pres OLN | NT; | Travel | Lodging | Date: 05/19/18 Amount: $34.98 Tip: $7.00 |
| 1488 | 10 | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Boyt Harness | $ 192.42 | Mt. Juliet, TN | Travel to LV SCI Show | duffle bag purchase requested by S for return items | S; | Miscellaneous | Other | |
| 1489 | | 2017 | 150823 | EXP-10877 | 5/20/2017 - 7/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/8/2017 | Cash Tips | $ 40.00 | Nashville, TN | Travel to Nashville for CMA/Belmont meetings and mileage report | DC airport luggage assistance (front valet and rear valet (4 valet/3 passengers) | Nader Tavangar; | Miscellaneous | Tips | |
| 1490 | | 2017 | 150823 | EXP-10877 | 5/20/2017 - 7/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/8/2017 | Cash Tips | $ 40.00 | Nashville, TN | Travel to Nashville for CMA/Belmont meetings and mileage report | Travel to Nashville for CMA/Belmont meetings | Nader Tavangar; | Miscellaneous | Tips | |
| 1491 | | 2017 | 150823 | EXP-10877 | 5/20/2017 - 7/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/8/2017 | Cash Tips | $ 80.00 | Nashville, TN | Travel to Nashville for CMA/Belmont meetings and mileage report | Nashville Hotel bellman tip for luggage assistance (3 guests) | Nader Tavangar; | Miscellaneous | Tips | |
| 1492 | 10 | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/16/2017 | Four Seasons | $ 8.13 | Nashville, TN | Travel to Nashville for CMA Meetings, Belmont U | sundries for WLP speaking event | WLP; | Travel | Lodging | |
| 1493 | | 2017 | 150457 | 9C0D88CF6A9D4CA187AB | 6/16/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/9/2017 | Signature Transportation | $ 672.00 | Nashville, TN | June expenses | Transportation services in Nashville for Christy DeGiusti | Nader Tavangar; | Auto | Car Service | |
| 1494 | 5 | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/8/2017 | Ticketmaster Ticket | $ 55.61 | Nashville, TN | Travel to Nashville for CMA Meetings, Belmont U | Ticketed event with W during trip to nashville for meetings | Nader Tavangar; | Miscellaneous | Gift | |
| 1495 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/15/2017 | Walgreens | $ 7.31 | Nashville, TN | Travel to Nashville for CMA Meetings, Belmont U | waters for security | Nader Tavangar; | Miscellaneous | Other | |
| 1496 | | 2017 | 149459 | EXP-10511 | 3/22/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/24/2017 | 21C Hotel | $ 784.11 | Oklahoma City, OK | Travel to OKC for meetings with W/AM re CG presentation and AM discussion (SK) | hotel room and tax, plus breakfast for N. Travangar and drinks for J. Powell, NT, and MM | N Tavangar; J Powell; MM; | Travel | Lodging | |
| 1497 | | 2017 | 149459 | EXP-10511 | 3/22/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/22/2017 | Cash Tips | $ 20.00 | Oklahoma City, OK | Travel to OKC for meetings with W/AM re CG presentation and AM discussion (SK) | Bellman assistance with luggage for two | Nader Tavangar; | Miscellaneous | Tips | |
| 1498 | | 2017 | 149459 | EXP-10511 | 3/22/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/24/2017 | Cash Tips | $ 20.00 | Oklahoma City, OK | Travel to OKC for meetings with W/AM re CG presentation and AM discussion (SK) | Bellman assistance with luggage for two | Nader Tavangar; | Miscellaneous | Tips | |
| 1499 | 10 | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/4/2018 | Favor Gas Station | $ 8.52 | Oklahoma City, OK | January | coffee with W/TS during OKC meeting with donor | W; TS; | Meals/Beverages | Group | |
| 1500 | 10 | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/17/2016 | Hertz | $ 236.94 | Oklahoma City, OK | Travel expenses for meetings (OKC and Dallas) with W | OKC car rental - W/TS donor meeting | W; TS; | Auto | Car Rental | |
| 1501 | | 2017 | 149459 | EXP-10511 | 3/22/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/23/2017 | St. Anthony Hospital Starbucks | $ 6.34 | Oklahoma City, OK | Travel to OKC for meetings with W/AM re CG presentation and AM discussion (SK) | Coffee for W, WP, NT | W; WP; NT; | Meals/Beverages | Group | |
| 1502 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/19/2018 | Four Seasons | $ 81.10 | Orlando, FL | Feb18 | Lunch NT/SLP return travel from summit site visit | NT; SLP; | Travel | Lodging | |
| 1503 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 4/19/2016 | MediaQuest | $ 2,737.06 | Pittsburg, PA | NR OOP miscellaneous expenses. (SG) | AV for Wayne/TM at Duquesne club | Wayne; TM; | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1504 | 5 | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 4/25/2016 | Smoke Zone | $ 2,000.00 | Providence, RI | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | request from T. Makris to purchase items for donors | Nader Tavangar; | Miscellaneous | Gift | |
| 1505 | 5 | 2016 | 142347 | EXP-8320 | 8/5/16 to 8/15/16 | Shahada Kari | Production Assistant | 8/5/2016 | Smoke Zone | $ 2,100.00 | Providence, RI | August NR OOP Expenses | Gifts for donors requested by T. Makris/T. Schroop | T Makris; T Schropp; | Miscellaneous | Gift | |
| 1506 | | 2016 | 142347 | EXP-8580 | 5/24/16 to 9/8/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 6/29/2016 | Bar Bocce | $ 36.52 | Sausalito, CA | Misc travel expenses related to travel with W and special projects (SG) | dinner NT during travel to SF for HG A&F reshoot | Nader Tavangar; | Meals/Beverages | Individual | |
| 1507 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 20.00 | South Carolina | Travel with Wayne to South Carolina for fundraising event (SG) | hotel valet car | Nader Tavangar; | Miscellaneous | Tips | |
| 1508 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 20.00 | South Carolina | Travel with Wayne to South Carolina for fundraising event (SG) | tip - SC airport valet - luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1509 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ 20.00 | South Carolina | Travel with Wayne to South Carolina for fundraising event (SG) | tip - SC airport valet - rental car | Nader Tavangar; | Miscellaneous | Tips | |
| 1510 | | 2017 | 150457 | EXP-10789 | 4/21/2017-6/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/22/2017 | Charleston Airport | $ 21.54 | South Carolina | Travel to SC for HLF donnor event | Lunch NT | NT; | Meals/Beverages | Individual | |
| 1511 | 10 | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/6/2017 | Carey International | $ 150.70 | Texas | Travel to TX - Race sponsorship | Carey - car service requested by W for collection from TX Speedway to hotel | W; | Auto | Car Service | |
| 1512 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - concierge assistance with car rental | Nader Tavangar; | Miscellaneous | Tips | |
| 1513 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - concierge rental car return assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1514 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - driver from airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1515 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/6/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - driver tip - to airport for invited guests | Nader Tavangar; | Miscellaneous | Tips | |
| 1516 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - hotel valet - car assistance in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1517 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - hotel valet - car assistance in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1518 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - hotel valet - car assistance in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1519 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Cash Tips | $ 20.00 | Texas | Travel to TX - Race sponsorship | tip - hotel valet (luggage assistance x 2) | Nader Tavangar; | Miscellaneous | Tips | |
| 1520 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/6/2016 | Cash Tips | $ 40.00 | Texas | executive travel and misc purchases | DC airport valet tip - travel to TX for AM current events mtg | Nader Tavangar; | Miscellaneous | Tips | |
| 1521 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/6/2016 | Cash Tips | $ 40.00 | Texas | executive travel and misc purchases | Hotel valet - luggage W, TM, NT during TX meeting for current events comm/CCL | W; TM; NT; | Miscellaneous | Tips | |
| 1522 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Cash Tips | $ 40.00 | Texas | Travel to TX - Race sponsorship | tip - airport valet luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1523 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Cash Tips | $ 100.00 | Texas | Travel to TX - Race sponsorship | tip - driver tip - for invited guests from track to hotel | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1524 | | 2018 | 154261 | EXP-11256 | 11/2/17 to 11/8/17 | Nader Tavangar | EVP / Managing Director | 11/5/2017 | Cash Tips | $ 100.00 | Texas | Travel to TX - Race sponsorship | tip - rack track runner assistance with donors (x2 - 50 each ) | Nader Tavangar; | Miscellaneous | Tips | |
| 1525 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/3/2016 | Hertz | $ 1,466.14 | Texas | executive travel and misc purchases | travel with W for AM current events meeting and Texas Race | Nader Tavangar; | Auto | Car Rental | |
| 1526 | 5 | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/19/2018 | Old Palace LLC | $ 1,000.00 | Thousand Oaks, CA | January | Donor gifts requested by TM | TM; | Miscellaneous | Gift | |
| 1527 | 5 | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/8/2017 | Old Palace LLC | $ 1,050.00 | Thousand Oaks, CA | December | items for donors requested by TM | TM; | Miscellaneous | Gift | |
| 1528 | 10; 5 | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/3/2018 | Old Palace LLC | $ 1,180.00 | Thousand Oaks, CA | January | Donor items requested by TM/TS | TM; TS; | Miscellaneous | Gift | |
| 1529 | 10; 5 | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/6/2017 | Old Palace LLC | $ 5,870.00 | Thousand Oaks, CA | December | Donor items requested by TM/TS | TM; TS; | Miscellaneous | Gift | Date: 12/05/17 Miscellaneous material Amount $5870 |
| 1530 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/20/2017 | AC Limo | $ 270.00 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | Roundtrip car service from airport to event venue | Nader Tavangar; | Auto | Car Service | |
| 1531 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 4/4/2016 | Agent Fee | $ 35.00 | unknown | NR OOP miscellaneous expenses. (SG) | Gayle travel agent fee for travel | Nader Tavangar; | Travel | Other | |
| 1532 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Amangani | $ 3,022.20 | unknown | Travel to WY for speaking engagement (SG) | hotel room and tax and breakfast for NT | Nader Tavangar; | Travel | Lodging | |
| 1533 | 5 | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 5/9/2016 | Amazon | $ 91.56 | unknown | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne Speech (SG) | purchase football for signature to place in auction for fundraiser | Unknown; | Miscellaneous | Gift | |
| 1534 | 10 | 2017 | 148014 | EXP-10311 | 3/30/2017 - 4/3/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/30/2017 | Amazon | $ 174.78 | unknown | No description provided | Espresso machine requested J. Powell | J Powell; | Miscellaneous | Other | |
| 1535 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/24/2016 | American Airlines | $ (1,291.10) | unknown | Correction from previous expense report/ March NR OOP expenses | Cred for American Airlines report (#6672) ticket never issued | Nader Tavangar; | Travel | Airfare | |
| 1536 | | 2017 | 150823 | BEE94B9B32324293B110 | 7/14/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/16/2017 | American Airlines | $ (650.20) | unknown | July expenses | AA Airfare credit | Nader Tavangar; | Travel | Airfare | |
| 1537 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/1/2017 | American Airlines | $ (648.20) | unknown | Travel to Nashville for CMA Meetings, Belmont U | Credit for flight not taken | Nader Tavangar; | Travel | Airfare | |
| 1538 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/1/2017 | American Airlines | $ (648.20) | unknown | Travel to Nashville for CMA Meetings, Belmont U | Credit for flight not taken | Nader Tavangar; | Travel | Airfare | |
| 1539 | 10 | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/2/2018 | American Airlines | $ (230.01) | unknown | Nader Tavangar Expense Report (Concur) | revised flight itinerary during travel arrangemenTyler Schropp to dallas | Tyler Schropp; | Travel | Airfare | |
| 1540 | | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/15/2018 | American Airlines | $ (117.94) | unknown | March19 | Unknown | Nader Tavangar; | Travel | Airfare | |
| 1541 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/12/2017 | American Airlines | $ 2.00 | unknown | October | There was a $2 fare difference due to travel date change | Nader Tavangar; | Travel | Airfare | |
| 1542 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 1/27/2016 | American Airlines | $ 13.96 | unknown | Travel with Wayne to SCI | seat upgrade | Nader Tavangar; | Travel | Airfare | |
| 1543 | | 2017 | 150457 | EXP-10787 | 3/23/2017- 6/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/23/2017 | American Airlines | $ 18.18 | unknown | Travel with W to OKC for CG launch review/AM 17 preparation | lunch | Nader Tavangar; | Meals/Beverages | Individual | |
| 1544 | | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/9/2018 | American Airlines | $ 19.27 | unknown | March19 | Flight change - fare difference travel to Denver | Nader Tavangar; | Travel | Airfare | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1545 | | 2017 | 150457 | EXP-10789 | 4/21/2017-6/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/21/2017 | American Airlines | $ 25.00 | unknown | Travel to SC for HLF donnor event | luggage fee | Nader Tavangar; | Travel | Airfare | |
| 1546 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 33.71 | unknown | Misc OOP requests as directed | upgraded seeating assignment for special guests of honor attending H2H gala - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1547 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 33.71 | unknown | Misc OOP requests as directed | upgraded seeating assignment for special guests of honor attending H2H gala - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1548 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 33.71 | unknown | Misc OOP requests as directed | upgraded seeating assignment for special guests of honor attending H2H gala - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1549 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 35.06 | unknown | Misc OOP requests as directed | upgraded seeating assignment for special guests of honor attending H2H gala - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1550 | | 2018 | 154707 | F4EC047425544C8DA759 | 1/31/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/19/2018 | American Airlines | $ 78.56 | unknown | JAN18 | Flight seat change for JC approved by TM during travel to SCI | JC; | Travel | Airfare | |
| 1551 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 89.20 | unknown | Misc OOP requests as directed | One-way fare return from DC to DFW - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1552 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 89.20 | unknown | Misc OOP requests as directed | One-way fare return from DC to DFW - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1553 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 89.20 | unknown | Misc OOP requests as directed | One-way fare return from DC to DFW - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1554 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | American Airlines | $ 89.20 | unknown | Misc OOP requests as directed | One-way fare return from DC to DFW - T. Kyle family | T Kyle; | Travel | Airfare | |
| 1555 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | American Airlines | $ 182.10 | unknown | Travel with Wayne to South Carolina for fundraising event (SG) | airfare from SC to DC | Nader Tavangar; | Travel | Airfare | |
| 1556 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/2/2016 | American Airlines | $ 200.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Airefare change fee | Nader Tavangar; | Travel | Airfare | |
| 1557 | | 2016 | 138653 | EXP-7331 | 4/4/2016 - 4/11/2016 | Danielle Gregory | Executive Assistant | 4/5/2016 | American Airlines | $ 230.10 | unknown | Travel with Wayne to NC for DA fundraising event | Travel with Wayne to NC for DA fundraising event | Nader Tavangar; | Travel | Airfare | |
| 1558 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | American Airlines | $ 313.30 | unknown | Feb18 | Meeting with W to discuss current events and rehearse CPAC | Nader Tavangar; | Travel | Airfare | |
| 1559 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | American Airlines | $ 358.09 | unknown | Travel with Chris Cox to Dallas for commercial shoot | air travel from DC to Dallas | Nader Tavangar; | Travel | Airfare | |
| 1560 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/19/2017 | American Airlines | $ 364.20 | unknown | September | Return travel from DFW following WLF Summit | Nader Tavangar; | Travel | Airfare | |
| 1561 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 8/31/2016 | American Airlines | $ 451.10 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Airfare to Dallas | Nader Tavangar; | Travel | Airfare | |
| 1562 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/28/2017 | American Airlines | $ 468.20 | unknown | October | Travel to Nashville for NR/DW event requested by TS/W | TS; W; | Travel | Airfare | |
| 1563 | | 2018 | 154706/155170 | CDE5ECC7CC614FEAABD5 | 12/31/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/27/2017 | American Airlines | $ 489.00 | unknown | December Expenses | Travel change fee to meet with M. Pepper | Nader Tavangar; | Travel | Airfare | |
| 1564 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 1/27/2016 | American Airlines | $ 498.10 | unknown | Travel with Wayne to SCI | Flight from Dallas to Ft. Worth | Nader Tavangar; | Travel | Airfare | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1565 | | 2017 | 143169 | EXP-8825 | 9/12/2016 - 10/4/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/21/2016 | American Airlines | $ 527.10 | unknown | Donor materials requested by TM and TS and travel with WLP | Travel from DFW to DC following W meeting on HLF | Nader Tavangar; | Travel | Airfare | |
| 1566 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/8/2017 | American Airlines | $ 642.41 | unknown | December | Travel to Dallas for mtg with W to discuss current events and co | Nader Tavangar; | Travel | Airfare | Flight date: 01/02/18<br>DCA to DFW<br>Flight date: 01/05/18<br>DFW to DCA |
| 1567 | | 2017 | 150457 | EXP-10814 | 2/3/2017-6/30/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/26/2017 | American Airlines | $ 648.20 | unknown | (WBW) - Misc NRA Charges | Return travel from Dallas with W for meetings with AM (offsetting credit reported in Concur) | Nader Tavangar; | Travel | Airfare | |
| 1568 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | American Airlines | $ 648.20 | unknown | September | Return travel from DFW for mtgs with TS/W SMI for BPS/NRA event | Nader Tavangar; | Travel | Airfare | |
| 1569 | | 2017 | 150457 | EXP-10814 | 2/3/2017-6/30/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/17/2017 | American Airlines | $ 648.20 | unknown | (WBW) - Misc NRA Charges | Travel to Dallas with W for meetings with AM (Offsetting credit reported in Concur) | Nader Tavangar; | Travel | Airfare | |
| 1570 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/13/2017 | American Airlines | $ 650.20 | unknown | Travel to Nashville for CMA Meetings, Belmont U | airfare for travel to dfw | Nader Tavangar; | Travel | Airfare | |
| 1571 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/1/2017 | American Airlines | $ 651.20 | unknown | Travel to Nashville for CMA Meetings, Belmont U | Travel to Dallsa for presentation on CFF, Tyler OOA, W YWLS even | Nader Tavangar; | Travel | Airfare | |
| 1572 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/31/2018 | American Airlines | $ 724.21 | unknown | Nader Tavangar Expense Report (Concur) | Travel to Dallas with OLN for meeting with CW/HM on AH and new F | Nader Tavangar; | Travel | Airfare | |
| 1573 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/29/2018 | American Airlines | $ 724.21 | unknown | Nader Tavangar Expense Report (Concur) | Travel to Dallas with OLN for meeting with CW/HM on AH and new F | Nader Tavangar; | Travel | Airfare | |
| 1574 | | 2017 | 150823 | C9DE02FA6577488598C5 | 7/26/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/24/2017 | American Airlines | $ 743.40 | unknown | July expenses 2 | Travel to Dallas for Carry Guard Expo meeting | Nader Tavangar; | Travel | Airfare | |
| 1575 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/14/2018 | American Airlines | $ 810.40 | unknown | Nader Tavangar Expense Report (Concur) | Travel for LH from ATL to DC for DC Project Girl and Gun speaking | LH; | Travel | Airfare | |
| 1576 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/1/2017 | American Airlines | $ 1,012.20 | unknown | Travel to Nashville for CMA Meetings, Belmont U | Travel with @ to Nashville for CMA, Belmont | Nader Tavangar; | Travel | Airfare | |
| 1577 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/10/2106 | American Airlines | $ 1,014.20 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Roundtrip airfare from DC to Dallas | Nader Tavangar; | Travel | Airfare | |
| 1578 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | American Airlines | $ 1,291.10 | unknown | January OOP expenses | travel to Dallas for video shoot and meeting/presentation on upcoming | Nader Tavangar; | Travel | Airfare | |
| 1579 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/21/2017 | American Airlines | $ 1,455.21 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | One-way airfare | Nader Tavangar; | Travel | Airfare | |
| 1580 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/2/2017 | American Airlines | $ 1,543.20 | unknown | November | Travel to TX for race sponsorship | Nader Tavangar; | Travel | Airfare | |
| 1581 | | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/26/2018 | American Airlines | $ 1,573.21 | unknown | April18 | Travel to Dallas for meeting with W for AM confab | Nader Tavangar; | Travel | Airfare | Flight Date: 04/08/18<br>DCA to DFW |
| 1582 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/14/2018 | American Airlines | $ 1,872.00 | unknown | Feb18 | Travel to present CPAC speech/WLF fundraiser | Nader Tavangar; | Travel | Airfare | |
| 1583 | | 2016 | 136165 | EXP-6783 | 1/15/2016 to 2/10/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | American Airlines | $ 1,926.10 | unknown | Travel with Wayne to las Vegas for Shot show | airfare from DC to las Vegas | Nader Tavangar; | Travel | Airfare | Passenger: Nader Tavangar<br>Origin City: DCA |
| 1584 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | American Airlines | $ 2,016.60 | unknown | December | Airfare to/from Reno for ROF mag. Shoot with A. Lee | Nader Tavangar; | Travel | Airfare | Flight Date: 12/19/2017<br>DCA to DFW to RNO<br>Flight Date: 12/21/17 |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1585 | | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/9/2018 | American Airlines | $ | 2,043.87 | unknown | March19 | Travel to Denver for NDRATV presentation fro licensing meeting with outdoor channel | Nader Tavangar; | Travel | Airfare | |
| 1586 | | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/2/2018 | American Airlines | $ | 2,297.39 | unknown | April18 | Travel to Dallas for meeting with T.S./CoPart and video shoot with S. | Nader Tavangar; M. Hammer; | Travel | Airfare | Flight Date: 04/05/18 DCA to DFW |
| 1587 | | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/2/2018 | American Airlines | $ | 2,350.40 | unknown | April18 | Travel to Dallas to meet with WP for overview meeting with CEO | Nader Tavangar; | Travel | Airfare | Flight Date: 04/11/18 DCA to DFW |
| 1588 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/15/2018 | American Airlines | $ | 2,404.61 | unknown | January | Travel with TS to SHOT for NRA industry meetings/coordination | Nader Tavangar; | Travel | Airfare | |
| 1589 | 10 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Apple Store | $ | 9.74 | unknown | May18 | IPAD Pro requested by J. Powell for use during NRA Convention | J Powell; | Miscellaneous | Other | |
| 1590 | 10 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Apple Store | $ | 85.52 | unknown | May18 | IPAD Pro requested by J. Powell for use during NRA Convention | J Powell; | Miscellaneous | Other | |
| 1591 | 10 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Apple Store | $ | 107.17 | unknown | May18 | IPAD Pro requested by J. Powell for use during NRA Convention | J Powell; | Miscellaneous | Other | |
| 1592 | 10 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Apple Store | $ | 1,243.79 | unknown | May18 | IPAD Pro requested by J. Powell for use during NRA Convention | J Powell; | Miscellaneous | Other | |
| 1593 | | 2017 | 152775 | EXP-11119 | 8/24/2017 - 8/24/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/24/2017 | AT&T | $ | 60.00 | unknown | NR Travel with G. Shepstone | one time charge for wireless international plan to maintain client/agency business | Nader Tavangar; | Miscellaneous | Telecommunications | |
| 1594 | | 2017 | 150457 | 9C0D88CF6A9D4CA187AB | 6/16/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/8/2017 | Athens Family Restaurant | $ | 111.19 | unknown | June expenses | Lunch for NT , W, S, J, JW | NT; W; S; J; JW; | Meals/Beverages | Group | |
| 1595 | | 2016 | 138653 | EXP-7331 | 4/4/2016 - 4/11/2016 | Danielle Gregory | Executive Assistant | 4/5/2016 | Avis | $ | 234.93 | unknown | Travel with Wayne to NC for DA fundraising event | Travel with Wayne to NC for DA fundraising event | Nader Tavangar; | Auto | Car Rental | |
| 1596 | | 2016 | 138653 | EXP-7381 | 1/29/2016 - 4/15/2016 | Danielle Gregory | Executive Assistant | 1/29/2016 | Barbizon Lighting | $ | 425.84 | unknown | NR OOP Expenses | Gobo for fundraising event | Nader Tavangar; | Miscellaneous | Other | |
| 1597 | 10 | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/6/2016 | Beretta USA Corp | $ | 161.14 | unknown | Travel with Wayne to SCI | extra bag for Susan to transport auction items for WLF lunch | Susan; | Miscellaneous | Other | |
| 1598 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Beverly Hills Hotel | $ | 6.57 | unknown | October | Beverage charge from the room during my stay | Nader Tavangar; | Travel | Lodging | |
| 1599 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Beverly Hills Hotel | $ | 3,703.46 | unknown | October | Hotel room, tax, laundry, parking and food for NT during travel | NT; | Travel | Lodging | |
| 1600 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Bigby Coffee | $ | 13.13 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | Coffee for W, MH, CK, NT | W; MH; CK; NT; | Meals/Beverages | Group | |
| 1601 | | 2017 | 150457 | 9C0D88CF6A9D4CA187AB | 6/16/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/9/2017 | Bistro Berry | $ | 18.57 | unknown | June expenses | Lunch for NT at airport | NT; | Meals/Beverages | Individual | |
| 1602 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/5/2016 | Bobs Steak & Chop | $ | 565.04 | unknown | travel to DFW for hunting presentation and race event | dinner BS NT TM KM MD | BS; NT; TM; KM; MD; | Meals/Beverages | Group | |
| 1603 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | Bohanan's Prime Steak | $ | 567.77 | unknown | Feb18 | Travel with W/S/T for WLF AM fundraiser dinner during travel | W; S; T; | Meals/Beverages | Group | |
| 1604 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/17/2017 | Cabela's | $ | 322.14 | unknown | August | Travel with G Shepstone ROF member | Nader Tavangar; G Shepstone; | Miscellaneous | Other | |
| 1605 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Café Genevieve | $ | 68.18 | unknown | Travel to WY for speaking engagement (SG) | lunch for W/NT | W; NT; | Meals/Beverages | Group | |
| 1606 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Carey International | $ | 191.80 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | car service for Wayne in Dallas on 10/7 | Nader Tavangar; | Auto | Car Service | |
| 1607 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/6/2016 | Carey International | $ | 477.45 | unknown | executive travel and misc purchases | car services - paid by company account. Travel with W for AM current events | Nader Tavangar; W; | Auto | Car Service | |
| 1608 | 10 | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/6/2016 | Carey International | $ | 702.13 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | car service for Wayne in Dallas on 10/5 | Wayne; | Auto | Car Service | |
| 1609 | 10 | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/6/2016 | Carey International | $ | 1,460.42 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | car service for Wayne in Dallas on 10/6 | Wayne; | Auto | Car Service | |
| 1610 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/13/2017 | Cash Tips | $ | 5.00 | unknown | Houston Safari Club Presentations (SG) | bellman package delivery | Nader Tavangar; | Miscellaneous | Tips | |
| 1611 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ | 5.00 | unknown | Louisville Annual Meeting | bellman room delivery | Nader Tavangar; | Miscellaneous | Tips | |
| 1612 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ | 5.00 | unknown | Travel to LV SCI Show | cab assistance - hotel bellman | Nader Tavangar; | Miscellaneous | Tips | |
| 1613 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ | 5.00 | unknown | Travel to LV SCI Show | cab assistance - hotel bellman (return) | Nader Tavangar; | Miscellaneous | Tips | |
| 1614 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | Cash Tips | $ | 5.00 | unknown | Travel with Chris Cox to Dallas for commercial shoot | cash tip hotel valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1615 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | Cash Tips | $ 10.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | bell hop assistance at Argyle Club during WLF AM fundraiser baggage hold | Nader Tavangar; | Miscellaneous | Tips | |
| 1616 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | Cash Tips | $ 10.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | bell hop assistance with luggage - hotel in Tallahassee during MH video shoot | Nader Tavangar; | Miscellaneous | Tips | |
| 1617 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | Cash Tips | $ 10.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | bell hop assistance with luggage - hotel in Tallahassee during MH video shoot | Nader Tavangar; | Miscellaneous | Tips | |
| 1618 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | Cash Tips | $ 10.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | bell hop assistance with luggage (SA, TX review CPAC speech/current events) | Nader Tavangar; | Miscellaneous | Tips | |
| 1619 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/13/2017 | Cash Tips | $ 10.00 | unknown | Houston Safari Club Presentations (SG) | bellman assistance with presentation materials transfer to car | Nader Tavangar; | Miscellaneous | Tips | |
| 1620 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/14/2016 | Cash Tips | $ 10.00 | unknown | Travel to YFT H2H event | cash tip bell hop bag service for Montel | Nader Tavangar; | Miscellaneous | Tips | |
| 1621 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Cash Tips | $ 10.00 | unknown | Travel with Chris Cox to Dallas for commercial shoot | cash tip hotel bellman-luggage room drop off | Nader Tavangar; | Miscellaneous | Tips | |
| 1622 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Cash Tips | $ 10.00 | unknown | Travel with Chris Cox to Dallas for commercial shoot | cash tip hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1623 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/14/2016 | Cash Tips | $ 10.00 | unknown | Travel to YFT H2H event | cash tip valet package hold/drop off | Nader Tavangar; | Miscellaneous | Tips | |
| 1624 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ 10.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | Hotel bell hop luggage assistance to room | Nader Tavangar; | Miscellaneous | Tips | |
| 1625 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ 10.00 | unknown | Louisville Annual Meeting | hotel bellman assistance with bags | Nader Tavangar; | Miscellaneous | Tips | |
| 1626 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel bellman baggage delivery | Nader Tavangar; | Miscellaneous | Tips | |
| 1627 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel car valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1628 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/19/2018 | Cash Tips | $ 10.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | hotel luggage assistance - during travel to Dallas to participate in current events mgmt. and CPAC speech rehearsal | Nader Tavangar; | Miscellaneous | Tips | |
| 1629 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ 10.00 | unknown | January OOP expenses | hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1630 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/13/2016 | Cash Tips | $ 10.00 | unknown | January OOP expenses | hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1631 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/3/2016 | Cash Tips | $ 10.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - car | Nader Tavangar; | Miscellaneous | Tips | |
| 1632 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/3/2016 | Cash Tips | $ 10.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - car | Nader Tavangar; | Miscellaneous | Tips | |
| 1633 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel valet baggage hold | Nader Tavangar; | Miscellaneous | Tips | |
| 1634 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel valet car | Nader Tavangar; | Miscellaneous | Tips | |
| 1635 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel valet car | Nader Tavangar; | Miscellaneous | Tips | |
| 1636 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/7/2017 | Cash Tips | $ 10.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Hotel valet car assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1637 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/7/2017 | Cash Tips | $ 10.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Package delivery (printouts/hard drive) | Nader Tavangar; | Miscellaneous | Tips | |
| 1638 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/20/2016 | Cash Tips | $ 10.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | RC hotel bell hop | Nader Tavangar; | Miscellaneous | Tips | |
| 1639 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/21/2016 | Cash Tips | $ 10.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | RC hotel bell hop | Nader Tavangar; | Miscellaneous | Tips | |
| 1640 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Cash Tips | $ 10.00 | unknown | travel to DFW for hunting presentation and race event | restaurant valet - car in and out | Nader Tavangar; | Miscellaneous | Tips | |
| 1641 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/5/2016 | Cash Tips | $ 10.00 | unknown | travel to DFW for hunting presentation and race event | restaurant valet - car in and out | Nader Tavangar; | Miscellaneous | Tips | |
| 1642 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ 10.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Restaurant valet car | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1643 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/11/2016 | Cash Tips | $ | 10.00 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Tip hotel valet car | Nader Tavangar; | Miscellaneous | Tips | |
| 1644 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 10.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | TX hotel bell hop luggage to room (NT) | NT; | Miscellaneous | Tips | |
| 1645 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/4/2017 | Cash Tips | $ | 10.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | TX hotel valet package delivery | Nader Tavangar; | Miscellaneous | Tips | |
| 1646 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 10.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | UT hotel bell hop car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1647 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 10.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | UT hotel bell hop car return | Nader Tavangar; | Miscellaneous | Tips | |
| 1648 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/13/2017 | Cash Tips | $ | 10.00 | unknown | Misc OOP requests as directed | Valet car service in and out during YFT presentation | Nader Tavangar; | Miscellaneous | Tips | |
| 1649 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/6/2016 | Cash Tips | $ | 15.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | Hotel staff assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1650 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Cash Tips | $ | 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Airport valet car drop off | Nader Tavangar; | Miscellaneous | Tips | |
| 1651 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at | 2/15/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial | Airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1652 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at | 10/19/2017 | Cash Tips | $ | 20.00 | unknown | Travel to Waltrip Charity event | Airport valet luggage assitance | Nader Tavangar; | Miscellaneous | Tips | |
| 1653 | | 2016 | 143559 | EXP-8999 | 10/5/2016- | Nader Tavangar | EVP / Managing Director at The | 10/7/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to | Baggage assistance DFW airport valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1654 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The | 2/10/2017 | Cash Tips | $ | 20.00 | unknown | Travel to CA for St. H speech/presentation | Bellman luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1655 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ | 20.00 | unknown | Louisville Annual Meeting | bellman ship handling and deliver (galt | Nader Tavangar; | Miscellaneous | Tips | |
| 1656 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ | 20.00 | unknown | Louisville Annual Meeting | bellman shipping handling and delivery | Nader Tavangar; | Miscellaneous | Tips | |
| 1657 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA driver hotel to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1658 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/1/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel valet car call assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1659 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel valet car call assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1660 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel valet car return assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1661 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel valet car return assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1662 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | Car driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1663 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | car driver to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1664 | | 2017 | 150823 | EXP-10920 | 7/20/2017 - 7/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/20/2017 | Cash Tips | $ | 20.00 | unknown | NRA Mileage and Travel | Cash advance for travel with Wayne to Florida for FONRA dinner | Nader Tavangar; | Miscellaneous | Tips | |
| 1665 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to SCI | cash tip for driver from airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1666 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | Cash Tips | $ | 20.00 | unknown | Travel to YFT H2H event | cash tip for driver from event | Nader Tavangar; | Miscellaneous | Tips | |
| 1667 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | Cash Tips | $ | 20.00 | unknown | Travel to YFT H2H event | cash tip for driver to chauffer Montel Williams from train station | Nader Tavangar; | Miscellaneous | Tips | |
| 1668 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/14/2016 | Cash Tips | $ | 20.00 | unknown | Travel to YFT H2H event | cash tip for driver to chauffer Montel Williams to train station | Nader Tavangar; | Miscellaneous | Tips | |
| 1669 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | Cash Tips | $ | 20.00 | unknown | Travel to YFT H2H event | cash tip for driver to event | Nader Tavangar; | Miscellaneous | Tips | |
| 1670 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Chris Cox to Dallas for commercial shoot | Cash tip hotel car service | Nader Tavangar; | Miscellaneous | Tips | |
| 1671 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to SCI | cash tip hotel valet assistance with check in/luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1672 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/14/2016 | Cash Tips | $ | 20.00 | unknown | Travel to YFT H2H event | cash tip security personnel walkthrough assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1673 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/3/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | concierge - rental car assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1674 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | concierge - rental car return | Nader Tavangar; | Miscellaneous | Tips | |
| 1675 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | concierge - restaurant reservation | Nader Tavangar; | Miscellaneous | Tips | |
| 1676 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | Cash Tips | $ | 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | concierge assistance with restaurant reservation during SA, TX travel to review CPAC speech/current events | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1677 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/7/2017 | Cash Tips | $ | 20.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Concierge car rental assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1678 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/8/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | concierge restaurant assistance | ` | Miscellaneous | Tips | |
| 1679 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | Concierge restaurant assistance - private room (lunch) | Nader Tavangar; | Miscellaneous | Tips | |
| 1680 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | Cash Tips | $ | 20.00 | unknown | Travel to Waltrip Charity event | Concierge restaurant reservation | Nader Tavangar; | Miscellaneous | Tips | |
| 1681 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 20.00 | unknown | January OOP expenses | bell hop luggage - TM | TM; | Miscellaneous | Tips | |
| 1682 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/21/2016 | Cash Tips | $ | 20.00 | unknown | Louisville Annual Meeting | J. Byrd (NRA guest) for lunch (no receipt) | J Byrd; | Miscellaneous | Tips | |
| 1683 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/22/2016 | Cash Tips | $ | 20.00 | unknown | Louisville Annual Meeting | J. Byrd (NRA guest) for lunch (no receipt) | J Byrd; | Miscellaneous | Tips | |
| 1684 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | DC airport valet (front) luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1685 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 20.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | DC airport front valet (TM/NT) | TM; NT; | Miscellaneous | Tips | |
| 1686 | 10 | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 20.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | DC airport front valets (W/S) | W; S; | Miscellaneous | Tips | |
| 1687 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | DC airport valet (rear) luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1688 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | DC airport valet tip assistance with luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1689 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 20.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | DC driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1690 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | DC valet luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1691 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | DFW airport valet for luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1692 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | DFW airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1693 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | DFW airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1694 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | DFW airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1695 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ | 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel valet luggage (TM/NT) | TM; NT; | Miscellaneous | Tips | |
| 1696 | 10 | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ | 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | OKC airport valet luggage (W, TS) | W; TS; | Miscellaneous | Tips | |
| 1697 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | DFW airport valet tip assistance with luggage | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1698 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/20/2016 | Cash Tips | $ 20.00 | unknown | Louisville Annual Meeting | driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1699 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/23/2016 | Cash Tips | $ 20.00 | unknown | Louisville Annual Meeting | driver airport to office | Nader Tavangar; | Miscellaneous | Tips | |
| 1700 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Cash Tips | $ 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Driver from airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1701 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | Cash Tips | $ 20.00 | unknown | Travel to Waltrip Charity event | Driver from airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1702 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Cash Tips | $ 20.00 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | driver from airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1703 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/24/2016 | Cash Tips | $ 20.00 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | driver hotel to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1704 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/3/2016 | Cash Tips | $ 20.00 | unknown | Correction from previous expense report/ March NR OOP expenses | Driver tip - CPAC | Nader Tavangar; | Miscellaneous | Tips | |
| 1705 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/3/2016 | Cash Tips | $ 20.00 | unknown | Correction from previous expense report/ March NR OOP expenses | Driver tip - CPAC | Nader Tavangar; | Miscellaneous | Tips | |
| 1706 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/23/2016 | Cash Tips | $ 20.00 | unknown | Correction from previous expense report/ March NR OOP expenses | Driver tip - Liberty University speech | Nader Tavangar; | Miscellaneous | Tips | |
| 1707 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | Driver tip CA airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1708 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/6/2018 | Cash Tips | $ 20.00 | unknown | Misc Travel | driver tip DC car service airport to office during stategic mtg with AM/RM on current events and A/M Dallas 4/5 4/6 | Nader Tavangar; | Miscellaneous | Tips | |
| 1709 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/21/2018 | Cash Tips | $ 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | driver tip form airport to office - return from Dallas CPAC speech rehearsal/current event mgmt. | Nader Tavangar; | Miscellaneous | Tips | |
| 1710 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ 20.00 | unknown | Travel to LV SCI Show | Driver tip from airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1711 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/5/2018 | Cash Tips | $ 20.00 | unknown | Misc Travel | driver tip from airport to hotel during stategic mtg with AM/RM on current events and A/M Dallas 4/5 and 4/6 | Nader Tavangar; | Miscellaneous | Tips | |
| 1712 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2017 | Cash Tips | $ 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | Driver tip from airport to hotel/office | Nader Tavangar; | Miscellaneous | Tips | |
| 1713 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Cash Tips | $ 20.00 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | Driver tip from airport to office | Nader Tavangar; | Miscellaneous | Tips | |
| 1714 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/20/2017 | Cash Tips | $ 20.00 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | Driver tip from airport to venue | Nader Tavangar; | Miscellaneous | Tips | |
| 1715 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2017 | Cash Tips | $ 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | driver tip from office to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1716 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/22/2018 | Cash Tips | $ 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | driver tip from office to Gaylord hotel and back - travel to escort W/attendees to CPAC speaking engagement | Nader Tavangar; | Miscellaneous | Tips | |
| 1717 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/21/2017 | Cash Tips | $ 20.00 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | Driver tip from venue to airport | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1718 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | Driver tip hotel to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1719 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/10/2017 | Cash Tips | $ | 20.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Driver tip hotel to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1720 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 20.00 | unknown | January OOP expenses | driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1721 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | Driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1722 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | Driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1723 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | Driver to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1724 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | Driver top airport to office | Nader Tavangar; | Miscellaneous | Tips | |
| 1725 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | MT airport valet car rental assistance | MT; | Miscellaneous | Tips | |
| 1726 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | MT airport valet car rental return assistance | MT; | Miscellaneous | Tips | |
| 1727 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | Head matradee | Nader Tavangar; | Miscellaneous | Tips | |
| 1728 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 20.00 | unknown | January OOP expenses | hotel bell hop - luggage to room | Nader Tavangar; | Miscellaneous | Tips | |
| 1729 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | hotel bell hop (outside) | Nader Tavangar; | Miscellaneous | Tips | |
| 1730 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | hotel bell hop assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1731 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | Cash Tips | $ | 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | hotel bellhop assistance with luggage (slap) to airport | Nader Tavangar; | Miscellaneous | Tips | |
| 1732 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | Driver tip to airport from office (TM/NT) | TM; NT; | Miscellaneous | Tips | |
| 1733 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | hotel bellman - luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1734 | | 2017 | 146420 | EXP-9803 | 1/11/2017- 1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/12/2017 | Cash Tips | $ | 20.00 | unknown | Houston Safari Club Presentations (SG) | hotel bellman and valet assistance with luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1735 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 20.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Hotel bellman luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1736 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | hotel bellman luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1737 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W for meeting commercial shoot with AM (SK) | hotel bellman luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1738 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | hotel bellman luggage assistance to car | Nader Tavangar; | Miscellaneous | Tips | |
| 1739 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 20.00 | unknown | Travel to LV SCI Show | hotel bellman luggage return to rooms | Nader Tavangar; | Miscellaneous | Tips | |
| 1740 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/13/2016 | Cash Tips | $ | 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel concierge (bag/laundry) | Nader Tavangar; | Miscellaneous | Tips | |
| 1741 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 20.00 | unknown | Travel to CA for St. H speech/presentation (NRAH) | Hotel concierge resturant assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1742 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 20.00 | unknown | January OOP expenses | hotel curbside valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1743 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | hotel luggage assistance to ca | Nader Tavangar; | Miscellaneous | Tips | |
| 1744 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/2/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1745 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - car in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1746 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/6/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - car in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1747 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - car in/out - with W for mtg | Nader Tavangar; | Miscellaneous | Tips | |
| 1748 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/5/2016 | Cash Tips | $ | 20.00 | unknown | travel to DFW for hunting presentation and race event | hotel valet - cat in/out | Nader Tavangar; | Miscellaneous | Tips | |
| 1749 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/24/2016 | Cash Tips | $ | 20.00 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | hotel valet - luggage assistance x 2 | Nader Tavangar; | Miscellaneous | Tips | |
| 1750 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/19/2017 | Cash Tips | $ | 20.00 | unknown | Travel to Waltrip Charity event | Hotel valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1751 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Cash Tips | $ 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | Hotel valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1752 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ 20.00 | unknown | Travel to LV SCI Show | hotel valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1753 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ 20.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | Hotel valet luggage to rooms | Nader Tavangar; | Miscellaneous | Tips | |
| 1754 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | KS airport valet assistance with car return | Nader Tavangar; | Miscellaneous | Tips | |
| 1755 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | Cash Tips | $ 20.00 | unknown | Travel to Waltrip Charity event | Luggage assistance hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1756 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/21/2018 | Cash Tips | $ 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | luggage hold for 3 - during travel to Dallas to Dallas to participate in current events mgmt. and CPAC speech rehearsal | Nader Tavangar; | Miscellaneous | Tips | |
| 1757 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ 20.00 | unknown | Travel to LV SCI Show | LV airport valet luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1758 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Cash Tips | $ 20.00 | unknown | Travel to LV SCI Show | LV airport valet luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1759 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ 20.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | OKC airport valet car drop off | Nader Tavangar; | Miscellaneous | Tips | |
| 1760 | | 2017 | 146420 | EXP-9803 | 1/11/2017-1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/13/2017 | Cash Tips | $ 20.00 | unknown | Houston Safari Club Presentations (SG) | Restaurant staff assistance with AV set up and preperations | Nader Tavangar; | Miscellaneous | Tips | |
| 1761 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/3/2016 | Cash Tips | $ 20.00 | unknown | travel to DFW for hunting presentation and race event | restaurant valet - car in and out | Nader Tavangar; | Miscellaneous | Tips | |
| 1762 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Cash Tips | $ 20.00 | unknown | Travel to LV SCI Show | resturant matradee | Nader Tavangar; | Miscellaneous | Tips | |
| 1763 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/23/2016 | Cash Tips | $ 20.00 | unknown | Correction from previous expense report/ March NR OOP expenses | Tip - aiport valet parking passes | Nader Tavangar; | Miscellaneous | Tips | |
| 1764 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ 20.00 | unknown | Louisville Annual Meeting | tip - driver from airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1765 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - hotel concierge - restaurant reservation assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1766 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | Tip - hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1767 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1768 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - hotel valet - car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1769 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - hotel valet - car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1770 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - hotel valet (luggage 2) | Nader Tavangar; | Miscellaneous | Tips | |
| 1771 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - WY airport valet assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1772 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - WY airport valet car rental assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1773 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/6/2016 | Cash Tips | $ 20.00 | unknown | Travel to WY for speaking engagement (SG) | tip - WY Airport valet luggage car assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1774 | | 2018 | 159388 | EXP-12026 | 3/29/2018-6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/23/2018 | Cash Tips | $ 20.00 | unknown | Misc Travel | tip (airport valet - luggage x 4 for SMI SCC fundraising event on 5/23) | Nader Tavangar; | Miscellaneous | Tips | |
| 1775 | | 2018 | 159388 | EXP-12026 | 3/29/2018-6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/23/2018 | Cash Tips | $ 20.00 | unknown | Misc Travel | tip (airport valet - luggage x 4 for SMI SCC fundraising event on 5/23) | Nader Tavangar; | Miscellaneous | Tips | |
| 1776 | | 2017 | 152775 | EXP-11108 | 9/20/2017 - 9/20/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | Cash Tips | $ 20.00 | unknown | BSA / BPS / WLF Summit events | Tip airport valet to assist in Baton Rouge | Nader Tavangar; | Miscellaneous | Tips | |
| 1777 | | 2016 | 138653 | EXP-7405 | 4/17/2016 - 4/17/2016 | Danielle Gregory | Executive Assistant | 4/17/2016 | Cash Tips | $ 20.00 | unknown | Travel with Wayne and Tyler to Bristol, TN (SG) | Tip DC airport valet (front) | Nader Tavangar; | Miscellaneous | Tips | |
| 1778 | | 2016 | 138653 | EXP-7405 | 4/17/2016 - 4/17/2016 | Danielle Gregory | Executive Assistant | 4/17/2016 | Cash Tips | $ 20.00 | unknown | Travel with Wayne and Tyler to Bristol, TN (SG) | Tip DC airport valet luggage (back) | Nader Tavangar; | Miscellaneous | Tips | |
| 1779 | | 2016 | 138653 | EXP-7331 | 4/4/2016 - 4/11/2016 | Danielle Gregory | Executive Assistant | 4/6/2016 | Cash Tips | $ 20.00 | unknown | Travel with Wayne to NC for DA fundraising event | Tip DC to office car service | Nader Tavangar; | Miscellaneous | Tips | |
| 1780 | | 2017 | 152775 | EXP-11108 | 9/20/2017 - 9/20/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | Cash Tips | $ 20.00 | unknown | BSA / BPS / WLF Summit events | tip driver | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1781 | | 2016 | 138653 | EXP-7405 | 4/17/2016 - 4/17/2016 | Danielle Gregory | Executive Assistant | 4/17/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne and Tyler to Bristol, TN (SG) | Tip Driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1782 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/5/2018 | Cash Tips | $ | 20.00 | unknown | Misc Travel | Tip for car service to airport during strategic mtg with AM/RM on current | Nader Tavangar; | Miscellaneous | Tips | |
| 1783 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/5/2018 | Cash Tips | $ | 20.00 | unknown | Misc Travel | tip for hotel valet during stategic mtg with AM/RM on current events and A/M Dallas | Nader Tavangar; | Miscellaneous | Tips | |
| 1784 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/10/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Tip hotel valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1785 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/10/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Tip hotel valet car | Nader Tavangar; | Miscellaneous | Tips | |
| 1786 | | 2017 | 152775 | EXP-11108 | 9/20/2017 - 9/20/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | Cash Tips | $ | 20.00 | unknown | BSA / BPS / WLF Summit events | tip hotel valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1787 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/11/2016 | Cash Tips | $ | 20.00 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Tip restaurant car valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1788 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | TX driver airport to hotel | Nader Tavangar; | Miscellaneous | Tips | |
| 1789 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | UT event hotel valet car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1790 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 20.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | UT hotel bell hop car park | Nader Tavangar; | Miscellaneous | Tips | |
| 1791 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/9/2018 | Cash Tips | $ | 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | valet park and tip at RC Tysons for H2H gala event set up | Nader Tavangar; | Miscellaneous | Tips | |
| 1792 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/10/2018 | Cash Tips | $ | 20.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | valet park and tip at RC Tysons for H2H gala event set up | Nader Tavangar; | Miscellaneous | Tips | |
| 1793 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Cash Tips | $ | 20.00 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | venue valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1794 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | Cash Tips | $ | 25.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | driver tip from hotel to airport after WLF summit site survey with SLP | Nader Tavangar; | Miscellaneous | Tips | |
| 1795 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/22/2016 | Cash Tips | $ | 25.00 | unknown | Louisville Annual Meeting | cash for J. Byrd luggage transport | J Byrd; | Miscellaneous | Tips | |
| 1796 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/22/2016 | Cash Tips | $ | 25.00 | unknown | Louisville Annual Meeting | cash for J. Byrd luggage transport return | J Byrd; | Miscellaneous | Tips | |
| 1797 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | Cash Tips | $ | 25.00 | unknown | Travel to Waltrip Charity event | Luggage assistance for three | Nader Tavangar; | Miscellaneous | Tips | |
| 1798 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 30.00 | unknown | January OOP expenses | backside airport valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1799 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 30.00 | unknown | January OOP expenses | Dallas airport valet | Nader Tavangar; | Miscellaneous | Tips | |
| 1800 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Cash Tips | $ | 30.00 | unknown | travel to DFW for hunting presentation and race event | hotel vale - luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1801 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | Cash Tips | $ | 30.00 | unknown | January OOP expenses | front side airport valet - TM/NT/W | TM; NT; W; | Miscellaneous | Tips | |
| 1802 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 30.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | RC hotel valet/bell hop (TM/NT/W/S) | TM; NT; W; S; | Miscellaneous | Tips | |
| 1803 | | 2017 | 150823 | EXP-10920 | 7/20/2017 - 7/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/20/2017 | Cash Tips | $ | 35.31 | unknown | NRA Mileage and Travel | Tip for DC valet parking and luggage assistance for 3 for travel with Wayne to | Nader Tavangar; | Miscellaneous | Tips | |
| 1804 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/23/2018 | Cash Tips | $ | 40.00 | unknown | Misc Travel | 66 miles roundtrip at 54.5 cents/mile - travel to IAS and return for SMI SCC | Nader Tavangar; | Miscellaneous | Tips | |
| 1805 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Cash Tips | $ | 40.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | additional tip to driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1806 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Cash Tips | $ | 40.00 | unknown | travel to DFW for hunting presentation and race event | airport valet - luggage assistance x 3 | Nader Tavangar; | Miscellaneous | Tips | |
| 1807 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/6/2016 | Cash Tips | $ | 40.00 | unknown | travel to DFW for hunting presentation and race event | airport valet - luggage assistance x 3 | Nader Tavangar; | Miscellaneous | Tips | |
| 1808 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/4/2017 | Cash Tips | $ | 40.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip for DAL airport valet (2) for luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1809 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip for DAL airport valet (2) for luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1810 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/4/2017 | Cash Tips | $ | 40.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip for DAL hotel valet (luggage) | Nader Tavangar; | Miscellaneous | Tips | |
| 1811 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip for DAL hotel valet (luggage) | Nader Tavangar; | Miscellaneous | Tips | |
| 1812 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip for Springfield airport valet (2) luggages | Nader Tavangar; | Miscellaneous | Tips | |
| 1813 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/20/2016 | Cash Tips | $ | 40.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | DC airport luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1814 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ | 40.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | DC airport valet for luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1815 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | DC airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1816 | | 2017 | 153476 | EXP-11208 | 10/17/2017 - 10/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/19/2017 | Cash Tips | $ | 40.00 | unknown | Travel to Waltrip Charity event | DC airport valet luggage assistance (front/back - 4) | Nader Tavangar; | Miscellaneous | Tips | |
| 1817 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Cash Tips | $ | 40.00 | unknown | travel to DFW for hunting presentation and race event | DFW airport valet - luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1818 | | 2017 | 146420 | EXP-9803 | 1/11/2017- 1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/14/2017 | Cash Tips | $ | 40.00 | unknown | Houston Safari Club Presentations (SG) | Driver tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1819 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | Hotel bell hop luggage assistance x 5 (front) | Nader Tavangar; | Miscellaneous | Tips | |
| 1820 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | Hotel valet assistance luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 1821 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 40.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | DC airport back valets (TM/NT/W/S) | TM; NT; W; S; | Miscellaneous | Tips | |
| 1822 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/19/2016 | Cash Tips | $ | 40.00 | unknown | Travel expenses for meetings (OKC and Dallas) with W | DAL airport valet (TM/NT/W/S) | TM; NT; W; S; | Miscellaneous | Tips | |
| 1823 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | Luggage assistance and check prior to check out | Nader Tavangar; | Miscellaneous | Tips | |
| 1824 | 10 | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Cash Tips | $ | 40.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | OKC airport valet luggage (W, TS) | W; TS; | Miscellaneous | Tips | |
| 1825 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/5/2018 | Cash Tips | $ | 40.00 | unknown | Misc Travel | tip for airport valet (front 4 passengers) during stategic mtg with AM/RM on | Nader Tavangar; | Miscellaneous | Tips | |
| 1826 | | 2018 | 159388 | EXP-12026 | 3/29/2018- 6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/5/2018 | Cash Tips | $ | 40.00 | unknown | Misc Travel | tip for DAL airport valet (4 passengers) during stategic mtg with AM/RM on | Nader Tavangar; | Miscellaneous | Tips | |
| 1827 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/6/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | TX airport valet luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1828 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | TX hotel valet assistance (front) | Nader Tavangar; | Miscellaneous | Tips | |
| 1829 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 40.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | UT hotel bell hop luggage assistance for 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1830 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/5/2016 | Cash Tips | $ | 50.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | additional tip to driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1831 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/5/2016 | Cash Tips | $ | 50.00 | unknown | Travel with Wayne to SCI | Cash tip Milos maitre d | Nader Tavangar; | Miscellaneous | Tips | |
| 1832 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Cash Tips | $ | 50.00 | unknown | Louisville Annual Meeting | driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1833 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/12/2016 | Cash Tips | $ | 50.00 | unknown | January OOP expenses | driver 1 Tuesday | Nader Tavangar; | Miscellaneous | Tips | |
| 1834 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/13/2016 | Cash Tips | $ | 50.00 | unknown | January OOP expenses | driver 1 Wednesday | Nader Tavangar; | Miscellaneous | Tips | |
| 1835 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/12/2016 | Cash Tips | $ | 50.00 | unknown | January OOP expenses | driver 2 Tuesday | Nader Tavangar; | Miscellaneous | Tips | |
| 1836 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/22/2016 | Cash Tips | $ | 50.00 | unknown | Louisville Annual Meeting | driver (J. Byrd) to airport/assistance with wheelchair/ticket | J Byrd; | Miscellaneous | Tips | |
| 1837 | | 2016 | 138653 | EXP-7331 | 4/4/2016 - 4/11/2016 | Danielle Gregory | Executive Assistant | 4/5/2016 | Cash Tips | $ | 50.00 | unknown | Travel with Wayne to NC for DA fundraising event | Tip airport valet to assist with rental return | Nader Tavangar; | Miscellaneous | Tips | |
| 1838 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/21/2018 | Cash Tips | $ | 50.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | tip for luggage assistance for 8 (dc airport valet) return from Dallas cpac speech | Nader Tavangar; | Miscellaneous | Tips | |
| 1839 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/19/2016 | Cash Tips | $ | 50.00 | unknown | Louisville Annual Meeting | to restaurant employees for lunch catering | Nader Tavangar; | Miscellaneous | Tips | |
| 1840 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/4/2017 | Cash Tips | $ | 50.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | TX driver hotel to office to restaurant and return | Nader Tavangar; | Miscellaneous | Tips | |
| 1841 | | 2017 | 143169 | EXP-8620 | 9/6/2016 - 9/13/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/9/2016 | Cash Tips | $ | 50.00 | unknown | NR Exec office requests (SG) | Valet parking (BOD meeting and WLF) tips x 10 @ $5/each | Nader Tavangar; | Miscellaneous | Tips | |
| 1842 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/6/2016 | Cash Tips | $ | 50.00 | unknown | travel to DFW for hunting presentation and race event | BMS - sponsors volunteer aid | Nader Tavangar; | Miscellaneous | Tips | |
| 1843 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Cash Tips | $ | 55.00 | unknown | travel to DFW for hunting presentation and race event | DC airport vale - luggage assistance x 4 | Nader Tavangar; | Miscellaneous | Tips | |
| 1844 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA airport valet x 3 luggage assistance x 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1845 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | CA hotel bell hop luggage assistance x 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1846 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | DC airport valet x 3 for assistance with luggage for 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1847 | | 2017 | 145564 | EXP-9523 | 11/3/16 - 12/22/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/6/2016 | Cash Tips | $ | 60.00 | unknown | executive travel and misc purchases | driver tip - car service - paid by company account. Travel with W for AM current | Nader Tavangar; | Miscellaneous | Tips | |
| 1848 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/21/2018 | Cash Tips | $ | 60.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | luggage assistance for 6 - during travel to Dallas to participate in current events | Nader Tavangar; | Miscellaneous | Tips | |
| 1849 | | 2018 | 154706/155170 | EXP-11419 | 12/5/2017- 12/18/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/13/2017 | Cash Tips | $ | 60.00 | unknown | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW | driver tips - three cars to transport TWAW from hotel to airport | TWAW; | Miscellaneous | Tips | |
| 1850 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/20/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | SC airport valet luggage assistance for four | Nader Tavangar; | Miscellaneous | Tips | |
| 1851 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Cash Tips | $ | 60.00 | unknown | Travel with Wayne to SCI | cash tip for three airport valet to assist with luggage in DC for W, S, TM, TS, NT | W; S; TM; TS; NT; | Miscellaneous | Tips | |
| 1852 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | TX airport valet x 3 luggage assistance | Nader Tavangar; | Miscellaneous | Tips | |
| 1853 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | UT airport valet x 3 for assistance with luggage for 5 | Nader Tavangar; | Miscellaneous | Tips | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW Interview |
| 1854 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Cash Tips | $ | 60.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking | UT airport valet x 4 for assistance with luggage for 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1855 | | 2017 | 153476 | EXP-11178 | 9/18/2017 - 10/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Cash Tips | $ | 80.00 | unknown | Travel with W to MT, UT, CA, TX, and KS for various events/meetings/speaking engagements | CA airport valet x 4 luggage assistance x 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 1856 | | 2017 | 152775 | EXP-11074 | 8/30/2017 - 9/6/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/4/2017 | Cash Tips | $ | 80.00 | unknown | Travel to DAL and Springfield for mtg with AM on current events and NRA Board mtg | Cash tip to DC airport valet (4) for luggage assistance for 7 | Nader Tavangar; | Miscellaneous | Tips | |
| 1857 | | 2017 | 148749 | EXP-10519 | 4/20/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/20/2017 | Cash Tips | $ | 80.00 | unknown | Travel with W and TS for HLF fundraiser in SC (SK) | DC airport valet (front and back) luggage for 4 | Nader Tavangar; | Miscellaneous | Tips | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1858 | | 2017 | 152775 | EXP-11108 | 9/20/2017 - 9/20/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | Cash Tips | $ | 80.00 | unknown | BSA / BPS / WLF Summit events | tip DFW airport valet x 4 assistance with luggage for 4 passengers | Nader Tavangar; | Miscellaneous | Tips | |
| 1859 | | 2017 | 152775 | EXP-11108 | 9/20/2017 - 9/20/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/20/2017 | Cash Tips | $ | 80.00 | unknown | BSA / BPS / WLF Summit events | tip luggage assistance by 4 valets for 4 passengers from DC to Baton Rouge for | Nader Tavangar; | Miscellaneous | Tips | |
| 1860 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/6/2016 | Cash Tips | $ | 100.00 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for | additonal tip to driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1861 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Cash Tips | $ | 100.00 | unknown | Travel with Wayne to SCI | cash tip driver (car 2) | Nader Tavangar; | Miscellaneous | Tips | |
| 1862 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/3/2016 | Cash Tips | $ | 100.00 | unknown | Travel with Wayne to SCI | Cash tip Joe's maitre d | Nader Tavangar; | Miscellaneous | Tips | |
| 1863 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/2/2018 | Cash Tips | $ | 100.00 | unknown | NRA Annual Meeting - Dallas Transportation services | DC airport valet (x 2 front x 2 back) for 5 people Tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1864 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/23/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | driver | Nader Tavangar; | Miscellaneous | Tips | |
| 1865 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | Cash Tips | $ | 100.00 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | driver tip for travel from Tallahassee to Orlando for WLF summit site survey with SLP | Nader Tavangar; | Miscellaneous | Tips | |
| 1866 | | 2018 | 159388 | EXP-12026 | 3/29/2018-6/27/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/6/2018 | Cash Tips | $ | 100.00 | unknown | Misc Travel | driver tip full day during strategic mtg with AM/RM on current events and A/M Dallas 4/5 and 4/6 | Nader Tavangar; | Miscellaneous | Tips | |
| 1867 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/17/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | DRIVER, cash tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1868 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/18/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | DRIVER, cash tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1869 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/19/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | DRIVER, cash tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1870 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/21/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | DRIVER, cash tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1871 | | 2018 | 154706/155170 | EXP-11419 | 12/5/2017-12/18/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/11/2017 | Cash Tips | $ | 100.00 | unknown | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW | driver tip - two cars to transport TWAW group of 8 to/from airport/hotel/restaurant | TWAW; | Miscellaneous | Tips | |
| 1872 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/23/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | KY airport valets assistance with luggage for 8 | Multiple; | Miscellaneous | Tips | |
| 1873 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/23/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | driver TM for assistance/drop off/packaging for luggage to ship via FED EX | TM; | Miscellaneous | Tips | |
| 1874 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/21/2016 | Cash Tips | $ | 100.00 | unknown | Louisville Annual Meeting | driver (LD/Mel car) | Unknown; | Miscellaneous | Tips | |
| 1875 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/2/2018 | Cash Tips | $ | 100.00 | unknown | NRA Annual Meeting - Dallas Transportation services | Tip | Nader Tavangar; | Miscellaneous | Tips | |
| 1876 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Cash Tips | $ | 100.00 | unknown | Travel with Wayne to SCI | cash tip two airport valet to assist with luggage in LAS for W, S, TM, TS, NT | W; S; TM; TS; NT; | Miscellaneous | Tips | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW Interview |
| 1877 | | 2017 | 151745 | EXP-11031 | 8/15/2017 - 8/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/19/2017 | Cash Tips | $ | 100.00 | unknown | Bristol Racing event | tip driver transportation for donor | Nader Tavangar; | Miscellaneous | Tips | |
| 1878 | | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/18/2016 | Cash Tips | $ | 100.00 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | to Birstol track volunteer to collect cart and escort special guest M. Geist | Nader Tavangar; | Miscellaneous | Tips | |
| 1879 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ | 150.00 | unknown | Travel to LV SCI Show | Driver tip during stay | Nader Tavangar; | Miscellaneous | Tips | |
| 1880 | | 2017 | 151745 | EXP-11031 | 8/15/2017 - 8/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/18/2017 | Cash Tips | $ | 200.00 | unknown | Bristol Racing event | Bristol Event volunteers - 2 local track support team to assist with | Nader Tavangar; | Miscellaneous | Tips | |
| 1881 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Cash Tips | $ | 200.00 | unknown | Travel with Wayne to SCI | cash tip driver (car 1) | Nader Tavangar; | Miscellaneous | Tips | |
| 1882 | | 2018 | 154706/155170 | EXP-11419 | 12/5/2017-12/18/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/12/2017 | Cash Tips | $ | 200.00 | unknown | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW | driver tips - two cars to transport TWAW group x 6 from NRA HQ for 6 hour | TWAW; | Miscellaneous | Tips | |
| 1883 | | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/18/2016 | Cash Tips | $ | 200.00 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | to Bristol track volunteer (2) runners to collect cards and escort (7) donors | Nader Tavangar; | Miscellaneous | Tips | |
| 1884 | | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/18/2016 | Cash Tips | $ | 200.00 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | to drivers (2) for sweepstakes winners (airport/hotel/track/hotel/airport) | Nader Tavangar; | Miscellaneous | Tips | |
| 1885 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Cash Tips | $ | 200.00 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | venue uniform security | Nader Tavangar; | Miscellaneous | Tips | (12.5 - 7 ) Dallas / Charlotte - Copart/ROF Mag Shoot M. Smith & (12.11 - 12) TWAW Interview |
| 1886 | | 2018 | 160896 | EXP-12144 | 8/16/2018 to 8/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/18/2018 | Cash Tips | $ | 250.00 | unknown | Bass Pro NRA night race ROF event | Tip to wait staff (2) working race suite 11 - Bristol night race ROF donors | Nader Tavangar; | Miscellaneous | Tips | |
| 1887 | | 2018 | 160896 | EXP-12144 | 8/16/2018 to 8/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/18/2018 | Cash Tips | $ | 250.00 | unknown | Bass Pro NRA night race ROF event | Tip to wait staff (2) working VIP tent near gate 11 - Bristol night race ROF donors | Nader Tavangar; | Miscellaneous | Tips | |
| 1888 | | 2017 | 151745 | EXP-11031 | 8/15/2017 - 8/19/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/19/2017 | Cash Tips | $ | 300.00 | unknown | Bristol Racing event | 3 catering staff inside the suite for invited guests | Nader Tavangar; | Miscellaneous | Tips | |
| 1889 | | 2017 | 151745 | EXP-11054 | 8/15/2017 - 8/25/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/25/2017 | Cash Tips | $ | 2,500.00 | unknown | NRA Travel with GS | tips distributed to various personnel handling travel arrangements (drivers (2) | Nader Tavangar; | Miscellaneous | Tips | |
| 1890 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/15/2017 | CLEAR | $ | 99.00 | unknown | MISC charges on behalf of NRA | Expedited screening through airport security for nRA travel | NRA Group; | Travel | Other | |
| 1891 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/11/2017 | Clydes | $ | 85.21 | unknown | Misc OOP requests as directed | Lunch W, S, MD, R, NT - computer tech install requested by W | W; S; MD; R; NT; | Meals/Beverages | Group | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1892 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Colcord Hotel | $ 558.55 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel rm, tax, laundry, dinner/drinks (TM, TS, W, NT) | TM; TS; W; NT; | Travel | Lodging | |
| 1893 | 10 | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Convention Center | $ 29.65 | unknown | Travel to LV SCI Show | pens and markets for W, plus beverage/snack | W; | Miscellaneous | Other | |
| 1894 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Corner Bakery | $ 28.65 | unknown | Misc OOP requests as directed | lunch - NT/Crew snacks H2H gala | NT; Multiple; | Meals/Beverages | Group | |
| 1895 | 10 | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/4/2017 | CVS | $ 9.99 | unknown | October | Antihistamine for W prior to interview | W; | Miscellaneous | Other | |
| 1896 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/5/2017 | CVS | $ 49.57 | unknown | October | Meds for team member that required emergency dental surgery | Nader Tavangar; | Miscellaneous | Other | |
| 1897 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/19/2018 | Del Frisco | $ 268.62 | unknown | Feb18 | Dinner - BP, NT, JD, JP Meeting to discuss SS, current events | BP; NT; JD; JP; | Meals/Beverages | Group | |
| 1898 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Delta Airlines | $ 545.10 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | RT airfare from DC to ATL - Nader | Nader Tavangar; | Travel | Airfare | |
| 1899 | 10 | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Delta Airlines | $ 545.10 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | RT airfare from DC to ATL - Tyler | Tyler; | Travel | Airfare | |
| 1900 | 5 | 2016 | 139727 | EXP-7642 | 4/15/2016 to 5/25/2016 | Danielle Gregory | Executive Assistant | 5/9/2016 | Dick's | $ 105.99 | unknown | NR OOP misc. Expenses/ Charleston SC trip for donor event at Brays Island- Wayne | purchase football for signature to place in auction for fundraiser | Unknown; | Miscellaneous | Gift | |
| 1901 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | Duane Sparks Chevrolet | $ 97.86 | unknown | October | Car rental Lewistown, MT for FONRA event | MT; | Auto | Car Rental | |
| 1902 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Dunkin Donuts | $ 2.29 | unknown | Travel with Chris Cox to Dallas for commercial shoot | coffee | Nader Tavangar; | Meals/Beverages | Individual | |
| 1903 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/2/2016 | Dunkin Donuts | $ 2.37 | unknown | travel to DFW for hunting presentation and race event | breakfast NT | NT; | Meals/Beverages | Individual | |
| 1904 | | 2016 | 136165 | EXP-6800 | 1/11/2016 to 2/1/2016 | Danielle Gregory | Executive Assistant | 1/11/2016 | EZ Pass | $ 35.00 | unknown | NR OOP January expenses | expedited travel to NRA office and return | Nader Tavangar; | Auto | Toll | |
| 1905 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/24/2017 | EZ Pass | $ 35.00 | unknown | MISC charges on behalf of NRA | toll charges exclusive for NRA travel | NRA Group; | Auto | Toll | |
| 1906 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/16/2017 | EZ Pass | $ 35.00 | unknown | MISC charges on behalf of NRA | toll charges exclusive for NRA travel | NRA Group; | Auto | Toll | |
| 1907 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/29/2017 | EZ Pass | $ 35.00 | unknown | MISC charges on behalf of NRA | toll charges exclusive for NRA travel | NRA Group; | Auto | Toll | |
| 1908 | | 2017 | 146420 | EXP-9800 | 1/2/2017- 1/19/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/2/2017 | EZ Pass | $ 35.00 | unknown | Misc purchase on behalf of NRA | Toll charges for NRA Travel | NRA Group; | Auto | Toll | |
| 1909 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/16/2017 | EZ Pass | $ 35.00 | unknown | MISC charges | toll charges for travel on NRA business | Nader Tavangar; | Auto | Toll | |
| 1910 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/3/2017 | EZ Pass | $ 35.00 | unknown | December | toll charges for travel related to NRA business | Nader Tavangar; | Auto | Toll | |
| 1911 | | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 3/21/2016 | EZ Pass | $ 35.00 | unknown | NR OOP Misc. expenses | toll charges traveling to/from NRA business | Nader Tavangar; | Auto | Toll | |
| 1912 | | 2016 | 139727 | EXP-7751 | 12/2/2015 to 12/16/2016 | Danielle Gregory | Executive Assistant | 4/26/2016 | EZ Pass | $ 35.00 | unknown | NR OOP Misc. expenses | toll charges traveling to/from NRA business | Nader Tavangar; | Auto | Toll | |
| 1913 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/22/2017 | EZ Pass | $ 35.00 | unknown | Misc OOP requests as directed | Toll fare for NRA travel | Nader Tavangar; | Auto | Toll | |
| 1914 | | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | EZ Pass | $ 35.00 | unknown | Misc Billing/Exec requests - WBW audited | Toll pass exclusive for NRA travel | Nader Tavangar; | Auto | Toll | |
| 1915 | | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/30/2016 | EZ Pass | $ 35.00 | unknown | Misc Billing/Exec requests - WBW audited | Toll pass exclusive for NRA travel | Nader Tavangar; | Auto | Toll | |
| 1916 | | 2017 | 150457 | EXP-10730 | 5/25/2017- 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/25/2017 | EZ Pass | $ 35.00 | unknown | Misc purchases for NRA (SK) | tolls for travel on behalf of NRA | Nader Tavangar; | Auto | Toll | Date: 12/03/17 Amount: $35.00 |
| 1917 | | 2016 | 143559 | EXP-9067 | 5/13/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/7/2016 | Fairmont Hotel | $ 482.94 | unknown | misc. charges, clean up from past trips with W from meetings and events | hotel cancellation charge due to hotel change as requested by W | Nader Tavangar; | Travel | Lodging | |
| 1918 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at | 10/6/2017 | Fearings Restaurant | $ 183.72 | unknown | October | Lunch W, TM, CK, NT during travel to | W; TM; CK; NT; | Meals/Beverages | Group | |
| 1919 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/18/2017 | Fish Market | $ 45.22 | unknown | September | MH lunch order during meeting | MH; | Meals/Beverages | Individual | |
| 1920 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/17/2017 | Food City | $ 94.51 | unknown | August | Travel for Bristol NRA race food supplies for shared house | Nader Tavangar; | Meals/Beverages | Individual | |
| 1921 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/3/2017 | Four Seasons | $ (536.48) | unknown | MISC charges | St. Hubertus meeting | Nader Tavangar; | Travel | Lodging | |
| 1922 | | 2017 | 150457 | EXP-10814 | 2/3/2017- 6/30/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/3/2017 | Four Seasons | $ (480.48) | unknown | (WBW) - Misc NRA Charges | Hotel Credit | Nader Tavangar; | Travel | Lodging | |
| 1923 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Four Seasons | $ (162.40) | unknown | Travel with Wayne to SCI | hotel credits | Nader Tavangar; | Travel | Lodging | |
| 1924 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Four Seasons | $ 6.49 | unknown | Travel with Wayne to SCI | incidentals after checkout | Nader Tavangar; | Travel | Lodging | |
| 1925 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/8/2018 | Four Seasons | $ 10.84 | unknown | Feb18 | Sundries for W return from DFW for D funeral | W; | Travel | Lodging | |
| 1926 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Four Seasons | $ (41.10) | unknown | Travel with Wayne to SCI | personal items | Nader Tavangar; | Miscellaneous | Other | |
| 1927 | 10 | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/3/2016 | Four Seasons | $ 4.87 | unknown | Travel with Wayne to SCI | Hotel business center copier services for Susan | Susan; | Miscellaneous | Other | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1928 | 10 | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/3/2016 | Four Seasons | $ 14.87 | unknown | Travel with Wayne to SCI | Hotel business center copier services for Susan | Susan; | Miscellaneous | Other | |
| 1929 | 4 | 2016 | 139727 | EXP-7760 | 1/18/2016 to 6/1/2016 | Danielle Gregory | Executive Assistant | 1/18/2016 | Four Seasons | $ 480.48 | unknown | Deposit from shot show hotel missed on report 6783 | hotel deposit | Nader Tavangar; | Travel | Lodging | |
| 1930 | 4 | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 3/27/2016 | Four Seasons | $ 536.48 | unknown | NR OOP miscellaneous expenses. (SG) | advance deposit hotel for shot show 2017 | Nader Tavangar; | Travel | Lodging | |
| 1931 | 4 | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Four Seasons | $ 536.48 | unknown | Travel with Wayne to SCI | advanced deposit | Nader Tavangar; | Travel | Lodging | |
| 1932 | 4 | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/23/2017 | Four Seasons | $ 758.51 | unknown | MISC charges on behalf of NRA | hotel deposit for SCI 18 | Nader Tavangar; | Travel | Lodging | |
| 1933 | 4 | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/23/2017 | Four Seasons | $ 1,053.30 | unknown | MISC charges on behalf of NRA | hotel deposit for shot show 18 | Nader Tavangar; | Travel | Lodging | |
| 1934 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Four Seasons | $ 1,360.21 | unknown | travel to DFW for hunting presentation and race event | Hotel MD (room and tax x2 nights) | Nader Tavangar; | Travel | Lodging | |
| 1935 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Four Seasons | $ 2,343.55 | unknown | Travel to LV SCI Show | hotel, tax, laundry, breakfast - NT and iphone charges requested for S | NT; S; | Travel | Lodging | |
| 1936 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/7/2016 | Four Seasons | $ 2,541.56 | unknown | Travel with Wayne to SCI | Room charges, incl. incidentals, room service | Nader Tavangar; | Travel | Lodging | |
| 1937 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Four Seasons | $ 2,840.49 | unknown | travel to DFW for hunting presentation and race event | Hotel BS (room and tax x6 nights) | Nader Tavangar; | Travel | Lodging | |
| 1938 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/7/2016 | Four Seasons | $ 3,409.15 | unknown | travel to DFW for hunting presentation and race event | Hotel NT (room and tax 6 nights) | NT; | Travel | Lodging | |
| 1939 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | Freshens #21 | $ 15.75 | unknown | Travel with Wayne to SCI | lunch | Nader Tavangar; | Meals/Beverages | Individual | |
| 1940 | 10 | 2017 | 150457 | 9C0D88CF6A9D4CA187AB | 6/16/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/9/2017 | Frothy Monkey | $ 5.24 | unknown | June expenses | Tea for SLP | SLP; | Meals/Beverages | Individual | |
| 1941 | | 2017 | 150457 | 9C0D88CF6A9D4CA187AB | 6/16/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/9/2017 | Frothy Monkey | $ 5.24 | unknown | June expenses | Coffee for NT | NT; | Meals/Beverages | Individual | |
| 1942 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | Frothy Monkey | $ 7.98 | unknown | October | Travel to Waltrip Charity event beverages for TS/NT | TS; NT; | Meals/Beverages | Group | |
| 1943 | | 2016 | 138653 | EXP-7381 | 1/29/2016 - 4/15/2016 | Danielle Gregory | Executive Assistant | 3/7/2016 | Go Go Wifi | $ 49.95 | unknown | NR OOP Expenses | AA inflight internet (3 round trip flights) | Nader Tavangar; | Travel | Other | |
| 1944 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | Go Go Wifi | $ 6.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | In flight internet 30 minutes | Nader Tavangar; | Travel | Other | |
| 1945 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | Go Go Wifi | $ 6.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | In flight internet 30 minutes | Nader Tavangar; | Travel | Other | |
| 1946 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/21/2016 | Go Go Wifi | $ 25.93 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | In flight internet | Nader Tavangar; | Travel | Other | |
| 1947 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/2/2016 | Go Go Wifi | $ 4.95 | unknown | travel to DFW for hunting presentation and race event | Wifi on plane | Nader Tavangar; | Travel | Other | |
| 1948 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | Go Go Wifi | $ 5.96 | unknown | Travel with Wayne to SCI | wifi | Nader Tavangar; | Travel | Other | |
| 1949 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Go Go Wifi | $ 21.95 | unknown | Travel with Chris Cox to Dallas for commercial shoot | inflight wifi | Nader Tavangar; | Travel | Other | |
| 1950 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Go Go Wifi | $ 23.76 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, | In flight wifi to continue email communication with staff and client | Nader Tavangar; | Travel | Other | |
| 1951 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/4/2017 | Go Go Wifi | $ 49.95 | unknown | December | In flight wifi - travel Dallas/Charlotte for meetings for AM site visit and ROF | Nader Tavangar; | Travel | Other | Date: 12/04/17 American Airlines plan $49.95 |
| 1952 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/23/2017 | GOES | $ 100.00 | unknown | MISC charges on behalf of NRA | global entry 5-year renewal for expedited screening during domestic/international | Nader Tavangar; | Travel | Other | |
| 1953 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Grand America | $ 1,052.55 | unknown | October | Room and tax, laundry and meal for W, NT, SL, CK, TM during spe | W; NT; SL; CK; TM; | Travel | Lodging | |
| 1954 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/30/2018 | Guitarcenter.com | $ 31.79 | unknown | Feb18 | raffle items - gala | Unknown; | Miscellaneous | Gift | |
| 1955 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/29/2018 | Guitarcenter.com | $ 31.79 | unknown | Feb18 | raffle items - gala | Unknown; | Miscellaneous | Gift | |
| 1956 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/28/2018 | Guitarcenter.com | $ 31.79 | unknown | Feb18 | raffle items - gala | Unknown; | Miscellaneous | Gift | |
| 1957 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/4/2018 | Guitarcenter.com | $ 153.69 | unknown | Feb18 | Auction items for gala fundraiser | Unknown; | Miscellaneous | Gift | |
| 1958 | 5 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/27/2018 | GuitarCenter.com | $ 204.05 | unknown | May18 | Giveaways | Unknown; | Miscellaneous | Gift | Invoice includes two charges: $228.20 + $204.05 |
| 1959 | 5 | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/13/2016 | GuitarCenter.com | $ 209.88 | unknown | Travel to YFT H2H event | guitars for YFT auction | Nader Tavangar; | Miscellaneous | Gift | |
| 1960 | 5 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/27/2018 | GuitarCenter.com | $ 228.20 | unknown | May18 | Giveaways | Unknown; | Miscellaneous | Gift | Invoice includes two charges: $228.20 + $204.05 |
| 1961 | 5 | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 5/9/2016 | Guitarcenter.com | $ 327.72 | unknown | NR OOP miscellaneous expenses. (SG) | Guitars purchased for auction | Nader Tavangar; | Miscellaneous | Gift | |
| 1962 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/3/2018 | Guitarcenter.com | $ 543.70 | unknown | Feb18 | Auction items for gala fundraiser | Unknown; | Miscellaneous | Gift | |
| 1963 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/3/2018 | Guitarcenter.com | $ 545.18 | unknown | Feb18 | Auction items for gala fundraiser | Unknown; | Miscellaneous | Gift | |
| 1964 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/26/2018 | Guitarcenter.com | $ 572.37 | unknown | Feb18 | raffle items - gala | Unknown; | Miscellaneous | Gift | |
| 1965 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/1/2017 | Hampton Inn | $ 145.77 | unknown | October | Room and tax speaking event in Provo, UT - THAW | Nader Tavangar; | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1966 | | 2017 | 143169 | EXP-8620 | 9/6/2016 - 9/13/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/9/2016 | Harris Teeter | $ 41.93 | unknown | NR Exec office requests (SG) | Refreshments for exec suite honorary guests during board meeting | Nader Tavangar; BOD; | Meals/Beverages | Group | |
| 1967 | | 2017 | 153476 | 5373DA0158EF450F8AFA | 10/30/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/19/2017 | Hermitage | $ 1,515.53 | unknown | 2-Oct | Hotel room and tax + laundry and meal for NT | NT; | Travel | Lodging | |
| 1968 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | HNDiscover | $ 23.75 | unknown | Feb18 | Return travel with SLP for Summit site visit | Nader Tavangar; | Meals/Beverages | Individual | |
| 1969 | | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/18/2016 | Home Depot | $ 33.96 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | equipment for rental house | Nader Tavangar; | Miscellaneous | Other | |
| 1970 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | Hotel Duval | $ 481.51 | unknown | Feb18 | Hotel room and tax JP Marion hammer video shoot | JP; Marion Hammer; | Travel | Lodging | |
| 1971 | 10 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | Hotel Duval | $ 481.51 | unknown | Feb18 | hotel room and tax TM Marion Hammer video shoot | TM; Marion Hammer; | Travel | Lodging | |
| 1972 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/18/2018 | Hotel Duval | $ 606.44 | unknown | Feb18 | Hotel room and tax, dinner NT Marion hammer video shoot | NT; Marion Hammer; | Travel | Lodging | |
| 1973 | | 2017 | 145564 | EXP-9579 | 12/19/16 - 1/3/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/20/2016 | Hotel Monaco | $ 194.51 | unknown | Misc Hotel Charges | Hotel room and tax for Eric Thomas requested WLP | Eric Thomas; | Travel | Lodging | |
| 1974 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Hotel Vandivort | $ 226.42 | unknown | September | Hotel/Laundry/Food TS/NT/CK/W | TS; NT; CK; W; | Travel | Lodging | |
| 1975 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/6/2017 | Hotel Vandivort | $ 1,323.02 | unknown | September | Hotel/Laundry/Food TS/NT/CK/W | TS; NT; CK; W; | Travel | Lodging | |
| 1976 | | 2017 | 150457 | EXP-10788 | 3/10/2017-6/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/10/2017 | Hudson | $ 13.93 | unknown | Travel to dallas for CFF presentation and meeting with AM/RM re ATL '18 | Lunch NT | Nader Tavangar; | Meals/Beverages | Individual | |
| 1977 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/22/2017 | Hudson | $ 41.76 | unknown | August | Supplies for travel with G Shepstone ROF member | Nader Tavangar; | Miscellaneous | Other | |
| 1978 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/11/2018 | I. I. & I. S. Inc. | $ 18,114.08 | Unknown | NRA Annual Meeting - Dallas Transportation services | Car transportation NT and NRA VIPs to and from event convention center, hotel and venues (during NRA Annual Meeting) | NT; NRA VIPs; | Auto | Car Service | Date of invoice: 05/11/18 For: Nader Tavangar - Transportation April 30 - Drivers meeting: $1757.70 |
| 1979 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/2/2017 | JT Schmids restaurant & B | $ 70.13 | unknown | October | Dinner CK/NT during CA speaking event | CK; NT; | Meals/Beverages | Group | |
| 1980 | | 2017 | 150823 | BEE94B9B32324293B110 | 7/14/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/6/2017 | Korean Air | $ 10,413.91 | unknown | July expenses | Travel to Mongolia with Gene Shepstone | Nader Tavangar; | Travel | Airfare | |
| 1981 | | 2017 | 150823 | BEE94B9B32324293B110 | 7/14/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/11/2017 | KUIU Inc. | $ 3,226.50 | unknown | July expenses | Equipment for Mongolia trip | Nader Tavangar; | Miscellaneous | Other | |
| 1982 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/15/2017 | KUIU Inc. | $ 781.77 | unknown | August | Travel with G Shepstone ROF member | Nader Tavangar; G Shepstone; | Travel | Airfare | |
| 1983 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | La Gloria | $ 119.04 | unknown | Feb18 | Travel with W/S/T for WLF AM fundraiser lunch | W; S; T; | Meals/Beverages | Group | |
| 1984 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/31/2017 | Levy GRP | $ 6,119.91 | unknown | September | Catering service for BPS/NR suite during night race 1/2 of cost | BPS Group; NR Group; | Meals/Beverages | Group | |
| 1985 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/21/2017 | Lorien Hotel | $ 0.01 | unknown | Misc OOP requests as directed | addt'l tax for hotel room for donor previously reported | Nader Tavangar; | Travel | Lodging | |
| 1986 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/21/2017 | Lorien Hotel | $ 0.01 | unknown | Misc OOP requests as directed | addt'l tax for hotel room for donor previously reported | Nader Tavangar; | Travel | Lodging | |
| 1987 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/5/2017 | Lorien Hotel | $ 7.42 | unknown | September | Hotel for guests as requested by W/AF | W; AF; | Travel | Lodging | |
| 1988 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/5/2017 | Lorien Hotel | $ 389.02 | unknown | September | Accomodations for guests at request of A Fisher per W | A Fisher; W; | Travel | Lodging | |
| 1989 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/5/2017 | Lorien Hotel | $ 517.02 | unknown | September | Accomodations for guests at request of A Fisher per W | A Fisher; W; | Travel | Lodging | |
| 1990 | | 2017 | 145564 | EXP-9579 | 12/19/16 - 1/3/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/19/2016 | Lorien Hotel | $ 1,144.71 | unknown | Misc Hotel Charges | Hotel room and taxk for K Karakaya (NRA Donor) inauguration | K Karakaya; | Travel | Lodging | |
| 1991 | | 2017 | 145564 | EXP-9579 | 12/19/16 - 1/3/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 12/19/2016 | Lorien Hotel | $ 1,144.71 | unknown | Misc Hotel Charges | Hotel room and taxk for K Karakaya (NRA Donor) inauguration | K Karakaya; | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1992 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | Lucky Cab | $ 37.60 | unknown | Travel to LV SCI Show | taxi return from meeting with KH and CDW | KH; CDW; | Auto | Taxi | |
| 1993 | | 2016 | 138653 | EXP-7381 | 1/29/2016 - 4/15/2016 | Danielle Gregory | Executive Assistant | 3/8/2016 | Mahsa Grill and Market | $ 42.32 | unknown | NR OOP Expenses | Dinner (N. Tavangar) | Nader Tavangar; | Meals/Beverages | Individual | |
| 1994 | 10 | 2016 | 136165 | EXP-6800 | 1/11/2016 to 2/1/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Mansion Schools | $ 15.16 | unknown | NR OOP January expenses | pens special order for Wayne | Wayne; | Miscellaneous | Other | |
| 1995 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/30/2017 | Market Street Grill Down | $ 216.01 | unknown | October | Lunch W. CK, TM, SL, NT during travel for UT speaking event | W; CK; TM; SL; NT; | Meals/Beverages | Group | |
| 1996 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Market Street Oyster Bar | $ 214.57 | unknown | October | Lunch NT, W, SL, CK, TM during travel to UT for speaking event | NT; W; SL; CK; TM; | Meals/Beverages | Group | |
| 1997 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/15/2017 | Marriott | $ 387.83 | unknown | MISC charges | Hotel room and tax during SCI Houston show/W presentation | Nader Tavangar; | Travel | Lodging | |
| 1998 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Mary Eddies | $ 349.84 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Dinner (TM, TS, W, NT) | TM; TS; W; NT; | Meals/Beverages | Group | |
| 1999 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | MBCC Snack bar | $ 13.00 | unknown | Travel to LV SCI Show | drinks for W and Charlie M | W; Charlie M; | Meals/Beverages | Group | |
| 2000 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/2/2017 | MBCC Snack bar | $ 20.00 | unknown | Travel to LV SCI Show | lunch (NT) | NT; | Meals/Beverages | Individual | |
| 2001 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/3/2017 | MCAR WLA | $ 598.01 | unknown | October | Car rental for travel to Anaheim speaking event | Nader Tavangar; | Auto | Car Rental | |
| 2002 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/25/2018 | Mens Wearhouse | $ 21.40 | unknown | Nader Tavangar Expense Report (Concur) | Additonal day Tux rental business rental: Travel with Wayne | Nader Tavangar; | Miscellaneous | Other | |
| 2003 | | 2017 | 150457 | EXP-10814 | 2/3/2017-6/30/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/22/2017 | Mens Wearhouse | $ 195.26 | unknown | (WBW) - Misc NRA Charges | Tux Rental for SCC fundraiser in NC with W | Nader Tavangar; | Miscellaneous | Other | |
| 2004 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/21/2018 | Mens Wearhouse | $ 200.08 | unknown | Nader Tavangar Expense Report (Concur) | Tux rental, business purpose: Travel with Wayne/Susan to SMI SCC Gala Billable: NR OOP | Nader Tavangar; | Miscellaneous | Other | |
| 2005 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/7/2017 | Merchant: Audio Visual | $ 3,987.56 | unknown | Travel to CA for St. H speech/presentation (NRAH) | AV charges for ST. H presentation | ST; | Miscellaneous | Other | |
| 2006 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | MGM Copperfield TKTS | $ 265.98 | unknown | Travel to LV SCI Show | Tickets for show CDW, KH, NT | CDW; KH; NT; | Miscellaneous | Other | |
| 2007 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/5/2016 | Milos | $ 579.28 | unknown | Travel with Wayne to SCI | Dinner (W, S, NT, CK, DB) | W; S; NT; CK; DB; | Meals/Beverages | Group | |
| 2008 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/21/2018 | MIQ Logistics | $ 985.62 | unknown | Nader Tavangar Expense Report (Concur) | Internal freight forwarding services Donor services GS | Unknown; | Miscellaneous | Other | |
| 2009 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | Mokara and La Mansion Hotel | $ 489.41 | unknown | Feb18 | Hotel, room, tax, dining for NT travel to SA for WLF am fundraiser | Unknown; | Travel | Lodging | |
| 2010 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/22/2017 | Mountain House | $ 113.98 | unknown | August | Food supplies for travel with G Shepstone ROF member | Nader Tavangar; G Shepstone; | Meals/Beverages | Group | |
| 2011 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | NaaY limo | $ 115.00 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Car service from DFW to airport | Nader Tavangar; | Auto | Car Service | |
| 2012 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/2/2018 | National Shooting Sports | $ 420.00 | unknown | January | Credentials for industry show requested by TM | TM; | Miscellaneous | Other | 3 registered @ $140.00/each |
| 2013 | | 2018 | 154707 | 6EOF5662264C4B639269 | 1/16/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/8/2018 | National Shooting Sports | $ 700.00 | unknown | January | Credentials for industry show requested by TM | Teresa Marshall; Robert Marshall; Mark Dycio; | Miscellaneous | Other | Teresa Marshall - $175.00 Robert Marshall - $175.00 Mark Dycio - $350.00 |
| 2014 | | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/14/2017 | National Shooting Sports | $ 105.00 | unknown | December | Credentials for NR reps requested by TM | TM; | Miscellaneous | Other | |
| 2015 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/9/2017 | Nosler Inc. | $ 129.80 | unknown | August | Equipment for G Shepstone Trip | Robert Nosler; | Miscellaneous | Other | Robert Nosler (Director) owns Nosler Inc |
| 2016 | 5 | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/5/2016 | old Grapvine Cigar | $ 866.00 | unknown | travel to DFW for hunting presentation and race event | gift for donors requested by TM | TM; | Miscellaneous | Gift | |
| 2017 | 10; 5 | 2018 | 160896 | 734F3FC401714C0FBBD6 | 8/3/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/3/2018 | Old Oaks Liquor | $ 1,000.00 | unknown | August18 | Donor gifts requested by TM/TS | TM; TS; | Miscellaneous | Gift | |
| 2018 | 10; 5 | 2018 | 160896 | 734F3FC401714C0FBBD6 | 8/3/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/2/2018 | Old Oaks Liquor | $ 2,650.00 | unknown | August18 | Donor gifts requested by TM/TS | TM; TS; | Miscellaneous | Gift | |
| 2019 | 5 | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 3/12/2018 | Old Palace LLC | $ 1,050.00 | unknown | March19 | Items for TM requested by TM | TM; | Miscellaneous | Gift | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2020 | 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/31/2018 | Old Palace LLC | $ 1,050.00 | unknown | Feb18 | Request from TM | TM; | Miscellaneous | Gift | |
| 2021 | 10; 5 | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/13/2018 | Old Palace LLC | $ 1,050.00 | unknown | Feb18 | Request from TS | TS; | Miscellaneous | Gift | |
| 2022 | 5 | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/19/2017 | Old Palace LLC | $ 2,150.00 | unknown | October | Donor materials requested by TS/TM | TS; TM; | Miscellaneous | Gift | |
| 2023 | | 2017 | 150823 | C9DE02FA6577488598C5 | 7/26/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/25/2017 | Old Town Shoe and Luggage | $ 60.39 | unknown | July expenses 2 | Travel locks for Gun case | Nader Tavangar; | Miscellaneous | Other | |
| 2024 | | 2017 | 145564 | EXP-9590 | 10/28/16 - 12/30/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/29/2016 | Olive Sinclair | $ 49.48 | unknown | Misc Billing/Exec requests - WBW audited | confectionery order requested by TM | TM; | Miscellaneous | Other | |
| 2025 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/1/2016 | Paradies | $ 8.14 | unknown | Travel with Chris Cox to Dallas for commercial shoot | breakfast | Nader Tavangar; | Meals/Beverages | Individual | |
| 2026 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/2/2016 | Paradies | $ 9.84 | unknown | travel to DFW for hunting presentation and race event | breakfast NT | NT; | Meals/Beverages | Individual | |
| 2027 | | 2017 | 150457 | EXP-10788 | 3/10/2017-6/27/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/13/2017 | Paradies | $ 14.28 | unknown | Travel to dallas for CFF presentation and meeting with AM/RM re ATL '18 | Lunch NT | Nader Tavangar; | Meals/Beverages | Individual | |
| 2028 | 5 | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/15/2018 | PayPal | $ 500.00 | unknown | May18 | Donation in lieu of payments for services to sing national anthem during the NRA AM in Dallas (W. Lain) | W Lain; | Miscellaneous | Gift | Date: 05/15/18 Player payment - $125.00/each - 4 quantity - $500.00 |
| 2029 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/19/2017 | RaceTrac | $ 3.27 | unknown | September | Sundries during travel to Baton Rouge with W for BSA event | Nader Tavangar; | Meals/Beverages | Individual | |
| 2030 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Rangoon News Bureau | $ 19.07 | unknown | Travel to LV SCI Show | Dinner | Nader Tavangar; | Meals/Beverages | Individual | |
| 2031 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/26/2018 | Redbubble.com | $ 63.80 | unknown | May18 | NRA security purchase | Unknown; | Miscellaneous | Other | |
| 2032 | | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/17/2016 | REI | $ (298.92) | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | personal portion of REI charges on corporate credit card - to be paid by personal check | Nader Tavangar; | Miscellaneous | Other | |
| 2033 | 10; 5 | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/17/2016 | REI | $ 714.97 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | fishing/camo shirts to be monogrammed with NRA race moniker for donors, NRA staff and special guest | NRA Bristol Group; | Miscellaneous | Gift | |
| 2034 | 10 | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Renaissance Hotels | $ 4.75 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Coffee (TS) | TS; | Meals/Beverages | Individual | |
| 2035 | | 2016 | 138653 | EXP-7381 | 1/29/2016 - 4/15/2016 | Danielle Gregory | Executive Assistant | 1/29/2016 | Renaissance Hotels | $ 203.84 | unknown | NR OOP Expenses | Travel to Dallas and OKC for meetings with K Weaver | Nader Tavangar; | Travel | Lodging | |
| 2036 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/13/2017 | Ritz Carlton | $ 6.46 | unknown | Misc OOP requests as directed | breakfast - NT presentation to YFT for JM center | Nader Tavangar; | Meals/Beverages | Individual | |
| 2037 | | 2018 | 156967 | 71877DD1FE2845CAA329 | 3/9/2018 | Nader Tavangar | EVP / Managing Director Mercury Group | 2/22/2018 | Ritz Carlton | $ 7.42 | unknown | March19 | computer prints during travel with W for CPAC rehearsal and curr… | Nader Tavangar; | Travel | Lodging | |
| 2038 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/11/2017 | Ritz Carlton | $ 10.22 | unknown | Misc OOP requests as directed | Coffee w/ N. Baugh (46 entertainment) to discuss H2H specifics | N Baugh; | Meals/Beverages | Individual | |
| 2039 | | 2016 | 136859 | EXP-6932 | 2/13/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/14/2016 | Ritz Carlton | $ 20.00 | unknown | Travel to YFT H2H event | Parking charge - Eric Van Horn (Paid cash) | Eric Van Horn; | Auto | Parking | |
| 2040 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/13/2017 | Ritz Carlton | $ 20.00 | unknown | Misc OOP requests as directed | parking for meeting w/ YFT presentation re JM Center | Nader Tavangar; | Auto | Parking | |
| 2041 | | 2017 | 150457 | EXP-10796 | 2/15/2017-6/28/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/10/2017 | Ritz Carlton | $ 28.85 | unknown | Misc NRA Charges (SK) | beverages for perspective donnors during B&G Fundraiser | Donors; | Travel | Lodging | |
| 2042 | | 2016 | 143559 | EXP-8999 | 10/5/2016-10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/20/2016 | Ritz Carlton | $ 61.74 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | Breakfast NT | NT; | Meals/Beverages | Individual | |
| 2043 | | 2016 | 143559 | EXP-9067 | 5/13/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 5/13/2016 | Ritz Carlton | $ 34.95 | unknown | misc. charges, clean up from past trips with W from meetings and events | drinks for donors | Multiple; | Meals/Beverages | Group | |
| 2044 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Ritz Carlton | $ 56.29 | unknown | January OOP expenses | laundry/valet charge/coffee | Nader Tavangar; | Travel | Lodging | |
| 2045 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Ritz Carlton | $ 110.10 | unknown | Misc OOP requests as directed | Dinner - NT/N. Baugh (H2H gala) | NT; N Baugh; | Meals/Beverages | Group | |
| 2046 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/10/2018 | Ritz Carlton | $ 144.67 | unknown | Feb18 | Lunch with LR, EA, NB prior to show/rehearsal for YFT H2H Gala | LR; EA; NB; | Travel | Lodging | |

| | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2047 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/14/2018 | Ritz Carlton | $ 302.08 | unknown | Feb18 | Room/tax for talent H2H Gala | Nader Tavangar; | Travel | Lodging | |
| 2048 | | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/12/2017 | Ritz Carlton | $ 401.60 | unknown | Misc OOP requests as directed | hotel room, tax, dining - guest of honor during H2H gala T- Kyle | T Kyle; | Travel | Lodging | |
| 2049 | | 2016 | 136859 | EXP-6925 | 2/1/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | Ritz Carlton | $ 563.37 | unknown | Travel with Chris Cox to Dallas for commercial shoot | Hotel room and tax and dining x1 (NT) | NT; | Travel | Lodging | |
| 2050 | | 2016 | 140440 | EXP-7997 | 6/23/16 to 6/27/16 | Danielle Gregory | Executive Assistant | 6/23/2016 | Ritz Carlton | $ 583.84 | unknown | Travel with T. Schropp to ATL for pre-site committee fundraiser | hotel room and tax | Nader Tavangar; | Travel | Lodging | |
| 2051 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/13/2016 | Ritz Carlton | $ 609.72 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel stay and tax | Nader Tavangar; | Travel | Lodging | |
| 2052 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/11/2018 | Ritz Carlton | $ 626.73 | unknown | Feb18 | Talen accommodation, room, tax, dining during H2H gala | Nader Tavangar; | Travel | Lodging | |
| 2053 | | 2017 | 149459 | EXP-10512 | 2/15/17 - 5/10/17 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2017 | Ritz Carlton | $ 642.74 | unknown | Travel with W for meeting commercial shoot with AM (SK) | hotel room and tax, plus dinner for NT | NT; | Travel | Lodging | |
| 2054 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/14/2016 | Ritz Carlton | $ 796.10 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Hotel room and tax, plus laundry, bar charge (TM, NT) | TM; NT; | Travel | Lodging | |
| 2055 | | 2016 | 143559 | EXP-8999 | 10/5/2016- 10/21/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/21/2016 | Ritz Carlton | $ 1,228.46 | unknown | Travel with Wayne for NRA business to Dallas (video shoot) and Bakersfield for speaking engagement | Hotel room, tax, laundry | Nader Tavangar; | Travel | Lodging | |
| 2056 | | 2017 | 143169 | EXP-8715 | 9/17/2016 - 9/23/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/21/2016 | Ritz Carlton | $ 1,275.52 | unknown | Travel expenses for meetings (OKC and Dallas) with W | Dallas hotel room. Tax, and laundry | Nader Tavangar; | Travel | Lodging | |
| 2057 | | 2016 | 136165 | EXP-6672 | 1/6/2016 to 1/25/2016 | Danielle Gregory | Executive Assistant | 1/14/2016 | Ritz Carlton | $ 1,588.30 | unknown | January OOP expenses | hotel stay (2 nights) | Nader Tavangar; | Travel | Lodging | |
| 2058 | | 2016 | 138653 | EXP-7403 | 4/10/2016 - 4/19/2016 | Danielle Gregory | Executive Assistant | 4/10/2016 | Ritz Carlton | $ 1,620.68 | unknown | Travel with Wayne to Dallas for meetings with AM (SG) | Includes room, tax, laundry, and breakfast for 1 | Nader Tavangar; | Travel | Lodging | |
| 2059 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/8/2017 | Safeway | $ 7.15 | unknown | October | Beverages for TM/CK prior to interview travel - current events | TM; CK; | Meals/Beverages | Group | |
| 2060 | | 2016 | 143559 | EXP-9008 | 9/28/2016 - 10/24/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/28/2016 | SMI Properties | $ (2,412.25) | unknown | NT from SMI relating to NRA Night RACE merch | Refund relates to charges from SMI in august. They are refunding because they double billed and invoiced NRA directly. | Nader Tavangar; | Miscellaneous | Other | |
| 2061 | 5 | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/17/2016 | SMIC Holdings Inc. | $ 611.80 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | track merchandise for partner gift/sales. Includes tshirts, back packs, hats, koozies, pins and patches | Multiple; | Miscellaneous | Gift | |
| 2062 | 5 | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/17/2016 | SMIC Holdings Inc. | $ 871.82 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | track merchandise for partner gift/sales. Includes tshirts, back packs, hats, koozies, pins and patches | Multiple; | Miscellaneous | Gift | |
| 2063 | 5 | 2016 | 142347 | EXP-8467 | 8/17/16 to 8/24/16 | Shahada Kari | | 8/17/2016 | SMIC Holdings Inc. | $ 928.63 | unknown | Equiptment and merchandise for NRA Bristol Night race in Bristol, TN | track merchandise for partner gift/sales. Includes tshirts, back packs, hats, koozies, pins and patches | Multiple; | Miscellaneous | Gift | |
| 2064 | 10; 5 | 2017 | 143169 | EXP-8825 | 9/12/2016 - 10/4/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/12/2016 | Smoke Zone | $ 2,260.00 | unknown | Donor materials requested by TM and TS and travel with WLP | Misc material | TM; TS; | Miscellaneous | Gift | |
| 2065 | 5 | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/11/2017 | Smoke Zone | $ 1,050.00 | unknown | MISC charges on behalf of NRA | donor gifts requested by TM | TM; | Miscellaneous | Gift | |
| 2066 | 5 | 2017 | 147112 | EXP-10053 | 1/3/17 - 2/22/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/14/2017 | Smoke Zone | $ 2,100.00 | unknown | Misc OOP requests as directed | Donor gifts requeted by TM | TM; | Miscellaneous | Gift | |
| 2067 | 5 | 2016 | 136859 | EXP-6924 | 1/27/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 1/27/2016 | Smoke Zone | $ 2,332.00 | unknown | NR OOP Expenses | Cigars requested by Tony/Tyler for donor meetings | Nader Tavangar; | Miscellaneous | Gift | |
| 2068 | 10; 5 | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/23/2017 | Smoke Zone | $ 2,700.00 | unknown | MISC charges on behalf of NRA | donor gifts requested by TM/TS | TM; TS; | Miscellaneous | Gift | |
| 2069 | 10; 5 | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 10/17/2016 | Smoke Zone | $ 2,750.00 | unknown | travel to DFW for hunting presentation and race event | gifts for donors requested by TM and TS | TM; TS; | Miscellaneous | Gift | |
| 2070 | 5 | 2016 | 136859 | EXP-6924 | 1/27/2016 - 2/19/2016 | Danielle Gregory | Executive Assistant | 2/3/2016 | Smoke Zone | $ 2,770.00 | unknown | NR OOP Expenses | Cigars requested by Tony/Tyler for donor meetings | Nader Tavangar; | Miscellaneous | Gift | |
| 2071 | 5 | 2017 | 148014 | EXP-10228 | 1/24/2017 - 3/21/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/7/2017 | Smoke Zone | $ 3,375.00 | unknown | Misc travel and purchases on behalf of NRA | Donor gifts requested by TM and TS | TM; TS; NRA Group; | Miscellaneous | Gift | |
| 2072 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Snake River Grill | $ 155.08 | unknown | Travel to WY for speaking engagement (SG) | dinner W/NT | W; NT; | Meals/Beverages | Group | |
| 2073 | | 2017 | 146420 | EXP-9803 | 1/11/2017- 1/25/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/11/2017 | Southwest | $ 8.00 | unknown | Houston Safari Club Presentations (SG) | Wifi on plane | Nader Tavangar; | Travel | Other | |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2074 | 10 | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | SQ *Outback Steakhouse | $ 7.00 | unknown | October | Beverage for TS and BS during Charity Waltrip event | TS; BS; | Meals/Beverages | Group | |
| 2075 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/7/2017 | Starbucks | $ 2.20 | unknown | MISC charges | Coffee - NRA BOD mgt | Nader Tavangar; | Meals/Beverages | Individual | |
| 2076 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/7/2017 | Starbucks | $ 3.58 | unknown | MISC charges | Coffee - NRA BOD mgt | Nader Tavangar; | Meals/Beverages | Individual | |
| 2077 | 10 | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/8/2017 | Starbucks | $ 4.02 | unknown | October | Beverages for W prior to interview - Current events | W; | Meals/Beverages | Individual | |
| 2078 | | 2017 | 143169 | EXP-8653 | 8/31/2016 - 9/16/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/15/2016 | Starbucks | $ 5.26 | unknown | Travel to DFW, OKC, and Louisville - nraH and DA (SG) | Coffee/tea (W, TM) | W; TM; | Meals/Beverages | Group | |
| 2079 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/29/2017 | Starbucks | $ 7.26 | unknown | October | Beverages for Tm/W prior to travel to UT/MT/CA speaking engagement | TM; W; | Meals/Beverages | Group | |
| 2080 | 10 | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Starbucks | $ 9.53 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | Coffee for CC, MH | CC; MH; | Meals/Beverages | Group | |
| 2081 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/2/2016 | Sunny Bryans | $ 56.36 | unknown | travel to DFW for hunting presentation and race event | dinner TS NT BS | TS; NT; BS; | Meals/Beverages | Group | |
| 2082 | 10 | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/4/2017 | Sunoco | $ 12.12 | unknown | September | Sundries for W/AF for travel to Springfield board meetings | W; AF; | Meals/Beverages | Group | |
| 2083 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 9/19/2017 | Sunoco | $ 14.59 | unknown | September | Sundries during travel to BSA event | Nader Tavangar; | Meals/Beverages | Individual | |
| 2084 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Taxi | $ 34.10 | unknown | Travel to LV SCI Show | taxi return NT from gala event w/ TS, CD | NT; TS; CD; | Auto | Taxi | |
| 2085 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/2/2017 | Taxi | $ 37.88 | unknown | Travel to LV SCI Show | taxi to meet K. Hogan (NRA Donor) for GROF video planning | Nader Tavangar; | Auto | Taxi | |
| 2086 | 5 | 2017 | 150823 | BEE94B9B32324293B110 | 7/14/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 7/4/2017 | The Smoke Zone | $ 1,050.00 | unknown | July expenses | Donor gifts requested | Nader Tavangar; | Miscellaneous | Gift | |
| 2087 | 5 | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 5/11/2016 | The Smoke Zone | $ 2,050.00 | unknown | NR OOP miscellaneous expenses. (SG) | Gifts for donors requested by TM/TS | Nader Tavangar; | Miscellaneous | Gift | |
| 2088 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | The Southern | $ 132.86 | unknown | October | Lunch W, TS, CK, NT travel to Waltrip charity event | W; TS; CK; NT; | Meals/Beverages | Group | |
| 2089 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | The UPS Store | $ 4.98 | unknown | October | Computer time/copies for approval while on travel with W to Wal | Nader Tavangar; | Miscellaneous | Other | |
| 2090 | 5 | 2017 | 146420 | EXP-9800 | 1/2/2017-1/19/2017 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/3/2017 | Thomson Cigars | $ 1,720.00 | unknown | Misc purchase on behalf of NRA | cigars requested by TM for DSC event | TM; NRA Group; | Miscellaneous | Gift | |
| 2091 | 10 | 2018 | 157570 | 8F41F718E3D441568868 | 4/5/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/12/2018 | Tomahawk Stategy | $ 884.00 | unknown | April18 | Purchase by TM requested by W/JS | W; JS; | Miscellaneous | Other | |
| 2092 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 3/5/2016 | Torpedo Factory | $ 7.00 | unknown | NR OOP miscellaneous expenses. (SG) | Parking for rental car | Nader Tavangar; | Auto | Parking | |
| 2093 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/4/2016 | Trulucks | $ 668.16 | unknown | travel to DFW for hunting presentation and race event | Dinner with W S NT BS TS MD | W; S; NT; BS; TS; MD; | Meals/Beverages | Group | |
| 2094 | | 2017 | 144737 | EXP-9186 | 10/17/2016 - 11/15/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 11/6/2016 | Trulucks | $ 696.69 | unknown | travel to DFW for hunting presentation and race event | dinner W BS MD NT TM TS | W; BS; MD; NT; TM; TS; | Meals/Beverages | Group | |
| 2095 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/16/2018 | United Airlines | $ 1,279.30 | unknown | Feb18 | Travel with SLP return from site visit for Summit | Nader Tavangar; | Travel | Airfare | |
| 2096 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/28/2017 | Unknown | $ 1.66 | unknown | September | Applies to food purchases abroad during travel for G. Shepstone | Nader Tavangar; | Meals/Beverages | Individual | |
| 2097 | | 2018 | 155996 | EXP-11616 | 1/17/2018 to 2/22/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 1/17/2018 | Unknown | $ 27.25 | unknown | Misc expenses for multiple travel related requests on behalf of NRA | 50 miles @54.5/mile round trip to NRA HQ to meet with J. Poole for input on AM promotion materials | Nader Tavangar; | Auto | Mileage | |
| 2098 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/11/2017 | Unknown | $ 28.89 | unknown | MISC charges | 54 miles roundtrip to W home for IT repair | Nader Tavangar; | Auto | Mileage | |

| | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2099 | | 2017 | 152775 | 7F8296F587114923A0C7 | 9/7/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/27/2017 | Unknown | $ 166.38 | unknown | September | R/T airfare hovd to ullanbataar with g sheptstone | Nader Tavangar; | Travel | Airfare |
| 2100 | | 2016 | 136859 | EXP-6783 | 1/15/2016 - 2/10/2016 | Danielle Gregory | Executive Assistant | n/a | Unknown | $ (383.71) | unknown | Travel with Wayne to las Vegas for Shot show | ADJ for correction after JAN billing | Nader Tavangar; | Miscellaneous | Other |
| 2101 | | 2017 | 151745 | B03030AEC14E4D879E1D | 8/2/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 8/25/2017 | Unknown | $ 0.08 | unknown | August | International Transaction | Nader Tavangar; | Miscellaneous | Other |
| 2102 | | 2016 | 137631 | EXP-7195 | 3/3/2016 - 3/25/2016 | Danielle Gregory | Executive Assistant | 3/23/2016 | Unknown | $ 20.00 | unknown | Correction from previous expense report/ March NR OOP expenses | airport to office - liberty university | Nader Tavangar; | Miscellaneous | Other |
| 2103 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/4/2017 | Uptown Mint Dentistry PLL | $ 350.00 | unknown | October | Approved by W for CK | CK; | Miscellaneous | Other |
| 2104 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/23/2017 | USA Canteen | $ 1.35 | unknown | MISC charges on behalf of NRA | snacks/drinks for plane travel with W to MI | Nader Tavangar; | Meals/Beverages | Individual |
| 2105 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/10/2017 | USA Canteen | $ 2.60 | unknown | MISC charges on behalf of NRA | snacks/drinks for plane travel with W to Dallas | Nader Tavangar; W; | Meals/Beverages | Group |
| 2106 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/10/2017 | USA Canteen | $ 2.60 | unknown | MISC charges on behalf of NRA | snacks/drinks for plane travel with W to Dallas | Nader Tavangar; | Meals/Beverages | Individual |
| 2107 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/10/2017 | USA Canteen | $ 2.60 | unknown | MISC charges on behalf of NRA | snacks/drinks for plane travel with W to Dallas for dallas meeting | Nader Tavangar; | Meals/Beverages | Individual |
| 2108 | | 2017 | 150457 | EXP-10796 | 2/15/2017-6/28/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/22/2017 | USA Canteen | $ 3.95 | unknown | Misc NRA Charges (SK) | Drinks for AF and NT during travel to SC for FONRA dinner | AF; NT; | Meals/Beverages | Group |
| 2109 | | 2017 | 149459 | EXP-10650 | 3/15/2017 - 6/1/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 3/23/2017 | USA Canteen | $ 3.95 | unknown | MISC charges on behalf of NRA | snacks/drinks for plane travel with W to MI | Nader Tavangar; | Meals/Beverages | Individual |
| 2110 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/29/2018 | USPS | $ 112.00 | unknown | Nader Tavangar Expense Report (Concur) | PO Box Secure mail at request of BW | BW; | Miscellaneous | Other |
| 2111 | | 2016 | 136859 | EXP-6926 | 1/27/2016 - 2/20/2016 | Danielle Gregory | Executive Assistant | 2/2/2016 | VeriFone | $ 31.55 | unknown | Travel with Wayne to SCI | taxi from airport to hotel | Nader Tavangar; | Auto | Taxi |
| 2112 | | 2016 | 142347 | EXP-8580 | 5/24/16 to 9/8/16 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 6/27/2016 | Virgin Air | $ 150.00 | unknown | Misc travel expenses related to travel with W and special projects (SG) | penalty fee for flight change during travel to SF for HG A&F reshoot | Nader Tavangar; | Travel | Airfare |
| 2113 | | 2017 | 148749 | EXP-10518 | 4/7/2017 - 5/10/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/7/2017 | Virgin Air | $ 898.20 | unknown | Travel with Wayne to MI for Hillsdale speech, then Dallas to meet with CC re CG, then return to DC (SK) | Unknown | Nader Tavangar; | Travel | Airfare |
| 2114 | | 2016 | 143559 | EXP-9067 | 5/13/2016 - 10/28/2016 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 9/13/2016 | Virgin America | $ 648.10 | unknown | Misc charges - clean up from past trips with W for meetings and events | airfare to Dallas for meeting in Dallas to discuss hunting efforts | Nader Tavangar; | Travel | Airfare |
| 2115 | | 2017 | 150457 | 4D48C7B00DD4454AB1BA | 6/22/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 6/16/2017 | Virgin America | $ 901.20 | unknown | Travel to Nashville for CMA Meetings, Belmont U | airfare for travel to dfw | Nader Tavangar; | Travel | Airfare |
| 2116 | | 2016 | 141517 | EXP-8061 | 6/23/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 6/23/2016 | Virgin America | $ 1,696.20 | unknown | travel to SF for reshoot with Hillary Goldschlager for A&F Profile (SG) | flight to for SF trip | Nader Tavangar; | Travel | Airfare |
| 2117 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/3/2017 | WeedsSB Taxi | $ 22.54 | unknown | Travel to LV SCI Show | taxi to Joe's resturant to meet w/ K. Hogan and CDW | Nader Tavangar; | Auto | Taxi |
| 2118 | | 2017 | 147112 | EXP-10084 | 1/3/17 - 2/28/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/7/2017 | Westin Hotel | $ 4.57 | unknown | MISC charges | Coffee - NRA BOD mgt | Nader Tavangar; | Meals/Beverages | Individual |
| 2119 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 3/24/2016 | Whole Foods | $ 8.37 | unknown | NR OOP miscellaneous expenses. (SG) | Drinks for plan WT/TM/NT - Travel to Dallas for shoot | WT; TM; NT; | Meals/Beverages | Group |
| 2120 | | 2016 | 140440 | EXP-7991 | 1/11/2016 to 6/28/2016 | Nader Tavangar | Executive Assistant | 1/13/2016 | Whole Foods | $ 14.21 | unknown | NO DESCRIPTION PROVIDED | beverages W/T/TS/N - travel to Dallas (weatherby) | W; T; TS; N; | Meals/Beverages | Group |
| 2121 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/1/2017 | Yellow Checker Star | $ 36.47 | unknown | Travel to LV SCI Show | Taxi (NT) to gala event w/ TS, CD | NT; | Auto | Taxi |
| 2122 | | 2016 | 141517 | EXP-8051 | 3/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 3/25/2016 | Liberty University | $ 14.78 | Virginia | NR OOP miscellaneous expenses. (SG) | Lunch B powers N Tavangar during speech | B Powers; N Tavangar; | Meals/Beverages | Group |
| 2123 | | 2016 | 141517 | EXP-8078 | 7/5/2016 - 7/12/2016 | Danielle Gregory | Executive Assistant | 7/5/2016 | Unknown | $ 30.36 | Virginia | Travel to WY for speaking engagement (SG) | Mileage - 66 miles round trip @.46/mile to airport | Nader Tavangar; | Auto | Mileage |
| 2124 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Alvin Cabural | $ 7.40 | Washington, DC | Travel to LV SCI Show | taxi to CVS interrupted by reroute to DC | Nader Tavangar; | Auto | Taxi |
| 2125 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/20/2017 | Cash Tips | $ 20.00 | Washington, DC | Travel to CA for St. H speech/presentation (NRAH) | DC airport valet (front) luggage | Nader Tavangar; | Miscellaneous | Tips |
| 2126 | | 2018 | 158521 | EXP-11886 | 5/1/2018 - 5/18/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/7/2018 | Cash Tips | $ 20.00 | Washington, DC | NRA Annual Meeting - Dallas Transportation services | DC airport x4 for luggage for 5 tip | Nader Tavangar; | Miscellaneous | Tips |
| 2127 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ 40.00 | Washington, DC | Travel to LV SCI Show | DC airport valet (front) - luggage | Nader Tavangar; | Miscellaneous | Tips |

| | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2128 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/4/2017 | Cash Tips | $ | 40.00 | Washington, DC | Travel to LV SCI Show | DC airport valet (rear) - luggage | Nader Tavangar; | Miscellaneous | Tips | |
| 2129 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/10/2017 | Cash Tips | $ | 40.00 | Washington, DC | Travel to CA for St. H speech/presentation (NRAH) | DC airport valet (rear) luggage x3 | Nader Tavangar; | Miscellaneous | Tips | |
| 2130 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 40.00 | Washington, DC | Travel to CA for St. H speech/presentation (NRAH) | DC to airport valet front luggage x3 | Nader Tavangar; | Miscellaneous | Tips | |
| 2131 | | 2017 | 147112 | EXP-10040 | 2/6/17 - 2/20/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 2/6/2017 | Cash Tips | $ | 40.00 | Washington, DC | Travel to CA for St. H speech/presentation (NRAH) | DC to airport valet front luggage x3 | Nader Tavangar; | Miscellaneous | Tips | |
| 2132 | | 2016 | 139727 | EXP-7404 | 4/15/2016 to 5/17/2016 | Danielle Gregory | Executive Assistant | 4/15/2016 | Cash Tips | $ | 40.00 | Washington, DC | Travel with Wayne to South Carolina for fundraising event (SG) | tip - DC airport valet | Nader Tavangar; | Miscellaneous | Tips | |
| 2133 | | 2016 | 138653 | EXP-7331 | 4/4/2016 - 4/11/2016 | Danielle Gregory | Executive Assistant | 4/5/2016 | Cash Tips | $ | 40.00 | Washington, DC | Travel with Wayne to NC for DA fundraising event | Tip DC airport valet to assist with luggage for 4 passengers | Nader Tavangar; | Miscellaneous | Tips | |
| 2134 | | 2017 | 147112 | EXP-10070 | 1/31/17 - 2/23/17 | Nader Tavangar | EVP / Managing Director at The Mercury Group | 1/31/2017 | Cash Tips | $ | 80.00 | Washington, DC | Travel to LV SCI Show | DC airport valet x2 luggage assistance for 5 | Nader Tavangar; | Miscellaneous | Tips | |
| 2135 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/23/2016 | Cash Tips | $ | 120.00 | Washington, DC | Louisville Annual Meeting | DC airport valets assistance with luggage for 8 | Multiple; | Miscellaneous | Tips | |
| 2136 | | 2016 | 139727 | EXP-7748 | 5/1/2016 to 6/2/2016 | Danielle Gregory | Executive Assistant | 5/16/2016 | Dunkin Donuts | $ | 2.37 | Washington, DC | Louisville Annual Meeting | coffee | Nader Tavangar; | Meals/Beverages | Individual | |
| 2137 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 10/28/2017 | EZ Pass | $ | 35.00 | Washington, DC | November | Toll charges related to travel | Nader Tavangar; | Auto | Toll | |
| 2138 | 5 | 2018 | 154706/155170 | 1A1CC7F4725548009361 | 12/13/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 12/10/2017 | Georgetown Cupcake | $ | 121.30 | Washington, DC | December | Gifts for TWAW group attending VA for interview | TWAW; | Miscellaneous | Gift | |
| 2139 | | 2018 | 159388 | 40613652050848B7B98E | 6/6/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 5/22/2018 | Kimpton Hotel | $ | 737.00 | Washington, DC | Nader Tavangar Expense Report (Concur) | Hotel Room for C.K. per W | CK; | Travel | Lodging | |
| 2140 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | Paradies | $ | 7.02 | Washington, DC | November | Breakfast NT during travel | NT; | Meals/Beverages | Individual | |
| 2141 | | 2018 | 158521 | 9D47EF1FE0084EZB8319 | 5/8/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 4/11/2018 | Paradies | $ | 9.88 | Washington, DC | May18 | Travel to Dallas for meeting with W/AM and annual meetings | Nader Tavangar; | Meals/Beverages | Individual | |
| 2142 | | 2018 | 155996 | 346C1D9C8C2049D6B71F | 2/15/2018 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 2/15/2018 | Paradies | $ | 15.54 | Washington, DC | Feb18 | travel to review/rehearse CPAC speech with W | Nader Tavangar; | Meals/Beverages | Individual | |
| 2143 | | 2018 | 154261 | C74AE674200D42CABE50 | 11/8/2017 | Nader Tavangar | EVP / Managing Director | 11/4/2017 | The Grove | $ | 2.49 | Washington, DC | November | Breakfast NT during travel | NT; | Travel | Lodging | |
| 2144 | | 2017 | 153476 | FEC63AFC7EA04775A9D6 | 10/12/2017 | Nader Tavangar | Executive VP / Managing Director at The Mercury Group | 10/18/2017 | The Grove | $ | 5.18 | Washington, DC | October | Breakfast NT during travel to Waltrip Charity event | NT; | Travel | Lodging | |

**Note 1**

The following categories were assigned to example transactions:

1 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
2 Examples include charges for Warner Louglin with no business purpose indicated.
3 Examples include duplicate lodging charges for Tony Makris on the same date.
4 Examples include advance deposits made by Tony Makris. One advance deposit was for $20,000 and made for a year in advance.
5 Examples include expenses for gifts purchased including NRA employees.
6 Examples reflect airfare refunds for Wayne and Susan LaPierre.
7 Examples include expenses that are portions of a larger expense.
8 Examples include expenses that represent WLP requesting lodging for a confidential guest.
9 Examples include expenses charged to Tony Makris' expense account. There is no evidence that Tony Makris was at the event.
10 Examples include expenses charged by NRA executives (Millie Hallow, Josh Powell, John Perren, Lance Olson and Wayne LaPierre) to Nader Tavangar's expense account. There is no evidence that Nader Tavangar was at the event.
11 Examples include expenses charged for relocation of Josh Powell.
12 Examples include expenses incurred in regard to the H2H Gala sponsored by Susan LaPierre.
13 Gifts for NRA employees that are charged to NRA via out of pocket expenses

## Total Expenses by Month and Year

The following graphic visually depicts Nader Tavangar's total expenses by month and year.  Source: 'Detail' tab



The following table shows the total amount of expenses by category and the percentage for each category as compared to the total. Source: Columns P, Q, and K on 'Detail' tab

Code

1

1

| Categories of Expenses | Value | % of Total |
|---|---|---|
| **Auto** | **$ 45,933** | **12.65%** |
| Car Rental | $ 4,059 | 1.12% |
| Car Service | $ 40,922 | 11.27% |
| Parking | $ 47 | 0.01% |
| Taxi | $ 304 | 0.08% |
| Toll | $ 514 | 0.14% |
| Mileage | $ 87 | 0.02% |
| **Meals/Beverages** | **$ 36,027** | **9.92%** |
| Group | $ 28,798 | 7.93% |
| Individual | $ 7,229 | 1.99% |
| **Miscellaneous** | **$ 92,279** | **25.42%** |
| Gift | $ 59,581 | 16.41% |
| Other | $ 15,312 | 4.22% |
| Telecommunications | $ 60 | 0.02% |
| Tips[1] | $ 17,325 | 4.77% |
| **Travel** | **$ 188,755** | **52.00%** |
| Airfare | $ 48,843 | 13.46% |
| Lodging | $ 139,315 | 38.38% |
| Other | $ 597 | 0.16% |
| Grand Total | $ 362,994 | 100.00% |

[1]The 'Tips' category does not include gratuity that was grouped with travel expenses. Therefore, the amount for tips as shown on the 'By Category' and 'By Vendor' tabs are understated.

The following table shows the names transcribed from the documents and FRA's assumptions as to the identity of the individuals.

| Transcribed Names from Support[1] | Assumed Name[2] | Assumed NRA Affiliation[2] | Assumed Position[2] |
|---|---|---|---|
| A Wheeler | A Wheeler | Non-NRA | Unknown |
| AF | Andra Fischer | NRA Affiliated | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant |
| AA | Andrew Arulanandam | NRA Affiliated | Managing Director of Public Affairs at NRA |
| Anna Maria Hofman | Anna Maria Hofman | Non-NRA | Unknown |
| Aqua | Aqua | Non-NRA | Unknown |
| A Suris | Ashley Suris | Non-NRA | National Program Director at "The Well-Armed Woman" Shooting Chapter |
| A Fisher | Andra Fisher | NRA Affiliated | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant |
| BS | Bart Skelton | NRA Affiliated | Director, NRA |
| B Powers | Bill Powers | Non-NRA | EVP / Public Relations at Ackerman McQueen |
| BP | Bill Powers | Non-NRA | EVP / Public Relations at Ackerman McQueen |
| BL | BL | Non-NRA | Unknown |
| BOD | Board of Directors | NRA Affiliated | Board of Directors, NRA |
| BPS Group | BPS Group | Non-NRA | Unknown |
| BW | BW | Non-NRA | Unknown |
| C Smith | C Smith | Non-NRA | Unknown |
| C Comfort | Carolyn Comfort | NRA Affiliated | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor |
| C Meadows | Carolyn D. Meadows | NRA Affiliated | Second Vice President, NRA |
| C Lightfoot | Carrie Lightfoot | NRA Affiliated | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee |
| Charlie M | Charlie Marx | Non-NRA | Unknown |
| C Cox | Chris Cox | NRA Affiliated | Executive Director, NRAILA |
| CC | Chris Cox | NRA Affiliated | Executive Director, NRAILA |
| C DeWitt | Chris DeWitt | Non-NRA | Ring of Freedom Manager |
| CD | Chris DeWitt | Non-NRA | Ring of Freedom Manager |
| CDW | Chris DeWitt | Non-NRA | Ring of Freedom Manager |
| Dewitt | Chris DeWitt | Non-NRA | Ring of Freedom Manager |
| CK | Chris Kinney | Non-NRA | Unknown |
| CM | Chris McKinney | NRA Affiliated | Executive Protection Contractor for Wayne |
| CJ | CJ | Non-NRA | Unknown |
| CP | Colleen Powell | Non-NRA | Wife of Josh Powell |
| Conigli | Conigli | Non-NRA | Unknown |
| CS | Craig Spray | NRA Affiliated | Treasurer, NRA |
| D Kriley | D Kriley | Non-NRA | Unknown |
| D Corlew | David Corlew | Non-NRA | Nashville music industry veteran |
| D Lehman | David Lehman | NRA Affiliated | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. |
| DL | David Lehman | NRA Affiliated | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. |
| DM | David Muntz | Non-NRA | Unknown |
| DB | DB | Non-NRA | Unknown |
| Dionel M Avilez | Dionel M Aviles | Non-NRA | Former Secretary of the Navy (04 - 09) |
| EA | EA | Non-NRA | Unknown |
| Eric Thomas | Eric Thomas | Non-NRA | Unknown |
| Eric Van Horn | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| EVH | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| Van Horn | Eric Van Horn | Non-NRA | Account Executive Ackerman McQueen |
| G Shepstone | G Shepstone | Non-NRA | Unknown |
| Gregory | Gregory | Non-NRA | Unknown |
| HM | Henry Martin Garrison | Non-NRA | Chief Creative Officer, Ackerman McQueen |
| HLK | HLK | Non-NRA | Unknown |
| J | J | Non-NRA | Unknown |
| J Byrd | Josephine Byrd | Non-NRA | Plaintiff in civil rights lawsuit Delaware; Commercial |
| J Park | J Park | Non-NRA | Unknown |
| J Reed | J Reed | Non-NRA | Unknown |
| Jay A Freeman | Jay A Freeman | Non-NRA | Unknown |
| JD | JD Williams | NRA Affiliated | Former NRA Board Member and Executive Council |
| Jimeson | Jimeson | Non-NRA | Unknown |
| JC | John Cotton | Non-NRA | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) |
| Johnson | Johnson | Non-NRA | Unknown |
| J Carter | Jon Carter | Non-NRA | Ackerman employee |
| Jon Carter | Jon Carter | Non-NRA | Ackerman employee |
| JG | Jon Gutierrez | Non-NRA | Unknown |
| J Powell | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| Josh P | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| JP | Josh Powell | NRA Affiliated | Chief of Staff and Executive Director, General Operations |
| JS | JS | Non-NRA | Unknown |
| JW | JW | Non-NRA | Unknown |
| K Hogan | K Hogan | Non-NRA | Unknown |
| K Karakaya | Kaan Karakaya | NRA Affiliated | NRA Ring of Freedom Member; Operates 'Shakar Safaris' |
| KM | Ken Miller | Non-NRA | Unknown |
| KH | KH | Non-NRA | Unknown |
| Kozuch | Randy Kozuch | NRA Affiliated | Director, Political Affairs, Office of Advancement at NRA |
| LD | Lacey Duffy | Non-NRA | Ackerman McQueen SVP and Account Supervisor |
| Lance Olson | Lance Olson | NRA Affiliated | Director, NRA |
| LH | LH | Non-NRA | Unknown |
| LR | LR | Non-NRA | Unknown |
| LS | LS | Non-NRA | Unknown |
| M Allen | M Allen | Non-NRA | Unknown |
| M. Hammer | Marion Hammer | NRA Affiliated | Director, NRA |
| Marion Hammer | Marion Hammer | NRA Affiliated | Director, NRA |
| M Dycio | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| Mark Dycio | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| MD | Mark Dycio | Non-NRA | Attorney for Wayne LaPierre |
| Mark Geist | Mark Geist | Non-NRA | Special Guest; spokesperson for "Truth about Benghazi" commercial; NRA 2019 Director Nominee |
| MM | Melanie Montgomery | Non-NRA | EVP/Management Supervisor |
| M Hallow | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |

| | | | |
|---|---|---|---|
| MH | Millie Hallow | NRA Affiliated | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre |
| MT | MT | Non-NRA | Unknown |
| Multiple | Multiple | Non-NRA | Unknown |
| N | N | Non-NRA | Unknown |
| N Baugh | N Baugh | Non-NRA | Unknown |
| N Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| Nader Tavangar | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| NT | Nader Tavangar | Non-NRA | EVP/Managing Director at the Mercury Group |
| NB | NB | Non-NRA | Unknown |
| NR Group | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NR Staff | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NRA Bristol Group | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NRA Group | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NRA Staff | NRA Group, Staff, Personnel or Executives | NRA Affiliated | Unknown |
| NRA VIPs | NRA VIPs, Donor(s) and Clients | NRA Affiliated | Unknown |
| P Harold | P Harold | Non-NRA | Unknown |
| PM | Patrick McCarty | Non-NRA | Former Ackerman Employee (Traffic Director) |
| R | R | Non-NRA | Unknown |
| R Compton | R Compton | Non-NRA | Unknown |
| R Kouch | Randy Kozuch | NRA Affiliated | Director, Political Affairs, Office of Advancement at NRA |
| Robert Marshall | Robert Marshall | Non-NRA | Unknown |
| Robert Nosler | Robert Nosler | NRA Affiliated | Director, NRA; Owns Nosler, Inc. |
| Savage | Savage | Non-NRA | Unknown |
| ST | St. Hubertus | NRA Affiliated | Presentation / Event / Organization, NRA; high end hunting club |
| SH | Steve Hart | NRA Affiliated | Attorney for NRA |
| S Kriley | Susan Kriley (Springhorn) | NRA Affiliated | Featured story on NRAwomen.tv, "Spirit of the Huntress; donor; NRA foundation trustee |
| S | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| SL | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| SLP | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| Susan | Susan LaPierre | NRA Affiliated | Wife of EVP for NRA |
| T | T | Non-NRA | Unknown |
| T Kyle | Taya Kyle? | Non-NRA | Chris Kyle widow? |
| Teresa Marshall | Teresa Marshall | Non-NRA | Unknown |
| Terry S | Terry Sterner | Non-NRA | Unknown |
| TWAW | The Well-Armed Woman, LLC | Non-NRA | Owned by Carrie Lightfoot, NRA Director Nominee |
| AM | Tony Makris | Non-NRA | President of Mercury Group |
| T Makris | Tony Makris | Non-NRA | President of Mercury Group |
| TM | Tony Makris | Non-NRA | President of Mercury Group |
| TS | Tony Makris | Non-NRA | President of Mercury Group |
| T Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Tyler | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Tyler Schropp | Tyler Schropp | NRA Affiliated | Executive Director of Advancement, NRA |
| Donor | Unnamed guests | Non-NRA | Unnamed Guests |
| Donors | Unnamed guests | Non-NRA | Unnamed Guests |
| Unknown | Unnamed guests | Non-NRA | Unnamed Guests |
| W Lain | W Lain | Non-NRA | Unknown |
| WL | Warner Loughlin Makris | Non-NRA | Wife of Tony Makris |
| W | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| Wayne Roberts | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| WLP | Wayne LaPierre | NRA Affiliated | EVP, NRA |
| William | William | Non-NRA | Unknown |
| WP | Woody Phillips | NRA Affiliated | Treasurer, NRA |
| WT | WT | Non-NRA | Unknown |

[1]The names were transcribed from the documentation received by FRA. See column O in the 'Detail' tab.

[2] Based on knowledge of NRA employees and others, FRA assigned an 'Assumed Name' to the transcribed names. In addition, FRA identified whether the assumed name is affiliated with the NRA as well as the assumed position of the person identified based on (1) knowledge of the individual or (2) desktop research performed by FRA.

The following tables show the total amount of expenses attributable to the individuals listed below where they are the only individuals identified on the documentation. These figures exclude any expenses where the individuals listed were participants; amongst other participants. Source: Columns O and K on 'Detail' tab

Basis of Selection: (1) All individuals identified as NRA employees or NRA affiliates with expenses greater than $100 where the individuals listed below were the only individuals identified on the documentation and (2) top two Ackerman employees with the most expenses for out of pocket expenses (Tony Makris and Nader Tavangar).

**NRA Employees or Affiliates**

**Wayne and Susan LaPierre**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Susan LaPierre | $ | 416 |
| Wayne LaPierre | $ | 5,912 |
| Grand Total | $ | 6,328 |

**Josh Powell**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Josh Powell | $ | 2,864 |
| Grand Total | $ | 2,864 |

**Kaan Karakaya**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Kaan Karakaya | $ | 2,574 |
| Grand Total | $ | 2,574 |

**NRA Group, Staff, Personnel or Executives**

| Assumed Name | Sum of Amount | |
|---|---|---|
| NRA Group, Staff, Persor | $ | 2,006 |
| Grand Total | $ | 2,006 |

**Carolyn Comfort**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Carolyn Comfort | $ | 400 |
| Grand Total | $ | 400 |

**Carrie Lightfoot**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Carrie Lightfoot | $ | 359 |
| Grand Total | $ | 359 |

**Tyler Schropp**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Tyler Schropp | $ | 315 |
| Grand Total | $ | 315 |

**Robert Nosler**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Robert Nosler | $ | 130 |
| Grand Total | $ | 130 |

**Ackerman Employees**

**Nader Tavangar**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Nader Tavangar | $ | 154,195 |
| Grand Total | $ | 154,195 |

**Tony Makris**

| Assumed Name | Sum of Amount | |
|---|---|---|
| Tony Makris | $ | 28,426 |
| Grand Total | $ | 28,426 |

The following table shows the total expense amount by assumed name; regardless as to the number of attendees. Note that the total will not tie to the total amount of Nader's expenses as the same expense will be counted multiple times if there is more than one attendee. Source: 'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Value |
|---|---|---|---|
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | $ 182,296 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Board | $ 109,720 |
| NB | Unknown | Non-NRA | $ 68,172 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | $ 33,911 |
| Wayne LaPierre | EVP, NRA | NRA Board | $ 29,814 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | $ 27,490 |
| W Lain | Unknown | Non-NRA | $ 24,657 |
| R Kouch | Unknown | Non-NRA | $ 22,028 |
| Carolyn Comfort | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor | NRA Affiliated | $ 22,028 |
| Chris McKinney | Executive Protection Contractor for Wayne | Non-NRA | $ 22,028 |
| Dionel M Avilez | Unknown | Non-NRA | $ 22,028 |
| Gregory | Unknown | Non-NRA | $ 22,028 |
| Kozuch | Unknown | Non-NRA | $ 22,028 |
| Jay A Freeman | Unknown | Non-NRA | $ 22,028 |
| M Allen | Unknown | Non-NRA | $ 22,028 |
| Mark Geist | Special Guest; spokesperson for "Truth about Benghazi" commercial; NRA 2019 Director Nominee | Non-NRA | $ 22,028 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Board | $ 22,028 |
| NRA | Unknown | NRA Affiliated | $ 18,807 |
| Andrew Arulanandam | Managing Director, Public Affairs | NRA Employee or Former Employee | $ 11,597 |
| Charlie Marx | Unknown | Non-NRA | $ 9,898 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | $ 8,675 |
| BPS Group | Unknown | Non-NRA | $ 6,120 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Board | $ 5,008 |
| Multiple | Unknown | Non-NRA | $ 4,861 |
| Jon Carter | Unknown | Non-NRA | $ 4,245 |
| Aqua | Unknown | Non-NRA | $ 4,231 |
| Susan Kriley | Featured story on NRAwomen.tv, "Spirit of the Huntress | NRA Affiliated | $ 4,009 |
| Tony Makris | President of Mercury Group | Non-NRA | $ 3,706 |
| Anna Maria Hofman | Unknown | Non-NRA | $ 3,232 |

| | | | |
|---|---|---|---|
| Marion Hammer | Director, NRA | NRA Board | $ 3,053 |
| Kaan Karakaya | NRA Ring of Freedom Member; Operates 'Shakar Safaris' | NRA Affiliated | $ 2,913 |
| CJ | Unknown | Non-NRA | $ 2,839 |
| Teresa Marshall | Unknown | Non-NRA | $ 2,718 |
| The Well-Armed Woman, LLC | Owned by Carrie Lightfoot, NRA Director Nominee | Non-NRA | $ 2,624 |
| Millie Hallow | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre | NRA Board | $ 1,983 |
| Dewitt | Unknown | Non-NRA | $ 1,686 |
| G Shepstone | Unknown | Non-NRA | $ 1,604 |
| Conigli | Unknown | Non-NRA | $ 1,488 |
| Terry Sterner | Unknown | Non-NRA | $ 1,323 |
| BL | Unknown | Non-NRA | $ 1,268 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | $ 1,250 |
| Ashley Suris | National Program Director at "The Well-Armed Woman" Shooting Chapter (run by Carrie Lightfoot, 2019 NRA Director Nominee) | Non-NRA | $ 1,218 |
| CDW | Unknown | Non-NRA | $ 1,202 |
| Audra Fisher | NRA Pistol Instructor | NRA Affiliated | $ 1,031 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Board | $ 971 |
| T Kyle | Unknown | Non-NRA | $ 895 |
| JS | Unknown | Non-NRA | $ 884 |
| J Byrd | Unknown | Non-NRA | $ 872 |
| J Park | Unknown | Non-NRA | $ 866 |
| LH | Unknown | Non-NRA | $ 810 |
| CP | Unknown | Non-NRA | $ 782 |
| T | Unknown | Non-NRA | $ 701 |
| Robert Marshall | Unknown | Non-NRA | $ 700 |
| CS | Unknown | Non-NRA | $ 678 |
| J Reed | Unknown | Non-NRA | $ 644 |
| Bart Skelton | Director, NRA | NRA Board | $ 595 |
| KH | Unknown | Non-NRA | $ 565 |
| C Smith | Unknown | Non-NRA | $ 563 |
| Savage | Unknown | Non-NRA | $ 483 |
| Jimeson | Unknown | Non-NRA | $ 461 |

| | | | | |
|---|---|---|---|---|
| Chris Cox | Executive Director, NRAILA | NRA Board | $ | 413 |
| DB | Unknown | Non-NRA | $ | 405 |
| John Cotton | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) | Non-NRA | $ | 399 |
| Carrie Lightfoot | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee | Non-NRA | $ | 359 |
| R Compton | Unknown | Non-NRA | $ | 346 |
| Ken Miller | Unknown | Non-NRA | $ | 304 |
| P Harold | Unknown | Non-NRA | $ | 300 |
| R | Unknown | Non-NRA | $ | 290 |
| HM | Unknown | Non-NRA | $ | 276 |
| William | Unknown | Non-NRA | $ | 276 |
| Eric Thomas | Unknown | Non-NRA | $ | 270 |
| Bill Powers | EVP / Public Relations at Ackerman McQueen | Non-NRA | $ | 268 |
| K Hogan | Unknown | Non-NRA | $ | 260 |
| A Wheeler | Unknown | Non-NRA | $ | 250 |
| Lacey Cremer Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | $ | 250 |
| HLK | Unknown | Non-NRA | $ | 232 |
| Woody Phillips | NRA Treasurer | NRA Board | $ | 211 |
| LS | Unknown | Non-NRA | $ | 205 |
| EA | Unknown | Non-NRA | $ | 195 |
| Chris Kenney | Unknown | Non-NRA | $ | 180 |
| Board of Directors | Board of Directors, NRA | NRA Board | $ | 180 |
| Patrick McCarty | Unknown | Non-NRA | $ | 180 |
| Steve Hart | Attorney for NRA | NRA Affiliated | $ | 174 |
| D Corlew | Unknown | Non-NRA | $ | 174 |
| Donors | Unknown | Non-NRA | $ | 145 |
| LR | Unknown | Non-NRA | $ | 145 |
| D Kriley | Unknown | Non-NRA | $ | 142 |
| CD | Unknown | Non-NRA | $ | 142 |
| Lance Olson | Director, NRA | NRA Board | $ | 140 |
| MT | Unknown | Non-NRA | $ | 138 |
| Robert Nosler | Director, NRA; Owns Nosler, Inc. | NRA Board | $ | 130 |
| St. Huberus | Presentation / Event / Organization, NRA | Non-NRA | $ | 124 |

| | | | | |
|---|---|---|---|---|
| N Baugh | Unknown | Non-NRA | $ | 120 |
| JW | Unknown | Non-NRA | $ | 111 |
| J | Unknown | Non-NRA | $ | 111 |
| C DeWitt | Unknown | Non-NRA | $ | 58 |
| Jon Gutierrez | Unknown | Non-NRA | $ | 52 |
| Carolyn D. Meadows | Second Vice President, NRA | NRA Board | $ | 34 |
| Donor | Unknown | Non-NRA | $ | 29 |
| BW | Unknown | Non-NRA | $ | 28 |
| Johnson | Unknown | Non-NRA | $ | 26 |
| David Muntz | Unknown | Non-NRA | $ | 19 |
| N | Unknown | Non-NRA | $ | 14 |
| WT | Unknown | Non-NRA | $ | 8 |
| Unknown | Unknown | Non-NRA | $ | (230) |

The following tables shows the number of expenses for which each individual is included.  Source:  'Assumed Name' tab and column K on 'Detail' tab

| Assumed Name | Position | NRA Employee or Former Employee | Quantity |
|---|---|---|---|
| Nader Tavangar | EVP/Managing Director at the Mercury Group | Non-NRA | 680 |
| Tony Makris | President of Mercury Group | Non-NRA | 120 |
| Wayne LaPierre | EVP, NRA | NRA Affiliated | 100 |
| Susan LaPierre | Wife of EVP for NRA | NRA Affiliated | 33 |
| Chris Kinney | Unknown | Non-NRA | 26 |
| Josh Powell | Chief of Staff and Executive Director, General Operations | NRA Affiliated | 23 |
| Unnamed guests | Unnamed Guests | Non-NRA | 21 |
| NRA Group, Staff, Personnel or Executives | Unknown | NRA Affiliated | 14 |
| Millie Hallow | National Rifle Association, Managing Director, Executive Operations and Assistant to Wayne LaPierre | NRA Affiliated | 12 |
| J Byrd | Unknown | Non-NRA | 11 |
| Multiple | Unknown | Non-NRA | 10 |
| Andra Fischer | NRA Pistol Instructor; Wayne's Office Manager/Exec Assistant | NRA Affiliated | 10 |
| Mark Dycio | Attorney for Wayne LaPierre | Non-NRA | 10 |
| Chris Cox | Executive Director, NRAILA | NRA Affiliated | 9 |
| T Kyle | Unknown | Non-NRA | 9 |
| Bill Powers | EVP / Public Relations at Ackerman McQueen | Non-NRA | 8 |
| Bart Skelton | Director, NRA | NRA Affiliated | 8 |
| The Well-Armed Woman, LLC | Owned by Carrie Lightfoot, NRA Director Nominee | Non-NRA | 7 |
| Chris DeWitt | Ring of Freedom Manager | Non-NRA | 7 |
| Chris McKinney | Executive Protection Contractor for Wayne | NRA Affiliated | 7 |
| David Lehman | Director, NRA; Deputy Executive Director and General Counsel of the National Rifle Association's Institute for Legislative Action. | NRA Affiliated | 6 |
| Eric Van Horn | Account Executive Ackerman McQueen | Non-NRA | 6 |
| G Shepstone | Unknown | Non-NRA | 5 |
| Tyler Schropp | Executive Director of Advancement, NRA | NRA Affiliated | 5 |
| Kaan Karakaya | NRA Ring of Freedom Member; Operates 'Shakar Safaris' | NRA Affiliated | 4 |
| DB | Unknown | Non-NRA | 4 |
| Marion Hammer | Director, NRA | NRA Affiliated | 4 |
| John Cotton | Retired Admiral; Personal friend of Tony Makris; Current NRA Committee Member (as of May 2018) | Non-NRA | 3 |

| | | | |
|---|---|---|---|
| BW | Unknown | Non-NRA | 3 |
| T | Unknown | Non-NRA | 3 |
| JD Williams | Former NRA Board Member and Executive Council | NRA Affiliated | 3 |
| Jon Carter | Unknown | Non-NRA | 3 |
| Melanie Montgomery | EVP/Management Supervisor | Non-NRA | 3 |
| MT | Unknown | Non-NRA | 3 |
| Andrew Arulanandam | Managing Director of Public Affairs at NRA | NRA Affiliated | 3 |
| Carolyn Comfort | The Well-Armed Woman Caertified Instructor; NRA Pistol Instructor | NRA Affiliated | 2 |
| R | Unknown | Non-NRA | 2 |
| Audra Fisher | NRA Pistol Instructor | NRA Affiliated | 2 |
| Mark Geist | Special Guest; spokesperson for "Truth about Benghazi" commercial; NRA 2019 Director Nominee | Non-NRA | 2 |
| Terry Sterner | Unknown | Non-NRA | 2 |
| M Allen | Unknown | Non-NRA | 2 |
| William | Unknown | Non-NRA | 2 |
| Kozuch | Unknown | Non-NRA | 2 |
| J Park | Unknown | Non-NRA | 2 |
| KH | Unknown | Non-NRA | 2 |
| Conigli | Unknown | Non-NRA | 2 |
| St. Huberus | Presentation / Event / Organization, NRA | Non-NRA | 2 |
| N Baugh | Unknown | Non-NRA | 2 |
| Savage | Unknown | Non-NRA | 2 |
| C Smith | Unknown | Non-NRA | 2 |
| Johnson | Unknown | Non-NRA | 2 |
| Woody Phillips | Treasurer, NRA | NRA Affiliated | 2 |
| R Kouch | Unknown | Non-NRA | 2 |
| Ashley Suris | National Program Director at "The Well-Armed Woman" Shooting Chapter | Non-NRA | 2 |
| Jimeson | Unknown | Non-NRA | 2 |
| Gregory | Unknown | Non-NRA | 2 |
| Carolyn D. Meadows | Second Vice President, NRA | NRA Affiliated | 1 |
| Colleen Powell | Wife of Josh Powell | Non-NRA | 1 |
| Jon Gutierrez | Unknown | Non-NRA | 1 |
| Lacey Duffy | Ackerman McQueen SVP and Account Supervisor | Non-NRA | 1 |
| Anna Maria Hofman | Unknown | Non-NRA | 1 |

| | | | |
|---|---|---|---|
| R Compton | Unknown | Non-NRA | I |
| BPS Group | Unknown | Non-NRA | I |
| Jay A Freeman | Unknown | Non-NRA | I |
| Lance Olson | Director, NRA | NRA Affiliated | I |
| J Reed | Unknown | Non-NRA | I |
| NB | Unknown | Non-NRA | I |
| Steve Hart | Attorney for NRA | NRA Affiliated | I |
| Charlie Marx | Unknown | Non-NRA | I |
| Susan Kriley | Featured story on NRAwomen.tv, "Spirit of the Huntress | NRA Affiliated | I |
| WT | Unknown | Non-NRA | I |
| J | Unknown | Non-NRA | I |
| BL | Unknown | Non-NRA | I |
| HLK | Unknown | Non-NRA | I |
| LH | Unknown | Non-NRA | I |
| Henry Martin Garrison | Unknown | Non-NRA | I |
| Ken Miller | Unknown | Non-NRA | I |
| Warner Loughlin Makris | Wife of Tony Makris | Non-NRA | I |
| CJ | Unknown | Non-NRA | I |
| Patrick McCarty | Unknown | Non-NRA | I |
| LS | Unknown | Non-NRA | I |
| P Harold | Unknown | Non-NRA | I |
| N | Unknown | Non-NRA | I |
| Eric Thomas | Unknown | Non-NRA | I |
| Carrie Lightfoot | Owner of The Well-Armed Woman, LLC, The Well-Armed Woman Training Company, LLC, Chairwoman/CEO; Active in NRA WLF; 2019 NRA Director Nominee | NRA Affiliated | I |
| EA | Unknown | Non-NRA | I |
| LR | Unknown | Non-NRA | I |
| Dionel M Aviles | Former Secretary of the Navy (04 - 09) | Non-NRA | I |
| Teresa Marshall | Unknown | Non-NRA | I |
| NRA VIPs, Donor(s) and Clients | Unknown | NRA Affiliated | I |
| Board of Directors | Board of Directors, NRA | NRA Affiliated | I |
| David Muntz | Unknown | Non-NRA | I |
| Robert Nosler | Director, NRA; Owns Nosler, Inc. | NRA Affiliated | I |
| W Lain | Unknown | Non-NRA | I |

| | | | |
|---|---|---|---|
| Robert Marshall | Unknown | Non-NRA | I |
| David Corlew | Nashville music industry veteran | Non-NRA | I |
| Aqua | Unknown | Non-NRA | I |
| D Kriley | Unknown | Non-NRA | I |
| Craig Spray | Treasurer, NRA | NRA Affiliated | I |
| K Hogan | Unknown | Non-NRA | I |
| A Wheeler | Unknown | Non-NRA | I |
| JW | Unknown | Non-NRA | I |
| JS | Unknown | Non-NRA | I |

The following table shows the amounts spent by vendor.
Source: Columns J and K on 'Detail' tab

**Total Spend:** $ 362,994
**Total Quantity:** 905

| Vendor | Value | % of Value | Quantity | % of Quantity |
|---|---|---|---|---|
| Four Seasons | $ 32,635 | 8.99% | 32 | 3.54% |
| American Airlines | $ 30,836 | 8.49% | 54 | 5.97% |
| Smoke Zone | $ 27,917 | 7.69% | 13 | 1.44% |
| Marriott | $ 23,283 | 6.41% | 4 | 0.44% |
| Ritz Carlton | $ 20,583 | 5.67% | 34 | 3.76% |
| I. I. & I. S. Inc. | $ 18,114 | 4.99% | 1 | 0.11% |
| Cash Tips[1] | $ 17,305 | 4.77% | 365 | 40.33% |
| Old Palace LLC | $ 14,400 | 3.97% | 8 | 0.88% |
| Alexander Historical Auctions | $ 13,630 | 3.75% | 1 | 0.11% |
| Ready to Roll | $ 13,446 | 3.70% | 2 | 0.22% |
| Beverly Hills Hotel | $ 11,734 | 3.23% | 7 | 0.77% |
| Korean Air | $ 10,414 | 2.87% | 1 | 0.11% |
| CXIII/Landini Brothers | $ 8,951 | 2.47% | 43 | 4.75% |
| Mansion on Turtle Creek | $ 8,415 | 2.32% | 1 | 0.11% |
| Carey International | $ 8,305 | 2.29% | 9 | 0.99% |
| 21C Hotel | $ 6,680 | 1.84% | 4 | 0.44% |
| Levy GRP | $ 6,120 | 1.69% | 1 | 0.11% |
| Joe's Seafood | $ 5,107 | 1.41% | 14 | 1.55% |
| KUIU Inc. | $ 4,008 | 1.10% | 2 | 0.22% |
| Merchant: Audio Visual | $ 3,988 | 1.10% | 1 | 0.11% |
| Old Oaks Liquor | $ 3,650 | 1.01% | 2 | 0.22% |
| Virgin America | $ 3,246 | 0.89% | 3 | 0.33% |
| Lorien Hotel | $ 3,203 | 0.88% | 7 | 0.77% |
| Hertz | $ 3,150 | 0.87% | 6 | 0.66% |
| The Smoke Zone | $ 3,100 | 0.85% | 2 | 0.22% |
| Amangani | $ 3,022 | 0.83% | 1 | 0.11% |
| Guitarcenter.com | $ 2,880 | 0.79% | 11 | 1.22% |
| MediaQuest | $ 2,737 | 0.75% | 1 | 0.11% |
| SMIC Holdings Inc. | $ 2,412 | 0.66% | 3 | 0.33% |
| Trulucks | $ 2,147 | 0.59% | 3 | 0.33% |
| Hyatt | $ 2,137 | 0.59% | 12 | 1.33% |
| Ruth's Chris Steak House | $ 2,011 | 0.55% | 1 | 0.11% |
| PM Wildlife Studios | $ 2,000 | 0.55% | 1 | 0.11% |
| Mansion Turtle Creek | $ 1,837 | 0.51% | 1 | 0.11% |
| Thomson Cigars | $ 1,720 | 0.47% | 1 | 0.11% |
| Hotel Duval | $ 1,569 | 0.43% | 3 | 0.33% |
| Omni Hotel | $ 1,550 | 0.43% | 6 | 0.66% |
| Hotel Vandivort | $ 1,549 | 0.43% | 2 | 0.22% |
| Hermitage | $ 1,516 | 0.42% | 1 | 0.11% |
| Proof of Main | $ 1,488 | 0.41% | 1 | 0.11% |
| Apple Store | $ 1,446 | 0.40% | 4 | 0.44% |
| St. Regis | $ 1,336 | 0.37% | 1 | 0.11% |

| | | | | | |
|---|---|---|---|---|---|
| United Airlines | $ | 1,279 | 0.35% | 1 | 0.11% |
| National Shooting Sports | $ | 1,225 | 0.34% | 3 | 0.33% |
| Delta Airlines | $ | 1,090 | 0.30% | 2 | 0.22% |
| Grand America | $ | 1,053 | 0.29% | 1 | 0.11% |
| Virgin Air | $ | 1,048 | 0.29% | 2 | 0.22% |
| Buchanan | $ | 1,047 | 0.29% | 2 | 0.22% |
| MIQ Logistics | $ | 986 | 0.27% | 1 | 0.11% |
| Tomahawk Stategy | $ | 884 | 0.24% | 1 | 0.11% |
| old Grapvine Cigar | $ | 866 | 0.24% | 1 | 0.11% |
| Kimpton Hotel | $ | 737 | 0.20% | 1 | 0.11% |
| Signature Transportation | $ | 672 | 0.19% | 1 | 0.11% |
| Kiawah Island Golf Resort | $ | 643 | 0.18% | 2 | 0.22% |
| MCAR WLA | $ | 598 | 0.16% | 1 | 0.11% |
| Milos | $ | 579 | 0.16% | 1 | 0.11% |
| Bohanan's Prime Steak | $ | 568 | 0.16% | 1 | 0.11% |
| Bobs Steak & Chop | $ | 565 | 0.16% | 1 | 0.11% |
| Colcord Hotel | $ | 559 | 0.15% | 1 | 0.11% |
| PayPal | $ | 500 | 0.14% | 1 | 0.11% |
| EZ Pass | $ | 490 | 0.13% | 14 | 1.55% |
| Mokara and La Mansion Hotel | $ | 489 | 0.13% | 1 | 0.11% |
| Fairmont Hotel | $ | 483 | 0.13% | 1 | 0.11% |
| Barbizon Lighting | $ | 426 | 0.12% | 1 | 0.11% |
| Mens Wearhouse | $ | 417 | 0.11% | 3 | 0.33% |
| REI | $ | 416 | 0.11% | 2 | 0.22% |
| Town Earth | $ | 405 | 0.11% | 1 | 0.11% |
| Venetian | $ | 391 | 0.11% | 1 | 0.11% |
| ?? 5225 | $ | 387 | 0.11% | 1 | 0.11% |
| Passport Health | $ | 378 | 0.10% | 1 | 0.11% |
| Uptown Mint Dentistry PLL | $ | 350 | 0.10% | 1 | 0.11% |
| Mary Eddies | $ | 350 | 0.10% | 1 | 0.11% |
| RC 214 Steakhouse | $ | 339 | 0.09% | 1 | 0.11% |
| Cabela's | $ | 322 | 0.09% | 1 | 0.11% |
| Go Go Wifi | $ | 310 | 0.09% | 13 | 1.44% |
| Autograph Hotel | $ | 288 | 0.08% | 2 | 0.22% |
| Mandalay Bay | $ | 285 | 0.08% | 1 | 0.11% |
| AC Limo | $ | 270 | 0.07% | 1 | 0.11% |
| Del Frisco | $ | 269 | 0.07% | 1 | 0.11% |
| Amazon | $ | 266 | 0.07% | 2 | 0.22% |
| MGM Copperfield TKTS | $ | 266 | 0.07% | 1 | 0.11% |
| SHOT Show | $ | 250 | 0.07% | 1 | 0.11% |
| Avis | $ | 235 | 0.06% | 1 | 0.11% |
| Market Street Grill Down | $ | 216 | 0.06% | 1 | 0.11% |
| Market Street Oyster Bar | $ | 215 | 0.06% | 1 | 0.11% |
| Jack Fry's Restaurant | $ | 211 | 0.06% | 1 | 0.11% |
| Panera Bread | $ | 210 | 0.06% | 1 | 0.11% |
| Renaissance Hotels | $ | 209 | 0.06% | 2 | 0.22% |
| McCormick & Schmick's | $ | 205 | 0.06% | 1 | 0.11% |

| | | | | | |
|---|---|---|---|---|---|
| Hotel Monaco | $ | 195 | 0.05% | 1 | 0.11% |
| Boyt Harness | $ | 192 | 0.05% | 1 | 0.11% |
| Fearings Restaurant | $ | 184 | 0.05% | 1 | 0.11% |
| Twin Smokers | $ | 180 | 0.05% | 1 | 0.11% |
| Hudson Grill | $ | 168 | 0.05% | 2 | 0.22% |
| Casa de Montecristo | $ | 167 | 0.05% | 1 | 0.11% |
| Beretta USA Corp | $ | 161 | 0.04% | 1 | 0.11% |
| Snake River Grill | $ | 155 | 0.04% | 1 | 0.11% |
| Hampton Inn | $ | 146 | 0.04% | 1 | 0.11% |
| Liberty Kitchen | $ | 140 | 0.04% | 1 | 0.11% |
| The Southern | $ | 133 | 0.04% | 1 | 0.11% |
| NRAStore | $ | 132 | 0.04% | 1 | 0.11% |
| Nosler Inc. | $ | 130 | 0.04% | 1 | 0.11% |
| Georgetown Cupcake | $ | 121 | 0.03% | 1 | 0.11% |
| USPS | $ | 119 | 0.03% | 2 | 0.22% |
| La Gloria | $ | 119 | 0.03% | 1 | 0.11% |
| NaaY limo | $ | 115 | 0.03% | 1 | 0.11% |
| Mountain House | $ | 114 | 0.03% | 1 | 0.11% |
| Athens Family Restaurant | $ | 111 | 0.03% | 1 | 0.11% |
| VeriFone | $ | 106 | 0.03% | 4 | 0.44% |
| Dick's | $ | 106 | 0.03% | 1 | 0.11% |
| GOES | $ | 100 | 0.03% | 1 | 0.11% |
| CLEAR | $ | 99 | 0.03% | 1 | 0.11% |
| Paradies | $ | 98 | 0.03% | 10 | 1.10% |
| Duane Sparks Chevrolet | $ | 98 | 0.03% | 1 | 0.11% |
| Business Center | $ | 97 | 0.03% | 4 | 0.44% |
| Food City | $ | 95 | 0.03% | 1 | 0.11% |
| Clydes | $ | 85 | 0.02% | 1 | 0.11% |
| CVS | $ | 81 | 0.02% | 3 | 0.33% |
| Agent Fee | $ | 80 | 0.02% | 2 | 0.22% |
| Walgreens | $ | 78 | 0.02% | 3 | 0.33% |
| Taxi | $ | 72 | 0.02% | 2 | 0.22% |
| PF Changs | $ | 71 | 0.02% | 1 | 0.11% |
| JT Schmids restaurant & B | $ | 70 | 0.02% | 1 | 0.11% |
| Café Genevieve | $ | 68 | 0.02% | 1 | 0.11% |
| Redbubble.com | $ | 64 | 0.02% | 1 | 0.11% |
| Old Town Shoe and Luggage | $ | 60 | 0.02% | 1 | 0.11% |
| AT&T | $ | 60 | 0.02% | 1 | 0.11% |
| Sunny Bryans | $ | 56 | 0.02% | 1 | 0.11% |
| Ragin Cajun | $ | 56 | 0.02% | 1 | 0.11% |
| Hudson | $ | 56 | 0.02% | 2 | 0.22% |
| Ticketmaster Ticket | $ | 56 | 0.02% | 1 | 0.11% |
| Starbucks | $ | 55 | 0.02% | 9 | 0.99% |
| El Camino | $ | 52 | 0.01% | 1 | 0.11% |
| Olive Sinclair | $ | 49 | 0.01% | 1 | 0.11% |
| Fish Market | $ | 45 | 0.01% | 1 | 0.11% |
| The Pipe Dream of Alexandria | $ | 42 | 0.01% | 1 | 0.11% |

| | | | | | |
|---|---|---|---|---|---|
| Mahsa Grill and Market | $ | 42 | 0.01% | 1 | 0.11% |
| Harris Teeter | $ | 42 | 0.01% | 1 | 0.11% |
| Lucky Cab | $ | 38 | 0.01% | 1 | 0.11% |
| Bar Bocce | $ | 37 | 0.01% | 1 | 0.11% |
| Yellow Checker Star | $ | 36 | 0.01% | 1 | 0.11% |
| Home Depot | $ | 34 | 0.01% | 1 | 0.11% |
| Delano | $ | 34 | 0.01% | 1 | 0.11% |
| MBCC Snack bar | $ | 33 | 0.01% | 2 | 0.22% |
| Convention Center | $ | 30 | 0.01% | 1 | 0.11% |
| Corner Bakery | $ | 29 | 0.01% | 1 | 0.11% |
| Sunoco | $ | 27 | 0.01% | 2 | 0.22% |
| Virginian Golf Club | $ | 26 | 0.01% | 1 | 0.11% |
| HNDiscover | $ | 24 | 0.01% | 1 | 0.11% |
| Whole Foods | $ | 23 | 0.01% | 2 | 0.22% |
| WeedsSB Taxi | $ | 23 | 0.01% | 1 | 0.11% |
| Union Cab | $ | 22 | 0.01% | 1 | 0.11% |
| Charleston Airport | $ | 22 | 0.01% | 1 | 0.11% |
| Morsel's | $ | 20 | 0.01% | 1 | 0.11% |
| Centra Lounge | $ | 19 | 0.01% | 1 | 0.11% |
| Rangoon News Bureau | $ | 19 | 0.01% | 1 | 0.11% |
| Bistro Berry | $ | 19 | 0.01% | 1 | 0.11% |
| Frothy Monkey | $ | 18 | 0.01% | 3 | 0.33% |
| Shell Oil | $ | 18 | 0.01% | 1 | 0.11% |
| HEB | $ | 17 | 0.00% | 1 | 0.11% |
| USA Canteen | $ | 17 | 0.00% | 6 | 0.66% |
| Freshens #21 | $ | 16 | 0.00% | 1 | 0.11% |
| Dunkin Donuts | $ | 16 | 0.00% | 5 | 0.55% |
| Mansion Schools | $ | 15 | 0.00% | 1 | 0.11% |
| Liberty University | $ | 15 | 0.00% | 1 | 0.11% |
| Bigby Coffee | $ | 13 | 0.00% | 1 | 0.11% |
| Sands Concession | $ | 11 | 0.00% | 1 | 0.11% |
| Euro Café | $ | 11 | 0.00% | 1 | 0.11% |
| Cibo | $ | 9 | 0.00% | 1 | 0.11% |
| Favor Gas Station | $ | 9 | 0.00% | 1 | 0.11% |
| Southwest | $ | 8 | 0.00% | 1 | 0.11% |
| The Grove | $ | 8 | 0.00% | 2 | 0.22% |
| Alvin Cabural | $ | 7 | 0.00% | 1 | 0.11% |
| Safeway | $ | 7 | 0.00% | 1 | 0.11% |
| Torpedo Factory | $ | 7 | 0.00% | 1 | 0.11% |
| SQ *Outback Steakhouse | $ | 7 | 0.00% | 1 | 0.11% |
| St. Anthony Hospital Starbucks | $ | 6 | 0.00% | 1 | 0.11% |
| Westin | $ | 6 | 0.00% | 1 | 0.11% |
| The UPS Store | $ | 5 | 0.00% | 1 | 0.11% |
| Westin Hotel | $ | 5 | 0.00% | 1 | 0.11% |
| RaceTrac | $ | 3 | 0.00% | 1 | 0.11% |
| DFW | $ | 2 | 0.00% | 1 | 0.11% |
| Eleven Wireless | $ | - | 0.00% | 2 | 0.22% |

| | | | | | |
|---|---|---|---|---|---|
| Unknown | $ | (109) | -0.03% | 8 | 0.88% |
| SMI Properties | $ | (2,412) | -0.66% | 1 | 0.11% |

[1]See note 1 on the 'By Category' tab.

# EXHIBIT 74

**To:** haydon.jean@dorsey.com[haydon.jean@dorsey.com]
**From:** Frazer, John
**Sent:** 2019-03-14T23:37:42Z
**Importance:** Normal
**Subject:** Fwd: Response to Jay Madrid
**Received:** 2019-03-14T23:37:43Z
Madrid Letter.pdf
ATT00001.htm

I’m not sure if this went through the first time. Apologies for any inconvenience.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged. If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.
Begin forwarded message:

**From:** "Frazer, John" <John.Frazer@nrahq.org>
**Date:** March 14, 2019 at 4:03:58 PM CDT
**Cc:** "SRyan@mwe.com" <SRyan@mwe.com>, Steve Hart <jstevenhart@gmail.com>
**Subject: Response to Jay Madrid**

Please see attached.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA 22030
(703) 267-1254
john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged. If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.
Begin forwarded message:

**From:** <haydon.jean@dorsey.com>
**Date:** March 12, 2019 at 5:45:27 PM CDT
**To:** <john.frazer@nrahq.org>
**Cc:** <jstevenhart@gmail.com>, <SRyan@mwe.com>
**Subject: On behalf of Jay Madrid**

Mr. Frazer,

Please see attached correspondence from Mr. Madrid.

Thank you

**Jean Haydon, Legal Assistant to**

**Jay J. Madrid, Esq., Brian Vanderwoude, Esq.,**

**Ron Miller, Esq., and Kara Grimes, Esq.**

2277002:06345766

2277002:06345755

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

*(703) 267-1250*
*(703) 267-3985 fax*

NRA

March 14, 2019

Jay J. Madrid
Dorsey & Whitney LLP
300 Crecent Ct, Suite 400
Dallas, TX 75201

Dear Mr. Madrid:

I write in response to your letter dated March 12, 2019, as well as to Steve Ryan's emails of March 8 and 11, regarding the National Rifle Association and Ackerman McQueen (AMc). These communications make claims that are so clearly in error that they do not merit a point-by-point response. However, I do want to address a few key issues in the hope that we can prevent this dispute from critically damaging an important, longstanding, and productive relationship between our clients.

Most importantly, the NRA has never promised not to make basic disclosures regarding the nature and existence of the contract between Lt. Col. North and AMc—nor could we lawfully do so. As you may know, New York law compels significant disclosures in this respect, and the NRA complies fully with its obligations. Similarly, compensation paid directly or indirectly to Lt. Col. North in 2018 will ultimately have to be reported to the Internal Revenue Service on the NRA's Form 990. That form will be available to the public when it is filed in the fall of 2019.

Related to that point, Mr. Ryan's e-mail of March 8, 2019 suggests that AMc allowed the NRA to review the North contract "under the claim that it was for the Audit Committee's review, and no other, not unrelated board members at large, outside counsel, or anyone outside the small circle of authorized personnel." Although it is true that I conducted my review in order to inform the Audit Committee's assessment, I did not promise to refrain from discussing the review with anyone else. Such a promise would have been inappropriate, given my prerogative to share my review with the NRA's counsel of choice, as well as the right of NRA board members to be fully informed about material facts in a confidential setting.

With regard to the Brewer firm, as emphasized most recently by Steve Hart in his email dated January 16, 2019, the NRA has the right to choose its own counsel. It is no secret that we have chosen Mr. Brewer's firm to represent us in several significant matters. Some of those matters concern the NRA's relationship with AMc. To facilitate Ackerman's compliance with the Services Agreement, the NRA agreed to appoint other professionals to work with your client—which has occurred during Forensic Risk Alliance's productive review of AMc records.

However, the NRA made no promise and has no obligation to refrain from conferring with Brewer on matters relevant to the firm's work.

Although Mr. Brewer provided statements to the New York Times, he never spoke with Mr. Hakim or communicated with him directly. Therefore, it is doubtful that Mr. Hakim described Mr. Brewer as a "primary provider of information" regarding the NRA, or named Mr. Brewer as a "source of . . . critical remarks" from Board members. Nor did the NRA or the Brewer firm, or anyone acting at their direction or with their knowledge, alert Mr. Hakim to the existence of the North contract as your recent communications insinuate. As noted by Wayne LaPierre in his recent communication to the Board,[1] the NRA engaged with Mr. Hakim to address claims and correct misinformation received from other, undisclosed sources. In this regard, I also reiterate my invitation (which I previously issued to Steve Ryan by phone) for AMc to provide any detail of the content of Mr. Hakim's inquiry that might suggest an unauthorized disclosure occurred.

The NRA respectfully declines to retract any of its "references" to AMc. Moreover, your letter identifies no statement of fact attributed to the NRA which AMc contends is false. (Indeed, NRA spokesman Andrew Arulanandam refers in the article to the NRA's long and successful partnership with AMc.) The NRA also reminds AMc of its confidentiality obligations pursuant to the parties' Services Agreement including, without limitation, Section IV thereof.[2] Any breach of those obligations would obviously be very damaging to the relationship and would be met appropriately by the NRA.

We hope that this resolves any potential misunderstanding, and look forward to working with you to move past this unproductive dispute in the interest of both of our clients.

Sincerely,

John C. Frazer
Secretary and General Counsel

---

1 The board communication quoted on page 2 of your letter (the "Board Communication") was addressed to the NRA's directors, not to Ackerman McQueen. The NRA reserves all rights and remedies relating to any unauthorized dissemination of the Board Communication and AMc's unauthorized receipt thereof. By responding to AMc's contentions regarding the Board Communication, the NRA waives no privilege or confidentiality protections pertaining to the Board Communication.

2 Your letter also accuses the NRA of breaching confidentiality obligations to Ackerman. Although the NRA does not believe that it has disclosed any of Ackerman's confidential business information, the NRA notes that the confidentiality provisions of the Services Agreement only bind Ackerman—not the NRA. The confidentiality provisions of Col. North's contract, meanwhile, appear to bind only Col. North and AMc.

# EXHIBIT 75
# (Filed Under Seal)

APP. 02154-APP. 02156

# EXHIBIT 76
# (Filed Under Seal)

# EXHIBIT 77

APP. 02161

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § | |
| | § | |
| **Plaintiff and Counter-Defendant** | § | |
| | § | |
| **and** | § | |
| | § | |
| **WAYNE LAPIERRE,** | § | |
| | § | |
| **Third-Party Defendant,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-02074-G** |
| | § | |
| **ACKERMAN MCQUEEN, INC.,** | § | |
| | § | |
| **Defendant and Counter-Plaintiff,** | § | |
| | § | |
| **and** | § | |
| | § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S SECOND SET OF REQUESTS**
**FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

Plaintiff National Rifle Association (the "NRA"), by counsel and in accordance with Virginia Supreme Court Rule 4:9, hereby propounds its Fourth Set of Requests for Production of Documents ("Requests") to Defendants Ackerman McQueen, Inc. ("Ackerman") and Mercury Group, Inc. ("Mercury") (collectively, "Defendants" or "AMc"). You are requested to respond to these Requests separately and fully, subject to the Instructions and Definitions set forth herein, and to produce the

requested documents to the undersigned counsel for Plaintiff NRA within twenty-one (21) days after service of these Requests.

## I.
## INSTRUCTIONS AND DEFINITIONS

The Instructions and Definitions set forth in Plaintiff's Second Set of Requests for Production of Documents to Defendants, dated August 1, 2019, are incorporated as if repeated verbatim and fully set forth herein.

You are to produce the requested documents in the form(s) specified in Appendix A to these Requests.

For the avoidance of doubt, you are instructed to provide all documents responsive to our requests, which include:

- Responsive text messages sent or received from mobile phones provided to AMc employees for business use;
- Responsive text messages sent or received from any personal devices;
- Responsive electronic mail from personal email accounts.

## II.
## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 82:**

All files and books and records concerning matters covered under the Services Agreement dated April 30, 2017 (as amended May 6, 2018), as required under Section VIII.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 83:**

All documents and communications referring or relating to invoices or billing requests provided by Defendants to the NRA, including but not limited to, any and all backup documentation, substantiation, justification, and supporting documentation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 84:**

All documents referring or relating to time records or time logs for all AMc employees who worked on the NRA account, including all data stored by AMc through third-party providers, including but not limited to, information contained on web-based project management software, Workamajig.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 85:**

All documents and communications referring or relating to the daily time records or time logs for all AMc employees who worked on the NRA account produced in response to Request No. 84 above, including specifically information to identify all project descriptions for each time record or time log, and categories of billable services as defined in Section I of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 86:**

All documents referring or relating to AMc company policies, including but not limited to employee handbooks, employee reference guides, and any other similar documents.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 87:**

All documents referring or relating to complaints about AMc, including but not limited to its services, officers, and executives from any sources.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 88:**

Documents to show a list of all AMc projects or services that were billed to the NRA as "Other Projects" as defined in Section II.E of the Services Agreement, including but not limited to, such "Other Projects" for which no specific agreement was made and for which AMc charged a fair market value price for the work performed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 89:**

All documents and communications referring or relating to backup, substantiation, support and justification relied on in assessing and determining the "fair market value" of the projects listed in response to Request No. 60 above.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 90:**

All documents and communications referring or relating to "Special Assignments" as defined in Section III.D of the Services Agreement that were billed to the NRA, and for which AMc determined could not be "reasonably be included under the monthly fee."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 91:**

For each "special assignment," provide all documents related to the special assignment, procedures related to the special assignment, and all backup information for the monthly fee that was approved or agreed upon

**RESPONSE**

**REQUEST FOR PRODUCTION NO.92:**

Documents which list all "Jobs", as defined in Section I.B. of the Services Agreement, that were billed to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 93:**

All documents and communications referring or relating to the fair market value work and cost estimates submitted for approval by NRA prior to the initiation of all "Jobs" that were billed to the NRA, as defined in Section I.B. of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 94:**

All documents and communications referring or relating to backup information for all "Media Planning and Placement Services," as defined in Section I.C. of the Services Agreement, concerning the NRA, including but not limited to documents to show AMc's work to verify broadcasts, insertions, displays, or other means used to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 95:**

All documents and communications referring or relating to backup information for cost quotations submitted by AMc for approval by the NRA for art concepts, design layout, photography, and film processing, copywriting, music composition and arrangement, audio and video production and any other "Advertising/Creative/Media Planning and Placement Services" performed by AMc pursuant to II.B.3 of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 96:**

All documents and communications referring or relating to backup information for and procedures to determine cost quotations for "2018 FSP Media C4," pursuant to II.B.3 of the Services Agreement, whether or not submitted by AMc for approval by the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 97:**

Produce all D&O liability insurance, professional liability insurance, and any other insurance policies or indemnity contracts and agreements that refer or relate to services provided by AMc to the NRA or any other AMc clients.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 98:**

All prior drafts of the letters sent on April 22, 2019 by William Winkler to (i) Wayne LaPierre entitled, "RE: Clothing purchases by Ackerman McQueen (AMc) on your behalf"; (ii) Tyler Schropp entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)"; and (iii) Craig Spray entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 99:**

All documents and communications referring or relating to AMc's identification of the target NRATV consumer, including but not limited to any studies, focus groups, presentations, surveys, reports on demographics, or target content for programing, whether performed or conducted by AMc or any third-party.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 100:**

All documents and communications referring or relating to any valuation of NRATV, the NRATV brand, or the valuations of parts of NRATV (e.g., NRATV TV shows) or NRATV brand, including but not limited to, any analyses regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 101:**

Documents concerning the performance, significance, and/or importance of the live broadcasting portion of NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 102:**

Documents concerning the meaning or definition of "engaged views" and "completed views," as outlined on slide labeled "Valuation Methodology To Calculate Duration" (Bates No. AMC-002741-002771) and whether the definition or meaning for "engaged views" and "completed views" can be applied to the broader document (Bates No. AMC-002741-002771) or not.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 103:**

Documents concerning how you determined "4.89MM Completed Views" and "9.30MM Engaged Views" as outlined on slide labeled "NRATV vs. NRA News 1 Year Comparison" | Oct – Sept" (Bates No. AMC-002741-002771).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 104:**

All documents and communications referring or relating to measures of "engagement," defined as the percentage of the available content that was consumed by customers, including third party studies and proprietary data collected, as well as any other similar measures of customer engagement that AMc measured.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 105:**

All documents and communications referring or relating to AMc's "Unified Data Source" outline in the graphic below and that was presented to the NRA (*see* Bates No. AMC-002741-002771) including but not limited to data used to analyze the "Unified Data Source".

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 106:**

All documents and communications referring or relating to concerning viewpoints, perceptions, evaluations, and/or beliefs concerning NRATV communicated by the NRA to AMc, including but not limited to, documents AMc contends evince "praise," "support," "approval," or any other type of positive affirmation for NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 107:**

All documents and communications referring or relating to any analyses or assessments of the actual or potential benefits or detriments of operating a live online broadcasting service in house versus alternative mediums for distributing live online broadcasting content.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 108:**

All documents and communications referring or relating to the employment, work, services, and activities of Tamara ("Tammy") Payne.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 109:**

All budgets and business plans for NRATV, whether in draft form or otherwise.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 110:**

All documents and communications referring or relating to key performance indicators ("KPIs") that Defendants used to measure the performance and success of NRATV, including but not limited to, documents concerning any decision-making process about which KPIs to use or which KPIs not to use-for what?

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 111:**

All documents and communications referring or relating to the raw data used to construct the following table on the slide labeled "NRATV Talent Valuation By Tv Show | Valuation By Duration" (Bates No. AMC-002772-002817), including but not limited to documents regarding the "media buying prices based on 60s Buys in Q2 and Q3."



NRATV TALENT VALUATION BY TV SHOW | VALUATION BY DURATION [ MASS MEDIA APPROACH ]

| PROGRAM | NETWORK | DURATION OF CONTENT (S) | ASSUMED VALUE PER SECOND[1] | VALUATION |
|---|---|---|---|---|
| Anderson Cooper 360 | CNN | 405 | $462.47 | $187,299.00 |
| CNN Townhall | CNN | 2,016 | $895.67 | $1,805,664.00 |
| Fox & Friends | Fox News | 5,795 | $359.40 | $1,274,665.34 |
| Fox News at Night | Fox News | 339 | $952.70 | $322,965.30 |
| Hannity | Fox News | 13,454 | $1,548.08 | $5,206,612.33 |
| Ingraham Angle | Fox News | 6,881 | $1,274.33 | $894,783.20 |
| Justice with Judge Jeanine | Fox News | 3,991 | $507.53 | $209,611.27 |
| Lou Dobbs Tonight | Fox Business | 1,637 | $49.54 | $18,354.47 |
| New Day | CNN | 1,004 | $127.13 | $127,641.87 |
| The Story with Martha MacCallum | Fox News | 335 | $146.93 | $49,222.67 |
| This Week with George Stephanopoulos | ABC | 673 | $1,000.00 | $673,000.00 |
| Tucker Carlson | Fox News | 5,967 | $1,478.14 | $3,729,407.80 |
| Fox and Friends Saturday | Fox News | 895 | $327.52 | $28,494.28 |
| Tucker Carlson | Fox News | 361 | $112.93 | $4,076.89 |
| GRAND TOTAL | | 43,753 | $332.13 (avg.) | $14,531,798.42 |

Note: Valuation includes only 10% credit if acknowledged as NRATV Representative but not speaking directly on 2A issues. [1] Derived from media buying prices based on 60s Buys in Q2 and Q3

January 1, 2018 to October 3, 2018

**RESPONSE:**

## REQUEST FOR PRODUCTION NO. 112

The raw data used to construct the slide labeled "Earned Media Valuation | Online Media Publications" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "$2,500/mention" and "3,973 Online Mentions" and documents and communications regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 113**

The raw data used to construct the slide labeled "Monetization – Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "Revenue – Digital Efforts", "Revenue – NRA Store", "Revenue – Phone Upsells" and documents and communications regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 114:**

The raw data for "Owned Digital Platforms", "Facebook", Youtube, Twitter, Instagram" that is noted as available on the left-hand side of following slide labeled "Appendix | Data Notes" (Bates No. AMC-002772-002817).



**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 115:**

The raw data for all listed information on the following slide labeled "NRATV Video Performance | YTD Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, "13.1MM completed views", "41.8MM engaged views, "206.0MM total views", "6.7MM reactions", "3.0MM shares" and "443k comments" and documents and communications concerning the same.



**RESPONSE:**

**REQUEST FOR PRODUCTION NO.116:**

For slide labeled, "YTD Q3 2018 Vs YTD Q3 2017" (Bates No. AMC-002772-002817), the raw data to support all information listed, including but not limited to "Completed Views", "Engaged Views", "Total Views" and "Engaged+, Non-YT Total Watch Duration (Min)," as well as all documents and communications regarding the same in the slide referenced below

YTD Q3 2018 VS YTD Q3 2017 [ AM APPROACH ]

| | YTD Q3 2018 | VARIANCE | YTD Q3 2017 |
|---|---|---|---|
| COMPLETED VIEWS | 13,121,613 | 87.0% ▲ | 7,016,477 |
| ENGAGED VIEWS | 41,756,339 | 80.2% ▲ | 23,167,226 |
| TOTAL VIEWS | 205,985,618 | 50.9% ▲ | 136,547,012 |
| ENGAGED+, NON-YT TOTAL WATCH DURATION (MIN) | 59,750,689 | 96.2% ▲ | 30,448,712 |

January 1, 2017 to October 3, 2017 vs. January 1, 2018 to October 3, 2018

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 117:**

For slide labeled "Valuation Overview" (Bates No. AMC-002772-002817) below, the raw data to support all information listed, including but not limited to, "Total Watch Duration (Sec)", "Value Per Second Watched (Sec)", the regression analysis referenced and the calculation of "$0.003/S*," as well as all communications and documents regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 118:**

All documents and communications referring or relating to the strategy and tactics, as well as the ultimate goals, for NRATV, that were developed prior to the launch of NRATV, including but not limited to documents describing the process for selecting the specific shows to be filmed, produced and televised on NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 119:**

Produce the rental contracts for Alexandria, VA and Oklahoma City, OK office properties, as well as any other office property rental contracts not produced to date.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 120:**

Produce the Commercial Sublease dated October 2, 2019, by and between AMc and Innate.ly/New Planet Technologies, Inc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 121:**

Produce all records of payments made on all leased properties where NRA activities were performed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 122:**

Produce justification / supporting documentation for allocation percentages applied on Exhibit 2 labeled, "Summary of Amounts Payable by AMc Related to Office Leases. Subsequent to the Termination of the Services Agreement," as referenced in the Jackson Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 123:**

Produce the "A-1 Freeman Moving & Storage invoice for $60,157" referenced in the Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 124:**

All documents and communications referring or relating to the development of the Carry Guard brand.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 125:**

All documents and communications referring or relating to the Carry Guard training platform.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 126:**

All documents and communications referring or relating to the Carry Guard media strategy.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 127:**

All documents and communications referring or relating to the Carry Guard customer acquisition and sales strategy.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 128:**

All documents and communications referring or relating to the performance management of the Carry Guard program.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 129:**

All presentation and reports delivered to the NRA regarding the Carry Guard program.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 130:**

All documents and communications referring or relating to data AMc maintained regarding celebrity brand awareness such as scores and social media following, including but not limited to, documents and data provided by third party reports such as Q Score.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 131:**

The NRA-account documents that AMc relied upon and performed to, by year, for the annual budget.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 132:**

Produce an organizational chart for AMc describing the owner relationships between legal entities in the corporate family of AMc, including but not limited to, ownership lines and percentages, all subsidiaries and corporate forms.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 133:**

Documents showing all personnel, including their titles, departments and salaries, employed by AMc at the end of each calendar year.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 134:**

All documents and communications referring or relating to the data from "AMc employment records" used to construct Exhibit 5 of the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 135:**

For each year from 2015 – 2019, documents or data that show the total number of hours spent on NRA account activities and the total number of hours spent on all activities at Ackerman McQueen for each employee listed in Exhibit 5 to the Jackson. Report details should be provided in excel or native format, or via username access to electronic records, such that NRA project details are available for all employee hours billed to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 136:**

All documents referring or relating to Vox Media, LLC journalist Dylan Matthews's 08/03/18 article entitled, "The National Rifle Association, America's most powerful lobby, claims it's in financial crisis. What?," including but not limited to, documents and communications concerning outlining steps taken by AMc, as agent of the NRA, to identify the "anonymous source at AMc" who provided the confidential information to Vox Media, LLC.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 137:**

All documents referred to in or relied on by the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 138:**

Documents that show the office locations and production studios operated in part or in whole for AMc's Branded News subsidiary.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 139:**

Documents that show the clients managed by AMc's Branded News subsidiary from 2000-2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 140:**

All documents referring or relating to, and including, communications between and among AMc and Dan Boren regarding the NRA, after January 1, 2016.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 141:**

All documents referring or relating to, and including, communications between and among AMc and David Lehman regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 142:**

All documents referring or relating to, and including, communications between and among AMc and Steven Hart regarding the NRA, after January 1, 2017.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 143:**

All documents referring or relating to, and including, communications between and among AMc and Chris Cox regarding the NRA, after January 1, 2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 144:**

All documents referring or relating to, and including, communications between and among AMc and Oliver North regarding the NRA, after January 1, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 145:**

All documents referring or relating to, and including, communications between and among AMc and Lance Olson regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 146:**

All documents referring or relating to, and including, communications between and among AMc and any NRA Board members regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 147:**

Documents that show Ackerman's gross revenue throughout 2012, 2013, 2014, 2015, 2016, 2017, 2018 and 2019, on a monthly basis.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 148:**

All documents and communications referring or relating to letters sent by William Winkler to Craig Spray, Wayne LaPierre and Tyler Schropp on April 22, 2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 149:**

Documents to show the services category attributable to invoices of A-E, as outlined in Section I of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 150:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, including AMc, in which Oliver North maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 151:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Revan McQueen maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 152:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Anthony Makris maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 153:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Nader Tavangar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 154:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Edmund Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 155:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Bill Powers maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 156:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Lacey Duffy-Cremer maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 157:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Melanie Montgomery maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 158:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Brandon Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 159:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which William Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 160:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Carl Warner maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 161:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Jesse Greenberg maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 162:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Henry Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 163:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Kyle Millar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 164:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which David Valinski maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 165:**

All documents referring or relating to the production and management of Shale.tv (http://shale.tv) by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 166:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for Shale.tv (http://shale.tv).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 167:**

All documents referring or relating to the production and management of OklaTravelNet.com by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 168:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for OklaTravelNet.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 169:**

All documents referring or relating to the production and management of EnergyNewsLive.com by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 170:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for EnergyNewsLive.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 171:**

All documents referring or relating to the production and management of "6FL," or Six Flags Live by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 172:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for "6FL," or Six Flags Live.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 173:**

All documents and communications referring or relating to any audits of or accounting of AMc services by any of its clients.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 174:**

All documents and communications referring or relating to AMc's loans, borrowings or other financial relationships.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 175:**

All documents and communications referring or relating to clothing stores where AMc maintains corporate accounts whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 176:**

All documents and communications referring or relating to makeup artists, including but not limited to makeup artists located in Nashville, TN, whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 177:**

All documents and communications referring or relating to any lawyers, accountants, and any other professional service firms whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 178:**

All documents and communications referring or relating to any restaurants, clubs, concierge services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 179:**

All documents and communications referring or relating to any and all limousine or chauffeur services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 180:**

All documents and communications referring or relating to any and all security services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 181:**

All documents and communications referring or relating to any and all philanthropic and not-for-profit entities in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 182:**

All documents and communications referring or relating to Youth for Tomorrow and the Women's Leadership Forum in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 183:**

All documents and communications referring or relating to travel and entertainment by Angus McQueen, Revan McQueen, Anthony Makris, Oliver North, Nadar Tavangar, Edmund Martin, William Powers, Lacey Duffey-Cremer, Melanie Montgomery, Brandon Winkler, William Winkler, Carl Warner, Jesse Greenberg, Henry Martin, Kyle Millar, and David Valinski that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 184:**

All documents and communications referring or relating to the identity of family members or extended family by third degree of separation that work for AMc currently and that worked for the NRA in any period in the past.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 185:**

All documents and communications referring or relating to any regular providers of food, drink, cigars, alcohol, and other substances obtained by AMc personnel that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 186:**

All documents and communications referring or relating to in any way to tangible or intangible assets obtained by AMc whose acquisition cost or maintenance costs were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 187:**

All documents and communications referring or relating to any communications with spokespeople whose services were obtained by AMc and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 188:**

All documents and communications referring or relating to any communications regarding fundraising activities organized by AMc, including but not limited to Anthony Makris, and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 189:**

All documents and communications referring or relating to other contracts for services obtained by AMc for the benefit of the NRA and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 190:**

All documents and communications related to annual audit and audit process of AMc's financial statements.

**RESPONSE:**

Dated: February 3, 2020

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/ Jason C. McKenney*

Michael J. Collins, Esq.
State Bar No. 00785493
mjc@brewerattorneys.com
Jason C. McKenney, Esq.
State Bar No. 24070245
jcm@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 3rd day of February 2020

*/s/ Jason C. McKenney*
Jason C. McKenney

# EXHIBIT 78

APP. 02201

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § | |
| | § | |
| **Plaintiff and Counter-Defendant** | § | |
| | § | |
| **and** | § | |
| | § | |
| **WAYNE LAPIERRE,** | § | |
| | § | |
| **Third-Party Defendant,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-02074-G** |
| | § | |
| **ACKERMAN MCQUEEN, INC.,** | § | |
| | § | |
| **Defendant and Counter-Plaintiff,** | § | |
| | § | |
| **and** | § | |
| | § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, and JESSE GREENBERG,** | § | |
| | § | |
| **Defendants.** | § | |

**PLAINTIFF'S SECOND SET OF REQUESTS**
**FOR PRODUCTION OF DOCUMENTS TO DEFENDANTS**

Plaintiff National Rifle Association (the "NRA"), by counsel, hereby propounds its Second Set of Requests for Production of Documents ("Requests") to Defendants Ackerman McQueen, Inc. ("Ackerman") and Mercury Group, Inc. ("Mercury") (collectively, "Defendants" or "AMc"). You are requested to respond to these Requests separately and fully, subject to the Instructions and Definitions set forth herein, and to produce the requested documents to the undersigned counsel for Plaintiff within thirty days (30) after service of these Requests.

## I.
## INSTRUCTIONS AND DEFINITIONS

The Instructions and Definitions set forth in Plaintiff's First Set of Requests for Production of Documents to Defendants, dated November 5, 2019, are incorporated as if repeated verbatim and fully set forth herein.

You are to produce the requested documents in the form(s) specified in Appendix A to these Requests.

For the avoidance of doubt, you are instructed to provide all documents responsive to our requests, which include:

- Responsive text messages sent or received from mobile phones provided to AMc employees for business use;
- Responsive text messages sent or received from any personal devices;
- Responsive electronic mail from personal email accounts.

## II.
## REQUEST FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 82:**

All files and books and records concerning matters covered under the Services Agreement dated April 30, 2017 (as amended May 6, 2018), as required under Section VIII.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 83:**

All documents and communications referring or relating to invoices or billing requests provided by Defendants to the NRA, including but not limited to, any and all backup documentation, substantiation, justification, and supporting documentation.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 84:**

All documents referring or relating to time records or time logs for all AMc employees who worked on the NRA account, including all data stored by AMc through third-party providers, including but not limited to, information contained on web-based project management software, Workamajig.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 85:**

All documents and communications referring or relating to the daily time records or time logs for all AMc employees who worked on the NRA account produced in response to Request No. 84 above, including specifically information to identify all project descriptions for each time record or time log, and categories of billable services as defined in Section I of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 86:**

All documents referring or relating to AMc company policies, including but not limited to employee handbooks, employee reference guides, and any other similar documents.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 87:**

All documents referring or relating to complaints about AMc, including but not limited to its services, officers, and executives from any sources.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 88:**

Documents to show a list of all AMc projects or services that were billed to the NRA as "Other Projects" as defined in Section II.E of the Services Agreement, including but not limited to, such "Other Projects" for which no specific agreement was made and for which AMc charged a fair market value price for the work performed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 89:**

All documents and communications referring or relating to backup, substantiation, support and justification relied on in assessing and determining the "fair market value" of the projects listed in response to Request No. 88 above.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 90:**

All documents and communications referring or relating to "Special Assignments" as defined in Section III.D of the Services Agreement that were billed to the NRA, and for which AMc determined could not be "reasonably be included under the monthly fee."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 91:**

For each "special assignment," provide all documents related to the special assignment, procedures related to the special assignment, and all backup information for the monthly fee that was approved or agreed upon

**RESPONSE**

**REQUEST FOR PRODUCTION NO.92:**

Documents which list all "Jobs", as defined in Section I.B. of the Services Agreement, that were billed to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 93:**

All documents and communications referring or relating to the fair market value work and cost estimates submitted for approval by NRA prior to the initiation of all "Jobs" that were billed to the NRA, as defined in Section I.B. of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 94:**

All documents and communications referring or relating to backup information for all "Media Planning and Placement Services," as defined in Section I.C. of the Services Agreement, concerning the NRA, including but not limited to documents to show AMc's work to verify broadcasts, insertions, displays, or other means used to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 95:**

All documents and communications referring or relating to backup information for cost quotations submitted by AMc for approval by the NRA for art concepts, design layout, photography, and film processing, copywriting, music composition and arrangement, audio and video production and any other "Advertising/Creative/Media Planning and Placement Services" performed by AMc pursuant to II.B.3 of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 96:**

All documents and communications referring or relating to backup information for and procedures to determine cost quotations for "2018 FSP Media C4," pursuant to II.B.3 of the Services Agreement, whether or not submitted by AMc for approval by the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 97:**

Produce all D&O liability insurance, professional liability insurance, and any other insurance policies or indemnity contracts and agreements that refer or relate to services provided by AMc to the NRA or any other AMc clients.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 98:**

All prior drafts of the letters sent on April 22, 2019 by William Winkler to (i) Wayne LaPierre entitled, "RE: Clothing purchases by Ackerman McQueen (AMc) on your behalf"; (ii) Tyler Schropp entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)"; and (iii) Craig Spray entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)."

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 99:**

All documents and communications referring or relating to AMc's identification of the target NRATV consumer, including but not limited to any studies, focus groups, presentations, surveys, reports on demographics, or target content for programing, whether performed or conducted by AMc or any third-party.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 100:**

All documents and communications referring or relating to any valuation of NRATV, the NRATV brand, or the valuations of parts of NRATV (e.g., NRATV TV shows) or NRATV brand, including but not limited to, any analyses regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 101:**

Documents concerning the performance, significance, and/or importance of the live broadcasting portion of NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 102:**

Documents concerning the meaning or definition of "engaged views" and "completed views," as outlined on slide labeled "Valuation Methodology To Calculate Duration" (Bates No. AMC-002741-002771) and whether the definition or meaning for "engaged views" and "completed views" can be applied to the broader document (Bates No. AMC-002741-002771) or not.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 103:**

Documents concerning how you determined "4.89MM Completed Views" and "9.30MM Engaged Views" as outlined on slide labeled "NRATV vs. NRA News 1 Year Comparison" | Oct – Sept" (Bates No. AMC-002741-002771).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 104:**

All documents and communications referring or relating to measures of "engagement," defined as the percentage of the available content that was consumed by customers, including third party studies and proprietary data collected, as well as any other similar measures of customer engagement that AMc measured.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 105:**

All documents and communications referring or relating to AMc's "Unified Data Source" outline in the graphic below and that was presented to the NRA (*see* Bates No. AMC-002741-002771) including but not limited to data used to analyze the "Unified Data Source".

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 106:**

All documents and communications referring or relating to concerning viewpoints, perceptions, evaluations, and/or beliefs concerning NRATV communicated by the NRA to AMc, including but not limited to, documents AMc contends evince "praise," "support," "approval," or any other type of positive affirmation for NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 107:**

All documents and communications referring or relating to any analyses or assessments of the actual or potential benefits or detriments of operating a live online broadcasting service in house versus alternative mediums for distributing live online broadcasting content.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 108:**

All documents and communications referring or relating to the employment, work, services, and activities of Tamara ("Tammy") Payne.

**RESPONSE:**

**<u>REQUEST FOR PRODUCTION NO. 109:</u>**

All budgets and business plans for NRATV, whether in draft form or otherwise.

**<u>RESPONSE:</u>**

**<u>REQUEST FOR PRODUCTION NO. 110:</u>**

All documents and communications referring or relating to key performance indicators ("KPIs") that Defendants used to measure the performance and success of NRATV, including but not limited to, documents concerning any decision-making process about which KPIs to use or which KPIs not to use-for what?

**<u>RESPONSE:</u>**

**<u>REQUEST FOR PRODUCTION NO. 111:</u>**

All documents and communications referring or relating to the raw data used to construct the following table on the slide labeled "NRATV Talent Valuation By Tv Show | Valuation By Duration" (Bates No. AMC-002772-002817), including but not limited to documents regarding the "media buying prices based on 60s Buys in Q2 and Q3."



NRATV TALENT VALUATION BY TV SHOW | VALUATION BY DURATION [ MASS MEDIA APPROACH ]

| PROGRAM | NETWORK | DURATION OF CONTENT (S) | ASSUMED VALUE PER SECOND[1] | VALUATION |
|---|---|---|---|---|
| Anderson Cooper 360 | CNN | 405 | $462.47 | $187,299.00 |
| CNN Townhall | CNN | 2,016 | $895.67 | $1,805,664.00 |
| Fox & Friends | Fox News | 5,795 | $359.40 | $1,274,665.34 |
| Fox News at Night | Fox News | 339 | $952.70 | $322,965.30 |
| Hannity | Fox News | 13,454 | $1,548.08 | $5,206,612.33 |
| Ingraham Angle | Fox News | 6,881 | $1,274.33 | $894,783.20 |
| Justice with Judge Jeanine | Fox News | 3,991 | $507.53 | $209,611.27 |
| Lou Dobbs Tonight | Fox Business | 1,637 | $49.54 | $18,354.47 |
| New Day | CNN | 1,004 | $127.13 | $127,641.87 |
| The Story with Martha MacCallum | Fox News | 335 | $146.93 | $49,222.67 |
| This Week with George Stephanopoulos | ABC | 673 | $1,000.00 | $673,000.00 |
| Tucker Carlson | Fox News | 5,967 | $1,478.14 | $3,729,407.80 |
| Fox and Friends Saturday | Fox News | 895 | $327.52 | $28,494.28 |
| Tucker Carlson | Fox News | 361 | $112.93 | $4,076.89 |
| GRAND TOTAL | | 43,753 | $332.13 (avg.) | $14,531,798.42 |

Note: Valuation includes only 10% credit if acknowledged as NRATV Representative but not speaking directly on 2A issues. [1]Derived from media buying prices based on 60s Buys in Q2 and Q3

January 1, 2018 to October 3, 2018

HIGHLY CONFIDENTIAL

**<u>RESPONSE:</u>**

**<u>REQUEST FOR PRODUCTION NO. 112</u>**

The raw data used to construct the slide labeled "Earned Media Valuation | Online Media Publications" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "$2,500/mention" and "3,973 Online Mentions" and documents and communications regarding the same.

**<u>RESPONSE:</u>**

**REQUEST FOR PRODUCTION NO. 113**

The raw data used to construct the slide labeled "Monetization – Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "Revenue – Digital Efforts", "Revenue – NRA Store", "Revenue – Phone Upsells" and documents and communications regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 114:**

The raw data for "Owned Digital Platforms", "Facebook", Youtube, Twitter, Instagram" that is noted as available on the left-hand side of following slide labeled "Appendix | Data Notes" (Bates No. AMC-002772-002817).



**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 115:**

The raw data for all listed information on the following slide labeled "NRATV Video Performance | YTD Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, "13.1MM completed views", "41.8MM engaged views, "206.0MM total views", "6.7MM reactions", "3.0MM shares" and "443k comments" and documents and communications concerning the same.



**RESPONSE:**

**REQUEST FOR PRODUCTION NO.116:**

For slide labeled, "YTD Q3 2018 Vs YTD Q3 2017" (Bates No. AMC-002772-002817), the raw data to support all information listed, including but not limited to "Completed Views", "Engaged Views", "Total Views" and "Engaged+, Non-YT Total Watch Duration (Min)," as well as all documents and communications regarding the same in the slide referenced below

YTD Q3 2018 VS YTD Q3 2017 [ AM APPROACH ]

| | YTD Q3 2018 | VARIANCE | YTD Q3 2017 |
|---|---|---|---|
| COMPLETED VIEWS | 13,121,613 | 87.0% ▲ | 7,016,477 |
| ENGAGED VIEWS | 41,756,339 | 80.2% ▲ | 23,167,226 |
| TOTAL VIEWS | 205,985,618 | 50.9% ▲ | 136,547,012 |
| ENGAGED+, NON-YT TOTAL WATCH DURATION (MIN) | 59,750,689 | 96.2% ▲ | 30,448,712 |

January 1, 2017 to October 3, 2017 vs. January 1, 2018 to October 3, 2018

HIGHLY CONFIDENTIAL AMc 002777

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 117:**

For slide labeled "Valuation Overview" (Bates No. AMC-002772-002817) below, the raw data to support all information listed, including but not limited to, "Total Watch Duration (Sec)", "Value Per Second Watched (Sec)", the regression analysis referenced and the calculation of "$0.003/S*," as well as all communications and documents regarding the same.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 118:**

All documents and communications referring or relating to the strategy and tactics, as well as the ultimate goals, for NRATV, that were developed prior to the launch of NRATV, including but not limited to documents describing the process for selecting the specific shows to be filmed, produced and televised on NRATV.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 119:**

Produce the rental contracts for Alexandria, VA and Oklahoma City, OK office properties, as well as any other office property rental contracts not produced to date.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 120:**

Produce the Commercial Sublease dated October 2, 2019, by and between AMc and Innate.ly/New Planet Technologies, Inc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 121:**

Produce all records of payments made on all leased properties where NRA activities were performed.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 122:**

Produce justification / supporting documentation for allocation percentages applied on Exhibit 2 labeled, "Summary of Amounts Payable by AMc Related to Office Leases. Subsequent to the Termination of the Services Agreement," as referenced in the Jackson Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 123:**

Produce the "A-1 Freeman Moving & Storage invoice for $60,157" referenced in the Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 124:**

All documents and communications referring or relating to the development of the Carry Guard brand.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 125:**

All documents and communications referring or relating to the Carry Guard training platform.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 126:**

All documents and communications referring or relating to the Carry Guard media strategy.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 127:**

All documents and communications referring or relating to the Carry Guard customer acquisition and sales strategy.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 128:**

All documents and communications referring or relating to the performance management of the Carry Guard program.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 129:**

All presentation and reports delivered to the NRA regarding the Carry Guard program.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 130:**

All documents and communications referring or relating to data AMc maintained regarding celebrity brand awareness such as scores and social media following, including but not limited to, documents and data provided by third party reports such as Q Score.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 131:**

The NRA-account documents that AMc relied upon and performed to, by year, for the annual budget.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 132:**

Produce an organizational chart for AMc describing the owner relationships between legal entities in the corporate family of AMc, including but not limited to, ownership lines and percentages, all subsidiaries and corporate forms.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 133:**

Documents showing all personnel, including their titles, departments and salaries, employed by AMc at the end of each calendar year.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 134:**

All documents and communications referring or relating to the data from "AMc employment records" used to construct Exhibit 5 of the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 135:**

For each year from 2015 – 2019, documents or data that show the total number of hours spent on NRA account activities and the total number of hours spent on all activities at Ackerman McQueen for each employee listed in Exhibit 5 to the Jackson. Report details should be provided in excel or native format, or via username access to electronic records, such that NRA project details are available for all employee hours billed to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 136:**

All documents referring or relating to Vox Media, LLC journalist Dylan Matthews's 08/03/18 article entitled, "The National Rifle Association, America's most powerful lobby, claims it's in financial crisis. What?," including but not limited to, documents and communications concerning outlining steps taken by AMc, as agent of the NRA, to identify the "anonymous source at AMc" who provided the confidential information to Vox Media, LLC.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 137:**

All documents referred to in or relied on by the "Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 138:**

Documents that show the office locations and production studios operated in part or in whole for AMc's Branded News subsidiary.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 139:**

Documents that show the clients managed by AMc's Branded News subsidiary from 2000-2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 140:**

All documents referring or relating to, and including, communications between and among AMc and Dan Boren regarding the NRA, after January 1, 2016.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 141:**

All documents referring or relating to, and including, communications between and among AMc and David Lehman regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 142:**

All documents referring or relating to, and including, communications between and among AMc and Steven Hart regarding the NRA, after January 1, 2017.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 143:**

All documents referring or relating to, and including, communications between and among AMc and Chris Cox regarding the NRA, after January 1, 2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 144:**

All documents referring or relating to, and including, communications between and among AMc and Oliver North regarding the NRA, after January 1, 2018.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 145:**

All documents referring or relating to, and including, communications between and among AMc and Lance Olson regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 146:**

All documents referring or relating to, and including, communications between and among AMc and any NRA Board members regarding the NRA, after January 1, 2015.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 147:**

Documents that show Ackerman's gross revenue throughout 2012, 2013, 2014, 2015, 2016, 2017, 2018 and 2019, on a monthly basis.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 148:**

All documents and communications referring or relating to letters sent by William Winkler to Craig Spray, Wayne LaPierre and Tyler Schropp on April 22, 2019.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 149:**

Documents to show the services category attributable to invoices of A-E, as outlined in Section I of the Services Agreement.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 150:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, including AMc, in which Oliver North maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 151:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Revan McQueen maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 152:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Anthony Makris maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 153:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Nader Tavangar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 154:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Edmund Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 155:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Bill Powers maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 156:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Lacey Duffy-Cremer maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 157:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Melanie Montgomery maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 158:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Brandon Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 159:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which William Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 160:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Carl Warner maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 161:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Jesse Greenberg maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 162:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Henry Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 163:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Kyle Millar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 164:**

All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which David Valinski maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 165:**

All documents referring or relating to the production and management of Shale.tv (http://shale.tv) by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 166:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for Shale.tv (http://shale.tv).

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 167:**

All documents referring or relating to the production and management of OklaTravelNet.com by AMc.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 168:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for OklaTravelNet.com.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 169:**

All documents referring or relating to the production and management of EnergyNewsLive.com by AMc.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 170:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for EnergyNewsLive.com.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 171:**

All documents referring or relating to the production and management of "6FL," or Six Flags Live by AMc.

**RESPONSE:**


**REQUEST FOR PRODUCTION NO. 172:**

All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for "6FL," or Six Flags Live.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 173:**

All documents and communications referring or relating to any audits of or accounting of AMc services by any of its clients.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 174:**

All documents and communications referring or relating to AMc's loans, borrowings or other financial relationships.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 175:**

All documents and communications referring or relating to clothing stores where AMc maintains corporate accounts whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 176:**

All documents and communications referring or relating to makeup artists, including but not limited to makeup artists located in Nashville, TN, whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 177:**

All documents and communications referring or relating to any lawyers, accountants, and any other professional service firms whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 178:**

All documents and communications referring or relating to any restaurants, clubs, concierge services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 179:**

All documents and communications referring or relating to any and all limousine or chauffeur services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 180:**

All documents and communications referring or relating to any and all security services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 181:**

All documents and communications referring or relating to any and all philanthropic and not-for-profit entities in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 182:**

All documents and communications referring or relating to Youth for Tomorrow and the Women's Leadership Forum in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 183:**

All documents and communications referring or relating to travel and entertainment by Angus McQueen, Revan McQueen, Anthony Makris, Oliver North, Nadar Tavangar, Edmund Martin, William Powers, Lacey Duffey-Cremer, Melanie Montgomery, Brandon Winkler, William Winkler, Carl Warner, Jesse Greenberg, Henry Martin, Kyle Millar, and David Valinski that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 184:**

All documents and communications referring or relating to the identity of family members or extended family by third degree of separation that work for AMc currently and that worked for the NRA in any period in the past.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 185:**

All documents and communications referring or relating to any regular providers of food, drink, cigars, alcohol, and other substances obtained by AMc personnel that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 186:**

All documents and communications referring or relating to in any way to tangible or intangible assets obtained by AMc whose acquisition cost or maintenance costs were billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 187:**

All documents and communications referring or relating to any communications with spokespeople whose services were obtained by AMc and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 188:**

All documents and communications referring or relating to any communications regarding fundraising activities organized by AMc, including but not limited to Anthony Makris, and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 189:**

All documents and communications referring or relating to other contracts for services obtained by AMc for the benefit of the NRA and billed, directly or indirectly, to the NRA.

**RESPONSE:**

**REQUEST FOR PRODUCTION NO. 190:**

All documents and communications related to annual audit and audit process of AMc's financial statements.

**RESPONSE:**

Original Date: February 3, 2020
Revised Date: February 25, 2020

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/ Jason C. McKenney*
Michael J. Collins, Esq.
State Bar No. 00785493
mjc@brewerattorneys.com
Jason C. McKenney, Esq.
State Bar No. 24070245
jcm@brewerattorneys.com
1717 Main Street, Suite 5900
Dallas, Texas 75201
Telephone: (214) 653-4000
Facsimile: (214) 653-1015

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 25th day of February 2020

*/s/ Jason C. McKenney*
Jason C. McKenney

# EXHIBIT 79

APP. 02241

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § | |
| **Plaintiff and Counter-Defendant,** | § | |
| **and** | § | |
| **WAYNE LAPIERRE,** | § | |
| **Third-Party Defendant,** | § | |
| **v.** | § | **Case No. 3:19-cv-02074-G** |
| **ACKERMAN MCQUEEN, INC.,** | § | |
| **Defendant and Counter-Plaintiff,** | § | |
| **and** | § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, MELANIE MONTGOMERY, AND JESSE GREENBERG,** | § | |
| **Defendants.** | § | |

**DEFENDANTS' OBJECTIONS AND RESPONSES TO PLAINTIFF'S <u>SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS</u>**

TO: Plaintiff National Rifle Association of America by and through their attorneys of record, Michael J. Collins, Brewer Attorneys and Counselors, 1717 Main Street, Suite 5900, Dallas, Texas 75201

Defendants Ackerman McQueen, Inc. and Mercury Group, Inc. (collectively, "***Defendants***") by and through their undersigned counsel submit their responses and objections to Plaintiff National Rifle Association's (the "***NRA***"), Second Set of Requests for Production of Documents.

## GENERAL OBJECTIONS

As an objection to each of the Requests for Production of Documents by Plaintiff, Defendants assert the following objections:

1.      Defendants' objections are made without waiving or intending to waive, but on the contrary, intending to preserve and preserving:

   a.   All questions as to competency, relevancy, materiality, privilege and admissibility as evidence for any purpose of the answers or responses or subject matter thereof, in any subsequent proceedings in, or the trial of, this or any other action;

   b.   The right to object on any ground to the use of said answers or responses or the subject matter thereof, in any subsequent proceeding and in the trial of this or any other action; and

   c.   The right to object on any ground at any time to other discovery requests or other discovery procedures involving or relating to the subject of these discovery requests.

2.      Defendants object to each and every definition, instruction, and request for production to the extent that it purports to impose any requirement or discovery obligation upon Defendants other than those set forth in the FEDERAL RULES OF CIVIL PROCEDURE, any applicable local rule of the Northern District of Texas, or any other applicable statute, rule, or common-law principle.  Defendants further object to the terms "AMc" as overly broad and unduly burdensome. The inclusion of "agents," "contractors," and "others acting on their behalf" makes the request overbroad and would require Defendants to seek documents outside its possession, custody or control.  Accordingly, Defendants' responses to the Requests will define the terms "AMc" to mean Defendant Ackerman McQueen, Inc., Mercury Group, Inc., and any of their officers, directors, or employees.

3.      Defendants object to the Requests to the extent that they seek a response, information, or documents based upon information not in the possession, custody, or control of Defendants.

4.      Defendants object to each Request that is vague, ambiguous, overbroad and unduly burdensome, or seeks information neither relevant to the claim or defense of any party nor reasonably calculated to lead to the discovery of admissible evidence.

5.      Defendants object to each and every definition, instruction, and request for production to the extent it seeks information protected by the attorney-client privilege, the work-product doctrine, the common-interest defense doctrine, or any other evidentiary privilege available under applicable law. The inadvertent disclosure of any information subject to such privileges and protections is not intended to relinquish any privilege or protection and shall not be deemed to be a waiver of any applicable privilege or protection.

6. Defendants object to each Request that seeks to ascribe meanings to words that are beyond or different from their ordinary and commonly understood meanings. Defendants do not agree to be bound by any of the requirements of any Request that extend(s) beyond, among other boundaries and limitations, the ordinary and commonly understood meanings of words or terms or the FEDERAL RULES OF CIVIL PROCEDURE, as applicable.

7. Defendants object to each Request that seeks the production of confidential, sensitive, trade secret, or proprietary business or financial documents, information, or data of Defendants, its clients, or its affiliates ("confidential documents"). To the extent any such confidential documents are responsive to any Request and are non-privileged, Defendants object to production of such documents except pursuant to an agreement among counsel or entered by the Court to restrict the use of such information or documents and to maintain their confidentiality, unless otherwise objectionable.

8. Defendants object to each Requests that seeks disclosure of documents from January 1, 2015 to present as overly broad and unduly burdensome. Unless specifically set forth below, Defendants will produce responsive non-privileged documents from January 1, 2018 to the commencement of this lawsuit.

9. Defendants object to the Requests on the grounds that they seek to impose obligations not imposed by law and subject Defendants to unreasonable burden and expense, including, but not limited to, organizing and labeling the documents to correspond with the numbered Requests to which they are responsive.

10. Defendants object to each Request as overly broad and unduly burdensome to the extent that it seeks "All Documents" and/or "All Communications" relating to a given subject matter. Such Request is improper under Federal Rule of Civil Procedure 34 and contrary to the proportionality mandate in Federal Rule of Civil Procedure 26(b)(1). *See Nerium SkinCare, Inc. v. Olson*, No. 3:16-cv-1217-B, 2017 U.S. Dist. LEXIS 7986, at *22-23 (N.D. Tex. Jan. 20, 2017) (finding request for "all documents" overbroad and ultimately narrowing the scope); *Gondola v. USMD PPM, LLC*, 223 F. Supp. 3d 575, 586 (N.D. Tex. 2016) (sustaining objection that "all documents" interrogatory was an overbroad "blockbuster interrogatory"); *TWP Dev., LLP v. 1-8—Flowers.Com, Inc.*, No. 2:11-CV-248-JRG-RSP, 2013 U.S. Dist. LEXIS 101781 (E.D. Tex. Jul. 19, 2013) (denying motion to compel concerning request for "all documents" relating to a particular topic). Defendants will make a diligent, good faith search of files identified as most likely to contain documents responsive to the Requests and will produce responsive, non-privileged discovery material located in connection therewith. If any discovery material is inadvertently overlooked in the course of such search, such discovery material will be produced when located, subject to the objections set forth herein.

11. Discovery in this lawsuit is still in its early stages. Defendants will respond to these Requests based on its current knowledge, information, belief, and diligent investigation. It is possible that further investigation, discovery, analysis, legal research and/or preparation may result in the discovery of additional information or documentation, or provide additional meaning to known information or documentation, or establish additional or new factual conclusions or legal contentions, all of which may result in the modification of these responses and objections. Accordingly, Defendants reserve the right, but do not assume the obligation, to modify their

responses and objections, based upon subsequently ascertained or developed information, documentation, facts and/or contentions. Defendants reserve the right to supplement these responses if additional relevant information is obtained.

12. These Objections are incorporated by reference into each of the Specific Objections set forth below. The articulation of Specific Objections is not intended to be, and shall not be deemed to be, a waiver of these Objections. The articulation of neither these Objections nor the Specific Objections is not intended to be, and shall not be deemed to be, a waiver of any other general or specific objections either made in this document or that may be asserted in the future.

13. In addition, in responding to the Requests, Defendants do not concede the import of any misleading statement, false premise, inaccurate assumption, or mischaracterization of facts. Defendants' responses do not constitute an admission that any facts or allegations made in the requests are true.

Subject to and without waiving these Objections, Defendants respond as follows:

**RESPONSES TO REQUESTS FOR PRODUCTION**

**REQUEST FOR PRODUCTION NO. 82:** All files and books and records concerning matters covered under the Services Agreement dated April 30, 2017 (as amended May 6, 2018), as required under Section VIII.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The Request, as constructed, appears to request any file, book, or record, relating to the NRA. This alone could potentially implicate large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. But the use of the phrase "concerning" makes the request even less manageable. Including the phrase "as required under Section VIII" further complicates and confuses the request because this clause simply authorizes examinations and thus fails to impose a reasonable limitation on the request. Moreover, Section VIII does not require the production of any documents, so it cannot be used as a justification for a document production request. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiff has already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action which provide documents concerning and relating to the Services Agreement.

**REQUEST FOR PRODUCTION NO. 83:** All documents and communications referring or relating to invoices or billing requests provided by Defendants to the NRA, including but not limited to, any and all backup documentation, substantiation, justification, and supporting

documentation.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "[a]ll documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. While certain non-privileged communications and related documentation may be within the scope of discovery, the request as constructed, is flawed. Additionally, to the extent that this request seeks documents already "provided by Defendants to the NRA," it is objectionable on the grounds that the information is already in the NRA's possession. Defendants further object that this request is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, and 25 and refer Plaintiff to Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 84:** All documents referring or relating to time records or time logs for all AMc employees who worked on the NRA account, including all data stored by AMc through third-party providers, including but not limited to, information contained on web-based project management software, Workamajig.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendant further objects because it has already produced "time records or time logs for all AMc employees who worked on the NRA account" in the Virginia Action.[1] These include a 717-page print out via Workamajig software that contains the time records and over 10,000 pages in time sheets, and this information has not changed The phrase "all data stored by AMc through third-party providers" is also overly broad for the reasons set forth in Defendants' Motion to Quash Third Party Subpoena on Workamajig.

[1] *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*, Civil Case No. CL19001757, pending in the Circuit Court for the City of Alexandria, Virginia (filed on April 12, 2019); *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*, Civil Case No. CL19002067, pending in the Circuit Court for the City of Alexandria, Virginia (filed on May 22, 2019); *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*, Civil Case No. CL19002886, pending in the Circuit Court for the City of Alexandria, Virginia (filed on September 5, 2019) (collectively the "***Virginia Action***").

**REQUEST FOR PRODUCTION NO. 85:** All documents and communications referring or relating to the daily time records or time logs for all AMc employees who worked on the NRA account produced in response to Request No. 84 above, including specifically information to identify all project descriptions for each time record or time log, and categories of billable services as defined in Section I of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendant further objects because it has already produced "time records or time logs for all AMc employees who worked on the NRA account" in the Virginia Action. These include a 717-page print out via Workamajig software that contains the time records and over 10,000 pages in time sheets. Defendants further object because the final clause of the request, which begins with "specifically information to identify…," appears to attempt to impose on AMc document-collection and/or document-creation obligations not required under the Rules.

**REQUEST FOR PRODUCTION NO. 86:** All documents referring or relating to AMc company policies, including but not limited to employee handbooks, employee reference guides, and any other similar documents.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants further object to this Request because the documents explicitly requested are not relevant to the subject matter of the lawsuit. The request is designed to harass the Defendants and fish into other areas to oppress the Defendant, and further, appears to be an attempt by the Brewer Firm to gain access to proprietary data of the Defendants about their work and is not related to any valid issue in this litigation. Defendants are prepared to meet and confer to receive any rationale for why these requested documents should be produced in this case. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 20.

**REQUEST FOR PRODUCTION NO. 87:** All documents referring or relating to complaints about AMc, including but not limited to its services, officers, and executives from any sources.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrases "All documents referring or relating" and "any sources" in this context lack any kind of reasonable limitation. Moreover, the term "complaints" is vague and therefore needs additional clarification. The request is designed solely to harass the Defendants and fish into other areas solely to oppress the Defendant. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 59.

**REQUEST FOR PRODUCTION NO. 88:** Documents to show a list of all AMc projects or services that were billed to the NRA as "Other Projects" as defined in Section II.E of the Services Agreement, including but not limited to, such "Other Projects" for which no specific agreement was made and for which AMc charged a fair market value price for the work performed.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants further object because the phrase "Documents to show a list" appears to attempt to impose on AMc document-collection and/or document-creation obligations not required under the Rules. Defendants do not need to produce documents that do not exist. Defendants further object because it is unclear what information the NRA wants on the "list" that it is requesting.

**REQUEST FOR PRODUCTION NO. 89:** All documents and communications referring or relating to backup, substantiation, support and justification relied on in assessing and determining the "fair market value" of the projects listed in response to Request No. 88 above.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect.

Defendants further object to this because it relies on the creation of a "list" which is not appropriate through this discovery tool.  Defendants further object because it inaccurately assumes certain steps in relation to fair market value determinations.   Since Defendants object to the creation of a list in response to No. 88, it follows that there are no documents to back up that list.   Defendants further object to this Request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, 25, and 83, and refer Plaintiff to Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 90:** All documents and communications referring or relating to "Special Assignments" as defined in Section III.D of the Services Agreement that were billed to the NRA, and for which AMc determined could not be "reasonably be included under the monthly fee."

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect. Defendants have already produced many documents that relate to "Special Assignments" and many more such documents were provided to the NRA during the parties' contractual period.   Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, 25, and 83.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 91:** For each "special assignment," provide all documents related to the special assignment, procedures related to the special assignment, and all backup information for the monthly fee that was approved or agreed upon

**RESPONSE:**

Defendants incorporate by reference the response to No. 90.   Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.   The terms "procedures" and "backup information" are unclear in this context.   Defendants further object because the Request contains factual assumptions of "approved or agreed upon" are contradicted

by the Services Agreement clause upon which the Request relies.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action which provide many documents concerning and relating to special assignments.  Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, 25, and 83.

**REQUEST FOR PRODUCTION NO. 92:** Documents which list all "Jobs", as defined in Section

I.B. of the Services Agreement, that were billed to the NRA.

   **RESPONSE:**

   Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect.  Defendants further object to the request for a "list" to the extent that it attempts to impose on AMc document-collection and/or document-creation obligations not required under the Rules.

   Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist.  However, Defendants note that they are not presently aware of any document that lists all "Jobs" defined in section I.B of the Services Agreement.

**REQUEST FOR PRODUCTION NO. 93:** All documents and communications referring or

relating to the fair market value work and cost estimates submitted for approval by NRA prior to

the initiation of all "Jobs" that were billed to the NRA, as defined in Section I.B. of the Services

Agreement.

   **RESPONSE:**

   Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

   The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to collect.  Defendants further object because it inaccurately assumes certain steps in relation to fair market value determinations.  Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request

for Production 17, 21-26, and 83.Defendants note that they are not presently aware of any written or electronic documentation that was submitted for approval prior to the initiation of all "Jobs" billed to the NRA. It is believed that each job was handled separately.

**REQUEST FOR PRODUCTION NO. 94:** All documents and communications referring or relating to backup information for all "Media Planning and Placement Services," as defined in Section I.C. of the Services Agreement, concerning the NRA, including but not limited to documents to show AMc's work to verify broadcasts, insertions, displays, or other means used to ensure proper fulfillment of all media purchases made by AMc on NRA's behalf.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this Request because it seeks "documents to show" which is not appropriate through this discovery tool. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery, and which were previously provided during the contractual period. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action which provide documents concerning and relating to the Services Agreement. Moreover, Defendants have allowed Plaintiff's audit firm FRA to examine the media purchases, and the documents produced to FRA have already been provided in discovery.

**REQUEST FOR PRODUCTION NO. 95:** All documents and communications referring or relating to backup information for cost quotations submitted by AMc for approval by the NRA for art concepts, design layout, photography, and film processing, copywriting, music composition and arrangement, audio and video production and any other "Advertising/Creative/Media Planning and Placement Services" performed by AMc pursuant to II.B.3 of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not

reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, and 83. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to the Services Agreement. In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to film processing, music composition, etc., but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information. The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will supplement their prior document production with non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 96:** All documents and communications referring or relating to backup information for and procedures to determine cost quotations for "2018 FSP Media C4," pursuant to II.B.3 of the Services Agreement, whether or not submitted by AMc for approval by the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "backup information" is unclear in this context and appears to rely on inaccurate assumptions about AMc operations. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 17, 21, 25, and 83. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to the Services Agreement. In

addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to film processing, music composition, etc., but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information.  The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 97:** Produce all D&O liability insurance, professional liability insurance, and any other insurance policies or indemnity contracts and agreements that refer or relate to services provided by AMc to the NRA or any other AMc clients.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "refer or relate to services" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because AMc's agreements with other clients, and documents related to such agreements are not relevant to the case.  Releasing such documents to anyone associated with the Brewer Firm would jeopardize AMc's business interests and relationships by providing documents to a competitor. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 79.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce any applicable insuring agreement related to the above-captioned litigation.

**REQUEST FOR PRODUCTION NO. 98:** All prior drafts of the letters sent on April 22, 2019 by William Winkler to (i) Wayne LaPierre entitled, "RE: Clothing purchases by Ackerman McQueen (AMc) on your behalf"; (ii) Tyler Schropp entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)"; and (iii) Craig Spray entitled, "RE: Documentation of expenses incurred by Ackerman McQueen (AMc) and billed to the National Rifle Association (NRA)."

**RESPONSE:**

Defendants object to this Request because it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure. Defendants further object to this request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 62.

**REQUEST FOR PRODUCTION NO. 99:** All documents and communications referring or relating to AMc's identification of the target NRATV consumer, including but not limited to any studies, focus groups, presentations, surveys, reports on demographics, or target content for programing, whether performed or conducted by AMc or any third-party.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendant further objects because the phrase "identification of the target NRATV consumer" is unclear in the Request.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 100:** All documents and communications referring or relating to any valuation of NRATV, the NRATV brand, or the valuations of parts of NRATV (e.g., NRATV TV shows) or NRATV brand, including but not limited to, any analyses regarding the same.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on

inaccurate assumptions about AMc operations and/ or analyses.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to NRATV and NRATV analytics.  Defendants further object to this request as duplicative of discovery requests previously served, including but not limited to Request for Production 33-37 and 51, and refer Plaintiff to Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 101:** Documents concerning the performance, significance, and/or importance of the live broadcasting portion of NRATV.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to this Request because the terms "significance" and "importance" are unclear in the context of the Request.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to NRATV and NRATV analytics.  There is nothing more to supplement to this Request.

**REQUEST FOR PRODUCTION NO. 102:** Documents concerning the meaning or definition of "engaged views" and "completed views," as outlined on slide labeled "Valuation Methodology To Calculate Duration" (Bates No. AMC-002741-002771) and whether the definition or meaning for "engaged views" and "completed views" can be applied to the broader document (Bates No. AMC-002741-002771) or not.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further

object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool.  Defendants further object to this Request as duplicative of discovery requests previously served, including but not limited to Request for Production 44, and refer Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 103:** Documents concerning how you determined "4.89MM Completed Views" and "9.30MM Engaged Views" as outlined on slide labeled "NRATV vs. NRA News 1 Year Comparison" | Oct – Sept" (Bates No. AMC-002741-002771).

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "concerning" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. Defendants further object to this Request as duplicative of discovery requests previously served, including but not limited to Request for Production 44, and refer Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 104:** All documents and communications referring or relating to measures of "engagement," defined as the percentage of the available content that was consumed by customers, including third party studies and proprietary data collected, as well as any other similar measures of customer engagement that AMc measured.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool and is not limited to the NRA.  Defendants further object to this Request to the extent it seeks AMc's proprietary information.  Defendants further object to this Request as duplicative of discovery requests previously served, including but not limited to Request

for Production 44, and refer Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 105:** All documents and communications referring or relating to AMc's "Unified Data Source" outline in the graphic below and that was presented to the NRA (see Bates No. AMC-002741-002771) including but not limited to data used to analyze the "Unified Data Source".

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 106:** All documents and communications referring or relating to concerning viewpoints, perceptions, evaluations, and/or beliefs concerning NRATV communicated by the NRA to AMc, including but not limited to, documents AMc contends evince "praise," "support," "approval," or any other type of positive affirmation for NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the term "viewpoints" is vague in this context.  Defendants further object to this Request to the extent that it is duplicative of discovery requests previously served, including but not limited to Request for Production 47.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 107:** All documents and communications referring or relating to any analyses or assessments of the actual or potential benefits or detriments of operating a live online broadcasting service in house versus alternative mediums for distributing live online broadcasting content.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the phrase "potential benefits or detriments" is vague in this context.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants are in possession of no documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 108:** All documents and communications referring or relating to the employment, work, services, and activities of Tamara ("Tammy") Payne.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks

any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the phrase to the "employment, work, services, and activities" is near limitless and also lacks relevance.

**REQUEST FOR PRODUCTION NO. 109:** All budgets and business plans for NRATV, whether in draft form or otherwise.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

    Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 110:** All documents and communications referring or relating to key performance indicators ("KPIs") that Defendants used to measure the performance and success of NRATV, including but not limited to, documents concerning any decision-making process about which KPIs to use or which KPIs not to use- for what?

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object because the last clause of the sentence appears nonsensical. Defendants further object to this Request as duplicative of discovery requests previously served, including but not limited to Request for Production 44, and refer Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 111:** All documents and communications referring or relating to the raw data used to construct the following table on the slide labeled "NRATV Talent

Valuation By Tv Show | Valuation By Duration" (Bates No. AMC-002772-002817), including but not limited to documents regarding the "media buying prices based on 60s Buys in Q2 and Q3."

NRATV TALENT VALUATION BY TV SHOW | VALUATION BY DURATION [ MASS MEDIA APPROACH ]

| PROGRAM | NETWORK | DURATION OF CONTENT (S) | ASSUMED VALUE PER SECOND[1] | VALUATION |
|---|---|---|---|---|
| Anderson Cooper 360 | CNN | 405 | $462.47 | $187,299.00 |
| CNN Townhall | CNN | 2,016 | $895.67 | $1,805,664.00 |
| Fox & Friends | Fox News | 5,795 | $359.40 | $1,274,665.34 |
| Fox News at Night | Fox News | 339 | $952.70 | $322,965.30 |
| Hannity | Fox News | 13,454 | $1,548.08 | $5,206,612.33 |
| Ingraham Angle | Fox News | 6,881 | $1,274.33 | $894,783.20 |
| Justice with Judge Jeanine | Fox News | 3,991 | $507.53 | $209,611.27 |
| Lou Dobbs Tonight | Fox Business | 1,637 | $49.54 | $18,354.47 |
| New Day | CNN | 1,004 | $127.13 | $127,641.87 |
| The Story with Martha MacCallum | Fox News | 335 | $146.93 | $49,222.67 |
| This Week with George Stephanopoulos | ABC | 673 | $1,000.00 | $673,000.00 |
| Tucker Carlson | Fox News | 5,967 | $1,478.14 | $3,729,407.80 |
| Fox and Friends Saturday | Fox News | 895 | $327.52 | $28,494.28 |
| Tucker Carlson | Fox News | 361 | $112.93 | $4,076.89 |
| GRAND TOTAL | | 43,753 | $332.13 (avg.) | $14,531,798.42 |

Note: Valuation includes only 10% credit if acknowledged as NRATV Representative but not speaking directly on 2A issues. [1]Derived from media buying prices based on 60s Buys in Q2 and Q3

January 1, 2018 to October 3, 2018

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 112:** The raw data used to construct the slide labeled "Earned Media Valuation | Online Media Publications" (Bates No. AMC-002772-002817), including but not limited to, supporting information for "$2,500/mention" and "3,973 Online Mentions" and documents and communications regarding the same.



**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 113:** The raw data used to construct the slide labeled "Monetization – Q3 2018" (Bates No. AMC- 002772-002817), including but not limited to, supporting information for "Revenue – Digital Efforts", "Revenue – NRA Store", "Revenue – Phone Upsells" and documents and communications regarding the same.



**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 114:** The raw data for "Owned Digital Platforms", "Facebook", Youtube, Twitter, Instagram" that is noted as available on the left-hand side of following slide labeled "Appendix | Data Notes" (Bates No. AMC-002772-002817).



**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 115:** The raw data for all listed information on the following slide labeled "NRATV Video Performance | YTD Q3 2018" (Bates No. AMC-002772-002817), including but not limited to, "13.1MM completed views", "41.8MM engaged views, "206.0MM total views", "6.7MM reactions", "3.0MM shares" and "443k comments" and documents and communications concerning the same.



**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 116:** For slide labeled, "YTD Q3 2018 Vs YTD Q3 2017" (Bates No. AMC-002772-002817), the raw data to support all information listed, including but not limited to "Completed Views", "Engaged Views", "Total Views" and "Engaged+, Non-YT Total Watch Duration (Min)," as well as all documents and communications regarding the same in the slide referenced below:

YTD Q3 2018 VS YTD Q3 2017 [ AM APPROACH ]

| YTD Q3 2018 | | YTD Q3 2017 |
|---|---|---|
| COMPLETED VIEWS 13,121,613 | VARIANCE 87.0% ▲ | COMPLETED VIEWS 7,016,477 |
| ENGAGED VIEWS 41,756,339 | VARIANCE 80.2% ▲ | ENGAGED VIEWS 23,167,226 |
| TOTAL VIEWS 205,985,618 | VARIANCE 50.9% ▲ | TOTAL VIEWS 136,547,012 |
| ENGAGED+, NON-YT TOTAL WATCH DURATION (MIN) 59,750,689 | VARIANCE 96.2% ▲ | ENGAGED+, NON-YT TOTAL WATCH DURATION (MIN) 30,448,712 |

January 1, 2017 to October 3, 2017 vs. January 1, 2018 to October 3, 2018

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 117:** For slide labeled "Valuation Overview" (Bates No. AMC-002772-002817) below, the raw data to support all information listed, including but not limited to, "Total Watch Duration (Sec)", "Value Per Second Watched (Sec)", the regression analysis referenced and the calculation of "$0.003/S*," as well as all communications and documents regarding the same.



**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The word "all" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce documents responsive to this Request at a mutually agreeable time and place.

**REQUEST FOR PRODUCTION NO. 118:** All documents and communications referring or relating to the strategy and tactics, as well as the ultimate goals, for NRATV, that were developed prior to the launch of NRATV, including but not limited to documents describing the process for selecting the specific shows to be filmed, produced and televised on NRATV.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object to this Request because it is a compound request, which is further complicated by the vague phrase the "strategy and tactics" and the conceptually distinct request for the "process for

selecting the specific shows to be filmed[.]"  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery and documents made available to the NRA.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to NRATV and NRATV analytics.  In addition, Defendants have offered to turn over all of the NRA's intellectual property in their possession, which will include documents and communications relating to NRATV, but to date, the NRA has failed to comply with the turnover requirement that it pay for the transfer of such information.  The NRA cannot avoid its contractual obligation to pay for such communications by simply demanding it in discovery.  Defendants object to this Request as duplicative of Request for Production 31 and refer Plaintiff to Defendants' Response to same.

**REQUEST FOR PRODUCTION NO. 119:** Produce the rental contracts for Alexandria, VA and

Oklahoma City, OK office properties, as well as any other office property rental contracts not

produced to date.

   **RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure.  Defendants will comply with the applicable Federal Rules, the local rules, and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 120:** Produce the Commercial Sublease dated October 2,

2019, by and between AMc and Innate.ly/New Planet Technologies, Inc.

   **RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure.  Defendants will comply with the applicable Federal Rules, the local rules, and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 121:** Produce all records of payments made on all leased

properties where NRA activities were performed.

   **RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure.  Defendants will comply with the applicable Federal Rules, the local rules,

and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 122:** Produce justification / supporting documentation for allocation percentages applied on Exhibit 2 labeled, "Summary of Amounts Payable by AMc Related to Office Leases. Subsequent to the Termination of the Services Agreement," as referenced in the Jackson Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure. Defendants will comply with the applicable Federal Rules, the local rules, and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 123:** Produce the "A-1 Freeman Moving & Storage invoice for $60,157" referenced in the Expert Report of Daniel L. Jackson, dated January 7, 2020.

**RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure. Defendants will comply with the applicable Federal Rules, the local rules, and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 124:** All documents and communications referring or relating to the development of the Carry Guard brand.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The NRA needs to further reduce the scope of this request so that AMc can engage in a manageable and reasonably proportionate search. Defendants further object that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 125:** All documents and communications referring or

relating to the Carry Guard training platform.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to the extent that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 126:** All documents and communications referring or relating to the Carry Guard media strategy.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object to the extent that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 127:** All documents and communications referring or relating to the Carry Guard customer acquisition and sales strategy.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.  Defendants further object to the extent that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 128:** All documents and communications referring or relating to the performance management of the Carry Guard program.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses. Defendants further object because the phrase "performance management" is vague. Defendants further object to the extent that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 129:** All presentation and reports delivered to the NRA regarding the Carry Guard program.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to the extent that this information has already been provided to Plaintiff during the months-long "investigation" conducted by the NRA and the Brewer Firm in connection with the Lockton Lawsuit.

**REQUEST FOR PRODUCTION NO. 130:** All documents and communications referring or relating to data AMc maintained regarding celebrity brand awareness such as scores and social media following, including but not limited to, documents and data provided by third party reports such as Q Score.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. This request appears to be a poorly-worded effort by the Brewer Firm to gain access to

proprietary data of the Defendants about their work and is not related to any valid issue in this litigation.  The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the focus of this request is not relevant to the subject matter of the case.  Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.

**REQUEST FOR PRODUCTION NO. 131:** The NRA-account documents that AMc relied upon

and performed to, by year, for the annual budget.

    **RESPONSE:**

    Defendants object to this Request as vague because it is unclear what is meant by "NRA-account documents" and "performed to[.]"  Defendants further object to this Request as overly broad, unlimited in scope, unduly burdensome and not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The failure to clarify the meaning of these two phrases in this context potentially seeks documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object because the Request appears to rely on inaccurate assumptions about AMc operations and/ or analyses.

**REQUEST FOR PRODUCTION NO. 132:** Produce an organizational chart for AMc describing

the owner relationships between legal entities in the corporate family of AMc, including but not

limited to, ownership lines and percentages, all subsidiaries and corporate forms.

    **RESPONSE:**

    Defendants object to this Request because it seeks the creation of a document rather than the production of an existing document which is not appropriate through this discovery tool.  Defendants further object to this Request as not reasonably relevant to any party's claim or defense and the proportional needs of the case.

**REQUEST FOR PRODUCTION NO. 133:** Documents showing all personnel, including their

titles, departments and salaries, employed by AMc at the end of each calendar year.

    **RESPONSE:**

    Defendants object to this Request because it seeks the creation of a document rather than the production of an existing document which is not appropriate through this discovery tool.  Defendants further object to this Request as not reasonably relevant to any party's

claim or defense and the proportional needs of the case. Defendants further object because it has already provided a document that lists all AMc employees that worked on NRA matters and the hours they worked in the Virginia Action.

**REQUEST FOR PRODUCTION NO. 134:** All documents and communications referring or relating to the data from “AMc employment records” used to construct Exhibit 5 of the "Expert Report of Daniel L. Jackson” dated January 7, 2020.

**RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure. Defendants will comply with the applicable Federal Rules, the local rules, and this Court’s scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 135:** For each year from 2015 – 2019, documents or data that show the total number of hours spent on NRA account activities and the total number of hours spent on all activities at Ackerman McQueen for each employee listed in Exhibit 5 to the Jackson. Report details should be provided in excel or native format, or via username access to electronic records, such that NRA project details are available for all employee hours billed to the NRA.

**RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure. Defendants will comply with the applicable Federal Rules, the local rules, and this Court’s scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 136:** All documents referring or relating to Vox Media, LLC journalist Dylan Matthews’s 08/03/18 article entitled, “The National Rifle Association, America's most powerful lobby, claims it’s in financial crisis. What?," including but not limited to, documents and communications concerning outlining steps taken by AMc, as agent of the NRA, to identify the “anonymous source at AMc” who provided the confidential information to Vox Media, LLC.

**RESPONSE:**

Defendants object to the premise of this request that there is a source at AMc who provided confidential information to Vox Media.  Defendants also object to the legal conclusion that AMc has taken steps "as agent of the NRA" in this matter.  Defendants object to this Request as not reasonably relevant to any party's claim or defense and the proportional needs of the case.  The statements in this Request are not the subject matter of the case. Defendants further object to this Request to the extent it calls for the production of documents or information protected by the attorney-client privilege, the work-product doctrine, the common interest doctrine, and/or any other privilege or immunity from disclosure.

**REQUEST FOR PRODUCTION NO. 137:** All documents referred to in or relied on by the

"Expert Report of Daniel L. Jackson" dated January 7, 2020.

**RESPONSE:**

Defendants object that this Request seeks information about expert testimony that is premature and exceeds the limits on expert discovery allowed under the Federal Rules of Civil Procedure.  Defendants will comply with the applicable Federal Rules, the local rules, and this Court's scheduling order related to expert witnesses.

**REQUEST FOR PRODUCTION NO. 138:** Documents that show the office locations and

production studios operated in part or in whole for AMc's Branded News subsidiary.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "documents that show" in this context lacks any kind of reasonable limitation and appears to attempt to impose on AMc document-collection and/or document-creation obligations not required under the Rules.

**REQUEST FOR PRODUCTION NO. 139:** Documents that show the clients managed by AMc's

Branded News subsidiary from 2000-2019.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "documents that show" in this context lacks any kind of reasonable limitation and appears to attempt to impose on AMc document-collection and/or document-creation obligations not required under the Rules. Defendants object that this request seeks

documents outside of the time parameters addressed as the relevant period in the instructions. Defendants also object that this request seeks proprietary information unrelated to the litigation, but that would potentially be valuable to the Brewer Firm and thus, the purpose of this request is improper and an abuse of the discovery process.

**REQUEST FOR PRODUCTION NO. 140:** All documents referring or relating to, and including, communications between and among AMc and Dan Boren regarding the NRA, after January 1, 2016.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to Dan Boren and the NRA. Moreover, the NRA has obtained document production from Dan Boren himself and then failed to take his deposition. Consequently, this request is merely another burdensome request by the NRA for information that it already possesses. Defendants further object to the extent that this Request is duplicative of Requests for Production 68 and 69, and refer Plaintiff to Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 141:** All documents referring or relating to, and including, communications between and among AMc and David Lehman regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, of which 274 specifically refer to David Lehman. Defendants further object to the extent that this Request is duplicative of Request for Production 70, and refer Plaintiff to

Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 142:** All documents referring or relating to, and including, communications between and among AMc and Steven Hart regarding the NRA, after January 1, 2017.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, many of which relate to Steven Hart. In addition, Defendants have served a subpoena on Mr. Hart for relevant documents, but the NRA has blocked substantial production of documents on the grounds of attorney-client and work product privileges. Defendants further object to the extent that this Request is duplicative of Requests for Production 71, and refer Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 143:** All documents referring or relating to, and including, communications between and among AMc and Chris Cox regarding the NRA, after January 1, 2019.

    **RESPONSE:**

    Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. AMc will agree to perform a reasonable search subject to a limitation of subject matter. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, many of which provide documents concerning and relating to Chris Cox.

**REQUEST FOR PRODUCTION NO. 144:** All documents referring or relating to, and including, communications between and among AMc and Oliver North regarding the NRA, after

January 1, 2018.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  AMc will agree to perform a reasonable search subject to a more limited date range, limitation of subject matter, and clarification.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, which provide documents concerning and relating to Lt. Col. Oliver North.  Defendants further object to the extent that this Request is duplicative of Requests for Production 57 and 66, and refer Plaintiff to Defendants' responses to same.

**REQUEST FOR PRODUCTION NO. 145:** All documents referring or relating to, and including, communications between and among AMc and Lance Olson regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  AMc will agree to perform a reasonable search subject to a more limited date range, limitation of subject matter, and clarification.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to Lance Olson.

**REQUEST FOR PRODUCTION NO. 146:** All documents referring or relating to, and including, communications between and among AMc and any NRA Board members regarding the NRA, after January 1, 2015.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents referring or relating to, and including" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The NRA has approximately 75 board members and AMc has numerous employees. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, many of which provide documents concerning and relating to NRA board members, including Oliver North.

**REQUEST FOR PRODUCTION NO. 147:** Documents that show Ackerman's gross revenue throughout 2012, 2013, 2014, 2015, 2016, 2017, 2018 and 2019, on a monthly basis.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The Request lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because the date range is excessively large and the "monthly basis" frequency not relevant and disproportionate. Defendants further object to this Request because the terms "show" and is unclear in this context and appears to impose document-collection obligations not required under the Rules. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool. To the extent that this request is a demand that Defendants create a document rather than merely produce a document, it is also objectionable.

**REQUEST FOR PRODUCTION NO. 148:** All documents and communications referring or relating to letters sent by William Winkler to Craig Spray, Wayne LaPierre and Tyler Schropp on April 22, 2019.

**RESPONSE:**

Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the Winkler letters. The NRA has already issued this discovery request and AMc has already made a substantial production of documents in response to it. Defendants object that this Request is duplicative of Request for Production 62 and refers Plaintiff to Defendants' response to same.

**REQUEST FOR PRODUCTION NO. 149:** Documents to show the services category attributable to invoices of A-E, as outlined in Section I of the Services Agreement.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. Defendants cannot interpret this vague request. The Request lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request because it is unclear what the NRA means by "invoices of A-E" and what the phrase "to show" means in the context, and further objects that it appears to impose document-collection and/or document-creation obligations not required under the Rules. Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool.

**REQUEST FOR PRODUCTION NO. 150:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, including AMc, in which Oliver North maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc has intimate knowledge of North's finances and business endeavors and knows every vendor that provides services or goods to the NRA. Defendants object to the premise of the question that Oliver North maintains an ownership interest, manages, operates or controls AMc. To the extent that this request seeks information about Oliver North's private business interests unrelated to AMc, the request is objectionable and not calculated to lead to the discovery of information within the custody, possession and control of the Defendants.

**REQUEST FOR PRODUCTION NO. 151:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Revan McQueen maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 152:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Anthony Makris maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 153:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Nader Tavangar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 154:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Edmund Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 155:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Bill Powers maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case.

The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 156:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Lacey Duffy-Cremer maintains any ownership interest, manages, operates or controls.

    **RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 157:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Melanie Montgomery maintains any ownership interest, manages, operates or controls.

    **RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the

subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 158:** All documents and communications referring or

relating to any vendor who provides goods or services to the NRA, other than AMc, in which

Brandon Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 158:** All documents and communications referring or

relating to any vendor who provides goods or services to the NRA, other than AMc, in which

William Winkler maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership

interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 160:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Carl Warner maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 161:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Jesse Greenberg maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that

provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 162:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Henry Martin maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 163:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which Kyle Millar maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA.  Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA.  This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation

and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 164:** All documents and communications referring or relating to any vendor who provides goods or services to the NRA, other than AMc, in which David Valinski maintains any ownership interest, manages, operates or controls.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern claims that AMc employees had ownership interests in non-AMc vendors that provided goods or services to the NRA. Defendants further object to this Request because it presupposes that AMc knows every vendor that provides services or goods to the NRA. This request appears designed only to harass Defendants with a question that assumes a business relationship unrelated to the litigation and demands that such assumption be investigated at the expense of the Defendants. Subject to and without waiving the foregoing, Defendants are not in possession of any documents responsive to this Request.

**REQUEST FOR PRODUCTION NO. 165:** All documents referring or relating to the production and management of Shale.tv (http://shale.tv) by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 166:** All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers,

including but not limited to, any analysis or presentation of viewership metrics, viewership data,

viewership analytics, and/or viewership statistics) for Shale.tv (http://shale.tv).

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern Shale.tv. and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 167:** All documents referring or relating to the production

and management of OklaTravelNet.com by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern OklaTravelNet.com and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 168:** All documents and communications referring or

relating to viewership analytics (defined as any analysis or presentation of viewership numbers,

including but not limited to, any analysis or presentation of viewership metrics, viewership data,

viewership analytics, and/or viewership statistics) for OklaTravelNet.com.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter

of this case and disproportionately burdensome to search for and/or collect.  The Amended Complaint does not concern OklaTravelNet.com and the NRA has no entitlement to this information.  Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 169:** All documents referring or relating to the production and management of EnergyNewsLive.com by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The Amended Complaint does not concern EnergyNewsLive.com and the NRA has no entitlement to this information.  Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 170:** All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for EnergyNewsLive.com.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The Amended Complaint does not concern EnergyNewsLive.com and the NRA has no entitlement to this information.  Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 171:** All documents referring or relating to the production and management of "6FL," or Six Flags Live by AMc.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern "6FL" or Six Flags Live and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 172:** All documents and communications referring or relating to viewership analytics (defined as any analysis or presentation of viewership numbers, including but not limited to, any analysis or presentation of viewership metrics, viewership data, viewership analytics, and/or viewership statistics) for "6FL," or Six Flags Live.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern "6FL," or Six Flags Live and the NRA has no entitlement to this information. Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 173:** All documents and communications referring or relating to any audits of or accounting of AMc services by any of its clients.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and implicates documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The Amended Complaint does not concern the activities of AMc's other clients and the NRA has no entitlement to this information. This request is made solely to oppress and harass the Defendants and it seeks information that is confidential information relating to other client

finances.  Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding other AMc clients in an effort to damage AMc's client relationships.

**REQUEST FOR PRODUCTION NO. 174:** All documents and communications referring or relating to AMc's loans, borrowings or other financial relationships.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendant further objects because a detailed accounting of AMc's loans, borrowings or other financial relationships is not relevant to this case and therefore harassing.  Defendants further object to this Request as an unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding AMc in an effort to damage AMc.

**REQUEST FOR PRODUCTION NO. 175:** All documents and communications referring or relating to clothing stores where AMc maintains corporate accounts whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The lack of a specific date range, subject matter, or other scope limitation adds to overbreadth and undue burden.  Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue.  It appears that this request is intended to obtain documents relating to the Zegna clothing store purchases by Wayne LaPierre, and such information has been provided in prior document production.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 176:** All documents and communications referring or

relating to makeup artists, including but not limited to makeup artists located in Nashville, TN, whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, subject matter, or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the Nashville make-up artists. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 177:** All documents and communications referring or relating to any lawyers, accountants, and any other professional service firms whose services are obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to professional services billed to the NRA. Defendants further object to this Request to the extent that it is

duplicative of Request for Production 17 and 21.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 178:** All documents and communications referring or relating to any restaurants, clubs, concierge services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 179:** All documents and communications referring or relating to any and all limousine or chauffeur services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The lack of a specific date range or other scope limitation adds to

overbreadth and undue burden. Defendants further object to this Request because the phrase "obtained by AMc" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 180:** All documents and communications referring or relating to any and all security services obtained by AMc and passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to overbreadth and undue burden. Defendants further object because the term "security services" is vague. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 181:** All documents and communications referring or relating to any and all philanthropic and not-for- profit entities in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range, sufficiently narrow subject matter, or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrases "in which AMc has invested on behalf of the NRA" and "indirectly" are vague and thus fail to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 182:** All documents and communications referring or relating to Youth for Tomorrow and the Women's Leadership Forum in which AMc has invested on behalf of the NRA that was passed on, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrases "in which AMc has invested on behalf of the NRA" and "indirectly" are vague and thus fail to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 183:** All documents and communications referring or relating to travel and entertainment by Angus McQueen, Revan McQueen, Anthony Makris, Oliver North, Nadar Tavangar, Edmund Martin, William Powers, Lacey Duffey-Cremer, Melanie Montgomery, Brandon Winkler, William Winkler, Carl Warner, Jesse Greenberg, Henry Martin, Kyle Millar, and David Valinski that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. The lack of a specific date range or other scope limitation adds to overbreadth and undue burden. Defendants further object to this Request because the phrase "indirectly" is vague and thus fails to adequately explain the type of interaction at issue. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 184:** All documents and communications referring or relating to the identity of family members or extended family by third degree of separation that work for AMc currently and that worked for the NRA in any period in the past.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks

any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The lack of a specific date range or other scope limitation adds to overbreadth and undue burden.  Defendants further object to this Request because it seeks information which is not appropriate through this discovery tool.  In addition, to the extent that this request demands that the Defendants research and create a new document that compiles requested information, it is objectionable.

**REQUEST FOR PRODUCTION NO. 185:** All documents and communications referring or relating to any regular providers of food, drink, cigars, alcohol, and other substances obtained by AMc personnel that were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  The lack of a specific date range or other scope limitation adds to overbreadth and undue burden.  If the NRA is seeking billing related to Landini Brothers it needs to reformulate this request so that AMc can respond accordingly.  Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21.  Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery.  To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to the out of pocket expenses passed through to the NRA.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 186:** All documents and communications referring or relating to in any way to tangible or intangible assets obtained by AMc whose acquisition cost or maintenance costs were billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks

any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object to this Request because the phrase "tangible or intangible assets" is vague and thus fails to adequately explain the focus of the Request.  In addition, to the extent that this request demands that the Defendants research and create a new document that compiles requested information, it is objectionable.   Defendants further object to this Request to the extent that it is duplicative of Request for Production 13, 17, and 21.

Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 187:** All documents and communications referring or relating to any communications with spokespeople whose services were obtained by AMc and billed, directly or indirectly, to the NRA.

   **RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "spokespeople whose services were obtained by AMc" is undefined and indecipherable. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.  Defendants further object to this Request because the phrase "communications referring or relating to any communications" multiplies the complexity of the request and thus the burden.  Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21.

**REQUEST FOR PRODUCTION NO. 188:** All documents and communications referring or relating to any communications regarding fundraising activities organized by AMc, including but not limited to Anthony Makris, and billed, directly or indirectly, to the NRA.

   **RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The term "fundraising activities" is undefined and overbroad.  The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect.

Defendants further object to this Request because the phrase "communications referring or relating to any communications" multiplies the complexity of the request and thus the burden. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21.

**REQUEST FOR PRODUCTION NO. 189:** All documents and communications referring or relating to other contracts for services obtained by AMc for the benefit of the NRA and billed, directly or indirectly, to the NRA.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications referring or relating" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object to this Request to the extent that it is duplicative of Request for Production 17 and 21. Subject to and without waiving the foregoing objections, following a reasonably diligent search, Defendants will produce non-privileged documents responsive to this Request at a mutually agreeable time and place, if any exist that have not already been produced.

**REQUEST FOR PRODUCTION NO. 190:** All documents and communications related to annual audit and audit process of AMc's financial statements.

**RESPONSE:**

Defendants object to this Request as overly broad, unduly burdensome, vague, and not reasonably relevant to any party's claim or defense and the proportional needs of the case. The phrase "All documents and communications related" in this context lacks any kind of reasonable limitation and potentially implicates large volumes of documents unrelated to the subject matter of this case and disproportionately burdensome to search for and/or collect. Defendants further object that the phrase "annual audit and audit process" is vague and confusing because it is not clear whether the Request calls for information related to audits conducted by the NRA or some other party. Defendants object to the Request because it was apparently formulated without regard to the documents that Plaintiffs have already received in discovery. To date, Defendants have turned over more than 60,000 pages of documents in the Virginia Action, some of which provide documents concerning and relating to AMc's audits. Defendants further object to this Request because it has already provided the NRA its annual audit for the last three years. Defendants further object to this Request as a continuing unlawful effort by the NRA and the Brewer Firm to obtain sensitive information regarding AMc in an effort to damage AMc business interests unrelated to this litigation.

Dated: March 26, 2020.

Respectfully submitted,

*/s/ Brian E. Mason*

**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2020, that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian E. Mason*
BRIAN E. MASON

# EXHIBIT 80
# (Filed Under Seal)

# EXHIBIT 81
# (Filed Under Seal)

# EXHIBIT 82
# (Filed Under Seal)

APP. 02406-APP. 02554

# EXHIBIT 83
# (Filed Under Seal)

# EXHIBIT 84
# (Filed Under Seal)

# EXHIBIT 85
# (Filed Under Seal)

# EXHIBIT 86
# (Filed Under Seal)

# EXHIBIT 87
# (Filed Under Seal)

# EXHIBIT 88

APP. 03058

***BY ELECTRONIC AND FIRST-CLASS MAIL***

May 29, 2019

Andrew Arulanandam
National Rifle Association
11250 Waples Mill Road
Fairfax, Virginia 22030

Re: *Notice of Termination of the Services Agreement*

Dear Andrew:

We received your May 24, 2019 email directing Ackerman McQueen ("AMc") to cease activities relating to six broadly-described services that AMc provides to the NRA under the existing Services Agreement (executed on April 30, 2017 as amended on May 6, 2018) (the "Services Agreement") between the two parties. Your email message also seeks our input on how to shut down the "live TV" portion of the NRATV platform over the next 60 days.

Your May 24, 2019 email notification, in conjunction with other actions by the NRA, constitutes another misguided step toward the constructive termination of the Services Agreement. At the same time, your email implies that the NRA seeks to have AMc continue to provide other services to the NRA. However, just days before your email, the NRA filed a civil lawsuit against AMc asking for a judgment declaring that AMc receive no further compensation for any work it performed after August 3, 2018. Specifically, in that lawsuit, the NRA "seeks disgorgement of any amounts wrongfully obtained by Defendants on account of their breachesof their fiduciary duties, including without limitation, all fees paid by the NRA to Ackerman and Mercury since the date such breaches began – which the NRA believes began no later than August 3, 2018." Thus, the NRA is demanding that AMc pay back any fees the NRA has paid to AMc since August 3, 2018. This raises the obvious question of whether, in taking such a position in legal proceedings initiated by the NRA, the NRA intends to pay AMc for future work done by AMc in accordance with the Services Agreement.

Your May 24, 2019 email is the latest in a series of operational directions to AMc that are inconsistent with the NRA's legal actions against AMc. Moreover, because of the NRA's legal position in its lawsuit that the NRA should not have to pay AMc for services provided after August 3, 2018, AMc believes that the NRA has breached the explicit and implied terms, promises and covenants of the Services Agreement and is no longer performing its obligations diligently and in good faith.

The NRA has, in essence, constructively terminated the Services Agreement by engaging in a series of conflicting and disingenuous actions that have purposely destroyed AMc's ability

to maintain a working relationship with the NRA and fulfill the obligations of the Services Agreement,[1] including the following:

1. On April 12, 2019, the NRA filed a lawsuit against AMc seeking access to four categories of documents. The lawsuit was filed without any warning or notice to AMc and without any notice or declaration to AMc that it was not in compliance with those provisions of the Services Agreement. The publicly-filed law suit was disclosed to the press before it was served on AMc, and generated considerable negative publicity that has harmed AMc.

2. On April 24, 2019, the NRA filed a Motion for Leave to Amend the Complaint, in which it asserted new allegations against both AMc and AMc's employee, Lt. Col. Oliver North, who at that time also served as President of the NRA. As you know, Lt. Col. North was a valuable connection between the NRA and AMc, and the NRA took affirmative steps to sever that connection. Further, by damaging Lt. Col. North's reputation and misrepresenting the work he has done for AMc, the NRA interfered with his ability to properly perform the work that the NRA ordered from AMc.

3. On May 9, 2019, the NRA directed AMc to suspend all work and costs associated with the production of "American Heroes" – a major project for which AMc has incurred substantial costs at the prior direction of the NRA. The NRA provided no reason for the suspension and AMc was not given any opportunity to provide any input into the decision.

4. On May 21, 2019, the NRA filed a second law suit against AMc asserting that AMc had breached its fiduciary duty to the NRA and seeking the return of all payments made to AMc since August 3, 2018. Yet, because the NRA has not terminated the Services Agreement, AMc is placed in the untenable position of remaining obligated to provide services to the NRA while the NRA alleges it should not have to pay any fees for AMc's services after August 3, 2018.

5. On May 22, 2019, AMc was compelled to file its compulsory counterclaims in response to the first lawsuit. In those counterclaims, AMc alleges that the NRA is in breach of the Services Agreement and that the NRA filed its lawsuit as a pretext that would permit the NRA to transfer all services provided by AMc to a competing public relations firm without paying AMc the compensation required under Section XI.F of the Services Agreement.

6. On May 23, 2019, NRA filed an "Emergency Motion" asserting that AMc's employees had engaged in "theft" from the NRA and requesting permission from the Court to stay the case and allow for discovery into the alleged theft. Again, AMc did not learn of this

---

1 This letter focuses on the recent grounds for termination, but AMc does not waive nor excuse the prior retaliatory actions initiated in 2018 by the NRA in response to AMc's efforts to protect the interests of NRA's members from irresponsible actions sought by the NRA and its leadership.

motion from the NRA's counsel, but rather learned of this motion from reporters who were given advance notice of it.

7. On May 24, 2019, as indicated above, you provided notice directing AMc to "streamline" the services it was to provide to the NRA. Again, there was no notice provided to AMc prior to this streamlining notice, nor was there any request from AMc as to how most effectively and efficiently streamline its ongoing services to the NRA. Moreover, your notice was written as if you were unaware and in complete disregard of the legal actions that the NRA has taken against AMc and its employees.

8. The May 24, 2019 notice also suggested continued reductions in AMc's services to the NRA over the next 60 days without any clear guidance on the magnitude or nature of those reductions, showing a clear lack of understanding of this business relationship and the type of work performed under the services agreement.

9. Lastly, we note that the Service Agreement specifically contemplates that the relationship between the NRA and AMc would be directed by officials at the highest levels of both organizations, and throughout the course of the NRA's relationship with AMc, this has been the case. The Services Agreement itself requires AMc to take direction from the Executive Vice President of the NRA or his specific designee, and no one else, when dealing with the NRA. However, since the NRA initiated these legal actions and work reductions, Wayne LaPierre has severed all communications with AMc, making it impossible to work through any disagreements or concerns between the parties.

In sum, the NRA's actions have made the relationship envisioned by the Services Agreement untenable and unworkable. The NRA's actions have also frustrated the purposes of the Services Agreement. As articulated in AMc's counterclaim, the NRA has breached the Services Agreement in several material ways, including a breach of its payment obligations and a breach of the duty of good faith and fair dealing. The NRA is no longer performing its obligations with diligence and good faith, but has instead sought permission from the Court to suspend all payment obligations with a return of funds paid since August 3, 2018. These actions by the NRA provide clear justification for AMc to terminate under Section XI, Subsection D of the Services Agreement, which states that: "This Services Agreement may be terminated by AMc immediately upon written notice if (1) the NRA fails to diligently and in good faith perform any of its obligations contemplated hereunder [or] (2) NRA breaches any term, promise or covenant hereunder . . ."

Nonetheless, the Services Agreement (Section XI.B.) also provides that either the NRA or AMc have the right to terminate the Services Agreement upon 90-days' notice. Given the long-term relationship between the NRA and AMc, AMc believes that the termination provisions under Subsection B are best suited to winding down the business relationship between the parties under the Services Agreement and allowing for a 90-day transition period. Under a termination occasioned by either Subsections B or D of Section XI of the Services Agreement, the NRA is liable to AMc for compensation required under Section XI, Subsections E (as amended) and F of the Services Agreement.

1601 NW EXPRESSWAY SUITE 1100 OKLAHOMA CITY, OK 73118
P 405 843 7777 F 405 848 8034 AM.COM

This Notice of Termination initiates a process under Section XI, Subsections E and F of the Services Agreement to wind up the relationship between the parties. Pursuant to Subsection E, AMc will prepare to return to the NRA any and all of NRA's property, materials, documents, and confidential information in AMc's possession. The Amendment to the Services Agreement states that: "All charges for accumulating said materials shall be approved and paid in advance of receipt by the NRA." Subsection F requires the NRA to pay AMc a fair and equitable termination fee to compensate it for the severance and other reasonable costs AMc will incur as a result of the termination of the Service Agreement. AMc is preparing detailed invoices for such termination fees and will be prepared to negotiate the termination of the Services Agreement in "good faith" as required by Subsection F.

If you have any questions, please contact our attorneys, David Schertler and David H. Dickieson, at 202-628-4199.

Sincerely,

Revan McQueen
Chief Executive Officer

cc: John Frazer, Esq.
Wayne LaPierre
Craig Spray

# EXHIBIT 89
# (Filed Under Seal)

# EXHIBIT 90
# (Filed Under Seal)

# EXHIBIT 91

APP. 03081

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

THE PEOPLE OF THE STATE OF NEW YORK, by LETITIA JAMES, Attorney General of the State of New York,

Petitioners,

-against-

ACKERMAN MCQUEEN and NATIONAL RIFLE ASSOCIATION OF AMERICA,

Respondents.

Index # 451825/2019

Hon.

**MEMORANDUM OF LAW IN OPPOSITION TO THE ATTORNEY GENERAL'S SPECIAL PROCEEDING AND APPLICATION TO COMPEL RESPONDENT ACKERMAN MCQUEEN TO COMPLY WITH AN INVESTIGATORY SUBPOENA**

William A. Brewer III
wab@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
BREWER, ATTORNEYS & COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

# TABLE OF CONTENTS

TABLE OF AUTHORITIES ..... iii

PRELIMINARY STATEMENT ..... 1

STATEMENT OF RELEVANT FACTS ..... 5

A. For Decades, AMQ Served as the NRA's Agent and Fiduciary, Acquiring Voluminous Privileged Information. ..... 5

B. In 2018, After the NRA Began to More Rigorously Enforce its Contractual Record-Examination Right, the AMQ Relationship Became Adverse. ..... 6

C. The NRA Confronts Hostilities from New York State That Are Nakedly Politically Motivated, Are Subject to Pending First Amendment Claims, and Justifiably Alarm NRA Members and Donors. ..... 8

D. Against This Backdrop, the NRA Has Consented Freely to the Production of Documents Possessed by AMQ, Asking Only That It Be Permitted to Redact and Log Privileged Information. ..... 10

E. The OAG Instigated This Dispute Without Any Legitimate Need for Court Intervention to Obtain Information. ..... 11

ARGUMENTS AND AUTHORITIES ..... 13

A. The Court Need Not Reach the OAG's Public Policy Arguments, Because the Petition Is Defective: The OAG Fails to Allege Noncompliance With Its Subpoena. ..... 13

B. No Public Policy Prevents the NRA From Enforcing Its NDA to Redact And Log Privileged Information. ..... 14

1. The NDA Does Not Create A Novel Legal Right, But Merely Reinforces Common-Law Agency Principles. ..... 15

2. Contrary to Petitioner's Accusations, the NRA Has Not Used the NDA to "Block" or "Delay" AMQ's Compliance With The Subpoena ..... 17

3. No Public Policy Prevents AMQ from Disclosing, or the NRA From "Monitoring," An Outgoing Document Production In Response to a Civil Investigative Subpoena. ..... 18

4. Public Policy Favors Allowing the NRA to Assert Its Attorney-Client, Work-Product, and First Amendment Privileges. ..... 20

CONCLUSION ..... 20

# TABLE OF AUTHORITIES

**Page(s)**

**Cases**

*Cosby v. American Media, Inc.*,
197 F.Supp.3d 735 (E.D.Pa. 2016) ........ 2, 18

*Faith Assembly v. Titledge of New York Abstract, LLC*,
106 A.D.3d 47 (2d Dep't 2013) ........ 15

*Fomby-Denson v. Dept. of Army*,
247 F.3d 1366 (Fed. Cir. 2001) ........ 18

*Matter of Grand Jury Applications for Court-Ordered Subpoenas and Nondisclosure Orders*,
142 Misc. 2d 241 (N.Y. Sup. 1988) ........ 3, 19

*In Re Grand Jury Subpoenas 04-124-03 and 04-124-05*,
454 F.3d 511 (6th Cir. July 12, 2006) ........ 3

*Gulf Ins. Co. v. Transatlantic Reinsurance Co.*,
69 A.D.3d 71 (1st Dep't 2009) ........ 15

*Levine v. Levine*,
184 A.D.2d 53 (1st Dep't 1992) ........ 16

*Maragos v. Town of Hempstead Indus. Dev. Agency*,
174 A.D.3d 611 (2d Dep't 2019) ........ 13

*Nat'l Abortion Fed'n, NAF v. Ctr. for Med. Progress*,
685 F. App'x 623 (9th Cir. 2017), *cert. denied sub nom. Daleiden v. Nat'l Abortion Fed'n*, 138 S. Ct. 1438, 200 L. Ed. 2d 716 (2018) ........ 4, 19

*Prizel v. Karelsen, Karelson, Lawrence & Nathan*,
74 F.R.D. 134 (S.D.N.Y. 1977) ........ 20

*Quik Park West 57, LLC v. Bridgewater Operating Corp.*,
148 A.D.3d 444 (1st Dep't 2017) ........ 16

*Reistroffer v. Person*,
247 Va. 45 (Va. 1994) ........ 15

*S.E.C. v. Jerry T. O'Brien, Inc.*,
467 U.S. 735 (1984) ........ 3, 19

*Scher v. Stendhal Gallery*,
117 A.D.3d 146 (1st Dep't 2014) ........ 16

FILED: NEW YORK COUNTY CLERK 10/23/2019 06:27 PM INDEX NO. 451825/2019
NYSCEF DOC. NO. 25 RECEIVED NYSCEF: 10/23/2019

**Other Authorities**

N.Y. CPLR § 2308 ........................................ 4, 13, 14

22 N.Y. Jur. 2d Contracts § 137 ........................................ 14

Restatement (Second) of Contracts § 178 (1981), cmt b ........................................ 14

Restatement (Third) Of Agency § 8.01 (2006), cmt d ........................................ 15

Restatement (Third) Of Agency § 8.05 (2006) ........................................ 16

iv

4 of 25

APP. 03085

## PRELIMINARY STATEMENT

The New York State Office of the Attorney General (the "OAG") styles its Petition as a proceeding to compel production of documents by Ackerman McQueen, Inc. ("AMQ") pursuant to a subpoena dated July 8, 2019 (the "Subpoena"). However, as the OAG admits, AMQ never refused to produce the subpoenaed documents—instead, the OAG has refused to receive them, until and unless the documents can be secreted from AMQ's longtime client and principal, the National Rifle Association of America (the "NRA"). The power to enforce secrecy in connection with a third-party document subpoena is one for which it has been unable to cite any authority. The OAG instigated the current dispute in the apparent hope of forging new case law that will enable it to steamroll valid objections to civil subpoenas, vitiate agency relationships, and undermine principals' privileges in this case and others. The Court should decline the OAG's invitation to expand the state's subpoena power, and should dismiss the Petition.

For decades, AMQ served as the NRA's agent and its most trusted collaborator. AMQ employees performed roles functionally equivalent to those of NRA employees, and became party to the NRA's most sensitive communications and information. For example, AMQ employees sought and received legal advice from the NRA's General Counsel, and learned the identities of NRA donors.[1] The relationship was one of extensive trust and confidence, characterized by common-law fiduciary duties of loyalty and confidentiality on the part of AMQ to the NRA which were codified in the parties' Services Agreement. Pursuant to these duties, when AMQ receives a subpoena seeking NRA-related documents, it is required to notify the NRA so that the NRA may take lawful steps to protect its interests, including by interposing objections and by redacting and logging privileged material.

[1] *See* discussion *infra* at 5-6.

Unlike contractual nondisclosure obligations analogized by the Petition (*e.g.*, the confidentiality clause in the *Cosby* case),[2] AMQ's obligation to apprise the NRA of outgoing document productions was not imposed in the aftermath of an alleged crime in order to conceal events from authorities. Rather, AMQ's duty of confidentiality was a foundational feature of a longstanding, lawful business relationship—it is the basis on which AMQ was entrusted, in the first place, with the material sought by the Subpoena. Moreover, AMQ's duties have been adhered-to throughout the OAG's investigation (and a contemporaneous regulatory inquiry), without any discernible burden on document production. The NRA has been presented with outgoing batches of documents by AMQ on two occasions; within days, it has completed its privilege review and (where applicable) furnished a privilege log. Similarly, when the OAG subpoenaed another NRA contractor—the NRA's accounting firm—the NRA reviewed outgoing documents and logged those which were privileged. To date, the OAG has not challenged any of the NRA's privilege logs.

Against this backdrop, the NRA was surprised to receive a telephone call from the OAG days before the filing of this Petition, demanding that the NRA stipulate to void AMQ's nondisclosure obligation as a matter of public policy. Incredibly, the OAG refused to explain why it required that extraordinary relief. Nonetheless, in an effort to reach some accommodation, NRA counsel explained that the NRA had rapidly consented to the production of every document identified by AMQ to date in response to the Subpoena, and promptly provided privilege logs to the OAG and regulators— and if there were additional documents outstanding from AMQ, the NRA was not the cause of the bottleneck. The OAG sharply responded that they did not "want to

---

[2] *See* Memorandum of Law in Support of the Attorney General's Special Proceeding and Application to Compel Respondent Ackerman McQueen to Comply with an Investigatory Subpoena ("Mem. Supp. Pet.") at 14-17; discussion *infra* at 17-18.

talk about [AMQ]" and, indeed, the impetus to "talk to" the NRA about what documents were being sought "gets at the whole problem." The OAG stated that they did not want the NRA "monitoring" their investigation.

This was a familiar theme. The OAG had previously subpoenaed the NRA's accounting firm, insisting unsuccessfully that the firm conceal the subpoena from the NRA in violation of the Internal Revenue Code.[3] Similarly, the Subpoena that is now before the Court contains an instruction to AMQ that its existence and any response be kept secret.[4] Although the Petition states that the NRA purports to "preview and potentially veto"[5] any document production, the NRA's "veto" power is circumscribed to privileged material,[6] which it has promptly and transparently logged. Thus, the real controversy before the Court is whether the NRA should be able to "preview" subpoenas issued to its agent, and documents being produced in response, as a means of asserting its privileges. Although courts have previously found that government investigators have no universal, by-default obligation to notify investigative subjects about third-party subpoenas,[7] no authority empowers the OAG to forbid the recipient of the third-party subpoena from making the disclosure on its own.[8] And where, as here, a principal has carefully bargained

[3] *See* Frazer Aff. Ex. F (Letter to J. Frazer from C. Weller dated May 15, 2019).

[4] *See* Verified Petition ("Pet."), Ex. 8 at 1 (instructing AMQ "not to disclose the existence of this subpoena, its contents, or any subsequent communications with the Office of the Attorney General").

[5] *See, e.g.*, Pet. para. 29.

[6] Indeed, in an effort to avoid this dispute, the NRA offered to stipulate in writing that it would only redact and log privileged material and, for the avoidance of doubt, would waive any potential nondisclosure rights with respect to nonprivileged material. The NRA received no response to its offer. *See* discussion *infra* at 12-13.

[7] *See* Mem. Supp. Pet. at 18, *citing S.E.C. v. Jerry T. O'Brien, Inc.*, 467 U.S. 735, 743 (1984).

[8] Indeed, even in the context of a grand jury subpoena (where the law typically favors secrecy), the witness receiving the subpoena is free to disclose it—and outgoing documents may be subject to a principal's privilege review. *See, e.g.*, *See, e.g.*, *Matter of Grand Jury Applications for Court-Ordered Subpoenas and Nondisclosure Orders*, 142 Misc. 2d 241, 248 (N.Y. Sup. 1988) (noting that witnesses are generally exempt from secrecy provisions pertaining to grand jury subpoenas, and questioning whether it is even within the power of a court to impose a nondisclosure order on a witness); *In Re Grand Jury Subpoenas 04-124-03 and 04-124-05*, 454 F.3d 511, 523 (6th Cir. July 12, 2006) (reversing a district court order that a denied motion, by investigative target, to conduct a privilege review of documents subpoenaed by a grand jury from a third party, and noting that relying on a government "taint team" to identify potentially privileged documents would leave "the government's fox . . . in charge of the [target's] henhouse . . . [where it may] err by neglect or malice, as well as by honest differences of opinion" in identifying privileged documents.").

for an assurance from its agent that it will receive such a disclosure, and has historically relied on that framework as a means of asserting important privileges, no public policy requires the Court to upend the parties' arrangement for the sake of secrecy.

Importantly and regrettably, the NRA and AMQ are now adverse to one another in multiple lawsuits, wherein the NRA alleges that AMQ has made affirmative efforts to misappropriate and "leak" the NRA's information in a manner calibrated to cause maximum reputational harm. Thus, the traditional risk considered by courts weighing similar facts—the risk that the investigative subject, here the NRA, could unlawfully collude with the subpoena recipient to destroy documents should it receive notice or a "preview" of a pending production[9]— does not exist.

None of the statutes cited by the OAG as the basis of its subpoena power would have authorized the OAG to issue a subpoena containing the condition now sought to imposed via CPLR § 2308: namely, the condition that AMQ produce documents without notifying the NRA or allowing the NRA to conduct a privilege review. Based on the Petition, AMQ apparently stands ready to produce documents—and the NRA stands ready to conduct its privilege review. Only the OAG's insistence upon secrecy has obstructed compliance. The Court should therefore deny the Petition.

[9] *See, e.g.*, *Nat'l Abortion Fed'n, NAF v. Ctr. for Med. Progress*, 685 F. App'x 623, 627 (9th Cir. 2017), *cert. denied sub nom. Daleiden v. Nat'l Abortion Fed'n*, 138 S. Ct. 1438, 200 L. Ed. 2d 716 (2018), and *cert. denied sub nom. Newman v. Nat'l Abortion Fed'n*, 138 S. Ct. 1439, 200 L. Ed. 2d 716 (2018) ("notifying the target of a third-party subpoena might allow that target to thwart an investigation by intimidating the third party and destroying documents" a risk in "investigations in which a target is unaware of an ongoing investigation").

## STATEMENT OF RELEVANT FACTS

### A. For Decades, AMQ Served as the NRA's Agent and Fiduciary, Acquiring Voluminous Privileged Information.

For more than thirty years, the NRA relied on AMQ to provide public-affairs advice and services requiring a high level of trust. Together, the NRA and AMQ crafted iconic, impactful Second Amendment advocacy that featured Charlton Heston ("from my cold, head hands") and others. Importantly, during the course of the parties' deep, decades-long collaboration, AMQ acted as the NRA's agent and fiduciary in multiple capacities. AMQ entered into contracts on the NRA's behalf,[10] deployed the NRA's intellectual property across a wide range of media,[11] and liaised closely with NRA members and donors—including by operating public-facing websites that ingested vast troves of personal information (*e.g.*, names, email addresses, and I.P. addresses) about NRA supporters.[12] AMQ and its employees, such as Dan Bongino and Dana Loesch, frequently represented the NRA in public fora.[13]

Given the closeness of their relationship, it is unsurprising that the NRA and AMQ were jointly party to numerous attorney-client and work-product privileged communications. Many AMQ employees were so closely integrated into the NRA's operations that they were functionally equivalent to NRA employees, and directly sought legal advice from NRA counsel regarding work performed for the NRA.[14] AMQ and the NRA also shared common legal interests in multiple pending and anticipated investigations and lawsuits.[15]

---

[10] *See* Frazer Aff. ¶ 4, Ex. B at 11-13 (First Amended Complaint, Case No. CL19001757 (Vir. Cir. Ct.)), Ex. C at 7-8. (Complaint, Case No. CL19002067 (Vir. Cir. Ct.)).
[11] *See* id.
[12] *See* id.
[13] *See* Frazer Aff. ¶ 4.
[14] *See* Frazer Aff. ¶ 5-6.
[15] *See* Frazer Aff. ¶ 7-8.

The NRA and AMQ memorialized their relationship in successive incarnations of a Services Agreement that specified, *inter alia*, how the NRA's confidential information should be handled and how AMQ's services should be budgeted and billed.[16] The most recent version of the Services Agreement, dated as of April 30, 2017 (as amended May 6, 2018, the "Services Agreement") prohibited AMQ's unauthorized disclosure of nonpublic information entrusted to it by the NRA in the course of its work—a robust duty of confidentiality that befit AMQ's fiduciary role. Although the Services Agreement's confidentiality provision (the "NDA") is silent regarding subpoena compliance, the parties' practice under the contract mirrored that of many principals and agents confronting legal process: when AMQ received a subpoena implicating NRA-related documents, it would inform NRA, allowing the NRA an opportunity to object or move to quash.[17] The parties would then make arrangements for the NRA to review outgoing documents for potential privilege.[18]

Although the NRA and AMQ continued to adhere to the above-described subpoena-response protocol during the months preceding the OAG's inquiry, other aspects of the NRA-AMQ relationship had begun to fray. The main driver of the parties' deepening distrust was AMQ's strange, strident refusal to allow the NRA to inspect the same documents and data the OAG would later seek.

**B. In 2018, After the NRA Began to More Rigorously Enforce its Contractual Record-Examination Right, the AMQ Relationship Became Adverse.**

Consistent with the scope and importance of services rendered by AMQ for the NRA, the NRA bargained for transparent insight into AMQ's books and records pursuant to the Services Agreement. The Services Agreement incorporated a records-examination clause (the "Records-

[16] *See* Frazer Aff. ¶ 3 .
[17] *See* Frazer Aff. ¶ 10.
[18] *See* id.

Examination Clause") that required AMQ to open its files for the NRA's inspection upon reasonable notice during the contract's term;[19] moreover, immediately upon expiration or termination of the Services Agreement, the contract required AMQ to return the NRA's confidential documents, along with certain fixed assets and creative work-for-hire, to the NRA (such requirement, the "Property-Return Clause").[20]

For years, the NRA conducted annual audits of AMQ's books and records pursuant to the Records-Examination Clause.[21] Frequently, however, the audited records consisted of "samples" assembled in advance by AMQ. During 2018, responding in part to numerous reports that accused AMQ of deceptive billing,[22] the NRA sought greater insight into AMQ's activities and spending—including full access to some of the same categories of records now requested by the Subpoena.[23] AMQ aggressively stonewalled these requests.[24] Ultimately, on April 12, 2019, two weeks before the OAG announced its investigation, the NRA sued AMQ for specific performance of the Records-Examination Clause.[25] AMQ responded to the specific-performance claim in scorched earth fashion: by attempting to oust Wayne LaPierre from the leadership of the NRA, and by threatening (then delivering) a coordinated media "leak" of snippets of employee-expense information curated to cause the NRA maximum reputational harm.[26] In response to these egregious, material breaches of the Services Agreement, the NRA sued AMQ for breach of the NDA.[27] The NRA also terminated the Services Agreement, which triggered the Property-Return

---

[19] *See* Frazer Aff. Ex. A at 10 (Section VIII), Ex. B. at 13 (¶ 15).
[20] *See* Frazer Aff. Ex. A at 11 (Section XI.E).
[21] *See* Frazer Aff. Ex. B at 13 (¶ 16).
[22] *See* Frazer Aff. ¶ 11.
[23] *See* Frazer Aff. Ex. B at 14 (¶ 18).
[24] *See* Frazer Aff. Ex. B at 14-15 (¶¶ 19-20).
[25] *See* Frazer Aff. Ex. B.
[26] *See* Frazer Aff. Ex. C at 12 (¶¶ 22-23).
[27] *See* Frazer Aff. Ex. C at 12-16 (¶¶ 23-32).

Clause.[28] Importantly, these events—the NRA's demand that AMQ produce documents to it, and the NRA's lawsuit for breach of the NDA—predated and had nothing to do with the OAG's Subpoena.

**C. The NRA Confronts Hostilities from New York State That Are Nakedly Politically Motivated, Are Subject to Pending First Amendment Claims, and Justifiably Alarm NRA Members and Donors.**

In 2018, amid the polarized political aftermath of the Parkland tragedy, AMQ's apparent billing fraud was not the only concern facing the NRA. New York Governor Andrew Cuomo has a longstanding political vendetta against "Second Amendment Types,"[29] especially the NRA, which he accuses of exerting a "stranglehold" over national gun policy.[30] During 2018, Cuomo boasted to supporters via Facebook that he would leverage New York's regulatory powers to #BankruptTheNRA, thereby silencing its undesirable political speech.[31] And he took steps to deliver on his promise: along with longtime lieutenant Maria Vullo (then the Superintendent of the Department of Financial Services), Cuomo orchestrated a campaign of selective enforcement, backroom exhortations, and public threats designed to coerce financial institutions to blacklist pro-gun advocacy groups, especially NRA.[32] The NRA's First Amendment claims arising from this

---

[28] *See* Rogers Aff. ¶ 6.

[29] On February 15, 2018, Cuomo appeared on the MSNBC program "The Beat," where he discussed championing legislation that "trampled the Second Amendment." YOUTUBE, Gov. *Andrew Cuomo On Background Checks: "Bunch Of Boloney" | The Beat With Ari Melber | MSNBC*, https://www.youtube.com/watch?v=Tz8X07fZ39o (last visited May 7, 2018). However, Cuomo lamented that his "favorability rating" had dropped thereafter due to "backlash from conservatives and Second Amendment types." *Id.*

[30] *See* Lovett, Kenneth, *Exclusive: Cuomo Fires Back at Jeb Bush for 'Stupid' and 'Insensitive' Gun Tweet*, NY DAILY NEWS (Feb. 17, 2016), http://www.nydailynews.com/news/politics/cuomo-blasts-jeb-stupid-insensitive-gun-tweet-article-1.2534528.

[31] Andrew Cuomo, New York is Forcing the NRA into financial crisis. It's time to put the gun lobby out of business. #BankruptTheNRA, FACEBOOK (Aug. 8, 2018), https://www.facebook.com/andrewcuomo/posts/new-york-is-forcing-the-nra-into-financial-crisis-its-time-to-put-the-gun-lobby-/10155989594858401/

[32] Complaint, Case No. 18-cv-00566-LEK-CFH (N.D.N.Y.); *see also* Clark, Dan, *Federal Judge Allows NRA Lawsuit Against NY to Continue on First Amendment Claims*, NEW YORK LAW JOURNAL, (Nov. 6, 2018), https://www.law.com/newyorklawjournal/2018/11/06/federal-judge-allows-nra-lawsuit-against-ny-to-continue-on-first-amendment-claims/

conduct drew *amicus* support from the ACLU,[33] withstood a motion to dismiss, and are currently pending in the United States District Court for the Northern District of New York.[34] Letitia James, Cuomo's chosen candidate for the Office of the Attorney General, echoed Cuomo's threats from the campaign trail—vowing to pursue the NRA's financial supporters if elected.[35]

Although the NRA regrets New York's antipathy toward the Second Amendment, it does not assert that campaign-trail invective ought to bar the Attorney General from issuing otherwise-lawful subpoenas. However, the NRA seeks maximum protection for personally identifying information pertaining to its members and donors, which is privileged under the First Amendment.[36] As Tyler Schropp, the NRA's Executive Director of the Office of Advancement, attests, "Donors have stated to me that they fear that their spouses or children may be harassed, or that business partners may be pressured to abandon them, by those who bear animosity toward the NRA and its political speech."[37] For that reason, when the NRA solicits donations, it "frequently assure[s] donors that the NRA closely guards their confidential information."[38] Thus, based on his prior experience dealing with donors, Schropp "strongly believe[s] that a compelled bulk disclosure of AMQ's records to the New York Attorney General would alarm donors who interacted with AMQ, and would likely inhibit the NRA's ability to raise funds, particularly if the

---

[33] Dkt. 49, Case No. 18-cv-00566-LEK-CFH (N.D.N.Y.).
[34] Case No. 18-cv-00566-LEK-CFH (N.D.N.Y.).
[35] *Tish James becomes New York's Attorney General – First Black Woman Elected to Statewide Office*, https://www.ourtimepress.com/tish-james-becomes-new-yorks-attorney-general-first-black-woman-elected-to-statewide-office/
[36] *See* discussion *infra* at 20.
[37] Affidavit of Tyler Schropp ("Schropp Aff.") ¶ 3. *See also id.* ¶ 8 (providing examples of donors who have expressed concerns about the New York Attorney General's animus towards NRA supporters).
[38] *Id.* ¶ 4.

disclosure occurred without any opportunity for the NRA to be informed about the documents being produced and take steps to protect its donors' information."[39]

Because of these considerations, the NRA closely guards its member and donor information, entrusting relevant data only to fiduciaries with strict nondisclosure obligations—such as AMQ. This practice ensures that if a third party possessing such data is subpoenaed, it will cooperate with the NRA to protect the NRA's privileges, including the identities of individual NRA supporters. Unfortunately, this is the protection the OAG aims to eviscerate.

**D. Against This Backdrop, the NRA Has Consented Freely to the Production of Documents Possessed by AMQ, Asking Only That It Be Permitted to Redact and Log Privileged Information.**

Even before the issuance of the Subpoena, the NRA informed both AMQ and the OAG that it did not object, *per se*, to AMQ's production or disclosure—even voluntarily, absent a subpoena—of information that might be contractually protected.[40] The NRA requested merely that it be alerted to any proposed production, so that it could assert objections or preserve privileges consistent with the parties' practice under the NDA. The NRA received no response from AMQ. Then, on Friday, July 26, 2019, the NRA learned for the first time of the Subpoena's existence, via a cursory letter from AMQ enclosing a proposed production in response to the Subpoena.[41] The NRA swiftly reviewed the documents for privilege, found none, and gave a blanket consent to the proposed production on Tuesday July 30, 2019—less than two business days after receiving notice.[42] The NRA did not lodge objections to the Subpoena because, as far as it was aware, the

---

[39] *Id.* ¶ 9. *See also id.* ("Moreover, even current and prospective donors who have no interacted with AMQ would likely be alarmed by a voluminous disclosure of other donors' information and could hesitate to donate in the future").
[40] *See* Frazer Aff. Ex. D (J. Frazer email to D. Schertler dated May 17, 2019).
[41] *See* Frazer Aff. ¶ 14.
[42] *See* Frazer Aff. ¶ 14.

documents it had received constituted AMQ's entire proposed production—none were privileged, nor otherwise objectionable as would warrant motion practice.

Although the NRA heard nothing further from the OAG or AMQ regarding the Subpoena until just before this Petition was filed,[43] the NRA has continued to review and consent to proposed productions by AMQ and others in response to government subpoenas.[44] In each instance, the NRA has consented promptly and without exception to the production of all nonprivileged documents. The NRA's privilege claims have been narrowly tailored, promptly logged, and to date remain unchallenged by any subpoena-issuing authority—including the OAG. Accordingly, Petition's accusation that the NRA has made a "blanket and vague assertions of privilege"[45] is confusing and unfounded.

**E. The OAG Instigated This Dispute Without Any Legitimate Need for Court Intervention to Obtain Information.**

Since the outset of its investigation regarding the NRA, the OAG has apparently insisted upon secrecy in connection with multiple third-party subpoenas. For example, a previous subpoena to the NRA's accounting firm purported to forbid the firm from obtaining the NRA's consent to produce documents,[46] in violation of the Internal Revenue Code.[47] The OAG likewise instructed AMQ not to disclose the existence of the Subpoena to the NRA[48]—although it apparently does not dispute that the NRA has standing to assert privilege and other objections, the

[43] *See* Rogers Aff. ¶¶ 8-11.
[44] *Id.* at ¶ 9.
[45] *See* Mem. Supp. Pet. at 13.
[46] *See* Rogers Aff. ¶ 7.
[47] *See* Frazer Aff. Ex. F (Letter to J. Frazer from C. Weller dated May 15, 2019).
[48] *See* Verified Petition ("Pet."), Exhibit 8 at 1 (instructing AMQ "not to disclose the existence of this subpoena, its contents, or any subsequent communications with the Office of the Attorney General").
[48] *See, e.g.*, Pet. para. 29.

OAG would deny the NRA any meaningful opportunity to do so. During meet-and-confer discussions, the OAG was unable to city any authority supporting its insistence on secrecy.[49]

On August 16, 2019, this Court rejected a request by the NRA to have its counsel participate in the OAG's upcoming interview of its former president and current Board member, Lt. Col. Oliver North, despite the possibility that the interview would touch upon privileged information. The Court based its ruling on assurances that North, a member of the NRA Board of Directors, would have competent counsel present who would make efforts to preserve the NRA's privileges, as well as the OAG's promise not to inquire into potentially privileged areas.[50] Strikingly, the Court expressly limited its reasoning to "live" interviews, as distinguished from document productions, noting: "A document review for privilege is very different than a deposition," because it is "harder . . . to catch privilege"[51] in a substantial volume of documents, compared to live testimony.

To create this dispute, the OAG apparently instructed AMQ to forbear from future document productions in the hope that it could obtain a follow-up ruling enshrining in law, for the first time, its legally-unsupported policy of secrecy in connection with document subpoenas and document productions. On September 26, 2019, the OAG placed a telephone call to the NRA's counsel, purporting to meet and confer regarding the NDA; that call was adjourned until September 27, 2019, due to scheduling conflicts. During the course of the ensuing conversation, the NRA's counsel expressed confusion regarding what, precisely, was being disputed—after all, the NRA had consented to AMQ's entire document production. The NRA offered to promptly review and consent to any additional documents, if additional documents were sought, and said the NRA

[49] *See* Rogers Aff. ¶ 7.
[50] Hearing Transcript at 8:10-14, 8:23-9:4, Aug. 16, 2019, Case No. 158019/2019 (N.Y. Sup. Ct.); Hearing Transcript at 7:6-12, 18:12-15, Aug. 19, 2019, Case No. 158019/2019 (N.Y. Sup. Ct.).
[51] Hearing Transcript at 14:25-15:3, Aug. 16, 2019, Case No. 158019/2019 (N.Y. Sup. Ct.).

would acquiesce to a live interview of AMQ, if the OAG wanted one—but the OAG refused to meet or confer on any of these points. [52] Instead, without providing any context or justification, the OAG simply demanded that the NRA decree its NDA with AMQ to be void as a matter of public policy.[53] Of course, the NRA declined. By email later that day, the NRA reiterated its position, but offered a compromise: it would stipulate to formally waive its rights under the NDA, except with respect to privileged information—which the NRA would agree to redact and log.[54] Rather than respond to the NRA's offer (which it now dismisses as "inflammatory" and "self-serving"), the OAG commenced this proceeding.

## ARGUMENTS AND AUTHORITIES

### A. The Court Need Not Reach the OAG's Public Policy Arguments, Because the Petition Is Defective: The OAG Fails to Allege Noncompliance With Its Subpoena.

The sole count in this proceeding seeks to compel subpoena compliance under CPLR § 2308.[55] However, that provision (entitled, "Disobedience of subpoena"), only authorizes relief in the event of "failure to comply" with a subpoena—which, with respect to a nonjudicial subpoena *duces tecum*, means that the subpoenaed person "refuses without reasonable cause . . . to produce a book, paper, or other thing which he was directed to produce by the subpoena."[56] Where, as here, a petition pursuant to CPLR § 2308 fails to adequately allege noncompliance with a subpoena, the petition must be dismissed on its merits.[57]

The OAG does not allege, nor can it, that AMQ has refused (or the NRA has caused AMQ to refuse) to produce any documents. Instead, both AMQ and the NRA notified the OAG about the NDA's notice-and-consent mechanic; in compliance with that mechanic, the NRA consented

---

[52] Rogers Aff. ¶ 9.
[53] *Id.* .
[54] *Id.* at ¶ 11.
[55] *See* Pet. at ¶¶ 39-34.
[56] N.Y. C.P.L.R. 2308(b) (McKinney).
[57] *See, e.g.*, *Maragos v. Town of Hempstead Indus. Dev. Agency*, 174 A.D.3d 611, 614 (2d Dep't 2019).

swiftly to every document that AMQ proposed to produce.[58] Remarkably, the OAG then "instructed [AMQ] to defer any additional document productions . . . if it meant first giving the NRA a right to review" the documents slated for production. In other words, the OAG does not want AMQ's documents unless it can obtain them without the NRA's knowledge.

CPLR § 2308 entitles the OAG to compel AMQ to produce documents, but does not entitle the OAG to inject additional conditions for compliance, such as secrecy, which could not lawfully have been imposed within the four corners of the Subpoena. The OAG cites no case, and counsel are aware of no case, where a party propounding a subpoena ***told the recipient not to produce documents*** unless a requested condition could be attained, then successfully wielded CPLR § 2308 to imbue that request with the force of law. This Court need not be the first to order such an outcome. The NRA and AMQ stand ready to produce documents, and only the OAG's preference for secrecy stands in their way. Because there has been no refusal to comply with the Subpoena, the Petition must be dismissed.

### B. No Public Policy Prevents the NRA From Enforcing Its NDA to Redact And Log Privileged Information.

In New York, "in determining whether a contract is illegal[,] the test is not what might be done under the contract, but what the parties intended to do under it."[59] Accordingly, to the extent that the Court reaches questions of public policy with respect to the Services Agreement's NDA, the proper analysis is not whether the provision, as drafted, could conceivably be enforced to violate the law, but whether a "careful balancing" of "all the circumstances" surrounding the parties' actions here precludes enforcement.[60] That fact-specific, as-applied analysis decisively

---

[58] *See* Rogers Aff. ¶ 9.
[59] 22 N.Y. Jur. 2d Contracts § 137, *citing Commoss v. Pearson*, 190 A.D. 699, 180 N.Y.S. 482 (1st Dep't 1920) (contract for shipping goods deemed legal and enforceable, despite government embargo, because there was no evidence the parties intended to perform the provision in a manner contrary to law).
[60] *See* Restatement (Second) of Contracts § 178 (1981), cmt b.

sustains the NDA. As invoked by the NRA throughout its course of dealing with AMQ (including in response to the Subpoena), the NDA aligns with and advances important public policies of New York State: it protects the First Amendment privileges of innocent third parties (and the attorney-client and work-product privileges of the NRA), while still allowing for prompt disclosure of relevant information. The NDA accords so thoroughly with New York law that even if it were voided, AMQ would retain common-law obligations virtually identical to those the NRA seeks to enforce.

**1. <u>The NDA Does Not Create A Novel Legal Right, But Merely Reinforces Common-Law Agency Principles.</u>**

Importantly, the disputed NDA provision codifies, but does not materially alter, AMQ's confidentiality obligations as an agent to its former principal, the NRA. As such, AMQ continues to have an active and ongoing fiduciary duty to the NRA, which includes a duty to preserve the confidentiality of the NRA's information absent the NRA's consent.

Agency is a "legal relationship between a principal and an agent" and is fiduciary in nature.[61] Under New York law[62], an agency relationship "results from a manifestation of consent by one person to another that the other shall act on his behalf and subject to his control and the consent by the other to act."[63] Agency requires that both principal and agent agree to the relationship and, where applicable, that mutual understandings between the parties are operative.[64] Control exists where the principal exercises a high degree of authority over the "method and means

[61] *Faith Assembly v. Titledge of New York Abstract, LLC*, 106 A.D.3d 47, 58 (2d Dep't 2013) (internal citations and quotation marks omitted).
[62] The NRA is a not-for-profit organized under the laws of New York. However, its principal place of business is Virginia. Virginia's common law agency law substantially mirrors that of New York. *See Reistroffer v. Person*, 247 Va. 45, 48 (Va. 1994).
[63] *Gulf Ins. Co. v. Transatlantic Reinsurance Co.*, 69 A.D.3d 71, 96-7 (1st Dep't 2009) (internal citations and quotation marks omitted).
[64] *See* Restatement (Third) Of Agency § 8.01 (2006), cmt d.

by which work is to be performed."[65] Importantly, parties need not explicitly enter into a contract for an agency relationship to exist[66]; indeed, even where parties may disclaim agency, courts are not bound by such a disclaimer in "determining their true relationship."[67]

As a fiduciary, an agent's duty to maintain the confidentiality of information entrusted to it by its principal "do[es] not end when the agency relationship terminates."[68] Accordingly, a former agent "is not free to use or disclose a principal's trade secrets or other confidential information" absent the principal's consent.[69] In addition, an agent is "obligated to disclose to [its principal] in plain terms all material facts within the scope of the agency."[70]

For more than thirty years, the NRA relied on AMQ to carry out a substantial part of its business on the NRA's behalf, including but not limited to entering into contracts on the NRA's behalf, deploying the NRA's intellectual property, liaising closely with NRA members and donors, and operating the NRA's websites, all with access to the NRA's most confidential and important information.[71] AMQ and its employees frequently represented the NRA, communicating with the public as the face of the NRA. During this time, the NRA consented, through frequent payments, side-by-side employee relations, and frequent iterations of contractual relationships to AMQ acting on the NRA's behalf in these and countless other capacities.[72] AMQ consented to this agency relationship, too—by accepting payment, performing its duties, and entering into third-party contracts on the NRA's behalf.[73] It is undisputed that the relationship was, notionally, structured

---

[65] *Quik Park West 57, LLC v. Bridgewater Operating Corp*., 148 A.D.3d 444, 445 (1st Dep't 2017) [need to find better case factually]
[66] *Levine v. Levine*, 184 A.D.2d 53, 61 (1st Dep't 1992) ("An agency may be implied from the parties' words and conduct as construed in light of the surrounding circumstances").
[67] *Gulf*, 69 A.D.3d at 96 (internal citations and quotation marks omitted).
[68] Restatement (Third) Of Agency § 8.05 (2006).
[69] *Id.*
[70] *Scher v. Stendhal Gallery*, 117 A.D.3d 146, 159 (1st Dep't 2014).
[71] *See*, *supra* at 5.
[72] *See* id.
[73] *See* id.

to grant the NRA substantial control over AMQ's actions on its behalf, consistent with agency principles.[74]

Therefore, even if the NDA were void, AMQ would retain a common-law fiduciary duty to seek the NRA's consent before disclosing information entrusted to it in the course of its work. Far from contravening public policy, the NDA aligns closely with longstanding principles of agency law.

**2. Contrary to Petitioner's Accusations, the NRA Has Not Used the NDA to "Block" or "Delay" AMQ's Compliance With The Subpoena**

Without basis, the Petition alleges that the NRA has invoked the NDA "to prevent, delay, or limit disclosure of relevant materials and testimony sought from third parties."[75] In fact, with the exception of narrowly tailored, uncontested redactions of privileged information, the NRA has not sought to impose any limits whatsoever on cooperation by third parties with the OAG's inquiry—by leveraging the NDA, or otherwise. Even before the issuance of the Subpoena, the NRA advised AMQ that it would consent to AMQ's ***voluntary*** disclosure of relevant information to the OAG, subject to privilege review.[76] And in the sole instance where the NRA invoked the NDA to "monitor" documents slated for production in response to the Subpoena, it completed its review over a single weekend and withheld nothing.[77]

Although the Petition references efforts by the NRA to demand access to its confidential materials pursuant to the Services Agreement, such efforts long predate the OAG's inquiry, and could not reasonably be construed to interfere with AMQ's Subpoena compliance. If anything,

---

[74] Recent revelations about AMQ's conduct indicate that it undertook additional activities which the NRA did not control—those activities are the subject of multiple lawsuits. *See* Frazer Aff. 11; *see also* Case No. CL19001757 (Vir. Cir. Ct.)); Case No. CL19002067 (Vir. Cir. Ct.)). However, a frolic and detour by a faithless agent does not vitiate its obligations to its principal with respect to activities conducted within the scope of the agency.
[75] Mem. Supp. Pet. at 7.
[76] *See* Frazer Aff. Ex. D.
[77] *See* Frazer Aff. ¶ 14 (discussing weekend doc review after 7/26 subpoena notice)

mustering documents for production to the OAG would facilitate production of the same documents to the NRA, and vice versa. Simply put, the NRA has made extensive efforts to obtain its own documents from AMQ, but has never prevented the OAG from obtaining documents from AMQ.

The cases Petitioner cites, wherein NDAs were invoked to impede criminal investigations (and were thus void as a matter of public policy) stand in stark contrast to the facts here. In *Cosby*, an accused serial rapist sued several alleged victims for breach of a confidential settlement agreement, specifically because they sought to cooperate with a police investigation.[78] His breach-of-contract claims were dismissed. *Fomby-Denson*, likewise, involved an attempt to enforce a nondisclosure provision of a civil settlement agreement in order to prevent, or recover damages for, disclosure of underlying events to criminal authorities.[79] If the NRA had sued AMQ for reporting crimes to the OAG, *Cosby* and *Fomby-Denson* would support dismissal of the NRA's breach-of-contract claims—but the situation before this Court is far different. Here, NRA has not attempted to block disclosure of any criminal activity. Instead, it has invoked the NDA in the context of a civil inquiry and, crucially, has invoked the NDA only with respect to privileged information.

**3. <u>No Public Policy Prevents AMQ from Disclosing, or the NRA From "Monitoring," An Outgoing Document Production In Response to a Civil Investigative Subpoena.</u>**

Aware that it cannot establish any actual delay or obstruction by the NRA as a consequence of the NDA's enforcement, the OAG alternatively alleges that the NRA's mere "monitoring" of AMQ's proposed document production is so nefarious, and so devastating to the integrity of the

[78] *See Cosby v. American Media, Inc.*, 197 F.Supp.3d 735, 740-41 (E.D.Pa. 2016).
[79] *See Fomby-Denson v. Dept. of Army*, 247 F.3d 1366, 1368 (Fed. Cir. 2001).

OAG's inquiry, that public policy forbids the NRA from being made aware of outgoing document productions and mandates, instead, that a veil of secrecy shroud the OAG's activities.[80]

Although some courts have held that a law-enforcement authority or regulator issuing a subpoena to a third party need not notify the investigative target of the subpoena's existence,[81] this is very different from forbidding—or empowering the OAG to forbid—the subpoena's recipient from making the same disclosure. The latter, greater level of secrecy is what the OAG seeks to mandate as a matter of public policy in this case: it has instructed AMQ to forbear from producing documents until, and unless, the production can occur without notice to the NRA.[82] If the legislature had intended to grant the OAG the power to enforce investigative secrecy in the context of a subpoena *duces tecum* under the statutes at issue here, it would have done so. Instead, New York's statutory scheme provides little if any basis to constrain disclosure by a witness regarding a subpoena he has received, or responsive information he plans to provide—even in the context of a criminal grand jury subpoena,[83] where secrecy is generally paramount.

Moreover, the public policy considerations that favor secreting a third-party subpoena from its target are strongest when the target "is unaware of an ongoing investigation and still possesses material that would be the subject of a subpoena or potential investigation," which it has the motive and opportunity to destroy.[84] By contrast, public policy arguments favoring secrecy are weakest in cases like this one, where the NRA "already knows that . . . law enforcement authorities seek" certain information from AMQ, and lacks the practical ability compel AMQ, a hostile party, to

[80] *See* Mem. Supp. Pet. at 3.
[81] *See, e.g.*, *S.E.C. v. Jerry T. O'Brien, Inc.*, 467 U.S. 735 (1984).
[82] *See* Pet. at 33.
[83] *See, e.g.*, *Matter of Grand Jury Applications for Court-Ordered Subpoenas and Nondisclosure Orders*, 142 Misc. 2d 241, 248 (N.Y. Sup. 1988).
[84] *Nat'l Abortion Fed'n, NAF,* 685 F. App'x at 627.

destroy the subpoenaed material.[85] Instead, the NRA merely seeks to review material slated for production in order to protect its privileges.

**4. Public Policy Favors Allowing the NRA to Assert Its Attorney-Client, Work-Product, and First Amendment Privileges.**

The attorney-client privilege "protects the need for free, uninhibited exchange of information with an attorney," which is a need "recognized by the public policy of New York."[86] Similarly, public policy strongly favors safeguarding, from government inquest, the identities of members and donors of controversial political groups who seek anonymity.[87] As the United States Supreme Court held in *NAACP v. Alabama*, forced disclosure of such information is "likely to affect adversely the ability of [the group] and its members to pursue their collective effort to foster beliefs which they admittedly have the right to advocate."[88] Here, before launching her investigation, Petitioner vowed to "take down the NRA" by targeting its financial supporters—giving rise to demonstrated chilling effects exactly like those envisioned by the *NAACP* court.[89] Accordingly, to the extent that the NDA preserves the NRA's practical ability to assert its First Amendment associational privileges, its existence and enforcement advance, rather than hinder, an important public policy.

## CONCLUSION

For the foregoing reasons, the NRA respectfully requests that the Court deny the Petition in its entirety.

By: *s/ Sarah B. Rogers*
William A. Brewer III

[85] *See id.*
[86] *Prizel v. Karelsen, Karelson, Lawrence & Nathan*, 74 F.R.D. 134, 138 (S.D.N.Y. 1977).
[87] *See, e.g.*, *FAIR*, 547 U.S. at 69.
[88] 357 U.S. at 462-63.
[89] *See also* Schropp Aff. ¶ 3.

FILED: NEW YORK COUNTY CLERK 10/23/2019 06:27 PM INDEX NO. 451825/2019
NYSCEF DOC. NO. 25 RECEIVED NYSCEF: 10/23/2019

wab@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
BREWER, ATTORNEYS &
COUNSELORS
750 Lexington Avenue, 14th Floor
New York, New York 10022
Telephone: (212) 489-1400
Facsimile: (212) 751-2849

*ATTORNEYS FOR THE NATIONAL RIFLE ASSOCIATION OF AMERICA*

21

25 of 25

APP. 03106

# EXHIBIT 92

APP. 03107

**PRODUCED IN NATIVE FORMAT**

CONFIDENTIAL

AMcTX-00065313

APP. 03108

| Invoice No. | Amount | Invoice Date | Desription from Detailed Invoice | Description Summary from List of Invoices |
|---|---|---|---|---|
| 140965 | 150,000.00 | 7/14/2016 | Research, Discovery and Concepting per approved budget | Research, Discovery and Concepting per approved budget |
| 141871 | 500,000.00 | 9/1/2016 | Proprietary program development and competitive advantage initiative (per Woody - Concealed Carry Initiative) | Proprietary program development and competitive advantage initiative |
| 143306 | 250,000.00 | 10/13/2016 | Per approved budget | CCI |
| 143476 | 615,625.00 | 10/18/2016 | Per approved budget | CCI |
| 143991 | 615,625.00 | 11/11/2016 | Per approved budget | CCI |
| 146482 | 75,000.00 | 2/10/2017 | Training instructor per approved budget | Additional Approved Instructor - EF |
| 146484 | 270,000.00 | 2/10/2017 | CCI Subscriber database & content delivery system | CCI Website |
| 146485 | 50,000.00 | 2/10/2017 | Concepting and development of CCI 4-page cover wrap and insert for the May issues of American Hunter, American Rifleman America's First Freedom and Shooting Illustrated. Includes design, copywriting/editing, art production, art supplies and computer graphics. | May OJ Cover Wrap |
| 146488 | 225,000.00 | 2/10/2017 | Concepting and initial design standards for the CCI Magazine. Includes copywriting, art production, photography, computer graphics and art supplies | Magazine |
| 146491 | 436,000.00 | 2/10/2017 | CCI Influencer Training Endorsement Videos | CCI Influencer Training and Endorsement Videos |
| 147454 | 220,000.00 | 3/15/2017 | Influencer Talent for Endorsements, Continuing Education and Training Tips - Per approved budget | CCI - Influencer Talent for Endorements. Cont Ed and Training Tips |
| 147466 | 350,000.00 | 3/15/2017 | 360/Virtual Reality Video Development - Per approved budget | CCI V /R Video |
| 147467 | 214,000.00 | 3/15/2017 | Per approved budget | CCI Influencer Training and Endorsement Videos |
| 147474 | 475,000.00 | 3/15/2017 | Per approved budget - Partial Billing | CCI Media Assets |
| 147622 | 585,513.00 | 3/27/2017 | Cable, Radio, Digital Video Ads (Pre-roll/Social), Magazine May-December; Partial Billing | Cable, Radio, Digital Video Ads , Magazine |
| 148173 | 150,000.00 | 4/13/2017 | Additional instructor - Per approved budget | Additional Approved Instructor - JH - Using BI$ from PR Budget |
| 148177 | 750,000.00 | 4/13/2017 | Per approved budget | CCI Media Assets |
| 148332 | 75,000.00 | 4/19/2017 | Per approved budget | FB Concept & Design |
| 148761 | 2,882.36 | 5/11/2017 | Preflight Disk | May OJ Cover Wrap - Pre-flight Disk |
| 148762 | 588.25 | 5/11/2017 | Preflight Disk | Annual Meeting Flyer |
| 148763 | 588.25 | 5/11/2017 | Preflight Disk | Drop Card |
| 148764 | 352.95 | 5/11/2017 | Preflight Disk | A/M Table Top Footh Display - Pre-flight Disk |
| 148765 | 1,176.50 | 5/11/2017 | Preflight Disk | Card Handouts - Pre-flight Disk |
| 148766 | 823.55 | 5/11/2017 | Preflight Disk | May OJ Feature - Pre-flight Disk |
| 148767 | 411.78 | 5/11/2017 | Preflight Disk | June OJ Ad - Pre-flight Disk |
| 148768 | 57,095.55 | 5/11/2017 | Printing (qty 25,000) | New Member Booklet |
| 148769 | 588.25 | 5/11/2017 | Preflight Disk | A/M Program Insert - Pre-flight Disk |
| 148784 | 17,000.43 | 5/11/2017 | Preflight Disk | A/M Signage - Pre-flight Disk |
| 148788 | 17,015.08 | 5/11/2017 | Preflight Disk | A/M Signage - Mechanical |
| 148807 | 6,470.75 | 5/11/2017 | Preflight Disk | A/M NRA Booth |
| 148815 | 880.93 | 5/11/2017 | Talent/ Audio Recording - $845.00; EdNet - $35. 93 | IVR Recording - Talent/Audio Recording |
| 148939 | 150,000.00 | 5/15/2017 | Creation and design on the physical presence materials for range/ classroom training. Includes art production and design, copywriting, graphics, and printing/production coordination | Materials for range/classroom training |
| 148941 | 80,000.00 | 5/15/2017 | Website updated for physical training and digital training | Website - Training and Digital training |
| 148957 | 75,000.00 | 5/15/2017 | Costs for design and coordination of te CG tradeshow booth. Includes design, concept, copy, and production coordination. | CCI Trade Show Booth Design and Coordination |
| 148958 | 269,000.00 | 5/15/2017 | Concepting and design for the CCI Magazine, Fall issue. Includes copywriting, art production, photography, computer graphincs, freelance writers, art supplies and pre-flighting. Does not include printing, postage or mailing. | Fall 2017 Magazine |
| 148959 | 175,000.00 | 5/15/2017 | Videography and Photography to support Basic Pistol Training. Includes original photography, photo materials and processing original videography, production and filming, editing, sound design and graphics | Basic Pistol Training Videography/Photography |
| 148960 | 5,000.00 | 5/15/2017 | Costs to produce a CCI one sheet with opportunitied for use in presentations to potential sponsors. Includes art production, copywriting and computer graphics. | Magazine One Sheet - Presentations to potential sponsors |
| 149596 | 283 | 6/14/2017 | Static Clings - qty 100 | A/M NRA Booth - Static Clings |

| Invoice No. | Amount | Invoice Date | Desription from Detailed Invoice | Description Summary from List of Invoices |
|---|---|---|---|---|
| 149674 | 2,500.00 | 6/15/2017 | Costs to produce a spread ad promoting the CCI Expo for August OJ's. Includes new design, art production and layout, copywriting, and computer graphics. | CCI Expo August OJ Ad |
| 150664 | 1,000.00 | 7/17/2017 | Costs to develop a billboard including tagline info for Under Wild Skies, Include art productoin and computer animated graphics. | CCI UWS Billboard & Tagline |
| 150716 | 85,513.00 | 8/1/2017 | 2017 CCI National Media - Cable, Radio, September | CCI National Media |
| 151229 | 7,500.00 | 8/14/2017 | Costs for three-day location photography at the NRA Carry Guard Expo in Milwaukee August 25-27th. Does not include photo materials & processing, assistant or travel. | CCI Expo Photography |
| 151236 | 50,000.00 | 8/14/2017 | Costs to develop a 30 minute and a :90 infomercial. Partial Billing. | CCI Infomercial |
| 153041 | 269,000.00 | 10/17/2017 | Concepting and design for the CCI Magazine, Winter '18 issue. Includes copywriting, art production, photography, computer graphics, freelance writers, art supplies and pre-flighting. Does not include printing, postage or mailing. | Magazine Winter '18 Issue |
| 153045 | 150,000.00 | 10/17/2017 | Partial Billing. Per Approved Budget. | CCI/ NRATV CRM |
| 153562 | 150,000.00 | 11/9/2017 | Partial Billing. Per Approved Budget. | CCI / NRATV CRM |
| 153730 | 75,000.00 | 11/17/2017 | Visioning/concepting, pre-production, rehearsals, equipment, home studio set-up, graphics packages, show schedules and programming visions for CCI regular live shows. Half of budget. | Live Programing |
| 153731 | 50,000.00 | 11/17/2017 | CCI social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation | Social Media |
| 153858 | 275,000.00 | 12/1/2017 | Revisions | CCI Website |
| 153859 | 75,000.00 | 12/1/2017 | Visioning/concepting, pre-production, rehearsals, equipment, home studio set-up, graphics packages, show schedules and programming visions for CCI regular live shows. Balance of budget. | CCI Live Programming |
| 153927 | -24,129.20 | 12/4/2017 | Media Credits | CCI Expo Media |
| 153929 | -6,991.12 | 12/4/2017 | Media Credits | CCI National Media |
| 154571 | 58,903.00 | 1/1/2018 | Per approved budget | CG Talent |
| 154572 | 12,500.00 | 1/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | CG Ongoing Program Management/Oversight |
| 154573 | 20,833.00 | 1/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates | CG Website Management/Ongoing Updates |
| 154574 | 20,833.00 | 1/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | CG Social Media |
| 154575 | 54,167.00 | 1/1/2018 | Per approved budget | CG Media Assets |
| 154576 | 12,500.00 | 1/1/2018 | Coordination, management and optimization of CC CRM platform. | CG CRM Management/Consulting |
| 154577 | 16,667.00 | 1/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | CG Blog |
| 155037 | 12,000.00 | 1/15/2018 | CG Booth Peronnel Travel - Partial Billing | Shot Show CG Booth |
| 155307 | 58,903.00 | 2/1/2018 | Per approved budget. | CG Talent |
| 155308 | 12,500.00 | 2/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | CG Ongoing Program Management/Oversight |
| 155309 | 20,833.00 | 2/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 155310 | 20,833.00 | 2/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | CG Social Media |
| 155311 | 54,167.00 | 2/1/2018 | Per approved budget. | CG Media Assets |
| 155312 | 12,500.00 | 2/1/2018 | Coordination, management and optimization of CC CRM platform. | CG CRM Management/Consulting |
| 155313 | 16,667.00 | 2/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | CG Blog |
| 155906 | 269,000.00 | 2/19/2018 | Concepting and design for CG Magazine '18 Issue 3. Includes copywriting, art production, photography, computer graphics, freelance writers, art supplies and pre-flighting. Does not include printing, postage or mailing. | Magazine ' 18 Issue 3 |
| 155907 | 100,000.00 | 2/19/2018 | Partial Billing. Per Approved Budget. | CG Booth Updates |
| 155908 | 50,000.00 | 2/19/2018 | Partial Billing. Per Approved Budget. | Training Video/Mag/Blog Contributors |
| 155972 | 66,831.27 | 3/1/2018 | Per approved budget. | CG Talent |

| Invoice No. | Amount | Invoice Date | Desription from Detailed Invoice | Description Summary from List of Invoices |
|---|---|---|---|---|
| 155973 | 12,500.00 | 3/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | CG Ongoing Program Management/Oversight |
| 155974 | 20,833.00 | 3/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | CG Website Management/Ongoing Updates |
| 155975 | 20,833.00 | 3/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | CG Social Media |
| 155976 | 54,167.00 | 3/1/2018 | Per approved budget. | CG Media Assets |
| 155977 | 12,500.00 | 3/1/2018 | Coordination, management and optimization of CC CRM platform. | CG CRM Management/Consulting |
| 155978 | 16,667.00 | 3/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | CG Blog |
| 156455 | 150,000.00 | 3/14/2018 | Per approved budget | |
| 156731 | 66,831.27 | 4/1/2018 | Per approved budget. | |
| 156732 | 12,500.00 | 4/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | |
| 156733 | 20,833.00 | 4/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 156734 | 20,833.00 | 4/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | |
| 156735 | 54,167.00 | 4/1/2018 | Per approved budget. | |
| 156736 | 12,500.00 | 4/1/2018 | Coordination, management and optimization of CC CRM platform. | |
| 156737 | 16,667.00 | 4/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | |
| 157301 | 75,000.00 | 4/16/2018 | Partial Billing. Per Approved Budget. | |
| 157454 | 66,831.27 | 5/1/2018 | Per approved budget. | |
| 157455 | 12,500.00 | 5/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | |
| 157456 | 20,833.00 | 5/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 157457 | 20,833.00 | 5/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | |
| 157458 | 54,167.00 | 5/1/2018 | Per approved budget. | |
| 157459 | 12,500.00 | 5/1/2018 | Coordination, management and optimization of CC CRM platform. | |
| 157460 | 16,667.00 | 5/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | |
| 158032 | 269,000.00 | 5/16/2018 | Concepting and design for the CG Magazine '18 Issue 4. Includes copywriting, art production, photography, computer graphics, freelance writers, art supplies and pre-flighting. Does not include printing, postage or mailing. | |
| 158033 | 25,000.00 | 5/16/2018 | Partial Billing. Per Approved Budget. | |
| 158039 | 100,000.00 | 5/16/2018 | Per approved budget. | |
| 158202 | 66,831.27 | 6/1/2018 | Per approved budget. | |
| 158203 | 12,500.00 | 6/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | |
| 158204 | 20,833.00 | 6/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 158205 | 20,833.00 | 6/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | |
| 158206 | 54,167.00 | 6/1/2018 | Per approved budget. | |
| 158207 | 12,500.00 | 6/1/2018 | Coordination, management and optimization of CC CRM platform. | |

| Invoice No. | Amount | Invoice Date | Desription from Detailed Invoice | Description Summary from List of Invoices |
|---|---|---|---|---|
| 158208 | 16,667.00 | 6/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | |
| 159062 | 66,831.27 | 7/1/2018 | Per approved budget. | |
| 159063 | 12,500.00 | 7/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | |
| 159064 | 20,833.00 | 7/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 159065 | 20,833.00 | 7/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | |
| 159066 | 54,167.00 | 7/1/2018 | Per approved budget. | |
| 159067 | 12,500.00 | 7/1/2018 | Coordination, management and optimization of CC CRM platform. | |
| 159068 | 16,667.00 | 7/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching, interviewing, copywriting, editing, and proofreading, art direction/ design and layout. | |
| 159656 | 1,764.76 | 7/13/2018 | Preflight Disk | |
| 159724 | 66,831.27 | 8/1/2018 | Per approved budget. | |
| 159725 | 12,500.00 | 8/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and internal stakeholders on project including support for lead instructors and coordination with influencers. | |
| 159726 | 20,833.00 | 8/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 159727 | 20,833.00 | 8/1/2018 | Social media concepting, strategic visioning, theming and creative production. Includes ongoing strategy, copywriting, graphic design, video editing and implementation. | |
| 159728 | 54,167.00 | 8/1/2018 | Per approved budget. | |
| 159729 | 12,500.00 | 8/1/2018 | Coordination, management and optimization of CG CRM platform. | |
| 159730 | 16,667.00 | 8/1/2018 | Ongoing daily coordination of the CG blog, and content creation for such. Includes concepting, researching, interviewing, copywriting, editing and proofreading, art direction/design and layout | |
| 160162 | 269,000.00 | 8/9/2018 | Concepting and design for the CG Magazine '18 Issue 5. Includes copywriting, art production, photography, computer gra'pbiM, fre nce writers, art supplies and pre-flighting. Does not include printing, postage or mailing | |
| 160510 | 66,831.00 | 9/1/2018 | Per approved budget. | |
| 160511 | 12,500.00 | 9/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and interna stakeholders on project, including support for lead instructors and coordination with influencers. | |
| 160512 | 20,833.00 | 9/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 160513 | 20,833.00 | 9/1/2018 | Social media concepting, strategic visioning, theming and creative production. includes ongoing strategy, copywriting, graphic design, video editing and implementation | |
| 160514 | 54,167.00 | 9/1/2018 | Per approved budget. | |
| 160515 | 12,500.00 | 9/1/2018 | Coordination , management and optimization of CG CRM platform. | |
| 160516 | 16,667.00 | 9/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching interviewing, copywriting, editing and proofreading, art direction/design and layout | |
| 161959 | 66,831.27 | 11/1/2018 | Per approved budget. | |
| 161239 | 66,831.27 | 10/1/2018 | Per approved budget. | |
| 161240 | 12,500.00 | 10/1/2018 | Overall project management, talent management, strategic contribution and coordination with external and interna stakeholders on project, including support for lead instructors and coordination with influencers. | |
| 161241 | 20,833.00 | 10/1/2018 | Ongoing management, maintenance and updates to CG website(s), kiosks, etc. Includes, but is not limited to: concepting, copywriting, art direction and content management (both of video and written content); quality assurance/testing/IT support; working with IS and outside partners on functionality, production requests, updates. | |
| 161242 | 20,833.00 | 10/1/2018 | Social media concepting, strategic visioning, theming and creative production. includes ongoing strategy, copywriting, graphic design, video editing and implementation | |
| 161243 | 54,167.00 | 10/1/2018 | Per approved budget. | |
| 161244 | 12,500.00 | 10/1/2018 | Coordination, management and optimization of CG CRM platform. | |
| 161245 | 16,667.00 | 10/1/2018 | Ongoing, daily coordination of the CG blog and content creation for such. Includes concepting, researching interviewing, copywriting, editing and proofreading, art direction/design and layout | |

| Invoice No. | Amount | Invoice Date | Desription from Detailed Invoice | Description Summary from List of Invoices |
|---|---|---|---|---|
| 161616 | 54,167.00 | 10/8/2018 | Credit for Invoice # 161243 | |
| 161618 | 16,667.00 | 10/8/2018 | Credit for Invoice # 161245 | |
| 161621 | 12,500.00 | 10/8/2018 | Credit for Invoice # 161240 | |
| 161622 | 20,833.00 | 10/8/2018 | Credit for Invoice # 161241 | |
| 161623 | 20,833.00 | 10/8/2018 | Credit for Invoice # 161242 | |
| 161624 | 12,500.00 | 10/8/2018 | Credit for Invoice # 161244 | |

**Notes**

There are multiple
detailed invoices for
this, noting different
payment amounts. The
amount listed here is
from the list of
invoices.

**Notes**

**Notes**

**Notes**

9

APP. 03117

**Notes**

# EXHIBIT 93

APP. 03119

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

(703) 267-1250
(703) 267-3985 fax

March 14, 2019

Jay J. Madrid
Dorsey & Whitney LLP
300 Crecent Ct, Suite 400
Dallas, TX 75201

Dear Mr. Madrid:

I write in response to your letter dated March 12, 2019, as well as to Steve Ryan's emails of March 8 and 11, regarding the National Rifle Association and Ackerman McQueen (AMc). These communications make claims that are so clearly in error that they do not merit a point-by-point response. However, I do want to address a few key issues in the hope that we can prevent this dispute from critically damaging an important, longstanding, and productive relationship between our clients.

Most importantly, the NRA has never promised not to make basic disclosures regarding the nature and existence of the contract between Lt. Col. North and AMc—nor could we lawfully do so. As you may know, New York law compels significant disclosures in this respect, and the NRA complies fully with its obligations. Similarly, compensation paid directly or indirectly to Lt. Col. North in 2018 will ultimately have to be reported to the Internal Revenue Service on the NRA's Form 990. That form will be available to the public when it is filed in the fall of 2019.

Related to that point, Mr. Ryan's e-mail of March 8, 2019 suggests that AMc allowed the NRA to review the North contract "under the claim that it was for the Audit Committee's review, and no other, not unrelated board members at large, outside counsel, or anyone outside the small circle of authorized personnel." Although it is true that I conducted my review in order to inform the Audit Committee's assessment, I did not promise to refrain from discussing the review with anyone else. Such a promise would have been inappropriate, given my prerogative to share my review with the NRA's counsel of choice, as well as the right of NRA board members to be fully informed about material facts in a confidential setting.

With regard to the Brewer firm, as emphasized most recently by Steve Hart in his email dated January 16, 2019, the NRA has the right to choose its own counsel. It is no secret that we have chosen Mr. Brewer's firm to represent us in several significant matters. Some of those matters concern the NRA's relationship with AMc. To facilitate Ackerman's compliance with the Services Agreement, the NRA agreed to appoint other professionals to work with your client—which has occurred during Forensic Risk Alliance's productive review of AMc records.

However, the NRA made no promise and has no obligation to refrain from conferring with Brewer on matters relevant to the firm's work.

Although Mr. Brewer provided statements to the New York Times, he never spoke with Mr. Hakim or communicated with him directly. Therefore, it is doubtful that Mr. Hakim described Mr. Brewer as a "primary provider of information" regarding the NRA, or named Mr. Brewer as a "source of . . . critical remarks" from Board members. Nor did the NRA or the Brewer firm, or anyone acting at their direction or with their knowledge, alert Mr. Hakim to the existence of the North contract as your recent communications insinuate. As noted by Wayne LaPierre in his recent communication to the Board,[1] the NRA engaged with Mr. Hakim to address claims and correct misinformation received from other, undisclosed sources. In this regard, I also reiterate my invitation (which I previously issued to Steve Ryan by phone) for AMc to provide any detail of the content of Mr. Hakim's inquiry that might suggest an unauthorized disclosure occurred.

The NRA respectfully declines to retract any of its "references" to AMc. Moreover, your letter identifies no statement of fact attributed to the NRA which AMc contends is false. (Indeed, NRA spokesman Andrew Arulanandam refers in the article to the NRA's long and successful partnership with AMc.) The NRA also reminds AMc of its confidentiality obligations pursuant to the parties' Services Agreement including, without limitation, Section IV thereof.[2] Any breach of those obligations would obviously be very damaging to the relationship and would be met appropriately by the NRA.

We hope that this resolves any potential misunderstanding, and look forward to working with you to move past this unproductive dispute in the interest of both of our clients.

Sincerely,

John C. Frazer
Secretary and General Counsel

---

1 The board communication quoted on page 2 of your letter (the "Board Communication") was addressed to the NRA's directors, not to Ackerman McQueen. The NRA reserves all rights and remedies relating to any unauthorized dissemination of the Board Communication and AMc's unauthorized receipt thereof. By responding to AMc's contentions regarding the Board Communication, the NRA waives no privilege or confidentiality protections pertaining to the Board Communication.

2 Your letter also accuses the NRA of breaching confidentiality obligations to Ackerman. Although the NRA does not believe that it has disclosed any of Ackerman's confidential business information, the NRA notes that the confidentiality provisions of the Services Agreement only bind Ackerman—not the NRA. The confidentiality provisions of Col. North's contract, meanwhile, appear to bind only Col. North and AMc.

# EXHIBIT 94

APP. 03122

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

*(703) 267-1250*
*(703) 267-3985 fax*

August 24, 2019

**VIA ELECTRONIC MAIL**

Stephen M. Ryan
McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001

David Schertler
Schertler & Onorato, LLP
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001

**RE: Representative Schneider's August 20, 2019 Letter to Ackerman McQueen, Inc.**

Dear Messrs. Ryan and Schertler,

On behalf of the National Rifle Association of America (the "NRA"), I write to ensure that, in the event Ackerman McQueen, Inc. ("Ackerman") chooses to produce any documents in response to the August 20, 2019 request from Representative Schneider (attached), it adhere to its contractual duties to not do so without the NRA's express written consent.

As I previously stated on multiple occasions, including in my letter dated July 30, 2019, in connection with Ackerman's proposed document production to the New York Attorney General, under Section IV of its Services Agreement with the NRA, without the NRA's consent, Ackerman cannot disclose to anyone any information it learned as a result of its provision of services to the NRA. The agreement states that Ackerman "shall not disclose, directly or indirectly, to any third party any . . . data, materials or information coming to the knowledge of [Ackerman], supplied to [Ackerman] by NRA, or otherwise made known to [Ackerman] as a result of [Ackerman]'s providing Services (hereinafter collectively, referred to as the ('Confidential Information'), without the prior express written permission of NRA." (emphases added).

Of course, the NRA will promptly review any proposed productions that Ackerman may wish to make.

Sincerely,

John Frazer
Secretary and General Counsel

Enclosure

# EXHIBIT 95

APP. 03125

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,**<br><br>*Plaintiff and Counter-Defendant,*<br><br>v.<br><br>**ACKERMAN MCQUEEN, INC.,**<br><br>*Defendant and Counter-Plaintiff,*<br><br>**and**<br><br>**MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY**<br><br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Case No. 3:19-cv-02074-G**<br><br>**Declaration of John C. Frazer In Support of the National Rifle Association of America's Motion for Partial Summary Judgment** |

I, John C. Frazer, declare, pursuant to 28 U.S.C. § 1746, as follows:

1. I am the General Counsel of the National Rifle Association of America (the "NRA"). I am over the age of twenty-one, of sound mind, and competent to make this declaration. I submit this declaration in support of the NRA's Motion for Partial Summary Judgment.

2. By virtue of my duties and responsibilities, I am competent to testify regarding the records attached hereto, which consist of correspondence prepared and transmitted by me in the ordinary course of the NRA's business.

3. Letter correspondence with relevant counsel concerning NRA legal matters (such as the communications attached hereto) is regularly created and kept in the course of the NRA's business.

4. Attached hereto as Exhibit A is a true and correct copy of a letter I sent on August 24, 2019, to Stephen M. Ryan and David Schertler, counsel for Ackerman McQueen, Inc.

5. Attached hereto as Exhibit B is a true and correct copy of a letter I sent on March 14, 2019, to Jay Madrid, counsel for Ackerman McQueen, Inc.

6. Attached hereto as Exhibit C is a true and correct copy of a letter I sent on March 4, 2020, to Gina Betts, Esq., counsel for Ackerman McQueen, Inc.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of November, 2021.

John C. Frazer

# Exhibit A

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

*(703) 267-1250*
*(703) 267-3985 fax*

August 24, 2019

**VIA ELECTRONIC MAIL**

Stephen M. Ryan
McDermott Will & Emery
500 North Capitol Street, NW
Washington, DC 20001

David Schertler
Schertler & Onorato, LLP
901 New York Avenue, N.W.
Suite 500 West
Washington, DC 20001

**RE: Representative Schneider's August 20, 2019 Letter to Ackerman McQueen, Inc.**

Dear Messrs. Ryan and Schertler,

On behalf of the National Rifle Association of America (the "NRA"), I write to ensure that, in the event Ackerman McQueen, Inc. ("Ackerman") chooses to produce any documents in response to the August 20, 2019 request from Representative Schneider (attached), it adhere to its contractual duties to not do so without the NRA's express written consent.

As I previously stated on multiple occasions, including in my letter dated July 30, 2019, in connection with Ackerman's proposed document production to the New York Attorney General, under Section IV of its Services Agreement with the NRA, without the NRA's consent, Ackerman cannot disclose to anyone any information it learned as a result of its provision of services to the NRA. The agreement states that Ackerman "shall not disclose, directly or indirectly, to any third party any . . . data, materials or information coming to the knowledge of [Ackerman], supplied to [Ackerman] by NRA, or otherwise made known to [Ackerman] as a result of [Ackerman]'s providing Services (hereinafter collectively, referred to as the ('Confidential Information'), without the prior express written permission of NRA." (emphases added).

# Exhibit B

**To:**       haydon.jean@dorsey.com[haydon.jean@dorsey.com]
**From:**     Frazer, John
**Sent:**     2019-03-14T23:37:42Z
**Importance:**       Normal
**Subject:**  Fwd: Response to Jay Madrid
**Received:**         2019-03-14T23:37:43Z
Madrid Letter.pdf
ATT00001.htm

I'm not sure if this went through the first time. Apologies for any inconvenience.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA  22030
(703) 267-1254
john.frazer@nrahq.org

This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged.  If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.
Begin forwarded message:


**From:** "Frazer, John" <John.Frazer@nrahq.org>
**Date:** March 14, 2019 at 4:03:58 PM CDT
**Cc:** "SRyan@mwe.com" <SRyan@mwe.com>, Steve Hart <jstevenhart@gmail.com>
**Subject: Response to Jay Madrid**


Please see attached.

John Frazer
Secretary and General Counsel
National Rifle Association of America
11250 Waples Mill Rd.
Fairfax, VA  22030
(703) 267-1254
john.frazer@nrahq.org


This e-mail and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed, and may be privileged.  If you have received this e-mail in error, please notify the sender immediately, delete the message from your computer, and do not disseminate, distribute, or copy it.
Begin forwarded message:

**From:** <haydon.jean@dorsey.com>
**Date:** March 12, 2019 at 5:45:27 PM CDT
**To:** <john.frazer@nrahq.org>
**Cc:** <jstevenhart@gmail.com>, <SRyan@mwe.com>
**Subject: On behalf of Jay Madrid**

Mr. Frazer,

Please see attached correspondence from Mr. Madrid.

Thank you

**Jean Haydon, Legal Assistant to**

**Jay J. Madrid, Esq., Brian Vanderwoude, Esq.,**

**Ron Miller, Esq., and Kara Grimes, Esq.**

2277002:06345755

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

*(703) 267-1250*
*(703) 267-3985 fax*

NRA

March 14, 2019

Jay J. Madrid
Dorsey & Whitney LLP
300 Crecent Ct, Suite 400
Dallas, TX 75201

Dear Mr. Madrid:

I write in response to your letter dated March 12, 2019, as well as to Steve Ryan's emails of March 8 and 11, regarding the National Rifle Association and Ackerman McQueen (AMc). These communications make claims that are so clearly in error that they do not merit a point-by-point response. However, I do want to address a few key issues in the hope that we can prevent this dispute from critically damaging an important, longstanding, and productive relationship between our clients.

Most importantly, the NRA has never promised not to make basic disclosures regarding the nature and existence of the contract between Lt. Col. North and AMc—nor could we lawfully do so. As you may know, New York law compels significant disclosures in this respect, and the NRA complies fully with its obligations. Similarly, compensation paid directly or indirectly to Lt. Col. North in 2018 will ultimately have to be reported to the Internal Revenue Service on the NRA's Form 990. That form will be available to the public when it is filed in the fall of 2019.

Related to that point, Mr. Ryan's e-mail of March 8, 2019 suggests that AMc allowed the NRA to review the North contract "under the claim that it was for the Audit Committee's review, and no other, not unrelated board members at large, outside counsel, or anyone outside the small circle of authorized personnel." Although it is true that I conducted my review in order to inform the Audit Committee's assessment, I did not promise to refrain from discussing the review with anyone else. Such a promise would have been inappropriate, given my prerogative to share my review with the NRA's counsel of choice, as well as the right of NRA board members to be fully informed about material facts in a confidential setting.

With regard to the Brewer firm, as emphasized most recently by Steve Hart in his email dated January 16, 2019, the NRA has the right to choose its own counsel. It is no secret that we have chosen Mr. Brewer's firm to represent us in several significant matters. Some of those matters concern the NRA's relationship with AMc. To facilitate Ackerman's compliance with the Services Agreement, the NRA agreed to appoint other professionals to work with your client—which has occurred during Forensic Risk Alliance's productive review of AMc records.

However, the NRA made no promise and has no obligation to refrain from conferring with Brewer on matters relevant to the firm's work.

Although Mr. Brewer provided statements to the New York Times, he never spoke with Mr. Hakim or communicated with him directly. Therefore, it is doubtful that Mr. Hakim described Mr. Brewer as a "primary provider of information" regarding the NRA, or named Mr. Brewer as a "source of . . . critical remarks" from Board members. Nor did the NRA or the Brewer firm, or anyone acting at their direction or with their knowledge, alert Mr. Hakim to the existence of the North contract as your recent communications insinuate. As noted by Wayne LaPierre in his recent communication to the Board,[1] the NRA engaged with Mr. Hakim to address claims and correct misinformation received from other, undisclosed sources. In this regard, I also reiterate my invitation (which I previously issued to Steve Ryan by phone) for AMc to provide any detail of the content of Mr. Hakim's inquiry that might suggest an unauthorized disclosure occurred.

The NRA respectfully declines to retract any of its "references" to AMc. Moreover, your letter identifies no statement of fact attributed to the NRA which AMc contends is false. (Indeed, NRA spokesman Andrew Arulanandam refers in the article to the NRA's long and successful partnership with AMc.) The NRA also reminds AMc of its confidentiality obligations pursuant to the parties' Services Agreement including, without limitation, Section IV thereof.[2] Any breach of those obligations would obviously be very damaging to the relationship and would be met appropriately by the NRA.

We hope that this resolves any potential misunderstanding, and look forward to working with you to move past this unproductive dispute in the interest of both of our clients.

Sincerely,

John C. Frazer
Secretary and General Counsel

---

1 The board communication quoted on page 2 of your letter (the "Board Communication") was addressed to the NRA's directors, not to Ackerman McQueen. The NRA reserves all rights and remedies relating to any unauthorized dissemination of the Board Communication and AMc's unauthorized receipt thereof. By responding to AMc's contentions regarding the Board Communication, the NRA waives no privilege or confidentiality protections pertaining to the Board Communication.

2 Your letter also accuses the NRA of breaching confidentiality obligations to Ackerman. Although the NRA does not believe that it has disclosed any of Ackerman's confidential business information, the NRA notes that the confidentiality provisions of the Services Agreement only bind Ackerman—not the NRA. The confidentiality provisions of Col. North's contract, meanwhile, appear to bind only Col. North and AMc.

Of course, the NRA will promptly review any proposed productions that Ackerman may wish to make.

Sincerely,

John Frazer
Secretary and General Counsel

Enclosure

# Exhibit C

NATIONAL RIFLE ASSOCIATION OF AMERICA
OFFICE OF THE GENERAL COUNSEL
11250 WAPLES MILL ROAD
FAIRFAX, VIRGINIA 22030

*(703) 267-1250*
*(703) 267-3985 fax*

March 4, 2020

Dorsey & Whitney LLP
Attn: Gina Betts
300 Crescent Ct. Suite 400
Dallas, TX 75201

Dear Ms. Betts:

This is in response to Bill Winkler's letters dated January 16 and February 12, 2020, which purport to demand indemnification from the National Rifle Association in connection with AMc's response to recent government requests for information.

As an initial matter, as set forth in pleadings before multiple courts, AMc materially breached the Services Agreement. Therefore, even if the NRA had a colorable obligation to indemnify AMc pursuant to Services Agreement Sec. V, that obligation would have been discharged as a consequence of AMc's prior material breach.

However, AMc's latest demand suffers from a more fundamental defect: the language Mr. Winkler intentionally omitted from his quotation of Section V.B.1 makes clear that provision does not apply in this situation. Specifically, the Services Agreement only requires the NRA to indemnify liabilities arising from: (1) NRA data or materials incorporated into AMc's work product; (2) claims for damages related to violence committed with firearms, or for injunctive relief with respect to the conduct of NRA-approved activities; and (3) spokesperson activities directed or supervised by the NRA. Relevant language is reproduced in full as follows:

> NRA agrees to indemnify, defend and hold harmless AMc, and its directors, officers, employees, agents, contractors and representatives (collectively, the **"AMc Indemnified Parties,"** such directors, officers, employees, agents, contractors and representatives being hereby deemed third party beneficiaries of this indemnity provision), from and against any and all claims, demands, causes of action, suits, liabilities, losses, damages

settlements, judgments, and expenses (including attorney's fees), arising from

(1) any data, materials, or service performance claims furnished to any AMc Indemnified Party by NRA, or approved by NRA, from which a AMc Indemnified Party prepared any publicity materials or public relations materials, or which were used by a AMc Indemnified Party in the production of advertising which was approved by NRA;

(2) any claim, action or proceeding by any person(s), entity(ies), the United States of America, any state(s), county(ies), or municipality(ies), or any department, agency, board, bureau, commission, attorney general, or other instrumentality(ies) or political subdivision(s) of any of the foregoing, seeking

(a) damages (whether actual, exemplary, or both), reimbursement or other compensation for any alleged injury(ies), death(s), or private or public losses, damages or costs related to one or more incidents of violence committed with firearms, or

(b) an injunction or other equitable relief with respect to the activities of a AMc Indemnified Party performed on behalf of NRA pursuant to this Agreement or otherwise requested or approved by NRA; or

(3) the public relations services and related activities of any Spokesperson pursuant to the direction or supervision of NRA. Insurance coverage for the foregoing indemnification obligations shall be maintained by NRA.

In the event that the government seeks, from AMc, damages relating to incidents of violence committed with firearms, or injunctive relief regarding activities directed or approved by the NRA, please notify my office. Unless and until that occurs, the NRA will ignore any future frivolous, bad-faith indemnity demands (or accompanying frivolous, bad-faith lawsuit threats) from AMc, which appear intended solely to waste the NRA's time.

Sincerely,

John C. Frazer
Secretary and General Counsel

cc: David Schertler, Schertler & Onorato