IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § § § § § § § § § § § § § § § § § § | |
| *Plaintiff and Counter-Defendant*, | | |
| v. | | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | | |
| *Defendant and Counter-Plaintiff*, | | |
| and | | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | | |
| *Defendants*. | | |

### DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Ackerman McQueen, Inc. ("*AMc*"), Mercury Group, Inc., Henry Martin, William Winkler, and Melanie Montgomery (collectively, "*Defendants*") file this *Response in Opposition to Plaintiff's Motion for Partial Summary Judgment* (ECF 414) pursuant to FED. R. CIV. P. 56 and respectfully show as follows:

Each of the matters required by Local Civil Rule 56.3 is set forth in the accompanying brief and appendix in Opposition to the National Rifle Association of America's Motion for Partial Summary Judgment (the "*Motion*").

WHEREFORE, PREMISES CONSIDERED, Defendants respectfully request and pray that the Court deny the NRA's Motion in its entirety.

December 20, 2021.

        Respectfully submitted,

        */s/ Brian E. Mason*
        **G. Michael Gruber, Esq.**
        Texas Bar No. 08555400
        gruber.mike@dorsey.com
        **Brian E. Mason, Esq.**
        Texas Bar No. 24079906
        mason.brian@dorsey.com
        **Jay J. Madrid, Esq.**
        Texas Bar No. 12802000
        madrid.jay@dorsey.com
        **J. Brian Vanderwoude, Esq.**
        Texas Bar No. 24047558
        vanderwoude.brian@dorsey.com
        **DORSEY & WHITNEY LLP**
        300 Crescent Court, Suite 400
        Dallas, Texas 75201
        (214) 981-9900 Phone
        (214) 981-9901 Facsimile

        **ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFF ACKERMAN MCQUEEN, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2021, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

        */s/ Brian E. Mason*
        BRIAN E. MASON