IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff*, | § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § | |
| *Defendants*. | § § | |

**APPENDIX IN SUPPORT OF PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S OPPOSITION TO DEFENDANT ACKERMAN MCQUEEN, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

The National Rifle Association of America (the "NRA") offer the following evidence in Support of its Opposition to Defendant's Motion for Partial Summary Judgment.

| EX | DESCRIPTION | APP |
|---|---|---|
| | Declaration of Cecelia L. Fanelli, dated December 20, 2021 | App.00001-App.00008 |
| 1 | Declaration of Michael Erstling, dated April 29, 2020 *(Filed under seal)* | App.00009-App.00013 |
| 2 | Services Agreement between the NRA and AMc, dated April 30, 2017 *(Filed under seal)* | App.00014-App.00025 |
| 3 | First Amendment to the Services Agreement between the NRA and AMc, dated May 6, 2018 *(Filed under seal)* | App.00026-App.00028 |
| 4 | Services Agreement between the NRA and AMc, dated May 1, 1999 *(Filed under seal)* | App.00029-App.00041 |

| | | |
|---|---|---|
| 5 | 2018 and 2019 Budget Comparisons spreadsheet (AMcTX-00065376-91) | App.00042-App.00058 |
| 6 | Rebuttal Expert Report of Dr. Richard Bergin, dated July 1, 2021 *(Filed under seal)* | App.00059-App.00115 |
| 7 | Deposition transcript of Richard Bergin, dated August 20, 2021 *(Filed under seal)* | App.00116-App.00158 |
| 8 | Deposition transcript of Wayne LaPierre, dated September 24, 2019 *(Filed under seal)* | App.00159-App.00309 |
| 9 | Deposition transcript of Melanie Montgomery, dated August 6, 2021 *(Filed under seal)* | App.00310-App.00371 |
| 10 | Deposition transcript of Jonathan E. Hochman, dated August 10, 2021 *(Filed under seal)* | App.00372-App.00439 |
| 11 | Declaration of Grant Spofford, dated December 20, 2021 *(Filed under seal)* | App.00440-App.00617 |
| 12 | Letter from C. Fanelli to B. Mason regarding Third-Party Production From Google Inc., dated October 28, 2021 (AMcTX-00059567-AMcTx-00059569) *(Filed under seal)* | App.00618-App.00623 |
| 13 | NRATV Video Analytics Dashboard – Solutions Overview Powerpoint Presentation (AMc-002656-85) | App.00624-App.00654 |
| 14 | NRATV Year 1 Analytics & Valuation, dated January 3, 2018 (AMcTX-00064865) | App.00655-App.00713 |
| 15 | NRA America's most Patriotic Brand AMc-002956 (AMc-002956) | App.00714-App.00749 |
| 16 | NOIR 2017 Metrics NRATV (AMcTX-00014990) | App.00750-App.00840 |
| 17 | Email chain from Eric Wang to Jesse Greenberg, regarding NRATV Monetization Presentation, dated March 3, 2018 (AMcTX-00004485) *(Filed under seal)* | App.00841-App.00867 |
| 18 | Deposition transcript of AMc's 30(b)(6) Corporate Representatives, dated August 4, 2021 *(Filed under seal)* | App.00868-App.00935 |
| 19 | Letter from Cecelia L. Fanelli to Brian E. Mason, dated September 17, 2021 | App.00936-App.00937 |
| 20 | Declaration of William McLaughlin, dated December 18, 2021 *(Filed under seal)* | App.00938-App.00959 |
| 21 | Letter from Brian E. Mason to Sarah B. Rogers, dated September 1, 2021*(Filed under seal)* | App.00960-App.00962 |
| 22 | Letter from Cecelia L. Fanelli to Brian E. Mason, dated September 3, 2021 *(Filed under seal)* | App.00963-App.00965 |
| 23 | Amended Expert Report of Daniel L. Jackson, dated October 15, 2021 *(Filed under seal)* | App.00966-App.01042 |
| 24 | Deposition transcript of Daniel L. Jackson, dated October 27, 2021 *(Filed under seal)* | App.01043-App.01086 |

| | | |
|---|---|---|
| 25 | 2015-2019 Ackerman Budgets (NRA-AMc_00140814) *(Filed under seal)* | App.01087-App.01096 |
| 26 | Letter from Brian E. Mason to Cecelia L. Fanelli, dated October 15, 2021 *(Filed under seal)* | App.01097-App.01099 |
| 27 | Letter from Brian E. Mason to Cecelia L. Fanelli, dated September 21, 2021 *(Filed under seal)* | App.01100-App.01103 |
| 28 | Letter from Brian E. Mason to Cecelia L. Fanelli, dated September 28, 2021 *(Filed under seal)* | App.01104-App.01106 |
| 29 | Letter from Brian E. Mason to Cecelia L. Fanelli, dated September 12, 2021 *(Filed under seal)* | App.01107-App.01109 |
| 30 | Declaration of Brian E. Mason, dated October 18, 2021 *(Filed under seal)* | App.01110-App.01114 |
| 31 | Excerpt of screenshot of Volume 16 production index | App.01115-App.01116 |
| 32 | Letter from Sarah B. Rogers to Brian E. Mason, dated October 17, 2021 *(Filed under seal)* | App.01117-App.01119 |
| 33 | Deposition transcript of Andrew McLean, dated October 21, 2021 *(Filed under seal)* | App.01120-App.01215 |
| 34 | Deposition transcript of Brian Buss, dated October 29, 2021 *(Filed under seal)* | App.01216-App.01238 |
| 35 | Declaration of Brian Buss, dated December 20, 2021 *(Filed under seal)* | App.01239-App.01272 |
| 36 | Declaration of Andrew McLean dated December 19, 2021 *(Filed under seal)* | App.01273-App.01422 |
| 37 | Deposition transcript of Gary B. Goolsby, dated October 12, 2021 *(Filed under seal)* | App.01423-App.01441 |
| 38 | Deposition transcript of Gary B. Goolsby, dated August 17, 2021 *(Filed under seal)* | App.01442-App.01480 |
| 39 | Supplemental Expert Report of Richard Bergin, dated October 29, 2021 *(Filed under seal)* | App.01481-App.01505 |
| 40 | Ryan W. Miller, *Angry over diversity in children's show, NRA TV depicts 'Thomas & Friends' in KKK hoods*, USA Today (Sept. 12, 2018) | App.01506-App.01507 |

| 41 | Robert J. Spitzer, *What's behind NRA TV's grotesque take on 'Thomas & Friends'*, CNN (Sept. 14, 2018) | App.01508-App.01512 |
|---|---|---|
| 42 | Danielle Cinone, *'Thomas & Friends' owner fires back after NRA show portrays characters in KKK hoods*, New York Daily News (Sept. 14, 2018) | App.01513-App.01517 |
| 43 | Danny Hakim, *In N.R.A. Power Struggle, Insurgents Seek to Oust Wayne LaPierre*, The New York Times (April 26, 2019) | App.01518-App.01521 |
| 44 | Eli Watkins and Kate Sullivan, *New York Attorney General investigating NRA finances amid group's internal dispute*, CNN (April 29, 2019) | App.01522-App.01524 |
| 45 | Mark Maremont, *New York Attorney General Probes NRA as Oliver North Exits as President*, The Wall Street Journal (April 27, 2019) | App.01525-App.01529 |
| 46 | Letter of John Frazer, Esq. to Gina Betts, Esq., dated March 4, 2020. (NRA-AMc_00199046—00199047)  *(Filed under seal)* | App.01530-App.01532 |
| 47 | Letter from Wilson H. Phillips, Jr. to Bill Winkler, copy to Craig Spray and Wayne LaPierre dated August 8, 2018 (AMc-058776-8) *(Filed under seal)* | App.01533-App.01536 |
| 48 | Letter from William Winkler to Wilson H. Phillips, Jr., copy to Craig Spray and Wayne LaPierre dated August 13, 2018 (AMcTX-00002893) *(Filed under seal)* | App.01537-App.01539 |
| 49 | Letter draft from Wilson H. Phillips to Bill Winkler, dated August 14, 2018 *(Filed under seal)* | App.01540-App.01541 |
| 50 | Letter from William Winkler to Wilson H. Phillips, Jr. dated August 27, 2018 (AMcTX-00003702—00003703) *(Filed under seal)* | App.01542-App.01544 |
| 51 | Deposition transcript of Susan Dillon, dated July 28, 2021 *(Filed under seal)* | App.01545-App.01582 |
| 52 | Declaration of John Frazer, dated December 20, 2021  *(Filed under seal)* | App.01583-App.01601 |
| 53 | Letter from William Winkler to Wayne LaPierre, dated April 22, 2019 (NRA-AMc_00091616) *(Filed under seal)* | App.01602-App.01607 |
| 54 | Letter from William Winkler to Craig Spray dated April 22, 2019 (NRA-AMc_00091626) *(Filed under seal)* | App.01608-App.01609 |
| 55 | Letter from William Winkler to Tyler Schropp dated April 22, 2019 (NRA-AMc_00069188) *(Filed under seal)* | App.01610-App.01611 |
| 56 | Mark Maremont, NRA Chief Wayne LaPierre Questioned on Travel Expenses, The Wall Street Journal (May 2, 2019) | App.01612-App.01614 |

| 57 | Mark Maremont, Leaked Letters Reveal Details of NRA Chief's Alleged Spending, The Wall Street Journal (May 11, 2019) | App.01615-App.01617 |
|---|---|---|
| 58 | Deposition transcript of William Powers, dated August 2, 2021 *(Filed under seal)* | App.01618-App.01664 |
| 59 | Declaration of Andrew Arulanandam, dated December 20, 2021 *(Filed under seal)* | App.01665-App.01741 |
| 60 | Deposition Transcript of Melanie Montgomery, dated March 31, 2021 *(Filed under seal)* | App.01742-App.01800 |
| 61 | Declaration of Richard Tedrick, dated December 19th, 2021 *(Filed under seal)* | App.01801-App.01805 |
| 62 | Wayne LaPierre Handwritten Notes (NRA-AMc_00091712 - 00091749) *(Filed under seal)* | App.01806-App.01844 |
| 63 | Deposition transcript of Anthony J. Ferate, dated July 08, 2019 *(Filed under seal)* | App.01845-App.01923 |
| 64 | Declaration of Wayne LaPierre, dated December 20, 2021 *(Filed under seal)* | App.01924-App.01965 |
| 65 | Danny Hakim, NRA Shuts Down Production of NRATV, The New York Times (June 25, 2019) | App.01966-App.01968 |
| 66 | Declaration of Craig Spray, dated May 04, 2020 *(Filed under seal)* | App.01969-App.01973 |
| 67 | Declaration of Todd Grable, dated September 01, 2021 *(Filed under seal)* | App.01974-App.01976 |
| 68 | 2004 Tedrick Audit Report (NRA-AMc_00185512) *(Filed under seal)* | App.01977-App.01980 |
| 69 | Letter from Andrew Arulanandam to Melanie Montgomery, dated June 11, 2019 (NRA-AMc_00060122 - NRA-AMc_00060123) *(Filed under seal)* | App.01981-App.01983 |
| 70 | Deposition transcript of Dan Boren, dated November 3, 2020 *(Filed under seal)* | App.01984-App.02051 |
| 71 | Deposition transcript of AMC 30(b)(6) William Winkler, dated March 26, 2021 *(Filed under seal)* | App.02052-App.02357 |
| 72 | Trial Testimony of Michael Erstling, dated April 21, 2021 *(Filed under seal)* | App.02358-App.02709 |

| | | |
|---|---|---|
| 73 | Letter from Sarah Rogers to Jay Madrid dated December 21, 2018 *(Filed under seal)* | App.02710-App.02712 |
| 74 | Letter from Jay Madrid to Steven Hart, dated January 4, 2019 *(Filed under seal)* | App.02713-App.02718 |
| 75 | Deposition transcript of Gayle Stanford, dated March 25, 2021 *(Filed under seal)* | App.02719-App.02779 |
| 76 | NYAG v. NRA Complaint | App.02780-App.02949 |
| 77 | Letter from Stephen Ryan to William H. Brewer, dated August 22, 2018 (AMcTX-00065340) *(Filed under seal)* | App.02950-App.02953 |
| 78 | Deposition transcript of Thomas R. Tedrick, dated August 31, 2021 *(Filed under seal)* | App.02954-App.03049 |
| 79 | Letter from Melanie Montgomery to Andrew Arulanandam, dated September 27, 2019 *(Filed under seal)* | App.03050-App.04111 |
| 80 | Letter from Cecelia L. Fanelli to Brian E. Mason, dated September 9, 2021 *(Filed under seal)* | App.04112-App.04113 |
| 81 | Expert report of Daniel L. Jackson dated June 15, 2021 *(Filed under seal)* | App.04114-App.04177 |
| 82 | Letter from Cecelia L. Fanelli to Brian E. Mason, dated September 14, 2021 *(Filed under seal)* | App.04178-App.04180 |
| 83 | Letter from Cecelia L. Fanelli to Brian E. Mason, dated September 24, 2021 regarding Dashboard Safety Concerns *(Filed under seal)* | App.04181-App.04182 |
| 84 | Letter from William Winkler to Wayne LaPierre, dated April 22, 2019 (NRA-AMc_00091624) *(Filed under seal)* | App.04183-App.04187 |
| 85 | Memo from Oliver North Dated April 25, 2019 (NRA-AMc_00161960) *(Filed under seal)* | App.04188-App.04191 |
| 86 | Email from Chuck Cooper to Steven Hart, dated April 28, 2019 (NRA-AMc_00185755) *(Filed under seal)* | App.04192-App.04196 |
| 87 | Declaration of Autumn Kraus, dated December 20, 2021 *(Filed under seal)* | App.04197-App.04229 |
| 88 | Declaration of Matthew Klink, dated December 20, 2021 *(Filed under seal)* | App.04230-App.04259 |
| 89 | Declaration of Carolyn Meadows, dated December 20, 2021 *(Filed under seal)* | App.04260-App.04269 |
| 90 | Declaration of Gary B. Goolsby, dated December 19, 2021 *(Filed under seal)* | App.04270-App.04357 |
| 91 | Declaration of Jonathan E. Hochman, dated December 20, 2021 *(Filed under seal)* | App.04358-App.04581 |

| 92 | Declaration of Larry Kanter, dated December 20, 2021 *(Filed under seal)* | App.04582-App.04633 |
|---|---|---|
| 93 | Declaration of Charles Cotton, dated December 20, 2021 *(Filed under seal)* | App.04634-App.04661 |
| 94 | Exhibit 339 from the Deposition of Andrew McLean *(Filed under seal)* | App.04662-App.04677 |
| 95 | Expert Report of Jonathan E. Hochman dated June 01, 2021 *(Filed under seal)* | App.04678-App.04725 |
| 96 | Supplemental Expert Report of Jonathan Hochman, dated October 22, 2021 *(Filed under seal)* | App.04726-App.04897 |
| 97 | Rebuttal Expert Report of Daniel Jackson, dated July 01, 2021 *(Filed under seal)* | App.04898-App.04974 |
| 98 | Amended and Updated Expert Report of Brian Buss, dated October 21, 2021 *(Filed under seal)* | App.04975-App.05004 |

Dated: December 20, 2021                    Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By:   */s/ Cecelia L. Fanelli*
Cecelia L. Fanelli
*Pro Hac Vice*
clf@brewerattorneys.com
Sarah B. Rogers
New York Bar No. 4755252
sbr@brewerattorneys.com
Philip J. Furia
*Pro Hac Vice*
pjf@brewerattorneys.com
Alessandra P. Allegretto
Texas Bar No. 24109575
apa@brewerattorneys.com
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 20th day of December 2021.

                                              /s/ *Cecelia L. Fanelli*
                                              Cecelia L. Fanelli