IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff*, | § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § | |
| *Defendants*. | § § | |

**PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff the National Rifle Association of America (the "NRA"), hereby submits its Reply in further support of its Motion for Partial Summary Judgment [ECF 414].

In accordance with the Local Rules, this filing is supported by the NRA's Reply Brief filed contemporaneously herewith, which sets forth the NRA's contentions of fact and/or law and argument and authorities. The evidence in support of this filing is contained in the Appendix filed contemporaneously herewith.

Wherefore National Rifle Association of America prays that the Court grant its motion for partial summary judgment.

Dated: January 3, 2022

Respectfully submitted,

<u>/s/ Cecelia L. Fanelli</u>
Cecelia L. Fanelli
*Pro Hac Vice*
clf@brewerattorneys.com
Sarah B. Rogers
New York Bar No. 4755252
sbr@brewerattorneys.com
Philip J. Furia
*Pro Hac Vice*
pjf@brewerattorneys.com
Alessandra P. Allegretto
Texas Bar No. 24109575
apa@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 30 day of December 2021.

                                                      */s/ Philip J. Furia*
                                                     Philip J. Furia