IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § | |
| *Defendant and Counter-Plaintiff*, | § § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § § | |
| *Defendants*. | § § | |

**APPENDIX IN SUPPORT OF PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL SUMMARY JUDGMENT**

The National Rifle Association of America (the "NRA") offer the following evidence in support of its Reply In Support of its Motion for Partial Summary Judgment.

| EX | DESCRIPTION | APP |
|---|---|---|
| | Declaration of Cecelia L. Fanelli, dated January 3, 2022 | App.0001-App.0003 |
| 1 | Email from Anthony Rinaldi to Eric Wang, dated August 25, 2017 (AMcTX-00336708) (*filed under seal*) | App.0004-App.0005 |
| 2 | Email from Brian Darley to Eric Wang, dated October 26, 2017 (AMcTX-00337725) (*filed under seal*) | App.0006-App.0007 |
| 3 | Email from Eric Wang to Jesse Greenberg, dated May 2, 2017 (AMcTX-00294544-AMcTX-00294570) (*filed under seal*) | App.0008-App.0035 |
| 4 | Declaration of Andrew Arulanandam, dated January 3, 2022 (*filed under seal*) | App.0036-App.0048 |

| | | |
|---|---|---|
| 5 | Exhibit 7 to Daniel L. Jackson Deposition, dated October 27, 2021 (*filed under seal*) | App.0049-App.0077 |
| 6 | Exhibit 08 to Daniel L. Jackson Deposition, dated October 27, 2021 (*filed under seal*) | App.0078-App.0181 |
| 7 | Letter from Brian E. Mason to Sarah Rogers, dated October 22, 2021 | App.0182-App.0184 |
| 8 | Letter from William Winkler to Wilson Phillips, dated August 27, 2018 (NRA-AMc_00171736-NRA-AMc_00171740) (*filed under seal*) | App.0185-App.0189 |
| 9 | Letter from Wilson Phillips to William Winkler, dated August 29, 2018 (AMc-057585-AMc-057587) (*filed under seal*) | App.0190-App.0195 |
| 10 | Letters from William Winkler to Wilson Phillips, dated September 4, 2018 (AMc-057593-AMc-057595) (*filed under seal*) | App.0196-App.0200 |
| 11 | NRA Bankruptcy Hearing, April 13, 2021, testimony of S. Rowling | App.0201-App.0357 |

Dated: January 3, 2022

Respectfully submitted,

**BREWER, ATTORNEYS & COUNSELORS**

By: */s/ Cecelia L. Fanelli*
Cecelia L. Fanelli
*Pro Hac Vice*
clf@brewerattorneys.com
Sarah B. Rogers
New York Bar No. 4755252
sbr@brewerattorneys.com
Philip J. Furia
*Pro Hac Vice*
pjf@brewerattorneys.com
Alessandra P. Allegretto
Texas Bar No. 24109575
apa@brewerattorneys.com
**BREWER, ATTORNEYS & COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR THE PLAINTIFF COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 3rd day of January, 2022.

/s/ *Cecelia L. Fanelli*
Cecelia L. Fanelli