## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
|     **Plaintiff and Counter-Defendant** | § § § |
| v. | § § |
| ACKERMAN MCQUEEN, INC., | § § § |
|     **Defendant and Counter-Plaintiff,** | § **Civil Action No. 3:19-cv-02074-G** § § |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | § § § § |
|     **Defendants.** | § § § |

## PLAINTIFF NATIONAL RIFLE ASSOCIATION OF AMERICA'S
## OBJECTIONS TO THE DEFENDANTS' SECOND AMENDED PRIVILEGE LOG

**BREWER, ATTORNEYS & COUNSELORS**
Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
Alessandra P. Allegretto
apa@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

Pursuant to the Order of Magistrate Judge Toliver, dated December 16, 2021, the National Rifle Association of America submits the attached letter of NRA's counsel as Exhibit 1, setting forth the NRA's Objections to Defendants' Second Amended Privilege Log ("the Log").

Attached to counsel's letter as **Exhibit A** is a select list of Objections to specific Log entries. Further, attached as **Exhibit B** is the Defendants' complete Log, with the objected entries highlighted in yellow.

Dated: January 6, 2022                              Respectfully submitted,

                                By:    */s/Cecelia L. Fanelli*
                                       Cecelia L. Fanelli
                                       *Pro Hac Vice*
                                       clf@brewerattorneys.com
                                       Sarah B. Rogers
                                       New York Bar No. 4755252
                                       sbr@brewerattorneys.com
                                       Philip J. Furia
                                       *Pro Hac Vice*
                                       pjf@brewerattorneys.com
                                       Alessandra P. Allegretto
                                       Texas Bar No. 24109575
                                       apa@brewerattorneys.com
                                       **BREWER ATTORNEYS AND COUNSELORS**
                                       1717 Main Street, Suite 5900
                                       Dallas, Texas 75201

                                       **ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 6th day of January 2022.

*/s/ Cecelia L. Fanelli*
Cecelia L. Fanelli

3