UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff/Counter-Defendant, | ) ) | CIVIL ACTION NO. |
| VS. | ) ) | 3:19-CV-2074-G |
| ACKERMAN McQUEEN, INC., | ) ) ) | |
| Defendant/Counter-Plaintiff, | ) ) | |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY | ) ) ) ) | |

ORDER

Before the court are the objections of the plaintiff National Rifle Association of America ("NRA") (docket entry 451) and prospective deponent William A. Brewer, III ("Brewer") (docket entry 450) to the order of Magistrate Judge Renee Toliver compelling Brewer's deposition (docket entry 430).  Ruling on these objections is governed by Rule 72(a), F. R. Civ. P., which provides that "[t]he district judge in the case must consider timely objections and modify or set aside any part of the order that is clearly erroneous or is contrary to law."  In the opinion of the undersigned, the NRA and Brewer have failed to meet their burden of showing that Judge Toliver's order was

clearly erroneous or contrary to law.  Therefore, Judge Toliver's order compelling the deposition of Brewer is adopted in its entirety.

The defendants moved to strike (docket entry 488) certain evidence attached to the NRA's objections to Judge Toliver's order.  The court did not rely on this evidence and therefore denies the motion to strike as moot.

**SO ORDERED.**

January 18, 2022

_____
A. JOE FISH
Senior United States District Judge