IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| and | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff*, | § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | § § § § | |
| *Defendants*. | § | |

**APPENDIX IN SUPPORT OF DEFENDANTS'
RESPONSE TO THE NRA'S OBJECTIONS, AND MOTION TO STRIKE,
SUMMARY JUDGMENT RESPONSE EVIDENCE**

Ackerman McQueen, Inc., Mercury Group, Inc., Henry Martin, William Winkler, and Melanie Montgomery (collectively, "***Defendants***") offer the following evidence in support of their *Response to the NRA's Objections to, and Motion to Strike, Summary Judgment Response Evidence*:

| EX | DESCRIPTION | APPX |
|---|---|---|
| A | Declaration of Brian E. Mason, dated January 24, 2022 | APP 0001-APP 0002 |
| A-1 | AMc Response to NRA Evidentiary Objections | APP 0003-APP 0058 |

January 24, 2022.

                                Respectfully submitted,

                                */s/ Brian E. Mason*
                                **G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFF ACKERMAN MCQUEEN, INC.**

## CERTIFICATE OF SERVICE

      I hereby certify that on January 24, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                                */s/ Brian E. Mason*
                                BRIAN E. MASON