

February 3, 2022

**By ECF**

Honorable Renee H. Toliver
United States District Court
Northern District of Texas
1100 Commerce Street, Room 1611
Dallas, Texas 75242

      Re:   *National Rifle Association of America v. Ackerman McQueen, Inc., et al.*,
              No. 3:19-cv-02074 (N.D. Tex.)

Dear Magistrate Judge Toliver:

      During the hearing conducted on December 15, 2021, the parties briefly addressed HBC CPAs & Advisors ("HBC")'s pending motion to quash the NRA's third-party subpoena to HBC (such motion, the "HBC Motion to Quash").[1] Counsel for the NRA and HBC informed the Court that a consensus on the scope of HBC's production had nearly been reached, agreed to defer resolution of the issue in the hope that a resolution could be negotiated, and agreed to notify the Court if negotiations failed and a ruling were required.

      We regret to advise the Court that an agreement has not been reached, and respectfully request that the Court rule on the HBC Motion to Quash.

                                  Sincerely,

                                  */s/ Sarah B. Rogers*
                                  Sarah B. Rogers

cc:     Michael Gruber – gruber.mike@dorsey.com
          Brian Mason – brian.mason@dorsey.com
          Cecelia Fanelli – clf@brewerattorneys.com
          Phil Furia – pjf@brewerattorneys.com
          Gary David Quinnett – Gary@gq-law.com <gary@gq-law.com>

---

[1] *See* HBC CPA's & Advisors Motion to Quash Third-Party Subpoena, Case No. 3:21-mc-0236-G, ECF 1 (transferred from the Western District of Oklahoma to the Northern District of Texas on September 2, 2021).