UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) |
| Plaintiff and Counter-Defendant, | ) ) |
| vs. | ) ) |
| ACKERMAN MCQUEEN, INC., | ) ) |
| Defendant and Counter-Plaintiff, | ) ) |
| and | ) ) |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | ) ) ) ) |
| Defendants. | ) ) |

CIVIL ACTION NO.

3:19-CV-2074-G

## ORDER

The following motions (docket entries 414, 416, 434, 437, 457, 460, 462, 465, and 467) are **DENIED**.

| Docket Entry | Motion |
|---|---|
| 414 | Plaintiff's Motion for Partial Summary Judgment |
| 416 | Defendants' Motion for Partial Summary Judgment |
| 434 | Plaintiff National Rifle Association of America's Objections to, and Motion to Strike, Summary Judgment Evidence |
| 437 | Defendants' Objections to, and Motion to Strike, Plaintiff National Rifle Association of America's Summary Judgment Evidence |
| 457 | Defendants' Motion to Exclude Certain Opinions of the NRA's Expert Witness, Jonathan E. Hochman |

| Docket Entry | Motion |
|---|---|
| 460 | Defendants' Motion to Exclude Certain Opinions of the NRA's Expert Witness, Andrew McLean |
| 462 | Defendants' Motion to Exclude Certain Opinions of the NRA's Expert Witness, Gary Goolsby |
| 465 | Defendants' Objections to, and Motion to Strike, the Plaintiff National Rifle Association of America's Opposition Summary Judgment Evidence |
| 467 | Plaintiff National Rifle Association of America's Objections to, and Motion to Strike, Summary Judgment Evidence Submitted by Defendants in Opposition to Motion for Summary Judgment |

**SO ORDERED**.

February 3, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**