UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | ) ) ) | |
| Plaintiff and Counter-Defendant, | ) ) | |
| vs. | ) ) | |
| ACKERMAN MCQUEEN, INC., | ) ) | CIVIL ACTION NO. |
| Defendant and Counter-Plaintiff, | ) ) | 3:19-CV-2074-G |
| and | ) ) | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY, | ) ) ) ) | |
| Defendants. | ) | |

### **ORDER**

The court previously ordered that all pretrial materials shall be filed by February 25, 2022. *See* Amended Scheduling Order (docket entry 358) ("By **February 25, 2022**, all **pretrial materials** shall be filed. *See* docket entry 174 for specifics."). In addition to electronically filing, the parties shall deliver courtesy copies of all pretrial materials to chambers no later than **February 28, 2022, at 4:30 p.m.**

**SO ORDERED**.

February 4, 2022.

_____
**A. JOE FISH**
**Senior United States District Judge**