# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § | |
| *Plaintiff and Counter-Defendant* | § § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff,* | § § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § | |
| *Defendants.* | § § | |

## ACKERMAN MCQUEEN, INC.'S TRIAL EXHIBIT LIST

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's October 13, 2020 Scheduling Order (ECF 174), as amended (ECF 358), Defendant/Counter-Plaintiff Ackerman McQueen, Inc. ("**AMc**") and Defendants Mercury Group, Inc. ("**Mercury**"), Henry Martin ("**Martin**"), William Winkler ("**Winkler**"), and Melanie Montgomery ("**Montgomery**") (collectively, "**AMc**") hereby submit their *Trial Exhibit List*.

AMc may, at its sole election, request that the Court take judicial notice of, or otherwise offer any of, the below listed documents into evidence at the time of the trial.  AMc further reserves the right to offer any documents, which may be designated or offered by the NRA.  AMc, in its sole discretion, additionally reserves the right to offer or use any exhibits (whether designated below or by the NRA) as may be necessary for cross-examination, impeachment, or rebuttal.  AMc further reserves the right to supplement or amend this exhibit list at any time.

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 001 | 4/30/2017 | 2017 Services Agreement between NRA and AMc | AM 00000162 | | | |
| 002 | 5/6/2018 | Amendment #1 to Services Agreement | AMc-056592 | | | |
| 003 | 5/11/2018 | NRA v. Cuomo, et al., Original Complaint (N.D. N.Y.) | | | | |
| 004 | 5/29/2018 | NRA v. Lockton, Original Complaint (E.D. Virginia) | | | | |
| 005 | 7/20/2018 | NRA v. Cuomo, et al., Amended Complaint (N.D. N.Y.) | | | | |
| 006 | 9/13/2018 | Order revoking of *pro hac vice* (E.D. Virginia) | | | | |
| 007 | 4/12/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19001757) | | | | |
| 008 | 5/22/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19002067) | | | | |
| 009 | 6/19/2019 | NRA v. Col. North, Original Complaint (NY State Court) | | | | |
| 010 | 8/30/2019 | NRA v. AMc, et al., Original Complaint (N.D. Tex.) | | | | |
| 011 | 9/5/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19002886) | | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 012 | 8/6/2020 | NYAG v. NRA, et al., Original Complaint (NY State Court) | | | | |
| 013 | 2/23/2021 | NYAG v. NRA, et al., Wayne LaPierre Verified Answer | | | | |
| 014 | 5/11/2021 | Order Granting Motions to Dismiss (B.K. N.D. Tex.) | | | | |
| 015 | | Audit Documents | AMc-0028792 - AMc-0034631 | | | |
| 016 | 3/30/2017 | Email from Steve Hart to Bill Winkler | Hart Ex. 17 | | | |
| 017 | 5/23/2018 | NRA Supplier Meeting Agenda | NRA-AMc_00200788 | | | |
| 018 | 4/14/2017 | Email from Bill Winkler to Steve Hart | AMcTX-0065465 | | | |
| 019 | 4/20/2017 | Email from Bill Winkler to Steve Hart | Hart Ex. 19 | | | |
| 020 | 1/16/2018 | Email from Josh Powell to Andrew McKenna, Tony Makris, and Colleen Gallagher | AMc-035712 | | | |
| 021 | 3/28/2018 | Correspondence from John Frazer to Lacey Cremer and Melanie Montgomery | AMcTX-0000009 | | | |
| 022 | 4/24/2019 | Letter from Wayne LaPierre to John Frazer and Charles Cotton | NRA-AMc_00200450 | | | |
| 023 | 4/13/2018 | Email from Bill Brewer to Angus McQueen | AMcTX-00037265 | | | |
| 024 | 4/23/2018 | Email from Tony Makris to Steve Hart and others | AMc-044429 | | | |
| 025 | | 2019 Budget for C. Spray | NRA-AMc_00200742 | | | |
| 026 | 5/11/2018 | Email from Bill Winkler to Woody Phillips | AMcTX-00000027 | | | |
| 027 | 5/21/2018 | Email from Melanie Montgomery to Bill Winkler and Susan LaPierre | AMcTX-00002090 | | | |
| 028 | 5/25/2018 | Email from Josh Powell to Tony Makris | AMcTX-00065337 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 029 | | 2018 Budget – Revised | NRA-AMc_00200745 | | | |
| 030 | 7/10/2018 | Email from Steve Hart to Melanie Montgomery | Hart Ex. 6 | | | |
| 031 | 7/10/2018 | Email from Steve Hart to Melanie Montgomery | AMcTX-00041549 | | | |
| 032 | 2/6/2019 | Emails between Jessica Bradley and Bill Winkler | AMc-057912 | | | |
| 033 | 7/13/2018 | Email from Sonya Rowling to Rick Tedrick | NRA-AMc_00063924 | | | |
| 034 | 7/13/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065338 | | | |
| 035 | 4/28/2019 | Email from Steve Hart to Michael Volkov | NRA-AMc_00185755 | | | |
| 036 | 8/6/2018 | Email from Tony Makris to Melanie Montgomery, Henry Martin, and Angus McQueen | AMcTX-00065357 | | | |
| 037 | 8/7/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065369 | | | |
| 038 | 8/8/2018 | Letter from Bill Brewer to Jay Madrid | AMcTX-00065352 | | | |
| 039 | 8/8/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00068307 | | | |
| 040 | 8/8/2018 | Correspondence from Woody Phillips to Bill Winkler | NRA-AMc_00068309 | | | |
| 041 | 1/19/2019 | Email from Susan Dillon to Sarah Rogers | NRA_AM_FRA_0013029 | | | |
| 042 | 8/13/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00063983 | | | |
| 043 | 8/14/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00057152 | | | |
| 044 | 8/15/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00057176 | | | |
| 045 | 8/17/2018 | Email from Travis Carter to Andrew Arulanandam and Jennifer Baker | AMcTX-00065360 | | | |
| 046 | 8/22/2018 | Letter from Stephen Ryan to Bill Brewer | AMcTX-00065340 | | | |
| 047 | 8/27/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00071260 | | | |
| 048 | 8/28/2018 | Letter from Bill Winkler to Woody Phillips | AMc-058391 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 049 | 8/29/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00057263 | | | |
| 050 | 9/24/18 | Angus McQueen Draft Letter to Wayne LaPierre | AMc-058564 | | | |
| 051 | 9/4/2018 | Letter from Bill Winkler to Woody Phillips | AMc-057593 | | | |
| 052 | 9/5/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065354 | | | |
| 053 | 9/6/2018 | Email from Stephen Ryan to Bill Brewer | AMcTX-00065362 | | | |
| 054 | 9/12/2018 | Letter from Bill Winkler to Woody Phillips | AMcTX-00000200 | | | |
| 055 | 9/12/2018 | Letter from Bill Brewer to Jay Madrid | AMcTX-00065346 | | | |
| 056 | 9/13/2018 | Email from John Frazer to Gina Betts and Sarah Rogers | NRA-AMc_00064053 | | | |
| 057 | 9/13/2018 | Email from D. Reno to L. Supernaugh | NRA-AMc_00068484 | | | |
| 058 | 9/14/2018 | Email from Sarah Rogers to Gina Betts and John Frazer | NRA-AMc_00057268 | | | |
| 059 | 9/17/2018 | Email from Lacey Cremer to Craig Spray, Melanie Montgomery, and Nader Tavangar | AMc-031560 | | | |
| 060 | 9/21/2018 | Email from Lisa Supernaugh to AMc | AMc-028858 | | | |
| 061 | 9/24/2018 | Letter from Bill Winkler to Craig Spray | NRA-AMc_00057300 | | | |
| 062 | 9/25/2018 | Letter from Jay Madrid to Steve Hart | AMcTX-00065322 | | | |
| 063 | 9/25/2018 | Letter from Wayne LaPierre to Bill Winkler | NRA-AMc_00057314 | | | |
| 064 | 9/25/2018 | Letter from Josh Powell to Bill Winkler | NRA-AMc_00057315 | | | |
| 065 | 9/25/2018 | Letter from Bill Winkler to Josh Powell | NRA-AMc_00057329 | | | |
| 066 | 9/26/2018 | Email from Steve Hart to Tony Makris | Hart Ex. 11 | | | |
| 067 | 9/28/2018 | Letter from Bill Winkler to Josh Powell | AMc-031718 | | | |
| 068 | 10/2/2018 | Letter from Bill Winkler to Josh Powell | AMc-043863 | | | |
| 069 | 10/2/2018 | Letter form Richard Sayles to Steve Hart | NRA-AMc_00160786 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 070 | 10/4/2018 | Correspondence from Josh Powell to Bill Winkler | NRA-AMc_00057377 | | | |
| 071 | 10/4/2018 | Correspondence from Wayne LaPierre to Bill Winkler | NRA-AMc_00060919 | | | |
| 072 | 10/5/2018 | Letter from Bill Winkler to Craig Spray | AMc-034913 | | | |
| 073 | 10/6/2018 | Letter from Craig Spray to Bill Winkler | | | | |
| 074 | 10/9/2018 | Letter from Bill Winkler to Craig Spray | AMc-058072 | | | |
| 075 | 10/11/2018 | Email between Steve Hart and Tony Makris | Hart Ex. 14 | | | |
| 076 | 10/16/2018 | Correspondence from Wayne LaPierre to Bill Winkler | NRA-AMc_00090636 | | | |
| 077 | 10/31/2018 | Email from Todd Grable to AMc Team | AMc-037921 | | | |
| 078 | 10/31/2018 | Email from Craig Spray to Bill Winkler and Melanie Montgomery | AMc-059342 | | | |
| 079 | 11/2/2018 | Email from Craig Spray to Melanie Montgomery | AMcTX-00000333 | | | |
| 080 | 11/16/2018 | Email from Nicole Reaves to Lacey Cremer and Bill Winkler | AMcTX-00065308 | | | |
| 081 | 2/4/2016 | Email from Trisha Parker to Melanie Montgomery | AMcTX-00065138 | | | |
| 082 | 11/26/2018 | Email from Craig Spray to Melanie Montgomery and Lacey Cremer | AMcTX-00000776 | | | |
| 083 | 12/6/2018 | Text Message from Craig Spray to Melanie Montgomery | AMcTX-00064686 | | | |
| 084 | 12/14/2018 | Correspondence between Steve Hart and Tony Makris | AMc-044420 | | | |
| 085 | 12/20/2018 | Email from Bill Winkler to Craig Spray | NRA-AMc_00112506 | | | |
| 086 | 12/21/2018 | Letter from Sarah Rogers to Jay Madrid | NRA-AMc_00068870 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 087 | 1/4/2019 | Letter from Jay Madrid to Steve Hart | NRA-AMc_00065378 | | | |
| 088 | 1/7/2019 | Email from Oliver North to AMc | AMc-039381 | | | |
| 089 | 1/10/2019 | Letter from Stephen Ryan to Steve Hart | Hart Ex. 23 | | | |
| 090 | 1/17/2019 | Email between Stephen Ryan, John Frazer, and Steve Hart | NRA-AMc_00058457 | | | |
| 091 | 1/21/2019 | Emails between Stephen Ryan, Steve Hart, and John Frazer | NRA_AM_FRA_0002614 | | | |
| 092 | 1/22/2019 | Emails between Stephen Ryan, Steve Hart, and John Frazer | NRA-AMc_00058512 | | | |
| 093 | 1/30/2019 | Email from John Frazer to Stephen Ryan | NRA-AMc_00058587 | | | |
| 094 | 1/31/2019 | Emails between John Frazer, Stephen Ryan, and Gina Betts | NRA-AMc_00058659 | | | |
| 095 | 2/3/2019 | Email from John Frazer to Gina Betts | NRA_AM_FRA_0000668 | | | |
| 096 | 2/6/2019 | Email from Susan Dillon to FRA Employee | NRA_AM_FRA_0001437 | | | |
| 097 | 2/6/2019 | Email from Jessica Bradley to Bill Winkler | NRA_AM_FRA_0001449 | | | |
| 098 | 2/6/2019 | Email from Bill Winkler to Jessica Bradley | NRA_AM_FRA_0001451 | | | |
| 099 | 2/8/2019 | Emails between Bill Winkler and Jessica Bradley | NRA_AM_FRA_0001490 | | | |
| 100 | 2/8/2019 | Correspondence from John Frazer to Stephen Ryan and Gina Betts | NRA-AMc_00064546 | | | |
| 101 | 2/11/2019 | Letter from Stephen Ryan to John Frazer | AMcTX-00065329 | | | |
| 102 | 2/12/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065330 | | | |
| 103 | | [Intentionally Omitted] | | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 104 | 2/18/2019 | Emails between Jessica Bradley, Bill Winkler, and Gina Betts | NRA_AM_FRA_0001954 | | | |
| 105 | 7/29/2015 | Email from Melanie Hill to Trisha Parker | AMcTX-00065414 | | | |
| 106 | 2/20/2019 | Email from John Frazer to Stephen Ryan and Gina Betts | NRA-AMc_00059149 | | | |
| 107 | 2/22/2019 | Email from Steve Hart to Tony Makris | Hart Ex. 36 | | | |
| 108 | 2/22/2019 | Emails from Susan Dillon to Sarah Rogers | NRA_AM_FRA_0002037 | | | |
| 109 | 2/26/2019 | Letter from Oliver North, Richard Childress, and Carolyn Meadows to Wayne LaPierre | N2-00050 | | | |
| 110 | 2/26/2019 | Emails between Steve Hart and Anthony Makris | AMcTX-00011318 | | | |
| 111 | 2/26/2019 | Emails between Stephen Ryan and John Frazer | NRA-AMc_00059246 | | | |
| 112 | 2/26/2019 | Correspondence from Wayne LaPierre to Oliver North | NRA-AMc_00064573 | | | |
| 113 | 3/4/2019 | Letter from John Frazer to Stephen Ryan | Frazer Ex. 30 | | | |
| 114 | 3/7/2019 | Email from Melanie Montgomery to Craig Spray | AMc 001275 | | | |
| 115 | 3/7/2019 | Email from Stephen Ryan to John Frazer | NRA-AMc_00059288 | | | |
| 116 | 7/7/2021 | Email from Trisha Parker to Melanie Montgomery | AMcTX-65143 | | | |
| 117 | 3/8/2019 | Email from Stephen Ryan to John Frazer | NRA-AMc_00059305 | | | |
| 118 | 3/11/2019 | Email from Tony Makris to John Frazer | AMc-035260 | | | |
| 119 | 3/11/2019 | Message from Wayne LaPierre to NRA Board | AMc-035262 | | | |
| 120 | 3/12/2019 | Correspondence from Jay Madrid to John Frazer | AMcTX-00065364 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 121 | 3/14/2019 | Letter from John Frazer to Jay Madrid | AMc-035264 | | | |
| 122 | 3/4/2019 | 2019 Billing Schedule for C. Spray | NRA-AMc_00200736 | | | |
| 123 | 3/21/2019 | Correspondence from Brendan Sullivan to Bill Brewer | OLN00208 | | | |
| 124 | 3/22/2019 | Email from Oliver North to John Frazer | Meadows Ex. 2 | | | |
| 125 | 3/22/2019 | Correspondence from Oliver North to Bill Brewer | NRA-AMC_00069015 | | | |
| 126 | 3/22/2019 | Correspondence from Oliver North to NRA Audit Committee | North Ex. 14 | | | |
| 127 | 3/25/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065371 | | | |
| 128 | 3/25/2019 | Correspondence from John Frazer to Oliver North | Frazer Ex. 42 | | | |
| 129 | 3/25/2019 | Correspondence from Bill Brewer to Brendan Sullivan | OLN00214 | | | |
| 130 | 11/2/2018 | Email from Craig Spray to Melanie Montgomery and Bill Winkler | NRA-AMc_00057619 | | | |
| 131 | 3/26/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065332 | | | |
| 132 | 3/29/2019 | Letter from Wayne LaPierre to NRA Board | NRA-AMc_00191401 | | | |
| 133 | 3/31/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00216 | | | |
| 134 | 4/3/2019 | Correspondence from Wayne LaPierre to Oliver North | OLN0221 | | | |
| 135 | 4/4/2019 | Email from Steve Hart to Tony Makris | AMcTX-00011450 | | | |
| 136 | 4/8/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00225; NRA-AMc_00199755 | | | |
| 137 | 4/9/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00173 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 138 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery | AMcTX-00000581 | | | |
| 139 | 4/11/2019 | Correspondence from Oliver North to John Frazer and Charles Cotton | NRA-AMc_00069094; NRA-AMc_00059415 | | | |
| 140 | 4/12/2019 | Email from Charles Cotton to Oliver North | NRA-AMc_00059433 | | | |
| 141 | 5/7/2019 | An Internal Memo Raises New Questions About Self-Dealing at the NRA by Mark Spies | | | | |
| 142 | 4/15/2019 | Message from Wayne LaPierre to NRA Board | DB_0216 | | | |
| 143 | 4/15/2019 | Email from Danny Hakim to Andrew Arulanandam | NRA-AMc_00069104 | | | |
| 144 | 4/30/2019 | Concur Expense Report | AMcTX-00067318 | | | |
| 145 | 4/18/2019 | Correspondence from Oliver North and Richard Childress to John Frazer and Charles Cotton | OLN00185; NRA-AMc_00200725 | | | |
| 146 | 4/18/2019 | Text Message from Allen West to Millie Hallow | OLN00367 | | | |
| 147 | 4/22/2019 | Letter from Wayne LaPierre to Mark Dycio | AMcTX-00065334 | | | |
| 148 | 4/22/2019 | Letter from Wayne LaPierre to Steve Hart | AMc-035391 | | | |
| 149 | 4/22/2019 | Email from Steve Hart to NRA Executives and Board Members | OLN00015 | | | |
| 150 | 4/22/2019 | Letter from Bill Winkler to Craig Spray | NRA-AMc_00069698 | | | |
| 151 | 4/22/2019 | Letter from Bill Winkler to Tyler Schropp | LaPierre Ex. 21 | | | |
| 152 | 4/22/2019 | Letter from Bill Winkler to Craig Spray | AMc 001304 | | | |
| 153 | 4/22/2019 | Message from Wayne LaPierre to NRA Board | OLN00076 | | | |
| 154 | 4/24/2019 | Email from Millie Hallow to Oliver North | NRA-AMc_00061214 | | | |
| 155 | 4/25/2019 | Email from Oliver North to John Frazer | NRA-AMc_200692 | | | |
| 156 | 4/25/2019 | Letter from Wayne LaPierre to NRA Board | NRA-AMc_00161960 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 157 | 4/25/2019 | Correspondence from Oliver North to NRA Board and Executive Council | OLN00093 | | | |
| 158 | 4/25/2019 | Correspondence from Oliver North to NRA Executive Committee | NRA-AMc_00200692 | | | |
| 159 | 4/25/2019 | Email from Eric Van Horn to Caitlin Fiandt, John DaSilva, Cameron Collins, and Woody Arenas | AMc-041806 | | | |
| 160 | 4/26/2019 | Email from Steve Hart to John Frazer and Wayne LaPierre | NRA-AMc_00059559 | | | |
| 161 | 4/27/2019 | Email from John Frazer to NRA Board | NRA-AMc_00140486 | | | |
| 162 | 4/27/2019 | Statement from Wayne LaPierre to NRA Board | OLN00106 | | | |
| 163 | 5/5/2019 | Email from Wayne LaPierre to Melanie Montgomery | NRA-AMc_00064984 | | | |
| 164 | 5/6/2019 | Letter from Bill Winkler to Craig Spray | AMc 001309 | | | |
| 165 | 5/9/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Henry Martin | NRA-AMc_00059652 | | | |
| 166 | 5/10/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00086579 | | | |
| 167 | | Projected Increases to NRA Fees | AMcTX-0067704 | | | |
| 168 | 5/13/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00124518 | | | |
| 169 | 5/22/2019 | Letter from Carolyn Meadows and Charles Cotton to NRA Members | NRA-AMc_00199649 | | | |
| 170 | 5/24/2019 | Correspondence from Andrew Arulanandam to Melanie Montgomery | NRA-AMc_00059838 | | | |
| 171 | 5/29/2019 | Notice of Termination of Services Agreement from AMc to NRA | NRA-AMc_00059931 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 172 | 5/30/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00059946 | | | |
| 173 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00065094 | | | |
| 174 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00059982 | | | |
| 175 | 6/3/2019 | Email from Bill Winkler to Craig Spray | AMcTX-00065350 | | | |
| 176 | 6/18/2019 | Emails from David Schertler to Andrew Arulanandam, Melanie Montgomery, Angus McQueen, and Revan McQueen | Arulanandam Ex. 6 | | | |
| 177 | 6/25/2019 | Correspondence from Andrew Arulanandam to Dana Loesch | NRA-AMc_0019094 | | | |
| 178 | 6/25/2019 | Notice of Termination of Services Agreement from Andrew Arulanandam | NRA-AMc_00060185 | | | |
| 179 | 7/22/2019 | Letter from NRA Board Members to Carolyn Meadows, John Frazer, and NRA Board | AMcTX-00065468 | | | |
| 180 | 9/27/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | | | | |
| 181 | 10/25/2019 | Letter from John Frazer to Gina Betts, Bill Winkler, and Rick Tedrick | AMcTX-00045606 | | | |
| 182 | 7/22/2021 | All Invoices – NR Analysis | AMcTX-00067978 | | | |
| 183 | 12/12/2019 | Text Messages from Bill Brewer | GRANT0161 | | | |
| 184 | 6/5/2019 | Email from Nader Tavangar to Rick Tedrick and Duane Reno | AMc-042077 | | | |
| 185 | 2/4/2021 | Order Denying Motion to Transfer (*In re National Rifle Association Business Expenditures*) | | | | |
| 186 | 1/14/2021 | Letter from Brewer Attorneys & Counselors to John Frazer | NRA-BK-00060928 | | | |
| 187 | 4/5/2018 | Email from Travis Carter to NRA | AMc-035792 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 188 | 10/6/2016 | 2017 Budget Planning Document | NRA-AMc_00057337 | | | |
| 189 | 2/8/2019 | Email from Bill Winkler to Jessica Bradley | AMc-057923 | | | |
| 190 | 4/23/2018 | Deal Points for Oliver North Employment Agreement | OLN00398 | | | |
| 191 | 5/15/2018 | Employment Agreement by and among AMc and Oliver North | AMc-056595 | | | |
| 192 | 5/21/2018 | Invoice No. 001 from WBB Investments, LLC | AMcTX-00036157 | | | |
| 193 | 8/22/2019 | NRA Shakes Up Legal Team Amid Intensifying War by Robert Costa | | | | |
| 194 | 7/6/2021 | Dorsey & Whitney LLP Invoices (Dallas Action) | AMcTX-00065644 | | | |
| 195 | 9/8/2018 | NRA Report of the Audit Committee | OLN00178 | | | |
| 196 | 2/8/2019 | Email from Bill Winkler to Jessica Bradley | NRA-AMc_00064536 | | | |
| 197 | 10/24/2018 | NRA Presidential Advisors Agenda | NRA-AMc_00057543 | | | |
| 198 | 12/4/2018 | Revised 2019 Budget | AMcTX-00065137 | | | |
| 199 | 10/4/2018 | Letter from Josh Powell to Bill Winkler | NRA-AMc_00057377 | | | |
| 200 | 1/1/2019 | Amendment 1 to Oliver North Employment Agreement | AMc-059822 | | | |
| 201 | 1/4/2019 | NRA Board Meeting Presentation | | | | |
| 202 | 1/18/2019 | FRA/NRA Agreement | Trahar Ex. 1A | | | |
| 203 | 2/5/2019 | List of AMc Employees who worked on NRA Account | NRA-AMc_00193859 | | | |
| 204 | 3/4/2019 | Spreadsheet Prepared by Melanie Montgomery | AMcTX-000065136 | | | |
| 205 | 6/8/2021 | Dorsey & Whitney LLP Invoices (Loesch Arbitration) | AMc-TX-00066503 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 206 | 3/21/2019 | Memo from Morgan Lewis Bockius LLP to NRA Officers | NRA-BK-00177963 | | | |
| 207 | 4/15/2019 | NRA Invoices and Related Emails | Supernaugh Ex. 8 | | | |
| 208 | 4/29/2019 | Email from Andrew Arulanandam to Fischer | NRA-AMc_00059584 | | | |
| 209 | 10/5/2018 | Letter from Craig Spray to Bill Winkler | AMcTX-00000296 | | | |
| 210 | 7/15/2019 | Memorandum prepared by Emily Cummins | LaPierre Ex. 16 | | | |
| 211 | 1/4/2020 | Invoice for Professional Services from Brewer Attorneys & Counselors | NRA-BK-00061283 | | | |
| 212 | 1/10/2020 | FRA Updated Privilege Log | | | | |
| 213 | | NRA Second Amended Privilege Log | | | | |
| 214 | 1/11/2016-12/19/2016 | American Express Credit Card Statement of Tyler Schropp | AM 00000987 | | | |
| 215 | 9/9/2019 | Dorsey & Whitney LLP (Professional Fundraising Counsel Registrations) | AMcTX-00066490 | | | |
| 216 | 4/17/2019 | Article titled "Secrecy, Self-Dealing and Greed at the NRA" | | | | |
| 217 | 4/26/2019 | Article titled "NRA's Wayne LaPierre Says He is Being Extorted, Pressured to Resign" in The Wall Street Journal | | | | |
| 218 | 4/26/2019 | Email from David Valinski | Frazer Ex. 66 | | | |
| 219 | 5/6/2019 | Article titled "Advocacy as Art: Lawyers Must Engage in Issues and Crisis Management" | | | | |
| 220 | | Zillow Listing | LaPierre Ex. 27 | | | |
| 221 | 12/5/2018-1/14/2021 | Invoices for Professional Services from Brewer Attorneys & Counselors | NRA-BK-00060718 | | | |
| 222 | 5/1/1999 | Services Agreement by and among NRA and AMc | NRA-AMc_00048503 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 223 | | 2015 Freestyle Network Screenshot | AMcTX-00067936 | | | |
| 224 | | NRA Media Projects Screenshot | AMcTX-00067937 | | | |
| 225 | 1/3/2017 | Invoice from Corporate America Aviation, Inc. | Cotton Ex. 10 | | | |
| 226 | 1/2/2018 | Email from Josh Powell to Tony Makris | AMc-029887 | | | |
| 227 | | AMc Invoice Backup Spreadsheet | AMcTX-00067933 | | | |
| 228 | 11/9/2018 | Email from Nicole Reaves to Bill Winkler, Melanie Montgomery, and Lacey Cremer | AMc-TX0065297 | | | |
| 229 | | Attachment from Nicole Reeves | | | | |
| 230 | 4/13/2017 | AMc Invoice No. 148177 | NRA-NYAG-00013071 | | | |
| 231 | 2018 | 2018 NRA Budget | AMcTX-00065392 | | | |
| 232 | | Media Buy Transaction Ledger | AMcTX-00067934 | | | |
| 233 | 10/16/2018 | 2018 / 2019 Budget Comparison | AMcTX-00065376 | | | |
| 234 | 4/15/2019-7/22/2021 | Invoices from 2019-2021 | AMcTX-00065401 | | | |
| 235 | 10/11/2018 | Letters from Bill Winkler to Oliver North and from Jay Madrid to Steve Hart | AMcTX-00065396 | | | |
| 236 | 1/2/2018 | Email from Josh Powell to Tony Makris | AMcTX-00065335 | | | |
| 237 | 12/6/2016 | 2017 Budget | AMcTX-00065394 | | | |
| 238 | 11/18/2015 | 2016 Budget | AMcTX-00065395 | | | |
| 239 | 5/13/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | AMcTX-00003309 | | | |
| 240 | 1/24/2019 | Email from Melanie Montgomery to Craig Spray | AMc-001227 | | | |
| 241 | 10/9/2018 | NRATV 2018 YTD: Analytics Executive Overview | AMc-002700 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 242 | 1/1/2018 - 3/31/2018 | NRATV Q1 2018: Analytics & Valuation | AMc-002713 | | | |
| 243 | 10/1/2016- 12/20/2017 | NRATV Analytics | AMc-002741 | | | |
| 244 | 1/1/2018 - 10/3/2018 | NRATV YTD Q3'18: Analytics | AMc 002772 | | | |
| 245 | 10/1/2016- 8/31/2017 | NRATV Analytics Discussion | AMc 002818 | | | |
| 246 | n/a | NRATV 2018 Vision Discussion | AMc 002835 | | | |
| 247 | 4/7/2019 | NRATV 2019 Update | AMc 002844 | | | |
| 248 | n/a | The Power of NRATV – Crafting and Owning a Narrative | AMc 002853 | | | |
| 249 | n/a | The Clenched Fist of Truth | AMc 002929 | | | |
| 250 | n/a | NRA America's Most Patriotic Brand | AMc 002956 | | | |
| 251 | n/a | NRATV Commentators – 2017 Metrics | AMc-039158 | | | |
| 252 | n/a | NRATV LOVE AT FIRST SHOT 2017 Metrics | AMc-039162 | | | |
| 253 | n/a | NRATV Cam & Company – 2018 Metrics | AMc-040053 | | | |
| 254 | n/a | NRATV Monetization Report | AMcTX-00000763 | | | |
| 255 | 5/31/2019 | Email from Andrew Arulanandam to Melanie Montgomery, Lacey Cremer, Bill Winkler, Wayne LaPierre, Craig Spray, and John Frazer | NRA-AMc_00059956 | | | |
| 256 | 5/5/2019 | Email from Nader Tavanger to Rick Tedrick and Duane Reno | AMc-042077 | | | |
| 257 | 4/16/2019 | Email to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | AMcTX-00019288 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 258 | 6/12/2019 | Email to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079124 | | | |
| 259 | 11/19/20 | NRA 2020 IRS Form 990 | | | | |
| 260 | 2/22/2019 | Email from Craig Spray to Nader Tavangar and Bill Winkler | AMc-001257 | | | |
| 261 | 10/8/2018 | Letter from Bill Winkler to Craig Spray | AMc-058072 | | | |
| 262 | 1/1/2018 | Employment Agreement by and among Dana Loesch and AMc | AMc 000055 | | | |
| 263 | 2/22/2021 | NRA Organizational Chart | | | | |
| 264 | 4/22/2019 | Letter from Bill Winkler to Wayne LaPierre | NRA-AMc_0091615 | | | |
| 265 | 4/22/2019 | Letter from Bill Winkler to Wayne LaPierre | NRA-AMc_00091621 | | | |
| 266 | n/a | List of NRA Audit Committee Top Concerns | NRA-AMc_00063924 | | | |
| 267 | 5/7/2018 | Text Messages from the Phone of Woody Phillips | AMcTX-00065643 | | | |
| 268 | 5/3/2018 | Text Messages from the Phone of Woody Phillips | AMcTX-00065642 | | | |
| 269 | 7/13/2018 | Email from Nader Tavanger to Woody Phillips, Lisa Supernaugh, and Duane Reno | AMc-036282 | | | |
| 270 | 2/20/2018 | Pay Stubs and Electronic Deposit Stubs | NRA-AMc_00052128 | | | |
| 271 | 6/7/2018 | Email from Craig Spray to Woody Phillips | NRA-AMc_00051582 | | | |
| 272 | 5/30/2019 | Email from M. Erstling to Craig Spray, Sonya Rowling, and Lisa Supernaugh | NRA-AMc_00125414 | | | |
| 273 | 4/2/2019 | Email from Nader Tavanger to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079067 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 274 | 3/4/2019 | Email from Nader Tavanger to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079029 | | | |
| 275 | 6/5/2019 | Letter from Andrew Arulanandum to Bill Winkler | NRA-AMc_00059992 | | | |
| 276 | 6/6/2019 | Email from David Schertler to Andrew Arulanandum | NRA-AMc_00060001 | | | |
| 277 | 6/4/2019 | Email from David Schertler to John Frazer | NRA-AMc_00059986 | | | |
| 278 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00059983 | | | |
| 279 | 6/7/2019 | Email from Andrew Arulanandum to David Schertler | NRA-AMc_00060115 | | | |
| 280 | 6/10/2019 | Email from David Schertler to Andrew Arulanandum | NRA-AMc_00060118 | | | |
| 281 | 6/11/2019 | Email from Andrew Arulanandum to David Schertler and Melanie Montgomery | NRA-AMc_00060122 | | | |
| 282 | 6/14/2019 | Email from Andrew Arulanandum to David Schertler | NRA-AMc_00060125 | | | |
| 283 | 06/27/2019 | Letter from David Schertler to Andrew Arulanandum | | | | |
| 284 | 10/10/2019 | Email from Nader Tavangar to Craig Spray and others regarding October invoice | NRA-AMc_00127308 - 309 | | | |
| 285 | n/a | Summary of NRA Billing | AMcTX-00067978 - 68006 | | | |
| 286 | 11/10/2016 | NRA 2015 IRS Form 990 | | | | |
| 287 | 9/18/2017 | NRA 2016 IRS Form 990 | | | | |
| 288 | 11/05/2018 | NRA 2017 IRS Form 990 | | | | |
| 289 | 11/14/2019 | NRA 2018 IRS Form  990 | | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 290 | 11/17/2020 | NRA 2019 IRS Form 990 | | | | |
| 291.00 | 10/15/2021 | Amended Expert Report of Daniel L. Jackson | | | | |
| 291.01 | 1/1/2018 | Loesch Agreement | AMc-000055 | | | |
| 291.02 | 6/21/2019 | Mutual of Omaha Billing Statement | AMc-001335 | | | |
| 291.03 | 12/24/2020 | List of Late Payments | AMc-002628 | | | |
| 291.04 | 9/4/2018 | Valinkski Employment Agreement | AMc-036766 | | | |
| 291.05 | 5/1/2019 | AMc Production Invoice No. 166346 | AMc-041862 | | | |
| 291.06 | 5/1/2019 | AMc Production Invoice No. 166340 | AMc-041863 | | | |
| 291.07 | 5/1/2019 | AMc Production Invoice No. 166339 | AMc-041869 | | | |
| 291.08 | 5/17/2019 | AMc Production Invoice No. 166804 | AMc-041994 | | | |
| 291.09 | 6/1/2019 | AMc Production Invoice No. 167037 | AMc-042051 | | | |
| 291.10 | 5/1/2019 | AMc Production Invoice No. 166340 | AMc-042136 | | | |
| 291.11 | 9/10/2018 | Mutual of Omaha Billing Statement | AMc-057610 | | | |
| 291.12 | 7/17/2018 | Prudential EFT Notice | AMc-058265 | | | |
| 291.13 | 4/15/2019 | AMc Production Invoice No. 166104 | AMcTX-00019289 | | | |
| 291.14 | 12/12/2018 | Virginia Lease Agreement | AMcTX-00036891 | | | |
| 291.15 | 10/18/2019 | CenturyLink Disconnect Request | AMcTX-00045364 | | | |
| 291.16 | 7/16/2019 | AT&T Account Statement | AMcTX-00045368 | | | |
| 291.17 | 10/8/2019 | CenturyLink Invoice No. 85349561 | AMcTX-00045395 | | | |
| 291.18 | 4/30/2018 | Cisco Lease Agreement | AMcTX-00045403 | | | |
| 291.19 | 5/8/2018 | Dell Financial Services Lease Agreement | AMcTX-00045408 | | | |
| 291.20 | 3/22/2018 | iland Internet Solutions Work Order | AMcTX-00045414 | | | |
| 291.21 | 8/1/2019 | Rent Invoice No. 208 | AMcTX-00045456 | | | |
| 291.22 | 9/11/2019 | AT&T Invoice No. 2854499405 | AMcTX-00045457 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 291.23 | 9/19/2019 | AT&T Invoice No. 5048360507 | AMcTX-00045459 | | | |
| 291.24 | 10/19/2018 | Email from Lacey Duffy to Trey Rick and Mark Ackerman | AMcTX-00045461 | | | |
| 291.25 | 1/15/2019 | AMc Production Invoice No. 163943 | AMcTX-00045467 | | | |
| 291.26 | 12/2/2019 | AMc Production Invoice No. 171144 | AMcTX-00045468 | | | |
| 291.27 | 12/2/2019 | AMc Production Invoice No. 171498 | AMcTX-00045469 | | | |
| 291.28 | 12/2/2019 | AMc Production Invoice No. 170464 | AMcTX-00045470 | | | |
| 291.29 | 6/12/2019 | AMc Production Invoice No. 167453 | AMcTX-00045496 | | | |
| 291.30 | 7/9/2019 | AMc Production Invoice No. 168015 | AMcTX-00045502 | | | |
| 291.31 | 10/10/2019 | AMc Production Invoice No. 170388 | AMcTX-00045503 | | | |
| 291.32 | 9/12/2019 | AMc Production Invoice No. 169524 | AMcTX-00045504 | | | |
| 291.33 | 5/30/2017 | Colorado Springs Third Amendment to Lease | AMcTX-00045510 | | | |
| 291.34 | | TLUX CORP Invoice No. 1009 | AMcTX-00045515 | | | |
| 291.35 | 10/2/2019 | Colorado Springs Commercial Sublease | AMcTX-00045516 | | | |
| 291.36 | | Attorney Correspondence and Legal Invoices | AMcTX-00046071-46167 | | | |
| 291.37 | 10/18/2019 | A-1 Freeman Moving & Storage Invoice No. O-296-19/71615 | AMcTX-00046168 | | | |
| 291.38 | 12/30/2019 | A-1 Freeman Moving & Storage Invoice No. O-283-19/74590 | AMcTX-00046169 | | | |
| 291.39 | 11/8/2019 | Homewood Suites Receipt | AMcTX-00046170 | | | |
| 291.40 | 11/7/2019 | AMc Expense Report | AMcTX-00046171 | | | |
| 291.41 | 11/8/2019 | Account Statement | AMcTX-00046172 | | | |
| 291.42 | 2/4/2020 | Concur Expense Report | AMcTX-00046173 | | | |
| 291.43 | 3/3/2020 | Concur Expense Report | AMcTX-00046179 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 291.44 | 11/5/2019 | Concur Expense Report | AMcTX-00046199 | | | |
| 291.45 | 11/14/2019 | Concur Expense Report | AMcTX-00046213 | | | |
| 291.46 | 3/20/2020 | Move it All Services Receipt | AMcTX-00046257 | | | |
| 291.47 | 3/12/2020 | UPS Store Receipt | AMcTX-00046259 | | | |
| 291.48 | 10/29/2019 | Xerox Invoice No. 162889933 | AMcTX-00046260 | | | |
| 291.49 | 10/29/2019 | Xerox Invoice No. 162890034 | AMcTX-00046261 | | | |
| 291.50 | 10/29/2019 | Xerox Invoice No. 162890544 | AMcTX-00046262 | | | |
| 291.51 | 10/29/2019 | Xerox Invoice No. 162890548 | AMcTX-00046263 | | | |
| 291.52 | 5/30/2017 | Colorado Springs Third Amendment to Lease | AMcTX-00046265 | | | |
| 291.53 | | TLUX CORP Invoice No. 1009 | AMcTX-00046269 | | | |
| 291.54 | 1/13/2021 | Email from Tyson Hartshorn to JJ Treadwell, Bill Winkler, and Mike Dennehy | AMcTX-00046274 | | | |
| 291.55 | 12/31/2019 | Gaedeke Group Operation Expenses Reconciliation | AMcTX-00046286 | | | |
| 291.56 | 7/19/2016 | McKinney Avenue First Amendment to Office Lease | AMcTX-00046290 | | | |
| 291.57 | 9/22/2017 | North Union Street Seventh Amendment to Lease Agreement | AMcTX-00046341 | | | |
| 291.58 | 3/17/2020 | North Union Street Termination of Lease Agreement | AMcTX-00046350 | | | |
| 291.59 | 1/6/2020 | Colonial Parking Invoice No. 2821477 | AMcTX-00046366 | | | |
| 291.60 | 6/27/2019 | Email from Caile Turner to Bill Winkler, Brandon Winkler, JJ Treadwell, and Clay Turner | AMcTX-00046367 | | | |
| 291.61 | 7/1/2020 | Letter from Nadine Goering (Niebur Development) to AMc | AMcTX-00046368 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 291.62 | 3/20/2020 | Stream Realty Invoice No. SWDC26819.0 | AMcTX-00046369 | | | |
| 291.63 | 2/6/2020 | Colonial Parking Invoice No. 2848731 | AMcTX-00046370 | | | |
| 291.64 | 3/6/2020 | Colonial Parking Invoice No. 1837035 | AMcTX-00046371 | | | |
| 291.65 | | COBRA Premium Reconciliations | AMcTX-00046372 | | | |
| 291.66 | | Parking Details | AMcTX-00046373 | | | |
| 291.67 | 10/17/2019 | CenturyLink Invoice No. 85513654 | AMcTX-00046374 | | | |
| 291.68 | 1/6/2020 | Leave Severance | AMcTX-00046381 | | | |
| 291.69 | | Employee Census | AMcTX-00046382 | | | |
| 291.70 | 5/3/2019 | Axis Corporate Security Invoice No. #AM 0591-1 | AMcTX-00046389 | | | |
| 291.71 | 6/12/2019 | AMc Production Invoice No. 167453 | NRA-AMc_00079126 | | | |
| 291.72 | 6/12/2019 | AMc Production Invoice No. 167448 | NRA-AMc_00079132 | | | |
| 291.73 | 4/30/2017 | 2017 Services Agreement | NRA-AMc_00050600 | | | |
| 291.74 | 5/6/2018 | 2018 Amendment to Services Agreement | AMc-056592 | | | |
| 291.75 | 5/1/1999 | 1999 Services Agreement | NRA-AMc_00048503 | | | |
| 291.76 | 5/15/2018 | Oliver North Employment Agreement | AMc-056595 | | | |
| 291.77 | 1/1/2019 | Amendment to Oliver North Employment Agreement | AMc-059822 | | | |
| 291.78 | 5/29/2019 | Letter from Revan McQueen to Andrew Arulanandam | NRA-AMc_00059931 | | | |
| 291.79 | 6/25/2019 | Letter from Andrew Arulanandam to Revan McQueen | NRA-AMc_00060185 | | | |
| 291.80 | 3/10/2021 | Topic No. 751 Social Security and Medicare Withholding Rates _ Internal Revenue Service | | | | |
| 291.81 | 3/8/2021 | Topic No. 759 Form 940 – Employer's Annual Federal Unemployment (FUTA) Tax Return – | | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| | | Filing and Deposit Requirements _ Internal Revenue Service | | | | |
| 292 | 7/1/21 | Rebuttal Expert Report by Dr. Richard Bergin | | | | |
| 292.01 | | NRATV Video Analytics Dashboard: Solution Overview | AMc-002656 | | | |
| 292.02 | 10/9/2018 | NRATV 2018 YTD: Analytics Executive Overview | AMc-002700 | | | |
| 292.03 | 3/31/2018 | NRATV Q1 2018: Analytics & Valuation | AMc-002713 | | | |
| 292.04 | 10/3/2018 | NRATV YTD Q3'18 Talent Earned Media Valuation: Mass Media Approach | AMc-002786 | | | |
| 292.05 | 8/31/2017 | NRATV Analytics Discussion | AMc-002818 | | | |
| 292.06 | 4/7/2019 | NRATV 2019 Update | AMc-002844 | | | |
| 292.07 | 8/31/2017 | The Clenched Fist of Truth | AMc-002929 | | | |
| 292.08 | 12/20/2017 | NRATV: America's Most Patriotic Team in News | AMc-002957 | | | |
| 292.09 | | NRATV Q3 2017 YTD Metrics | AMc-002974 | | | |
| 292.10 | 12/31/2017 | NRATV 2017 Metrics | AMc-039154 | | | |
| 292.11 | 12/31/2017 | NRATV 2017 Metrics | AMc-039158 | | | |
| 292.12 | 12/31/2017 | NRATV 2017 Metrics | AMc-039162 | | | |
| 292.13 | 13/31/2018 | NRATV 2018 Metrics | AMc-040053 | | | |
| 292.14 | 4/25/2019 | Email from Eric Van Horn to NRA | AMc-041806 | | | |
| 292.15 | 4/15/2019 | NRATV Q1 2019 Metrics | AMc-041807 | | | |
| 292.16 | 5/1/2019 | NRATV 2019 Update | AMcTX-00003282 | | | |
| 292.17 | | The Power of NRATV: Crafting and Owning a Narrative | AMcTX-00045966 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 292.18 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Revan McQueen | NRA-AMc_00059409 | | | |
| 292.19 | 5/9/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Henry Martin | NRA-AMc_00059652 | | | |
| 292.20 | 5/13/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Nader Tavangar | NRA-AMc_00124518 | | | |
| 292.21 | | Data file for PIP Dashboard | PIP-00000214_native | | | |
| 292.22 | | Data file for PIP Dashboard | PIP-00000215_native | | | |
| 292.23 | | Data file for PIP Dashboard | PIP-00000216_native | | | |
| 292.24 | | Data file for PIP Dashboard | PIP-00000218_native | | | |
| 292.25 | | Data file for PIP Dashboard | PIP-00000219_native | | | |
| 292.26 | | Data file for PIP Dashboard | PIP-00000220_native | | | |
| 292.27 | | Data file for PIP Dashboard | PIP-00000246_native | | | |
| 292.28 | | Data file for PIP Dashboard | PIP-00000287_native | | | |
| 292.29 | | Data file for PIP Dashboard | PIP-00000288_native | | | |
| 292.30 | | Data file for PIP Dashboard | PIP-00000289_native | | | |
| 292.31 | | Data file for PIP Dashboard | PIP-00000290_native | | | |
| 292.32 | | Data file for PIP Dashboard | PIP-00000291_native | | | |
| 292.33 | | Data file for PIP Dashboard | PIP-00001190_native | | | |
| 292.34 | | Data file for PIP Dashboard | PIP-00001196_native | | | |
| 292.35 | | Data file for PIP Dashboard | PIP-00001283_native | | | |
| 292.36 | | Data file for PIP Dashboard | PIP-00001294_native | | | |
| 292.37 | | Data file for PIP Dashboard | PIP-00001322_native | | | |
| 292.38 | | Data file for PIP Dashboard | PIP-00001339_native | | | |
| 292.39 | | Data file for PIP Dashboard | PIP-00001348_native | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 292.40 | | Data file for PIP Dashboard | PIP-00002807_native | | | |
| 292.41 | | Data file for PIP Dashboard | PIP-00002890_native | | | |
| 292.42 | | Data file for PIP Dashboard | PIP-00004232_native | | | |
| 292.43 | | Data file for PIP Dashboard | PIP-00004365_native | | | |
| 292.44 | | Data file for PIP Dashboard | PIP-00004392_native | | | |
| 292.45 | 5/1/2002 | NRA-ILA 2002 NRA Annual Meeting Speech By Wayne LaPierre | | | | |
| 292.46 | | Vanity Metrics: Definition, How To Identify Them, and Examples | | | | |
| 293.00 | 10/29/21 | Supplemental Rebuttal Expert Report by Dr. Richard Bergin | | | | |
| 293.01 | | 2018 and 2019 Budget Comparisons | AMcTX-00065376-95395 | | | |
| 293.02 | | 2018 Budget | AMcTX-00065392 | | | |
| 294.00 | 7/1/21 | Rebuttal Expert Report of Daniel L. Jackson | | | | |
| 294.01 | 1/1/2018 | Dana Loesch Employment Agreement | AMc-000055 | | | |
| 294.02 | 2/23/2016 | Email from Melanie Montgomery to Trisha Parker | AMc-000155 | | | |
| 294.03 | 2/22/2016 | Email from Melanie Montgomery to Hayley Holmes | AMc-000177 | | | |
| 294.04 | 6/1/2019 | AMc Production Invoice No. 167037 | AMc-042051 | | | |
| 294.05 | 5/6/2018 | Amendment No. 1 to Services Agreement | AMc-056592 | | | |
| 294.06 | 5/15/2018 | Oliver North Employment Agreement | AMc-056595 | | | |
| 294.07 | 1/1/2019 | Amendment Number One to Oliver North Employment Agreement | AMc-059822 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 294.08 | 4/6/2018 | Email from Kelsey Gosdin to Christy DeGuisti, Bill Winkler, and Brandon Winkler | AMcTX-00001636 | | | |
| 294.09 | 12/31/2016 | AMc Consolidated Statement of Income | AMcTX-00053145 | | | |
| 294.10 | 12/31/2016 | AMc Labor Breakdown | AMcTX-00053147 | | | |
| 294.11 | 12/31/2016 | All GL Companies: Corporate Profit & Loss | AMcTX-00053157 | | | |
| 294.12 | 12/31/2017 | AMc Consolidated Statement of Income | AMcTX-00053164 | | | |
| 294.13 | 12/31/2017 | AMc Labor Breakdown | AMcTX-00053166 | | | |
| 294.14 | 12/31/2017 | All GL Companies: Corporate Profit & Loss | AMcTX-00053176 | | | |
| 294.15 | 12/31/2018 | AMc Consolidated Statement of Income | AMcTX-00053183 | | | |
| 294.16 | 12/31/2018 | AMc Labor Breakdown | AMcTX-00053185 | | | |
| 294.17 | 12/31/2018 | All GL Companies: Corporate Profit & Loss | AMcTX-00053196 | | | |
| 294.18 | 12/31/2019 | AMc Consolidated Statement of Income | AMcTX-00053204 | | | |
| 294.19 | 12/31/2019 | AMc Labor Breakdown | AMcTX-00053206 | | | |
| 294.20 | 12/31/2019 | All GL Companies: Corporate Profit & Loss | AMcTX-00053216 | | | |
| 294.21 | 11/25/2019 | COGS General Ledger | AMcTX-00053224 | | | |
| 294.22 | 11/30/2019 | Invoice General Ledger | AMcTX-00053225 | | | |
| 294.23 | 5/1/2019 | Invoice Breakdown | AMcTX-00053226 | | | |
| 294.24 | 12/31/2016 | Edward Selfridge 2016 W-2 | AMcTX-00053241 | | | |
| 294.25 | 12/31/2016 | Ginny Simone 2016 W-2 | AMcTX-00053242 | | | |
| 294.26 | 12/31/2017 | Edward Selfridge 2017 W-2 | AMcTX-00053243 | | | |
| 294.27 | 12/31/2017 | Virginia Simone 2017 W-2 | AMcTX-00053244 | | | |
| 294.28 | 12/31/2018 | Collins Idehen 2018 W-2 | AMcTX-00053245 | | | |
| 294.29 | 12/31/2018 | Edward Selfridge 2018 W-2 | AMcTX-00053246 | | | |
| 294.30 | 12/31/2018 | Grant Stinchfield 2018 W-2 | AMcTX-00053247 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 294.31 | 12/31/2018 | Virginia Simone 2018 W-2 | AMcTX-00053248 | | | |
| 294.32 | 12/31/2019 | Collins Idehen 2019 W-2 | AMcTX-00053249 | | | |
| 294.33 | 12/31/2019 | Edward Selfridge 2019 W-2 | AMcTX-00053250 | | | |
| 294.34 | 12/31/2019 | Grant Stinchfield 2019 W-2 | AMcTX-00053251 | | | |
| 294.35 | 5/1/1999 | Services Agreement | NRA-AMc_00048503 | | | |
| 294.36 | 4/30/2017 | 2017 Services Agreement | NRA-AMc_00050600 | | | |
| 294.37 | 5/7/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00075497 | | | |
| 294.38 | 1/13/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00076056 | | | |
| 294.39 | 9/8/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00077292 | | | |
| 294.40 | 6/12/2019 | AMc Production Invoice No. 167453 | NRA-AMc_00079126 | | | |
| 294.41 | 6/12/2019 | AMc Production Invoice No. 167448 | NRA-AMc_00079132 | | | |
| 295 | 10/15/2021 | Supplemental Rebuttal Expert Report of Daniel L. Jackson | | | | |
| 296 | | Media Buy Transaction Ledger | AMcTX-00067935 | | | |
| 297 | | PIP Dashboard<br>https://qlik-sense.am.com<br>User: qlik-sense/review<br>PW: [confidential] | | | | |
| 298 | 11/11/2019 | Dorsey & Whitney LLP Invoices (NRA-Related Government Proceedings) | AMcTX-00046093 | | | |
| 299 | | 2018 Budget – Revised | NRA-AMc_00200745 | | | |
| 300 | 4/4/2019 | McDermott Will & Emery Invoices | AMcTX-00066478 | | | |
| 301 | 7/31/2018 | Email from Craig Spray to Melanie Montgomery, Bill Winkler, and Lacey Cremer | NRA-AMc_00042157 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 302 | 9/21/2018 | Email from Lisa Supernaugh to AMc | NRA-AMc_00068513 | | | |
| 303 | 6/12/2019 | Email from Nader Tavangar to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079124 | | | |
| 304 | 5/8/2019 | Email from Wayne LaPierre to Mark Dycio | NRA-AMc_00199663 | | | |
| 305 | 1/5/2021 | Schertler & Onorato LLP Invoices | AMcTX-00066557 | | | |
| 306 | 4/16/2019 | AMc Text Messages | AMcTX-00339383 | | | |
| 307 | 9/14/2021 | Letter from Sonya Rowling to NRA Finance Committee | | | | |
| 308 | 6/25/2018 | Email from Christy DeGiusti to Bill Winkler | AMc-057237 | | | |
| 309 | 7/6/2018 | Email from Joshua McNear to AMc | AMc-058731 | | | |
| 310 | 4/26/2018 | Email from Erin Kelly to Kelsey Gosdin, Melanie Montgomery, and Lacey Duffy | AMc-059049 | | | |
| 311 | 2/22/2019 | Email from Craig Spray to Nader Tavangar and Bill Winkler | AMc-040505 | | | |
| 312 | 10/9/2018 | 2018 NRA Budget | NRA-AMc_00200767 | | | |
| 313 | 2/27/2019 | Email from Craig Spray to Melanie Montgomery, Bill Winkler, and Brandon Winkler | AMcTX-00000410 | | | |
| 314 | 12/21/2018 | Email from Craig Spray to Bill Winkler | AMcTX-00000367 | | | |
| 315 | 4/6/2018 | Email from Kelsey Gosdin to Christy DeGiusti, Bill Winkler, and Brandon Winkler | AMcTX-00001636 | | | |
| 316 | 4/25/2018 | Email from Kelsey Gosdin to Erin Kelly | AMcTX-00004834 | | | |
| 317 | 4/26/2018 | Email from Hayley Holmes to Lacey Duffy, Kari Griffith, Joshua McNear, Jordan Underwood, and Tyler Petersen | AMcTX-00004866 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 318 | 4/27/2018 | Email from Kari Griffith to Hayley Holmes, Lacey Duffy, Joshua McNear, Jordan Underwood, and Tyler Petersen | AMcTX-00004873 | | | |
| 319 | 5/18/2018 | Email from Hayley Holmes to Lacey Duffy | AMcTX-00004952 | | | |
| 320 | 8/27/2019 | Letter from Andrew Arulanandam to Revan McQueen | NRA-AMc-TX00000010 | | | |
| 321 | 8/3/2018 | Email from Kari Griffith to FOX News | AMcTX-00005279 | | | |
| 322 | 11/1/2018 | Email from Kelsey Gosdin to Melanie Montgomery, Lacey Duffy, and Jesse Greenberg | AMcTX-00005991 | | | |
| 323 | 6/30/2016 | Email from Erin Kelly to Trisha Parker, Lacey Duffy, and Melanie Montgomery | AMcTX-00271412 | | | |
| 324 | 7/21/2017 | Cumulus-Dallas KPLX-FM / Mid-Mid Spot Times by Account | AMcTX-00335989 | | | |
| 325 | 7/20/2017 | KLUV-FM Spot Details | AMcTX-00335991 | | | |
| 326 | 7/21/2017 | iHeart Media Order No. 1119259331 | AMcTX-00335993 | | | |
| 327 | 7/22/2017 | All Regular Spots: Internet, KKDA-AM, KKDA-FM, KRNB-FM | AMcTX-00335996 | | | |
| 328 | 7/24/2017 | Email from Eric Wang to Patrick Kobler | AMcTX-00336002 | | | |
| 329 | 1/31/2019 | EFT Payment to AMc | NRA-AMc_0079008 | | | |
| 330 | 12/31/2002 | AMc "Audit" Process and Findings | NRA-AMc_00089371 | | | |
| 331 | 12/31/2001 | AMc "Audit" Process and Findings | NRA-AMc_00137590 | | | |
| 332 | 12/31/2014 | AMc "Audit" Process and Findings | NRA-AMc_00185505 | | | |
| 333 | 12/31/2007 | AMc "Audit" Process and Findings | NRA-AMc_00185508 | | | |
| 334 | 12/31/2004 | AMc "Audit" Process and Findings | NRA-AMc_00185512 | | | |
| 335 | 12/31/2005 | AMc "Audit" Process and Findings | NRA-AMc_00185515 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---------|------|-------------|-------|---------|-----------|----------|
| 336 | 5/6/2018 | Amendment No. 1 to Services Agreement | NRA-AMc_00057325 | | | |
| 337 | | NRA Travel and Business Expense Reimbursement Policy | | | | |
| 338 | 8/28/2018 | Email from Josh Powell to Melanie Montgomery and Lacey Duffy | AMcTX-00000703 | | | |
| 339 | 6/30/2018 | WBB Investments Account Statement | AMcTX-00002406 | | | |
| 340 | 5/31/2018 | WBB Investments Account Statement | AMcTX-00002407 | | | |
| 341 | 5/30/2018 | Check to WBB Investments No. 633597 | AMcTX-00002457 | | | |
| 342 | 6/14/18 | Check to NRA from WBB Investments | AMcTX-00002459 | | | |
| 343 | 5/11/2018 | Company Agreement of WBB Investments, LLC | AMcTX-00002989 | | | |
| 344 | 6/28/2018 | Letter from Andrew Arulanandam to David Schertler | NRA-AMc_00065184 | | | |
| 345 | 11/29/2018 | EFT Payment to AMc | NRA-AMc_00193696 | | | |
| 346 | 12/27/2018 | EFT Payment to AMc | NRA-AMc_00193703 | | | |
| 347 | 12/19/2018 | EFT Payment to AMc | NRA-AMc_00193736 | | | |
| 348 | 8/20/2019 | Plaintiff's Responses and Objections to Defendant Ackerman McQueen, Inc.'s First Set of Interrogatories | | | | |
| 349 | 1/7/2019 | Email from Lisa Supernaugh to Craig Spray | NRA-AMc_00135444 | | | |
| 350 | 4/29/2019 | NRA Report of the Audit Committee | DB_0013 | | | |
| 351 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Revan McQueen | NRA-AMc_00059409 | | | |
| 352 | 3/5/2018 | Brewer Firm Engagement Letter | | | | |
| 353 | | Inside the NRA by Joshua L. Powell | | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 354 | 6/22/2020 | Order Denying NRA's Motion to Enter Proposed Protective Order for Non-Parties | | | | |
| 355 | 4/9/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00059407 | | | |
| 356 | 2/8/2016 | Wayne LaPierre Financial Disclosure Questionnaire (2016-21) | NRA-NYAG-00009723 | | | |
| 357 | 7/24/2021 | AMc's Amended Notice of Intention to Take Oral Deposition of Corporate Representative(s) of the NRA | | | | |
| 358 | 10/29/2021 | NRA Objections and Responses to AMc's First Set of Interrogatories | | | | |
| 359 | 10/29/2021 | NRA Objections and Responses to AMc's First Set of Requests for Admission | | | | |
| 360 | 7/26/2018 | Compliance Meeting Sign-In Sheets | NRA-BK-00058015 | | | |
| 361 | 3/11/2020 | NRA Financial Statements as of December 31, 2019 and 2018 | | | | |
| 362 | 1/30/2020 | Letter from John Frazer to Joshua Powell | NRA-NYAG-00052610 | | | |
| 363 | 9/10/2020 | NRA's Amended Response with Counterclaims Against Christopher Cox (CPR File: G-21-05-S | | | | |
| 364 | | CharityBuzz: Illusions Luxury Yacht Charter | | | | |
| 365 | 3/7/2019 | Email from Melanie Montgomery to Craig Spray and Nader Tavangar | AMc-001275 | | | |
| 366 | 12/5/2016 | Corporate America Aviation, Inc. Invoice No. 010317ROA | | | | |
| 367 | 5/28/2020 | Letter from Richard Childress to NRA Hearing Board | | | | |
| 368 | 4/29/2019 | NRA Points of Concern | NRA-AMc_00059590 | | | |

| Exhibit | Date | Description | Bates | Offered | Objection | Admitted |
|---|---|---|---|---|---|---|
| 369 | 4/10/2019 | Email from Melanie Montgomery to Wayne LaPierre | AMcTX_00000845 | | | |
| 370 | 8/15/2016 | Letter from Performance Improvement Partners to Jesse Greenberg | PIP-00003755 | | | |
| 371 | 3/30/2017 | Email from Bill Winkler to Steve Hart | Hart Ex. 17 | | | |
| 372 | 1/2/2018 | Email from Joshua Powell to Tony Makris | Hallow Ex. 14 | | | |
| 373 | | AMc's 2017 NRA Budget & 2018 Proposed NRA Budget | AMcTX-00064822 | | | |
| 374 | 6/4/19 | Email from Craig Spray to Lisa Supernaugh | NRA-AMc_00065108 | | | |

AMc reserves the right to use additional exhibits not identified herein for purposes of rebuttal or impeachment.  AMc also reserves the right to rely upon and use as evidence: (i) exhibits included on the exhibit list of any other parties in interest, and (ii) any pleading, hearing transcript, or other document filed with the Court in the above-captioned case or the Virginia litigation.

Date: February 7, 2022

Respectfully submitted,

*/s/ Brian E. Mason*

**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
Phone: (214) 981-9900
Facsimile: (214) 981-9901

**ATTORNEY FOR
DEFENDANTS/
COUNTER-PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that a true and correct copy of the foregoing document has been served on all parties receiving notice by and through the Court's CM/ECF system on February 7, 2022.

*/s/ Brian E. Mason*
Brian E. Mason
