IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, | § § § |
| Plaintiff and Counter-Defendant, | § |
| v. | § § |
| ACKERMAN MCQUEEN, INC., | § § |
| Defendant and Counter-Plaintiff, | §   Civil Action No.: 3:19-cv-02074-G-BK |
| and | § § |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY | § § § § |
| Defendants. | § § |

## REPORT OF SPECIAL MASTER

The Special Master, appointed by the Honorable Renee Toliver on December 15, 2021, hereby makes his report to the Court.

The Special Master, Paul D. Stickney, was appointed to preside over the deposition of William Brewer, III ("Mr. Brewer"). The deposition of Mr. Brewer was held on January 31, 2022, and began at approximately 8:00 A.M. and concluding at 5:05 P.M. The Special Master submitted an invoice dated February 3, 2022, to the parties per Judge Toliver's Order granting the Defendants Motion for Deposition. This concludes the Special Master's appointed duties.

Respectfully submitted this 8th day of February 2022.

RESPECTFULLY SUBMITTED,

/s/ Paul D. Stickney
PAUL D. STICKNEY
ATTORNEY FOR DEFENDANT

        TEXAS BAR NUMBER 00789924
        STICKNEY MEDIATIONS, PLLC
        105 MILL CREEK DRIVE
        ARLINGTON, TEXAS 76010
        judgestickney@gmail.com
        682-313-9656

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent to all counsel of record via the Court's ECF system pursuant to the Federal Ruled of Civil Procedure on this the 8th day of February 2022.

        s/ Paul D. Stickney
        Paul D. Stickney