IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>　　Plaintiff and Counter-Defendant<br><br>and<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>　　Defendant and Counter-Plaintiff,<br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,<br><br>　　Defendants. | Case No. 3:19-cv-02074-G |

## ACKERMAN MCQUEEN INC.'S AMENDED EXPERT WITNESS DESIGNATION
### (CONTACT INFORMATION CHANGE)

Pursuant to FEDERAL RULE OF CIVIL PROCEDURE 26(a)(2), and this Court's October 13, 2020 Scheduling Order, as amended,[1] Ackerman McQueen, Inc. ("*AMc*") serves the following Amended Expert Witness Designation:

　　Daniel Jackson, CPA
　　Alix Partners, LLP
　　2010 Cedar Springs Rd., Suite 100
　　Dallas, Texas 75201

　　Dr. Rich Bergin (rebuttal only)
　　Alvarez & Marsal
　　260 Franklin Street
　　Suite 210
　　Boston, MA 02110

---

[1] *See* ECF 174, 242.

G. Michael Gruber (attorneys' fees only)
Jay J. Madrid (attorneys' fees only)
Dorsey & Whitney LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201

Dated: February 18, 2022

Respectfully submitted,

*/s/ Brian E. Mason, Esq.*
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com

**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANT/COUNTER-PLAINTIFF ACKERMAN MCQUEEN, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian E. Mason*
BRIAN E. MASON