**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § |
| **Plaintiff and Counter-Defendant** | § § |
| **v.** | § § |
| **ACKERMAN MCQUEEN, INC.,** | § § |
| **Defendant and Counter-Plaintiff,** | § **Civil Action No. 3:19-cv-02074-G** § |
| **and** | § § |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,** | § § § § |
| **Defendants.** | § § |

**PLAINTIFF'S OBJECTIONS TO DEFENDANTS' EXHIBIT LIST**

**BREWER, ATTORNEYS & COUNSELORS**
Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
Konstantin N. Parkhomenko
knp@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

| Exhibit No. | Date | Description | Bates | Objection(s) |
|---|---|---|---|---|
| 001 | 4/30/2017 | 2017 Services Agreement between NRA and AMc | AM 00000162 | |
| 002 | 5/6/2018 | Amendment #1 to Services Agreement | AMc-056592 | |
| 003 | 5/11/2018 | NRA v. Cuomo, et al., Original Complaint (N.D. N.Y.) | | |
| 004 | 5/29/2018 | NRA v. Lockton, Original Complaint (E.D. Virginia) | | |
| 005 | 7/20/2018 | NRA v. Cuomo, et al., Amended Complaint (N.D. N.Y.) | | |
| 006 | 9/13/2018 | Order revoking of *pro hac vice* (E.D. Virginia) | | FRE 403 – Precludes the admission of evidence that wastes time or is more prejudicial than probative; i.e., whose probative value is outweighed by the possibility of unduly prejudicing the jury – in this case against Plaintiff and Plaintiffs' attorneys.<br><br>FRE 401, 402 – Precludes admission of irrelevant evidence, which is evidence that has no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence.<br><br>FRE 404 – Precludes admission of evidence that constitutes improper character evidence. |

2

| 007 | 4/12/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19001757) | | |
| 008 | 5/22/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19002067) | | |
| 009 | 6/19/2019 | NRA v. Col. North, Original Complaint (NY State Court) | | |
| 010 | 8/30/2019 | NRA v. AMc, et al., Original Complaint (N.D. Tex.) | | |
| 011 | 9/5/2019 | NRA v. AMc, Original Complaint (Virginia State Court - CL19002886) | | |
| 012 | 8/6/2020 | NYAG v. NRA, et al., Original Complaint (NY State Court) | | |
| 013 | 2/23/2021 | NYAG v. NRA, et al., Wayne LaPierre Verified Answer | | |
| 014 | 5/11/2021 | Order Granting Motions to Dismiss (B.K. N.D. Tex.) | | |
| 015 | | Audit Documents | AMc-0028792 - AMc-0034631 | Exhibit 15 appears to be a disaggregated collection of copies of materials produced in a hard copy format, certain of which appear to be generated from electronic platforms in use by AMc. This "exhibit" contains over 2,600 pages combining hundreds of different documents. The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 016 | 3/30/2017 | Email from Steve Hart to Bill Winkler | Hart Ex. 17 | |
| 017 | 5/23/2018 | NRA Supplier Meeting Agenda | NRA-AMc_00200788 | FRE 901 – Proper authentication of handwritten notes and financial statements requires testimony by person with requisite knowledge that the notes and |

3

| | | | | statements are an accurate depiction of the intended subject. |
|---|---|---|---|---|
| 018 | 4/14/2017 | Email from Bill Winkler to Steve Hart | AMcTX-0065465 | |
| 019 | 4/20/2017 | Email from Bill Winkler to Steve Hart | Hart Ex. 19 | |
| 020 | 1/16/2018 | Email from Josh Powell to Andrew McKenna, Tony Makris, and Colleen Gallagher | AMc-035712 | FRE 401, 402 – Precludes admission of irrelevant evidence, which is evidence that has no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. |
| 021 | 3/28/2018 | Correspondence from John Frazer to Lacey Cremer and Melanie Montgomery | AMcTX-0000009 | |
| 022 | 4/24/2019 | Letter from Wayne LaPierre to John Frazer and Charles Cotton | NRA-AMc_00200450 | |
| 023 | 4/13/2018 | Email from Bill Brewer to Angus McQueen | AMcTX-00037265 | |
| 024 | 4/23/2018 | Email from Tony Makris to Steve Hart and others | AMc-044429 | |
| 025 | | 2019 Budget for C. Spray | NRA-AMc_00200742 | |
| 026 | 5/11/2018 | Email from Bill Winkler to Woody Phillips | AMcTX-00000027 | |
| 027 | 5/21/2018 | Email from Melanie Montgomery to Bill Winkler and Susan LaPierre | AMcTX-00002090 | FRE 802 – Hearsay FRE 401, 402 – Precludes admission of irrelevant evidence, which is evidence that has no tendency to make the existence of any fact that is of consequence to the determination of the |

| | | | | |
|---|---|---|---|---|
| | | | | action more probable or less probable than it would be without the evidence. |
| 028 | 5/25/2018 | Email from Josh Powell to Tony Makris | AMcTX-00065337 | FRE 401, 402 – Precludes admission of irrelevant evidence, which is evidence that has no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. |
| 029 | | 2018 Budget – Revised | NRA-AMc_00200745 | |
| 030 | 7/10/2018 | Email from Steve Hart to Melanie Montgomery | Hart Ex. 6 | |
| 031 | 7/10/2018 | Email from Steve Hart to Melanie Montgomery | AMcTX-00041549 | |
| 032 | 2/6/2019 | Emails between Jessica Bradley and Bill Winkler | AMc-057912 | The NRA reserves the right to object to the use of this document at trial as inadmissible hearsay (FRE 802) in the event Jessica Bradley does not testify at trial. |
| 033 | 7/13/2018 | Email from Sonya Rowling to Rick Tedrick | NRA-AMc_00063924 | |
| 034 | 7/13/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065338 | |
| 035 | 4/28/2019 | Email from Steve Hart to Michael Volkov | NRA-AMc_00185755 | |
| 036 | 8/6/2018 | Email from Tony Makris to Melanie Montgomery, Henry Martin, and Angus McQueen | AMcTX-00065357 | |
| 037 | 8/7/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065369 | |
| 038 | 8/8/2018 | Letter from Bill Brewer to Jay Madrid | AMcTX-00065352 | FRE 106 – A document must be admitted in its entirety. |

| | | | | The document is referencing attachments. Accordingly, the attachments should, in fairness, be considered part of the correspondence and should be admitted along with said correspondence. |
|---|---|---|---|---|
| 039 | 8/8/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00068307 | |
| 040 | 8/8/2018 | Correspondence from Woody Phillips to Bill Winkler | NRA-AMc_00068309 | |
| 041 | 1/19/2019 | Email from Susan Dillon to Sarah Rogers | NRA_AM_FRA_0013029 | |
| 042 | 8/13/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00063983 | |
| 043 | 8/14/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00057152 | |
| 044 | 8/15/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00057176 | |
| 045 | 8/17/2018 | Email from Travis Carter to Andrew Arulanandam and Jennifer Baker | AMcTX-00065360 | |
| 046 | 8/22/2018 | Letter from Stephen Ryan to Bill Brewer | AMcTX-00065340 | |
| 047 | 8/27/2018 | Letter from Bill Winkler to Woody Phillips | NRA-AMc_00071260 | |
| 048 | 8/28/2018 | Letter from Bill Winkler to Woody Phillips | AMc-058391 | |
| 049 | 8/29/2018 | Letter from Woody Phillips to Bill Winkler | NRA-AMc_00057263 | |
| 050 | 9/24/2018 | Angus McQueen Draft Letter to Wayne LaPierre | AMc-058564 | |
| 051 | 9/4/2018 | Letter from Bill Winkler to Woody Phillips | AMc-057593 | |

| 052 | 9/5/2018 | Letter from Jay Madrid to Bill Brewer | AMcTX-00065354 | |
| 053 | 9/6/2018 | Email from Stephen Ryan to Bill Brewer | AMcTX-00065362 | |
| 054 | 9/12/2018 | Letter from Bill Winkler to Woody Phillips | AMcTX-00000200 | |
| 055 | 9/12/2018 | Letter from Bill Brewer to Jay Madrid | AMcTX-00065346 | |
| 056 | 9/13/2018 | Email from John Frazer to Gina Betts and Sarah Rogers | NRA-AMc_00064053 | |
| 057 | 9/13/2018 | Email from D. Reno to L. Supernaugh | NRA-AMc_00068484 | |
| 058 | 9/14/2018 | Email from Sarah Rogers to Gina Betts and John Frazer | NRA-AMc_00057268 | |
| 059 | 9/17/2018 | Email from Lacey Cremer to Craig Spray, Melanie Montgomery, and Nader Tavangar | AMc-031560 | |
| 060 | 9/21/2018 | Email from Lisa Supernaugh to AMc | AMc-028858 | The NRA objects on the grounds that parts of the document are not easily legible (FRE 106 – A document must be admitted in its entirety).<br><br>The NRA requests that a legible, higher-resolution copy of the document is used. |
| 061 | 9/24/2018 | Letter from Bill Winkler to Craig Spray | NRA-AMc_00057300 | |
| 062 | 9/25/2018 | Letter from Jay Madrid to Steve Hart | AMcTX-00065322 | |
| 063 | 9/25/2018 | Letter from Wayne LaPierre to Bill Winkler | NRA-AMc_00057314 | |
| 064 | 9/25/2018 | Letter from Josh Powell to Bill Winkler | NRA-AMc_00057315 | |
| 065 | 9/25/2018 | Letter from Bill Winkler to Josh Powell | NRA-AMc_00057329 | |

| 066 | 9/26/2018 | Email from Steve Hart to Tony Makris | Hart Ex. 11 | |
|---|---|---|---|---|
| 067 | 9/28/2018 | Letter from Bill Winkler to Josh Powell | AMc-031718 | The NRA objects on the grounds that the proposed budget adjustments attachment that is attached to the letter is illegible (FRE 106 – A document must be admitted in its entirety).<br><br>The NRA requests that a legible, higher-resolution copy of the document is used. |
| 068 | 10/2/2018 | Letter from Bill Winkler to Josh Powell | AMc-043863 | |
| 069 | 10/2/2018 | Letter form Richard Sayles to Steve Hart | NRA-AMc_00160786 | |
| 070 | 10/4/2018 | Correspondence from Josh Powell to Bill Winkler | NRA-AMc_00057377 | |
| 071 | 10/4/2018 | Correspondence from Wayne LaPierre to Bill Winkler | NRA-AMc_00060919 | |
| 072 | 10/5/2018 | Letter from Bill Winkler to Craig Spray | AMc-034913 | |
| 073 | 10/6/2018 | Letter from Craig Spray to Bill Winkler | | |
| 074 | 10/9/2018 | Letter from Bill Winkler to Craig Spray | AMc-058072 | |
| 075 | 10/11/2018 | Email between Steve Hart and Tony Makris | Hart Ex. 14 | |
| 076 | 10/16/2018 | Correspondence from Wayne LaPierre to Bill Winkler | NRA-AMc_00090636 | |
| 077 | 10/31/2018 | Email from Todd Grable to AMc Team | AMc-037921 | |
| 078 | 10/31/2018 | Email from Craig Spray to Bill Winkler and Melanie Montgomery | AMc-059342 | |

| 079 | 11/2/2018 | Email from Craig Spray to Melanie Montgomery | AMcTX-00000333 | |
|-----|-----------|---------------------------------------------|----------------|---|
| 080 | 11/16/2018 | Email from Nicole Reaves to Lacey Cremer and Bill Winkler | AMcTX-00065308 | |
| 081 | 2/4/2016 | Email from Trisha Parker to Melanie Montgomery | AMcTX-00065138 | |
| 082 | 11/26/2018 | Email from Craig Spray to Melanie Montgomery and Lacey Cremer | AMcTX-00000776 | |
| 083 | 12/6/2018 | Text Message from Craig Spray to Melanie Montgomery | AMcTX-00064686 | This document is hearsay and inadmissible pursuant to FRE 802. <br><br> This document does not indicate the identity of the sender, the recipient or the date of the purported communications. The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. <br><br> The NRA objects to the use of this document at trial as it was not produced in its native form. <br><br> FRE 401, 402 – Precludes admission of irrelevant evidence, which is evidence that has no tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence. <br><br> This document is not probative to adjudicating a material disputed fact |

| | | | | relevant to any claim or defense in this lawsuit. |
|---|---|---|---|---|
| 084 | 12/14/2018 | Correspondence between Steve Hart and Tony Makris | AMc-044420 | |
| 085 | 12/20/2018 | Email from Bill Winkler to Craig Spray | NRA-AMc_00112506 | |
| 086 | 12/21/2018 | Letter from Sarah Rogers to Jay Madrid | NRA-AMc_00068870 | |
| 087 | 1/4/2019 | Letter from Jay Madrid to Steve Hart | NRA-AMc_00065378 | |
| 088 | 1/7/2019 | Email from Oliver North to AMc | AMc-039381 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |
| 089 | 1/10/2019 | Letter from Stephen Ryan to Steve Hart | Hart Ex. 23 | |
| 090 | 1/17/2019 | Email between Stephen Ryan, John Frazer, and Steve Hart | NRA-AMc_00058457 | |
| 091 | 1/21/2019 | Emails between Stephen Ryan, Steve Hart, and John Frazer | NRA_AM_FRA_0002614 | |
| 092 | 1/22/2019 | Emails between Stephen Ryan, Steve Hart, and John Frazer | NRA-AMc_00058512 | |
| 093 | 1/30/2019 | Email from John Frazer to Stephen Ryan | NRA-AMc_00058587 | |
| 094 | 1/31/2019 | Emails between John Frazer, Stephen Ryan, and Gina Betts | NRA-AMc_00058659 | |
| 095 | 2/3/2019 | Email from John Frazer to Gina Betts | NRA_AM_FRA_0000668 | |
| 096 | 2/6/2019 | Email from Susan Dillon to FRA Employee | NRA_AM_FRA_0001437 | |

| 097 | 2/6/2019 | Email from Jessica Bradley to Bill Winkler | NRA_AM_FRA_0001 449 | The NRA reserves the right to object to the use of this document at trial as inadmissible hearsay (FRE 802) in the event Jessica Bradley does not testify at trial. |
|---|---|---|---|---|
| 098 | 2/6/2019 | Email from Bill Winkler to Jessica Bradley | NRA_AM_FRA_0001 451 | |
| 099 | 2/8/2019 | Emails between Bill Winkler and Jessica Bradley | NRA_AM_FRA_0001 490 | |
| 100 | 2/8/2019 | Correspondence from John Frazer to Stephen Ryan and Gina Betts | NRA-AMc_00064546 | |
| 101 | 2/11/2019 | Letter from Stephen Ryan to John Frazer | AMcTX-00065329 | |
| 102 | 2/12/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065330 | |
| 103 | 2/6/2022 | In the Matter of Dana Loesch v. AMc: Partial Final Award | AMcTX-0339422 | The NRA objects to this document as AMc and its counsel failed to disclose any documents concerning this arbitration during discovery.<br><br>As a result of its tactical partial disclosure of this "Partial Final Award," AMc should be precluded from using this document at trial.  The NRA should be permitted to use it in any way it sees fit. |
| 104 | 2/18/2019 | Emails between Jessica Bradley, Bill Winkler, and Gina Betts | NRA_AM_FRA_0001 954 | The NRA reserves the right to object to the use of this document at trial as inadmissible hearsay (FRE 802) in the event Jessica Bradley does not testify at trial. |
| 105 | 7/29/2015 | Email from Melanie Hill to Trisha Parker | AMcTX-00065414 | |

| 106 | 2/20/2019 | Email from John Frazer to Stephen Ryan and Gina Betts | NRA-AMc_00059149 | |
|-----|-----------|-------------------------------------------------------|------------------|---|
| 107 | 2/22/2019 | Email from Steve Hart to Tony Makris | Hart Ex. 36 | |
| 108 | 2/22/2019 | Emails from Susan Dillon to Sarah Rogers | NRA_AM_FRA_0002037 | |
| 109 | 2/26/2019 | Letter from Oliver North, Richard Childress, and Carolyn Meadows to Wayne LaPierre | N2-00050 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial.<br><br>The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 110 | 2/26/2019 | Emails between Steve Hart and Anthony Makris | AMcTX-00011318 | |
| 111 | 2/26/2019 | Emails between Stephen Ryan and John Frazer | NRA-AMc_00059246 | |
| 112 | 2/26/2019 | Correspondence from Wayne LaPierre to Oliver North | NRA-AMc_00064573 | |
| 113 | 3/4/2019 | Letter from John Frazer to Stephen Ryan | Frazer Ex. 30 | |
| 114 | 3/7/2019 | Email from Melanie Montgomery to Craig Spray | AMc 001275 | |
| 115 | 3/7/2019 | Email from Stephen Ryan to John Frazer | NRA-AMc_00059288 | |

| 116 | 7/7/2021 | Email from Trisha Parker to Melanie Montgomery | AMcTX-65143 | An exhibit must be admitted in its entirety (FRE 106). Here, in the lower email, there is a reference to an "attached" affidavit from Fox News, which we do not see. That affidavit must be attached so that the jury can see the complete picture.<br><br>The NRA will withdraw this objection if/when the referenced affidavit has been attached. |
| --- | --- | --- | --- | --- |
| 117 | 3/8/2019 | Email from Stephen Ryan to John Frazer | NRA-AMc_00059305 | |
| 118 | 3/11/2019 | Email from Tony Makris to John Frazer | AMc-035260 | |
| 119 | 3/11/2019 | Message from Wayne LaPierre to NRA Board | AMc-035262 | |
| 120 | 3/12/2019 | Correspondence from Jay Madrid to John Frazer | AMcTX-00065364 | |
| 121 | 3/14/2019 | Letter from John Frazer to Jay Madrid | AMc-035264 | |
| 122 | 3/4/2019 | 2019 Billing Schedule for C. Spray | NRA-AMc_00200736 | |
| 123 | 3/21/2019 | Correspondence from Brendan Sullivan to Bill Brewer | OLN00208 | |
| 124 | 3/22/2019 | Email from Oliver North to John Frazer | Meadows Ex. 2 | The NRA objects to Defendants' use of this document at trial. The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |

| | | | | |
|---|---|---|---|---|
| | | | | The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 125 | 3/22/2019 | Correspondence from Oliver North to Bill Brewer | NRA-AMC_00069015 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |
| 126 | 3/22/2019 | Correspondence from Oliver North to NRA Audit Committee | North Ex. 14 | The NRA objects to the use of this document at trial.  The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403).<br><br>This document is also illegible in the form presented. |
| 127 | 3/25/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065371 | |
| 128 | 3/25/2019 | Correspondence from John Frazer to Oliver North | Frazer Ex. 42 | |
| 129 | 3/25/2019 | Correspondence from Bill Brewer to Brendan Sullivan | OLN00214 | |
| 130 | 11/2/2018 | Email from Craig Spray to Melanie Montgomery and Bill Winkler | NRA-AMc_00057619 | |
| 131 | 3/26/2019 | Letter from John Frazer to Stephen Ryan | AMcTX-00065332 | |
| 132 | 3/29/2019 | Letter from Wayne LaPierre to NRA Board | NRA-AMc_00191401 | |

| 133 | 3/31/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00216 | The NRA objects to Defendants' use of this document at trial. The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial.<br><br>The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 134 | 4/3/2019 | Correspondence from Wayne LaPierre to Oliver North | OLN0221 | The NRA objects to Defendants' use of this document at trial. The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 135 | 4/4/2019 | Email from Steve Hart to Tony Makris | AMcTX-00011450 | |
| 136 | 4/8/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00225; NRA-AMc_00199755 | The NRA objects to Defendants' use of this document at trial. The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 137 | 4/9/2019 | Correspondence from Oliver North to Wayne LaPierre | OLN00173 | The NRA objects to Defendants' use of this document at trial. The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |

| 138 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery | AMcTX-00000581 | |
| 139 | 4/11/2019 | Correspondence from Oliver North to John Frazer and Charles Cotton | NRA-AMc_00069094; NRA-AMc_00059415 | |
| 140 | 4/12/2019 | Email from Charles Cotton to Oliver North | NRA-AMc_00059433 | |
| 141 | 5/7/2019 | An Internal Memo Raises New Questions About Self-Dealing at the NRA by Mark Spies | | |
| 142 | 4/15/2019 | Message from Wayne LaPierre to NRA Board | DB_0216 | |
| 143 | 4/15/2019 | Email from Danny Hakim to Andrew Arulanandam | NRA-AMc_00069104 | |
| 144 | 4/30/2019 | Concur Expense Report | AMcTX-00067318 | This "exhibit" contains 365 pages combining dozens individual documents. The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 145 | 4/18/2019 | Correspondence from Oliver North and Richard Childress to John Frazer and Charles Cotton | OLN00185; NRA-AMc_00200725 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial.<br><br>The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |

| 146 | 4/18/2019 | Text Message from Allen West to Millie Hallow | OLN00367 | The NRA objects to AMc's use of this exhibit at trial. This document is a compilation of text messages which were never produced in native form. |
| 147 | 4/22/2019 | Letter from Wayne LaPierre to Mark Dycio | AMcTX-00065334 | |
| 148 | 4/22/2019 | Letter from Wayne LaPierre to Steve Hart | AMc-035391 | |
| 149 | 4/22/2019 | Email from Steve Hart to NRA Executives and Board Members | OLN00015 | |
| 150 | 4/22/2019 | Letter from Bill Winkler to Craig Spray | NRA-AMc_00069698 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 151 | 4/22/2019 | Letter from Bill Winkler to Tyler Schropp | LaPierre Ex. 21 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 152 | 4/22/2019 | Letter from Bill Winkler to Craig Spray | AMc 001304 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 153 | 4/22/2019 | Message from Wayne LaPierre to NRA Board | OLN00076 | |
| 154 | 4/24/2019 | Email from Millie Hallow to Oliver North | NRA-AMc_00061214 | |
| 155 | 4/25/2019 | Email from Oliver North to John Frazer | NRA-AMc_200692 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |

| 156 | 4/25/2019 | Letter from Wayne LaPierre to NRA Board | NRA-AMc_00161960 | |
|-----|-----------|------------------------------------------|------------------|--|
| 157 | 4/25/2019 | Correspondence from Oliver North to NRA Board and Executive Council | OLN00093 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial.<br><br>The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 158 | 4/25/2019 | Correspondence from Oliver North to NRA Executive Committee | NRA-AMc_00200692 | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial.<br><br>The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 159 | 4/25/2019 | Email from Eric Van Horn to Caitlin Fiandt, John DaSilva, Cameron Collins, and Woody Arenas | AMc-041806 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 160 | 4/26/2019 | Email from Steve Hart to John Frazer and Wayne LaPierre | NRA-AMc_00059559 | |
| 161 | 4/27/2019 | Email from John Frazer to NRA Board | NRA-AMc_00140486 | |
| 162 | 4/27/2019 | Statement from Wayne LaPierre to NRA Board | OLN00106 | |
| 163 | 5/5/2019 | Email from Wayne LaPierre to Melanie Montgomery | NRA-AMc_00064984 | |
| 164 | 5/6/2019 | Letter from Bill Winkler to Craig Spray | AMc 001309 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |

| 165 | 5/9/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Henry Martin | NRA-AMc_00059652 | |
|---|---|---|---|---|
| 166 | 5/10/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00086579 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 167 | | Projected Increases to NRA Fees | AMcTX-0067704 | |
| 168 | 5/13/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00124518 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | |
|---|---|---|---|---|
| | | | | during the discovery period, when the NRA could have made use of it. |
| 169 | 5/22/2019 | Letter from Carolyn Meadows and Charles Cotton to NRA Members | NRA-AMc_00199649 | |
| 170 | 5/24/2019 | Correspondence from Andrew Arulanandam to Melanie Montgomery | NRA-AMc_00059838 | |
| 171 | 5/29/2019 | Notice of Termination of Services Agreement from AMc to NRA | NRA-AMc_00059931 | |
| 172 | 5/30/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00059946 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 173 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00065094 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 174 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00059982 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 175 | 6/3/2019 | Email from Bill Winkler to Craig Spray | AMcTX-00065350 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to |

| | | | | provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 176 | 6/18/2019 | Emails from David Schertler to Andrew Arulanandam, Melanie Montgomery, Angus McQueen, and Revan McQueen | Arulanandam Ex. 6 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 177 | 6/25/2019 | Correspondence from Andrew Arulanandam to Dana Loesch | NRA-AMc_0019094 | |
| 178 | 6/25/2019 | Notice of Termination of Services Agreement from Andrew Arulanandam | NRA-AMc_00060185 | |
| 179 | 7/22/2019 | Letter from NRA Board Members to Carolyn Meadows, John Frazer, and NRA Board | AMcTX-00065468 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 180 | 9/27/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | | |
| 181 | 10/25/2019 | Letter from John Frazer to Gina Betts, Bill Winkler, and Rick Tedrick | AMcTX-00045606 | |
| 182 | 7/22/2021 | All Invoices – NR Analysis | AMcTX-00067978 | Authentication (FRE 901) – the exhibit requires testimony that it accurately represents what it purports to be.<br><br>Hearsay (FRE 802) |
| 183 | 12/12/2019 | Text Messages from Bill Brewer | GRANT0161 | The NRA objects as this document was not produced in its native form.<br><br>These are pictures of purported text messages.  The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 184 | 6/5/2019 | Email from Nader Tavangar to Rick Tedrick and Duane Reno | AMc-042077 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 185 | 2/4/2021 | Order Denying Motion to Transfer (*In re National Rifle Association Business Expenditures*) | | Relevance (FRE 401-402).  This is a procedural order from a different litigation that is irrelevant to this litigation. |
| 186 | 1/14/2021 | Letter from Brewer Attorneys & Counselors to John Frazer | NRA-BK-00060928 | The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 187 | 4/5/2018 | Email from Travis Carter to NRA | AMc-035792 | Relevance (FRE 401-402).<br><br>The fact that the Brewer firm did or did not issue a statement related to any particular pending matter has no bearing on any disputed fact relevant to a claim or defense in this case. |
| 188 | 10/6/2016 | 2017 Budget Planning Document | NRA-AMc_00057337 | |
| 189 | 2/8/2019 | Email from Bill Winkler to Jessica Bradley | AMc-057923 | |
| 190 | 4/23/2018 | Deal Points for Oliver North Employment Agreement | OLN00398 | |
| 191 | 5/15/2018 | Employment Agreement by and among AMc and Oliver North | AMc-056595 | |

| 192 | 5/21/2018 | Invoice No. 001 from WBB Investments, LLC | AMcTX-00036157 | |
|---|---|---|---|---|
| 193 | 8/22/2019 | NRA Shakes Up Legal Team Amid Intensifying War by Robert Costa | | |
| 194 | 7/6/2021 | Dorsey & Whitney LLP Invoices (Dallas Action) | AMcTX-00065644 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 195 | 9/8/2018 | NRA Report of the Audit Committee | OLN00178 | |
| 196 | 2/8/2019 | Email from Bill Winkler to Jessica Bradley | NRA-AMc_00064536 | |
| 197 | 10/24/2018 | NRA Presidential Advisors Agenda | NRA-AMc_00057543 | FRE 401-402 – This document does not help to resolve any disputed material fact relevant to a claim or defense. |
| 198 | 12/4/2018 | Revised 2019 Budget | AMcTX-00065137 | |
| 199 | 10/4/2018 | Letter from Josh Powell to Bill Winkler | NRA-AMc_00057377 | |
| 200 | 1/1/2019 | Amendment 1 to Oliver North Employment Agreement | AMc-059822 | |
| 201 | 1/4/2019 | NRA Board Meeting Presentation | | |

| 202 | 1/18/2019 | FRA/NRA Agreement | Trahar Ex. 1A | |
| 203 | 2/5/2019 | List of AMc Employees who worked on NRA Account | NRA-AMc_00193859 | |
| 204 | 3/4/2019 | Spreadsheet Prepared by Melanie Montgomery | AMcTX-000065136 | |
| 205 | 6/8/2021 | Dorsey & Whitney LLP Invoices (Loesch Arbitration) | AMc-TX-00066503 | The NRA objects to this document as AMc and its counsel failed to disclose any documents concerning this arbitration during discovery. |
| 206 | 3/21/2019 | Memo from Morgan Lewis Bockius LLP to NRA Officers | NRA-BK-00177963 | This document concerns legal fees charged by the NRA's counsel.  The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 207 | 4/15/2019 | NRA Invoices and Related Emails | Supernaugh Ex. 8 | |
| 208 | 4/29/2019 | Email from Andrew Arulanandam to Fischer | NRA-AMc_00059584 | |
| 209 | 10/5/2018 | Letter from Craig Spray to Bill Winkler | AMcTX-00000296 | |
| 210 | 7/15/2019 | Memorandum prepared by Emily Cummins | LaPierre Ex. 16 | FRE 403 – More Prejudicial Than Probative. |
| 211 | 1/4/2020 | Invoice for Professional Services from Brewer Attorneys & Counselors | NRA-BK-00061283 | This document concerns legal fees charged by the NRA's counsel.  The amount of attorney's fees charged by its counsel is irrelevant to the case and has no probative value to any disputed issue of material fact. It only serves to unduly prejudice the jury (FRE 401, 402, 403). |
| 212 | 1/10/2020 | FRA Updated Privilege Log | | |

| 213 | | NRA Second Amended Privilege Log | | |
|---|---|---|---|---|
| 214 | 1/11/2016-12/19/2016 | American Express Credit Card Statement of Tyler Schropp | AM 00000987 | |
| 215 | 9/9/2019 | Dorsey & Whitney LLP (Professional Fundraising Counsel Registrations) | AMcTX-00066490 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 216 | 4/17/2019 | Article titled "Secrecy, Self-Dealing and Greed at the NRA" | | |
| 217 | 4/26/2019 | Article titled "NRA's Wayne LaPierre Says He is Being Extorted, Pressured to Resign" in The Wall Street Journal | | |
| 218 | 4/26/2019 | Email from David Valinski | Frazer Ex. 66 | |
| 219 | 5/6/2019 | Article titled "Advocacy as Art: Lawyers Must Engage in Issues and Crisis Management" | | Relevance (FRE 401-402).<br><br>An article authored by counsel for the NRA lacks probative value. |
| 220 | | Zillow Listing | LaPierre Ex. 27 | |
| 221 | 12/5/2018-1/14/2021 | Invoices for Professional Services from Brewer Attorneys & Counselors | NRA-BK-00060718 | Relevance (FRE 401-402)<br>Waste of Time (FRE 403). |

| | | | | Professional invoices from Plaintiff's counsel have no relevance to this litigation. |
|---|---|---|---|---|
| 222 | 5/1/1999 | Services Agreement by and among NRA and AMc | NRA-AMc_00048503 | |
| 223 | | 2015 Freestyle Network Screenshot | AMcTX-00067936 | |
| 224 | | NRA Media Projects Screenshot | AMcTX-00067937 | |
| 225 | 1/3/2017 | Invoice from Corporate America Aviation, Inc. | Cotton Ex. 10 | |
| 226 | 1/2/2018 | Email from Josh Powell to Tony Makris | AMc-029887 | |
| 227 | | AMc Invoice Backup Spreadsheet | AMcTX-00067933 | The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 228 | 11/9/2018 | Email from Nicole Reaves to Bill Winkler, Melanie Montgomery, and Lacey Cremer | AMc-TX0065297 | Hearsay (FRE 802). |
| 229 | | Attachment from Nicole Reeves | | The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 230 | 4/13/2017 | AMc Invoice No. 148177 | NRA-NYAG-00013071 | |
| 231 | 2018 | 2018 NRA Budget | AMcTX-00065392 | |
| 232 | | Media Buy Transaction Ledger | AMcTX-00067934 | The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |

| 233 | 10/16/2018 | 2018 / 2019 Budget Comparison | AMcTX-00065376 | |
|---|---|---|---|---|
| 234 | 4/15/2019-7/22/2021 | Invoices from 2019-2021 | AMcTX-00065401 | |
| 235 | 10/11/2018 | Letters from Bill Winkler to Oliver North and from Jay Madrid to Steve Hart | AMcTX-00065396 | |
| 236 | 1/2/2018 | Email from Josh Powell to Tony Makris | AMcTX-00065335 | |
| 237 | 12/6/2016 | 2017 Budget | AMcTX-00065394 | |
| 238 | 11/18/2015 | 2016 Budget | AMcTX-00065395 | |
| 239 | 5/13/2019 | Letter from Melanie Montgomery to Andrew Arulanandam | AMcTX-00003309 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 240 | 1/24/2019 | Email from Melanie Montgomery to Craig Spray | AMc-001227 | |
| 241 | 10/9/2018 | NRATV 2018 YTD: Analytics Executive Overview | AMc-002700 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 242 | 1/1/2018 - 3/31/2018 | NRATV Q1 2018: Analytics & Valuation | AMc-002713 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |

| 243 | 10/1/2016-12/20/2017 | NRATV Analytics | AMc-002741 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 244 | 1/1/2018 - 10/3/2018 | NRATV YTD Q3'18: Analytics | AMc 002772 | FRE 901 -- Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the |

| | | | | |
|---|---|---|---|---|
| | | | | data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 245 | 10/1/2016-8/31/2017 | NRATV Analytics Discussion | AMc 002818 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 246 | n/a | NRATV 2018 Vision Discussion | AMc 002835 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference |

| | | | | |
|---|---|---|---|---|
| | | | | data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 247 | 4/7/2019 | NRATV 2019 Update | AMc 002844 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 248 | n/a | The Power of NRATV – Crafting and Owning a Narrative | AMc 002853 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute |

| | | | | |
|---|---|---|---|---|
| | | | | original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 249 | n/a | The Clenched Fist of Truth | AMc 002929 | FRE 901 – Lack of Proper Authentication FRE 802 – Hearsay The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 250 | n/a | NRA America's Most Patriotic Brand | AMc 002956 | FRE 901 – Lack of Proper Authentication FRE 802 – Hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 251 | n/a | NRATV Commentators – 2017 Metrics | AMc-039158 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |

| 252 | n/a | NRATV LOVE AT FIRST SHOT 2017 Metrics | AMc-039162 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 253 | n/a | NRATV Cam & Company – 2018 Metrics | AMc-040053 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is |

| | | | | |
|---|---|---|---|---|
| | | | | mined from the social media accounts, to which the NRA has also been denied access. |
| 254 | n/a | NRATV Monetization Report | AMcTX-00000763 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 255 | 5/31/2019 | Email from Andrew Arulanandam to Melanie Montgomery, Lacey Cremer, Bill Winkler, Wayne LaPierre, Craig Spray, and John Frazer | NRA-AMc_00059956 | |
| 256 | 5/5/2019 | Email from Nader Tavangar to Rick Tedrick and Duane Reno | AMc-042077 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 257 | 4/16/2019 | Email to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | AMcTX-00019288 | |
| 258 | 6/12/2019 | Email to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079124 | |
| 259 | 11/19/2020 | NRA 2020 IRS Form 990 | | |
| 260 | 2/22/2019 | Email from Craig Spray to Nader Tavangar and Bill Winkler | AMc-001257 | |
| 261 | 10/8/2018 | Letter from Bill Winkler to Craig Spray | AMc-058072 | |
| 262 | 1/1/2018 | Employment Agreement by and among Dana Loesch and AMc | AMc 000055 | |
| 263 | 2/22/2021 | NRA Organizational Chart | | |
| 264 | 4/22/2019 | Letter from Bill Winkler to Wayne LaPierre | NRA-AMc_0091615 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | |
|---|---|---|---|---|
| | | | | during the discovery period, when the NRA could have made use of it. |
| 265 | 4/22/2019 | Letter from Bill Winkler to Wayne LaPierre | NRA-AMc_00091621 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 266 | n/a | List of NRA Audit Committee Top Concerns | NRA-AMc_00063924 | |
| 267 | 5/7/2018 | Text Messages from the Phone of Woody Phillips | AMcTX-00065643 | |
| 268 | 5/3/2018 | Text Messages from the Phone of Woody Phillips | AMcTX-00065642 | |
| 269 | 7/13/2018 | Email from Nader Tavangar to Woody Phillips, Lisa Supernaugh, and Duane Reno | AMc-036282 | |
| 270 | 2/20/2018 | Pay Stubs and Electronic Deposit Stubs | NRA-AMc_00052128 | |
| 271 | 6/7/2018 | Email from Craig Spray to Woody Phillips | NRA-AMc_00051582 | |

| 272 | 5/30/2019 | Email from M. Erstling to Craig Spray, Sonya Rowling, and Lisa Supernaugh | NRA-AMc_00125414 | |
| 273 | 4/2/2019 | Email from Nader Tavangar to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079067 | |
| 274 | 3/4/2019 | Email from Nader Tavangar to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079029 | |
| 275 | 6/5/2019 | Letter from Andrew Arulanandam to Bill Winkler | NRA-AMc_00059992 | |
| 276 | 6/6/2019 | Email from David Schertler to Andrew Arulanandam | NRA-AMc_00060001 | |
| 277 | 6/4/2019 | Email from David Schertler to John Frazer | NRA-AMc_00059986 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 278 | 6/3/2019 | Email from Bill Winkler to Craig Spray | NRA-AMc_00059983 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on |

| | | | | January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 279 | 6/7/2019 | Email from Andrew Arulanandam to David Schertler | NRA-AMc_00060115 | |
| 280 | 6/10/2019 | Email from David Schertler to Andrew Arulanandam | NRA-AMc_00060118 | |
| 281 | 6/11/2019 | Email from Andrew Arulanandam to David Schertler and Melanie Montgomery | NRA-AMc_00060122 | |
| 282 | 6/14/2019 | Email from Andrew Arulanandam to David Schertler | NRA-AMc_00060125 | |
| 283 | 6/27/2019 | Letter from David Schertler to Andrew Arulanandam | | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 284 | 10/10/2019 | Email from Nader Tavangar to Craig Spray and others regarding October invoice | NRA-AMc_00127308 - 309 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 285 | n/a | Summary of NRA Billing | AMcTX-00067978 - 68006 | |
| 286 | 11/10/2016 | NRA 2015 IRS Form 990 | | |
| 287 | 9/18/2017 | NRA 2016 IRS Form 990 | | |
| 288 | 11/5/2018 | NRA 2017 IRS Form 990 | | |
| 289 | 11/14/2019 | NRA 2018 IRS Form 990 | | |
| 290 | 11/17/2020 | NRA 2019 IRS Form 990 | | |
| 291.00 | 10/15/2021 | Amended Expert Report of Daniel L. Jackson | | |
| 291.01 | 1/1/2018 | Loesch Agreement | AMc-000055 | |
| 291.02 | 6/21/2019 | Mutual of Omaha Billing Statement | AMc-001335 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until |

| | | | | |
|---|---|---|---|---|
| | | | | January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.03 | 12/24/2020 | List of Late Payments | AMc-002628 | |
| 291.04 | 9/4/2018 | Valinski Employment Agreement | AMc-036766 | |
| 291.05 | 5/1/2019 | AMc Production Invoice No. 166346 | AMc-041862 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.06 | 5/1/2019 | AMc Production Invoice No. 166340 | AMc-041863 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on |

| | | | | January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.07 | 5/1/2019 | AMc Production Invoice No. 166339 | AMc-041869 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.08 | 5/17/2019 | AMc Production Invoice No. 166804 | AMc-041994 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.09 | 6/1/2019 | AMc Production Invoice No. 167037 | AMc-042051 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.10 | 5/1/2019 | AMc Production Invoice No. 166340 | AMc-042136 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.11 | 9/10/2018 | Mutual of Omaha Billing Statement | AMc-057610 | |
| 291.12 | 7/17/2018 | Prudential EFT Notice | AMc-058265 | |
| 291.13 | 4/15/2019 | AMc Production Invoice No. 166104 | AMcTX-00019289 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.  AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.14 | 12/12/2018 | Virginia Lease Agreement | AMcTX-00036891 | |
| 291.15 | 10/18/2019 | CenturyLink Disconnect Request | AMcTX-00045364 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.16 | 7/16/2019 | AT&T Account Statement | AMcTX-00045368 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.17 | 10/8/2019 | CenturyLink Invoice No. 85349561 | AMcTX-00045395 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | |
|---|---|---|---|---|
| | | | | during the discovery period, when the NRA could have made use of it. |
| 291.18 | 4/30/2018 | Cisco Lease Agreement | AMcTX-00045403 | |
| 291.19 | 5/8/2018 | Dell Financial Services Lease Agreement | AMcTX-00045408 | |
| 291.20 | 3/22/2018 | iland Internet Solutions Work Order | AMcTX-00045414 | |
| 291.21 | 8/1/2019 | Rent Invoice No. 208 | AMcTX-00045456 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.22 | 9/11/2019 | AT&T Invoice No. 2854499405 | AMcTX-00045457 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to |

| | | | | |
|---|---|---|---|---|
| | | | | provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.23 | 9/19/2019 | AT&T Invoice No. 5048360507 | AMcTX-00045459 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.24 | 10/19/2018 | Email from Lacey Duffy to Trey Rick and Mark Ackerman | AMcTX-00045461 | |
| 291.25 | 1/15/2019 | AMc Production Invoice No. 163943 | AMcTX-00045467 | |
| 291.26 | 12/2/2019 | AMc Production Invoice No. 171144 | AMcTX-00045468 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to |

| | | | | provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.27 | 12/2/2019 | AMc Production Invoice No. 171498 | AMcTX-00045469 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.28 | 12/2/2019 | AMc Production Invoice No. 170464 | AMcTX-00045470 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |

| 291.29 | 6/12/2019 | AMc Production Invoice No. 167453 | AMcTX-00045496 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| --- | --- | --- | --- | --- |
| 291.30 | 7/9/2019 | AMc Production Invoice No. 168025 | AMcTX-00045502 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.31 | 10/10/2019 | AMc Production Invoice No. 170388 | AMcTX-00045503 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications |

| | | | | |
|---|---|---|---|---|
| | | | | created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.32 | 9/12/2019 | AMc Production Invoice No. 169524 | AMcTX-00045504 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.33 | 5/30/2017 | Colorado Springs Third Amendment to Lease | AMcTX-00045510 | |
| 291.34 | | TLUX CORP Invoice No. 1009 | AMcTX-00045515 | |
| 291.35 | 10/2/2019 | Colorado Springs Commercial Sublease | AMcTX-00045516 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications |

| | | | | |
|---|---|---|---|---|
| | | | | created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.36 | | Attorney Correspondence and Legal Invoices | AMcTX-00046071-46167 | |
| 291.37 | 10/18/2019 | A-1 Freeman Moving & Storage Invoice No. O- 296-19/71615 | AMcTX-00046168 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.38 | 12/30/2019 | A-1 Freeman Moving & Storage Invoice No. O- 283-19/74590 | AMcTX-00046169 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until |

| | | | | |
|---|---|---|---|---|
| | | | | January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.39 | 11/8/2019 | Homewood Suites Receipt | AMcTX-00046170 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.40 | 11/7/2019 | AMc Expense Report | AMcTX-00046171 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.41 | 11/8/2019 | Account Statement | AMcTX-00046172 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.42 | 2/4/2020 | Concur Expense Report | AMcTX-00046173 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.43 | 3/3/2020 | Concur Expense Report | AMcTX-00046179 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.44 | 11/5/2019 | Concur Expense Report | AMcTX-00046199 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.45 | 11/14/2019 | Concur Expense Report | AMcTX-00046213 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.46 | 3/20/2020 | Move it All Services Receipt | AMcTX-00046257 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |

| 291.47 | 3/12/2020 | UPS Store Receipt | AMcTX-00046259 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.48 | 10/29/2019 | Xerox Invoice No. 162889933 | AMcTX-00046260 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.49 | 10/29/2019 | Xerox Invoice No. 162890034 | AMcTX-00046261 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications |

| | | | | |
|---|---|---|---|---|
| | | | | created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.50 | 10/29/2019 | Xerox Invoice No. 162890544 | AMcTX-00046262 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.51 | 10/29/2019 | Xerox Invoice No. 162890548 | AMcTX-00046263 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with |

| | | | | |
|---|---|---|---|---|
| | | | | court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.52 | 5/30/2017 | Colorado Springs Third Amendment to Lease | AMcTX-00046265 | |
| 291.53 | | TLUX CORP Invoice No. 1009 | AMcTX-00046269 | |
| 291.54 | 1/13/2021 | Email from Tyson Hartshorn to JJ Treadwell, Bill Winkler, and Mike Dennehy | AMcTX-00046274 | |
| 291.55 | 12/31/2019 | Gaedeke Group Operation Expenses Reconciliation | AMcTX-00046286 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.56 | 7/19/2016 | McKinney Avenue First Amendment to Office Lease | AMcTX-00046290 | |

| | | | | |
|---|---|---|---|---|
| 291.57 | 9/22/2017 | North Union Street Seventh Amendment to Lease Agreement | AMcTX-00046341 | |
| 291.58 | 3/17/2020 | North Union Street Termination of Lease Agreement | AMcTX-00046350 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.59 | 1/6/2020 | Colonial Parking Invoice No. 2821477 | AMcTX-00046366 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |

| 291.60 | 6/27/2019 | Email from Caile Turner to Bill Winkler, Brandon Winkler, JJ Treadwell, and Clay Turner | AMcTX-00046367 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.61 | 7/1/2020 | Letter from Nadine Goering (Niebur Development) to AMc | AMcTX-00046368 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.62 | 3/20/2020 | Stream Realty Invoice No. SWDC26819.0 | AMcTX-00046369 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications |

| | | | | created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.63 | 2/6/2020 | Colonial Parking Invoice No. 2848731 | AMcTX-00046370 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.64 | 3/6/2020 | Colonial Parking Invoice No. 1837035 | AMcTX-00046371 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with |

| | | | | court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.65 | | COBRA Premium Reconciliations | AMcTX-00046372 | |
| 291.66 | | Parking Details | AMcTX-00046373 | |
| 291.67 | 10/17/2019 | CenturyLink Invoice No. 85513654 | AMcTX-00046374 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.68 | 1/6/2020 | Leave Severance | AMcTX-00046381 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with |

| | | | | court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.69 | | Employee Census | AMcTX-00046382 | |
| 291.70 | 5/3/2019 | Axis Corporate Security Invoice No. #AM 0591-1 | AMcTX-00046389 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.71 | 6/12/2019 | AMc Production Invoice No. 167453 | NRA-AMc_00079126 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | |
|---|---|---|---|---|
| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.72 | 6/12/2019 | AMc Production Invoice No. 167448 | NRA-AMc_00079132 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 291.73 | 4/30/2017 | 2017 Services Agreement | NRA-AMc_00050600 | |
| 291.74 | 5/6/2018 | 2018 Amendment to Services Agreement | AMc-056592 | |
| 291.75 | 5/1/1999 | 1999 Services Agreement | NRA-AMc_00048503 | |
| 291.76 | 5/15/2018 | Oliver North Employment Agreement | AMc-056595 | |
| 291.77 | 1/1/2019 | Amendment to Oliver North Employment Agreement | AMc-059822 | |
| 291.78 | 5/29/2019 | Letter from Revan McQueen to Andrew Arulanandam | NRA-AMc_00059931 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce |

| | | | | a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 291.79 | 6/25/2019 | Letter from Andrew Arulanandam to Revan McQueen | NRA-AMc_00060185 | |
| 291.80 | 3/10/2021 | Topic No. 751 Social Security and Medicare Withholding Rates _ Internal Revenue Service | | |
| 291.81 | 3/8/2021 | Topic No. 759 Form 940 – Employer's Annual Federal Unemployment (FUTA) Tax Return – | | |
| 292 | 7/1/2021 | Rebuttal Expert Report by Dr. Richard Bergin | | The entire report is unsworn and therefore constitutes inadmissible hearsay.<br><br>The NRA reserves the right to challenge testimony concerning the opinions stated in this report on the basis that it fails to meet the standards for admissible expert testimony. |
| 292.01 | | NRATV Video Analytics Dashboard: Solution Overview | AMc-002656 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.02 | 10/9/2018 | NRATV 2018 YTD: Analytics Executive Overview | AMc-002700 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |

| 292.03 | 3/31/2018 | NRATV Q1 2018: Analytics & Valuation | AMc-002713 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.04 | 10/3/2018 | NRATV YTD Q3'18 Talent Earned Media Valuation: Mass Media Approach | AMc-002786 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is |

| | | | | |
|---|---|---|---|---|
| | | | | mined from the social media accounts, to which the NRA has also been denied access. |
| 292.05 | 8/31/2017 | NRATV Analytics Discussion | AMc-002818 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.06 | 4/7/2019 | NRATV 2019 Update | AMc-002844 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the |

| | | | | |
|---|---|---|---|---|
| | | | | NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.07 | 8/31/2017 | The Clenched Fist of Truth | AMc-002929 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.08 | 12/20/2017 | NRATV: America's Most Patriotic Team in News | AMc-002957 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- |

| | | | | |
|---|---|---|---|---|
| | | | | including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.09 | | NRATV Q3 2017 YTD Metrics | AMc-002974 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.10 | 12/31/2017 | NRATV 2017 Metrics | AMc-039154 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and |

| | | | | |
|---|---|---|---|---|
| | | | | accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.11 | 12/31/2017 | NRATV 2017 Metrics | AMc-039158 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.12 | 12/31/2017 | NRATV 2017 Metrics | AMc-039162 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay |

| | | | | |
|---|---|---|---|---|
| | | | | The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.13 | 13/31/2018 | NRATV 2018 Metrics | AMc-040053 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |

| 292.14 | 4/25/2019 | Email from Eric Van Horn to NRA | AMc-041806 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 292.15 | 4/15/2019 | NRATV Q1 2019 Metrics | AMc-041807 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |

| 292.16 | 5/1/2019 | NRATV 2019 Update | AMcTX-00003282 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it.

Additionally, the following objections apply:

FRE 901 – Lack of Proper Authentication

FRE 802 – Hearsay

The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the |

| | | | | |
|---|---|---|---|---|
| | | | | data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.17 | | The Power of NRATV: Crafting and Owning a Narrative | AMcTX-00045966 | FRE 901 – Lack of Proper Authentication<br><br>FRE 802 – Hearsay<br><br>The document is based on data that cannot be verified as complete, true, and accurate. First, the .pdf files are insufficient because they do not constitute original, native files with full metadata -- including date and authorship. Additionally, the presentations reference data from the Dashboard, to which the NRA has not had access sufficient to verify the integrity and accuracy of the data. Furthermore, the Dashboard data is mined from the social media accounts, to which the NRA has also been denied access. |
| 292.18 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Revan McQueen | NRA-AMc_00059409 | |
| 292.19 | 5/9/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Henry Martin | NRA-AMc_00059652 | |
| 292.20 | 5/13/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Nader Tavangar | NRA-AMc_00124518 | |
| 292.21 | | Data file for PIP Dashboard | PIP-00000214_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has |

| | | | | |
|---|---|---|---|---|
| | | | | been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.22 | | Data file for PIP Dashboard | PIP-00000215_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.23 | | Data file for PIP Dashboard | PIP-00000216_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient |

| | | | | |
|---|---|---|---|---|
| | | | | access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.24 | | Data file for PIP Dashboard | PIP-00000218_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.25 | | Data file for PIP Dashboard | PIP-00000219_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a |

| | | | | |
|---|---|---|---|---|
| | | | | probative value. (FRE 401, 402, 403, 901) |
| 292.26 | | Data file for PIP Dashboard | PIP-00000220_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.27 | | Data file for PIP Dashboard | PIP-00000246_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.28 | | Data file for PIP Dashboard | PIP-00000287_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a |

| | | | | |
|---|---|---|---|---|
| | | | | pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.29 | | Data file for PIP Dashboard | PIP-00000288_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.30 | | Data file for PIP Dashboard | PIP-00000289_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient |

| | | | | |
|---|---|---|---|---|
| | | | | access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.31 | | Data file for PIP Dashboard | PIP-00000290_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.32 | | Data file for PIP Dashboard | PIP-00000291_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a |

| | | | | |
|---|---|---|---|---|
| | | | | probative value. (FRE 401, 402, 403, 901) |
| 292.33 | | Data file for PIP Dashboard | PIP-00001190_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.34 | | Data file for PIP Dashboard | PIP-00001196_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.35 | | Data file for PIP Dashboard | PIP-00001283_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a |

| | | | | |
|---|---|---|---|---|
| | | | | pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.36 | | Data file for PIP Dashboard | PIP-00001294_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.37 | | Data file for PIP Dashboard | PIP-00001322_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient |

| | | | | |
|---|---|---|---|---|
| | | | | access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.38 | | Data file for PIP Dashboard | PIP-00001339_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.39 | | Data file for PIP Dashboard | PIP-00001348_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a |

| | | | | |
|---|---|---|---|---|
| | | | | probative value. (FRE 401, 402, 403, 901) |
| 292.40 | | Data file for PIP Dashboard | PIP-00002807_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.41 | | Data file for PIP Dashboard | PIP-00002890_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.42 | | Data file for PIP Dashboard | PIP-00004232_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a |

| | | | | |
|---|---|---|---|---|
| | | | | pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.43 | | Data file for PIP Dashboard | PIP-00004365_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient access to verify or challenge the integrity, completeness, and accuracy of the data.<br><br>It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.44 | | Data file for PIP Dashboard | PIP-00004392_native | The NRA objects to the use of this exhibit at trial. This exhibit is a file which has been altered from its native form into a pdf format which is both unusable and unreliable. The file purports to be from the Dashboard, to which the NRA does not have, and has not had, sufficient |

| | | | | |
|---|---|---|---|---|
| | | | | access to verify or challenge the integrity, completeness, and accuracy of the data. It is more likely to confuse the jury than provide any relevant information of a probative value. (FRE 401, 402, 403, 901) |
| 292.45 | 5/1/2002 | NRA-ILA 2002 NRA Annual Meeting Speech By Wayne LaPierre | | |
| 292.46 | | Vanity Metrics: Definition, How To Identify Them, and Examples | | |
| 293.00 | 10/29/2021 | Supplemental Rebuttal Expert Report by Dr. Richard Bergin | | The entire report is unsworn and therefore constitutes inadmissible hearsay. The NRA reserves the right to challenge testimony concerning the opinions stated in this report on the basis that it fails to meet the standards for admissible expert testimony. |
| 293.01 | | 2018 and 2019 Budget Comparisons | AMcTX-00065376-95395 | |
| 293.02 | | 2018 Budget | AMcTX-00065392 | |
| 294.00 | 7/1/2021 | Rebuttal Expert Report of Daniel L. Jackson | | The entire report is unsworn and therefore constitutes inadmissible hearsay. The NRA reserves the right to challenge testimony concerning the opinions stated in this report on the basis that it fails to meet the standards for admissible expert testimony. |
| 294.01 | 1/1/2018 | Dana Loesch Employment Agreement | AMc-000055 | |
| 294.02 | 2/23/2016 | Email from Melanie Montgomery to Trisha Parker | AMc-000155 | |

| 294.03 | 2/22/2016 | Email from Melanie Montgomery to Hayley Holmes | AMc-000177 | |
|---|---|---|---|---|
| 294.04 | 6/1/2019 | AMc Production Invoice No. 167037 | AMc-042051 | The NRA objects to AMc's use of this document at trial. AMc failed to produce a privilege log for communications created during this time period until January 6, 2022. The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.05 | 5/6/2018 | Amendment No. 1 to Services Agreement | AMc-056592 | |
| 294.06 | 5/15/2018 | Oliver North Employment Agreement | AMc-056595 | |
| 294.07 | 1/1/2019 | Amendment Number One to Oliver North Employment Agreement | AMc-059822 | |
| 294.08 | 4/6/2018 | Email from Kelsey Gosdin to Christy DeGiusti, Bill Winkler, and Brandon Winkler | AMcTX-00001636 | |
| 294.09 | 12/31/2016 | AMc Consolidated Statement of Income | AMcTX-00053145 | |
| 294.10 | 12/31/2016 | AMc Labor Breakdown | AMcTX-00053147 | |
| 294.11 | 12/31/2016 | All GL Companies: Corporate Profit & Loss | AMcTX-00053157 | |

| 294.12 | 12/31/2017 | AMc Consolidated Statement of Income | AMcTX-00053164 | |
| 294.13 | 12/31/2017 | AMc Labor Breakdown | AMcTX-00053166 | |
| 294.14 | 12/31/2017 | All GL Companies: Corporate Profit & Loss | AMcTX-00053176 | |
| 294.15 | 12/31/2018 | AMc Consolidated Statement of Income | AMcTX-00053183 | |
| 294.16 | 12/31/2018 | AMc Labor Breakdown | AMcTX-00053185 | |
| 294.17 | 12/31/2018 | All GL Companies: Corporate Profit & Loss | AMcTX-00053196 | |
| 294.18 | 12/31/2019 | AMc Consolidated Statement of Income | AMcTX-00053204 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.19 | 12/31/2019 | AMc Labor Breakdown | AMcTX-00053206 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 294.20 | 12/31/2019 | All GL Companies: Corporate Profit & Loss | AMcTX-00053216 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.

AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.21 | 11/25/2019 | COGS General Ledger | AMcTX-00053224 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver. |

| | | | | |
|---|---|---|---|---|
| | | | | AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.22 | 11/30/2019 | Invoice General Ledger | AMcTX-00053225 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.23 | 5/1/2019 | Invoice Breakdown | AMcTX-00053226 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 294.24 | 12/31/2016 | Edward Selfridge 2016 W-2 | AMcTX-00053241 | |
| 294.25 | 12/31/2016 | Ginny Simone 2016 W-2 | AMcTX-00053242 | |
| 294.26 | 12/31/2017 | Edward Selfridge 2017 W-2 | AMcTX-00053243 | |
| 294.27 | 12/31/2017 | Virginia Simone 2017 W-2 | AMcTX-00053244 | |
| 294.28 | 12/31/2018 | Collins Idehen 2018 W-2 | AMcTX-00053245 | |
| 294.29 | 12/31/2018 | Edward Selfridge 2018 W-2 | AMcTX-00053246 | |
| 294.30 | 12/31/2018 | Grant Stinchfield 2018 W-2 | AMcTX-00053247 | |
| 294.31 | 12/31/2018 | Virginia Simone 2018 W-2 | AMcTX-00053248 | |
| 294.32 | 12/31/2019 | Collins Idehen 2019 W-2 | AMcTX-00053249 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.33 | 12/31/2019 | Edward Selfridge 2019 W-2 | AMcTX-00053250 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's |

| | | | | objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 294.34 | 12/31/2019 | Grant Stinchfield 2019 W-2 | AMcTX-00053251 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 294.35 | 5/1/1999 | Services Agreement | NRA-AMc_00048503 | |
| 294.36 | 4/30/2017 | 2017 Services Agreement | NRA-AMc_00050600 | |
| 294.37 | 5/7/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00075497 | |
| 294.38 | 1/13/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00076056 | |
| 294.39 | 9/8/2018 | Minutes of the Meeting of the Board of Directors of the NRA | NRA-AMc_00077292 | |
| 294.40 | 6/12/2019 | AMc Production Invoice No. 167453 | NRA-AMc_00079126 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce |

| | | | | a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 294.41 | 6/12/2019 | AMc Production Invoice No. 167448 | NRA-AMc_00079132 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 295 | 10/15/2021 | Supplemental Rebuttal Expert Report of Daniel L. Jackson | | The entire report is unsworn and therefore constitutes inadmissible hearsay.<br><br>The NRA reserves the right to challenge testimony concerning the opinions stated |

| | | | | |
|---|---|---|---|---|
| | | | | in this report on the basis that it fails to meet the standards for admissible expert testimony. |
| 296 | | Media Buy Transaction Ledger | AMcTX-00067935 | The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 297 | | PIP Dashboard https://qlik-sense.am.com User: qlik-sense/review PW: [confidential] | | The NRA objects to AMc's use of this "exhibit."  The PIP Dashboard is the property of the NRA and is being wrongfully withheld by AMc and its counsel.  This is the subject of the NRA's conversion claim.<br><br>Because the NRA has not been provided with administrative access to the PIP Dashboard, there is an unreasonable risk that data displayed to the jury will be manipulated or otherwise unreliable. |
| 298 | 11/11/2019 | Dorsey & Whitney LLP Invoices (NRA-Related Government Proceedings) | AMcTX-00046093 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log |

| | | | | during the discovery period, when the NRA could have made use of it. |
|---|---|---|---|---|
| 299 | | 2018 Budget – Revised | NRA-AMc_00200745 | |
| 300 | 4/4/2019 | McDermott Will & Emery Invoices | AMcTX-00066478 | |
| 301 | 7/31/2018 | Email from Craig Spray to Melanie Montgomery, Bill Winkler, and Lacey Cremer | NRA-AMc_00042157 | |
| 302 | 9/21/2018 | Email from Lisa Supernaugh to AMc | NRA-AMc_00068513 | |
| 303 | 6/12/2019 | Email from Nader Tavangar to Craig Spray, Rick Tedrick, Lisa Supernaugh, and Duane Reno | NRA-AMc_00079124 | The NRA objects to AMc's use of this document at trial.  AMc failed to produce a privilege log for communications created during this time period until January 6, 2022.  The log produced on January 6, 2022 does not comply with court rules and case law and the NRA's objection to the log is currently before Judge Toliver.<br><br>AMc should be penalized for selectively disclosing documents and failing to provide an appropriate privilege log during the discovery period, when the NRA could have made use of it. |
| 304 | 5/8/2019 | Email from Wayne LaPierre to Mark Dycio | NRA-AMc_00199663 | |
| 305 | 1/5/2021 | Schertler & Onorato LLP Invoices | AMcTX-00066557 | |
| 306 | 4/16/2019 | AMc Text Messages | AMcTX-00339383 | The NRA objects to AMc's use of this exhibit at trial.  This document is a compilation of text messages which were never produced in native form.  AMc's |

| | | | | counsel refuses to provide native versions of these communications. |
|---|---|---|---|---|
| 307 | 9/14/2021 | Letter from Sonya Rowling to NRA Finance Committee | | Relevance (FRE 401-402)<br><br>More Prejudicial Than Probative (FRE 403)<br><br>This is a confidential document which is the property of the NRA.  This document was obtained without the consent or authorization of the NRA. |
| 308 | 6/25/2018 | Email from Christy DeGiusti to Bill Winkler | AMc-057237 | |
| 309 | 7/6/2018 | Email from Joshua McNear to AMc | AMc-058731 | |
| 310 | 4/26/2018 | Email from Erin Kelly to Kelsey Gosdin, Melanie Montgomery, and Lacey Duffy | AMc-059049 | |
| 311 | 2/22/2019 | Email from Craig Spray to Nader Tavangar and Bill Winkler | AMc-040505 | |
| 312 | 10/9/2018 | 2018 NRA Budget | NRA-AMc_00200767 | |
| 313 | 2/27/2019 | Email from Craig Spray to Melanie Montgomery, Bill Winkler, and Brandon Winkler | AMcTX-00000410 | |
| 314 | 12/21/2018 | Email from Craig Spray to Bill Winkler | AMcTX-00000367 | |
| 315 | 4/6/2018 | Email from Kelsey Gosdin to Christy DeGiusti, Bill Winkler, and Brandon Winkler | AMcTX-00001636 | |
| 316 | 4/25/2018 | Email from Kelsey Gosdin to Erin Kelly | AMcTX-00004834 | |
| 317 | 4/26/2018 | Email from Hayley Holmes to Lacey Duffy, Kari Griffith, Joshua McNear, | AMcTX-00004866 | |

| | | Jordan Underwood, and Tyler Petersen | | |
|---|---|---|---|---|
| 318 | 4/27/2018 | Email from Kari Griffith to Hayley Holmes, Lacey Duffy, Joshua McNear, Jordan Underwood, and Tyler Petersen | AMcTX-00004873 | |
| 319 | 5/18/2018 | Email from Hayley Holmes to Lacey Duffy | AMcTX-00004952 | |
| 320 | 8/27/2019 | Letter from Andrew Arulanandam to Revan McQueen | NRA-AMc-TX00000010 | |
| 321 | 8/3/2018 | Email from Kari Griffith to FOX News | AMcTX-00005279 | |
| 322 | 11/1/2018 | Email from Kelsey Gosdin to Melanie Montgomery, Lacey Duffy, and Jesse Greenberg | AMcTX-00005991 | |
| 323 | 6/30/2016 | Email from Erin Kelly to Trisha Parker, Lacey Duffy, and Melanie Montgomery | AMcTX-00271412 | |
| 324 | 7/21/2017 | Cumulus-Dallas KPLX-FM / Mid-Mid Spot Times by Account | AMcTX-00335989 | |
| 325 | 7/20/2017 | KLUV-FM Spot Details | AMcTX-00335991 | |
| 326 | 7/21/2017 | iHeart Media Order No. 1119259331 | AMcTX-00335993 | |
| 327 | 7/22/2017 | All Regular Spots: Internet, KKDA-AM, KKDA-FM, KRNB-FM | AMcTX-00335996 | |
| 328 | 7/24/2017 | Email from Eric Wang to Patrick Kobler | AMcTX-00336002 | |
| 329 | 1/31/2019 | EFT Payment to AMc | NRA-AMc_0079008 | |

| 330 | 12/31/2002 | AMc "Audit" Process and Findings | NRA-AMc_00089371 | |
| 331 | 12/31/2001 | AMc "Audit" Process and Findings | NRA-AMc_00137590 | |
| 332 | 12/31/2014 | AMc "Audit" Process and Findings | NRA-AMc_00185505 | |
| 333 | 12/31/2007 | AMc "Audit" Process and Findings | NRA-AMc_00185508 | |
| 334 | 12/31/2004 | AMc "Audit" Process and Findings | NRA-AMc_00185512 | |
| 335 | 12/31/2005 | AMc "Audit" Process and Findings | NRA-AMc_00185515 | |
| 336 | 5/6/2018 | Amendment No. 1 to Services Agreement | NRA-AMc_00057325 | |
| 337 | | NRA Travel and Business Expense Reimbursement Policy | | |
| 338 | 8/28/2018 | Email from Josh Powell to Melanie Montgomery and Lacey Duffy | AMcTX-00000703 | |
| 339 | 6/30/2018 | WBB Investments Account Statement | AMcTX-00002406 | |
| 340 | 5/31/2018 | WBB Investments Account Statement | AMcTX-00002407 | |
| 341 | 5/30/2018 | Check to WBB Investments No. 633597 | AMcTX-00002457 | |
| 342 | 6/14/2018 | Check to NRA from WBB Investments | AMcTX-00002459 | |
| 343 | 5/11/2018 | Company Agreement of WBB Investments, LLC | AMcTX-00002989 | |
| 344 | 6/28/2018 | Letter from Andrew Arulanandam to David Schertler | NRA-AMc_00065184 | |
| 345 | 11/29/2018 | EFT Payment to AMc | NRA-AMc_00193696 | |
| 346 | 12/27/2018 | EFT Payment to AMc | NRA-AMc_00193703 | |

| 347 | 12/19/2018 | EFT Payment to AMc | NRA-AMc_00193736 | |
| 348 | 8/20/2019 | Plaintiff's Responses and Objections to Defendant Ackerman McQueen, Inc.'s First Set of Interrogatories | | |
| 349 | 1/7/2019 | Email from Lisa Supernaugh to Craig Spray | NRA-AMc_00135444 | |
| 350 | 4/29/2019 | NRA Report of the Audit Committee | DB_0013 | |
| 351 | 4/10/2019 | Email from Andrew Arulanandam to Melanie Montgomery and Revan McQueen | NRA-AMc_00059409 | |
| 352 | 3/5/2018 | Brewer Firm Engagement Letter | | |
| 353 | | Inside the NRA by Joshua L. Powell | | Portions of this book will be inadmissible as Hearsay (FRE 802). |
| 354 | 6/22/2020 | Order Denying NRA's Motion to Enter Proposed Protective Order for Non-Parties | | |
| 355 | 4/9/2019 | Email from Melanie Montgomery to Andrew Arulanandam | NRA-AMc_00059407 | |
| 356 | 2/8/2016 | Wayne LaPierre Financial Disclosure Questionnaire (2016-21) | NRA-NYAG-00009723 | Relevance (FRE 401-402) More Prejudicial Than Probative (FRE 403) |
| 357 | 7/24/2021 | AMc's Amended Notice of Intention to Take Oral Deposition of Corporate Representative(s) of the NRA | | |
| 358 | 10/29/2021 | NRA Objections and Responses to AMc's First Set of Interrogatories | | |
| 359 | 10/29/2021 | NRA Objections and Responses to AMc's First Set of Requests for Admission | | |

| 360 | 7/26/2018 | Compliance Meeting Sign-In Sheets | NRA-BK-00058025 | |
|---|---|---|---|---|
| 361 | 3/11/2020 | NRA Financial Statements as of December 31, 2019 and 2018 | | |
| 362 | 1/30/2020 | Letter from John Frazer to Joshua Powell | NRA-NYAG-00052610 | |
| 363 | 9/10/2020 | NRA's Amended Response with Counterclaims Against Christopher Cox (CPR File: G-21-05-S | | Relevance (FRE 401-402)<br><br>More Prejudicial Than Probative (FRE 403)<br><br>This is a confidential document from an arbitration proceeding involving the NRA.  This document was obtained without the consent or authorization of the NRA. |
| 364 | | CharityBuzz: Illusions Luxury Yacht Charter | | Relevance (FRE 401-402)<br><br>More Prejudicial Than Probative (FRE 403) |
| 365 | 3/7/2019 | Email from Melanie Montgomery to Craig Spray and Nader Tavangar | AMc-001275 | |
| 366 | 12/5/2016 | Corporate America Aviation, Inc. Invoice No. 010317ROA | | Relevance (FRE 401-402)<br><br>More Prejudicial Than Probative (FRE 403) |
| 367 | 5/28/2020 | Letter from Richard Childress to NRA Hearing Board | | |
| 368 | 4/29/2019 | NRA Points of Concern | NRA-AMc_00059590 | Relevance (FRE 401-402) |

| | | | | |
|---|---|---|---|---|
| | | | | More Prejudicial Than Probative (FRE 403)<br><br>The NRA reserves the right to object to the admission of this document into evidence at trial subject to a proper authentication pursuant FRE 901. |
| 369 | 4/10/2019 | Email from Melanie Montgomery to Wayne LaPierre | AMcTX_00000845 | |
| 370 | 8/15/2016 | Letter from Performance Improvement Partners to Jesse Greenberg | PIP-00003755 | |
| 371 | 3/30/2017 | Email from Bill Winkler to Steve Hart | Hart Ex. 17 | |
| 372 | 1/2/2018 | Email from Joshua Powell to Tony Makris | Hallow Ex. 14 | |
| 373 | | AMc's 2017 NRA Budget & 2018 Proposed NRA Budget | AMcTX-00064822 | |
| 374 | 6/4/2019 | Email from Craig Spray to Lisa Supernaugh | NRA-AMc_00065108 | |
| 375 | 4/1/2018 | America's First Freedom | | FRE 401-402 – Relevance. The magazine doesn't have anything to do with the disputed factual issues of the case.<br><br>FRE 802 – Hearsay. |
| 376 | 2/3/2022 | The Reload: NRA Revenues Cut in Half Since 2018, Legal Spending Spiked in 2021 | | FRE 401-402 – Relevance. The article doesn't have anything to do with the disputed factual issues of the case.<br><br>FRE 802 – Hearsay |

| 377 | 5/1/2018 | Mother Jones: NRA Leader Once Worked for Professor Who Claimed Blacks Were Genetically Inferior | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA, and its introduction will outweigh any conceivable probative value.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| --- | --- | --- | --- | --- |
| 378 | 5/5/2018 | Daily Kos: NRA Board member exposed as exassistant of infamous racist William Shockley | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA, and its introduction will outweigh any conceivable probative value.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 379 | 9/26/2019 | New York Times: Who Paid for the NRA's Special Projects' Trip to Russia? | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA due to the association with Russia. There is little if any probative value. |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 380 | 4/6/2021 | The Washington Post: After school shootings, NRA exec sought refuge on 108-foot yacht: 'Thank God I'm safe' | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 381 | 8/1/2019 | The Washington Post: Three NRA board members resign in latest sign of upheaval at gun rights group | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 382 | 8/4/2018 | New York Times: Beyond the NRA: Maria Butina's Peculiar Bid for Russian Influence | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA due to the association with Russia. There is little if any probative value. |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 383 | 5/11/2021 | CNN: Judge dismisses NRA's bankruptcy petition, allowing New York AG lawsuit to move forward | | FRE 403 –More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA, and its introduction will outweigh any conceivable probative value.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 384 | 7/30/2019 | The New Yorker: New Documents Raise Ethical and Billing Concerns About the NRA's Outside Counsel | | FRE 403 –More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA, and its introduction will outweigh any conceivable probative value.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 385 | 6/9/2019 | The Washington Post: NRA money flowed to board members amid allegedly lavish spending by top officials and vendors | | FRE 403 –More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA. |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 386 | 5/7/2019 | The New Yorker: An Internal Memo Raises New Questions About Self-Dealing at the NRA | | FRE 403 – More Prejudicial Than Probative. This article is designed to prejudice the public – and jury – against the NRA.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 387 | 8/18/2019 | The Washington Post: How a hard-charging lawyer helped fuel a civil war inside the NRA | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA's counsel.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay and Hearsay Within Hearsay |
| 388 | 11/30/2018 | Wall Street Journal: NRA Awarded Contracts to Firms with Ties to Top Officials | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA. |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 389 | 11/24/2020 | The Trace: Ex-NRA Execs Fear Attorney Is Shielding LaPierre at the Group's Expense | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA and NRA's counsel.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 390 | 3/2/2020 | The Trace: The NRA Exodus: Who Left the Organization During a Year of Upheaval | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 391 | 9/27/2019 | Rolling Stone: Senate Report on NRA/Russia Connections Brands the Gun Group a "Foreign Asset" | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA due to associations with Russia. |

| | | | | |
|---|---|---|---|---|
| | | | | FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 392 | 7/29/2021 | The New Yorker: How the Head of the NRA and His Wife Secretly Shipped Their Elephant Trophies Home | | FRE 403 – More Prejudicial Than Probative. This article contains statements likely to unfairly prejudice the jury against the NRA.<br><br>FRE 401-402 – Relevance. This article is not probative to any disputed factual issue.<br><br>FRE 802 – Hearsay |
| 393 | 7/14/2020 | Email from Jay Madrid to Michael Collins | | FRE 401-402 – Relevance. This is a routine discovery-related email regarding deposition scheduling and has little, if any, probative value. |
| 394 | | [Intentionally Omitted] | | |
| 395 | | [Intentionally Omitted] | | |
| 396 | | [Intentionally Omitted] | | |
| 397 | | [Intentionally Omitted] | | |
| 398 | | [Intentionally Omitted] | | |
| 399 | | [Intentionally Omitted] | | |
| 400 | 9/24/2019 | *Deposition of Wayne LaPierre (Virginia) | | |
| 400.1 | 6/17-18/2020 | *Deposition of Wayne LaPierre (NYAG) | | |
| 400.2 | 3/22/2021 | *Deposition of Wayne LaPierre (BR – Vol I) | | |

| | | | | |
|---|---|---|---|---|
| 400.3 | 3/22/2021 | *Deposition of Wayne LaPierre (BR – Vol II) | | |
| 400.4 | 8/21/2021 | *Deposition of Wayne LaPierre (Texas) | | |
| 400.5 | 5/3/2020 | Wayne LaPierre Declaration | | |
| 400.6 | 8/3/2021 | Wayne LaPierre Declaration | | |
| 400.7 | 9/1/2021 | Wayne LaPierre Declaration | | |
| 400.8 | 12/20/2021 | Wayne LaPierre Declaration | | |
| 401 | 10/2/2019 | **Deposition of Andrew Arulanandam (Virginia) | | |
| 401.1 | 8/27/2021 | *Deposition of Andrew Arulanandam (30(b)- Texas) | | |
| 401.2 | 4/14/2020 | *Andrew Arulanandam Declaration | | |
| 401.3 | 5/1/2020 | *Andrew Arulanandam Declaration | | |
| 401.4 | 6/14/2020 | *Andrew Arulanandam Declaration | | |
| 401.5 | 8/3/2021 | *Andrew Arulanandam Declaration | | |
| 401.6 | 9/1/2021 | *Andrew Arulanandam Declaration | | |
| 401.7 | 12/20/2021 | *Andrew Arulanandam Declaration | | |
| 402 | 1/31/2022 | Deposition of William A. Brewer, III | | |
| 403 | 8/11/2021 | Deposition of Skye McQueen Brewer | | |
| 404 | 3/4/2020 | Travis Carter Declaration | | |
| 404.1 | 4/14/2020 | Travis Carter Declaration | | |
| 404.2 | 5/4/2020 | Travis Carter Declaration | | |
| 405 | 2/7/2020 | *Deposition of Charles Cotton (Virginia) | | |
| 405.1 | 6/2/2020 | *Deposition of Charles Cotton (NYAG) | | |
| 405.2 | 3/27/2021 | *Deposition of Charles Cotton (BR – Vol I) | | |

| 405.3 | 3/28/2021 | *Deposition of Charles Cotton (BR – Vol II) | | |
|---|---|---|---|---|
| 405.4 | 4/30/2020 | *Charles Cotton Declaration | | |
| 405.5 | 8/3/2021 | *Charles Cotton Declaration | | |
| 405.6 | 12/20/2021 | *Charles Cotton Declaration | | |
| 406 | 7/27/2021 | *Deposition of Christopher Cox | | |
| 407 | 7/28/2021 | *Deposition of Susan Dillon | | |
| 407.1 | 8/7/2020 | *Susan Dillon Declaration | | |
| 408 | 2/12/2020 | *Deposition of Michael Erstling (NYAG) | | |
| 408.1 | 8/27/2021 | *Deposition of Michael Erstling (Texas) | | |
| 408.2 | 4/29/2020 | *Michael Erstling Declaration | | |
| 408.3 | 1/21/2022 | *Michael Erstling Declaration | | |
| 409 | 1/16/2020 | *Deposition of John Frazer (Virginia) | | |
| 409.01 | 3/15/2021 | Deposition of John Frazer (BR) | | |
| 409.02 | 3/18/2021 | Deposition of John Frazer (BR) | | |
| 409.03 | 8/19/2021 | Deposition of John Frazer (Texas) | | |
| 409.04 | 8/30/2021 | Deposition of John Frazer (Texas) | | |
| 409.05 | 10/23/2019 | *John Frazer Declaration | | |
| 409.06 | 5/1/2020 | *John Frazer Declaration | | |
| 409.07 | 8/3/2021 | *John Frazer Declaration | | |
| 409.08 | 8/3/2021 | *John Frazer Declaration | | |
| 409.09 | 9/1/2021 | *John Frazer Declaration | | |
| 409.10 | 11/29/2021 | *John Frazer Declaration | | |
| 409.11 | 12/20/2021 | *John Frazer Declaration | | |
| 410 | 8/2/2021 | *Todd Grable Declaration | | |
| 410.1 | 9/1/2021 | *Todd Grable Declaration | | |

| 411 | 1/10/2021 | *Deposition of Millie Hallow (Virginia) | | |
|---|---|---|---|---|
| 412 | 2/4/2020 | *Deposition of Steve Hart (Virginia) | | |
| 412.1 | 7/26/2021 | *Deposition of Steve Hart (Texas) | | |
| 413 | 12/18/2021 | *Declaration of William McLaughlin | | |
| 413.1 | 1/24/2022 | *Declaration of William McLaughlin | | |
| 414 | 1/29/2020 | *Deposition of Carolyn Meadows | | |
| 414.1 | 8/3/2021 | *Carolyn Meadows Declaration | | |
| 414.2 | 8/31/2021 | *Carolyn Meadows Declaration | | |
| 415 | 12/18/2021 | *Deposition of Oliver North (Virginia/Texas) | | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |
| 415.1 | 9/15/2021 | *Deposition of Oliver North (Texas) | | The NRA objects to Defendants' use of this document at trial.  The NRA intends to file a motion in limine concerning the use of Mr. North's testimony and communications at trial. |
| 416 | 8/30/2021 | Deposition of Woody Phillips (Texas – Vol I) | | |
| 416.1 | 10/20/2021 | Deposition of Woody Phillips (Texas – Vol I) | | |
| 417 | 1/30/2020 | *Deposition of Sonya Rowling (NYAG) | | |
| 417.1 | 3/19/2021 | *Deposition of Sonya Rowling (BR) | | |
| 418 | 11/2/2020 | *Deposition of Tyler Schropp (UWS) | | |
| 419 | 12/20/2021 | *Grant Spoffard Declaration | | |
| 420 | 10/3/2019 | *Deposition of Craig Spray (Virginia) | | |

| 420.1 | 3/24/2021 | *Deposition of Craig Spray (BR) | | |
| 420.2 | 5/4/2020 | *Craig Spray Declaration | | |
| 421 | 1/30/2020 | *Deposition of Lisa Supernaugh (Virginia) | | |
| 422 | 3/25/2021 | *Deposition of Gayle Stanford (BR) | | |
| 423 | 8/12/2021 | *Deposition of Rick Tedrick (Texas) | | |
| 423.1 | 12/19/2021 | *Rick Tedrick Declaration | | |
| 424 | 9/18/2019 | *Deposition of Michael Trahar (Virginia) | | |
| 424.1 | 8/7/2020 | *Michael Trahar Declaration | | |
| 424.2 | 11/29/2021 | *Michael Trahar Declaration | | |
| 425 | 8/5/2021 | *Deposition of Lacey Duffy (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 426 | 3/24/2021 | *Deposition of Tony Makris (BR) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 426.1 | 8/5/2021 | *Deposition of Tony Makris (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 426.2 | 6/3/2021 | *Tony Makris Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 427 | 8/5/2021 | *Deposition of Edmund Martin (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 427.1 | 6/3/2020 | *Edmund Martin Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 428 | 8/23/2021 | *Deposition of Revan McQueen (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |

| 428.1 | 3/30/2020 | *Revan McQueen Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
|---|---|---|---|---|
| 428.2 | 6/3/2020 | *Revan McQueen Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 428.3 | 7/6/2021 | *Revan McQueen Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 429 | 3/31/2021 | *Deposition of Melanie Montgomery (BR – 30(b)(6)) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 429.1 | 8/4/2021 | *Deposition of AMc 30(b)(6) (Texas) (Winkler/Darley/Montgomery) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 429.2 | 8/6/2021 | *Deposition of Melanie Montgomery (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 429.3 | 6/3/2020 | *Melanie Montgomery Declaration | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 430 | 8/2/2021 | *Deposition of Bill Powers (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 430.1 | 6/3/2020 | *Bill Powers Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 431 | 8/4/2021 | *Deposition of Nader Tavangar (Texas) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 431.1 | 6/3/2020 | *Nadar Tavangar Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |

| | | | | |
|---|---|---|---|---|
| 432 | 3/26/2021 | *Deposition of Bill Winkler (BR – 30(b)(6)) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 432.1 | 3/26/2021 | *Deposition of Bill Winkler (BR) | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 432.2 | 6/3/2020 | *Bill Winkler Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 432.3 | 7/6/2021 | *Bill Winkler Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 432.4 | 11/29/2021 | *Bill Winkler Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 432.5 | 12/20/2021 | *Bill Winkler Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 433 | 7/30/2021 | Deposition of Brandon Winkler | | The NRA objects to AMc's use of this transcript as a substitute for live testimony at trial. |
| 433.1 | 12/20/2021 | Brandon Winkler Declaration | | The NRA objects to AMc's use of this declaration as a substitute for live testimony at trial. |
| 434 | 10/29/2021 | *Deposition of Brian Buss | | |
| 434.1 | 6/1/2021 | Expert Report of Brian Buss | | |
| 434.2 | 10/21/2021 | Amended and Updated Report of Brian Buss | | |
| 435 | 10/21/2021 | *Deposition of Andrew McLean | | |
| 435.1 | 6/1/2021 | Expert Report of Andrew McLean | | |
| 435.2 | 10/18/2021 | *Supplemental Report of Andrew McLean | | |

| | | | | |
|---|---|---|---|---|
| 436 | 8/17/2021 | Deposition of Gary Goolsby (Vol I) | | |
| 436.1 | 10/12/2021 | *Deposition of Gary Goolsby (Vol II) | | |
| 436.2 | 6/1/2021 | *Expert Report of Gary Goolsby | | |
| 436.3 | 8/16/2021 | *Supplemental Expert Report of Gary Goolsby | | |
| 437 | 8/10/2021 | *Deposition of Jonathan Hochman | | |
| 437.1 | 6/1/2021 | *Expert Report of Jonathan Hochman | | |
| 437.2 | 10/22/2021 | First Supplemental Expert Report of Jonathan Hochman | | |
| 438 | 8/13/2021 | *Deposition of Matthew Klink | | |
| 438.1 | 6/15/2021 | *Expert Report of Matthew Klink | | |
| 439 | 8/19/2021 | *Deposition of Autumn Krause | | |
| 439.1 | 6/15/2021 | *Expert Report of Autumn Krause | | |
| 439.2 | 7/15/2021 | *Expert Report of Autumn Krause | | |
| 440 | 8/12/2021 | *Deposition of Larry Kanter | | |
| 440.1 | 7/15/2021 | *Expert Report of Larry Kanter | | |
| 441 | 4/6/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Cotton) | | |
| 442 | 4/6/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Cotton / Frazer) | | |
| 443 | 4/7/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Frazer) | | |
| 444 | 4/7/2021 | **PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Frazer / LaPierre) | | |
| 445 | 4/8/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (LaPierre) | | |

| 446 | 4/8/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (LaPierre / Stanford / Rowling) | | |
|---|---|---|---|---|
| 447 | 4/13/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Rowling / Journey) | | |
| 448 | 4/13/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Journey / Spray | | |
| 449 | 4/16/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Spray / Makris) | | |
| 450 | 4/16/2021 | **PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Makris / Winkler / Phillips (by transcript) | | |
| 451 | 4/20/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Owen Mills / Roscoe Marshall / Esther Schneider / Phillips (by transcript)) | | |
| 452 | 4/20/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Meadows (by transcript) / Hallow (by transcript)) | | |
| 453 | 4/21/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Lee) | | |
| 454 | 4/21/2021 | *PM Transcript of Proceedings in BK No. 21-30085-HDH-11 (Lee / King) | | |
| 455 | 4/22/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Erstling / Wang / Schropp) | | |
| 456 | 4/22/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Schropp | | |

| 457 | 4/23/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Froman / Rowling) | | |
|---|---|---|---|---|
| 458 | 4/23/2021 | *PM Transcript of Proceedings in BK No. 21- 30085-HDH-11 (Rowling) | | |
| 459 | 4/29/2021 | *AM Transcript of Proceedings in BK. No. 21-30085-HDH-11 (Plotts / LaPierre) | | |

Respectfully submitted,


By: _/s/ *Philip J. Furia*_____

Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
David J. Partida
djp@brewerattorneys.com
Konstantin N. Parkhomenko
knp@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served

upon counsel for Defendants via CM/ECF system on February 22, 2022.


_____*/s/ Philip J. Furia*_____
Philip J. Furia


121