IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, § § § *Plaintiff and Counter-Defendant*, § § v. § ACKERMAN MCQUEEN, INC., § § *Defendant and Counter-Plaintiff*, § § and § § MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY § § § *Defendants*. | Case No. 3:19-cv-02074-G |

## ACKERMAN MCQUEEN, INC.'S LIST OF TRIAL WITNESSES

Pursuant to Federal Rule of Civil Procedure 26(a)(3)(A) and the Court's October 13, 2020 Scheduling Order (ECF 174), as amended (ECF 358), Defendant/Counter-Plaintiff Ackerman McQueen, Inc. ("*AMc*") and Defendants Mercury Group, Inc. ("*Mercury*"), Henry Martin ("*Martin*"), William Winkler ("*Winkler*"), and Melanie Montgomery ("*Montgomery*") (collectively, "*AMc*") hereby submit their *List of Trial Witnesses*. AMc may call any of the following individuals/entities as witnesses at trial. AMc reserves the right to supplement or amend this trial witness list based on new information, for purposes of rebuttal, for purposes of impeachment, or based upon how the trial of this matter proceeds. AMc further reserves the right to call any witnesses listed on the National Rifle Association of America's ("*NRA*") lists of trial witnesses. AMc further reserves the right to challenge the admissibility of any testimony from the witnesses named in any Trial Witness List, specifically including, but not limited to, the NRA's

expert witnesses. AMc further reserves the right to call any of the following witnesses live as opposed to by deposition.

February 25, 2022.

                              Respectfully submitted,

                              */s/ Brian E. Mason*
                              **Brian E. Mason, Esq.**
                              Texas Bar No. 24079906
                              mason.brian@dorsey.com
                              **G. Michael Gruber, Esq.**
                              Texas Bar No. 08555400
                              gruber.mike@dorsey.com
                              **Jay J. Madrid, Esq.**
                              Texas Bar No. 12802000
                              madrid.jay@dorsey.com
                              **J. Brian Vanderwoude, Esq.**
                              Texas Bar No. 24047558
                              vanderwoude.brian@dorsey.com
                              **DORSEY & WHITNEY LLP**
                              300 Crescent Court, Suite 400
                              Dallas, Texas 75201
                              (214) 981-9900 Phone
                              (214) 981-9901 Facsimile

                              **ATTORNEYS FOR DEFENDANTS / COUNTER-PLAINTIFF**

## CERTIFICATE OF SERVICE

      I hereby certify that on February 25, 2022, I served this document on all counsel of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

                              */s/ Brian E. Mason*
                              BRIAN E. MASON

## LIST OF TRIAL WITNESSES[1]

Pursuant to the Court's Rule III.A.2 Specific Requirements, AMc identifies the following trial witnesses as probable, possible, expert, and/or records custodian, provides a brief description of the testimony to be covered by each respective witness, and an estimated time for direct and cross examination. AMc reserves the right to elicit testimony from each of the witnesses below on additional topics or testimony not listed herein, and reserves the right to change any estimations based upon the Court's limine rulings and the progression of the evidence at trial.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Arulanandam, Andrew[2] | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | NRA media and public relations; correspondence between the NRA and AMc pursuant to the Services Agreement as designee; termination of AMc/NRA business relationship; NRA's request for NRATV information | 1 hour | 1 hour |
| Azimi, Ariana | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Possible; Record Custodian | Potential records custodian; draft September 2018 letter from Angus McQueen to Wayne LaPierre; NRATV; billing; budgeting; invoices | 30 min | 30 min |

---

[1] Unless otherwise indicated, AMc intends to present these witnesses live at trial.
[2] If the NRA does not voluntarily bring Mr. Arulananum to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Arulanandum by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Boren, Dan (by deposition) | c/o Michael Burrage WHITTEN BURRAGE 512 N. Broadway Ave Ste. 300 Oklahoma City, OK 73102 (405) 516-7800 | Probable | Falsity of "extortion/coup" narrative; lack of knowledge concerning internal AMc operations; NRA's allegations regarding AMc double billing | 1.5 hours | 1 hour |
| Brewer, William A. | 5210 Deloache Dallas, Texas 75220 | Probable | Personal involvement in underlying dispute, including facts and circumstances surrounding multiple examinations of AMc books and records; accusations of noncompliance, threats of RICO indictment and FBI raids, providing "facts" to NRA "witnesses" to support the lawsuits; use of family knowledge in conjunction with said lawsuits; NRA's audits of AMc; NRA's governance | 1.5 hours | 3 hours |
| Brewer, Skye (by deposition) | c/o Stephen P. Younger FOLEY HOAG, LLP 1301 Ave. of the Americas New York, New York 10019 (646) 927-5565 | Probable | Knowledge of AMc business operations and character of Angus McQueen; threats made from her husband William Brewer III to AMc executives; communications from her husband passed along to third parties concerning AMc, the NRA, and / or this litigation | 1 hour | 1 hour |
| Bergin, Rich | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 | Expert | Expert in software and social media metrics and analytics and rebuttal to NRA experts on same as set forth in his report | 2 hours | 1.5 hours |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | Dallas, Texas 75201<br>(214) 981-9900 | | | | |
| Carter, Travis | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Possible | Public relations services provided by the Brewer Firm and services performed for the NRA since March 2018 | 1 hour | 1 hour |
| Cotton, Charles[3] | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | Col. North request for independent review of Brewer Firm fees and engagement; audit committee, including response to NRA whistleblower concerns about internal controls and vendor issues and activities relating to Col. North Contract; possession of Col. North Contract; NRA Bankruptcy; NRA's governance; NYAG investigation and lawsuit against the NRA | 1.5 hours | 1.5 hours |
| Cox, Chris (by deposition) | c/o Thomas Buchanan<br>WINSTON & STRAWN, LLP<br>1901 L Street NW<br>Washington, D.C. 20036<br>(202) 282-5787 | Probable | Falsity of "extortion/coup" narrative; services performed by AMc for the NRA; Col. North's request for independent review of Brewer Firm fees and engagement | 1 hour | 1 hour |
| Darley, Brian | c/o DORSEY & WHITNEY | Probable | Services performed by AMc for NRA; NRATV, including but not limited to | 1 hour | 1 hour |

---

[3] If the NRA does not voluntarily bring Mr. Cotton to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Cotton by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | 300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | | analytics and the PIP dashboard; NRATV social media accounts | | |
| Dillon, Susan | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | September 2018 audit by the Brewer Firm of AMc books and records; Forensic Risk Alliance February 2019 audit of AMc books and records | 1.5 hours | 1.5 hours |
| Duffy, Lacey | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | Services performed by AMc for the NRA; Carry Guard; AMc billing, invoicing, and budgeting procedures, including meetings with NRA executives; NRA's audits of AMc; interactions with the Brewer Firm; Wayne LaPierre representations to AMc and AMc's reliance on same | 1 hour | 1 hour |
| Erstling, Michael[4] | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | Invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; internal NRA budgeting procedure | 1 hour | 1 hour |
| Farrell, Peter | c/o DORSEY & WHITNEY | Possible | Services performed by AMc for NRA; NRATV, including but not limited to analytics and the PIP dashboard | 30 min. | 30 min. |

---

[4] If the NRA does not voluntarily bring Mr. Erstling to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Erstling by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | 300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | | | | |
| Frazer, John[5] | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | AMc/NRA business relationship; services performed by AMc for the NRA; invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; NRA bylaws and policies/procedures; approval by NRA of Col. North Contract; NRA's audits of AMc; NRA's termination, suspension, and/or accusations made relating to certain vendors, executives, officers, and board members; NRA's governance; NYAG investigation and lawsuit against the NRA | 2 hours | 3.5 hours |
| Grable, Todd | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | NRATV analytics presentations made by AMc to NRA | 1 hour | 30 min. |
| Greenberg, Jesse | 3902 Fairfax Avenue<br>Dallas, Texas 75209 | Possible | Services performed by AMc for NRA; NRATV, including but not limited to analytics, AMc's retention of PIP, and the PIP dashboard; Wayne LaPierre | 1 hour | 1 hour |

---

[5] If the NRA does not voluntarily bring Mr. Frazer to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Frazer by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | | | representations to AMc and AMc's reliance on same | | |
| Gruber, G. Michael | DORSEY & WHITNEY LLP<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Expert | Expert on Defendants' attorneys' fees and in rebuttal to any request for same by the NRA | 1 hour | 1 hour |
| Hallow, Millie[6] | Alice Fisher<br>c/o LATHAM & WATKINS<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington DC, 20004<br>(202) 637-2132 | Probable | Falsity of "extortion/coup" narrative; Russia investigation | 1 hours | 1 hour |
| Harrison, Todd | MCDERMOTT WILL & EMERY<br>The McDermott Building<br>500 North Capital Street, NW<br>Washington DC, 20001<br>(202) 756-8000 | Expert | Expert on Defendants' attorneys' fees and in rebuttal to any request for same by the NRA | 1 hour | 1 hour |

---

[6] If the NRA does not voluntarily bring Ms. Hallow to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Ms. Hallow by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Hart, Steve (by deposition) | 501 Murfreesboro Road Franklin, Tennessee 37064 | Probable | History of AMc/NRA business relationship, including but not limited to the 2017 Services Agreement and Amendment; facts and circumstances surrounding Col. North Contract; retention of Brewer Firm; AMc compliance with various NRA records examinations; Brewer Firm work for the NRA; termination of AMc/NRA relationship; termination of NRA relationships; NRA's governance | 2.5 hours | 1 hour |
| Jackson, Dan | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Expert | Expert on Defendants' damages claims and in rebuttal to NRA experts on same as set forth in his reports | 2 hours | 1.5 hours |
| LaPierre, Wayne[7] | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | History of the AMc/NRA business relationship; services performed by AMc for the NRA; invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; budgeting practices and meetings between AMc and the NRA; NRATV, including but not limited to analytics and PIP; negotiation of various contracts with AMc; negotiation of Col. North Contract; NRA's audits of AMc; NRA's litigation against AMc; | 2 hours | 7 hours |

---

[7] If the NRA does not voluntarily bring Mr. LaPierre to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. LaPierre by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | | | NYAG investigation and lawsuit against the NRA; falsity of "extortion/coup" narrative; NRA's termination, suspension, and/or accusations made relating to certain vendors, executives, officers, and board members; NRA's governance; Representations to AMc in 2018/Spring 2019 and AMc's reliance on same; the NRA's audits of AMc; the Brewer Firm's work for the NRA | | |
| Madrid, Jay | DORSEY & WHITNEY LLP<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Expert | Expert on Defendants' attorneys' fees and in rebuttal to any request for same by the NRA | 1 hour | 1 hour |
| Makris, Tony | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | Services performed by AMc for the NRA; budgeting between AMc and the NRA; history and nature of the AMc/NRA business relationship over 38 years; relationship with Wayne LaPierre, but not limited to his brand, management style, strategy, messaging; harassment and threats by NRA and its representatives; the NRA's retention of the Brewer Firm and the work performed; Wayne LaPierre representations to AMc and AMc's reliance on same | 1.5 hours | 1.5 hours |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Martin, Ed | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | Falsity of the "extortion/coup" narrative; AMc's damages | 30 min. | 30 min. |
| Martin, Henry | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | Services performed for NRA by AMc; NRATV; allegations regarding Dana Loesch segment; budgeting between AMc and the NRA; AMc/NRA business relationship; NRA's allegations regarding AMc's website; Wayne LaPierre representations to AMc and AMc's reliance on same | 2 hours | 1 hour |
| McQueen, Revan | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | Services performed by AMc for the NRA; invoicing practices between AMc and the NRA; the NRA's failure of compliance relating to same; budgeting practices and meetings between AMc and the NRA; AMc/NRA business relationship; NRATV, including but not limited to analytics and the PIP dashboard; Col. North contract negotiations and related events; harassment by Bill Brewer and Josh Powell; NRA's allegations regarding AMc's website; NRA/AMc Third Party Contracts; AMc's damages; Wayne LaPierre representations to AMc and AMc's reliance on same | 1.5 hours | 1.5 hours |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Meadows, Carolyn[8] | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | Falsity of "extortion/coup" narrative; request for independent review of Brewer Firm fees and engagement; preservation of evidence; NRA Bankruptcy filing; NRA's governance; record keeping practices | 1.5 hours | 2 hours |
| Montgomery, Melanie | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Probable; Record Custodian | Services performed by AMc for the NRA; invoicing practices between AMc and the NRA; the NRA's failure of compliance relating to same; budgeting practices and meetings between AMc and the NRA; AMc/NRA business relationship; NRATV, including but not limited to analytics and the PIP dashboard; Col. North Contract negotiations and related events; harassment by Josh Powell; NRA's audits of AMc; WBB/LaPierre purchasing home in Dallas; NRA's allegations regarding conversion of NRA's property; NRA/AMc Third Party Contracts; AMc's damages; Wayne LaPierre representations to AMc and AMc's reliance on same | 2 hours | 2 hours |
| North, Lt. Col. Oliver (by deposition) | c/o Brendan Sullivan, Steven Cady WILLIAMS & CONNOLLY 725 Twelfth Street, NW | Probable | Col. North Contract negotiations and related facts; work performed for AMc; duties as President of NRA; request for independent review of Brewer Firm fees and engagement; falsity of "extortion/coup" narrative; NRA's governance | 2.5 hours | 1.5 hours |

---

[8] If the NRA does not voluntarily bring Ms. Meadows to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Ms. Meadows by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | Washington, D.C. 20005 (202) 434-5800 | | | | |
| NRA 30(b)(6) Representative | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | The issues upon with the NRA's corporate representative(s) were designated pursuant to AMc's 30(b)(6) Notice | 2 hours | 2 hours |
| Peak, Jason | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Possible | Services performed by AMc for NRA; NRATV, including but not limited to analytics and the PIP dashboard | 30 min. | 30 min. |
| Phillips, Woody | c/o Mark Werbner WERBNER LAW 5600 W Lovers Ln Ste. 116-314 Dallas, TX 75209 (214) 884-4548 | Probable | History of the AMc/NRA business relationship, including but not limited to the parties' services agreement and amendments thereto; services performed by AMc for the NRA; invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; budgeting practices and meetings between AMc and the NRA; NRA audits of AMc books and records; Wayne LaPierre's knowledge concerning AMc relationship and activities thereunder; negotiation of various contracts with AMc, negotiation of Col. North Contract; NRATV, including but not limited to analytics, AMc's | 3 hours | 2 hours |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | | | retention of PIP, and the PIP dashboard; NRA's governance; WBB/LaPierre purchasing home in Dallas; NYAG investigation and lawsuit against the NRA; the NRA's failure to post the $3 million line of credit as required under the Amendment to the Services Agreement; Wayne LaPierre representations to AMc and AMc's reliance on same | | |
| Powers, Bill | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable | AMc public relations services performed for NRA; NRA's allegations regarding lack of leaks to media; relationship with Wayne LaPierre; prior work at the NRA | 1 hour | 1 hour |
| Schertler, David | SCHERTLER & ONORATO<br>901 New York Ave, NW<br>#500<br>Washington DC, 20001 | Expert | Expert on Defendants' attorneys' fees and in rebuttal to any request for same by the NRA | 1 hour | 1 hour |
| Schropp, Tyler | c/o BREWER ATTORNEYS & COUNSELORS<br>1717 Main St. #5900<br>Dallas, Texas 75201<br>(214) 653-4000 | Probable | Use of AMc credit card in NRA advancement and courting of high-dollar NRA donors and pass-through billing relationship with AMc; prior work at AMc; NRA fundraising | 1 hour | 1 hour |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Spoffard, Grant | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | Prior work at AMc; NRATV | 1 hour | 1 hour |
| Stanford, Gayle (by deposition) | c/o Jay Marshall Coggan JAY MARSHALL COGGAN, ATTORNEY AT LAW 9400 Via Cielo Atascadero, California 93422 (310) 407-0922 | Possible | Services provided by travel agent Gayle Stanford for the NRA and pass-through billing relationship | 1 hour | 1 hour |
| Spray, Craig[9] | c/o Jed M. Silvermith, Esq. BLANK ROME LLP One Logan Square 130 North 18th Street Philadelphia, PA 19103 (215) 569-5789 | Probable | Invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; budgeting practices and meetings between AMc and the NRA; change in NRA invoicing procedures in 2018; AMc's compliance with same | 2 hours | 2 hours |
| Supernaugh, Lisa[10] | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 | Probable | Invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; budgeting practices and meetings between AMc and the NRA; | 1 hour | 1 hour |

---

[9] If the NRA does not voluntarily bring Mr. Spray to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Spray by deposition.

[10] If the NRA does not voluntarily bring Ms. Supernaugh to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Ms. Supernaugh by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | Dallas, Texas 75201 (214) 653-4000 | | change in NRA invoicing procedures in 2018; AMc's compliance with same | | |
| Tavangar, Nader | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Probable; Record Custodian | Services performed by AMc for the NRA; AMc invoicing practices and procedures; AMc/NRA business relationship; Wayne LaPierre expenses; NRA's allegations regarding Megan Allen; NRATV, including but not limited to analytics and the PIP dashboard; NRA/AMc Third Party Contracts; AMc's damages; Wayne LaPierre representations to AMc and AMc's reliance on same | 1.5 hour | 1 hour |
| Tedrick, Rick[11] | c/o BREWER ATTORNEYS & COUNSELORS 1717 Main St. #5900 Dallas, Texas 75201 (214) 653-4000 | Probable | Invoicing practices between AMc and the NRA; failure of compliance by the NRA relating to same; internal NRA budgeting procedure; NRA's audits of AMc | 1.5 hours | 1.5 hours |
| Trahar, Michael (by deposition) | c/o Ada Fernandez Johnson, Kara Brockmeyer DEBEVOISE & PLIMPTON 901 Pennsylvania Avenue Washington, D.C. 20004 | Possible | Forensic Risk Alliance February 2019 audit of AMc books and records and findings related to same | 1.5 hours | 1 hour |

---

[11] If the NRA does not voluntarily bring Mr. Tedrick to trial and/or accept a trial subpoena, AMc reserves the right and intends to call Mr. Tedrick by deposition.

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| | (202) 383-8036 | | | | |
| Wang, Eric | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Possible | Services performed by AMc for NRA; NRATV, including but not limited to analytics, AMc's retention of PIP, and the PIP dashboard; Wayne LaPierre representations to AMc and AMc's reliance on same | 2 hours | 1 hour |
| Winkler, Bill | c/o DORSEY & WHITNEY<br>300 Crescent Ct., Ste. 400<br>Dallas, Texas 75201<br>(214) 981-9900 | Probable; Record Custodian | Invoicing practices between AMc and the NRA; the NRA's failure of compliance relating to same; AMc's finances, accounting, and recordkeeping; Col. North Contract negotiations and related events; the NRA's new compliance procedures in August 2018, and the continued back and forth correspondence between the NRA and AMc regarding same; NRA examinations of AMc books and records and the back and forth correspondence regarding same; April 2019 letters requesting information from the NRA that the NRA knew AMc did not have in its possession and that formed the basis, in part, of the NRA's initial lawsuit against AMc; WBB/LaPierre purchasing home in Dallas; NRA/AMc Third Party Contracts; AMc's damages; Wayne LaPierre representations to AMc and AMc's reliance on same | 2 hours | 2 hours |

| Witness Name | Contact Information | Classification | Description of Testimony | Expected Direct | Expected Cross |
|---|---|---|---|---|---|
| Winkler, Brandon | c/o DORSEY & WHITNEY 300 Crescent Ct., Ste. 400 Dallas, Texas 75201 (214) 981-9900 | Probable; Record Custodian | AMc's finances, accounting, and recordkeeping; the NRA's new compliance procedures in August 2018; NRA examinations of AMc books and records; NRA/AMc Third Party Contracts; AMc's damages; Wayne LaPierre representations to AMc and AMc's reliance on same | 1 hour | 1 hour |
| Any witness necessary to authenticate exhibits on AMc's Trial Exhibit List or the NRA's Trial Exhibit Lists. | | | | | |
| Any witness necessary to rebut and/or impeach the testimony of a witness called or designated by the NRA. | | | | | |
| Any witness designated on the NRA's Witness Lists. | | | | | |