## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § § § | |
| *Plaintiff and Counter-Defendant,* | § § | |
| **v.** | § § | **Case No. 3:19-cv-02074-G** |
| **ACKERMAN MCQUEEN, INC.,** | § § | |
| *Defendant and Counter-Plaintiff,* | § § | |
| **and** | § § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY** | § § § § | |
| *Defendants.* | § | |

### ACKERMAN MCQUEEN'S DEPOSITION DESIGNATIONS

Pursuant to the Court's October 13, 2020 Scheduling Order (ECF 174), as amended (ECF 358), Defendant/Counter-Plaintiff Ackerman McQueen, Inc. ("*AMc*"), Defendants Mercury Group, Inc. ("*Mercury*"), Henry Martin ("*Martin*"), William Winkler ("*Winkler*"), and Melanie Montgomery ("*Montgomery*") (collectively, the "*Ackerman McQueen Parties*") hereby submit these *Deposition Designations* (the "*Designations*") for the following witnesses. The Ackerman McQueen Parties submit these designations without waiver of (1) any of the Ackerman McQueen Parties' objections asserted in the designated portions, (2) any other objections based on limine rulings, relevance, or other legal grounds, or (3) the Ackerman McQueen Parties' right to amend, supplement, and/or withdraw designations as necessary before or during trial in response to the circumstance of trial.

## I.   WITNESSES TO BE CALLED BY DEPOSITION

**1.   Boren, Daniel (November 3, 2020 - Texas Action).**

| Page:Line Designations |
|---|
| 6:8-16 |
| 8:16-9:9 |
| 12:7-22 |
| 13:1-13 |
| 13:14-21 |
| 24:2-9 |
| 25:15-27:16 |
| 28:6-29:1 |
| 29:6-30:10 |
| 30:15-19 |
| 30:25-31:7 |
| 31:22-32:10 |
| 32:15-23 |
| 33:7-11 |
| 35:23-38:4 |
| 38:16-18 |
| 39:8-41:4 |
| 42:3-7 |
| 43:7-13 |
| 44:9-18 |
| 45:21-46:23 |
| 47:19-48:18 |
| 49:4-50:12 |
| 52:1-53:10 |
| 53:16-19 |

| |
|---|
| 54:24-55:15 |
| 55:21-57:10 |
| 57:14-58:10 |
| 60:22-61:9 |
| 61:20-62:20 |
| 62:23-63:9 |
| 64:20-65:18 |
| 65:23-67:5 |
| 67:13-18 |
| 67:23-68:23 |
| 69:9-21 |
| 70:4-6 |
| 71:24-72:7 |
| 72:16-24 |
| 73:2-15 |
| 73:21-74:10 |
| 74:14-75:3 |
| 75:19-76:12 |
| 76:16-77:1 |
| 78:16-20 |
| 79:20-80:5 |
| 80:15-81:5 |
| 81:10-13 |
| 82:11-83:3 |
| 83:9-17 |
| 84:1-4 |
| 84:10-87:9 |
| 90:16-20 |
| 90:25-91:5 |

| |
|---|
| 94:7-95:23 |
| 113:11-25 |
| 118:8-21 |
| 121:1-3 |
| 121:9-25 |
| 131:12-17 |
| 132:11-133:2 |
| 135:12-136:18 |
| 137:3-23 |
| 138:14-139:2 |
| 139:7-16 |
| 146:13-147:15 |
| 151:19-152:13 |
| 152:20-25 |
| 157:10-159:24 |
| 160:2-3 |
| 160:5-161:16 |
| 164:17-165:12 |
| 165:16-18 |
| 166:2-7 |
| 166:11-169:20 |
| 171:2-5 |
| 171:8-173:23 |
| 177:10-13 |
| 177:24-178:8 |
| 180:17-181:22 |

**2.      Brewer, Skye (August 11, 2021 – Texas Action).**

**Excluding line 1 from every designation as non-substantive testimony.

| Page:Line Designations |
|---|
| 10:20-22 |
| 11:3-4 |
| 15:12-20 |
| 15:23-16:6 |
| 16:8-10 |
| 16:19-24 |
| 17:9-17 |
| 17:20-18:14 |
| 18:16 |
| 18:18-20 |
| 19:2 |
| 19:7-8 |
| 19:16 |
| 20:3-18 |
| 21:24-22:13 |
| 22:22-23:4 |
| 23:14-20 |
| 24:9-25:2 |
| 25:4-14 |
| 25:22-26:9 |
| 33:15-20 |
| 34:7-12 |
| 34:16 |
| 34:18-20 |
| 36:9-13 |
| 36:17 |
| 36:19-37:2 |
| 40:3-8 |
| 40:12 |
| 41:12-13 |

| |
|---|
| 41:17 |
| 41:19-22 |
| 42:2 |
| 42:4-19 |
| 44:3-19 |
| 44:23-45:6 |
| 46:2-19 |
| 56:9-15 |
| 59:15-23 |
| 60:3-9 |
| 61:8-21 |
| 62:6-22 |
| 63:18-64:13 |
| 65:2-19 |
| 65:23 |
| 65:24-66:10 |
| 66:14-17 |
| 66:20-67:8 |
| 67:11-18 |
| 67:20-23 |
| 68:2-4 |
| 79:5-8 |
| 101:24-102:25 |
| 103:20-22 |
| 104:2 |
| 106:20-23 |
| 108:23-109:2 |
| 109:4-12 |
| 116:16-20 |
| 119:8-10 |
| 119:13 |

| |
|---|
| 119:15-18 |
| 121:11-15 |
| 123:16-19 |
| 123:21-124:6 |
| 131:3-10 |
| 131:13-14 |
| 140:23-141:11 |
| 157:19-21 |
| 157:23 |
| 157:25-158:5 |
| 160:16-161:4 |
| 161:21-162:13 |
| 163:22-164:18 |
| 165:22-25 |
| 176:16-19 |
| 176:21-22 |
| 178:14-17 |
| 179:13-16 |
| 179:19-23 |
| 179:25-180:4 |
| 180:14-25 |
| 182:20-24 |
| 183:3-6 |
| 183:8-11 |
| 183:18-184:3 |
| 197:9-12 |
| 197:14 |
| 215:12-19 |
| 215:23 |
| 230:11-16 |
| 230:20-24 |

| 234:23-24 |
| 236:14-18 |
| 237:9-22 |
| 242:14-243:17 |
| 245:3-8 |
| 245:11-12 |
| 245:14-15 |
| 246:5-14 |
| 246:16-17 |
| 246:20-247:10 |

**3.      Cox, Chris (July 27, 2021 – Texas Action).**

| **Page:Line Designations** |
| --- |
| 8:22-25 |
| 9:1-8 |
| 9:15-14:3 |
| 14:6-15:14 |
| 15:17-16:2 |
| 16:18-21 |
| 16:24-17:6 |
| 17:24-19:3 |
| 19:14-22:11 |
| 22:18-25:16 |
| 27:8-10 |
| 27:23-28:25 |
| 29:2-5 |
| 29:11-32.4 |
| 36:13-37:3 |
| 37:14-16 |
| 39:6-42:20 |
| 43:9-44:3 |

| |
|---|
| 44:15-23 |
| 51:23-52:1 |
| 52:3-20 |
| 55:1-16 |
| 56:5-7 |
| 56:11-18 |
| 57:1 |
| 57:3 |
| 58:19-23 |
| 59:3-23 |
| 60:1-6 |
| 60:9-61:11 |
| 63:17-20 |
| 63:23-64:3 |
| 64:6-20 |
| 64:23-25 |
| 65:1-66:3 |
| 72:12-17 |
| 72:22 |
| 74:8-11 |
| 75:18-20 |
| 75:25-76:7 |
| 76:11-20 |
| 76:23-77:2 |
| 77:5 |
| 78:22-79:2 |
| 80:23-81:6 |
| 81:13-14 |
| 81:21-82:21 |
| 83:10 |
| 85:22-86:2 |

| |
|---|
| 92:22-93:2 |
| 93:9-94:5 |
| 94:9-13 |
| 94:17 |
| 95:14-18 |
| 96:18-98:2 |
| 98:24-99:8 |
| 99:12-15 |
| 99:19-100:25 |
| 102:5-13 |
| 102:16-103:23 |
| 104:1-9 |
| 104:12-105:9 |
| 105:12-22 |
| 105:25 |
| 106:1-20 |
| 106:24-107:15 |
| 108:1-2 |
| 108:6-109:6 |
| 109:9-12 |
| 109:16-110:3 |
| 110:6-11 |
| 110:14-16 |
| 110:19-111:8 |
| 111:12 |
| 122:3-123:13 |
| 123:17-124:18 |
| 125:25 |
| 126:1-16 |
| 127:22-128:6 |
| 128:10-16 |

| |
|---|
| 129:7-9 |
| 129:13-25 |
| 130:1-4 |
| 131:6-19 |
| 132:133:6 |
| 133:8-11 |
| 133:14-135:10 |
| 139:4-6 |
| 139:10-18 |
| 139:22-23 |
| 140:142:5 |
| 142:8-144:7 |
| 144:12-152:25 |
| 153:9-25 |
| 154:8-158:625 |
| 158:15-19 |
| 158:22-159:1 |
| 159:4 |
| 160:13-161:13 |
| 162:20-163:16 |
| 164:5-169:16 |
| 169:22-171:20 |
| 172:14-175:17 |
| 175:20-25 |
| 177:2-180:14 |
| 180:21-181:3 |
| 181:6-182:21 |
| 184:18-21 |
| 184:24-185:5 |
| 185:8 |
| 187:21-24 |

| |
|---|
| 188:3-10 |
| 188:12-19 |
| 188:22-189:12 |
| 192:8-9 |
| 192:12-24 |
| 193:1-10 |
| 195:1-196:4 |
| 196:7-22 |
| 198:9-204:3 |
| 204:5-205:24 |
| 206:22-208:6 |
| 208:8-209:8 |
| 209:11-210:4 |
| 211:18-20 |
| 211:23-24 |
| 212:1-213:4 |
| 213:18-214:17 |
| 232:14-22 |
| 233:13-16 |
| 281:18-21 |
| 282:5-6 |
| 282:11-283:3 |
| 283:6-16 |
| 284:25-285:2 |
| 285:5-286:16 |
| 287:10-288:6 |
| 288:16-290:10 |
| 302:3-19 |
| 310:6-8 |
| 310:11-23 |

4.      **Hart, Steve (February 4, 2020 – Virginia Action).**

| Page:Line Designations |
|---|
| 11:9-10 |
| 12:3-6 |
| 12:18-13:2 |
| 17:5-8 |
| 17:11-18:9 |
| 18:13-22 |
| 21:11-20 |
| 22:1-5 |
| 22:10-25:5 |
| 25:12-26:5 |
| 27:10-28:7 |
| 43:15-45:4 |
| 47:3-48:9 |
| 52:20-56:9 |
| 57:2-61:22 |
| 62:15-65:22 |
| 66:15-68:20 |
| 69:4-14 |
| 70:15-71:18 |
| 77:8-78:10 |
| 79:8-80:18 |
| 81:5-82:18 |
| 82:21-83:9 |
| 84:5-6 |
| 84:22-85:14 |
| 91:6-95:20 |
| 101:11-21 |
| 105:4-106:1 |
| 106:19-108:4 |

| |
|---|
| 109:7-11 |
| 110:10-20 |
| 111:1-6 |
| 111:10-11 |
| 111:15-16 |
| 112:5-113:6 |
| 114:22-116:6 |
| 116:12-120:9 |
| 121:14-19 |
| 123:5-129:22 |
| 131:3-132:15 |
| 133:16-134:14 |
| 134:20-135:22 |
| 137:14-138:22 |
| 139:20-142:22 |
| 143:4-144:22 |
| 145:8-146:1 |
| 146:11-147:2 |
| 149:1-7 |
| 149:17-20 |
| 150:4-8 |
| 150:16-152:14 |
| 154:11-156:19 |
| 157:15-21 |
| 158:6-12 |
| 159:20-162:11 |
| 162:17-21 |
| 163:1-16 |
| 164:12-166:6 |
| 167:5-168:9 |
| 169:18-174:12 |

| |
|---|
| 178:1-179:19 |
| 180:1-4 |
| 180:20-181:20 |
| 183:15-17 |
| 184:2 |
| 186:7-187:1 |
| 187:16-188:22 |
| 189:2-7 |
| 190:12-191:4 |
| 192:4-10 |
| 196:11-197:13 |
| 198:14-203:2 |
| 206:11-207:11 |
| 207:21-208:20 |
| 209:3-9 |
| 211:13-18 |
| 212:5-8 |
| 214:1-12 |
| 215:3-21 |
| 216:18-22 |
| 218:13-21 |
| 220:3-11 |
| 220:22-222:7 |
| 223:8-224:18 |
| 225:11-225:20 |
| 225:22-226:2 |
| 226:10-16 |
| 226:22-231:3 |
| 231:13-232:18 |
| 235:1-8 |
| 235:11-237:14 |

| |
|---|
| 240:6-241:5 |
| 242:10-243:5 |
| 247:11-249:5 |
| 250:6-251:4 |
| 253:6-13 |
| 254:4-258:3 |
| 258:13-19 |
| 259:22-260:18 |
| 262:19-268:9 |
| 276:22-277:22 |
| 279:14-280:21 |
| 281:1-20 |
| 282:16-285:10 |
| 287:1-11 |
| 288:4-18 |
| 289:3-7 |
| 289:11-292:15 |
| 293:12-14 |
| 293:20 |
| 295:5-17 |
| 296:6-297:5 |
| 298:22-300:13 |
| 300:21-301:11 |
| 301:11-302:22 |
| 303:10-304:7 |
| 304:18-306:21 |
| 307:14-17 |
| 310:4-311:16 |
| 311:21-318:3 |
| 319:3-9 |
| 319:18-320:13 |

| |
|---|
| 321:1-325:22 |
| 327:19-330:2 |
| 331:20-332:2 |
| 337:22-338:14 |
| 339:12-340:6 |
| 341:9-18 |
| 341:22-343:4 |
| 343:10-344:8 |
| 353:13-354:1 |
| 354:10-355:22 |
| 358:20-359:8 |
| 365:3-369:10 |
| 373:2-7 |
| 373:21-375:13 |
| 377:6-8 |
| 377:19-378:1 |
| 379:6-380:11 |
| 381:1-3 |
| 381:8 |
| 381:18-384:3 |
| 384:21-385:7 |
| 387:4-7 |
| 388:14-20 |
| 393:15-397:8 |
| 401:16-402:10 |
| 402:18-406:6 |
| 406:16-407:16 |
| 408:2-409:6 |
| 410:8-22 |
| 413:2-22 |
| 414:7-415:3 |

| |
|---|
| 430:13-431:7 |
| 431:17-22 |
| 433:8-436:18 |
| 461:17-462:21 |
| 463:12-16 |
| 465:18-22 |
| 466:11-467:19 |
| 470:11-471:21 |

5.      **Hart, Steve (July 26, 2021 – Texas Action).**

| Page:Line Designations |
|---|
| 6:3-7 |
| 6:23-7:3 |
| 9:1-9 |
| 9:15-21 |
| 10:9-13 |
| 13:6-7 |
| 13:21-14:2 |
| 14:14-15:3 |
| 16:15-17-12 |
| 18:10-21 |
| 19:1-13 |
| 19:16-19 |
| 22:11-13 |
| 22:15-18 |
| 23:9-11 |
| 23:16-24:3 |
| 24:12-16 |
| 24:18-25:24 |
| 32:5-6 |

| |
|---|
| 32:22-23 |
| 34:15-16 |
| 34:19-22 |
| 34:24-35:3 |
| 35:6-11 |
| 42:2-4 |
| 42:8-11 |
| 45:1-3 |
| 45:17-18 |
| 45:23-46:5 |
| 47:3-4 |
| 47:9-48:4 |
| 48:22-49:8 |
| 49:14-17 |
| 50:12-24 |
| 51:1-5 |
| 51:7-10 |
| 51:12-52:2 |
| 52:5-9 |
| 53:8-21 |
| 53:24-54:8 |
| 54:18-55:3 |
| 55:7-14 |
| 57:4-7 |
| 57:12-19 |
| 58:11 |
| 58:17-59:6 |
| 64:1-9 |
| 66:7-9 |
| 66:14-18 |
| 69:18-24 |

| |
|---|
| 71:19-22 |
| 72:2-8 |
| 72:7-7 |
| 72:16-18 |
| 72:20-22 |
| 73:2-4 |
| 73:19-24 |
| 76:15-23 |
| 76:24-77:12 |
| 78:4-79:2 |
| 80:10 |
| 81:1-8 |
| 82:22-83:7 |
| 83:9-11 |
| 83:13-19 |
| 84:9-85:10 |
| 87:9 |
| 87:14-88:16 |
| 89:1-13 |
| 89:23-90:2 |
| 90:4-8 |
| 90:10-23 |
| 93:13-94:20 |
| 97:13-24 |
| 98:4-6 |
| 98:13-20 |
| 99:13-100-17 |
| 101:9-13 |
| 101:17-19 |
| 104:6-11 |
| 105:5-106:8 |

| |
|---|
| 106:21-107:17 |
| 107:22-108:11 |
| 108:14-18 |
| 108:23-109:3 |
| 111:1-3 |
| 111:12-14 |
| 111:16-20 |
| 112:20-21 |
| 112:23-24 |
| 118:5-17 |
| 134:4-18 |
| 135:5-136:1 |
| 138:14-24 |
| 139:2-7 |
| 143:18-20 |
| 143:23-144:1 |
| 144:3-6 |
| 146:20-147:8 |
| 161:6-7 |
| 161:13-162:7 |
| 187:20-188:1 |
| 188:11-19 |
| 188:23-24 |
| 196:4-23 |
| 199:2-200:1 |
| 200:9-201:9 |
| 201:15-202:16 |
| 202:21-203:8 |
| 203:23-205:4 |
| 208:23-209:3 |
| 209:7-210:7 |

| |
|---|
| 210:16-18 |
| 210:22-211:6 |
| 211:18-21 |
| 212:19-22 |
| 213:2-214:6 |
| 214:14-215:7 |
| 221:9-222:2 |
| 222:15-18 |
| 222:21-223:2 |
| 223:4-9 |
| 224:23-225:21 |
| 226:4-14 |
| 228:14-229:10 |
| 229:15-16 |
| 229:23-230:7 |
| 231:7-12 |
| 232:11-233:5 |
| 233:8-17 |
| 234:17-235:9 |
| 235:14-18 |
| 238:7-12 |
| 238:15-17 |
| 238:19-239:2 |
| 239:19-21 |
| 240:9-241:1 |
| 241:3-9 |
| 241:14-21 |
| 241:24 |
| 242:2-10 |
| 242:22-243:11 |
| 244:12-245:2 |

| |
|---|
| 246:4-247:5 |
| 247:13-248:16 |
| 248:-24-249:15 |
| 249:21-250:2 |
| 250:6-9 |
| 250:11-16 |
| 251:17-252:11 |
| 252:13-17 |
| 252:20-24 |
| 253:3-5 |
| 253:8-254:2 |
| 254:18-255:2 |
| 255:11-257:2 |
| 259:3-260:2 |
| 261:3-8 |
| 261:11-15 |
| 268:23-24 |
| 269:2-2-3 |
| 269:5-12 |
| 270:2-3 |
| 270:7-9 |
| 270:24-272:10 |
| 272:19-22 |
| 273:15-23 |
| 274:8-275:1 |
| 275:5-15 |
| 276:8-277:18 |
| 277:24-278:6 |
| 278:13-279:11 |
| 279:24-281:21 |
| 288:2-3 |

| |
|---|
| 288:8-289:7 |
| 289:13-16 |
| 289:20-22 |
| 289:23-290:7 |
| 290:11-14 |
| 290:20-23 |
| 291:1-13 |
| 291:18-292:8 |
| 295:7-10 |
| 295:13-16 |
| 295:20-296:12 |
| 296:16-297:2 |
| 297:6-11 |
| 297:13-16 |
| 297:18-298:4 |
| 298:18-299:4 |
| 299:13-15 |
| 299:20-300:3 |
| 300:6-7 |
| 301:3-10 |
| 301:13-24 |
| 302:3-4 |
| 302:15-18 |
| 303:24-304:9 |
| 305:14-22 |
| 306:7-18 |
| 312:14-22 |
| 313:20-314:6 |
| 313:8-9 |
| 314:18-315:5 |
| 317:10-318:11 |

| 358:22-359:12 |
|---|

**6.     North, Lt. Col. Oliver (December 18, 2019 – Virginia Action).**

| Page:Line Designations |
|---|
| 12:19-25 |
| 15:9-18:3 |
| 18:23-20:25 |
| 21:10-22:4 |
| 22:9-23:3 |
| 24:1-9 |
| 24:13-26:5 |
| 26:13-28:23 |
| 29:12-30:17 |
| 30:19-31:11 |
| 32:7-34:1 |
| 34:11-35:25 |
| 36:12-37:17 |
| 38:11-39:24 |
| 41:6-12 |
| 41:14-43:2 |
| 43:20-46:2 |
| 46:4-16 |
| 46:20-47:1 |
| 47:3-48:21 |
| 49:11-18 |
| 50:16-51:24 |
| 52:2-12 |
| 54:2-56:7 |
| 56:9-57:2 |
| 57:16-58:18 |
| 58:20-59:3 |

| |
|---|
| 59:16-18 |
| 59:23-60:1 |
| 60:5-13 |
| 66:3-67:2 |
| 67:11-69:8 |
| 69:10-13 |
| 70:13-71:10 |
| 71:12-72:1 |
| 72:9-13 |
| 72:15-73:4 |
| 74:13-75:3 |
| 75:14-17 |
| 75:19-80:8 |
| 81:3-8 |
| 81:11-12 |
| 81:14-82:7 |
| 83:14-84:11 |
| 87:17-25 |
| 88:3-6 |
| 88:9-20 |
| 89:18-90:14 |
| 90:22-92:23 |
| 95:5-23 |
| 96:9-22 |
| 99:10-14 |
| 99:16-100:16 |
| 101:20-103:7 |
| 103:9-15 |
| 103:19-105:6 |
| 105:19-25 |
| 106:2-3 |

| |
|---|
| 106:11-14 |
| 107:8-110:25 |
| 111:2-16 |
| 111:18-114:5 |
| 114:20-115:18 |
| 115:21-119:8 |
| 123:17-125:3 |
| 126:8-131:2 |
| 135:6-138:23 |
| 139:21-142:5 |
| 143:4-147:13 |
| 148:22-25 |
| 149:6-157:12 |
| 157:14-15 |
| 159:11-161:15 |
| 162:7-172:24 |
| 173:4-174:23 |
| 175:2-23 |
| 176:9-178:24 |
| 179:4-8 |
| 179:14-25 |
| 180:3-186:17 |
| 189:13-23 |
| 190:6-197:6 |
| 198:22-25 |
| 199:17-203:12 |
| 203:24-204:9 |
| 204:11 |
| 204:14-206:13 |
| 206:17-18 |
| 206:24-210:22 |

| |
|---|
| 211:1-216:23 |
| 219:1-220:3 |
| 221:20-23 |
| 222:7-8 |
| 222:21-223:3 |
| 223:10-224:15 |
| 224:17-25 |
| 227:11-237:2 |
| 237:10-241:19 |
| 243:8-244:3 |
| 244:7-11 |
| 244:13-17 |
| 244:19-245:25 |
| 252:25-256:2 |
| 256:4-5 |
| 256:14-17 |
| 256:19-260:10 |
| 260:14-261:16 |
| 261:19-262:5 |
| 262:7-8 |
| 262:20-263:5 |
| 263:16-20 |
| 265:6-11 |
| 265:21-24 |
| 266:1-7 |
| 266:10-14 |
| 26617-22 |
| 267:9-14 |
| 267:16-18 |
| 267:20-24 |
| 268:1-8 |

| 268:10-16 |
| 268:18-269:11 |
| 269:14-19 |
| 269:21-270:2 |
| 270:5-9 |
| 270:11-17 |
| 270:20-271:5 |
| 271:8-13 |
| 271:15-22 |
| 271:24-272:2 |
| 272:4-11 |
| 272:13-18 |

**7.      North, Lt. Col. Oliver (September 15, 2021 – Texas Action).**

| Page:Line Designations |
| --- |
| 16:12-16 |
| 16:22-18:4 |
| 28:5-29:5 |
| 29:13-30:5 |
| 30:9-13 |
| 31:1-18 |
| 32:8-15 |
| 32:20-21 |
| 32:24-35:4 |
| 35:23-36:20 |
| 36:23-37:20 |
| 42:11-15 |
| 43:9-21 |
| 44:4-15 |
| 44:18-45:6 |
| 46:12-17 |

| |
|---|
| 47:1-6 |
| 47:10-48:2 |
| 50:3-6 |
| 50:12-52:20 |
| 72:21-73:12 |
| 74:10-21 |
| 77:1-21 |
| 78:20-80:24 |
| 81:1-14 |
| 81:21-84:1 |
| 85:2-4 |
| 85:6-9 |
| 85:18-22 |
| 86:3-5 |
| 86:7-87:5 |
| 88:10-17 |
| 89:9-11 |
| 90:14-23 |
| 91:17-92:18 |
| 93:17-19 |
| 93:22-94:10 |
| 94:16-95:5 |
| 95:11-23 |
| 96:14-21 |
| 96:24-97:8 |
| 97:23-25 |
| 98:2-23 |
| 99:1-4 |
| 99:11-100:2 |
| 100:6-16 |
| 100:18-25 |

| |
|---|
| 103:7-104:5 |
| 105:11-106:11 |
| 109:4-113:1 |
| 118:5-119:14 |
| 119:19-120:22 |
| 122:1-3 |
| 122:8-123:5 |
| 124:3-1 |
| 125:24-126:24 |
| 127:1-15 |
| 127:25-128:8 |
| 128:18-23 |
| 129:4-19 |
| 130:2-7 |
| 130:11-23 |
| 131:8-132:10 |
| 133:4-134:13 |
| 135:6-10 |
| 136:19-137:21 |
| 138:3-12 |
| 143:1-4 |
| 143:12-144:15 |
| 144:18-145:15 |
| 145:21-146:22 |
| 147:1-148:18 |
| 148:25-149:10 |
| 149:21-152:5 |
| 154:14-156:2 |
| 156:23-157:9 |
| 158:17-21 |
| 160:15-21 |

| |
|---|
| 160:25-161:11 |
| 163:15-165:2 |
| 165:6-166:19 |
| 171:10-172:20 |
| 172:23-173:17 |
| 173:21-175:11 |
| 175:23-176:17 |
| 205:22-206:24 |
| 222:20-223:9 |
| 231:21-232:2 |
| 233:11-24 |
| 234:5-6 |
| 234:9-11 |
| 234:13-235:15 |
| 235:19-236:1 |
| 236:25-237:4 |
| 238:11-240:7 |
| 241:3-242:9 |
| 242:13-244:11 |
| 244:14-245:13 |
| 246:3-8 |
| 246:21-247:22 |
| 248:2-17 |
| 249:19-250:13 |
| 251:3-22 |
| 252:2-253:15 |
| 254:5-14 |
| 254:18-256:7 |
| 256:19-258:19 |
| 261:5-263:3 |
| 268:19-24 |

| |
|---|
| 270:10-13 |
| 275:9-276:4 |
| 277:22-278:17 |
| 278:25-279:15 |
| 287:23-288:20 |
| 289:24-290:3 |
| 290:6-291:14 |
| 291:20-293:12 |
| 295:3-296:1 |
| 296:8-297:24 |
| 298:2-24 |
| 300:24-309:13 |
| 311:4-23 |
| 311:25-314:9 |
| 314:12-14 |
| 314:18-315:13 |
| 315:17-316:16 |
| 316:19-21 |
| 318:16-320:7 |
| 320:12-15 |
| 320:19-321:5 |
| 321:9-322:16 |
| 322:18-20 |
| 322:25-323:2 |
| 323:4-12 |
| 323:14-324:24 |
| 325:6-11 |
| 325:12-326:4 |
| 326:7-14 |
| 326:17-329:6 |
| 329:13-16 |

| |
|---|
| 329:19-330:10 |
| 330:21-331:1 |
| 331:5-9 |
| 331:12-18 |
| 331:22-332:4 |
| 332:9-18 |
| 332:22-333:18 |
| 334:14-335:18 |
| 335:21-337:8 |
| 337:10 |
| 337:14-340:11 |
| 340:16-341:6 |
| 341:9-342:9 |
| 342:13 |
| 342:15-343:2 |
| 343:6-10 |
| 343:18-345:22 |
| 346:2-6 |
| 346:9-348:23 |
| 349:20-352:1 |
| 352:6-7 |
| 352:18-355:13 |
| 355:16-24 |
| 361:7-12 |
| 361:18-363:11 |
| 365:7-10 |
| 367:22-368:1 |
| 368:24 |
| 369:4-20 |
| 370:3-5 |
| 370:10-372:18 |

| |
|---|
| 378:14-382:8 |
| 382:16-383:12 |
| 383:16-17 |
| 383:21-384:9 |
| 384:13-20 |
| 384:24-385:4 |
| 385:10-386:6 |
| 386:9-22 |
| 386:25-388:3 |
| 388:5 |
| 388:7-18 |
| 388:23-389:4 |
| 389:8-9 |
| 389:12-391:18 |
| 391:22-23 |
| 392:13-393:4 |
| 393:6-11 |
| 393:14-394:14 |
| 394:17-23 |
| 395:12-398:15 |
| 398:19-399:22 |
| 400:1-10 |
| 400:13-402:2 |
| 402:7-18 |
| 402:22-403:8 |
| 403:11-12 |
| 403:17-18 |
| 403:22-406:21 |
| 407:1-2 |
| 407:6-408:11 |
| 409:8-9 |

| |
|---|
| 409:13-410:4 |
| 410:7-18 |
| 410:22-411:1 |
| 411:6-412:4 |
| 412:6-413:2 |
| 413:5 |
| 413:10-13 |
| 413:18-6 |
| 414:9-415:6 |
| 415:15-23 |
| 415:25 |
| 416:10-14 |
| 416:17-417:15 |
| 417:19-418:10 |
| 418:13-420:13 |
| 420:18-421:4 |
| 421:8-422:5 |
| 422:8-11 |
| 422:15-423:7 |
| 423:10-11 |
| 423:16-20 |
| 430:12-431:2 |
| 431:21-24 |
| 432:1-434:2 |
| 434:6-15 |
| 434:17-436:2 |
| 426:5-25 |
| 437:6-19 |
| 427:25-438:22 |
| 438:24-441:4 |
| 441:12-442:20 |

| 442:22-443:10 |
|---------------|
| 443:21-444:7 |
| 444:12-445:22 |
| 445:25-446:20 |
| 446:24-25 |
| 447:9-448:9 |
| 448:13-23 |
| 448:25-449:12 |
| 449:14-16 |
| 449:23-450:11 |
| 450:16-17 |
| 451:3-6 |
| 451:10-20 |
| 451:23-452:12 |
| 453:2-13 |
| 454:15-17 |
| 454:19-25 |
| 455:12-456:22 |
| 456:24-458:20 |
| 458:22-460:9 |
| 460:11-461:4 |
| 463:1-23 |
| 464:9-23 |
| 465:2-12 |
| 465:25-468:4 |

**8.     Spray, Craig (October 3, 2019 – Virginia Action).**

| Page:Line Designations |
|------------------------|
| 7:23-24 |
| 9:24-10:7 |
| 20:18-21:1 |

| |
|---|
| 22:18-23:7 |
| 27:11-20 |
| 37:7-13 |
| 39:3-6 |
| 43:17-44:5 |
| 45:11-24 |
| 51:8-17 |
| 52:10-53:6 |
| 56:6-57:19 |
| 58:5-13 |
| 58:19-25 |
| 59:7-19 |
| 60:2-9 |
| 60:11-15 |
| 60:18-19 |
| 60:21-61:7 |
| 62:4-11 |
| 66:6-7 |
| 66:12-16 |
| 72:23-24 |
| 73:1-2 |
| 75:8-21 |
| 76:10-21 |
| 77:1-25 |
| 78:2-12 |
| 78:14-15 |
| 78:18-79:1 |
| 79:3-23 |
| 80:22-81:5 |
| 81:7-83:11 |
| 83:15-84:1 |

| |
|---|
| 85:5-11 |
| 86:8-11 |
| 86:13-14 |
| 87:4-19 |
| 101:20-25 |
| 104:9-11 |
| 104:13-18 |
| 109:17-110:3 |
| 111:24-112:19 |
| 123:7-20 |
| 124:18-125:3 |
| 130:12-20 |
| 132:8-24 |
| 139:11-15 |
| 140:17-23 |
| 151:25-152:2 |
| 152:4-9 |
| 154:24-155:13 |
| 158:4-160:16 |
| 163:16-164:10 |
| 165:2-11 |
| 169:18-172:3 |
| 178:2-9 |
| 178:11-22 |
| 178:24-179:7 |
| 182:3-16 |
| 192:13-16 |
| 192:18-193:4 |
| 193:9-21 |
| 193:23-194:3 |
| 197:19-198:1 |

| |
|---|
| 198:19-22 |
| 223:23-224:12 |

**9.     Spray, Craig (March 24, 2021 – NRA Bankruptcy Deposition).**

| Page:Line Designations |
|---|
| 17:10-24 |
| 22:17-24 |
| 26:14-21 |
| 27:6-12 |
| 27:17-22 |
| 28:3-11 |
| 30:21-31:11 |
| 33:14-16 |
| 49:23-50:12 |
| 51:2-25 |
| 60:9-61:13 |
| 68:20-22 |
| 86:7-11 |
| 86:18-22 |
| 95:6-8 |
| 95:11-14 |
| 98:22-25 |
| 101:16-102:11 |
| 104:13-105:11 |
| 217:8-24 |
| 223:5-7 |
| 225:6-226:1 |
| 226:21-23 |
| 226:25 |
| 229:7-9 |
| 229:12 |

| |
|---|
| 230:7-13 |
| 242:11-13 |
| 243:3-244:5 |
| 246:14-17 |
| 247:1-5 |
| 251:23-252:17 |
| 263:2-9 |
| 264:3-266:3 |
| 282:4-283:7 |
| 284:18-286:5 |

**10.     Spray, Craig (April 13, 2021 – NRA Bankruptcy Trial, Day 1 (PM)).**

| Page:Line Designations |
|---|
| 51:7-14 |
| 52:3-53:13 |
| 53:23-54:7 |
| 54:12-21 |
| 69:13-70:22 |
| 74:4-75:11 |
| 76:17-25 |
| 77:18-78:20 |
| 79:1-7 |
| 79:19-81:16 |
| 84:4-19 |
| 84:25-85:9 |
| 88:13-89:19 |
| 89:23-90:14 |
| 95:7-96:4 |
| 96:15-21 |
| 97:4-24 |
| 98:17-100:8 |

| |
|---|
| 102:16-22 |
| 103:3-21 |
| 105:5-12 |
| 106:4-6 |
| 106:25-108:2 |
| 108:9-12 |
| 110:12-15 |
| 111:3-9 |
| 118:17-19 |
| 118:25-120:16 |
| 122:1-10 |
| 123:20-124:8 |
| 125:16-126:4 |
| 126:19-127:9 |
| 143:12-23 |
| 144:1-16 |
| 145:14-146:10 |
| 156:6-16 |
| 165:15-166:4 |
| 171:7-9 |
| 171:21-172:4 |

**11.    Spray, Craig (April 16, 2021 – NRA Bankruptcy Trial, Day 2 (AM)).**

| Page:Line Designations |
|---|
| 45:23-46:13 |
| 50:12-22 |
| 61:21-62:12 |
| 63:18-64:6 |
| 65:6-20 |

| |
|---|
| 65:24-66:15 |
| 68:11-69:8 |
| 69:12-16 |
| 84:2-10 |
| 90:7-16 |

**12.     Stanford, Gayle (March 25, 2021 – NRA Bankruptcy Deposition).**

| Page:Line Designations |
|---|
| 13:2-8 |
| 13:25-14:8 |
| 14:13-19 |
| 14:21-15:25 |
| 16:1-12 |
| 16:13-17:8 |
| 17:17-19:4 |
| 20:7-9 |
| 22:7-15 |
| 23:7-14 |
| 24:14-25:4 |
| 25:24-26:13 |
| 26:14-27:15 |
| 28:3-25 |
| 29:1-3 |
| 31:11-35:5 |
| 36:1-3 |
| 36:5-25 |
| 37:12-38:2 |
| 40:8-41:2 |
| 41:15-42:22 |
| 42:25-43:21 |
| 44:20-45:9 |

| |
|---|
| 45:23-49:11 |
| 49:12-14 |
| 49:21-50:11 |
| 50:12-15 |
| 50:18-51:10 |
| 51:25-53:4 |
| 53:8-22 |
| 54:10-22 |
| 55:14-56:7 |
| 57:25-59:14 |
| 60:18-23 |
| 60:25-61:11 |
| 61:13-25 |
| 62:24-63:16 |
| 65:18-66:11 |
| 66:17-67:15 |
| 67:16-22 |
| 67:23-68:7 |
| 68:19-24 |
| 75:21-76:8 |
| 86:23-87:6 |
| 87:17-89:12 |
| 91:9-17 |
| 91:23-93:21 |
| 95:1-96:25 |
| 97:5-98:2 |
| 118:17-119:2 |
| 119:7-121:15 |
| 122:1-18 |
| 122:19-124:5 |

13.      **Tedrick, Rick (August 21, 2021 – Texas Action).**

| Page:Line Designations |
|---|
| 9:7-10 |
| 11:14-12:10 |
| 14:9-17 |
| 15:6-15 |
| 16:3-4 |
| 16:7 |
| 17:14-18:1 |
| 18:4 |
| 18:6-7 |
| 18:11 |
| 19:14-15 |
| 19:19 |
| 19:21-22 |
| 20:3 |
| 20:20-21 |
| 21:3-10 |
| 24:19-25:2 |
| 25:9-10 |
| 25:15-18 |
| 26:17-27:17 |
| 27:22:28:4 |
| 29:16-18 |
| 29:21 |
| 30:1 |
| 30:4-8 |
| 30:10-11 |
| 30:15-19 |
| 32:20-21 |
| 33:3-6 |

| |
|---|
| 37:4-16 |
| 40:18-19 |
| 40:22-41:3 |
| 42:1-2 |
| 42:6 |
| 47:7-10 |
| 47:13 |
| 48:3-7 |
| 48:12-49:4 |
| 49:10-11 |
| 49:14 |
| 49:16-17 |
| 49:20-21 |
| 50:1-2 |
| 50:5-8 |
| 50:10 |
| 50:13-15 |
| 50:17-19 |
| 51:1-3 |
| 51:5-13 |
| 51:17-21 |
| 52:1-3 |
| 53:2-4 |
| 53:8 |
| 56:13-15 |
| 56:20-22 |
| 58:5-6 |
| 58:10 |
| 58:12-59:9 |
| 59:13-15 |
| 59:17-19 |

| |
|---|
| 59:22-60:1 |
| 60:3-5 |
| 60:8 |
| 60:10-12 |
| 60:15 |
| 60:17-18 |
| 60:20 |
| 60:22-61:2 |
| 61:7-8 |
| 62:16-18 |
| 62:22 |
| 65:15-17 |
| 65:22 |
| 66:2-4 |
| 66:8 |
| 66:10-11 |
| 66:13 |
| 66:15-18 |
| 67:1-2 |
| 67:4-6 |
| 67:10-14 |
| 67:16-17 |
| 67:21-22 |
| 68:4-9 |
| 68:13 |
| 68:15-16 |
| 68:20 |
| 69:7-10 |
| 69:15-16 |
| 69:20-21 |
| 71:20-22 |

| |
|---|
| 72:4 |
| 72:6-8 |
| 72:12-73:2 |
| 73:7-8 |
| 78:3-16 |
| 79:2-5 |
| 80:18-81:14 |
| 81:17 |
| 81:19-22 |
| 83:5-13 |
| 83:18-19 |
| 83:21-84:1 |
| 84:5 |
| 84:7-9 |
| 84:13-15 |
| 84:17-18 |
| 84:22-85:2 |
| 85:4-5 |
| 85:21-86:1 |
| 86:5 |
| 86:8-9 |
| 86:14-18 |
| 86:20-22 |
| 87:3-6 |
| 87:8-19 |
| 90:14-15 |
| 90:19 |
| 90:21-91:3 |
| 91:6-7 |
| 91:9-12 |
| 91:15-16 |

| |
|---|
| 91:18-92:2 |
| 92:10-12 |
| 92:14-15 |
| 92:19 |
| 93:3-5 |
| 93:9-10 |
| 93:12-19 |
| 94:2-5 |
| 94:8-9 |
| 94:11-13 |
| 94:16-19 |
| 94:21-95:1 |
| 95:4-5 |
| 95:7-12 |
| 97:4-7 |
| 97:11 |
| 97:13-15 |
| 97:19 |
| 102:17-18 |
| 102:22-103:1 |
| 103:2-6 |
| 104:17-19 |
| 105:1-2 |
| 105:4-5 |
| 105:9 |
| 105:11-12 |
| 105:16-17 |
| 106:16-18 |
| 106:22 |
| 111:21-112:1 |
| 112:5-6 |

| |
|---|
| 117:22-118:2 |
| 118:6-11 |
| 118:13-14 |
| 118:18-20 |
| 119:6-8 |
| 119:12-13 |
| 119:15-16 |
| 119:20 |
| 119:22-120:2 |
| 120:7 |
| 120:16-17 |
| 120:22 |
| 122:14-15 |
| 122:20-123:1 |
| 124:6-8 |
| 124:12 |
| 125:11-14 |
| 125:19 |
| 133:19-20 |
| 134:2 |
| 134:4-5 |
| 134:8 |
| 134:10-11 |
| 134:15 |
| 135:8-136:1 |
| 136:7-9 |
| 136:13 |
| 136:15-16 |
| 136:19 |
| 136:21 |
| 137:7-9 |

| |
|---|
| 137:11-13 |
| 137:18 |
| 137:20-22 |
| 138:4 |
| 138:6-8 |
| 138:12 |
| 138:17-18 |
| 139:2 |
| 139:4-6 |
| 139:10-16 |
| 139:18-20 |
| 140:2-3 |
| 140:5-7 |
| 140:11-12 |
| 140:14 |
| 140:19-21 |
| 141:1-3 |
| 141:8-9 |
| 144:17-19 |
| 145:1 |
| 145:6-8 |
| 145:12-18 |
| 145:20-146:5 |
| 146:9-11 |
| 148:17-20 |
| 149:6-8 |
| 153:22-154:2 |
| 154:6-7 |
| 154:9-16 |
| 154:20 |
| 154:22-155:2 |

| |
|---|
| 155:6 |
| 155:8 |
| 155:11 |
| 155:13-16 |
| 155:20-22 |
| 156:2-5 |
| 156:9 |
| 156:11-14 |
| 156:19 |
| 160:7-10 |
| 173:19-21 |
| 174:3 |
| 174:15-175:1 |
| 175:5 |
| 175:10-12 |
| 175:16-19 |
| 175:21-176:1 |
| 176:5 |
| 176:7-10 |
| 176:14 |
| 176:16-18 |
| 176:22 |
| 177:2-3 |
| 177:7 |
| 177:9-12 |
| 177:15-16 |
| 179:11-18 |
| 180:1-2 |
| 180:21-181:1 |
| 181:3 |
| 181:5 |

| |
|---|
| 181:8-12 |
| 181:18-19 |
| 182:7-10 |
| 182:15-16 |
| 183:19-184:4 |
| 185:12-14 |
| 185:18 |
| 185:20-22 |
| 186:5 |
| 186:7-8 |
| 186:12 |
| 186:14-17 |
| 186:22 |
| 191:1-4 |
| 192:13-17 |
| 192:21 |
| 193:7-13 |
| 193:21-194:1 |
| 194:4-6 |
| 194:10 |
| 194:12-14 |
| 194:19 |
| 194:21-195:1 |
| 195:5-8 |
| 195:10-11 |
| 195:15-18 |
| 195:20-22 |
| 196:3 |
| 196:6-8 |
| 196:12 |
| 196:14-15 |

| |
|---|
| 196:19 |
| 196:21-197:12 |
| 197:21-198:1 |
| 198:5 |
| 198:7-14 |
| 198:18-199:4 |
| 199:6-9 |
| 199:13 |
| 200:2-5 |
| 200:9-10 |
| 200:12-201:2 |
| 201:6 |
| 202:9-203:2 |
| 203:6 |
| 203:8-11 |
| 203:14-17 |
| 203:21 |
| 204:4-6 |
| 204:11 |
| 204:13-205:6 |
| 206:1-2 |
| 206:6-7 |
| 206:20-22 |
| 207:3-5 |
| 207:7-10 |
| 207:16 |
| 207:18-19 |
| 207:21-22 |
| 208:6-8 |
| 208:13 |
| 208:22-209:3 |

| |
|---|
| 210:7-9 |
| 210:13 |
| 212:17-19 |
| 213:21-214:1 |
| 214:5-15 |
| 214:17-21 |
| 215:3-4 |
| 215:6-10 |
| 215:12-15 |
| 215:20 |
| 216:20-217:1 |
| 220:9-221:9 |
| 221:12-15 |
| 221:17-20 |
| 222:22-223:2 |
| 223:5 |
| 223:9 |
| 223:11-13 |
| 223:17 |
| 223:19-21 |
| 224:3 |
| 232:223:3 |
| 233:6 |
| 233:8-10 |
| 233:16-234:2 |
| 234:7 |
| 234:9-236:9 |
| 236:19-22 |
| 237:5 |
| 251:13-16 |
| 251:22-252:2 |

| |
|---|
| 252:4-6 |
| 252:10 |
| 252:12-16 |
| 253:2 |
| 253:6-8 |
| 253:12 |
| 253:14-16 |
| 253:22-254:2 |
| 254:6-7 |
| 254:9-10 |
| 254:14 |
| 254:16-18 |
| 254:22 |
| 255:2-5 |
| 255:9-17 |
| 255:20 |
| 255:22-256:2 |
| 256:11 |
| 256:15-257:6 |
| 258:9-11 |
| 259:19-22 |
| 260:15-20 |
| 261:2 |
| 261:4-6 |
| 261:9 |
| 266:19-267:3 |
| 267:6-8 |
| 267:12-16 |
| 267:18-268:12 |
| 268:15-16 |
| 268:20 |

| |
|---|
| 269:1-4 |
| 271:18-20 |
| 272:2 |
| 276:1-11 |
| 276:16 |
| 276:18-277:1 |
| 277:5 |
| 277:7-10 |
| 277:14-278:5 |
| 278:9 |
| 278:21-279:6 |
| 279:10 |
| 279:16-19 |
| 280:10-13 |
| 280:18 |
| 280:20-22 |
| 281:4 |
| 283:12-284:7 |
| 284:16-18 |
| 284:22-285:2 |
| 286:17-20 |
| 288:17-19 |
| 288:22 |
| 289:2-5 |
| 289:8 |
| 289:10-20 |
| 289:22-290:15 |
| 290:17-18 |
| 290:20-291:13 |
| 291:16 |
| 291:18-20 |

| |
|---|
| 291:22 |
| 292:2-9 |
| 292:11-14 |
| 292:16-293:6 |
| 295:9-11 |
| 295:14-15 |
| 295:17-19 |
| 295:22-296:2 |
| 296:4-5 |
| 296:7 |
| 296:9-297:6 |
| 297:9-10 |
| 297:13-17 |
| 297:19-21 |
| 298:1 |
| 298:5 |
| 298:7 |
| 298:9 |
| 298:11 |
| 299:19-300:4 |
| 300:16-17 |
| 300:19-301:1 |
| 303:22-304:9 |
| 304:12 |
| 304:14-17 |
| 308:10-11 |
| 308:13-14 |
| 308:16-20 |
| 309:3-14 |
| 309:17-310:1 |
| 310:9-16 |

| |
|---|
| 311:16-20 |
| 312:8-12 |
| 313:9-12 |
| 313:20-22 |
| 313:2 |
| 313:4-7 |
| 314:17-18 |
| 314:20 |
| 316:9-17 |
| 317:3-9 |
| 317:17-21 |
| 318:12-319:9 |
| 319:11-12 |
| 319:14-320:2 |
| 320:4-9 |
| 320:11-321:18 |
| 322:16-323:4 |
| 323:7-10 |
| 323:12-13 |
| 323:17-19 |
| 323:21-324:17 |
| 324:20 |
| 329:1-14 |
| 337:4-7 |
| 338:12-19 |
| 338:21 |
| 344:16-19 |
| 345:2-5 |
| 345:9-10 |
| 345:12-13 |
| 345:21-346:2 |

| |
|---|
| 351:6-12 |
| 351:15 |
| 351:17-20 |
| 352:4-18 |
| 352:21-353:1 |
| 353:5 |
| 353:7-10 |
| 356:14-17 |
| 358:3-6 |
| 361:14-17 |
| 361:21-362:1 |
| 363:11-13 |
| 363:16 |
| 363:18-20 |
| 364:1 |
| 364:3-11 |
| 364:14 |
| 365:1-16 |
| 365:20-21 |
| 366:21-22 |
| 367:4 |
| 368:4-11 |
| 369:12-14 |
| 369:18 |
| 369:20-22 |
| 370:4-5 |

**14.      Ferate, Anthony (July 8, 2019 – Virginia Action).**

| Page:Line Designations |
|---|
| 5:24-6:5 |
| 7:25-9:1 |

| 9:6-13 |
| 10:1-4 |
| 10:18-12:13 |
| 12:16-13:6 |
| 13:22-25 |
| 14:21-15:3 |
| 16:4-9 |
| 16:17-17:16 |
| 22:6-10 |
| 22:23-23:9 |
| 24:7-20 |
| 25:10-26:7 |
| 28:9-30:9 |
| 35:20-36:10 |
| 61:4-22 |
| 66:6-10 |
| 87:18-89:10 |
| 89:16-90:9 |
| 125:3-127:14 |
| 150:6-151:2 |

**15.    Meadows, Carolyn (January 29, 2020 – Virginia Action).**

| Page:Line Designations |
| --- |
| 7:10-11 |
| 14:19-15:16 |
| 17:3-6 |
| 18:8-11 |
| 19:1-17 |
| 20:13-16 |
| 21:13-22:6 |
| 22:14-16 |

| |
|---|
| 33:21-35:13 |
| 35:22-36:16 |
| 37:16-39:15 |
| 39:20-40:10 |
| 40:14-15 |
| 40:17-79 |
| 45:19-46:22 |
| 47:6-13 |
| 50:15-51:16 |
| 52:6-21 |
| 58:16-19 |
| 63:3-64:9 |
| 66:11-68:2 |
| 68:9-12 |
| 68:14 |
| 68:16-69:9 |
| 74:3-4 |
| 75:18-79:11 |
| 82:21-83:8 |
| 85:16-86:14 |
| 86:19-20 |
| 87:2 |
| 97:8-19 |
| 100:5-20 |
| 101:13-14 |
| 102:8-103:7 |
| 106:10-107:20 |
| 109:20-110:12 |
| 110:14-15 |
| 114:19-115:17 |
| 115:22-116:3 |

| |
|---|
| 116:15-117:16 |
| 118:1-119:5 |
| 119:7-13 |
| 119:18-120:1 |
| 122:21-22 |
| 123:19-125:11 |
| 125:13-127:15 |
| 127:17-128:5 |
| 128:12-16 |
| 128:18-20 |
| 129:15-17 |
| 129:19 |
| 140:4-18 |
| 142:3-20 |
| 143:18-19 |
| 144:20-146:2 |
| 147:13-152:15 |
| 158:1-18 |
| 166:6-172:13 |
| 182:5-183:1 |
| 185:11-188:22 |
| 189:9-191:20 |
| 197:4-18 |
| 201:17-208:19 |
| 209:1-212:14 |
| 223:10-227:21 |
| 228:22 |
| 229:12-230:6 |
| 230:18 |
| 231:22-232:10 |
| 233:12-234:14 |

| 239:3-240:12 |
| --- |
| 241:21-243:15 |
| 245:14-246:5 |
| 250:5-7 |
| 252:20-253:4 |
| 259:14-260:20 |
| 261:1-15 |
| 262:1-263:20 |
| 264:10-17 |
| 272:6-273:5 |
| 273:10-274:13 |
| 274:17-22 |
| 281:3-15 |
| 281:17-18 |
| 281:20-282:4 |
| 288:13-289:2 |
| 294:4-22 |
| 299:14-16 |
| 299:18-21 |
| 300:1-7 |
| 300:9-11 |
| 331:20-22 |
| 332:2-10 |
| 332:12-13 |
| 335:6-16 |

**16.    Hallow, Millie (January 10, 2020 – Virginia Action).**

| Page:Line Designations |
| --- |
| 10:8-13 |
| 10:17-22 |
| 19:20-20:24 |

| |
|---|
| 23:2-25 |
| 27:23-30:19 |
| 34:3-22 |
| 35:17-36:17 |
| 37:6-18 |
| 39:2-45:2 |
| 45:14-46:25 |
| 47:10-49:12 |
| 48:17-20 |
| 48:22-24 |
| 49:1-2 |
| 49:7-12 |
| 49:25-51:24 |
| 52:16-54:10 |
| 56:1-57:25 |
| 58:8-25 |
| 59:20-61:13 |
| 62:7-20 |
| 65:13-66:20 |
| 67:1-7 |
| 67:13-19 |
| 68:6-22 |
| 69:2-75:23 |
| 77:10-80:1 |
| 89:14-90:4 |
| 94:11-25 |
| 96:1-97:8 |
| 105:12-19 |
| 106:10-107:2 |
| 110:11-113:11 |
| 126:9-129:14 |

| |
|---|
| 130:7-12 |
| 132:20-134:19 |
| 137:3-140:3 |
| 140:15-151:12 |
| 151:16-154:3 |
| 155:14-21 |
| 155:22-156:3 |
| 157:2-4 |
| 160:15-161:9 |
| 161:13-163:22 |
| 164:7-166:19 |
| 167:1-172:12 |
| 172:16-173:10 |
| 173:19-176:7 |
| 175:13-14 |
| 175:16-176:4 |
| 176:14-24 |
| 177:1-187:23 |
| 188:21-198:11 |
| 199:1-201:2 |
| 201:11-202:25 |
| 203:6-204:9 |
| 204:12-13 |
| 204:15-16 |
| 204:12-205:15 |
| 205:24-208:19 |

**17.     Phillips, Woody (August 30, 2021 – Texas Action).**

| Page:Line Designations |
|---|
| 10:11-15 |
| 10:18-11:3 |

| |
|---|
| 11:11-15 |
| 11:21-12:3 |
| 12:9-14:25 |
| 15:7-11 |
| 16:22-17:23 |
| 18:13-20 |
| 19:12-14 |
| 19:16-21 |
| 20:2-5 |
| 20:7-21:14 |
| 22:1-12 |
| 22:15-18 |
| 23:3-24:16 |
| 25:2-6 |
| 25:17-20 |
| 26:5-27:21 |
| 27:23-25 |
| 28:2-8 |
| 28:10-12 |
| 29:19-21 |
| 29:23-30:9 |
| 31:8-10 |
| 31:12 |
| 31:14-32:2 |
| 32:9-24 |
| 33:15-17 |
| 33:22-25 |
| 34:20-35:4 |
| 35:6-18 |
| 35:23-36:1 |
| 36:22-37:3 |

| |
|---|
| 37:8-10 |
| 37:19-24 |
| 38:1-15 |
| 38:24-39:6 |
| 40:18-41:7 |
| 41:9-10 |
| 41:13-20 |
| 41:23-42:10 |
| 42:12-18 |
| 42:20 |
| 44:15-45:2 |
| 45:20-46:2 |
| 46:11-47:10 |
| 47:12-13 |
| 47:17-18 |
| 48:2-6 |
| 48:8-9 |
| 48:11-49:3 |
| 49:5 |
| 49:9-10 |
| 49:12-20 |
| 50:3-7 |
| 50:9-14 |
| 50:16-17 |
| 50:21-51:23 |
| 51:25 |
| 52:1-11 |
| 52:18-25 |
| 53:2-9 |
| 53:11-15 |
| 53:22-55:4 |

| |
|---|
| 55:15-19 |
| 55:23-56:2 |
| 56:4-58:7 |
| 58:12-16 |
| 58:24-59:14 |
| 59:17-60:2 |
| 60:18-21 |
| 60:24-62:1 |
| 62:8-16 |
| 63:21-64:9 |
| 64:12-23 |
| 64:25-65:4 |
| 65:6-13 |
| 65:23-66:1 |
| 68:6-10 |
| 68:15-20 |
| 68:22-25 |
| 69:5-9 |
| 70:7-24 |
| 71:1-72:15 |
| 72:17-22 |
| 72:24-73:17 |
| 73:19-74:8 |
| 74:11-21 |
| 74:25-75:2 |
| 75:4 |
| 75:12-15 |
| 75:17 |
| 76:6-12 |
| 76:14-77:4 |
| 77:6-78:16 |

| |
|---|
| 79:19-81:3 |
| 82:18-83:10 |
| 83:17-84:23 |
| 85:16-86:11 |
| 86:18-87:2 |
| 87:4-7 |
| 87:9-15 |
| 87:17-20 |
| 87:22-88:1 |
| 88:3-11 |
| 88:13-89:6 |
| 89:15-90:3 |
| 90:9-11 |
| 91:11-18 |
| 93:15-94:8 |
| 94:16-25 |
| 95:8-14 |
| 96:21-97:12 |
| 97:16-25 |
| 98:9-23 |
| 98:25 |
| 99:12-20 |
| 99:22-100:17 |
| 100:19-23 |
| 101:11-16 |
| 101:18-102:2 |
| 102:5-10 |
| 102:20-23 |
| 104:2-10 |
| 104:17-105:4 |
| 106:8-107:8 |

| |
|---|
| 107:11-20 |
| 108:9-15 |
| 109:12-110:2 |
| 110:12-24 |
| 111:2-112:7 |
| 112:9 |
| 114:11-115:16 |
| 115:24-116:3 |
| 116:6-23 |
| 116:25-117:7 |
| 117:9-14 |
| 117:23-118:2 |
| 118:4-119:20 |
| 120:2-5 |
| 120:12-121:5 |
| 121:22-122:18 |
| 122:24-124:7 |
| 124:9 |
| 124:16-21 |
| 124:23-125:3 |
| 125:5 |
| 125:16-126:3 |
| 126:6-9 |
| 126:11-19 |
| 126:21-25 |
| 127:2-7 |
| 127:9-14 |
| 127:20-24 |
| 128:9-19 |
| 129:5-21 |
| 129:25-130:6 |

| |
|---|
| 130:13-132:1 |
| 132:3-133:4 |
| 133:21-134:18 |
| 135:8-12 |
| 135:14-136:20 |
| 136:22-137:8 |
| 137:17-20 |
| 137:22-138:1 |
| 139:18-22 |
| 140:10-23 |
| 142:6-8 |
| 142:10-12 |
| 143:3-6 |
| 143:9-21 |
| 144:15-145:14 |
| 145:16-148:9 |
| 148:22-25 |
| 149:2 |
| 150:14-151:19 |
| 152:15-17 |
| 153:9-154:18 |
| 156:9-17 |
| 157:6-159:5 |
| 159:10-23 |
| 160:6-12 |
| 160:17-161:17 |
| 161:23-163:7 |
| 163:21-24 |
| 164:16-20 |
| 164:22-165:16 |
| 165:22-166:2 |

| |
|---|
| 166:11-22 |
| 166:25-167:16 |
| 167:23-168:7 |
| 168:9-10 |
| 168:17-169:5 |
| 170:14-171:13 |
| 171:16-172:11 |
| 172:24-173:19 |
| 174:1-3 |
| 174:9-11 |
| 174:16-24 |
| 175:5-13 |
| 175:21-177:4 |
| 177:14-179:6 |
| 179:8-180:22 |
| 181:21-182:24 |
| 183:17-184:2 |
| 185:10-186:1 |
| 186:13-19 |
| 189:22-190:1 |
| 190:7-11 |
| 190:18-21 |
| 192:5-23 |
| 193:4-195:7 |
| 195:19-196:4 |
| 196:7-11 |
| 196:13 |
| 196:16-20 |
| 196:22 |
| 197:4-198:11 |
| 198:19-199:20 |

| |
|---|
| 203:21-204:1 |
| 207:11-208:15 |
| 258:1-11 |
| 260:14-262:2 |
| 266:23-268:15 |
| 269:15-270:16 |
| 271:10-22 |
| 278:1-3 |
| 301:17-302:15 |
| 303:4-6 |
| 304:1-18 |
| 306:21-25 |
| 307:8-11 |
| 311:21-312:3 |
| 312:5 |
| 317:2-6 |
| 317:22-318:10 |
| 318:17-319:1 |
| 319:7-11 |
| 319:19-320:15 |
| 321:1-12 |
| 321:15 |
| 321:25-322:10 |
| 322:12 |
| 322:15-323:11 |
| 324:1-2 |
| 325:1-20 |
| 326:1-9 |
| 326:13-21 |
| 327:17-24 |
| 328:23-329:7 |

| |
|---|
| 329:12-330:10 |
| 331:14-332:1 |

February 25, 2022.

Respectfully submitted,

*/s/ Brian E. Mason*
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR THE ACKERMAN MCQUEEN PARTIES**


## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel and/or pro se parties of record by a manner authorized by Federal Rules of Civil Procedure 5(b)(2).

*/s/ Brian E. Mason*
BRIAN E. MASON