IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiff and Counter-Defendant<br><br>v.<br><br>ACKERMAN MCQUEEN, INC.,<br><br>Defendant and Counter-Plaintiff,<br><br>and<br><br>MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,<br><br>Defendants. | § § § § § § § § § § § § § § § § § § § Civil Action No. 3:19-cv-02074-G |

**PLAINTIFF THE NATIONAL RIFLE ASSOCIATION OF AMERICA'S
DEPOSITION DESIGNATIONS PURSUANT TO FED. R. CIV. P.  26(a)(3)(A)(ii)**

BREWER, ATTORNEYS & COUNSELORS
Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
BREWER ATTORNEYS AND COUNSELORS
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR PLAINTIFF/COUNTER-DEFENDANT NATIONAL RIFLE ASSOCIATION OF AMERICA**

Pursuant to the Court's October 13, 2020, Scheduling Order (ECF No. 174), as amended (ECF No. 358), Plaintiff the National Rifle Association of America (the "NRA") hereby submits the enclosed deposition designations. The NRA makes its designations without waiver of (1) any objection asserted at any applicable deposition; (2) any other objection based on limine rulings, relevance, or other legal grounds; (3) the NRA's right to amend, supplement, and/or withdraw designations as necessary before or during trial in response to the circumstance of trial, or in response to designations made by Defendants.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically served via the Court's electronic case filing system upon all counsel of record on this 25th day of February 2022.

/s/ Philip J. Furia.
Philip J. Furia

**Anthony Ferate // July 8, 2019 // NRA v. Ackerman (VA)**

| Designation No. | Starting Page | Starting Line No. | Ending Page No. | Ending Line No. |
|---|---|---|---|---|
| 1 | 5 | 24 | 6 | 5 |
| 2 | 10 | 1 | 10 | 4 |
| 3 | 11 | 15 | 12 | 11 |
| 4 | 14 | 21 | 18 | 23 |
| 5 | 23 | 10 | 23 | 14 |
| 6 | 24 | 21 | 28 | 1 |
| 7 | 29 | 17 | 32 | 11 |
| 8 | 35 | 20 | 39 | 3 |
| 9 | 48 | 10 | 49 | 19 |
| 10 | 51 | 9 | 52 | 7 |
| 11 | 52 | 15 | 54 | 23 |
| 12 | 57 | 1 | 58 | 18 |
| 13 | 66 | 11 | 66 | 23 |
| 14 | 67 | 1 | 67 | 3 |
| 15 | 67 | 5 | 67 | 5 |
| 16 | 67 | 7 | 67 | 13 |
| 17 | 67 | 22 | 68 | 10 |
| 18 | 78 | 4 | 78 | 12 |
| 19 | 107 | 24 | 108 | 23 |
| 20 | 116 | 1 | 119 | 8 |
| 21 | 120 | 9 | 121 | 25 |
| 22 | 131 | 2 | 134 | 16 |
| 23 | 142 | 8 | 143 | 25 |
| 24 | 147 | 17 | 149 | 23 |

**Skye Brewer  // August 11, 2021 // NRA v. Ackerman (TX)**

| Designation No. | Starting Page | Starting Line No. | Ending Page No. | Ending Line No. |
|---|---|---|---|---|
| 1 | 28 | 19 | 28 | 24 |
| 2 | 28 | 25 | 29 | 11 |
| 3 | 31 | 23 | 32 | 9 |
| 4 | 46 | 2 | 46 | 19 |
| 5 | 49 | 22 | 50 | 5 |
| 6 | 58 | 18 | 58 | 25 |
| 7 | 68 | 6 | 69 | 9 |
| 8 | 70 | 19 | 71 | 7 |
| 9 | 72 | 19 | 73 | 5 |
| 10 | 73 | 17 | 73 | 20 |
| 11 | 73 | 24 | 73 | 24 |
| 12 | 83 | 13 | 84 | 6 |
| 13 | 101 | 24 | 103 | 8 |
| 14 | 143 | 2 | 144 | 5 |
| 15 | 168 | 11 | 168 | 16 |
| 16 | 193 | 10 | 194 | 7 |
| 17 | 194 | 11 | 195 | 22 |
| 18 | 208 | 14 | 208 | 20 |
| 19 | 221 | 10 | 222 | 8 |
| 20 | 222 | 11 | 222 | 17 |
| 21 | 228 | 13 | 230 | 10 |
| 22 | 241 | 14 | 243 | 22 |
| 23 | 244 | 2 | 244 | 11 |
| 24 | 244 | 15 | 244 | 22 |

**William Powers  // August 2, 2021 // NRA v. Ackerman (VA)**

| Designation No. | Starting Page | Starting Line No. | Ending Page No. | Ending Line No. |
|---|---|---|---|---|
| 1 | 6 | 1 | 6 | 9 |
| 2 | 11 | 19 | 12 | 23 |
| 3 | 13 | 24 | 14 | 17 |
| 4 | 25 | 1 | 25 | 7 |
| 5 | 25 | 1 | 25 | 7 |
| 6 | 28 | 1 | 28 | 10 |
| 7 | 32 | 2 | 32 | 5 |
| 8 | 35 | 2 | 35 | 15 |
| 9 | 36 | 19 | 37 | 1 |
| 10 | 40 | 2 | 41 | 23 |
| 11 | 45 | 7 | 46 | 3 |
| 12 | 50 | 19 | 51 | 5 |
| 13 | 58 | 19 | 59 | 4 |
| 14 | 61 | 17 | 62 | 20 |
| 15 | 63 | 15 | 63 | 19 |
| 16 | 65 | 20 | 65 | 25 |
| 17 | 75 | 16 | 76 | 1 |
| 18 | 89 | 4 | 90 | 4 |
| 19 | 92 | 22 | 94 | 4 |
| 20 | 95 | 24 | 96 | 8 |
| 21 | 96 | 25 | 98 | 17 |
| 22 | 99 | 2 | 101 | 24 |
| 23 | 102 | 11 | 103 | 16 |
| 24 | 110 | 19 | 111 | 13 |
| 25 | 129 | 10 | 133 | 13 |
| 26 | 154 | 22 | 155 | 6 |
| 27 | 165 | 14 | 167 | 13 |
| 28 | 173 | 10 | 173 | 15 |
| 29 | 177 | 2 | 177 | 11 |

Craig Spray // Oct. 3, 2019 // NRA v. Ackerman (VA)

| Designation No. | Starting Page | Starting Line No. | Ending Page No. | Ending Line No. |
|---|---|---|---|---|
| 1 | 7 | 23 | 7 | 24 |
| 2 | 11 | 5 | 12 | 4 |
| 3 | 17 | 12 | 18 | 4 |
| 4 | 20 | 18 | 21 | 1 |
| 5 | 37 | 10 | 39 | 12 |
| 6 | 51 | 8 | 53 | 6 |
| 7 | 53 | 12 | 53 | 25 |
| 8 | 55 | 19 | 58 | 13 |
| 9 | 61 | 15 | 62 | 10 |
| 10 | 78 | 10 | 79 | 23 |
| 11 | 82 | 8 | 82 | 12 |
| 12 | 84 | 21 | 85 | 11 |
| 13 | 92 | 16 | 94 | 13 |
| 14 | 107 | 7 | 108 | 20 |
| 15 | 110 | 4 | 111 | 2 |
| 16 | 120 | 8 | 120 | 19 |
| 17 | 125 | 4 | 126 | 16 |
| 18 | 127 | 5 | 128 | 9 |
| 19 | 128 | 10 | 128 | 21 |
| 20 | 158 | 4 | 159 | 8 |
| 21 | 165 | 13 | 165 | 17 |
| 22 | 174 | 16 | 176 | 20 |
| 23 | 186 | 25 | 187 | 11 |
| 24 | 197 | 19 | 198 | 10 |
| 25 | 198 | 19 | 199 | 10 |
| 26 | 201 | 4 | 201 | 24 |
| 27 | 202 | 21 | 202 | 25 |
| 28 | 203 | 1 | 203 | 21 |
| 29 | 205 | 17 | 209 | 7 |
| 30 | 232 | 2 | 232 | 9 |
| 31 | 243 | 9 | 243 | 19 |

Dan Boren // Nov. 3, 2020 // NRA v. Ackerman (TX)

| Designation No. | Starting Page | Starting Line No. | Ending Page No. | Ending Line No. |
|---|---|---|---|---|
| 1 | 6 | 8 | 7 | 8 |
| 2 | 8 | 8 | 10 | 6 |
| 3 | 37 | 6 | 37 | 17 |
| 4 | 43 | 7 | 43 | 13 |
| 5 | 46 | 3 | 47 | 1 |
| 6 | 54 | 5 | 55 | 19 |
| 7 | 56 | 1 | 56 | 25 |
| 8 | 57 | 14 | 58 | 7 |
| 9 | 58 | 16 | 59 | 23 |
| 10 | 60 | 22 | 61 | 19 |
| 11 | 63 | 3 | 63 | 14 |
| 12 | 64 | 1 | 64 | 5 |
| 13 | 66 | 16 | 67 | 9 |
| 14 | 67 | 23 | 68 | 23 |
| 15 | 75 | 25 | 76 | 22 |
| 16 | 77 | 19 | 77 | 24 |
| 17 | 78 | 21 | 78 | 24 |
| 18 | 82 | 11 | 83 | 11 |
| 19 | 83 | 25 | 84 | 4 |
| 20 | 84 | 10 | 87 | 12 |
| 21 | 87 | 23 | 89 | 8 |
| 22 | 97 | 23 | 98 | 20 |
| 23 | 130 | 22 | 131 | 2 |
| 24 | 131 | 6 | 313 | 23 |
| 25 | 164 | 9 | 164 | 15 |