**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **NATIONAL RIFLE ASSOCIATION OF AMERICA,** | § | |
| | § | |
| | § | |
| **Plaintiff and Counter-Defendant** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **v.** | § | **Civil Action No. 3:19-cv-02074-G** |
| | § | |
| **ACKERMAN MCQUEEN, INC.,** | § | |
| | § | |
| **Defendant and Counter-Plaintiff,** | § | |
| | § | |
| **MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, and MELANIE MONTGOMERY,** | § | |
| | § | |
| | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

On February 22, 2022, the parties met in-person to discuss settlement in compliance with this Court's Scheduling Order (Doc 174).  The individuals who participated were:

-   For Plaintiff - lead counsel Cecelia Fanelli
-   For Plaintiff - counsel Konstantin Parkhomenko
-   For Plaintiff – client representative John Frazer
-   For Defendants – lead counsel Brian Mason
-   For Defendants – counsel G. Michael Gruber
-   For Defendants – client representative and party, William Winkler
-   For Defendants – party, Henry Martin
-   For Defendants – party, Melanie Montgomery

The parties were unable to make meaningful progress during the settlement conference on February 22, 2022.  However, the parties have made progress during discussions which have occurred during the past several days.  There remains a realistic prospect of settlement at this time and the parties intend to continue their discussions.

Dated: March 1, 2022

Respectfully submitted,

By: _/s/ Cecelia L. Fanelli_____

Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
David J. Partida
djp@brewerattorneys.com
Konstantin Parkhomenko
knp@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR THE PLAINTIFF AND
COUNTER-DEFENDANT THE NATIONAL
RIFLE ASSOCIATION OF AMERICA**

and

_/s/ Brian E. Mason_____
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS,
COUNTER-PLAINTIFF AND THIRD-PARTY
PLAINTIFF**