IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NATIONAL RIFFLE ASSOCIATION OF AMERICA, | § § § § § | |
| *Plaintiff and Counter-Defendant*, | § § | |
| v. | § § | Case No. 3:19-cv-02074-G |
| ACKERMAN MCQUEEN, INC., | § § § | |
| *Defendant and Counter-Plaintiff*, | § § | |
| and | § § | |
| MERCURY GROUP, INC., HENRY MARTIN, WILLIAM WINKLER, AND MELANIE MONTGOMERY | § § § § | |
| *Defendants*. | | |

## NOTICE OF RESOLUTION

The Parties have reached a settlement in the above captioned case. The Parties have stipulated and respectfully request that all pending deadlines be stayed immediately, and ask the Court to remove the case from the Court's current March 7, 2022 trial docket. The Parties request that the Court allow the Parties time to finalize the terms of the settlement and to file the appropriate dismissal pleadings with prejudice on or before March 21, 2022.

Dated: March 3, 2022

Respectfully submitted,

By: /s/ *Philip J. Furia*
Cecelia L. Fanelli
clf@brewerattorneys.com
Sarah B. Rogers
sbr@brewerattorneys.com
Philip J. Furia
pjf@brewerattorneys.com
David J. Partida
djp@brewerattorneys.com
Konstantin Parkhomenko
knp@brewerattorneys.com
**BREWER ATTORNEYS AND COUNSELORS**
1717 Main Street, Suite 5900
Dallas, Texas 75201

**ATTORNEYS FOR THE PLAINTIFF AND COUNTER-DEFENDANT THE NATIONAL RIFLE ASSOCIATION OF AMERICA**

and

 /s/Brian E. Mason
**Brian E. Mason, Esq.**
Texas Bar No. 24079906
mason.brian@dorsey.com
**G. Michael Gruber, Esq.**
Texas Bar No. 08555400
gruber.mike@dorsey.com
**Jay J. Madrid, Esq.**
Texas Bar No. 12802000
madrid.jay@dorsey.com
**J. Brian Vanderwoude, Esq.**
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

**ATTORNEYS FOR DEFENDANTS/COUNTER-PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2022, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas. I hereby certify that I have served the document on all counsel of record by ECF.

                                                  */s/Philip J. Furia*
                                                  Philip J. Furia